# EXHIBIT 8



2

# OVERVIEW

**1) Fundamental transformation in computing:**

- Concurrent apps on dynamically shared resources
  - *Micro-services: unpredictable bursts of short-lived transactions*

**2) Industry-wide, must-solve challenge:**

- Calls for an open-source platform approach

**3) Enabling performance-critical cloud computing:**

- Dynamic parallel execution environment (DPEE)

**4) Call for collaboration:**

- Open-source development environment for creating concurrent apps for effective cloud execution

© ThroughPuter, Inc. All rights reserved.

# 1) Fundamental Transformation in Computing

3

**A.** What higher clock rates *were* needed for (=everything), concurrent processing *will be* needed for:

- For decades, application program speed-up was automatic through higher processor clock rates

  - Processor clock rate increases no longer feasible/economical

- Going forward performance gain demands concurrent execution

  - Including at intra-application level

    → Very complex and distracting!

© ThroughPuter, Inc. All rights reserved.

# 1) Fundamental Transformation in Computing

B. Computing is increasingly taking place on dynamically shared cloud infrastructure

- A. (concurrency) and B. (cloud computing) together:

→ *Need for dynamic parallel computing*

- Must-solve challenge for application developers, who however are ill-equipped to address it

→ **Fundamental challenge for software industry calling for a solution**

4

© ThroughPuter, Inc. All rights reserved.



# 1) Concurrent Apps on Dynamically Shared Resources

Need to accommodate:
- Apps with variable inter-task topologies
- Dynamic # of active instances per app
- Dynamic # of active tasks per app instance
- Inter-task communication among dynamically scheduled and placed tasks

App instances/tasks increasingly short-lived microservices/actors → Need for very rapid dynamic resource management → Would increase system software overhead ← **No longer tolerable as hardware is not getting faster!!!**

© ThroughPuter, Inc. All rights reserved.

5

# 1) Overhead of Optimal Resource Management

- Optimizing usage of a pool of resources (e.g. 1000s of cores) among:
  - multiple (10s) of apps, with their respective resource entitlements,
  - dynamic number (10s) of active instances per app, and
  - dynamic selections of (10s) active tasks per app instance ..

- where the dynamic sets of active instances and tasks vary at network packet / inter-task communications (ITC) message transmission time granularity (i.e. at ~ 1kb/1Gpbs = microsecond granularity) ..

- requires identifying for each of the 1000s of cores the optimal app instance task among the 1000s of alternatives 1M times per second
  - and carry out the actual resource access re-configurations etc. ..

- i.e. performing Billions of complex computations + re-conf:s / second

→ If done in software, optimal resource management itself would demand most of the resources, defeating its purpose!

  - Static allocation neither a viable approach, given the increasingly dynamic & unpredictable load variations for enterprise/web cloud apps

6

© ThroughPuter, Inc. All rights reserved.



1) Scalability **Problem** in Parallel Cloud Computing =
SYSTEM SOFTWARE **OVERHEAD**

© ThroughPuter, Inc. All rights reserved.



# 1) Scalability **Solution** for Parallel Cloud Computing = AUTOMATE SYSTEM FUNCTIONS IN **HARDWARE**

**Scaling parallel cloud computing with hardware operating system**

Eliminating parallelization software overhead by hardware OS allows near-linear application on-time throughput scaling

- System throughput capacity
- Overhead rate
- Throughput rate/core

Cost

Revenue

**Scaling factor:** # apps = # tasks/app = # cores

Throughput, overhead / normalized unicore throughput

© ThroughPuter, Inc. All rights reserved.

## 2) Industry-wide, Must-solve Challenge

- Existing computing tech suppliers offer point-products or half-solutions:
  - parallel programming languages (extensions), frameworks, tools, middleware, manycore processors, etc.

- Burden of cost-efficient concurrent cloud computing left for individual application developers (SaaS vendors)
  - .. or worse yet, to the app users (SaaS customers)!

- Status-quo not sustainable

→ A holistic **platform** solution needed for parallel cloud computing

9

© ThroughPuter, Inc. All rights reserved.

# 3) Parallel Cloud Computing Platform

- Existing parallel computing tools mainly limited to parallel *programming* aspect of parallel computing challenge

- Any parallel *execution* technologies etc. designed for acceleration on dedicated machines, not on the cloud

→ Parallel execution in cloud i.e. *dynamic parallel execution,* though critical for cloud computing cost-efficiency, left unaddressed by legacy vendors

→ **Dynamic parallel execution <u>critical</u> piece of performance-critical cloud computing**

10

© ThroughPuter, Inc. All rights reserved.

# 3) ThroughPuter: Parallel Computing PaaS

- ThroughPuter introduces a critical technology enabling effective parallel cloud computing platform:

  - Dynamic parallel execution environment (DPEE)
    - Implemented in HDL code
  - User-friendly PaaS business model
    - Incentives to maximize computing on-time throughput performance *and* resource efficiency as well as user's productivity
  - Intellectual property rights for dynamic parallel execution
    - 44 patents issued and pending worldwide, incl. 26 granted US/UK patents

**Performance and efficiency of dynamic parallel execution with high development productivity and deployment flexibility**

11

© ThroughPuter, Inc. All rights reserved.



# 3) ThroughPuter: Platform Overview

**User interface and development tools:**
- Represent the client apps as concurrently executable tasks

Parallelized application tasks (executables)

**Application tasks,** residing in their dedicated memory segments

appN taskM

app1 task0

app0 task1

app0 task2

- From each application: core demand expressions, task priority lists
- For each app: sets of tasks for execution

**Hardware operating system and dynamic on-chip network:**
- Switch app tasks to cores based on processing loads and contractual policies
- Dynamically, connect *tasks* of any given app, rather the *cores* statically
→ *Simpler implementation, higher performance*

**Core array**

core

core

core

**Development environment**
- software
- open sourced

**Open standard interface**

**Execution environment**
- hardware automated, including dynamic resource mgmt

12

© ThroughPuter, Inc. All rights reserved.

# 3) ThroughPuter: Open Parallel Computing PaaS

Reasons for open-source collaboration for parallel computing PaaS to leverage ThroughPuter's **dynamic parallel execution environment (DPEE)**:

1) **Less low-level work:** DPEE automates dynamic resource management etc. parallel execution OS functions in (programmable) hardware, providing higher level interface (API) for the development environment software

2) **Higher performance** due to minimum-overhead hardware automation of system tasks such as optimally allocating processing capacity, scheduling and placing application tasks for execution, inter-task communications, billing etc.

3) **Built-in cloud computing security:** mechanisms for unauthorized interactions between different applications simply non-existent in the hardware

4) **Open standard interface** between development and execution environment

*Dynamic parallel capacity allocation example and the enabling cloud processor architecture block diagram on next slides* →

Open parallel computing PaaS needed -- **ThroughPuter execution environment goes a long way toward reaching that goal**

13

© ThroughPuter, Inc. All rights reserved.



# 3) Dynamic Core Allocation Example

app1 app3
app2 app4

Core (in 16-core array)

Core Allocation Period (**CAP**)

time

X us

**Allocation of cores re-optimized among applications for each new CAP based on core demands and entitlements of the applications**

X+1 us

**All tasks continuing on consecutive CAPs stay on their existing core, and continue processing uninterruptedly through CAP boundaries**

X+2 us

**Any application can burst even up to full capacity of the shared core pool, as long as actually materialized core demands by other apps are met up to their entitlements**

X+3 us

**Any task can communicate with all other tasks of its app instance without knowledge of whether or at which core any given task is running**

14

© ThroughPuter, Inc. All rights reserved.

# 3) Concurrent cloud computing challenge - Technical



**Actual core demands by applications over 10us period**

app1
app2
app3
app4

cores demanded

time / microsecond

Idle capacity

Blocked demand

Example:
**Average core demands by applications sharing a 16-core processor**

app1 12.5%
app2 25%
app3 12.5%
app4 50%

**Actual and average core demands at t = 6 microseconds**

cores demanded
static allocation

Cores

Application #

© ThroughPuter, Inc. All rights reserved.

15

# 3) Concurrent cloud computing challenge - Economical



**Actual and average core demands at t = 6 microseconds**

Idle capacity = wasted cost

Blocked demand = lost revenue

Cores

Application #

- cores demanded
- static allocation

16

- The actual, momentary processing capacity demand by any given individual application program hardly ever equals its 'average' demand

↑ Non-adaptive capacity partitioning leads to wasting of resources and blocking on-time throughput

- Capacity being held statically in reserve for idling applications should have been allocated to other applications on the manycore processor that at that time would have been able to use it

© ThroughPuter, Inc. All rights reserved.

# 3) Concurrent cloud computing challenge - Solution



**Dynamic Parallel Execution Environment (DPEE)** of ThroughPuter PaaS enables realtime application load adaptive, resource efficient and high performance cloud computing

© ThroughPuter, Inc. All rights reserved.

# 3) DPEE: App load adaptive manycore architecture



**Hardware operating system**

*STEP 3*

For each application:

*Map selected tasks to available cores*

For each core:
— Active application task ID

For each task:
— Processing core ID and core type

To/from contract management system

For each application:
List of selected tasks, along with their demanded core types

**Contract management system**

For each application: Billables

*STEP 2*

For each application:

*Select to-be-executing tasks*

Ready-task priority ordered lists from applications, along with the core types demanded by each task

For each application: Core entitlements

**Billing subsystem**

For each application: Number of cores allocated

time tick

*STEP 1*
Once per a core allocation period (e.g. microsecond) :

*Allocate cores to applications*

Core demand figures from applications

**Fabric network and memories**

**Manycore processing fabric**

core slot

core slot

core slot

core slot

core slot

core slot

© ThroughPuter, Inc. All rights reserved.

Patents issued and pending.

18

# 3) DPEE: Multi-stage manycore architecture



© ThroughPuter, Inc. All rights reserved.

Patents issued and pending.

19

# 3) Example application data flow topologies



- Scatter-gather
- Pipelined
- Hybrids of above
- Any parallel mixes/matches of above

The hardware automatically adapts to (potentially dynamic) data flow topology of any given application, without any system software (re)configurations

© ThroughPuter, Inc. All rights reserved.

Patents issued and pending.

20

# 3) Summary of Advantages

- **PERFORMANCE and COST-EFFICIENCY:**
  - Architecturally maximized application processing on-time throughput per unit cost
    - Hardware operating system and on-chip network optimized for execution of multiple concurrent apps on dynamically shared manycore processors

- **SECURITY:**
  - Full isolation, right from hardware level up, among client applications dynamically sharing a pool of cores

- **PRODUCTIVITY:**
  - PaaS automates concurrent cloud app development + deployment

- **OPEN SYSTEM:**
  - PaaS software and processor-core hardware to be open-sourced
  - Host anywhere; ThroughPuter commercial hosting an option

21

© ThroughPuter, Inc. All rights reserved.

## 4) Call for Collaboration

- The need for parallel processing an emerging, MAJOR industry and profession wide challenge

  → Open-source collaboration a natural approach

- Need for architectural optimization *across* traditional application, system and hardware layer boundaries

- → SOLUTION: **Open-source PaaS reaching all the way to parallel cloud computing optimized hardware**

  – ThroughPuter's contribution: Hardware architecture designed for dynamically shared multi-tenant parallel cloud computing

    • Secure hardware OS for manycore fabric with on-chip network, taking care of dynamic capacity allocation, parallel program execution mgmt

  – Collaboration opportunities:

    • Development environment and tools
    • Extensions of the PaaS for specific user domains: channel partnerships
    • Processor-core IP for the cloud processors
    • Physical hardware supply, physical hosting (IaaS) etc.

22

© ThroughPuter, Inc. All rights reserved.

THROUGHPUTER

tech@throughputer.com

www.throughputer.com