# EXHIBIT 10

# Titanium

A system of purpose-built, custom, silicon, security microcontrollers and tiered scale-out offloads, that improve infrastructure performance, life cycle management, reliability, and security.

Get started for free

## Titanium, powered by Google

Titanium underpins Google Cloud's latest compute instance types (C4D (Preview), C4A, C4, N4, C3D, C3, A3, H3, X4, Z3) Hyperdisk block storage, networking, and more and is available at no additional cost.

The system includes:

- **Titan security microcontrollers:** Custom-designed to provide a hardware root of trust for Google Cloud's infrastructure
- **Titanium adapter:** Dedicated offload card that provides hardware acceleration for virtualization services; this offloads processing from the host CPU, freeing up resources for your workloads
- **Titanium SSD:** Custom-designed Local SSD based on Titanium I/O offload processing to enhance SSD security, performance, and management
- **Titanium offload processors (TOPs):** A scalable and flexible way to offload network and I/O processing from the host CPU onto silicon devices deployed throughout the data center



## Improved infrastructure performance

Titanium delivers more compute and memory resources for your workloads by offloading processing from the host hardware.

- Up to 500k IOPS per instance with Hyperdisk Extreme block storage; the highest among leading hyperscalers
- Up to 200 Gbps of network bandwidth
- Network encryption at full line rate, providing security without sacrificing performance
- Bare-metal-like consistent performance for the most sensitive workloads



## Infrastructure security rooted in hardware

Titanium protects your workloads from security threats by offloading security processing from the host hardware.

- Titan security microcontrollers ensure systems boot from a known, trusted state
- Provide a root of trust for secure data center communication



## Seamless infrastructure life cycle management

The modular software and hardware of Titanium, coupled with offloading functionality, facilitates infrastructure updates while maintaining workload continuity and security.

- Seamless updates for majority of workloads and advanced maintenance controls for the most sensitive workloads
- Remote infrastructure updates can be initiated from anywhere
- Networking and storage functions are all executed off host, in dedicated domains of the Titanium adapter, allowing independent updates and maintenance of each service, isolated from workloads on the host

7/21/25, 1:00 PM                                Titanium | Google Cloud



# Explore resource

Workload-optimized and AI-powered infrastructure

Watch Video

Titanium hardware security architecture at Google

7/21/25, 1:00 PM                                    Titanium | Google Cloud

Learn more

## Take the next step

Tell us what you're solving for. A Google Cloud expert will help you find the best solution.

Contact sales

Work with a trusted partner

Find a partner

Start using Google Cloud

Try it free

Continue browsing

See all products