# EXHIBIT 12

Intel® Infrastructure Processing Unit

The Wayback Machine - https://web.archive.org/web/20250716031535/https://www.intel.com/conte…

Intel® Products  /  Network Communications and I/O  /  Intel® Infrastructure Processing Unit (Intel® IPU)  /

# Intel® Infrastructure Processing Unit (Intel® IPU) ASIC E2000

Co-designed with Google, a top cloud provider, the Intel® IPU E2000 uses integrated learnings from multiple generations of Intel® FPGA SmartNICs to deliver high performance under real workloads with security and isolation.

This programmable networking device enables cloud and communication service providers to reduce overhead and free up performance for central processing units.

- Technology innovation: Highly programmable packet processing engine, NVM Express storage interface scaled up from Intel® Optane™ Technology, next generation reliable transport, advanced crypto, and compression acceleration.

- Open-source software design: Infrastructure Programmer Development Kit (IPDK) leverages and extends Data Plane Development Kit (DPDK) and Storage Performance Development Kit (SPDK). IPDK is vendor agnostic and runs on a CPU, IPU, DPU, or switch.

Intel® Infrastructure Processing Unit



## Intel® Infrastructure Processing Unit (Intel® IPU) E2000

Watch the video to learn from Chief Architect, Naru Sundar, about how the Intel® IPU E2000, co-designed with Google to be Hyperscale Ready, is ready to deliver key Technology Innovation and leverage open-source Software.

## Intel® IPU E2000 Architectural Overview

Watch this video to learn from Chief Architect, Naru Sundar, about the key architectural elements of the Intel® IPU E2000 as he presents further details of the networking and compute subsystems.

**Development Tools**

Infrastructure Programmer Development Kit (IPDK)

**Partner Solution Brief**

IPU-based Cloud Infrastructure: The Fulcrum for Digital Business

Company Overview

Contact Intel

Newsroom

Intel® Infrastructure Processing Unit

Investors

Careers

Corporate Responsibility

Inclusion

Public Policy

    

© Intel Corporation

Terms of Use

*Trademarks

Cookies

Privacy

Supply Chain Transparency

Site Map

Recycling

Intel technologies may require enabled hardware, software or service activation. // No product or component can be absolutely secure. // Your costs and results may vary. // Performance varies by use, configuration, and other factors. Learn more at intel.com/performanceindex. // See our complete legal Notices and Disclaimers. // Intel is committed to respecting human rights and avoiding causing or contributing to adverse impacts on human rights. See Intel's Global Human Rights Principles. Intel's products and software are intended only to be used in applications that do not cause or contribute to adverse impacts on human rights.

Intel® Infrastructure Processing Unit

intel.