# EXHIBIT 19

IEEE COMMUNICATIONS SURVEYS & TUTORIALS, VOL. 25, NO. 3, THIRD QUARTER 2023

1941

# A Concise Tutorial on Traffic Shaping and Scheduling in Time-Sensitive Networks

Jean Walrand, *Life Fellow, IEEE*

*Abstract*—Over the last two decades, IEEE has been defining standards for Time-Sensitive Networking (TSN). These standards combine traffic shaping and scheduling mechanisms to guarantee bounded delays across an Ethernet network. Time-Sensitive Networks are designed for applications where delays are critical, such as process control, networks for vehicles and aircraft, and virtual reality applications. Many industrial companies are currently actively implementing TSN standards. The goal of this paper is to provide a concise and self-contained description of the TSN mechanisms and how they affect the network performance metrics. The paper is intended for practicing engineers wanting to improve their understanding of TSN and for students curious about these mechanisms.

*Index Terms*—Communication networks, delays, traffic shaping, scheduling, 802.1 standards, TSN.

## I. Introduction

IN SOME applications the communication delays between sensors, processors, and actuators are critical. The industry developed multiple networking standards to guarantee bounded delays for such applications. In the last two decades, IEEE developed standards for Time-Sensitive Networking (TSN) [1] based on the Ethernet physical layer. The goal of TSN is to guarantee bounded delays for some traffic. The target delays (e.g., sub-millisecond) require special packet processing mechanisms and cannot be met by best-effort networks such as TCP/IP/Ethernet.

A number of companies are developing implementations of these standards for in-vehicle networks that connect sensors (cameras, radars, lidars, sonars), processors, and actuators. Other companies are considering these standards for process control applications. Some TSN mechanisms are used in 5G and 6G networks. References [2], [3], [4], [5], [6], [7], [8], [9], [10], [11], [12], [13] provide high-level descriptions of TSN and discuss the suitability of these standards in different application domains. A good tutorial can be found in [14].

The TSN standards are designed for specific applications, not for the general Internet. In the general Internet, best effort mechanisms (e.g., TCP/IP) combined with the ever-increasing speed of electronics and optical communication have enabled the network to scale and support ever-more demanding applications, from file transfers to streaming to interactive video-conferences. In contrast with the general Internet, specialized network standards have been developed for in-vehicle communication and are currently used by all vehicles (e.g., Controller Area Network (CAN), FlexRay, and Media Oriented Systems Transport (MOST)). These specialized networks guarantee a small bounded delay (e.g., 2 ms), and some of these networks use relatively low-speed links. As the number of sensors increases, vehicles use a large number of such networks, which greatly complicates the wiring. A natural idea is to replace the many parallel dedicated systems by a few integrated high-speed networks that carry urgent sensor messages as well as less critical messages such as Web files and multimedia streams. However, the target delays of urgent messages are difficult to meet in an integrated best-effort network. For instance, the transmission time of one 1500-byte frame at 100 Mb/s is 0.12 ms and if many such frames can delay an urgent small frame, the delay of that frame becomes unacceptable. The situation is similar in other applications.

The target delays could be met with a combination of faster links and smaller frame sizes. However, even with such choices, the number of frames that can delay urgent ones has to be limited by using special mechanisms, such as those specified by TSN. Thus, the TSN mechanisms become useful when the acceptable packet delays are of the order of a small multiple of the packet transmission times. In such a situation, best effort networks may frequently exceed the target delay.

This paper is a brief tutorial that explains the key mechanisms of TSN: traffic shaping and scheduling. These mechanisms are complemented by protocols for service announcement, resource reservation, configuration, and monitoring that we do not review here (see, e.g., [15]).

The paper focuses on concrete standards that the industry is actively pursuing. We believe that this paper is useful because the literature on the subject is either high-level and omits the precise description of mechanisms, or it is complex and written for experts. We hope that the paper is accessible yet precise and will be useful to engineers and students trying to make sense of the IEEE standards.

The IEEE TSN standards define the traffic shaping mechanisms and the scheduling scheme separately. Section II reviews the shaping mechanisms. Section III discusses scheduling. Section IV describes networks that combine various shapers and schedulers. Section V provides design guidelines on how to use TSN mechanisms and how to combine shaping and scheduling. Finally, Section VI summarizes the main points of the paper.

Manuscript received 23 December 2022; revised 22 March 2023; accepted 26 April 2023. Date of publication 10 May 2023; date of current version 23 August 2023.
 The author is with the Department of Electrical Engineering and Computer Sciences, University of California at Berkeley, Berkeley, CA 94720 USA (e-mail: walrand@berkeley.edu).
 Digital Object Identifier 10.1109/COMST.2023.3275038

1553-877X © 2023 IEEE. Personal use is permitted, but republication/redistribution requires IEEE permission.
See https://www.ieee.org/publications/rights/index.html for more information.

Authorized licensed use limited to: Michael Stimson. Downloaded on August 21,2025 at 17:24:59 UTC from IEEE Xplore. Restrictions apply.

1942                                                                                                  IEEE COMMUNICATIONS SURVEYS & TUTORIALS, VOL. 25, NO. 3, THIRD QUARTER 2023



Fig. 1.  (1) Without shaping the camera sends the picture to the buffer as one large file; (2) with shaping at the camera, the picture arrives at the buffer as a sequence of separated packets.

## II. Traffic Shaping

Traffic shaping creates gaps between successive packet transmissions. It may seem counterproductive to space out the transmissions of packets, as this process cannot decrease the end-to-end delay of the shaped flow. However, the shaping of one flow may reduce the delay of other flows and the amount of storage required in switches, which may reduce the overall cost of the system even if it increases the amount of storage where the shaping is performed. Furthermore, shaping reduces bursts, which avoids buffer overflows and thereby loss of packets caused by congestion.

As an example, imagine a camera that generates a picture of 10 Mbits and sends it almost immediately, via a very fast link, to a buffer that has a transmission rate of 10 Gb/s. (See (1) in Figure 1.) Assume also that a sensor generates a 10 kbit-packet that it sends to the buffer a short time after the camera sent the picture.

If the buffer transmits what it receives in a first come, first served order, it transmits the picture as a series of 1000 packets of 10 kbits (for example) in 1 ms (see (1) in the figure). The sensor packet gets delayed by up to 1 ms before it gets transmitted.

Instead, assume that the camera sends the video frame to the buffer as a succession of 1000 packets of 10kbits each, separated by 1 $\mu$s (see (2) in the figure). Since the buffer transmits a packet of 10 kbits in 1 $\mu$s, it keeps up with the arriving packets and transmits the last one after 1 ms. The sensor packet now faces a delay of at most 1 $\mu$s in the buffer, since that buffer contains at most one camera packet at any given time before the sensor packet arrives. Accordingly, the shaping of the camera flow increases the delay of the video frame by 1 $\mu$s – the transmission time of the sensor packet – and reduces the maximum delay of the sensor packet from 1 ms to 1 $\mu$s.

A similar reduction in delay for the sensor packet can be achieved by priority scheduling instead of shaping. However, note that the switch occupancy gets reduced from 10 Mbits to 20 kbits when the camera shapes the traffic, but not by priority scheduling. Moreover, the switch design is much simpler when the camera shapes the traffic since the switch then consists of one first in, first out buffer and does not require any special configuration to specify which packets should be prioritized. Thus, the benefits of source-shaping over priority scheduling are that source-shaping makes the switch design and configuration independent of the incoming flows and it reduces the amount of storage required in the switch. Of course, with source-shaping, the camera or a bridge attached to it must store the picture and send it as a series of spaced out packets. In a large system, this approach distributes the storage. Moreover, the spacing of packets that the source performs is based on the target delay acceptable for that source and switches do not require a knowledge of other sources attached to the network. Shaping is performed independently by each source. Storage in the source or the bridge may be less expensive than in the switch given the complexity and speed of the switch technology. Additionally, this approach conforms to the 'end-to-end' principle that specifies that functions should be performed outside of the network as much as possible, like the dynamic traffic shaping that TCP performs in the Internet where sources throttle their packets based on congestion information they get from the destinations.

Nevertheless, it is also possible to shape traffic in switches, if this is necessary to meet performance objectives, as we discuss later.

For a discussion of traffic shaping, see [16] and [17].

The IEEE TSN standards consider two types of shaping: credit-based shaping (CBS) and asynchronous traffic shaping (ATS).

### A. Credit-Based Shaping: CBS

A CBS shaper with shaping rate $S$ (in bits per second) operates as follows [18]. The shaper is equipped with a first-come, first-served queue, called shaper queue, that packets, called shaper packets, from a flow to be shaped join when they arrive. The shaper also maintains a credit counter. Typically, multiple queues of different CBS shapers and other queues share a transmitter in a network node (bridge, switch, or router).

A shaper queue is *eligible* when it is nonempty and the number of credits of the shaper is nonnegative. A queue not associated with a shaper is eligible when it is nonempty. When it completes a transmission, the transmitter selects the next packet to transmit among the eligible queues according to some policy defined by the scheduling algorithm, such as a strict priority ordering.

The rules of operation of a CBS shaper are as follows:
(1) when the transmitter is idle and it selects the nonempty shaper queue with nonnegative credits, the transmitter starts transmitting a shaper packet and the credit counter is decremented by the length of the packet;

Authorized licensed use limited to: Michael Stimson. Downloaded on August 21,2025 at 17:24:59 UTC from IEEE Xplore.  Restrictions apply.



Fig. 2. Credit-Based Shaping without interfering traffic.



Fig. 3. Credit-Based Shaping with interfering traffic.

(2) the shaper credits increase at rate $S$ when they are negative or when the shaper queue is nonempty;
(3) the shaper credits are reset to zero at the end of a transmission if they are positive and the shaper queue is empty.

In the simplest situation, there is no interfering traffic. In this case, the effect of the CBS shaper is to insert a gap of duration $L/S$ seconds between the start of transmission of a packet of $L$ bits and the next start of transmission. This assumes that the shaping rate $S$ is less than the transmitter rate $R$ (both in bits per second).

This situation is illustrated in Figure 2 where $L_1, L_2, \ldots$ are the lengths of the successive packets (in bits). In the figure, a packet of $L_1$ bits arrives at time $t_1$ when the credits are zero. At that time, the transmitter starts sending the packet at rate $R$ and the credit counter decrements by $L_1$ in view of rule (1) above. While the transmitter sends the packet, the credits increase at rate $S$, according to rule (2) above, since they are negative. At time $t_2 = t_1 + L_1/R$, the packet is completely transmitted; the credits keep incrementing at rate $S$ since they are negative, again following rule (2). At time $t_3 = t_1 + L_1/S$, the credits reach zero and stop incrementing since they are no longer negative and the shaper queue is empty, again following rule (2). The same sequence of events repeats for the subsequent packets.

The next level of complication is when there is another queue in addition to the shaper queue. In such a situation, the transmitter serves the shaper queue with high priority over the other queue. This situation is illustrated in Figure 3.

At time $t_1$, a packet arrives when the credits are zero; the transmitter starts sending the packet and the credit counter decrements by the length of that packet, according to rule (1). During $[t_1, t_2]$, the credits increase at rate $S$ because they are negative, following rule (2). At time $t_2$, the credits stop incrementing, following rule (2), because they are no longer negative and the shaper queue is empty. At time $t_3$, an interfering packet arrives when the transmitter is idle and the transmitter starts sending that packet. At time $t_4$, a shaper packet arrives. Since the shaper queue is nonempty after the arrival at time $t_4$, the credits start incrementing at rate $S$, according to rule (2). At time $t_5$, the interfering packet is completely transmitted and the transmitter starts sending the shaper packet, and the credit counter decrements by the length of that packet. During $[t_5, t_{10}]$, the credits increase at rate $S$ because they are negative. At time $t_6$, an interfering packet arrives when the transmitter is busy sending a shaper packet. At time $t_7$, the shaper packet is completely transmitted and the transmitter starts sending the interfering packet. At times $t_8$ and $t_9$, two shaper packets arrive at the shaper queue. At time $t_{10}$, the credits reach zero. However, the credits keep incrementing at rate $S$ because the shaper queue is nonempty, following rule (2). At time $t_{11}$, the interfering packet is completely transmitted and the transmitter starts sending a shaper packet, and the credit counter decrements by the length of that packet. During the transmission of that packet, the credits keep incrementing at rate $S$ because the shaper queue is nonempty, again following rule (2). At time $t_{12}$, the transmission of that shaper packet completes and the transmitter starts sending the next shaper packet that is in the shaper queue, and the credit counter decrements by the length of that packet. The credits keep incrementing at rate $S$ because the shaper queue is nonempty, following rule (2). At time $t_{13}$, the transmission of the shaper packet completes when the credits are positive. Since the shaper queue is now empty, the credits are reset to zero, according to rule (3).

Assume that the rate of the interfering traffic is at most $R - S$, where $R$ is the transmitter rate and $S$ is the shaper rate, both in bits per second. Because the shaper accumulates credits at rate $S$ when nonempty, the transmitter can keep up with shaper packets if they arrive with a long-term rate that does not exceed $S$. Moreover, if the maximum size of an interfering packet is $F$ bits, the shaper can accumulate at most $S(F/R)$ credits while the transmitter sends such a packet, since the transmission takes $F/R$ seconds and the shaper accumulates credits at the rate of $S$ credits per second. Assuming that the shaper queue does not become empty, the transmitter can transmit back-to-back shaper packets for $T$ seconds, i.e., $RT$ bits, where $RT$ is equal to the $SF/R$ credits accumulated at the end of the transmission of the interfering packet, plus the $ST$ credits that the shaper accumulates in $T$ seconds and the $L$ bits of a packet that the transmitter starts sending when its credits are zero. Hence, $RT = SF/R + ST + L$, so that $T = (L + SF/R)/(R - S)$ and the maximum number of back-to-back bits of shaper packets is given by $RT = R \times (L + SF/R)/(R - S) = (LR + SF)/(R - S)$ where $L$ is the maximum length of a shaper packet.

Authorized licensed use limited to: Michael Stimson. Downloaded on August 21,2025 at 17:24:59 UTC from IEEE Xplore. Restrictions apply.

1944                                                                                    IEEE COMMUNICATIONS SURVEYS & TUTORIALS, VOL. 25, NO. 3, THIRD QUARTER 2023



Fig. 4. Asynchronous traffic shaping.



Fig. 5. ATS with one interfering traffic.

A similar analysis can be performed for the general situation to derive a bound on the number of back-to-back bits of the shaper traffic that leave the transmitter. Such bounds imply that the shaped traffic causes a bounded delay to other packets that share a downstream transmitter with the shaped traffic. Calculations of such delay bounds can be found in [25], [26], [27], and [28].

Petersen and Turner [29] proposed an extension of CBS shapers that we call here CBS+ for convenience. In this extension, the shaper queue is eligible if nonempty and if the number of credits is at least $-C_{\max}$ (instead of being nonnegative in the original CBS). Here, $C_{\max} \geq 0$ is a configuration parameter of the shaper. Using an analysis similar to the one above, one finds that, when using the CBS+ shaper, the transmitter can send up to $(C_{\max}R + LR + SF)/(R - S)$ back-to-back shaper bits, where $L$ is the maximum length of a shaper packet and $F$ that of interfering packet. This increased number of back-to-back shaper bits potentially increases the delay that the shaped traffic causes for other packets in downstream nodes. However, this extension reduces the delay that shaper packets face before the transmitter sends them. The parameter $C_{\max}$ enables to adjust the tradeoff between shaping delay and the impact of the shaped traffic on other traffic.

### B. Asynchronous Traffic Shaping: ATS

The asynchronous traffic shaper is specified in IEEE802.1Qcr [19].

The ATS shaper implements the leaky bucket algorithm [20]. The ATS shaper is configured with two parameters $A$ and $S$. Here, $A$ (in bits) is greater than or equal to the maximum length of a shaper packet, i.e., a packet from the traffic to be shaped. Also, $S$ is the shaping rate (in bits per second). The shaper is equipped with a queue that shaper packets join as they arrive. The shaper also maintains a credit counter. Shaper packets become eligible one at a time according to the following rules (see Figure 4):
(1) the credits increase up to $A$ at the shaping rate $S$;
(2) a packet becomes eligible for transmission when the credits are at least equal to the length of the packet;
(3) when a packet becomes eligible, the credit counter decrements by the length of the packet.

Here are the successive steps in Figure 4. At time $t_1$, a packet of length $L_1$ arrives at the shaper when the credits are $A$. Since $A \geq L_1$, that packet becomes eligible at time $t_1$ and the credit counter decrements by $L_1$. The credits then increment at rate $S$ until time $t_2$ when they reach 0. At time $t_3$, another shaper packet arrives when the credits are $A$, so that the packet becomes eligible immediately, at time $t_3$, and the credit counter decrements by the length of the packet. The credits then start increasing at rate $S$. At time $t_4$, another shaper packet arrives when the credits are less than the length of the packet. The packet becomes eligible at time $t_5$ when the credits are equal to the length of the packet and the credit counter decrements by that length, so that is then equal to zero. The credits then increment at rate $S$, and so on.

If there is no interfering traffic, the transmitter sends eligible packets in their order of eligibility.

If there is one queue of interfering traffic, the transmitter serves the eligible packets with higher priority over the interfering packets. This situation is illustrated in Figure 5. Note that the eligible times are determined as in Figure 4, independently of the interfering traffic.

The case of multiple interfering flows and multiple ATS shapers is defined as for CBS.

Since ATS shaper packets become eligible at rate $S$ and since the transmitter sends them with high priority, the transmitter can keep up with arriving shaper packets as long as their long-term rate does not exceed $S$ bits per second. In addition, the ATS shaper limits the number of back-to-back shaper bits. Say that the transmitter sends back-to-back shaper packets during $T$ seconds, i.e., $RT$ bits. The maximum value of $RT$ is equal to the number of bits that the ATS shaper declared eligible during $U = F/R + T$ seconds, where $F$ is the maximum size of an interfering packet. In $U$ seconds, the ATS shaper can declare that $A + SU$ shaper bits are eligible, where $A$ is the maximum number of shaper credits. Thus, $RT = A + SU = A + S(F/R + T)$, so that $T = (A + SF/R)/(R - S)$ and $RT = (AR + SF)/(R - S)$.

Hence, ATS and CBS (and CBS+) perform the same functions: they guarantee a long-term rates of shaper packets and they limit the number of back-to-back shaper bits that the transmitter can send. These bounds result in delay bounds in the network, thus realizing the goal of bounded delays. Although the details of ATS and CBS+ differ, by choosing the configuration parameters $(A, S, C_{\max})$ so that $A = C_{\max} + L$, they provide the same bounds on packet delays.

See also [27], [30], [31], and [32] for the analysis of ATS shapers.

The implementations of ATS and CBS+ differ in a subtle but important way. When using CBS+, the earliest transmission time of a shaper packet is determined by the previous packet lengths. On the other hand, when using ATS, that time

Authorized licensed use limited to: Michael Stimson. Downloaded on August 21,2025 at 17:24:59 UTC from IEEE Xplore. Restrictions apply.



Fig. 6. Group vs. per-flow shaping (idealized).



Fig. 7. Burstiness increasing at a buffer.



Fig. 8. Strict priority queuing.

depends on the length of the next packet (as one has to wait for the credits to be at least equal to that packet length). This difference makes the implementation of many CBS+ shapers much simpler than that of the same number of ATS shapers. These details are beyond the scope of this tutorial.

One can shape flows as a group or individually. Figure 6 sketches the two versions.

Imagine that the gray and black packets in Figure 6 join different output buffers in the next switch. When group shaping is used, the black packets may arrive in bursts at the output buffer and these bursts may delay other packets that join the same output buffer. That issue is alleviated when using per-flow shaping.

One might think that if packets of individual flows are spaced out by their source, say by CBS, then they should remain spaced out throughout the network, so that the clumping seen in the top of Figure 6 will not arise. A simple example shows that this is not the case.

Figure 7 shows two flows that arrive at a buffer that serves them in the order in which they arrive (FCFS). In this figure, the black packets are short and the gray packet is long. The figure assumes that the line rates are all equal, so that the transmission times of the packets are the same at the inputs (1) and (2) and at the output (3). The figure also assumes that a packet has to be completely received before its transmission can start, which is a common mode of operations. (This mechanism is called *store-and forward*, as opposed to *cut-through* where a switch starts transmitting a packet as soon as it has received its header, which is possible only if the output rate is not larger than the input rate. The benefits of cut-through are negligible in a fast network.) As they arrive, the black packets are evenly spaced. However, as the figure shows, at the output, the black packets are no longer evenly spaced. As we explained earlier, this clumping could cause delays in a subsequent buffer.

One might reduce the size of the clumps at the output of the buffer in Figure 7 by using per-flow shapers before transmitting the packets. The important practical question is whether this is necessary. We discuss that question in the section on design guidelines. The question is important because reshaping in network switches not only adds complexity to the design but also requires configuring the shapers (their parameters $S$ and $A$ or $C_{\max}$). This configuration depends on the flows that go through the switches and must be adjusted whenever one adds sources or modifies the topology or the routing. If the benefits of this reshaping are negligible, one should avoid this added complexity.

### III. SCHEDULING

The IEEE TSN standards include four main scheduling mechanisms for TSN: strict priority queuing (SPQ), weighted round robin (WRR), time-aware shaping (TAS), and cyclic queuing and forwarding (CQF). SPQ and WRR are defined in IEEE 802.1Q [21]. CQF is specified in IEEE-CQF [22]. TAS is described in IEEE802.1Qbv [23] and it uses a synchronization specified in IEEE802.1Qav [24].

#### A. Strict Priority Queuing: SPQ

SPQ is a strict priority non-preemptive serving discipline. Figure 8 shows an SPQ scheduler with $N$ priorities. At time 0 and after any completed packet transmission, the scheduler starts serving a packet in the first nonempty queue in the order $\{0, 1, \ldots, N-1\}$, if any, and it completes the transmission. If all the queues are empty, the scheduler waits until the next packet completely arrives and then transmits that packet.

As can be expected, the delay through the switch is smaller for a packet with higher priority. In the worst case, a packet can be delayed by the transmission of one packet of lower priority whose transmission started before the packet arrived and by that of packets of higher priority.

See [32] for a discussion of priority scheduling.

#### B. Weighted Round Robin: WRR

Weighted Round Robin is a scheduling mechanism designed to share bandwidth according to pre-defined proportions.

Figure 9 sketches a WRR scheduler with $N$ queues. Each queue $n$ is assigned a weight $w_n$. The goal is for the nonempty queues to share the transmission rate in proportion to their weight. Thus, queue $n$ is guaranteed a long term transmission rate equal to $Rw_n/(w_0 + \cdots + w_{N-1})$ where $R$ is the transmitter rate. The weights $w_n$ are assigned so that the guaranteed rates are at least equal to the traffic rates through the queues.

One implementation of WRR uses the following algorithm. Each queue $n$ maintains a credit counter $c_n$ that is initially set

Authorized licensed use limited to: Michael Stimson. Downloaded on August 21,2025 at 17:24:59 UTC from IEEE Xplore. Restrictions apply.

1946    IEEE COMMUNICATIONS SURVEYS & TUTORIALS, VOL. 25, NO. 3, THIRD QUARTER 2023



Fig. 9. Weighted round robin scheduling.



Fig. 10. Time-Aware Shaping. Note the time wasted when the gate is open but not long enough to complete the next transmission.



Fig. 11. Synchronizing gates so that critical packets find them open.

to 0. Say that the transmitter just completed a packet transmission from queue $m$. The scheduler then considers the first nonempty queue in the cyclic order $\{m+1, m+1, \ldots, N-1, 0, \ldots, m\}$, if any. If there is no such queue, then it resets all the $c_n$ to 0. If that queue is queue $n$, the scheduler adds $w_n$ to $c_n$. If $c_n < 0$, it moves to the next nonempty queue in the cyclic order and repeats the previous step. If $c_n \geq 0$, the scheduler transmits a packet from that queue and subtracts from $c_n$ the size of the packet.

To see that the algorithm meets the desired goal, assume that all the queues are nonempty for some time. If the algorithm explores the queues during $M$ cycles during that time, it adds $Mw_m$ to $c_m$. Say that it transmits $K_m$ bits from queue $m$ during those $M$ cycles, so that it decrements $c_m$ by $K_m$. Then $K_m \approx Mw_m$ if one ignores the initial values of the credits and the fact that the scheduler transmits complete packets. Hence, $K_m$ is proportional to $w_m$, as desired. The same argument holds if only a subset of the queues are nonempty.

### C. Time-Aware Shaping: TAS

Time-aware shaping is actually a scheduling mechanism and it should probably be called time-aware scheduling. TAS transmits packets according to the actual time.

As the top of Figure 10 shows, TAS controls the transmissions of packets with a gate that opens and closes according to a periodic schedule. As the bottom of the figure shows, the buffer can transmit the next packet when the gate will be open long enough to complete the transmission.

The intended configuration of TAS is where the gates in successive buffer are synchronized so that packets of a critical flow always find the next gate open when they arrive at a buffer. This arrangement is illustrated in Figure 11.

The figure is drawn so that one packet is sent during the open time of a gate. In the figure, the gate of the next buffer opens exactly when the packet is fully received and ready to be forwarded. After it leaves the first gate, the packet faces only a transmission time in each subsequent buffer, as if it were the only packet that uses the network. Gates that control other buffers are closed to prevent interference with this packet. Note that even with this ideal synchronization of the gates, the packet may face some waiting time before the first gate opens.

More precisely, assume that one packet of length $L$ goes through a series of $K$ queues controlled by gates that are synchronized as in the figure. We claim that the maximum delay of the packet through the network is equal to $D := C + L/R_1 + \sum_{k=1}^{K-1} L/R_k$ where $R_k$ is the transmission rate of switch $k$, and $C$ is the maximum closed time of the gate in the first switch. To show this, we note that the maximum delay is faced by a packet that arrives when the first gate is open but will remain open for slightly less than the transmission time $L/R_1$ of the packet. In that case, the packet has to wait for almost $L/R_1$ until the first gate closes, then for $C$ until it opens again and the first transmitter starts sending the packet. The packet is completely received by the second switch at time $L/R_1 + C + L/R_1$ (ignoring the transmission time), at which time the second transmitter starts sending the packet. The packet is completely received by the third switch at time $L/R_1 + C + L/R_1 + L/R_2$. Continuing in this way, we find that the last transmitter starts sending the packet at time $D$. Since the delay is the time from when the source sends the first bit of the packet until the first bit arrives at the destination, we conclude that the delay is $D$.

Of course, one can have different configurations where the gates open multiple times in a cycle of the periodic schedule and multiple frames can be transmitted during one open window. This arrangement is similar to the synchronization of traffic lights on main city arteries.

Because of the variability of the packet lengths, the opening times must be at least the transmission time of the largest packet. Moreover, an open time should include some margin to account for a minimum inter-packet time, processing times,

Authorized licensed use limited to: Michael Stimson. Downloaded on August 21,2025 at 17:24:59 UTC from IEEE Xplore. Restrictions apply.



Fig. 12.  CQF example.



Fig. 13.  Combining shapers and schedulers.

and some inaccuracy in the synchronization of the clocks of different switches. Moreover, if the line rates are different, such synchronization wastes time in switches with a larger line rate, unless the open times can be used by multiple flows. As these considerations show, configuring TAS gates is not a trivial matter. Furthermore, this scheme requires that the different switches have access to well-synchronized clocks, for instance by implementing the precision time protocol (PTP), and some fall-back mechanism to be able to transmit when synchronization has not been achieved.

See [33] for a discussion of TAS.

### D. Cyclic Queuing and Forwarding: CQF

CQF is a particular configuration of TAS. When using Cyclic Queuing and Forwarding, time is divided into intervals of $T$ seconds. During each interval, a switch queues the arriving bits and forwards the bits that arrived in the previous interval, as shown in Figure 12.

Assuming that every switch can keep up with the arriving traffic, the delay after $n$ hops is between $(n − 1)T$ and $nT$.

When is CQF useful? CQF reduces the delay variability of the network. However, it increases delays compared to FCFS and is complex to implement. The delay variability is easier to absorb at the destination in a playback buffer than by implementing CQF in the switches. It is hard to imagine a situation where CQF makes sense, except possibly for destinations that have a limited amount of storage. (Even in that latter case, CQF makes all flows incur an excessive delay to protect a destination and other schemes are possible for that purpose.)

### E. A Note on Jitter

One defines the *delay jitter* of a flow of packets that go through a network as the difference between the maximum packet delay and the minimum packet delay. Our discussion of CQF shows that mechanism limits the delay jitter, at the cost of higher maximum delays.

The delay jitter is relevant for dimensioning the playback buffer in streaming applications. If the delay jitter is bounded by $D$ seconds and the traffic flow is played back at rate $R$ bits per second, then a playback buffer that can store $D \times R$ bits is sufficient for the playback to occur without interruptions: the playback buffer stores the first packet for $D$ seconds before it starts playing it back, and it is then guaranteed not to run out of packets to play back.

For instance, if a 1 Mb/s audio stream is transported as packets with packet delays that are in the time interval $[T, T + 20$ ms$]$, a playback buffer of 20 kbits is sufficient, independently of the value of $T$. Thus, the delay jitter is the relevant metric for dimensioning the playback buffer, not the maximum delay. However, if the application is an interactive two-way audio conversation, then the maximum delay becomes the relevant metric.

The traffic shaping and scheduling mechanisms of TSN guarantee an upper bound on the delay of packets of a traffic flow. The minimum delay is the sum of the transmission times in the successive switches. Combining these quantities, one obtains a bound on the delay jitter.

In time-critical applications, the relevant metric is the maximum delay of packets. For instance, if the network transports breaking commands, the maximum delay for that command through the network is important; the delay jitter is not. This is why this paper focuses on delay bounds not on delay jitter.

## IV. Combinations of Shapers and Schedulers

One can combine shapers and schedulers in variations that would have made the cartoonist Rube Goldberg smile. Although IEEE standards restrict such combinations, they nevertheless permit some complex contraptions.

### A. An Example

Figure 13 shows one possible arrangement. In this figure, S designates an ATS or CBS shaper, T a TAS shaper, W a WRR scheduler, P a priority scheduler, Q a queue, and E an exit port. After transmitting a packet, the exit port $E0$ searches for the next packet to transmit. The algorithm is that $P0$ selects the nonempty queue in order of priority, if $T0$ is open. Also, $W0$ selects the next queue to serve according to the WRR algorithm, if $T1$ is open.

### B. Evaluation

Although many such variations are possible, it is not simple to predict the resulting delay and storage properties of the

Authorized licensed use limited to: Michael Stimson. Downloaded on August 21,2025 at 17:24:59 UTC from IEEE Xplore.  Restrictions apply.



Fig. 14. Simulation results for the example of Figure 13. The *x*-axis is packet departure times in microseconds and the vertical axis is packet delays in microseconds.

corresponding switch, let alone of a network that combines such switches. Similarly, it is not clear how to select the combination of shapers and schedulers and their configuration in the different switches of a network.

Simulations allow to determine the delays and storage. For instance, Figure 14 shows the delay of packets of selected flows for the example of Figure 13. In the figure, each point corresponds to the (departure time, delay) pair of a packet of the corresponding flow, both in microseconds.

For instance, the graph for flow 0 shows groups of packets served back-to-back when the TAS gate $T_0$ opens. The source generate these packets periodically. Hence, the packet departure times of a group are separated by very small packet transmission times; their delays range from a transmission time, for a packet that arrives when the queue is empty and the gate is open, to the maximum close time of $T_0$, for a packet that arrives just as the gate closes. The pattern repeats for successive groups as the gate $T_0$ opens and closes periodically.

The details of the source and scheduler configurations of this specific example do not matter. What is important is to note that the simulation necessarily makes assumptions about the timing of the sources. In this example, the sources are periodic with a given initial phase. Thus, a source may send a fist packet of 1500 bytes after 12 $\mu$s and then send another packet every 16 $\mu$s. A given simulation may select phases that do not correspond to the worst-case delay. Although the simulation gives an *illusion of accuracy* in capturing the detailed operations of the network, its output may be deceiving.



Fig. 15. A tree network.

As many practitioners know, one should be aware of this important limitation of simulations as a verification tool. One is never certain to have seen the worst case. For that reason, analytical upper bounds for delays and storage in the network are highly desirable. We comment on such results in the next section.

## V. Design Guidelines and Lessons

Given the enormous number of possible combinations of shapers and schedulers, it is essential to have some design guidelines that should be industry-dependent. This section discusses some of them.

### A. Shaping at the Sources May Suffice

In networks with fast line rates and few hops, shaping the flows at their source may suffice to guarantee suitable performance metrics for all the flows.

It is often easy to derive crude upper bounds. As an example, let us pretend that the network uses CQF, as in Figure 12. The value of $T$ is chosen so that in $T$ seconds, a buffer can send all the data that the sources of flows that go through it generate in $T$ seconds. As we saw, the delay for a flow that goes through $n$ hops is then bounded by $nT$. Since the delays with CQF are larger than without it, these bounds apply to a network of FCFS queues.

Let us use that simple bound on the network of Figure 15. That network has two types of flows $A$ and $B$ with the characteristics indicated. The flows have been shaped at their source, so that the packets are evenly spaced. Buffers 1 and 2 take 5.824 $\mu$s to transmit ($2 \times 1500 \times + 10 \times 64 \times 8$) bits. The sources that feed the buffers produce that amount of data at most every 6 $\mu$s. Indeed, the interval between the packets of type $B$ is 6 $\mu$s because the rate of data of those flows is 2 Gb/s. Buffer 3 takes also 5.824 $\mu$s to transmit ($4 \times 1500 \times + 20 \times 64 \times 8$) bits Hence, we can choose $T = 5.9$ $\mu$s and conclude that the maximum delay is bounded by $2T = 11.8$ $\mu$s.

The worst case delay for a packet of type $A$ is illustrated in Figure 16. It is equal to

$$3\frac{12000}{5 \times 10^9}\text{s} + 20\frac{512}{10 \times 10^9}\text{s} = 8.224 \ \mu\text{s}.$$

Authorized licensed use limited to: Michael Stimson. Downloaded on August 21,2025 at 17:24:59 UTC from IEEE Xplore. Restrictions apply.



Fig. 16. Worst-case delay for sensor packet in network of Figure 15.



Fig. 18. Per-flow shaping (PF) reduces the delay of packets $C$ compared to group shaping (G).



Fig. 17. Group or per-flow shaping?.



Fig. 19. Per-flow shaping (PF) does not reduce the delay of packets $C$ compared to group shaping (G).

As the figure shows, the delay in the network is smaller than when the network operates in the CQF mode. This reduction occurs because the transmissions of buffer 3 are pipelined with those of buffers 1 and 2. That is, buffer 3 does not wait until buffers 1 and 2 have completed the transmission of the packets that arrive in a time interval $[nT, (n+1)T]$ to start transmitting these packets.

It is possible to derive bounds that take pipelining into account, but this is beyond the scope of this paper. The point is that even crude bounds can prove that shaping at the source and using FCFS buffers guarantee the delays that are acceptable for the applications.

### B. Group Flows Before Shaping

In our discussion of Figure 5, we noted that group shaping spaces out packets of an aggregate flow but that per-flow shaping spaces out packets of individual flows. It would therefore seem that per-flow shaping is preferable to group shaping since it provides a more refined shaping of the traffic. However, that is not necessarily the case.

Figure 17 shows a simple example where group shaping is preferable to per-flow shaping. The figure shows a number of flows A, B, ..., G that arrive at a switch and join a shaper. The shaped flows (2) and another flow (1) then share a transmit buffer with output (3). Per-flow shaping would space out the packets of each flow A, B, ..., G evenly, as shown in the timeline (2)-PF. Thus, packets of the flows A, B, ..., G enter the right-most buffer just before a packet (1). Consequently, the packets leave at (3) as indicated in the timeline (3)-PF. The packet of flow (1) is delayed by the transmission of the packets from A, B, ..., G. On the other hand, group shaping would space out the packets of A, B, ..., G as shown in (2)-G. The spacing depends on the shaping rate. The figure shows that the delay of the packet of flow (1) is now much smaller. Thus, group shaping is more effective than per-flow shaping to limit delays of flow (1). What is happening is that the flow at (2) has large clumps when per-flow shaping is used, but not when group shaping is used.

Another example shows that per-flow shaping can be beneficial if the individual flows later go though different buffers, but not if they remain together. Indeed, in the latter case, the storage and delay through buffers depend on the aggregate flow, not one the individual flows.

Figures 18 and 19 illustrate that distinction. Figure 18 shows a situation where per-flow shaping reduces the delay

Authorized licensed use limited to: Michael Stimson. Downloaded on August 21,2025 at 17:24:59 UTC from IEEE Xplore. Restrictions apply.



Fig. 20. A useless combination of CBS and WRR (left) and a simpler combination (right).

of packets *C* compared to group shaping. The shaper separates packets at (1). When group shaping is used, the packets of flow *A* still appear in clumps. As these clumps arrive at the next buffer, they delay packets *C*. When per-flow shaping is used, the packets of flow *A* are separated more evenly than when using group shaping. This reduces the delay of packets *C*.

In Figure 19, the flows *A* and *B* do not separate. Instead, they stay together as they join the next buffer. In this case, the delay of flow *C* depends on the aggregate of the two flows *A* and *B*, so that group shaping is as effective as per-flow shaping at reducing the delay of flow *C*.

This argument by examples is not a proof but hopefully it clarifies why it is important to group the flows appropriately before shaping them. The assignment of flows to shapers is not a trivial task! Essentially, one should shape together flows that stay together.

### C. WRR Is Useless for Properly Shaped Flows

WRR is useless when flows have been shaped, say by CBS. For instance, the combination CBS/WRR on the left-hand part of Figure 20 should not be used.

Specifically, assume that the shaping rates *a* and *b* are such that $a + b < R$. The weights $w_0$ and $w_1$ should be such that $R_0 := w_0 R/(w_0 + w_1) \geq a$ and $R_1 := w_1 R/(w_0 + w_1) \geq b$. The goal of WRR is to guarantee the service rate $R_0$ to the top buffer and $R_1$ to the bottom buffer. However, since the flows are already shaped, the departure rate from that buffer is at most *a*. Accordingly, the FCFS in the right-hand part of the figure is not saturated and that buffer can keep up with the arriving flows.

Figure 21 shows simulation results that confirm the observation. In this simulation source 0 produces one packet of 1500 bytes every 4$\mu$s, which corresponds to a rate of 3 Gb/s. Source 1 produces one packet of 1500 bytes every 7 $\mu$s, which corresponds to a rate of 1.7 Gb/s. The service rate *R* is equal to 5 Gb/s. The weights WRR of are $w_0 = 30$ and $w_1 = 17$. The simulations confirm that the delays are essentially the same with and without WRR.

As another example, WRR is useless in Figure 13.

### D. Do Not Use WRR for Open-Loop Sources

This point is similar to the previous one. Let us explore the effect of WRR in two cases: TCP (Transmission Control Protocol) and open-loop sources.



Fig. 21. Comparing CBS + WRR and CBS + FCFS. The *x*-axis is packet departure times in microseconds and the vertical axis is packet delays in microseconds.



Fig. 22. WRR and TCP.



Fig. 23. WRR and open-loop sources.

When using TCP, the sources regulate their transmissions based on the acknowledgments they receive from the destination (see Figure 22). Essentially, the sources adjust their transmissions so that the network can just keep up.

With this mechanism, source 0 transmits at rate $Rw_0/(w_0 + w_1)$ and source 1 at rate $Rw_1/(w_0 + w_1)$, assuming there is no other bottleneck in the network. Thus WRR is effective at sharing bandwidth among applications that use TCP.

Open-loop sources, as shown in Figure 23, transmit data at a configured rate, independently of the network congestion. For instance, the sources could be cameras that send video at specified rates.

Authorized licensed use limited to: Michael Stimson. Downloaded on August 21,2025 at 17:24:59 UTC from IEEE Xplore. Restrictions apply.



Fig. 24. Policers with open-loop sources.

In this case, the weights $w_0, w_1$ of WRR should be configured so that $w_0 R/(w_0+w_1)$ is at least equal to the transmission rate of source 0, and similarly for source 1. However, in this situation, WRR has no effect. Indeed, if the two flows were to share a FCFS buffer served at rate $R$, the buffer would keep up with the two flows.

WRR may be useful with open-loop sources to protect one flow against misbehaving sources, if they use different buffers. To see this, assume that source 0 transmits at a rate less than $w_0 R/(w_0 + w_1)$ but that source 1 misbehaves and transmits at a rate larger than the configured rate $w_1 R/(w_0 + w_1)$. In this case, WRR makes sure that the flow from source 0 is served is still delivered correctly since it guarantees the service rate $w_0 R/(w_0 + w_1)$ for the flow of source 0.

Is WRR an efficient way of providing this guarantee? An alternative approach is to use policers, as shown in Figure 24.

A simple policer is a counter that keeps track of the occupancy of a virtual buffer that serves the packets at a set rate. That is, when a packet goes by, the counter increments by the size of the packet, and the counter decrements at the set rate whenever it is not empty. If a source generates data faster than the specified rate, the counter eventually exceeds some preset threshold and the policer drops the excessive data. Instead of dropping data, the policer can mark the excess packets that a buffer can then drop when its backlogs exceeds some value. The policer can also send information to the network monitor that can then shut down the misbehaving source. Policers are easier to configure than WRR since they depend only on the flows they police. Also, the policing function can be located at the edge of the network in contrast with WRR that has to be configured in every switch.

Our conclusion is that WRR is not effective with open-loop sources. In a TSN network that combines open-loop sources and TCP flows, one approach is to use policers for the open-loop sources and serve the TCP flows with a lower priority, so that these flows use the bandwidth not used by the open-loop sources.

One might consider using WRR for the low priority TCP flows. However, configuring WRR in this latter case requires knowing details about the applications. Also, the throughput of TCP flows depends on the other bottlenecks of the network and may not be controllable by the WRR schedulers.

*E. Use SPQ and Not TAS in Small Fast Networks*

Let us compare SPQ and TAS in the network of Figure 25.

The figure shows three switches that are used by a small black packet of size $l$ and large gray and shaded packets of size $L$. The line rates are $R$. The black packet is urgent. We



Fig. 25. Comparing SPQ (top) and TAS (bottom).

compare using SPQ and TAS for minimizing the time until the last switch starts transmitting the black packet.

As the figure indicates, when using SPQ, the black packet can be delayed by the transmission time $L/R$ of a large packet at each switch. For $K$ hops, the SPQ delay is $KL/R$. When using TAS, the black packet faces a store-and-forward delay $l/R$ at each switch, plus the delay until the first gate opens, i.e., the delay is $3l/R + L/R$ for three hops. For $K$ hops, it would be $Kl/R + L/R$.

If $KL/R$ is an acceptable delay, then there is no need to implement TAS: SPQ is good enough and is much simpler to implement. Otherwise, TAS may be warranted.

As an example, say that $K = 5$, $L = 12000$, and $R = 1$ Gb/s. In this case, $KL/R = 60$ $\mu$s. This delay is probably acceptable for most applications. On the other hand, if $K = 10$, $L = 12000$, $l = 500$, and $R = 0.1$ Gb/s then the SPQ delay is 1.2 ms, which is excessive for some applications. Using TAS, the delay would be 170 $\mu$s, which is hopefully acceptable.

The conclusion is that TAS may be justified in a large slow network, but not in a small fast network.

*F. Use SPQ or CBS Instead of TAS to Limit Interference*

TAS eliminates the interference between flows, like traffic lights. Shaping also limits interference between flows, like ramp metering. Figure 26 compares these two mechanisms.

As the flows arrive at (0), they contain bursts that might delay packets from the other flow, as shown along the FCFS timeline that indicates the departures when the buffer serves the packets in a FCFS order. Using TAS with alternating open windows, as in the left-hand part of the figure, prevents the flows from interfering with each other. However, TAS introduces a delay while the flows wait for their gate to open. When using CBS, as in the right-hand part of the figure, the packets of the two flows get spaced out. The gaps between packets of a flow leave time for packets of the other flow to

Authorized licensed use limited to: Michael Stimson. Downloaded on August 21,2025 at 17:24:59 UTC from IEEE Xplore. Restrictions apply.

1952    IEEE COMMUNICATIONS SURVEYS & TUTORIALS, VOL. 25, NO. 3, THIRD QUARTER 2023



Fig. 26. TAS (left) and CBS (right).



Fig. 27. Simulation results of TAS and CBS. The *x*-axis is packet departure times in microseconds and the vertical axis is packet delays in microseconds.

be transmitted, thus limiting the interference. As the figure shows, CBS is effective at reducing the interference and it does not introduce the large delay of TAS.

Figure 27 shows simulation results to compare TAS and CBS. In this simulation, the light gray packets of Figure 26 are produced by three sources that each generate one packet of 1500 bytes every 4 $\mu$s. The dark gray packets are produced by three sources that each generate one packet of 1500 bytes every 7 $\mu$s. The open/close times of the two TAS gates are (in $\mu$s) [0, 25, 35, 55, 70, 90, 110, 125] and [25, 35, 55, 70, 90, 110], respectively, and repeat evey 125 $\mu$s. The line rate is $R = 16$ Gb/s. The CBS shaping rates are 9.5 Gb/s and 6.5 Gb/s.

As expected, TAS introduces a larger delay that CBS.

As we saw earlier, SPQ is another way to limit the interference that an urgent flow faces.

## VI. CONCLUSION

IEEE has standardized a number of traffic shaping and scheduling mechanisms and some of their combinations for TSN.

The simplest design is to use CBS shapers only at the sources. The configuration is the simplest since the rate of the shaper depends only on the source and the target end-to-end delay, not on the topology or the other sources. Depending on the network architecture, in particular on the splitting of flows, the number of hops, and the link rates, this approach may suffice to guarantee the target delays and storage capacities of the switches.

If that approach is not sufficient, one can consider CBS reshaping at the exit ports. The implementation and configuration are rather simple: the rate of the CBS shaper is the sum of the shaping rates of the flows that go through the port. However, this configuration depends on the knowledge of the network topology, the routing, and the rates of the flows. In particular, the configuration must be modified when one adds or changes sources.

The next step is to use priority scheduling. The configuration requires identifying the priorities of the flows based on their target delay. Priority reduces the delay of high-priority flows and makes unused bandwidth available to best effort applications. We noted that SPQ is an effective way for best-effort traffic to use the bandwidth left available by shaped flows.

One more level of complexity is ATS. This requires per-flow shaping in the switches and a detailed configuration of the shapers based on all the flows that go through them. Moreover, we observed that generally flows have to be grouped suitably to make shaping effective. In particular, in some situations, CBS is more effective than the more complex ATS mechanism.

WRR can be useful for TCP sources. When used with other sources, WRR protects flows against misbehaving sources, but less effectively than policers or priorities that are easier to configure.

CQF reduces the delay variability but at the cost of higher delays. CQF may be useful for some storage-limited destinations. A playback buffer at the destination is a more effective way to reduce delay variability.

Finally, one may explore TAS. The complexity of configuration and the sensitivity of the performance to the synchronization of the TAS gates make this approach rather complex. We explained that priority is preferable to TAS in a small fast network.

Finally, we commented on the difficulty of using simulations to test worst-case delays.

This paper is a tutorial on existing standards and, as such, does not intend to make original contributions. Nevertheless, the definition of CBS+, the description of ATS, the simple calculations of the bounds on the number of back-to-back shaper bits, the essential equivalence of ATS and CBS in terms of those bounds, and the design guidelines are original.

Much work is being done in industry to implement the TSN standards in custom integrated circuits. In parallel, tools are being developed to evaluate and optimize the configuration of the networks. Some tools are event-driven simulators. Some analytical tools are also being developed to calculate delay bounds in TSN networks.

High-speed TSN products for vehicles are becoming commercially available. Additional tools are needed to facilitate the design and configuration of TSN networks. The tools should

Authorized licensed use limited to: Michael Stimson. Downloaded on August 21,2025 at 17:24:59 UTC from IEEE Xplore. Restrictions apply.

evaluate the reliability of the network and its ability to accept variations in connected devices.

## ACKNOWLEDGMENT

The author thanks the team at Ethernovia, in particular Brian Petersen and Max Turner, for many stimulating discussions that have improved this paper. Ethernovia designs switches capable of implementing the IEEE TSN protocols and developed software to evaluate and optimize the performance of networks; their experience contributed greatly to the author's understanding of TSN. The author also thanks Georg Hoelger for his work on the analysis of shaping in TSN networks. The author is grateful to the Editor Fabrizio Granelli and to the four reviewers for their constructive comments that shaped the final version of the paper.

## REFERENCES

[1] "Time-sensitive networking (TSN) task group." Accessed: Mar. 2023. [Online]. Available: https://1.ieee802.org/tsn/

[2] L. Chang. "Five things TSN can accomplish for the IIoT and industry 4.0." 2022. Accessed: Dec. 2022. [Online] https://iebmedia.com/technology/tsn/five-things-tsn-can-accomplish-for-the-iiot-and-industry-4-0/

[3] L. Deng, G. Xie, H. Liu, Y. Han, R. Li, and K. Li, "A survey of real-time Ethernet modeling and design methodologies: From AVB to TSN," *ACM Comput. Surveys*, vol. 55, no. 2, pp. 1–36, Jan. 2022.

[4] "IECIEEE 60802 TSN profile for industrial automation." 2022. Accessed: Dec. 2022. [Online]. Available: https://1.ieee802.org/tsn/iec-ieee-60802/

[5] Y. Kang, L. Sunwoo, S. Gwak, T. Kim, and D. An, "Time-sensitive networking technologies for industrial automation in wireless communication systems," *Energies*, vol. 14, no. 15, p. 4497, 2021.

[6] L. L. Bello and W. Steiner, "A perspective on IEEE time-sensitive networking for industrial communication and automation systems," *Proc. IEEE*, vol. 107, no. 6, pp. 1094–1120, Apr. 2019.

[7] A. Nasrallah et al., "Ultra-low delay (ULL) networks: The IEEE TSN and IETF DetNet standards and related 5G ULL research," *IEEE Commun. Surveys Tuts.*, vol. 21, no. 1, pp. 88–145, 1st Quart., 2019.

[8] G. Parsons. "The rise of time-sensitive networking (TSN) in automobiles, industrial automation, and aviation." 2022. Accessed: Dec. 2022. [Online]. Available: https://incompliancemag.com/article/the-rise-of-time-sensitiv-networking-tsn-in-automobiles-industrial-automation-and-aviation/

[9] D. Perkon. "The accumulating case for deterministic control." 2019. Accessed: Dec. 2022. [Online]. https://www.controldesign.com/connections/edge-technology/article/11305171/the-accumulating-case-for-deterministic-control

[10] A. Raveling. "Time-sensitive networking for industrial applications." 2022. Accessed: Dec. 2022. [Online] https://www.controleng.com/articles/time-sensitive-networking-for-industrial-applications/

[11] A. Townshend. "Why time-sensitive networking will change everything." 2021. Accessed: Dec. 2021. [Online]. Available: https://www.controldesign.com/connections/time-sensitive-networking/article/11294548/why-time-sensitive-networking-will-change-everything

[12] P. Varis and T. Leyrer. "Time-sensitive networking for industrial automation." 2022. Accessed: Dec. 2022. [Online]. Available: https://www.ti.com/lit/wp/spry316b/spry316b.pdf

[13] J. Wiberg. "TSN—Practical use cases and an update on ongoing standardization work." 2022. Accessed: Dec. 2022. [Online]. https://www.hms-networks.com/news-and-insights/blog/posts/iot-blog/2022/09/29/tsn—practical-use-cases-and-an-update-on-ongoing-standardization-work

[14] J. Farkas, N. Finn, and P. Thaler. "IEEE 802.1 time-sensitive networking (TSN)." 2017. [Online]. Available: https://datatracker.ietf.org/meeting/99/materials/slides-99-edu-sessf-time-sensitive-networking-tutorialenglish-language-janos-farkas-norman-finn-patricia-thaler

[15] *Configuration Enhancements for Time-Sensitive Networking*, IEEE Standard P802.1Qdj, 2023. [Online]. Available: https://1.ieee802.org/tsn/802-1qdj/

[16] M. Rahmani, K. Tappayuthpijarn, B. Krebits, E. Steinbach, and R. Bogenberger, "Traffic shaping for resource-efficient in-vehicle communication," *IEEE Trans. Ind. Informat.*, vol. 5, no. 4, pp. 414–428, Nov. 2009.

[17] F. He, L. Zhao, and E. Li, "Impact analysis of flow shaping in Ethernet-AVB/TSN and AFDX from network calculus and simulation perspective," *Sensors*, vol. 17, no. 5, p. 1181, 2017.

[18] IEEE802.1 TSN Task Group. "IEEE802.1Qav—Forwarding and queuing enhancements for time-sensitive streams." Accessed: Mar. 2023. [Online]. Available: http://www.ieee802.org/1/pages/802.1av.html

[19] IEEE802.1 TSN Task Group. "IEEE802.1Qcr—Asynchronous traffic shaper." Accessed: Mar. 2023. [Online]. Available: http://www.ieee802.org/1/pages/802.1cr.html

[20] J. Turner, "New directions in communications (or which way to the information age?)" *IEEE Commun. Mag.*, vol. 24, no. 10, pp. 8–15, Oct. 1986.

[21] "802.1Q-2014—Bridges and Bridged Networks." Accessed: Mar. 2023. [Online]. Available: http://www.ieee802.org/1/pages/802.1Q-2014.html

[22] IEEE802.1 TSN Task Group. "P802.1Qch—Cyclic Queuing and Forwarding." Accessed: Mar. 2023. [Online]. Available: https://1.ieee802.org/tsn/802-1qch/

[23] IEEE802.1 TSN Task Group. "IEEE802.1Qbv—Enhancements for Scheduled Traffic." Accessed: Mar. 2023. [Online]. Available: http://www.ieee802.org/1/pages/802.1bv.html

[24] IEEE. "802.1AS—Timing and synchronization." Accessed: Mar. 2023. [Online]. Available: http://www.ieee802.org/1/pages/802.1as.html

[25] R. Queck, "Analysis of Ethernet AVB for automotive networks using network calculus," in *Proc. IEEE Int. Conf. Veh. Electron. Safety (ICVES)*, 2012, pp. 61–67.

[26] E. Mohammadpour, E. Stai, and J.-Y. Le Boudec, "Improved credit bounds for the credit-based shaper in time-sensitive networking," *IEEE Netw. Lett.*, vol. 1, no. 3, pp. 136–139, Sep. 2019.

[27] E. Mohammadpour, E. Stai, M. Mohiuddin, and J.-Y. Le Boudec, "Delay and backlog bounds in time-sensitive networking with credit based shapers and asynchronous traffic shaping," in *Proc. 30th Int. Teletraffic Congr. (ITC)*, vol. 2, 2018, pp. 1–6.

[28] J. Walrand, M. Turner, and R. Myers, "An architecture for in-vehicle networks," *IEEE Trans. Veh. Technol.*, vol. 10, no. 7, pp. 6335–6342, Jul. 2021.

[29] B. Petersen and M. Turner, "Private communication," Oct. 2022.

[30] J. Specht and S. Samii, "Urgency-based scheduler for time-sensitive switched Ethernet networks," in *Proc. IEEE 28th Euromicro Conf. Real-Time Syst. (ECRTS)*, 2016, pp. 75–85.

[31] Z. Zhou, Y. Yan, M. Berger, and S. Ruepp, "Analysis and modeling of asynchronous traffic shaping in time sensitive networks," in *Proc. 14th IEEE Int. Workshop Factory Commun. Syst. (WFCS)*, 2018, pp. 1–4.

[32] J. Specht and S. Samii, "Synthesis of queue and priority assignment for asynchronous traffic shaping in switched Ethernet," in *Proc. IEEE Real-Time Syst. Symp. (RTSS)*, 2017, pp. 178–187.

[33] L. Zhao, P. Pop, Z. Zheng, and Q. Li, "Timing analysis of AVB traffic in TSN networks using network calculus," in *Proc. IEEE Real-Time Embedded Technol. Appl. Symp. (RTAS)*, 2018, pp. 25–36.



**Jean Walrand** (Life Fellow, IEEE) received the Ph.D. degree in EECS from UC Berkeley.

He has been on the faculty of UC Berkeley since 1982, where he is currently a Professor Emeritus. He is the author of an *Introduction to Queueing Networks* (Prentice Hall, 1988), *Communication Networks: A First Course* (2nd ed. McGraw-Hill, 1998), *Probability in Electrical Engineering and Computer Science* (2nd ed. Springer, 2021), and *Uncertainty: A User Guide* (Amazon, 2019) and the coauthor of *High-Performance Communication Networks* (2nd ed. Morgan Kaufman, 2000), *Communication Networks: A Concise Introduction* (2nd ed. Morgan & Claypool, 2018), *Scheduling and Congestion Control for Communication and Processing Networks* (Morgan & Claypool, 2010), and *Sharing Network Resources* (Morgan & Claypool, 2014). His research interests include stochastic processes, queuing theory, communication networks, game theory, and the economics of the Internet.

Prof. Walrand is a recipient of the Lanchester Prize, the Stephen O. Rice Prize, the IEEE Kobayashi Award, and the ACM Sigmetrics Achievement Award. He is a Fellow of the Belgian American Education Foundation.

Authorized licensed use limited to: Michael Stimson. Downloaded on August 21,2025 at 17:24:59 UTC from IEEE Xplore.  Restrictions apply.