# EXHIBIT 20

### 9.4  An In-depth Look at the Intel IPU E2000

Naru Sundar*[1], Brad Burres*[2], Yadong Li*[3], Dave Minturn[4], Brian Johnson[4], Nupur Jain[5]

[1]Intel, Santa Clara, CA
[2]Intel, Hudson, MA
[3]Intel, Portland, OR
[4]Intel, Hillsboro, OR
[5]Intel, San Jose, CA
*Equally Credited Authors (ECAs)

The Intel® Infrastructure Processing Unit (Intel IPU) E2000 is Intel's first ASIC IPU device, a 200G product co-designed with Google and in production as of 2022. It features a rich packet processing pipeline, RDMA and storage capability including NVMe offload and an ARM Neoverse based compute complex enabling customer provided software to execute features ranging from complex packet processing pipelines to storage transport to device management and telemetry. The device was fabricated in TSMC's 7nm process. Utilizing the combination of general-purpose acceleration and software running in the compute complex, this IPU enables a rich variety of services to be provided to the attached client. Attached clients can range from compute hosts for providing infrastructure as a service, storage disks for fronting a storage target, accelerators such as GPUs or FPGAs for fronting specialized processing functions, or even function as a pure SoC servicing custom appliances or downstream devices like smart switches. This broad deployment capability supports the rapid innovation necessary for the modern datacenter.

The Intel IPU E2000 block diagram is shown in Fig. 9.4.1. The device can be partitioned into a networking half, shown on the left of the block diagram, and a compute half shown on the right. Interconnecting the two is a high-performance system level cache that acts as both a last level cache as well as a means of accessing high bandwidth external memory. This allows both accelerators and compute instances to tune their usage of memory bandwidth, a precious commodity.

The networking complex is a streaming architecture consisting of client facing PCIe logic and protocol engines, a flexible and high-performance packet processing engine, an inline crypto engine and a traffic shaping engine capable of applying arbitrary rate profiles. All of these engines support external memory backed scaling through the system level cache. Wrapping these blocks are the requisite buffering and IO components including 56G serdes on the Ethernet side and a Gen4x16 interface on the PCIe side. The PCIe interface can support bifurcation to enable multiple clients, for example SSDs or multiple hosts or a mix of the two.

The compute complex includes the 16 ARM Neoverse N1 cores, a dedicated lookaside crypto and compression engine (distinct from the inline engine mentioned earlier), a high bandwidth memory interface consisting of 3 channels of LPDDR4, and a dedicated system management engine consisting of dual ARM A53 processors for handling provisioning, boot and lifecycle operations. While Intel uses a variety of cores in its products, the N1 core was chosen for a combination of IP availability, performance and time to market reasons. All of these products connect to the 32MB of system level cache, which provides last level cache and arbitration for external memory as well as secondary translation and memory space management functions.

The compute complex in the Intel IPU E2000 is built around the ARM Neoverse N1 core. Sixteen cores are available, with a maximum frequency of 3GHz and 512KB of L2 cache per core. Memory translation, protection and security related configurations are provided by the system level cache which all core clusters connect to. Networking complex accelerators can access compute complex memory in the same way they access external memory directly, through memory operations on the system level cache, with arbitrations and protections provided by the SLC's translation and mapping capabilities.

For raw cycle performance on single core and multi-core, refer to Fig. 9.4.2 which shows estimated Spec CPU 2017 scores. The I/O path cost contribution to compute performance can be measured through a basic packet loopback test, with results shown in Fig. 9.4.3 in the rows associated with a DPDK "hairpin" test, including some benchmark comparisons. The memory subsystem performance is more dynamic and complex to measure. A referent point is given in the second half of Fig. 9.4.3 showcasing a DPDK synthetic pipeline for IP forwarding. At larger table sizes, the system is constrained by external memory bandwidth as the working set cannot fit in the system level cache.

Packet processing is one of the most significant and demanding applications of any network component in the datacenter. It is also an area where usages vary significantly. Industry approaches towards packet processing have varied, from pipelined architectures, to a pooled execution unit model, to hybrid approaches. The design goals for the Intel IPU E2000 included ensuring predictable performance, while maintaining a high degree of flexibility, as well as ensuring that system goals around areas and power were met. The combination of these constraints led to the design shown in Fig. 9.4.4, a high-performance pipelined implementation with a generic recirculation capability. The core pipeline follows a parse – classify – actions sequence, with support for generic metadata throughout. The recirculation capability is performance agnostic within the bounds of the maximum allowed recirculation, allowing classification chains to be built while only being constrained by memory bandwidth. The classification core supports DDR-scale exact match and longest prefix match lookups as well as additional low-scale bookkeeping engines such as range compares and wildcards. This engine is capable of multiple lookups serially and in-parallel per packet per pass of recirculation, with all lookups feeding first through block local caches, then through the system level cache and finally to external memory. The Intel IPU E2000 action engines enable counting operations such as statistics or metering, and general-purpose packet editing. Figure 9.4.5 showcases an example application with containers, where the IPU offloads both the container networking path as well as a simple hash-based load-balancing function to select the remote destination. The data shows both the scaling number and the measured latency in comparison to an non-offloaded case.

Intel IPU E2000 provides storage offload via an NVMe protocol engine derived from the Intel® Optane™ SSD design, implementing a standard compliant NVMe interface to the attached host. The engine supports a high degree of storage virtualization and offers quality of service primitives such as per disk and per VM limits. Along with additional accelerators like the Lookaside Crypto & Compression (LCE) engine, the Intel IPU E2000 creates an optimized hardware/software interface to the storage stack on the compute complex, which can implement any backend protocol of choice. In order to achieve the best performance, the storage stack first takes advantage of LCE. Reacting to NVMe commands posted on the host, the storage stack would use the LCE's DMA capability to transfer the block into compute complex memory. It would also utilize LCE's chained operations capability to perform encryption, compression and/or CRC operations on the block. From here the storage stack makes use of one of the available protocol engines such as LAN (E.g. for NVMe-over-TCP) or RDMA (E.g. for NVMe-over-RDMA) to packetize the block and push it onto the wire. Here inline encryption could also be applied to provide protection for data in motion, again without sacrificing performance. All of these features primarily contend for memory bandwidth, rather than allowing specific configuration scenarios to define performance, a fact which gives a great deal of flexibility to customers.

For target usages, packetized storage traffic is terminated by the compute complex. From here a variety of paths are available. For some customers the storage terminator may attach directly to disks. Intel IPU E2000 enables this by providing bifurcation of the client facing PCIe interfaces to enable multiple attached SSDs. It is also possible for the storage terminator to relay the block operation request on a custom protocol to a backend service – i.e. here the storage terminator is acting more as a protocol gateway.

Figure 9.4.6 shows a comparison of compute utilization over time for an IPU offloaded NVMe-over-TCP storage implementation against a standard SW only case.

The Intel IPU E2000 is Intel's first-generation ASIC IPU and enables high performance usages for cloud datacenters. It provides this without sacrificing flexibility or asking customers to trade off flexibility for performance. Through a flexible and capable packet processing engine, a rich array of storage offloads and a robust security and system management architecture, the Intel IPU E2000 provides all of the necessary capabilities for deployment in today's datacenter. As Intel looks towards its next-generation devices, pathfinding innovations enabled by the varying levels of flexibility provided by this IPU will inform many of the design choices for future devices.

*Acknowledgement:*
The authors would like to thank the contribution of the following colleagues to this paper: Vit Yenukas, Sudheer Mogilappagari, Yael Anati, Patrick Kutch, Shweta Shrivastava, Jingjing Wu.

*References:*
[1] B. Burres et al., "Intel Hyperscale-Ready Infrastructure Processing Unit (IPU)," *IEEE Hot Chips 33 Symposium (HCS)*, 2021, pp. 1-16, doi: 10.1109/HCS52781.2021.9567455.
[2] ARM Holdings, Arm Neoverse N1 Core Technical Reference Manual, https://developer.arm.com/documentation/100616/0400/, 2021.

Content in this paper is governed by the notices and disclaimers listed here: https://www.intel.com/LegalNoticesAndDisclaimers as well as the following. Performance varies by use, configuration and other factors. Learn more at http://ww.Intel.com/PerformanceIndex. Configuration details are available here: https://cdrdv2.intel.com/v1/dl/getContent/752120. Performance results are based on testing as of dates shown in the configuration details document and may not reflect all publicly available updates. No product or component can be absolutely secure. Your costs and results may vary. Intel technologies may require enabled hardware, software or service activation. © Intel Corporation. Intel, the Intel logo, and other Intel marks are trademarks of Intel Corporation or its subsidiaries. Other names and brands may be claimed as the property of others.

978-1-6654-9016-0/23/$31.00 ©2023 IEEE
DOI: 10.1109/ISSCC42615.2023.10067333
2023 IEEE International Solid-State Circuits Conference (ISSCC)

Authorized licensed use limited to: Donna Spinillo. Downloaded on September 30,2025 at 18:41:42 UTC from IEEE Xplore. Restrictions apply.



Figure 9.4.1: Intel IPU E2000 Block Diagram.



Figure 9.4.2: Core Performance.



Figure 9.4.3: Compute Performance, DPDK Single Queue Loopback.



Figure 9.4.4: Intel IPU E2000 Packet Processor.



Figure 9.4.5: Packet Processing Performance.



Figure 9.4.6: Storage Performance.

Authorized licensed use limited to: Donna Spinillo. Downloaded on September 30,2025 at 18:41:42 UTC from IEEE Xplore. Restrictions apply.



**Figure 9.4.7: Intel IPU E2000 Card, Pre-production Sample.**

Authorized licensed use limited to: Donna Spinillo. Downloaded on September 30,2025 at 18:41:42 UTC from IEEE Xplore.  Restrictions apply.

• 2023 IEEE International Solid-State Circuits Conference                                                                                                   978-1-6654-9016-0/23/$31.00 ©2023 IEEE