# EXHIBIT 21

# Intel's Hyperscale-Ready Infrastructure Processing Unit (IPU)

Brad Burres, Intel Fellow

*Co-Authors: Dan Daly, Mark Debbage, Eliel Louzoun, Christine Severns-Williams, Naru Sundar,*

*Nadav Turbovich, Barry Wolford, Yadong Li*

# Major Advantages of IPUs



## Separation of Infrastructure & Tenant

Guest can fully control the CPU with their SW, while CSP maintains control of the infrastructure and Root of Trust




## Infrastructure Offload

Accelerators help process these task efficiently. Minimize latency and jitter and maximize revenue from CPU



## Diskless Server Architecture

Simplifies data center architecture while adding flexibility for the CSP

# Infrastructure Workloads Migrating to IPU





intel.

# Mount Evans

## Intel's 200G IPU




| | |
|---|---|
| Hyperscale Ready | Co-designed with a top cloud provider<br>Integrated learnings from multiple gen. of FPGA sNIC/IPU<br>High performance under real world load<br>Security and isolation from the ground up |
| Technology Innovation | Best-in-Class Programmable Packet Processing Engine<br>NVMe storage interface scaled up from Intel Optane Tech<br>Next Generation Reliable Transport<br>Advanced crypto and compression accel. |
| Software | SW/HW/Accel co-design<br>P4 Studio based on Barefoot<br>Leverage and extend DPDK and SPDK<br>Enable broad adoption of IPUs |

# Mount Evans

## Architectural Breakdown

Network Subsystem




Compute Complex

# Mount Evans

## Network subsystem

- Support for up to 4 host Xeons with 200Gb/s full duplex
- High-performance RDMA running with ROCEv2 & Reliable Transport Protocol
- NVMe device interface with inline AES-XTS and VM QoS for efficient software backend
- Programmable packet pipeline with QoS and telemetry capabilities supporting 200Mpps
- Advanced transmit scheduling capabilities
- Inline IPSec for high scale connection at wire speed






intel.

# Mount Evans

## Compute Complex




Up to 16 ARM Neoverse N1 Cores @up to 3GHz for infrastructure apps such as the Storage initiator backend, TLS proxy, vSwitch and other applications.

Large System Level Cache backed by three channels of LP/DDR4

Lookaside Crypto and Compression Engine for Host or Compute Complex use

Dedicated management processor providing secure boot, life cycle management and overall manageability

# Mt. Evans - Packet Processing




## Leadership P4 programmable pipeline

- Support complete vSwitch + beyond fully in hardware
- Pipeline composition via recirculation and chained operations without sacrificing performance
- Programmable Parser, Exact Match, Wildcard Match, Range Match, LPM, Meters, Statistics, Modifier

## Packet Processing at scale

- @scale classification for > 10M entries backed by DDR
- Support pipeline driven operations like flow auto-add and aging

## Tightly coupled with the Compute Complex

- Large L1 caches, optionally backed in compute cache, designed to meet hyperscale performance challenges
- Multi-TB cross-sectional BW between the network subsystem and the compute complex
- Broad metadata capabilities, including handoff to software

# Scale out Storage Architecture



# Mt. Evans – in Depth Security Strategy






# Mt. Evans – in Depth Security Strategy




System Security

# Mt. Evans – in Depth Security Strategy




System Security

Isolation and Recovery

# Mt. Evans – in Depth Security Strategy




- System Security
- Isolation and Recovery
- Performance
- Flexibility

# Mt. Evans – in Depth Security Strategy




- System Security
- Isolation and Recovery
- Performance
- Flexibility
- Survivability & Uptime

# Mt. Evans – in Depth Security Strategy




- System Security
- Isolation and Recovery
- Performance
- Flexibility
- Survivability & Uptime
- Future proof
- Security Compliance

# Thank you!









intel.