# EXHIBIT 25



# Arm® Neoverse™ N1 Core

Revision: r4p1

## Technical Reference Manual

**Non-Confidential**
Copyright © 2016–2020, 2023 Arm Limited (or its affiliates).
All rights reserved.

**Issue 02**
100616_0401_02_en



# Arm® Neoverse™ N1 Core
## Technical Reference Manual

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.

## Release Information

### Document history

| Issue | Date | Confidentiality | Change |
|-------|------|-----------------|--------|
| 0000-00 | 18 November 2016 | Confidential | First draft for r0p0 |
| 0000-01 | 26 May 2017 | Confidential | First release for r0p0 |
| 0100-00 | 20 October 2017 | Confidential | First release for r1p0 |
| 0200-00 | 13 April 2018 | Confidential | First release for r2p0 |
| 0300-00 | 27 July 2018 | Confidential | First release for r3p0 |
| 0301-00 | 16 November 2018 | Confidential | First release for r3p1 |
| 0301-01 | 20 February 2019 | Non-Confidential | Second issue for r3p1 |
| 0400-00 | 30 April 2019 | Non-Confidential | First release for r4p0 |
| 0401-00 | 31 July 2020 | Non-Confidential | First release for r4p1 |
| 0401-01 | 4 September 2020 | Non-Confidential | Second issue for r4p1 |
| 0401-02 | 30 June 2023 | Non-Confidential | Third issue for r4p1 |

## Proprietary Notice

This document is protected by copyright and other related rights and the practice or implementation of the information contained in this document may be protected by one or more patents or pending patent applications. No part of this document may be reproduced in any form by any means without the express prior written permission of Arm. No license, express or implied, by estoppel or otherwise to any intellectual property rights is granted by this document unless specifically stated.

Your access to the information in this document is conditional upon your acceptance that you will not use or permit others to use the information for the purposes of determining whether implementations infringe any third party patents.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

THIS DOCUMENT IS PROVIDED "AS IS". ARM PROVIDES NO REPRESENTATIONS AND NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, INCLUDING, WITHOUT LIMITATION, THE IMPLIED WARRANTIES OF MERCHANTABILITY, SATISFACTORY QUALITY, NON-INFRINGEMENT OR FITNESS FOR A PARTICULAR PURPOSE WITH RESPECT TO THE DOCUMENT. For the avoidance of doubt, Arm makes no representation with respect to, and has undertaken no analysis to identify or understand the scope and content of, patents, copyrights, trade secrets, or other rights.

This document may include technical inaccuracies or typographical errors.

TO THE EXTENT NOT PROHIBITED BY LAW, IN NO EVENT WILL ARM BE LIABLE FOR ANY DAMAGES, INCLUDING WITHOUT LIMITATION ANY DIRECT, INDIRECT, SPECIAL, INCIDENTAL, PUNITIVE, OR CONSEQUENTIAL DAMAGES, HOWEVER CAUSED AND REGARDLESS OF THE THEORY OF LIABILITY, ARISING OUT OF ANY USE OF THIS DOCUMENT, EVEN IF ARM HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

This document consists solely of commercial items. You shall be responsible for ensuring that any use, duplication or disclosure of this document complies fully with any relevant export laws and regulations to assure that this document or any portion thereof is not exported, directly or indirectly, in violation of such export laws. Use of the word "partner" in reference to Arm's customers is not intended to create or refer to any partnership relationship with any other company. Arm may make changes to this document at any time and without notice.

This document may be translated into other languages for convenience, and you agree that if there is any conflict between the English version of this document and any translation, the terms of the English version of the Agreement shall prevail.

The Arm corporate logo and words marked with ® or ™ are registered trademarks or trademarks of Arm Limited (or its affiliates) in the US and/or elsewhere. All rights reserved. Other brands and names mentioned in this document may be the trademarks of their respective owners. Please follow Arm's trademark usage guidelines at https://www.arm.com/company/policies/trademarks.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.

Arm Limited. Company 02557590 registered in England.

110 Fulbourn Road, Cambridge, England CB1 9NJ.

(LES-PRE-20349|version 21.0)

## Confidentiality Status

This document is Non-Confidential. The right to use, copy and disclose this document may be subject to license restrictions in accordance with the terms of the agreement entered into by Arm and the party that Arm delivered this document to.

Unrestricted Access is an Arm internal classification.

## Product Status

The information in this document is Final, that is for a developed product.

## Feedback

Arm welcomes feedback on this product and its documentation. To provide feedback on the product, create a ticket on https://support.developer.arm.com.

To provide feedback on the document, fill the following survey: https://developer.arm.com/documentation-feedback-survey.

## Inclusive language commitment

Arm values inclusive communities. Arm recognizes that we and our industry have used language that can be offensive. Arm strives to lead the industry and create change.

This document includes language that can be offensive. We will replace this language in a future issue of this document.

To report offensive language in this document, email terms@arm.com.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# Contents

1. Introduction.................................................................................................................19

1.1 Product revision status................................................................................................19

1.2 Intended audience.......................................................................................................19

1.3 Conventions................................................................................................................19

1.4 Useful resources.........................................................................................................21

2. Introduction to the Neoverse™ N1 core.....................................................................23

2.1 About the core...........................................................................................................23

2.2 Features.....................................................................................................................24

2.3 Implementation options..............................................................................................25

2.4 Supported standards and specifications......................................................................26

2.5 Test features..............................................................................................................27

2.6 Design tasks...............................................................................................................27

2.7 Product revisions........................................................................................................28

3. Technical overview.....................................................................................................29

3.1 Components................................................................................................................29

3.1.1 Instruction fetch......................................................................................................31

3.1.2 Instruction decode...................................................................................................31

3.1.3 Register rename.......................................................................................................31

3.1.4 Instruction issue......................................................................................................32

3.1.5 Execution pipeline...................................................................................................32

3.1.6 L1 data memory system...........................................................................................32

3.1.7 L2 memory system...................................................................................................32

3.2 Interfaces..................................................................................................................32

3.3 About system control..................................................................................................33

3.4 About the Generic Timer.............................................................................................33

4. Clocks, resets, and input synchronization...................................................................34

4.1 About clocks, resets, and input synchronization..........................................................34

4.2 Asynchronous interface..............................................................................................34

5. Power management.....................................................................................................35

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

5.1 About power management.................................................................................................35

5.2 Voltage domains..............................................................................................................35

5.3 Power domains................................................................................................................36

5.4 Architectural clock gating modes.....................................................................................38

5.4.1 Core Wait for Interrupt..................................................................................................38

5.4.2 Core Wait for Event.......................................................................................................39

5.5 Power control..................................................................................................................40

5.6 Core power modes...........................................................................................................40

5.6.1 On mode.......................................................................................................................41

5.6.2 Off mode.......................................................................................................................41

5.6.3 Emulated off mode........................................................................................................41

5.6.4 Core dynamic retention mode.......................................................................................42

5.6.5 Debug recovery mode...................................................................................................42

5.7 Encoding for power modes...............................................................................................43

5.8 Power domain states for power modes.............................................................................43

5.9 Core powerup and powerdown sequences.......................................................................44

5.10 Debug over powerdown..................................................................................................45

**6. Memory Management Unit...........................................................................................46**

6.1 About the MMU...............................................................................................................46

6.1.1 Main functions..............................................................................................................46

6.1.2 AArch64 behavior.........................................................................................................47

6.2 TLB organization.............................................................................................................48

6.2.1 Instruction L1 TLB.........................................................................................................48

6.2.2 Data L1 TLB..................................................................................................................48

6.2.3 L2 TLB..........................................................................................................................48

6.3 TLB match process..........................................................................................................49

6.4 Translation table walks....................................................................................................50

6.4.1 AArch64 behavior.........................................................................................................50

6.5 MMU memory accesses...................................................................................................51

6.5.1 Configuring MMU accesses...........................................................................................51

6.5.2 Descriptor hardware update..........................................................................................51

6.6 Specific behaviors on aborts and memory attributes........................................................52

6.6.1 External aborts..............................................................................................................52

6.6.2 Mis-programming contiguous hints................................................................................53

6.6.3 Memory attributes.........................................................................................................53

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

6.7 Page-based hardware attributes.............................................................................53

7. L1 memory system................................................................................................55
7.1 About the L1 memory system...............................................................................55
7.1.1 L1 instruction side memory system...................................................................55
7.1.2 L1 data side memory system............................................................................55
7.2 Cache behavior.......................................................................................................56
7.2.1 Instruction cache disabled behavior.................................................................56
7.2.2 Instruction cache speculative memory accesses..............................................56
7.2.3 Data cache disabled behavior...........................................................................57
7.2.4 Data cache maintenance considerations..........................................................57
7.2.5 Data cache coherency.......................................................................................57
7.2.6 Instruction cache coherency.............................................................................58
7.2.7 Write streaming mode.......................................................................................58
7.3 L1 instruction memory system..............................................................................59
7.3.1 Program flow prediction....................................................................................59
7.3.2 Instruction cache hardware coherency.............................................................60
7.4 L1 data memory system.........................................................................................61
7.4.1 Memory system implementation.......................................................................61
7.4.2 Internal exclusive monitor.................................................................................63
7.5 Data prefetching.....................................................................................................63
7.6 Direct access to internal memory..........................................................................64
7.6.1 Encoding for L1 instruction cache tag, L1 instruction cache data, L1 BTB, L1 GHB, L1 TLB instruction, and BPIQ..............................................................................65
7.6.2 Encoding for L1 data cache tag, L1 data cache data, and L1 TLB data............68
7.6.3 Encoding for the L2 unified cache.....................................................................71
7.6.4 Encoding for the L2 TLB....................................................................................76

8. L2 memory system................................................................................................78
8.1 About the L2 memory system...............................................................................78
8.2 About the L2 cache................................................................................................78
8.3 Support for memory types.....................................................................................79

9. Reliability, Availability, and Serviceability (RAS)..............................................80
9.1 Cache ECC and parity............................................................................................80
9.2 Cache protection behavior.....................................................................................81
9.3 Uncorrected errors and data poisoning.................................................................83

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

9.4 RAS error types...................................................................................................................83

9.5 Error Synchronization Barrier.............................................................................................83

9.6 Error recording...................................................................................................................85

9.7 Error injection....................................................................................................................85

**10. Generic Interrupt Controller CPU interface.......................................................88**

10.1 About the Generic Interrupt Controller CPU interface....................................................88

10.2 Bypassing the CPU interface...........................................................................................89

**11. Advanced SIMD and floating-point support......................................................90**

11.1 About the Advanced SIMD and floating-point support...................................................90

11.2 Accessing the feature identification registers.................................................................90

**12. AArch32 System registers.................................................................................92**

12.1 AArch32 architectural system register summary............................................................92

**13. AArch64 System registers.................................................................................93**

13.1 AArch64 registers............................................................................................................93

13.2 AArch64 architectural system register summary............................................................93

13.3 AArch64 IMPLEMENTATION DEFINED register summary..............................................99

13.4 AArch64 registers by functional group..........................................................................100

13.5 ACTLR_EL1, Auxiliary Control Register, EL1...............................................................105

13.6 ACTLR_EL2, Auxiliary Control Register, EL2...............................................................106

13.7 ACTLR_EL3, Auxiliary Control Register, EL3...............................................................108

13.8 AFSR0_EL1, Auxiliary Fault Status Register 0, EL1.....................................................111

13.9 AFSR0_EL2, Auxiliary Fault Status Register 0, EL2.....................................................112

13.10 AFSR0_EL3, Auxiliary Fault Status Register 0, EL3...................................................112

13.11 AFSR1_EL1, Auxiliary Fault Status Register 1, EL1...................................................113

13.12 AFSR1_EL2, Auxiliary Fault Status Register 1, EL2...................................................114

13.13 AFSR1_EL3, Auxiliary Fault Status Register 1, EL3...................................................115

13.14 AIDR_EL1, Auxiliary ID Register, EL1........................................................................116

13.15 AMAIR_EL1, Auxiliary Memory Attribute Indirection Register, EL1..........................117

13.16 AMAIR_EL2, Auxiliary Memory Attribute Indirection Register, EL2..........................117

13.17 AMAIR_EL3, Auxiliary Memory Attribute Indirection Register, EL3..........................118

13.18 ATCR_EL1, Auxiliary Translation Control Register, EL1............................................119

13.19 ATCR_EL2, Auxiliary Translation Control Register, EL2............................................122

13.20 ATCR_EL12, Alias to Auxiliary Translation Control Register EL1..............................124

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

13.21 ATCR_EL3, Auxiliary Translation Control Register, EL3............................................................125

13.22 AVTCR_EL2, Auxiliary Virtualized Translation Control Register, EL2................................126

13.23 CCSIDR_EL1, Cache Size ID Register, EL1..........................................................................................128

13.24 CLIDR_EL1, Cache Level ID Register, EL1...........................................................................................130

13.25 CPACR_EL1, Architectural Feature Access Control Register, EL1........................................ 132

13.26 CPTR_EL2, Architectural Feature Trap Register, EL2.................................................................133

13.27 CPTR_EL3, Architectural Feature Trap Register, EL3.................................................................134

13.28 CPUACTLR_EL1, CPU Auxiliary Control Register, EL1.............................................................. 135

13.29 CPUACTLR2_EL1, CPU Auxiliary Control Register 2, EL1......................................................136

13.30 CPUACTLR3_EL1, CPU Auxiliary Control Register 3, EL1......................................................138

13.31 CPUCFR_EL1, CPU Configuration Register, EL1...........................................................................139

13.32 CPUECTLR_EL1, CPU Extended Control Register, EL1.............................................................141

13.33 CPUPCR_EL3, CPU Private Control Register, EL3........................................................................151

13.34 CPUPMR_EL3, CPU Private Mask Register, EL3...........................................................................152

13.35 CPUPOR_EL3, CPU Private Operation Register, EL3..................................................................154

13.36 CPUPSELR_EL3, CPU Private Selection Register, EL3..............................................................155

13.37 CPUPWRCTLR_EL1, Power Control Register, EL1........................................................................157

13.38 CSSELR_EL1, Cache Size Selection Register, EL1........................................................................159

13.39 CTR_EL0, Cache Type Register, EL0.....................................................................................................160

13.40 DCZID_EL0, Data Cache Zero ID Register, EL0............................................................................163

13.41 DISR_EL1, Deferred Interrupt Status Register, EL1.....................................................................163

13.42 ERRIDR_EL1, Error ID Register, EL1.....................................................................................................165

13.43 ERRSELR_EL1, Error Record Select Register, EL1........................................................................166

13.44 ERXADDR_EL1, Selected Error Record Address Register, EL1.............................................167

13.45 ERXCTLR_EL1, Selected Error Record Control Register, EL1................................................167

13.46 ERXFR_EL1, Selected Error Record Feature Register, EL1......................................................167

13.47 ERXMISC0_EL1, Selected Error Record Miscellaneous Register 0, EL1..................................168

13.48 ERXMISC1_EL1, Selected Error Record Miscellaneous Register 1, EL1..................................168

13.49 ERXPFGCDN_EL1, Selected Error Pseudo Fault Generation Count Down Register, EL1.... 168

13.50 ERXPFGCTL_EL1, Selected Error Pseudo Fault Generation Control Register, EL1...............170

13.51 ERXPFGF_EL1, Selected Pseudo Fault Generation Feature Register, EL1...........................171

13.52 ERXSTATUS_EL1, Selected Error Record Primary Status Register, EL1................................172

13.53 ESR_EL1, Exception Syndrome Register, EL1..................................................................................173

13.54 ESR_EL2, Exception Syndrome Register, EL2..................................................................................174

13.55 ESR_EL3, Exception Syndrome Register, EL3..................................................................................175

13.56 HACR_EL2, Hyp Auxiliary Configuration Register, EL2............................................................. 177

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

13.57 HCR_EL2, Hypervisor Configuration Register, EL2.................................................................177

13.58 ID_AA64AFR0_EL1, AArch64 Auxiliary Feature Register 0..................................................180

13.59 ID_AA64AFR1_EL1, AArch64 Auxiliary Feature Register 1..................................................180

13.60 ID_AA64DFR0_EL1, AArch64 Debug Feature Register 0, EL1............................................180

13.61 ID_AA64DFR1_EL1, AArch64 Debug Feature Register 1, EL1............................................182

13.62 ID_AA64ISAR0_EL1, AArch64 Instruction Set Attribute Register 0, EL1...........................182

13.63 ID_AA64ISAR1_EL1, AArch64 Instruction Set Attribute Register 1, EL1...........................184

13.64 ID_AA64MMFR0_EL1, AArch64 Memory Model Feature Register 0, EL1..........................185

13.65 ID_AA64MMFR1_EL1, AArch64 Memory Model Feature Register 1, EL1..........................187

13.66 ID_AA64MMFR2_EL1, AArch64 Memory Model Feature Register 2, EL1..........................189

13.67 ID_AA64PFR0_EL1, AArch64 Processor Feature Register 0, EL1.......................................190

13.68 ID_AA64PFR1_EL1, AArch64 Processor Feature Register 1, EL1.......................................192

13.69 ID_AFR0_EL1, AArch32 Auxiliary Feature Register 0, EL1...............................................193

13.70 ID_DFR0_EL1, AArch32 Debug Feature Register 0, EL1..................................................194

13.71 ID_ISAR0_EL1, AArch32 Instruction Set Attribute Register 0, EL1................................. 196

13.72 ID_ISAR1_EL1, AArch32 Instruction Set Attribute Register 1, EL1................................. 198

13.73 ID_ISAR2_EL1, AArch32 Instruction Set Attribute Register 2, EL1.................................200

13.74 ID_ISAR3_EL1, AArch32 Instruction Set Attribute Register 3, EL1.................................202

13.75 ID_ISAR4_EL1, AArch32 Instruction Set Attribute Register 4, EL1.................................205

13.76 ID_ISAR5_EL1, AArch32 Instruction Set Attribute Register 5, EL1.................................207

13.77 ID_ISAR6_EL1, AArch32 Instruction Set Attribute Register 6, EL1.................................209

13.78 ID_MMFR0_EL1, AArch32 Memory Model Feature Register 0, EL1................................. 210

13.79 ID_MMFR1_EL1, AArch32 Memory Model Feature Register 1, EL1................................. 212

13.80 ID_MMFR2_EL1, AArch32 Memory Model Feature Register 2, EL1................................. 214

13.81 ID_MMFR3_EL1, AArch32 Memory Model Feature Register 3, EL1................................. 216

13.82 ID_MMFR4_EL1, AArch32 Memory Model Feature Register 4, EL1................................. 218

13.83 ID_PFR0_EL1, AArch32 Processor Feature Register 0, EL1..............................................220

13.84 ID_PFR1_EL1, AArch32 Processor Feature Register 1, EL1..............................................222

13.85 ID_PFR2_EL1, AArch32 Processor Feature Register 2, EL1..............................................224

13.86 LORC_EL1, LORegion Control Register, EL1..................................................................225

13.87 LORID_EL1, LORegion ID Register, EL1.........................................................................226

13.88 LORN_EL1, LORegion Number Register, EL1................................................................. 227

13.89 MDCR_EL3, Monitor Debug Configuration Register, EL3................................................227

13.90 MIDR_EL1, Main ID Register, EL1..................................................................................230

13.91 MPIDR_EL1, Multiprocessor Affinity Register, EL1..........................................................231

13.92 PAR_EL1, Physical Address Register, EL1....................................................................... 233

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

13.93 REVIDR_EL1, Revision ID Register, EL1........................................................................234

13.94 RMR_EL3, Reset Management Register.........................................................................235

13.95 RVBAR_EL3, Reset Vector Base Address Register, EL3.................................................235

13.96 SCTLR_EL1, System Control Register, EL1....................................................................236

13.97 SCTLR_EL2, System Control Register, EL2....................................................................238

13.98 SCTLR_EL3, System Control Register, EL3....................................................................239

13.99 TCR_EL1, Translation Control Register, EL1..................................................................241

13.100 TCR_EL2, Translation Control Register, EL2................................................................242

13.101 TCR_EL3, Translation Control Register, EL3................................................................243

13.102 TTBR0_EL1, Translation Table Base Register 0, EL1....................................................245

13.103 TTBR0_EL2, Translation Table Base Register 0, EL2....................................................246

13.104 TTBR0_EL3, Translation Table Base Register 0, EL3....................................................247

13.105 TTBR1_EL1, Translation Table Base Register 1, EL1....................................................248

13.106 TTBR1_EL2, Translation Table Base Register 1, EL2....................................................249

13.107 VDISR_EL2, Virtual Deferred Interrupt Status Register, EL2.......................................249

13.107.1 VDISR_EL2 at EL1 using AArch64...........................................................................249

13.108 VSESR_EL2, Virtual SError Exception Syndrome Register...........................................250

13.109 VTCR_EL2, Virtualization Translation Control Register, EL2........................................251

13.110 VTTBR_EL2, Virtualization Translation Table Base Register, EL2.................................253

**14. Error System registers..............................................................................................254**

14.1 Error System register summary......................................................................................254

14.2 ERR0ADDR, Error Record Address Register...................................................................255

14.3 ERR0CTLR, Error Record Control Register......................................................................255

14.4 ERR0FR, Error Record Feature Register..........................................................................257

14.5 ERR0MISC0, Error Record Miscellaneous Register 0.....................................................259

14.6 ERR0MISC1, Error Record Miscellaneous Register 1......................................................262

14.7 ERR0PFGCDN, Error Pseudo Fault Generation Count Down Register.............................262

14.8 ERR0PFGCTL, Error Pseudo Fault Generation Control Register......................................263

14.9 ERR0PFGF, Error Pseudo Fault Generation Feature Register.........................................265

14.10 ERR0STATUS, Error Record Primary Status Register.....................................................267

**15. GIC registers.............................................................................................................270**

15.1 CPU interface registers..................................................................................................270

15.2 AArch64 physical GIC CPU interface System register summary.....................................270

15.3 ICC_AP0R0_EL1, Interrupt Controller Active Priorities Group 0 Register 0, EL1.....................271

15.4 ICC_AP1R0_EL1, Interrupt Controller Active Priorities Group 1 Register 0 EL1.....................272

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

15.5 ICC_BPR0_EL1, Interrupt Controller Binary Point Register 0, EL1............................................272

15.6 ICC_BPR1_EL1, Interrupt Controller Binary Point Register 1, EL1............................................273

15.7 ICC_CTLR_EL1, Interrupt Controller Control Register, EL1.....................................................274

15.8 ICC_CTLR_EL3, Interrupt Controller Control Register, EL3.....................................................276

15.9 ICC_SRE_EL1, Interrupt Controller System Register Enable Register, EL1................................279

15.10 ICC_SRE_EL2, Interrupt Controller System Register Enable register, EL2..............................280

15.11 ICC_SRE_EL3, Interrupt Controller System Register Enable register, EL3..............................281

15.12 AArch64 virtual GIC CPU interface register summary.............................................................283

15.13 ICV_AP0R0_EL1, Interrupt Controller Virtual Active Priorities Group 0 Register 0, EL1.....283

15.14 ICV_AP1R0_EL1, Interrupt Controller Virtual Active Priorities Group 1 Register 0, EL1.....284

15.15 ICV_BPR0_EL1, Interrupt Controller Virtual Binary Point Register 0, EL1...........................284

15.16 ICV_BPR1_EL1, Interrupt Controller Virtual Binary Point Register 1, EL1...........................285

15.17 ICV_CTLR_EL1, Interrupt Controller Virtual Control Register, EL1.....................................286

15.18 AArch64 virtual interface control System register summary.................................................. 288

15.19 ICH_AP0R0_EL2, Interrupt Controller Hyp Active Priorities Group 0 Register 0, EL2..........289

15.20 ICH_AP1R0_EL2, Interrupt Controller Hyp Active Priorities Group 1 Register 0, EL2..........289

15.21 ICH_HCR_EL2, Interrupt Controller Hyp Control Register, EL2............................................290

15.22 ICH_VMCR_EL2, Interrupt Controller Virtual Machine Control Register, EL2.......................293

15.23 ICH_VTR_EL2, Interrupt Controller VGIC Type Register, EL2...............................................295

**16. Advanced SIMD and floating-point registers...........................................................297**

16.1 AArch64 register summary................................................................................................ 297

16.2 FPCR, Floating-point Control Register............................................................................... 297

16.3 FPSR, Floating-point Status Register................................................................................. 300

16.4 MVFR0_EL1, Media, and VFP Feature Register 0, EL1.........................................................302

16.5 MVFR1_EL1, Media, and VFP Feature Register 1, EL1.........................................................304

16.6 MVFR2_EL1, Media, and VFP Feature Register 2, EL1.........................................................306

16.7 AArch32 register summary................................................................................................ 307

16.8 FPSCR, Floating-Point Status and Control Register............................................................ 307

**17. Debug..................................................................................................................... 312**

17.1 About debug methods....................................................................................................... 312

17.2 Debug register interfaces.................................................................................................. 313

17.2.1 Core interfaces.............................................................................................................. 313

17.2.2 Breakpoints and watchpoints........................................................................................ 314

17.2.3 Effects of resets on Debug registers...............................................................................314

17.2.4 External access permissions to Debug registers..............................................................314

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Arm® Neoverse™ N1 Core  Technical Reference Manual

Document ID: 100616_0401_02_en
Issue: 02
Contents

17.3 Debug events.................................................................................................................315

17.3.1 Watchpoint debug events.............................................................................................315

17.3.2 Debug OS Lock............................................................................................................316

17.4 External debug interface..................................................................................................316

## 18. Performance Monitoring Unit........................................................................................317

18.1 About the PMU................................................................................................................317

18.2 PMU functional description..............................................................................................317

18.2.1 External register access permissions...........................................................................317

18.3 PMU events....................................................................................................................318

18.4 PMU interrupts................................................................................................................325

18.5 Exporting PMU events.....................................................................................................325

## 19. Activity Monitor Unit....................................................................................................326

19.1 About the AMU...............................................................................................................326

19.2 Accessing the activity monitors.......................................................................................326

19.2.1 Access enable bit.........................................................................................................326

19.2.2 System register access.................................................................................................327

19.2.3 External memory-mapped access.................................................................................327

19.3 AMU counters.................................................................................................................327

19.4 AMU events....................................................................................................................327

## 20. Embedded Trace Macrocell..........................................................................................329

20.1 About the ETM................................................................................................................329

20.2 ETM trace unit generation options and resources...........................................................329

20.3 ETM trace unit functional description..............................................................................330

20.4 Resetting the ETM..........................................................................................................332

20.5 Programming and reading ETM trace unit registers.........................................................332

20.6 ETM trace unit register interfaces...................................................................................333

20.7 Interaction with the PMU and Debug...............................................................................334

## 21. Statistical Profiling Extension.....................................................................................335

21.1 About the Statistical Profiling Extension..........................................................................335

21.2 SPE functional description..............................................................................................335

21.3 implementation defined features of SPE..........................................................................336

## 22. AArch32 debug registers.............................................................................................338

22.1 AArch32 Debug register summary...................................................................................338

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Arm® Neoverse™ N1 Core Technical Reference Manual

Document ID: 100616_0401_02_en
Issue: 02
Contents

## 23. AArch64 Debug registers ................................................................................... 339

23.1 AArch64 Debug register summary ........................................................................ 339

23.2 DBGBCRn_EL1, Debug Breakpoint Control Registers, EL1 ............................. 340

23.3 DBGCLAIMSET_EL1, Debug Claim Tag Set Register, EL1 .............................. 344

23.4 DBGWCRn_EL1, Debug Watchpoint Control Registers, EL1 ........................... 345

## 24. Memory-mapped Debug registers ....................................................................... 348

24.1 Memory-mapped Debug register summary .......................................................... 348

24.2 EDCIDR0, External Debug Component Identification Register 0 ....................... 351

24.3 EDCIDR1, External Debug Component Identification Register 1 ....................... 351

24.4 EDCIDR2, External Debug Component Identification Register 2 ....................... 352

24.5 EDCIDR3, External Debug Component Identification Register 3 ....................... 353

24.6 EDDEVID, External Debug Device ID Register 0 ............................................... 354

24.7 EDDEVID1, External Debug Device ID Register 1 ............................................. 355

24.8 EDPIDR0, External Debug Peripheral Identification Register 0 ......................... 356

24.9 EDPIDR1, External Debug Peripheral Identification Register 1 ......................... 357

24.10 EDPIDR2, External Debug Peripheral Identification Register 2 ....................... 358

24.11 EDPIDR3, External Debug Peripheral Identification Register 3 ....................... 359

24.12 EDPIDR4, External Debug Peripheral Identification Register 4 ....................... 360

24.13 EDPIDRn, External Debug Peripheral Identification Registers 5-7 .................. 361

24.14 EDRCR, External Debug Reserve Control Register ........................................... 361

## 25. AArch32 PMU registers ....................................................................................... 363

25.1 AArch32 PMU register summary ......................................................................... 363

25.2 PMCEID0, Performance Monitors Common Event Identification Register 0 ..... 364

25.3 PMCEID1, Performance Monitors Common Event Identification Register 1 ..... 367

25.4 PMCEID2, Performance Monitors Common Event Identification Register 2 ..... 369

25.5 PMCR, Performance Monitors Control Register .................................................. 370

## 26. AArch64 PMU registers ....................................................................................... 374

26.1 AArch64 PMU register summary ......................................................................... 374

26.2 PMCEID0_EL0, Performance Monitors Common Event Identification Register 0, EL0 .......... 376

26.3 PMCEID1_EL0, Performance Monitors Common Event Identification Register 1, EL0 .......... 379

26.4 PMCR_EL0, Performance Monitors Control Register, EL0 ................................ 381

## 27. Memory-mapped PMU registers ......................................................................... 384

27.1 Memory-mapped PMU register summary ............................................................ 384

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

27.2 PMCFGR, Performance Monitors Configuration Register................................................................387

27.3 PMCIDR0, Performance Monitors Component Identification Register 0................................388

27.4 PMCIDR1, Performance Monitors Component Identification Register 1................................389

27.5 PMCIDR2, Performance Monitors Component Identification Register 2................................390

27.6 PMCIDR3, Performance Monitors Component Identification Register 3................................390

27.7 PMPIDR0, Performance Monitors Peripheral Identification Register 0................................391

27.8 PMPIDR1, Performance Monitors Peripheral Identification Register 1................................392

27.9 PMPIDR2, Performance Monitors Peripheral Identification Register 2................................393

27.10 PMPIDR3, Performance Monitors Peripheral Identification Register 3................................394

27.11 PMPIDR4, Performance Monitors Peripheral Identification Register 4................................394

27.12 PMPIDRn, Performance Monitors Peripheral Identification Register 5-7................................395

**28. PMU snapshot registers................................................................................................................396**

28.1 PMU snapshot register summary................................................................................396

28.2 PMPCSSR, PMU Snapshot Program Counter Sample Register................................................396

28.3 PMCIDSSR, PMU Snapshot CONTEXTIDR_EL1 Sample Register................................................397

28.4 PMCID2SSR, PMU Snapshot CONTEXTIDR_EL2 Sample Register................................................398

28.5 PMSSSR, PMU Snapshot Status Register................................................................................398

28.6 PMOVSSR, PMU Snapshot Overflow Status Register................................................................399

28.7 PMCCNTSR, PMU Snapshot Cycle Counter Register................................................399

28.8 PMEVCNTSRn, PMU Snapshot Cycle Counter Registers 0-5................................................400

28.9 PMSSCR, PMU Snapshot Capture Register................................................................................400

**29. AArch64 AMU registers................................................................................................................402**

29.1 AArch64 AMU register summary................................................................................402

29.2 AMCNTENCLR_EL0, Activity Monitors Count Enable Clear Register, EL0................................402

29.3 AMCNTENSET_EL0, Activity Monitors Count Enable Set Register, EL0................................404

29.4 AMCFGR_EL0, Activity Monitors Configuration Register, EL0................................405

29.5 AMUSERENR_EL0, Activity Monitor EL0 Enable access, EL0................................406

29.6 AMEVCNTRn_EL0, Activity Monitor Event Counter Register, EL0................................408

29.7 AMEVTYPERn_EL0, Activity Monitor Event Type Register, EL0................................409

**30. Memory-mapped AMU registers................................................................................................411**

30.1 Memory-mapped AMU register summary................................................................................411

**31. ETM registers................................................................................................................................412**

31.1 ETM register summary................................................................................412

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

31.2 TRCACATRn, Address Comparator Access Type Registers 0-7................................................414
31.3 TRCACVRn, Address Comparator Value Registers 0-7.........................................................416
31.4 TRCAUTHSTATUS, Authentication Status Register..............................................................417
31.5 TRCAUXCTLR, Auxiliary Control Register........................................................................418
31.6 TRCBBCTLR, Branch Broadcast Control Register...............................................................420
31.7 TRCCCCTLR, Cycle Count Control Register.......................................................................421
31.8 TRCCIDCCTLR0, Context ID Comparator Control Register 0...................................................422
31.9 TRCCIDCVR0, Context ID Comparator Value Register 0........................................................423
31.10 TRCCIDR0, ETM Component Identification Register 0..........................................................423
31.11 TRCCIDR1, ETM Component Identification Register 1..........................................................424
31.12 TRCCIDR2, ETM Component Identification Register 2..........................................................425
31.13 TRCCIDR3, ETM Component Identification Register 3..........................................................426
31.14 TRCCLAIMCLR, Claim Tag Clear Register........................................................................426
31.15 TRCCLAIMSET, Claim Tag Set Register..........................................................................427
31.16 TRCCNTCTLR0, Counter Control Register 0......................................................................428
31.17 TRCCNTCTLR1, Counter Control Register 1......................................................................430
31.18 TRCCNTRLDVRn, Counter Reload Value Registers 0-1..........................................................431
31.19 TRCCNTVRn, Counter Value Registers 0-1.......................................................................432
31.20 TRCCONFIGR, Trace Configuration Register.....................................................................433
31.21 TRCDEVAFF0, Device Affinity Register 0........................................................................436
31.22 TRCDEVAFF1, Device Affinity Register 1........................................................................436
31.23 TRCDEVARCH, Device Architecture Register.....................................................................436
31.24 TRCDEVID, Device ID Register..................................................................................437
31.25 TRCDEVTYPE, Device Type Register.............................................................................437
31.26 TRCEVENTCTL0R, Event Control 0 Register......................................................................438
31.27 TRCEVENTCTL1R, Event Control 1 Register......................................................................440
31.28 TRCEXTINSELR, External Input Select Register.................................................................441
31.29 TRCIDR0, ID Register 0.........................................................................................442
31.30 TRCIDR1, ID Register 1.........................................................................................444
31.31 TRCIDR2, ID Register 2.........................................................................................445
31.32 TRCIDR3, ID Register 3.........................................................................................447
31.33 TRCIDR4, ID Register 4.........................................................................................449
31.34 TRCIDR5, ID Register 5.........................................................................................450
31.35 TRCIDR8, ID Register 8.........................................................................................452
31.36 TRCIDR9, ID Register 9.........................................................................................452
31.37 TRCIDR10, ID Register 10.......................................................................................453

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

31.38 TRCIDR11, ID Register 11.................................................................................453

31.39 TRCIDR12, ID Register 12.................................................................................454

31.40 TRCIDR13, ID Register 13.................................................................................454

31.41 TRCIMSPEC0, IMPLEMENTATION SPECIFIC Register 0....................................455

31.42 TRCITATBCTR0, Trace Integration Test ATB Control Register 0........................456

31.43 TRCITATBCTR1, Trace Integration Test ATB Control Register 1........................457

31.44 TRCITATBCTR2, Trace Integration Test ATB Control Register 2........................457

31.45 TRCITATBDATA0, Trace Integration Test ATB Data Register 0..........................458

31.46 TRCITCTRL, Trace Integration Mode Control register......................................459

31.47 TRCITMISCIN, Trace Integration Miscellaneous Input Register........................460

31.48 TRCITMISCOUT, Trace Integration Miscellaneous Outputs Register..................460

31.49 TRCLAR, Software Lock Access Register...........................................................461

31.50 TRCLSR, Software Lock Status Register............................................................462

31.51 TRCOSLAR, OS Lock Access Register...............................................................462

31.52 TRCOSLSR, OS Lock Status Register................................................................463

31.53 TRCPDCR, Power Down Control Register.........................................................464

31.54 TRCPDSR, Power Down Status Register............................................................465

31.55 TRCPIDR0, ETM Peripheral Identification Register 0........................................466

31.56 TRCPIDR1, ETM Peripheral Identification Register 1........................................467

31.57 TRCPIDR2, ETM Peripheral Identification Register 2........................................467

31.58 TRCPIDR3, ETM Peripheral Identification Register 3........................................468

31.59 TRCPIDR4, ETM Peripheral Identification Register 4........................................469

31.60 TRCPIDRn, ETM Peripheral Identification Registers 5-7...................................470

31.61 TRCPRGCTLR, Programming Control Register..................................................470

31.62 TRCRSCTLRn, Resource Selection Control Registers 2-15...............................471

31.63 TRCSEQEVRn, Sequencer State Transition Control Registers 0-2.....................472

31.64 TRCSEQRSTEVR, Sequencer Reset Control Register.........................................473

31.65 TRCSEQSTR, Sequencer State Register............................................................474

31.66 TRCSSCCR0, Single-Shot Comparator Control Register 0.................................475

31.67 TRCSSCSR0, Single-Shot Comparator Status Register 0..................................476

31.68 TRCSTATR, Status Register..............................................................................478

31.69 TRCSYNCPR, Synchronization Period Register.................................................478

31.70 TRCTRACEIDR, Trace ID Register.....................................................................479

31.71 TRCTSCTLR, Global Timestamp Control Register.............................................480

31.72 TRCVICTLR, ViewInst Main Control Register....................................................481

31.73 TRCVIIECTLR, ViewInst Include-Exclude Control Register................................483

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

31.74 TRCVISSCTLR, ViewInst Start-Stop Control Register....................................................................484

31.75 TRCVMIDCVR0, VMID Comparator Value Register 0....................................................................485

31.76 TRCVMIDCCTLR0, Virtual context identifier Comparator Control Register 0......................485

**32. SPE registers**........................................................................................................................................**487**

32.1 SPE register summary...................................................................................................................... 487

**A. Appendices**.............................................................................................................................................**488**

**B. Neoverse™ N1 Core AArch32 unpredictable behaviors**.................................................................**489**

B.1 Use of R15 by Instruction.................................................................................................................489

B.2 Load/Store accesses crossing page boundaries.........................................................................489

B.3 Armv8 Debug unpredictable behaviors.......................................................................................490

B.4 Other **UNPREDICTABLE** behaviors.....................................................................................................492

**C. Revisions**.................................................................................................................................................**494**

C.1 Revisions.............................................................................................................................................. 494

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Arm® Neoverse™ N1 Core  Technical Reference Manual

Document ID: 100616_0401_02_en
Issue: 02
Introduction

# 1. Introduction

## 1.1  Product revision status

The r$x$p$y$ identifier indicates the revision status of the product described in this manual, for example, r1p2, where:

**r$x$**          Identifies the major revision of the product, for example, r1.
**p$y$**          Identifies the minor revision or modification status of the product, for example, p2.

## 1.2  Intended audience

This manual is for system designers, system integrators, and programmers who are designing or programming a *System on Chip* (SoC) that uses an Arm core.

## 1.3  Conventions

The following subsections describe conventions used in Arm documents.

### Glossary

The Arm® Glossary is a list of terms used in Arm documentation, together with definitions for those terms. The Arm Glossary does not contain terms that are industry standard unless the Arm meaning differs from the generally accepted meaning.

See the Arm Glossary for more information: developer.arm.com/glossary.

| Convention | Use |
|---|---|
| *italic* | Citations. |
| **bold** | Terms in descriptive lists, where appropriate. |
| `monospace` | Text that you can enter at the keyboard, such as commands, file and program names, and source code. |
| `monospace `<u>`underline`</u> | A permitted abbreviation for a command or option. You can enter the underlined text instead of the full command or option name. |
| `<and>` | Encloses replaceable terms for assembler syntax where they appear in code or code fragments. For example: <br><br>```MRC p15, 0, <Rd>, <CRn>, <CRm>, <Opcode_2>``` |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Convention | Use |
|---|---|
| SMALL CAPITALS | Terms that have specific technical meanings as defined in the *Arm® Glossary*. For example, **IMPLEMENTATION DEFINED**, **IMPLEMENTATION SPECIFIC**, **UNKNOWN**, and **UNPREDICTABLE**. |



Recommendations. Not following these recommendations might lead to system failure or damage.



Requirements for the system. Not following these requirements might result in system failure or damage.



Requirements for the system. Not following these requirements will result in system failure or damage.



An important piece of information that needs your attention.



A useful tip that might make it easier, better or faster to perform a task.



A reminder of something important that relates to the information you are reading.

## Timing diagrams

The following figure explains the components used in timing diagrams. Variations, when they occur, have clear labels. You must not assume any timing information that is not explicit in the diagrams.

Shaded bus and signal areas are undefined, so the bus or signal can assume any value within the shaded area at that time. The actual level is unimportant and does not affect normal operation.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure 1-1: Key to timing diagram conventions**



## Signals

The signal conventions are:

**Signal level**

> The level of an asserted signal depends on whether the signal is active-HIGH or active-LOW. Asserted means:
>
> - HIGH for active-HIGH signals.
> - LOW for active-LOW signals.

**Lowercase n**

> At the start or end of a signal name, n denotes an active-LOW signal.

# 1.4  Useful resources

This document contains information that is specific to this product. See the following resources for other useful information.

Access to Arm documents depends on their confidentiality:

- Non-Confidential documents are available at developer.arm.com/documentation. Each document link in the following tables goes to the online version of the document.
- Confidential documents are available to licensees only through the product package.

| Arm product resources | Document ID | Confidentiality |
|---|---|---|
| Arm® CoreSight™ ELA-500 Embedded Logic Analyzer Technical Reference Manual | 100127 | Non-confidential |
| Arm® DynamIQ™ Shared Unit Configuration and Sign-off Guide | 100454 | Confidential |
| Arm® DynamIQ™ Shared Unit Technical Reference Manual | 100453 | Non-confidential |
| Arm® Neoverse™ N1 Core Configuration and Sign-off Guide | 100617 | Confidential |
| Arm® Neoverse™ N1 Core Cryptographic Extension Technical Reference Manual | 100619 | Non-confidential |
| Arm® DynamIQ™ Shared Unit Integration Manual | 100455 | Confidential |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Arm product resources | Document ID | Confidentiality |
|---|---|---|
| *Arm® Neoverse™ N1 Core Integration Manual* | *100618* | Confidential |

| Arm architecture and specifications | Document ID | Confidentiality |
|---|---|---|
| *AMBA® 5 CHI Architecture Specification* | *IHI 0050* | Non-confidential |
| *AMBA® APB Protocol Specification* | *IHI 0024* | Non-confidential |
| *AMBA® ATB Protocol Specification* | *IHI 0032* | Non-confidential |
| *AMBA® AXI and ACE Protocol Specification* | *IHI 0022* | Non-confidential |
| *AMBA® Low Power Interface Specification* | *IHI 0068* | Non-confidential |
| *Arm® Architecture Reference Manual for A-profile architecture* | *DDI 0487* | Non-confidential |
| *Arm® CoreSight™ Architecture Specification v3.0* | *IHI 0029* | Non-confidential |
| *Arm® Debug Interface Architecture Specification, ADIv5.0 to ADIv5.2* | *IHI 0031* | Non-confidential |
| *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* | *IHI 0064* | Non-confidential |
| *Arm® Generic Interrupt Controller Architecture Specification, GIC architecture version 3 and version 4* | *IHI 0069* | Non-confidential |
| *Arm® Architecture Reference Manual Supplement, Reliability, Availability, and Serviceability (RAS), for A-profile architecture* | *DDI 0587* | Non-confidential |

| Non-Arm resources | Document ID | Organization |
|---|---|---|
| *ANSI/IEEE Std 54-2008, IEEE Standard for Binary Floating-Point Arithmetic* | IEEE 754-2008 | IEEE<br><br>www.ieee.org |



Note

Arm tests its PDFs only in Adobe Acrobat and Acrobat Reader. Arm cannot guarantee the quality of its documents when used with any other PDF reader.

Adobe PDF reader products can be downloaded at http://www.adobe.com.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 2.  Introduction to the Neoverse™ N1 core

This chapter provides an overview of the Neoverse™ N1 core and its features.

## 2.1  About the core

The Neoverse™ N1 core is a high-performance and low-power Arm product that implements the Arm®v8-A architecture.

The Neoverse™ N1 core supports:

- The Arm®v8.2-A extension.

- The RAS extension.

- The Statistical Profiling extension.

- The Load acquire (`LDAPR`) instructions introduced in the Arm®v8.3-A extension

- The Dot Product support instructions introduced in the Arm®v8.4-A extension.

- The traps for EL1 and EL0 cache controls, PSTATE SSBS (Speculative Store Bypass Safe) bit that supports software mitigation for Spectre Variant 4, and the speculation barriers (CSDB, SSBB, PSSBB) instructions introduced in the Arm®v8.5-A extension.

The Neoverse™ N1 core has a *Level 1* (L1) memory system and a private, integrated *Level 2* (L2) cache. It also includes a superscalar, variable-length, out-of-order pipeline.

The Neoverse™ N1 core is implemented inside the *DynamIQ™ Shared Unit* (DSU) cluster. For more information, see the *Arm® DynamIQ™ Shared Unit Technical Reference Manual*.

The following figure shows an example of a configuration with four Neoverse™ N1 cores.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure 2-1: Example Neoverse™ N1 quad-core configuration**



Neoverse™ N1 can be implemented as a single Neoverse™ N1 core with the DSU configured for direct connect, without the L3 cache, snoop filter, and *Snoop Control Unit* (SCU) logic present.

For more information on the DSU direct connect configuration, see the *Arm® DynamIQ™ Shared Unit Technical Reference Manual*.

## 2.2  Features

The Neoverse™ N1 core includes the following features:

**Core features**

- 48-bit *Physical Address* (PA).
- A *Memory Management Unit* (MMU).
- Optional Cryptographic Extension.
- Superscalar, variable-length, out-of-order pipeline.
- Support for Arm TrustZone® technology.
- Support for *Page-Based Hardware Attributes* (PBHA).
- *Reliability, Availability, and Serviceability* (RAS) Extension.
- *Generic Interrupt Controller* (GICv4.1) CPU interface to connect to an external distributor.
- Generic Timers interface supporting 64-bit count input from an external system counter.
- An integrated execution unit that implements the Advanced SIMD and floating-point architecture support.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

- AArch32 Execution state at Exception level EL0 only. AArch64 Execution state at all Exception levels (EL0 to EL3).

### Cache features

- Separate L1 data and instruction caches.

- Private, unified data and instruction L2 cache.

- L1 and L2 memory protection in the form of *Error Correcting Code* (ECC) or parity on RAM instances which affect functionality.

- Configurable instruction cache hardware coherency.

### Debug features

- Armv8.2 debug logic.

- *Activity Monitor Unit* (AMU).

- *Performance Monitoring Unit* (PMU).

- *Statistical Profiling Extension* (SPE).

- Optional *CoreSight Embedded Logic Analyzer* (ELA).

- *Embedded Trace Macrocell* (ETM) that supports instruction trace only.

See the *Arm® Architecture Reference Manual for A-profile architecture* for more information.

## 2.3  Implementation options

All Neoverse™ N1 cores in the cluster must have the same build-time configuration options.

The following table lists the implementation options for a core.

**Table 2-1: Core implementation options**

| Feature | Range of options | Notes |
|---|---|---|
| L2 cache size | • 256KB<br>• 512KB<br>• 1024KB | - |
| L2 transaction queue size | • 24 entries<br>• 36 entries<br>• 48 entries | There are two identical L2 banks in the Neoverse™ N1 core that can be configured with 12, 18, or 24 transaction queue entries per L2 bank. |
| Cryptographic Extension | Can be included or not included. | - |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Feature | Range of options | Notes |
|---|---|---|
| Core bus width | 128-bit, 256-bit | This specifies the bus width between the core and the DSU CPU bridge. The legal core bus width and master bus width combinations are:<br><br>• If the core bus width is 128 bits, the master bus interface can be any of the following options.<br>◦ Single 128-bit wide ACE interface.<br>◦ Dual 128-bit wide ACE interface.<br>◦ Single 128-bit wide CHI interface.<br>◦ Single 256-bit wide CHI interface.<br>• If the core bus width is 256 bits, the master bus interface is a single 256-bit wide CHI interface.<br>• If the Neoverse™ N1 core is integrated with DSU configured without the SCU and L3, both the core bus width and master bus width must be set to 256-bits. |
| Coherent Instruction Cache | Optional support | Support for instruction cache hardware coherency. |
| CoreSight *Embedded Logic Analyzer* (ELA) | Optional support | Support for integrating CoreSight ELA-500. CoreSight ELA-500 is a separately licensable product. |
| *Page-Based Hardware Attributes* (PBHA) | Can be included or not included. | Support for PBHA. For more information, see 6.7 Page-based hardware attributes on page 53. |
| ELA RAM Address size | See the *Arm® CoreSight™ ELA-500 Embedded Logic Analyzer Technical Reference Manual* for the full supported range. | - |

## 2.4  Supported standards and specifications

The Neoverse™ N1 core implements the Arm®v8-A architecture and some architecture extensions. It also supports interconnect, interrupt, timer, debug, and trace architectures.

**Table 2-2: Compliance with standards and specifications**

| Architecture specification or standard | Version | Notes |
|---|---|---|
| Arm architecture | Arm®v8-A | • AArch32 Execution state at Exception level EL0 only. AArch64 Execution state at all Exception levels (EL0-EL3).<br>• A64, A32, and T32 instruction sets. |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Architecture specification or standard | Version | Notes |
|---|---|---|
| Arm architecture extensions | • Arm®v8.1-A extensions<br>• Arm®v8.2-A extensions<br>• Cryptographic Extension<br>• *Reliability, Availability, and Serviceability* (RAS) extension<br>• Statistical Profiling Extension<br>• Arm®v8.3-A extensions<br>• Arm®v8.5-A extensions | • The Neoverse™ N1 core implements the traps for EL1 and EL0 cache controls, speculation restrictions, and the PSTATE *Speculative Store Bypass Safe* (SSBS) bit that is introduced in the Arm®v8.5-A extension. |
| *Generic Interrupt Controller* | GICv4 | - |
| Generic Timer | Arm®v8-A | 64-bit external system counter with timers within each core. |
| *Performance Monitoring Unit* | PMUv3 | - |
| Debug | Arm®v8-A | With support for the debug features that are added by the extensions. |
| CoreSight | CoreSightv3 | - |
| *Embedded Trace Macrocell* | ETMv4.2 | Instruction trace only. |

See 1.4 Useful resources on page 21 for a list of architectural references.

## 2.5  Test features

The Neoverse™ N1 core provides test signals that enable the use of both *Automatic Test Pattern Generation* (ATPG) and *Memory Built-In Self Test* (MBIST) to test the core processing logic and memory arrays.

For more information, see the  *Arm® Neoverse™ N1 Core Integration Manual*.

## 2.6  Design tasks

The Neoverse™ N1 core is delivered as a synthesizable *Register Transfer Level* (RTL) description in Verilog HDL. Before you can use the Neoverse™ N1 core, you must implement it, integrate it, and program it.

A different party can perform each of the following tasks. Each task can include implementation and integration choices that affect the behavior and features of the core.

**Implementation**

The implementer configures and synthesizes the RTL to produce a hard macrocell. This task includes integrating RAMs into the design.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Arm® Neoverse™ N1 Core  Technical Reference Manual

Document ID: 100616_0401_02_en
Issue: 02
Introduction to the Neoverse™ N1 core

**Integration**

> The integrator connects the macrocell into a SoC. This task includes connecting it to a memory system and peripherals.

**Programming**

> In the final task, the system programmer develops the software to configure and initialize the core and tests the application software.

The operation of the final device depends on the following:

**Build configuration**

> The implementer chooses the options that affect how the RTL source files are pre-processed. These options usually include or exclude logic that affects one or more of the area, maximum frequency, and features of the resulting macrocell.

**Configuration inputs**

> The integrator configures some features of the core by tying inputs to specific values. These configuration settings affect the start-up behavior before any software configuration is made. They can also limit the options available to the software.

**Software configuration**

> The programmer configures the core by programming particular values into registers. The configuration choices affect the behavior of the core.


# 2.7  Product revisions

This section indicates the first release and, in subsequent releases, describes the differences in functionality between product revisions.

| | |
|---|---|
| **r0p0** | First release. |
| **r1p0** | Further development and optimization of the product, including updates to the L2 data RAM control inputs to allow multi-cycle hold timing constraints to ease timing closure. |
| **r2p0** | Includes Inter-Exception level isolation of branch predictor structures so that an Exception Level cannot train branch prediction for a different Exception Level to reliability hit in these trained prediction entries. Implemented new barrier SSBB. |
| **r3p0** | Implemented new barriers PSSBB, CSDB and enhanced virtualization traps for EL1 and EL0 cache controls. Support for *Speculative Store Bypass Safe* (SSBS) bit enabling software to indicate whether hardware is permitted to load or store speculatively. |
| **r3p1** | No functional changes to core for this revision. |
| **r4p0** | Addition of PBHA support. |
| **r4p1** | Added support for GICv4 interface. |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 3. Technical overview

This chapter describes the structure of the Neoverse™ N1 core.

## 3.1 Components

In a standalone configuration, there can be up to four Neoverse™ N1 cores and a *DynamIQ Shared Unit* (DSU) that connects the cores to an external memory system.

For more information about the DSU, see the *Arm® DynamIQ™ Shared Unit Technical Reference Manual*.

The main components of the Neoverse™ N1 core are:

- Instruction fetch
- Instruction decode
- Register rename
- Instruction issue
- Execution pipelines
- L1 data memory system
- L2 memory system

The following figure is an overview of the Neoverse™ N1 core.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure 3-1: Neoverse™ N1 core overview**



*Optional

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

 There are multiple asynchronous bridges between the Neoverse™ N1 core and the DSU. Only the coherent interface between the Neoverse™ N1 core and the DSU can be configured to run synchronously, however it does not affect the other interfaces such as debug, trace, and *Generic Interrupt Controller* (GIC) which are always asynchronous. For more information on how to set the coherent interface to run either synchronously or asynchronously, see *Configuration Guidelines* in the *Arm® DynamIQ™ Shared Unit Configuration and Sign-off Guide*.

**Related information**

Memory Management Unit on page 46

L1 memory system on page 55

L2 memory system on page 78

Generic Interrupt Controller CPU interface on page 88

Debug on page 312

Performance Monitoring Unit on page 317

Embedded Trace Macrocell on page 329

### 3.1.1  Instruction fetch

The instruction fetch unit fetches instructions from the L1 instruction cache and delivers the instruction stream to the instruction decode unit.

The instruction fetch unit includes:

- A 64KB, 4-way, set associative L1 instruction cache with 64-byte cache lines and parity protection.

- A fully associative L1 instruction TLB with native support for 4KB, 16KB, 64KB, 2MB, and 32MB page sizes.

- A dynamic branch predictor.

- Configurable support for instruction cache hardware coherency.

### 3.1.2  Instruction decode

The instruction decode unit supports the A32, T32, and A64 instruction sets. It also supports Advanced SIMD and floating-point instructions in each instruction set.

### 3.1.3  Register rename

The register rename unit performs register renaming to facilitate out-of-order execution and dispatches decoded instructions to various issue queues.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### 3.1.4  Instruction issue

The instruction issue unit controls when the decoded instructions are dispatched to the execution pipelines. It includes issue queues for storing instruction pending dispatch to execution pipelines.

### 3.1.5  Execution pipeline

The execution pipeline includes:

- Integer execute unit that performs arithmetic and logical data processing operations.
- Vector execute unit that performs Advanced SIMD and floating-point operations. Optionally, it can execute the cryptographic instructions.

### 3.1.6  L1 data memory system

The L1 data memory system executes load and store instructions and encompasses the L1 data side memory system. It also services memory coherency requests.

The load/store unit includes:

- A 64KB, 4-way, set associative L1 data cache with 64-byte cache lines and ECC protection per 32 bits.
- A fully associative L1 data TLB with native support for 4KB, 16KB, 64KB, 2MB, and 512MB page sizes.

### 3.1.7  L2 memory system

The L2 memory system services L1 instruction and data cache misses in the Neoverse™ N1 core.

The L2 memory system includes:

- An 8-way set associative L2 cache with data ECC protection per 64 bits. The L2 cache is configurable with sizes of 256KB, 512KB, or 1024KB.
- An interface with the *DynamIQ Shared Unit* (DSU) configurable at implementation time for synchronous or asynchronous operation.

## 3.2  Interfaces

The Neoverse™ N1 core has several interfaces to connect it to a SoC. The *DynamIQ Shared Unit* (DSU) manages all interfaces.

For information on the interfaces, see the *Arm® DynamIQ™ Shared Unit Technical Reference Manual*.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## 3.3  About system control

The System registers control and provide status information for the functions that the core implements.

The main functions of the System registers are:

- Overall system control and configuration
- *Memory Management Unit* (MMU) configuration and management
- Cache configuration and management
- System performance monitoring
- *Generic Interrupt Controller* (GIC) configuration and management

The System registers are accessible in the AArch64 EL0-EL3 and AArch32 EL0 Execution state. Some of the System registers are accessible through the external debug interface.

## 3.4  About the Generic Timer

The Generic Timer can schedule events and trigger interrupts that are based on an incrementing counter value. It generates timer events as active-LOW interrupt outputs and event streams.

The Neoverse™ N1 core provides a set of timer registers. The timers are:

- An EL1 Non-secure physical timer
- An EL2 Hypervisor physical timer
- An EL3 Secure physical timer
- A virtual timer
- A Hypervisor virtual timer

The Neoverse™ N1 core does not include the system counter. The system counter resides in the SoC, and its value is distributed to the core over a 64-bit bus.

For more information on the Generic Timer, see the  *Arm® DynamIQ™ Shared Unit Technical Reference Manual* and the *Arm® Architecture Reference Manual for A-profile architecture*.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 4.  Clocks, resets, and input synchronization

This chapter describes the clocks, resets, and input synchronization of the Neoverse™ N1 core.

## 4.1  About clocks, resets, and input synchronization

The Neoverse™ N1 core supports hierarchical clock gating.

The Neoverse™ N1 core contains several interfaces that connect to other components in the system. These interfaces can be in the same clock domain or in other clock domains.

For information about clocks, resets, and input synchronization, see the *Arm® DynamIQ™ Shared Unit Technical Reference Manual*.

## 4.2  Asynchronous interface

Your implementation can include an optional asynchronous interface between the core and the *DynamIQ Shared Unit* (DSU) top level.

See the *Arm® DynamIQ™ Shared Unit Technical Reference Manual* for more information.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.

Non-Confidential

# 5.  Power management

This chapter describes the power domains and the power modes in the Neoverse™ N1 core.

## 5.1  About power management

The Neoverse™ N1 core provides mechanisms to control both dynamic and static power dissipation.

Dynamic power management includes the following features:

- Architectural clock gating.

- Per-core *Dynamic Voltage and Frequency Scaling* (DVFS).

Static power management includes the following features:

- Dynamic retention.

- Powerdown.

**Related information**

Power domain states for power modes on page 43
Power control on page 39
Power domains on page 36
Core powerup and powerdown sequences on page 44

## 5.2  Voltage domains

The Neoverse™ N1 core supports a VCPU voltage domain and a VSYS voltage domain.

The following figure shows the VCPU and VSYS voltage domains in each Neoverse™ N1 core and in the DSU. The example shows a configuration with four Neoverse™ N1 cores.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure 5-1: Neoverse™ N1 voltage domains**



Asynchronous bridge logic exists between the voltage domains. The Neoverse™ N1 core processing logic and core clock domain of the asynchronous bridge are in the VCPU voltage domain. The DSU clock domain of the asynchronous bridge is in the VSYS voltage domain.



**Note**

You can tie VCPU and VSYS to the same supply if the core is not required to support *Dynamic Voltage and Frequency Scaling* (DVFS). If it is in its own power domain with proper isolation, the core can still be powered down independently.

## 5.3  Power domains

The Neoverse™ N1 core contains a core power domain (PDCPU) and a core top-level SYS power domain (PDSYS) where all the Neoverse™ N1 core I/O signals go through.

### PDCPU power domain

The PDCPU power domain contains all core processing logic excluding the cluster clock domain side of the bridge.

### PDSYS power domain

The PDSYS power domain contains the cluster clock domain side of the bridge.



**Note**

There are additional system power domains in the DSU. See the *Arm® DynamIQ™ Shared Unit Technical Reference Manual* for information.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

The following figure shows an example of how the voltage and power domains are organized.

**Figure 5-2: Neoverse™ N1 core power domain diagram at core processing logic level**



The following table describes the power domains that the Neoverse™ N1 core supports.

**Table 5-1: Power domain description**

| Power domain | Description |
|---|---|
| PDCPU<n> | The domain includes the Advanced SIMD and floating-point block, the L1 and L2 TLBs, L1 and L2 cache RAMs, and Debug registers that are associated with the Neoverse™ N1 core.<br><br><n> is the core number in the range 0-3. The number represents core 0, core 1, core 2, and core 3. If a core is not present, then the corresponding power domain is not present. |
| PDSYS | The domain is the interface between Neoverse™ N1 and the DSU. It contains the cluster clock domain logic of the CPU bridge. The CPU Bridge contains all asynchronous bridges for crossing clock domains, and is split with one half of each bridge in the core clock domain and the other half in the relevant cluster domain. All core I/O signals go through the CPU bridge and the SYS power domain. |

Clamping cells between power domains are inferred through power intent files rather than instantiated in the RTL.

The following figure shows the power domains in the DSU cluster, where everything in the same color is part of the same power domain. The number of Neoverse™ N1 cores can vary, and the number of domains increases based on the number of Neoverse™ N1 cores present. This example only shows four Neoverse™ N1 cores and the power domains that are associated with them. Other power domains are required for a DSU cluster and are not shown in this example.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure 5-3: Neoverse™ N1 power domains at core processing logic level**



## 5.4  Architectural clock gating modes

When the Neoverse™ N1 core is in standby mode, it is architecturally clock gated at the top of the clock tree.

*Wait for Interrupt* (WFI) and *Wait for Event* (WFE) are features of Arm®v8-A architecture that put the core in a low-power standby mode by architecturally disabling the clock at the top of the clock tree. The core is fully powered and retains all the state in standby mode.

There is a small dynamic power overhead from the logic that is required to wake up the core from WFI low-power state. Other than this, the power that is drawn is reduced to static leakage current only.

### 5.4.1  Core Wait for Interrupt

WFI uses a locking mechanism, based on events, to put the core in a low-power state by disabling most of the clocks in the core, while keeping the core powered up.

When the core executes the `WFI` instruction, the core waits for all instructions in the core, including explicit memory accesses, to retire before it enters a low-power state. The `WFI` instruction also ensures that store instructions have updated the cache or have been issued to the L3 memory system.

While the core is in WFI low-power state, the clocks in the core are temporarily enabled without causing the core to exit WFI low-power state when any of the following events are detected:

- An L3 snoop request that must be serviced by the core data caches.
- A cache or TLB maintenance operation that must be serviced by the core L1 instruction cache, data cache, TLB, or L2 cache.
- An APB access to the debug or trace registers residing in the core power domain.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

- A GIC CPU access through the AXI4 stream channel.

Exit from WFI low-power state occurs when one of the following occurs:

- The core detects one of the WFI wake-up events.
- The core detects a reset.

For more information, see the *Arm® Architecture Reference Manual for A-profile architecture*.

## 5.4.2  Core Wait for Event

*Wait For Event* (WFE) uses a locking mechanism, based on events, to put the core in a low-power state by disabling most of the clocks in the core, while keeping the core powered up.

When the core executes the `WFE` instruction, the core waits for all instructions in the core, including explicit memory accesses, to retire before it enters a low-power state. The `WFE` instruction also ensures that store instructions have updated the cache or have been issued to the L3 memory system.

If the event register is set, execution of WFE does not cause entry into standby state, but clears the event register.

While the core is in WFE low-power state, the clocks in the core are temporarily enabled without causing the core to exit WFE low-power state when any of the following events are detected:

- An L3 snoop request that must be serviced by the core data caches.
- A cache or TLB maintenance operation that must be serviced by the core L1 instruction cache, data cache, TLB, or L2 cache.
- An APB access to the debug or trace registers residing in the core power domain.
- A GIC CPU access through the AXI4 stream channel.

Exit from WFE low-power state occurs when one of the following occurs:

- The core detects one of the WFE wake-up events.
- The EVENTI input signal is asserted.
- The core detects a reset.

For more information, see the *Arm® Architecture Reference Manual for A-profile architecture*.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## 5.5  Power control

All power mode transitions are performed at the request of the power controller, using a P-Channel interface to communicate with the Neoverse™ N1 core.

There is one P-Channel per core, plus one P-Channel for the cluster. The Neoverse™ N1 core provides the current requirements on the PACTIVE signals, so that the power controller can make decisions and request any change with PREQ and PSTATE. The Neoverse™ N1 core then performs any actions necessary to reach the requested power mode, such as gating clocks, flushing caches, or disabling coherency, before accepting the request.

If the request is not valid, either because of an incorrect transition or because the status has changed so that state is no longer appropriate, then the request is denied. The power mode of each core can be independent of other cores in the cluster, however the cluster power mode is linked to the mode of the cores.

## 5.6  Core power modes

The following figure shows the supported modes for each core domain P-Channel, and the legal transitions between them.

**Figure 5-4: Neoverse™ N1 core power domain mode transitions**



The blue modes indicate the modes that the channel can be initialized into.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### 5.6.1  On mode

In this mode, the core is on and fully operational.

The core can be initialized into the On mode. If the core does not use P-Channel, you can tie the core in the On mode by tying PREQ LOW.

When a transition to the On mode completes, all caches are accessible and coherent. Other than the normal architectural steps to enable caches, no additional software configuration is required.

When the core domain P-Channel is initialized into the On mode, either as a shortcut for entering that mode or as a tie-off for an unused P-Channel, it is an assumed transition from the Off mode. This includes an invalidation of any cache RAM within the core domain.

### 5.6.2  Off mode

The Neoverse™ N1 core supports a full Shutdown mode where power can be removed completely and no state is retained.

The shutdown can be for either the whole cluster or just for an individual core, which allows other cores in the cluster to continue operating.

In this mode, all core processing logic and RAMs are off. The domain is inoperable and all core state is lost. The L1 and L2 caches are disabled, flushed and the core is removed from coherency automatically on transition to Off mode.

A Cold reset can reset the core in this mode.

The core P-Channel can be initialized into this mode.

An attempted debug access when the core domain is off returns an error response on the internal debug interface indicating the core is not available.

### 5.6.3  Emulated off mode

In this mode, all Core domain logic and RAMs are kept on. However, core Warm reset can be asserted externally to emulate a powerdown scenario while keeping core debug state and allowing debug access.

All Debug registers must retain their mode and be accessible from the external debug interface. All other functional interfaces behave as if the core was in Off mode.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### 5.6.4  Core dynamic retention mode

In this mode, all core processing logic and RAMs are in retention and the core domain is inoperable. The core can be entered into this power mode when it is in *Wait For Interrupt* (WFI) or *Wait For Event* (WFE) mode.

The Core dynamic retention mode can be enabled and disabled separately for WFI and WFE by software running on the core. Separate timeout values can be programmed for entry into this mode from WFI and WFE mode:

- Use the CPUPWRCTLR.WFI_RET_CTRL register bits to program timeout values for entry into Core dynamic retention mode from WFI mode.
- Use the CPUPWRCTLR.WFE_RET_CTRL register bits to program timeout values for entry into Core dynamic retention mode from WFE mode.

The clock to the core is automatically gated outside of the domain when the core is in Core dynamic retention mode and is running synchronously to the cluster. However, if the core is running asynchronously to the cluster, the system integrator must gate the clock externally during Core dynamic retention mode. For more information, see the *Arm® DynamIQ™ Shared Unit Configuration and Sign-off Guide*.

The outputs of the domain must be isolated to prevent buffers without power from propagating **UNKNOWN** values to any operational parts of the system.

When the core is in Core dynamic retention mode there is support for snoop, GIC, and debug access, so the core appears as if it were in WFI or WFE mode. When an incoming access occurs, it stalls, and the On PACTIVE bit is set HIGH. The incoming access proceeds when the domain is returned to the On mode using P-Channel.

When the incoming access completes, and if the core has not exited WFI or WFE mode, then the On PACTIVE bit is set LOW after the programmed retention timeout. The power controller can then request to reenter the Core dynamic retention mode.

### 5.6.5  Debug recovery mode

The Debug recovery mode assists with debugging external watchdog-triggered reset events.

It allows contents of the core L1 instruction, L1 data and L2 caches that were present before the reset to be observable after the reset. The contents of the caches are retained and are not altered on the transition back to the On mode.

By default, the core invalidates its caches when Cold reset (nCPUPORESET) is deasserted. If the P-Channel is initialized to the Debug recovery mode, and the core is cycled through power-on reset along with the system power-on reset, then the cache invalidation is disabled. Initializing the P-Channel to the Debug recovery mode ensures that the cache contents are preserved when the core is transitioned to the On mode.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Debug recovery mode also supports preserving the RAS state, in addition to the cache contents. In this case, a transition to the Debug recovery mode is made from any of the current states. When in Debug recovery mode, the core is cycled through a Warm reset with the system Warm reset. The RAS and cache state are preserved when the core is transitioned to the On mode.

This mode is strictly for debug purposes. It must not be used for functional purposes, because the correct operation of the L1 cache is not guaranteed when entering this mode.

---



Note

This mode can occur at any time with no guarantee of the state of the core. A P-Channel request of this type is accepted immediately, therefore its effects on the core, cluster, or the wider system are **UNPREDICTABLE**, and a wider system reset might be required. For example, if there were outstanding memory system transactions at the time of the reset, then these transactions might complete after the reset when the core is not expecting them and cause a system deadlock.

---

## 5.7  Encoding for power modes

The following table shows the encodings for the supported modes for each core domain P-Channel.

**Table 5-2: Core power modes COREPSTATE encoding**

| Power mode | Short name | PACTIVE bit number | PSTATE value | Power mode description |
|---|---|---|---|---|
| Core debug recovery mode | DEBUG_RECOV | - | 0b001010 | Logic is off (or in reset), RAM state is retained and not invalidated when transitioning to On mode. |
| On mode | ON | 8 | 0b001000 | All powerup. |
| Core dynamic retention mode | FULL_RET | 5 | 0b000101 | Logic and RAM state are inoperable but retained. |
| Emulated off mode | OFF_EMU | 1 | 0b000001 | On with Warm reset asserted, debug state is retained and accessible. |
| Off mode | OFF | 0 (implicit)[1] | 0b000000 | All powerdown. |

## 5.8  Power domain states for power modes

The power domains can be controlled independently to give different combinations when powered up and powered down.

However, only some powered up and powered down domain combinations are valid and supported.

The PDCPU power domain supports the power states that are described in the following table.

---

[1]  It is tied off to 0 and should be inferred when all other PACTIVE bits are LOW. For more information, see the *AMBA® Low Power Interface Specification*.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table 5-3: PDCPU power state description**

| Power state | Description |
|---|---|
| Off | Core off. Power to the block is gated. |
| Ret | Core retention. Logic and RAM retention power only. |
| On | Core on. Block is active. |



Caution

States that are not shown in the following tables are unsupported and must not occur.

The following table describes the power modes, and the corresponding power domain states for individual cores. The power mode of each core is independent of all other cores in the cluster.

**Table 5-4: Supported core power domain states**

| Power mode | Power domain state | Description |
|---|---|---|
| Debug recovery | On | Core on |
| On | On | Core on |
| Core dynamic retention | Ret | Core in retention |
| Emulated off | On | Core on |
| Off | Off | Core off |

Deviating from the legal power modes can lead to **UNPREDICTABLE** results. You must comply with the dynamic power management and powerup and powerdown sequences described in the following sections.

## 5.9  Core powerup and powerdown sequences

There are specific steps that you must perform when taking the Neoverse™ N1 cores in the cluster in and out of coherence.

### Core powerdown

To take a core out of coherence ready for core powerdown, complete the following steps:

1. Save all architectural states.

2. Configure the GIC distributor to disable or reroute interrupts away from this core.

3. Set the CPUPWRCTLR.CORE_PWRDN_EN bit to 1 to indicate to the power controller that a powerdown is requested.

4. Execute an `ISB` instruction.

5. Execute a `WFI` instruction.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

All L1 and L2 cache disabling, L1 and L2 cache flushing, and communication with the L3 memory system is performed in hardware after the `WFI` is executed, under the direction of the power controller.

---



**Note**

Executing any `WFI` instruction when the CPUPWRCTLR.CORE_PWRDN_EN bit is set automatically masks out all interrupts and wake-up events in the core. If executed when the CPUPWRCTLR.CORE_PWRDN_EN bit is set, the WFI never wakes up and the core needs to be reset to restart.

---

For information about cluster powerdown, see the *Arm® DynamIQ™ Shared Unit Technical Reference Manual*.

**Core powerup**

To bring a core into coherence after reset, no software steps are required.

**Related information**

CPUPWRCTLR_EL1, Power Control Register, EL1 on page 156

# 5.10  Debug over powerdown

The Neoverse™ N1 core supports debug over powerdown, which allows a debugger to retain its connection with the core even when powered down. This enables debug to continue through powerdown scenarios, rather than having to re-establish a connection each time the core is powered up.

The debug over powerdown logic is part of the DebugBlock, which is external to the cluster and can be implemented in a separate power domain. If the DebugBlock is in the same power domain as the core, then debug over powerdown is not supported.

For more information on the DebugBlock, see the *Arm® DynamIQ™ Shared Unit Technical Reference Manual*.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 6.  Memory Management Unit

This chapter describes the *Memory Management Unit* (MMU) of the Neoverse™ N1 core.

## 6.1  About the MMU

The *Memory Management Unit* (MMU) is responsible for translating addresses of code and data *Virtual Addresses* (VAs) to *Physical Addresses* (PAs) in the real system. The MMU also controls memory access permissions, memory ordering, and cache policies for each region of memory.

### 6.1.1  Main functions

The three main functions of the MMU are to:

- Control the table walk hardware that accesses translation tables in main memory.

- Translate *Virtual Addresses* (VAs) to *Physical Addresses* (PAs).

- Provide fine-grained memory system control through a set of virtual-to-physical address mappings and memory attributes that are held in translation tables.

Each stage of address translation uses a set of address translations and associated memory properties that are held in memory mapped tables that are called translation tables. Translation table entries can be cached into a *Translation Lookaside Buffer* (TLB).

The following table describes the components that are included in the MMU.

**Table 6-1: TLBs and TLB caches in the MMU**

| Component | Description |
|---|---|
| Instruction L1 TLB | 48 entries, fully associative. |
| Data L1 TLB | 48 entries, fully associative. |
| L2 TLB | 1280 entries, 5-way set associative. |
| Translation table prefetcher | Detects an access to contiguous translation tables and prefetches the next one. This prefetcher can be disabled in the ECTLR register. |

The TLB entries contain either one or both of a global indicator and an *Address Space Identifier* (ASID) to permit context switches without requiring the TLB to be invalidated.

The TLB entries contain a *Virtual Machine Identifier* (VMID) to permit virtual machine switches by the hypervisor without requiring the TLB to be invalidated.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## 6.1.2  AArch64 behavior

The Neoverse™ N1 core is an Armv8 compliant core that supports execution in AArch64 state.

The following table shows the AArch64 behavior.

**Table 6-2: AArch64 behavior**

| | AArch64 |
|---|---|
| Address translation system | The Armv8 address translation system resembles an extension to the Long descriptor format address translation system to support the expanded virtual and physical address space. |
| Translation granule | 4KB, 16KB, or 64KB for Armv8 AArch64 *Virtual Memory System Architecture* (VMSAv8-64)<br><br>Using a larger granule size can reduce the maximum required number of levels of address lookup. |
| *Address Space Identifier* (ASID) size | 8 bits or 16 bits depending on the value of TCR_ELx.AS |
| *Virtual Machine Identifier* (VMID) size | 8 bits or 16 bits depending on the value of VTCR_EL2.VS |
| *Physical Address* (PA) size | Maximum 52 bits<br><br>Any configuration of TCR_ELx.IPS over 52 bits is considered as 52 bits. You can enable or disable each stage of the address translation independently. |

**Table 6-3: AArch64 behavior**

| | AArch64 |
|---|---|
| Address translation system | The Armv8 address translation system resembles an extension to the Long descriptor format address translation system to support the expanded virtual and physical address space. |
| Translation granule | 4KB, 16KB, or 64KB for Armv8 AArch64 *Virtual Memory System Architecture* (VMSAv8-64)<br><br>Using a larger granule size can reduce the maximum required number of levels of address lookup. |
| *Address Space Identifier* (ASID) size | 8 bits or 16 bits depending on the value of TCR_ELx.AS |
| *Virtual Machine Identifier* (VMID) size | 8 bits or 16 bits depending on the value of VTCR_EL2.VS |
| *Physical Address* (PA) size | Maximum 48 bits<br><br>Any configuration of TCR_ELx.IPS over 48 bits is considered as 48 bits. You can enable or disable each stage of the address translation independently. |

The Neoverse™ N1 core also supports the *Virtualization Host Extension* (VHE), including ASID space for EL2. When VHE is implemented and enabled, EL2 has the same behavior as EL1.

See the *Arm® Architecture Reference Manual for A-profile architecture* for more information on concatenated translation tables and for address translation formats.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 6.2  TLB organization

The TLB is a cache of recently executed page translations within the *Memory Management Unit* (MMU). The Neoverse™ N1 core implements a two-level TLB structure. The TLB stores all page sizes and is responsible for breaking these down in to smaller pages when required for the data or instruction L1 TLB.

## 6.2.1  Instruction L1 TLB

The instruction L1 TLB is implemented as a 48-entry fully associative structure. This TLB caches entries at the 4KB, 16KB, 64KB, 2MB, and 32MB granularity of *Virtual Address* (VA) to *Physical Address* (PA) mapping only.

A hit in the instruction L1 TLB provides a single CLK cycle access to the translation, and returns the PA to the instruction cache for comparison. It also checks the access permissions to signal an Instruction Abort.

## 6.2.2  Data L1 TLB

The data L1 TLB is a 48-entry fully associative TLB that is used by load and store operations. The cache entries have 4KB, 16KB, 64KB, 2MB, and 512MB granularity of *Virtual Address* (VA) to *Physical Address* (PA) mappings only.

A hit in the data L1 TLB provides a single CLK cycle access to the translation, and returns the PA to the data cache for comparison. It also checks the access permissions to signal a Data Abort.

## 6.2.3  L2 TLB

The L2 TLB structure is shared by instruction and data. It handles misses from the instruction and data L1 TLBs.

The following table describes the L2 TLB characteristics.

**Table 6-4: L2 TLB characteristics**

| Characteristic | Note |
|---|---|
| 5-way, set associative, 1280-entry cache | Stores:<br><br>• *Virtual Address* (VA) to *Physical Address* (PA) mappings for 4KB, 16KB, 64KB, 2MB, 32MB, 512MB, and 1GB block sizes.<br><br>• *Intermediate physical address* (IPA) to PA mappings for 2MB and 1GB (in a 4KB translation granule), 32MB (in a 16K translation granule), and 512MB (in a 64K granule) block sizes. Only Non-secure EL1 and EL0 stage 2 translations are cached.<br><br>• Intermediate PAs obtained during a translation table walk. |

Access to the L2 TLB usually takes three cycles. If a different page or block size mapping is used, then this access can take longer.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

The L2 TLB supports four translation table walks in parallel (four TLB misses), and can service two TLB lookups while the translation table walks are in progress. If there are six successive misses, the L2 TLB stalls.

 Caches in the core are invalidated automatically at reset deassertion unless the core power mode is initialized to Debug recovery mode. See the *Arm® DynamIQ™ Shared Unit Technical Reference Manual* for more information.

# 6.3  TLB match process

The Armv8-A architecture provides support for multiple maps from the *Virtual Address* (VA) space that are translated differently.

TLB entries store the context information that is required to facilitate a match and avoid the need for a TLB flush on a context or virtual machine switch.

Each TLB entry contains a:

- VA
- *Physical Address* (PA)
- Set of memory properties that includes type and access permissions

Each entry is either a global entry, or it is associated with a particular *Address Space Identifier* (ASID). In addition, each TLB entry contains a field to store the *Virtual Machine Identifier* (VMID) in the entry applicable to accesses from Non-secure EL0 and EL1 Exception levels.

Each entry is associated with a particular translation regime:

- EL3 in Secure state in AArch64 state only.
- EL2, EL1, or EL0 in Non-secure state.
- EL1 or EL0 in Secure state.

A TLB match entry occurs when the following conditions are met:

- A VA, moderated by the page size such as the VA bits[48:N], where N is $\log_2$ of the block size for that translation that is stored in the TLB entry, matches the requested address.
- Entry translation regime matches the current translation regime.
- The ASID matches the current ASID held in the CONTEXTIDR, TTBR0, or TTBR1 register, or the entry is marked global.
- The VMID matches the current VMID held in the VTTBR_EL2 register.
- The ASID and VMID matches are **IGNORED** when ASID and VMID are not relevant. ASID is relevant when the translation regime is:
  ◦ EL2 in Non-secure state with HCR_EL2.E2H and HCR_EL2.TGE set to 1

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

- ◦ EL1 or EL0 in Secure state

- ◦ EL1 or EL0 in Non-secure state

VMID is relevant for EL1 or EL0 in Non-secure state.

# 6.4  Translation table walks

When an access is requested at an address, the *Memory Management Unit* (MMU) searches for the requested *Virtual Address* (VA) in the *Translation Lookaside Buffers* (TLBs). If it is not present, then it is a miss and the translation proceeds by looking up the translation table during a translation table walk.

When the Neoverse™ N1 core generates a memory access, the following process occurs:

1. The MMU performs a lookup for the requested VA, current *Address Space Identifier* (ASID), current  *Virtual Machine Identifier* (VMID), and current translation regime in the relevant instruction or data L1 TLB.

2. If there is a miss in the relevant L1 TLB, the MMU performs a lookup for the requested VA, current ASID, current VMID, and translation regime in the L2 TLB.

3. If there is a miss in the L2 TLB, the MMU performs a hardware translation table walk.

If an L2 TLB miss, the hardware does a translation table walk as long as the MMU is enabled, and the translation using the base register has not been disabled.

If the translation table walk is disabled for a particular base register, the core returns a translation fault. If the TLB finds a matching entry, it uses the information in the entry as follows.

The access permission bits determine whether the access is permitted. If the matching entry does not pass the permission checks, the MMU signals a Permission fault. See the *Arm® Architecture Reference Manual for A-profile architecture* for details of Permission faults.

## 6.4.1  AArch64 behavior

When executing in AArch64 state at a particular Exception level, you can configure the hardware translation table walk to use either the 4KB, 16KB, or 64KB translation granule.

Program the Translation Granule bit, TG0, in the appropriate translation control register:

- • TCR_EL1

- • TCR_EL2

- • TCR_EL3

- • VTCR_EL2

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

For TCR_EL1, you can program the Translation Granule bits TG0 and TG1 to configure the translation granule respectively for TTBR0_EL1 and TTBR1_EL1, or TCR_EL2 when *Virtualization Host Extension* (VHE) is enabled.

# 6.5  MMU memory accesses

During a translation table walk, the *Memory Management Unit* (MMU) generates memory accesses. The Neoverse™ N1 core has specific behaviors for MMU memory accesses.

## 6.5.1  Configuring MMU accesses

By programming the IRGN and ORGN bits, you can configure the MMU to perform translation table walks in cacheable or non-cacheable regions:

**AArch64**　　　Appropriate TCR_EL$x$ register.

If the encoding of both the ORGN and IRGN bits is Write-Back, the data cache lookup is performed and data is read from the data cache. External memory is accessed, if the ORGN and IRGN bit contain different attributes, or if the encoding of the ORGN and IRGN bits is Write-Through or Non-cacheable.

## 6.5.2  Descriptor hardware update

The core supports hardware update in AArch64 state using hardware management of the Access flag and hardware management of dirty state.

These features are enabled in registers TCR_ELx and VTCR_EL2.

Hardware management of the Access flag is enabled by the following configuration fields:

• TCR_ELx.HA for stage 1 translations.

• VTCR_EL2.HA for stage 2 translations.

Hardware management of dirty state is enabled by the following configuration fields:

• TCR_ELx.HD for stage 1 translations.

• VTCR_EL2.HD for stage 2 translations.

 Hardware management of dirty state can only be enabled if hardware management of the Access flag is enabled.

To support the hardware management of dirty state, the DBM field is added to the translation table descriptors as part of Armv8.1 architecture.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

The core supports hardware update only in outer Write-Back and inner Write-Back memory regions.

If software requests a hardware update in a memory region that is not inner Write-Back or not outer Write-Back, then the core returns an abort with the following encoding:

- ESR.ELx.DFSC = `0b110001` for Data Aborts in AArch64.
- ESR.ELx.IFSC = `0b110001` for Instruction Aborts in AArch64.

# 6.6  Specific behaviors on aborts and memory attributes

This section describes specific behaviors that are caused by aborts and also describes memory attributes.

### MMU responses

The MMU generates a response to the requester, when one of the following translations is completed:

- A L1 TLB hit.
- A L2 TLB hit.
- A translation table walk.

The response from the MMU contains the following information:

- The PA corresponding to the translation.
- A set of permissions.
- Secure or Non-secure.
- All the information that is required to report aborts. See the *Arm® Architecture Reference Manual for A-profile architecture* for more details.

## 6.6.1  External aborts

External aborts are defined as those that occur in the memory system rather than those that the *Memory Management Unit* (MMU) detects. Normally, external memory aborts are rare. External aborts are caused by errors that are flagged to the external interface.

When an external abort to the external interface occurs on an access for a translation table walk access, the MMU returns a synchronous external abort. For a load multiple or a store multiple operation, the address that is captured in the fault address register is that of the address that generated the synchronous external abort.

See the *Arm® Architecture Reference Manual for A-profile architecture* for more information.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## 6.6.2  Mis-programming contiguous hints

In the case of a mis-programming contiguous hint, when there is a descriptor that contains a set CH bit, all contiguous virtual addresses that are contained in the block must be included in the input *Virtual Address* (VA) space that is defined for stage 1 by TxSZ for TTBx, or for stage 2 by {SL0, T0SZ}.

The Neoverse™ N1 core treats such a block as not causing a translation fault.

**Conflict aborts**

The Neoverse™ N1 core does not generate Conflict aborts.

## 6.6.3  Memory attributes

The memory region attributes specified in the TLB entry, or in the descriptor in case of translation table walk, determine if the access is:

*   Normal Memory or Device type.

*   One of the four different device memory types that are defined for Armv8:

| | |
|---|---|
| **Device-nGnRnE** | Device non-Gathering, non-Reordering, No Early Write Acknowledgement. |
| **Device-nGnRE** | Device non-Gathering, non-Reordering, Early Write Acknowledgement. |
| **Device-nGRE** | Device non-Gathering, Reordering, Early Write Acknowledgement. |
| **Device-GRE** | Device Gathering, Reordering, Early Write Acknowledgment. |

In the Neoverse™ N1 core, a page is cacheable only if the Inner and Outer memory attributes are Write-Back. In all other cases, all pages are downgraded to Non-cacheable Normal memory.

When the *Memory Management Unit* (MMU) is disabled at stage 1 and stage 2, and SCTLR.I is set to 1, instruction prefetches are cached in the instruction cache but not in the unified cache. In all other cases, normal behavior on memory attribute applies.

See the *Arm® Architecture Reference Manual for A-profile architecture* for more information on translation table formats.

# 6.7  Page-based hardware attributes

*Page-Based Hardware Attributes* (PBHA) is an optional, **IMPLEMENTATION DEFINED** feature.

It allows software to set up to two bits in the translation tables, which are then propagated though the memory system with transactions, and can be used in the system to control system components. The meaning of the bits is specific to the system design.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

For information on how to set and enable the PBHA bits in the translation tables, see the *Arm® Architecture Reference Manual for A-profile architecture*. When disabled, the PBHA value that is propagated on the bus is 0.

For memory accesses caused by a translation table walk, the AHTCR, ATTBCR, and AVTCR registers control the PBHA values.

## PBHA combination between stage 1 and stage 2 on memory accesses

PBHA should always be considered as an attribute of the physical address.

When stage 1 and stage 2 are enabled:

- If both stage 1 PBHA and stage 2 PBHA are enabled, the final PBHA is stage 2 PBHA.
- If stage 1 PBHA is enabled and stage 2 PBHA is disabled, the final PBHA is stage 1 PBHA.
- If stage 1 PBHA is disabled and stage 2 PBHA is enabled, the final PBHA is stage 2 PBHA.
- If both stage 1 PBHA and stage 2 PBHA are disabled, the final PBHA is defined to 0.

Enable of PBHA has a granularity of 1 bit, so this property is applied independently on each PBHA bit.

## Mismatched aliases

If the same physical address is accessed through more than one virtual address mapping, and the PBHA bits are different in the mappings, then the results are **UNPREDICTABLE**. The PBHA value sent on the bus could be for either mapping.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 7.  L1 memory system

This chapter describes the L1 instruction cache and data cache that make up the L1 memory system.

## 7.1  About the L1 memory system

The Neoverse™ N1 L1 memory system is designed to enhance core performance and save power.

The L1 memory system consists of separate instruction and data caches. Both have a fixed size of 64KB.

### 7.1.1  L1 instruction side memory system

The L1 instruction memory system has the following key features:

- *Virtually Indexed, Physically Tagged* (VIPT) 4-way set-associative L1 instruction cache, which behaves as a *Physically Indexed, Physically Tagged* (PIPT) cache.
- Fixed cache line length of 64 bytes.
- Pseudo-LRU cache replacement policy.
- 256-bit read interface from the L2 memory system.
- Optional instruction cache hardware coherency.

### 7.1.2  L1 data side memory system

The L1 data memory system has the following features:

- *Virtually Indexed, Physically Tagged* (VIPT), which behaves as a *Physically Indexed, Physically Tagged* (PIPT) 4-way set-associative L1 data cache.
- Fixed cache line length of 64 bytes.
- Pseudo-LRU cache replacement policy.
- 256-bit write interface from the L2 memory system.
- 256-bit read interface from the L2 memory system.
- Two 128-bit read paths from the data L1 memory system to the datapath.
- 256-bit write path from the datapath to the L1 memory system.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## 7.2  Cache behavior

The **IMPLEMENTATION SPECIFIC** features of the instruction and data caches include:

- At reset the instruction and data caches are disabled and both caches are automatically invalidated.



**Note**

Caches in the core are invalidated automatically at reset deassertion unless the core power mode is initialized to Debug recovery mode. See the *Arm® DynamIQ™ Shared Unit Technical Reference Manual* for more information.

- You can enable or disable each cache independently.
- On a cache miss, data for the cache linefill is requested in critical word-first order.

### 7.2.1  Instruction cache disabled behavior

If the instruction cache is disabled, fetches cannot access any of the instruction cache arrays. An exception is the instruction cache maintenance operations. If the instruction cache is disabled, the instruction cache maintenance operations can still execute normally.

If the instruction cache is disabled, all instruction fetches to cacheable memory are treated as if they were Non-cacheable. This treatment means that instruction fetches might not be coherent with caches in other cores, and software must take account of this.



**Note**

Configuring instruction cache hardware coherency does not affect this requirement. Software will still need to guarantee that any stores that should be visible to non-cacheable instruction fetches are explicitly made visible using data cache maintenance operations.

### 7.2.2  Instruction cache speculative memory accesses

Instruction fetches are speculative. Execution is not guaranteed, because there can be several unresolved branches in the pipeline.

A branch instruction or exception in the code stream can cause a pipeline flush, discarding the currently fetched instructions. On instruction fetch accesses, pages with Device memory type attributes are treated as Non-Cacheable Normal Memory.

Device memory pages must be marked with the translation table descriptor attribute bit *Execute Never* (XN). The device and code address spaces must be separated in the physical memory map. This separation prevents speculative fetches to read-sensitive devices when address translation is disabled.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

If the instruction cache is enabled, and if the instruction fetches miss in the L1 instruction cache, they can still look up in the L1 data caches. However, a new line is not allocated in the data cache unless the data cache is enabled.

See the *Arm® Architecture Reference Manual for A-profile architecture* for more information.

## 7.2.3  Data cache disabled behavior

If the data cache is disabled, load and store instructions do not access any of the L1 data, L2 cache, and, if present, the *DynamIQ Shared Unit* (DSU) L3 cache arrays.

When the data cache is disabled, instructions and operations are affected as follows:

- An instruction fetch does not allocate a new line in the L2 or L3 caches.

- All load and store instructions to cacheable memory are treated as if they were Non-cacheable and are incoherent with the caches in both this core and other cores in the cluster. Software must take this into account.

- Data cache maintenance operations are an exception and will execute normally.



Note

The L2 and L1 data caches cannot be disabled independently.

## 7.2.4  Data cache maintenance considerations

DCIMVAC operations in AArch32 state are treated as DCCIMVAC. DC IVAC operations in AArch64 state are treated as DC CIVAC except for permission checking and watchpoint matching.

DCISW operations in AArch32 state and DC ISW operations in AArch64 state, perform both a clean and invalidate of the target set/way. The values of HCR.SWIO and HCR_EL2.SWIO have no effect.

See the *Arm® Architecture Reference Manual for A-profile architecture* for more information.

## 7.2.5  Data cache coherency

To maintain data coherency between multiple cores, the Neoverse™ N1 core uses the *Modified Exclusive Shared Invalid* (MESI) protocol.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## 7.2.6  Instruction cache coherency

If configured with instruction cache hardware coherency, the instruction cache maintains coherency with instruction, data, and unified caches between multiple cores using the MESI protocol.

Software instruction cache maintenance is not necessary when the core is configured for instruction cache hardware coherency.

## 7.2.7  Write streaming mode

A cache line is allocated to the L1 on either a read miss or a write miss.

However, there are some situations where allocating on writes is not required. For example, when executing the C standard library `memset`() function to clear a large block of memory to a known value. Writes of large blocks of data can pollute the cache with unnecessary data. It can also waste power and performance if a linefill must be performed only to discard the linefill data because the entire line was subsequently written by the `memset`().

To counter this, the L1 memory system includes logic to detect when the core has stores pending to a full cache line when it is waiting for a linefill to complete, or when it detects a `DCZVA` (full cache line write to zero). If this situation is detected, then it switches into write streaming mode.

When in write streaming mode, loads behave as normal, and can still cause linefills, and writes still lookup in the cache, but if they miss then they write out to L2 (or possibly L3, system cache, or DRAM) rather than starting a linefill.

The L1 memory system continues in write streaming mode until it can no longer create a full cacheline of store (for example because of a lack of resource in the L1 memory system) or has detected a high proportion of store hitting in the cache.

 The L1 memory system is monitoring transaction traffic through L1 and, depending on different thresholds, can set a stream to go out to L2, L3, and system cache and DRAM.

The following register controls the different thresholds:

**AArch64 state**

CPUECTLR_EL1 configure the L2, L3, and system cache write streaming mode threshold. See 13.32 CPUECTLR_EL1, CPU Extended Control Register, EL1  on page 141.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 7.3  L1 instruction memory system

The L1 instruction side memory system provides an instruction stream to the decoder.

To increase overall performance and to reduce power consumption, it uses:

- Dynamic branch prediction.
- Instruction caching.

## 7.3.1  Program flow prediction

The Neoverse™ N1 core contains program flow prediction hardware, also known as branch prediction.

Branch prediction increases overall performance and reduces power consumption. With program flow prediction disabled, all taken branches incur a penalty that is associated with flushing the pipeline.

To avoid this penalty, the branch prediction hardware predicts if a conditional or unconditional branch is to be taken. For conditional branches, the hardware predicts if the branch is to be taken. It also predicts the address that the branch goes to, known as the branch target address. For unconditional branches, only the target is predicted.

The hardware contains the following functionality:

- A *Branch Target Buffer* (BTB) holding the branch target address of previously taken branches.
- Dynamic branch predictor history.
- The return stack, a stack of nested subroutine return addresses.
- A static branch predictor.
- An indirect branch predictor.

### Predicted and non-predicted instructions

Unless otherwise specified, the following list applies to A64, A32, and T32 instructions.  As a rule the flow prediction hardware predicts all branch instructions regardless of the addressing mode, and includes:

- Conditional branches.
- Unconditional branches.
- Indirect branches that are associated with procedure call and return instructions.
- Branches that switch between A32 and T32 states.

The following branch instructions are not predicted:

- Exception return instructions.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**T32 state conditional branches**

A T32 unconditional branch instruction can be made conditional by inclusion in an *If-Then* (IT) block. It is then treated as a conditional branch.

**Return stack**

The return stack stores the address and instruction set state.

This address is equal to the link register value stored in R14 in AArch32 state or X30 in AArch64 state.

The following instructions cause a return stack push if predicted:

- `BL r14`
- `BLX (immediate)` in AArch32 state
- `BLX (register)` in AArch32 state
- `BLR` in AArch64 state
- `MOV pc,r14`

In AArch32 state, the following instructions cause a return stack pop if predicted:

- `BX`
- `LDR pc, [r13], #imm`
- `LDM r13, {…pc}`
- `LDM r13, {…pc}`

In AArch64 state, the `RET` instruction causes a return stack pop.

As exception return instructions can change core privilege mode and Security state, they are not predicted. These include:

- `ERET`

## 7.3.2  Instruction cache hardware coherency

When the optional instruction cache hardware coherency option is configured via the COHERENT_ICACHE parameter, the following behaviors in the core are affected:

- L1 instruction cache and L2 cache become strictly inclusive. Any cache line present in the L1 instruction cache is also present in the L2 cache.

- Instruction cache invalidate instructions are treated as no-ops and do not cause instruction cache invalidatations or DVMMsg broadcasts to other cores.

- L2 cache monitors all store and cache invalidation coherency traffic and ensures that the L1 instruction cache invalidates any entry that is written to, or invalidated from, the L2 cache.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

- CTR_EL0[29] reads as 1. Using this register, software can discover that the core implements instruction cache hardware coherency and can optimize functions to not issue instruction cache instructions.

The following restrictions and recommendations apply to configuring instruction cache hardware coherency in the core:

- The coherency domain containing a core configured with instruction cache hardware coherency must not contain any coherent masters that require software instruction cache maintenance.

- Arm recommends that systems using instruction cache hardware coherency should be configured with an L2 cache size of 1MB. An L2 cache size of 512KB is also acceptable, but will see approximately a 1-2% reduction in performance due to the overhead of a strictly inclusive L1 instruction cache and L2 cache.

- Arm recommends systems consisting of a large number of Neoverse™ N1 cores should configure the cores with instruction cache coherency to eliminate possible performance issues related to instruction cache instruction broadcasts as DVMMsg transactions to all masters in the system.

# 7.4  L1 data memory system

The L1 data cache is organized as a *Virtually Indexed, Physically Tagged* (VIPT) cache featuring four ways.

**Data cache invalidate on reset**

>   The Armv8-A architecture does not support an operation to invalidate the entire data cache. If software requires this function, it must be constructed by iterating over the cache geometry and executing a series of individual invalidate by set/way instructions.

## 7.4.1  Memory system implementation

This section describes the implementation of the L1 memory system.

**Limited Order Regions**

The core offers support for four limited ordering region descriptors, as introduced by the Armv8.1 Limited Ordering Regions.

**Atomic instructions**

The Neoverse™ N1 core supports the atomic instructions that are added in Armv8.1 architecture.

Atomic instructions to cacheable memory can be performed as either near atomics or far atomics, depending on where the cache line containing the data resides.

When an instruction hits in the L1 data cache in a unique state, then it is performed as a near atomic in the L1 memory system. If the atomic operation misses in the L1 cache, or the line is shared with another core, then the atomic is sent as a far atomic on the core CHI interface.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

If the operation misses everywhere within the cluster, and the interconnect supports far atomics, then the atomic is passed on to the interconnect to perform the operation.

When the operation hits anywhere inside the cluster, or when an interconnect does not support atomics, the L3 memory system performs the atomic operation. If the line it is not already there, it allocates the line into the L3 cache. This depends on whether the *DynamIQ Shared Unit* (DSU) is configured with an L3 cache.

Therefore, if software prefers that the atomic is performed as a near atomic, precede the atomic instruction with a `PLDW` or `PRFM PSTL1KEEP` instruction.

Alternatively, the CPUECTLR can be programmed such that different types of atomic instructions attempt to execute as a near atomic. One cache fill is made on an atomic. If the cache line is lost before the atomic operation can be made, it is sent as a far atomic.

The Neoverse™ N1 core supports atomics to device or non-cacheable memory, however this relies on the interconnect also supporting atomics. If such an atomic instruction is executed when the interconnect does not support them, it results in an abort.

For more information on the CPUECTLR register, see 13.32 CPUECTLR_EL1, CPU Extended Control Register, EL1 on page 141.

### LDAPR instructions

The core supports Load acquire instructions adhering to the RCpc consistency semantic introduced in the Armv8.3 extensions for A profile. This is reflected in register ID_AA64ISAR1_EL1 where bits[23:20] are set to `0b0001` to indicate that the core supports `LDAPRB`, `LDAPRH`, and `LDAPR` instructions implemented in AArch64.

### Transient memory region

The core has a specific behavior for memory regions that are marked as write-back cacheable and transient, as defined in the Armv8.0 architecture.

For any load or store that is targeted at a memory region that is marked as transient, the following occurs:

- If the memory access misses in the L1 data cache, the returned cache line is allocated in the L1 data cache but is marked as transient.
- When the line is evicted from the L1 data cache, the transient hint is passed to the L2 cache so that the replacement policy will not attempt to retain the line. When the line is subsequently evicted from the L2 cache, it will bypass the next level cache entirely.

### Non-temporal loads

Non-temporal loads indicate to the caches that the data is likely to be used for only short periods. For example, when streaming single-use read data that is then discarded. In addition to non-temporal loads, there are also prefetch-memory (`PRFM`) hint instructions with the `STRM` qualifier.

Non-temporal loads to memory which are designated as Write-Back are treated the same as loads to Transient memory.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### 7.4.2  Internal exclusive monitor

The Neoverse™ N1 core L1 memory system has an internal exclusive monitor.

This monitor is a 2-state, open and exclusive, state machine that manages Load-Exclusive or Store-Exclusive accesses and Clear-Exclusive (`CLREX`) instructions. You can use these instructions to construct semaphores, ensuring synchronization between different processes running on the core, and also between different cores that are using the same coherent memory locations for the semaphore. A Load-Exclusive instruction tags a small block of memory for exclusive access. CTR.ERG defines the size of the tagged block as 16 words, one cache line.


**Note**

A load/store exclusive instruction is any one of the following:

- In the A64 instruction set, any instruction that has a mnemonic starting with `LDX`, `LDAX`, `STX`, or `STLX`.
- In the A32 and T32 instruction sets, any instruction that has a mnemonic starting with `LDREX`, `STREX`, `LDAEX`, or `STLEX`.

See the *Arm® Architecture Reference Manual for A-profile architecture* for more information about these instructions.

## 7.5  Data prefetching

This section describes the data prefetching behavior for the Neoverse™ N1 core.

### Preload instructions

The Neoverse™ N1 core supports the AArch64 *Prefetch Memory* (`PRFM`) instructions and the AArch32 *Prefetch Data* (`PLD`) and *Preload Data With Intent To Write* (`PLDW`) instructions. These instructions signal to the memory system that memory accesses from a specified address are likely to occur soon. The memory system acts by taking actions that aim to reduce the latency of the memory access when they occur. `PRFM` instructions perform a lookup in the cache, and if they miss and are to a cacheable address, a linefill starts. However, the `PRFM` instruction retires when its linefill is started, rather than waiting for the linefill to complete. This enables other instructions to execute while the linefill continues in the background.

The *Preload Instruction* (`PLI`) memory system hint performs preloading in the L2 cache for cacheable accesses if they miss in both the L1 instruction cache and L2 cache. Instruction preloading is performed in the background.

For more information about prefetch memory and preloading caches, see the *Arm® Architecture Reference Manual for A-profile architecture*.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Data prefetching and monitoring

The load-store unit includes a hardware prefetcher that is responsible for generating prefetches targeting both the L1 and the L2 cache. The load side prefetcher uses the virtual address to prefetch to both the L1 and L2 Cache. The store side prefetcher uses the physical address, and only prefetches to the L2 Cache.

The CPUECTLR register allows you to have some control over the prefetcher. See 13.32 CPUECTLR_EL1, CPU Extended Control Register, EL1  on page 141 for more information on the control of the prefetcher.

Use the prefetch memory system instructions for data prefetching where short sequences or irregular pattern fetches are required.

### Data cache zero

The Armv8-A architecture introduces a *Data Cache Zero by Virtual Address* (`DC ZVA`) instruction.

In the Neoverse™ N1 core, this enables a block of 64 bytes in memory, which is aligned to 64 bytes in size, to be set to zero.

For more information, see the *Arm® Architecture Reference Manual for A-profile architecture*.

## 7.6  Direct access to internal memory

The Neoverse™ N1 core provides a mechanism to read the internal memory that is used by the L1 caches, L2 cache, and TLB structures through **IMPLEMENTATION DEFINED** System registers. This functionality can be useful when debugging software or hardware issues.

When the core executes in AArch64 state, there are six read-only registers that are used to access the contents of the internal memory. The internal memory is selected by programming the **IMPLEMENTATION DEFINED** RAMINDEX register (using SYS #6, c15, c0, #0 instruction). These operations are available only in EL3. In all other modes, executing these instructions results in an Undefined Instruction exception. The data is read from read-only registers as shown in the following table. After accessing the cache, a *Data Synchronization Barrier* (DSB) is required prior to reading the data register.

**Table 7-1: AArch64 registers used to access internal memory**

| Register name | Function | Access | Operation | Rd Data |
|---|---|---|---|---|
| IDATA0_EL3 | Instruction Register 0 | Read-only | `S3_6_c15_c0_0` | Data |
| IDATA1_EL3 | Instruction Register 1 | Read-only | `S3_6_c15_c0_1` | Data |
| IDATA2_EL3 | Instruction Register 2 | Read-only | `S3_6_c15_c0_2` | Data |
| DDATA0_EL3 | Data Register 0 | Read-only | `S3_6_c15_c1_0` | Data |
| DDATA1_EL3 | Data Register 1 | Read-only | `S3_6_c15_c1_1` | Data |
| DDATA2_EL3 | Data Register 2 | Read-only | `S3_6_c15_c1_2` | Data |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### 7.6.1  Encoding for L1 instruction cache tag, L1 instruction cache data, L1 BTB, L1 GHB, L1 TLB instruction, and BPIQ

The following tables show the encoding required to select a given cache line.

**Table 7-2: L1 instruction cache tag location encoding**

| Bit fields of Rd | Description |
|---|---|
| [31:24] | RAMID = 0x00 |
| [23:20] | Reserved |
| [19:18] | Way |
| [17:14] | Reserved |
| [13:6] | Index [13:6] |
| [5:0] | Reserved |

**Table 7-3: L1 instruction cache data location encoding**

| Bit fields of Rd | Description |
|---|---|
| [31:24] | RAMID = 0x01 |
| [23:20] | Reserved |
| [19:18] | Way |
| [17:14] | Reserved |
| [13:3] | Index [13:3] |
| [2:0] | Reserved |

**Table 7-4: L1 BTB data location encoding**

| Bit fields of Rd | Description |
|---|---|
| [31:24] | RAMID = 0x02 |
| [23:20] | Reserved |
| [19:18] | Way |
| [17:15] | Reserved |
| [14:5] | Index [14:5] |
| [4:0] | Reserved |

**Table 7-5: L1 GHB data location encoding**

| Bit fields of Rd | Description |
|---|---|
| [31:24] | RAMID = 0x03 |
| [23:14] | Reserved |
| [13:4] | Index [13:4] |
| [3:0] | Reserved |

**Table 7-6: L1 instruction TLB data location encoding**

| Bit fields of Rd | Description |
|---|---|
| [31:24] | RAMID = 0x04 |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bit fields of Rd | Description |
|---|---|
| [23:8] | Reserved |
| [7:0] | TLB Entry (<=47) |

**Table 7-7: BPIQ data location encoding**

| Bit fields of Rd | Description |
|---|---|
| [31:24] | RAMID = 0x05 |
| [23:10] | Reserved |
| [9:4] | Index [5:0] |
| [3:0] | Reserved |

The following table shows the data that is returned from accessing the L1 instruction tag RAM.

**Table 7-8: L1 instruction cache tag format**

| Register | Bit field | Description |
|---|---|---|
| Instruction Register 0 | [39] | Non-secure identifier for the physical address |
| | [38:3] | Physical address [47:12] |
| | [2:1] | Instruction state [1:0]<br><br>**00**      Invalid<br>**01**      T32<br>**10**      A32<br>**11**      A64 |
| | [0] | Parity |
| Instruction Register 1 | [63:0] | 0 |
| Instruction Register 2 | [63:0] | 0 |

The following table shows the data that is returned from accessing the L1 instruction data RAM.

**Table 7-9: L1 instruction cache data format**

| Register | Bit field | Description |
|---|---|---|
| Instruction Register 0 | [63:0] | Data [63:0] |
| Instruction Register 1 | [63:9] | 0 |
| | [8] | Parity |
| | [7:0] | Data [71:64] |
| Instruction Register 2 | [63:0] | 0 |

The following table shows the data that is returned from accessing the L1 BTB RAM.

**Table 7-10: L1 BTB cache format**

| Register | Bit field | Description |
|---|---|---|
| Instruction Register 0 | [63:0] | Data [63:0] |
| Instruction Register 1 | [63:18] | 0 |
| | [17:0] | Data [81:64] |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Register | Bit field | Description |
|---|---|---|
| Instruction Register 2 | [63:0] | 0 |

The following table shows the data that is returned from accessing the L1 GHB RAM.

**Table 7-11: L1 GHB cache format**

| Register | Bit field | Description |
|---|---|---|
| Instruction Register 0 | [63:0] | Data [63:0] |
| Instruction Register 1 | [63:32] | 0 |
| | [31:0] | Data [95:64] |
| Instruction Register 2 | [63:0] | 0 |

The following table shows the data that is returned from accessing the L1 instruction TLB RAM.

**Table 7-12: L1 instruction TLB cache format**

| Register | Bit field | | Description |
|---|---|---|---|
| | CORE_PBHA=FALSE | CORE_PBHA=TRUE | |
| Instruction Register 0 | [63:59] | [63:59] | Virtual address [16:12] |
| | - | [58:57] | PBHA[1:0] |
| | [58:56] | [56] | TLB attribute |
| | [55:53] | [55:53] | Memory attributes:<br><br>**000**    Device nGnRnE<br>**001**    Device nGnRE<br>**010**    Device nGRE<br>**011**    Device GRE<br>**100**    Non-cacheable<br>**101**    Write-Back No-Allocate<br>**110**    Write-Back Transient<br>**111**    Write-Back Read-Allocate and Write-Allocate |
| | [52:50] | [52:50] | Page size:<br><br>**000**    4KB<br>**001**    16KB<br>**010**    64KB<br>**011**    256KB<br>**100**    2MB<br>**101**    32MB<br>**11x**    Reserved |
| | [49:46] | [49:46] | TLB attribute |
| | [45] | [45] | Outer-shared |
| | [44] | [44] | Inner-shared |
| | [43:39] | [43:39] | TLB attribute |
| | [38:23] | [38:23] | ASID |
| | [22:7] | [22:7] | VMID |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Register | Bit field | | Description |
|---|---|---|---|
| | CORE_PBHA=FALSE | CORE_PBHA=TRUE | |
| | [6:5] | [6:5] | Translation regime:<br><br>**00**    Secure EL1/EL0<br>**01**    Secure EL3<br>**10**    Non-secure EL1/EL0<br>**11**    Non-secure EL2 |
| | [4:1] | [4:1] | TLB attribute |
| | [0] | [0] | Valid |
| Instruction Register 1 | [63:32] | [63:32] | Physical address[43:12] |
| | [31:0] | [31:0] | Virtual address [48:17] |
| Instruction Register 2 | [4] | [4] | Non-secure |
| | [3:0] | [3:0] | Physical address [47:44] |

The following table shows the data that is returned from accessing the BPIQ RAM.

**Table 7-13: BPIQ cache format**

| Register | Bit field | Description |
|---|---|---|
| Instruction Register 0 | [63:0] | Data [63:0] |
| Instruction Register 1 | [63:32] | 0 |
| | [31:0] | Data [95:64] |
| Instruction Register 2 | [63:0] | 0 |

## 7.6.2  Encoding for L1 data cache tag, L1 data cache data, and L1 TLB data

The core data cache consists of a 4-way set-associative structure.

The encoding, which is set in `Rd` in the appropriate `MCR` instruction, used to locate the required cache data entry for tag, data, and TLB memory is shown in the following tables. It is similar for both the tag RAM, data RAM, and TLB access. Data RAM access includes an additional field to locate the appropriate doubleword in the cache line.

Tag RAM encoding includes an additional field to select which one of the two cache channels must be used to perform any access.

**Table 7-14: L1 data cache tag location encoding**

| Bit fields of Rd | Description |
|---|---|
| [31:24] | RAMID = `0x08` |
| [23:20] | Reserved |
| [19:18] | Way |
| [17] | Copy<br><br>**0**    Tag RAM associated with Pipe 0<br>**1**    Tag RAM associated with Pipe 1 |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bit fields of Rd | Description |
|---|---|
| [16:14] | Reserved |
| [13:6] | Index [13:6] |
| [5:0] | Reserved |

**Table 7-15: L1 data cache data location encoding**

| Bit fields of Rd | Description |
|---|---|
| [31:24] | RAMID = 0x09 |
| [23:20] | Reserved |
| [19:18] | Way |
| [17:16] | BankSel |
| [15:14] | Unused |
| [13:6] | Index [13:6] |
| [5:0] | Reserved |

**Table 7-16: L1 data TLB location encoding**

| Bit fields of Rd | Description |
|---|---|
| [31:24] | RAMID = 0x0A |
| [23:6] | Reserved |
| [5:0] | TLB Entry (0->47) |

Data cache reads return 64 bits of data in Data Register 0, Data Register 1, and Data Register 2. If cache protection is supported, Data Register 2 is used to report ECC information using the format shown in the following tables.

The following table shows the data that is returned from accessing the L1 data cache tag RAM.

**Table 7-17: L1 data cache tag format**

| Register | Bit field | Description |
|---|---|---|
| Data Register 0 | [63:49] | 0 |
| | [48:42] | ECC |
| | [41] | Non-secure identifier for the physical address |
| | [40:5] | Physical address [47:12] |
| | [4:3] | Reserved |
| | [2] | Transient/WBNA |
| | [1:0] | MESI<br><br>**00**  Invalid<br>**01**  Shared<br>**10**  Exclusive<br>**11**  Modified with respect to the L2 cache |
| Data Register 1 | [63:0] | 0 |
| Data Register 2 | [63:0] | 0 |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

The following table shows the data that is returned from accessing the L1 data cache data RAM.

**Table 7-18: L1 data cache data format**

| Register | Bit field | Description |
| --- | --- | --- |
| Data Register 0 | [63:0] | Word1_data[31:0], Word0_data[31:0] |
| Data Register 1 | [63:0] | Word3_data[31:0], Word2_data[31:0] |
| Data Register 2 | [63:0] | Word3_ecc[6:0], Word3_poison, Word2_ecc[6:0], Word2_poison, Word1_ecc[6:0], Word1_poison, Word0_ecc[6:0], Word0_poison |

The following table shows the data that is returned from accessing the L1 data TLB RAM.

**Table 7-19: L1 data TLB cache format**

| Register | Bit field | | Description |
| --- | --- | --- | --- |
| | CORE_PBHA=FALSE | CORE_PBHA=TRUE | |
| Data Register 0 | [63:62] | [63:62] | Virtual address [13:12] |
| | [58] | [58] | Outer-shared |
| | [57] | [57] | Inner-shared |
| | [52:50] | [52:50] | Memory attributes:<br><br>**000**  Device nGnRnE<br>**001**  Device nGnRE<br>**010**  Device nGRE<br>**011**  Device GRE<br>**100**  Non-cacheable<br>**101**  Write-Back No-Allocate<br>**110**  Write-Back Transient<br>**111**  Write-Back Read-Allocate and Write-Allocate |
| | [38:36] | [38:36] | Page size:<br><br>**000**    4KB<br>**001**    16KB<br>**010**    64KB<br>**011**    256KB<br>**100**    2MB<br>**101**    Reserved<br>**110**    512MB<br>**111**    Reserved |
| | [35] | [35] | Non-secure |
| | [34:33] | [34:33] | Translation regime:<br><br>**00**    Secure EL1/EL0<br>**01**    Secure EL3<br>**10**    Non-secure EL1/EL0<br>**11**    Non-secure EL2 |
| | [32:17] | [32:17] | ASID |
| | [16:1] | [16:1] | VMID |
| | [0] | [0] | Valid |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Register | Bit field | | Description |
|---|---|---|---|
| | CORE_PBHA=FALSE | CORE_PBHA=TRUE | |
| Data Register 1 | [63:35] | [63:35] | Physical address [40:12] |
| | [34:0] | [34:0] | Virtual address[48:14] |
| Data Register 2 | - | [8:7] | PBHA[1:0] |
| | [6:0] | [6:0] | Physical address [47:41] |

## 7.6.3  Encoding for the L2 unified cache

The following tables show the encoding required to select a given cache line.

**Table 7-20: L2 tag location encoding**

| Bit fields of Rd | Description |
|---|---|
| [31:24] | RAMID = `0x10` |
| [23:21] | Reserved |
| [20:18] | Way (0->7) |
| [17] | Reserved |
| [16:6] | Index[16:6] |
| [5:0] | Reserved |

**Table 7-21: L2 data location encoding**

| Bit fields of Rd | Description |
|---|---|
| [31:24] | RAMID = `0x11` |
| [23:21] | Reserved |
| [20:18] | Way (0->7) |
| [17] | Reserved |
| [16:4] | Index[16:4] |
| [3:0] | Reserved |

**Table 7-22: L2 victim location encoding**

| Bit fields of Rd | Description |
|---|---|
| [31:24] | RAMID = `0x12` |
| [23:17] | Reserved |
| [16:6] | Index[16:6] |
| [5:0] | Reserved |

The following table shows the data that is returned from accessing the L2 tag RAM when L2 is configured with a 256KB cache size.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Arm® Neoverse™ N1 Core  Technical Reference Manual

Document ID: 100616_0401_02_en
Issue: 02
L1 memory system

**Table 7-23: L2 tag format with a 256KB L2 cache size without COHERENT_ICACHE**

| Register | Bit field | | Description |
|---|---|---|---|
| | CORE_PBHA=FALSE | CORE_PBHA=TRUE | |
| Data Register 0 | [63:52] | [63:54] | 0 |
| | [51:45] | [53:47] | ECC [6:0] |
| | - | [46:45] | PBHA[1:0] |
| | [44:12] | [44:12] | Physical address [47:15] |
| | [11] | [11] | Non-secure identifier for the physical address |
| | [10:9] | [10:9] | Virtual index [13:12] |
| | [8:6] | [8:6] | Reserved |
| | [5] | [5] | Shareable |
| | [4] | [4] | Outer allocation hint |
| | [3] | [3] | L1 data cache valid |
| | [2:0] | [2:0] | L2 State<br><br>**101**    Modified<br>**001**    Exclusive<br>**x11**    Shared<br>**xx0**    Invalid |
| Data Register 1 | [63:0] | [63:0] | 0 |
| Data Register 2 | [63:0] | [63:0] | 0 |

**Table 7-24: L2 tag format with a 256KB L2 cache size with COHERENT_ICACHE**

| Register | Bit field | | Description |
|---|---|---|---|
| | CORE_PBHA=FALSE | CORE_PBHA=TRUE | |
| Data Register 0 | [63:57] | [63:59] | 0 |
| | [56:50] | [58:52] | ECC [6:0] |
| | [49:46] | [51:48] | L1 instruction cache valid |
| | - | [47:46] | PBHA[1:0] |
| | [45:13] | [45:13] | Physical address [47:15] |
| | [12] | [12] | Non-secure identifier for the physical address |
| | [11:10] | [11:10] | Virtual index [13:12] |
| | [9:7] | [9:7] | Reserved |
| | [6] | [6] | Shareable |
| | [5] | [5] | Outer allocation hint |
| | [4] | [4] | L1 data cache shared |
| | [3] | [3] | L1 data cache valid |
| | [2:0] | [2:0] | L2 State<br><br>**101**    Modified<br>**001**    Exclusive<br>**x11**    Shared<br>**xx0**    Invalid |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Arm® Neoverse™ N1 Core  Technical Reference Manual

Document ID: 100616_0401_02_en
Issue: 02
L1 memory system

| Register | Bit field | | Description |
|---|---|---|---|
| | CORE_PBHA=FALSE | CORE_PBHA=TRUE | |
| Data Register 1 | [63:0] | [63:0] | 0 |
| Data Register 2 | [63:0] | [63:0] | 0 |

The following table shows the data that is returned from accessing the L2 tag RAM when L2 is configured with a 512KB cache size.

**Table 7-25: L2 tag format with a 512KB L2 cache size without COHERENT_ICACHE**

| Register | Bit field | | Description |
|---|---|---|---|
| | CORE_PBHA=FALSE | CORE_PBHA=TRUE | |
| Data Register 0 | [63:51] | [63:53] | 0 |
| | [50:44] | [52:46] | ECC [6:0] |
| | - | [45:44] | PBHA[1:0] |
| | [43:12] | [43:12] | Physical address [47:16] |
| | [11] | [11] | Non-secure identifier for the physical address |
| | [10:9] | [10:9] | Virtual index [13:12] |
| | [8:6] | [8:6] | Reserved |
| | [5] | [5] | Shareable |
| | [4] | [4] | Outer allocation hint |
| | [3] | [3] | L1 data cache valid |
| | [2:0] | [2:0] | L2 State<br><br>**101**　　Modified<br>**001**　　Exclusive<br>**x11**　　Shared<br>**xx0**　　Invalid |
| Data Register 1 | [63:0] | [63:0] | 0 |
| Data Register 2 | [63:0] | [63:0] | 0 |

**Table 7-26: L2 tag format with a 512KB L2 cache size with COHERENT_ICACHE**

| Register | Bit field | | Description |
|---|---|---|---|
| | CORE_PBHA=FALSE | CORE_PBHA=TRUE | |
| Data Register 0 | [63:56] | [63:58] | 0 |
| | [55:49] | [57:51] | ECC [6:0] |
| | [48:45] | [50:47] | L1 instruction cache valid |
| | - | [46:45] | PBHA[1:0] |
| | [44:13] | [44:13] | Physical address [47:16] |
| | [12] | [12] | Non-secure identifier for the physical address |
| | [11:10] | [11:10] | Virtual index [13:12] |
| | [9:7] | [9:7] | Reserved |
| | [6] | [6] | Shareable |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Register | Bit field | | Description |
|---|---|---|---|
| | CORE_PBHA=FALSE | CORE_PBHA=TRUE | |
| | [5] | [5] | Outer allocation hint |
| | [4] | [4] | L1 data cache shared |
| | [3] | [3] | L1 data cache valid |
| | [2:0] | [2:0] | L2 State<br><br>**101**    Modified<br>**001**    Exclusive<br>**x11**    Shared<br>**xx0**    Invalid |
| Data Register 1 | [63:0] | [63:0] | 0 |
| Data Register 2 | [63:0] | [63:0] | 0 |

The following table shows the data that is returned from accessing the L2 tag RAM when L2 is configured with a 1MB cache size.

**Table 7-27: L2 tag format with a 1MB L2 cache size without COHERENT_ICACHE**

| Register | Bit field | | Description |
|---|---|---|---|
| | CORE_PBHA=FALSE | CORE_PBHA=TRUE | |
| Data Register 0 | [63:50] | [63:52] | 0 |
| | [49:43] | [51:45] | ECC [6:0] |
| | - | [44:43] | PBHA[1:0] |
| | [42:12] | [42:12] | Physical address [47:17] |
| | [11] | [11] | Non-secure identifier for the physical address |
| | [10:9] | [10:9] | Virtual index [13:12] |
| | [8:6] | [8:6] | Reserved |
| | [5] | [5] | Shareable |
| | [4] | [4] | Outer allocation hint |
| | [3] | [3] | L1 data cache valid |
| | [2:0] | [2:0] | L2 State<br><br>**101**    Modified<br>**001**    Exclusive<br>**x11**    Shared<br>**xx0**    Invalid |
| Data Register 1 | [63:0] | [63:0] | 0 |
| Data Register 2 | [63:0] | [63:0] | 0 |

**Table 7-28: L2 tag format with a 1MB L2 cache size with COHERENT_ICACHE**

| Register | Bit field | | Description |
|---|---|---|---|
| | CORE_PBHA=FALSE | CORE_PBHA=TRUE | |
| Data Register 0 | [63:55] | [63:57] | 0 |
| | [54:48] | [56:50] | ECC [6:0] |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Arm® Neoverse™ N1 Core  Technical Reference Manual

Document ID: 100616_0401_02_en
Issue: 02
L1 memory system

| Register | Bit field | | Description |
|---|---|---|---|
| | CORE_PBHA=FALSE | CORE_PBHA=TRUE | |
| | [47:44] | [49:46] | L1 instruction cache valid |
| | - | [45:44] | PBHA[1:0] |
| | [43:13] | [43:13] | Physical address [47:17] |
| | [12] | [12] | Non-secure identifier for the physical address |
| | [11:10] | [11:10] | Virtual index [13:12] |
| | [9:7] | [9:7] | Reserved |
| | [6] | [6] | Shareable |
| | [5] | [5] | Outer allocation hint |
| | [4] | [4] | L1 data cache shared |
| | [3] | [3] | L1 data cache valid |
| | [2:0] | [2:0] | L2 State<br><br>**101**    Modified<br>**001**    Exclusive<br>**x11**    Shared<br>**xx0**    Invalid |
| Data Register 1 | [63:0] | [63:0] | 0 |
| Data Register 2 | [63:0] | [63:0] | 0 |

The following table shows the data that is returned from accessing the L2 data RAM.

**Table 7-29: L2 data format**

| Register | Bit field | Description |
|---|---|---|
| Data Register 0 | [63:0] | Data [63:0] |
| Data Register 1 | [63:0] | Data [127:64] |
| Data Register 2 | [63:16] | 0 |
| | [15:8] | ECC for Data [127:64] |
| | [7:0] | ECC for Data [63:0] |

The following table shows the data that is returned from accessing the L2 victim RAM.

**Table 7-30: L2 victim format**

| Register | Bit field | Description |
|---|---|---|
| Data Register 0 | [63:7] | 0 |
| | [6:0] | PLRU [6:0] |
| Data Register 1 | [63:0] | 0 |
| Data Register 2 | [63:0] | 0 |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### 7.6.4  Encoding for the L2 TLB

The following section describes the encoding for L2 TLB direct accesses.

The following table shows the encoding required to select a given TLB entry.

**Table 7-31: L2 TLB encoding**

| Bit fields of Rd | Description |
|---|---|
| [31:24] | RAMID = `0x18` |
| [23:21] | Reserved |
| [20:18] | Way<br><br>**000**     way0<br>**001**     way1<br>**010**     way2<br>**011**     way3<br>**100**     way4 |
| [17:8] | Reserved |
| [7:0] | Index |

The following table shows the data that is returned from accessing the L2 TLB.

**Table 7-32: L2 TLB format**

| Register | Bit field | | Description |
|---|---|---|---|
| | CORE_PBHA=FALSE | CORE_PBHA=TRUE | |
| Instruction Register 0 | [63] | [63] | Reserved |
| | [62:60] | [62:60] | Memory attributes:<br><br>**000**    Device nGnRnE<br>**001**    Device nGnRE<br>**010**    Device nGRE<br>**011**    Device GRE<br>**100**    Non-cacheable<br>**101**    Write-Back No-Allocate<br>**110**    Write-Back Transient<br>**111**    Write-Back Read-Allocate and Write-Allocate |
| | [59:56] | [59:56] | Reserved |
| | [55:20] | [55:20] | Physical address [47:12] |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Arm® Neoverse™ N1 Core  Technical Reference Manual

Document ID: 100616_0401_02_en
Issue: 02
L1 memory system

| Register | Bit field | | Description |
|---|---|---|---|
| | CORE_PBHA=FALSE | CORE_PBHA=TRUE | |
| | [19:17] | [19:17] | Page size:<br><br>**000**    4KB<br>**001**    16KB<br>**010**    64KB<br>**011**    256KB<br>**100**    2MB<br>**101**    32MB<br>**110**    512MB<br>**111**    1GB |
| | [16:7] | [16:7] | Reserved |
| | [6] | [6] | Indicates that the entry is coalesced and holds translations for four contiguous pages |
| | [5:2] | [5:2] | This bit field contains the valid bits for four contiguous pages. If the entry is non-coalesced, then 0b0001 indicates a valid entry. |
| | [1:0] | [1:0] | Reserved |
| Instruction Register 1 | [63:62] | - | VMID [1:0] |
| | [61:46] | [63:48] | ASID [15:0] |
| | - | [47:46] | PBHA[1:0] |
| | [45] | [45] | Walk cache entry |
| | [44] | [44] | Prefetched translation |
| | [43:15] | [43:15] | Virtual address [48:20] |
| | [14] | [14] | Non-secure |
| | [13:3] | [13:3] | Reserved |
| | [2] | [2] | Non-global |
| | [1] | [1] | Outer-shared |
| | [0] | [0] | Inner-shared |
| Instruction Register 2 | [63:16] | [63:18] | Reserved |
| | [15:14] | [17:16] | Translation regime:<br><br>**00**    Secure EL1<br>**01**    EL3<br>**10**    Non-secure EL1<br>**11**    EL2 |
| | [13:0] | - | VMID [15:2] |
| | - | [15:0] | VMID [15:0] |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 8.  L2 memory system

This chapter describes the L2 memory system.

## 8.1  About the L2 memory system

The L2 memory subsystem consists of:

- An 8-way set associative L2 cache with a configurable size of 256KB, 512KB, or 1024KB. Cache lines have a fixed length of 64 bytes.
- ECC protection for all RAM structures except victim array.
- Strictly inclusive with L1 data cache.
- When configured with instruction cache hardware coherency, strictly inclusive with L1 instruction cache.
- When configured without instruction cache hardware coherency, weakly inclusive with L1 instruction cache.
- Configurable CHI interface to the *DynamIQ Shared Unit* (DSU) or CHI compliant system with support for 128-bit and 256-bit data widths.
- Dynamic biased replacement policy.
- *Modified Exclusive Shared Invalid* (MESI) coherency.
- Configurable support for instruction cache hardware coherency.

## 8.2  About the L2 cache

The integrated L2 cache is the Point of Unification for the Neoverse™ N1 core. It handles both instruction and data requests from the instruction side and data side of each core respectively.

When fetched from the system, instructions are allocated to the L2 cache and can be invalidated during maintenance operations.

---



Note

Caches in the core are invalidated automatically at reset deassertion unless the core power mode is initialized to Debug recovery mode. See the *Arm® DynamIQ™ Shared Unit Technical Reference Manual* for more information.

---

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Arm® Neoverse™ N1 Core  Technical Reference Manual

Document ID: 100616_0401_02_en
Issue: 02
L2 memory system

# 8.3  Support for memory types

The Neoverse™ N1 core simplifies the coherency logic by downgrading some memory types.

- Memory that is marked as both Inner Write-Back Cacheable and Outer Write-Back Cacheable is cached in the L1 data cache and the L2 cache.

- Memory that is marked Inner Write-Through is downgraded to Non-cacheable.

- Memory that is marked Outer Write-Through or Outer Non-cacheable is downgraded to Non-cacheable, even if the inner attributes are Write-Back cacheable.

The following table shows the transaction capabilities of the Neoverse™ N1 core. It lists the maximum possible values for read, write, DVM issuing, and snoop capabilities of the private L2 cache.

**Table 8-1: Neoverse™ N1 transaction capabilities**

| Attribute | Value | Description |
|---|---|---|
| Write issuing capability | 22/34/46 | Maximum number of outstanding write transactions. Dependent on the configured TQ size. (24/36/48) |
| Read issuing capability | 22/34/46 | Maximum number of outstanding read transactions. Dependent on the configured TQ size. (24/36/48) |
| Snoop acceptance capability | 17/23/29 | Maximum number of outstanding snoops and stashes accepted. Dependent on the TQ size. (24/36/48) |
| DVM issuing capability | 22/34/46 | Maximum number of outstanding DVMOp transactions. Dependent on the configured TQ size. (24/36/48) |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 9.  Reliability, Availability, and Serviceability (RAS)

This chapter describes the RAS features implemented in the Neoverse™ N1 core.

## 9.1  Cache ECC and parity

The Neoverse™ N1 core implements the *Reliability, Availability, and Serviceability* (RAS) extension to the Arm®v8-A architecture which provides mechanisms for standardized reporting of the errors that are generated by cache protection mechanisms.

When configured with core cache protection, the Neoverse™ N1 core can detect and correct a 1-bit error in any RAM and detect 2-bit errors in some RAMs.

The Neoverse™ N1 core always includes core cache protection. The Neoverse™ N1 core can detect and correct a 1-bit error in any RAM and detect 2-bit errors in some RAMs.

---


Note

For information about SCU-L3 cache protection, see the *Arm® DynamIQ™ Shared Unit Technical Reference Manual*.

---

The RAS extension improves the system by reducing unplanned outages:

- Transient errors can be detected and corrected before they cause application or system failure.

- Failing components can be identified and replaced.

- Failure can be predicted ahead of time to allow replacement during planned maintenance.

Errors that are present but not detected are known as latent or undetected errors. A transaction carrying a latent error is corrupted. In a system with no error detection, all errors are latent errors and are silently propagated by components until either:

- They are masked and do not affect the outcome of the system. These are benign or false errors.

- They affect the service interface of the system and cause failure. These are silent data corruptions.

The severity of a failure can range from minor to catastrophic. In many systems, data or service loss is regarded as more of a minor failure than data corruption, as long as backup data is available.

The RAS extension focuses on errors that are produced from hardware faults, which fall into two main categories:

- Transient faults.

- Persistent faults.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

The RAS extension describes data corruption faults, which mostly occur in memories and on data links. RAS concepts can also be used for the management of other types of physical faults that are found in systems, such as lock-step errors, thermal trip, and mechanical failure. The RAS extension provides a common programmers model and mechanisms for fault handling and error recovery.

## 9.2  Cache protection behavior

The configuration of the RAS extension that is implemented in the Neoverse™ N1 core includes cache protection.

In this case, the Neoverse™ N1 core protects against errors that result in a RAM bitcell holding the incorrect value.

The RAMs in the Neoverse™ N1 core have the following capability:

**SED**

Single Error Detect. One bit of parity is applicable to the entire word. The word size is specific for each RAM and depends on the protection granule.

**Interleaved parity**

One bit of parity is applicable to the even bits of the word, and one bit of parity is applicable to the odd bits of the word.

**SECDED**

Single Error Correct, Double Error Detect.

Table 9-1: Cache protection behavior on page 82 indicates which protection type is applied to each RAM.

The core can progress and remain functionally correct when there is a single bit error in any RAM.

If there are multiple single bit errors in different RAMs, or within different protection granules within the same RAM, then the core also remains functionally correct.

If there is a double bit error in a single RAM within the same protection granule, then the behavior depends on the RAM:

- For RAMs with SECDED capability, the core detects and either reports or defers the error. If the error is in a cache line containing dirty data, then that data might be lost.

- For RAMs with only SED, the core does not detect a double bit error. This might cause data corruption.

If there are three or more bit errors within the same protection granule, then depending on the RAM and the position of the errors within the RAM, the core might or might not detect the errors.

The cache protection feature of the core has a minimal performance impact when no errors are present.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Arm® Neoverse™ N1 Core  Technical Reference Manual

Document ID: 100616_0401_02_en
Issue: 02
Reliability, Availability, and Serviceability (RAS)

**Table 9-1: Cache protection behavior**

| RAM | Protection type | Protection granule | Correction behavior |
|-----|-----------------|--------------------|--------------------|
| L1 instruction cache tag | 1 parity bit | 39 bits | The line that contains the error is invalidated from the L1 instruction cache and fetched again from the subsequent memory system. |
| L1 instruction cache data | SED | 72 bits | The line that contains the error is invalidated from the L1 instruction cache and fetched again from the subsequent memory system. |
| L1 BTB | None | - | - |
| L1 GHB | None | - | - |
| L1 BPIQ | None | - | - |
| L1 data cache tag | SECDED | 42 bits + 7 bits for ECC attached to the word. | The cache line that contains the error gets evicted, corrected in line, and refilled to the core. |
| L1 data cache data | SECDED | 32 bits of data + 1 poison bit + 7 bits for ECC attached to the word | The cache line that contains the error gets evicted, corrected in line, and refilled to the core. |
| L1 Prefetch History Table (PHT) | None | - | - |
| MMU translation cache | 2 interleaved parity bits | 71 bits | Entry invalidated, new pagewalk started to refetch it. |
| MMU replacement policy | None | - | Entry invalidated, new pagewalk started to refetch it. **Note:** The L1 TLBs are implemented with flops, so there is no cache protection for L1 TLBs. |
| MMU biased replacement | None | - | Entry invalidated, new pagewalk started to refetch it. |
| L2 cache tag | SECDED | Varies with L2 cache size and COHERENT_ICACHE parameter with 7 ECC bits for 50 to 57 tag bits | Tag is corrected inline. |
| L2 cache data | SECDED | 8 ECC bits for 64 data bits | Data is corrected inline and the L2 cache is updated with the corrected data. |
| L2 victim | None | - | - |
| L2 TQ data | SECDED | 8 ECC bit for 64 data bits | Data is corrected inline. |

To ensure that progress is guaranteed even in case of hard error, the core returns corrected data to the core, and no cache access is required after data correction.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 9.3  Uncorrected errors and data poisoning

When an error is detected, the correction mechanism is triggered. However, if the error is a 2-bit error in a RAM protected by ECC, then the error is not correctable.

The behavior on an uncorrected error depends on the type of RAM.

### Uncorrected error detected in a data RAM

When an uncorrected error is detected in a data RAM, the chunk of data with the error is marked as poisoned. This poison information is then transferred with the data and stored in the cache if the data is allocated into another cache. The poisoned information is stored per 64 bits of data, except in the L1 data cache where it is stored per 32 bits of data.

### Uncorrected error detected in a tag RAM

When an uncorrected error is detected in a tag RAM, either the address or coherency state of the line is not known, and the corresponding data cannot be poisoned. In this case, the line is invalidated and an error recovery interrupt is generated to notify software that data has potentially been lost.

# 9.4  RAS error types

This section describes the RAS error types that are introduced by the RAS extension and supported in the Neoverse™ N1 core.

When a component accesses memory, an error might be detected in that memory and then corrected, deferred, or detected but silently propagated. The following table lists the types of RAS errors that are supported in the Neoverse™ N1 core.

**Table 9-2: RAS error types supported in the Neoverse™ N1 core**

| RAS error type | Definition |
|---|---|
| Corrected | A *Corrected Error* (CE) is reported for a single-bit ECC error on any protected RAM. |
| Deferred | A *Deferred Error* (DE) is reported for a double-bit ECC error that affects the data RAM on either the L1 data cache or the L2 cache. |
| Uncorrected | An *Uncorrected Error* (UE) is reported for a double-bit ECC error that affects the tag RAM of either the L1 data cache or the L2 cache. An Uncorrected Error is also reported for external aborts that are received in response to a store, data cache maintenance, instruction cache maintenance, TLBI maintenance, or cache copyback of dirty data. |

# 9.5  Error Synchronization Barrier

The *Error Synchronization Barrier* (ESB) instruction synchronizes unrecoverable system errors.

In the Neoverse™ N1 core, the ESB instruction allows efficient isolation of errors:

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

- The `ESB` instruction does not wait for completion of accesses that cannot generate an asynchronous external abort. For example, if all external aborts are handled synchronously or it is known that no such accesses are outstanding.

- The `ESB` instruction does not order accesses and does not guarantee a pipeline flush.

All system errors must be synchronized by an `ESB` instruction, which guarantees the following:

- All system errors that are generated before the `ESB` instruction have pended a *System Error Interrupts* (SEI) exception.

- If a physical SEI is pended by or was pending before the `ESB` instruction executes, then:

  ◦ It is taken before completion of the `ESB` instruction, if the physical SEI exception is unmasked at the current Exception level.

  ◦ The pending SEI is cleared, the SEI status is recorded in DISR_EL1, and DISR_EL1.A is set to 1 if the physical SEI exception is masked at the current Exception level. It indicates that the SEI exception was generated before the `ESB` instruction by instructions that occur in program order.

- If a virtual SEI is pended by or was pending before the `ESB` instruction executes, then:

  ◦ It is taken before completion of the `ESB` instruction, if the virtual SEI exception is unmasked.

  ◦ The pending virtual SEI is cleared and the SEI status is recorded in VDISR_EL2 using the information that is provided by software in VSESR_EL2, if the virtual SEI exception is masked.

After the `ESB` instruction, one of the following scenarios occurs:

- SEIs pended by errors are taken and their status is recorded in ESR_ELn.

- SEIs pended by errors are deferred and their status is recorded in DISR_EL1 or VDISR_EL2.

This includes unrecoverable SEIs that are generated by instructions, translation table walks, and instruction fetches on the same core.

---



Note

DISR_EL1 can only be accessed at EL1 and above. If EL2 is implemented and HCR_EL2.AMO is set to 1, then reads and writes of DISR_EL1 at Non-secure EL1 access VDISR_EL2.

See the following registers:

- 13.41 DISR_EL1, Deferred Interrupt Status Register, EL1 on page 163.

- 13.57 HCR_EL2, Hypervisor Configuration Register, EL2 on page 177.

- 13.107 VDISR_EL2, Virtual Deferred Interrupt Status Register, EL2 on page 249.

---

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## 9.6  Error recording

The component that detects an error is called a node. The Neoverse™ N1 core is a node that interacts with the DynamIQ™ Shared Unit node. There is one record per node for the errors detected.

For more information on error recording that is generated by cache protection, see the *Arm® Architecture Reference Manual Supplement, Reliability, Availability, and Serviceability (RAS), for A-profile architecture*. The following points apply specifically to the Neoverse™ N1 core:

- In the Neoverse™ N1 core, any error that is detected is reported and recorded in the error record registers:

  ◦ 13.43 ERRSELR_EL1, Error Record Select Register, EL1 on page 166

  ◦ 13.44 ERXADDR_EL1, Selected Error Record Address Register, EL1 on page 167

  ◦ 13.45 ERXCTLR_EL1, Selected Error Record Control Register, EL1 on page 167

  ◦ 13.46 ERXFR_EL1, Selected Error Record Feature Register, EL1 on page 167

  ◦ 13.47 ERXMISC0_EL1, Selected Error Record Miscellaneous Register 0, EL1 on page 167

  ◦ 13.48 ERXMISC1_EL1, Selected Error Record Miscellaneous Register 1, EL1 on page 168

  ◦ 13.49 ERXPFGCDN_EL1, Selected Error Pseudo Fault Generation Count Down Register, EL1 on page 168

  ◦ 13.50 ERXPFGCTL_EL1, Selected Error Pseudo Fault Generation Control Register, EL1 on page 169

  ◦ 13.51 ERXPFGF_EL1, Selected Pseudo Fault Generation Feature Register, EL1 on page 171

  ◦ 13.52 ERXSTATUS_EL1, Selected Error Record Primary Status Register, EL1 on page 172

- There are two error records provided, which can be selected with the ERRSELR_EL1 register:

  ◦ Record 0 is private to the core, and is updated on any error in the core RAMs including L1 caches, TLB, and L2 cache.

  ◦ Record 1 records any error in the L3 and snoop filter RAMs and is shared between all cores in the cluster.

- The fault handling interrupt is generated on the nFAULTIRQ[0] pin for L3 and snoop filter errors, or on the nFAULTIRQ[n+1] pin for core *n* L1 and L2 errors.

## 9.7  Error injection

The Neoverse™ N1 core supports fault injection for the purpose of testing fault handling software.

The core is programmable to inject an error for any of the possible error types (corrected error, deferred error, uncontainable error, and recoverable error) on a future memory access. When that access is performed, the core responds as if an error was detected on that access by asserting error interrupts, logging information in the error records, and taking aborts as appropriate for the type of error. Injecting an error will not affect the data in the RAM or the checking process itself. When a

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

real error is detected on an access for which an injected error is programmed, the injected error will not prevent the core from handling the real error. The RAS register might log the injected error or the real error in this case.

To get the error injection to work:

- Program the Error Record Select Register (ERRSELR_EL1) to select Error record 0.
- Program the Error Record Control Register (ERR0CTLR) to enable error detection/recovery and fault detection.
- Program the Error Pseudo Fault Generation Control Register (ERR0PFGCTL) to allow error injection.



Cacheable code must also be executed, which will cause cacheable transactions that can be injected with errors.

The following table describes all the possible types of error that the core can encounter and therefore inject.

**Table 9-3: Errors injected in the Neoverse™ N1 core**

| Error type | Description |
|---|---|
| Corrected errors | A corrected error is generated for a single-bit ECC error on L1 data caches and L2 caches, both on data and tag RAMs. |
| Deferred errors | A deferred error is generated for a double-bit ECC error on L1 data caches and L2 caches, but only on data RAM. |
| Uncontainable errors | An uncontainable error is generated for a double-bit ECC error on L1 data caches and L2 caches, but only on tag RAM. |

The following table describes the registers that handle error injection in the Neoverse™ N1 core.

**Table 9-4: Error injection registers**

| Register name | Description |
|---|---|
| ERR0PFGF | The ERR Pseudo Fault Generation Feature register defines which errors can be injected. |
| ERR0PFGCTL | The ERR Pseudo Fault Generation Control register controls the errors that are injected. |
| ERR0PFGCDN | The ERR Pseudo Fault Generation Count Down register controls the fault injection timing. |



This mechanism simulates the corruption of any RAM but the data is not actually corrupted.

See also:

- 14.7 ERR0PFGCDN, Error Pseudo Fault Generation Count Down Register on page 262.
- 14.8 ERR0PFGCTL, Error Pseudo Fault Generation Control Register on page 263.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

- 14.9 ERR0PFGF, Error Pseudo Fault Generation Feature Register on page 265.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 10. Generic Interrupt Controller CPU interface

This chapter describes the Neoverse™ N1 core implementation of the Arm *Generic Interrupt Controller* (GIC) CPU interface.

## 10.1 About the Generic Interrupt Controller CPU interface

The Neoverse™ N1 core implements the GIC CPU interface as described in the Arm® *Generic Interrupt Controller Architecture Specification*.

This interfaces with an external GICv4 distributor component within the cluster system and is a resource for supporting and managing interrupts. The GIC CPU interface hosts registers to mask, identify, and control states of interrupts forwarded to that core. Each core in the cluster system has a GIC CPU interface component and connects to a common external distributor component.

---



**Note**

This chapter describes only features that are specific to the Neoverse™ N1 core implementation. Additional information specific to the cluster can be found in *Arm® DynamIQ™ Shared Unit Technical Reference Manual*.

---

The GICv4 architecture supports:

- Two Security states.
- Interrupt virtualization.
- *Software-generated Interrupts* (SGIs).
- Message-Based Interrupts.
- System register access for the CPU interface.
- Interrupt masking and prioritization.
- Cluster environments, including systems that contain more than eight cores.
- Wake-up events in power management environments.
- Control whether deactivation of virtual SGIs can increment ICH_HCR_EL2.EOI count.

The GIC includes interrupt grouping functionality that supports:

- Configuring each interrupt to belong to an interrupt group.
- Signaling Group 1 interrupts to the target core using either the IRQ or the FIQ exception request. Group 1 interrupts can be Secure or Non-secure.
- Signaling Group 0 interrupts to the target core using the FIQ exception request only.
- A unified scheme for handling the priority of Group 0 and Group 1 interrupts.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

This chapter describes only features that are specific to the Neoverse™ N1 core implementation.

**Related information**
GIC registers on page 270

## 10.2  Bypassing the CPU interface

The GIC CPU interface is always implemented within the Neoverse™ N1 core.

However, you can disable it if you assert the GICCDISABLE signal HIGH at reset. If you disable the GIC CPU interface, the input pins nVIRQ and nVFIQ can be driven by an external GIC in the SoC. GIC System register access generates **UNDEFINED** instruction exceptions when the GICCDISABLE signal is HIGH.

If the GIC is enabled, the input pins nVIRQ and nVFIQ must be tied off to HIGH. This is because the internal GIC CPU interface generates the virtual interrupt signals to the cores. The nIRQ and nFIQ signals are controlled by software, therefore there is no requirement to tie them HIGH.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 11.  Advanced SIMD and floating-point support

This chapter describes the Advanced SIMD and floating-point features and registers in the Neoverse™ N1 core. The unit in charge of handling the Advanced SIMD and floating-point features is also referred to as the data engine in this manual.

## 11.1  About the Advanced SIMD and floating-point support

The Neoverse™ N1 core supports the Advanced SIMD and scalar floating-point instructions in the A64 instruction set and the Advanced SIMD and floating-point instructions in the A32 and T32 instruction sets.

The Neoverse™ N1 floating-point implementation:

- Does not generate floating-point exceptions.
- Implements all scalar operations in hardware with support for all combinations of:
  ◦ Rounding modes.
  ◦ Flush-to-zero.
  ◦ Default *Not a Number* (NaN) modes.

The Arm®v8-A architecture does not define a separate version number for its Advanced SIMD and floating-point support in the AArch64 Execution state because the instructions are always implicitly present.

## 11.2  Accessing the feature identification registers

Software can identify the Advanced SIMD and floating-point features using the feature identification registers in the AArch64 Execution state only.

The Neoverse™ N1 core only supports AArch32 in EL0, therefore none of the feature identification registers are accessible in the AArch32 Execution state.

You can access the feature identification registers in the AArch64 Execution state using the MRS instruction, for example:

```
    MRS <Xt>, ID_AA64PFR0_EL1 ; Read ID_AA64PFR0_EL1 into Xt
    MRS <Xt>, MVFR0_EL1       ; Read MVFR0_EL1 into Xt
    MRS <Xt>, MVFR1_EL1       ; Read MVFR1_EL1 into Xt
    MRS <Xt>, MVFR2_EL1       ; Read MVFR2_EL1 into Xt
```

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table 11-1: AArch64 Advanced SIMD and scalar floating-point feature identification registers**

| Register name | Description |
|---|---|
| ID_AA64PFR0_EL1 | See 13.67 ID_AA64PFR0_EL1, AArch64 Processor Feature Register 0, EL1 on page 190. |
| MVFR0_EL1 | See 16.4 MVFR0_EL1, Media, and VFP Feature Register 0, EL1 on page 302. |
| MVFR1_EL1 | See 16.5 MVFR1_EL1, Media, and VFP Feature Register 1, EL1 on page 303. |
| MVFR2_EL1 | See 16.6 MVFR2_EL1, Media, and VFP Feature Register 2, EL1 on page 305. |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 12.  AArch32 System registers

This chapter describes the System registers in the AArch32 state.

## 12.1  AArch32 architectural system register summary

This chapter identifies the AArch32 architectural system registers implemented in the Neoverse™ N1 core.

The following table identifies the architecturally defined registers that are implemented in the Neoverse™ N1 core. For a description of these registers see the *Arm® Architecture Reference Manual for A-profile architecture*.

For the registers listed in the following table, coproc==0b1111.

**Table 12-1: Architecturally defined registers**

| Name | CRn | Opc1 | CRm | Opc2 | Width | description |
|------|-----|------|-----|------|-------|-------------|
| CNTFRQ | c14 | 0 | c0 | 0 | 32 | Timer Clock Ticks per Second |
| CNTP_CTL | c14 | 0 | c2 | 1 | 32 | Counter-timer Physical Timer Control register |
| CNTP_CVAL | - | 2 | c14 | - | 64 | Counter-timer Physical Timer CompareValue register |
| CNTP_TVAL | c14 | 0 | c2 | 0 | 32 | Counter-timer Physical Timer TimerValue register |
| CNTPCT | - | 0 | c14 | - | 64 | Counter-timer Physical Count register |
| CNTV_CTL | c14 | 0 | c3 | 1 | 32 | Counter-timer Virtual Timer Control register |
| CNTV_CVAL | - | 3 | c14 | - | 64 | Counter-timer Virtual Timer CompareValue register |
| CNTV_TVAL | c14 | 0 | c3 | 0 | 32 | Counter-timer Virtual Timer TimerValue register |
| CNTVCT | - | 1 | c14 | - | 64 | Counter-timer Virtual Count register |
| CP15ISB | c7 | 0 | c5 | 4 | 32 | Instruction Synchronization Barrier System instruction |
| CP15DSB | c7 | 0 | c10 | 4 | 32 | Data Synchronization Barrier System instruction |
| CP15DMB | c7 | 0 | c10 | 5 | 32 | Data Memory Barrier System instruction |
| DLR | c4 | 3 | c5 | 1 | 32 | Debug Link Register |
| DSPSR | c4 | 3 | c5 | 0 | 32 | Debug Saved Program Status Register |
| TPIDRURO | c13 | 0 | c0 | 3 | 32 | User Read Only Thread ID Register |
| TPIDRURW | c13 | 0 | c0 | 2 | 32 | User Read/Write Thread ID Register |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 13. AArch64 System registers

This chapter describes the System registers in the AArch64 state.

## 13.1 AArch64 registers

This chapter provides information about the AArch64 System registers with **IMPLEMENTATION DEFINED** bit fields and **IMPLEMENTATION DEFINED** registers associated with the core.

The chapter provides **IMPLEMENTATION SPECIFIC** information, for a complete description of the registers, see the *Arm® Architecture Reference Manual for A-profile architecture*.

The chapter is presented as follows:

**AArch64 architectural System register summary**

This section identifies the AArch64 architectural System registers implemented in the Neoverse™ N1 core that have **IMPLEMENTATION DEFINED** bit fields. The register descriptions for these registers only contain information about the **IMPLEMENTATION DEFINED** bits.

**AArch64 IMPLEMENTATION DEFINED register summary**

This section identifies the AArch64 architectural registers that are implemented in the Neoverse™ N1 core that are **IMPLEMENTATION DEFINED**.

**AArch64 registers by functional group**

This section groups the **IMPLEMENTATION DEFINED** registers and architectural System registers with **IMPLEMENTATION DEFINED** bit fields, as identified previously, by function. It also provides reset details for key register types.

**Register descriptions**

The remainder of the chapter provides register descriptions of the **IMPLEMENTATION DEFINED** registers and architectural system registers with **IMPLEMENTATION DEFINED** bit fields, as identified previously. These are listed in alphabetic order.

## 13.2 AArch64 architectural system register summary

This section describes the AArch64 architectural system registers implemented in the Neoverse™ N1 core.

The section contains two tables:

**Registers with IMPLEMENTATION DEFINED bit fields**

This table identifies the architecturally defined registers in Neoverse™ N1 that have **IMPLEMENTATION DEFINED** bit fields. The register descriptions for these registers only contain information about the **IMPLEMENTATION DEFINED** bits.

See Table 13-1: Registers with implementation defined bit fields on page 94.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Other architecturally defined registers

This table identifies the other architecturally defined registers that are implemented in the Neoverse™ N1 core. These registers are described in the *Arm® Architecture Reference Manual for A-profile architecture*.

See Table 13-2: Other architecturally defined registers on page 97.

**Table 13-1: Registers with** IMPLEMENTATION DEFINED **bit fields**

| Name | Op0 | CRn | Op1 | CRm | Op2 | Width | Description |
|------|-----|-----|-----|-----|-----|-------|-------------|
| ACTLR_EL1 | 3 | c1 | 0 | c0 | 1 | 64 | 13.5 ACTLR_EL1, Auxiliary Control Register, EL1 on page 105 |
| ACTLR_EL2 | 3 | c1 | 4 | c0 | 1 | 64 | 13.6 ACTLR_EL2, Auxiliary Control Register, EL2 on page 105 |
| ACTLR_EL3 | 3 | c1 | 6 | c0 | 1 | 64 | 13.7 ACTLR_EL3, Auxiliary Control Register, EL3 on page 108 |
| AIDR_EL1 | 3 | c0 | 1 | c0 | 7 | 64 | 13.14 AIDR_EL1, Auxiliary ID Register, EL1 on page 116 |
| AFSR0_EL1 | 3 | c5 | 0 | c1 | 0 | 64 | 13.8 AFSR0_EL1, Auxiliary Fault Status Register 0, EL1 on page 111 |
| AFSR0_EL2 | 3 | c5 | 4 | c1 | 0 | 64 | 13.9 AFSR0_EL2, Auxiliary Fault Status Register 0, EL2 on page 111 |
| AFSR0_EL3 | 3 | c5 | 6 | c1 | 0 | 64 | 13.10 AFSR0_EL3, Auxiliary Fault Status Register 0, EL3 on page 112 |
| AFSR1_EL1 | 3 | c5 | 0 | c1 | 1 | 64 | 13.11 AFSR1_EL1, Auxiliary Fault Status Register 1, EL1 on page 113 |
| AFSR1_EL2 | 3 | c5 | 4 | c1 | 1 | 64 | 13.12 AFSR1_EL2, Auxiliary Fault Status Register 1, EL2 on page 114 |
| AFSR1_EL3 | 3 | c5 | 6 | c1 | 1 | 64 | 13.13 AFSR1_EL3, Auxiliary Fault Status Register 1, EL3 on page 115 |
| AMAIR_EL1 | 3 | c10 | 0 | c3 | 0 | 64 | 13.15 AMAIR_EL1, Auxiliary Memory Attribute Indirection Register, EL1 on page 116 |
| AMAIR_EL2 | 3 | c10 | 4 | c3 | 0 | 64 | 13.16 AMAIR_EL2, Auxiliary Memory Attribute Indirection Register, EL2 on page 117 |
| AMAIR_EL3 | 3 | c10 | 6 | c3 | 0 | 64 | 13.17 AMAIR_EL3, Auxiliary Memory Attribute Indirection Register, EL3 on page 118 |
| CCSIDR_EL1 | 3 | c0 | 1 | c0 | 0 | 64 | 13.23 CCSIDR_EL1, Cache Size ID Register, EL1 on page 128 |
| CLIDR_EL1 | 3 | c0 | 1 | c0 | 1 | 64 | 13.24 CLIDR_EL1, Cache Level ID Register, EL1 on page 130 |
| CPACR_EL1 | 3 | c1 | 0 | c0 | 2 | 64 | 13.25 CPACR_EL1, Architectural Feature Access Control Register, EL1 on page 132 |
| CPTR_EL2 | 3 | c1 | 4 | c1 | 2 | 64 | 13.26 CPTR_EL2, Architectural Feature Trap Register, EL2 on page 133 |
| CPTR_EL3 | 3 | c1 | 6 | c1 | 2 | 64 | 13.27 CPTR_EL3, Architectural Feature Trap Register, EL3 on page 133 |
| CSSELR_EL1 | 3 | c0 | 2 | c0 | 0 | 64 | 13.38 CSSELR_EL1, Cache Size Selection Register, EL1 on page 159 |
| CTR_EL0 | 3 | c0 | 3 | c0 | 1 | 64 | 13.39 CTR_EL0, Cache Type Register, EL0 on page 160 |
| DISR_EL1 | 3 | c12 | 0 | c1 | 1 | 64 | 13.41 DISR_EL1, Deferred Interrupt Status Register, EL1 on page 163 |
| ERRIDR_EL1 | 3 | c5 | 0 | c3 | 0 | 64 | 13.42 ERRIDR_EL1, Error ID Register, EL1 on page 165 |
| ERRSELR_EL1 | 3 | c5 | 0 | c3 | 1 | 64 | 13.43 ERRSELR_EL1, Error Record Select Register, EL1 on page 166 |
| ERXADDR_EL1 | 3 | c5 | 0 | c4 | 3 | 64 | 13.44 ERXADDR_EL1, Selected Error Record Address Register, EL1 on page 167 |
| ERXCTLR_EL1 | 3 | c5 | 0 | c4 | 1 | 64 | 13.45 ERXCTLR_EL1, Selected Error Record Control Register, EL1 on page 167 |
| ERXFR_EL1 | 3 | c5 | 0 | c4 | 0 | 64 | 13.46 ERXFR_EL1, Selected Error Record Feature Register, EL1 on page 167 |
| ERXMISC0_EL1 | 3 | c5 | 0 | c5 | 0 | 64 | 13.47 ERXMISC0_EL1, Selected Error Record Miscellaneous Register 0, EL1 on page 167 |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Name | Op0 | CRn | Op1 | CRm | Op2 | Width | Description |
|---|---|---|---|---|---|---|---|
| ERXMISC1_EL1 | 3 | c5 | 0 | c5 | 1 | 64 | 13.48 ERXMISC1_EL1, Selected Error Record Miscellaneous Register 1, EL1 on page 168 |
| ERXSTATUS_EL1 | 3 | c5 | 0 | c4 | 2 | 64 | 13.52 ERXSTATUS_EL1, Selected Error Record Primary Status Register, EL1 on page 172 |
| ESR_EL1 | 3 | c5 | 0 | c2 | 0 | 64 | 13.53 ESR_EL1, Exception Syndrome Register, EL1 on page 172 |
| ESR_EL2 | 3 | c5 | 4 | c2 | 0 | 64 | 13.54 ESR_EL2, Exception Syndrome Register, EL2 on page 174 |
| ESR_EL3 | 3 | c5 | 6 | c2 | 0 | 64 | 13.55 ESR_EL3, Exception Syndrome Register, EL3 on page 175 |
| HACR_EL2 | 3 | c1 | 4 | c1 | 7 | 64 | 13.56 HACR_EL2, Hyp Auxiliary Configuration Register, EL2 on page 176 |
| HCR_EL2 | 3 | c1 | 4 | c1 | 0 | 64 | 13.57 HCR_EL2, Hypervisor Configuration Register, EL2 on page 177 |
| ID_AFR0_EL1 | 3 | c0 | 0 | c1 | 3 | 64 | 13.69 ID_AFR0_EL1, AArch32 Auxiliary Feature Register 0, EL1 on page 193 |
| ID_DFR0_EL1 | 3 | c0 | 0 | c1 | 2 | 64 | 13.70 ID_DFR0_EL1, AArch32 Debug Feature Register 0, EL1 on page 194 |
| ID_ISAR0_EL1 | 3 | c0 | 0 | c2 | 0 | 64 | 13.71 ID_ISAR0_EL1, AArch32 Instruction Set Attribute Register 0, EL1 on page 196 |
| ID_ISAR1_EL1 | 3 | c0 | 0 | c2 | 1 | 64 | 13.72 ID_ISAR1_EL1, AArch32 Instruction Set Attribute Register 1, EL1 on page 198 |
| ID_ISAR2_EL1 | 3 | c0 | 0 | c2 | 2 | 64 | 13.73 ID_ISAR2_EL1, AArch32 Instruction Set Attribute Register 2, EL1 on page 200 |
| ID_ISAR3_EL1 | 3 | c0 | 0 | c2 | 3 | 64 | 13.74 ID_ISAR3_EL1, AArch32 Instruction Set Attribute Register 3, EL1 on page 202 |
| ID_ISAR4_EL1 | 3 | c0 | 0 | c2 | 4 | 64 | 13.75 ID_ISAR4_EL1, AArch32 Instruction Set Attribute Register 4, EL1 on page 204 |
| ID_ISAR5_EL1 | 3 | c0 | 0 | c2 | 5 | 64 | 13.76 ID_ISAR5_EL1, AArch32 Instruction Set Attribute Register 5, EL1 on page 207 |
| ID_ISAR6_EL1 | 3 | c0 | 0 | c2 | 7 | 64 | 13.77 ID_ISAR6_EL1, AArch32 Instruction Set Attribute Register 6, EL1 on page 209 |
| ID_MMFR0_EL1 | 3 | c0 | 0 | c1 | 4 | 64 | 13.78 ID_MMFR0_EL1, AArch32 Memory Model Feature Register 0, EL1 on page 210 |
| ID_MMFR1_EL1 | 3 | c0 | 0 | c1 | 5 | 64 | 13.79 ID_MMFR1_EL1, AArch32 Memory Model Feature Register 1, EL1 on page 212 |
| ID_MMFR2_EL1 | 3 | c0 | 0 | c1 | 6 | 64 | 13.80 ID_MMFR2_EL1, AArch32 Memory Model Feature Register 2, EL1 on page 214 |
| ID_MMFR3_EL1 | 3 | c0 | 0 | c1 | 7 | 64 | 13.81 ID_MMFR3_EL1, AArch32 Memory Model Feature Register 3, EL1 on page 216 |
| ID_MMFR4_EL1 | 3 | c0 | 0 | c2 | 6 | 64 | 13.82 ID_MMFR4_EL1, AArch32 Memory Model Feature Register 4, EL1 on page 218 |
| ID_PFR0_EL1 | 3 | c0 | 0 | c1 | 0 | 64 | 13.83 ID_PFR0_EL1, AArch32 Processor Feature Register 0, EL1 on page 220 |
| ID_PFR1_EL1 | 3 | c0 | 0 | c1 | 1 | 64 | 13.84 ID_PFR1_EL1, AArch32 Processor Feature Register 1, EL1 on page 222 |
| ID_AA64DFR0_EL1 | 3 | c0 | 0 | c5 | 0 | 64 | 13.60 ID_AA64DFR0_EL1, AArch64 Debug Feature Register 0, EL1 on page 180 |
| ID_AA64ISAR0_EL1 | 3 | c0 | 0 | c6 | 0 | 64 | 13.62 ID_AA64ISAR0_EL1, AArch64 Instruction Set Attribute Register 0, EL1 on page 182 |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Name | Op0 | CRn | Op1 | CRm | Op2 | Width | Description |
|---|---|---|---|---|---|---|---|
| ID_AA64ISAR1_EL1 | 3 | c0 | 0 | c6 | 1 | 64 | 13.63 ID_AA64ISAR1_EL1, AArch64 Instruction Set Attribute Register 1, EL1 on page 184 |
| ID_AA64MMFR0_EL1 | 3 | c0 | 0 | c7 | 0 | 64 | 13.64 ID_AA64MMFR0_EL1, AArch64 Memory Model Feature Register 0, EL1 on page 185 |
| ID_AA64MMFR1_EL1 | 3 | c0 | 0 | c7 | 1 | 64 | 13.65 ID_AA64MMFR1_EL1, AArch64 Memory Model Feature Register 1, EL1 on page 187 |
| ID_AA64MMFR2_EL1 | 3 | c0 | 0 | c7 | 2 | 64 | 13.66 ID_AA64MMFR2_EL1, AArch64 Memory Model Feature Register 2, EL1 on page 189 |
| ID_AA64PFR0_EL1 | 3 | c0 | 0 | c4 | 0 | 64 | 13.67 ID_AA64PFR0_EL1, AArch64 Processor Feature Register 0, EL1 on page 190 |
| LORC_EL1 | 3 | c10 | 0 | c4 | 3 | 64 | 13.86 LORC_EL1, LORegion Control Register, EL1 on page 225 |
| LORID_EL1 | 3 | c10 | 0 | c4 | 7 | 64 | 13.87 LORID_EL1, LORegion ID Register, EL1 on page 225 |
| LORN_EL1 | 3 | c10 | 0 | c4 | 2 | 64 | 13.88 LORN_EL1, LORegion Number Register, EL1 on page 226 |
| MDCR_EL3 | 3 | c1 | 6 | c3 | 1 | 64 | 13.89 MDCR_EL3, Monitor Debug Configuration Register, EL3 on page 227 |
| MIDR_EL1 | 3 | c0 | 0 | c0 | 0 | 64 | 13.90 MIDR_EL1, Main ID Register, EL1 on page 230 |
| MPIDR_EL1 | 3 | c0 | 0 | c0 | 5 | 64 | 13.91 MPIDR_EL1, Multiprocessor Affinity Register, EL1 on page 231 |
| PAR_EL1 | 3 | c7 | 0 | c4 | 0 | 64 | 13.92 PAR_EL1, Physical Address Register, EL1 on page 233 |
| RVBAR_EL3 | 3 | c12 | 6 | c0 | 1 | 64 | 13.95 RVBAR_EL3, Reset Vector Base Address Register, EL3 on page 235 |
| REVIDR_EL1 | 3 | c0 | 0 | c0 | 6 | 64 | 13.93 REVIDR_EL1, Revision ID Register, EL1 on page 234 |
| SCTLR_EL1 | 3 | c1 | 0 | c0 | 0 | 64 | 13.96 SCTLR_EL1, System Control Register, EL1 on page 236 |
| SCTLR_EL2 | 3 | c1 | 4 | c0 | 0 | 64 | 13.97 SCTLR_EL2, System Control Register, EL2 on page 238 |
| SCTLR_EL12 | 3 | c1 | 5 | c0 | 0 | 64 | 13.96 SCTLR_EL1, System Control Register, EL1 on page 236 |
| SCTLR_EL3 | 3 | c1 | 6 | c0 | 0 | 64 | 13.98 SCTLR_EL3, System Control Register, EL3 on page 239 |
| TCR_EL1 | 3 | c2 | 0 | c0 | 2 | 64 | 13.99 TCR_EL1, Translation Control Register, EL1 on page 241 |
| TCR_EL2 | 3 | c2 | 4 | c0 | 2 | 64 | 13.100 TCR_EL2, Translation Control Register, EL2 on page 242 |
| TCR_EL3 | 3 | c2 | 6 | c0 | 2 | 64 | 13.101 TCR_EL3, Translation Control Register, EL3 on page 243 |
| TTBR0_EL1 | 3 | c2 | 0 | c0 | 0 | 64 | 13.102 TTBR0_EL1, Translation Table Base Register 0, EL1 on page 244 |
| TTBR0_EL2 | 3 | c2 | 4 | c0 | 0 | 64 | 13.103 TTBR0_EL2, Translation Table Base Register 0, EL2 on page 246 |
| TTBR0_EL3 | 3 | c2 | 6 | c0 | 0 | 64 | 13.104 TTBR0_EL3, Translation Table Base Register 0, EL3 on page 247 |
| TTBR1_EL1 | 3 | c2 | 0 | c0 | 1 | 64 | 13.105 TTBR1_EL1, Translation Table Base Register 1, EL1 on page 248 |
| TTBR1_EL2 | 3 | c2 | 4 | c0 | 1 | 64 | 13.106 TTBR1_EL2, Translation Table Base Register 1, EL2 on page 249 |
| VDISR_EL2 | 3 | c12 | 4 | c1 | 1 | 64 | 13.107 VDISR_EL2, Virtual Deferred Interrupt Status Register, EL2 on page 249 |
| VSESR_EL2 | 3 | c5 | 4 | c2 | 3 | 64 | 13.108 VSESR_EL2, Virtual SError Exception Syndrome Register on page 250 |
| VTCR_EL2 | 3 | c2 | 4 | c1 | 2 | 64 | 13.109 VTCR_EL2, Virtualization Translation Control Register, EL2 on page 251 |
| VTTBR_EL2 | 3 | c2 | 4 | c1 | 0 | 64 | 13.110 VTTBR_EL2, Virtualization Translation Table Base Register, EL2 on page 252 |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table 13-2: Other architecturally defined registers**

| Name | Op0 | CRn | Op1 | CRm | Op2 | Width | Description |
|------|-----|-----|-----|-----|-----|-------|-------------|
| AFSR0_EL12 | 3 | c5 | 5 | 1 | 0 | 64 | Auxiliary Fault Status Register 0 |
| AFSR1_EL12 | 3 | c5 | 5 | 1 | 1 | 64 | Auxiliary Fault Status Register 1 |
| AMAIR_EL12 | 3 | c10 | 5 | c3 | 0 | 64 | Auxiliary Memory Attribute Indirection Register |
| CNTFRQ_EL0 | 3 | c14 | 3 | 0 | 0 | 64 | Counter-timer Frequency register |
| CNTHCTL_EL2 | 3 | c14 | 4 | c1 | 0 | 64 | Counter-timer Hypervisor Control register |
| CNTHP_CTL_EL2 | 3 | c14 | 4 | c2 | 1 | 64 | Counter-timer Hypervisor Physical Timer Control register |
| CNTHP_CVAL_EL2 | 3 | c14 | 4 | c2 | 2 | 64 | Counter-timer Hyp Physical CompareValue register |
| CNTHP_TVAL_EL2 | 3 | c14 | 4 | c2 | 0 | 64 | Counter-timer Hyp Physical Timer TimerValue register |
| CNTHV_CTL_EL2 | 3 | c14 | 4 | c3 | 1 | 64 | Counter-timer Virtual Timer Control register |
| CNTHV_CVAL_EL2 | 3 | c14 | 4 | c3 | 2 | 64 | Counter-timer Virtual Timer CompareValue register |
| CNTHV_TVAL_EL2 | 3 | c14 | 4 | c3 | 0 | 64 | Counter-timer Virtual Timer TimerValue register |
| CNTKCTL_EL1 | 3 | c14 | 0 | c1 | 0 | 64 | Counter-timer Kernel Control register |
| CNTKCTL_EL12 | 3 | c14 | 5 | c1 | 0 | 64 | Counter-timer Kernel Control register |
| CNTP_CTL_EL0 | 3 | c14 | 3 | c2 | 1 | 64 | Counter-timer Physical Timer Control register |
| CNTP_CTL_EL02 | 3 | c14 | 5 | c2 | 1 | 64 | Counter-timer Physical Timer Control register |
| CNTP_CVAL_EL0 | 3 | c14 | 3 | c2 | 2 | 64 | Counter-timer Physical Timer CompareValue register |
| CNTP_CVAL_EL02 | 3 | c14 | 5 | c2 | 2 | 64 | Counter-timer Physical Timer CompareValue register |
| CNTP_TVAL_EL0 | 3 | c14 | 3 | c2 | 0 | 64 | Counter-timer Physical Timer TimerValue register |
| CNTP_TVAL_EL02 | 3 | c14 | 5 | c2 | 0 | 64 | Counter-timer Physical Timer TimerValue register |
| CNTPCT_EL0 | 3 | c14 | 3 | c0 | 1 | 64 | Counter-timer Physical Count register |
| CNTPS_CTL_EL1 | 3 | c14 | 7 | c2 | 1 | 64 | Counter-timer Physical Secure Timer Control register |
| CNTPS_CVAL_EL1 | 3 | c14 | 7 | c2 | 2 | 64 | Counter-timer Physical Secure Timer CompareValue register |
| CNTPS_TVAL_EL1 | 3 | c14 | 7 | c2 | 0 | 64 | Counter-timer Physical Secure Timer TimerValue register |
| CNTV_CTL_EL0 | 3 | c14 | 3 | c3 | 1 | 64 | Counter-timer Virtual Timer Control register |
| CNTV_CTL_EL02 | 3 | c14 | 5 | c3 | 1 | 64 | Counter-timer Virtual Timer Control register |
| CNTV_CVAL_EL0 | 3 | c14 | 3 | c3 | 2 | 64 | Counter-timer Virtual Timer CompareValue register |
| CNTV_CVAL_EL02 | 3 | c14 | 5 | c3 | 2 | 64 | Counter-timer Virtual Timer CompareValue register |
| CNTV_TVAL_EL0 | 3 | c14 | 3 | c3 | 0 | 64 | Counter-timer Virtual Timer TimerValue register |
| CNTV_TVAL_EL02 | 3 | c14 | 5 | c3 | 0 | 64 | Counter-timer Virtual Timer TimerValue register |
| CNTVCT_EL0 | 3 | c14 | 3 | c0 | Op2 | 64 | Counter-timer Virtual Count register |
| CNTVOFF_EL2 | 3 | c14 | 4 | c0 | 3 | 64 | Counter-timer Virtual Offset register |
| CONTEXTIDR_EL1 | 3 | c13 | 0 | c0 | 1 | 64 | Context ID Register (EL1) |
| CONTEXTIDR_EL12 | 3 | c13 | 5 | c0 | 1 | 64 | Context ID Register (EL12) |
| CONTEXTIDR_EL2 | 3 | c13 | 4 | c0 | 1 | 64 | Context ID Register (EL2) |
| CPACR_EL12 | 3 | c1 | 5 | c0 | 2 | 64 | Architectural Feature Access Control Register |
| CPTR_EL3 | 3 | c1 | 6 | c1 | 2 | 64 | Architectural Feature Trap Register (EL3) |
| ESR_EL12 | 3 | c5 | 5 | c2 | 0 | 64 | Exception Syndrome Register (EL12) |
| FAR_EL1 | 3 | c6 | 0 | c0 | 0 | 64 | Fault Address Register (EL1) |
| FAR_EL12 | 3 | c6 | 5 | c0 | 0 | 64 | Fault Address Register (EL12) |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Name | Op0 | CRn | Op1 | CRm | Op2 | Width | Description |
|------|-----|-----|-----|-----|-----|-------|-------------|
| FAR_EL2 | 3 | c6 | 4 | c0 | 0 | 64 | Fault Address Register (EL2) |
| FAR_EL3 | 3 | c6 | 6 | c0 | 0 | 64 | Fault Address Register (EL3) |
| HPFAR_EL2 | 3 | c6 | 4 | c0 | 4 | 64 | Hypervisor IPA Fault Address Register |
| HSTR_EL2 | 3 | c1 | 4 | c1 | 3 | 64 | Hypervisor System Trap Register |
| ID_AA64AFR0_EL1 | 3 | c0 | 0 | c5 | 4 | 64 | AArch64 Auxiliary Feature Register 0 |
| ID_AA64AFR1_EL1 | 3 | c0 | 0 | c5 | 5 | 64 | AArch64 Auxiliary Feature Register 1 |
| ID_AA64DFR1_EL1 | 3 | c0 | 0 | c5 | 1 | 64 | AArch64 Debug Feature Register 1 |
| ID_AA64PFR1_EL1 | 3 | c0 | 0 | c4 | 1 | 64 | AArch64 Core Feature Register 1 |
| ISR_EL1 | 3 | c12 | 0 | c1 | 0 | 64 | Interrupt Status Register |
| LOREA_EL1 | 3 | c10 | 0 | c4 | 1 | 64 | LORegion End Address Register |
| LORSA_EL1 | 3 | c10 | 0 | c4 | 0 | 64 | LORegion Start Address Register |
| MAIR_EL1 | 3 | c10 | 0 | c2 | 0 | 64 | Memory Attribute Indirection Register (EL1) |
| MAIR_EL12 | 3 | c10 | 5 | c2 | 0 | 64 | Memory Attribute Indirection Register (EL12) |
| MAIR_EL2 | 3 | c10 | 4 | c2 | 0 | 64 | Memory Attribute Indirection Register (EL2) |
| MAIR_EL3 | 3 | c10 | 6 | c2 | 0 | 64 | Memory Attribute Indirection Register (EL3) |
| MDCR_EL2 | 3 | c1 | 4 | c1 | 1 | 64 | Monitor Debug Configuration Register |
| MVFR0_EL1 | 3 | c0 | 0 | c3 | 0 | 64 | AArch32 Media and VFP Feature Register 0 |
| MVFR1_EL1 | 3 | c0 | 0 | c3 | 1 | 64 | AArch32 Media and VFP Feature Register 1 |
| MVFR2_EL1 | 3 | c0 | 0 | c3 | 2 | 64 | AArch32 Media and VFP Feature Register 2 |
| RMR_EL3 | 3 | c12 | 6 | c0 | 2 | 64 | Reset Management Register |
| SCR_EL3 | 3 | c1 | 6 | c1 | 0 | 64 | Secure Configuration Register |
| TCR_EL12 | 3 | c2 | 5 | c0 | 2 | 64 | Translation Control Register (EL12) |
| TPIDR_EL0 | 3 | c13 | 3 | c0 | 2 | 64 | EL0 Read/Write Software Thread ID Register |
| TPIDR_EL1 | 3 | c13 | 0 | c0 | 4 | 64 | EL1 Software Thread ID Register |
| TPIDR_EL2 | 3 | c13 | 4 | c0 | 2 | 64 | EL2 Software Thread ID Register |
| TPIDR_EL3 | 3 | c13 | 6 | c0 | 2 | 64 | EL3 Software Thread ID Register |
| TPIDRRO_EL0 | 3 | c13 | 3 | c0 | 3 | 64 | EL0 Read-Only Software Thread ID Register |
| TTBR0_EL12 | 3 | c2 | 5 | c0 | 0 | 64 | Translation Table Base Register 0 (EL12) |
| TTBR1_EL12 | 3 | c2 | 5 | c0 | 1 | 64 | Translation Table Base Register 1 (EL12) |
| VBAR_EL1 | 3 | c12 | 0 | c0 | 0 | 64 | Vector Base Address Register (EL1) |
| VBAR_EL12 | 3 | c12 | 5 | c0 | 0 | 64 | Vector Base Address Register (EL12) |
| VBAR_EL2 | 3 | c12 | 4 | c0 | 0 | 64 | Vector Base Address Register (EL2) |
| VBAR_EL3 | 3 | c12 | 6 | c0 | 0 | 64 | Vector Base Address Register (EL3) |
| VMPIDR_EL2 | 3 | c0 | 4 | c0 | 5 | 64 | Virtualization Multiprocessor ID Register |
| VPIDR_EL2 | 3 | c0 | 4 | c0 | 0 | 64 | Virtualization Core ID Register |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 13.3  AArch64 IMPLEMENTATION DEFINED register summary

This section describes the AArch64 registers in the Neoverse™ N1 core that are **IMPLEMENTATION DEFINED**.

The following tables lists the AArch 64 **IMPLEMENTATION DEFINED** registers, sorted by opcode.

**Table 13-3: AArch64 IMPLEMENTATION DEFINED registers**

| Name | Copro | CRn | Op1 | CRm | Op2 | Width | Description |
|------|-------|-----|-----|-----|-----|-------|-------------|
| ATCR_EL1 | 3 | c15 | 0 | c7 | 0 | 64 | 13.18 ATCR_EL1, Auxiliary Translation Control Register, EL1 on page 1191 |
| ATCR_EL2 | 3 | c15 | 4 | c7 | 0 | 64 | 13.19 ATCR_EL2, Auxiliary Translation Control Register, EL2 on page 121 |
| ATCR_EL3 | 3 | c15 | 6 | c7 | 0 | 64 | 13.21 ATCR_EL3, Auxiliary Translation Control Register, EL3 on page 125 |
| ATCR_EL12 | 3 | c15 | 5 | c7 | 0 | 64 | 13.20 ATCR_EL12, Alias to Auxiliary Translation Control Register EL1 on page 124 |
| AVTCR_EL2 | 3 | c15 | 4 | c7 | 1 | 64 | 13.22 AVTCR_EL2, Auxiliary Virtualized Translation Control Register, EL2 on page 126 |
| CPUACTLR_EL1 | 3 | c15 | 0 | c1 | 0 | 64 | 13.28 CPUACTLR_EL1, CPU Auxiliary Control Register, EL1 on page 135 |
| CPUACTLR2_EL1 | 3 | c15 | 0 | c1 | 1 | 64 | 13.29 CPUACTLR2_EL1, CPU Auxiliary Control Register 2, EL1 on page 136 |
| CPUACTLR3_EL1 | 3 | c15 | 0 | c1 | 2 | 64 | 13.30 CPUACTLR3_EL1, CPU Auxiliary Control Register 3, EL1 on page 138 |
| CPUCFR_EL1 | 3 | c15 | 0 | c0 | 0 | 64 | 13.31 CPUCFR_EL1, CPU Configuration Register, EL1 on page 139 |
| CPUECTLR_EL1 | 3 | c15 | 0 | c1 | 4 | 64 | 13.32 CPUECTLR_EL1, CPU Extended Control Register, EL1 on page 141 |
| CPUPCR_EL3 | 3 | 15 | 6 | c8 | 1 | 64 | 13.33 CPUPCR_EL3, CPU Private Control Register, EL3 on page 151 |
| CPUPMR_EL3 | 3 | c15 | 6 | c8 | 3 | 64 | 13.34 CPUPMR_EL3, CPU Private Mask Register, EL3 on page 152 |
| CPUPOR_EL3 | 3 | c15 | 6 | c8 | 2 | 64 | 13.35 CPUPOR_EL3, CPU Private Operation Register, EL3 on page 153 |
| CPUPSELR_EL3 | 3 | c15 | 6 | c8 | 0 | 64 | 13.36 CPUPSELR_EL3, CPU Private Selection Register, EL3 on page 155 |
| CPUPWRCTLR_EL1 | 3 | c15 | 0 | c2 | 7 | 64 | 13.37 CPUPWRCTLR_EL1, Power Control Register, EL1 on page 156 |
| ERXPFGCDN_EL1 | 3 | c15 | 0 | c2 | 2 | 64 | 13.49 ERXPFGCDN_EL1, Selected Error Pseudo Fault Generation Count Down Register, EL1 on page 168 |
| ERXPFGCTL_EL1 | 3 | c15 | 0 | c2 | 1 | 64 | 13.50 ERXPFGCTL_EL1, Selected Error Pseudo Fault Generation Control Register, EL1 on page 169 |
| ERXPFGF_EL1 | 3 | c15 | 0 | c2 | 0 | 64 | 13.51 ERXPFGF_EL1, Selected Pseudo Fault Generation Feature Register, EL1 on page 171 |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 13.4  AArch64 registers by functional group

This section identifies the AArch64 registers by their functional groups and applies to the registers in the core that are **IMPLEMENTATION DEFINED** or have micro-architectural bit fields. Reset values are provided for these registers.

### Identification registers

| Name | Type | Reset | Description |
|------|------|-------|-------------|
| AIDR_EL1 | RO | 0x00000000 | 13.14 AIDR_EL1, Auxiliary ID Register, EL1 on page 116 |
| CCSIDR__EL1 | RO | - | 13.23 CCSIDR_EL1, Cache Size ID Register, EL1 on page 128 |
| CLIDR_EL1 | RO | • 0xC3000123 if L3 cache present.<br>• 0x82000023 if no L3 cache. | 13.24 CLIDR_EL1, Cache Level ID Register, EL1 on page 130 |
| CSSELR_EL1 | RW | UNK | 13.38 CSSELR_EL1, Cache Size Selection Register, EL1 on page 159 |
| CTR_EL0 | RO | 0x8444C004 | 13.39 CTR_EL0, Cache Type Register, EL0 on page 160 |
| DCZID_EL0 | RO | 0x00000004 | 13.40 DCZID_EL0, Data Cache Zero ID Register, EL0 on page 162 |
| ERRIDR_EL1 | RO | • 0x00000002 if DSU SCU present.<br>• 0x00000001 if no DSU SCU cache. | 13.42 ERRIDR_EL1, Error ID Register, EL1 on page 165 |
| ID_AA64AFR0_EL1 | RO | 0x00000000 | 13.58 ID_AA64AFR0_EL1, AArch64 Auxiliary Feature Register 0 on page 180 |
| ID_AA64AFR1_EL1 | RO | 0x00000000 | 13.59 ID_AA64AFR1_EL1, AArch64 Auxiliary Feature Register 1 on page 180 |
| ID_AA64DFR0_EL1 | RO | 0x0000000110305408 | 13.60 ID_AA64DFR0_EL1, AArch64 Debug Feature Register 0, EL1 on page 180 |
| ID_AA64DFR1_EL1 | RO | 0x00000000 | 13.61 ID_AA64DFR1_EL1, AArch64 Debug Feature Register 1, EL1 on page 182 |
| ID_AA64ISAR0_EL1 | RO | • 0x0000100010211120 if the Cryptographic Extension is implemented.<br>• 0x0000100010210000 if the Cryptographic Extension is not implemented. | 13.62 ID_AA64ISAR0_EL1, AArch64 Instruction Set Attribute Register 0, EL1 on page 182 |
| ID_AA64ISAR1_EL1 | RO | 0x0000000000100001 | 13.63 ID_AA64ISAR1_EL1, AArch64 Instruction Set Attribute Register 1, EL1 on page 184 |
| ID_AA64MMFR0_EL1 | RO | 0x0000000000101125 | 13.64 ID_AA64MMFR0_EL1, AArch64 Memory Model Feature Register 0, EL1 on page 185 |
| ID_AA64MMFR1_EL1 | RO | 0x0000000010212122 | 13.65 ID_AA64MMFR1_EL1, AArch64 Memory Model Feature Register 1, EL1 on page 187 |
| ID_AA64MMFR2_EL1 | RO | 0x0100000000001011 | 13.66 ID_AA64MMFR2_EL1, AArch64 Memory Model Feature Register 2, EL1 on page 189 |
| ID_AA64PFR0_EL1 | RO | • 0x1100000010111112 if the GICv4 interface is disabled.<br>• 0x1100000013111112 if the GICv4 interface is enabled. | 13.67 ID_AA64PFR0_EL1, AArch64 Processor Feature Register 0, EL1 on page 190 |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Name | Type | Reset | Description |
|---|---|---|---|
| ID_AA64PFR1_EL1 | RO | 0x0000000000000020 | 13.68 ID_AA64PFR1_EL1, AArch64 Processor Feature Register 1, EL1 on page 192 |
| ID_AFR0_EL1 | RO | 0x00000000 | 13.69 ID_AFR0_EL1, AArch32 Auxiliary Feature Register 0, EL1 on page 193 |
| ID_DFR0_EL1 | RO | 0x04010088 | 13.70 ID_DFR0_EL1, AArch32 Debug Feature Register 0, EL1 on page 194 |
| ID_ISAR0_EL1 | RO | 0x02101110 | 13.71 ID_ISAR0_EL1, AArch32 Instruction Set Attribute Register 0, EL1 on page 196 |
| ID_ISAR1_EL1 | RO | 0x13112111 | 13.72 ID_ISAR1_EL1, AArch32 Instruction Set Attribute Register 1, EL1 on page 198 |
| ID_ISAR2_EL1 | RO | 0x21232042 | 13.73 ID_ISAR2_EL1, AArch32 Instruction Set Attribute Register 2, EL1 on page 200 |
| ID_ISAR3_EL1 | RO | 0x01112131 | 13.74 ID_ISAR3_EL1, AArch32 Instruction Set Attribute Register 3, EL1 on page 202 |
| ID_ISAR4_EL1 | RO | 0x00010142 | 13.75 ID_ISAR4_EL1, AArch32 Instruction Set Attribute Register 4, EL1 on page 204 |
| ID_ISAR5_EL1 | RO | 0x01011121<br><br>ID_ISAR5 has the value 0x01010001 if the Cryptographic Extension is not implemented and enabled. | 13.76 ID_ISAR5_EL1, AArch32 Instruction Set Attribute Register 5, EL1 on page 207 |
| ID_ISAR6_EL1 | RO | 0x00000010 | 13.77 ID_ISAR6_EL1, AArch32 Instruction Set Attribute Register 6, EL1 on page 209 |
| ID_MMFR0_EL1 | RO | 0x10201105 | 13.78 ID_MMFR0_EL1, AArch32 Memory Model Feature Register 0, EL1 on page 210 |
| ID_MMFR1_EL1 | RO | 0x40000000 | 13.79 ID_MMFR1_EL1, AArch32 Memory Model Feature Register 1, EL1 on page 212 |
| ID_MMFR2_EL1 | RO | 0x01260000 | 13.80 ID_MMFR2_EL1, AArch32 Memory Model Feature Register 2, EL1 on page 214 |
| ID_MMFR3_EL1 | RO | 0x02122211 | 13.81 ID_MMFR3_EL1, AArch32 Memory Model Feature Register 3, EL1 on page 216 |
| ID_MMFR4_EL1 | RO | 0x00021110 | 13.82 ID_MMFR4_EL1, AArch32 Memory Model Feature Register 4, EL1 on page 218 |
| ID_PFR0_EL1 | RO | 0x10010131 | 13.83 ID_PFR0_EL1, AArch32 Processor Feature Register 0, EL1 on page 220 |
| ID_PFR1_EL1 | RO | 0x10010000<br><br>Bits [31:28] are 0x1 if the GIC CPU interface is implemented and enabled, and 0x0 otherwise. | 13.84 ID_PFR1_EL1, AArch32 Processor Feature Register 1, EL1 on page 222 |
| ID_PFR2_EL1 | RO | 0x00000011 | 13.85 ID_PFR2_EL1, AArch32 Processor Feature Register 2, EL1 on page 224 |
| LORID_EL1 | RO | 0x0000000000040004 | 13.87 LORID_EL1, LORegion ID Register, EL1 on page 225 |
| MIDR_EL1 | RO | 0x414FD0C1 | 13.90 MIDR_EL1, Main ID Register, EL1 on page 230 |
| MPIDR_EL1 | RO | The reset value depends on CLUSTERIDAFF2[7:0] and CLUSTERIDAFF3[7:0]. See register description for details. | 13.91 MPIDR_EL1, Multiprocessor Affinity Register, EL1 on page 231 |
| REVIDR_EL1 | RO | 0x00000000 | 13.93 REVIDR_EL1, Revision ID Register, EL1 on page 234 |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Name | Type | Reset | Description |
|------|------|-------|-------------|
| VMPIDR_EL2 | RW | The reset value is the value of MPIDR_EL1. | Virtualization Multiprocessor ID Register EL2 |
| VPIDR_EL2 | RW | The reset value is the value of MIDR_EL1. | Virtualization Core ID Register EL2 |

### Other system control registers

| Name | Type | Description |
|------|------|-------------|
| ACTLR_EL1 | RW | 13.5 ACTLR_EL1, Auxiliary Control Register, EL1 on page 105 |
| ACTLR_EL2 | RW | 13.6 ACTLR_EL2, Auxiliary Control Register, EL2 on page 105 |
| ACTLR_EL3 | RW | 13.7 ACTLR_EL3, Auxiliary Control Register, EL3 on page 108 |
| CPACR_EL1 | RW | 13.25 CPACR_EL1, Architectural Feature Access Control Register, EL1 on page 132 |
| SCTLR_EL1 | RW | 13.96 SCTLR_EL1, System Control Register, EL1 on page 236 |
| SCTLR_EL2 | RW | 13.97 SCTLR_EL2, System Control Register, EL2 on page 238 |
| SCTLR_EL3 | RW | 13.98 SCTLR_EL3, System Control Register, EL3 on page 239 |
| SCTLR_EL12 | RW | 13.96 SCTLR_EL1, System Control Register, EL1 on page 236 |

### Reliability, Availability, Serviceability (RAS) registers

| Name | Type | Description |
|------|------|-------------|
| DISR_EL1 | RW | 13.41 DISR_EL1, Deferred Interrupt Status Register, EL1 on page 163 |
| ERRIDR_EL1 | RW | 13.42 ERRIDR_EL1, Error ID Register, EL1 on page 165 |
| ERRSELR_EL1 | RW | 13.43 ERRSELR_EL1, Error Record Select Register, EL1 on page 166 |
| ERXADDR_EL1 | RW | 13.44 ERXADDR_EL1, Selected Error Record Address Register, EL1 on page 167 |
| ERXCTLR_EL1 | RW | 13.45 ERXCTLR_EL1, Selected Error Record Control Register, EL1 on page 167 |
| ERXFR_EL1 | RO | 13.46 ERXFR_EL1, Selected Error Record Feature Register, EL1 on page 167 |
| ERXMISC0_EL1 | RW | 13.47 ERXMISC0_EL1, Selected Error Record Miscellaneous Register 0, EL1 on page 167 |
| ERXMISC1_EL1 | RW | 13.48 ERXMISC1_EL1, Selected Error Record Miscellaneous Register 1, EL1 on page 168 |
| ERXSTATUS_EL1 | RW | 13.52 ERXSTATUS_EL1, Selected Error Record Primary Status Register, EL1 on page 172 |
| ERXPFGCDN_EL1 | RW | 13.49 ERXPFGCDN_EL1, Selected Error Pseudo Fault Generation Count Down Register, EL1 on page 168 |
| ERXPFGCTL_EL1 | RW | 13.50 ERXPFGCTL_EL1, Selected Error Pseudo Fault Generation Control Register, EL1 on page 169 |
| ERXPFGF_EL1 | RO | 13.51 ERXPFGF_EL1, Selected Pseudo Fault Generation Feature Register, EL1 on page 171 |
| HCR_EL2 | RW | 13.57 HCR_EL2, Hypervisor Configuration Register, EL2 on page 177 |
| VDISR_EL2 | RW | 13.107 VDISR_EL2, Virtual Deferred Interrupt Status Register, EL2 on page 249 |
| VSESR_EL2 | RW | 13.108 VSESR_EL2, Virtual SError Exception Syndrome Register on page 250 |

### Virtual Memory control registers

| Name | Type | Description |
|------|------|-------------|
| AMAIR_EL1 | RW | 13.15 AMAIR_EL1, Auxiliary Memory Attribute Indirection Register, EL1 on page 116 |
| AMAIR_EL2 | RW | 13.16 AMAIR_EL2, Auxiliary Memory Attribute Indirection Register, EL2 on page 117 |
| AMAIR_EL3 | RW | 13.17 AMAIR_EL3, Auxiliary Memory Attribute Indirection Register, EL3 on page 118 |
| ATCR_EL1 | RW | 13.18 ATCR_EL1, Auxiliary Translation Control Register, EL1 on page 119 |
| ATCR_EL2 | RW | 13.19 ATCR_EL2, Auxiliary Translation Control Register, EL2 on page 121 |
| ATCR_EL12 | RW | 13.20 ATCR_EL12, Alias to Auxiliary Translation Control Register EL1 on page 124 |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Name | Type | Description |
|------|------|-------------|
| ATCR_EL3 | RW | 13.21 ATCR_EL3, Auxiliary Translation Control Register, EL3 on page 125 |
| AVTCR_EL2 | RW | 13.22 AVTCR_EL2, Auxiliary Virtualized Translation Control Register, EL2 on page 126 |
| LORC_EL1 | RW | 13.86 LORC_EL1, LORegion Control Register, EL1 on page 225 |
| LOREA_EL1 | RW | LORegion End Address Register EL1 |
| LORID_EL1 | RO | 13.87 LORID_EL1, LORegion ID Register, EL1 on page 225 |
| LORN_EL1 | RW | 13.88 LORN_EL1, LORegion Number Register, EL1 on page 226 |
| LORSA_EL1 | RW | LORegion Start Address Register EL1 |
| TCR_EL1 | RW | 13.99 TCR_EL1, Translation Control Register, EL1 on page 241 |
| TCR_EL2 | RW | 13.100 TCR_EL2, Translation Control Register, EL2 on page 242 |
| TCR_EL3 | RW | 13.101 TCR_EL3, Translation Control Register, EL3 on page 243 |
| TTBR0_EL1 | RW | 13.102 TTBR0_EL1, Translation Table Base Register 0, EL1 on page 244 |
| TTBR0_EL2 | RW | 13.103 TTBR0_EL2, Translation Table Base Register 0, EL2 on page 246 |
| TTBR0_EL3 | RW | 13.104 TTBR0_EL3, Translation Table Base Register 0, EL3 on page 247 |
| TTBR1_EL1 | RW | 13.105 TTBR1_EL1, Translation Table Base Register 1, EL1 on page 248 |
| TTBR1_EL2 | RW | 13.106 TTBR1_EL2, Translation Table Base Register 1, EL2 on page 249 |
| VTTBR_EL2 | RW | 13.110 VTTBR_EL2, Virtualization Translation Table Base Register, EL2 on page 252 |

### Virtualization registers

| Name | Type | Description |
|------|------|-------------|
| ACTLR_EL2 | RW | 13.6 ACTLR_EL2, Auxiliary Control Register, EL2 on page 105 |
| AFSR0_EL2 | RW | 13.9 AFSR0_EL2, Auxiliary Fault Status Register 0, EL2 on page 111 |
| AFSR1_EL2 | RW | 13.12 AFSR1_EL2, Auxiliary Fault Status Register 1, EL2 on page 114 |
| AMAIR_EL2 | RW | 13.16 AMAIR_EL2, Auxiliary Memory Attribute Indirection Register, EL2 on page 117 |
| CPTR_EL2 | RW | 13.26 CPTR_EL2, Architectural Feature Trap Register, EL2 on page 133 |
| ESR_EL2 | RW | 13.54 ESR_EL2, Exception Syndrome Register, EL2 on page 174 |
| HACR_EL2 | RW | 13.56 HACR_EL2, Hyp Auxiliary Configuration Register, EL2 on page 176 |
| HCR_EL2 | RW | 13.57 HCR_EL2, Hypervisor Configuration Register, EL2 on page 177 |
| HPFAR_EL2 | RW | Hypervisor IPA Fault Address Register EL2 |
| TCR_EL2 | RW | 13.100 TCR_EL2, Translation Control Register, EL2 on page 242 |
| VMPIDR_EL2 | RW | Virtualization Multiprocessor ID Register EL2 |
| VPIDR_EL2 | RW | Virtualization Core ID Register EL2 |
| VSESR_EL2 | RW | 13.108 VSESR_EL2, Virtual SError Exception Syndrome Register on page 250 |
| VTCR_EL2 | RW | 13.109 VTCR_EL2, Virtualization Translation Control Register, EL2 on page 251 |
| VTTBR_EL2 | RW | 13.110 VTTBR_EL2, Virtualization Translation Table Base Register, EL2 on page 252 |

### Exception and fault handling registers

| Name | Type | Description |
|------|------|-------------|
| AFSR0_EL1 | RW | 13.8 AFSR0_EL1, Auxiliary Fault Status Register 0, EL1 on page 111 |
| AFSR0_EL2 | RW | 13.9 AFSR0_EL2, Auxiliary Fault Status Register 0, EL2 on page 111 |
| AFSR0_EL3 | RW | 13.10 AFSR0_EL3, Auxiliary Fault Status Register 0, EL3 on page 112 |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Name | Type | Description |
|------|------|-------------|
| AFSR1_EL1 | RW | 13.11 AFSR1_EL1, Auxiliary Fault Status Register 1, EL1 on page 113 |
| AFSR1_EL2 | RW | 13.12 AFSR1_EL2, Auxiliary Fault Status Register 1, EL2 on page 114 |
| AFSR1_EL3 | RW | 13.13 AFSR1_EL3, Auxiliary Fault Status Register 1, EL3 on page 115 |
| DISR_EL1 | RW | 13.41 DISR_EL1, Deferred Interrupt Status Register, EL1 on page 163 |
| ESR_EL1 | RW | 13.53 ESR_EL1, Exception Syndrome Register, EL1 on page 172 |
| ESR_EL2 | RW | 13.54 ESR_EL2, Exception Syndrome Register, EL2 on page 174 |
| ESR_EL3 | RW | 13.55 ESR_EL3, Exception Syndrome Register, EL3 on page 175 |
| HPFAR_EL2 | RW | Hypervisor IPA Fault Address Register EL2 |
| VDISR_EL2 | RW | 13.107 VDISR_EL2, Virtual Deferred Interrupt Status Register, EL2 on page 249 |
| VSESR_EL2 | RW | 13.108 VSESR_EL2, Virtual SError Exception Syndrome Register on page 250 |

### IMPLEMENTATION DEFINED registers

| Name | Type | Description |
|------|------|-------------|
| ATCR_EL1 | RW | 13.18 ATCR_EL1, Auxiliary Translation Control Register, EL1 on page 119 |
| ATCR_EL2 | RW | 13.19 ATCR_EL2, Auxiliary Translation Control Register, EL2 on page 121 |
| ATCR_EL3 | RW | 13.21 ATCR_EL3, Auxiliary Translation Control Register, EL3 on page 125 |
| ATCR_EL12 | RW | 13.20 ATCR_EL12, Alias to Auxiliary Translation Control Register EL1 on page 124 |
| AVTCR_EL2 | RW | 13.22 AVTCR_EL2, Auxiliary Virtualized Translation Control Register, EL2 on page 126 |
| CPUACTLR_EL1 | RW | 13.28 CPUACTLR_EL1, CPU Auxiliary Control Register, EL1 on page 135 |
| CPUACTLR2_EL1 | RW | 13.29 CPUACTLR2_EL1, CPU Auxiliary Control Register 2, EL1 on page 136 |
| CPUACTLR3_EL1 | RW | 13.30 CPUACTLR3_EL1, CPU Auxiliary Control Register 3, EL1 on page 138 |
| CPUCFR_EL1 | RO | 13.31 CPUCFR_EL1, CPU Configuration Register, EL1 on page 139 |
| CPUECTLR_EL1 | RW | 13.32 CPUECTLR_EL1, CPU Extended Control Register, EL1 on page 141 |
| CPUPWRCTLR_EL1 | RW | 13.37 CPUPWRCTLR_EL1, Power Control Register, EL1 on page 156 |
| ERXPFGCDN_EL1 | RW | 13.49 ERXPFGCDN_EL1, Selected Error Pseudo Fault Generation Count Down Register, EL1 on page 168 |
| ERXPFGCTL_EL1 | RW | 13.50 ERXPFGCTL_EL1, Selected Error Pseudo Fault Generation Control Register, EL1 on page 169 |
| ERXPFGF_EL1 | RW | 13.51 ERXPFGF_EL1, Selected Pseudo Fault Generation Feature Register, EL1 on page 171 |

### Security

| Name | Type | Description |
|------|------|-------------|
| ACTLR_EL3 | RW | 13.7 ACTLR_EL3, Auxiliary Control Register, EL3 on page 108 |
| AFSR0_EL3 | RW | 13.10 AFSR0_EL3, Auxiliary Fault Status Register 0, EL3 on page 112 |
| AFSR1_EL3 | RW | 13.13 AFSR1_EL3, Auxiliary Fault Status Register 1, EL3 on page 115 |
| AMAIR_EL3 | RW | 13.17 AMAIR_EL3, Auxiliary Memory Attribute Indirection Register, EL3 on page 118 |
| CPTR_EL3 | RW | 13.27 CPTR_EL3, Architectural Feature Trap Register, EL3 on page 133 |
| MDCR_EL3 | RW | 13.89 MDCR_EL3, Monitor Debug Configuration Register, EL3 on page 227 |

### Reset management registers

| Name | Type | Description |
|------|------|-------------|
| RMR_EL3 | RW | 13.94 RMR_EL3, Reset Management Register on page 234 |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Name | Type | Description |
|------|------|-------------|
| RVBAR_EL3 | RW | 13.95 RVBAR_EL3, Reset Vector Base Address Register, EL3 on page 235 |

### Address registers

| Name | Type | Description |
|------|------|-------------|
| PAR_EL1 | RW | 13.92 PAR_EL1, Physical Address Register, EL1 on page 233 |

# 13.5  ACTLR_EL1, Auxiliary Control Register, EL1

ACTLR_EL1 provides **IMPLEMENTATION DEFINED** configuration and control options for execution at EL1 and EL0. This register is not used in the N1 core.

## Bit field descriptions

ACTLR_EL1 is a 64-bit register, and is part of:

- The Other system control registers functional group.
- The **IMPLEMENTATION DEFINED** functional group.

**Figure 13-1: ACTLR_EL1 bit assignments**



RES0

**RES0, [63:0]**

RES0          Reserved.

## Configurations

There are no configuration notes.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 13.6  ACTLR_EL2, Auxiliary Control Register, EL2

The ACTLR_EL2 provides **IMPLEMENTATION DEFINED** configuration and control options for EL2.

## Bit field descriptions

ACTLR_EL2 is a 64-bit register, and is part of:

- The Virtualization registers functional group.

- The Other system control registers functional group.

- The **IMPLEMENTATION DEFINED** functional group.

This register resets to value `0x0000000000000000`.

**Figure 13-2: ACTLR_EL2 bit assignments**



**RES0, [63:13]**

> **RES0**          Reserved.

**CLUSTERPMUEN, [12]**

> Performance Management Registers enable. The possible values are:

> **0**          CLUSTERPM* registers are not write-accessible from a lower
> Exception level. This is the reset value.

> **1**          CLUSTERPM* registers are write-accessible from EL1 Non-secure if
> they are write-accessible from EL2.

**SMEN, [11]**

> Scheme Management Registers enable. The possible values are:

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| 0 | Registers CLUSTERACPSID, CLUSTERSTASHSID, CLUSTERPARTCR, CLUSTERBUSQOS, and CLUSTERTHREADSIDOVR are not write-accessible from EL1 Non-secure. This is the reset value. |
| 1 | Registers CLUSTERACPSID, CLUSTERSTASHSID, CLUSTERPARTCR, CLUSTERBUSQOS, and CLUSTERTHREADSIDOVR are write-accessible from EL1 Non-secure if they are write-accessible from EL2. |

**RES0, [9:8]**

| RES0 | Reserved. |

**PWREN, [7]**

Power Control Registers enable. The possible values are:

| 0 | Registers CPUPWRCTLR, CLUSTERPWRCTLR, CLUSTERPWRDN, CLUSTERPWRSTAT, CLUSTERL3HIT and CLUSTERL3MISS are not write-accessible from EL1 Non-secure. This is the reset value. |
| 1 | Registers CPUPWRCTLR, CLUSTERPWRCTLR, CLUSTERPWRDN, CLUSTERPWRSTAT, CLUSTERL3HIT and CLUSTERL3MISS are write-accessible from EL1 Non-secure if they are write-accessible from EL2. |

**RES0, [6]**

| RES0 | Reserved. |

**ERXPFGEN, [5]**

Error Record Registers enable. The possible values are:

| 0 | ERXPFG* are not write-accessible from EL1 Non-secure. This is the reset value. |
| 1 | ERXPFG* are write-accessible from EL1 Non-secure if they are write-accessible from EL2. |

**AMEN, [4]**

Activity Monitor enable. The possible values are:

| 0 | Non-secure accesses from EL1 and EL0 to activity monitor registers are trapped to EL2. This is the reset value. |
| 1 | Non-secure accesses from EL1 and EL0 to activity monitor registers are not trapped to EL2. |

**RES0, [3:2]**

| RES0 | Reserved. |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**ECTLREN, [1]**

Extended Control Registers enable. The possible values are:

| | |
|---|---|
| 0 | CPUECTLR and CLUSTERECTLR are not write-accessible from EL1 Non-secure. This is the reset value. |
| 1 | CPUECTLR and CLUSTERECTLR are write-accessible from EL1 Non-secure if they are write-accessible from EL2. |

**ACTLREN, [0]**

Auxiliary Control Registers enable. The possible values are:

| | |
|---|---|
| 0 | CPUACTLR, CPUACTLR2, and CLUSTERACTLR are not write-accessible from EL1 Non-secure. This is the reset value. |
| 1 | CPUACTLR, CPUACTLR2, and CLUSTERACTLR are write-accessible from EL1 Non-secure if they are write-accessible from EL2. |

**Configurations**

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

# 13.7  ACTLR_EL3, Auxiliary Control Register, EL3

The ACTLR_EL3 provides **IMPLEMENTATION DEFINED** configuration and control options for EL3.

## Bit field descriptions

ACTLR_EL3 is a 64-bit register, and is part of:

- The Other system control registers functional group.

- The Security registers functional group.

- The **IMPLEMENTATION DEFINED** functional group.

This register resets to value `0x0000000000000000`.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Figure 13-3: ACTLR_EL3 bit assignments



**RES0, [63:13]**

> RES0              Reserved.

### CLUSTERPMUEN, [12]

Performance Management Registers enable. The possible values are:

> 0                CLUSTERPM* registers are not write-accessible from a lower
>                  Exception level. This is the reset value.
> 1                CLUSTERPM* registers are write-accessible from EL2 and EL1
>                  Secure.

### SMEN, [11]

Scheme Management Registers enable. The possible values are:

> 0                Registers CLUSTERACPSID, CLUSTERSTASHSID, CLUSTERPARTCR,
>                  CLUSTERBUSQOS, and CLUSTERTHREADSIDOVR are not write-
>                  accessible from EL2 and EL1 Secure. This is the reset value.
> 1                Registers CLUSTERACPSID, CLUSTERSTASHSID, CLUSTERPARTCR,
>                  CLUSTERBUSQOS, and CLUSTERTHREADSIDOVR are write-
>                  accessible from EL2 and EL1 Secure.

### TSIDEN, [10]

Thread Scheme ID Register enable. The possible values are:

> 0                Register CLUSTERTHREADSID is not write-accessible from EL2 and
>                  EL1 Secure. This is the reset value.
> 1                Register CLUSTERTHREADSID is write-accessible from EL2 and EL1
>                  Secure.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**RES0, [9:8]**

      **RES0**      Reserved.

**PWREN, [7]**

Power Control Registers enable. The possible values are:

      **0**      Registers CPUPWRCTLR, CLUSTERPWRCTLR, CLUSTERPWRDN, CLUSTERPWRSTAT, CLUSTERL3HIT and CLUSTERL3MISS are not write-accessible from EL2 and EL1 Secure. This is the reset value.

      **1**      Registers CPUPWRCTLR, CLUSTERPWRCTLR, CLUSTERPWRDN, CLUSTERPWRSTAT, CLUSTERL3HIT and CLUSTERL3MISS are write-accessible from EL2 and EL1 Secure.

**RES0, [6]**

      **RES0**      Reserved.

**ERXPFGEN, [5]**

Error Record Registers enable. The possible values are:

      **0**      ERXPFG* are not write-accessible from EL2 and EL1 Secure. This is the reset value.

      **1**      ERXPFG* are write-accessible from EL2 and EL1 Secure.

**AMEN, [4]**

Activity Monitor enable. The possible values are:

      **0**      Accesses from EL2, EL1, and EL0 to activity monitor registers are trapped to EL3. This is the reset value.

      **1**      Accesses from EL2, EL1, and EL0 to activity monitor registers are not trapped to EL3.

**RES0, [3:2]**

      **RES0**      Reserved.

**ECTLREN, [1]**

Extended Control Registers enable. The possible values are:

      **0**      CPUECTLR and CLUSTERECTLR are not write-accessible from EL2 and EL1 Secure. This is the reset value.

      **1**      CPUECTLR and CLUSTERECTLR are write-accessible from EL2 and EL1 Secure.

**ACTLREN, [0]**

Auxiliary Control Registers enable. The possible values are:

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| 0 | CPUACTLR, CPUACTLR2, and CLUSTERACTLR are not write-accessible from EL2 and EL1 Secure. This is the reset value. |
|---|---|
| 1 | CPUACTLR, CPUACTLR2, and CLUSTERACTLR are write-accessible from EL2 and EL1 Secure. |

**Configurations**

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

# 13.8  AFSR0_EL1, Auxiliary Fault Status Register 0, EL1

AFSR0_EL1 provides additional **IMPLEMENTATION DEFINED** fault status information for exceptions that are taken to EL1. In the Neoverse™ N1 core, no additional information is provided for these exceptions. Therefore this register is not used.

### Bit field descriptions

AFSR0_EL1 is a 64-bit register, and is part of:

- The Exception and fault handling registers functional group.

- The **IMPLEMENTATION DEFINED** functional group.

**Figure 13-4: AFSR0_EL1 bit assignments**



**Reserved, [63:32]**

Reserved.

**RES0, [31:0]**

RES0        Reserved.

**Configurations**

There are no configuration notes.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## 13.9  AFSR0_EL2, Auxiliary Fault Status Register 0, EL2

AFSR0_EL2 provides extra **IMPLEMENTATION DEFINED** fault status information for exceptions that are taken to EL2. In the N1 core, no additional information is provided for these exceptions. Therefore this register is not used.

### Bit field descriptions

AFSR0_EL2 is a 64-bit register, and is part of:

- The Virtualization registers functional group.

- The Exception and fault handling registers functional group.

- The **IMPLEMENTATION DEFINED** functional group.

**Figure 13-5: AFSR0_EL2 bit assignments**



**Reserved, [63:32]**

Reserved.

**RES0, [31:0]**

**RES0**        Reserved.

### Configurations

There are no configuration notes.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

## 13.10  AFSR0_EL3, Auxiliary Fault Status Register 0, EL3

AFSR0_EL3 provides additional **IMPLEMENTATION DEFINED** fault status information for exceptions that are taken to EL3. In the Neoverse™ N1 core, no additional information is provided for these exceptions. Therefore this register is not used.

### Bit field descriptions

AFSR0_EL3 is a 64-bit register, and is part of:

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

- The Exception and fault handling registers functional group.
- The Security registers functional group.
- The **IMPLEMENTATION DEFINED** functional group.

**Figure 13-6: AFSR0_EL3 bit assignments**



**Reserved, [63:32]**

> Reserved.

**RES0, [31:0]**

> **RES0**          Reserved.

**Configurations**

> There are no configuration notes.
>
> Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

# 13.11  AFSR1_EL1, Auxiliary Fault Status Register 1, EL1

AFSR1_EL1 provides additional **IMPLEMENTATION DEFINED** fault status information for exceptions that are taken to EL1. This register is not used in Neoverse™ N1.

## Bit field descriptions

AFSR1_EL1 is a 64-bit register, and is part of:

- The Exception and fault handling registers functional group.
- The **IMPLEMENTATION DEFINED** functional group.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure 13-7: AFSR1_EL1 bit assignments**



Reserved, [63:32]

> Reserved.

RES0, [31:0]

> RES0          Reserved.

**Configurations**

> There are no configuration notes.

> Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

# 13.12  AFSR1_EL2, Auxiliary Fault Status Register 1, EL2

AFSR1_EL2 provides additional **IMPLEMENTATION DEFINED** fault status information for exceptions that are taken to EL2. This register is not used in the Neoverse™ N1 core.

## Bit field descriptions

AFSR1_EL2 is a 64-bit register, and is part of:

- The Virtualization registers functional group.
- The Exception and fault handling registers functional group.
- The **IMPLEMENTATION DEFINED** functional group.

**Figure 13-8: AFSR1_EL2 bit assignments**



Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Reserved, [63:32]**

> Reserved.

**RES0, [31:0]**

> RES0          Reserved.

**Configurations**

> There are no configuration notes.

> Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

## 13.13  AFSR1_EL3, Auxiliary Fault Status Register 1, EL3

AFSR1_EL3 provides additional **IMPLEMENTATION DEFINED** fault status information for exceptions that are taken to EL3. This register is not used in the Neoverse™ N1 core.

### Bit field descriptions

AFSR1_EL3 is a 64-bit register, and is part of:

- The Exception and fault handling registers functional group.
- The Security registers functional group.
- The **IMPLEMENTATION DEFINED** functional group.

**Figure 13-9: AFSR1_EL3 bit assignments**



RES0

**Reserved, [63:32]**

> Reserved.

**RES0, [31:0]**

> RES0          Reserved.

**Configurations**

> There are no configuration notes.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

# 13.14  AIDR_EL1, Auxiliary ID Register, EL1

AIDR_EL1 provides **IMPLEMENTATION DEFINED** identification information. This register is not used in the Neoverse™ N1 core.

## Bit field descriptions

AIDR_EL1 is a 64-bit register, and is part of:

- The Identification registers functional group.
- The **IMPLEMENTATION DEFINED** functional group.

This register is read-only.

**Figure 13-10: >AIDR_EL1 bit assignments**



**Reserved, [63:32]**

Reserved.

**RES0, [31:0]**

**RES0**        Reserved.

## Configurations

There are no configuration notes.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 13.15  AMAIR_EL1, Auxiliary Memory Attribute Indirection Register, EL1

AMAIR_EL1 provides **IMPLEMENTATION DEFINED** memory attributes for the memory regions that are specified by MAIR_EL1. This register is not used in the Neoverse™ N1 core.

### Bit field descriptions

AMAIR_EL1 is a 64-bit register, and is part of:

* The Virtual memory control registers functional group.
* The **IMPLEMENTATION DEFINED** functional group.

**Figure 13-11: AMAIR_EL1 bit assignments**



RES0

**RES0, [63:0]**

> **RES0**          Reserved.

### Configurations

> There are no configuration notes.

> Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

# 13.16  AMAIR_EL2, Auxiliary Memory Attribute Indirection Register, EL2

AMAIR_EL2 provides **IMPLEMENTATION DEFINED** memory attributes for the memory regions that are specified by MAIR_EL2. This register is not used in the Neoverse™ N1 core.

### Bit field descriptions

AMAIR_EL2 is a 64-bit register, and is part of:

* The Virtualization registers functional group.
* The Virtual memory control registers functional group.
* The **IMPLEMENTATION DEFINED** functional group.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure 13-12: AMAIR_EL1 bit assignments**



RES0

**RES0, [63:0]**

> RES0          Reserved.

**Configurations**

> There are no configuration notes.

> Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

# 13.17  AMAIR_EL3, Auxiliary Memory Attribute Indirection Register, EL3

AMAIR_EL3 provides **IMPLEMENTATION DEFINED** memory attributes for the memory regions that are specified by MAIR_EL3. This register is not used in the Neoverse™ N1 core.

## Bit field descriptions

AMAIR_EL3 is a 64-bit register, and is part of:

- The Virtual memory control registers functional group.
- The Security registers functional group.
- The **IMPLEMENTATION DEFINED** functional group.

**Figure 13-13: AMAIR_EL3 bit assignments**



RES0

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**RES0, [63:0]**

>       RES0          Reserved.

**Configurations**

> There are no configuration notes.

> Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

# 13.18  ATCR_EL1, Auxiliary Translation Control Register, EL1

The ATCR_EL1 determines the values of *Page-Based Hardware Attributes* (PBHA) on translation table walks memory access in EL1 translation regime.

This register has no effects unless PBHA is configured by the core.

**Bit field descriptions**

ATCR_EL1 is a 64-bit register.

**Figure 13-14: ATCR_EL1 bit assignments**



**RES0, [63:14]**

>       RES0.

**HWVAL160, [13]**

> Indicates the value of PBHA[1] on translation table walks memory access targeting the base address defined by TTBR1_EL1 if HWEN160 is set.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**HWVAL159, [12]**

Indicates the value of PBHA[0] on translation table walks memory access targeting the base address defined by TTBR1_EL1 if HWEN159 is set.

**RES0, [11:10]**

RES0.

**HWVAL060, [9]**

Indicates the value of PBHA[1] translation table walks memory access targeting the base address defined by TTBR0_EL1 if HWEN060 is set.

**HWVAL059, [8]**

Indicates the value of PBHA[1] translation table walks memory access targeting the base address defined by TTBR0_EL1 if HWEN059 is set.

**RES0, [7:6]**

RES0.

**HWEN160, [5]**

Enables PBHA[1] translation table walks memory access targeting the base address defined by TTBR1_EL1. If this bit is clear, PBHA[1] on translation table walks is 0.

**HWEN159, [4]**

Enables PBHA[0] translation table walks memory access targeting the base address defined by TTBR1_EL1. If this bit is clear, PBHA[0] on translation table walks is 0.

**RES0, [3:2]**

RES0.

**HWEN060, [1]**

Enables PBHA[1] translation table walks memory access targeting the base address defined by TTBR0_EL1. If this bit is clear, PBHA[1] on translation table walks is 0.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Arm® Neoverse™ N1 Core  Technical Reference Manual

Document ID: 100616_0401_02_en
Issue: 02
AArch64 System registers

**HWEN059, [0]**

Enables PBHA[0] translation table walks memory access targeting the base address defined by TTBR0_EL1. If this bit is clear, PBHA[0] on translation table walks is 0.

**Configurations**

AArch64 register ATCR_EL1 is mapped to AArch32 register ATTBCR (NS).
At EL2 with HCR_EL2.E2H set, accesses to ATCR_EL1 are remapped to access ATCR_EL2.

## Usage constraints

**Accessing the ATCR_EL1**

To access the ATCR_EL1:

```
MRS Xt , S< 3   0   c15   c7  0> ; Read ATCR_EL1 into Xt
MSR S < 3   0   c15   c7  0 > , Xt   ; Write Xt to ATCR_EL1
```

This syntax is encoded with the following settings in the instruction encoding:

| Op0 | Op1 | CRn | CRm | Op2 |
|-----|-----|-----|-----|-----|
| 3 | 0 | c15 | c7 | 0 |

**Accessibility**

ATCR_EL1 is accessible as follows:

| | Control | | | Accessibility | | | |
|---|---|---|---|---|---|---|---|
| | E2H | TGE | NS | EL0 | EL1 | EL2 | EL3 |
| ATCR_EL1 | x | x | 0 | - | RW | n/a | RW |
| ATCR_EL1 | 0 | 0 | 1 | - | RW | RW | RW |
| ATCR_EL1 | 0 | 1 | 1 | - | n/a | RW | RW |
| ATCR_EL1 | 1 | 0 | 1 | - | RW | ATCR_EL2 | RW |
| ATCR_EL1 | 1 | 1 | 1 | - | n/a | ATCR_EL2 | RW |



> **Note**
> ATCR_EL1 is also accessible using ATCR_EL12 when HCR.EL2.E2H is set. See 13.20 ATCR_EL12, Alias to Auxiliary Translation Control Register EL1 on page 124.

**Traps and enables**

Rules of traps and enables for this register are the same as TCR_EL1. See the *Arm® Architecture Reference Manual for A-profile architecture*.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 13.19  ATCR_EL2, Auxiliary Translation Control Register, EL2

The ATCR_EL2 determines the values of *Page-Based Hardware Attributes* (PBHA) on translation table walks memory access in EL2 translation regime.

This register is only used when PBHA is configured by the core.

**Bit field descriptions**

ATCR_EL2 is a 64-bit register.

**Figure 13-15: ATCR_EL2 bit assignments**



**RES0, [63:14]**

    RES0.

**HWVAL160, [13]**

    Indicates the value of PBHA[1] on translation table walks memory access targeting the base address defined by TTBR1_EL2 if HWEN160 is set.

**HWVAL159, [12]**

    Indicates the value of PBHA[0] on translation table walks memory access targeting the base address defined by TTBR1_EL2 if HWEN159 is set.

**RES0, [11:10]**

    RES0.

**HWVAL060, [9]**

    Indicates the value of PBHA[1] translation table walks memory access targeting the base address defined by TTBR0_EL2 if HWEN060 is set.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**HWVAL059, [8]**

    Indicates the value of PBHA[1] translation table walks memory access targeting the base address defined by TTBR0_EL2 if HWEN059 is set.

**RES0, [7:6]**

    RES0.

**HWEN160, [5]**

    Enables PBHA[1] translation table walks memory access targeting the base address defined by TTBR1_EL2. If this bit is clear, PBHA[1] on translation table walks is 0.

**HWEN159, [4]**

    Enables PBHA[0] translation table walks memory access targeting the base address defined by TTBR1_EL2. If this bit is clear, PBHA[0] on translation table walks is 0.

**RES0, [3:2]**

    RES0.

**HWEN060, [1]**

    Enables PBHA[1] translation table walks memory access targeting the base address defined by TTBR0_EL2. If this bit is clear, PBHA[1] on translation table walks is 0.

**HWEN059, [0]**

    Enables PBHA[0] translation table walks memory access targeting the base address defined by TTBR0_EL2. If this bit is clear, PBHA[0] on translation table walks is 0.

### Configurations

    AArch64 ATCR_EL2 register is architecturally mapped to AArch32 register AHTCR.

### Usage constraints

### Accessing the ATCR_EL2

    To access the ATCR_EL2:

```
MRS Xt, S< 3   4  c15   c7  0> ; Read ATCR_EL2 into Xt
MSR S < 3   4 c15   c7 0 > , Xt   ; Write Xt to ATCR_EL2
```

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

This syntax is encoded with the following settings in the instruction encoding:

| Op0 | Op1 | CRn | CRm | Op2 |
|-----|-----|-----|-----|-----|
| 3 | 4 | c15 | c7 | 0 |

**Accessibility**

ATCR_EL2 is accessible as follows:

| EL0 (NS) | EL1 (NS) | EL1 (S) | EL2 | EL3 (SCR.NS=1) | EL3 (SCR.NS=0) |
|----------|----------|---------|-----|----------------|----------------|
| - | - | - | RW | RW | RW |

# 13.20  ATCR_EL12, Alias to Auxiliary Translation Control Register EL1

The ATCR_EL12 alias allows access to ATCR_EL1 at EL2 or EL3 when HCR_EL2.E2H is set to 1.

This register is only used when *Page-Based Hardware Attributes* (PBHA) is configured by the core.

**Usage constraints**

**Accessing the ATCR_EL12**

To access the ATCR_EL1 using the ATCR_EL12 alias:

```
MRS Xt , S< 3   5  c15   c7  0> ; Read ATCR_EL12/ATCR_EL1 into Xt
MSR S < 3   5  c15   c7  0 > , Xt   ; Write Xt to ATCR_EL12/ATCR_EL1
```

This syntax is encoded with the following settings in the instruction encoding:

| Op0 | Op1 | CRn | CRm | Op2 |
|-----|-----|-----|-----|-----|
| 3 | 5 | 15 | 7 | 0 |

**Accessibility**

ATCR_EL12 is accessible as follows:

| | Control | | | Accessibility | | | |
|-----------|-----|-----|-----|-----|------|----------|----------|
| | E2H | TGE | NS | EL0 | EL1 | EL2 | EL3 |
| ATCR_EL12 | x | x | 0 | - | - | n/a | - |
| ATCR_EL12 | 0 | 0 | 1 | - | - | - | - |
| ATCR_EL12 | 0 | 1 | 1 | - | n/a | - | - |
| ATCR_EL12 | 1 | 0 | 1 | - | - | ATCR_EL1 | ATCR_EL1 |
| ATCR_EL12 | 1 | 1 | 1 | - | n/a | ATCR_EL1 | ATCR_EL1 |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Traps and enables**

All traps that are associated with the ATCR_EL1 register that apply at EL2 or EL3 also apply to the ATCR_EL12 alias.

This alias is only accessible when HCR_EL2.E2H == 1.

When HCR_EL2.E2H == 0, access to this alias is *UNDEFINED*.

# 13.21  ATCR_EL3, Auxiliary Translation Control Register, EL3

The ATCR_EL3 determines the values of *Page-Based Hardware Attributes* (PBHA) on translation table walks memory access in EL3 translation regime.

This register is only used when PBHA is configured by the core.

### Bit field descriptions

ATCR_EL3 is a 64-bit register.

**Figure 13-16: ATCR_EL3 bit assignments**



**RES0, [63:10]**

RES0.

**HWVAL60, [9]**

Indicates the value of PBHA[1] translation table walks memory access if HWEN60 is set.

**HWVAL59, [8]**

Indicates the value of PBHA[1] translation table walks memory access if HWEN59 is set.

**RES0, [7:2]**

RES0.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**HWEN60, [1]**

Enables PBHA[1] translation table walks memory access. If this bit is clear, PBHA[1] on translation table walks is 0.

**HWEN59, [0]**

Enables PBHA[0] translation table walks memory access. If this bit is clear, PBHA[0] on translation table walks is 0.

**Configurations**

AArch64 register ATCR_EL3 is architecturally mapped to AArch32 register ATCR (S).

**Usage constraints**

**Accessing the ATCR_EL3**

To access the ATCR_EL3:

```
MRS Xt , < 3  6 c15  c7 0>  ; Read ATCR_EL3 into Xt
MSR S < 3   6 c15   c7 0 > , Xt   ; Write Xt to ATCR_EL3
```

This syntax is encoded with the following settings in the instruction encoding:

| Op0 | Op1 | CRn | CRm | Op2 |
|-----|-----|-----|-----|-----|
| 3 | 6 | c15 | c7 | 0 |

**Accessibility**

ATCR_EL3 is accessible as follows:

| EL0 | EL1 (NS) | EL1 (S) | EL2 | EL3 (SCR.NS=1) | EL3 (SCR.NS=0) |
|-----|----------|---------|-----|----------------|----------------|
| - | - | - | - | RW | RW |

# 13.22  AVTCR_EL2, Auxiliary Virtualized Translation Control Register, EL2

The AVTCR_EL2 determines the values of *Page-Based Hardware Attributes* (PBHA) on stage 2 translation table walks memory access in EL1 Non-secure translation regime if stage 2 is enable.

This register is only used when PBHA is configured by the core.

**Bit field descriptions**

AVTCR_EL2 is a 64-bit register.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure 13-17: AVTCR_EL2 bit assignments**



**RES0, [63:10]**

> RES0.

**HWVAL60, [9]**

> Indicates the value of PBHA[1] translation table walks memory
> access if HWEN60 is set.

**HWVAL59, [8]**

> Indicates the value of PBHA[1] translation table walks memory
> access if HWEN59 is set.

**RES0, [7:2]**

> RES0.

**HWEN60, [1]**

> Enables PBHA[1] translation table walks memory access. If this bit is
> clear, PBHA[1] on translation table walks is 0.

**HWEN59, [0]**

> Enables PBHA[0] translation table walks memory access. If this bit is
> clear, PBHA[0] on translation table walks is 0.

**Configurations**

> AArch64 register AVTCR_EL2 is architecturally mapped to AArch32 register AVTCR.

## Usage constraints

### Accessing the AVTCR_EL2

> To access the AVTCR_EL2:

```
MRS  Xt , S< 3  4  c15  c7  1> ; Read AVTCR_EL2 into Xt
MSR S < 3   4  c15   c7  1 > , Xt   ; Write Xt to AVTCR_EL2
```

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

This syntax is encoded with the following settings in the instruction encoding:

| Op0 | Op1 | CRn | CRm | Op2 |
|-----|-----|-----|-----|-----|
| 3 | 4 | c15 | c7 | 1 |

**Accessibility**

AVTCR_EL2 is accessible as follows:

| EL0 | EL1 (NS) | EL1 (S) | EL2 | EL3 (SCR.NS=1) | EL3 (SCR.NS=0) |
|-----|----------|---------|-----|----------------|----------------|
| - | - | - | RW | RW | RW |

# 13.23  CCSIDR_EL1, Cache Size ID Register, EL1

The CCSIDR_EL1 provides information about the architecture of the currently selected cache.

**Bit field descriptions**

CCSIDR_EL1 is a 64-bit register, and is part of the Identification registers functional group.

This register is read-only.

**Figure 13-18: CCSIDR_EL1 bit assignments**



**Reserved, [63:32]**

Reserved.

**WT, [31]**

Indicates whether the selected cache level supports Write-Through:

0    Cache Write-Through is not supported at any level.

For more information about encoding, see CCSIDR_EL1 encodings on page 130.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**WB, [30]**

Indicates whether the selected cache level supports Write-Back. Permitted values are:

| | |
|---|---|
| **0** | Write-Back is not supported. |
| **1** | Write-Back is supported. |

For more information about encoding, see CCSIDR_EL1 encodings on page 130.

**RA, [29]**

Indicates whether the selected cache level supports read-allocation. Permitted values are:

| | |
|---|---|
| **0** | Read-allocation is not supported. |
| **1** | Read-allocation is supported. |

For more information about encoding, see CCSIDR_EL1 encodings on page 130.

**WA, [28]**

Indicates whether the selected cache level supports write-allocation. Permitted values are:

| | |
|---|---|
| **0** | Write-allocation is not supported. |
| **1** | Write-allocation is supported. |

For more information about encoding, see CCSIDR_EL1 encodings on page 130.

**NumSets, [27:13]**

(Number of sets in cache) - 1. Therefore, a value of 0 indicates one set in the cache. The number of sets does not have to be a power of 2.

For more information about encoding, see CCSIDR_EL1 encodings on page 130.

**Associativity, [12:3]**

(Associativity of cache) - 1. Therefore, a value of 0 indicates an associativity of 1. The associativity does not have to be a power of 2.

For more information about encoding, see CCSIDR_EL1 encodings on page 130.

**LineSize, [2:0]**

($Log_2$(Number of bytes in cache line)) - 4. For example:

For a line length of 16 bytes: $Log_2(16)$ = 4, LineSize entry = 0. This is the minimum line length.

For a line length of 32 bytes: $Log_2(32)$ = 5, LineSize entry = 1.

For more information about encoding, see CCSIDR_EL1 encodings on page 130.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Configurations**

There are no configuration notes.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

**CCSIDR_EL1 encodings**

The following table shows the individual bit field and complete register encodings for the CCSIDR_EL1.

**Table 13-24: CCSIDR encodings**

| CSSELR | | Cache | Size | Complete register encoding | Register bit field encoding | | | | | | |
|--------|-----|-------|------|----------------------------|-----|-----|-----|-----|---------|---------------|----------|
| Level | InD | | | | WT | WB | RA | WA | NumSets | Associativity | LineSize |
| 0b000 | 0b0 | L1 Data cache | 64KB | 701FE01A | 0 | 1 | 1 | 1 | 0x00FF | 0x003 | 2 |
| 0b000 | 0b1 | L1 Instruction cache | 64KB | 201FE01A | 0 | 0 | 1 | 0 | 0x00FF | 0x003 | 2 |
| 0b001 | 0b0 | L2 cache | 256KB | 703FE03A | 0 | 1 | 1 | 1 | 0x01FF | 0x007 | 2 |
| | | | 512KB | 707FE03A | 0 | 1 | 1 | 1 | 0x03FF | 0x007 | 2 |
| | | | 1024KB | 70FFE03A | 0 | 1 | 1 | 1 | 0x07FF | 0x007 | 2 |
| 0b001 | 0b1 | Reserved | - | - | - | - | - | - | - | - | - |
| 0b010 | 0b0 | Reserved | - | - | - | - | - | - | - | - | - |
| 0b010 | 0b1 | Reserved | - | - | - | - | - | - | - | - | - |
| 0b0101 - 0b1111 | | Reserved | - | - | - | - | - | - | - | - | - |

# 13.24  CLIDR_EL1, Cache Level ID Register, EL1

The CLIDR_EL1 identifies the type of cache, or caches, which are implemented at each level, up to a maximum of seven levels.

It also identifies the *Level of Coherency* (LoC) and *Level of Unification* (LoU) for the cache hierarchy.

**Bit field descriptions**

CLIDR_EL1 is a 64-bit register, and is part of the Identification registers functional group.

This register is read-only.

**Figure 13-19: CLIDR_EL1 bit assignments**



RES0

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**RES0, [63:33]**

> `RES0`          Reserved.

**ICB, [32:30]**

> Inner cache boundary. This field indicates the boundary between the inner and the outer domain:

> > `0b010`          L2 cache is the highest inner level.
> > `0b011`          L3 cache is the highest inner level.

**LoUU, [29:27]**

> Indicates the Level of Unification Uniprocessor for the cache hierarchy:

> > `0b000`          No levels of cache need to be cleaned or invalidated when cleaning or invalidating to the Point of Unification. This is the value if no caches are configured.

**LoC, [26:24]**

> Indicates the Level of Coherency for the cache hierarchy:

> > `0b010`          L3 cache is not implemented.
> > `0b011`          L3 cache is implemented.

**LoUIS, [23:21]**

> Indicates the *Level of Unification Inner Shareable* (LoUIS) for the cache hierarchy.

> > `0b000`          No cache level needs cleaning to Point of Unification.

**RES0, [20:9]**

> No cache at levels L7 down to L4.

> > `RES0`          Reserved.

**Ctype3, [8:6]**

> Indicates the type of cache if the core implements L3 cache. If present, unified instruction and data caches at level 3:

> > `0b100`          Both per-core L2 and cluster L3 caches are present.
> > `0b000`          All other options.

> If Ctype2 has a value of `0b000`, then the value of Ctype3 must be **IGNORED**.

**Ctype2, [5:3]**

> Indicates the type of unified instruction and data caches at level 2:

> > `0b100`          Either per-core L2 or cluster L2 cache is present.
> > `0b000`          All other options.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Ctype1, [2:0]**

> Indicates the type of cache which is implemented at L1:
>
> > **0b011**          Separate instruction and data caches at L1.

**Configurations**

> There are no configuration notes.
>
> Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

# 13.25  CPACR_EL1, Architectural Feature Access Control Register, EL1

The CPACR_EL1 controls access to trace functionality and access to registers associated with Advanced SIMD and floating-point execution.

## Bit field descriptions

CPACR_EL1 is a 64-bit register, and is part of the Other system control registers functional group.

**Figure 13-20: CPACR_EL1 bit assignments**



**Reserved, [63:32]**

> Reserved.

**RES0, [31:29]**

> **RES0**          Reserved.

**TTA, [28]**

> Traps EL0 and EL1 System register accesses to all implemented trace registers to EL1, from both Execution states. This bit is **RES0**. The core does not provide System register access to ETM control.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Configurations**

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

# 13.26  CPTR_EL2, Architectural Feature Trap Register, EL2

The CPTR_EL2 controls trapping to EL2 for accesses to CPACR, trace functionality and registers associated with Advanced SIMD and floating-point execution. It also controls EL2 access to this functionality.

## Bit field descriptions

CPTR_EL2 is a 64-bit register, and is part of the Virtualization registers functional group.

**Figure 13-21: CPTR_EL2 bit assignments**



**Reserved, [63:32]**

Reserved.

**TTA, [20]**

Trap Trace Access.

This bit is not implemented. **RES0**.

**Configurations**

RW fields in this register reset to **UNKNOWN** values.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 13.27  CPTR_EL3, Architectural Feature Trap Register, EL3

The CPTR_EL3 controls trapping to EL3 of access to CPACR_EL1, CPTR_EL2, trace functionality and registers associated with Advanced SIMD and floating-point execution.

It also controls EL3 access to trace functionality and registers associated with Advanced SIMD and floating-point execution.

### Bit field descriptions

CPTR_EL3 is a 64-bit register, and is part of the Security registers functional group.

**Figure 13-22: CPTR_EL3 bit assignments**



RES0

**Reserved, [63:32]**

Reserved.

**TTA, [20]**

Trap Trace Access.

Not implemented. **RES0**.

**TFP, [10]**

Traps all accesses to SVE, Advanced SIMD and floating-point functionality to EL3. This applies to all Exception levels, both Security states, and both Execution states. The possible values are:

0           Does not cause any instruction to be trapped. This is the reset value.
1           Any attempt at any Exception level to execute an instruction that uses the registers that are associated with SVE, Advanced SIMD and floating-point is trapped to EL3, subject to the exception prioritization rules.

### Configurations

There are no configuration notes.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 13.28  CPUACTLR_EL1, CPU Auxiliary Control Register, EL1

The CPUACTLR_EL1 provides **IMPLEMENTATION DEFINED** configuration and control options for the core.

## Bit field descriptions

CPUACTLR_EL1 is a 64-bit register, and is part of the **IMPLEMENTATION DEFINED** registers functional group.

**Figure 13-23: CPUACTLR_EL1 bit assignments**



**Reserved, [63:0]**

> Reserved for Arm® internal use.

**Configurations**

> CPUACTLR_EL1 is common to the Secure and Non-secure states.

## Usage constraints

### Accessing the CPUACTLR_EL1

> The CPU Auxiliary Control Register can be written only when the system is idle. Arm recommends that you write to this register after a Cold reset, before the MMU is enabled.
>
> Setting many of these bits can cause significantly lower performance on your code. Therefore, Arm strongly recommends that you do not modify this register unless directed by Arm.
>
> This register is accessible as follows:
>
> This register can be read with the MRS instruction using the following syntax:

```
MRS <Xt>,<systemreg>
```

> This register can be written with the MSR instruction using the following syntax:

```
MSR <systemreg>, <Xt>
```

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Arm® Neoverse™ N1 Core  Technical Reference Manual

Document ID: 100616_0401_02_en
Issue: 02
AArch64 System registers

This syntax is encoded with the following settings in the instruction encoding:

| <systemreg> | op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|---|
| S3_0_C15_C1_0 | 11 | 000 | 1111 | 0001 | 000 |

**Accessibility**

This register is accessible in software as follows:

| <systemreg> | Control | | | Accessibility | | | |
|---|---|---|---|---|---|---|---|
| | E2H | TGE | NS | EL0 | EL1 | EL2 | EL3 |
| S3_0_C15_C1_0 | x | x | 0 | - | RW | n/a | RW |
| S3_0_C15_C1_0 | x | 0 | 1 | - | RW | RW | RW |
| S3_0_C15_C1_0 | x | 1 | 1 | - | n/a | RW | RW |

This register is write-accessible in EL1 on either of these conditions:

- ACTLR_EL3.CPUACTLR_EN ==1 && ACTLR_EL2.CPUACTLR_EN==1.

- ACTLR_EL3.CPUACTLR_EN==1 && SCR.NS==0.

This register is write-accessible in EL2 if ACTLR_EL3.CPUACTLR_EN==1.

If Write-Access is not possible, then trap to the lowest Exception level that denied the access (EL2 or EL3).

'n/a' Not accessible. The core cannot be executing at this Exception level, so this access is not possible.

**Traps and enables**

For a description of the prioritization of any generated exceptions, see *Synchronous exception prioritization* in the *Arm® Architecture Reference Manual for A-profile architecture*.

# 13.29  CPUACTLR2_EL1, CPU Auxiliary Control Register 2, EL1

The CPUACTLR2_EL1 provides **IMPLEMENTATION DEFINED** configuration and control options for the core.

## Bit field descriptions

CPUACTLR2_EL1 is a 64-bit register, and is part of the **IMPLEMENTATION DEFINED** registers functional group.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure 13-24: CPUACTLR2_EL1 bit assignments**



**Reserved, [63:0]**

Reserved for Arm® internal use.

**Configurations**

CPUACTLR2_EL1 is common to the Secure and Non-secure states.

## Usage constraints

### Accessing the CPUACTLR2_EL1

The CPUACTLR2_EL1 can be written only when the system is idle. Arm recommends that you write to this register after a powerup reset, before the MMU is enabled.

Setting many of these bits can cause significantly lower performance on your code. Therefore, Arm strongly recommends that you do not modify this register unless directed by Arm.

This register can be read using MRS with the following syntax:

```
MRS <Xt>,<systemreg>
```

This register can be written using MSR with the following syntax:

```
MSR <systemreg>, <Xt>
```

This syntax is encoded with the following settings in the instruction encoding:

| <systemreg> | Op0 | Op1 | CRn | CRm | Op2 |
|---|---|---|---|---|---|
| S3_0_C15_C1_1 | 11 | 000 | 1111 | 0001 | 001 |

### Accessibility

This register is accessible in software as follows:

| <syntax> | Control | | | Accessibility | | | |
|---|---|---|---|---|---|---|---|
| | E2H | TGE | NS | EL0 | EL1 | EL2 | EL3 |
| S3_0_C15_C1_1 | x | x | 0 | - | RW | n/a | RW |
| S3_0_C15_C1_1 | x | 0 | 1 | - | RW | RW | RW |
| S3_0_C15_C1_1 | x | 1 | 1 | - | n/a | RW | RW |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

'n/a' Not accessible. The PE cannot be executing at this Exception level, so this access is not possible.

**Traps and enables**

> For a description of the prioritization of any generated exceptions, see *Exception priority order* in the *Arm® Architecture Reference Manual for A-profile architecture* for exceptions that are taken to AArch64 state, and see *Synchronous exception prioritization* for exceptions that are taken to AArch64 state.

Write-Access to this register from EL1 or EL2 depends on the value of bit[0] of ACTLR_EL2 and ACTLR_EL3.

# 13.30  CPUACTLR3_EL1, CPU Auxiliary Control Register 3, EL1

The CPUACTLR3_EL1 provides **IMPLEMENTATION DEFINED** configuration and control options for the core.

## Bit field descriptions

CPUACTLR3_EL1 is a 64-bit register, and is part of the **IMPLEMENTATION DEFINED** registers functional group.

**Figure 13-25: CPUACTLR3_EL1 bit assignments**



**Reserved, [63:0]**

> Reserved for Arm® internal use.

**Configurations**

> CPUACTLR3_EL1 is common to the Secure and Non-secure states.

## Usage constraints

**Accessing the CPUACTLR3_EL1**

> The CPUACTLR3_EL1 can be written only when the system is idle. Arm recommends that you write to this register after a powerup reset, before the MMU is enabled.
>
> Setting many of these bits can cause significantly lower performance on your code. Therefore, Arm strongly recommends that you do not modify this register unless directed by Arm.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

This register can be read using MRS with the following syntax:

```
MRS <Xt>,<systemreg>
```

This register can be written using MSR with the following syntax:

```
MSR <systemreg>, <Xt>
```

This syntax is encoded with the following settings in the instruction encoding:

| <systemreg> | Op0 | Op1 | CRn | CRm | Op2 |
|---|---|---|---|---|---|
| S3_0_C15_C1_2 | 11 | 000 | 1111 | 0001 | 010 |

**Accessibility**

This register is accessible in software as follows:

| <syntax> | Control | | | Accessibility | | | |
|---|---|---|---|---|---|---|---|
| | E2H | TGE | NS | EL0 | EL1 | EL2 | EL3 |
| S3_0_C15_C1_2 | x | x | 0 | - | RW | n/a | RW |
| S3_0_C15_C1_2 | x | 0 | 1 | - | RW | RW | RW |
| S3_0_C15_C1_2 | x | 1 | 1 | - | n/a | RW | RW |

'n/a' Not accessible. The PE cannot be executing at this Exception level, so this access is not possible.

**Traps and enables**

For a description of the prioritization of any generated exceptions, see *Exception priority order* in the *Arm® Architecture Reference Manual for A-profile architecture* for exceptions that are taken to AArch64 state, and see *Synchronous exception prioritization* for exceptions that are taken to AArch64 state.

Write-Access to this register from EL1 or EL2 depends on the value of bit[0] of ACTLR_EL2 and ACTLR_EL3.

# 13.31  CPUCFR_EL1, CPU Configuration Register, EL1

The CPUCFR_EL1 provides configuration information for the core.

## Bit field descriptions

CPUCFR_EL1 is a 64-bit register, and is part of the **IMPLEMENTATION DEFINED** registers functional group.

This register is read-only.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure 13-26: CPUCFR_EL1 bit assignments**



**Reserved, [63:32]**

> Reserved.

**RES0, [31:3]**

> Reserved, *RES0*.

**SCU, [2]**

Indicates whether the DSU SCU is present or not. The value is:

**0**

> The DSU SCU is present.

**1**

> The DSU SCU is not present. The DSU is configured without the SCU and L3, allowing Neoverse™ N1 with a minimally configured DSU for Direct connect with the CMN-600 interconnect.

**ECC, [1:0]**

Indicates whether ECC is present or not. The possible values are:

**00**

> ECC is not present.

**01**

> ECC is present.

**Configurations**

There are no configuration notes.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Usage constraints

**Accessing the CPUCFR_EL1**

> This register can be read with the MRS instruction using the following syntax:

```
MRS <Xt>,<systemreg>
```

> To access the CPUCFR_EL1:

```
MRS <Xt>, CPUCFR_EL1 ; Read CPUCFR_EL1 into Xt
```

This syntax is encoded with the following settings in the instruction encoding:

| <systemreg> | op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|---|
| S3_0_C15_C0_0 | 11 | 000 | 1111 | 0000 | 000 |

**Accessibility**

> This register is accessible in software as follows:

| <systemreg> | Control | | | Accessibility | | | |
|---|---|---|---|---|---|---|---|
| | E2H | TGE | NS | EL0 | EL1 | EL2 | EL3 |
| S3_0_C15_C0_0 | x | x | 0 | - | RO | n/a | RO |
| S3_0_C15_C0_0 | x | 0 | 1 | - | RO | RO | RO |
| S3_0_C15_C0_0 | x | 1 | 1 | - | n/a | RO | RO |

'n/a' Not accessible. The PE cannot be executing at this Exception level, so this access is not possible.

## 13.32  CPUECTLR_EL1, CPU Extended Control Register, EL1

The CPUECTLR_EL1 provides additional **IMPLEMENTATION DEFINED** configuration and control options for the core.

### Bit field descriptions

CPUECTLR_EL1 is a 64-bit register, and is part of the 64-bit registers functional group.

This register resets to value `0x0000000961563010`.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**RES0, [60:59]**

> RES0              Reserved.

**MXP_TP, [58:57]**

> Percentage of throttling in the Load-Store and Vector Execute units during the period when throttling has been triggered and is active. The possible values are:

> 00                Throttle by 60%. This is the reset value.
>
> 01                Throttle by 50%.
>
> 10                Throttle by 40%.
>
> 11                Throttle by 30%.

**MXP_ATHR, [56:55]**

> Peak activity threshold at which max-power throttling is triggered. The possible values are:

> 00                Max-power throttling that is triggered at 70% of peak activity. This is the reset value.
>
> 01                Max-power throttling that is triggered at 60% of peak activity.
>
> 10                Max-power throttling that is triggered at 50% of peak activity.
>
> 11                Max-power throttling that is triggered at 40% of peak activity.

**MM_VMID_THR, [54]**

> VMID filter threshold. The possible values are:

> 0                 Flush VMID filter after 16 unique VMID allocations to the MMU Translation Cache. This is the reset value.
>
> 1                 Flush VMID filter after 32 unique VMID allocations to the MMU Translation Cache.

**MM_ASP_EN, [53]**

> Disables allocation of splintered pages in L2 TLB. The possible values are:

> 0                 Enables allocation of splintered pages in the L2 TLB. This is the reset value.
>
> 1                 Disables allocation of splintered pages in the L2 TLB.

**MM_CH_DIS, [52]**

> Disables use of contiguous hint. The possible values are:

> 0                 Enables use of contiguous hint. This is the reset value.
>
> 1                 Disables use of contiguous hint.

**MM_TLBPF_DIS, [51]**

> Disables L2 TLB prefetcher. The possible values are:

> 0                 Enables L2 TLB prefetcher. This is the reset value.
>
> 1                 Disables L2 TLB prefetcher.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**HPA_MODE, [50:49]**

*Hardware Page Aggregation* (HPA) mode. The possible values are:

| | |
|---|---|
| **00** | Moderately conservative hardware page aggregation. This is the reset value. |
| **01** | Aggressive hardware page aggregation. |
| **10** | Moderately aggressive hardware page aggregation. |
| **11** | Conservative hardware page aggregation. |

**HPA_CAP, [48]**

Limited or full hardware page aggregation selection. The possible values are:

**0**

Limited hardware page aggregation. This is the reset value.

**1**

Full hardware page aggregation.

**HPA_L1_DIS, [47]**

Disables HPA in L1 TLBs (but continues to use HPA in L2 TLB). The possible values are:

| | |
|---|---|
| **0** | Enables hardware page aggregation in L1 TLBs. This is the reset value. |
| **1** | Disables hardware page aggregation in L1 TLBs. |

**HPA_DIS, [46]**

Disables hardware page aggregation. The possible values are:

| | |
|---|---|
| **0** | Enables hardware page aggregation. This is the reset value. |
| **1** | Disables hardware page aggregation. |

**RES0, [45:44]**

| | |
|---|---|
| **RES0** | Reserved. |

**L2_FLUSH, [43]**

Allocation behavior of copybacks that are caused by L2 cache hardware flush and DC CISW instructions targeting the L2 cache. If it is known that data is likely to be used soon by another core, setting this bit can improve system performance. The possible values are:

| | |
|---|---|
| **0** | L2 cache flushes and invalidates by set/way do not allocate in the L3 cache. Cache lines in the UniqueDirty state cause Write-Back transactions with the allocation hint cleared, while cache lines in UniqueClean or SharedClean states cause address-only Evict transactions. This is the reset value. |
| **1** | L2 cache flushes by set/way allocate in the L3 cache. Cache lines in the UniqueDirty or UniqueClean state cause WriteBackFull or WriteEvictFull transactions, respectively, both with the allocation hint |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

set. Cache lines in the SharedClean state cause address-only Evict transactions.

**RES0, [42]**

> RES0          Reserved.

**PFT_MM, [41:40]**

> DRAM prefetch using PrefetchTgt transactions for table walk requests. The possible values are:

> > 00          Disable prefetchtgt generation for requests from the Memory Management Unit (MMU). This is the reset value.
> > 01          Conservatively generate prefetchtgt for cacheable requests from the MMU, always generate for non-cacheable.
> > 10          Aggressively generate prefetchtgt for cacheable requests from the MMU, always generate for non-cacheable.
> > 11          Always generate prefetchtgt for cacheable requests from the MMU, always generate for non-cacheable.

**PFT_LS, [39:38]**

> DRAM prefetch using PrefetchTgt transactions for load and store requests. The possible values are:

> > 00          Disable prefetchtgt generation for requests from the Load-Store unit (LS). This is the reset value.
> > 01          Conservatively generate prefetchtgt for cacheable requests from the LS, always generate for non-cacheable.
> > 10          Aggressively generate prefetchtgt for cacheable requests from the LS, always generate for non-cacheable.
> > 11          Always generate prefetchtgt for cacheable requests from the LS, always generate for non-cacheable.

**PFT_IF, [37:36]**

> DRAM prefetch using PrefetchTgt transactions for instruction fetch requests. The possible values are:

> > 00          Disable prefetchtgt generation for requests from the Instruction Fetch unit (IF). This is the reset value.
> > 01          Conservatively generate prefetchtgt for cacheable requests from the IF, always generate for non-cacheable.
> > 10          Aggressively generate prefetchtgt for cacheable requests from the IF, always generate for non-cacheable.
> > 11          Always generate prefetchtgt for cacheable requests from the IF, always generate for non-cacheable.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**CA_UCLEAN_EVICT_EN, [35]**

Enables sending WriteEvict transactions on the CPU CHI interface for UniqueClean evictions. WriteEvict transactions update downstream caches. Enable WriteEvict transactions only if there is an extra level of cache below the CPU's level 2 cache. The possible values are:

0               Disables sending data with UniqueClean evictions.
1               Enables sending data with UniqueClean evictions. This is the reset value.

**CA_EVICT_DIS, [34]**

Disables sending of Evict transactions on the CPU CHI interface for clean cache lines that are evicted from the core. Evict transactions are required only if the system contains a snoop filter that requires notification when the core evicts the cache line. The possible values are:

0               Enables sending Evict transactions. This is the reset value.
1               Disables sending Evict transactions.

**RES0, [33]**

RES0          Reserved.

**ATOMIC_ACQ_NEAR, [32]**

An atomic instruction to WB memory with acquire semantics that does not hit in the cache in Exclusive state, can make up to one fill request. The possible values are:

0               Acquire-atomic is near if cache line is already Exclusive, otherwise make far atomic request.
1               Acquire-atomic will make up to 1 fill request to perform near. This is the reset value.

**ATOMIC_ST_NEAR, [31]**

A store atomic instruction to WB memory that does not hit in the cache in Exclusive state, can make up to one fill request. The possible values are:

0               Store-atomic is near if cache line is already Exclusive, otherwise make far atomic request. This is the reset value.
1               Store-atomic will make up to 1 fill request to perform near.

**ATOMIC_REL_NEAR, [30]**

An atomic instruction to WB memory with release semantics that does not hit in the cache in Exclusive state, can make up to one fill request. The possible values are:

0               Release-atomic is near if cache line is already Exclusive, otherwise make far atomic request.
1               Release-atomic will make up to 1 fill request to perform near. This is the reset value.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### ATOMIC_LD_NEAR, [29]

A load atomic (including SWP and CAS) instruction to WB memory that does not hit in the cache in Exclusive state, can make up to one fill request. The possible values are:

| | |
|---|---|
| `0` | Load-atomic is near if cache line is already Exclusive, otherwise make far atomic request. |
| `1` | Load-atomic will make up to 1 fill request to perform near. This is the reset value. |

### TLD_PRED_DIS, [28]

Disables Transient Load Prediction. The possible values are:

| | |
|---|---|
| `0` | Enables transient load prediction. This is the reset value. |
| `1` | Disables transient load prediction. |

### RES0, [27]

| | |
|---|---|
| `RES0` | Reserved. |

### DTLB_CABT_EN, [26]

Enables TLB Conflict Data Abort Exception. The possible values are:

| | |
|---|---|
| `0` | Disables TLB conflict data abort exception. This is the reset value. |
| `1` | Enables TLB conflict data abort exception. |

### WS_THR_L2, [25:24]

Threshold for direct stream to L2 cache on store. The possible values are:

| | |
|---|---|
| `00` | 256B. |
| `01` | 4KB. This is the reset value. |
| `10` | 8KB. |
| `11` | Disables direct stream to L2 cache on store. |

### WS_THR_L3, [23:22]

Threshold for direct stream to L3 cache on store. The possible values are:

| | |
|---|---|
| `00` | 768B. |
| `01` | 16KB. This is the reset value. |
| `10` | 32KB. |
| `11` | Disables direct stream to L3 cache on store. |

### WS_THR_L4, [21:20]

Threshold for direct stream to L4 cache on store. The possible values are:

| | |
|---|---|
| `00` | 16KB. |
| `01` | 64KB. This is the reset value. |
| `10` | 128KB. |
| `11` | Disables direct stream to L4 cache on store. |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Arm® Neoverse™ N1 Core  Technical Reference Manual

Document ID: 100616_0401_02_en
Issue: 02
AArch64 System registers

**WS_THR_DRAM, [19:18]**

Threshold for direct stream to DRAM on store. The possible values are:

| | |
|---|---|
| `00` | 64KB. |
| `01` | 1MB, for memory designated as outer-allocate. This is the reset value. |
| `10` | 1MB, allocating irrespective of outer-allocation designation. |
| `11` | Disables direct stream to DRAM on store. |

**WS_THR_DCZVA, [17]**

Have DCZVA use a lower WS_THR_L2 configuration. The possible values are:

| | |
|---|---|
| `0` | DCZVA behaves like normal store wrt WS_THR_L2. |
| `1` | DCZVA will use one lower stream threshold from WS_THR_L2. This is the reset value. |

**RES0, [16]**

| | |
|---|---|
| `RES0` | Reserved. |

**PF_DIS, [15]**

Disables data-side hardware prefetching. The possible values are:

| | |
|---|---|
| `0` | Enables hardware prefetching. This is the reset value. |
| `1` | Disables hardware prefetching. |

**RES0, [14]**

| | |
|---|---|
| `RES0` | Reserved. |

**PF_SS_L2_DIST, [13:12]**

Single cache line stride prefetching L2 distance. The possible values are:

| | |
|---|---|
| `00` | 22 |
| `01` | 28 |
| `10` | 34 |
| `11` | 40. This is the reset value. |

**RES0, [11:10]**

| | |
|---|---|
| `RES0` | Reserved. |

**RES0, [9]**

| | |
|---|---|
| `RES0` | Reserved. |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**PF_STI_DIS, [8]**

> Disables store prefetches at issue (not overridden by CPUECTLR_EL1[15]). The possible values are:

| | |
|---|---|
| 0 | Enables store prefetching. This is the reset value. |
| 1 | Disables store prefetching. |

**PF_STS_DIS, [7]**

> Disables store-stride prefetches. The possible values are:

| | |
|---|---|
| 0 | Enables store prefetching. This is the reset value. |
| 1 | Disables store prefetching. |

**RES0, [6]**

| | |
|---|---|
| RES0 | Reserved. |

**RPF_DIS, [5]**

> Disables region prefetcher. The possible values are:

| | |
|---|---|
| 0 | Enables region prefetching. This is the reset value. |
| 1 | Disables region prefetching. |

**RPF_LO_CONF, [4]**

> Region prefetcher training behavior. The possible values are:

| | |
|---|---|
| 0 | Limited training for region prefetcher on single accesses. |
| 1 | Always train the region prefetcher on single accesses, which results in fewer prefetch requests. This is the reset value. |

**RPF_PHIT_EN, [3]**

> Enable region prefetcher propagation on hit. The possible values are:

| | |
|---|---|
| 0 | Disables region prefetcher propagation on hit. This is the reset value. |
| 1 | Enables region prefetcher propagation on hit. |

**RES0, [2:1]**

| | |
|---|---|
| RES0 | Reserved. |

**EXTLLC, [0]**

> Internal or external Last-level cache (LLC) in the system. The possible values are:

| | |
|---|---|
| 0 | Indicates that an internal Last-level cache is present in the system, and that the DataSource field on the master CHI interface indicates when data is returned from the LLC. This is used to control how the LL_CACHE* PMU events count. This is the reset value. |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**1** Indicates that an external Last-level cache is present in the system, and that the DataSource field on the master CHI interface indicates when data is returned from the LLC. This is used to control how the LL_CACHE* PMU events count.

### Configurations

This register has no configuration options.

## Usage constraints

### Accessing the CPUECTLR_EL1

The CPU Extended Control Register can be written only when the system is idle. Arm recommends that you write to this register after a powerup reset, before the MMU is enabled.

This register can be read using MRS with the following syntax:

```
MRS <Xt>,<systemreg>
```

This register can be written using MSR with the following syntax:

```
MSR <systemreg>, <Xt>
```

This syntax is encoded with the following settings in the instruction encoding:

| <systemreg> | op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|---|
| CPUECTLR_EL1 | 11 | 000 | 1111 | 0001 | 100 |

### Accessibility

This register is accessible in software as follows:

| <systemreg> | Control | | | Accessibility | | | |
|---|---|---|---|---|---|---|---|
| | E2H | TGE | NS | EL0 | EL1 | EL2 | EL3 |
| CPUECTLR_EL1 | x | x | 0 | - | RW | n/a | RW |
| CPUECTLR_EL1 | x | 0 | 1 | - | RW | RW | RW |
| CPUECTLR_EL1 | x | 1 | 1 | - | n/a | RW | RW |

'n/a' Not accessible. The PE cannot be executing at this Exception level, so this access is not possible.

### Traps and enables

For a description of the prioritization of any generated exceptions, see *Synchronous exception prioritization* in the *Arm® Architecture Reference Manual for A-profile architecture* for exceptions taken to AArch64 state.

Access to this register depends on bit[1] of ACTLR_EL2 and ACTLR_EL3.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 13.33 CPUPCR_EL3, CPU Private Control Register, EL3

The CPUPCR_EL3 provides **IMPLEMENTATION DEFINED** configuration and control options for the core.

## Bit field descriptions

CPUPCR_EL3 is a 64-bit register, and is part of the **IMPLEMENTATION DEFINED** registers functional group.

**Figure 13-28: CPUPCR_EL3 bit assignments**

**Reserved, [63:0]**

Reserved for Arm® internal use.

**Configurations**

CPUPCR_EL3 is only accessible in Secure state.

## Usage constraints

**Accessing the CPUPCR_EL3**

The CPUPCR_EL3 can be written only when the system is idle. Arm recommends that you write to this register after a powerup reset, before the MMU is enabled.

Writing to this register might cause **UNPREDICTABLE** behaviors. Therefore, Arm strongly recommends that you do not modify this register unless directed by Arm.

This register is accessible as follows:

This register can be read with the MRS instruction using the following syntax:

```
MRS <Xt>,<systemreg>
```

This register can be written with the MSR instruction using the following syntax:

```
MSR <systemreg>, <Xt>
```

This syntax is encoded with the following settings in the instruction encoding:

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| <systemreg> | op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|---|
| S3_6_C15_8_1 | 11 | 110 | 1111 | 1000 | 001 |

**Accessibility**

This register is accessible in software as follows:

| <systemreg> | Control | | | Accessibility | | | |
|---|---|---|---|---|---|---|---|
| | E2H | TGE | NS | EL0 | EL1 | EL2 | EL3 |
| S3_6_C15_8_1 | x | x | 0 | - | - | n/a | RW |
| S3_6_C15_8_1 | x | 0 | 1 | - | - | - | RW |
| S3_6_C15_8_1 | x | 1 | 1 | - | n/a | - | RW |

'n/a' Not accessible. The core cannot be executing at this Exception level, so this access is not possible.

**Traps and enables**

For a description of the prioritization of any generated exceptions, see *Synchronous exception prioritization* in the *Arm® Architecture Reference Manual for A-profile architecture*.

## 13.34  CPUPMR_EL3, CPU Private Mask Register, EL3

The CPUPMR_EL3 provides **IMPLEMENTATION DEFINED** configuration and control options for the core.

### Bit field descriptions

CPUPMR_EL3 is a 64-bit register, and is part of the **IMPLEMENTATION DEFINED** registers functional group.

**Figure 13-29: CPUPMR_EL3 bit assignments**



**Reserved, [63:0]**

Reserved for Arm® internal use.

### Configurations

CPUPMR_EL3 is only accessible in Secure state.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Usage constraints

#### Accessing the CPUPMR_EL3

The CPUPMR_EL3 can be written only when the system is idle. Arm recommends that you write to this register after a powerup reset, before the MMU is enabled.

Writing to this register might cause **UNPREDICTABLE** behaviors. Therefore, Arm strongly recommends that you do not modify this register unless directed by Arm.

This register is accessible as follows:

This register can be read with the MRS instruction using the following syntax:

```
MRS <Xt>,<systemreg>
```

This register can be written with the MSR instruction using the following syntax:

```
MSR <systemreg>, <Xt>
```

This syntax is encoded with the following settings in the instruction encoding:

| <systemreg> | op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|---|
| S3_6_C15_8_3 | 11 | 110 | 1111 | 1000 | 011 |

#### Accessibility

This register is accessible in software as follows:

| <systemreg> | Control | | | Accessibility | | | |
|---|---|---|---|---|---|---|---|
| | E2H | TGE | NS | EL0 | EL1 | EL2 | EL3 |
| S3_6_C15_8_3 | x | x | 0 | - | - | n/a | RW |
| S3_6_C15_8_3 | x | 0 | 1 | - | - | - | RW |
| S3_6_C15_8_3 | x | 1 | 1 | - | n/a | - | RW |

'n/a' Not accessible. The core cannot be executing at this Exception level, so this access is not possible.

#### Traps and enables

For a description of the prioritization of any generated exceptions, see *Synchronous exception prioritization* in the *Arm® Architecture Reference Manual for A-profile architecture*.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 13.35  CPUPOR_EL3, CPU Private Operation Register, EL3

The CPUPOR_EL3 provides **IMPLEMENTATION DEFINED** configuration and control options for the core.

## Bit field descriptions

CPUPOR_EL3 is a 64-bit register, and is part of the **IMPLEMENTATION DEFINED** registers functional group.

**Figure 13-30: CPUPOR_EL3 bit assignments**



**Reserved, [63:0]**

> Reserved for Arm® internal use.

## Configurations

> CPUPOR_EL3 is only accessible in Secure state.

## Usage constraints

### Accessing the CPUPOR_EL3

> The CPUPOR_EL3 can be written only when the system is idle. Arm recommends that you write to this register after a powerup reset, before the MMU is enabled.

> Writing to this register might cause **UNPREDICTABLE** behaviors. Therefore, Arm strongly recommends that you do not modify this register unless directed by Arm.

> This register is accessible as follows:

> This register can be read with the MRS instruction using the following syntax:

```
MRS <Xt>,<systemreg>
```

> This register can be written with the MSR instruction using the following syntax:

```
MSR <systemreg>, <Xt>
```

This syntax is encoded with the following settings in the instruction encoding:

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| <systemreg> | op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|---|
| S3_6_C15_8_2 | 11 | 110 | 1111 | 1000 | 010 |

**Accessibility**

This register is accessible in software as follows:

| <systemreg> | Control | | | Accessibility | | | |
|---|---|---|---|---|---|---|---|
| | E2H | TGE | NS | EL0 | EL1 | EL2 | EL3 |
| S3_6_C15_8_2 | x | x | 0 | - | - | n/a | RW |
| S3_6_C15_8_2 | x | 0 | 1 | - | - | - | RW |
| S3_6_C15_8_2 | x | 1 | 1 | - | n/a | - | RW |

'n/a' Not accessible. The core cannot be executing at this Exception level, so this access is not possible.

**Traps and enables**

For a description of the prioritization of any generated exceptions, see *Synchronous exception prioritization* in the *Arm® Architecture Reference Manual for A-profile architecture*.

# 13.36  CPUPSELR_EL3, CPU Private Selection Register, EL3

The CPUPSELR_EL3 provides **IMPLEMENTATION DEFINED** configuration and control options for the core.

## Bit field descriptions

CPUPSELR_EL3 is a 64-bit register, and is part of the **IMPLEMENTATION DEFINED** registers functional group.

**Figure 13-31: CPUPSELR_EL3 bit assignments**



**Reserved, [63:0]**

Reserved for Arm® internal use.

## Configurations

CPUPSELR_EL3 is only accessible in Secure state.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Usage constraints

### Accessing the CPUPSELR_EL3

The CPUPSELR_EL3 can be written only when the system is idle. Arm recommends that you write to this register after a powerup reset, before the MMU is enabled.

Writing to this register might cause **UNPREDICTABLE** behaviors. Therefore, Arm strongly recommends that you do not modify this register unless directed by Arm.

This register is accessible as follows:

This register can be read with the MRS instruction using the following syntax:

```
MRS <Xt>,<systemreg>
```

This register can be written with the MSR instruction using the following syntax:

```
MSR <systemreg>, <Xt>
```

This syntax is encoded with the following settings in the instruction encoding:

| <systemreg> | op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|---|
| S3_6_C15_8_0 | 11 | 110 | 1111 | 1000 | 000 |

### Accessibility

This register is accessible in software as follows:

| <systemreg> | Control | | | Accessibility | | | |
|---|---|---|---|---|---|---|---|
| | E2H | TGE | NS | EL0 | EL1 | EL2 | EL3 |
| S3_6_C15_8_0 | x | x | 0 | - | - | n/a | RW |
| S3_6_C15_8_0 | x | 0 | 1 | - | - | - | RW |
| S3_6_C15_8_0 | x | 1 | 1 | - | n/a | - | RW |

'n/a' Not accessible. The core cannot be executing at this Exception level, so this access is not possible.

### Traps and enables

For a description of the prioritization of any generated exceptions, see *Synchronous exception prioritization* in the *Arm® Architecture Reference Manual for A-profile architecture*.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 13.37  CPUPWRCTLR_EL1, Power Control Register, EL1

The CPUPWRCTLR_EL1 provides information about power control support for the core.

## Bit field descriptions

CPUPWRCTLR_EL1 is a 64-bit register, and is part of the **IMPLEMENTATION DEFINED** registers functional group.

This register resets to value `0x00000000`.

**Figure 13-32: CPUPWRCTLR_EL1 bit assignments**



**Reserved, [63:32]**

> Reserved.

**RES0, [31:10]**

> **RES0**       Reserved.

**WFE_RET_CTRL, [9:7]**

> CPU WFE retention control:

> **000**       Disable the retention circuit. This is the default value, see Table 13-43: CPUPWRCTLR Retention Control Field on page 158 for more retention control options.

**WFI_RET_CTRL, [6:4]**

> CPU WFI retention control:

> **000**       Disable the retention circuit. This is the default value, see Table 13-43: CPUPWRCTLR Retention Control Field on page 158 for more retention control options.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**RES0, [3:1]**

> RES0                    Reserved.

**CORE_PWRDN_EN, [0]**

> Indicates to the power controller using PACTIVE if the core wants to power down when it enters WFI state.

> 0                       No powerdown requested. This is the reset value.
> 1                       A power down is requested.

**Table 13-43: CPUPWRCTLR Retention Control Field**

| Encoding | Number of counter ticks [2] | Minimum retention entry delay (System counter at 50MHz-10MHz) |
|---|---|---|
| 000 | Disable the retention circuit | Default Condition. |
| 001 | 2 | 40ns-200ns |
| 010 | 8 | 160ns-800ns |
| 011 | 32 | 640ns – 3,200ns |
| 100 | 64 | 1,280ns-6,400ns |
| 101 | 128 | 2,560ns-12,800ns |
| 110 | 256 | 5,120ns-25,600ns |
| 111 | 512 | 10,240ns-51,200ns |

**Configurations**

> There are no configuration notes.

## Usage constraints

**Accessing the CPUPWRCTLR_EL1**

> This register can be read using MRS with the following syntax:

```
MRS <Xt>,<systemreg>
```

> This register can be written using MSR with the following syntax:

```
MSR <systemreg>, <Xt>
```

This syntax is encoded with the following settings in the instruction encoding:

| <systemreg> | op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|---|
| S3_0_C15_C2_7 | 11 | 000 | 1111 | 0010 | 111 |

---

[2] The number of system counter ticks required before the core signals retention readiness on PACTIVE to the power controller. The core does not accept a retention entry request until this time.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Accessibility**

This register is accessible in software as follows:

| <systemreg> | Control | | | Accessibility | | | |
|---|---|---|---|---|---|---|---|
| | E2H | TGE | NS | EL0 | EL1 | EL2 | EL3 |
| S3_0_C15_C2_7 | x | x | 0 | - | RW | n/a | RW |
| S3_0_C15_C2_7 | x | 0 | 1 | - | RW | RW | RW |
| S3_0_C15_C2_7 | x | 1 | 1 | - | n/a | RW | RW |

'n/a' Not accessible. The PE cannot be executing at this Exception level, so this access is not possible.

**Traps and enables**

For a description of the prioritization of any generated exceptions, see *Exception priority order* in the *Arm® Architecture Reference Manual for A-profile architecture* for exceptions that are taken to AArch32 state, and see *Synchronous exception prioritization* for exceptions that are taken to AArch64 state.

Write-Access to this register from EL1 or EL2 depends on the value of bit[7] of ACTLR_EL2 and ACTLR_EL3.

# 13.38  CSSELR_EL1, Cache Size Selection Register, EL1

CSSELR_EL1 selects the current Cache Size ID Register (CCSIDR_EL1), by specifying:

- The required cache level.

- The cache type, either instruction or data cache.

For details of the CCSIDR_EL1, see 13.23 CCSIDR_EL1, Cache Size ID Register, EL1 on page 128.

**Bit field descriptions**

CSSELR_EL1 is a 64-bit register, and is part of the Identification registers functional group.

**Figure 13-33: CSSELR_EL1 bit assignments**



Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Reserved, [63:32]**

> Reserved.

**RES0, [31:4]**

> `RES0`          Reserved.

**Level, [3:1]**

> Cache level of required cache:

> | | |
> |---|---|
> | `000` | L1. |
> | `001` | L2. |
> | `010` | L3, if present. |

> The combination of Level=`001` and InD=1 is reserved.

> The combinations of Level and InD for `0100` to `1111` are reserved.

**InD, [0]**

> Instruction not Data bit:

> | | |
> |---|---|
> | `0` | Data or unified cache. |
> | `1` | Instruction cache. |

> The combination of Level=`001` and InD=1 is reserved.

> The combinations of Level and InD for `0100` to `1111` are reserved.

**Configurations**

> If a cache level is missing but CSSELR_EL1 selects this level, then a CCSIDR_EL1 read returns an **UNKNOWN** value.

> Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

# 13.39  CTR_EL0, Cache Type Register, EL0

The CTR_EL0 provides information about the architecture of the caches.

**Bit field descriptions**

CTR_EL0 is a 64-bit register, and is part of the Identification registers functional group.

This register is read-only.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Arm® Neoverse™ N1 Core  Technical Reference Manual

Document ID: 100616_0401_02_en
Issue: 02
AArch64 System registers

**Figure 13-34: CTR_EL0 bit assignments**



**Reserved, [63:32]**

> Reserved.

**RES1, [31]**

> RES1        Reserved.

**RES0, [30:28]**

> RES0        Reserved.

**DIC, [29]**

Instruction cache invalidation requirements for instruction to data coherence:

> 0          Instruction cache invalidation to the point of unification is required
>            for instruction to data coherence.
>
> 1          Instruction cache cleaning to the point of unification is not required
>            for instruction to data coherence.

When configured with instruction cache hardware coherency, DIC is 1. When configured
without instruction cache hardware coherency, DIC is 0.

**IDC, [28]**

Data cache clean requirements for instruction to data coherence:

> 0          Data cache clean to the point of unification is required for
>            instruction to data coherence, unless CLIDR_EL1.LoC == 0b000 or
>            (CLIDR_EL1.LoUIS == 0b000 && CLIDR_EL1.LoUU == 0b000).
>
> 1          Data cache clean to the point of unification is not required for
>            instruction to data coherence.

IDC reflects the inverse value of the BROADCASTCACHEMAINTPOU pin.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**CWG, [27:24]**

>   Cache write-back granule. $Log_2$ of the number of words of the maximum size of memory that can be overwritten as a result of the eviction of a cache entry that has had a memory location in it modified:

>   >   **0100**          Cache write-back granule size is 16 words.

**ERG, [23:20]**

>   Exclusives Reservation Granule. $Log_2$ of the number of words of the maximum size of the reservation granule that has been implemented for the Load-Exclusive and Store-Exclusive instructions:

>   >   **0100**          Exclusive reservation granule size is 16 words.

**DminLine, [19:16]**

>   $Log_2$ of the number of words in the smallest cache line of all the data and unified caches that the core controls:

>   >   **0100**          Smallest data cache line size is 16 words.

**L1Ip, [15:14]**

>   Instruction cache policy. Indicates the indexing and tagging policy for the L1 instruction cache:

>   >   **11**            *Physically Indexed Physically Tagged* (PIPT).

**RES0, [13:4]**

>   >   **RES0**          Reserved.

**IminLine, [3:0]**

>   $Log_2$ of the number of words in the smallest cache line of all the instruction caches that the core controls.

>   >   **0100**          Smallest instruction cache line size is 16 words.

**Configurations**

>   There are no configuration notes.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 13.40  DCZID_EL0, Data Cache Zero ID Register, EL0

The DCZID_EL0 indicates the block size that is written with byte values of zero by the `DC ZVA` (Data Cache Zero by Address) System instruction.

## Bit field descriptions

DCZID_EL0 is a 64-bit register, and is part of the Identification registers functional group.

This register is read-only.

**Figure 13-35: DCZID_EL0 bit assignments**



**RES0, [63:5]**

> **RES0**          Reserved.

**BlockSize, [3:0]**

> $Log_2$ of the block size in words:

> **0100**          The block size is 16 words.

## Configurations

> There are no configuration notes.

> Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

# 13.41  DISR_EL1, Deferred Interrupt Status Register, EL1

The DISR_EL1 records the SError interrupts consumed by an `ESB` instruction.

## Bit field descriptions

DISR_EL1 is a 64-bit register, and is part of the registers *Reliability, Availability, Serviceability* (RAS) functional group.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure 13-36: DISR_EL1 bit assignments, DISR_EL1.IDS is 0**



RES0

**RES0, [63:32]**

> RES0          Reserved.

**A, [31]**

Set to 1 when ESB defers an asynchronous SError interrupt. If the implementation does not include any synchronizable sources of SError interrupt, this bit is RES0.

**RES0, [30:25]**

> RES0          Reserved.

**IDS, [24]**

Indicates the type of format the deferred SError interrupt uses. The value of this bit is:

> 0          Deferred error uses architecturally-defined format.

**RES0, [23:13]**

> RES0          Reserved.

**AET, [12:10]**

Asynchronous Error Type. Describes the state of the core after taking an asynchronous Data Abort exception. The possible values are:

> 000          Uncontainable error (UC).
> 001          Unrecoverable error (UEU).

---


Note

The recovery software must also examine any implemented fault records to determine the location and extent of the error.

---

**EA, [9]**

> RES0          Reserved.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**RES0, [8:6]**

> RES0    Reserved.

**DFSC, [5:0]**

> Data Fault Status Code. The possible values of this field are:

> **010001**    Asynchronous SError interrupt.



> In AArch32, the `010001` code previously meant an Asynchronous External Abort on memory access. With the RAS extension, it extends to include any asynchronous SError interrupt. The Parity Error codes are not used in the RAS extension.

**Configurations**

> There are no configuration notes.

> Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

# 13.42  ERRIDR_EL1, Error ID Register, EL1

The ERRIDR_EL1 defines the number of error record registers.

## Bit field descriptions

ERRIDR_EL1 is a 64-bit register, and is part of the registers *Reliability*, *Availability*, *Serviceability* (RAS) functional group.

This register is read-only.

**Figure 13-37: ERRIDR_EL1 bit assignments**



**RES0, [63:16]**

> RES0    Reserved.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**NUM, [15:0]**

Number of records that can be accessed through the Error Record System registers.

| | |
|---|---|
| **0x0001** | One record present. (If no DSU SCU is present) |
| **0x0002** | Two records present. (If DSU SCU is present) |

**Configurations**

There are no configuration notes.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

# 13.43  ERRSELR_EL1, Error Record Select Register, EL1

The ERRSELR_EL1 selects which error record should be accessed through the Error Record System registers. This register is not reset on a Warm reset.

## Bit field descriptions

ERRSELR_EL1 is a 64-bit register, and is part of the *Reliability, Availability, Serviceability* (RAS) registers functional group.

**Figure 13-38: ERRSELR_EL1 bit assignments**



**RES0, [63:1]**

| | |
|---|---|
| **RES0** | Reserved. |

**SEL, [0]**

Selects which error record should be accessed.

| | |
|---|---|
| **0** | Select error record 0 containing errors from level 1 and level 2 RAMs that are located on the Neoverse™ N1 core. |
| **1** | Select error record 1 containing errors from level 3 RAMs that are located on the DSU. (If DSU SCU is present) |

**Configurations**

There are no configuration notes.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

# 13.44  ERXADDR_EL1, Selected Error Record Address Register, EL1

Register ERXADDR_EL1 accesses the ERR<n>ADDR address register for the error record that is selected by ERRSELR_EL1.SEL.

If ERRSELR_EL1.SEL==0, then ERXADDR_EL1 accesses the ERR0ADDR register of the core error record. See *14.2 ERR0ADDR, Error Record Address Register* on page 254.

If ERRSELR_EL1.SEL==1, then ERXADDR_EL1 accesses the ERR1ADDR register of the DSU error record (if the DSU SCU is present). See the *Arm® DynamIQ™ Shared Unit Technical Reference Manual*.

# 13.45  ERXCTLR_EL1, Selected Error Record Control Register, EL1

Register ERXCTLR_EL1 accesses the ERR<n>CTLR control register for the error record that is selected by ERRSELR_EL1.SEL.

If ERRSELR_EL1.SEL==0, then ERXCTLR_EL1 accesses the ERR0CTLR register of the core error record. See *14.3 ERR0CTLR, Error Record Control Register* on page 255.

If ERRSELR_EL1.SEL==1, then ERXCLTR_EL1 accesses the ERR1CTLR register of the DSU error record (if the DSU SCU is present). See the *Arm® DynamIQ™ Shared Unit Technical Reference Manual*.

# 13.46  ERXFR_EL1, Selected Error Record Feature Register, EL1

Register ERXFR_EL1 accesses the ERR<n>FR feature register for the error record that is selected by ERRSELR_EL1.SEL.

If ERRSELR_EL1.SEL==0, then ERXFR_EL1 accesses the ERR0FR register of the core error record. See *14.4 ERR0FR, Error Record Feature Register* on page 257.

If ERRSELR_EL1.SEL==1, then ERXFR_EL1 accesses the ERR1FR register of the DSU error record (if the DSU SCU is present). See the *Arm® DynamIQ™ Shared Unit Technical Reference Manual*.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## 13.47  ERXMISC0_EL1, Selected Error Record Miscellaneous Register 0, EL1

Register ERXMISC0_EL1 accesses the ERR<n>MISC0 register for the error record that is selected by ERRSELR_EL1.SEL.

If ERRSELR_EL1.SEL==0, then ERXMISC0_EL1 accesses the ERR0MISC0 register of the core error record. See 14.5 ERR0MISC0, Error Record Miscellaneous Register 0 on page 259.

If ERRSELR_EL1.SEL==1, then ERXMISC0_EL1 accesses the ERR1MISC0 register of the DSU error record (if the DSU SCU is present). See the *Arm® DynamIQ™ Shared Unit Technical Reference Manual*.

## 13.48  ERXMISC1_EL1, Selected Error Record Miscellaneous Register 1, EL1

Register ERXMISC1_EL1 accesses the ERR<n>MISC1 miscellaneous register 1 for the error record that is selected by ERRSELR_EL1.SEL.

If ERRSELR_EL1.SEL==0, then ERXMISC1_EL1 accesses the ERR0MISC1 register of the core error record. See 14.6 ERR0MISC1, Error Record Miscellaneous Register 1 on page 262.

If ERRSELR_EL1.SEL==1, then ERXMISC1_EL1 accesses the ERR1MISC1 register of the *DynamIQ Shared Unit* (DSU) error record (if the DSU SCU is present). See the *Arm® DynamIQ™ Shared Unit Technical Reference Manual*.

## 13.49  ERXPFGCDN_EL1, Selected Error Pseudo Fault Generation Count Down Register, EL1

Register ERXPFGCDN_EL1 accesses the ERR<n>PFGCND register for the error record that is selected by ERRSELR_EL1.SEL.

If ERRSELR_EL1.SEL==0, then ERXPFGCDN_EL1 accesses the ERR0PFGCDN register of the core error record. See 14.7 ERR0PFGCDN, Error Pseudo Fault Generation Count Down Register on page 262.

If ERRSELR_EL1.SEL==1, then ERXPFGCDN_EL1 accesses the ERR1PFGCDNR register of the DSU error record (if the DSU SCU is present). See the *Arm® DynamIQ™ Shared Unit Technical Reference Manual*.

**Configurations**

There are no configuration notes.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Accessing the ERXPFGCDN_EL1**

This register can be read using MRS with the following syntax:

```
MRS <Xt>,<systemreg>
```

This register can be written using MSR with the following syntax:

```
MSR <Xt>,<systemreg>
```

This syntax is encoded with the following settings in the instruction encoding:

| <systemreg> | op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|---|
| S3_0_C15_C2_2 | 11 | 000 | 1111 | 0010 | 010 |

**Accessibility**

This register is accessible in software as follows:

| <syntax> | Control | | | Accessibility | | | |
|---|---|---|---|---|---|---|---|
| | E2H | TGE | NS | EL0 | EL1 | EL2 | EL3 |
| S3_0_C15_C2_2 | x | x | 0 | - | RW | n/a | RW |
| S3_0_C15_C2_2 | x | 0 | 1 | - | RW | RW | RW |
| S3_0_C15_C2_2 | x | 1 | 1 | - | n/a | RW | RW |

'n/a' Not accessible. Executing the PE at this Exception level is not permitted.

**Traps and enables**

For a description of the prioritization of any generated exceptions, see *Exception priority order* in the *Arm® Architecture Reference Manual for A-profile architecture* for exceptions taken to AArch32 state, and see *Synchronous exception prioritization* for exceptions taken to AArch64 state. Subject to these prioritization rules, the following traps and enables are applicable when accessing this register.

ERXPFGCDN_EL1 is accessible at EL3 and can be accessible at EL1 and EL2 depending on the value of bit[5] in ACTLR_EL2 and ACTLR_EL3. See *13.6 ACTLR_EL2, Auxiliary Control Register, EL2* on page 105 and *13.7 ACTLR_EL3, Auxiliary Control Register, EL3* on page 108.

ERXPFGCDN_EL1 is *UNDEFINED* at EL0.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 13.50  ERXPFGCTL_EL1, Selected Error Pseudo Fault Generation Control Register, EL1

Register ERXPFGCTL_EL1 accesses the ERR<n>PFGCTL register for the error record that is selected by ERRSELR_EL1.SEL.

If ERRSELR_EL1.SEL==0, then ERXPFGCTL_EL1 accesses the ERR0PFGCTL register of the core error record. See 14.8 ERR0PFGCTL, Error Pseudo Fault Generation Control Register on page 263.

If ERRSELR_EL1.SEL==1, then ERXPFGCTL_EL1 accesses the ERR1PFGCTL register of the DSU error record (if the DSU SCU is present). See the *Arm® DynamIQ™ Shared Unit Technical Reference Manual*.

**Configurations**

There are no configuration notes.

**Accessing the ERXPFGCTL_EL1**

This register can be read using MRS with the following syntax:

```
MRS <Xt>,<systemreg>
```

This register can be written using MSR with the following syntax:

```
MSR <Xt>,<systemreg>
```

This syntax is encoded with the following settings in the instruction encoding:

| <systemreg> | op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|---|
| S3_0_C15_C2_1 | 11 | 000 | 1111 | 0010 | 001 |

**Accessibility**

This register is accessible in software as follows:

| <syntax> | Control | | | Accessibility | | | |
|---|---|---|---|---|---|---|---|
|  | E2H | TGE | NS | EL0 | EL1 | EL2 | EL3 |
| S3_0_C15_C2_1 | x | x | 0 | - | RW | n/a | RW |
| S3_0_C15_C2_1 | x | 0 | 1 | - | RW | RW | RW |
| S3_0_C15_C2_1 | x | 1 | 1 | - | n/a | RW | RW |

'n/a' Not accessible. The PE cannot be executing at this Exception level, so this access is not possible.

**Traps and enables**

For a description of the prioritization of any generated exceptions, see *Exception priority order* in the *Arm® Architecture Reference Manual for A-profile architecture* for exceptions taken to

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

AArch32 state, and see *Synchronous exception prioritization* for exceptions taken to AArch64 state. Subject to these prioritization rules, the following traps and enables are applicable when accessing this register.

ERXPFGCTL_EL1 is accessible at EL3 and can be accessible at EL1 and EL2 depending on the value of bit[5] in ACTLR_EL2 and ACTLR_EL3. See 13.6 ACTLR_EL2, Auxiliary Control Register, EL2 on page 105 and 13.7 ACTLR_EL3, Auxiliary Control Register, EL3 on page 108.

ERXPFGCTL_EL1 is *UNDEFINED* at EL0.

If ERXPFGCTL_EL1 is accessible at EL1 and HCR_EL2.TERR == 1, then direct reads and writes of ERXPFGCTL_EL1 at Non-secure EL1 generate a Trap exception to EL2.

If ERXPFGCTL_EL1 is accessible at EL1 or EL2 and SCR_EL3.TERR == 1, then direct reads and writes of ERXPFGCTL_EL1 at EL1 or EL2 generate a Trap exception to EL3.

# 13.51  ERXPFGF_EL1, Selected Pseudo Fault Generation Feature Register, EL1

Register ERXPFGF_EL1 accesses the ERR<n>PFGF register for the error record that is selected by ERRSELR_EL1.SEL.

If ERRSELR_EL1.SEL==0, then ERXPFGF_EL1 accesses the ERR0PFGF register of the core error record. See 14.9 ERR0PFGF, Error Pseudo Fault Generation Feature Register on page 265.

If ERRSELR_EL1.SEL==1, then ERXPFGF_EL1 accesses the ERR1PFGFR register of the DSU error record (if the DSU SCU is present). See the *Arm® DynamIQ™ Shared Unit Technical Reference Manual*.

**Configurations**

This core has no configuration notes.

**Accessing the ERXPFGF_EL1**

This register can be read using MRS with the following syntax:

```
MRS <Xt>,<systemreg>
```

This syntax is encoded with the following settings in the instruction encoding:

| <systemreg> | op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|---|
| S3_0_C15_C2_0 | 11 | 000 | 1111 | 0010 | 000 |

**Accessibility**

This register is accessible in software as follows:

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| <syntax> | Control | | | Accessibility | | | |
|---|---|---|---|---|---|---|---|
| | E2H | TGE | NS | EL0 | EL1 | EL2 | EL3 |
| S3_0_C15_C2_0 | x | x | 0 | - | RO | n/a | RO |
| S3_0_C15_C2_0 | x | 0 | 1 | - | RO | RO | RO |
| S3_0_C15_C2_0 | x | 1 | 1 | - | n/a | RO | RO |

'n/a' Not accessible. The PE cannot be executing at this Exception level, so this access is not possible.

**Traps and enables**

For a description of the prioritization of any generated exceptions, see *Exception priority order* in the *Arm® Architecture Reference Manual for A-profile architecture* for exceptions taken to AArch32 state, and see *Synchronous exception prioritization* for exceptions taken to AArch64 state. Subject to these prioritization rules, the following traps and enables are applicable when accessing this register.

ERXPFGR_EL1 is accessible at EL3 and can be accessible at EL1 and EL2 depending on the value of bit[5] in ACTLR_EL2 and ACTLR_EL3. See 13.6 ACTLR_EL2, Auxiliary Control Register, EL2 on page 105 and 13.7 ACTLR_EL3, Auxiliary Control Register, EL3 on page 108.

ERXPFGR_EL1 is *UNDEFINED* at EL0.

If ERXPFGR_EL1 is accessible at EL1 and HCR_EL2.TERR == 1, then direct reads and writes of ERXPFGR_EL1 at Non-secure EL1 generate a Trap exception to EL2.

If ERXPFGR_EL1 is accessible at EL1 or EL2 and SCR_EL3.TERR == 1, then direct reads and writes of ERXPFGR_EL1 at EL1 or EL2 generate a Trap exception to EL3.

## 13.52  ERXSTATUS_EL1, Selected Error Record Primary Status Register, EL1

Register ERXSTATUS_EL1 accesses the ERR<n>STATUS primary status register for the error record that is selected by ERRSELR_EL1.SEL.

If ERRSELR_EL1.SEL==0, then ERXSTATUS_EL1 accesses the ERR0STATUS register of the core error record. See 14.10 ERR0STATUS, Error Record Primary Status Register on page 266.

If ERRSELR_EL1.SEL==1, then ERXSTATUS_EL1 accesses the ERR1STATUS register of the DSU error record (if the DSU SCU is present). See the *Arm® DynamIQ™ Shared Unit Technical Reference Manual*.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 13.53  ESR_EL1, Exception Syndrome Register, EL1

The ESR_EL1 holds syndrome information for an exception taken to EL1.

### Bit field descriptions

ESR_EL1 is a 64-bit register, and is part of the Exception and fault handling registers functional group.

**Figure 13-39: ESR_EL1 bit assignments**



**Reserved, [63:32]**

> Reserved.

**EC, [31:26]**

> Exception Class. Indicates the reason for the exception that this register holds information about.

**IL, [25]**

> Instruction Length for synchronous exceptions. The possible values are:

> | | |
> |---|---|
> | **0** | 16-bit. |
> | **1** | 32-bit. |

> This field is 1 for the SError interrupt, instruction aborts, misaligned PC, Stack pointer misalignment, Data Aborts for which the ISV bit is 0, exceptions caused by an illegal instruction set state, and exceptions using the `0x00` Exception Class.

**ISS, [24:0]**

> Syndrome information.

When reporting a virtual SEI, bits[24:0] take the value of VSESRL_EL2[24:0].

When reporting a physical SEI, the following occurs:

- IDS==0 (architectural syndrome).

- AET always reports an uncontainable error (UC) with value `0b000` or an unrecoverable error (UEU) with value `0b001`.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

- EA is **RES0**.

When reporting a synchronous data abort, EA is **RES0**.

See 13.108 VSESR_EL2, Virtual SError Exception Syndrome Register  on page 250.

**Configurations**

There are no configuration notes.

Bit fields and details not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

# 13.54  ESR_EL2, Exception Syndrome Register, EL2

The ESR_EL2 holds syndrome information for an exception taken to EL2.

**Bit field descriptions**

ESR_EL2 is a 64-bit register, and is part of:

- The Virtualization registers functional group.
- The Exception and fault handling registers functional group.

**Figure 13-40: ESR_EL2 bit assignments**



**Reserved, [63:32]**

Reserved.

**EC, [31:26]**

Exception Class. Indicates the reason for the exception that this register holds information about. See the *Arm® Architecture Reference Manual for A-profile architecture* for more information.

**IL, [25]**

Instruction Length for synchronous exceptions. The possible values are:

0                16-bit.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

|   |   |   |
|---|---|---|
| 1 | | 32-bit. |

See the *Arm® Architecture Reference Manual for A-profile architecture* for more information.

**ISS, [24:0]**

Syndrome information. See the *Arm® Architecture Reference Manual for A-profile architecture* for more information.

When reporting a virtual SEI, bits[24:0] take the value of VSESRL_EL2[24:0].

When reporting a physical SEI, the following occurs:

- IDS==0 (architectural syndrome).

- AET always reports an uncontainable error (UC) with value `0b000` or an unrecoverable error (UEU) with value `0b001`.

- EA is **RES0**.

When reporting a synchronous Data Abort, EA is **RES0**.

See 13.108 VSESR_EL2, Virtual SError Exception Syndrome Register  on page 250.

**Configurations**

RW fields in this register reset to architecturally **UNKNOWN** values.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

# 13.55  ESR_EL3, Exception Syndrome Register, EL3

The ESR_EL3 holds syndrome information for an exception taken to EL3.

## Bit field descriptions

ESR_EL3 is a 64-bit register, and is part of the Exception and fault handling registers functional group.

**Figure 13-41: ESR_EL3 bit assignments**



Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Reserved, [63:32]**

>Reserved.

**EC, [31:26]**

>Exception Class. Indicates the reason for the exception that this register holds information about.

**IL, [25]**

>Instruction Length for synchronous exceptions. The possible values are:

>| | |
>|---|---|
>| **0** | 16-bit. |
>| **1** | 32-bit. |

>This field is 1 for the SError interrupt, instruction aborts, misaligned PC, Stack pointer misalignment, data aborts for which the ISV bit is 0, exceptions caused by an illegal instruction set state, and exceptions using the `0x0` Exception Class.

**ISS, [24:0]**

>Syndrome information.

When reporting a virtual SEI, bits[24:0] take the value of VSESRL_EL2[24:0].

When reporting a physical SEI, the following occurs:

- IDS==0 (architectural syndrome).
- AET always reports an uncontainable error (UC) with value `0b000` or an unrecoverable error (UEU) with value `0b001`.
- EA is **RES0**.

When reporting a synchronous data abort, EA is **RES0**.

See 13.108 VSESR_EL2, Virtual SError Exception Syndrome Register  on page 250.

**Configurations**

>RW fields in this register reset to architecturally **UNKNOWN** values.

>Bit fields and details not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 13.56  HACR_EL2, Hyp Auxiliary Configuration Register, EL2

HACR_EL2 controls trapping to EL2 of **IMPLEMENTATION DEFINED** aspects of Non-secure EL1 or EL0 operation. This register is not used in the Neoverse™ N1 core.

### Bit field descriptions

HACR_EL2 is a 64-bit register, and is part of Virtualization registers functional group.

**Figure 13-42: HACR_EL2 bit assignments**



**Reserved, [63:32]**

Reserved.

**RES0, [31:0]**

Reserved, **RES0**.

### Configurations

There are no configuration notes.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

# 13.57  HCR_EL2, Hypervisor Configuration Register, EL2

The HCR_EL2 provides configuration control for virtualization, including whether various Non-secure operations are trapped to EL2.

### Bit field descriptions

HCR_EL2 is a 64-bit register, and is part of the Virtualization registers functional group.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Figure 13-43: HCR_EL2 bit assignments



**RES0, [63:53]**

> **RES0**      Reserved.

**TOCU, [52]**

Trap IC IVAU, IC IALLU, and DC CVAU. The possible values are:

> **0**      Execution of the IC IVAU, IC IALLU, and DC CVAU instructions at EL1 is not trapped as a result of this control bit.
>
>      Execution of the IC IVAU and DC CVAU instructions at EL0 is not trapped as a result of this control bit.
>
> **1**      Execution of the IC IVAU, IC IALLU, and DC CVAU instructions at EL1 is trapped to EL2.
>
>      Execution of the IC IVAU and DC CVAU instructions at EL0 is trapped to EL2 if SCTLR_EL1.UCI==1.

**RES0, [51]**

> **RES0**      Reserved.

**TICAB, [50]**

Trap IC IALLUIS. The possible values are:

> **0**      Execution of the IC IALLUIS instructions at EL1 is not trapped as a result of this control bit.
>
> **1**      Execution of the IC IALLUIS instructions at EL1 is trapped to EL2.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**TID4, [49]**

Trap CLIDR_EL1, CSSELR_EL1, CCSIDR_EL1, and CCSIDR2_EL1. The possible values are:

| | |
|---|---|
| **0** | Read of CLIDR_EL1, CSSELR_EL1, CCSIDR_EL1, CCSIDR2_EL1, and write of CSSELR_EL1 at EL1 is not trapped as a result of this control bit. |
| **1** | Read of CLIDR_EL1, CSSELR_EL1, CCSIDR_EL1, CCSIDR2_EL1, and write of CSSELR_EL1 at EL1 is trapped to EL2. |

**RES0, [48:39]**

| | |
|---|---|
| **RES0** | Reserved. |

**MIOCNCE, [38]**

Mismatched Inner/Outer Cacheable Non-Coherency Enable, for the Non-secure EL1 and EL0 translation regime.

**RW, [31]**

| | |
|---|---|
| **RES1** | Reserved. |

**HCD, [29]**

| | |
|---|---|
| **RES0** | Reserved. |

**TGE, [27]**

Traps general exceptions. If this bit is set, and SCR_EL3.NS is set, then:

- All exceptions that would be routed to EL1 are routed to EL2.

- The SCTLR_EL1.M bit is treated as 0 regardless of its actual state, other than for reading the bit.

- The HCR_EL2.FMO, IMO, and AMO bits are treated as 1 regardless of their actual state, other than for reading the bits.

- All virtual interrupts are disabled.

- Any **IMPLEMENTATION DEFINED** mechanisms for signaling virtual interrupts are disabled.

- An exception return to EL1 is treated as an illegal exception return.

HCR_EL2.TGE must not be cached in a TLB.

When the value of SCR_EL3.NS is 0, the core behaves as if this field is 0 for all purposes other than a direct read or Write-Access of HCR_EL2.

**TID3, [18]**

Traps ID group 3 registers. The possible values are:

| | |
|---|---|
| **0** | ID group 3 register accesses are not trapped. |
| **1** | Reads to ID group 3 registers that are executed from Non-secure EL1 are trapped to EL2. |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

See the *Arm® Architecture Reference Manual for A-profile architecture* for the registers covered by this setting.

**Configurations**

If EL2 is not implemented, this register is **RES0** from EL3

RW fields in this register reset to architecturally **UNKNOWN** values.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

# 13.58  ID_AA64AFR0_EL1, AArch64 Auxiliary Feature Register 0

The core does not use this register, ID_AA64AFR0_EL1 is **RES0**.

# 13.59  ID_AA64AFR1_EL1, AArch64 Auxiliary Feature Register 1

The core does not use this register, ID_AA64AFR0_EL1 is **RES0**.

# 13.60  ID_AA64DFR0_EL1, AArch64 Debug Feature Register 0, EL1

Provides top-level information about the debug system in AArch64.

**Bit field descriptions**

ID_AA64DFR0_EL1 is a 64-bit register, and is part of the Identification registers functional group.

This register is read-only.

**Figure 13-44: ID_AA64DFR0_EL1 bit assignments**



res0

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**RES0, [63:36]**

> RES0

>> Reserved.

**PMSVer, [35:32]**

> Statistical Profiling Extension version.

>> **0x1**

>>> Version 1 of the Statistical Profiling extension is present.

**CTX_CMPs, [31:28]**

> Number of breakpoints that are context-aware, minus 1. These are the highest numbered breakpoints:

>> **0x1**

>>> Two breakpoints are context-aware.

**RES0, [27:24]**

> *RES0*

>> Reserved.

**WRPs, [23:20]**

> The number of watchpoints minus 1:

>> **0x3**

>>> Four watchpoints.

**RES0, [19:16]**

> *RES0*

>> Reserved.

**BRPs, [15:12]**

> The number of breakpoints minus 1:

>> **0x5**

>>> Six breakpoints.

**PMUVer, [11:8]**

> Performance Monitors Extension version.

>> **0x4**

>>> Performance monitor System registers implemented, PMUv3.

**TraceVer, [7:4]**

> Trace extension:

>> **0x0**

>>> Trace System registers not implemented.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**DebugVer, [3:0]**

Debug architecture version:

**0x8**

Arm®v8-A debug architecture implemented.

**Configurations**

ID_AA64DFR0_EL1 is architecturally mapped to external register EDDFR.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

# 13.61  ID_AA64DFR1_EL1, AArch64 Debug Feature Register 1, EL1

This register is reserved for future expansion of top-level information about the debug system in AArch64 state.

# 13.62  ID_AA64ISAR0_EL1, AArch64 Instruction Set Attribute Register 0, EL1

The ID_AA64ISAR0_EL1 provides information about the instructions that are implemented in AArch64 state, including the instructions that are provided by the Cryptographic Extension.

## Bit field descriptions

ID_AA64ISAR0_EL1 is a 64-bit register, and is part of the Identification registers functional group.

This register is read-only.

The optional Cryptographic Extension is not included in the base product of the core. Arm requires licensees to have contractual rights to obtain the Cryptographic Extension.

**Figure 13-45: ID_AA64ISAR0_EL1 bit assignments**



**RES0, [63:48]**

**RES0**        Reserved.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## DP, [47:44]

Indicates whether Dot Product support instructions are implemented.

| | |
|---|---|
| **0x1** | `UDOT`, `SDOT` instructions are implemented. |

## RES0, [43:32]

| | |
|---|---|
| **RES0** | Reserved. |

## RDM, [31:28]

Indicates whether `SQRDMLAH` and `SQRDMLSH` instructions in AArch64 are implemented.

| | |
|---|---|
| **0x1** | `SQRDMLAH` and `SQRDMLSH` instructions are implemented. |

## RES0, [27:24]

| | |
|---|---|
| **RES0** | Reserved. |

## Atomic, [23:20]

Indicates whether Atomic instructions in AArch64 are implemented. The value is:

| | |
|---|---|
| **0x2** | `LDADD`, `LDCLR`, `LDEOR`, `LDSET`, `LDSMAX`, `LDSMIN`, `LDUMAX`, `LDUMIN`, `CAS`, `CASP`, and `SWP` instructions are implemented. |

## CRC32, [19:16]

Indicates whether CRC32 instructions are implemented. The value is:

| | |
|---|---|
| **0x1** | CRC32 instructions are implemented. |

## SHA2, [15:12]

Indicates whether SHA2 instructions are implemented. The possible values are:

| | |
|---|---|
| **0x0** | No SHA2 instructions are implemented. This is the value if the core implementation does not include the Cryptographic Extension. |
| **0x1** | `SHA256H`, `SHA256H2`, `SHA256U0`, and `SHA256U1` implemented. This is the value if the core implementation includes the Cryptographic Extension. |

## SHA1, [11:8]

Indicates whether SHA1 instructions are implemented. The possible values are:

| | |
|---|---|
| **0x0** | No SHA1 instructions implemented. This is the value if the core implementation does not include the Cryptographic Extension. |
| **0x1** | `SHA1C`, `SHA1P`, `SHA1M`, `SHA1SU0`, and `SHA1SU1` implemented. This is the value if the core implementation includes the Cryptographic Extension. |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**AES, [7:4]**

>     Indicates whether AES instructions are implemented. The possible values are:

>     **0x0**      No AES instructions implemented. This is the value if the core
>             implementation does not include the Cryptographic Extension.

>     **0x2**      `AESE`, `AESD`, `AESMC`, and `AESIMC` implemented, plus `PMULL` and `PMULL2`
>             instructions operating on 64-bit data. This is the value if the core
>             implementation includes the Cryptographic Extension.

**RES0, [3:0]**

>     **RES0**     Reserved.

**Configurations**

>     ID_AA64ISAR0_EL1 is architecturally mapped to external register ID_AA64ISAR0.

>     Bit fields and details that are not provided in this description are architecturally defined. See
>     the *Arm® Architecture Reference Manual for A-profile architecture*.

# 13.63  ID_AA64ISAR1_EL1, AArch64 Instruction Set Attribute Register 1, EL1

The ID_AA64ISAR1_EL1 provides information about the instructions that are implemented in
AArch64 state.

## Bit field descriptions

ID_AA64ISAR1_EL1 is a 64-bit register, and is part of the Identification registers functional group.

This register is read-only.

**Figure 13-46: ID_AA64ISAR1_EL1 bit assignments**



  res0

**RES0, [63:24]**

>     **RES0**     Reserved.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**LRCPC, [23:20]**

Indicates whether load-acquire (`LDA`) instructions are implemented for a Release Consistent core consistent RCPC model.

> **0x1**　　　The `LDAPRB`, `LDAPRH`, and `LDAPR` instructions are implemented in AArch64.

**RES0, [19:4]**

**RES0**

Reserved.

**DC CVAP, [3:0]**

Indicates whether data cache, Clean to the Point of Persistence (`DC CVAP`) instructions are implemented.

> **0x1**　　　`DC CVAP` is supported in AArch64.

**Configurations**

There are no configuration notes.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

# 13.64  ID_AA64MMFR0_EL1, AArch64 Memory Model Feature Register 0, EL1

The ID_AA64MMFR0_EL1 provides information about the implemented memory model and memory management support in the AArch64 Execution state.

**Bit field descriptions**

ID_AA64MMFR0_EL1 is a 64-bit register, and is part of the Identification registers functional group.

This register is read-only.

**Figure 13-47: ID_AA64MMFR0_EL1 bit assignments**



res0

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**RES0, [63:32]**

> RES0

> > Reserved.

**TGran4, [31:28]**

> Support for 4KB memory translation granule size:

> > `0x0`

> > > 4KB granule supported.

**TGran64, [27:24]**

> Support for 64KB memory translation granule size:

> > `0x0`

> > > 64KB granule supported.

**TGran16, [23:20]**

> Support for 16KB memory translation granule size:

> > `0x1`

> > > Indicates that the 16KB granule is supported.

**BigEndEL0, [19:16]**

> Mixed-endian support only at EL0.

> > `0x0`

> > > No mixed-endian support at EL0. The SCTLR_EL1.E0E bit has a fixed value.

**SNSMem, [15:12]**

> Secure versus Non-secure Memory distinction:

> > `0x1`

> > > Supports a distinction between Secure and Non-secure Memory.

**BigEnd, [11:8]**

> Mixed-endian configuration support:

> > `0x1`

> > > Mixed-endian support. The SCTLR_ELx.EE and SCTLR_EL1.E0E bits can be configured.

**ASIDBits, [7:4]**

> Number of ASID bits:

> > `0x2`

> > > 16 bits.

**PARange, [3:0]**

> Physical address range supported:

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**0x5**

48 bits, 256TB.
The supported Physical Address Range is 48-bits. Other cores in the DSU might
support a different Physical Address Range.

**Configurations**

There are no configuration notes.

Bit fields and details that are not provided in this description are architecturally defined. See
the *Arm® Architecture Reference Manual for A-profile architecture*.

# 13.65  ID_AA64MMFR1_EL1, AArch64 Memory Model Feature Register 1, EL1

The ID_AA64MMFR1_EL1 provides information about the implemented memory model and
memory management support in the AArch64 Execution state.

## Bit field descriptions

ID_AA64MMFR1_EL1 is a 64-bit register, and is part of the Identification registers functional
group.

This register is read-only.

**Figure 13-48: ID_AA64MMFR1_EL1 bit assignments**



**RES0, [63:32]**

**RES0**

Reserved.

**XNX, [31:28]**

Indicates whether provision of EL0 vs EL1 execute-never control at stage 2 is supported.

**0x1**

EL0/EL1 execute control distinction at stage 2 bit is supported. All other values are
reserved.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### SpecSEI, [27:24]

Describes whether the PE can generate SError interrupt exceptions from Speculative reads of memory, including Speculative instruction fetches.

**0x0**

The PE never generates an SError interrupt due to an External abort on a Speculative read.

### PAN, [23:20]

Privileged Access Never. Indicates support for the PAN bit in PSTATE, SPSR_EL1, SPSR_EL2, SPSR_EL3, and DSPSR_EL0.

**0x2**

PAN supported and AT S1E1RP and AT S1E1WP instructions supported.

### LO, [19:16]

Indicates support for LORegions.

**0x1**

LORegions are supported.

### HPDS, [15:12]

Presence of Hierarchical Disables. Enables an operating system or hypervisor to hand over up to 4 bits of the last level translation table descriptor (bits[62:59] of the translation table entry) for use by hardware for **IMPLEMENTATION DEFINED** usage. The value is:

**0x2**

Hierarchical Permission Disables and Hardware allocation of bits[62:59] supported.

### VH, [11:8]

Indicates whether Virtualization Host Extensions are supported.

**0x1**

Virtualization Host Extensions supported.

### VMIDBits, [7:4]

Indicates the number of VMID bits supported.

**0x2**

16 bits are supported.

### HAFDBS, [3:0]

Indicates the support for hardware updates to Access flag and dirty state in translation tables.

**0x2**

Hardware update of both the Access flag and dirty state is supported in hardware.

### Configurations

There are no configuration notes.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

# 13.66  ID_AA64MMFR2_EL1, AArch64 Memory Model Feature Register 2, EL1

The ID_AA64MMFR2_EL1 provides information about the implemented memory model and memory management support in the AArch64 Execution state.

## Bit field descriptions

ID_AA64MMFR2_EL1 is a 64-bit register, and is part of the Identification registers functional group.

This register is read-only.

**Figure 13-49: ID_AA64MMFR2_EL1 bit assignments**



RES0

## RES0, [63:60]

> *RES0*
>
>> Reserved.

## EVT, [59:56]

> Enhanced Virtualization Traps. The value is:
>
> **0x1**
>
>> HCR_EL2.TICAB, HCR_EL2.TOCU, and HCR_EL2.TID4 traps are supported.
>> HCR_EL2.TTLBIS and HCR_EL2.TTLBOS traps are not supported.

## RES0, [55:20]

> *RES0*
>
>> Reserved.

## VARange, [19:16]

> Indicates support for a larger virtual address. The value is:
>
> **0x0**
>
>> VMSAv8-64 supports 48-bit virtual addresses.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**IESB, [15:12]**

> Indicates whether an implicit Error Synchronization Barrier has been inserted. The value is:
>
> **0x1**
>
> > SCTLR_ELx.IESB implicit `ErrorSynchronizationBarrier` control implemented.

**LSM, [11:8]**

> Indicates whether LDM and STM ordering control bits are supported. The value is:
>
> **0x0**
>
> > LSMAOE and nTLSMD bit not supported.

**UAO, [7:4]**

> Indicates the presence of the *User Access Override* (UAO). The value is:
>
> **0x1**
>
> > UAO is supported.

**CnP, [3:0]**

> Common not Private. Indicates whether a TLB entry is pointed at a translation table base register that is a member of a common set. The value is:
>
> **0x1**
>
> > CnP bit is supported.

**Configurations**

> There are no configuration notes.
>
> Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

# 13.67  ID_AA64PFR0_EL1, AArch64 Processor Feature Register 0, EL1

The ID_AA64PFR0_EL1 provides additional information about implemented core features in AArch64.

The optional Advanced SIMD and floating-point support is not included in the base product of the core. Arm requires licensees to have contractual rights to obtain the Advanced SIMD and floating-point support.

**Bit field descriptions**

ID_AA64PFR0_EL1 is a 64-bit register, and is part of the Identification registers functional group.

This register is read-only.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure 13-50: ID_AA64PFR0_EL1 bit assignments**



## CSV3, [63:60]

**0x1**

Data that are loaded under speculation with a permission or domain fault cannot be used to form an address or generate condition codes to be used by instructions newer than the load in the speculative sequence. This is the reset value.

All other values reserved.

## CSV2, [59:56]

**0x1**

Branch targets trained in one context cannot affect speculative execution in a different hardware described context. This is the reset value.

All other values reserved.

## RES0, [55:32]

**RES0**

Reserved.

## RAS, [31:28]

RAS extension version. The possible values are:

**0x1**

Version 1 of the RAS extension is present.

## GIC, [27:24]

GIC CPU interface:

**0x0**

GIC CPU interface is disabled, GICCDISABLE is HIGH, or not implemented.

**0x1**

GIC CPU interface is implemented and enabled, GICCDISABLE is LOW. GICv4 is supported.

## AdvSIMD, [23:20]

Advanced SIMD. The possible values are:

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

0x1

Advanced SIMD, including half-precision support, is implemented.

**FP, [19:16]**

Floating-point. The possible values are:

0x1

Floating-point, including half-precision support, is implemented.

**EL3 handling, [15:12]**

EL3 exception handling:

0x1

Instructions can be executed at EL3 in AArch64 state only.

**EL2 handling, [11:8]**

EL2 exception handling:

0x1

Instructions can be executed at EL3 in AArch64 state only.

**EL1 handling, [7:4]**

EL1 exception handling. The possible values are:

0x1

Instructions can be executed at EL3 in AArch64 state only.

**EL0 handling, [3:0]**

EL0 exception handling. The possible values are:

0x2

Instructions can be executed at EL0 in AArch64 or AArch32 state.

**Configurations**

ID_AA64PFR0_EL1 is architecturally mapped to External register EDPFR.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

# 13.68  ID_AA64PFR1_EL1, AArch64 Processor Feature Register 1, EL1

The ID_AA64PFR1_EL1 provides additional information about implemented core features in AArch64.

**Bit field descriptions**

ID_AA64PFR1_EL1 is a 64-bit register, and is part of the Identification registers functional group.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

This register is read-only.

**Figure 13-51: ID_AA64PFR1_EL1 bit assignments**



RES0

**RES0, [63:8]**

> **RES0**
>
> > Reserved.

**SSBS, [7:4]**

> PSTATE.SSBS. The possible values are:
>
> **0x2**
>
> > AArch64 provides the PSTATE.SSBS mechanism to mark regions that are *Speculative Store Bypassing Safe* (SSBS), and the MSR/MRS instructions to directly read and write the PSTATE.SSBS field.

**RES0, [3:0]**

> **RES0**
>
> > Reserved.

**Configurations**

> ID_AA64PFR1_EL1 is architecturally mapped to External register EDPFR.
>
> Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

# 13.69  ID_AFR0_EL1, AArch32 Auxiliary Feature Register 0, EL1

The ID_AFR0_EL1 provides information about the **IMPLEMENTATION DEFINED** features of the PE in AArch32. This register is not used in the Neoverse™ N1 core.

**Bit field descriptions**

ID_AFR0_EL1 is a 64-bit register, and is part of the Identification registers functional group.

This register is read-only.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure 13-52: ID_AFR0_EL1 bit assignments**



Reserved, [63:32]

> Reserved.

RES0, [31:0]

> Reserved, **RES0**.

**Configurations**

> There are no configuration notes.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

## 13.70  ID_DFR0_EL1, AArch32 Debug Feature Register 0, EL1

The ID_DFR0_EL1 provides top-level information about the debug system in AArch32.

**Bit field descriptions**

ID_DFR0_EL1 is a 64-bit register, and is part of the Identification registers functional group.

This register is read-only.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure 13-53: ID_DFR0_EL1 bit assignments**



**Reserved, [63:32]**

        Reserved.

**RES0, [31:28]**

    **RES0**        Reserved.

**PerfMon, [27:24]**

Indicates support for performance monitor model:

    **4**        Support for *Performance Monitoring Unit version 3* (PMUv3) System registers, with a 16-bit evtCount field.

**MProfDbg, [23:20]**

Indicates support for memory-mapped debug model for M profile cores:

    **0**        This product does not support M profile Debug architecture.

**MMapTrc, [19:16]**

Indicates support for memory-mapped trace model:

    **1**        Support for Arm trace architecture, with memory-mapped access.

In the Trace registers, the ETMIDR gives more information about the implementation.

**CopTrc, [15:12]**

Indicates support for coprocessor-based trace model:

    **0**        This product does not support Arm trace architecture.

**RES0, [11:8]**

    **RES0**        Reserved.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**CopSDbg, [7:4]**

>    Indicates support for coprocessor-based Secure debug model:

>        **8**                This product supports the Armv8.2 Debug architecture.

**CopDbg, [3:0]**

>    Indicates support for coprocessor-based debug model:

>        **8**                This product supports the Armv8.2 Debug architecture.

**Configurations**

>    There are no configuration notes.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

# 13.71  ID_ISAR0_EL1, AArch32 Instruction Set Attribute Register 0, EL1

The ID_ISAR0_EL1 provides information about the instruction sets implemented by the core in AArch32.

## Bit field descriptions

ID_ISAR0_EL1 is a 64-bit register, and is part of the Identification registers functional group.

This register is read-only.

**Figure 13-54: ID_ISAR0_EL1 bit assignments**



RES0

**Reserved, [63:32]**

>                Reserved.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**RES0, [31:28]**

> RES0          Reserved.

**Divide, [27:24]**

> Indicates the implemented Divide instructions:
>
> **0x2**
>
> - SDIV and UDIV in the T32 instruction set.
> - SDIV and UDIV in the A32 instruction set.

**Debug, [23:20]**

> Indicates the implemented Debug instructions:
>
> **0x1**          BKPT.

**Coproc, [19:16]**

> Indicates the implemented coprocessor instructions:
>
> **0x0**          None implemented, except for instructions separately attributed by the architecture to provide access to AArch32 System registers and System instructions.

**CmpBranch, [15:12]**

> Indicates the implemented combined Compare and Branch instructions in the T32 instruction set:
>
> **0x1**          CBNZ and CBZ.

**Bitfield, [11:8]**

> Indicates the implemented bit field instructions:
>
> **0x1**          BFC, BFI, SBFX, and UBFX.

**BitCount, [7:4]**

> Indicates the implemented Bit Counting instructions:
>
> **0x1**          CLZ.

**Swap, [3:0]**

> Indicates the implemented Swap instructions in the A32 instruction set:
>
> **0x0**          None implemented.

**Configurations**

> In an AArch64-only implementation, this register is UNKNOWN.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Must be interpreted with ID_ISAR1_EL1, ID_ISAR2_EL1, ID_ISAR3_EL1, ID_ISAR4_EL1, ID_ISAR5_EL1, and ID_ISAR6_EL1. See:

- 13.72 ID_ISAR1_EL1, AArch32 Instruction Set Attribute Register 1, EL1 on page 198.
- 13.73 ID_ISAR2_EL1, AArch32 Instruction Set Attribute Register 2, EL1 on page 200.
- 13.74 ID_ISAR3_EL1, AArch32 Instruction Set Attribute Register 3, EL1 on page 202.
- 13.75 ID_ISAR4_EL1, AArch32 Instruction Set Attribute Register 4, EL1 on page 204.
- 13.76 ID_ISAR5_EL1, AArch32 Instruction Set Attribute Register 5, EL1 on page 207.
- 13.77 ID_ISAR6_EL1, AArch32 Instruction Set Attribute Register 6, EL1 on page 209.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

## 13.72  ID_ISAR1_EL1, AArch32 Instruction Set Attribute Register 1, EL1

The ID_ISAR1_EL1 provides information about the instruction sets implemented by the core in AArch32.

### Bit field descriptions

ID_ISAR1_EL1 is a 64-bit register, and is part of the Identification registers functional group.

This register is read-only.

**Figure 13-55: ID_ISAR1_EL1 bit assignments**



**Reserved, [63:32]**

Reserved.

**Jazelle, [31:28]**

Indicates the implemented Jazelle state instructions:

**0x1**          Adds the BXJ instruction, and the J bit in the PSR.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Interwork, [27:24]**

> Indicates the implemented interworking instructions:
>
> **0x3**
>> - The BX instruction, and the T bit in the PSR.
>> - The BLX instruction. The PC loads have BX-like behavior.
>> - Data-processing instructions in the A32 instruction set with the PC as the destination and the S bit clear, have BX-like behavior.

**Immediate, [23:20]**

> Indicates the implemented data-processing instructions with long immediates:
>
> **0x1**
>> - The MOVT instruction.
>> - The MOV instruction encodings with zero-extended 16-bit immediates.
>> - The T32 ADD and SUB instruction encodings with zero-extended 12-bit immediates, and other ADD, ADR, and SUB encodings cross-referenced by the pseudocode for those encodings.

**IfThen, [19:16]**

> Indicates the implemented If-Then instructions in the T32 instruction set:
>
> **0x1**        The IT instructions, and the IT bits in the PSRs.

**Extend, [15:12]**

> Indicates the implemented Extend instructions:
>
> **0x2**
>> - The SXTB, SXTH, UXTB, and UXTH instructions.
>> - The SXTB16, SXTAB, SXTAB16, SXTAH, UXTB16, UXTAB, UXTAB16, and UXTAH instructions.

**Except_AR, [11:8]**

> Indicates the implemented A profile exception-handling instructions:
>
> **0x1**        The SRS and RFE instructions, and the A profile forms of the CPS instruction.

**Except, [7:4]**

> Indicates the implemented exception-handling instructions in the A32 instruction set:
>
> **0x1**        The LDM (exception return), LDM (user registers), and STM (user registers) instruction versions.

**Endian, [3:0]**

> Indicates the implemented Endian instructions:

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| `0x1` | The `setend` instruction, and the E bit in the PSRs. |

**Configurations**

In an AArch64-only implementation, this register is **UNKNOWN**.

Must be interpreted with ID_ISAR0_EL1, ID_ISAR2_EL1, ID_ISAR3_EL1, ID_ISAR4_EL1, ID_ISAR5_EL1, and ID_ISAR6_EL1. See:

- 13.71 ID_ISAR0_EL1, AArch32 Instruction Set Attribute Register 0, EL1 on page 196.
- 13.73 ID_ISAR2_EL1, AArch32 Instruction Set Attribute Register 2, EL1 on page 200.
- 13.74 ID_ISAR3_EL1, AArch32 Instruction Set Attribute Register 3, EL1 on page 202.
- 13.75 ID_ISAR4_EL1, AArch32 Instruction Set Attribute Register 4, EL1 on page 204.
- 13.76 ID_ISAR5_EL1, AArch32 Instruction Set Attribute Register 5, EL1 on page 207.
- 13.77 ID_ISAR6_EL1, AArch32 Instruction Set Attribute Register 6, EL1 on page 209.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

# 13.73  ID_ISAR2_EL1, AArch32 Instruction Set Attribute Register 2, EL1

The ID_ISAR2_EL1 provides information about the instruction sets implemented by the core in AArch32.

## Bit field descriptions

ID_ISAR2_EL1 is a 64-bit register, and is part of the Identification registers functional group.

This register is read-only.

**Figure 13-56: ID_ISAR2_EL1 bit assignments**



**Reserved, [63:32]**

Reserved.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Reversal, [31:28]**

Indicates the implemented Reversal instructions:

    **0x2**       The REV, REV16, REVSH, and RBIT instructions.

**PSR_AR, [27:24]**

Indicates the implemented A and R profile instructions to manipulate the PSR:

    **0x1**       The MRS and MSR instructions, and the exception return forms of data-processing instructions.

The exception return forms of the data-processing instructions are:

- In the A32 instruction set, data-processing instructions with the PC as the destination and the S bit set.
- In the T32 instruction set, the SUBSPC, LR, #N instruction.

**MultU, [23:20]**

Indicates the implemented advanced unsigned Multiply instructions:

    **0x2**       The UMULL, UMLAL, and UMAAL instructions.

**MultS, [19:16]**

Indicates the implemented advanced signed Multiply instructions.

**0x3**

- The SMULL and SMLAL instructions.
- The SMLABB, SMLABT, SMLALBB, SMLALBT, SMLALTB, SMLALTT, SMLATB, SMLATT, SMLAWB, SMLAWT, SMULBB, SMULBT, SMULTB, SMULTT, SMULWB, SMULWT instructions, and the Q bit in the PSRs.
- The SMLAD, SMLADX, SMLALD, SMLALDX, SMLSD, SMLSDX, SMLSLD, SMLSLDX, SMMLA, SMMLAR, SMMLS, SMMLSR, SMMUL, SMMULR, SMUAD, SMUADX, SMUSD, and SMUSDX instructions.

**Mult, [15:12]**

Indicates the implemented additional Multiply instructions:

    **0x2**       The MUL, MLA, and MLS instructions.

**MultiAccessInt, [11:8]**

Indicates the support for interruptible multi-access instructions:

    **0x0**       No support. This means that the LDM and STM instructions are not interruptible.

**MemHint, [7:4]**

Indicates the implemented memory hint instructions:

    **0x4**       The PLD, PLI, and PLDW instructions.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**LoadStore, [3:0]**

Indicates the implemented additional load/store instructions:

0x2    The LDRD and STRD instructions.

The Load Acquire (LDAB, LDAH, LDA, LDAEXB, LDAEXH, LDAEX, and LDAEXD) and Store Release (STLB, STLH, STL, STLEXB, STLEXH, STLEX, and STLEXD) instructions.

**Configurations**

In an AArch64-only implementation, this register is **UNKNOWN**.

Must be interpreted with ID_ISAR0_EL1, ID_ISAR1_EL1, ID_ISAR3_EL1, ID_ISAR4_EL1, ID_ISAR5_EL1, and ID_ISAR6_EL1. See:

- 13.71 ID_ISAR0_EL1, AArch32 Instruction Set Attribute Register 0, EL1 on page 196.
- 13.72 ID_ISAR1_EL1, AArch32 Instruction Set Attribute Register 1, EL1 on page 198.
- 13.74 ID_ISAR3_EL1, AArch32 Instruction Set Attribute Register 3, EL1 on page 202.
- 13.75 ID_ISAR4_EL1, AArch32 Instruction Set Attribute Register 4, EL1 on page 204.
- 13.76 ID_ISAR5_EL1, AArch32 Instruction Set Attribute Register 5, EL1 on page 207.
- 13.77 ID_ISAR6_EL1, AArch32 Instruction Set Attribute Register 6, EL1 on page 209.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

## 13.74  ID_ISAR3_EL1, AArch32 Instruction Set Attribute Register 3, EL1

The ID_ISAR3_EL1 provides information about the instruction sets implemented by the core in AArch32.

**Bit field descriptions**

ID_ISAR3_EL1 is a 64-bit register, and is part of the Identification registers functional group.

This register is read-only.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure 13-57: ID_ISAR3_EL1 bit assignments**



**Reserved, [63:32]**

> Reserved.

**T32EE, [31:28]**

Indicates the implemented T32EE instructions:

> **0x0**          None implemented.

**TrueNOP, [27:24]**

Indicates support for True NOP instructions:

> **0x1**          True NOP instructions in both the A32 and T32 instruction sets, and additional NOP-compatible hints.

**T32Copy, [23:20]**

Indicates the support for T32 non flag-setting MOV instructions:

> **0x1**          Support for T32 instruction set encoding T1 of the MOV (register) instruction, copying from a low register to a low register.

**TabBranch, [19:16]**

Indicates the implemented Table Branch instructions in the T32 instruction set.

> **0x1**          The TBB and TBH instructions.

**SynchPrim, [15:12]**

Indicates the implemented synchronization primitive instructions:

> **0x2**
> - The LDREX and STREX instructions.
> - The CLREX, LDREXB, STREXB, and STREXH instructions.
> - The LDREXD and STREXD instructions.

**SVC, [11:8]**

Indicates the implemented SVC instructions:

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

        **0x1**        The `svc` instruction.

## SIMD, [7:4]

Indicates the implemented *Single Instruction Multiple Data* (SIMD) instructions.

    **0x3**

- The `ssat` and `usat` instructions, and the Q bit in the PSRs.

- The `PKHBT`, `PKHTB`, `QADD16`, `QADD8`, `QASX`, `QSUB16`, `QSUB8`, `QSAX`, `SADD16`, `SADD8`, `SASX`, `SEL`, `SHADD16`, `SHADD8`, `SHASX`, `SHSUB16`, `SHSUB8`, `SHSAX`, `SSAT16`, `SSUB16`, `SSUB8`, `SSAX`, `SXTAB16`, `SXTB16`, `UADD16`, `UADD8`, `UASX`, `UHADD16`, `UHADD8`, `UHASX`, `UHSUB16`, `UHSUB8`, `UHSAX`, `UQADD16`, `UQADD8`, `UQASX`, `UQSUB16`, `UQSUB8`, `UQSAX`, `USAD8`, `USADA8`, `USAT16`, `USUB16`, `USUB8`, `USAX`, `UXTAB16`, `UXTB16` instructions, and the GE[3:0] bits in the PSRs.

The SIMD field relates only to implemented instructions that perform SIMD operations on the general-purpose registers. In an implementation that supports Advanced SIMD and floating-point instructions, MVFR0, MVFR1, and MVFR2 give information about the implemented Advanced SIMD instructions.

## Saturate, [3:0]

Indicates the implemented Saturate instructions:

    **0x1**        The `QADD`, `QDADD`, `QDSUB`, `QSUB` Q bit in the PSRs.

## Configurations

In an AArch64-only implementation, this register is **UNKNOWN**.

Must be interpreted with ID_ISAR0_EL1, ID_ISAR1_EL1, ID_ISAR2_EL1, ID_ISAR4_EL1, ID_ISAR5_EL1, and ID_ISAR6_EL1. See:

- 13.71 ID_ISAR0_EL1, AArch32 Instruction Set Attribute Register 0, EL1 on page 196.
- 13.72 ID_ISAR1_EL1, AArch32 Instruction Set Attribute Register 1, EL1 on page 198.
- 13.73 ID_ISAR2_EL1, AArch32 Instruction Set Attribute Register 2, EL1 on page 200.
- 13.75 ID_ISAR4_EL1, AArch32 Instruction Set Attribute Register 4, EL1 on page 204.
- 13.76 ID_ISAR5_EL1, AArch32 Instruction Set Attribute Register 5, EL1 on page 207.
- 13.77 ID_ISAR6_EL1, AArch32 Instruction Set Attribute Register 6, EL1 on page 209.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 13.75  ID_ISAR4_EL1, AArch32 Instruction Set Attribute Register 4, EL1

The ID_ISAR4_EL1 provides information about the instruction sets implemented by the core in AArch32.

### Bit field descriptions

ID_ISAR4_EL1 is a 64-bit register, and is part of the Identification registers functional group.

This register is read-only.

**Figure 13-58: ID_ISAR4_EL1 bit assignments**



**Reserved, [63:32]**

Reserved.

**SWP_frac, [31:28]**

Indicates support for the memory system locking the bus for `swp` or `swpb` instructions:

**0x0**        `swp` and `swpb` instructions not implemented.

**PSR_M, [27:24]**

Indicates the implemented M profile instructions to modify the PSRs:

**0x0**        None implemented.

**SynchPrim_frac, [23:20]**

This field is used with the ID_ISAR3.SynchPrim field to indicate the implemented synchronization primitive instructions:

**0x0**

- The `LDREX` and `STREX` instructions.

- The `CLREX`, `LDREXB`, `LDREXH`, `STREXB`, and `STREXH` instructions.

- The `LDREXD` and `STREXD` instructions.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Barrier, [19:16]**

Indicates the supported Barrier instructions in the A32 and T32 instruction sets:

    **0x1**        The DMB, DSB, and ISB barrier instructions.

**SMC, [15:12]**

Indicates the implemented SMC instructions:

    **0x0**        None implemented.

**WriteBack, [11:8]**

Indicates the support for Write-Back addressing modes:

    **0x1**        Core supports all the Write-Back addressing modes as defined in
                      Arm®v8-A.

**WithShifts, [7:4]**

Indicates the support for instructions with shifts.

    **0x4**

- Support for shifts of loads and stores over the range LSL 0-3.
- Support for other constant shift options, both on load/store and other instructions.
- Support for register-controlled shift options.

**Unpriv, [3:0]**

Indicates the implemented unprivileged instructions.

    **0x2**

- The LDRBT, LDRT, STRBT, and STRT instructions.
- The LDRHT, LDRSBT, LDRSHT, and STRHT instructions.

**Configurations**

In an AArch64-only implementation, this register is **UNKNOWN**.

Must be interpreted with ID_ISAR0_EL1, ID_ISAR1_EL1, ID_ISAR2_EL1, ID_ISAR3_EL1, ID_ISAR5_EL1, and ID_ISAR6_EL1. See:

- 13.71 ID_ISAR0_EL1, AArch32 Instruction Set Attribute Register 0, EL1 on page 196.
- 13.72 ID_ISAR1_EL1, AArch32 Instruction Set Attribute Register 1, EL1 on page 198.
- 13.73 ID_ISAR2_EL1, AArch32 Instruction Set Attribute Register 2, EL1 on page 200.
- 13.74 ID_ISAR3_EL1, AArch32 Instruction Set Attribute Register 3, EL1 on page 202.
- 13.76 ID_ISAR5_EL1, AArch32 Instruction Set Attribute Register 5, EL1 on page 207.
- 13.77 ID_ISAR6_EL1, AArch32 Instruction Set Attribute Register 6, EL1 on page 209.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

## 13.76  ID_ISAR5_EL1, AArch32 Instruction Set Attribute Register 5, EL1

The ID_ISAR5_EL1 provides information about the instruction sets that the core implements.

**Bit field descriptions**

ID_ISAR5_EL1 is a 64-bit register, and is part of the Identification registers functional group.

This register is read-only.

**Figure 13-59: ID_ISAR5_EL1 bit assignments**



RES0

**Reserved, [63:32]**

Reserved.

**RES0, [31:28]**

RES0      Reserved.

**RDM, [27:24]**

VQRDMLAH and VQRDMLSH instructions in AArch32. The value is:

0x1          VQRDMLAH and VQRDMLSH instructions are implemented.

**RES0, [23:20]**

RES0      Reserved.

**CRC32, [19:16]**

Indicates whether CRC32 instructions are implemented in AArch32 state. The value is:

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Arm® Neoverse™ N1 Core  Technical Reference Manual

Document ID: 100616_0401_02_en
Issue: 02
AArch64 System registers

|  | |
|---|---|
| **0x1** | `CRC32B`, `CRC32H`, `CRC32W`, `CRC32CB`, `CRC32CH`, and `CRC32CW` instructions are implemented. |

**SHA2, [15:12]**

Indicates whether SHA2 instructions are implemented in AArch32 state. The possible values are:

|  | |
|---|---|
| **0x0** | No SHA2 instructions implemented. This is the value when the Cryptographic Extensions are not implemented or are disabled. |
| **0x1** | `SHA256H`, `SHA256H2`, `SHA256SU0`, and `SHA256SU1` instructions are implemented. This is the value when the Cryptographic Extensions are implemented and enabled. |

**SHA1, [11:8]**

Indicates whether SHA1 instructions are implemented in AArch32 state. The possible values are:

|  | |
|---|---|
| **0x0** | No SHA1 instructions implemented. This is the value when the Cryptographic Extensions are not implemented or are disabled. |
| **0x1** | `SHA1C`, `SHA1P`, `SHA1M`, `SHA1H`, `SHA1SU0`, and `SHA1SU1` instructions are implemented. This is the value when the Cryptographic Extensions are implemented and enabled. |

**AES, [7:4]**

Indicates whether AES instructions are implemented in AArch32 state. The possible values are:

|  | |
|---|---|
| **0x0** | No AES instructions implemented. This is the value when the Cryptographic Extensions are not implemented or are disabled. |
| **0x2** | • `AESE`, `AESD`, `AESMC`, and `AESIMC` implemented.<br>• `PMULL` and `PMULL2` instructions operating on 64-bit data.<br><br>This is the value when the Cryptographic Extensions are implemented and enabled. |

**SEVL, [3:0]**

Indicates whether the `SEVL` instruction is implemented:

|  | |
|---|---|
| **0x1** | `SEVL` implemented to send event local. |

**Configurations**

ID_ISAR5 must be interpreted with ID_ISAR0_EL1, ID_ISAR1_EL1, ID_ISAR2_EL1, ID_ISAR3_EL1, ID_ISAR4_EL1, and ID_ISAR6_EL1. See:

- 13.71 ID_ISAR0_EL1, AArch32 Instruction Set Attribute Register 0, EL1 on page 196.

- 13.72 ID_ISAR1_EL1, AArch32 Instruction Set Attribute Register 1, EL1 on page 198.

- 13.73 ID_ISAR2_EL1, AArch32 Instruction Set Attribute Register 2, EL1 on page 200.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

- 13.74 ID_ISAR3_EL1, AArch32 Instruction Set Attribute Register 3, EL1 on page 202.
- 13.75 ID_ISAR4_EL1, AArch32 Instruction Set Attribute Register 4, EL1 on page 204.
- 13.77 ID_ISAR6_EL1, AArch32 Instruction Set Attribute Register 6, EL1 on page 209.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

# 13.77  ID_ISAR6_EL1, AArch32 Instruction Set Attribute Register 6, EL1

The ID_ISAR6_EL1 provides information about the instruction sets that the core implements.

**Bit field descriptions**

ID_ISAR6_EL1 is a 64-bit register, and is part of the Identification registers functional group.

This register is read-only.

**Figure 13-60: ID_ISAR6_EL1 bit assignments**



Reserved, [63:32]

                         Reserved.

**RES0, [31:8]**

      RES0          Reserved.

**DP, [7:4]**

     UDOT and SDOT instructions. The value is:

        **0b0001**      UDOT and SDOT instructions are implemented.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**RES0, [3:0]**

> **RES0**    Reserved.

**Configurations**

> There is one copy of this register that is used in both Secure and Non-secure states.

ID_ISAR6_EL1 must be interpreted with ID_ISAR0_EL1, ID_ISAR1_EL1, ID_ISAR2_EL1, ID_ISAR3_EL1, ID_ISAR4_EL1, and ID_ISAR5_EL1. See:

- 13.71 ID_ISAR0_EL1, AArch32 Instruction Set Attribute Register 0, EL1 on page 196.
- 13.72 ID_ISAR1_EL1, AArch32 Instruction Set Attribute Register 1, EL1 on page 198.
- 13.73 ID_ISAR2_EL1, AArch32 Instruction Set Attribute Register 2, EL1 on page 200.
- 13.74 ID_ISAR3_EL1, AArch32 Instruction Set Attribute Register 3, EL1 on page 202.
- 13.75 ID_ISAR4_EL1, AArch32 Instruction Set Attribute Register 4, EL1 on page 204.
- 13.76 ID_ISAR5_EL1, AArch32 Instruction Set Attribute Register 5, EL1 on page 207.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

# 13.78  ID_MMFR0_EL1, AArch32 Memory Model Feature Register 0, EL1

The ID_MMFR0_EL1 provides information about the memory model and memory management support in AArch32.

## Bit field descriptions

ID_MMFR0_EL1 is a 64-bit register, and is part of the Identification registers functional group.

This register is read-only.

**Figure 13-61: ID_MMFR0_EL1 bit assignments**



**Reserved, [63:32]**

> Reserved.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**InnerShr, [31:28]**

>   Indicates the innermost Shareability domain implemented:

>   **0x1**        Implemented with hardware coherency support.

**FCSE, [27:24]**

>   Indicates support for *Fast Context Switch Extension* (FCSE):

>   **0x0**        Not supported.

**AuxReg, [23:20]**

>   Indicates support for Auxiliary registers:

>   **0x2**        Support for Auxiliary Fault Status Registers (AIFSR and ADFSR) and
>                  Auxiliary Control Register.

**TCM, [19:16]**

>   Indicates support for TCMs and associated DMAs:

>   **0x0**        Not supported.

**ShareLvl, [15:12]**

>   Indicates the number of Shareability levels implemented:

>   **0x1**        Two levels of Shareability implemented.

**OuterShr, [11:8]**

>   Indicates the outermost Shareability domain implemented:

>   **0x1**        Implemented with hardware coherency support.

**PMSA, [7:4]**

>   Indicates support for a *Protected Memory System Architecture* (PMSA):

>   **0x0**        Not supported.

**VMSA, [3:0]**

>   Indicates support for a *Virtual Memory System Architecture* (VMSA).

>   **0x5**        Support for:

>   - VMSAv7, with support for remapping and the Access flag.

>   - The PXN bit in the Short-descriptor translation table format
>     descriptors.

>   - The Long-descriptor translation table format.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Configurations**

Must be interpreted with ID_MMFR1_EL1, ID_MMFR2_EL1, ID_MMFR3_EL1, and ID_MMFR4_EL1. See:

- 13.79 ID_MMFR1_EL1, AArch32 Memory Model Feature Register 1, EL1 on page 212.

- 13.80 ID_MMFR2_EL1, AArch32 Memory Model Feature Register 2, EL1 on page 214.

- 13.81 ID_MMFR3_EL1, AArch32 Memory Model Feature Register 3, EL1 on page 216.

- 13.82 ID_MMFR4_EL1, AArch32 Memory Model Feature Register 4, EL1 on page 218.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

# 13.79  ID_MMFR1_EL1, AArch32 Memory Model Feature Register 1, EL1

The ID_MMFR1_EL1 provides information about the memory model and memory management support in AArch32.

## Bit field descriptions

ID_MMFR1_EL1 is a 64-bit register, and is part of the Identification registers functional group.

This register is read-only.

**Figure 13-62: ID_MMFR1_EL1 bit assignments**



**Reserved, [63:32]**

Reserved.

**BPred, [31:28]**

Indicates branch predictor management requirements:

**0x4**        For execution correctness, branch predictor requires no flushing at any time.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**L1TstCln, [27:24]**

    Indicates the supported L1 data cache test and clean operations, for Harvard or unified cache implementation:

        **0x0**        None supported.

**L1Uni, [23:20]**

    Indicates the supported entire L1 cache maintenance operations, for a unified cache implementation:

        **0x0**        None supported.

**L1Hvd, [19:16]**

    Indicates the supported entire L1 cache maintenance operations, for a Harvard cache implementation:

        **0x0**        None supported.

**L1UniSW, [15:12]**

    Indicates the supported L1 cache line maintenance operations by set/way, for a unified cache implementation:

        **0x0**        None supported.

**L1HvdSW, [11:8]**

    Indicates the supported L1 cache line maintenance operations by set/way, for a Harvard cache implementation:

        **0x0**        None supported.

**L1UniVA, [7:4]**

    Indicates the supported L1 cache line maintenance operations by MVA, for a unified cache implementation:

        **0x0**        None supported.

**L1HvdVA, [3:0]**

    Indicates the supported L1 cache line maintenance operations by MVA, for a Harvard cache implementation:

        **0x0**        None supported.

**Configurations**

    Must be interpreted with ID_MMFR0_EL1, ID_MMFR2_EL1, ID_MMFR3_EL1, and ID_MMFR4_EL1. See:

- 13.78 ID_MMFR0_EL1, AArch32 Memory Model Feature Register 0, EL1 on page 210.
- 13.80 ID_MMFR2_EL1, AArch32 Memory Model Feature Register 2, EL1 on page 214.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

- 13.81 ID_MMFR3_EL1, AArch32 Memory Model Feature Register 3, EL1 on page 216.
- 13.82 ID_MMFR4_EL1, AArch32 Memory Model Feature Register 4, EL1 on page 218.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

# 13.80  ID_MMFR2_EL1, AArch32 Memory Model Feature Register 2, EL1

The ID_MMFR2_EL1 provides information about the implemented memory model and memory management support in AArch32.

## Bit field descriptions

ID_MMFR2_EL1 is a 64-bit register, and is part of the Identification registers functional group.

This register is read-only.

**Figure 13-63: ID_MMFR2_EL1 bit assignments**



**Reserved, [63:32]**

Reserved.

**HWAccFlg, [31:28]**

Hardware access flag. Indicates support for a hardware access flag, as part of the VMSAv7 implementation:

**0x0**        Not supported.

**WFIStall, [27:24]**

Wait For Interrupt Stall. Indicates the support for *Wait For Interrupt* (WFI) stalling:

**0x1**        Support for WFI stalling.

**MemBarr, [23:20]**

Memory Barrier. Indicates the supported CP15 memory barrier operations.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

      **0x2**        Supported CP15 memory barrier operations are:

- *Data Synchronization Barrier* (DSB).
- *Instruction Synchronization Barrier* (ISB).
- *Data Memory Barrier* (DMB).

### UniTLB, [19:16]

Unified TLB. Indicates the supported TLB maintenance operations, for a unified TLB implementation.

      **0x6**        Supported unified TLB maintenance operations are:

- Invalidate all entries in the TLB.
- Invalidate TLB entry by MVA.
- Invalidate TLB entries by ASID match.
- Invalidate instruction TLB and data TLB entries by MVA All ASID. This is a shared unified TLB operation.
- Invalidate Hyp mode unified TLB entry by MVA.
- Invalidate entire Non-secure EL1 and EL0 unified TLB.
- Invalidate entire Hyp mode unified TLB.
- `TLBIMVALIS`, `TLBIMVAALIS`, `TLBIMVALHIS`, `TLBIMVAL`, `TLBIMVAAL`, and `TLBIMVALH`.
- `TLBIIPAS2IS`, `TLBIIPAS2LIS`, `TLBIIPAS2`, and `TLBIIPAS2L`.

### HvdTLB, [15:12]

Harvard TLB. Indicates the supported TLB maintenance operations, for a Harvard TLB implementation:

      **0x0**        Not supported.

### LL1HvdRng, [11:8]

L1 Harvard cache Range. Indicates the supported L1 cache maintenance range operations, for a Harvard cache implementation:

      **0x0**        Not supported.

### L1HvdBG, [7:4]

L1 Harvard cache Background fetch. Indicates the supported L1 cache background prefetch operations, for a Harvard cache implementation:

      **0x0**        Not supported.

### L1HvdFG, [3:0]

L1 Harvard cache Foreground fetch. Indicates the supported L1 cache foreground prefetch operations, for a Harvard cache implementation:

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| | |
|---|---|
| **0x0** | Not supported. |

**Configurations**

Must be interpreted with ID_MMFR0_EL1, ID_MMFR1_EL1, ID_MMFR3_EL1, and ID_MMFR4_EL1. See:

- 13.78 ID_MMFR0_EL1, AArch32 Memory Model Feature Register 0, EL1 on page 210.
- 13.79 ID_MMFR1_EL1, AArch32 Memory Model Feature Register 1, EL1 on page 212.
- 13.81 ID_MMFR3_EL1, AArch32 Memory Model Feature Register 3, EL1 on page 216.
- 13.82 ID_MMFR4_EL1, AArch32 Memory Model Feature Register 4, EL1 on page 218.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

# 13.81  ID_MMFR3_EL1, AArch32 Memory Model Feature Register 3, EL1

The ID_MMFR3_EL1 provides information about the memory model and memory management support in AArch32.

## Bit field descriptions

ID_MMFR3_EL1 is a 64-bit register, and is part of the Identification registers functional group.

This register is read-only.

**Figure 13-64: ID_MMFR3_EL1 bit assignments**



**Reserved, [63:32]**

Reserved.

**Supersec, [31:28]**

Supersections. Indicates support for supersections:

| | |
|---|---|
| **0x0** | Supersections supported. |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**CMemSz, [27:24]**

> Cached memory size. Indicates the size of physical memory that is supported by the core caches:
>
> > **0x2**         1TByte or more, corresponding to a 40-bit, or larger physical address range.

**CohWalk, [23:20]**

> Coherent walk. Indicates whether translation table updates require a clean to the point of unification:
>
> > **0x1**         Updates to the translation tables do not require a clean to the point of unification to ensure visibility by subsequent translation table walks.

**PAN, [19:16]**

> Privileged Access Never.
>
> **0x2**
>
> > PAN supported and new `ATS1CPRP` and `ATS1CPWP` instructions supported.

**MaintBcst, [15:12]**

> Maintenance broadcast. Indicates whether cache, TLB, and branch predictor operations are broadcast:
>
> > **0x2**         Cache, TLB, and branch predictor operations affect structures according to Shareability and defined behavior of instructions.

**BPMaint, [11:8]**

> Branch predictor maintenance. Indicates the supported branch predictor maintenance operations.
>
> > **0x2**         Supported branch predictor maintenance operations are:
> >
> > - Invalidate all branch predictors.
> > - Invalidate branch predictors by MVA.

**CMaintSW, [7:4]**

> Cache maintenance by set/way. Indicates the supported cache maintenance operations by set/way.
>
> > **0x1**         Supported hierarchical cache maintenance operations by set/way are:
> >
> > - Invalidate data cache by set/way.
> > - Clean data cache by set/way.
> > - Clean and invalidate data cache by set/way.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**CMaintVA, [3:0]**

> Cache maintenance by *Virtual Address* (VA). Indicates the supported cache maintenance operations by VA.
>
> > **0x1**        Supported hierarchical cache maintenance operations by VA are:
> >
> > - Invalidate data cache by VA.
> >
> > - Clean data cache by VA.
> >
> > - Clean and invalidate data cache by VA.
> >
> > - Invalidate instruction cache by VA.
> >
> > - Invalidate all instruction cache entries.

**Configurations**

> Must be interpreted with ID_MMFR0_EL1, ID_MMFR1_EL1, ID_MMFR2_EL1, and ID_MMFR4_EL1. See:
>
> - 13.78 ID_MMFR0_EL1, AArch32 Memory Model Feature Register 0, EL1 on page 210.
>
> - 13.79 ID_MMFR1_EL1, AArch32 Memory Model Feature Register 1, EL1 on page 212.
>
> - 13.80 ID_MMFR2_EL1, AArch32 Memory Model Feature Register 2, EL1 on page 214.
>
> - 13.82 ID_MMFR4_EL1, AArch32 Memory Model Feature Register 4, EL1 on page 218.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

# 13.82  ID_MMFR4_EL1, AArch32 Memory Model Feature Register 4, EL1

The ID_MMFR4_EL1 provides information about the memory model and memory management support in AArch32.

## Bit field descriptions

ID_MMFR4_EL1 is a 64-bit register, and is part of the Identification registers functional group.

This register is read-only.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Figure 13-65: ID_MMFR4_EL1 bit assignments



**Reserved, [63:32]**

Reserved.

**RAZ, [31:24]**

Read-As-Zero.

**LSM, [23:20]**

Load/Store Multiple. Indicates whether adjacent loads or stores can be combined. The value is:

**0x0**          LSMAOE and nTLSMD bit not supported.

**HPDS, [19:16]**

Presence of Hierarchical Disables. Enables an operating system or hypervisor to hand over up to 4 bits of the last level translation table descriptor (bits[62:59] of the translation table entry) for use by hardware for **IMPLEMENTATION DEFINED** usage. The value is:

**0x2**          Hierarchical Permission Disables and Hardware allocation of bits[62:59] supported.

**CNP, [15:12]**

Common Not Private. Indicates support for selective sharing of TLB entries across multiple PEs. The value is:

**0x1**          CnP bit supported.

**XNX, [11:8]**

Execute Never. Indicates whether the stage 2 translation tables allows the stage 2 control of whether memory is executable at EL1 independent of whether memory is executable at EL0. The value is:

**0x1**          EL0/EL1 execute control distinction at stage 2 bit supported.

**AC2, [7:4]**

Indicates the extension of the ACTLR and HACTLR registers using ACTLR2 and HACTLR2. The value is:

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| | |
|---|---|
| `0x1` | ACTLR2 and HACTLR2 are implemented. |

**SpecSEI, [3:0]**

Describes whether the core can generate SError interrupt exceptions from Speculative reads of memory, including Speculative instruction fetches. The value is:

| | |
|---|---|
| `0x0` | The core never generates an SError interrupt due to an External abort on a Speculative read. |

**Configurations**

There is one copy of this register that is used in both Secure and Non-secure states.

Must be interpreted with ID_MMFR0_EL1, ID_MMFR1_EL1, ID_MMFR2_EL1, and ID_MMFR3_EL1. See:

- 13.78 ID_MMFR0_EL1, AArch32 Memory Model Feature Register 0, EL1 on page 210.
- 13.79 ID_MMFR1_EL1, AArch32 Memory Model Feature Register 1, EL1 on page 212.
- 13.80 ID_MMFR2_EL1, AArch32 Memory Model Feature Register 2, EL1 on page 214.
- 13.81 ID_MMFR3_EL1, AArch32 Memory Model Feature Register 3, EL1 on page 216.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

# 13.83  ID_PFR0_EL1, AArch32 Processor Feature Register 0, EL1

The ID_PFR0_EL1 provides top-level information about the instruction sets supported by the core in AArch32.

## Bit field descriptions

ID_PFR0_EL1 is a 64-bit register, and is part of the Identification registers functional group.

This register is read-only.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure 13-66: ID_PFR0_EL1 bit assignments**



RES0

**Reserved, [63:32]**

> Reserved.

**RAS, [31:28]**

RAS extension version. The value is:

| | |
|---|---|
| **0x1** | Version 1 of the RAS extension is present. |

**RES0, [27:20]**

| | |
|---|---|
| **RES0** | Reserved. |

**CSV2, [19:16]**

| | |
|---|---|
| **0x0** | This device does not disclose whether branch targets trained in one context can affect speculative execution in a different context. |
| **0x1** | Branch targets trained in one context cannot affect speculative execution in a different hardware described context. This is the reset value. |

**State3, [15:12]**

Indicates support for *Thumb Execution Environment* (T32EE) instruction set. This value is:

| | |
|---|---|
| **0x0** | Core does not support the T32EE instruction set. |

**State2, [11:8]**

Indicates support for Jazelle. This value is:

| | |
|---|---|
| **0x1** | Core supports trivial implementation of Jazelle. |

**State1, [7:4]**

Indicates support for T32 instruction set. This value is:

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| | |
|---|---|
| `0x3` | Core supports T32 encoding after the introduction of Thumb-2 technology, and for all 16-bit and 32-bit T32 basic instructions. |

**State0, [3:0]**

Indicates support for A32 instruction set. This value is:

| | |
|---|---|
| `0x1` | A32 instruction set implemented. |

**Configurations**

There are no configuration notes.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

# 13.84  ID_PFR1_EL1, AArch32 Processor Feature Register 1, EL1

The ID_PFR1_EL1 provides information about the programmers model and architecture extensions that are supported by the core.

## Bit field descriptions

ID_PFR1_EL1 is a 64-bit register, and must be interpreted with ID_PFR0. It is part of the Identification registers functional group.

This register is read-only.

**Figure 13-67: ID_PFR1_EL1 bit assignments**



**Reserved, [63:32]**

Reserved.

**GIC CPU, [31:28]**

GIC CPU support:

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**0**

GIC CPU interface is disabled, GICCDISABLE is HIGH, or not implemented.

**1**

GIC CPU interface is implemented and enabled, GICCDISABLE is LOW.

### Virt_frac, [27:24]

**0**

No features from the Armv7 Virtualization Extensions are implemented.

### Sec_frac, [23:20]

**0**

No features from the Armv7 Virtualization Extensions are implemented.

### GenTimer, [19:16]

Generic Timer support:

**1**

Generic Timer supported.

### Virtualization, [15:12]

Virtualization support:

**0**

Virtualization not implemented.

### MProgMod, [11:8]

M profile programmers model support:

**0**

Not supported.

### Security, [7:4]

Security support:

**0**

Security not implemented.

### ProgMod, [3:0]

Indicates support for the standard programmers model for Armv4 and later.

Model must support User, FIQ, IRQ, Supervisor, Abort, Undefined, and System modes:

**0**

Not supported.

### Configurations

There are no configuration notes.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 13.85  ID_PFR2_EL1, AArch32 Processor Feature Register 2, EL1

The ID_PFR2_EL1 provides information about the programmers model and architecture extensions that are supported by the core.

### Bit field descriptions

ID_PFR2_EL1 is a 64-bit register, and is part of the Identification registers functional group.

This register is read-only.

**Figure 13-68: ID_PFR2_EL1 bit assignments**



RES0

**Reserved, [63:32]**

> Reserved.

**RES0, [31:8]**

RES0

> Reserved.

**SSBS, [7:4]**

1

> AArch32 provides the PSTATE.SSBS mechanism to mark regions that are *Speculative Store Bypassing Safe* (SSBS).

**CSV3, [3:0]**

1

> Data that are loaded under speculation with a permission or domain fault cannot be used to form an address or generate condition codes to be used by instructions newer than the load in the speculative sequence. This is the reset value.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Configurations**

There are no configuration notes.

Bit fields and details not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

# 13.86  LORC_EL1, LORegion Control Register, EL1

The LORC_EL1 register enables and disables LORegions, and selects the current LORegion descriptor.

## Bit field descriptions

LORC_EL1 is a 64-bit register and is part of the Virtual memory control registers functional group.

**Figure 13-69: LORC_EL1 bit assignments**



**RES0, [63:4]**

Reserved, **RES0**.

**DS, [3:2]**

Descriptor Select. Number that selects the current LORegion descriptor that is accessed by the LORSA_EL1, LOREA_EL1, and LORN_EL1 registers.

**RES0, [1]**

Reserved, **RES0**.

**EN, [0]**

Enable. The possible values are:

| | |
|---|---|
| 0 | Disabled. This is the reset value. |
| 1 | Enabled. |

**Configurations**

RW fields in this register reset to architecturally **UNKNOWN** values.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 13.87  LORID_EL1, LORegion ID Register, EL1

The LORID_EL1 ID register indicates the supported number of LORegions and LORegion descriptors.

## Bit field descriptions

LORID_EL1 is a 64-bit register.

**Figure 13-70: LORID_EL1 bit assignments**



RES0

**RES0, [63:24]**

> Reserved, **RES0**.

**LD, [23:16]**

> Number of LORegion descriptors supported by the implementation, expressed as binary 8-bit number. The value is:

> **0x04**        Four LORegion descriptors are supported.

**RES0, [15:8]**

> Reserved, **RES0**.

**LR, [7:0]**

> Number of LORegions supported by the implementation, expressed as a binary 8-bit number. The value is:

> **0x04**        Four LORegions are supported.

## Configurations

> There are no configuration notes.

> Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 13.88  LORN_EL1, LORegion Number Register, EL1

The LORN_EL1 register holds the number of the LORegion described in the current LORegion descriptor that is selected by LORC_EL1.DS.

## Bit field descriptions

LORN_EL1 is a 64-bit register and is part of the Virtual memory control registers functional group.

**Figure 13-71: LORN_EL1 bit assignments**



RES0

**RES0, [63:2]**

 Reserved, **RES0**.

**Num, [1:0]**

 Indicates the LORegion number.

**Configurations**

 RW fields in this register reset to architecturally **UNKNOWN** values.

 Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

# 13.89  MDCR_EL3, Monitor Debug Configuration Register, EL3

The MDCR_EL3 provides configuration options for Security to self-hosted debug.

## Bit field descriptions

MDCR_EL3 is a 64-bit register, and is part of:

- The Debug registers functional group.
- The Security registers functional group.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Figure 13-72: MDCR_EL3 bit assignments



■ res0

#### Reserved, [63:32]

Reserved.

#### RES0, [31:22]

RES0    Reserved.

#### EPMAD, [21]

External debugger access to Performance Monitors registers disabled. This disables access to these registers by an external debugger. The possible values are:

0    Access to Performance Monitors registers from external debugger is permitted.
1    Access to Performance Monitors registers from external debugger is disabled, unless overridden by authentication interface.

#### EDAD, [20]

External debugger access to breakpoint and watchpoint registers disabled. This disables access to these registers by an external debugger. The possible values are:

0    Access to breakpoint and watchpoint registers from external debugger is permitted.
1    Access to breakpoint and watchpoint registers from external debugger is disabled, unless overridden by authentication interface.

#### SPME, [17]

Secure performance monitors enable. This enables event counting exceptions from Secure state. The possible values are:

0    Event counting prohibited in Secure state.
1    Event counting allowed in Secure state.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## SPD32, [15:14]

**RES0**

      Reserved.

## NSPB, [13:12]

Non-secure Profiling Buffer. Controls the owning translation regime and accesses to Statistical Profiling and Profiling Buffer control registers. The possible values are:

| | |
|---|---|
| **00** | Profiling Buffer uses Secure Virtual Addresses. Statistical Profiling enabled in Secure state and disabled in Non-secure state. Accesses to Statistical Profiling and Profiling Buffer controls at EL2 and EL1 in both Security states generate Trap exceptions to EL3. |
| **01** | Profiling Buffer uses Secure Virtual Addresses. Statistical Profiling enabled in Secure state and disabled in Non-secure state. Accesses to Statistical Profiling and Profiling Buffer controls in Non-secure state generate Trap exceptions to EL3. |
| **10** | Profiling Buffer uses Non-secure Virtual Addresses. Statistical Profiling enabled in Non-secure state and disabled in Secure state. Accesses to Statistical Profiling and Profiling Buffer controls at EL2 and EL1 in both Security states generate Trap exceptions to EL3. |
| **11** | Profiling Buffer uses Non-secure Virtual Addresses. Statistical Profiling enabled in Non-secure state and disabled in Secure state. Accesses to Statistical Profiling and Profiling Buffer controls at Secure EL1 generate Trap exceptions to EL3. |

## RES0, [11]

**RES0**      Reserved.

## TDOSA, [10]

Trap accesses to the OS Debug system registers, OSLAR_EL1, OSLSR_EL1, OSDLR_EL1, and DBGPRCR_EL1 OS.

| | |
|---|---|
| **0** | Accesses are not trapped. |
| **1** | Accesses to the OS Debug system registers are trapped to EL3. |

The reset value is **UNKNOWN**.

## TDA, [9]

Trap accesses to the remaining sets of Debug registers to EL3.

| | |
|---|---|
| **0** | Accesses are not trapped. |
| **1** | Accesses to the remaining Debug system registers are trapped to EL3. |

The reset value is **UNKNOWN**.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Configurations**

> There are no configuration notes.

> Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

# 13.90  MIDR_EL1, Main ID Register, EL1

The MIDR_EL1 provides identification information for the core, including an implementer code for the device and a device ID number.

**Bit field descriptions**

MIDR_EL1 is a 64-bit register, and is part of the Identification registers functional group.

This register is read-only.

**Figure 13-73: MIDR_EL1 bit assignments**



**Reserved, [63:32]**

> Reserved.

**Implementer, [31:24]**

> Indicates the implementer code. This value is:

> > `0x41`        ASCII character 'A' - implementer is Arm® Limited.

**Variant, [23:20]**

> Indicates the variant number of the core. This is the major revision number *x* in the rx part of the rxpy description of the product revision status. This value is:

> > `0x4`        r4p1.

**Architecture, [19:16]**

> Indicates the architecture code. This value is:

> > `0xF`        Defined by CPUID scheme.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**PartNum, [15:4]**

>   Indicates the primary part number. This value is:

>   **0xD0C**        Neoverse™ N1 core.

**Revision, [3:0]**

>   Indicates the minor revision number of the core. This is the minor revision number *y* in the py
>   part of the rxpy description of the product revision status. This value is:

>   **0x1**          r4p1.

**Configurations**

>   The MIDR_EL1 is architecturally mapped to external MIDR_EL1 register.

>   Bit fields and details that are not provided in this description are architecturally defined. See
>   the *Arm® Architecture Reference Manual for A-profile architecture*.

# 13.91  MPIDR_EL1, Multiprocessor Affinity Register, EL1

The MPIDR_EL1 provides an additional core identification mechanism for scheduling purposes in a
cluster.

## Bit field descriptions

MPIDR_EL1 is a 64-bit register, and is part of the Other system control registers functional group.

This register is read-only.

**Figure 13-74: MPIDR_EL1 bit assignments**



**RES0, [63:40]**

>   **RES0**         Reserved.

**Aff3, [39:32]**

>   Affinity level 3. Highest level affinity field.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**CLUSTERID**

Indicates the value read in the CLUSTERIDAFF3 configuration signal.

**RES1, [31]**

RES1                Reserved.

**U, [30]**

Indicates a single core system, as distinct from core 0 in a cluster. This value is:

0                   Core is part of a multiprocessor system. This is the value for
                    implementations with more than one core, and for implementations
                    with an ACE manager interface or a CHI requester interface.

**RES0, [29:25]**

RES0                Reserved.

**MT, [24]**

Indicates whether the lowest level of affinity consists of logical cores that are implemented
using a multithreading type approach. This value is:

1                   Performance of PEs at the lowest affinity level is interdependent.

                    Affinity0 represents threads. Neoverse™ N1 is not multithreaded, but
                    may be in a system with other cores that are multithreaded.

**Aff2, [23:16]**

Affinity L2. Second highest level affinity field.

**CLUSTERID**

Indicates the value read in the CLUSTERIDAFF2 configuration signal.

**Aff1, [15:11]**

Part of Affinity L1. Third highest level affinity field.

RAZ                 Read-As-Zero.

**Aff1, [10:8]**

Part of Affinity L1. Third highest level affinity field.

CPUID               Identification number for each CPU in the cluster:

0x0                 MP1: CPUID: 0.
0x7                 MP8: CPUID: 7.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Aff0, [7:0]**

> Affinity level 0. The level identifies individual threads within a multithreaded core. The Neoverse™ N1 core is single-threaded, so this field has the value `0x00`.

**Configurations**

> MPIDR_EL1[31:0] is mapped to external register EDDEVAFF0.

> MPIDR_EL1[63:32] is mapped to external register EDDEVAFF1.

> Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

# 13.92  PAR_EL1, Physical Address Register, EL1

The PAR_EL1 returns the output address from an address translation instruction that executed successfully, or fault information if the instruction did not execute successfully.

## Bit field descriptions, PAR_EL1.F is 0

The following figure shows the PAR bit assignments when PAR.F is 0.

**Figure 13-75: PAR bit assignments, PAR_EL1.F is 0**



**IMP DEF, [10]**

> **IMPLEMENTATION DEFINED**. Bit[10] is **RES0**.

**F, [0]**

> Indicates whether the instruction performed a successful address translation.

> | 0 | Address translation completed successfully. |
> | 1 | Address translation aborted. |

## Configurations

> There are no configuration notes.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

**Bit field descriptions, PAR_EL1.F is 1**

See the *Arm® Architecture Reference Manual for A-profile architecture*.

# 13.93  REVIDR_EL1, Revision ID Register, EL1

The REVIDR_EL1 provides revision information, additional to MIDR_EL1, that identifies minor fixes (errata) which might be present in a specific implementation of the Neoverse™ N1 core.

**Bit field descriptions**

REVIDR_EL1 is a 64-bit register, and is part of the Identification registers functional group.

This register resets to value `0x0000000000000000`.

This register is read-only.

**Figure 13-76: REVIDR_EL1 bit assignments**



**Reserved, [63:32]**

Reserved.

**IMPLEMENTATION DEFINED, [31:0]**

IMPLEMENTATION DEFINED.

**Configurations**

There are no configuration notes.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## 13.94  RMR_EL3, Reset Management Register

The RMR_EL3 controls the Execution state that the core boots into and allows request of a Warm reset.

**Bit field descriptions**

RMR_EL3 is a 64-bit register, and is part of the Reset management registers functional group.

**Figure 13-77: RMR_EL3 bit assignments**



**RES0, [63:2]**

> **RES0**          Reserved.

**RR, [1]**

> Reset Request. The possible values are:

>> **0**          This is the reset value on both a Warm and a Cold reset.
>> **1**          Requests a Warm reset.

> The bit is strictly a request.

**RES1, [0]**

> **RES1**          Reserved.

**Configurations**

> There are no configuration notes.

> Details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

## 13.95  RVBAR_EL3, Reset Vector Base Address Register, EL3

RVBAR_EL3 contains the **IMPLEMENTATION DEFINED** address that execution starts from after reset.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit field descriptions

RVBAR_EL3 is a 64-bit register, and is part of the Reset management registers functional group.

This register is read-only.

**Figure 13-78: RVBAR_EL3 bit assignments**



**RVBA, [63:0]**

Reset Vector Base Address. The address that execution starts from after reset. Bits[1:0] of this register are `0b00`, as this address must be aligned, and bits [63:48] are `0x0000` because the address must be within the physical address size that is supported by the core.

**Configurations**

There are no configuration notes.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

# 13.96  SCTLR_EL1, System Control Register, EL1

The SCTLR_EL1 provides top-level control of the system, including its memory system, at EL1 and EL0.

## Bit field descriptions

SCTLR_EL1 is a 64-bit register, and is part of the Other system control registers functional group.

This register resets to `0x0000000030D50838`.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Arm® Neoverse™ N1 Core  Technical Reference Manual

Document ID: 100616_0401_02_en
Issue: 02
AArch64 System registers

### Figure 13-79: SCTLR_EL1 bit assignments



**RES0, [63:45]**

> **RES0**          Reserved

**DSSBS, [44]**

> DSSBS is used to set the new PSTATE bit, SSBS (Speculative Store Bypassing Safe).

> **0**          PSTATE.SSBS is set to 0 on an exception taken to this Exception level. This is the reset value.
>
> **1**          PSTATE.SSBS is set to 1 on an exception taken to this Exception level.

**RES0, [43:30]**

> **RES0**          Reserved

**RES1, [29:28]**

> **RES1**          Reserved

**RES0, [27]**

> **RES0**          Reserved

**EE, [25]**

> Exception endianness. The value of this bit controls the endianness for explicit data accesses at EL1. This value also indicates the endianness of the translation table data for translation table lookups. The possible values of this bit are:

> **0**          Little-endian.
>
> **1**          Big-endian.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**ITD, [7]**

> This field is *RAZ/WI*.

**RES0, [6]**

> | RES0 | Reserved |
> |------|----------|

**CP15BEN, [5]**

> CP15 barrier enable. The possible values are:

> | 0 | CP15 barrier operations disabled. Their encodings are **UNDEFINED**. |
> |---|---|
> | 1 | CP15 barrier operations enabled. |

**M, [0]**

> MMU enable. The possible values are:

> | 0 | EL1 and EL0 stage 1 MMU disabled. |
> |---|---|
> | 1 | EL1 and EL0 stage 1 MMU enabled. |

**Configurations**

> There are no configuration notes.

> Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

# 13.97  SCTLR_EL2, System Control Register, EL2

The SCTLR_EL2 provides top-level control of the system, including its memory system at EL2.

## Bit field descriptions

SCTLR_EL2 is a 64-bit register, and is part of:

- The Virtualization registers functional group

- The Other system control registers functional group

**Figure 13-80: SCTLR_EL2 bit assignments**



Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

This register resets to `0x30C50838`.

**Reserved, [63:45]**

> Reserved.

**DSSBS, [44]**

> DSSBS is used to set the new PSTATE bit, SSBS (Speculative Store Bypassing Safe).
>
> SCTLR_EL2.DSSBS is held in bit[44] regardless of the value of HCR_EL2.E2H or HCR_EL2.TGE.

> **0**          PSTATE.SSBS is set to 0 on an exception taken to this Exception level. This is the reset value.
>
> **1**          PSTATE.SSBS is set to 1 on an exception taken to this Exception level.

**Configurations**

> If EL2 is not implemented, this register is **RES0** from EL3.
>
> Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

# 13.98  SCTLR_EL3, System Control Register, EL3

The SCTLR_EL3 provides top-level control of the system, including its memory system at EL3.

### Bit field descriptions

SCTLR_EL3 is a 64-bit register, and is part of the Other system control registers functional group.

This register resets to `0x30C50838`.

**Figure 13-81: SCTLR_EL3 bit assignments**



Arm® Neoverse™ N1 Core  Technical Reference Manual

Document ID: 100616_0401_02_en
Issue: 02
AArch64 System registers

**RES0, [63:45]**

> RES0          Reserved

**DSSBS, [44]**

> DSSBS is used to set the new PSTATE bit, SSBS (Speculative Store Bypassing Safe).

> 0             PSTATE.SSBS is set to 0 on an exception taken to this Exception level. This is the reset value.
> 1             PSTATE.SSBS is set to 1 on an exception taken to this Exception level.

**RES0, [43:30]**

> RES0          Reserved

**RES1, [29:28]**

> RES1          Reserved

**RES0, [27:26]**

> RES0          Reserved

**EE, [25]**

> Exception endianness. This bit controls the endianness for:

> - Explicit data accesses at EL3.

> - Stage 1 translation table walks at EL3.

> The possible values are:

> 0             Little-endian
> 1             Big-endian

> The reset value is determined by the CFGEND configuration signal.

**I, [12]**

> Global instruction cache enable. The possible values are:

> 0             Instruction caches disabled. This is the reset value.
> 1             Instruction caches enabled.

**C, [2]**

> Global enable for data and unified caches. The possible values are:

> 0             Disables data and unified caches. This is the reset value.
> 1             Enables data and unified caches.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**M, [0]**

> Global enable for the EL3 MMU. The possible values are:
>
> | | |
> |---|---|
> | **0** | Disables EL3 MMU. This is the reset value. |
> | **1** | Enables EL3 MMU. |

**Configurations**

> There are no configuration notes.
>
> Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

# 13.99  TCR_EL1, Translation Control Register, EL1

The TCR_EL1 determines which Translation base registers define the base address register for a translation table walk required for stage 1 translation of a memory access from EL0 or EL1 and holds Cacheability and Shareability information.

## Bit field descriptions

TCR_EL1 is a 64-bit register, and is part of the Virtual memory control registers functional group.

**Figure 13-82: TCR_EL1 bit assignments**



 Bits[50:39], architecturally defined, are implemented in the core.

**HD, [40]**

Hardware management of dirty state in stage 1 translations from EL0 and EL1. The possible values are:

| | |
|---|---|
| **0** | Stage 1 hardware management of dirty state disabled. |
| **1** | Stage 1 hardware management of dirty state enabled, only if the HA bit is also set to 1. |

**HA, [39]**

Hardware Access flag update in stage 1 translations from EL0 and EL1. The possible values are:

| | |
|---|---|
| **0** | Stage 1 Access flag update disabled. |
| **1** | Stage 1 Access flag update enabled. |

**Configurations**

RW fields in this register reset to **UNKNOWN** values.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

# 13.100  TCR_EL2, Translation Control Register, EL2

The TCR_EL2 controls translation table walks required for stage 1 translation of a memory access from EL2 and holds Cacheability and Shareability information.

**Bit field descriptions**

TCR_EL2 is a 64-bit register.

TCR_EL2 is part of:

- The Virtual memory control registers functional group.
- The Hypervisor and virtualization registers functional group.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure 13-83: TCR_EL2 bit assignments**



 Bits[28:21], architecturally defined, are implemented in the core.

### HD, [22]

Dirty bit update. The possible values are:

| | |
|---|---|
| **0** | Dirty bit update is disabled. |
| **1** | Dirty bit update is enabled. |

### HA, [21]

Stage 1 Access flag update. The possible values are:

| | |
|---|---|
| **0** | Stage 1 Access flag update is disabled. |
| **1** | Stage 1 Access flag update is enabled. |

### Configurations

When the Virtualization Host Extension is activated, TCR_EL2 has the same bit assignments as TCR_EL1.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

# 13.101  TCR_EL3, Translation Control Register, EL3

The TCR_EL3 controls translation table walks required for stage 1 translation of memory accesses from EL3 and holds Cacheability and Shareability information for the accesses.

### Bit field descriptions

TCR_EL3 is a 64-bit register and is part of the Virtual memory control registers functional group.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Figure 13-84: TCR_EL3 bit assignments



 **Note** Bits[28:21], architecturally defined, are implemented in the core.

**Reserved, [63:32]**

Reserved.

**HD, [22]**

Dirty bit update. The possible values are:

| | |
|---|---|
| **0** | Dirty bit update is disabled. |
| **1** | Dirty bit update is enabled. |

**HA, [21]**

Stage 1 Access flag update. The possible values are:

| | |
|---|---|
| **0** | Stage 1 Access flag update is disabled. |
| **1** | Stage 1 Access flag update is enabled. |

**Configurations**

There are no configuration notes.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Arm® Neoverse™ N1 Core  Technical Reference Manual

Document ID: 100616_0401_02_en
Issue: 02
AArch64 System registers

# 13.102  TTBR0_EL1, Translation Table Base Register 0, EL1

The TTBR0_EL1 holds the base address of translation table 0, and information about the memory it occupies. This is one of the translation tables for the stage 1 translation of memory accesses from modes other than Hyp mode.

## Bit field descriptions

TTBR0_EL1 is 64-bit register.

**Figure 13-85: TTBR0_EL1 bit assignments**



**ASID, [63:48]**

> An ASID for the translation table base address. The TCR_EL1.A1 field selects either TTBR0_EL1.ASID or TTBR1_EL1.ASID.

**BADDR[47:x], [47:1]**

> Translation table base address, bits[47:x]. Bits [x-1:1] are **RES0**.

> x is based on the value of TCR_EL1.T0SZ, the stage of translation, and the memory translation granule size.

> For instructions on how to calculate it, see the *Arm® Architecture Reference Manual for A-profile architecture*.

> The value of x determines the required alignment of the translation table, that must be aligned to $2^x$ bytes.

> If bits [x-1:1] are not all zero, this is a misaligned translation table base address. Its effects are **CONSTRAINED UNPREDICTABLE**, where bits [x-1:1] are treated as if all the bits are zero. The value read back from those bits is the value that is written.

**CnP, [0]**

> Common not Private. The possible values are:

> **0**
>> CnP is not supported.

> **1**
>> CnP is supported.

## Configurations

> There are no configuration notes.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

# 13.103  TTBR0_EL2, Translation Table Base Register 0, EL2

The TTBR0_EL2 holds the base address of the translation table for the stage 1 translation of memory accesses from EL2.

## Bit field descriptions

TTBR0_EL2 is a 64-bit register, and is part of the Virtual memory control registers functional group.

**Figure 13-86: TTBR0_EL2 bit assignments**



**RES0, [63:48]**

> **RES0**

> Reserved.

**BADDR, [47:1]**

> Translation table base address, bits[47:x]. Bits [x-1:1] are **RES0**.

> x is based on the value of TCR_EL2.T0SZ, the stage of translation, and the memory translation granule size.

> For instructions on how to calculate it, see the *Arm® Architecture Reference Manual Arm®v8, for Arm®v8-A architecture profile*.

> The value of x determines the required alignment of the translation table, that must be aligned to $2^x$ bytes.

> If bits [x-1:1] are not all zero, this is a misaligned translation table base address. Its effects are **CONSTRAINED UNPREDICTABLE**, where bits [x-1:1] are treated as if all the bits are zero. The value read back from those bits is the value that is written.

**CnP, [0]**

> Common not Private. The possible values are:

> **0**

> > CnP is not supported.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**1**

CnP is supported.

**Configurations**

When the Virtualization Host Extension is activated, TTBR0_EL2 has the same bit assignments as TTBR0_EL1.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

# 13.104  TTBR0_EL3, Translation Table Base Register 0, EL3

The TTBR0_EL3 holds the base address of the translation table for the stage 1 translation of memory accesses from EL3.

### Bit field descriptions

TTBR0_EL3 is a 64-bit register.

**Figure 13-87: TTBR0_EL3 bit assignments**



**[63:48]**

Reserved, **RES0**.

**BADDR[47:x], [47:1]**

Translation table base address, bits[47:x]. Bits [x-1:1] are **RES0**.

x is based on the value of TCR_EL1.T0SZ, the stage of translation, and the memory translation granule size.

For instructions on how to calculate it, see the *Arm® Architecture Reference Manual for A-profile architecture*.

The value of x determines the required alignment of the translation table, that must be aligned to $2^x$ bytes.

If bits [x-1:1] are not all zero, this is a misaligned translation table base address. Its effects are **CONSTRAINED UNPREDICTABLE**, where bits [x-1:1] are treated as if all the bits are zero. The value read back from those bits is the value that is written.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**CnP, [0]**

> Common not Private. The possible values are:

> | | |
> |---|---|
> | **0** | CnP is not supported. |
> | **1** | CnP is supported. |

**Configurations**

> There are no configuration notes.

> Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

# 13.105  TTBR1_EL1, Translation Table Base Register 1, EL1

The TTBR1_EL1 holds the base address of translation table 1, and information about the memory it occupies. This is one of the translation tables for the stage 1 translation of memory accesses at EL0 and EL1.

**Bit field descriptions**

TTBR1_EL1 is a 64-bit register.

**Figure 13-88: TTBR1_EL1 bit assignments**



**ASID, [63:48]**

> An ASID for the translation table base address. The TCR_EL1.A1 field selects either TTBR0_EL1.ASID or TTBR1_EL1.ASID.

**BADDR[47:x], [47:1]**

> Translation table base address, bits[47:x]. Bits [x-1:0] are `RES0`.

> x is based on the value of TCR_EL1.T0SZ, the stage of translation, and the memory translation granule size.

> For instructions on how to calculate it, see the *Arm® Architecture Reference Manual for A-profile architecture*.

> The value of x determines the required alignment of the translation table, that must be aligned to $2^x$ bytes.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

If bits [x-1:1] are not all zero, this is a misaligned Translation Table Base Address. Its effects are **CONSTRAINED UNPREDICTABLE**, where bits [x-1:1] are treated as if all the bits are zero. The value read back from those bits is the value that is written.

**CnP, [0]**

Common not Private. The possible values are:

| | |
|---|---|
| **0** | CnP is not supported. |
| **1** | CnP is supported. |

**Configurations**

There are no configuration notes.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

# 13.106  TTBR1_EL2, Translation Table Base Register 1, EL2

TTBR1_EL2 has the same format and contents as TTBR1_EL1.

See 13.105 TTBR1_EL1, Translation Table Base Register 1, EL1 on page 248.

# 13.107  VDISR_EL2, Virtual Deferred Interrupt Status Register, EL2

The VDISR_EL2 records that a virtual SError interrupt has been consumed by an `ESB` instruction executed at Non-secure EL1.

### Bit field descriptions

VDISR_EL2 is a 64-bit register, and is part of the *Reliability, Availability, Serviceability* (RAS) registers functional group.

**Configurations**

See 13.107.1 VDISR_EL2 at EL1 using AArch64 on page 249.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

## 13.107.1  VDISR_EL2 at EL1 using AArch64

VDISR_EL2 has a specific format when written at EL1.

The following figure shows the VDISR_EL2 bit assignments when written at EL1 using AArch64:

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure 13-89: VDISR_EL2 at EL1 using AArch64**



RES0

**RES0, [63:32]**

> **RES0**       Reserved.

**A, [31]**

> Set to 1 when ESB defers an asynchronous SError interrupt.

**RES0, [30:25]**

> **RES0**       Reserved.

**IDS, [24]**

> Contains the value from VSESR_EL2.IDS.

**ISS, [23:0]**

> Contains the value from VSESR_EL2, bits[23:0].

# 13.108  VSESR_EL2, Virtual SError Exception Syndrome Register

The VSESR_EL2 provides the syndrome value that is reported to software on taking a virtual SError interrupt exception.

**Bit field descriptions**

VSESR_EL2 is a 64-bit register, and is part of:

- The Exception and fault handling registers functional group.
- The Virtualization registers functional group.

If the virtual SError interrupt is taken to EL1, VSESR_EL2 provides the syndrome value that is reported in ESR_EL1.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## VSESR_EL2 bit assignments

**Figure 13-90: VSESR_EL2 bit assignments**



**RES0, [63:25]**

> **RES0**          Reserved.

**IDS, [24]**

> Indicates whether the deferred SError interrupt was of an **IMPLEMENTATION DEFINED** type. See
> ESR_EL1.IDS for a description of the functionality.
>
> On taking a virtual SError interrupt to EL1 using AArch64 because HCR_EL2.VSE == 1,
> ESR_EL1[24] is set to VSESR_EL2.IDS.

**ISS, [23:0]**

> Syndrome information. See ESR_EL1.ISS for a description of the functionality.
>
> On taking a virtual SError interrupt to EL1 using AArch32 due to HCR_EL2.VSE == 1,
> ESR_EL1 [23:0] is set to VSESR_EL2.ISS.

**Configurations**

> There are no configuration notes.
>
> Bit fields and details that are not provided in this description are architecturally defined. See
> the *Arm® Architecture Reference Manual for A-profile architecture*.

# 13.109  VTCR_EL2, Virtualization Translation Control Register, EL2

The VTCR_EL2 controls the translation table walks required for the stage 2 translation of memory
accesses from Non-secure EL0 and EL1.

It also holds Cacheability and Shareability information for the accesses.

## Bit field descriptions

VTCR_EL2 is a 64-bit register, and is part of:

- The Virtualization registers functional group.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Arm® Neoverse™ N1 Core  Technical Reference Manual

Document ID: 100616_0401_02_en
Issue: 02
AArch64 System registers

- The Virtual memory control registers functional group.

**Figure 13-91: VTCR_EL2 bit assignments**




Bits[28:25] and bits[22:21], architecturally defined, are implemented in the core.

**Reserved, [63:32]**

Reserved.

**TG0, [15:14]**

TTBR0_EL2 granule size. The possible values are:

| | |
|---|---|
| **00** | 4KB. |
| **01** | 64KB. |
| **10** | 16KB. |
| **11** | Reserved. |

All other values are not supported.

**Configurations**

RW fields in this register reset to architecturally **UNKNOWN** values.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 13.110  VTTBR_EL2, Virtualization Translation Table Base Register, EL2

VTTBR_EL2 holds the base address of the translation table for the stage 2 translation of memory accesses from Non-secure EL0 and EL1.

### Bit field descriptions

VTTBR_EL2 is a 64-bit register.

**Figure 13-92: VTTBR_EL2 bit assignments**



**CnP, [0]**

> Common not Private. The possible values are:

> | | |
> |---|---|
> | **0** | CnP is not supported. |
> | **1** | CnP is supported. |

### Configurations

> There are no configuration notes.

> Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 14. Error System registers

This chapter describes the error registers accessed by the AArch64 error registers.

## 14.1  Error System register summary

This section identifies the ERR0* core error record registers accessed by the AArch64 ERX* error registers.

For those registers that are not described in this chapter, see the *Arm® Architecture Reference Manual for A-profile architecture*.

The following table describes the architectural error record registers.

**Table 14-1: Architectural error System register summary**

| Register mnemonic | Size | Register name | Access aliases from AArch64 |
|---|---|---|---|
| ERR0ADDR | 64 | 14.2 ERR0ADDR, Error Record Address Register on page 254 | 13.44 ERXADDR_EL1, Selected Error Record Address Register, EL1 on page 167 |
| ERR0CTLR | 64 | 14.3 ERR0CTLR, Error Record Control Register on page 255 | 13.45 ERXCTLR_EL1, Selected Error Record Control Register, EL1 on page 167 |
| ERR0FR | 64 | 14.4 ERR0FR, Error Record Feature Register on page 257 | 13.46 ERXFR_EL1, Selected Error Record Feature Register, EL1 on page 167 |
| ERR0MISC0 | 64 | 14.5 ERR0MISC0, Error Record Miscellaneous Register 0 on page 259 | 13.47 ERXMISC0_EL1, Selected Error Record Miscellaneous Register 0, EL1 on page 167 |
| ERR0MISC1 | 64 | 14.6 ERR0MISC1, Error Record Miscellaneous Register 1 on page 262 | 13.48 ERXMISC1_EL1, Selected Error Record Miscellaneous Register 1, EL1 on page 168 |
| ERR0STATUS | 32 | 14.10 ERR0STATUS, Error Record Primary Status Register on page 266 | 13.52 ERXSTATUS_EL1, Selected Error Record Primary Status Register, EL1 on page 172 |

The following table describes the error record registers that are **IMPLEMENTATION DEFINED**.

**Table 14-2: IMPLEMENTATION DEFINED error System register summary**

| Register mnemonic | Size | Register name | Access aliases from AArch64 |
|---|---|---|---|
| ERR0PFGCDN | 32 | 14.7 ERR0PFGCDN, Error Pseudo Fault Generation Count Down Register on page 262 | 13.49 ERXPFGCDN_EL1, Selected Error Pseudo Fault Generation Count Down Register, EL1 on page 168 |
| ERR0PFGCTL | 32 | 14.8 ERR0PFGCTL, Error Pseudo Fault Generation Control Register on page 263 | 13.50 ERXPFGCTL_EL1, Selected Error Pseudo Fault Generation Control Register, EL1 on page 169 |
| ERR0PFGF | 32 | 14.9 ERR0PFGF, Error Pseudo Fault Generation Feature Register on page 265 | 13.51 ERXPFGF_EL1, Selected Pseudo Fault Generation Feature Register, EL1 on page 171 |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 14.2  ERR0ADDR, Error Record Address Register

The ERR0ADDR stores the address that is associated to an error that is recorded.

## Bit field descriptions

ERR0ADDR is a 64-bit register, and is part of the *Reliability, Availability, Serviceability* (RAS) registers functional group.

### Figure 14-1: ERR0ADDR bit assignments

**NS, [63]**

> Non-secure attribute. The possible values are:

> | | |
> |---|---|
> | **0** | The physical address is Secure. |
> | **1** | The physical address is Non-secure. |

**RES0, [62:48]**

> | | |
> |---|---|
> | **RES0** | Reserved. |

**PADDR, [47:0]**

> Physical address.

## Configurations

> ERR0ADDR resets to **UNKNOWN**.

> When ERRSELR.SEL==0, this register is accessible from 13.44 ERXADDR_EL1, Selected Error Record Address Register, EL1 on page 167.

# 14.3  ERR0CTLR, Error Record Control Register

The ERR0CTLR contains enable bits for the node that writes to this record:

- Enabling error detection and correction.

- Enabling an error recovery interrupt.

- Enabling a fault handling interrupt.

- Enabling error recovery reporting as a read or write error response.

## Bit field descriptions

ERR0CTLR is a 64-bit register and is part of the *Reliability, Availability, Serviceability* (RAS) registers functional group.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

ERR0CTLR resets to ED is `0x0`. CFI [8], FI [3], and UI [2] are **UNKNOWN**. The rest of the register is RES0.

**Figure 14-2: ERR0CTLR bit assignments**



RES0

**RES0, [63:9]**

> **RES0**        Reserved.

**CFI, [8]**

Fault handling interrupt for corrected errors enable.

The fault handling interrupt is generated when one of the standard CE counters on ERR0MISC0 overflows and the overflow bit is set. The possible values are:

| | |
|---|---|
| **0** | Fault handling interrupt not generated for corrected errors. |
| **1** | Fault handling interrupt generated for corrected errors. |

The interrupt is generated even if the error status is overwritten because the error record already records a higher priority error.

---



This applies to both reads and writes.

---

**RES0, [7:4]**

> **RES0**        Reserved.

**FI, [3]**

Fault handling interrupt enable.

The fault handling interrupt is generated for all detected Deferred errors and Uncorrected errors. The possible values are:

| | |
|---|---|
| **0** | Fault handling interrupt disabled. |
| **1** | Fault handling interrupt enabled. |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Arm® Neoverse™ N1 Core  Technical Reference Manual

Document ID: 100616_0401_02_en
Issue: 02
Error System registers

**UI, [2]**

Uncorrected error recovery interrupt enable. When enabled, the error recovery interrupt is generated for all detected Uncorrected errors that are not deferred. The possible values are:

0               Error recovery interrupt disabled.
1               Error recovery interrupt enabled.



**Note**
Applies to both reads and writes.

**RES0, [1]**

RES0          Reserved.

**ED, [0]**

Error Detection and correction enable. The possible values are:

0               Error detection and correction disabled.
1               Error detection and correction enabled.

**Configurations**

This register is accessible from the following registers when ERRSELR.SEL==0:
13.45 ERXCTLR_EL1, Selected Error Record Control Register, EL1 on page 167.

# 14.4  ERR0FR, Error Record Feature Register

The ERR0FR defines which of the common architecturally defined features are implemented and, of the implemented features, which are software programmable.

## Bit field descriptions

ERR0FR is a 64-bit register, and is part of the *Reliability, Availability, Serviceability* (RAS) registers functional group.

The register is read-only.

**Figure 14-3: ERR0FR bit assignments**

**RES0, [63:18]**

RES0          Reserved.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**DUI, [17:16]**

Error recovery interrupt for deferred errors. The value is:

**00**          The core does not support this feature.

**RP, [15]**

Repeat counter. The value is:

**1**          A first repeat counter and a second other counter are implemented.
The repeat counter is the same size as the primary error counter.

**CEC, [14:12]**

Corrected Error Counter. The value is:

**010**          The node implements an 8-bit standard CE counter in
ERR0MISC0[39:32].

**CFI, [11:10]**

Fault handling interrupt for corrected errors. The value is:

**10**          The node implements a control for enabling fault handling interrupts
on corrected errors.

**UE, [9:8]**

In-band uncorrected error reporting. The value is:

**01**          The node implements in-band uncorrected error reporting, that is
External aborts.

**FI, [7:6]**

Fault handling interrupt. The value is:

**10**          The node implements a fault handling interrupt and implements
controls for enabling and disabling.

**UI, [5:4]**

Error recovery interrupt for uncorrected errors. The value is:

**10**          The node implements an error recovery interrupt and implements
controls for enabling and disabling.

**RES0, [3:2]**

**RES0**

Reserved.

**ED, [1:0]**

Error detection and correction. The value is:

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| 10 | The node implements controls for enabling or disabling error detection and correction. |

**Configurations**

> ERR0FR resets to `0x000000000000A9A2`
>
> ERR0FR is accessible from the following registers when ERRSELR.SEL==0:
>
> 13.46 ERXFR_EL1, Selected Error Record Feature Register, EL1 on page 167.

# 14.5  ERR0MISC0, Error Record Miscellaneous Register 0

The ERR0MISC0 is an error syndrome register. It contains corrected error counters, information to identify where the error was detected, and other state information not present in the corresponding status and address error record registers.

## Bit field descriptions

ERR0MISC0 is a 64-bit register, and is part of the *Reliability, Availability, Serviceability* (RAS) registers functional group.

**Figure 14-4: ERR0MISC0 bit assignments**



## RES0, [63:48]

> Reserved, **RES0**.

## OFO, [47]

> Sticky overflow bit, other. The possible values of this bit are:

> | 0 | Other counter has not overflowed. |
> | 1 | Other counter has overflowed. |

> The fault handling interrupt is generated when the corrected fault handling interrupt is enabled and either overflow bit is set to 1.

## CECO, [46:40]

> Corrected error count, other. Incremented for each Corrected error that does not match the recorded syndrome.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

This field resets to an **IMPLEMENTATION DEFINED** which might be **UNKNOWN** on a Cold reset. If the reset value is **UNKNOWN**, then the value of this field remains **UNKNOWN** until software initializes it.

**OFR, [39]**

Sticky overflow bit, repeat. The possible values of this bit are:

| | |
|---|---|
| `0` | Repeat counter has not overflowed. |
| `1` | Repeat counter has overflowed. |

The fault handling interrupt is generated when the corrected fault handling interrupt is enabled and either overflow bit is set to 1.

**CECR, [38:32]**

Corrected error count, repeat. Incremented for the first recorded error, which also records other syndromes, and then again for each Corrected error that matches the recorded syndrome.

This field resets to an **IMPLEMENTATION DEFINED** which might be **UNKNOWN** on a Cold reset. If the reset value is **UNKNOWN**, then the value of this field remains **UNKNOWN** until software initializes it.

**WAY, [31:28]**

The encoding depends on the unit from which the error being recorded was detected. The possible values are:

| | |
|---|---|
| **L1 Data Cache** | Indicates which Tag RAM way or data RAM way detected the error. Upper 2 bits are unused. |
| **L2 TLB** | Indicates which RAM has an error. The possible values are 0 (RAM 1) to 9 (RAM 10). |
| **L1 Instruction Cache** | Indicates which way has the error. Upper 2 bits are unused. |

**RES0, [27:26]**

Reserved, **RES0**.

**SUBBANK, [25]**

The encoding depends on the unit from which the error being recorded was detected. The possible values are:

| | |
|---|---|
| **L1 Instruction Cache** | Indicates which subbank has the error, valid for instruction data cache. For Tag errors, this field is zero. |

**BANK, [24:23]**

The encoding depends on the unit from which the error being recorded was detected. The possible values are:

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| | |
|---|---|
| **L2 cache** | Indicates which L2 bank detected the error. Upper 1 bit is unused. |
| **L1 Instruction Cache** | Indicates which bank has the error, valid for instruction data cache. For Tag errors, this field is zero. |

## SUBARRAY, [22:19]

The encoding depends on the unit from which the error being recorded was detected. The possible values are:

| | |
|---|---|
| **L2 Cache** | Indicates which L2 Tag way or data doubleword detected the error. Upper 1 bit is unused. |
| **L1 Data Cache** | Indicates for L1 Data RAM which word had the error detected. For L1 Tag RAMs which bank had the error (`0b0000`: bank0, `0b0001`: bank1) |

## INDEX, [18:6]

The encoding depends on the unit from which the error being recorded was detected. The possible values are:

| | |
|---|---|
| **L2 Cache** | Indicates which index detected the error. Upper bits of the index are unused depending on the cache size. |
| **L1 Data Cache** | Indicates which index detected the error. Upper bits of the index are unused depending on the cache size. |
| **L2 TLB** | Index of TLB RAM. Upper 4 bits are unused. |
| **L1 Instruction Cache** | Indicates which index has the error. Upper bits of the index are unused depending on the cache size. |

## ARRAY, [5:4]

The encoding depends on the unit from which the error being recorded was detected. The possible values are:

| | |
|---|---|
| **L2 Cache** | Indicates which array has the error. The possible values are: |

| | |
|---|---|
| `0b00` | L2 Tag RAM. |
| `0b01` | L2 Data RAM. |
| `0b10` | TQ Data RAM. |
| `0b11` | CHI Completer Error. |

| | |
|---|---|
| **L1 Data Cache** | Indicates which array detected the error. The possible values are: |

| | |
|---|---|
| `0b00` | LS0 copy of Tag RAM. |
| `0b01` | LS1 copy of Tag RAM. |
| `0b10` | LS Data RAM. |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

|                        | L1 Instruction Cache | Indicates which array that detected the error, Data Array has higher priority. The possible values are: |

<table>
<tr><td>L1 Instruction Cache</td><td>Indicates which array that detected the error, Data Array has higher priority. The possible values are:</td></tr>
</table>

**L1 Instruction Cache** — Indicates which array that detected the error, Data Array has higher priority. The possible values are:

| | |
|---|---|
| **0b0** | Tag. |
| **0b1** | Data. |

**UNIT, [3:0]**

Indicates the unit which detected the error. The possible values are:

| | |
|---|---|
| **0b1000** | L2 Cache. |
| **0b0100** | L1 Data Cache. |
| **0b0010** | L2 TLB. |
| **0b0001** | L1 Instruction Cache. |

**Configurations**

ERR0MISC0 resets to [63:32] is `0x00000000`, [31:0] is **UNKNOWN**.

This register is accessible from the following registers when ERRSELR_EL1.SEL==0:

- 13.47 ERXMISC0_EL1, Selected Error Record Miscellaneous Register 0, EL1 on page 167.

# 14.6  ERR0MISC1, Error Record Miscellaneous Register 1

This register is unused in the Neoverse™ N1 core and marked as **RES0**.

**Configurations**

When ERRSELR.SEL==0, ERR0MISC1 is accessible from 13.48 ERXMISC1_EL1, Selected Error Record Miscellaneous Register 1, EL1 on page 168.

# 14.7  ERR0PFGCDN, Error Pseudo Fault Generation Count Down Register

ERR0PFGCDN is the Neoverse™ N1 node register that generates one of the errors that are enabled in the corresponding ERR0PFGCTL register.

**Bit field descriptions**

ERR0PFGCDN is a 32-bit register and is RW.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure 14-5: ERR0PFGCDN bit assignments**



**CDN, [31:0]**

> Count Down value. The reset value of the Error Generation Counter is used for the countdown.

**Configurations**

> There are no configuration options.

> ERR0PFGCDN resets to **UNKNOWN**.

> When ERRSELR.SEL==0, ERR0PFGCDN is accessible from 13.49 ERXPFGCDN_EL1, Selected Error Pseudo Fault Generation Count Down Register, EL1 on page 168.

# 14.8  ERR0PFGCTL, Error Pseudo Fault Generation Control Register

The ERR0PFGCTL is the Neoverse™ N1 node register that enables controlled fault generation.

## Bit field descriptions

ERR0PFGCTL is a 32-bit read/write register.

**Figure 14-6: ERR0PFGCTL bit assignments**



Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**CDNEN, [31]**

Count down enable. This bit controls transfers from the value that is held in the ERR0PFGCDN into the Error Generation Counter and enables this counter to start counting down. The possible values are:

| | |
|---|---|
| 0 | The Error Generation Counter is disabled. |
| 1 | The value that is held in the ERR0PFGCDN register is transferred into the Error Generation Counter. The Error Generation Counter counts down. |

**R, [30]**

Restartable bit. When it reaches 0, the Error Generation Counter restarts from the ERR0PFGCDN value or stops. The possible values are:

| | |
|---|---|
| 0 | When it reaches 0, the counter stops. |
| 1 | When it reaches 0, the counter reloads the value that is stored in ERR0PFGCDN and starts counting down again. |

**RES0, [29:7]**

Reserved, RES0.

**CE, [6]**

Corrected error generation enable. The possible values are:

| | |
|---|---|
| 0 | No corrected error is generated. |
| 1 | A corrected error might be generated when the Error Generation Counter is triggered. |

**DE, [5]**

Deferred Error generation enable. The possible values are:

| | |
|---|---|
| 0 | No deferred error is generated. |
| 1 | A deferred error might be generated when the Error Generation Counter is triggered. |

This bit is RES0 if the node does not support this control.

This bit resets to an architecturally UNKNOWN value on a Cold reset. This bit is preserved on an Error Recovery reset.

**RES0, [4:2]**

Reserved, RES0.

**UC, [1]**

Uncontainable error generation enable. The possible values are:

| | |
|---|---|
| 0 | No uncontainable error is generated. |
| 1 | An uncontainable error might be generated when the Error Generation Counter is triggered. |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**RES0, [0]**

Reserved, `RES0`.

**Configurations**

There are no configuration notes.

ERR0PFGCTL resets to `0x00000000`.

ERR0PFGCTL is accessible from the following registers when ERRSELR.SEL==0:

- 13.50 ERXPFGCTL_EL1, Selected Error Pseudo Fault Generation Control Register, EL1 on page 169.

# 14.9  ERR0PFGF, Error Pseudo Fault Generation Feature Register

The ERR0PFGF is the Neoverse™ N1 node register that defines which fault generation features are implemented.

## Bit field descriptions

ERR0PFGF is a 32-bit register and is RO.

**Figure 14-7: ERR0PFGF bit assignments**



**PFG, [31]**

Pseudo Fault Generation. The value is:

> **1**          The node implements a fault injection mechanism.

**R, [30]**

Restartable bit. When it reaches zero, the Error Generation Counter restarts from the ERR0PFGCDN value or stops. The value is:

> **1**          This feature is controllable.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**RES0, [29:7]**

>    RES0            Reserved.

**CE, [6]**

>    Corrected Error generation. The value is:

>    1                This feature is controllable.

**DE, [5]**

>    Deferred Error generation. The value is:

>    1                This feature is controllable.

**UEO, [4]**

>    Latent or Restartable Error generation. The value is:

>    0                The node does not support this feature.

**UER, [3]**

>    Signaled or Recoverable Error generation. The value is:

>    0                The node does not support this feature.

**UEU, [2]**

>    Unrecoverable Error generation. The value is:

>    0                The node does not support this feature.

**UC, [1]**

>    Uncontainable Error generation. The value is:

>    1                This feature is controllable.

**[0]**

>    RES0            Reserved.

**Configurations**

>    There are no configuration notes.

>    ERR0PFGF resets to `0xC0000062`.

>    When ERRSELR.SEL==0, ERR0PFGF is accessible from 13.51 ERXPFGF_EL1, Selected Pseudo Fault Generation Feature Register, EL1 on page 171.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 14.10  ERR0STATUS, Error Record Primary Status Register

The ERR0STATUS contains information about the error record.

The register indicates:

- Whether any error has been detected.

- Whether any detected error was not corrected and returned to a requester.

- Whether any detected error was not corrected and deferred.

- Whether a second error of the same type was detected before software handled the first error.

- Whether any error has been reported.

- Whether the other error record registers contain valid information.

## Bit field descriptions

ERR0STATUS is a 32-bit register.

**Figure 14-8: ERR0STATUS bit assignments**



```
res0
```

## AV, [31]

Address Valid. The possible values are:

| | |
|---|---|
| 0 | ERR0ADDR is not valid. |
| 1 | ERR0ADDR contains an address that is associated with the highest priority error recorded by this record. |

## V, [30]

Status Register valid. The possible values are:

| | |
|---|---|
| 0 | ERR0STATUS is not valid. |
| 1 | ERR0STATUS is valid. At least one error has been recorded. |

## UE, [29]

Uncorrected error. The possible values are:

| | |
|---|---|
| 0 | No error that could not be corrected or deferred has been detected. |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| | |
|---|---|
| 1 | At least one error that could not be corrected or deferred has been detected. If error recovery interrupts are enabled, then the interrupt signal is asserted until this bit is cleared. |

### ER, [28]

Error reported. The possible values are:

| | |
|---|---|
| 0 | No External abort has been reported. |
| 1 | The node has reported an External abort to the requester that is in access or making a transaction. |

### OF, [27]

Overflow. The possible values are:

| | |
|---|---|
| 0 | • If UE == 1, then no error status for an Uncorrected error has been discarded.<br><br>• If UE == 0 and DE == 1, then no error status for a Deferred error has been discarded.<br><br>• If UE == 0, DE == 0, and CE !== 0b00, then: The corrected error counter has not overflowed. |
| 1 | More than one error has occurred and so details of the other error have been discarded. |

### MV, [26]

Miscellaneous Registers Valid. The possible values are:

| | |
|---|---|
| 0 | ERR0MISC0 and ERR0MISC1 are not valid. |
| 1 | This bit indicates that ERR0MISC0 contains additional information about any error that is recorded by this record. |

### CE, [25:24]

Corrected error. The possible values are:

| | |
|---|---|
| 0b00 | No corrected error recorded. |
| 0b10 | At least one corrected error recorded. |

### DE, [23]

Deferred error. The possible values are:

| | |
|---|---|
| 0 | No errors were deferred. |
| 1 | At least one error was not corrected and deferred by poisoning. |

### PN, [22]

Poison. The value is:

| | |
|---|---|
| 0 | The Neoverse™ N1 core cannot distinguish a poisoned value from a corrupted value. |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**UET, [21:20]**

Uncorrected Error Type. The value is:

    **0b00**        Uncontainable.

**RES0, [19:5]**

RES0.

Reserved.

**SERR, [4:0]**

Primary error code. The possible values are:

| | |
|---|---|
| **0x0** | No error. |
| **0x1** | Errors due to fault injection. |
| **0x2** | ECC error from internal data buffer. |
| **0x6** | ECC error on cache data RAM. |
| **0x7** | ECC error on cache tag or dirty RAM. |
| **0x8** | Parity error on TLB data RAM. |
| **0x12** | Error response for a cache copyback. |
| **0x15** | Deferred error from a completer not supported at the consumer. For example, poisoned data received from a completer by a requester that cannot defer the error further. |

**Configurations**

There are no configuration notes.

ERR0STATUS resets to `0x00000000`.

ERR0STATUS is accessible from the following registers when ERRSELR_EL1.SEL==0:

- 13.52 ERXSTATUS_EL1, Selected Error Record Primary Status Register, EL1 on page 172.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 15.  GIC registers

This chapter describes the GIC registers.

## 15.1  CPU interface registers

Each CPU interface block provides the interface for the Neoverse™ N1 core that interfaces with a GIC distributor within the system.

The Neoverse™ N1 core only supports System register access to the GIC CPU interface registers. The following table lists the three types of GIC CPU interface System registers supported in the Neoverse™ N1 core.

**Table 15-1: GIC CPU interface System register types supported in the Neoverse™ N1 core.**

| Register prefix | Register type |
|---|---|
| ICC | Physical GIC CPU interface System registers. |
| ICV | Virtual GIC CPU interface System registers. |
| ICH | Virtual interface control System registers. |

Access to virtual GIC CPU interface System registers is only possible at Non-secure EL1.

Access to ICC registers or the equivalent ICV registers is determined by HCR_EL2. See 13.57 HCR_EL2, Hypervisor Configuration Register, EL2 on page 177.

For more information on the CPU interface, see the *Arm® Generic Interrupt Controller Architecture Specification, GIC architecture version 3 and version 4*.

## 15.2  AArch64 physical GIC CPU interface System register summary

The following table lists the AArch64 physical GIC CPU interface System registers that have **IMPLEMENTATION DEFINED** bits.

See the *Arm® Generic Interrupt Controller Architecture Specification, GIC architecture version 3 and version 4* for more information and a complete list of AArch64 physical GIC CPU interface System registers.

**Table 15-2: AArch64 physical GIC CPU interface System register summary**

| Name | Op0 | Op1 | CRn | CRm | Op2 | Type | Description |
|---|---|---|---|---|---|---|---|
| ICC_AP0R0_EL1 | 3 | 0 | 12 | 8 | 4 | RW | 15.3 ICC_AP0R0_EL1, Interrupt Controller Active Priorities Group 0 Register 0, EL1 on page 271 |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Name | Op0 | Op1 | CRn | CRm | Op2 | Type | Description |
|------|-----|-----|-----|-----|-----|------|-------------|
| ICC_AP1R0_EL1 | 3 | 0 | 12 | 9 | 0 | RW | 15.4 ICC_AP1R0_EL1, Interrupt Controller Active Priorities Group 1 Register 0 EL1 on page 271 |
| ICC_BPR0_EL1 | 3 | 0 | 12 | 8 | 3 | RW | 15.5 ICC_BPR0_EL1, Interrupt Controller Binary Point Register 0, EL1 on page 272 |
| ICC_BPR1_EL1 | 3 | 0 | 12 | 12 | 3 | RW | 15.6 ICC_BPR1_EL1, Interrupt Controller Binary Point Register 1, EL1 on page 273 |
| ICC_CTLR_EL1 | 3 | 0 | 12 | 12 | 4 | RW | 15.7 ICC_CTLR_EL1, Interrupt Controller Control Register, EL1 on page 274 |
| ICC_CTLR_EL3 | 3 | 6 | 12 | 12 | 4 | RW | 15.8 ICC_CTLR_EL3, Interrupt Controller Control Register, EL3 on page 276 |
| ICC_SRE_EL1 | 3 | 0 | 12 | 12 | 5 | RW | 15.9 ICC_SRE_EL1, Interrupt Controller System Register Enable Register, EL1 on page 278 |
| ICC_SRE_EL2 | 3 | 4 | 12 | 9 | 5 | RW | 15.10 ICC_SRE_EL2, Interrupt Controller System Register Enable register, EL2 on page 280 |
| ICC_SRE_EL3 | 3 | 6 | 12 | 12 | 5 | RW | 15.11 ICC_SRE_EL3, Interrupt Controller System Register Enable register, EL3 on page 281 |

# 15.3  ICC_AP0R0_EL1, Interrupt Controller Active Priorities Group 0 Register 0, EL1

The ICC_AP0R0_EL1 provides information about Group 0 active priorities.

### Bit descriptions

This register is a 32-bit register and is part of:

- The GIC System registers functional group.

- The GIC control registers functional group.

The core implements 5 bits of priority with 32 priority levels, corresponding to the 32 bits [31:0] of the register. The possible values for each bit are:

| | |
|---|---|
| **0x00000000** | No interrupt active. This is the reset value. |
| **0x00000001** | Interrupt active for priority `0x0`. |
| **0x00000002** | Interrupt active for priority `0x8`. |
| | ... |
| **0x80000000** | Interrupt active for priority `0xF8`. |

Details that are not provided in this description are architecturally defined. See the *Arm® Generic Interrupt Controller Architecture Specification, GIC architecture version 3 and version 4*.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 15.4  ICC_AP1R0_EL1, Interrupt Controller Active Priorities Group 1 Register 0 EL1

The ICC_AP1R0_EL1 provides information about Group 1 active priorities.

**Bit descriptions**

This register is a 32-bit register and is part of:

- The GIC System registers functional group.

- The GIC control registers functional group.

The core implements 5 bits of priority with 32 priority levels, corresponding to the 32 bits [31:0] of the register. The possible values for each bit are:

| | |
|---|---|
| `0x00000000` | No interrupt active. This is the reset value. |
| `0x00000001` | Interrupt active for priority `0x0`. |
| `0x00000002` | Interrupt active for priority `0x8`. |
| | ... |
| `0x80000000` | Interrupt active for priority `0xF8`. |

Details that are not provided in this description are architecturally defined. See the *Arm® Generic Interrupt Controller Architecture Specification, GIC architecture version 3 and version 4*.

# 15.5  ICC_BPR0_EL1, Interrupt Controller Binary Point Register 0, EL1

ICC_BPR0_EL1 defines the point at which the priority value fields split into two parts, the group priority field and the subpriority field. The group priority field determines Group 0 interrupt preemption.

**Bit field descriptions**

ICC_BPR0_EL1 is a 32-bit register and is part of:

- The GIC System registers functional group.

- The GIC control registers functional group.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure 15-1: ICC_BPR0_EL1 bit assignments**



**RES0, [31:3]**

      **RES0**      Reserved.

**BinaryPoint, [2:0]**

The value of this field controls how the 8-bit interrupt priority field is split into a group priority field, that determines interrupt preemption, and a subpriority field. The minimum value that is implemented is:

**0x2**

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Generic Interrupt Controller Architecture Specification, GIC architecture version 3 and version 4*.

# 15.6  ICC_BPR1_EL1, Interrupt Controller Binary Point Register 1, EL1

ICC_BPR1_EL1 defines the point at which the priority value fields split into two parts, the group priority field and the subpriority field. The group priority field determines Group 1 interrupt preemption.

## Bit field descriptions

ICC_BPR1_EL1 is a 32-bit register and is part of:

- The GIC System registers functional group.

- The GIC control registers functional group.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure 15-2: ICC_BPR1_EL1 bit assignments**



RES0

**RES0, [31:3]**

> RES0          Reserved.

**BinaryPoint, [2:0]**

> The value of this field controls how the 8-bit interrupt priority field is split into a group priority field, that determines interrupt preemption, and a subpriority field.
>
> The minimum value that is implemented of ICC_BPR1_EL1 Secure register is `0x2`.
>
> The minimum value that is implemented of ICC_BPR1_EL1 Non-secure register is `0x3`.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Generic Interrupt Controller Architecture Specification, GIC architecture version 3 and version 4*.

# 15.7  ICC_CTLR_EL1, Interrupt Controller Control Register, EL1

ICC_CTLR_EL1 controls aspects of the behavior of the GIC CPU interface and provides information about the features implemented.

## Bit field descriptions

ICC_CTLR_EL1 is a 32-bit register and is part of:

- The GIC System registers functional group.
- The GIC control registers functional group.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure 15-3: ICC_CTLR_EL1 bit assignments**



**RES0, [31:16]**

> **RES0**            Reserved.

**A3V, [15]**

> Affinity 3 Valid. The value is:

> > **1**            The CPU interface logic supports nonzero values of Affinity 3 in SGI
> > generation System registers.

**SEIS, [14]**

> SEI Support. The value is:

> > **0**            The CPU interface logic does not support local generation of SEIs.

**IDbits, [13:11]**

> Identifier bits. The value is:

> > **0**            The number of physical interrupt identifier bits supported is 16 bits.

> This field is an alias of ICC_CTLR_EL3.IDbits.

**PRIbits, [10:8]**

> Priority bits. The value is:

> > **0x4**            The core supports 32 levels of physical priority with 5 priority bits.

**RES0, [7]**

> **RES0**            Reserved.

**PMHE, [6]**

> Priority Mask Hint Enable. This bit is read-only and is an alias of ICC_CTLR_EL3.PMHE. The
> possible values are:

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

|   |   |
|---|---|
| **0** | Disables use of ICC_PMR as a hint for interrupt distribution. |
| **1** | Enables use of ICC_PMR as a hint for interrupt distribution. |

**RES0, [5:2]**

> **RES0**    Reserved.

**EOImode, [1]**

> End of interrupt mode for the current Security state. The possible values are:

|   |   |
|---|---|
| **0** | ICC_EOIR0 and ICC_EOIR1 provide both priority drop and interrupt deactivation functionality. Accesses to ICC_DIR are **UNPREDICTABLE**. |
| **1** | ICC_EOIR0 and ICC_EOIR1 provide priority drop functionality only. ICC_DIR provides interrupt deactivation functionality. |

**CBPR, [0]**

> Common Binary Point Register. Control whether the same register is used for interrupt preemption of both Group 0 and Group 1 interrupt. The possible values are:

|   |   |
|---|---|
| **0** | ICC_BPR0 determines the preemption group for Group 0 interrupts. |
| **1** | ICC_BPR1 determines the preemption group for Group 1 interrupts. ICC_BPR0 determines the preemption group for Group 0 and Group 1 interrupts. |

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Generic Interrupt Controller Architecture Specification, GIC architecture version 3 and version 4*.

## 15.8  ICC_CTLR_EL3, Interrupt Controller Control Register, EL3

ICC_CTLR_EL3 controls aspects of the behavior of the GIC CPU interface and provides information about the features implemented.

### Bit field descriptions

ICC_CTLR_EL3 is a 32-bit register and is part of:

- The GIC System registers functional group.

- The Security registers functional group.

- The GIC control registers functional group.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Arm® Neoverse™ N1 Core  Technical Reference Manual

Document ID: 100616_0401_02_en
Issue: 02
GIC registers

### Figure 15-4: ICC_CTLR_EL3 bit assignments



## RES0, [31:18]

**RES0**          Reserved.

## nDS, [17]

Disable Security not supported. Read-only and writes are **IGNORED**. The value is:

**1**            The CPU interface logic does not support disabling of security, and requires that security is not disabled.

## RES0, [16]

**RES0**          Reserved.

## A3V, [15]

Affinity 3 Valid. This bit is RAO/WI.

## SEIS, [14]

SEI Support. The value is:

**0**            The CPU interface logic does not support generation of SEIs.

## IDbits, [13:11]

Identifier bits. The value is:

**0x0**          The number of physical interrupt identifier bits supported is 16 bits.

This field is an alias of ICC_CTLR_EL3.IDbits.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Arm® Neoverse™ N1 Core  Technical Reference Manual

Document ID: 100616_0401_02_en
Issue: 02
GIC registers

**PRIbits, [10:8]**

    Priority bits. The value is:

        **0x4**        The core supports 32 levels of physical priority with 5 priority bits.

**RES0, [7]**

    Reserved, **RES0**.

**PMHE, [6]**

    Priority Mask Hint Enable. The possible values are:

    **0**        Disables use of ICC_PMR as a hint for interrupt distribution.
    **1**        Enables use of ICC_PMR as a hint for interrupt distribution.

**RM, [5]**

    Routing Modifier. This bit is RAZ/WI.

**EOImode_EL1NS, [4]**

    EOI mode for interrupts handled at Non-secure EL1 and EL2.

    Controls whether a write to an End of Interrupt register also deactivates the interrupt.

**EOImode_EL1S, [3]**

    EOI mode for interrupts handled at Secure EL1.

    Controls whether a write to an End of Interrupt register also deactivates the interrupt.

**EOImode_EL3, [2]**

    EOI mode for interrupts handled at EL3.

    Controls whether a write to an End of Interrupt register also deactivates the interrupt.

**CBPR_EL1NS, [1]**

    Common Binary Point Register, EL1 Non-secure.

    Control whether the same register is used for interrupt preemption of both Group 0 and Group 1 Non-secure interrupts at EL1 and EL2.

**CBPR_EL1S, [0]**

    Common Binary Point Register, EL1 Secure.

    Control whether the same register is used for interrupt preemption of both Group 0 and Group 1 Secure interrupt at EL1.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Generic Interrupt Controller Architecture Specification, GIC architecture version 3 and version 4*.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 15.9  ICC_SRE_EL1, Interrupt Controller System Register Enable Register, EL1

ICC_SRE_EL1 controls whether the System register interface or the memory-mapped interface to the GIC CPU interface is used for EL0 and EL1.

### Bit field descriptions

ICC_SRE_EL1 is a 32-bit register and is part of:

- The GIC System registers functional group.
- The GIC control registers functional group.

**Figure 15-5: ICC_SRE_EL1 bit assignments**



**RES0, [31:3]**

> RES0          Reserved.

**DIB, [2]**

> Disable IRQ bypass. The possible values are:

> > `0x0`          IRQ bypass enabled.
> > `0x1`          IRQ bypass disabled.

> This bit is an alias of ICC_SRE_EL3.DIB

**DFB, [1]**

> Disable FIQ bypass. The possible values are:

> > `0x0`          FIQ bypass enabled.
> > `0x1`          FIQ bypass disabled.

> This bit is an alias of ICC_SRE_EL3.DFB

**SRE, [0]**

> System Register Enable. The value is:

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

      **0x1**          The System register interface for the current Security state is enabled.

This bit is RAO/WI. The core only supports a System register interface to the GIC CPU interface.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Generic Interrupt Controller Architecture Specification, GIC architecture version 3 and version 4*.

# 15.10  ICC_SRE_EL2, Interrupt Controller System Register Enable register, EL2

ICC_SRE_EL2 controls whether the System register interface or the memory-mapped interface to the GIC CPU interface is used for EL2.

## Bit field descriptions

ICC_SRE_EL2 is a 32-bit register and is part of:

* The GIC System registers functional group.
* The Virtualization registers functional group.
* The GIC control registers functional group.

**Figure 15-6: ICC_SRE_EL2 bit assignments**



RES0

**RES0, [31:4]**

      **RES0**          Reserved.

**Enable, [3]**

Enables lower Exception level access to ICC_SRE_EL1. The value is:

      **0x1**          Non-secure EL1 accesses to ICC_SRE_EL1 do not trap to EL2.

This bit is RAO/WI.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**DIB, [2]**

> Disable IRQ bypass. The possible values are:

> > `0x0`        IRQ bypass enabled.
> > `0x1`        IRQ bypass disabled.

> This bit is an alias of ICC_SRE_EL3.DIB

**DFB, [1]**

> Disable FIQ bypass. The possible values are:

> > `0x0`        FIQ bypass enabled.
> > `0x1`        FIQ bypass disabled.

> This bit is an alias of ICC_SRE_EL3.DFB

**SRE, [0]**

> System Register Enable. The value is:

> > `0x1`        The System register interface for the current Security state is enabled.

> This bit is RAO/WI. The core only supports a System register interface to the GIC CPU interface.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Generic Interrupt Controller Architecture Specification, GIC architecture version 3 and version 4*.

# 15.11  ICC_SRE_EL3, Interrupt Controller System Register Enable register, EL3

ICC_SRE_EL3 controls whether the System register interface or the memory-mapped interface to the GIC CPU interface is used for EL3.

## Bit field descriptions

ICC_SRE_EL3 is a 32-bit register and is part of:

- The GIC System registers functional group.

- The Security registers functional group.

- The GIC control registers functional group.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure 15-7: ICC_SRE_EL3 bit assignments**



RES0

**RES0, [31:4]**

> **RES0**          Reserved.

**Enable, [3]**

> Enables lower Exception level access to ICC_SRE_EL1 and ICC_SRE_EL2. The value is:
>
> **1**          Secure EL1 accesses to Secure ICC_SRE_EL1 do not trap to EL3.
>
>                EL2 accesses to Non-secure ICC_SRE_EL1 and ICC_SRE_EL2 do not trap to EL3.
>
>                Non-secure EL1 accesses to ICC_SRE_EL1 do not trap to EL3.
>
> This bit is RAO/WI.

**DIB, [2]**

> Disable IRQ bypass. The possible values are:
>
> **0**          IRQ bypass enabled.
> **1**          IRQ bypass disabled.

**DFB, [1]**

> Disable FIQ bypass. The possible values are:
>
> **0**          FIQ bypass enabled.
> **1**          FIQ bypass disabled.

**SRE, [0]**

> System Register Enable. The value is:
>
> **1**          The System register interface for the current Security state is enabled.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

This bit is RAO/WI. The core only supports a System register interface to the GIC CPU interface.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Generic Interrupt Controller Architecture Specification, GIC architecture version 3 and version 4*.

## 15.12  AArch64 virtual GIC CPU interface register summary

The following table describes the AArch64 virtual GIC CPU interface System registers that have **IMPLEMENTATION DEFINED** bits.

See the *Arm® Generic Interrupt Controller Architecture Specification, GIC architecture version 3 and version 4* for more information and a complete list of AArch64 virtual GIC CPU interface System registers.

**Table 15-3: AArch64 virtual GIC CPU interface register summary**

| Name | Op0 | Op1 | CRn | CRm | Op2 | Type | Description |
|------|-----|-----|-----|-----|-----|------|-------------|
| ICV_AP0R0_EL1 | 3 | 0 | 12 | 8 | 4 | RW | 15.13 ICV_AP0R0_EL1, Interrupt Controller Virtual Active Priorities Group 0 Register 0, EL1 on page 283 |
| ICV_AP1R0_EL1 | 3 | 0 | 12 | 9 | 0 | RW | 15.14 ICV_AP1R0_EL1, Interrupt Controller Virtual Active Priorities Group 1 Register 0, EL1 on page 284 |
| ICV_BPR0_EL1 | 3 | 0 | 12 | 8 | 3 | RW | 15.15 ICV_BPR0_EL1, Interrupt Controller Virtual Binary Point Register 0, EL1 on page 284 |
| ICV_BPR1_EL1 | 3 | 0 | 12 | 12 | 3 | RW | 15.16 ICV_BPR1_EL1, Interrupt Controller Virtual Binary Point Register 1, EL1 on page 285 |
| ICV_CTLR_EL1 | 3 | 0 | 12 | 12 | 4 | RW | 15.17 ICV_CTLR_EL1, Interrupt Controller Virtual Control Register, EL1 on page 286 |

## 15.13  ICV_AP0R0_EL1, Interrupt Controller Virtual Active Priorities Group 0 Register 0, EL1

The ICV_AP0R0_EL1 register provides information about virtual Group 0 active priorities.

### Bit descriptions

This register is a 32-bit register and is part of the virtual GIC System registers functional group.

The core implements 5 bits of priority with 32 priority levels, corresponding to the 32 bits [31:0] of the register. The possible values for each bit are:

| | |
|--|--|
| `0x00000000` | No interrupt active. This is the reset value. |
| `0x00000001` | Interrupt active for priority `0x0`. |
| `0x00000002` | Interrupt active for priority `0x8`. |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

|  |  |
|---|---|
| | ... |
| **0x80000000** | Interrupt active for priority `0xF8`. |

Details that are not provided in this description are architecturally defined. See the *Arm® Generic Interrupt Controller Architecture Specification, GIC architecture version 3 and version 4*.

# 15.14  ICV_AP1R0_EL1, Interrupt Controller Virtual Active Priorities Group 1 Register 0, EL1

The ICV_AP1R0_EL1 register provides information about virtual Group 1 active priorities.

## Bit descriptions

This register is a 32-bit register and is part of the virtual GIC System registers functional group.

The core implements 5 bits of priority with 32 priority levels, corresponding to the 32 bits [31:0] of the register. The possible values for each bit are:

|  |  |
|---|---|
| **0x00000000** | No interrupt active. This is the reset value. |
| **0x00000001** | Interrupt active for priority `0x0`. |
| **0x00000002** | Interrupt active for priority `0x8`. |
| | ... |
| **0x80000000** | Interrupt active for priority `0xF8`. |

Details that are not provided in this description are architecturally defined. See the *Arm® Generic Interrupt Controller Architecture Specification, GIC architecture version 3 and version 4*.

# 15.15  ICV_BPR0_EL1, Interrupt Controller Virtual Binary Point Register 0, EL1

ICV_BPR0_EL1 defines the point at which the priority value fields split into two parts, the group priority field and the subpriority field. The group priority field determines virtual Group 0 interrupt preemption.

## Bit field descriptions

ICC_BPR0_EL1 is a 32-bit register and is part of the virtual GIC System registers functional group.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Arm® Neoverse™ N1 Core  Technical Reference Manual

Document ID: 100616_0401_02_en
Issue: 02
GIC registers

**Figure 15-8: ICV_BPR0_EL1 bit assignments**



**RES0, [31:3]**

Reserved, **RES0**.

**BinaryPoint, [2:0]**

The value of this field controls how the 8-bit interrupt priority field is split into a group priority field, that determines interrupt preemption, and a subpriority field. The minimum value that is implemented is:

**0x2**

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Generic Interrupt Controller Architecture Specification, GIC architecture version 3 and version 4*.

# 15.16  ICV_BPR1_EL1, Interrupt Controller Virtual Binary Point Register 1, EL1

ICV_BPR1_EL1 defines the point at which the priority value fields split into two parts, the group priority field and the subpriority field. The group priority field determines virtual Group 1 interrupt preemption.

## Bit field descriptions

ICV_BPR1_EL1 is a 32-bit register and is part of the virtual GIC System registers functional group.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure 15-9: ICV_BPR1_EL1 bit assignments**



RES0

**RES0, [31:3]**

> RES0          Reserved.

**BinaryPoint, [2:0]**

> The value of this field controls how the 8-bit interrupt priority field is split into a group priority field, that determines interrupt preemption, and a subpriority field.
>
> The minimum value that is implemented of ICV_BPR1_EL1 Secure register is `0x2`.
>
> The minimum value that is implemented of ICV_BPR1_EL1 Non-secure register is `0x3`.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Generic Interrupt Controller Architecture Specification, GIC architecture version 3 and version 4*.

## 15.17  ICV_CTLR_EL1, Interrupt Controller Virtual Control Register, EL1

ICV_CTLR_EL1 controls aspects of the behavior of the GIC virtual CPU interface and provides information about the features implemented.

### Bit field descriptions

ICV_CTLR_EL1 is a 32-bit register and is part of the virtual GIC System registers functional group.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure 15-10: ICV_CTLR_EL1 bit assignments**



RES0

**RES0, [31:16]**

>       RES0            Reserved.

**A3V, [15]**

>    Affinity 3 Valid. The value is:

>       0x1             The virtual CPU interface logic supports nonzero values of Affinity 3
>                       in SGI generation System registers.

**SEIS, [14]**

>    SEI Support. The value is:

>       0x0             The virtual CPU interface logic does not support local generation of
>                       SEIs.

**IDbits, [13:11]**

>    Identifier bits. The value is:

>       0x0             The number of physical interrupt identifier bits supported is 16 bits.

**PRIbits, [10:8]**

>    Priority bits. The value is:

>       0x4             Support 32 levels of physical priority (5 priority bits).

**RES0, [7:2]**

>       RES0            Reserved.

**VEOImode, [1]**

>    Virtual EOI mode. The possible values are:

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| | |
|---|---|
| **0x0** | ICV_EOIR0_EL1 and ICV_EOIR1_EL1 provide both priority drop and interrupt deactivation functionality. Accesses to ICV_DIR_EL1 are **UNPREDICTABLE**. |
| **0x1** | ICV_EOIR0_EL1 and ICV_EOIR1_EL1 provide priority drop functionality only. ICV_DIR provides interrupt deactivation functionality. |

**VCBPR, [0]**

Common Binary Point Register. Controls whether the same register is used for interrupt preemption of both virtual Group 0 and virtual Group 1 interrupts. The possible values are:

| | |
|---|---|
| **0** | ICV_BPR0_EL1 determines the preemption group for virtual Group 0 interrupts only. |
| | ICV_BPR1_EL1 determines the preemption group for virtual Group 1 interrupts. |
| **1** | ICV_BPR0_EL1 determines the preemption group for both virtual Group 0 and virtual Group 1 interrupts. |
| | Reads of ICV_BPR1_EL1 return ICV_BPR0_EL1 plus one, saturated to 111. Writes to ICV_BPR1_EL1 are **IGNORED**. |

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Generic Interrupt Controller Architecture Specification, GIC architecture version 3 and version 4*.

## 15.18  AArch64 virtual interface control System register summary

The following table lists the AArch64 virtual interface control System registers that have **IMPLEMENTATION DEFINED** bits.

See the *Arm® Generic Interrupt Controller Architecture Specification, GIC architecture version 3 and version 4* for more information and a complete list of AArch64 virtual interface control System registers.

**Table 15-4: AArch64 virtual interface control System register summary**

| Name | Op0 | Op1 | CRn | CRm | Op2 | Type | Description |
|---|---|---|---|---|---|---|---|
| ICH_AP0R0_EL2 | 3 | 0 | 12 | 8 | 4 | RW | 15.19 ICH_AP0R0_EL2, Interrupt Controller Hyp Active Priorities Group 0 Register 0, EL2 on page 289 |
| ICH_AP1R0_EL2 | 3 | 0 | 19 | 9 | 0 | RW | 15.20 ICH_AP1R0_EL2, Interrupt Controller Hyp Active Priorities Group 1 Register 0, EL2 on page 289 |
| ICH_HCR_EL2 | 3 | 4 | 12 | 11 | 0 | RW | 15.21 ICH_HCR_EL2, Interrupt Controller Hyp Control Register, EL2 on page 290 |
| ICH_VTR_EL2 | 3 | 4 | 12 | 11 | 1 | RO | 15.22 ICH_VMCR_EL2, Interrupt Controller Virtual Machine Control Register, EL2 on page 292 |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Name | Op0 | Op1 | CRn | CRm | Op2 | Type | Description |
|------|-----|-----|-----|-----|-----|------|-------------|
| ICH_VMCR_EL2 | 3 | 4 | 12 | 11 | 7 | RW | 15.23 ICH_VTR_EL2, Interrupt Controller VGIC Type Register, EL2 on page 295 |

## 15.19  ICH_AP0R0_EL2, Interrupt Controller Hyp Active Priorities Group 0 Register 0, EL2

The ICH_AP0R0_EL2 provides information about Group 0 active priorities for EL2.

**Bit field descriptions**

This register is a 32-bit register and is part of:

- The GIC System registers functional group.

- The Virtualization registers functional group.

- The GIC host interface control registers functional group.

The core implements 5 bits of priority with 32 priority levels, corresponding to the 32 bits [31:0] of the register. The possible values for each bit are:

| | |
|---|---|
| **0x00000000** | No interrupt active. This is the reset value. |
| **0x00000001** | Interrupt active for priority `0x0`. |
| **0x00000002** | Interrupt active for priority `0x8`. |
| | ... |
| **0x80000000** | Interrupt active for priority `0xF8`. |

Details that are not provided in this description are architecturally defined. See the *Arm® Generic Interrupt Controller Architecture Specification, GIC architecture version 3 and version 4*.

## 15.20  ICH_AP1R0_EL2, Interrupt Controller Hyp Active Priorities Group 1 Register 0, EL2

The ICH_AP1R0_EL2 provides information about Group 1 active priorities for EL2.

**Bit field descriptions**

This register is a 32-bit register and is part of:

- The GIC System registers functional group.

- The Virtualization registers functional group.

- The GIC host interface control registers functional group.

The core implements 5 bits of priority with 32 priority levels, corresponding to the 32 bits [31:0] of the register. The possible values for each bit are:

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| | |
|---|---|
| **0x00000000** | No interrupt active. This is the reset value. |
| **0x00000001** | Interrupt active for priority 0x0. |
| **0x00000002** | Interrupt active for priority 0x8. |
| | ... |
| **0x80000000** | Interrupt active for priority 0xF8. |

Details that are not provided in this description are architecturally defined. See the *Arm® Generic Interrupt Controller Architecture Specification, GIC architecture version 3 and version 4*.

# 15.21  ICH_HCR_EL2, Interrupt Controller Hyp Control Register, EL2

ICH_HCR_EL2 controls the environment for VMs.

## Bit field descriptions

ICH_HCR_EL2 is a 32-bit register and is part of:

- The GIC System registers functional group.

- The Virtualization registers functional group.

- The GIC host interface control registers functional group.

**Figure 15-11: ICH_HCR_EL2 bit assignments**



**EOIcount, [31:27]**

Number of outstanding deactivates.

**RES0, [26:15]**

RES0        Reserved.

**TDIR, [14]**

Trap Non-secure EL1 writes to ICC_DIR_EL1 and ICV_DIR_EL1. The possible values are:

0x0        Non-secure EL1 writes of ICC_DIR_EL1 and ICV_DIR_EL1 are not trapped to EL2, unless trapped by other mechanisms.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| | |
|---|---|
| **0x1** | Non-secure EL1 writes of ICC_DIR_EL1 and ICV_DIR_EL1 are trapped to EL2. |

**TSEI, [13]**

Trap all locally generated SEIs. The value is:

| | |
|---|---|
| **0** | Locally generated SEIs do not cause a trap to EL2. |

**TALL1, [12]**

Trap all Non-secure EL1 accesses to ICC_* and ICV_* System registers for Group 1 interrupts to EL2. The possible values are:

| | |
|---|---|
| **0x0** | Non-secure EL1 accesses to ICC_* and ICV_* registers for Group 1 interrupts proceed as normal. |
| **0x1** | Non-secure EL1 accesses to ICC_* and ICV_* registers for Group 1 interrupts trap to EL2. |

**TALL0, [11]**

Trap all Non-secure EL1 accesses to ICC_* and ICV_* System registers for Group 0 interrupts to EL2. The possible values are:

| | |
|---|---|
| **0x0** | Non-secure EL1 accesses to ICC_* and ICV_* registers for Group 0 interrupts proceed as normal. |
| **0x1** | Non-secure EL1 accesses to ICC_* and ICV_* registers for Group 0 interrupts trap to EL2. |

**TC, [10]**

Trap all Non-secure EL1 accesses to System registers that are common to Group 0 and Group 1 to EL2. The possible values are:

| | |
|---|---|
| **0x0** | Non-secure EL1 accesses to common registers proceed as normal. |
| **0x1** | Non-secure EL1 accesses to common registers trap to EL2. |

**RES0, [9]**

| | |
|---|---|
| **RES0** | Reserved. |

**vSGIEOICount, [8]**

| | |
|---|---|
| **0x0** | Deactivation of virtual SGIs can increment ICH_HCR_EL2.EOIcount. |
| **0x1** | Deactivation of virtual SGIs does not increment ICH_HCR_EL2.EOIcount. |

**VGrp1DIE, [7]**

VM Group 1 Disabled Interrupt Enable. The possible values are:

| | |
|---|---|
| **0** | Maintenance interrupt disabled. |
| **1** | Maintenance interrupt signaled when ICH_VMCR_EL2.VENG1 is 0. |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**VGrp1EIE, [6]**

> VM Group 1 Enabled Interrupt Enable. The possible values are:

> > 0          Maintenance interrupt disabled.
> > 1          Maintenance interrupt signaled when ICH_VMCR_EL2.VENG1 is 1.

**VGrp0DIE, [5]**

> VM Group 0 Disabled Interrupt Enable. The possible values are:

> > 0          Maintenance interrupt disabled.
> > 1          Maintenance interrupt signaled when ICH_VMCR_EL2.VENG0 is 0.

**VGrp0EIE, [4]**

> VM Group 0 Enabled Interrupt Enable. The possible values are:

> > 0          Maintenance interrupt disabled.
> > 1          Maintenance interrupt signaled when ICH_VMCR_EL2.VENG0 is 1.

**NPIE, [3]**

> No Pending Interrupt Enable. The possible values are:

> > 0          Maintenance interrupt disabled.
> > 1          Maintenance interrupt signaled while the List registers contain no interrupts in the pending state.

**LRENPIE, [2]**

> List Register Entry Not Present Interrupt Enable. The possible values are:

> > 0          Maintenance interrupt disabled.
> > 1          Maintenance interrupt is asserted while the EOIcount field is not 0.

**UIE, [1]**

> Underflow Interrupt Enable. The possible values are:

> > 0          Maintenance interrupt disabled.
> > 1          Maintenance interrupt is asserted if none, or only one, of the List register entries is marked as a valid interrupt.

**En, [0]**

> Enable. The possible values are:

> > 0          Virtual CPU interface operation disabled.
> > 1          Virtual CPU interface operation enabled.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Generic Interrupt Controller Architecture Specification, GIC architecture version 3 and version 4*.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 15.22  ICH_VMCR_EL2, Interrupt Controller Virtual Machine Control Register, EL2

ICH_VMCR_EL2 enables the hypervisor to save and restore the virtual machine view of the GIC state.

### Bit field descriptions

ICH_VMCR_EL2 is a 32-bit register and is part of:

- The GIC System registers functional group.

- The Virtualization registers functional group.

- The GIC host interface control registers functional group.

**Figure 15-12: ICH_VMCR_EL2 bit assignments**



### VPMR, [31:24]

Virtual Priority Mask.

This field is an alias of ICV_PMR_EL1.Priority.

### VBPR0, [23:21]

Virtual Binary Point Register, Group 0. The minimum value is:

0x2          This field is an alias of ICV_BPR0_EL1.BinaryPoint.

### VBPR1, [20:18]

Virtual Binary Point Register, Group 1. The minimum value is:

0x3          This field is an alias of ICV_BPR1_EL1.BinaryPoint.

### RES0, [17:10]

RES0          Reserved.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**VEOIM, [9]**

Virtual EOI mode. The possible values are:

| | |
|---|---|
| **0x0** | ICV_EOIR0_EL1 and ICV_EOIR1_EL1 provide both priority drop and interrupt deactivation functionality. Accesses to ICV_DIR_EL1 are **UNPREDICTABLE**. |
| **0x1** | ICV_EOIR0_EL1 and ICV_EOIR1_EL1 provide priority drop functionality only. ICV_DIR_EL1 provides interrupt deactivation functionality. |

This bit is an alias of ICV_CTLR_EL1.EOImode.

**RES0, [8:5]**

| | |
|---|---|
| **RES0** | Reserved. |

**VCBPR, [4]**

Virtual Common Binary Point Register. The possible values are:

| | |
|---|---|
| **0x0** | ICV_BPR0_EL1 determines the preemption group for virtual Group 0 interrupts only. |
| | ICV_BPR1_EL1 determines the preemption group for virtual Group 1 interrupts. |
| **0x1** | ICV_BPR0_EL1 determines the preemption group for both virtual Group 0 and virtual Group 1 interrupts. |
| | Reads of ICV_BPR1_EL1 return ICV_BPR0_EL1 plus one, saturated to 111. Writes to ICV_BPR1_EL1 are **IGNORED**. |

**VFIQEn, [3]**

Virtual FIQ enable. The value is:

| | |
|---|---|
| **0x1** | Group 0 virtual interrupts are presented as virtual FIQs. |

**RES0, [2]**

| | |
|---|---|
| **RES0** | Reserved. |

**VENG1, [1]**

Virtual Group 1 interrupt enable. The possible values are:

| | |
|---|---|
| **0x0** | Virtual Group 1 interrupts are disabled. |
| **0x1** | Virtual Group 1 interrupts are enabled. |

**VENG0, [0]**

Virtual Group 0 interrupt enable. The possible values are:

| | |
|---|---|
| **0x0** | Virtual Group 0 interrupts are disabled. |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

      **0x1**           Virtual Group 0 interrupts are enabled.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Generic Interrupt Controller Architecture Specification, GIC architecture version 3 and version 4*.

# 15.23  ICH_VTR_EL2, Interrupt Controller VGIC Type Register, EL2

ICH_VTR_EL2 reports supported GIC virtualization features.

## Bit field descriptions

ICH_VTR_EL2 is a 32-bit register and is part of:

- The GIC System registers functional group.
- The Virtualization registers functional group.
- The GIC host interface control registers functional group.

**Figure 15-13: ICH_VTR_EL2 bit assignments**



**PRIbits, [31:29]**

      Priority bits. The number of virtual priority bits implemented, minus one.

            **0x4**            Priority implemented is 5-bit.

**PREbits, [28:26]**

      The number of virtual preemption bits implemented, minus one. The value is:

            **0x4**            Virtual preemption implemented is 5-bit.

**IDbits, [25:23]**

      The number of virtual interrupt identifier bits supported. The value is:

            **0x0**            Virtual interrupt identifier bits that are implemented is 16-bit.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**SEIS, [22]**

> SEI Support. The value is:

> > **0x0**        The virtual CPU interface logic does not support generation of SEIs.

**A3V, [21]**

> Affinity 3 Valid. The value is:

> > **0x1**        The virtual CPU interface logic supports nonzero values of Affinity 3 in SGI generation System registers.

**nV4, [20]**

> Direct injection of virtual interrupts not supported. The value is:

> > **0x0**        The CPU interface logic supports direct injection of virtual interrupts.

**TDS, [19]**

> Separate trapping of Non-secure EL1 writes to ICV_DIR_EL1 supported. The value is:

> > **0x1**        Implementation supports ICH_HCR_EL2.TDIR.

**RES0, [18:5]**

> > **RES0**        Reserved.

**ListRegs, [4:0]**

> > **0x3**        The number of implemented List registers, minus one.

> > The core implements four list registers. Accesses to ICH_LR_EL2[x] (x>3) in AArch64 are **UNDEFINED**.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Generic Interrupt Controller Architecture Specification, GIC architecture version 3 and version 4*.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 16.  Advanced SIMD and floating-point registers

This chapter describes the Advanced SIMD and floating-point registers.

## 16.1  AArch64 register summary

The core has several Advanced SIMD and floating-point System registers in the AArch64 Execution state. Each register has a specific purpose, specific usage constraints, configurations, and attributes.

The following table gives a summary of the Neoverse™ N1 core Advanced SIMD and floating-point System registers in the AArch64 Execution state.

**Table 16-1: AArch64 Advanced SIMD and floating-point System registers**

| Name | Type | Reset | Description |
|------|------|-------|-------------|
| FPCR | RW | 0x00000000 | See 16.2 FPCR, Floating-point Control Register on page 297. |
| FPSR | RW | **UNKNOWN** | See 16.3 FPSR, Floating-point Status Register on page 300. |
| MVFR0_EL1 | RO | 0x10110222 | See 16.4 MVFR0_EL1, Media, and VFP Feature Register 0, EL1 on page 302. |
| MVFR1_EL1 | RO | 0x13211111 | See 16.5 MVFR1_EL1, Media, and VFP Feature Register 1, EL1 on page 303. |
| MVFR2_EL1 | RO | 0x00000043 | See 16.6 MVFR2_EL1, Media, and VFP Feature Register 2, EL1 on page 305. |

## 16.2  FPCR, Floating-point Control Register

The FPCR controls floating-point behavior.

### Bit field descriptions
FPCR is a 32-bit register.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Arm® Neoverse™ N1 Core  Technical Reference Manual

Document ID: 100616_0401_02_en
Issue: 02
Advanced SIMD and floating-point registers

**Figure 16-1: FPCR bit assignments**



RES0

**RES0, [31:27]**

> RES0

> > Reserved.

**AHP, [26]**

> Alternative half-precision control bit. The possible values are:

> > 0

> > > IEEE half-precision format selected. This is the reset value.

> > 1

> > > Alternative half-precision format selected.

**DN, [25]**

> Default NaN mode control bit. The possible values are:

> > 0

> > > NaN operands propagate through to the output of a floating-point operation. This is the reset value.

> > 1

> > > Any operation involving one or more NaNs returns the Default NaN.

**FZ, [24]**

> Flush-to-zero mode control bit. The possible values are:

> > 0

> > > Flush-to-zero mode disabled. Behavior of the floating-point system is fully compliant with the IEEE 754 standard. This is the reset value.

> > 1

> > > Flush-to-zero mode enabled.

**RMode, [23:22]**

> Rounding Mode control field. The encoding of this field is:

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| | |
|---|---|
| **0b00** | *Round to Nearest* (RN) mode. This is the reset value. |
| **0b01** | *Round towards Plus Infinity* (RP) mode. |
| **0b10** | *Round towards Minus Infinity* (RM) mode. |
| **0b11** | *Round towards Zero* (RZ) mode. |

**RES0, [21:20]**

> **RES0**
>
> Reserved.

**FZ16, [19]**

> Flush-to-zero mode control bit on half-precision data-processing instructions. The possible values are:
>
> **0**
>
> Flush-to-zero mode disabled. Behavior of the floating-point system is fully compliant with the IEEE 754 standard. This is the default value.
>
> **1**
>
> Flush-to-zero mode enabled.

**RES0, [18:0]**

> **RES0**
>
> Reserved.

**Configurations**

> The named fields in this register map to the equivalent fields in the AArch32 FPSCR. See 16.8 FPSCR, Floating-Point Status and Control Register on page 307.

## Usage constraints

**Accessing the FPCR**

> To access the FPCR:

```
Flush-to-zero mode disabled. Behavior of the floating-point
MRS <Xt>, FPCR ; Read FPCR into Xt
MSR FPCR, <Xt> ; Write Xt to FPCR
```

Register access is encoded as follows:

**Table 16-2: FPCR access encoding**

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 11 | 011 | 0100 | 0100 | 000 |

**Accessibility**

> This register is accessible as follows:

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| EL0 | EL1 (NS) | EL1 (S) | EL2 | EL3 (SCR.NS = 1) | EL3 (SCR.NS = 0) |
|-----|----------|---------|-----|------------------|------------------|
| RW  | RW       | RW      | RW  | RW               | RW               |

# 16.3  FPSR, Floating-point Status Register

The FPSR provides floating-point system status information.

### Bit field descriptions

FPSR is a 32-bit register.

**Figure 16-2: FPSR bit assignments**



RES0

**N, [31]**

Negative condition flag for AArch32 floating-point comparison operations. AArch64 floating-point comparisons set the PSTATE.N flag instead.

**Z, [30]**

Zero condition flag for AArch32 floating-point comparison operations. AArch64 floating-point comparisons set the PSTATE.Z flag instead.

**C, [29]**

Carry condition flag for AArch32 floating-point comparison operations. AArch64 floating-point comparisons set the PSTATE.C flag instead

**V, [28]**

Overflow condition flag for AArch32 floating-point comparison operations. AArch64 floating-point comparisons set the PSTATE.V flag instead.

**QC, [27]**

Cumulative saturation bit. This bit is set to 1 to indicate that an Advanced SIMD integer operation has saturated since a 0 was last written to this bit.

**RES0, [26:8]**

Reserved, **RES0**.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**IDC, [7]**

   Input Denormal cumulative exception bit. This bit is set to 1 to indicate that the Input Denormal exception has occurred since 0 was last written to this bit.

**RES0, [6:5]**

   Reserved, RES0.

**IXC, [4]**

   Inexact cumulative exception bit. This bit is set to 1 to indicate that the Inexact exception has occurred since 0 was last written to this bit.

**UFC, [3]**

   Underflow cumulative exception bit. This bit is set to 1 to indicate that the Underflow exception has occurred since 0 was last written to this bit.

**OFC, [2]**

   Overflow cumulative exception bit. This bit is set to 1 to indicate that the Overflow exception has occurred since 0 was last written to this bit.

**DZC, [1]**

   Division by Zero cumulative exception bit. This bit is set to 1 to indicate that the Division by Zero exception has occurred since 0 was last written to this bit.

**IOC, [0]**

   Invalid Operation cumulative exception bit. This bit is set to 1 to indicate that the Invalid Operation exception has occurred since 0 was last written to this bit.

**Configurations**

   The named fields in this register map to the equivalent fields in the AArch32 FPSCR. See 16.8 FPSCR, Floating-Point Status and Control Register on page 307.

## Usage constraints

**Accessing the FPSR**

   To access the FPSR:

```
MRS <Xt>, FPSR; Read FPSR into Xt
MSR FPSR, <Xt>; Write Xt to FPSR
```

Register access is encoded as follows:

**Table 16-4: FPSR access encoding**

| op0 | op1 | CRn | CRm | op2 |
|-----|-----|------|------|-----|
| 11  | 011 | 0100 | 0100 | 001 |

**Accessibility**

   This register is accessible as follows:

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| EL0 | EL1 (NS) | EL1 (S) | EL2 | EL3 (SCR.NS = 1) | EL3 (SCR.NS = 0) |
|-----|----------|---------|-----|------------------|------------------|
| RW | RW | RW | RW | RW | RW |

# 16.4  MVFR0_EL1, Media, and VFP Feature Register 0, EL1

The MVFR0_EL1 describes the features that are provided by the AArch64 Advanced SIMD and floating-point implementation.

### Bit field descriptions

MVFR0_EL1 is a 32-bit register.

**Figure 16-3: MVFR0_EL1 bit assignments**



**FPRound, [31:28]**

> Indicates the rounding modes supported by the floating-point hardware:
>
> **0x1**
>> All rounding modes supported.

**FPShVec, [27:24]**

> Indicates the hardware support for floating-point short vectors:
>
> **0x0**
>> Not supported.

**FPSqrt, [23:20]**

> Indicates the hardware support for floating-point square root operations:
>
> **0x1**
>> Supported.

**FPDivide, [19:16]**

> Indicates the hardware support for floating-point divide operations:
>
> **0x1**
>> Supported.

**FPTrap, [15:12]**

> Indicates whether the floating-point hardware implementation supports exception trapping:
>
> **0x0**
>> Not supported.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**FPDP, [11:8]**

Indicates the hardware support for floating-point double-precision operations:

**0x2**

Supported, VFPv3 or greater.

See the *Arm® Architecture Reference Manual for A-profile architecture* for more information.

**FPSP, [7:4]**

Indicates the hardware support for floating-point single-precision operations:

**0x2**

Supported, VFPv3 or greater.

See the *Arm® Architecture Reference Manual for A-profile architecture* for more information.

**SIMDReg, [3:0]**

Indicates support for the Advanced SIMD register bank:

**0x2**

Supported, 32 x 64-bit registers supported.

See the *Arm® Architecture Reference Manual for A-profile architecture* for more information.

**Configurations**

There are no configuration notes.

## Usage constraints

**Accessing the MVFR0_EL1**

To access the MVFR0_EL1:

```
MRS <Xt>, MVFR0_EL1 ; Read MVFR0_EL1 into Xt
```

Register access is encoded as follows:

**Table 16-6: MVFR0_EL1 access encoding**

| op0 | op1 | CRn | CRm | op2 |
|-----|-----|-----|-----|-----|
| 11 | 000 | 0000 | 0011 | 000 |

**Accessibility**

This register is accessible as follows:

| EL0 | EL1(NS) | EL1(S) | EL2 | EL3 (SCR.NS = 1) | EL3(SCR.NS = 0) |
|-----|---------|--------|-----|------------------|-----------------|
| - | RO | RO | RO | RO | RO |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 16.5  MVFR1_EL1, Media, and VFP Feature Register 1, EL1

The MVFR1_EL1 describes the features that are provided by the AArch64 Advanced SIMD and floating-point implementation.

## Bit field descriptions

MVFR1_EL1 is a 32-bit register.

### Figure 16-4: MVFR1_EL1 bit assignments



**SIMDFMAC, [31:28]**

> Indicates whether the Advanced SIMD and floating-point unit supports fused multiply accumulate operations:
>
> **1**
>
> > Implemented.

**FPHP, [27:24]**

> Indicates whether the Advanced SIMD and floating-point unit supports half-precision floating-point conversion instructions:
>
> **3**
>
> > Floating-point half-precision conversion and data processing instructions implemented.

**SIMDHP, [23:20]**

> Indicates whether the Advanced SIMD and floating-point unit supports half-precision floating-point conversion operations:
>
> **2**
>
> > Advanced SIMD half-precision conversion and data processing instructions implemented.

**SIMDSP, [19:16]**

> Indicates whether the Advanced SIMD and floating-point unit supports single-precision floating-point operations:
>
> **1**
>
> > Implemented.

**SIMDInt, [15:12]**

> Indicates whether the Advanced SIMD and floating-point unit supports integer operations:
>
> **1**
>
> > Implemented.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**SIMDLS, [11:8]**

Indicates whether the Advanced SIMD and floating-point unit supports load/store instructions:

**1**

Implemented.

**FPDNaN, [7:4]**

Indicates whether the floating-point hardware implementation supports only the Default NaN mode:

**1**

Hardware supports propagation of NaN values.

**FPFtZ, [3:0]**

Indicates whether the floating-point hardware implementation supports only the Flush-to-zero mode of operation:

**1**

Hardware supports full denormalized number arithmetic.

**Configurations**

There are no configuration notes.

## Usage constraints

**Accessing the MVFR1_EL1**

To access the MVFR1_EL1:

```
MRS <Xt>, MVFR1_EL1 ; Read MVFR1_EL1 into Xt
```

Register access is encoded as follows:

**Table 16-8: MVFR1_EL1 access encoding**

| op0 | op1 | CRn | CRm | op2 |
|-----|-----|------|------|-----|
| 11 | 000 | 0000 | 0011 | 001 |

**Accessibility**

This register is accessible as follows:

| EL0 | EL1(NS) | EL1(S) | EL2 | EL3 (SCR.NS = 1) | EL3(SCR.NS = 0) |
|-----|---------|--------|-----|-------------------|------------------|
| - | RO | RO | RO | RO | RO |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 16.6  MVFR2_EL1, Media, and VFP Feature Register 2, EL1

The MVFR2_EL1 describes the features that are provided by the AArch64 Advanced SIMD and floating-point implementation.

### Bit field descriptions

MVFR2_EL1 is a 32-bit register.

**Figure 16-5: MVFR2_EL1 bit assignments**



RES0

**RES0, [31:8]**

> RES0
>
> Reserved.

**FPMisc, [7:4]**

> Indicates support for miscellaneous floating-point features.

> 0x4    Supports:
>
> - Floating-point selection.
> - Floating-point Conversion to Integer with Directed rounding modes.
> - Floating-point Round to Integral Floating-point.
> - Floating-point MaxNum and MinNum.

**SIMDMisc, [3:0]**

> Indicates support for miscellaneous Advanced SIMD features.

> 0x3    Supports:
>
> - Floating-point Conversion to Integer with Directed rounding modes.
> - Floating-point Round to Integral Floating-point.
> - Floating-point MaxNum and MinNum.

**Configurations**

> There are no configuration notes.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Usage constraints**

**Accessing the MVFR2_EL1**

To access the MVFR2_EL1:

```
MRS <Xt>, MVFR2_EL1 ; Read MVFR2_EL1 into Xt
```

Register access is encoded as follows:

**Table 16-10: MVFR2_EL1 access encoding**

| op0 | op1 | CRn | CRm | op2 |
|-----|-----|-----|-----|-----|
| 11 | 000 | 0000 | 0011 | 010 |

**Accessibility**

This register is accessible as follows:

| EL0 | EL1(NS) | EL1(S) | EL2 | EL3 (SCR.NS = 1) | EL3(SCR.NS = 0) |
|-----|---------|--------|-----|------------------|-----------------|
| - | RO | RO | RO | RO | RO |

# 16.7  AArch32 register summary

The core has one Advanced SIMD and floating-point System registers in the AArch32 Execution state.

The following table gives a summary of the Neoverse™ N1 core Advanced SIMD and floating-point System registers in the AArch32 Execution state.

**Table 16-12: AArch32 Advanced SIMD and floating-point System registers**

| Name | Type | Reset | Description |
|------|------|-------|-------------|
| FPSCR | RW | UNKNOWN | See 16.8 FPSCR, Floating-Point Status and Control Register on page 307. |

See the *Arm® Architecture Reference Manual for A-profile architecture* for information on permitted accesses to the Advanced SIMD and floating-point System registers.

# 16.8  FPSCR, Floating-Point Status and Control Register

The FPSCR provides floating-point system status information and control.

**Bit field descriptions**

FPSCR is a 32-bit register.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure 16-6: FPSCR bit assignments**



**N, [31]**

Floating-point Negative condition code flag.

Set to 1 if a floating-point comparison operation produces a less than result.

**Z, [30]**

Floating-point Zero condition code flag.

Set to 1 if a floating-point comparison operation produces an equal result.

**C, [29]**

Floating-point Carry condition code flag.

Set to 1 if a floating-point comparison operation produces an equal, greater than, or unordered result.

**V, [28]**

Floating-point Overflow condition code flag.

Set to 1 if a floating-point comparison operation produces an unordered result.

**QC, [27]**

Cumulative saturation bit.

This bit is set to 1 to indicate that an Advanced SIMD integer operation has saturated after 0 was last written to this bit.

**AHP, [26]**

Alternative Half-Precision control bit:

0

IEEE half-precision format selected. This is the reset value.

1

Alternative half-precision format selected.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**DN, [25]**

Default NaN mode control bit:

**0**

> NaN operands propagate through to the output of a floating-point operation. This is the reset value.

**1**

> Any operation involving one or more NaNs returns the Default NaN.

The value of this bit only controls floating-point arithmetic. AArch32 Advanced SIMD arithmetic always uses the Default NaN setting, regardless of the value of the DN bit.

**FZ, [24]**

Flush-to-zero mode control bit:

**0**

> Flush-to-zero mode disabled. Behavior of the floating-point system is fully compliant with the IEEE 754 standard. This is the reset value.

**1**

> Flush-to-zero mode enabled.

The value of this bit only controls floating-point arithmetic. AArch32 Advanced SIMD arithmetic always uses the Flush-to-zero setting, regardless of the value of the FZ bit.

**RMode, [23:22]**

Rounding Mode control field:

**0b00**

> *Round to Nearest* (RN) mode. This is the reset value.

**0b01**

> *Round towards Plus Infinity* (RP) mode.

**0b10**

> *Round towards Minus Infinity* (RM) mode.

**0b11**

> *Round towards Zero* (RZ) mode.

The specified rounding mode is used by almost all floating-point instructions. AArch32 Advanced SIMD arithmetic always uses the Round to Nearest setting, regardless of the value of the RMode bits.

**Stride, [21:20]**

**RES0**

> Reserved.

**FZ16, [19]**

Flush-to-zero mode control bit on half-precision data-processing instructions:

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**0**

Flush-to-zero mode disabled. Behavior of the floating-point system is fully compliant with the IEEE 754 standard.

**1**

Flush-to-zero mode enabled.

## Len, [18:16]

**RES0**

Reserved.

## RES0, [15:8]

**RES0**

Reserved.

## IDC, [7]

Input Denormal cumulative exception bit. This bit is set to 1 to indicate that the Input Denormal exception has occurred since 0 was last written to this bit.

## RES0, [6:5]

**RES0**

Reserved.

## IXC, [4]

Inexact cumulative exception bit. This bit is set to 1 to indicate that the Inexact exception has occurred since 0 was last written to this bit.

## UFC, [3]

Underflow cumulative exception bit. This bit is set to 1 to indicate that the Underflow exception has occurred since 0 was last written to this bit.

## OFC, [2]

Overflow cumulative exception bit. This bit is set to 1 to indicate that the Overflow exception has occurred since 0 was last written to this bit.

## DZC, [1]

Division by Zero cumulative exception bit. This bit is set to 1 to indicate that the Division by Zero exception has occurred since 0 was last written to this bit.

## IOC, [0]

Invalid Operation cumulative exception bit. This bit is set to 1 to indicate that the Invalid Operation exception has occurred since 0 was last written to this bit.

## Configurations

There is one copy of this register that is used in both Secure and Non-secure states.

The named fields in this register map to the equivalent fields in the AArch64 FPCR and FPSR. See 16.2 FPCR, Floating-point Control Register on page 297 and 16.3 FPSR, Floating-point Status Register on page 300

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

.

## Usage constraints

### Accessing the FPSCR

To access the FPSCR:

```
VMRS <Rt>, FPSCR ; Read FPSCR into Rt
VMSR FPSCR, <Rt> ; Write Rt to FPSCR
```

Register access is encoded as follows:

**Table 16-13: FPSCR access encoding**

| spec_reg |
|----------|
| 0001 |



**Note**

The Neoverse™ N1 core implementation does not support the deprecated VFP short vector feature. Attempts to execute the associated VFP data-processing instructions result in an **UNDEFINED** Instruction exception.

### Accessibility

This register is accessible as follows:

| EL0 (NS) | EL0 (S) | EL1 (NS) | EL1 (S) | EL2 | EL3 (SCR.NS = 1) | EL3 (SCR.NS = 0) |
|----------|---------|----------|---------|-----|------------------|------------------|
| Config | RW | - | - | - | - | - |

Access to this register depends on the values of CPACR_EL1.FPEN, CPTR_EL2.FPEN, CPTR_EL2.TFP, CPTR_EL3.TFP, and HCR_EL2.{E2H, TGE}. For details of which values of these fields allow access at which Exception levels, see the *Arm® Architecture Reference Manual for A-profile architecture*.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 17.  Debug

This chapter describes the Neoverse™ N1 core Debug registers and shows examples of how to use them.

## 17.1  About debug methods

The core is part of a debug system and supports both self-hosted and external debug.

The following figure shows a typical external debug system.

**Figure 17-1: External debug system**



**Debug host**

> A computer, for example a personal computer, that is running a software debugger such as the DS-5 Debugger. With the debug host, you can issue high-level commands, such as setting a breakpoint at a certain location or examining the contents of a memory address.

**Protocol converter**

> The debug host sends messages to the debug target using an interface such as Ethernet. However, the debug target typically implements a different interface protocol. A device such as DSTREAM is required to convert between the two protocols.

**Debug target**

> The lowest level of the system implements system support for the protocol converter to access the debug unit using the *Advanced Peripheral Bus* (APB) completer interface. An example of a debug target is a development system with a test chip or a silicon part with a core.

**Debug unit**

> Helps debugging software that is running on the core:
>
> - Hardware systems that are based on the core.
>
> - Operating systems.
>
> - Application software.
>
> With the debug unit, you can:
>
> - Stop program execution.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

- Examine and alter process and coprocessor state.

- Examine and alter memory and the state of the input or output peripherals.

- Restart the core.

For self-hosted debug, the debug target runs additional debug monitor software that runs on the Neoverse™ N1 core itself. This way, it does not require expensive interface hardware to connect a second host computer.

# 17.2  Debug register interfaces

The Debug architecture defines a set of Debug registers.

The Debug register interfaces provide access to these registers from:

- Software running on the core.

- An external debugger.

The Neoverse™ N1 core implements the Armv8 Debug architecture and debug events as described in the *Arm® Architecture Reference Manual for A-profile architecture*. It also implements improvements to Debug introduced in Armv8.1 and Armv8.2.

## 17.2.1  Core interfaces

System register access allows the core to directly access certain debug registers.

The external debug interface enables both external and self-hosted debug agents to access Debug registers. Access to the Debug registers is partitioned as follows:

**Debug registers**

This function is System register based and memory-mapped. You can access the Debug register map using the APB completer port.

**Performance monitor**

This function is System register based and memory-mapped. You can access the performance monitor registers using the APB completer port.

**Activity monitor**

This function is System register based and memory-mapped. You can access the activity monitor registers using the APB completer port.

**Trace registers**

This function is memory-mapped.

**ELA registers**

This function is memory-mapped.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Related information**

External debug interface on page 316

## 17.2.2 Breakpoints and watchpoints

The core supports six breakpoints, four watchpoints, and a standard *Debug Communications Channel* (DCC).

A breakpoint consists of a breakpoint control register and a breakpoint value register. These two registers are referred to as a *Breakpoint Register Pair* (BRP).

Four of the breakpoints (BRP 0-3) match only to virtual address and the other two (BRP 4 and 5) match against either virtual address or context ID, or VMID. All the watchpoints can be linked to two breakpoints (BRP 4 and 5) to enable a memory request to be trapped in a given process context.

## 17.2.3 Effects of resets on Debug registers

The core has the following reset signals that affect the Debug registers:

**nCPUPORESET**

> This signal initializes the core processing logic, including the debug, ETM trace unit, breakpoint, watchpoint logic, and performance monitors logic. This maps to a Cold reset that covers reset of the core processing logic and the integrated debug functionality.

**nCORERESET**

> This signal resets some of the debug and performance monitor logic. This maps to a Warm reset that covers reset of the core processing logic.

## 17.2.4 External access permissions to Debug registers

External access permission to the Debug registers is subject to the conditions at the time of the access.

The following table describes the core response to accesses through the external debug interface.

**Table 17-1: External access conditions to registers**

| Name | Condition | Description |
|------|-----------|-------------|
| Off | EDPRSR.PU is 0 | Core power domain is completely off, or in a low-power state where the Core power domain registers cannot be accessed. <br><br> If debug power is off, then all external debug and memory-mapped register accesses return an error. |
| DLK | `DoubleLockStatus() == TRUE` (EDPRSR.DLK is 1) | OS Double Lock is locked. |
| OSLK | OSLSR_EL1.OSLK is 1 | OS Lock is locked. |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Name | Condition | Description |
|------|-----------|-------------|
| EDAD | `AllowExternalDebugAccess() ==FALSE` | External debug access is disabled. When an error is returned because of an EDAD condition code, and this is the highest priority error condition, EDPRSR.SDAD is set to 1. Otherwise SDAD is unchanged. |
| Default | - | None of the conditions apply, normal access. |

The following table shows an example of external register access condition codes for access to a performance monitor register. To determine the access permission for the register, scan the columns from left to right. Stop at the first column a condition is true, the entry gives the access permission of the register and scanning stops.

**Table 17-2: External register condition code example**

| Off | DLK | OSLK | EDAD | Default |
|-----|-----|------|------|---------|
| - | - | - | - | RO |

# 17.3  Debug events

A debug event can be a software debug event or a Halting debug event.

A core responds to a debug event in one of the following ways:

- Ignores the debug event.
- Takes a debug exception.
- Enters debug state.

See the *Arm® Architecture Reference Manual for A-profile architecture* for more information about the debug events.

**Related information**

External debug interface on page 316
About clocks, resets, and input synchronization on page 34

## 17.3.1  Watchpoint debug events

In the Neoverse™ N1 core, watchpoint debug events are always synchronous.

Memory hint instructions and cache clean operations, except `DC ZVA` and `DC IVAC`, do not generate watchpoint debug events. Store exclusive instructions generate a watchpoint debug event even when the check for the control of exclusive monitor fails. Atomic CAS instructions generate a watchpoint debug event even when the compare operation fails.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### 17.3.2  Debug OS Lock

Debug OS Lock is set by the powerup reset, nCPUPORESET.

For normal behavior of debug events and Debug register accesses, Debug OS Lock must be cleared. For more information, see the *Arm® Architecture Reference Manual for A-profile architecture*.

## 17.4  External debug interface

For information about external debug interface, including debug memory map and debug signals, see the *Arm® DynamIQ™ Shared Unit Technical Reference Manual*.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 18.  Performance Monitoring Unit

This chapter describes the *Performance Monitoring Unit* (PMU) and the registers that it uses.

## 18.1  About the PMU

The Neoverse™ N1 core includes performance monitors that enable you to gather various statistics on the operation of the core and its memory system during runtime. These provide useful information about the behavior of the core that you can use when debugging or profiling code.

The PMU provides six event counters. Each counter can count any of the events available in the core. The absolute counts that are recorded might vary because of pipeline effects. This has negligible effect except in cases where the counters are enabled for a very short time.

**Related information**
PMU events on page 318

## 18.2  PMU functional description

This section describes the functionality of the PMU.

The PMU includes the following interfaces and counters:

**Event interface**
    Events from all other units from across the design are provided to the PMU.

**System register and APB interface**
    You can program the PMU registers using the System registers or the external APB interface.

**Counters**
    The PMU has 32-bit counters that increment when they are enabled, based on events, and a 64-bit cycle counter.

**PMU register interfaces**
    The Neoverse™ N1 core supports access to the performance monitor registers from the internal System register interface and a memory-mapped interface.

### 18.2.1  External register access permissions

Whether or not access is permitted to a register depends on:

- If the core is powered up.
- The state of the OS Lock and OS Double Lock.
- The state of External Performance Monitors access disable.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

- The state of the debug authentication inputs to the core.

The behavior is specific to each register and is not described in this document. For a detailed description of these features and their effects on the registers, see the *Arm® Architecture Reference Manual Arm®v8, for Arm®v8-A architecture profile*.

The register descriptions that are provided in this manual describe whether each register is read/write or read-only.

## 18.3  PMU events

The following table shows the events that are generated and the numbers that the PMU uses to reference the events. The table also shows the bit position of each event on the event bus. Event reference numbers that are not listed are reserved.

**Table 18-1: PMU Events**

| Event number | PMU event bus (to trace) | Event mnemonic | Event description |
|---|---|---|---|
| 0x0 | [00] | SW_INCR | Software increment. Instruction architecturally executed (condition code check pass). |
| 0x1 | [01] | L1I_CACHE_REFILL | L1 instruction cache refill. This event counts any instruction fetch which misses in the cache.<br><br>The following instructions are not counted:<br>• Cache maintenance instructions.<br>• Non-cacheable accesses. |
| 0x2 | [02] | L1I_TLB_REFILL | L1 instruction TLB refill. This event counts any refill of the instruction L1 TLB from the L2 TLB. This includes refills that result in a translation fault.<br><br>The following instructions are not counted:<br>• TLB maintenance instructions.<br><br>This event counts regardless of whether the MMU is enabled. |
| 0x3 | [167] | L1D_CACHE_REFILL | L1 data cache refill. This event counts any load or store operation or page table walk access which causes data to be read from outside the L1, including accesses which do not allocate into L1.<br><br>The following instructions are not counted:<br>• Cache maintenance instructions and prefetches.<br>• Stores of an entire cache line, even if they make a coherency request outside the L1.<br>• Partial cache line writes which do not allocate into the L1 cache.<br>• Non-cacheable accesses.<br><br>This event counts the sum of L1D_CACHE_REFILL_RD and L1D_CACHE_REFILL_WR. |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Arm® Neoverse™ N1 Core  Technical Reference Manual

Document ID: 100616_0401_02_en
Issue: 02
Performance Monitoring Unit

| Event number | PMU event bus (to trace) | Event mnemonic | Event description |
|---|---|---|---|
| 0x4 | [05:03] | L1D_CACHE | L1 data cache access. This event counts any load or store operation or page table walk access which looks up in the L1 data cache. In particular, any access which could count the L1D_CACHE_REFILL event causes this event to count.<br><br>The following instructions are not counted:<br>• Cache maintenance instructions and prefetches.<br>• Non-cacheable accesses.<br><br>This event counts the sum of L1D_CACHE_RD and L1D_CACHE_WR. |
| 0x5 | [07:06] | L1D_TLB_REFILL | L1 data TLB refill. This event counts any refill of the data L1 TLB from the L2 TLB. This includes refills that result in a translation fault. The following instructions are not counted:<br>• TLB maintenance instructions.<br><br>This event counts regardless of whether the MMU is enabled. |
| 0x8 | [11:08] | INST_RETIRED | Instruction architecturally executed. This event counts all retired instructions, including those that fail their condition check. |
| 0x9 | [12] | EXC_TAKEN | Exception taken. |
| 0x0A | [13] | EXC_RETURN | Instruction architecturally executed, condition code check pass, exception return. |
| 0x0B | [156] | CID_WRITE_RETIRED | Instruction architecturally executed, condition code check pass, write to CONTEXTIDR. This event only counts writes to CONTEXTIDR in AArch32 state, and via the CONTEXTIDR_EL1 mnemonic in AArch64 state.<br><br>The following instructions are not counted:<br>• Writes to CONTEXTIDR_EL12 and CONTEXTIDR_EL2. |
| 0x10 | [14] | BR_MIS_PRED | Mispredicted or not predicted branch speculatively executed. This event counts any predictable branch instruction which is mispredicted either due to dynamic misprediction or because the MMU is off and the branches are statically predicted not taken. |
| 0x11 | [15] | CPU_CYCLES | Cycle |
| 0x12 | [16] | BR_PRED | Predictable branch speculatively executed. This event counts all predictable branches. |
| 0x13 | [19:17] | MEM_ACCESS | Data memory access. This event counts memory accesses due to load or store instructions.<br><br>The following instructions are not counted:<br>• Instruction fetches.<br>• Cache maintenance instructions.<br>• Translation table walks or prefetches.<br>This event counts the sum of MEM_ACCESS_RD and MEM_ACCESS_WR. |
| 0x14 | [20] | L1I_CACHE | L1 instruction cache access or Level 0 Macro-op cache access. This event counts any instruction fetch which accesses the L1 instruction cache or L0 Macro-op cache.<br>The following instructions are not counted:<br>• Cache maintenance instructions.<br>• Non-cacheable accesses. |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Event number | PMU event bus (to trace) | Event mnemonic | Event description |
|---|---|---|---|
| 0x15 | [21] | L1D_CACHE_WB | L1 data cache Write-Back. This event counts any write-back of data from the L1 data cache to L2 or L3. This counts both victim line evictions and snoops, including cache maintenance operations.<br><br>The following instructions are not counted:<br>• Invalidations which do not result in data being transferred out of the L1.<br>• Full-line writes which write to L2 without writing L1, such as write streaming mode. |
| 0x16 | [24:22] | L2D_CACHE | L2 unified cache access. This event counts any transaction from L1 which looks up in the L2 cache, and any write-back from the L1 to the L2. Snoops from outside the core and cache maintenance operations are not counted. |
| 0x17 | [27:25] | L2D_CACHE_REFILL | L2 unified cache refill. This event counts any Cacheable transaction from L1 which causes data to be read from outside the core. L2 refills caused by stashes and prefetches that target this level of cache, should not be counted. |
| 0x18 | [30:28] | L2D_CACHE_WB | L2 unified cache write-back. This event counts any write-back of data from the L2 cache to outside the core. This includes snoops to the L2 which return data, regardless of whether they cause an invalidation. Invalidations from the L2 which do not write data outside of the core and snoops which return data from the L1 are not counted. |
| 0x19 | [32:31] | BUS_ACCESS | Bus access. This event counts for every beat of data that are transferred over the data channels between the core and the SCU. If both read and write data beats are transferred on a given cycle, this event is counted twice on that cycle. This event counts the sum of BUS_ACCESS_RD, BUS_ACCESS_WR, and snoops. |
| 0x1A | [33] | MEMORY_ERROR | Local memory error. This event counts any correctable or uncorrectable memory error (ECC or parity) in the protected core RAMs. |
| 0x1B | [36:34] | INST_SPEC | Operation speculatively executed |
| 0x1C | [37] | TTBR_WRITE_RETIRED | Instruction architecturally executed, condition code check pass, write to TTBR.This event only counts writes to TTBR0/TTBR1 in AArch32 state and TTBR0_EL1/TTBR1_EL1 in AArch64 state.<br><br>The following instructions are not counted:<br>• Accesses to TTBR0_EL12/TTBR1_EL12 or TTBR0_EL2/TTBR1_EL2. |
| 0x1D | [38] | BUS_CYCLES | Bus cycles. This event duplicates CPU_CYCLES. |
| 0x1E | [39] | CHAIN | For odd-numbered counters, increments the count by one for each overflow of the preceding even-numbered counter. For even-numbered counters, there is no increment. |
| 0x20 | [41:40] | L2D_CACHE_ALLOCATE | L2 unified cache allocation without refill. This event counts any full cache line write into the L2 cache which does not cause a refill, including write-backs from L1 to L2 and full-line writes which do not allocate into L1. |
| 0x21 | [42] | BR_RETIRED | Instruction architecturally executed, branch. This event counts all branches, taken or not. This excludes exception entries, debug entries and CCFAIL branches. |
| 0x22 | [43] | BR_MIS_PRED_RETIRED | Instruction architecturally executed, mispredicted branch. This event counts any branch counted by BR_RETIRED which is not correctly predicted and causes a pipeline flush. |
| 0x23 | [44] | STALL_FRONTEND | No operation issued because of the frontend. The counter counts on any cycle when there are no fetched instructions available to dispatch. |
| 0x24 | [45] | STALL_BACKEND | No operation issued because of the backend. The counter counts on any cycle fetched instructions are not dispatched due to resource constraints. |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Arm® Neoverse™ N1 Core  Technical Reference Manual

Document ID: 100616_0401_02_en
Issue: 02
Performance Monitoring Unit

| Event number | PMU event bus (to trace) | Event mnemonic | Event description |
|---|---|---|---|
| 0x25 | [48:46] | L1D_TLB | L1 data TLB access. This event counts any load or store operation which accesses the data L1 TLB. If both a load and a store are executed on a cycle, this event counts twice. This event counts regardless of whether the MMU is enabled. |
| 0x26 | [168] | L1I_TLB | L1 instruction TLB access. This event counts any instruction fetch which accesses the instruction L1 TLB.This event counts regardless of whether the MMU is enabled. |
| 0x29 | [157] | L3D_CACHE_ALLOCATE | Attributable L3 data or unified cache allocation without refill. This event counts any full cache line write into the L3 cache which does not cause a linefill, including write-backs from L2 to L3 and full-line writes which do not allocate into L2. |
| 0x2A | [159:158] | L3D_CACHE_REFILL | Attributable Level 3 unified cache refill.<br><br>This event counts for any cacheable read transaction returning data from the SCU for which the data source was outside the cluster. Transactions such as ReadUnique are counted here as 'read' transactions, even though they can be generated by store instructions.<br><br>Prefetches and stashes that target the L3 cache are not counted. |
| 0x2B | [160] | L3D_CACHE_RD | Attributable L3 unified cache access.<br><br>This event counts for any cacheable read transaction returning data from the SCU, or for any cacheable write to the SCU. |
| 0x2D | [49] | L2D_TLB_REFILL | Attributable L2 data or unified TLB refill. This event counts on any refill of the L2 TLB, caused by either an instruction or data access. This event does not count if the MMU is disabled. |
| 0x2F | [51:50] | L2D_TLB | Attributable L2 data or unified TLB access. This event counts on any access to the L2 TLB (caused by a refill of any of the L1 TLBs). This event does not count if the MMU is disabled. |
| 0x31 | [161] | REMOTE_ACCESS | Access to another socket in a multi-socket system. |
| 0x34 | [52] | DTLB_WALK | Access to data TLB that caused a page table walk. This event counts on any data access which causes L2D_TLB_REFILL to count. |
| 0x35 | [53] | ITLB_WALK | Access to instruction TLB that caused a page table walk. This event counts on any instruction access which causes L2D_TLB_REFILL to count. |
| 0x36 | [163:162] | LL_CACHE_RD | Last level cache access, read.<br><br>• If CPUECTLR.EXTLLC is set: This event counts any cacheable read transaction which returns a data source of 'interconnect cache'.<br><br>• If CPUECTLR.EXTLLC is not set: This event is a duplicate of the L*D_CACHE_RD event corresponding to the last level of cache implemented – L3D_CACHE_RD if both per-core L2 and cluster L3 are implemented, L2D_CACHE_RD if only one is implemented, or L1D_CACHE_RD if neither is implemented. |
| 0x37 | [165:164] | LL_CACHE_MISS_RD | Last level cache miss, read.<br><br>• If CPUECTLR.EXTLLC is set: This event counts any cacheable read transaction which returns a data source of 'DRAM', 'remote' or 'inter-cluster peer'.<br><br>• If CPUECTLR.EXTLLC is not set: This event is a duplicate of the L*D_CACHE_REFILL_RD event corresponding to the last level of cache implemented – L3D_CACHE_REFILL_RD if both per-core L2 and cluster L3 are implemented, L2D_CACHE_REFILL_RD if only one is implemented, or L1D_CACHE_REFILL_RD if neither is implemented. |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Arm® Neoverse™ N1 Core  Technical Reference Manual

Document ID: 100616_0401_02_en
Issue: 02
Performance Monitoring Unit

| Event number | PMU event bus (to trace) | Event mnemonic | Event description |
|---|---|---|---|
| 0x40 | [55:54 ] | L1D_CACHE_RD | L1 data cache access, read. This event counts any load operation or page table walk access which looks up in the L1 data cache. In particular, any access which could count the L1D_CACHE_REFILL_RD event causes this event to count.<br><br>The following instructions are not counted:<br>• Cache maintenance instructions and prefetches.<br>• Non-cacheable accesses. |
| 0x41 | [57:56] | L1D_CACHE_WR | L1 data cache access, write. This event counts any store operation which looks up in the L1 data cache. In particular, any access which could count the L1D_CACHE_REFILL_WR event causes this event to count.<br><br>The following instructions are not counted:<br>• Cache maintenance instructions and prefetches.<br>• Non-cacheable accesses. |
| 0x42 | [58] | L1D_CACHE_REFILL_RD | L1 data cache refill, read. This event counts any load operation or page table walk access which causes data to be read from outside the L1, including accesses which do not allocate into L1.<br><br>The following instructions are not counted:<br>• Cache maintenance instructions and prefetches.<br>• Non-cacheable accesses. |
| 0x43 | [59] | L1D_CACHE_REFILL_WR | L1 data cache refill, write. This event counts any store operation which causes data to be read from outside the L1, including accesses which do not allocate into L1.<br><br>The following instructions are not counted:<br>• Cache maintenance instructions and prefetches.<br>• Stores of an entire cache line, even if they make a coherency request outside the L1.<br>• Partial cache line writes which do not allocate into the L1 cache.<br>• Non-cacheable accesses. |
| 0x44 | [60] | L1D_CACHE_REFILL_INNER | L1 data cache refill, inner. This event counts any L1 data cache linefill (as counted by L1D_CACHE_REFILL) which hits in the L2 cache, L3 cache, or another core in the cluster. |
| 0x45 | [61] | L1D_CACHE_REFILL_OUTER | L1 data cache refill, outer. This event counts any L1 data cache linefill (as counted by L1D_CACHE_REFILL) which does not hit in the L2 cache, L3 cache, or another core in the cluster, and instead obtains data from outside the cluster. |
| 0x46 | [62] | L1D_CACHE_WB_VICTIM | L1 data cache write-back, victim |
| 0x47 | [63] | L1D_CACHE_WB_CLEAN | L1 data cache write-back cleaning and coherency |
| 0x48 | [64] | L1D_CACHE_INVAL | L1 data cache invalidate. |
| 0x4C | [65] | L1D_TLB_REFILL_RD | L1 data TLB refill, read. |
| 0x4D | [66] | L1D_TLB_REFILL_WR | L1 data TLB refill, write. |
| 0x4E | [68:67] | L1D_TLB_RD | L1 data TLB access, read. |
| 0x4F | [70:69] | L1D_TLB_WR | L1 data TLB access, write. |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Arm® Neoverse™ N1 Core  Technical Reference Manual

Document ID: 100616_0401_02_en
Issue: 02
Performance Monitoring Unit

| Event number | PMU event bus (to trace) | Event mnemonic | Event description |
|---|---|---|---|
| 0x50 | [72:71] | L2D_CACHE_RD | L2 unified cache access, read. This event counts any read transaction from L1 which looks up in the L2 cache.<br><br>Snoops from outside the core are not counted. |
| 0x51 | [74:73] | L2D_CACHE_WR | L2 unified cache access, write. This event counts any write transaction from L1 which looks up in the L2 cache or any write-back from L1 which allocates into the L2 cache.<br><br>Snoops from outside the core are not counted. |
| 0x52 | [76:75] | L2D_CACHE_REFILL_RD | L2 unified cache refill, read. This event counts any cacheable read transaction from L1 which causes data to be read from outside the core. L2 refills caused by stashes into L2 should not be counted. Transactions such as ReadUnique are counted here as 'read' transactions, even though they can be generated by store instructions. |
| 0x53 | [78:77] | L2D_CACHE_REFILL_WR | L2 unified cache refill, write. This event counts any write transaction from L1 which causes data to be read from outside the core. L2 refills caused by stashes into L2 should not be counted. Transactions such as ReadUnique are not counted as write transactions. |
| 0x56 | [80:79] | L2D_CACHE_WB_VICTIM | L2 unified cache write-back, victim. |
| 0x57 | [82:81] | L2D_CACHE_WB_CLEAN | L2 unified cache write-back, cleaning, and coherency. |
| 0x58 | [84:83] | L2D_CACHE_INVAL | L2 unified cache invalidate. |
| 0x5C | [85] | L2D_TLB_REFILL_RD | L2 data or unified TLB refill, read. |
| 0x5D | [86] | L2D_TLB_REFILL_WR | L2 data or unified TLB refill, write. |
| 0x5E | [88:87] | L2D_TLB_RD | L2 data or unified TLB access, read. |
| 0x5F | [89] | L2D_TLB_WR | L2 data or unified TLB access, write. |
| 0x60 | [90] | BUS_ACCESS_RD | Bus access read. This event counts for every beat of data transferred over the read data channel between the core and the SCU. |
| 0x61 | [91] | BUS_ACCESS_WR | Bus access write. This event counts for every beat of data transferred over the write data channel between the core and the SCU. |
| 0x66 | [93:92] | MEM_ACCESS_RD | Data memory access, read. This event counts memory accesses due to load instructions. The following instructions are not counted:<br><br>• Instruction fetches.<br><br>• Cache maintenance instructions.<br><br>• Translation table walks.<br><br>• Prefetches. |
| 0x67 | [95:94] | MEM_ACCESS_WR | Data memory access, write. This event counts memory accesses due to store instructions.<br><br>The following instructions are not counted:<br>• Instruction fetches.<br><br>• Cache maintenance instructions.<br><br>• Translation table walks.<br><br>• Prefetches. |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Event number | PMU event bus (to trace) | Event mnemonic | Event description |
|---|---|---|---|
| 0x68 | [97:96] | UNALIGNED_LD_SPEC | Unaligned access, read |
| 0x69 | [99:98] | UNALIGNED_ST_SPEC | Unaligned access, write |
| 0x6A | [102:100] | UNALIGNED_LDST_SPEC | Unaligned access |
| 0x6C | [103] | LDREX_SPEC | Exclusive operation speculatively executed, LDREX or LDX. |
| 0x6D | [104] | STREX_PASS_SPEC | Exclusive operation speculatively executed, STREX or STX pass. |
| 0x6E | [105] | STREX_FAIL_SPEC | Exclusive operation speculatively executed, STREX or STX fail. |
| 0x6F | [106] | STREX_SPEC | Exclusive operation speculatively executed, STREX or STX. |
| 0x70 | [109:107] | LD_SPEC | Operation speculatively executed, load. |
| 0x71 | [112:110] | ST_SPEC | Operation speculatively executed, store. |
| 0x73 | [117:115] | DP_SPEC | Operation speculatively executed, integer data-processing. |
| 0x74 | [120:118] | ASE_SPEC | Operation speculatively executed, Advanced SIMD instruction. |
| 0x75 | [123:121] | VFP_SPEC | Operation speculatively executed, floating-point instruction. |
| 0x76 | [125:124] | PC_WRITE_SPEC | Operation speculatively executed, software change of the PC. |
| 0x77 | [128:126] | CRYPTO_SPEC | Operation speculatively executed, Cryptographic instruction. |
| 0x78 | [129] | BR_IMMED_SPEC | Branch speculatively executed, immediate branch. |
| 0x79 | [130] | BR_RETURN_SPEC | Branch speculatively executed, procedure return. |
| 0x7A | [131] | BR_INDIRECT_SPEC | Branch speculatively executed, indirect branch. |
| 0x7C | [132] | ISB_SPEC | Barrier speculatively executed, ISB. |
| 0x7D | [134:133] | DSB_SPEC | Barrier speculatively executed, DSB. |
| 0x7E | [136:135] | DMB_SPEC | Barrier speculatively executed, DMB. |
| 0x81 | [137] | EXC_UNDEF | Counts the number of undefined exceptions taken locally. |
| 0x82 | [138] | EXC_SVC | Exception taken locally, Supervisor Call. |
| 0x83 | [139] | EXC_PABORT | Exception taken locally, Instruction Abort. |
| 0x84 | [140] | EXC_DABORT | Exception taken locally, Data Abort and SError. |
| 0x86 | [141] | EXC_IRQ | Exception taken locally, IRQ. |
| 0x87 | [142] | EXC_FIQ | Exception taken locally, FIQ. |
| 0x88 | [143] | EXC_SMC | Exception taken locally, Secure Monitor Call. |
| 0x8A | [144] | EXC_HVC | Exception taken locally, Hypervisor Call. |
| 0x8B | [145] | EXC_TRAP_PABORT | Exception taken, Instruction Abort not taken locally. |
| 0x8C | [146] | EXC_TRAP_DABORT | Exception taken, Data Abort or SError not taken locally. |
| 0x8D | [147] | EXC_TRAP_OTHER | Exception taken, Other traps not taken locally. |
| 0x8E | [148] | EXC_TRAP_IRQ | Exception taken, IRQ not taken locally. |
| 0x8F | [149] | EXC_TRAP_FIQ | Exception taken, FIQ not taken locally. |
| 0x90 | [152:150] | RC_LD_SPEC | Release consistency operation speculatively executed, load-acquire. |
| 0x91 | [155:153] | RC_ST_SPEC | Release consistency operation speculatively executed, store-release. |
| 0xA0 | [166] | L3D_CACHE_RD | L3 data cache read. |
| 0x4000 | N/A | SAMPLE_POP | Sample Population |
| 0x4001 | N/A | SAMPLE_FEED | Sample Taken |
| 0x4002 | N/A | SAMPLE_FILTRATE | Sample Taken and not removed by filtering |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Event number | PMU event bus (to trace) | Event mnemonic | Event description |
|---|---|---|---|
| 0x4003 | N/A | SAMPLE_COLLISION | Sample collided with previous sample |

## 18.4  PMU interrupts

The Neoverse™ N1 core asserts the nPMUIRQ signal when the PMU generates an interrupt.

You can route this signal to an external interrupt controller for prioritization and masking. This is the only mechanism that signals this interrupt to the core.

This interrupt is also driven as a trigger input to the CTI. See the *Arm® DynamIQ™ Shared Unit Technical Reference Manual* for more information.

## 18.5  Exporting PMU events

Some of the PMU events are exported to the ETM trace unit to be monitored.



Note

The PMUEVENT bus is not exported to external components. This is because the event bus cannot safely cross an asynchronous boundary when events can be generated on every cycle.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 19.  Activity Monitor Unit

This chapter describes the *Activity Monitor Unit* (AMU).

## 19.1  About the AMU

The Neoverse™ N1 core includes activity monitoring. It has features in common with performance monitoring, but is intended for system management use whereas performance monitoring is aimed at user and debug applications.

The activity monitors provide useful information for system power management and persistent monitoring. The activity monitors are read-only in operation and their configuration is limited to the highest Exception level implemented.

The Neoverse™ N1 core implements five counters, 0-4, and activity monitoring is only implemented in AArch64.



The Neoverse™ N1 core activity monitoring is not architecturally described in the *Arm® Architecture Reference Manual for A-profile architecture*. Details regarding the AMU implementation for the Neoverse™ N1 core are found wholly within this chapter.

## 19.2  Accessing the activity monitors

The activity monitors can be accessed by:

- The System register interface for both AArch64 and AArch32 states.
- Read-only memory-mapped access using the debug APB interface.

### 19.2.1  Access enable bit

The access enable bit for traps on accesses to activity monitor registers is required at EL2 and EL3.

In the Neoverse™ N1 core, the AMEN[4] bit in registers ACTLR_EL2 and ACTLR_EL3 controls the activity monitor registers enable.



In the Neoverse™ N1 core, the AMEN[4] bit is **RES0** in ACTLR and HACTLR. Activity monitors are not implemented in AArch32.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## 19.2.2  System register access

The core implements activity monitoring in AArch64 and the activity monitors can be accessed using the `MRS` and `MSR` instructions.

## 19.2.3  External memory-mapped access

Activity monitors can also be memory-mapped accessed from the APB debug interface.

In this case, the AMU registers provide debug information and are read-only.

# 19.3  AMU counters

The Neoverse™ N1 core implements five counters, 0-4. The activity monitor counters, AMEVCNTR<0-4>_EL0, have the following characteristics:

- All events are counted in 64-bit wrapping counters that overflow when they wrap. There is no support for overflow status indication or interrupts.
- Any change in clock frequency, including when a WFI and WFE instruction stops the clock, can affect any counter.
- Events 0, 1, 2, 3, and 4 are fixed, and the AMEVTYPER<n> evtCount bits are read-only.

# 19.4  AMU events

The following table describes the counters that are implemented in the Neoverse™ N1 core and the mapping to events. All events are fixed.

Table 19-1: Mapping of counters to fixed events

| Activity monitor counter <n> | Event | Event number | Description |
|---|---|---|---|
| 0 | Cycles at core frequency | 0x11 | Cycles count. |
| 1 | Cycles at constant frequency | 0xEF | This counter is used to replicate the generic system counter that is incremented on a constant basis, and not incremented depending on the PE frequency core. |
| 2 | Instructions retired | 0x08 | Instruction architecturally executed. This counter increments for every instruction that is executed architecturally, including instructions that fail their condition code check. |
| 3 | First miss | 0xF0 | The first miss event tracks whether any external load miss is outstanding and starts counting only from a first-miss until data returns for that miss. The counter does not count for any remaining part of overlapping accesses, only counting again when the first-miss condition is re-detected. |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Activity monitor counter <n> | Event | Event number | Description |
|---|---|---|---|
| 4 | High activity | `0xF1` | Instructions executing through the design which act as a hint for potential high power activity. |



**Note**

To program AMU counter 4, you need to program the AMEVTYPER4_EL0 register. For more information, see 29.7 AMEVTYPERn_EL0, Activity Monitor Event Type Register, EL0 on page 409.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 20.  Embedded Trace Macrocell

This chapter describes the ETM for the Neoverse™ N1 core.

## 20.1  About the ETM

The ETM trace unit is a module that performs real-time instruction flow tracing that is based on the ETMv4 architecture. The ETM is a CoreSight component, and is an integral part of the Arm Real-time Debug solution, DS-5 Development Studio.

See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4*  for more information.

## 20.2  ETM trace unit generation options and resources

The following table shows the trace generation options that are implemented in the Neoverse™ N1 ETM trace unit.

**Table 20-1: ETM trace unit generation options implemented**

| Description | Configuration |
|---|---|
| Instruction address size in bytes | 8 |
| Data address size in bytes | 0 |
| Data value size in bytes | 0 |
| Virtual Machine ID size in bytes | 4 |
| Context ID size in bytes | 4 |
| Support for conditional instruction tracing | Not implemented |
| Support for tracing of data | Not implemented |
| Support for tracing of load and store instructions as P0 elements | Not implemented |
| Support for cycle counting in the instruction trace | Implemented |
| Support for branch broadcast tracing | Implemented |
| Number of events supported in the trace | 4 |
| Return stack support | Implemented |
| Tracing of SError exception support | Implemented |
| Instruction trace cycle counting minimum threshold | 4 |
| Size of Trace ID | 7 bits |
| Synchronization period support | read/write |
| Global timestamp size | 64 bits |
| Number of cores available for tracing | 1 |
| ATB trigger support | Implemented |
| Low power behavior override | Not implemented |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Description | Configuration |
|---|---|
| Stall control support | Not implemented |
| Support for overflow avoidance | Not implemented |
| Support for using CONTEXTIDR_EL2 in VMID comparator | Implemented |

The following table shows the resources that are implemented in the Neoverse™ N1 ETM trace unit.

**Table 20-2: ETM trace unit resources implemented**

| Description | Configuration |
|---|---|
| Number of resource selection pairs implemented | 8 |
| Number of external input selectors implemented | 4 |
| Number of external inputs implemented | 173, 4 CTI + 169 PMU |
| Number of counters implemented | 2 |
| Reduced function counter implemented | Not implemented |
| Number of sequencer states implemented | 4 |
| Number of Virtual Machine ID comparators implemented | 1 |
| Number of Context ID comparators implemented | 1 |
| Number of address comparator pairs implemented | 4 |
| Number of single-shot comparator controls | 1 |
| Number of core comparator inputs implemented | 0 |
| Data address comparisons implemented | Not implemented |
| Number of data value comparators implemented | 0 |

# 20.3  ETM trace unit functional description

This section describes the functionality of the ETM trace unit.

The following figure shows the main functional blocks of the ETM trace unit.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure 20-1: ETM functional blocks**



### Core interface
This block monitors the behavior of the core and generates P0 elements that are essentially executed branches and exceptions traced in program order.

### Trace generation
The trace generation block generates various trace packets based on P0 elements.

### Filtering and triggering resources
You can limit the amount of trace data generated by the ETM through the process of filtering.

For example, generating trace only in a certain address range. More complicated logic analyzer style filtering options are also available.

The ETM trace unit can also generate a trigger that is a signal to the Trace Capture Device to stop capturing trace.

### FIFO
The trace generated by the ETM trace unit is in a highly-compressed form.

The FIFO enables trace bursts to be flattened out. When the FIFO becomes full, the FIFO signals an overflow. The trace generation logic does not generate any new trace until the FIFO is emptied. This causes a gap in the trace when viewed in the debugger.

### Trace out
Trace from FIFO is output on the AMBA ATB interface.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## 20.4  Resetting the ETM

The reset for the ETM trace unit is the same as a Cold reset for the core.

The ETM trace unit is not reset when Warm reset is applied to the core so that tracing through Warm core reset is possible.

If the ETM trace unit is reset, tracing stops until the ETM trace unit is reprogrammed and re-enabled. However, if the core is reset using Warm reset, the last few instructions that are provided by the core before the reset might not be traced.

## 20.5  Programming and reading ETM trace unit registers

You program and read the ETM trace unit registers using the Debug APB interface.

The core does not have to be in debug state when you program the ETM trace unit registers.

When you are programming the ETM trace unit registers, you must enable all the changes at the same time. Otherwise, if you program the counter, it might start to count based on incorrect events before the correct setup is in place for the trigger condition.

To disable the ETM trace unit, use the TRCPRGCTLR.EN bit.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure 20-2: Programming ETM trace unit registers**



## 20.6  ETM trace unit register interfaces

The Neoverse™ N1 core supports only memory-mapped interface to trace registers.

See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* for information on the behaviors on register accesses for different trace unit states and the different access mechanisms.

**Related information**

External debug interface on page 316

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 20.7  Interaction with the PMU and Debug

This section describes the interaction with the PMU and the effect of debug double lock on trace register access.

## Interaction with the PMU

The Neoverse™ N1 core includes a PMU that enables events, such as cache misses and instructions executed, to be counted over a period of time.

The PMU and ETM trace unit function together.

## Use of PMU events by the ETM trace unit

The PMU architectural events described in 18.3 PMU events  on page 318 are available to the ETM trace unit through the extended input facility.

See the *Arm® Architecture Reference Manual for A-profile architecture* for more information about PMU events.

The ETM trace unit uses four extended external input selectors to access the PMU events. Each selector can independently select one of the PMU events, that are then active for the cycles where the relevant events occur. These selected events can then be accessed by any of the event registers within the ETM trace unit. The PMU event table describes the PMU events.

## Related information

PMU events on page 318

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 21. Statistical Profiling Extension

This chapter describes the *Statistical Profiling Extension* (SPE) for the Neoverse™ N1 core.

## 21.1  About the Statistical Profiling Extension

The Neoverse™ N1 core supports the *Statistical Profiling Extension* (SPE), which was introduced in Armv8.2. SPE provides a statistical view of the performance characteristics of executed instructions, which can be used by software writers to optimize their code for better performance.

This statistical view is provided by periodically capturing profiles of the characteristics of micro-operations as they are executed on the Neoverse™ N1 core, and writing those profiles to memory after the corresponding instruction has retired.

## 21.2  SPE functional description

This section describes the functionality of the SPE.

At a high level, SPE behavior consists of:

- Selection of the micro-operation to be profiled.

- Marking the selected micro-operation throughout its lifetime in the core, indicating within the various units that it is to be profiled.

- Storing data about the profiled micro-operation in internal registers during its lifetime in the core.

- Following retire/abort/flush of the profiled instruction, recording the profile data to memory.

While the SPE architecture allows either instructions or micro-operations to be profiled, the core will profile micro-operations in order to minimize the amount of logic necessary to support SPE.

Profiles are collected periodically, with the selection of a micro-operation to be profiled being driven by a simple down-counter which counts the number of speculative micro-operations dispatched, decremented once for each micro-operation. When the counter reaches zero, a micro-operation is identified as being sampled and is profiled throughout its lifetime in the microarchitecture.

The profiling activity is expected to be largely non-intrusive to the core performance, meaning the core's performance should not be meaningfully perturbed while profiling is taking place. Permitted perturbation includes using LS/L2 bandwidth to record the profile data to memory.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential



The rate of occurrence of this activity depends on the sampling rate, which is user-specified, so it may be possible for the user to specify a sampling rate that is meaningfully intrusive to the core's performance.

- The core's recommended minimum sampling interval is once per 1024 uops.
- This value is also communicated to software via the PMSIDR_EL1 interval bits.

Unlike trace information, SPE profiles are written to memory using a *Virtual Address* (VA), which means that writes of profiles must have access to the MMU in order to translate a VA to a *Physical Address* (PA), and must have a means to be written to memory.

## 21.3  IMPLEMENTATION DEFINED features of SPE

This section describes the **IMPLEMENTATION DEFINED** features of SPE.

### Events definition

The Neoverse™ N1 core includes a 16-bit event packet which is defined in the following table.

| Bit | Definition |
|-----|------------|
| 15 | Reserved |
| 14 | Reserved |
| 13 | Reserved |
| 12 | Late prefetch |
| 11 | Reserved |
| 10 | Remote access |
| 9 | Last level cache miss |
| 8 | Last level cache access |
| 7 | Branch mispredicted |
| 6 | Not taken |
| 5 | DTLB walk |
| 4 | TLB access |
| 3 | L1 data cache refill |
| 2 | L1 data cache access |
| 1 | Architecturally retired |
| 0 | Generated exception |

### Data source packet

The Neoverse™ N1 core provides an 8-bit data source for load and store operations as defined in the following table. All other values are reserved.

| Value | Name |
|-------|------|
| 0b0000 | L1 data cache |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Value | Name |
|-------|------|
| 0b1000 | L2 cache |
| 0b1001 | Peer CPU |
| 0b1010 | Local cluster |
| 0b1011 | System cache |
| 0b1100 | Peer cluster |
| 0b1101 | Remote |
| 0b1110 | DRAM |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 22.  AArch32 debug registers

This chapter describes the Debug registers in the AArch32 Execution state and shows examples of how to use them.

## 22.1  AArch32 Debug register summary

The following table summarizes the 32-bit and 64-bit debug control registers that are accessible in the AArch32 Execution state from the internal CP14 interface. These registers are accessed by the `MCR` and `MRC` instructions in the order of CRn, op2, CRm, Op1, or `MCRR` and `MRRC` instructions in the order of CRm, Op1.

For those registers that are not described in this chapter, see the *Arm® Architecture Reference Manual Arm®v8, for Arm®v8-A architecture profile.*

**Table 22-1: AArch32 Debug register summary**

| CRn | Op2 | CRm | Op1 | Name | Type | Reset | Description |
|-----|-----|-----|-----|------|------|-------|-------------|
| c0 | 0 | c1 | 0 | DBGDSCRint | RO | `000x0000` | Debug Status and Control Register, Internal View |
| c0 | 0 | c5 | 0 | DBGDTRTXint | WO | - | Debug Data Transfer Register, Transmit, Internal View |
| c0 | 0 | c5 | 0 | DBGDTRRXint | RO | `0x00000000` | Debug Data Transfer Register, Receive, Internal View |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 23.  AArch64 Debug registers

This chapter describes the Debug registers in the AArch64 Execution state and shows examples of how to use them.

## 23.1  AArch64 Debug register summary

These registers, listed in the following table, are accessed by the MRS and MSR instructions in the order of Op0, CRn, Op1, CRm, Op2.

See 24.1 Memory-mapped Debug register summary on page 348 for a complete list of registers accessible from the external debug interface. The 64-bit registers cover two addresses on the external memory interface. For those registers that are not described in this chapter, see the *Arm® Architecture Reference Manual for A-profile architecture*.

**Table 23-1: AArch64 debug register summary**

| Name | Type | Reset | Width | Description |
|---|---|---|---|---|
| OSDTRRX_EL1 | RW | 0x00000000 | 32 | Debug Data Transfer Register, Receive, External View |
| DBGBVR0_EL1 | RW | - | 64 | Debug Breakpoint Value Register 0 |
| DBGBCR0_EL1 | RW | UNK | 32 | 23.2 DBGBCRn_EL1, Debug Breakpoint Control Registers, EL1 on page 340 |
| DBGWVR0_EL1 | RW | - | 64 | Debug Watchpoint Value Register 0 |
| DBGWCR0_EL1 | RW | UNK | 32 | 23.4 DBGWCRn_EL1, Debug Watchpoint Control Registers, EL1 on page 344 |
| DBGBVR1_EL1 | RW | - | 64 | Debug Breakpoint Value Register 1 |
| DBGBCR1_EL1 | RW | UNK | 32 | 23.2 DBGBCRn_EL1, Debug Breakpoint Control Registers, EL1 on page 340 |
| DBGWVR1_EL1 | RW | - | 64 | Debug Watchpoint Value Register 1 |
| DBGWCR1_EL1 | RW | UNK | 32 | 23.4 DBGWCRn_EL1, Debug Watchpoint Control Registers, EL1 on page 344 |
| MDCCINT_EL1 | RW | 0x00000000 | 32 | Monitor Debug Comms Channel Interrupt Enable Register |
| MDSCR_EL1 | RW | - | 32 | Monitor Debug System Control Register, EL1 |
| DBGBVR2_EL1 | RW | - | 64 | Debug Breakpoint Value Register 2 |
| DBGBCR2_EL1 | RW | UNK | 32 | 23.2 DBGBCRn_EL1, Debug Breakpoint Control Registers, EL1 on page 340 |
| DBGWVR2_EL1 | RW | - | 64 | Debug Watchpoint Value Register 2 |
| DBGWCR2_EL1 | RW | UNK | 32 | 23.4 DBGWCRn_EL1, Debug Watchpoint Control Registers, EL1 on page 344 |
| OSDTRTX_EL1 | RW | - | 32 | Debug Data Transfer Register, Transmit, External View |
| DBGBVR3_EL1 | RW | - | 64 | Debug Breakpoint Value Register 3 |
| DBGBCR3_EL1 | RW | UNK | 32 | 23.2 DBGBCRn_EL1, Debug Breakpoint Control Registers, EL1 on page 340 |
| DBGWVR3_EL1 | RW | - | 64 | Debug Watchpoint Value Register 3 |
| DBGWCR3_EL1 | RW | UNK | 32 | 23.4 DBGWCRn_EL1, Debug Watchpoint Control Registers, EL1 on page 344 |
| DBGBVR4_EL1 | RW | - | 64 | Debug Breakpoint Value Register 4 |
| DBGBCR4_EL1 | RW | UNK | 32 | 23.2 DBGBCRn_EL1, Debug Breakpoint Control Registers, EL1 on page 340 |
| DBGBVR5_EL1 | RW | - | 64 | Debug Breakpoint Value Register 5 |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Name | Type | Reset | Width | Description |
|------|------|-------|-------|-------------|
| DBGBCR5_EL1 | RW | UNK | 32 | 23.2 DBGBCRn_EL1, Debug Breakpoint Control Registers, EL1 on page 340 |
| OSECCR_EL1 | RW | 0x00000000 | 32 | Debug OS Lock Exception Catch Register |
| MDCCSR_EL0 | RO | 0x00000000 | 32 | Monitor Debug Comms Channel Status Register |
| DBGDTR_EL0 | RW | 0x00000000 | 64 | Debug Data Transfer Register, half-duplex |
| DBGDTRTX_EL0 | WO | 0x00000000 | 32 | Debug Data Transfer Register, Transmit, Internal View |
| DBGDTRRX_EL0 | RO | 0x00000000 | 32 | Debug Data Transfer Register, Receive, Internal View |
| MDRAR_EL1 | RO | - | 64 | Debug ROM Address Register. This register is reserved, *RES0* |
| OSLAR_EL1 | WO | - | 32 | Debug OS Lock Access Register |
| OSLSR_EL1 | RO | 0x0000000A | 32 | Debug OS Lock Status Register |
| OSDLR_EL1 | RW | 0x00000000 | 32 | Debug OS Double Lock Register |
| DBGPRCR_EL1 | RW | - | 32 | Debug Power/Reset Control Register |
| DBGCLAIMSET_EL1 | RW | 0x000000FF | 32 | 23.3 DBGCLAIMSET_EL1, Debug Claim Tag Set Register, EL1 on page 343 |
| DBGCLAIMCLR_EL1 | RW | 0x00000000 | 32 | Debug Claim Tag Clear Register |
| DBGAUTHSTATUS_EL1 | RO | 0x000000AA | 32 | Debug Authentication Status Register |

## 23.2  DBGBCRn_EL1, Debug Breakpoint Control Registers, EL1

The DBGBCRn_EL1 registers hold control information for a breakpoint. Each DBGBVRn_EL1 is associated with a DBGBCRn_EL1 to form a *Breakpoint Register Pair* (BRP). The range of *n* for DBGBCRn_EL1 registers is 0 to 5.

### Bit field descriptions

The DBGBCRn_EL1 registers are 32-bit registers.

**Figure 23-1: DBGBCRn_EL1 bit assignments**



**RES0, [31:24]**

RES0

Reserved.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**BT, [23:20]**

>Breakpoint Type. This field controls the behavior of Breakpoint debug event generation. This includes the meaning of the value held in the associated DBGBVR$n$_EL1, indicating whether it is an instruction address match or mismatch, or a Context match. It also controls whether the breakpoint is linked to another breakpoint. The possible values are:

>>`0b0000`
>>
>>Unlinked instruction address match.

>>`0b0001`
>>
>>Linked instruction address match.

>>`0b0010`
>>
>>Unlinked Context ID match.

>>`0b0011`
>>
>>Linked Context ID match.

>>`0b0100`
>>
>>Unlinked instruction address mismatch.

>>`0b0101`
>>
>>Linked instruction address mismatch.

>>`0b0110`
>>
>>Unlinked CONTEXTIDR_EL1 match.

>>`0b0111`
>>
>>Linked CONTEXTIDR_EL1 match.

>>`0b1000`
>>
>>Unlinked VMID match.

>>`0b1001`
>>
>>Linked VMID match.

>>`0b1010`
>>
>>Unlinked VMID + Conext ID match.

>>`0b1011`
>>
>>Linked VMID + Context ID match.

>>`0b1100`
>>
>>Unlinked CONTEXTIDR_EL2 match.

>>`0b1101`
>>
>>Linked CONTEXTIDR_EL2 match.

>>`0b1110`
>>
>>Unlinked Full Context ID match.

>>`0b1111`
>>
>>Linked Full Context ID match.

>The field breakdown is:

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

- BT[3,1]: Base type. If the breakpoint is not context-aware, these bits are `RES0`. Otherwise, the possible values are:

  | | |
  |---|---|
  | `0b000` | Match address. DBGBVR*n*_EL1 is the address of an instruction. |
  | `0b001` | Match context ID. DBGBVR*n*_EL1[31:0] is a context ID. |
  | `0b010` | Match VMID. DBGBVR*n*_EL1[47:32] is a VMID. |
  | `0b011` | Match VMID and CONTEXTIDR_EL1. DBGBVR*n*_EL1[31:0] is a context ID, and DBGBVR*n*_EL1[47:32] is a VMID. |

- BT[2]: Mismatch. `RES0`.

- BT[0]: Enable linking.

**LBN, [19:16]**

Linked breakpoint number. For Linked address matching breakpoints, this specifies the index of the context-matching breakpoint linked to.

**SSC, [15:14]**

Security State Control. Determines the Security states under which a breakpoint debug event for breakpoint *n* is generated.

This field must be interpreted with the *Higher Mode Control* (HMC), and *Privileged Mode Control* (PMC), fields to determine the mode and Security states that can be tested.

See the *Arm® Architecture Reference Manual for A-profile architecture* for possible values of the HMC and PMC fields.

**HMC, [13]**

Hyp Mode Control bit. Determines the debug perspective for deciding when a breakpoint debug event for breakpoint *n* is generated.

This bit must be interpreted with the SSC and PMC fields to determine the mode and Security states that can be tested.

See the *Arm® Architecture Reference Manual for A-profile architecture* for possible values of the SSC and PMC fields.

**RES0, [12:9]**

`RES0`

Reserved.

**BAS, [8:5]**

Byte Address Select. Defines which halfwords a regular breakpoint matches, regardless of the instruction set and Execution state. A debugger must program this field as follows:

`0x3`

Match the T32 instruction at DBGBVR*n*_EL1.

`0xC`

Match the T32 instruction at DBGBVR*n*_EL1+2.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**0xF**

    Match the A64 or A32 instruction at DBGBVR*n*_EL1, or context match.

All other values are reserved.

The Arm®v8-A architecture does not support direct execution of Java bytecodes. BAS[3] and BAS[1] ignore writes and on reads return the values of BAS[2] and BAS[0] respectively.

See the *Arm® Architecture Reference Manual for A-profile architecture* for more information on how the BAS field is interpreted by hardware.

### RES0, [4:3]

**RES0**

    Reserved.

### PMC, [2:1]

Privileged Mode Control. Determines the Exception level or levels that a breakpoint debug event for breakpoint *n* is generated.

This field must be interpreted with the SSC and HMC fields to determine the mode and Security states that can be tested.

See the *Arm® Architecture Reference Manual for A-profile architecture* for possible values of the SSC and HMC fields.

Bits[2:1] have no effect for accesses made in Hyp mode.

### E, [0]

Enable breakpoint. This bit enables the BRP:

**0**

    BRP disabled.

**1**

    BRP enabled.

A BRP never generates a breakpoint debug event when it is disabled.

The value of DBGBCR*n*_EL1.E is **UNKNOWN** on reset. A debugger must ensure that DBGBCR*n*_EL1.E has a defined value before it enables debug.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## 23.3  DBGCLAIMSET_EL1, Debug Claim Tag Set Register, EL1

The DBGCLAIMSET_EL1 is used by software to set CLAIM bits to 1.

**Bit field descriptions**

The DBGCLAIMSET_EL1 is a 32-bit register.

**Figure 23-2: DBGCLAIMSET_EL1 bit assignments**



**RES0, [31:8]**

RES0

Reserved.

**CLAIM, [7:0]**

Claim set bits.

Writing a 1 to one of these bits sets the corresponding CLAIM bit to 1. This is an indirect write to the CLAIM bits.

A single write operation can set multiple bits to 1. Writing 0 to one of these bits has no effect.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 23.4  DBGWCRn_EL1, Debug Watchpoint Control Registers, EL1

The DBGWCRn_EL1 registers hold control information for a watchpoint. Each DBGWCRn_EL1 is associated with a DBGWVRn_EL1 to form a *Watchpoint Register Pair* (WRP). The range of *n* for DBGWCRn_EL1 registers is 0 to 3.

## Bit field descriptions

The DBGWCRn_EL1 registers are 32-bit registers.

**Figure 23-3: DBGWCRn_EL1 bit assignments**



**RES0, [31:29]**

> RES0
>
>> Reserved.

**MASK, [28:24]**

> Address mask. Only objects up to 2GB can be watched using a single mask.

>> | | |
>> |---|---|
>> | `0b00000` | No mask. |
>> | `0b00001` | Reserved. |
>> | `0b00010` | Reserved. |

> Other values mask the corresponding number of address bits, from `0b00011` masking 3 address bits (`0x00000007` mask for address) to `0b11111` masking 31 address bits (`0x7FFFFFFF` mask for address).

**RES0, [23:21]**

> RES0
>
>> Reserved.

**WT, [20]**

> Watchpoint type. Possible values are:

>> `0b0`
>>
>>> Unlinked data address match.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**0b1**

> Linked data address match.

On Cold reset, the field reset value is architecturally **UNKNOWN**.

**LBN, [19:16]**

Linked breakpoint number. For Linked data address watchpoints, this specifies the index of the Context-matching breakpoint linked to.

On Cold reset, the field reset value is architecturally **UNKNOWN**.

**SSC, [15:14]**

Security state control. Determines the Security states under which a watchpoint debug event for watchpoint n is generated. This field must be interpreted along with the HMC and PAC fields.

On Cold reset, the field reset value is architecturally **UNKNOWN**.

**HMC, [13]**

Higher mode control. Determines the debug perspective for deciding when a watchpoint debug event for watchpoint n is generated. This field must be interpreted along with the SSC and PAC fields.

On Cold reset, the field reset value is architecturally **UNKNOWN**.

**BAS, [12:5]**

Byte address select. Each bit of this field selects whether a byte from within the word or double-word addressed by DBGWVR*n*_EL1 is being watched. See the *Arm® Architecture Reference Manual for A-profile architecture* for more information.

**LSC, [4:3]**

Load/store access control. This field enables watchpoint matching on the type of access being made. The possible values are:

**0b01**

> Match instructions that load from a watchpoint address.

**0b10**

> Match instructions that store to a watchpoint address.

**0b11**

> Match instructions that load from or store to a watchpoint address.

All other values are reserved, but must behave as if the watchpoint is disabled. Software must not rely on this property because the behavior of reserved values might change in a future revision of the architecture.

**IGNORED**

On Cold reset, the field reset value is architecturally **UNKNOWN**.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**PAC, [2:1]**

> Privilege of access control. Determines the Exception level or levels at which a watchpoint debug event for watchpoint n is generated. This field must be interpreted along with the SSC and HMCfields.
>
> On Cold reset, the field reset value is architecturally **UNKNOWN**.

**E, [0]**

> Enable watchpoint n. Possible values are:
>
> **0b0**
>> Watchpoint disabled.
>
> **0b1**
>> Watchpoint enabled.
>
> On Cold reset, the field reset value is architecturally **UNKNOWN**.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 24. Memory-mapped Debug registers

This chapter describes the memory-mapped Debug registers and shows examples of how to use them.

## 24.1 Memory-mapped Debug register summary

The following table shows the offset address for the registers that are accessible from the external debug interface.

For those registers that are not described in this chapter, see the *Arm® Architecture Reference Manual for A-profile architecture*.

**Table 24-1: Memory-mapped debug register summary**

| Offset | Name | Type | Width | Description |
|---|---|---|---|---|
| 0x000-0x01C | - | - | - | Reserved |
| 0x020 | EDESR | RW | 32 | External Debug Event Status Register |
| 0x024 | EDECR | RW | 32 | External Debug Execution Control Register |
| 0x028-0x02C | - | - | - | Reserved |
| 0x030 | EDWAR[31:0] | RO | 64 | External Debug Watchpoint Address Register |
| 0x034 | EDWAR[63:32] | | | |
| 0x038-0x07C | - | - | - | Reserved |
| 0x080 | DBGDTRRX_EL0 | RW | 32 | Debug Data Transfer Register, Receive |
| 0x084 | EDITR | WO | 32 | External Debug Instruction Transfer Register |
| 0x088 | EDSCR | RW | 32 | External Debug Status and Control Register |
| 0x08C | DBGDTRTX_EL0 | WO | 32 | Debug Data Transfer Register, Transmit |
| 0x090 | EDRCR | WO | 32 | 24.14 EDRCR, External Debug Reserve Control Register on page 361 |
| 0x094 | - | RW | 32 | Reserved |
| 0x098 | EDECCR | RW | 32 | External Debug Exception Catch Control Register |
| 0x09C | - | - | - | Reserved |
| 0x0A0 | - | - | - | Reserved |
| 0x0A4 | - | - | - | Reserved |
| 0x0A8 | - | - | - | Reserved |
| 0x0AC | - | - | - | Reserved |
| 0x0B0-0x2FC | - | - | - | Reserved |
| 0x300 | OSLAR_EL1 | WO | 32 | OS Lock Access Register |
| 0x304-0x30C | - | - | - | Reserved |
| 0x310 | EDPRCR | RW | 32 | External Debug Power/Reset Control Register |
| 0x314 | EDPRSR | RO | 32 | External Debug Processor Status Register |
| 0x318-0x3FC | - | - | - | Reserved |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.

Non-Confidential

| Offset | Name | Type | Width | Description |
|--------|------|------|-------|-------------|
| 0x400 | DBGBVR0_EL1[31:0] | RW | 64 | Debug Breakpoint Value Register 0 |
| 0x404 | DBGBVR0_EL1[63:32] | | | |
| 0x408 | DBGBCR0_EL1 | RW | 32 | 23.2 DBGBCRn_EL1, Debug Breakpoint Control Registers, EL1 on page 340 |
| 0x40C | - | - | - | Reserved |
| 0x410 | DBGBVR1_EL1[31:0] | RW | 64 | Debug Breakpoint Value Register 1 |
| 0x414 | DBGBVR1_EL1[63:32] | | | |
| 0x418 | DBGBCR1_EL1 | RW | 32 | 23.2 DBGBCRn_EL1, Debug Breakpoint Control Registers, EL1 on page 340 |
| 0x41C | - | - | - | Reserved |
| 0x420 | DBGBVR2_EL1[31:0] | RW | 64 | Debug Breakpoint Value Register 2 |
| 0x424 | DBGBVR2_EL1[63:32] | | | |
| 0x428 | DBGBCR2_EL1 | RW | 32 | 23.2 DBGBCRn_EL1, Debug Breakpoint Control Registers, EL1 on page 340 |
| 0x42C | - | - | - | Reserved |
| 0x430 | DBGBVR3_EL1[31:0] | RW | 64 | Debug Breakpoint Value Register 3 |
| 0x434 | DBGBVR3_EL1[63:32] | | | |
| 0x438 | DBGBCR3_EL1 | RW | 32 | 23.2 DBGBCRn_EL1, Debug Breakpoint Control Registers, EL1 on page 340 |
| 0x43C | - | - | - | Reserved |
| 0x440 | DBGBVR4_EL1[31:0] | RW | 64 | Debug Breakpoint Value Register 4 |
| 0x444 | DBGBVR4_EL1[63:32] | | | |
| 0x448 | DBGBCR4_EL1 | RW | 32 | 23.2 DBGBCRn_EL1, Debug Breakpoint Control Registers, EL1 on page 340 |
| 0x44C | - | - | - | Reserved |
| 0x450 | DBGBVR5_EL1[31:0] | RW | 64 | Debug Breakpoint Value Register 5 |
| 0x454 | DBGBVR5_EL1[63:32] | RW | 64 | Debug Breakpoint Value Register 5 |
| 0x458 | DBGBCR5_EL1 | RW | 32 | 23.2 DBGBCRn_EL1, Debug Breakpoint Control Registers, EL1 on page 340 |
| 0x45C–0x7FC | - | - | - | Reserved |
| 0x800 | DBGWVR0_EL1[31:0] | RW | 64 | Debug Watchpoint Value Register 0 |
| 0x804 | DBGWVR0_EL1[63:32] | | | |
| 0x808 | DBGWCR0_EL1 | RW | 32 | 23.4 DBGWCRn_EL1, Debug Watchpoint Control Registers, EL1 on page 344 |
| 0x80C | - | - | - | Reserved |
| 0x810 | DBGWVR1_EL1[31:0] | RW | 64 | Debug Watchpoint Value Register 1 |
| 0x814 | DBGWVR1_EL1[63:32] | | | |
| 0x818 | DBGWCR1_EL1 | RW | 32 | 23.4 DBGWCRn_EL1, Debug Watchpoint Control Registers, EL1 on page 344 |
| 0x81C | - | - | - | Reserved |
| 0x820 | DBGWVR2_EL1[31:0] | RW | 64 | Debug Watchpoint Value Register 2 |
| 0x824 | DBGWVR2_EL1[63:32] | | | |
| 0x828 | DBGWCR2_EL1 | RW | 32 | 23.4 DBGWCRn_EL1, Debug Watchpoint Control Registers, EL1 on page 344 |
| 0x82C | - | - | - | Reserved |
| 0x830 | DBGWVR3_EL1[31:0] | RW | 64 | Debug Watchpoint Value Register 0, |
| 0x834 | DBGWVR3_EL1[63:32] | | | |
| 0x838 | DBGWCR3_EL1 | RW | 32 | 23.4 DBGWCRn_EL1, Debug Watchpoint Control Registers, EL1 on page 344 |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Arm® Neoverse™ N1 Core  Technical Reference Manual

Document ID: 100616_0401_02_en
Issue: 02
Memory-mapped Debug registers

| Offset | Name | Type | Width | Description |
|---|---|---|---|---|
| 0x83C-0xCFC | - | - | - | Reserved |
| 0xD00 | MIDR | RO | 32 | 13.90 MIDR_EL1, Main ID Register, EL1 on page 230 |
| 0xD04-0xD1C | - | - | - | Reserved |
| 0xD20 | EDPFR[31:0] | RO | 64 | 13.67 ID_AA64PFR0_EL1, AArch64 Processor Feature Register 0, EL1 on page 190 |
| 0xD24 | EDPFR[63:32] | | | |
| 0xD28 | EDDFR[31:0] | RO | 64 | 13.67 ID_AA64PFR0_EL1, AArch64 Processor Feature Register 0, EL1 on page 190 |
| 0xD2C | EDDFR[63:32] | | | |
| 0xD60-0xEFC | - | - | - | Reserved |
| 0xF00 | - | - | - | Reserved |
| 0xF04-0xF9C | - | - | - | Reserved |
| 0xFA0 | DBGCLAIMSET_EL1 | RW | 32 | 23.3 DBGCLAIMSET_EL1, Debug Claim Tag Set Register, EL1 on page 343 |
| 0xFA4 | DBGCLAIMCLR_EL1 | RW | 32 | Debug Claim Tag Clear Register |
| 0xFA8 | EDDEVAFF0 | RO | 32 | External Debug Device Affinity Register 0 |
| 0xFAC | EDDEVAFF1 | RO | 32 | External Debug Device Affinity Register 1 |
| 0xFB0 | - | - | - | Reserved |
| 0xFB4 | - | - | - | Reserved |
| 0xFB8 | DBGAUTHSTATUS_EL1 | RO | 32 | Debug Authentication Status Register |
| 0xFBC | EDDEVARCH | RO | 32 | External Debug Device Architecture Register |
| 0xFC0 | EDDEVID2 | RO | 32 | External Debug Device ID Register 2, res0 |
| 0xFC4 | EDDEVID1 | RO | 32 | 24.7 EDDEVID1, External Debug Device ID Register 1 on page 355 |
| 0xFC8 | EDDEVID | RO | 32 | 24.6 EDDEVID, External Debug Device ID Register 0 on page 354 |
| 0xFCC | EDDEVTYPE | RO | 32 | External Debug Device Type Register |
| 0xFD0 | EDPIDR4 | RO | 32 | 24.12 EDPIDR4, External Debug Peripheral Identification Register 4 on page 359 |
| 0xFD4-0xFDC | EDPIDR5-7 | RO | 32 | 24.13 EDPIDRn, External Debug Peripheral Identification Registers 5-7 on page 360 |
| 0xFE0 | EDPIDR0 | RO | 32 | 24.8 EDPIDR0, External Debug Peripheral Identification Register 0 on page 356 |
| 0xFE4 | EDPIDR1 | RO | 32 | 24.9 EDPIDR1, External Debug Peripheral Identification Register 1 on page 357 |
| 0xFE8 | EDPIDR2 | RO | 32 | 24.10 EDPIDR2, External Debug Peripheral Identification Register 2 on page 358 |
| 0xFEC | EDPIDR3 | RO | 32 | 24.11 EDPIDR3, External Debug Peripheral Identification Register 3 on page 358 |
| 0xFF0 | EDCIDR0 | RO | 32 | 24.2 EDCIDR0, External Debug Component Identification Register 0 on page 350 |
| 0xFF4 | EDCIDR1 | RO | 32 | 24.3 EDCIDR1, External Debug Component Identification Register 1 on page 351 |
| 0xFF8 | EDCIDR2 | RO | 32 | 24.4 EDCIDR2, External Debug Component Identification Register 2 on page 352 |
| 0xFFC | EDCIDR3 | RO | 32 | 24.5 EDCIDR3, External Debug Component Identification Register 3 on page 353 |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## 24.2  EDCIDR0, External Debug Component Identification Register 0

The EDCIDR0 provides information to identify an external debug component.

**Bit field descriptions**

The EDCIDR0 is a 32-bit register.

**Figure 24-1: EDCIDR0 bit assignments**



**RES0, [31:8]**

> RES0

>> Reserved.

**PRMBL_0, [7:0]**

> 0x0D

>> Preamble byte 0.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

The EDCIDR0 can be accessed through the external debug interface, offset 0xFF0.

## 24.3  EDCIDR1, External Debug Component Identification Register 1

The EDCIDR1 provides information to identify an external debug component.

**Bit field descriptions**

The EDCIDR1 is a 32-bit register.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure 24-2: EDCIDR1 bit assignments**



**RES0, [31:8]**

> RES0
>
>> Reserved.

**CLASS, [7:4]**

> 0x9
>
>> Debug component.

**PRMBL_1, [3:0]**

> 0x0
>
>> Preamble.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

The EDCIDR1 can be accessed through the external debug interface, offset `0xFF4`.

## 24.4  EDCIDR2, External Debug Component Identification Register 2

The EDCIDR2 provides information to identify an external debug component.

### Bit field descriptions

The EDCIDR2 is a 32-bit register.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure 24-3: EDCIDR2 bit assignments**



**RES0, [31:8]**

> RES0
>
> > Reserved.

**PRMBL_2, [7:0]**

> `0x05`
>
> > Preamble byte 2.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

The EDCIDR2 can be accessed through the external debug interface, offset `0xFF8`.

# 24.5  EDCIDR3, External Debug Component Identification Register 3

The EDCIDR3 provides information to identify an external debug component.

**Bit field descriptions**

The EDCIDR3 is a 32-bit register.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure 24-4: EDCIDR3 bit assignments**



**RES0, [31:8]**

>RES0
>
>>Reserved.

**PRMBL_3, [7:0]**

>`0xB1`
>
>>Preamble byte 3.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

The EDCIDR3 can be accessed through the external debug interface, offset `0xFFC`.

# 24.6  EDDEVID, External Debug Device ID Register 0

The EDDEVID provides extra information for external debuggers about features of the debug implementation.

## Bit field descriptions

The EDDEVID is a 32-bit register.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure 24-5: EDDEVID bit assignments**



**RES0, [31:28]**

> **RES0**
>
> > Reserved.

**AuxRegs, [27:24]**

> Indicates support for Auxiliary registers:
>
> > **0x0**
> >
> > > None supported.

**RES0, [23:0]**

> **RES0**
>
> > Reserved.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

The EDDEVID can be accessed through the external debug interface, offset `0xFC8`.

## 24.7  EDDEVID1, External Debug Device ID Register 1

The EDDEVID1 provides extra information for external debuggers about features of the debug implementation.

### Bit field descriptions

The EDDEVID1 is a 32-bit register.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure 24-6: EDDEVID1 bit assignments**



res0

**RES0, [31:0]**

RES0

Reserved.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

The EDDEVID1 can be accessed through the external debug interface, offset `0xFC4`.

# 24.8  EDPIDR0, External Debug Peripheral Identification Register 0

The EDPIDR0 provides information to identify an external debug component.

## Bit field descriptions

The EDPIDR0 is a 32-bit register.

**Figure 24-7: EDPIDR0 bit assignments**



res0

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**RES0, [31:8]**

    **RES0**

        Reserved.

**Part_0, [7:0]**

        **0x0C**        Least significant byte of the debug part number.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

The EDPIDR0 can be accessed through the external debug interface, offset `0xFE0`.

# 24.9  EDPIDR1, External Debug Peripheral Identification Register 1

The EDPIDR1 provides information to identify an external debug component.

**Bit field descriptions**

The EDPIDR1 is a 32-bit register.

**Figure 24-8: EDPIDR1 bit assignments**



**RES0, [31:8]**

    **RES0**

        Reserved.

**DES_0, [7:4]**

    **0xB**

        Arm Limited. This is the least significant nibble of JEP106 ID code.

**Part_1, [3:0]**

    **0xD**

        Most significant nibble of the debug part number.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

The EDPIDR1 can be accessed through the external debug interface, offset `0xFE4`.

## 24.10  EDPIDR2, External Debug Peripheral Identification Register 2

The EDPIDR2 provides information to identify an external debug component.

### Bit field descriptions

The EDPIDR2 is a 32-bit register.

**Figure 24-9: EDPIDR2 bit assignments**



**RES0, [31:8]**

      `RES0`        Reserved.

**Revision, [7:4]**

      `0x5`        r4p1.

**JEDEC, [3]**

      `0b1`        RAO. Indicates a JEP106 identity code is used.

**DES_1, [2:0]**

      `0b011`      Arm Limited. This is the most significant nibble of JEP106 ID code.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

The EDPIDR2 can be accessed through the external debug interface, offset `0xFE8`.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## 24.11  EDPIDR3, External Debug Peripheral Identification Register 3

The EDPIDR3 provides information to identify an external debug component.

**Bit field descriptions**

The EDPIDR3 is a 32-bit register.

**Figure 24-10: EDPIDR3 bit assignments**



**RES0, [31:8]**

> RES0
>
>> Reserved.

**REVAND, [7:4]**

> 0x0
>
>> Part minor revision.

**CMOD, [3:0]**

> 0x0
>
>> Customer modified.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

The EDPIDR3 can be accessed through the external debug interface, offset `0xFEC`.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 24.12  EDPIDR4, External Debug Peripheral Identification Register 4

The EDPIDR4 provides information to identify an external debug component.

## Bit field descriptions

The EDPIDR4 is a 32-bit register.

**Figure 24-11: EDPIDR4 bit assignments**



**RES0, [31:8]**

> RES0
>
> Reserved.

**SIZE, [7:4]**

> 0x0
>
> Size of the component. $\text{Log}_2$ the number of 4KB pages from the start of the component to the end of the component ID registers.

**DES_2, [3:0]**

> 0x4
>
> Arm Limited This is the least significant nibble JEP106 continuation code.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

The EDPIDR4 can be accessed through the external debug interface, offset `0xFD0`.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## 24.13  EDPIDRn, External Debug Peripheral Identification Registers 5-7

No information is held in the Peripheral ID5, Peripheral ID6, and Peripheral ID7 Registers.

They are reserved for future use and are **RES0**.

## 24.14  EDRCR, External Debug Reserve Control Register

The EDRCR is part of the Debug registers functional group.

**Bit field descriptions**

**Figure 24-12: EDRCR bit assignments**



**RES0, [31:4]**

>    **RES0**
>
>    Reserved.

**CSPA, [3]**

>    Clear Sticky Pipeline Advance. This bit is used to clear the EDSCR.PipeAdv bit to 0. The actions on writing to this bit are:
>
>    **0**
>
>    >    No action.
>
>    **1**
>
>    >    Clear the EDSCR.PipeAdv bit to 0.

**CSE, [2]**

>    Clear Sticky Error. Used to clear the EDSCR cumulative error bits to 0. The actions on writing to this bit are:
>
>    **0**
>
>    >    No action
>
>    **1**
>
>    >    Clear the EDSCR.{TXU, RXO, ERR} bits, and, if the core is in Debug state, the EDSCR.ITO bit, to 0.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**RES0, [1:0]**

RES0

> Reserved.

The EDRCR can be accessed through the internal memory-mapped interface and the external debug interface, offset `0x090`.

**Usage constraints**

> This register is accessible as follows:

| Off | DLK | OSLK | SLK | Default |
|-----|-----|------|-----|---------|
| Error | Error | Error | WI | WO |

**Configurations**

> EDRCR is in the Core power domain.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 25. AArch32 PMU registers

This chapter describes the AArch32 PMU registers and shows examples of how to use them.

## 25.1 AArch32 PMU register summary

The PMU event counters and their associated control registers are accessible in the AArch32 Execution state from the internal CP15 System register interface with `MCR` and `MRC` instructions for 32-bit registers and `MCRR` and `MRRC` for 64-bit registers.

The following table gives a summary of the Neoverse™ N1 PMU registers in the AArch32 Execution state. For those registers that are not described in this chapter, see the *Arm® Architecture Reference Manual for A-profile architecture*.

**Table 25-1: PMU register summary in the AArch32 Execution state**

| CRn | Op1 | CRm | Op2 | Name | Type | Width | Reset | Description |
|-----|-----|-----|-----|------|------|-------|-------|-------------|
| c9 | 0 | c12 | 0 | PMCR | RW | 32 | 0x410C30XX | 25.5 PMCR, Performance Monitors Control Register on page 370 |
| c9 | 0 | c12 | 1 | PMCNTENSET | RW | 32 | 0x00000000 | Performance Monitors Count Enable Set Register |
| c9 | 0 | c12 | 2 | PMCNTENCLR | RW | 32 | 0x00000000 | Performance Monitors Count Enable Clear Register |
| c9 | 0 | c12 | 3 | PMOVSR | RW | 32 | 0x00000000 | Performance Monitors Overflow Flag Status Register |
| c9 | 0 | c12 | 4 | PMSWINC | WO | 32 | UNK | Performance Monitors Software Increment Register |
| c9 | 0 | c12 | 5 | PMSELR | RW | 32 | UNK | Performance Monitors Event Counter Selection Register |
| c9 | 0 | c12 | 6 | PMCEID0 | RO | 32 | 0x7FFF0F3F | 25.2 PMCEID0, Performance Monitors Common Event Identification Register 0 on page 364 |
| c9 | 0 | c12 | 7 | PMCEID1 | RO | 32 | 0x00F2AE7F | 25.3 PMCEID1, Performance Monitors Common Event Identification Register 1 on page 367 |
| c9 | 0 | c14 | 4 | PMCEID2 | RO | 32 | 0x0000000F | 25.4 PMCEID2, Performance Monitors Common Event Identification Register 2, (Ares Specific) on page 369 |
| c9 | 0 | c14 | 5 | PMCEID3 | RO | 32 | 0x00000000 | Reserved |
| c9 | 0 | c13 | 0 | PMCCNTR[31:0] | RW | 32 | UNK | Performance Monitors Cycle Count Register |
| c9 | 3 | c13 | 0 | PMCCNTR[63:0] | RW | 64 | UNK | |
| c9 | 0 | c13 | 1 | PMXEVTYPER | RW | 32 | UNK | Performance Monitors Selected Event Type Register |
| c9 | 0 | c13 | 2 | PMXEVCNTR | RW | 32 | UNK | Performance Monitors Selected Event Count Register |
| c9 | 0 | c14 | 0 | PMUSERENR | RW | 32 | UNK | Performance Monitors User Enable Register |
| c9 | 0 | c14 | 3 | PMOVSSET | RW | 32 | 0x00000000 | Performance Monitor Overflow Flag Status Set Register |
| c14 | 0 | c8 | 0 | PMEVCNTR0 | RW | 32 | UNK | Performance Monitor Event Count Registers |
| c14 | 0 | c8 | 1 | PMEVCNTR1 | RW | 32 | UNK | |
| c14 | 0 | c8 | 2 | PMEVCNTR2 | RW | 32 | UNK | |
| c14 | 0 | c8 | 3 | PMEVCNTR3 | RW | 32 | UNK | |
| c14 | 0 | c8 | 4 | PMEVCNTR4 | RW | 32 | UNK | |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Arm® Neoverse™ N1 Core  Technical Reference Manual

Document ID: 100616_0401_02_en
Issue: 02
AArch32 PMU registers

| CRn | Op1 | CRm | Op2 | Name | Type | Width | Reset | Description |
|-----|-----|-----|-----|------|------|-------|-------|-------------|
| c14 | 0 | c8 | 5 | PMEVCNTR5 | RW | 32 | UNK | |
| c14 | 0 | c12 | 0 | PMEVTYPER0 | RW | 32 | UNK | Performance Monitors Event Type Registers |
| c14 | 0 | c12 | 1 | PMEVTYPER1 | RW | 32 | UNK | |
| c14 | 0 | c12 | 2 | PMEVTYPER2 | RW | 32 | UNK | |
| c14 | 0 | c12 | 3 | PMEVTYPER3 | RW | 32 | UNK | |
| c14 | 0 | c12 | 4 | PMEVTYPER4 | RW | 32 | UNK | |
| c14 | 0 | c12 | 5 | PMEVTYPER5 | RW | 32 | UNK | |
| c14 | 0 | c15 | 7 | PMCCFILTR | RW | 32 | UNK | Performance Monitors Cycle Count Filter Register |

## 25.2  PMCEID0, Performance Monitors Common Event Identification Register 0

The PMCEID0 defines which common architectural and common microarchitectural feature events are implemented.

### Bit field descriptions

**Figure 25-1: PMCEID0 bit assignments**



**ID[31:0], [31:0]**

Common architectural and microarchitectural feature events that can be counted by the PMU event counters.

The following table shows the PMCEID0 bit assignments with event implemented or not implemented when the associated bit is set to 1 or 0. See the *Arm® Architecture Reference Manual for A-profile architecture* for more information about these events.

**Table 25-2: PMU events**

| Bit | Event mnemonic | Description |
|-----|----------------|-------------|
| [31] | L1D_CACHE_ALLOCATE | L1 Data cache allocate:<br><br>**0**<br><br>This event is not implemented. |
| [30] | CHAIN | Chain. For odd-numbered counters, counts once for each overflow of the preceding even-numbered counter. For even-numbered counters, does not count:<br><br>**1**<br><br>This event is implemented. |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bit | Event mnemonic | Description |
|-----|----------------|-------------|
| [29] | BUS_CYCLES | Bus cycle:<br><br>**1**<br><br>        This event is implemented. |
| [28] | TTBR_WRITE_RETIRED | TTBR write, architecturally executed, condition check pass - write to translation table base:<br><br>**1**<br><br>        This event is implemented. |
| [27] | INST_SPEC | Instruction speculatively executed:<br><br>**1**<br><br>        This event is implemented. |
| [26] | MEMORY_ERROR | Local memory error:<br><br>**1**<br><br>        This event is implemented. |
| [25] | BUS_ACCESS | Bus access:<br><br>**1**<br><br>        This event is implemented. |
| [24] | L2D_CACHE_WB | L2 Data cache Write-Back:<br><br>**1**<br><br>        This event is implemented. |
| [23] | L2D_CACHE_REFILL | L2 Data cache refill:<br><br>**1**<br><br>        This event is implemented. |
| [22] | L2D_CACHE | L2 Data cache access:<br><br>**1**<br><br>        This event is implemented. |
| [21] | L1D_CACHE_WB | L1 Data cache Write-Back:<br><br>**1**<br><br>        This event is implemented. |
| [20] | L1I_CACHE | L1 Instruction cache access:<br><br>**1**<br><br>        This event is implemented. |
| [19] | MEM_ACCESS | Data memory access:<br><br>**1**<br><br>        This event is implemented. |
| [18] | BR_PRED | Predictable branch Speculatively executed:<br><br>**1**<br><br>        This event is implemented. |
| [17] | CPU_CYCLES | Cycle:<br><br>**1**<br><br>        This event is implemented. |
| [16] | BR_MIS_PRED | Mispredicted or not predicted branch Speculatively executed:<br><br>**1**<br><br>        This event is implemented. |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Arm® Neoverse™ N1 Core  Technical Reference Manual

Document ID: 100616_0401_02_en
Issue: 02
AArch32 PMU registers

| Bit | Event mnemonic | Description |
|---|---|---|
| [15] | UNALIGNED_LDST_RETIRED | Instruction architecturally executed, condition check pass - unaligned load or store:<br>**0**<br>This event is not implemented. |
| [14] | BR_RETURN_RETIRED | Instruction architecturally executed, condition check pass - procedure return:<br>**0**<br>This event is not implemented. |
| [13] | BR_IMMED_RETIRED | Instruction architecturally executed - immediate branch:<br>**0**<br>This event is not implemented. |
| [12] | PC_WRITE_RETIRED | Instruction architecturally executed, condition check pass - software change of the PC:<br>**0**<br>This event is not implemented. |
| [11] | CID_WRITE_RETIRED | Instruction architecturally executed, condition check pass - write to CONTEXTIDR:<br>**1**<br>This event is implemented. |
| [10] | EXC_RETURN | Instruction architecturally executed, condition check pass - exception return:<br>**1**<br>This event is implemented. |
| [9] | EXC_TAKEN | Exception taken:<br>**1**<br>This event is implemented. |
| [8] | INST_RETIRED | Instruction architecturally executed:<br>**1**<br>This event is implemented. |
| [7] | ST_RETIRED | Instruction architecturally executed, condition check pass - store:<br>**0**<br>This event is not implemented. |
| [6] | LD_RETIRED | Instruction architecturally executed, condition check pass - load:<br>**0**<br>This event is not implemented. |
| [5] | L1D_TLB_REFILL | L1 Data TLB refill:<br>**1**<br>This event is implemented. |
| [4] | L1D_CACHE | L1 Data cache access:<br>**1**<br>This event is implemented. |
| [3] | L1D_CACHE_REFILL | L1 Data cache refill:<br>**1**<br>This event is implemented. |
| [2] | L1I_TLB_REFILL | L1 Instruction TLB refill:<br>**1**<br>This event is implemented. |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bit | Event mnemonic | Description |
|-----|----------------|-------------|
| [1] | L1I_CACHE_REFILL | L1 Instruction cache refill: <br> **1** <br>    This event is implemented. |
| [0] | SW_INCR | Instruction architecturally executed, condition check pass - software increment: <br> **1** <br>    This event is implemented. |



The PMU events implemented in the above table can be found in Table 18-1: PMU Events on page 318.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

# 25.3  PMCEID1, Performance Monitors Common Event Identification Register 1

The PMCEID1 defines which common architectural and common microarchitectural feature events are implemented.

## Bit field descriptions

**Figure 25-2: PMCEID1 bit assignments**



RES0

**RES0, [31:24]**

RES0

   Reserved.

**ID[55:32], [23:0]**

   Common architectural and microarchitectural feature events that can be counted by the PMU event counters.

   For each bit described in the following table, the event is implemented if the bit is set to 1, or not implemented if the bit is set to 0.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Arm® Neoverse™ N1 Core  Technical Reference Manual

Document ID: 100616_0401_02_en
Issue: 02
AArch32 PMU registers

**Table 25-3: PMU common events**

| Bit | Event mnemonic | Description |
|-----|----------------|-------------|
| [23] | LL_CACHE_MISS_RD | Attributable Last Level cache memory read miss.<br><br>**1**    This event is implemented. |
| [22] | LL_CACHE_RD | Attributable Last Level cache memory read.<br><br>**1**    This event is implemented. |
| [21] | ITLB_WALK | Attributable instruction TLB access with at least one translation table walk.<br><br>**1**    This event is implemented. |
| [20] | DTLB_WALK | Attributable data or unified TLB access with at least one translation table walk.<br><br>**1**    This event is implemented. |
| [17] | REMOTE_ACCESS | Attributable access to another socket in a multi-socket system.<br><br>**1**    This event is implemented. |
| [15] | L2D_TLB | Attributable Level 2 data or unified TLB access.<br><br>**1**    This event is implemented. |
| [13] | L2D_TLB_REFILL | Attributable Level 2 data or unified TLB refill.<br><br>**1**    This event is implemented. |
| [11] | L3D_CACHE | Attributable Level 3 data cache access.<br><br>**1**    This event is implemented. |
| [10] | L3D_CACHE_REFILL | Attributable Level 3 data cache refill.<br><br>**1**    This event is implemented. |
| [9] | L3D_CACHE_ALLOCATE | Attributable Level 3 data or unified cache allocation without refill.<br><br>**1**    This event is implemented. |
| [6] | L1I_TLB | Attributable Level 1 instruction TLB access.<br><br>**1**    This event is implemented. |
| [5] | L1D_TLB | Attributable Level 1 data or unified TLB access.<br><br>**1**    This event is implemented. |
| [4] | STALL_BACKEND | No operation issued due to backend.<br><br>**1**    This event is implemented. |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Arm® Neoverse™ N1 Core  Technical Reference Manual

Document ID: 100616_0401_02_en
Issue: 02
AArch32 PMU registers

| Bit | Event mnemonic | Description |
|-----|----------------|-------------|
| [3] | STALL_FRONTEND | No operation issued due to frontend.<br><br>**1**    This event is implemented. |
| [2] | BR_MIS_PRED_RETIRED | Instruction architecturally executed, mispredicted branch.<br><br>**1**    This event is not implemented. |
| [1] | BR_RETIRED | Instruction architecturally executed, branch.<br><br>**1**    This event is implemented. |
| [0] | L2D_CACHE_ALLOCATE | Level 2 data cache allocation without refill.<br><br>**1**    This event is implemented. |



The PMU events implemented in the above table can be found in Table 18-1: PMU Events on page 318.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

## 25.4  PMCEID2, Performance Monitors Common Event Identification Register 2

The PMCEID2 defines which common architectural and common microarchitectural feature events are implemented.

**Bit field descriptions**

**Figure 25-3: PMCEID2 bit assignments**



**RES0, [31:4]**

RES0        Reserved.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**ID, [3:0]**

> Common architectural and microarchitectural feature events that can be counted by the PMU event counters.
>
> For each bit described in the following table, the event is implemented if the bit is set to 1, or not implemented if the bit is set to 0.

**Table 25-4: PMU common events**

| Bit | Event mnemonic | Description |
|---|---|---|
| [31:4] | RES0 | Reserved |
| [3] | SAMPLE_COLLISION | Sample collided with previous sample.<br><br>**1**    This event is implemented. |
| [2] | SAMPLE_FILTRATE | Sample taken and not removed by filtering.<br><br>**1**    This event is implemented. |
| [1] | SAMPLE_FEED | Sample taken.<br><br>**1**    This event is implemented. |
| [0] | SAMPLE_POP | Sample population.<br><br>**1**    This event is implemented. |

# 25.5  PMCR, Performance Monitors Control Register

The PMCR provides details of the Performance Monitors implementation, including the number of counters that are implemented, and configures and controls the counters.

## Bit field descriptions

PMCR is a 32-bit register, and is part of the Performance Monitors registers functional group.

**Figure 25-4: PMCR bit assignments**



res0

**IMP, [31:24]**

> Indicates the implementer code. The value is:
>
> **0x41**        ASCII character 'A' - implementer is Arm® Limited.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**IDCODE, [23:16]**

> Identification code. The value is:

> > `0x0C`  Neoverse™ N1 core.

**N, [15:11]**

> Identifies the number of event counters implemented.

> > `0b00110`  The core implements six event counters.

**RES0, [10:7]**

> > `RES0`  Reserved.

**LC, [6]**

> Long cycle count enable. Determines which PMCCNTR bit generates an overflow recorded in PMOVSR[31]. The overflow event is generated on a 32-bit or 64-bit boundary. The possible values are:

> > `0b0`  Overflow event is generated on a 32-bit boundary, when an increment changes PMCCNTR[31] from 1 to 0. This is the reset value.
> > `0b1`  Overflow event is generated on a 64-bit boundary, when an increment changes PMCCNTR[63] from 1 to 0.

> Arm deprecates use of PMCR.LC = `0b0`.

**DP, [5]**

> Disable cycle counter CCNT when event counting is prohibited. The possible values are:

> > `0b0`  Cycle counter operates regardless of the non-invasive debug authentication settings. This is the reset value.
> > `0b1`  Cycle counter is disabled if non-invasive debug is not permitted and enabled.

**X, [4]**

> Export enable. This bit permits events to be exported to another debug device, such as a trace macrocell, over an event bus. The possible values are:

> > `0b0`  Export of events is disabled. This is the reset value.
> > `0b1`  Export of events is enabled.

> No events are exported when counting is prohibited.

> This field does not affect the generation of Performance Monitors overflow interrupt requests or signaling to a cross-trigger interface (CTI) that can be implemented as signals exported from the PE.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

When this register has an architecturally defined reset value, if this field is implemented as an RW field, it resets to 0.

**D, [3]**

Clock divider. The possible values are:

**0b0**    When enabled, counter CCNT counts every clock cycle. This is the reset value.
**0b1**    When enabled, counter CCNT counts once every 64 clock cycles.

Arm deprecates use of PMCR.D = `0b1`.

**C, [2]**

Cycle counter reset. This bit is WO. The effects of writing to this bit are:

**0b0**    No action. This is the reset value.
**0b1**    Reset PMCCNTR to zero.

This bit is always RAZ.

Resetting PMCCNTR does not clear the PMCCNTR overflow bit to 0. See the *Arm® Architecture Reference Manual for A-profile architecture* for more information.

**P, [1]**

Event counter reset. This bit is WO. The effects of writing to this bit are:

**0b0**    No action. This is the reset value.
**0b1**    Reset all event counters accessible in the current EL, not including PMCCNTR, to zero.

This bit is always RAZ.

In Non-secure EL0 and EL1, a write of 1 to this bit does not reset event counters that HDCR.HPMN or MDCR_EL2.HPMN reserves for EL2 use.

In EL2 and EL3, a write of 1 to this bit resets all the event counters.

Resetting the event counters does not clear any overflow bits to 0.

**E, [0]**

Enable. The possible values are:

**0b0**    All counters that are accessible at Non-secure EL1, including PMCCNTR, are disabled. This is the reset value.
**0b1**    When this register has an architecturally defined reset value, this field resets to 0.

This bit is RW.

This bit does not affect the operation of event counters that HDCR.HPMN or MDCR_EL2.HPMN reserves for EL2 use.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

When this register has an architecturally defined reset value, this field resets to 0.

**Configurations**

AArch32 System register PMCR is architecturally mapped to AArch64 System register PMCR_EL0. See 26.4 PMCR_EL0, Performance Monitors Control Register, EL0 on page 381.

AArch32 System register PMCR bits [6:0] are architecturally mapped to External register PMCR_EL0[6:0].

There is one instance of this register that is used in both Secure and Non-secure states.

This register is in the Warm reset domain. Some or all RW fields of this register have defined reset values. On a Warm or Cold reset these apply only if the PE resets into an Exception level that is using AArch32. Otherwise, on a Warm or Cold reset RW fields in this register reset to architecturally **UNKNOWN** values.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 26.  AArch64 PMU registers

This chapter describes the AArch64 PMU registers and shows examples of how to use them.

## 26.1  AArch64 PMU register summary

The PMU event counters and their associated control registers are accessible in the AArch64 Execution state with `MRS` and `MSR` instructions.

The following table gives a summary of the Neoverse™ N1 PMU registers in the AArch64 Execution state. For those registers that are not described in this chapter, see the *Arm® Architecture Reference Manual for A-profile architecture*.

**Table 26-1: PMU register summary in the AArch64 Execution state**

| Name | Type | Width | Reset | Description |
|------|------|-------|-------|-------------|
| PMCR_EL0 | RW | 32 | `0x410C30XX` | 26.4 PMCR_EL0, Performance Monitors Control Register, EL0 on page 381 |
| PMCNTENSET_EL0 | RW | 32 | UNK | Performance Monitors Count Enable Set Register |
| PMCNTENCLR_EL0 | RW | 32 | UNK | Performance Monitors Count Enable Clear Register |
| PMOVSCLR_EL0 | RW | 32 | UNK | Performance Monitors Overflow Flag Status Register |
| PMSWINC_EL0 | WO | 32 | UNK | Performance Monitors Software Increment Register |
| PMSELR_EL0 | RW | 32 | UNK | Performance Monitors Event Counter Selection Register |
| PMCEID0_EL0 | RO | 64 | `0x0000000F7FFF0F3F` | 26.2 PMCEID0_EL0, Performance Monitors Common Event Identification Register 0, EL0 on page 375 |
| PMCEID1_EL0 | RO | 64 | `0x0000000000F2AE7F` | 26.3 PMCEID1_EL0, Performance Monitors Common Event Identification Register 1, EL0 on page 379 |
| PMCCNTR_EL0 | RW | 64 | UNK | Performance Monitors Cycle Count Register |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Arm® Neoverse™ N1 Core  Technical Reference Manual

Document ID: 100616_0401_02_en
Issue: 02
AArch64 PMU registers

| Name | Type | Width | Reset | Description |
|------|------|-------|-------|-------------|
| PMXEVTYPER_EL0 | RW | 32 | UNK | Performance Monitors Selected Event Type and Filter Register |
| PMCCFILTR_EL0 | RW | 32 | UNK | Performance Monitors Cycle Count Filter Register |
| PMXEVCNTR_EL0 | RW | 32 | UNK | Performance Monitors Selected Event Count Register |
| PMUSERENR_EL0 | RW | 32 | UNK | Performance Monitors User Enable Register |
| PMINTENSET_EL1 | RW | 32 | UNK | Performance Monitors Interrupt Enable Set Register |
| PMINTENCLR_EL1 | RW | 32 | UNK | Performance Monitors Interrupt Enable Clear Register |
| PMOVSSET_EL0 | RW | 32 | UNK | Performance Monitors Overflow Flag Status Set Register |
| PMEVCNTR0_EL0 | RW | 32 | UNK | Performance Monitors Event Count Registers |
| PMEVCNTR1_EL0 | RW | 32 | UNK | |
| PMEVCNTR2_EL0 | RW | 32 | UNK | |
| PMEVCNTR3_EL0 | RW | 32 | UNK | |
| PMEVCNTR4_EL0 | RW | 32 | UNK | |
| PMEVCNTR5_EL0 | RW | 32 | UNK | |
| PMEVTYPER0_EL0 | RW | 32 | UNK | Performance Monitors Event Type Registers |
| PMEVTYPER1_EL0 | RW | 32 | UNK | |
| PMEVTYPER2_EL0 | RW | 32 | UNK | |
| PMEVTYPER3_EL0 | RW | 32 | UNK | |
| PMEVTYPER4_EL0 | RW | 32 | UNK | |
| PMEVTYPER5_EL0 | RW | 32 | UNK | |
| PMCCFILTR_EL0 | RW | 32 | UNK | Performance Monitors Cycle Count Filter Register |

### Related information

PMU events on page 318

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## 26.2  PMCEID0_EL0, Performance Monitors Common Event Identification Register 0, EL0

The PMCEID0_EL0 defines which common architectural and common microarchitectural feature events are implemented.

### Bit field descriptions

**Figure 26-1: PMCEID0_EL0 bit assignments**



RES0

**RES0, [63:36]**

RES0          Reserved.

**CE[35:0], [35:0]**

Common architectural and microarchitectural feature events that can be counted by the PMU event counters.

For each bit described in the following table, the event is implemented if the bit is set to 1, or not implemented if the bit is set to 0.

**Table 26-2: PMU common events**

| Bit | Event mnemonic | Description |
|-----|----------------|-------------|
| [35] | SAMPLE_COLLISION | Sample collided with previous sample:<br><br>1      This event is implemented. |
| [34] | SAMPLE_FILTRATE | Sample taken, not removed:<br><br>1      This event is implemented. |
| [33] | SAMPLE_FEED | Sample taken:<br><br>1      This event is implemented. |
| [32] | SAMPLE_POP | Sample population:<br><br>1      This event is implemented. |
| [31] | L1D_CACHE_ALLOCATE | L1 Data cache allocate:<br><br>0      This event is not implemented. |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bit | Event mnemonic | Description |
|-----|----------------|-------------|
| [30] | CHAIN | Chain. For odd-numbered counters, counts once for each overflow of the preceding even-numbered counter. For even-numbered counters, does not count:<br><br>**1**    This event is implemented. |
| [29] | BUS_CYCLES | Bus cycle:<br><br>**1**    This event is implemented. |
| [28] | TTBR_WRITE_RETIRED | TTBR write, architecturally executed, condition check pass - write to translation table base:<br><br>**1**    This event is implemented. |
| [27] | INST_SPEC | Instruction speculatively executed:<br><br>**1**    This event is implemented. |
| [26] | MEMORY_ERROR | Local memory error:<br><br>**1**    This event is implemented. |
| [25] | BUS_ACCESS | Bus access:<br><br>**1**    This event is implemented. |
| [24] | L2D_CACHE_WB | L2 Data cache Write-Back:<br><br>**1**    This event is implemented. |
| [23] | L2D_CACHE_REFILL | L2 Data cache refill:<br><br>**1**    This event is implemented. |
| [22] | L2D_CACHE | L2 Data cache access:<br><br>**1**    This event is implemented. |
| [21] | L1D_CACHE_WB | L1 Data cache Write-Back:<br><br>**1**    This event is implemented. |
| [20] | L1I_CACHE | L1 Instruction cache access:<br><br>**1**    This event is implemented. |
| [19] | MEM_ACCESS | Data memory access:<br><br>**1**    This event is implemented. |
| [18] | BR_PRED | Predictable branch speculatively executed:<br><br>**1**    This event is implemented. |
| [17] | CPU_CYCLES | Cycle:<br><br>**1**    This event is implemented. |
| [16] | BR_MIS_PRED | Mispredicted or not predicted branch speculatively executed:<br><br>**1**    This event is implemented. |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Arm® Neoverse™ N1 Core  Technical Reference Manual

Document ID: 100616_0401_02_en
Issue: 02
AArch64 PMU registers

| Bit | Event mnemonic | Description |
|-----|----------------|-------------|
| [15] | UNALIGNED_LDST_RETIRED | Instruction architecturally executed, condition check pass - unaligned load or store:<br><br>**0**     This event is not implemented. |
| [14] | BR_RETURN_RETIRED | Instruction architecturally executed, condition check pass - procedure return:<br><br>**0**     This event is not implemented. |
| [13] | BR_IMMED_RETIRED | Instruction architecturally executed - immediate branch:<br><br>**0**     This event is not implemented. |
| [12] | PC_WRITE_RETIRED | Instruction architecturally executed, condition check pass - software change of the PC:<br><br>**0**     This event is not implemented. |
| [11] | CID_WRITE_RETIRED | Instruction architecturally executed, condition check pass - write to CONTEXTIDR:<br><br>**1**     This event is implemented. |
| [10] | EXC_RETURN | Instruction architecturally executed, condition check pass - exception return:<br><br>**1**     This event is implemented. |
| [9] | EXC_TAKEN | Exception taken:<br><br>**1**     This event is implemented. |
| [8] | INST_RETIRED | Instruction architecturally executed:<br><br>**1**     This event is implemented. |
| [7] | ST_RETIRED | Instruction architecturally executed, condition check pass - store:<br><br>**0**     This event is not implemented. |
| [6] | LD_RETIRED | Instruction architecturally executed, condition check pass - load:<br><br>**0**     This event is not implemented. |
| [5] | L1D_TLB_REFILL | L1 Data TLB refill:<br><br>**1**     This event is implemented. |
| [4] | L1D_CACHE | L1 Data cache access:<br><br>**1**     This event is implemented. |
| [3] | L1D_CACHE_REFILL | L1 Data cache refill:<br><br>**1**     This event is implemented. |
| [2] | L1I_TLB_REFILL | L1 Instruction TLB refill:<br><br>**1**     This event is implemented. |
| [1] | L1I_CACHE_REFILL | L1 Instruction cache refill:<br><br>**1**     This event is implemented. |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bit | Event mnemonic | Description |
|-----|----------------|-------------|
| [0] | SW_INCR | Instruction architecturally executed, condition check pass - software increment:<br><br>**1**    This event is implemented. |



The PMU events implemented in the above table can be found in Table 18-1: PMU Events on page 318.

# 26.3  PMCEID1_EL0, Performance Monitors Common Event Identification Register 1, EL0

The PMCEID1_EL0 defines which common architectural and common microarchitectural feature events are implemented.

### Bit field descriptions

**Figure 26-2: PMCEID1 bit assignments**



RES0

**RES0, [63:24]**

> **RES0**            Reserved.

**ID[55:32], [23:0]**

> Common architectural and microarchitectural feature events that can be counted by the PMU event counters.
>
> For each bit described in the following table, the event is implemented if the bit is set to 1, or not implemented if the bit is set to 0.

**Table 26-3: PMU common events**

| Bit | Event mnemonic | Description |
|-----|----------------|-------------|
| [23] | LL_CACHE_MISS_RD | Attributable Last Level cache memory read miss.<br><br>**1**    This event is implemented. |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Arm® Neoverse™ N1 Core  Technical Reference Manual

Document ID: 100616_0401_02_en
Issue: 02
AArch64 PMU registers

| Bit | Event mnemonic | Description |
|-----|----------------|-------------|
| [22] | LL_CACHE_RD | Attributable Last Level cache memory read. <br><br> **1**     This event is implemented. |
| [21] | ITLB_WALK | Attributable instruction TLB access with at least one translation table walk. <br><br> **1**     This event is implemented. |
| [20] | DTLB_WALK | Attributable data or unified TLB access with at least one translation table walk. <br><br> **1**     This event is implemented. |
| [17] | REMOTE_ACCESS | Attributable access to another socket in a multi-socket system. <br><br> **1**     This event is implemented. |
| [15] | L2D_TLB | Attributable Level 2 data or unified TLB access. <br><br> **1**     This event is implemented. |
| [13] | L2D_TLB_REFILL | Attributable Level 2 data or unified TLB refill. <br><br> **1**     This event is implemented. |
| [11] | L3D_CACHE | Attributable Level 3 data cache access. <br><br> **1**     This event is implemented. |
| [10] | L3D_CACHE_REFILL | Attributable Level 3 data cache refill. <br><br> **1**     This event is implemented. |
| [9] | L3D_CACHE_ALLOCATE | Attributable Level 3 data or unified cache allocation without refill. <br><br> **1**     This event is implemented. |
| [6] | L1I_TLB | Attributable Level 1 instruction TLB access. <br><br> **1**     This event is implemented. |
| [5] | L1D_TLB | Attributable Level 1 data or unified TLB access. <br><br> **1**     This event is implemented. |
| [4] | STALL_BACKEND | No operation issued due to backend. <br><br> **1**     This event is implemented. |
| [3] | STALL_FRONTEND | No operation issued due to frontend. <br><br> **1**     This event is implemented. |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Arm® Neoverse™ N1 Core  Technical Reference Manual

Document ID: 100616_0401_02_en
Issue: 02
AArch64 PMU registers

This is a read-only field.

**N, [15:11]**

Number of event counters.

| `0b00110` | Six counters. |

**RES0, [10:7]**

| `RES0` | Reserved. |

**LC, [6]**

Long cycle count enable. Determines which PMCCNTR_EL0 bit generates an overflow recorded in PMOVSR[31]. The possible values are:

| `0` | Overflow on increment that changes PMCCNTR_EL0[31] from 1 to 0. |
| `1` | Overflow on increment that changes PMCCNTR_EL0[63] from 1 to 0. |

**DP, [5]**

Disable cycle counter, PMCCNTR_EL0 when event counting is prohibited:

| `0` | Cycle counter operates regardless of the non-invasive debug authentication settings. This is the reset value. |
| `1` | Cycle counter is disabled if non-invasive debug is not permitted and enabled. |

This bit is read/write.

**X, [4]**

Export enable. This bit permits events to be exported to another debug device, such as a trace macrocell, over an event bus:

| `0` | Export of events is disabled. This is the reset value. |
| `1` | Export of events is enabled. |

This bit is read/write and does not affect the generation of Performance Monitors interrupts on the nPMUIRQ pin.

**D, [3]**

Clock divider:

| `0` | When enabled, PMCCNTR_EL0 counts every clock cycle. This is the reset value. |
| `1` | When enabled, PMCCNTR_EL0 counts every 64 clock cycles. |

This bit is read/write.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**C, [2]**

Clock counter reset. This bit is WO. The effects of writing to this bit are:

| | |
|---|---|
| 0 | No action. This is the reset value. |
| 1 | Reset PMCCNTR_EL0 to 0. |

This bit is always RAZ.

Resetting PMCCNTR_EL0 does not clear the PMCCNTR_EL0 overflow bit to 0. See the *Arm® Architecture Reference Manual for A-profile architecture* for more information.

**P, [1]**

Event counter reset. This bit is WO. The effects of writing to this bit are:

| | |
|---|---|
| 0 | No action. This is the reset value. |
| 1 | Reset all event counters, not including PMCCNTR_EL0, to zero. |

This bit is always RAZ.

In Non-secure EL0 and EL1, a write of 1 to this bit does not reset event counters that MDCR_EL2.HPMN reserves for EL2 use.

In EL2 and EL3, a write of 1 to this bit resets all the event counters.

Resetting the event counters does not clear any overflow bits to 0.

**E, [0]**

Enable. The possible values of this bit are:

| | |
|---|---|
| 0 | All counters, including PMCCNTR_EL0, are disabled. This is the reset value. |
| 1 | All counters are enabled. |

This bit is RW.

In Non-secure EL0 and EL1, this bit does not affect the operation of event counters that MDCR_EL2.HPMN reserves for EL2 use.

On Warm reset, the field resets to 0.

## Configurations

AArch64 System register PMCR_EL0 is architecturally mapped to AArch32 System register PMCR.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 27.  Memory-mapped PMU registers

This chapter describes the memory-mapped PMU registers and shows examples of how to use them.

## 27.1  Memory-mapped PMU register summary

There are PMU registers that are accessible through the external debug interface.

These registers are listed in the following table. For those registers that are not described in this chapter, see the *Arm® Architecture Reference Manual for A-profile architecture*.

**Table 27-1: Memory-mapped PMU register summary**

| Offset | Name | Type | Description |
|---|---|---|---|
| 0x000 | PMEVCNTR0_EL0 | RW | Performance Monitor Event Count Register 0 |
| 0x004 | - | - | Reserved |
| 0x008 | PMEVCNTR1_EL0 | RW | Performance Monitor Event Count Register 1 |
| 0x00C | - | - | Reserved |
| 0x010 | PMEVCNTR2_EL0 | RW | Performance Monitor Event Count Register 2 |
| 0x014 | - | - | Reserved |
| 0x018 | PMEVCNTR3_EL0 | RW | Performance Monitor Event Count Register 3 |
| 0x01C | - | - | Reserved |
| 0x020 | PMEVCNTR4_EL0 | RW | Performance Monitor Event Count Register 4 |
| 0x024 | - | - | Reserved |
| 0x028 | PMEVCNTR5_EL0 | RW | Performance Monitor Event Count Register 5 |
| 0x02C-0x0F4 | - | - | Reserved |
| 0x0F8 | PMCCNTR_EL0[31:0] | RW | Performance Monitor Cycle Count Register |
| 0x0FC | PMCCNTR_EL0[63:32] | RW | |
| 0x200 | PMPCSR[31:0] | RO | Program Counter Sample Register |
| 0x204 | PMPCSR[63:32] | | |
| 0x208 | PMCID1SR | RO | CONTEXTIDR_EL1 Sample Register |
| 0x20C | PMVIDSR | RO | VMID Sample Register |
| 0x220 | PMPCSR[31:0] | RO | Program Counter Sample Register (alias) |
| 0x224 | PMPCSR[63:32] | | |
| 0x228 | PMCID1SR | RO | CONTEXTIDR_EL1 Sample Register (alias) |
| 0x22C | PMCID2SR | RO | CONTEXTIDR_EL2 Sample Register |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Offset | Name | Type | Description |
|---|---|---|---|
| 0x230-0x3FC | - | - | Reserved |
| 0x418-0x478 | - | - | Reserved |
| 0x47C | PMCCFILTR_EL0 | RW | Performance Monitor Cycle Count Filter Register |
| 0x600 | PMPCSSR_LO | RO | 28.2 PMPCSSR, PMU Snapshot Program Counter Sample Register on page 396 |
| 0x604 | PMPCSSR_HI | RO | |
| 0x608 | PMCIDSSR | RO | 28.3 PMCIDSSR, PMU Snapshot CONTEXTIDR_EL1 Sample Register on page 397 |
| 0x60C | PMCID2SSR | RO | 28.4 PMCID2SSR, PMU Snapshot CONTEXTIDR_EL2 Sample Register on page 397 |
| 0x610 | PMSSSR | RO | 28.5 PMSSSR, PMU Snapshot Status Register on page 398 |
| 0x614 | PMOVSSR | RO | 28.6 PMOVSSR, PMU Snapshot Overflow Status Register on page 399 |
| 0x618 | PMCCNTSR_LO | RO | 28.7 PMCCNTSR, PMU Snapshot Cycle Counter Register on page 399 |
| 0x61C | PMCCNTSR_HI | RO | |
| 0x620+ 4×n | PMEVCNTSRn | RO | 28.8 PMEVCNTSRn, PMU Snapshot Cycle Counter Registers 0-5 on page 400 |
| 0x6F0 | PMSSCR | WO | 28.9 PMSSCR, PMU Snapshot Capture Register on page 400 |
| 0xC00 | PMCNTENSET_EL0 | RW | Performance Monitor Count Enable Set Register |
| 0xC04-0xC1C | - | - | Reserved |
| 0xC20 | PMCNTENCLR_EL0 | RW | Performance Monitor Count Enable Clear Register |
| 0xC24-0xC3C | - | - | Reserved |
| 0xC40 | PMINTENSET_EL1 | RW | Performance Monitor Interrupt Enable Set Register |
| 0xC44-0xC5C | - | - | Reserved |
| 0xC60 | PMINTENCLR_EL1 | RW | Performance Monitor Interrupt Enable Clear Register |
| 0xC64-0xC7C | - | - | Reserved |
| 0xC80 | PMOVSCLR_EL0 | RW | Performance Monitor Overflow Flag Status Register |
| 0xC84-0xC9C | - | - | Reserved |
| 0xCA0 | PMSWINC_EL0 | WO | Performance Monitor Software Increment Register |
| 0xCA4-0xCBC | - | - | Reserved |
| 0xCC0 | PMOVSSET_EL0 | RW | Performance Monitor Overflow Flag Status Set Register |
| 0xCC4-0xDFC | - | - | Reserved |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Offset | Name | Type | Description |
|--------|------|------|-------------|
| 0xE00 | PMCFGR | RO | 27.2 PMCFGR, Performance Monitors Configuration Register on page 387 |
| 0xE04 | PMCR_EL0 | RW | Performance Monitors Control Register.<br><br>This register is distinct from the PMCR_EL0 System register. It does not have the same value. |
| 0xE08–0xE1C | - | - | Reserved |
| 0xE20 | PMCEID0 | RO | 25.2 PMCEID0, Performance Monitors Common Event Identification Register 0 on page 364 |
| 0xE24 | PMCEID1 | RO | 25.3 PMCEID1, Performance Monitors Common Event Identification Register 1 on page 367 |
| 0xE28 | PMCEID2 | RO | 25.4 PMCEID2, Performance Monitors Common Event Identification Register 2, (Ares Specific) on page 369<br><br>Performance Monitors Common Event Identification register 2 |
| 0xE2C | PMCEID3 | RO | Performance Monitors Common Event Identification register 3 |
| 0xFA4 | - | - | Reserved |
| 0xFA8 | PMDEVAFF0 | RO | 13.91 MPIDR_EL1, Multiprocessor Affinity Register, EL1 on page 231 |
| 0xFAC | PMDEVAFF1 | RO | 13.91 MPIDR_EL1, Multiprocessor Affinity Register, EL1 on page 231 |
| 0xFB8 | PMAUTHSTATUS | RO | Performance Monitor Authentication Status Register |
| 0xFBC | PMDEVARCH | RO | Performance Monitor Device Architecture Register |
| 0xFC0–0xFC8 | - | - | Reserved |
| 0xFCC | PMDEVTYPE | RO | Performance Monitor Device Type Register |
| 0xFD0 | PMPIDR4 | RO | 27.11 PMPIDR4, Performance Monitors Peripheral Identification Register 4 on page 394 |
| 0xFD4 | PMPIDR5 | RO | 27.12 PMPIDRn, Performance Monitors Peripheral Identification Register 5-7 on page 395 |
| 0xFD8 | PMPIDR6 | RO | |
| 0xFDC | PMPIDR7 | RO | |
| 0xFE0 | PMPIDR0 | RO | 27.7 PMPIDR0, Performance Monitors Peripheral Identification Register 0 on page 391 |
| 0xFE4 | PMPIDR1 | RO | 27.8 PMPIDR1, Performance Monitors Peripheral Identification Register 1 on page 392 |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Offset | Name | Type | Description |
|--------|------|------|-------------|
| 0xFE8 | PMPIDR2 | RO | 27.9 PMPIDR2, Performance Monitors Peripheral Identification Register 2 on page 393 |
| 0xFEC | PMPIDR3 | RO | 27.10 PMPIDR3, Performance Monitors Peripheral Identification Register 3 on page 393 |
| 0xFF0 | PMCIDR0 | RO | 27.3 PMCIDR0, Performance Monitors Component Identification Register 0 on page 388 |
| 0xFF4 | PMCIDR1 | RO | 27.4 PMCIDR1, Performance Monitors Component Identification Register 1 on page 389 |
| 0xFF8 | PMCIDR2 | RO | 27.5 PMCIDR2, Performance Monitors Component Identification Register 2 on page 390 |
| 0xFFC | PMCIDR3 | RO | 27.6 PMCIDR3, Performance Monitors Component Identification Register 3 on page 390 |

## 27.2  PMCFGR, Performance Monitors Configuration Register

The PMCFGR contains PMU specific configuration data.

**Bit field descriptions**

The PMCFGR is a 32-bit register.

**Figure 27-1: PMCFGR bit assignments**



**RES0, [31:17]**

       **RES0**       Reserved.

**EX, [16]**

       Export supported. The value is:

          **1**       Export is supported. PMCR_EL0.EX is read/write.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**CCD, [15]**

Cycle counter has pre-scale. The value is:

**1**               PMCR_EL0.D is read/write.

**CC, [14]**

Dedicated cycle counter supported. The value is:

**1**               Dedicated cycle counter is supported.

**Size, [13:8]**

Counter size. The value is:

**0b111111**      64-bit counters.

**N, [7:0]**

Number of event counters. The value is:

**0x06**          Six counters.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

The PMCFGR can be accessed through the external debug interface, offset `0xE00`.

## 27.3  PMCIDR0, Performance Monitors Component Identification Register 0

The PMCIDR0 provides information to identify a Performance Monitor component.

**Bit field descriptions**

The PMCIDR0 is a 32-bit register.

**Figure 27-2: PMCIDR0 bit assignments**



RES0

**RES0, [31:8]**

RES0

Reserved.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**PRMBL_0, [7:0]**

> `0x0D`
>
> > Preamble byte 0.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

The PMCIDR0 can be accessed through the external debug interface, offset `0xFF0`.

## 27.4  PMCIDR1, Performance Monitors Component Identification Register 1

The PMCIDR1 provides information to identify a Performance Monitor component.

### Bit field descriptions

The PMCIDR1 is a 32-bit register.

**Figure 27-3: PMCIDR1 bit assignments**



**RES0, [31:8]**

> `RES0`
>
> > Reserved.

**CLASS, [7:4]**

> `0x9`
>
> > Debug component.

**PRMBL_1, [3:0]**

> `0x0`
>
> > Preamble byte 1.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

The PMCIDR1 can be accessed through the external debug interface, offset `0xFF4`.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 27.5  PMCIDR2, Performance Monitors Component Identification Register 2

The PMCIDR2 provides information to identify a Performance Monitor component.

**Bit field descriptions**

The PMCIDR2 is a 32-bit register.

**Figure 27-4: PMCIDR2 bit assignments**



**RES0, [31:8]**

> **RES0**
>
>> Reserved.

**PRMBL_2, [7:0]**

> **0x05**
>
>> Preamble byte 2.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

The PMCIDR2 can be accessed through the external debug interface, offset `0xFF8`.

# 27.6  PMCIDR3, Performance Monitors Component Identification Register 3

The PMCIDR3 provides information to identify a Performance Monitor component.

**Bit field descriptions**

The PMCIDR3 is a 32-bit register.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure 27-5: PMCIDR3 bit assignments**



RES0

RES0, [31:8]

    **RES0**

        Reserved.

**PRMBL_3, [7:0]**

    **0xB1**

        Preamble byte 3.

Bit fields and details that are not provided in this description are architecturally defined. See the
*Arm® Architecture Reference Manual for A-profile architecture*.

The PMCIDR3 can be accessed through the external debug interface, offset `0xFFC`.

# 27.7  PMPIDR0, Performance Monitors Peripheral Identification Register 0

The PMPIDR0 provides information to identify a Performance Monitor component.

### Bit field descriptions

The PMPIDR0 is a 32-bit register.

**Figure 27-6: PMPIDR0 bit assignments**



RES0

**RES0, [31:8]**

    **RES0**

        Reserved.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Part_0, [7:0]**

> `0x0C`
>
>> Least significant byte of the performance monitor part number.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

The PMPIDR0 can be accessed through the external debug interface, offset `0xFE0`.

# 27.8  PMPIDR1, Performance Monitors Peripheral Identification Register 1

The PMPIDR1 provides information to identify a Performance Monitor component.

**Bit field descriptions**

The PMPIDR1 is a 32-bit register.

**Figure 27-7: PMPIDR1 bit assignments**



**RES0, [31:8]**

> RES0
>
>> Reserved.

**DES_0, [7:4]**

> `0xB`
>
>> Arm Limited. This is the least significant nibble of JEP106 ID code.

**Part_1, [3:0]**

> `0xD`
>
>> Most significant nibble of the performance monitor part number.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

The PMPIDR1 can be accessed through the external debug interface, offset `0xFE4`.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## 27.9  PMPIDR2, Performance Monitors Peripheral Identification Register 2

The PMPIDR2 provides information to identify a Performance Monitor component.

**Bit field descriptions**

The PMPIDR2 is a 32-bit register.

**Figure 27-8: PMPIDR2 bit assignments**



**RES0, [31:8]**

> **RES0**
>
> > Reserved.

**Revision, [7:4]**

> **0x5**
>
> > r4p1.

**JEDEC, [3]**

> **0b1**
>
> > RAO. Indicates a JEP106 identity code is used.

**DES_1, [2:0]**

> **0b011**
>
> > Arm Limited. This is the most significant nibble of JEP106 ID code.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

The PMPIDR2 can be accessed through the external debug interface, offset `0xFE8`.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 27.10  PMPIDR3, Performance Monitors Peripheral Identification Register 3

The PMPIDR3 provides information to identify a Performance Monitor component.

**Bit field descriptions**

The PMPIDR3 is a 32-bit register.

**Figure 27-9: PMPIDR3 bit assignments**



**RES0, [31:8]**

> RES0
>
> > Reserved.

**REVAND, [7:4]**

> 0x0
>
> > Part minor revision.

**CMOD, [3:0]**

> 0x0
>
> > Customer modified.

Bit fields and details that are not provided in this description are architecturally defined. See the
*Arm® Architecture Reference Manual for A-profile architecture*.

The PMPIDR3 can be accessed through the external debug interface, offset `0xFEC`.

# 27.11  PMPIDR4, Performance Monitors Peripheral Identification Register 4

The PMPIDR4 provides information to identify a Performance Monitor component.

**Bit field descriptions**

The PMPIDR4 is a 32-bit register.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure 27-10: PMPIDR4 bit assignments**



RES0

**RES0, [31:8]**

    **RES0**

        Reserved.

**Size, [7:4]**

    **0x0**

        Size of the component. $\log_2$ the number of 4KB pages from the start of the component to the end of the component ID registers.

**DES_2, [3:0]**

    **0x4**

        Arm Limited. This is the least significant nibble JEP106 continuation code.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Architecture Reference Manual for A-profile architecture*.

The PMPIDR4 can be accessed through the external debug interface, offset `0xFD0`.

## 27.12  PMPIDRn, Performance Monitors Peripheral Identification Register 5-7

No information is held in the Peripheral ID5, Peripheral ID6, and Peripheral ID7 Registers.

They are reserved for future use and are **RES0**.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 28. PMU snapshot registers

PMU snapshot registers are an **IMPLEMENTATION DEFINED** extension to an Arm®v8-A compliant PMU to support an external core monitor that connects to a system profiler.

## 28.1 PMU snapshot register summary

The snapshot registers are visible in an **IMPLEMENTATION DEFINED** region of the PMU external debug interface. Each time the debugger sends a snapshot request, information is collected to see how the code is executed in the different cores.

The following table describes the PMU snapshot registers implemented in the core.

**Table 28-1: PMU snapshot register summary**

| Offset | Name | Type | Width | Description |
|---|---|---|---|---|
| 0x600 | PMPCSSR_LO | RO | 32 | 28.2 PMPCSSR, PMU Snapshot Program Counter Sample Register on page 396 |
| 0x604 | PMPCSSR_HI | RO | 32 | |
| 0x608 | PMCIDSSR | RO | 32 | 28.3 PMCIDSSR, PMU Snapshot CONTEXTIDR_EL1 Sample Register on page 397 |
| 0x60C | PMCID2SSR | RO | 32 | 28.4 PMCID2SSR, PMU Snapshot CONTEXTIDR_EL2 Sample Register on page 397 |
| 0x610 | PMSSSR | RO | 32 | 28.5 PMSSSR, PMU Snapshot Status Register on page 398 |
| 0x614 | PMOVSSR | RO | 32 | 28.6 PMOVSSR, PMU Snapshot Overflow Status Register on page 399 |
| 0x618 | PMCCNTSR_LO | RO | 32 | 28.7 PMCCNTSR, PMU Snapshot Cycle Counter Register on page 399 |
| 0x61C | PMCCNTSR_HI | RO | 32 | |
| 0x620 + 4×n | PMEVCNTSRn | RO | 32 | 28.8 PMEVCNTSRn, PMU Snapshot Cycle Counter Registers 0-5 on page 400 |
| 0x6F0 | PMSSCR | WO | 32 | 28.9 PMSSCR, PMU Snapshot Capture Register on page 400 |

## 28.2 PMPCSSR, PMU Snapshot Program Counter Sample Register

The PMPCSSR holds the same value as the PMPCSR register at the time of the snapshot.

However, unlike the other view of PMPCSR, it is not sensitive to reads. That is, reads of PMPCSSR through the PMU snapshot view do not cause a new sample capture and do not change PMCID1SR, PMCID2SR, or PMVIDSR.

### Bit field descriptions

The PMPCSSR is a 64-bit read-only register.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure 28-1: PMPCSSR bit assignments**



NS, [63]

> Non-secure sample.

EL, [62:61]

> Exception level sample.

RES0, [60:56]

> Reserved, **RES0**.

PC, [55:0]

> Sampled PC.

**Configurations**

> There are no configuration notes.

**Usage constraints**

Any access to PMPCSSR returns an error if any of the following occurs:

- The Core power domain is off.
- DoubleLockStatus() == TRUE.

# 28.3  PMCIDSSR, PMU Snapshot CONTEXTIDR_EL1 Sample Register

The PMCIDSSR holds the same value as the PMCID1SR register at the time of the snapshot.

**Configurations**

There are no configuration notes.

**Usage constraints**

Any access to PMCIDSSR returns an error if any of the following occurs:

- The Core power domain is off.
- DoubleLockStatus() == TRUE.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## 28.4 PMCID2SSR, PMU Snapshot CONTEXTIDR_EL2 Sample Register

The PMCID2SSR holds the same value as the PMCID2SR register at the time of the snapshot.

**Configurations**

There are no configuration notes.

**Usage constraints**

Any access to PMCID2SSR returns an error if any of the following occurs:

- The Core power domain is off.
- DoubleLockStatus() == TRUE.

## 28.5 PMSSSR, PMU Snapshot Status Register

The PMSSSR holds status information about the captured counters.

**Bit field descriptions**

The PMSSSR is a 32-bit read-only register.

**Figure 28-2: PMSSSR bit assignments**



RES0

**RES0, [31:1]**

Reserved, RES0.

**NC, [0]**

No capture. This bit indicates whether the PMU event counters have been captured. The possible values are:

| | |
|---|---|
| 0 | PMU event counters are captured. |
| 1 | PMU event counters are not captured. |

If there is a security violation, the core does not capture the event counters. The external monitor is responsible for keeping track of whether it managed to capture the snapshot registers from the core.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

This bit does not reflect the status of the captured Program Counter Sample registers.

The core resets this bit to 1 by a Warm reset but MPSSSR.NC is overwritten at the first capture.

**Configurations**

There are no configuration notes.

**Usage constraints**

Any access to PMSSSR returns an error if any of the following occurs:

- The Core power domain is off.
- DoubleLockStatus() == TRUE.

## 28.6  PMOVSSR, PMU Snapshot Overflow Status Register

The PMOVSSR is a captured copy of PMOVSR.

Once it is captured, the value in PMOVSSR is unaffected by writes to PMOVSSET_EL0 and PMOVSCLR_EL0.

**Configurations**

There are no configuration notes.

**Usage constraints**

Any access to PMOVSSR returns an error if any of the following occurs:

- The Core power domain is off.
- DoubleLockStatus() == TRUE.

## 28.7  PMCCNTSR, PMU Snapshot Cycle Counter Register

The PMCCNTSR is a captured copy of PMCCNTR_EL0.

Once it is captured, the value in PMCCNTSR is unaffected by writes to PMCCNTR_EL0 and PMCR_EL0.C.

**Configurations**

There are no configuration notes.

**Usage constraints**

Any access to PMCCNTSR returns an error if any of the following occurs:

- The Core power domain is off.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

- DoubleLockStatus() == TRUE.

## 28.8 PMEVCNTSRn, PMU Snapshot Cycle Counter Registers 0-5

The PMEVCNTSRn, are captured copies of PMEVCNTRn_EL0, n is 0-5.

When they are captured, the value in PMSSEVCNTRn is unaffected by writes to PMSSEVCNTRn_EL0 and PMCR_EL0.P.

**Configurations**

There are no configuration notes.

**Usage constraints**

Any access to PMSSEVCNTRn returns an error if any of the following occurs:

- The Core power domain is off.
- DoubleLockStatus() == TRUE.

## 28.9 PMSSCR, PMU Snapshot Capture Register

The PMSSCR provides a mechanism for software to initiate a sample.

**Bit field descriptions**

The PMSSCR is a 32-bit write-only register.

**Figure 28-3: PMSSCR bit assignments**



**RES0, [31:1]**

Reserved, **RES0**.

**SS, [0]**

Capture now. The possible values are:

|   |   |
|---|---|
| 0 | IGNORED. |
| 1 | Initiate a capture immediately. |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Configurations**

There are no configuration notes.

## Usage constraints

Any access to PMSSCR returns an error if any of the following occurs:

- The Core power domain is off.

- DoubleLockStatus() == TRUE.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 29.  AArch64 AMU registers

This chapter describes the AArch64 AMU registers and shows examples of how to use them.

## 29.1  AArch64 AMU register summary

The following table gives a summary of the Neoverse™ N1 AMU registers in the AArch64 Execution state.

**Table 29-1: AArch64 AMU registers**

| Name | Width | Reset | Description |
|---|---|---|---|
| AMCNTENCLR_EL0 | 32 | 0x00000000 | 29.2 AMCNTENCLR_EL0, Activity Monitors Count Enable Clear Register, EL0 on page 402 |
| AMCNTENSET_EL0 | 32 | 0x00000000 | 29.3 AMCNTENSET_EL0, Activity Monitors Count Enable Set Register, EL0 on page 404 |
| AMCFGR_EL0 | 32 | 0x00003F04 | 29.4 AMCFGR_EL0, Activity Monitors Configuration Register, EL0 on page 405 |
| AMUSERENR_EL0 | 32 | 0x00000000 | 29.5 AMUSERENR_EL0, Activity Monitor EL0 Enable access, EL0 on page 406 |
| AMEVCNTRn_EL0 | 64 | 0x0000000000000000 | 29.6 AMEVCNTRn_EL0, Activity Monitor Event Counter Register, EL0 on page 408 |
| AMEVTYPERn_EL0 | 32 | The reset value depends on the register:<br>• AMEVTYPER0_EL0 = 0x00000011.<br>• AMEVTYPER1_EL0 = 0x000000EF.<br>• AMEVTYPER2_EL0 = 0x00000008.<br>• AMEVTYPER3_EL0 = 0x000000F0.<br>• AMEVTYPER4_EL0 = 0x000000F1. | 29.7 AMEVTYPERn_EL0, Activity Monitor Event Type Register, EL0 on page 409 |

## 29.2  AMCNTENCLR_EL0, Activity Monitors Count Enable Clear Register, EL0

The AMCNTENCLR_EL0 disables the activity monitor counters that are implemented, AMEVCNTR<0-4>_EL0.

### Bit field descriptions

The AMCNTENCLR_EL0 is a 32-bit register.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure 29-1: AMCNTENCLR_EL0 bit assignments**



**P<n>, bit[n]**

AMEVCNTRn disable bit for n=0-4. The possible values are:

| | |
|---|---|
| **0** | When this bit is read, the activity counter n is disabled. When it is written, it has no effect. |
| **1** | When this bit is read, the activity counter n is enabled. When it is written, it disables the activity counter n. |

## Configurations

There are no configuration notes.

## Usage constraints

### Accessing the AMCNTENCLR_EL0

To access the AMCNTENCLR_EL0:

```
MRS <Xt>, AMCNTENCLR_EL0 ; Read AMCNTENCLR_EL0 into Xt
MSR AMCNTENCLR_EL0, <Xt> ; Write <Xt> to AMCNTENCLR_EL0
```

Register access is encoded as follows:

**Table 29-2: AMCNTENCLR_EL0 encoding**

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 11 | 011 | 1111 | 1001 | 111 |

The AMCNTENCLR_EL0 can be accessed through the external debug interface, offset `0xC20`. In this case, it is read-only.

This register is accessible as follows:

| EL0 | EL1 | EL2 | EL3 |
|---|---|---|---|
| RO | RO | RO | RW |

### Traps and enables

If ACTLR_EL2.AMEN is 0, then Non-secure accesses to this register from EL0 and EL1 are trapped to EL2.

If ACTLR_EL3.AMEN is 0, then accesses to this register from EL0, EL1, and EL2 are trapped to EL3.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

If AMUSERENR_EL0.EN is 0, then accesses to this register from EL0 are trapped to EL1.

## 29.3  AMCNTENSET_EL0, Activity Monitors Count Enable Set Register, EL0

The AMCNTENSET_EL0 enables the activity monitor counters that are implemented, AMEVCNTRn (n is 0-4).

**Bit field descriptions**

The AMCNTENSET_EL0 is a 32-bit register.

**Figure 29-2: AMCNTENSET_EL0 bit assignments**



**P<n>, bit[n]**

> AMEVCNTRn enable bit for n=0-4. The possible values are:

> **0**    When this bit is read, the activity counter n is disabled. When it is written, it has no effect.
> **1**    When this bit is read, the activity counter n is enabled. When it is written, it enables the activity counter n.

**Configurations**

> There are no configuration notes.

## Usage constraints

### Accessing the AMCNTENSET_EL0

> To access the AMCNTENSET_EL0:

```
MRS <Xt>, AMCNTENSET_EL0 ; Read AMCNTENSET_EL0 into Xt
MSR AMCNTENSET_EL0, <Xt> ; Write <Xt> to AMCNTENSET_EL0
```

> Register access is encoded as follows:

**Table 29-4: AMCNTENSET_EL0 encoding**

| op0 | op1 | CRn | CRm | op2 |
|-----|-----|------|------|-----|
| 11  | 011 | 1111 | 1001 | 110 |

> The AMCNTENSET_EL0 can be accessed through the external debug interface, offset `0xC00`. In this case, it is read-only.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

This register is accessible as follows:

| EL0 | EL1 | EL2 | EL3 |
|-----|-----|-----|-----|
| RO  | RO  | RO  | RW  |

**Traps and enables**

If ACTLR_EL2.AMEN is 0, then Non-secure accesses to this register from EL0 and EL1 are trapped to EL2.

If ACTLR_EL3.AMEN is 0, then accesses to this register from EL0, EL1, and EL2 are trapped to EL3.

If AMUSERENR_EL0.EN is 0, then accesses to this register from EL0 are trapped to EL1.

# 29.4  AMCFGR_EL0, Activity Monitors Configuration Register, EL0

The AMCFGR_EL0 provides information on the number of activity counters that are implemented and their size.

**Bit field descriptions**

The AMCFGR_EL0 is a 32-bit register.

**Figure 29-3: AMCFGR_EL0 bit assignments**



 res0

**RES0, [31:14]**

Reserved, **RES0**.

**SIZE, [13:8]**

Size of counters, minus one.

This field defines the size of the largest counter that is implemented by the activity monitors. In the Armv8-A architecture, the largest counter has 64 bits, therefore the value of this field is `0b111111`.

**N, [7:0]**

Number of activity counters that are implemented, where the number of counters is N+1. The Neoverse™ N1 core implements five counters, therefore the value is `0x04`.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Configurations**

There are no configuration notes.

**Usage constraints**

**Accessing the AMCFGR_EL0**

To access the AMCFGR_EL0:

```
MRS <Xt>, AMCFGR_EL0 ; Read AMCFGR_EL0 into Xt
```

Register access is encoded as follows:

**Table 29-6: AMCFGR_EL0 encoding**

| op0 | op1 | CRn | CRm | op2 |
|-----|-----|------|------|-----|
| 11  | 011 | 1111 | 1010 | 110 |

The AMCFGR_EL0 can be accessed through the external debug interface, offset `0xE00`. In this case, it is read-only.

This register is accessible as follows:

| EL0 | EL1 | EL2 | EL3 |
|-----|-----|-----|-----|
| RO  | RO  | RO  | RO  |

**Traps and enables**

If ACTLR_EL2.AMEN is 0, then Non-secure accesses to this register from EL0 and EL1 are trapped to EL2.

If ACTLR_EL3.AMEN is 0, then accesses to this register from EL0, EL1, and EL2 are trapped to EL3.

If AMUSERENR_EL0.EN is 0, then accesses to this register from EL0 are trapped to EL1.

# 29.5  AMUSERENR_EL0, Activity Monitor EL0 Enable access, EL0

The AMUSERENR_EL0 enables or disables EL0 access to the activity monitors.

**Bit field descriptions**

The AMUSERENR_EL0 is a 32-bit register.

This register resets to value `0x00000000`.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Figure 29-4: AMUSERENR_EL0 bit assignments



**RES0, [31:1]**

Reserved, **RES0**.

**EN, [0]**

Traps EL0 accesses to the activity monitor registers to EL1. The possible values are:

**0**          EL0 accesses to the activity monitor registers are trapped to EL1.
This is the reset value.

**1**          EL0 accesses to the activity monitor registers are not trapped to EL1.
Software can access all activity monitor registers at EL0.

**Configurations**

There are no configuration notes.

## Usage constraints

**Accessing the AMUSERENR_EL0**

To access the AMUSERENR_EL0:

```
MRS <Xt>, AMUSERENR_EL0 ; Read AMUSERENR_EL0 into Xt
MSR AMUSERENR_EL0, <Xt> ; Write Xt to AMUSERENR_EL0
```

Register access is encoded as follows:

**Table 29-8: AMUSERENR_EL0 encoding**

| op0 | op1 | CRn | CRm | op2 |
|-----|-----|------|------|-----|
| 11  | 011 | 1111 | 1010 | 111 |

This register is accessible as follows:

| EL0 | EL1 | EL2 | EL3 |
|-----|-----|-----|-----|
| RO  | RW  | RW  | RW  |



AMUSERENR_EL0 is always RO at EL0 and not trapped by the EN bit.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Traps and enables**

> If ACTLR_EL2.AMEN is 0, then Non-secure accesses to this register from EL0 and EL1 are trapped to EL2.
>
> If ACTLR_EL3.AMEN is 0, then accesses to this register from EL0, EL1, and EL2 are trapped to EL3.

# 29.6  AMEVCNTRn_EL0, Activity Monitor Event Counter Register, EL0

The activity counters AMEVCNTRn_EL0 are directly accessible in the memory mapped-view. n is 0-4.

## Bit field descriptions

The AMEVCNTRn_EL0 is a 64-bit register.

**Figure 29-5: AMEVCNTRn_EL0 bit assignments**



**ACNT, [63:0]**

> Value of the activity counter AMEVCNTRn_EL0.
>
> This bit field resets to zero and the counters monitoring cycle events do not increment when the core is in WFI or WFE.

## Configurations

> Counters might have fixed event allocation.

## Usage constraints

### Accessing the AMEVCNTRn_EL0

> To access the AMEVCNTRn_EL0:

```
MRS <Xt>, AMEVCNTRn_EL0 ; Read AMEVCNTRn_EL0 into Xt
MSR AMEVCNTRn_EL0, <Xt> ; Write Xt to AMEVCNTRn_EL0
```

> Register access is encoded as follows:

**Table 29-10: AMEVCNTRn_EL0 encoding**

| op0 | op1 | CRn | CRm | op2 |
|-----|-----|------|------|-------|
| 11 | 011 | 1111 | 1001 | <0-4> |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

The AMEVCNTRn_EL0[63:32] can also be accessed through the external memory-mapped interface, offset `0x004+8n`. In this case, it is read-only.

The AMEVCNTRn_EL0[31:0] can also be accessed through the external memory-mapped interface, offset `0x000+8n`. In this case, it is read-only.

This register is accessible as follows:

| EL0 | EL1 | EL2 | EL3 |
|-----|-----|-----|-----|
| RO  | RO  | RO  | RW  |

**Traps and enables**

If ACTLR_EL2.AMEN is 0, then Non-secure accesses to this register from EL0 and EL1 are trapped to EL2.

If ACTLR_EL3.AMEN is 0, then accesses to this register from EL0, EL1, and EL2 are trapped to EL3.

If AMUSERENR_EL0.EN is 0, then accesses to this register from EL0 are trapped to EL1.

# 29.7  AMEVTYPERn_EL0, Activity Monitor Event Type Register, EL0

The activity counters AMEVTYPERn_EL0 are directly accessible in the memory mapped view, where n is 0-4.

**Bit field descriptions**

The AMEVTYPERn_EL0 is a 32-bit register.

**Figure 29-6: AMEVTYPERn_EL0 bit assignments**



RES0

**RES0, [31:10]**

Reserved, **RES0**.

**evtCount, bits[9:0]**

The event the counter monitors might be fixed at implementation. In this case, the field is read-only. See 19.4 AMU events on page 327.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Arm® Neoverse™ N1 Core  Technical Reference Manual

Document ID: 100616_0401_02_en
Issue: 02
AArch64 AMU registers

**Configurations**

Counters might have fixed event allocation.

**Traps and enables**

If ACTLR_EL2.AMEN is 0, then Non-secure accesses to this register from EL0 and EL1 are trapped to EL2.

If ACTLR_EL3.AMEN is 0, then accesses to this register from EL0, EL1, and EL2 are trapped to EL3.

If AMUSERENR_EL0.EN is 0, then accesses to this register from EL0 are trapped to EL1.

**Usage constraints**

**Accessing the AMEVTYPERn_EL0**

To access the AMEVTYPERn_EL0:

```
MRS <Xt>, AMEVTYPERn_EL0 ; Read AMEVTYPERn_EL0 into Xt
MSR AMEVTYPERn_EL0, <Xt> ; Write Xt to AMEVTYPERn_EL0
```

Register access is encoded as follows:

**Table 29-12: AMEVTYPER_EL0 encoding**

| op0 | op1 | CRn | CRm | op2 |
|-----|-----|------|------|-------|
| 11 | 011 | 1111 | 1010 | <0-4> |

This register can also be accessed through the external memory-mapped interface, offset `0x400+4n`. In this case, it is read-only.

This register is accessible as follows:

| EL0 | EL1 | EL2 | EL3 |
|-----|-----|-----|-----|
| RO | RO | RO | RO |

**Traps and enables**

If ACTLR_EL2.AMEN is 0, then Non-secure accesses to this register from EL0 and EL1 are trapped to EL2.

If ACTLR_EL3.AMEN is 0, then accesses to this register from EL0, EL1, and EL2 are trapped to EL3.

If AMUSERENR_EL0.EN is 0, then accesses to this register from EL0 are trapped to EL1.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 30. Memory-mapped AMU registers

This chapter describes the memory-mapped AMU registers. The memory-mapped interface provides read-only access to the AMU registers via the external debug interface.

## 30.1  Memory-mapped AMU register summary

There are AMU registers that are accessible through the external debug interface.

These registers are listed in the following table. For those registers not described in this chapter, see the *Arm® Architecture Reference Manual for A-profile architecture*.

**Table 30-1: Memory-mapped AMU register summary**

| Offset | Name | Type | Description |
|---|---|---|---|
| `0xC20` | AMCNTENCLR | RO | 29.2 AMCNTENCLR_EL0, Activity Monitors Count Enable Clear Register, EL0 on page 402 |
| `0xC00` | AMCNTENSET | RO | 29.3 AMCNTENSET_EL0, Activity Monitors Count Enable Set Register, EL0 on page 404 |
| `0xE00` | AMCFGR | RO | 29.4 AMCFGR_EL0, Activity Monitors Configuration Register, EL0 on page 405 |
| `0x000+8n` | AMEVCNTRn [31:0] | RO | 29.6 AMEVCNTRn_EL0, Activity Monitor Event Counter Register, EL0 on page 408 |
| `0x004+8n` | AMEVCNTRn [63:32] | RO | 29.6 AMEVCNTRn_EL0, Activity Monitor Event Counter Register, EL0 on page 408 |
| `0x400+4n` | AMEVTYPERn | RO | 29.7 AMEVTYPERn_EL0, Activity Monitor Event Type Register, EL0 on page 409 |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 31. ETM registers

This chapter describes the ETM registers.

## 31.1 ETM register summary

This section summarizes the ETM trace unit registers.

All ETM trace unit registers are 32-bit wide. The description of each register includes its offset from a base address. The base address is defined by the system integrator when placing the ETM trace unit in the Debug-APB memory map.

The following table lists all of the ETM trace unit registers.

**Table 31-1: ETM trace unit register summary**

| Offset | Name | Type | Reset | Description |
|--------|------|------|-------|-------------|
| 0x004 | TRCPRGCTLR | RW | 0x00000000 | 31.61 TRCPRGCTLR, Programming Control Register on page 470 |
| 0x00C | TRCSTATR | RO | 0x00000003 | 31.68 TRCSTATR, Status Register on page 477 |
| 0x010 | TRCCONFIGR | RW | UNK | 31.20 TRCCONFIGR, Trace Configuration Register on page 433 |
| 0x018 | TRCAUXCTLR | RW | 0x00000000 | 31.5 TRCAUXCTLR, Auxiliary Control Register on page 418 |
| 0x020 | TRCEVENTCTL0R | RW | UNK | 31.26 TRCEVENTCTL0R, Event Control 0 Register on page 438 |
| 0x024 | TRCEVENTCTL1R | RW | UNK | 31.27 TRCEVENTCTL1R, Event Control 1 Register on page 440 |
| 0x030 | TRCTSCTLR | RW | UNK | 31.71 TRCTSCTLR, Global Timestamp Control Register on page 480 |
| 0x034 | TRCSYNCPR | RW | UNK | 31.69 TRCSYNCPR, Synchronization Period Register on page 478 |
| 0x038 | TRCCCCTLR | RW | UNK | 31.7 TRCCCCTLR, Cycle Count Control Register on page 421 |
| 0x03C | TRCBBCTLR | RW | UNK | 31.6 TRCBBCTLR, Branch Broadcast Control Register on page 420 |
| 0x040 | TRCTRACEIDR | RW | UNK | 31.70 TRCTRACEIDR, Trace ID Register on page 479 |
| 0x080 | TRCVICTLR | RW | UNK | 31.72 TRCVICTLR, ViewInst Main Control Register on page 481 |
| 0x084 | TRCVIIECTLR | RW | UNK | 31.73 TRCVIIECTLR, ViewInst Include-Exclude Control Register on page 483 |
| 0x088 | TRCVISSCTLR | RW | UNK | 31.74 TRCVISSCTLR, ViewInst Start-Stop Control Register on page 484 |
| 0x100 | TRCSEQEVR0 | RW | UNK | 31.63 TRCSEQEVRn, Sequencer State Transition Control Registers 0-2 on page 472 |
| 0x104 | TRCSEQEVR1 | RW | UNK | 31.63 TRCSEQEVRn, Sequencer State Transition Control Registers 0-2 on page 472 |
| 0x108 | TRCSEQEVR2 | RW | UNK | 31.63 TRCSEQEVRn, Sequencer State Transition Control Registers 0-2 on page 472 |
| 0x118 | TRCSEQRSTEVR | RW | UNK | 31.64 TRCSEQRSTEVR, Sequencer Reset Control Register on page 473 |
| 0x11C | TRCSEQSTR | RW | UNK | 31.65 TRCSEQSTR, Sequencer State Register on page 474 |
| 0x120 | TRCEXTINSELR | RW | UNK | 31.28 TRCEXTINSELR, External Input Select Register on page 441 |
| 0x140 | TRCCNTRLDVR0 | RW | UNK | 31.18 TRCCNTRLDVRn, Counter Reload Value Registers 0-1 on page 431 |
| 0x144 | TRCCNTRLDVR1 | RW | UNK | 31.18 TRCCNTRLDVRn, Counter Reload Value Registers 0-1 on page 431 |
| 0x150 | TRCCNTCTLR0 | RW | UNK | 31.16 TRCCNTCTLR0, Counter Control Register 0 on page 428 |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Offset | Name | Type | Reset | Description |
|--------|------|------|-------|-------------|
| 0x154 | TRCCNTCTLR1 | RW | UNK | 31.17 TRCCNTCTLR1, Counter Control Register 1 on page 429 |
| 0x160 | TRCCNTVR0 | RW | UNK | 31.19 TRCCNTVRn, Counter Value Registers 0-1 on page 432 |
| 0x164 | TRCCNTVR1 | RW | UNK | 31.19 TRCCNTVRn, Counter Value Registers 0-1 on page 432 |
| 0x180 | TRCIDR8 | RO | 0x00000000 | 31.35 TRCIDR8, ID Register 8 on page 452 |
| 0x184 | TRCIDR9 | RO | 0x00000000 | 31.36 TRCIDR9, ID Register 9 on page 452 |
| 0x188 | TRCIDR10 | RO | 0x00000000 | 31.37 TRCIDR10, ID Register 10 on page 453 |
| 0x18C | TRCIDR11 | RO | 0x00000000 | 31.38 TRCIDR11, ID Register 11 on page 453 |
| 0x190 | TRCIDR12 | RO | 0x00000000 | 31.39 TRCIDR12, ID Register 12 on page 454 |
| 0x194 | TRCIDR13 | RO | 0x00000000 | 31.40 TRCIDR13, ID Register 13 on page 454 |
| 0x1C0 | TRCIMSPEC0 | RW | 0x00000000 | 31.41 TRCIMSPEC0, IMPLEMENTATION SPECIFIC Register 0 on page 455 |
| 0x1E0 | TRCIDR0 | RO | 0x28000EA1 | 31.29 TRCIDR0, ID Register 0 on page 442 |
| 0x1E4 | TRCIDR1 | RO | 0x4100F425 | 31.30 TRCIDR1, ID Register 1 on page 444 |
| 0x1E8 | TRCIDR2 | RO | 0x20001088 | 31.31 TRCIDR2, ID Register 2 on page 445 |
| 0x1EC | TRCIDR3 | RO | 0x017B0004 | 31.32 TRCIDR3, ID Register 3 on page 447 |
| 0x1F0 | TRCIDR4 | RO | 0x11170004 | 31.33 TRCIDR4, ID Register 4 on page 449 |
| 0x1F4 | TRCIDR5 | RO | 0x284708AD | 31.34 TRCIDR5, ID Register 5 on page 450 |
| 0x200 | TRCRSCTLRn | RW | UNK | 31.62 TRCRSCTLRn, Resource Selection Control Registers 2-15 on page 471, n is 2, 15 |
| 0x280 | TRCSSCCR0 | RW | UNK | 31.66 TRCSSCCR0, Single-Shot Comparator Control Register 0 on page 475 |
| 0x2A0 | TRCSSCSR0 | RW | UNK | 31.67 TRCSSCSR0, Single-Shot Comparator Status Register 0 on page 476 |
| 0x300 | TRCOSLAR | WO | 0x00000001 | 31.51 TRCOSLAR, OS Lock Access Register on page 462 |
| 0x304 | TRCOSLSR | RO | 0x0000000A | 31.52 TRCOSLSR, OS Lock Status Register on page 463 |
| 0x310 | TRCPDCR | RW | 0x00000000 | 31.53 TRCPDCR, Power Down Control Register on page 464 |
| 0x314 | TRCPDSR | RO | 0x00000023 | 31.54 TRCPDSR, Power Down Status Register on page 465 |
| 0x400 | TRCACVRn | RW | UNK | 31.3 TRCACVRn, Address Comparator Value Registers 0-7 on page 416 |
| 0x480 | TRCACATRn | RW | UNK | 31.2 TRCACATRn, Address Comparator Access Type Registers 0-7 on page 414 |
| 0x600 | TRCCIDCVR0 | RW | UNK | 31.9 TRCCIDCVR0, Context ID Comparator Value Register 0 on page 422 |
| 0x640 | TRCVMIDCVR0 | RW | UNK | 31.75 TRCVMIDCVR0, VMID Comparator Value Register 0 on page 485 |
| 0x680 | TRCCIDCCTLR0 | RW | UNK | 31.8 TRCCIDCCTLR0, Context ID Comparator Control Register 0 on page 422 |
| 0x688 | TRCVMIDCCTLR0 | RW | UNK | 31.76 TRCVMIDCCTLR0, Virtual context identifer Comparator Control Register 0 on page 485 |
| 0xEDC | TRCITMISCOUT | WO | UNK | 31.48 TRCITMISCOUT, Trace Integration Miscellaneous Outputs Register on page 460 |
| 0xEE0 | TRCITMISCIN | RO | UNK | 31.47 TRCITMISCIN, Trace Integration Miscellaneous Input Register on page 460 |
| 0xEEC | TRCITATBDATA0 | WO | UNK | 31.45 TRCITATBDATA0, Trace Integration Test ATB Data Register 0 on page 458 |
| 0xEF0 | TRCITATBCTR2 | RO | UNK | 31.44 TRCITATBCTR2, Trace Integration Test ATB Control Register 2 on page 457 |
| 0xEF4 | TRCITATBCTR1 | WO | UNK | 31.43 TRCITATBCTR1, Trace Integration Test ATB Control Register 1 on page 456 |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Offset | Name | Type | Reset | Description |
|--------|------|------|-------|-------------|
| 0xEF8 | TRCITATBCTR0 | WO | UNK | 31.42 TRCITATBCTR0, Trace Integration Test ATB Control Register 0 on page 456 |
| 0xF00 | TRCITCTRL | RW | 0x00000000 | 31.46 TRCITCTRL, Trace Integration Mode Control register on page 459 |
| 0xFA0 | TRCCLAIMSET | RW | UNK | 31.15 TRCCLAIMSET, Claim Tag Set Register on page 427 |
| 0xFA4 | TRCCLAIMCLR | RW | 0x00000000 | 31.14 TRCCLAIMCLR, Claim Tag Clear Register on page 426 |
| 0xFA8 | TRCDEVAFF0 | RO | UNK | 31.21 TRCDEVAFF0, Device Affinity Register 0 on page 435 |
| 0xFAC | TRCDEVAFF1 | RO | UNK | 31.22 TRCDEVAFF1, Device Affinity Register 1 on page 436 |
| 0xFB0 | TRCLAR | WO | UNK | 31.49 TRCLAR, Software Lock Access Register on page 461 |
| 0xFB4 | TRCLSR | RO | 0x00000000 | 31.50 TRCLSR, Software Lock Status Register on page 461 |
| 0xFB8 | TRCAUTHSTATUS | RO | UNK | 31.4 TRCAUTHSTATUS, Authentication Status Register on page 417 |
| 0xFBC | TRCDEVARCH | RO | 0x47724A13 | 31.23 TRCDEVARCH, Device Architecture Register on page 436 |
| 0xFC8 | TRCDEVID | RO | 0x00000000 | 31.24 TRCDEVID, Device ID Register on page 437 |
| 0xFCC | TRCDEVTYPE | RO | 0x00000013 | 31.25 TRCDEVTYPE, Device Type Register on page 437 |
| 0xFE0 | TRCPIDR0 | RO | 0x0000000C | 31.55 TRCPIDR0, ETM Peripheral Identification Register 0 on page 466 |
| 0xFE4 | TRCPIDR1 | RO | 0x000000BD | 31.56 TRCPIDR1, ETM Peripheral Identification Register 1 on page 467 |
| 0xFE8 | TRCPIDR2 | RO | 0x0000005B | 31.57 TRCPIDR2, ETM Peripheral Identification Register 2 on page 467 |
| 0xFEC | TRCPIDR3 | RO | 0x00000000 | 31.58 TRCPIDR3, ETM Peripheral Identification Register 3 on page 468 |
| 0xFD0 | TRCPIDR4 | RO | 0x00000004 | 31.59 TRCPIDR4, ETM Peripheral Identification Register 4 on page 469 |
| 0xFD4 - 0xFDC | TRCPIDRn | RO | 0x00000000 | 31.60 TRCPIDRn, ETM Peripheral Identification Registers 5-7 on page 470 |
| 0xFF0 | TRCCIDR0 | RO | 0x0000000D | 31.10 TRCCIDR0, ETM Component Identification Register 0 on page 423 |
| 0xFF4 | TRCCIDR1 | RO | 0x00000090 | 31.11 TRCCIDR1, ETM Component Identification Register 1 on page 424 |
| 0xFF8 | TRCCIDR2 | RO | 0x00000005 | 31.12 TRCCIDR2, ETM Component Identification Register 2 on page 425 |
| 0xFFC | TRCCIDR3 | RO | 0x000000B1 | 31.13 TRCCIDR3, ETM Component Identification Register 3 on page 425 |

# 31.2  TRCACATRn, Address Comparator Access Type Registers 0-7

The TRCACATRn registers control the access for the corresponding address comparators.

### Bit field descriptions

The TRCACATRn registers are 64-bit registers.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Figure 31-1: TRCACATRn bit assignments



### RES0, [63:16]

RES0            Reserved

### EXLEVEL_NS, [15:12]

Each bit controls whether a comparison can occur in Non-secure state for the corresponding Exception level. The possible values are:

0                The trace unit can perform a comparison, in Non-secure state, for Exception level $n$.

1                The trace unit does not perform a comparison, in Non-secure state, for Exception level $n$.

The Exception levels are:

**Bit[12]**        Exception level 0
**Bit[13]**        Exception level 1
**Bit[14]**        Exception level 2
**Bit[15]**        Always RES0

### EXLEVEL_S, [11:8]

Each bit controls whether a comparison can occur in Secure state for the corresponding Exception level. The possible values are:

0                The trace unit can perform a comparison, in Secure state, for Exception level $n$.

1                The trace unit does not perform a comparison, in Secure state, for Exception level $n$.

The Exception levels are:

**Bit[8]**         Exception level 0
**Bit[9]**         Exception level 1
**Bit[10]**        Always RES0
**Bit[11]**        Exception level 3

### RES0, [7:4]

RES0            Reserved

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**CONTEXT TYPE, [3:2]**

Controls whether the trace unit performs a Context ID comparison, a VMID comparison, or both comparisons:

| | |
|---|---|
| `0b00` | The trace unit does not perform a Context ID comparison. |
| `0b01` | The trace unit performs a Context ID comparison using the Context ID comparator that the CONTEXT field specifies, and signals a match if both the Context ID comparator matches and the address comparator match. |
| `0b10` | The trace unit performs a VMID comparison using the VMID comparator that the CONTEXT field specifies, and signals a match if both the VMID comparator and the address comparator match. |
| `0b11` | The trace unit performs a Context ID comparison and a VMID comparison using the comparators that the CONTEXT field specifies, and signals a match if the Context ID comparator matches, the VMID comparator matches, and the address comparator matches. |

**TYPE, [1:0]**

Type of comparison:

| | |
|---|---|
| `0b00` | Instruction address, `RES0` |

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCACATR*n* registers can be accessed through the external debug interface, offset `0x480-0x4B8`.

# 31.3  TRCACVRn, Address Comparator Value Registers 0-7

The TRCACVRn registers indicate the address for the address comparators.

### Bit field descriptions

The TRCACVRn registers are 64-bit registers.

**Figure 31-2: TRCACVRn bit assignments**



**ADDRESS, [63:0]**

The address value to compare against

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

The TRCACVRn can be accessed through the external debug interface, offset `0x400-0x43C`.

# 31.4  TRCAUTHSTATUS, Authentication Status Register

The TRCAUTHSTATUS indicates the current level of tracing permitted by the system.

**Bit field descriptions**

The TRCAUTHSTATUS is a 32-bit register.

**Figure 31-3: TRCAUTHSTATUS bit assignments**



**RES0, [31:8]**

      **RES0**      Reserved.

**SNID, [7:6]**

    Secure Non-invasive Debug:

      **0b10**      Secure Non-invasive Debug implemented but disabled.
      **0b11**      Secure Non-invasive Debug implemented and enabled.

**SID, [5:4]**

    Secure Invasive Debug:

      **0b00**      Secure Invasive Debug is not implemented.

**NSNID, [3:2]**

    Non-secure Non-invasive Debug:

      **0b10**      Non-secure Non-invasive Debug implemented but disabled, NIDEN=0.
      **0b11**      Non-secure Non-invasive Debug implemented and enabled, NIDEN=1.

**NSID, [1:0]**

    Non-secure Invasive Debug:

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

    **0b00**        Non-secure Invasive Debug is not implemented.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCAUTHSTATUS can be accessed through the external debug interface, offset `0xFB8`.

# 31.5  TRCAUXCTLR, Auxiliary Control Register

The TRCAUXCTLR provides **IMPLEMENTATION DEFINED** configuration and control options.

## Bit field descriptions

**Figure 31-4: TRCAUXCTLR bit assignments**



## RES0, [31:9]

    **RES0**        Reserved.

## DBGFLUSHOVERRIDE, [8]

Override trace flush on debug state entry. The possible values are:

    **0**        Trace flush on debug state entry is enabled.
    **1**        Trace flush on debug state entry is disabled.

## CIFOVERRIDE, [7]

Override core interface register repeater clock enable. The possible values are:

    **0**        Core interface clock gate is enabled.
    **1**        Core interface clock gate is disabled.

## INOVFLOWEN, [6]

Allow overflows of the core interface buffer, removing any rare impact that the trace unit might have on the core's speculation when enabled. The possible values are:

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| | |
|---|---|
| 0 | Core interface buffer overflows are disabled. |
| 1 | Core interface buffer overflows are enabled. |

When this bit is set to 1, the trace start/stop logic might deviate from architecturally-specified behavior.

**FLUSHOVERRIDE, [5]**

Override ETM flush behavior. The possible values are:

| | |
|---|---|
| 0 | ETM trace unit FIFO is flushed and ETM trace unit enters idle state when DBGEN or NIDEN is LOW. |
| 1 | ETM trace unit FIFO is not flushed and ETM trace unit does not enter idle state when DBGEN or NIDEN is LOW. |

When this bit is set to 1, the trace unit behavior deviates from architecturally-specified behavior.

**TSIOVERRIDE, [4]**

Override TS packet insertion behavior. The possible values are:

| | |
|---|---|
| 0 | Timestamp packets are inserted into FIFO only when trace activity is LOW. |
| 1 | Timestamp packets are inserted into FIFO irrespective of trace activity. |

**SYNCOVERRIDE, [3]**

Override SYNC packet insertion behavior. The possible values are:

| | |
|---|---|
| 0 | SYNC packets are inserted into FIFO only when trace activity is low. |
| 1 | SYNC packets are inserted into FIFO irrespective of trace activity. |

**FRSYNCOVFLOW, [2]**

Force overflows to output synchronization packets. The possible values are:

| | |
|---|---|
| 0 | No FIFO overflow when SYNC packets are delayed. |
| 1 | Forces FIFO overflow when SYNC packets are delayed. |

When this bit is set to 1, the trace unit behavior deviates from architecturally-specified behavior.

**IDLEACKOVERRIDE, [1]**

Force ETM idle acknowledge. The possible values are:

| | |
|---|---|
| 0 | ETM trace unit idle acknowledge is asserted only when the ETM trace unit is in idle state. |
| 1 | ETM trace unit idle acknowledge is asserted irrespective of the ETM trace unit idle state. |

When this bit is set to 1, trace unit behavior deviates from architecturally-specified behavior.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**AFREADYOVERRIDE, [0]**

Force assertion of AFREADYM output. The possible values are:

| | |
|---|---|
| 0 | ETM trace unit AFREADYM output is asserted only when the ETM trace unit is in idle state or when all the trace bytes in FIFO before a flush request are output. |
| 1 | ETM trace unit AFREADYM output is always asserted HIGH. |

When this bit is set to 1, trace unit behavior deviates from architecturally-specified behavior.

The TRCAUXCTLR can be accessed through the internal memory-mapped interface and the external debug interface, offset `0x018`.

**Configurations**

Available in all configurations.

# 31.6  TRCBBCTLR, Branch Broadcast Control Register

The TRCBBCTLR controls how branch broadcasting behaves, and allows branch broadcasting to be enabled for certain memory regions.

### Bit field descriptions

The TRCBBCTLR is a 32-bit register.

**Figure 31-5: TRCBBCTLR bit assignments**



**RES0, [31:9]**

| | |
|---|---|
| RES0 | Reserved |

**MODE, [8]**

Mode bit:

| | |
|---|---|
| 0 | Exclude mode. Branch broadcasting is not enabled in the address range that RANGE defines.<br><br>If RANGE==0 then branch broadcasting is enabled for the entire memory map. |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| | |
|---|---|
| 1 | Include mode. Branch broadcasting is enabled in the address range that RANGE defines. |

If RANGE==0 then the behavior of the trace unit is **CONSTRAINED UNPREDICTABLE**. That is, the trace unit might or might not consider any instructions to be in a branch broadcast region.

**RANGE, [7:0]**

Address range field.

Selects which address range comparator pairs are in use with branch broadcasting. Each bit represents an address range comparator pair, so bit[$n$] controls the selection of address range comparator pair $n$. If bit[$n$] is:

| | |
|---|---|
| 0 | The address range that address range comparator pair $n$ defines, is not selected. |
| 1 | The address range that address range comparator pair $n$ defines, is selected. |

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCBBCTLR can be accessed through the external debug interface, offset `0x03C`.

# 31.7  TRCCCCTLR, Cycle Count Control Register

The TRCCCCTLR sets the threshold value for cycle counting.

**Bit field descriptions**

The TRCCCCTLR is a 32-bit register.

**Figure 31-6: TRCCCCTLR bit assignments**



**RES0, [31:12]**

**RES0**          Reserved.

**THRESHOLD, [11:0]**

Instruction trace cycle count threshold.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Bit fields and details that are not provided in this description are architecturally defined. See the
*Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCCCCTLR can be accessed through the external debug interface, offset `0x038`.

# 31.8  TRCCIDCCTLR0, Context ID Comparator Control Register 0

The TRCCIDCCTLR0 controls the mask value for the context ID comparators.

## Bit field descriptions

The TRCCIDCCTLR0 is a 32-bit register.

**Figure 31-7: TRCCIDCCTLR0 bit assignments**



RES0

**RES0, [31:4]**

> RES0          Reserved.

**COMP0, [3:0]**

> Controls the mask value that the trace unit applies to TRCCIDCVR0. Each bit in this field
> corresponds to a byte in TRCCIDCVR0. When a bit is:

> 0              The trace unit includes the relevant byte in TRCCIDCVR0 when it
>                performs the Context ID comparison.
> 1              The trace unit ignores the relevant byte in TRCCIDCVR0 when it
>                performs the Context ID comparison.

Bit fields and details that are not provided in this description are architecturally defined. See the
*Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCCIDCCTLR0 can be accessed through the external debug interface, offset `0x680`.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 31.9  TRCCIDCVR0, Context ID Comparator Value Register 0

The TRCCIDCVR0 contains a Context ID value.

**Bit field descriptions**

The TRCCIDCVR0 is a 64-bit register.

**Figure 31-8: TRCCIDCVR0 bit assignments**



RES0

**RES0, [63:32]**

RES0           Reserved.

**VALUE, [31:0]**

The data value to compare against.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCCIDCVR0 can be accessed through the external debug interface, offset `0x600`.

# 31.10  TRCCIDR0, ETM Component Identification Register 0

The TRCCIDR0 provides information to identify a trace component.

**Bit field descriptions**

The TRCCIDR0 is a 32-bit register.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure 31-9: TRCCIDR0 bit assignments**

31
8
7
0
PRMBL_0
RES0

### RES0, [31:8]

| | |
|---|---|
| **RES0** | Reserved. |

### PRMBL_0, [7:0]

| | |
|---|---|
| **`0x0D`** | Preamble byte 0. |

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCCIDR0 can be accessed through the external debug interface, offset `0xFF0`.

## 31.11 TRCCIDR1, ETM Component Identification Register 1

The TRCCIDR1 provides information to identify a trace component.

### Bit field descriptions

The TRCCIDR1 is a 32-bit register.

**Figure 31-10: TRCCIDR1 bit assignments**

31
8
7
4
3
0
CLASS
PRMBL_1
RES0

### RES0, [31:8]

| | |
|---|---|
| **RES0** | Reserved. |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**CLASS, [7:4]**

    **0x9**        Debug component.

**PRMBL_1, [3:0]**

    **0x0**        Preamble byte 1.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCCIDR1 can be accessed through the external debug interface, offset `0xFF4`.

## 31.12  TRCCIDR2, ETM Component Identification Register 2

The TRCCIDR2 provides information to identify a CTI component.

**Bit field descriptions**
The TRCCIDR2 is a 32-bit register.

**Figure 31-11: TRCCIDR2 bit assignments**



**RES0, [31:8]**

    **RES0**        Reserved.

**PRMBL_2, [7:0]**

    **0x05**        Preamble byte 2.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCCIDR2 can be accessed through the external debug interface, offset `0xFF8`.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 31.13  TRCCIDR3, ETM Component Identification Register 3

The TRCCIDR3 provides information to identify a trace component.

**Bit field descriptions**

The TRCCIDR3 is a 32-bit register.

**Figure 31-12: TRCCIDR3 bit assignments**



**RES0, [31:8]**

> **RES0**          Reserved.

**PRMBL_3, [7:0]**

> **0xB1**          Preamble byte 3.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCCIDR3 can be accessed through the external debug interface, offset `0xFFC`.

# 31.14  TRCCLAIMCLR, Claim Tag Clear Register

The TRCCLAIMCLR clears bits in the claim tag and determines the current value of the claim tag.

**Bit field descriptions**

The TRCCLAIMCLR is a 32-bit register.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure 31-13: TRCCLAIMCLR bit assignments**



RES0

**RES0, [31:4]**

> **RES0**        Reserved.

**CLR, [3:0]**

> On reads, for each bit:
>
> > **0**        Claim tag bit is not set.
> > **1**        Claim tag bit is set.
>
> On writes, for each bit:
>
> > **0**        Has no effect.
> > **1**        Clears the relevant bit of the claim tag.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCCLAIMCLR can be accessed through the external debug interface, offset `0xFA4`.

## 31.15  TRCCLAIMSET, Claim Tag Set Register

The TRCCLAIMSET sets bits in the claim tag and determines the number of claim tag bits implemented.

### Bit field descriptions

The TRCCLAIMSET is a 32-bit register.

**Figure 31-14: TRCCLAIMSET bit assignments**



RES0

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**RES0, [31:4]**

> RES0          Reserved.

**SET, [3:0]**

> On reads, for each bit:

>> 0          Claim tag bit is not implemented.
>> 1          Claim tag bit is implemented.

> On writes, for each bit:

>> 0          Has no effect.
>> 1          Sets the relevant bit of the claim tag.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCCLAIMSET can be accessed through the external debug interface, offset `0xFA0`.

## 31.16  TRCCNTCTLR0, Counter Control Register 0

The TRCCNTCTLR0 controls the counter.

**Bit field descriptions**

The TRCCNTCTLR0 is a 32-bit register.

**Figure 31-15: TRCCNTCTLR0 bit assignments**



**RES0, [31:17]**

> RES0          Reserved.

**RLDSELF, [16]**

> Defines whether the counter reloads when it reaches zero:

>> 0          The counter does not reload when it reaches zero. The counter only
>>            reloads based on RLDTYPE and RLDSEL.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| | |
|---|---|
| 1 | The counter reloads when it reaches zero and the resource selected by CNTTYPE and CNTSEL is also active. The counter also reloads based on RLDTYPE and RLDSEL. |

**RLDTYPE, [15]**

Selects the resource type for the reload:

| | |
|---|---|
| 0 | Single selected resource. |
| 1 | Boolean combined resource pair. |

**RES0, [14:12]**

| | |
|---|---|
| RES0 | Reserved. |

**RLDSEL, [11:8]**

Selects the resource number, based on the value of RLDTYPE:

When RLDTYPE is 0, selects a single selected resource from 0-15 defined by bits[3:0].

When RLDTYPE is 1, selects a Boolean combined resource pair from 0-7 defined by bits[2:0].

**CNTTYPE, [7]**

Selects the resource type for the counter:

| | |
|---|---|
| 0 | Single selected resource. |
| 1 | Boolean combined resource pair. |

**RES0, [6:4]**

| | |
|---|---|
| RES0 | Reserved. |

**CNTSEL, [3:0]**

Selects the resource number, based on the value of CNTTYPE:

When CNTTYPE is 0, selects a single selected resource from 0-15 defined by bits[3:0].

When CNTTYPE is 1, selects a Boolean combined resource pair from 0-7 defined by bits[2:0].

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCCNTCTLR0 can be accessed through the external debug interface, offset `0x150`.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 31.17  TRCCNTCTLR1, Counter Control Register 1

The TRCCNTCTLR1 controls the counter.

### Bit field descriptions

The TRCCNTCTLR1 is a 32-bit register.

**Figure 31-16: TRCCNTCTLR1 bit assignments**



**RES0, [31:18]**

> **RES0**          Reserved.

**CNTCHAIN, [17]**

> Defines whether the counter decrements when the counter reloads. This enables two counters to be used in combination to provide a larger counter:

> | | |
> |---|---|
> | 0 | The counter operates independently from the counter. The counter only decrements based on CNTTYPE and CNTSEL. |
> | 1 | The counter decrements when the counter reloads. The counter also decrements when the resource selected by CNTTYPE and CNTSEL is active. |

**RLDSELF, [16]**

> Defines whether the counter reloads when it reaches zero:

> | | |
> |---|---|
> | 0 | The counter does not reload when it reaches zero. The counter only reloads based on RLDTYPE and RLDSEL. |
> | 1 | The counter reloads when it is zero and the resource selected by CNTTYPE and CNTSEL is also active. The counter also reloads based on RLDTYPE and RLDSEL. |

**RLDTYPE, [15]**

> Selects the resource type for the reload:

> | | |
> |---|---|
> | 0 | Single selected resource. |
> | 1 | Boolean combined resource pair. |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**RES0, [14:12]**

> RES0          Reserved.

**RLDSEL, [11:8]**

> Selects the resource number, based on the value of RLDTYPE:
>
> When RLDTYPE is 0, selects a single selected resource from 0-15 defined by bits[3:0].
>
> When RLDTYPE is 1, selects a Boolean combined resource pair from 0-7 defined by bits[2:0].

**CNTTYPE, [7]**

> Selects the resource type for the counter:

> 0          Single selected resource.
> 1          Boolean combined resource pair.

**RES0, [6:4]**

> RES0          Reserved.

**CNTSEL, [3:0]**

> Selects the resource number, based on the value of CNTTYPE:
>
> When CNTTYPE is 0, selects a single selected resource from 0-15 defined by bits[3:0].
>
> When CNTTYPE is 1, selects a Boolean combined resource pair from 0-7 defined by bits[2:0].

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCCNTCTLR1 can be accessed through the external debug interface, offset `0x154`.

# 31.18  TRCCNTRLDVRn, Counter Reload Value Registers 0-1

The TRCCNTRLDVRn registers define the reload value for the counter.

## Bit field descriptions

The TRCCNTRLDVRn registers are 32-bit registers.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure 31-17: TRCCNTRLDVRn bit assignments**



RES0

**RES0, [31:16]**

> **RES0**        Reserved

**VALUE, [15:0]**

> Defines the reload value for the counter. This value is loaded into the counter each time the reload event occurs.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCCNTRLDVRn registers can be accessed through the external debug interface, offsets:

**TRCCNTRLDVR0**

        0x140

**TRCCNTRLDVR1**

        0x144

# 31.19  TRCCNTVRn, Counter Value Registers 0-1

The TRCCNTVRn registers contain the current counter value.

## Bit field descriptions

The TRCCNTVRn registers are 32-bit registers.

**Figure 31-18: TRCCNTVRn bit assignments**



RES0

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**RES0, [31:16]**

> RES0          Reserved

**VALUE, [15:0]**

> Contains the current counter value.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCCNTVRn registers can be accessed through the external debug interface, offsets:

**TRCCNTVR0**

> `0x160`

**TRCCNTVR1**

> `0x164`

## 31.20  TRCCONFIGR, Trace Configuration Register

The TRCCONFIGR controls the tracing options.

**Bit field descriptions**

The TRCCONFIGR is a 32-bit register.

**Figure 31-19: TRCCONFIGR bit assignments**



**RES0, [31:18]**

> RES0          Reserved.

**DV, [17]**

> Enables data value tracing. The possible values are:

> 0          Disables data value tracing.
> 1          Enables data value tracing.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### DA, [16]

Enables data address tracing. The possible values are:

| | |
|---|---|
| `0` | Disables data address tracing. |
| `1` | Enables data address tracing. |

### VMIDOPT, [15]

Configures the Virtual context identifier value that is used by the trace unit, both for trace generation and in the Virtual context identifier comparators. The possible values are:

| | |
|---|---|
| `0b0` | VTTBR_EL2.VMID is used. If the trace unit supports a Virtual context identifier larger than the VTTBR_EL2.VMID, the upper unused bits are always zero. If the trace unit supports a Virtual context identifier larger than 8 bits and if the VTCR_EL2.VS bit forces use of an 8-bit Virtual context identifier, bits [15:8] of the trace unit Virtual context identifier are always zero. |
| `0b1` | CONTEXTIDR_EL2 is used. TRCIDR2.VMIDOPT indicates whether this field is implemented. |

### QE, [14:13]

Enables Q element. The possible values are:

| | |
|---|---|
| `0b00` | Q elements are disabled. |
| `0b01` | Q elements with instruction counts are disabled. Q elements without instruction counts are disabled. |
| `0b10` | Reserved. |
| `0b11` | Q elements with and without instruction counts are enabled. |

### RS, [12]

Enables the return stack. The possible values are:

| | |
|---|---|
| `0` | Disables the return stack. |
| `1` | Enables the return stack. |

### TS, [11]

Enables global timestamp tracing. The possible values are:

| | |
|---|---|
| `0` | Disables global timestamp tracing. |
| `1` | Enables global timestamp tracing. |

### COND, [10:8]

Enables conditional instruction tracing. The possible values are:

| | |
|---|---|
| `0b000` | Conditional instruction tracing is disabled. |
| `0b001` | Conditional load instructions are traced. |
| `0b010` | Conditional store instructions are traced. |
| `0b011` | Conditional load and store instructions are traced. |
| `0b111` | All conditional instructions are traced. |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**VMID, [7]**

Enables VMID tracing. The possible values are:

| | |
|---|---|
| `0` | Disables VMID tracing. |
| `1` | Enables VMID tracing. |

**CID, [6]**

Enables context ID tracing. The possible values are:

| | |
|---|---|
| `0` | Disables context ID tracing. |
| `1` | Enables context ID tracing. |

**RES0, [5]**

| | |
|---|---|
| `RES0` | Reserved. |

**CCI, [4]**

Enables cycle counting instruction trace. The possible values are:

| | |
|---|---|
| `0` | Disables cycle counting instruction trace. |
| `1` | Enables cycle counting instruction trace. |

**BB, [3]**

Enables branch broadcast mode. The possible values are:

| | |
|---|---|
| `0` | Disables branch broadcast mode. |
| `1` | Enables branch broadcast mode. |

**INSTP0, [2:1]**

Controls whether load and store instructions are traced as P0 instructions. The possible values are:

| | |
|---|---|
| `0b00` | Load and store instructions are not traced as P0 instructions. |
| `0b01` | Load instructions are traced as P0 instructions. |
| `0b10` | Store instructions are traced as P0 instructions. |
| `0b11` | Load and store instructions are traced as P0 instructions. |

**RES1, [0]**

| | |
|---|---|
| `RES1` | Reserved. |

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCCONFIGR can be accessed through the external debug interface, offset `0x010`.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 31.21  TRCDEVAFF0, Device Affinity Register 0

The TRCDEVAFF0 provides an additional core identification mechanism for scheduling purposes in a cluster. TRCDEVAFF0 is a read-only copy of MPIDR_EL1[31:0] accessible from the external debug interface.

**Bit field descriptions**

The TRCDEVAFF0 is a 32-bit register and is a copy of MPIDR_EL1[31:0]. See 13.91 MPIDR_EL1, Multiprocessor Affinity Register, EL1 on page 231 for full bit field descriptions.

# 31.22  TRCDEVAFF1, Device Affinity Register 1

The TRCDEVAFF1 provides an additional core identification mechanism for scheduling purposes in a cluster. TRCDEVAFF1 is a read-only copy of MPIDR_EL1[63:32] accessible from the external debug interface.

**Bit field descriptions**

The TRCDEVAFF1 is a 32-bit register and is a copy of MPIDR_EL1[63:32]. See 13.91 MPIDR_EL1, Multiprocessor Affinity Register, EL1 on page 231 for full bit field descriptions.

# 31.23  TRCDEVARCH, Device Architecture Register

The TRCDEVARCH identifies the ETM trace unit as an ETMv4 component.

**Bit field descriptions**

The TRCDEVARCH is a 32-bit register.

**Figure 31-20: TRCDEVARCH bit assignments**



**ARCHITECT, [31:21]**

   Defines the architect of the component:

   | | |
   |---|---|
   | **0x4** | Arm JEP continuation. |
   | **0x3B** | Arm JEP 106 code. |

**PRESENT, [20]**

   Indicates the presence of this register:

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

> **0b1**          Register is present.

**REVISION, [19:16]**

> Architecture revision:

> **0x02**          Architecture revision 2.

**ARCHID, [15:0]**

> Architecture ID:

> **0x4A13**          ETMv4 component.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCDEVARCH can be accessed through the external debug interface, offset `0xFBC`.

## 31.24  TRCDEVID, Device ID Register

The TRCDEVID indicates the capabilities of the ETM trace unit.

**Bit field descriptions**

The TRCDEVID is a 32-bit register.

**Figure 31-21: TRCDEVID bit assignments**



**DEVID, [31:0]**

> RAZ. There are no component-defined capabilities.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCDEVID can be accessed through the external debug interface, offset `0xFC8`.

## 31.25  TRCDEVTYPE, Device Type Register

The TRCDEVTYPE indicates the type of the component.

**Bit field descriptions**

The TRCDEVTYPE is a 32-bit register.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure 31-22: TRCDEVTYPE bit assignments**



**RES0, [31:8]**

> **RES0**  Reserved.

**SUB, [7:4]**

> The sub-type of the component:

> **0b0001**  Core trace.

**MAJOR, [3:0]**

> The main type of the component:

> **0b0011**  Trace source.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCDEVTYPE can be accessed through the external debug interface, offset `0xFCC`.

## 31.26  TRCEVENTCTL0R, Event Control 0 Register

The TRCEVENTCTL0R controls the tracing of events in the trace stream. The events also drive the external outputs from the ETM trace unit. The events are selected from the Resource Selectors.

### Bit field descriptions

The TRCEVENTCTL0R is a 32-bit register.

**Figure 31-23: TRCEVENTCTL0R bit assignments**



Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**TYPE3, [31]**

> Selects the resource type for trace event 3:

> | | |
> |---|---|
> | `0` | Single selected resource. |
> | `1` | Boolean combined resource pair. |

**RES0, [30:28]**

> | | |
> |---|---|
> | `RES0` | Reserved. |

**SEL3, [27:24]**

> Selects the resource number, based on the value of TYPE3:

> When TYPE3 is 0, selects a single selected resource from 0-15 defined by bits[3:0].

> When TYPE3 is 1, selects a Boolean combined resource pair from 0-7 defined by bits[2:0].

**TYPE2, [23]**

> Selects the resource type for trace event 2:

> | | |
> |---|---|
> | `0` | Single selected resource. |
> | `1` | Boolean combined resource pair. |

**RES0, [22:20]**

> | | |
> |---|---|
> | `RES0` | Reserved. |

**SEL2, [19:16]**

> Selects the resource number, based on the value of TYPE2:

> When TYPE2 is 0, selects a single selected resource from 0-15 defined by bits[3:0].

> When TYPE2 is 1, selects a Boolean combined resource pair from 0-7 defined by bits[2:0].

**TYPE1, [15]**

> Selects the resource type for trace event 1:

> | | |
> |---|---|
> | `0` | Single selected resource. |
> | `1` | Boolean combined resource pair. |

**RES0, [14:12]**

> | | |
> |---|---|
> | `RES0` | Reserved. |

**SEL1, [11:8]**

> Selects the resource number, based on the value of TYPE1:

> When TYPE1 is 0, selects a single selected resource from 0-15 defined by bits[3:0].

> When TYPE1 is 1, selects a Boolean combined resource pair from 0-7 defined by bits[2:0].

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**TYPE0, [7]**

>   Selects the resource type for trace event 0:

>   >   **0**           Single selected resource.
>   >   **1**           Boolean combined resource pair.

**RES0, [6:4]**

>   **RES0**           Reserved.

**SEL0, [3:0]**

>   Selects the resource number, based on the value of TYPE0:

>   When TYPE0 is 0, selects a single selected resource from 0-15 defined by bits[3:0].

>   When TYPE0 is 1, selects a Boolean combined resource pair from 0-7 defined by bits[2:0].

Bit fields and details that are not provided in this description are architecturally defined. See the
*Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCEVENTCTL0R can be accessed through the external debug interface, offset `0x020`.

## 31.27  TRCEVENTCTL1R, Event Control 1 Register

The TRCEVENTCTL1R controls the behavior of the events that TRCEVENTCTL0R selects.

**Bit field descriptions**

The TRCEVENTCTL1R is a 32-bit register.

**Figure 31-24: TRCEVENTCTL1R bit assignments**



**RES0, [31:13]**

>   **RES0**           Reserved.

**LPOVERRIDE, [12]**

>   Low-power state behavior override:

>   >   **0**           Low-power state behavior unaffected.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| | |
|---|---|
| 1 | Low-power state behavior overridden. The resources and Event trace generation are unaffected by entry to a low-power state. |

**ATB, [11]**

ATB trigger enable:

| | |
|---|---|
| 0 | ATB trigger disabled. |
| 1 | ATB trigger enabled. |

**RES0, [10:4]**

| | |
|---|---|
| RES0 | Reserved. |

**EN, [3:0]**

One bit per event, to enable generation of an event element in the instruction trace stream when the selected event occurs:

| | |
|---|---|
| 0 | Event does not cause an event element. |
| 1 | Event causes an event element. |

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCEVENTCTL1R can be accessed through the external debug interface, offset `0x024`.

# 31.28  TRCEXTINSELR, External Input Select Register

The TRCEXTINSELR controls the selectors that choose an external input as a resource in the ETM trace unit. You can use the Resource Selectors to access these external input resources.

### Bit field descriptions

**Figure 31-25: TRCEXTINSELR bit assignments**

| 31      24 | 23      16 | 15      8 | 7      0 |
|:---:|:---:|:---:|:---:|
| SEL3 | SEL2 | SEL1 | SEL0 |

**SEL3, [31:24]**

Selects an event from the external input bus for External Input Resource 3.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Arm® Neoverse™ N1 Core  Technical Reference Manual

Document ID: 100616_0401_02_en
Issue: 02
ETM registers

**SEL2, [23:16]**

    Selects an event from the external input bus for External Input Resource 2.

**SEL1, [15:8]**

    Selects an event from the external input bus for External Input Resource 1.

**SEL0, [7:0]**

    Selects an event from the external input bus for External Input Resource 0.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCEXTINSELR can be accessed through the external debug interface, offset `0x120`.

# 31.29  TRCIDR0, ID Register 0

The TRCIDR0 returns the tracing capabilities of the ETM trace unit.

**Bit field descriptions**

The TRCIDR0 is a 32-bit register.

**Figure 31-26: TRCIDR0 bit assignments**



**RES0, [31:30]**

    **RES0**    Reserved.

**COMMOPT, [29]**

    Indicates the meaning of the commit field in some packets:

    **1**    Commit mode 1.

**TSSIZE, [28:24]**

    Global timestamp size field:

    **0b01000**    Implementation supports a maximum global timestamp of 64 bits.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**RES0, [23:17]**

    `RES0`    Reserved.

**QSUPP, [16:15]**

Indicates Q element support:

    `0b00`    Q elements not supported.

**QFILT, [14]**

Indicates Q element filtering support:

    `0b0`    Q element filtering not supported.

**CONDTYPE, [13:12]**

Indicates how conditional results are traced:

    `0b00`    Conditional trace not supported.

**NUMEVENT, [11:10]**

Number of events supported in the trace, minus 1:

    `0b11`    Four events supported.

**RETSTACK, [9]**

Return stack support:

    `1`    Return stack implemented.

**RES0, [8]**

    `RES0`    Reserved.

**TRCCCI, [7]**

Support for cycle counting in the instruction trace:

    `1`    Cycle counting in the instruction trace is implemented.

**TRCCOND, [6]**

Support for conditional instruction tracing:

    `0`    Conditional instruction tracing is not supported.

**TRCBB, [5]**

Support for branch broadcast tracing:

    `1`    Branch broadcast tracing is implemented.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**TRCDATA, [4:3]**

> Conditional tracing field:

> > `0b00`        Tracing of data addresses and data values is not implemented.

**INSTP0, [2:1]**

> P0 tracing support field:

> > `0b00`        Tracing of load and store instructions as P0 elements is not supported.

**RES1, [0]**

> > `RES1`        Reserved.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCIDR0 can be accessed through the external debug interface, offset `0x1E0`.

# 31.30  TRCIDR1, ID Register 1

The TRCIDR1 returns the base architecture of the trace unit.

**Bit field descriptions**

The TRCIDR1 is a 32-bit register.

**Figure 31-27: TRCIDR1 bit assignments**



**DESIGNER, [31:24]**

> Indicates which company designed the trace unit:

> > `0x41`        Arm.

**RES0, [23:16]**

> > `RES0`        Reserved.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**RES1, [15:12]**

> `RES1`          Reserved.

**TRCARCHMAJ, [11:8]**

> Major trace unit architecture version number:

> `0x4`          ETMv4.

**TRCARCHMIN, [7:4]**

> Minor trace unit architecture version number:

> `0x2`          ETMv4.2

**REVISION, [3:0]**

> Trace unit implementation revision number:

> `0x5`          ETM revision for r4p1

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCIDR1 can be accessed through the external debug interface, offset `0x1E4`.

# 31.31  TRCIDR2, ID Register 2

The TRCIDR2 returns the maximum size of six parameters in the trace unit.

The parameters are:
- Cycle counter.
- Data value.
- Data address.
- VMID.
- Context ID.
- Instruction address.

**Bit field descriptions**

The TRCIDR2 is a 32-bit register.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Arm® Neoverse™ N1 Core  Technical Reference Manual

Document ID: 100616_0401_02_en
Issue: 02
ETM registers

### Figure 31-28: TRCIDR2 bit assignments



RES0

## RES0, [31]

RES0

Reserved.

## VMIDOPT, [30:29]

Indicates the options for observing the Virtual context identifier:

`0x1`

VMIDOPT is implemented.

## CCSIZE, [28:25]

Size of the cycle counter in bits minus 12:

`0x0`

The cycle counter is 12 bits in length.

## DVSIZE, [24:20]

Data value size in bytes:

`0x00`

Data value tracing is not implemented.

## DASIZE, [19:15]

Data address size in bytes:

`0x00`

Data address tracing is not implemented.

## VMIDSIZE, [14:10]

Virtual Machine ID size:

`0x4`

Maximum of 32-bit Virtual Machine ID size.

## CIDSIZE, [9:5]

Context ID size in bytes:

`0x4`

Maximum of 32-bit Context ID size.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**IASIZE, [4:0]**

> Instruction address size in bytes:

> **0x8**

>> Maximum of 64-bit address size.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCIDR2 can be accessed through the external debug interface, offset `0x1E8`.

# 31.32  TRCIDR3, ID Register 3

The TRCIDR3 indicates:

- Whether TRCVICTLR is supported.

- The number of cores available for tracing.

- If an Exception level supports instruction tracing.

- The minimum threshold value for instruction trace cycle counting.

- Whether the synchronization period is fixed.

### Bit field descriptions

The TRCIDR3 is a 32-bit register.

**Figure 31-29: TRCIDR3 bit assignments**



**NOOVERFLOW, [31]**

> Indicates whether TRCSTALLCTLR.NOOVERFLOW is implemented:

> **0**

>> TRCSTALLCTLR.NOOVERFLOW is not implemented.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**NUMPROC, [30:28]**

>    Indicates the number of cores available for tracing:

>    `0b000`        The trace unit can trace one core, ETM trace unit sharing not supported.

**SYSSTALL, [27]**

>    Indicates whether stall control is implemented:

>    `0`        The system does not support core stall control.

**STALLCTL, [26]**

>    Indicates whether TRCSTALLCTLR is implemented:

>    `0`        TRCSTALLCTLR is not implemented.

>    This field is used in conjunction with SYSSTALL.

**SYNCPR, [25]**

>    Indicates whether there is a fixed synchronization period:

>    `0`        TRCSYNCPR is read/write so software can change the synchronization period.

**TRCERR, [24]**

>    Indicates whether TRCVICTLR.TRCERR is implemented:

>    `1`        TRCVICTLR.TRCERR is implemented.

**EXLEVEL_NS, [23:20]**

>    Each bit controls whether instruction tracing in Non-secure state is implemented for the corresponding Exception level:

>    `0b0111`        Instruction tracing is implemented for Non-secure EL0, EL1, and EL2 Exception levels.

**EXLEVEL_S, [19:16]**

>    Each bit controls whether instruction tracing in Secure state is implemented for the corresponding Exception level:

>    `0b1011`        Instruction tracing is implemented for Secure EL0, EL1, and EL3 Exception levels.

**RES0, [15:12]**

>    `RES0`        Reserved.

**CCITMIN, [11:0]**

>    The minimum value that can be programmed in TRCCCCTLR.THRESHOLD:

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

      **0x004**      Instruction trace cycle counting minimum threshold is 4.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCIDR3 can be accessed through the external debug interface, offset `0x1EC`.

# 31.33  TRCIDR4, ID Register 4

The TRCIDR4 indicates the resources available in the ETM trace unit.

## Bit field descriptions

The TRCIDR4 is a 32-bit register.

**Figure 31-30: TRCIDR4 bit assignments**



**NUMVMIDC, [31:28]**

      Indicates the number of VMID comparators available for tracing:

            **0x1**        One VMID comparator is available.

**NUMCIDC, [27:24]**

      Indicates the number of CID comparators available for tracing:

            **0x1**        One Context ID comparator is available.

**NUMSSCC, [23:20]**

      Indicates the number of single-shot comparator controls available for tracing:

            **0x1**        One single-shot comparator control is available.

**NUMRSPAIRS, [19:16]**

      Indicates the number of resource selection pairs available for tracing:

            **0x7**        Eight resource selection pairs are available.

**NUMPC, [15:12]**

      Indicates the number of core comparator inputs available for tracing:

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

    **0x0**        Core comparator inputs are not implemented.

**RES0, [11:9]**

    **RES0**        Reserved.

**SUPPDAC, [8]**

    Indicates whether the implementation supports data address comparisons: This value is:

    **0**        Data address comparisons are not implemented.

**NUMDVC, [7:4]**

    Indicates the number of data value comparators available for tracing:

    **0x0**        Data value comparators are not implemented.

**NUMACPAIRS, [3:0]**

    Indicates the number of address comparator pairs available for tracing:

    **0x4**        Four address comparator pairs are implemented.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCIDR4 can be accessed through the external debug interface, offset `0x1F0`.

## 31.34  TRCIDR5, ID Register 5

The TRCIDR5 returns how many resources the trace unit supports.

### Bit field descriptions

**Figure 31-31: TRCIDR5 bit assignments**



Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**REDFUNCNTR, [31]**

    Reduced Function Counter implemented:

        `0`             Reduced Function Counter not implemented.

**NUMCNTR, [30:28]**

    Number of counters implemented:

        `0b010`      Two counters implemented.

**NUMSEQSTATE, [27:25]**

    Number of sequencer states implemented:

        `0b100`      Four sequencer states implemented.

**RES0, [24]**

        `RES0`        Reserved.

**LPOVERRIDE, [23]**

    Low-power state override support:

        `0`             Low-power state override support is not implemented.

**ATBTRIG, [22]**

    ATB trigger support:

        `1`             ATB trigger support implemented.

**TRACEIDSIZE, [21:16]**

    Number of bits of trace ID:

        `0x07`       Seven-bit trace ID implemented.

**RES0, [15:12]**

        `RES0`        Reserved.

**NUMEXTINSEL, [11:9]**

    Number of external input selectors implemented:

        `0b100`      Four external input selectors implemented.

**NUMEXTIN, [8:0]**

    Number of external inputs implemented:

        `0xAD`       173 external inputs implemented.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCIDR5 can be accessed through the external debug interface, offset `0x1F4`.

## 31.35  TRCIDR8, ID Register 8

The TRCIDR8 returns the maximum speculation depth of the instruction trace stream.

**Bit field descriptions**

The TRCIDR8 is a 32-bit register.

**Figure 31-32: TRCIDR8 bit assignments**



**MAXSPEC, [31:0]**

> The maximum number of P0 elements in the trace stream that can be Speculative at any time.

> 0            Maximum speculation depth of the instruction trace stream.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCIDR8 can be accessed through the external debug interface, offset `0x180`.

## 31.36  TRCIDR9, ID Register 9

The TRCIDR9 returns the number of P0 right-hand keys that the trace unit can use.

**Bit field descriptions**

The TRCIDR9 is a 32-bit register.

**Figure 31-33: TRCIDR9 bit assignments**



**NUMP0KEY, [31:0]**

> The number of P0 right-hand keys that the trace unit can use.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| 0 | Number of P0 right-hand keys. |
|---|---|

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCIDR9 can be accessed through the external debug interface, offset `0x184`.

# 31.37  TRCIDR10, ID Register 10

The TRCIDR10 returns the number of P1 right-hand keys that the trace unit can use.

**Bit field descriptions**

The TRCIDR10 is a 32-bit register.

**Figure 31-34: TRCIDR10 bit assignments**



**NUMP1KEY, [31:0]**

    The number of P1 right-hand keys that the trace unit can use.

| 0 | Number of P1 right-hand keys. |
|---|---|

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCIDR10 can be accessed through the external debug interface, offset `0x188`.

# 31.38  TRCIDR11, ID Register 11

The TRCIDR11 returns the number of special P1 right-hand keys that the trace unit can use.

**Bit field descriptions**

The TRCIDR11 is a 32-bit register.

**Figure 31-35: TRCIDR11 bit assignments**



Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure 31-37: TRCIDR13 bit assignments**



**NUMCONDSPC, [31:0]**

> The number of special conditional instruction right-hand keys that the trace unit can use, including normal and special keys.

> > **0**                Number of special conditional instruction right-hand keys.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCIDR13 can be accessed through the external debug interface, offset `0x194`.

# 31.41  TRCIMSPEC0, IMPLEMENTATION SPECIFIC Register 0

The TRCIMSPEC0 shows the presence of any **IMPLEMENTATION SPECIFIC** features, and enables any features that are provided.

## Bit field descriptions

The TRCIMSPEC0 is a 32-bit register.

**Figure 31-38: TRCIMSPEC0 bit assignments**



**RES0, [31:4]**

> **RES0**

> Reserved.

**SUPPORT, [3:0]**

> **0**

> No **IMPLEMENTATION SPECIFIC** extensions are supported.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Bit fields and details that are not provided in this description are architecturally defined. See the
*Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCIMSPEC0 can be accessed through the external debug interface, offset `0x1C0`.



Note

System register accesses to the TRCIMSPEC0R will result in an *UNDEF* exception.

## 31.42  TRCITATBCTR0, Trace Integration Test ATB Control Register 0

TRCITATBCTR0 controls signal outputs when TRCITCTRL.IME is set.

### Bit field descriptions

The TRCITATBCTR0 is a 32-bit register.

**Figure 31-39: TRCITATBCTR0 bit assignments**



**ATBYTESM[1:0], [9:8]**

Drives the ATBYTESM outputs.

**AFREADYM, [1]**

Drives the AFREADYM output.

**ATVALIDM, [0]**

Drives the ATVALIDM output.

Bit fields and details not provided in this description are architecturally defined. See the  *Arm®
Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCITATBCTR0 register can be accessed through the internal memory-mapped interface and
the external debug interface, offset `0xEF8`.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## 31.43  TRCITATBCTR1, Trace Integration Test ATB Control Register 1

TRCITATBCTR1 controls the ATIDM[6:0] signals when TRCITCTRL.IME is set.

**Bit field descriptions**

The TRCITATBCTR1 is a 32-bit register.

**Figure 31-40: TRCITATBCTR1 bit assignments**



**ATIDM[6:0], [6:0]**

> Drives the ATIDM[6:0] outputs.

Bit fields and details not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCITATBCTR1 register can be accessed through the internal memory-mapped interface and the external debug interface, offset `0xEF4`.

## 31.44  TRCITATBCTR2, Trace Integration Test ATB Control Register 2

TRCITATBCTR2 enables the values of signal inputs to be read when bit[0] of the Integration Mode Control Register is set.

**Bit field descriptions**

The TRCITATBCTR2 is a 32-bit register.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure 31-41: TRCITATBCTR2 bit assignments**



**AFVALIDM, [1]**

> Returns the value of AFVALIDM input.

**ATREADYM, [0]**

> Returns the value of ATREADYM input. To sample ATREADYM correctly from the processor signals, ATVALIDM must be asserted.

Bit fields and details not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCITATBCTR2 register can be accessed through the internal memory-mapped interface and the external debug interface, offset `0xEF0`.

# 31.45  TRCITATBDATA0, Trace Integration Test ATB Data Register 0

TRCITATBDATA0 controls signal outputs when TRCITCTRL.IME is set.

### Bit field descriptions

The TRCITATBDATA0 is a 32-bit register.

**Figure 31-42: TRCITATBDATA0 bit assignments**



Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| | |
|---|---|
| **ATDATAM[31], [4]** | Drives the ATDATAM[31] output. |
| **ATDATAM[23], [3]** | Drives the ATDATAM[23] output. |
| **ATDATAM[15], [2]** | Drives the ATDATAM[15] output. |
| **ATDATAM[7], [1]** | Drives the ATDATAM[7] output. |
| **ATDATAM[0], [0]** | Drives the ATDATAM[0] output. |

Bit fields and details not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCITATBDATA0 register can be accessed through the internal memory-mapped interface and the external debug interface, offset `0xEEC`.

# 31.46  TRCITCTRL, Trace Integration Mode Control register

TRCITCTRL controls whether the trace unit is in integration mode.

## Bit field descriptions

The TRCITCTRL is a 32-bit RW management register that is reset to zero.

**Figure 31-43: TRCITCTRL bit assignments**



res0

IME

**IME, [0]**

Integration mode enable bit. The possible values are:

| | |
|---|---|
| **0b0** | The trace unit is not in integration mode. |
| **0b1** | The trace unit is in integration mode. This mode enables: |

- A debug agent to perform topology detection.

- SoC test software to perform integration testing.

## Usage constraints

- Accessible only from the memory-mapped interface or from an external agent such as a debugger.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

- If the IME bit changes from one to zero then Arm recommends that the trace unit is reset. Otherwise the trace unit might generate incorrect or corrupt trace and the trace unit resources might behave unexpectedly.

Bit fields and details not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCITCTRL register can be accessed through the internal memory-mapped interface and the external debug interface, offset `0xF00`.

# 31.47  TRCITMISCIN, Trace Integration Miscellaneous Input Register

TRCITMISCIN enables the values of signal inputs to be read when TRCITCTRL.IME is set.

### Bit field descriptions

The TRCITMISCIN is a 32-bit register.

**Figure 31-44: TRCITMISCIN bit assignments**



**ETMEXTIN[3:0], [3:0]**

Returns the value of the ETMEXTIN[3:0] inputs.

Bit fields and details not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCITMISCIN register can be accessed through the internal memory-mapped interface and the external debug interface, offset `0xEE0`.

# 31.48  TRCITMISCOUT, Trace Integration Miscellaneous Outputs Register

TRCITMISCOUT controls signal outputs when TRCITCTRL.IME is set.

### Bit field descriptions

The TRCITMISCOUT is a 32-bit register.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure 31-45: TRCITMISCOUT bit assignments**



**ETMEXTOUT[3:0], [11:8]**

> Drives the EXTOUT[3:0] outputs.

Bit fields and details not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCITMISCOUT register can be accessed through the internal memory-mapped interface and the external debug interface, offset `0xEDC`.

# 31.49  TRCLAR, Software Lock Access Register

The TRCLAR controls access to registers using the memory-mapped interface, when PADDRDBG31 is LOW.

### Bit field descriptions

The TRCLAR is a 32-bit register.

**Figure 31-46: TRCLAR bit assignments**



**RAZ/WI, [31:0]**

> Read-As-Zero, write ignore.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCLAR can be accessed through the external debug interface, offset `0xFB0`.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 31.50  TRCLSR, Software Lock Status Register

The TRCLSR determines whether the software lock is implemented, and indicates the current status of the software lock.

**Bit field descriptions**

The TRCLSR is a 32-bit register.

**Figure 31-47: TRCLSR bit assignments**



**RAZ/WI, [31:0]**

    Read-As-Zero, write ignore.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCLSR can be accessed through the external debug interface, offset `0xFB4`.

# 31.51  TRCOSLAR, OS Lock Access Register

The TRCOSLAR sets and clears the OS Lock, to lock out external debugger accesses to the ETM trace unit registers.

**Bit field descriptions**

The TRCOSLAR is a 32-bit register.

**Figure 31-48: TRCOSLAR bit assignments**



**RES0, [31:1]**

    **RES0**    Reserved.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**OSLK, [0]**

OS Lock key value:

0                  Unlock the OS Lock.
1                  Lock the OS Lock.

Bit fields and details that are not provided in this description are architecturally defined. See the
*Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCOSLAR can be accessed through the external debug interface, offset `0x300`.

# 31.52  TRCOSLSR, OS Lock Status Register

The TRCOSLSR returns the status of the OS Lock.

**Bit field descriptions**

The TRCOSLSR is a 32-bit register.

**Figure 31-49: TRCOSLSR bit assignments**



**RES0, [31:4]**

RES0           Reserved.

**OSLM[1], [3]**

OS Lock model [1] bit. This bit is combined with OSLM[0] to form a two-bit field that
indicates the OS Lock model is implemented.

The value of this field is always `0b10`, indicating that the OS Lock is implemented.

**nTT, [2]**

This bit is RAZ, that indicates that software must perform a 32-bit write to update the
TRCOSLAR.

**OSLK, [1]**

OS Lock status bit:

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

|   |   |
|---|---|
| `0` | OS Lock is unlocked. |
| `1` | OS Lock is locked. |

**OSLM[0], [0]**

OS Lock model [0] bit. This bit is combined with OSLM[1] to form a two-bit field that indicates the OS Lock model is implemented.

The value of this field is always `0b10`, indicating that the OS Lock is implemented.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCOSLSR can be accessed through the external debug interface, offset `0x304`.

# 31.53  TRCPDCR, Power Down Control Register

The TRCPDCR request to the system power controller to keep the ETM trace unit powered up.

**Bit field descriptions**

The TRCPDCR is a 32-bit register.

**Figure 31-50: TRCPDCR bit assignments**



**RES0, [31:4]**

      **RES0**      Reserved.

**PU, [3]**

Powerup request, to request that power to the ETM trace unit and access to the trace registers is maintained:

|   |   |
|---|---|
| `0` | Power not requested. |
| `1` | Power requested. |

This bit is reset to 0 on a trace unit reset.

**RES0, [2:0]**

      **RES0**      Reserved.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Bit fields and details that are not provided in this description are architecturally defined. See the
*Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCPDCR can be accessed through the external debug interface, offset `0x310`.

# 31.54  TRCPDSR, Power Down Status Register

The TRCPDSR indicates the power down status of the ETM trace unit.

## Bit field descriptions

The TRCPDSR is a 32-bit register.

**Figure 31-51: TRCPDSR bit assignments**



**RES0, [31:6]**

|       |           |
|-------|-----------|
| RES0  | Reserved. |

**OSLK, [5]**

OS lock status.

| 0 | The OS Lock is unlocked. |
|---|--------------------------|
| 1 | The OS Lock is locked.   |

**RES0, [4:2]**

|      |           |
|------|-----------|
| RES0 | Reserved. |

**STICKYPD, [1]**

Sticky power down state.

| 0 | Trace register power has not been removed since the TRCPDSR was last read. |
|---|----------------------------------------------------------------------------|
| 1 | Trace register power has been removed since the TRCPDSR was last read.      |

This bit is set to 1 when power to the ETM trace unit registers is removed, to indicate that
programming state has been lost. It is cleared after a read of the TRCPDSR.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**POWER, [0]**

> Indicates the ETM trace unit is powered:

> > **0**          ETM trace unit is not powered. The trace registers are not accessible and they all return an error response.
> >
> > **1**          ETM trace unit is powered. All registers are accessible.

> If a system implementation allows the ETM trace unit to be powered off independently of the Debug power domain, the system must handle accesses to the ETM trace unit appropriately.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCPDSR can be accessed through the external debug interface, offset `0x314`.

# 31.55  TRCPIDR0, ETM Peripheral Identification Register 0

The TRCPIDR0 provides information to identify a trace component.

## Bit field descriptions

The TRCPIDR0 is a 32-bit register.

**Figure 31-52: TRCPIDR0 bit assignments**



**RES0, [31:8]**

> **RES0**          Reserved.

**Part_0, [7:0]**

> **0x0C**          Least significant byte of the ETM trace unit part number.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCPIDR0 can be accessed through the external debug interface, offset `0xFE0`.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 31.56 TRCPIDR1, ETM Peripheral Identification Register 1

The TRCPIDR1 provides information to identify a trace component.

### Bit field descriptions

The TRCPIDR1 is a 32-bit register.

**Figure 31-53: TRCPIDR1 bit assignments**



**RES0, [31:8]**

> **RES0**          Reserved.

**DES_0, [7:4]**

> **0xB**          Arm Limited. This is bits[3:0] of JEP106 ID code.

**Part_1, [3:0]**

> **0xD**          Most significant four bits of the ETM trace unit part number.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCPIDR1 can be accessed through the external debug interface, offset `0xFE4`.

# 31.57 TRCPIDR2, ETM Peripheral Identification Register 2

The TRCPIDR2 provides information to identify a trace component.

### Bit field descriptions

The TRCPIDR2 is a 32-bit register.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure 31-54: TRCPIDR2 bit assignments**



**RES0, [31:8]**

> **RES0**        Reserved.

**Revision, [7:4]**

> **0x5**        r4p1.

**JEDEC, [3]**

> **0b1**        **RES1**. Indicates a JEP106 identity code is used.

**DES_1, [2:0]**

> **0b011**        Arm Limited. This is bits[6:4] of JEP106 ID code.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCPIDR2 can be accessed through the external debug interface, offset `0xFE8`.

## 31.58  TRCPIDR3, ETM Peripheral Identification Register 3

The TRCPIDR3 provides information to identify a trace component.

### Bit field descriptions

The TRCPIDR3 is a 32-bit register.

**Figure 31-55: TRCPIDR3 bit assignments**



Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**RES0, [31:8]**

      RES0             Reserved.

**REVAND, [7:4]**

      `0x0`             Part minor revision.

**CMOD, [3:0]**

      `0x0`             Not customer modified.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCPIDR3 can be accessed through the external debug interface, offset `0xFEC`.

# 31.59  TRCPIDR4, ETM Peripheral Identification Register 4

The TRCPIDR4 provides information to identify a trace component.

### Bit field descriptions

The TRCPIDR4 is a 32-bit register.

**Figure 31-56: TRCPIDR4 bit assignments**



**RES0, [31:8]**

      RES0             Reserved.

**Size, [7:4]**

      `0x0`             Size of the component. Log2 the number of 4KB pages from the start of the component to the end of the component ID registers.

**DES_2, [3:0]**

      `0x4`             Arm Limited. This is bits[3:0] of the JEP106 continuation code.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCPIDR4 can be accessed through the external debug interface, offset `0xFD0`.

## 31.60  TRCPIDRn, ETM Peripheral Identification Registers 5-7

No information is held in the Peripheral ID5, Peripheral ID6, and Peripheral ID7 Registers.

They are reserved for future use and are **RES0**.

## 31.61  TRCPRGCTLR, Programming Control Register

The TRCPRGCTLR enables the ETM trace unit.

**Bit field descriptions**

The TRCPRGCTLR is a 32-bit register.

**Figure 31-57: TRCPRGCTLR bit assignments**



**RES0, [31:1]**

> **RES0**          Reserved.

**EN, [0]**

> Trace program enable:

>> **0**          The ETM trace unit interface in the core is disabled, and clocks are enabled only when necessary to process APB accesses, or drain any already generated trace. This is the reset value.

>> **1**          The ETM trace unit interface in the core is enabled, and clocks are enabled. Writes to most trace registers are **IGNORED**.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

The TRCPRGCTLR can be accessed through the external debug interface, offset `0x004`.

## 31.62 TRCRSCTLRn, Resource Selection Control Registers 2-15

The TRCRSCTLRn registers control the trace resources. There are eight resource pairs, the first pair is predefined as {0,1,pair=0} and having reserved select registers. This leaves seven pairs to be implemented as programmable selectors.

### Bit field descriptions

The TRCRSCTLRn registers are 32-bit registers.

**Figure 31-58: TRCRSCTLRn bit assignments**



**RES0, [31:22]**

> RES0        Reserved

**PAIRINV, [21]**

> Inverts the result of a combined pair of resources.
>
> This bit is implemented only on the lower register for a pair of resource selectors.

**INV, [20]**

> Inverts the selected resources:

> 0        Resource is not inverted.
> 1        Resource is inverted.

**RES0, [19]**

> RES0        Reserved

**GROUP, [18:16]**

> Selects a group of resources. See the *Arm® ETM Architecture Specification, ETMv4* for more information.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**RES0, [15:8]**

> RES0          Reserved

**SELECT, [7:0]**

> Selects one or more resources from the required group. One bit is provided for each resource from the group.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCRSCTLRn registers can be accessed through the external debug interface, offset `0x208-0x023C`.

# 31.63  TRCSEQEVRn, Sequencer State Transition Control Registers 0-2

The TRCSEQEVRn registers define the sequencer transitions that progress to the next state or backwards to the previous state. The ETM trace unit implements a sequencer state machine with up to four states.

### Bit field descriptions

The TRCSEQEVRn registers are 32-bit registers.

**Figure 31-59: TRCSEQEVRn bit assignments**



**RES0, [31:16]**

> RES0          Reserved

**B TYPE, [15]**

> Selects the resource type to move backwards to this state from the next state:

> 0          Single selected resource
> 1          Boolean combined resource pair

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**RES0, [14:12]**

          `RES0`        Reserved

**B SEL, [11:8]**

Selects the resource number, based on the value of B TYPE:

When B TYPE is 0, selects a single selected resource from 0-15 defined by bits[3:0].

When B TYPE is 1, selects a Boolean combined resource pair from 0-7 defined by bits[2:0].

**F TYPE, [7]**

Selects the resource type to move forwards from this state to the next state:

        `0`        Single selected resource
        `1`        Boolean combined resource pair

**RES0, [6:4]**

          `RES0`        Reserved

**F SEL, [3:0]**

Selects the resource number, based on the value of F TYPE:

When F TYPE is 0, selects a single selected resource from 0-15 defined by bits[3:0].

When F TYPE is 1, selects a Boolean combined resource pair from 0-7 defined by bits[2:0].

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCSEQEVRn registers can be accessed through the external debug interface, offsets:

**TRCSEQEVR0**

    `0x100`

**TRCSEQEVR1**

    `0x104`

**TRCSEQEVR2**

    `0x108`

# 31.64  TRCSEQRSTEVR, Sequencer Reset Control Register

The TRCSEQRSTEVR resets the sequencer to state 0.

### Bit field descriptions

The TRCSEQRSTEVR is a 32-bit register.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure 31-60: TRCSEQRSTEVR bit assignments**



**RES0, [31:8]**

> **RES0**          Reserved.

**RESETTYPE, [7]**

> Selects the resource type to move back to state 0:

> **0**          Single selected resource.
> **1**          Boolean combined resource pair.

**RES0, [6:4]**

> **RES0**          Reserved.

**RESETSEL, [3:0]**

> Selects the resource number, based on the value of RESETTYPE:

> When RESETTYPE is 0, selects a single selected resource from 0-15 defined by bits[3:0].

> When RESETTYPE is 1, selects a Boolean combined resource pair from 0-7 defined by bits[2:0].

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCSEQRSTEVR can be accessed through the external debug interface, offset `0x118`.

# 31.65  TRCSEQSTR, Sequencer State Register

The TRCSEQSTR holds the value of the current state of the sequencer.

**Bit field descriptions**

The TRCSEQSTR is a 32-bit register.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure 31-61: TRCSEQSTR bit assignments**



**RES0, [31:2]**

> **RES0**          Reserved.

**STATE, [1:0]**

> Current sequencer state:

> **0b00**          State 0.
> **0b01**          State 1.
> **0b10**          State 2.
> **0b11**          State 3.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCSEQSTR can be accessed through the external debug interface, offset `0x11C`.

## 31.66  TRCSSCCR0, Single-Shot Comparator Control Register 0

The TRCSSCCR0 controls the single-shot comparator.

### Bit field descriptions

The TRCSSCCR0 is a 32-bit register.

**Figure 31-62: TRCSSCCR0 bit assignments**



Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**RES0, [31:25]**

> RES0            Reserved.

**RST, [24]**

> Enables the single-shot comparator resource to be reset when it occurs, to enable another comparator match to be detected:

> 1               Reset enabled. Multiple matches can occur.

**RES0, [23:20]**

> RES0            Reserved.

**ARC, [19:16]**

> Selects one or more address range comparators for single-shot control.

> One bit is provided for each implemented address range comparator.

**RES0, [15:8]**

> RES0            Reserved.

**SAC, [7:0]**

> Selects one or more single address comparators for single-shot control.

> One bit is provided for each implemented single address comparator.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCSSCCR0 can be accessed through the external debug interface, offset `0x280`.

# 31.67  TRCSSCSR0, Single-Shot Comparator Status Register 0

The TRCSSCSR0 indicates the status of the single-shot comparator. TRCSSCSR0 is sensitive to instruction addresses.

**Bit field descriptions**

The TRCSSCSR0 is a 32-bit register.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Arm® Neoverse™ N1 Core  Technical Reference Manual

Document ID: 100616_0401_02_en
Issue: 02
ETM registers

**Figure 31-63: TRCSSCSR0 bit assignments**



### STATUS, [31]

Single-shot status. This indicates whether any of the selected comparators have matched:

| | |
|---|---|
| 0 | Match has not occurred. |
| 1 | Match has occurred at least once. |

When programming the ETM trace unit, if TRCSSCCRn.RST is b0, the STATUS bit must be explicitly written to 0 to enable this single-shot comparator control.

### RES0, [30:3]

| | |
|---|---|
| RES0 | Reserved. |

### DV, [2]

Data value comparator support:

| | |
|---|---|
| 0 | Single-shot data value comparisons not supported. |

### DA, [1]

Data address comparator support:

| | |
|---|---|
| 0 | Single-shot data address comparisons not supported. |

### INST, [0]

Instruction address comparator support:

| | |
|---|---|
| 1 | Single-shot instruction address comparisons supported. |

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCSSCSR0 can be accessed through the external debug interface, offset `0x2A0`.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 31.68  TRCSTATR, Status Register

The TRCSTATR indicates the ETM trace unit status.

### Bit field descriptions

The TRCSTATR is a 32-bit register.

**Figure 31-64: TRCSTATR bit assignments**



**RES0, [31:2]**

> **RES0**          Reserved.

**PMSTABLE, [1]**

> Indicates whether the ETM trace unit registers are stable and can be read:

> **0**          The programmers model is not stable.
> **1**          The programmers model is stable.

**IDLE, [0]**

> Idle status:

> **0**          The ETM trace unit is not idle.
> **1**          The ETM trace unit is idle.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCSTATR can be accessed through the external debug interface, offset `0x00C`.

# 31.69  TRCSYNCPR, Synchronization Period Register

The TRCSYNCPR controls how often periodic trace synchronization requests occur.

### Bit field descriptions

The TRCSYNCPR is a 32-bit register.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure 31-65: TRCSYNCPR bit assignments**



RES0

**RES0, [31:5]**

> **RES0**         Reserved.

**PERIOD, [4:0]**

> Defines the number of bytes of trace between synchronization requests as a total of the number of bytes generated by both the instruction and data streams. The number of bytes is $2^N$ where N is the value of this field:
>
> - A value of zero disables these periodic synchronization requests, but does not disable other synchronization requests.
>
> - The minimum value that can be programmed, other than zero, is 8, providing a minimum synchronization period of 256 bytes.
>
> - The maximum value is 20, providing a maximum synchronization period of $2^{20}$ bytes.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCSYNCPR can be accessed through the external debug interface, offset `0x034`.

# 31.70  TRCTRACEIDR, Trace ID Register

The TRCTRACEIDR sets the trace ID for instruction trace.

## Bit field descriptions

The TRCTRACEIDR is a 32-bit register.

**Figure 31-66: TRCTRACEIDR bit Assignments**



RES0

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**RES0, [31:7]**

> RES0          Reserved.

**TRACEID, [6:0]**

> Trace ID value. When only instruction tracing is enabled, this provides the trace ID.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCTRACEIDR can be accessed through the external debug interface, offset `0x040`.

# 31.71  TRCTSCTLR, Global Timestamp Control Register

The TRCTSCTLR controls the insertion of global timestamps in the trace streams. When the selected event is triggered, the trace unit inserts a global timestamp into the trace streams. The event is selected from one of the Resource Selectors.

### Bit field descriptions

The TRCTSCTLR is a 32-bit register.

**Figure 31-67: TRCTSCTLR bit assignments**



**RES0, [31:8]**

> RES0          Reserved

**TYPE, [7]**

> Single or combined resource selector.

**RES0, [6:4]**

> RES0          Reserved

**SEL, [3:0]**

> Identifies the resource selector to use.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

The TRCTSCTLR can be accessed through the external debug interface, offset `0x030`.

# 31.72  TRCVICTLR, ViewInst Main Control Register

The TRCVICTLR controls instruction trace filtering.

**Bit field descriptions**

The TRCVICTLR is a 32-bit register.

**Figure 31-68: TRCVICTLR bit assignments**



**RES0, [31:24]**

> **RES0**          Reserved.

**EXLEVEL_NS, [23:20]**

> In Non-secure state, each bit controls whether instruction tracing is enabled for the corresponding Exception level:

> > **0**          Trace unit generates instruction trace, in Non-secure state, for Exception level $n$.
> > **1**          Trace unit does not generate instruction trace, in Non-secure state, for Exception level $n$.

> The Exception levels are:

> > **Bit[20]**     Exception level 0.
> > **Bit[21]**     Exception level 1.
> > **Bit[22]**     Exception level 2.
> > **Bit[23]**     RAZ/WI. Instruction tracing is not implemented for Exception level 3.

**EXLEVEL_S, [19:16]**

> In Secure state, each bit controls whether instruction tracing is enabled for the corresponding Exception level:

> > **0**          Trace unit generates instruction trace, in Secure state, for Exception level $n$.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

|  | |
|---|---|
| **1** | Trace unit does not generate instruction trace, in Secure state, for Exception level $n$. |

The Exception levels are:

| | |
|---|---|
| **Bit[16]** | Exception level 0. |
| **Bit[17]** | Exception level 1. |
| **Bit[18]** | RAZ/WI. Instruction tracing is not implemented for Exception level 2. |
| **Bit[19]** | Exception level 3. |

### RES0, [15:12]

| | |
|---|---|
| **RES0** | Reserved. |

### TRCERR, [11]

Selects whether a system error exception must always be traced:

| | |
|---|---|
| **0** | System error exception is traced only if the instruction or exception immediately before the system error exception is traced. |
| **1** | System error exception is always traced regardless of the value of ViewInst. |

### TRCRESET, [10]

Selects whether a reset exception must always be traced:

| | |
|---|---|
| **0** | Reset exception is traced only if the instruction or exception immediately before the reset exception is traced. |
| **1** | Reset exception is always traced regardless of the value of ViewInst. |

### SSSTATUS, [9]

Indicates the current status of the start/stop logic:

| | |
|---|---|
| **0** | Start/stop logic is in the stopped state. |
| **1** | Start/stop logic is in the started state. |

### RES0, [8]

| | |
|---|---|
| **RES0** | Reserved. |

### TYPE, [7]

Selects the resource type for the viewinst event:

| | |
|---|---|
| **0** | Single selected resource. |
| **1** | Boolean combined resource pair. |

### RES0, [6:4]

| | |
|---|---|
| **RES0** | Reserved. |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**SEL, [3:0]**

> Selects the resource number to use for the viewinst event, based on the value of TYPE:

> When TYPE is 0, selects a single selected resource from 0-15 defined by bits[3:0].

> When TYPE is 1, selects a Boolean combined resource pair from 0-7 defined by bits[2:0].

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCVICTLR can be accessed through the external debug interface, offset `0x080`.

# 31.73 TRCVIIECTLR, ViewInst Include-Exclude Control Register

The TRCVIIECTLR defines the address range comparators that control the ViewInst include/exclude control.

## Bit field descriptions

The TRCVIIECTLR is a 32-bit register.

**Figure 31-69: TRCVIIECTLR bit assignments**



**RES0, [31:20]**

> **RES0**        Reserved.

**EXCLUDE, [19:16]**

> Defines the address range comparators for ViewInst exclude control. One bit is provided for each implemented Address Range Comparator.

**RES0, [15:4]**

> **RES0**        Reserved.

**INCLUDE, [3:0]**

> Defines the address range comparators for ViewInst include control.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Selecting no include comparators indicates that all instructions must be included. The exclude control indicates which ranges must be excluded.

One bit is provided for each implemented Address Range Comparator.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCVIIECTLR can be accessed through the external debug interface, offset `0x084`.

# 31.74  TRCVISSCTLR, ViewInst Start-Stop Control Register

The TRCVISSCTLR defines the single address comparators that control the ViewInst Start/Stop logic.

### Bit field descriptions

The TRCVISSCTLR is a 32-bit register.

**Figure 31-70: TRCVISSCTLR bit assignments**



**RES0, [31:24]**

> RES0          Reserved.

**STOP, [23:16]**

Defines the single address comparators to stop trace with the ViewInst Start/Stop control.

One bit is provided for each implemented single address comparator.

**RES0, [15:8]**

> RES0          Reserved.

**START, [7:0]**

Defines the single address comparators to start trace with the ViewInst Start/Stop control.

One bit is provided for each implemented single address comparator.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

The TRCVISSCTLR can be accessed through the external debug interface, offset `0x088`.

## 31.75  TRCVMIDCVR0, VMID Comparator Value Register 0

The TRCVMIDCVR0 contains a VMID value.

**Bit field descriptions**

**Figure 31-71: TRCVMIDCVR0 bit assignments**



**RES0, [63:32]**

> RES0        Reserved.

**VALUE, [31:0]**

> The VMID value.

The TRCVMIDCVR0 can be accessed through the internal memory-mapped interface and the external debug interface, offset `0x640`.

**Usage constraints**

> Accepts writes only when the trace unit is disabled.

**Configurations**

> Available in all configurations.

## 31.76  TRCVMIDCCTLR0, Virtual context identifier Comparator Control Register 0

The TRCVMIDCCTLR0 contains the Virtual Machine Identifier mask value for the TRCVMIDCVR0 register.

**Bit field descriptions**

The TRCVMIDCCTLR0 is a 32-bit register.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure 31-72: TRCVMIDCCTLR0 bit assignments**



RES0

**RES0, [31:4]**

> **RES0**        Reserved.

**COMP0, [3:0]**

> Controls the mask value that the trace unit applies to TRCVMIDCVR0. Each bit in this field corresponds to a byte in TRCVMIDCVR0. When a bit is:

> **0**        The trace unit includes the relevant byte in TRCVMIDCVR0 when it performs the Virtual context ID comparison.
>
> **1**        The trace unit ignores the relevant byte in TRCVMIDCVR0 when it performs the Virtual context ID comparison.

Bit fields and details that are not provided in this description are architecturally defined. See the *Arm® Embedded Trace Macrocell Architecture Specification ETMv4* .

The TRCVMIDCCTLR0 can be accessed through the external debug interface, offset `0x688`.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 32.  SPE registers

This chapter describes the SPE registers.

## 32.1  SPE register summary

This section summarizes the SPE registers.

The following table lists all of the SPE registers included in the SPE architecture.

**Table 32-1: AArch64 debug register summary**

| Op0 | Op1 | CRn | CRm | Op2 | Name | Type | Reset | Description |
|-----|-----|-----|-----|-----|------|------|-------|-------------|
| 3 | 0 | c9 | c9 | 0 | PMSCR_EL1 | RW | UNK | Statistical Profiling Control Register EL1 |
| 3 | 4 | c9 | c9 | 0 | PMSCR_EL2 | RW | UNK | Statistical Profiling Control Register EL2 |
| 3 | 5 | c9 | c9 | 0 | PMSCR_EL12 | RW | UNK | Alias of the PMSCR_EL1 register, available in EL2 |
| 3 | 0 | c9 | c9 | 2 | PMSICR_EL1 | RW | UNK | Sampling Interval Counter Register |
| 3 | 0 | c9 | c9 | 3 | PMSIRR_EL1 | RW | UNK | Sampling Interval Reload Register |
| 3 | 0 | c9 | c9 | 5 | PMSEVFR_EL1 | RW | UNK | Sampling Event Filter Register |
| 3 | 0 | c9 | c9 | 6 | PMSLATFR_EL1 | RW | UNK | Sampling Latency Filter Register |
| 3 | 0 | c9 | c10 | 1 | PMBPTR_EL1 | RW | UNK | Profiling Buffer Write Pointer Register |
| 3 | 0 | c9 | c10 | 0 | PMBLIMITR_EL1 | RW | 00000000 | Profiling Buffer Limit Address Register |
| 3 | 0 | c9 | c10 | 3 | PMBSR_EL1 | RW | UNK | Profiling Buffer Status/syndrome Register |
| 3 | 0 | c9 | c9 | 4 | PMSFCR_EL1 | RW | UNK | Sampling Filter Control Register |
| 3 | 0 | c9 | c10 | 7 | PMBIDR_EL1 | RO | 00000026 | Profiling Buffer ID Register |
| 3 | 0 | c9 | c9 | 7 | PMSIDR_EL1 | RO | 00026497 | Sampling Profiling ID Register |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# Appendix A  Appendices

This part describes the appendices of the Neoverse™ N1 core.

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# Appendix B  Core AArch32 unpredictable behaviors

This appendix describes the cases in which the Neoverse™ N1 core implementation diverges from the preferred behavior that is described in Armv8 AArch32 **UNPREDICTABLE** behaviors.

## B.1  Use of R15 by Instruction

If the use of R15 as a base register for a load or store is **UNPREDICTABLE**, the value that is used by the load or store using R15 as a base register is the *Program Counter* (PC) with its usual offset and, in the case of T32 instructions, with the forced word alignment. In this case, if the instruction specifies write-back, then the load or store is performed without write-back.

The Neoverse™ N1 core does not implement a *Read 0* or *Ignore Write* policy on **UNPREDICTABLE** use of R15 by instruction. Instead, the Neoverse™ N1 core takes an **UNDEFINED** exception trap.

## B.2  Load/Store accesses crossing page boundaries

The Neoverse™ N1 core implements a set of behaviors for load or store accesses that cross page boundaries.

**Crossing a page boundary with different memory types or Shareability attributes**

The *Arm® Architecture Reference Manual for A-profile architecture*, states that a memory access from a load or store instruction that crosses a page boundary to a memory location that has a different memory type or Shareability attribute results in **CONSTRAINED UNPREDICTABLE** behavior.

**Crossing a 4KB boundary with a Device access**

The *Arm® Architecture Reference Manual for A-profile architecture*, states that a memory access from a load or store instruction to Device memory that crosses a 4KB boundary results in **CONSTRAINED UNPREDICTABLE** behavior.

**Implementation (for both page boundary specifications)**

For an access that crosses a page boundary, the Neoverse™ N1 core implements the following behaviors:

- Store crossing a page boundary:

    ◦ No alignment fault.

    ◦ The access is split into two stores.

    ◦ Each store uses the memory type and Shareability attributes that are associated with its own address.

- Load crossing a page boundary (Device to Device and Normal to Normal):

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

- ◦ No alignment fault.

  - ◦ The access is split into two loads.

  - ◦ Each load uses the memory type and Shareability attributes that are associated with its own address.
- Load crossing a page boundary (Device to Normal and Normal to Device):

  - ◦ The instruction will generate an alignment fault.

# B.3  Armv8 Debug unpredictable behaviors

This section describes the behavior that the Neoverse™ N1 core implements when:

- A topic has multiple options.
- The behavior differs from either or both of the Options and Preferences behaviors.



Note

This section does not describe the behavior when a topic only has a single option and the core implements the preferred behavior.

**Table B-1: Armv8 Debug *unpredictable* behaviors**

| Scenario | Behavior |
|---|---|
| A32 BKPT instruction with condition code not AL | The core implements the following preferred option:<br><br>• Executed unconditionally. |
| Address match breakpoint match only on second halfword of an instruction | The core generates a breakpoint on the instruction if CPSR.IL=0. In the case of CPSR.IL=1, the core does not generate a breakpoint exception. |
| Address matching breakpoint on A32 instruction with DBGBCRn.BAS=1100 | The core implements the following option:<br><br>• Does match if CPSR.IL=0. |
| Address match breakpoint match on T32 instruction at DBGBCRn+2 with DBGBCRn.BAS=1111 | The core implements the following option:<br><br>• Does match. |
| Link to non-existent breakpoint or breakpoint that is not context-aware | The core implements the following option:<br><br>• No Breakpoint or Watchpoint debug event is generated, and the LBN field of the *linker* reads **UNKNOWN**. |
| DBGWCRn_EL1.MASK!=00000 and DBGWCRn_EL1.BAS!=11111111 | The core behaves as indicated in the sole Preference:<br><br>• DBGWCRn_EL1.BAS is **IGNORED** and treated as if `0x11111111`. |
| Address match breakpoint with DBGBCRn_EL1.BAS=0000 | The core implements the following option:<br><br>• As if disabled. |
| DBGWCRn_EL1.BAS specifies a non-contiguous set of bytes within a double-word | The core implements the following option:<br><br>• A Watchpoint debug event is generated for each byte. |
| A32 HLT instruction with condition code not AL | The core implements the following option:<br><br>• Executed unconditionally. |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Scenario | Behavior |
|---|---|
| Execute instruction at a given EL when the corresponding EDECCR bit is 1 and Halting is allowed | The core behaves as follows:<br><br>• Generates debug event and Halt no later than the instruction following the next *Context Synchronization operation* (CSO) excluding ISB instruction. |
| H > N or H = 0 at Non-secure EL1 and EL0, including value read from PMCR_EL0.N | The core implements:<br><br>• A simple implementation where all of HPMN[4:0] are implemented, and In Non-secure EL1 and EL0:<br>　◦ If H > N then M = N.<br>　◦ If H = 0 then M = 0. |
| H > N or H = 0: value read back in MDCR_EL2.HPMN | The core implements:<br><br>• A simple implementation where all of HPMN[4:0] are implemented and for reads of MDCR_EL2.HPMN, return H. |
| P ≥ M and P ≠ 31: reads and writes of PM XEVTYPER_EL0 and PMXEVCNTR_EL0 | The core implements:<br><br>• A simple implementation where all of SEL[4:0] are implemented, and if P ≥ M and P ≠ 31 then the register is **RES0**. |
| P ≥ M and P ≠ 31: value read in PMSELR_EL0.SEL | The core implements:<br><br>• A simple implementation where all of SEL[4:0] are implemented, and if P ≥ M and P ≠ 31 then the register is **RES0**. |
| P = 31: reads and writes of PMXEVCNTR_EL0 | The core implements:<br><br>• **RES0**. |
| n ≥ M: Direct access to PMEVCNTRn_EL0 and PMEVTYPERn_EL0 | The core implements:<br><br>• If n ≥ N, then the instruction is *unallocated*.<br>• Otherwise if n ≥ M, then the register is **RES0**. |
| Exiting Debug state while instruction issued through EDITR is in flight | The core implements the following option:<br><br>• The instruction completes in Debug state before executing the restart. |
| Using memory-access mode with a non-word-aligned address | The core behaves as indicated in the sole Preference:<br><br>• Does unaligned accesses, faulting if these are not permitted for the memory type. |
| Access to memory-mapped registers mapped to Normal memory | The core behaves as indicated in the sole Preference:<br><br>• The access is generated, and accesses might be repeated, gathered, split or resized, in accordance with the rules for Normal memory, meaning the effect is **UNPREDICTABLE**. |
| Not word-sized accesses or (AArch64 only) doubleword-sized accesses > | The core behaves as indicated in the sole Preference:<br><br>• Reads occur and return **UNKNOWN** data.<br>• Writes set the accessed register(s) to **UNKNOWN**. |
| External debug write to register that is being reset | The core behaves as indicated in the sole Preference:<br><br>• Takes reset value. |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Scenario | Behavior |
|---|---|
| Accessing reserved Debug registers | The core deviates from preferred behavior because the hardware cost to decode some of these addresses in Debug power domain is significantly high.<br><br>The actual behavior is:<br><br>1. For reserved Debug registers in the address range `0x000-0xCFC` and Performance Monitors registers in the address range `0x000`, the response is either **CONSTRAINED UNPREDICTABLE** Error or *res0* when any of the following errors occurs:<br><br>  **Off**<br>    The Core power domain is either completely off or in a low-power state where the Core power domain registers cannot be accessed.<br><br>  **DLK**<br>    `DoubleLockStatus()` is TRUE and OS double-lock is locked (EDPRSR.DLK is 1).<br><br>  **OSLK**<br>    OS lock is locked (OSLSR_EL1.OSLK is 1).<br><br>2. For reserved Debug registers in the address ranges `0x400-0x4FC` and `0x800-0x8FC`, the response is **CONSTRAINED UNPREDICTABLE** Error or **RES0** when the conditions in 1 on page 492 do not apply and the following error occurs:<br><br>  **EDAD**<br>    `AllowExternalDebugAccess()` is FALSE. External debug access is disabled.<br><br>3. For reserved Performance Monitor registers in the address ranges `0x000-0x0FC` and `0x400-0x47C`, the response is either **CONSTRAINED UNPREDICTABLE** Error, or **RES0** when the conditions in 1 on page 492 and 2 on page 492 do not apply, and the following error occurs:<br><br>  **EPMAD**<br>    `AllowExternalPMUAccess()` is FALSE. External Performance Monitors access is disabled. |
| Clearing the *clear-after-read* EDPRSR bits when Core power domain is on, and `DoubleLockStatus()` is TRUE | The core behaves as indicated in the sole Preference:<br><br>• Bits are not cleared to zero. |

## B.4  Other UNPREDICTABLE behaviors

This section describes other **UNPREDICTABLE** behaviors.

**Table B-2: Other UNPREDICTABLE behaviors**

| Scenario | Description |
|---|---|
| CSSELR indicates a cache that is not implemented. | If CSSELR indicates a cache that is not implemented, then on a read of the CCSIDR the behavior is **CONSTRAINED UNPREDICTABLE**, and can be one of the following:<br><br>• The CCSIDR read is treated as NOP.<br><br>• The CCSIDR read is **UNDEFINED**.<br><br>• The CCSIDR read returns an **UNKNOWN** value (preferred). |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Scenario | Description |
|---|---|
| HDCR.HPMN is set to 0, or to a value larger than PMCR.N. | If HDCR.HPMN is set to 0, or to a value larger than PMCR.N, then the behavior in Non-secure EL0 and EL1 is **CONSTRAINED UNPREDICTABLE**, and one of the following must happen:<br><br>• The number of counters accessible is an **UNKNOWN** nonzero value less than PMCR.N.<br>• There is no access to any counters.<br><br>For reads of HDCR.HPMN by EL2 or higher, if this field is set to 0 or to a value larger than PMCR.N, the core must return a **CONSTRAINED UNPREDICTABLE** value that is one of:<br>• PMCR.N.<br>• The value that was written to HDCR.HPMN.<br>• (The value that was written to HDCR.HPMN) modulo 2h, where h is the smallest number of bits required for a value in the range 0 to PMCR.N. |
| CRC32 or CRC32C instruction with `size==64`. | On read of the instruction, the behavior is **CONSTRAINED UNPREDICTABLE**, and the instruction executes with the additional decode: `size==32`. |
| CRC32 or CRC32C instruction with `cond!=1110` in the A1 encoding. | The core implements the following option:<br>• Executed unconditionally. |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# Appendix C  Revisions

This appendix describes the technical changes between released issues of this document.

## C.1  Revisions

This appendix describes the technical changes between released issues of this document.

**Table C-1: Issue 0000-00**

| Change | Location |
|---|---|
| First release | - |

**Table C-2: Differences between Issue 0000-00 and Issue 0100-00**

| Change | Location |
|---|---|
| Added note to indicate support for Dot Product instructions introduced in the Armv8.4 Extension. | 2.1 About the core on page 23 |
| Updated BPIQ data location encoding table. | 7.6.1 Ares Encoding for L1 instruction cache tag, L1 instruction cache data, L1 BTB, L1 GHB, L1 TLB instruction, and BPIQ on page 64 |
| Updated replacement policy to dynamic biased replacement policy. | 8.1 About the L2 memory system on page 78 |
| Updated reset values for ID_AA64ISAR0_EL1, ID_AA64MMFR1_EL1, ID_MMFR4_EL1, and MIDR_EL1. | 13.4 Ares - AArch64 registers by functional group on page 99 |
| Updated CCSIDR_EL1 encodings table. | 13.23 CCSIDR_EL1, Cache Size ID Register, EL1 on page 128 |
| Updated CPUECTLR_EL1 register description. | 13.32 CPUECTLR_EL1, CPU Extended Control Register, EL1 on page 141 |
| Updated bits [43:32] of ID_AA64ISAR0_EL1 register. | 13.62 ID_AA64ISAR0_EL1, AArch64 Instruction Set Attribute Register 0, EL1 on page 182 |
| Updated bits [15:12] of ID_AA64MMFR1_EL1 register. | 13.65 ID_AA64MMFR1_EL1, AArch64 Memory Model Feature Register 1, EL1 on page 187 |
| Added ID_ISAR6_EL1 register. | 13.77 ID_ISAR6_EL1, AArch32 Instruction Set Attribute Register 6, EL1 on page 209 |
| Updated reset value for TRCIDR1 register. | 31.1 ETM register summary on page 412 |
| Updated bits [3:0] of TRCIDR1 register. | 31.30 TRCIDR1, ID Register 1 on page 444 |

**Table C-3: Differences between Issue 0100-00 and Issue 0200-00**

| Change | Location |
|---|---|
| Fixed typographical errors. | Throughout document |
| Added information for L1 Prefetch History Table. | Table 9-1: Cache protection behavior on page 82 |
| Updated ATCR_EL12 description. | Table 13-3: AArch64 implementation defined registers on page 99 |
| Updated reset value for ID_AA64PFR0_EL1. | 13.4 Ares - AArch64 registers by functional group on page 99 |
| Updated reset value for ID_PFR0_EL1. | 13.4 Ares - AArch64 registers by functional group on page 99 |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Change | Location |
|---|---|
| Added new register ID_PFR2_EL1. | 13.4 Ares - AArch64 registers by functional group on page 99<br><br>13.85 ID_PFR2_EL1, AArch32 Processor Feature Register 2, EL1 on page 224 |
| Updated reset value for MIDR_EL1. | 13.4 Ares - AArch64 registers by functional group on page 99<br><br>13.90 MIDR_EL1, Main ID Register, EL1 on page 230 |
| Added CSV2 and CSV3 fields to register. | 13.67 ID_AA64PFR0_EL1, AArch64 Processor Feature Register 0, EL1 on page 190 |
| Added CSV2 field to register. | 13.83 ID_PFR0_EL1, AArch32 Processor Feature Register 0, EL1 on page 220 |
| Added TRCVMIDCCTLR0 register description. | 31.76 TRCVMIDCCTLR0, Virtual context identifier Comparator Control Register 0 on page 485 |

**Table C-4: Differences between Issue 0200-00 and Issue 0300-00**

| Change | Location |
|---|---|
| Fixed typographical errors. | Throughout document |
| Added new register ID_AA64PFR1_EL1. | 13.68 ID_AA64PFR1_EL1, AArch64 Processor Feature Register 1, EL1 on page 192 |
| Updated reset value for ID_AA64MMFR2_EL1. | 13.4 Ares - AArch64 registers by functional group on page 99 |
| Updated reset value for ID_PFR2_EL1. | 13.4 Ares - AArch64 registers by functional group on page 99 |
| Updated reset value for MIDR_EL1. | 13.4 Ares - AArch64 registers by functional group on page 99 |
| Updated reset value for TRCIDR1. | 31.1 ETM register summary on page 412 |
| Added SSBS field to ID_AA64PFR1_EL1. | 13.68 ID_AA64PFR1_EL1, AArch64 Processor Feature Register 1, EL1 on page 192 |
| Added EVT field to ID_AA64MMFR2_EL1. | 13.66 ID_AA64MMFR2_EL1, AArch64 Memory Model Feature Register 2, EL1 on page 189 |
| Added support for instruction cache hardware coherency. | Throughout document. |

**Table C-5: Differences between Issue 0300-00 and Issue 0301-00**

| Change | Location |
|---|---|
| Updated reset value for MIDR_EL1. | 13.4 Ares - AArch64 registers by functional group on page 99 |

**Table C-6: Differences between Issue 0301-00 and Issue 0301-01**

| Change | Location |
|---|---|
| Editorial changes only. | Throughout document |

**Table C-7: Differences between Issue 0301-00 and Issue 0400-00**

| Change | Location |
|---|---|
| Added PBHA support as an implementation option. | 2.3 Implementation options on page 25 |
| Added the following registers:<br>• ATCR_EL1<br>• ATCR_EL2<br>• ATCR_EL12<br>• ATCR_EL3<br>• AVTCR_EL2 | 13. AArch64 System registers on page 93 |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Change | Location |
|---|---|
| Modified the following registers:<br>• PMCEID0<br>• PMCEID1<br>• PMCEID0_EL0<br>• PMCEID1_EL0 | 25. AArch32 PMU registers on page 363 |
| Modified the following registers:<br>• PMCEID0_EL0<br>• PMCEID1_EL0 | 26. AArch64 PMU registers on page 374 |
| Modified the following registers:<br>• PMPIDR2 | 27. Memory-mapped PMU registers on page 384 |
| Modified the following register:<br>• TRCIDR5 | 31. ETM registers on page 412 |
| Added Memory-mapped AMU registers. | 30. Memory-mapped AMU registers on page 411 |

**Table C-8: Differences between issue 0400-00 and 0401-00**

| Change | Location |
|---|---|
| Added support for GICv4.1 | Throughout document |
| Removed TRCSTALLCTLR register | 31.1 ETM register summary on page 412 |
| Updated SCTLR_EL1, SCTLR_EL2, SCTLR_EL12 and SCTLR_EL3 register widths | 13.4 Ares - AArch64 registers by functional group on page 99 |
| Updated reset value for ID_AA64PFR0_EL1 and MIDR_EL1 registers | 13.4 Ares - AArch64 registers by functional group on page 99 |
| Updated bit values for ID_AA64PFR0_EL1 register | 13.67 ID_AA64PFR0_EL1, AArch64 Processor Feature Register 0, EL1 on page 190 |
| Updated revision number | 13.90 MIDR_EL1, Main ID Register, EL1 on page 230 |
| Updated register details | 14.7 ERR0PFGCDN, Error Pseudo Fault Generation Count Down Register on page 262 |
| Updated bit values | 15.21 ICH_HCR_EL2, Interrupt Controller Hyp Control Register, EL2 on page 290 |
| Updated reset values for TRCIDR1 and TRCIDR3 registers | 31.1 ETM register summary on page 412 |
| Updated register description | 31.21 TRCDEVAFF0, Device Affinity Register 0 on page 435 |
| Updated register description | 31.21 TRCDEVAFF0, Device Affinity Register 0 on page 435 |
| Updated revision number | 31.30 TRCIDR1, ID Register 1 on page 444 |
| Updated revision number details | 2.7 Product revisions on page 28 |
| Updated bit-field description | 13.96 SCTLR_EL1, System Control Register, EL1 on page 236 |
| Added bit-field descriptions | 13.97 SCTLR_EL2, System Control Register, EL2 on page 238 |
| Updated bit-field description | 13.98 SCTLR_EL3, System Control Register, EL3 on page 239 |
| Updated register name | 23.2 DBGBCRn_EL1, Debug Breakpoint Control Registers, EL1 on page 340 |
| Updated register offset value | 27.1 Memory-mapped PMU register summary on page 384 |

Arm® Neoverse™ N1 Core  Technical Reference Manual

Document ID: 100616_0401_02_en
Issue: 02
Revisions

**Table C-9: Differences between 0401-00 and 0401-01**

| Change | Location |
|---|---|
| Removed duplicate register topic | 31. ETM registers on page 412 |

**Table C-10: Differences between 0401-01 and 0401-02**

| Change | Location |
|---|---|
| Third non-confidential release for r4p1 | - |
| Updated Debug features | 2.2 Features on page 24 |
| Added L1 instruction cache | 5.6.5 Debug recovery mode on page 42 |
| Added DSB guidance | 7.6 Direct access to internal memory on page 64 |
| Updated Cache protection behavior table | 9.2 Cache protection behavior on page 81 |
| Updated Other architecturally defined registers table | 13.2 Ares - AArch64 architectural system register summary on page 93 |
| Updated bits [31:28] and [27:24] of ID_AA64PFR0_EL1 | 13.67 ID_AA64PFR0_EL1, AArch64 Processor Feature Register 0, EL1 on page 190 |
| Updated Event mnemonic L3D_CACHE_RD | 18.3 PMU events on page 318 |
| Added note to About the AMU section | 19.1 About the AMU on page 326 |
| Updated ETM trace unit generation options implemented table | 20.2 ETM trace unit generation options and resources on page 329 |
| Updated ETM trace unit resources implemented table | 20.2 ETM trace unit generation options and resources on page 329 |
| Added reference to MPIDR in TRCDEVAFF0 register | 31.21 TRCDEVAFF0, Device Affinity Register 0 on page 435 |
| Updated bit fields for TRCEXTINSELR register | 31.28 TRCEXTINSELR, External Input Select Register on page 441 |
| Corrected bit field descriptions and graphics for AArch64 System registers labeled as AArch32 System registers | 13. AArch64 System registers on page 93 |
| Changed GICv4.1 to GICv4 | Throughout document |
| Added Conflict aborts section | 6.6.2 Mis-programming contiguous hints on page 52 |
| Note added to table | 9.2 Cache protection behavior on page 81 |
| L2 cache data updated | 9.2 Cache protection behavior on page 81 |
| Updated table for ETM trace unit generation options implemented | 20.2 ETM trace unit generation options and resources on page 329 |
| Updated table for ETM trace unit resources implemented | 20.2 ETM trace unit generation options and resources on page 329 |
| Updated Debug Features | 2.2 Features on page 24 |
| Updated bit [27:24] of ID_AA64PFR0_EL1 | 13.67 ID_AA64PFR0_EL1, AArch64 Processor Feature Register 0, EL1 on page 190 |
| Updated bit [8:0] of TRCIDR5 register | 31.34 TRCIDR5, ID Register 5 on page 450 |

Copyright © 2016–2020, 2023 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential