# EXHIBIT 28

arm

# Arm® Neoverse™ N2 Core

Revision: r0p3

# Technical Reference Manual

**Non-Confidential**

Copyright © 2020–2022 Arm Limited (or its affiliates).
All rights reserved.

**Issue 06**

102099_0003_06_en

# Arm® Neoverse™ N2 Core

## Technical Reference Manual

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.

## Release Information

### Document history

| Issue | Date | Confidentiality | Change |
|---|---|---|---|
| 0000-02 | 16 October 2020 | Non-Confidential | First early access release for r0p0 |
| 0000-03 | 22 February 2021 | Confidential | Second early access release for r0p0 |
| 0000-04 | 25 May 2021 | Non-Confidential | Third early access release for r0p0 |
| 0001-05 | 10 December 2021 | Non-Confidential | First release for r0p1 |
| 0003-06 | 27 October 2022 | Non-Confidential | First release for r0p3 |

## Proprietary Notice

This document is protected by copyright and other related rights and the practice or implementation of the information contained in this document may be protected by one or more patents or pending patent applications. No part of this document may be reproduced in any form by any means without the express prior written permission of Arm. No license, express or implied, by estoppel or otherwise to any intellectual property rights is granted by this document unless specifically stated.

Your access to the information in this document is conditional upon your acceptance that you will not use or permit others to use the information for the purposes of determining whether implementations infringe any third party patents.

THIS DOCUMENT IS PROVIDED “AS IS”. ARM PROVIDES NO REPRESENTATIONS AND NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, INCLUDING, WITHOUT LIMITATION, THE IMPLIED WARRANTIES OF MERCHANTABILITY, SATISFACTORY QUALITY, NON-INFRINGEMENT OR FITNESS FOR A PARTICULAR PURPOSE WITH RESPECT TO THE DOCUMENT. For the avoidance of doubt, Arm makes no representation with respect to, and has undertaken no analysis to identify or understand the scope and content of, patents, copyrights, trade secrets, or other rights.

This document may include technical inaccuracies or typographical errors.

TO THE EXTENT NOT PROHIBITED BY LAW, IN NO EVENT WILL ARM BE LIABLE FOR ANY DAMAGES, INCLUDING WITHOUT LIMITATION ANY DIRECT, INDIRECT, SPECIAL, INCIDENTAL, PUNITIVE, OR CONSEQUENTIAL DAMAGES, HOWEVER CAUSED AND REGARDLESS OF THE THEORY OF LIABILITY, ARISING OUT OF ANY USE OF THIS DOCUMENT, EVEN IF ARM HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

This document consists solely of commercial items. You shall be responsible for ensuring that any use, duplication or disclosure of this document complies fully with any relevant export laws and regulations to assure that this document or any portion thereof is not exported, directly or indirectly, in violation of such export laws. Use of the word "partner" in reference to Arm's customers is not intended to create or refer to any partnership relationship with any other company. Arm may make changes to this document at any time and without notice.

This document may be translated into other languages for convenience, and you agree that if there is any conflict between the English version of this document and any translation, the terms of the English version of the Agreement shall prevail.

The Arm corporate logo and words marked with ® or ™ are registered trademarks or trademarks of Arm Limited (or its affiliates) in the US and/or elsewhere. All rights reserved. Other brands and names mentioned in this document may be the trademarks of their respective owners. Please follow Arm's trademark usage guidelines at https://www.arm.com/company/policies/trademarks.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.

Arm Limited. Company 02557590 registered in England.

110 Fulbourn Road, Cambridge, England CB1 9NJ.

(LES-PRE-20349|version 21.0)

## Confidentiality Status

This document is Non-Confidential. The right to use, copy and disclose this document may be subject to license restrictions in accordance with the terms of the agreement entered into by Arm and the party that Arm delivered this document to.

Unrestricted Access is an Arm internal classification.

## Product Status

The information in this document is Final, that is for a developed product.

## Feedback

Arm welcomes feedback on this product and its documentation. To provide feedback on the product, create a ticket on https://support.developer.arm.com.

To provide feedback on the document, fill the following survey: https://developer.arm.com/documentation-feedback-survey.

## Inclusive language commitment

Arm values inclusive communities. Arm recognizes that we and our industry have used language that can be offensive. Arm strives to lead the industry and create change.

This document includes language that can be offensive. We will replace this language in a future issue of this document.

To report offensive language in this document, email terms@arm.com.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# Contents

**1. Introduction....26**

1.1 Product revision status....26

1.2 Intended audience....26

1.3 Conventions....26

1.4 Useful resources....28

**2. The Neoverse™ N2 core....30**

2.1 Neoverse™ N2 core features....30

2.2 Neoverse™ N2 core configuration options....31

2.3 DSU-110 dependent features....32

2.4 Supported standards and specifications....33

2.5 Test features....36

2.6 Design tasks....37

2.7 Product revisions....38

**3. Technical overview....39**

3.1 Core components....39

3.2 Interfaces....43

3.3 Programmers model....43

**4. Clocks and resets....45**

**5. Power management....46**

5.1 Voltage and power domains....46

5.2 Architectural clock gating modes....47

5.2.1 Wait for Interrupt and Wait for Event....48

5.2.2 Low-power state behavior considerations....48

5.3 Power control....49

5.4 Core power modes....49

5.4.1 On mode....51

5.4.2 Off mode....51

5.4.3 Emulated off mode....52

5.4.4 Full retention mode....52

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

5.4.5 Debug recovery mode.....53
5.4.6 Warm reset mode.....53
5.5 Neoverse™ N2 core powerup and powerdown sequence.....54
5.6 Debug over powerdown.....56

**6. Memory management.....57**
6.1 Memory Management Unit components.....57
6.2 TLB entry content.....59
6.3 Translation Lookaside Buffer match process.....59
6.4 Translation table walks.....60
6.5 Hardware management of the Access flag and dirty state.....61
6.6 Responses.....61
6.7 Memory behavior and supported memory types.....63
6.8 Page-based hardware attributes.....64

**7. L1 instruction memory system.....65**
7.1 L1 instruction cache behavior.....65
7.2 L1 instruction cache Speculative memory accesses.....66
7.3 Program flow prediction.....66
7.4 Instruction cache hardware coherency.....68

**8. L1 data memory system.....69**
8.1 L1 data cache behavior.....69
8.2 Instruction implementation in the L1 data memory system.....70
8.3 Internal exclusive monitor.....71
8.4 Data prefetching.....71
8.5 Write streaming mode.....72

**9. L2 memory system.....74**
9.1 L2 cache.....74
9.2 Support for memory types.....75
9.3 Transaction capabilities.....75

**10. Direct access to internal memory.....76**
10.1 L1 cache encodings.....76
10.1.1 L1 instruction tag RAM returned data.....79
10.1.2 L1 instruction data RAM returned data.....79
10.1.3 L1 BTB RAM returned data.....80

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

10.1.4 L1 GHB RAM returned data.......... 80
10.1.5 L1 BIM RAM returned data.......... 81
10.1.6 L1 instruction TLB returned data.......... 81
10.1.7 L0 macro-operation RAM returned data.......... 83
10.1.8 L1 data tag RAM returned data.......... 84
10.1.9 L1 data data RAM returned data.......... 85
10.1.10 L1 data TLB returned data.......... 85
10.2 L2 cache encodings.......... 87
10.2.1 L2 tag RAM returned data.......... 89
10.2.2 L2 data RAM returned data.......... 91
10.2.3 L2 TLB RAM returned data.......... 92
10.2.4 L2 Victim RAM returned data.......... 94

**11. RAS extension support.......... 96**
11.1 Cache protection behavior.......... 96
11.2 Error containment.......... 97
11.3 Fault detection and reporting.......... 98
11.4 Error detection and reporting.......... 98
11.4.1 Error reporting and performance monitoring.......... 99
11.5 Error injection.......... 99
11.6 AArch64 RAS registers summary.......... 100

**12. GIC CPU interface.......... 101**
12.1 Disable the GIC CPU interface.......... 101
12.2 AArch64 GIC system registers summary.......... 102

**13. Advanced SIMD and floating-point support.......... 105**

**14. Scalable Vector Extensions support.......... 106**

**15. System control.......... 107**
15.1 AArch64 Identification registers summary.......... 107

**16. Random number generator support.......... 109**
16.1 AArch64 Random Number Control registers summary.......... 110

**17. Debug.......... 111**
17.1 Supported debug methods.......... 112

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

17.2 Debug register interfaces........ 113
17.2.1 Core interfaces........ 114
17.2.2 Effects of resets on debug registers........ 114
17.2.3 External access permissions to Debug registers........ 114
17.2.4 Breakpoints and watchpoints........ 115
17.3 Debug events........ 115
17.4 Debug memory map and debug signals........ 116
17.5 ROM table........ 116
17.6 CoreSight component identification........ 116
17.7 CTI register identification values........ 117
17.8 AArch64 Debug registers summary........ 117
17.9 External Debug registers summary........ 119
17.10 External CoreROM registers summary........ 121

**18. Performance Monitors Extension support........ 122**
18.1 Performance monitors events........ 122
18.2 Performance monitors interrupts........ 132
18.3 External register access permissions........ 132
18.4 AArch64 Performance Monitors registers summary........ 133
18.5 External Performance Monitors registers summary........ 134

**19. Embedded Trace Extension support........ 137**
19.1 Trace unit resources........ 138
19.2 Trace unit generation options........ 138
19.3 Reset the trace unit........ 139
19.4 Program and read the trace unit registers........ 140
19.5 Trace unit register interfaces........ 142
19.6 Interaction with the Performance Monitoring Unit and Debug........ 142
19.7 ETE events........ 143
19.8 AArch64 Trace unit registers summary........ 143
19.9 External Trace unit registers summary........ 147

**20. Trace Buffer Extension support........ 150**
20.1 Program and read the trace buffer registers........ 150
20.2 Trace buffer register interface........ 150

**21. Activity Monitors Extension support........ 151**

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

21.1 Activity monitors access ... 151
21.2 Activity monitors counters ... 152
21.3 Activity monitors events ... 152
21.4 AArch64 Activity Monitors registers summary ... 153
21.5 External Activity Monitors registers summary ... 154

**22. Statistical Profiling Extension support ... 156**
22.1 Statistical Profiling Extension events packet ... 157
22.2 Statistical Profiling Extension data source packet ... 158
22.3 Statistical profiling register interface ... 158
22.4 AArch64 Statistical Profiling Extension registers summary ... 158

**A. AArch32 registers ... 160**
A.1 AArch32 Special-purpose registers summary ... 160
A.2 AArch32 Performance Monitors registers summary ... 160
A.2.1 PMEVCNTR0, Performance Monitors Event Count Registers ... 162
A.2.2 PMEVCNTR1, Performance Monitors Event Count Registers ... 165
A.2.3 PMEVCNTR2, Performance Monitors Event Count Registers ... 168
A.2.4 PMEVCNTR3, Performance Monitors Event Count Registers ... 171
A.2.5 PMEVCNTR4, Performance Monitors Event Count Registers ... 174
A.2.6 PMEVCNTR5, Performance Monitors Event Count Registers ... 178
A.2.7 PMEVTYPER0, Performance Monitors Event Type Registers ... 181
A.2.8 PMEVTYPER1, Performance Monitors Event Type Registers ... 185
A.2.9 PMEVTYPER2, Performance Monitors Event Type Registers ... 189
A.2.10 PMEVTYPER3, Performance Monitors Event Type Registers ... 194
A.2.11 PMEVTYPER4, Performance Monitors Event Type Registers ... 198
A.2.12 PMEVTYPER5, Performance Monitors Event Type Registers ... 202
A.3 AArch32 Generic Timer registers summary ... 207
A.4 AArch32 Debug registers summary ... 207
A.5 AArch32 Generic System Control registers summary ... 208
A.6 AArch32 Floating Point registers summary ... 208
A.6.1 FPSCR, Floating-Point Status and Control Register ... 208
A.7 AArch32 Activity Monitors registers summary ... 213
A.7.1 AMEVTYPER00, Activity Monitors Event Type Registers 0 ... 214
A.7.2 AMEVTYPER01, Activity Monitors Event Type Registers 0 ... 216
A.7.3 AMEVTYPER02, Activity Monitors Event Type Registers 0 ... 218
A.7.4 AMEVTYPER03, Activity Monitors Event Type Registers 0 ... 220

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

A.7.5 AMEVTYPER10, Activity Monitors Event Type Registers 1....222
A.7.6 AMEVTYPER11, Activity Monitors Event Type Registers 1....223
A.7.7 AMEVTYPER12, Activity Monitors Event Type Registers 1....225
A.7.8 AMEVCNTR00, Activity Monitors Event Counter Registers 0....227
A.7.9 AMEVCNTR10, Activity Monitors Event Counter Registers 1....229
A.7.10 AMEVCNTR01, Activity Monitors Event Counter Registers 0....231
A.7.11 AMEVCNTR11, Activity Monitors Event Counter Registers 1....233
A.7.12 AMEVCNTR02, Activity Monitors Event Counter Registers 0....235
A.7.13 AMEVCNTR12, Activity Monitors Event Counter Registers 1....237
A.7.14 AMEVCNTR03, Activity Monitors Event Counter Registers 0....239

**B. AArch64 registers....242**
B.1 AArch64 Generic System Control registers summary....242
B.1.1 ACTLR_EL1, Auxiliary Control Register (EL1)....247
B.1.2 AFSR0_EL1, Auxiliary Fault Status Register 0 (EL1)....249
B.1.3 AFSR1_EL1, Auxiliary Fault Status Register 1 (EL1)....252
B.1.4 AMAIR_EL1, Auxiliary Memory Attribute Indirection Register (EL1)....255
B.1.5 LORID_EL1, LORegionID (EL1)....257
B.1.6 IMP_CPUACTLR_EL1, CPU Auxiliary Control Register (EL1)....259
B.1.7 IMP_CPUACTLR2_EL1, CPU Auxiliary Control Register 2 (EL1)....261
B.1.8 IMP_CPUACTLR3_EL1, CPU Auxiliary Control Register 3 (EL1)....263
B.1.9 IMP_CPUACTLR4_EL1, CPU Auxiliary Control Register 4 (EL1)....264
B.1.10 IMP_CPUECTLR_EL1, CPU Extended Control Register....266
B.1.11 IMP_CPUECTLR2_EL1, CPU Extended Control Register 2....275
B.1.12 IMP_CPUPPMCR3_EL3, CPU Power Performance Management Control Register....280
B.1.13 IMP_CPUPWRCTLR_EL1, CPU Power Control Register....282
B.1.14 IMP_ATCR_EL1, CPU Auxiliary Translation Control Register (EL1)....284
B.1.15 IMP_CPUACTLR5_EL1, CPU Auxiliary Control Register 5 (EL1)....287
B.1.16 IMP_CPUACTLR6_EL1, CPU Auxiliary Control Register 6 (EL1)....288
B.1.17 IMP_CPUACTLR7_EL1, CPU Auxiliary Control Register 7 (EL1)....290
B.1.18 AIDR_EL1, Auxiliary ID Register....292
B.1.19 FPCR, Floating-point Control Register....293
B.1.20 FPSR, Floating-point Status Register....297
B.1.21 ACTLR_EL2, Auxiliary Control Register (EL2)....302
B.1.22 HACR_EL2, Hypervisor Auxiliary Control Register....305
B.1.23 AFSR0_EL2, Auxiliary Fault Status Register 0 (EL2)....307

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

B.1.24 AFSR1_EL2, Auxiliary Fault Status Register 1 (EL2)....... 309
B.1.25 AMAIR_EL2, Auxiliary Memory Attribute Indirection Register (EL2)....... 312
B.1.26 IMP_ATCR_EL2, CPU Auxiliary Translation Control Register (EL2)....... 315
B.1.27 IMP_AVTCR_EL2, CPU Virtualization Auxiliary Translation Control Register (EL2)....... 317
B.1.28 ACTLR_EL3, Auxiliary Control Register (EL3)....... 319
B.1.29 AFSR0_EL3, Auxiliary Fault Status Register 0 (EL3)....... 322
B.1.30 AFSR1_EL3, Auxiliary Fault Status Register 1 (EL3)....... 324
B.1.31 AMAIR_EL3, Auxiliary Memory Attribute Indirection Register (EL3)....... 325
B.1.32 RMR_EL3, Reset Management Register (EL3)....... 327
B.1.33 IMP_CPUPPMCR_EL3, CPU Power Performance Management Control Register....... 329
B.1.34 IMP_CPUPPMCR2_EL3, CPU Power Performance Management Control Register....... 330
B.1.35 IMP_CPUPPMCR4_EL3, CPU Power Performance Management Control Register....... 332
B.1.36 IMP_CPUPPMCR5_EL3, CPU Power Performance Management Control Register....... 333
B.1.37 IMP_CPUPPMCR6_EL3, CPU Power Performance Management Control Register....... 335
B.1.38 IMP_CPUACTLR_EL3, CPU Auxiliary Control Register (EL3)....... 336
B.1.39 IMP_ATCR_EL3, CPU Auxiliary Translation Control Register (EL2)....... 338
B.1.40 IMP_CPUPSELR_EL3, Selected Instruction Private Select Register....... 340
B.1.41 IMP_CPUPCR_EL3, Selected Instruction Private Control Register....... 342
B.1.42 IMP_CPUPOR_EL3, Selected Instruction Private Opcode Register....... 343
B.1.43 IMP_CPUPMR_EL3, Selected Instruction Private Mask Register....... 345
B.1.44 IMP_CPUPOR2_EL3, Selected Instruction Private Opcode Register 2....... 346
B.1.45 IMP_CPUPMR2_EL3, Selected Instruction Private Mask Register 2....... 348
B.1.46 IMP_CPUPFR_EL3, Selected Instruction Private Flag Register....... 349
B.2 AArch64 Debug registers summary....... 351
B.2.1 DBGBVR0_EL1, Debug Breakpoint Value Registers....... 352
B.2.2 DBGBCR0_EL1, Debug Breakpoint Control Registers....... 358
B.2.3 DBGWVR0_EL1, Debug Watchpoint Value Registers....... 363
B.2.4 DBGWCR0_EL1, Debug Watchpoint Control Registers....... 366
B.2.5 DBGBVR1_EL1, Debug Breakpoint Value Registers....... 370
B.2.6 DBGBCR1_EL1, Debug Breakpoint Control Registers....... 376
B.2.7 DBGWVR1_EL1, Debug Watchpoint Value Registers....... 380
B.2.8 DBGWCR1_EL1, Debug Watchpoint Control Registers....... 383
B.2.9 DBGBVR2_EL1, Debug Breakpoint Value Registers....... 387
B.2.10 DBGBCR2_EL1, Debug Breakpoint Control Registers....... 393
B.2.11 DBGWVR2_EL1, Debug Watchpoint Value Registers....... 398
B.2.12 DBGWCR2_EL1, Debug Watchpoint Control Registers....... 401

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

B.2.13 DBGBVR3_EL1, Debug Breakpoint Value Registers....405
B.2.14 DBGBCR3_EL1, Debug Breakpoint Control Registers....411
B.2.15 DBGWVR3_EL1, Debug Watchpoint Value Registers....416
B.2.16 DBGWCR3_EL1, Debug Watchpoint Control Registers....419
B.2.17 DBGBVR4_EL1, Debug Breakpoint Value Registers....423
B.2.18 DBGBCR4_EL1, Debug Breakpoint Control Registers....429
B.2.19 DBGBVR5_EL1, Debug Breakpoint Value Registers....434
B.2.20 DBGBCR5_EL1, Debug Breakpoint Control Registers....440
B.2.21 IMP_IDATA0_EL3, Instruction Register 0....445
B.2.22 IMP_IDATA1_EL3, Instruction Register 0....447
B.2.23 IMP_IDATA2_EL3, Instruction Register 0....448
B.2.24 IMP_DDATA0_EL3, Data Register 0....449
B.2.25 IMP_DDATA1_EL3, Data Register 1....450
B.2.26 IMP_DDATA2_EL3, Data Register 2....451
B.3 AArch64 Random Number Control registers summary....453
B.3.1 IMP_CPURNDBR_EL3, CPU Random Number Base Register....453
B.3.2 IMP_CPURNDPEID_EL3, CPU Random Number Packet Identification Register....455
B.4 AArch64 System instructions summary....456
B.4.1 SYS_IMP_RAMINDEX, RAM Index....457
B.5 AArch64 Identification registers summary....458
B.5.1 MIDR_EL1, Main ID Register....459
B.5.2 MPIDR_EL1, Multiprocessor Affinity Register....461
B.5.3 REVIDR_EL1, Revision ID Register....463
B.5.4 ID_PFR0_EL1, AArch32 Processor Feature Register 0....464
B.5.5 ID_PFR1_EL1, AArch32 Processor Feature Register 1....467
B.5.6 ID_DFR0_EL1, AArch32 Debug Feature Register 0....469
B.5.7 ID_AFR0_EL1, AArch32 Auxiliary Feature Register 0....471
B.5.8 ID_MMFR0_EL1, AArch32 Memory Model Feature Register 0....473
B.5.9 ID_MMFR1_EL1, AArch32 Memory Model Feature Register 1....475
B.5.10 ID_MMFR2_EL1, AArch32 Memory Model Feature Register 2....477
B.5.11 ID_MMFR3_EL1, AArch32 Memory Model Feature Register 3....479
B.5.12 ID_ISAR0_EL1, AArch32 Instruction Set Attribute Register 0....482
B.5.13 ID_ISAR1_EL1, AArch32 Instruction Set Attribute Register 1....484
B.5.14 ID_ISAR2_EL1, AArch32 Instruction Set Attribute Register 2....486
B.5.15 ID_ISAR3_EL1, AArch32 Instruction Set Attribute Register 3....488
B.5.16 ID_ISAR4_EL1, AArch32 Instruction Set Attribute Register 4....490

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

B.5.17 ID_ISAR5_EL1, AArch32 Instruction Set Attribute Register 5 ... 493
B.5.18 ID_MMFR4_EL1, AArch32 Memory Model Feature Register 4 ... 495
B.5.19 ID_ISAR6_EL1, AArch32 Instruction Set Attribute Register 6 ... 497
B.5.20 MVFR0_EL1, AArch32 Media and VFP Feature Register 0 ... 500
B.5.21 MVFR1_EL1, AArch32 Media and VFP Feature Register 1 ... 502
B.5.22 MVFR2_EL1, AArch32 Media and VFP Feature Register 2 ... 504
B.5.23 ID_PFR2_EL1, AArch32 Processor Feature Register 2 ... 506
B.5.24 ID_DFR1_EL1, Debug Feature Register 1 ... 508
B.5.25 ID_MMFR5_EL1, AArch32 Memory Model Feature Register 5 ... 509
B.5.26 ID_AA64PFR0_EL1, AArch64 Processor Feature Register 0 ... 511
B.5.27 ID_AA64PFR1_EL1, AArch64 Processor Feature Register 1 ... 514
B.5.28 ID_AA64PFR2_EL1, AArch64 Processor Feature Register 2 ... 516
B.5.29 ID_AA64ZFR0_EL1, SVE Feature ID register 0 ... 517
B.5.30 ID_AA64DFR0_EL1, AArch64 Debug Feature Register 0 ... 520
B.5.31 ID_AA64DFR1_EL1, AArch64 Debug Feature Register 1 ... 522
B.5.32 ID_AA64AFR0_EL1, AArch64 Auxiliary Feature Register 0 ... 523
B.5.33 ID_AA64AFR1_EL1, AArch64 Auxiliary Feature Register 1 ... 525
B.5.34 ID_AA64ISAR0_EL1, AArch64 Instruction Set Attribute Register 0 ... 526
B.5.35 ID_AA64ISAR1_EL1, AArch64 Instruction Set Attribute Register 1 ... 530
B.5.36 ID_AA64ISAR2_EL1, AArch64 Instruction Set Attribute Register 2 ... 533
B.5.37 ID_AA64MMFR0_EL1, AArch64 Memory Model Feature Register 0 ... 535
B.5.38 ID_AA64MMFR1_EL1, AArch64 Memory Model Feature Register 1 ... 537
B.5.39 ID_AA64MMFR2_EL1, AArch64 Memory Model Feature Register 2 ... 540
B.5.40 MPAMIDR_EL1, MPAM ID Register (EL1) ... 543
B.5.41 IMP_CPUCFR_EL1, CPU Configuration Register ... 545
B.5.42 CLIDR_EL1, Cache Level ID Register ... 546
B.5.43 GMID_EL1, Multiple tag transfer ID register ... 550
B.5.44 CTR_EL0, Cache Type Register ... 552
B.5.45 DCZID_EL0, Data Cache Zero ID register ... 554
B.6 AArch64 Special-purpose registers summary ... 556
B.7 AArch64 Performance Monitors registers summary ... 556
B.7.1 PMMIR_EL1, Performance Monitors Machine Identification Register ... 558
B.7.2 PMCR_EL0, Performance Monitors Control Register ... 560
B.7.3 PMCEID0_EL0, Performance Monitors Common Event Identification register 0 ... 566
B.7.4 PMCEID1_EL0, Performance Monitors Common Event Identification register 1 ... 573
B.7.5 PMEVCNTR0_EL0, Performance Monitors Event Count Registers ... 580

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

B.7.6 PMEVCNTR1_EL0, Performance Monitors Event Count Registers....583
B.7.7 PMEVCNTR2_EL0, Performance Monitors Event Count Registers....587
B.7.8 PMEVCNTR3_EL0, Performance Monitors Event Count Registers....591
B.7.9 PMEVCNTR4_EL0, Performance Monitors Event Count Registers....594
B.7.10 PMEVCNTR5_EL0, Performance Monitors Event Count Registers....598
B.7.11 PMEVTYPER0_EL0, Performance Monitors Event Type Registers....602
B.7.12 PMEVTYPER1_EL0, Performance Monitors Event Type Registers....607
B.7.13 PMEVTYPER2_EL0, Performance Monitors Event Type Registers....612
B.7.14 PMEVTYPER3_EL0, Performance Monitors Event Type Registers....617
B.7.15 PMEVTYPER4_EL0, Performance Monitors Event Type Registers....622
B.7.16 PMEVTYPER5_EL0, Performance Monitors Event Type Registers....628
B.8 AArch64 GIC system registers summary....633
B.8.1 ICC_AP0R0_EL1, Interrupt Controller Active Priorities Group 0 Registers....635
B.8.2 ICV_AP0R0_EL1, Interrupt Controller Virtual Active Priorities Group 0 Registers....645
B.8.3 ICC_AP1R0_EL1, Interrupt Controller Active Priorities Group 1 Registers....654
B.8.4 ICV_AP1R0_EL1, Interrupt Controller Virtual Active Priorities Group 1 Registers....669
B.8.5 ICC_CTLR_EL1, Interrupt Controller Control Register (EL1)....679
B.8.6 ICV_CTLR_EL1, Interrupt Controller Virtual Control Register....683
B.8.7 ICH_AP0R0_EL2, Interrupt Controller Hyp Active Priorities Group 0 Registers....687
B.8.8 ICH_AP1R0_EL2, Interrupt Controller Hyp Active Priorities Group 1 Registers....722
B.8.9 ICH_VTR_EL2, Interrupt Controller VGIC Type Register....756
B.8.10 ICH_LR0_EL2, Interrupt Controller List Registers....758
B.8.11 ICH_LR1_EL2, Interrupt Controller List Registers....762
B.8.12 ICH_LR2_EL2, Interrupt Controller List Registers....767
B.8.13 ICH_LR3_EL2, Interrupt Controller List Registers....771
B.8.14 ICC_CTLR_EL3, Interrupt Controller Control Register (EL3)....775
B.9 AArch64 Generic Timer registers summary....779
B.10 AArch64 Other system control registers summary....780
B.11 AArch64 Activity Monitors registers summary....781
B.11.1 AMCFGR_EL0, Activity Monitors Configuration Register....782
B.11.2 AMCGCR_EL0, Activity Monitors Counter Group Configuration Register....784
B.11.3 AMEVCNTR00_EL0, Activity Monitors Event Counter Registers 0....786
B.11.4 AMEVCNTR01_EL0, Activity Monitors Event Counter Registers 0....788
B.11.5 AMEVCNTR02_EL0, Activity Monitors Event Counter Registers 0....790
B.11.6 AMEVCNTR03_EL0, Activity Monitors Event Counter Registers 0....793
B.11.7 AMEVTYPER00_EL0, Activity Monitors Event Type Registers 0....795

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

B.11.8 AMEVTYPER01_EL0, Activity Monitors Event Type Registers 0 ... 797
B.11.9 AMEVTYPER02_EL0, Activity Monitors Event Type Registers 0 ... 799
B.11.10 AMEVTYPER03_EL0, Activity Monitors Event Type Registers 0 ... 801
B.11.11 AMEVCNTR10_EL0, Activity Monitors Event Counter Registers 1 ... 804
B.11.12 AMEVCNTR11_EL0, Activity Monitors Event Counter Registers 1 ... 806
B.11.13 AMEVCNTR12_EL0, Activity Monitors Event Counter Registers 1 ... 808
B.11.14 AMEVTYPER10_EL0, Activity Monitors Event Type Registers 1 ... 810
B.11.15 AMEVTYPER11_EL0, Activity Monitors Event Type Registers 1 ... 812
B.11.16 AMEVTYPER12_EL0, Activity Monitors Event Type Registers 1 ... 814
B.12 AArch64 Trace unit registers summary ... 816
B.12.1 TRCSEQEVR0, Sequencer State Transition Control Register <n> ... 820
B.12.2 TRCIDR8, ID Register 8 ... 824
B.12.3 TRCIMSPEC0, IMP DEF Register 0 ... 826
B.12.4 TRCSEQEVR1, Sequencer State Transition Control Register <n> ... 828
B.12.5 TRCSEQEVR2, Sequencer State Transition Control Register <n> ... 832
B.12.6 TRCIDR10, ID Register 10 ... 835
B.12.7 TRCIDR11, ID Register 11 ... 837
B.12.8 TRCCNTCTLR0, Counter Control Register <n> ... 838
B.12.9 TRCIDR12, ID Register 12 ... 842
B.12.10 TRCCNTCTLR1, Counter Control Register <n> ... 844
B.12.11 TRCIDR13, ID Register 13 ... 848
B.12.12 TRCEXTINSELR0, External Input Select Register <n> ... 849
B.12.13 TRCCNTVR0, Counter Value Register <n> ... 853
B.12.14 TRCIDR0, ID Register 0 ... 855
B.12.15 TRCEXTINSELR1, External Input Select Register <n> ... 858
B.12.16 TRCCNTVR1, Counter Value Register <n> ... 861
B.12.17 TRCIDR1, ID Register 1 ... 863
B.12.18 TRCEXTINSELR2, External Input Select Register <n> ... 865
B.12.19 TRCIDR2, ID Register 2 ... 868
B.12.20 TRCEXTINSELR3, External Input Select Register <n> ... 870
B.12.21 TRCIDR3, ID Register 3 ... 873
B.12.22 TRCIDR4, ID Register 4 ... 876
B.12.23 TRCIDR5, ID Register 5 ... 878
B.12.24 TRCSSCCR0, Single-shot Comparator Control Register <n> ... 880
B.12.25 TRCRSCTLR2, Resource Selection Control Register <n> ... 883
B.12.26 TRCRSCTLR3, Resource Selection Control Register <n> ... 891

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

B.12.27 TRCRSCTLR4, Resource Selection Control Register <n>....897
B.12.28 TRCRSCTLR5, Resource Selection Control Register <n>....904
B.12.29 TRCRSCTLR6, Resource Selection Control Register <n>....910
B.12.30 TRCRSCTLR7, Resource Selection Control Register <n>....917
B.12.31 TRCRSCTLR8, Resource Selection Control Register <n>....923
B.12.32 TRCSSCSR0, Single-shot Comparator Control Status Register <n>....930
B.12.33 TRCRSCTLR9, Resource Selection Control Register <n>....933
B.12.34 TRCRSCTLR10, Resource Selection Control Register <n>....940
B.12.35 TRCRSCTLR11, Resource Selection Control Register <n>....947
B.12.36 TRCRSCTLR12, Resource Selection Control Register <n>....953
B.12.37 TRCRSCTLR13, Resource Selection Control Register <n>....960
B.12.38 TRCRSCTLR14, Resource Selection Control Register <n>....966
B.12.39 TRCRSCTLR15, Resource Selection Control Register <n>....973
B.12.40 TRCACVR0, Address Comparator Value Register <n>....979
B.12.41 TRCACATR0, Address Comparator Access Type Register <n>....982
B.12.42 TRCACVR1, Address Comparator Value Register <n>....987
B.12.43 TRCACATR1, Address Comparator Access Type Register <n>....990
B.12.44 TRCACVR2, Address Comparator Value Register <n>....995
B.12.45 TRCACATR2, Address Comparator Access Type Register <n>....998
B.12.46 TRCACVR3, Address Comparator Value Register <n>....1003
B.12.47 TRCACATR3, Address Comparator Access Type Register <n>....1006
B.12.48 TRCACVR4, Address Comparator Value Register <n>....1011
B.12.49 TRCACATR4, Address Comparator Access Type Register <n>....1014
B.12.50 TRCACVR5, Address Comparator Value Register <n>....1019
B.12.51 TRCACATR5, Address Comparator Access Type Register <n>....1022
B.12.52 TRCACVR6, Address Comparator Value Register <n>....1027
B.12.53 TRCACATR6, Address Comparator Access Type Register <n>....1030
B.12.54 TRCACVR7, Address Comparator Value Register <n>....1035
B.12.55 TRCACATR7, Address Comparator Access Type Register <n>....1038
B.12.56 TRCCIDCVR0, Context Identifier Comparator Value Registers <n>....1043
B.12.57 TRCVMIDCVR0, Virtual Context Identifier Comparator Value Register <n>....1045
B.13 AArch64 Memory Partitioning and Monitoring registers summary....1048
B.13.1 MPAMVPMV_EL2, MPAM Virtual Partition Mapping Valid Register....1048
B.13.2 MPAMVPM0_EL2, MPAM Virtual PARTID Mapping Register 0....1051
B.13.3 MPAMVPM1_EL2, MPAM Virtual PARTID Mapping Register 1....1054
B.13.4 MPAMVPM2_EL2, MPAM Virtual PARTID Mapping Register 2....1056

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

B.13.5 MPAMVPM3_EL2, MPAM Virtual PARTID Mapping Register 3 ... 1058
B.13.6 MPAMVPM4_EL2, MPAM Virtual PARTID Mapping Register 4 ... 1061
B.13.7 MPAMVPM5_EL2, MPAM Virtual PARTID Mapping Register 5 ... 1063
B.13.8 MPAMVPM6_EL2, MPAM Virtual PARTID Mapping Register 6 ... 1066
B.13.9 MPAMVPM7_EL2, MPAM Virtual PARTID Mapping Register 7 ... 1068
B.14 AArch64 RAS registers summary ... 1070
B.14.1 ERRIDR_EL1, Error Record ID Register ... 1071
B.14.2 ERRSELR_EL1, Error Record Select Register ... 1073
B.14.3 ERXFR_EL1, Selected Error Record Feature Register ... 1075
B.14.4 ERXCTLR_EL1, Selected Error Record Control Register ... 1078
B.14.5 ERXSTATUS_EL1, Selected Error Record Primary Status Register ... 1081
B.14.6 ERXADDR_EL1, Selected Error Record Address Register ... 1087
B.14.7 ERXPFGF_EL1, Selected Pseudo-fault Generation Feature register ... 1090
B.14.8 ERXPFGCTL_EL1, Selected Pseudo-fault Generation Control register ... 1094
B.14.9 ERXPFGCDN_EL1, Selected Pseudo-fault Generation Countdown register ... 1098
B.14.10 ERXMISC0_EL1, Selected Error Record Miscellaneous Register 0 ... 1101
B.14.11 ERXMISC1_EL1, Selected Error Record Miscellaneous Register 1 ... 1107
B.14.12 ERXMISC2_EL1, Selected Error Record Miscellaneous Register 2 ... 1109
B.14.13 ERXMISC3_EL1, Selected Error Record Miscellaneous Register 3 ... 1112
B.15 AArch64 Statistical Profiling Extension registers summary ... 1114
B.15.1 PMSEVFR_EL1, Sampling Event Filter Register ... 1115
B.15.2 PMSIDR_EL1, Sampling Profiling ID Register ... 1126
B.15.3 PMBIDR_EL1, Profiling Buffer ID Register ... 1128
B.16 AArch64 Trace Buffer Extension registers summary ... 1130

**C. External registers ... 1131**
C.1 External CoreROM registers summary ... 1131
C.1.1 COREROM_ROMENTRY0, Core ROM table Entry 0 ... 1131
C.1.2 COREROM_ROMENTRY1, Core ROM table Entry 1 ... 1133
C.1.3 COREROM_ROMENTRY2, Core ROM table Entry 2 ... 1134
C.1.4 COREROM_ROMENTRY3, Core ROM table Entry 3 ... 1135
C.1.5 COREROM_AUTHSTATUS, Core ROM table Authentication Status Register ... 1137
C.1.6 COREROM_DEVARCH, Core ROM table Device Architecture Register ... 1138
C.1.7 COREROM_DEVTYPE, Core ROM table Device Type Register ... 1139
C.1.8 COREROM_PIDR4, Core ROM table Peripheral Identification Register 4 ... 1140
C.1.9 COREROM_PIDR0, Core ROM table Peripheral Identification Register 0 ... 1142

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

C.1.10 COREROM_PIDR1, Core ROM table Peripheral Identification Register 1....1143
C.1.11 COREROM_PIDR2, Core ROM table Peripheral Identification Register 2....1144
C.1.12 COREROM_PIDR3, Core ROM table Peripheral Identification Register 3....1145
C.1.13 COREROM_CIDR0, Core ROM table Component Identification Register 0....1146
C.1.14 COREROM_CIDR1, Core ROM table Component Identification Register 1....1147
C.1.15 COREROM_CIDR2, Core ROM table Component Identification Register 2....1149
C.1.16 COREROM_CIDR3, Core ROM table Component Identification Register 3....1150
C.2 External PPM registers summary....1151
C.2.1 CPUPPMCR, Power Performance Management Register....1151
C.2.2 CPUPPMCR2, Power Performance Management Register....1152
C.2.3 CPUPPMCR3, Power Performance Management Register....1153
C.2.4 CPUPPMCR4, Power Performance Management Register....1154
C.2.5 CPUPPMCR5, Power Performance Management Register....1155
C.2.6 CPUPPMCR6, Power Performance Management Register....1156
C.3 External Performance Monitors registers summary....1157
C.3.1 PMEVCNTR0_EL0, Performance Monitors Event Count Registers....1159
C.3.2 PMEVCNTR1_EL0, Performance Monitors Event Count Registers....1161
C.3.3 PMEVCNTR2_EL0, Performance Monitors Event Count Registers....1163
C.3.4 PMEVCNTR3_EL0, Performance Monitors Event Count Registers....1165
C.3.5 PMEVCNTR4_EL0, Performance Monitors Event Count Registers....1168
C.3.6 PMEVCNTR5_EL0, Performance Monitors Event Count Registers....1170
C.3.7 PMCCNTR_EL0, Performance Monitors Cycle Counter....1172
C.3.8 PMPCSR, Program Counter Sample Register....1174
C.3.9 PMCID1SR, CONTEXTIDR_EL1 Sample Register....1178
C.3.10 PMVIDSR, VMID Sample Register....1180
C.3.11 PMCID2SR, CONTEXTIDR_EL2 Sample Register....1182
C.3.12 PMEVTYPER0_EL0, Performance Monitors Event Type Registers....1183
C.3.13 PMEVTYPER1_EL0, Performance Monitors Event Type Registers....1187
C.3.14 PMEVTYPER2_EL0, Performance Monitors Event Type Registers....1190
C.3.15 PMEVTYPER3_EL0, Performance Monitors Event Type Registers....1194
C.3.16 PMEVTYPER4_EL0, Performance Monitors Event Type Registers....1197
C.3.17 PMEVTYPER5_EL0, Performance Monitors Event Type Registers....1201
C.3.18 PMCCFILTR_EL0, Performance Monitors Cycle Counter Filter Register....1204
C.3.19 PMPCSSR, Snapshot Program Counter Sample Register....1207
C.3.20 PMCIDSSR, Snapshot CONTEXTIDR_EL1 Sample Register....1208
C.3.21 PMSSSR, PMU Snapshot Status Register....1209

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

C.3.22 PMCCNTSR, PMU Cycle Counter Snapshot Register....1211
C.3.23 PMEVCNTSR0, PMU Event Counter Snapshot Register....1212
C.3.24 PMEVCNTSR1, PMU Event Counter Snapshot Register....1213
C.3.25 PMEVCNTSR2, PMU Event Counter Snapshot Register....1214
C.3.26 PMEVCNTSR3, PMU Event Counter Snapshot Register....1215
C.3.27 PMEVCNTSR4, PMU Event Counter Snapshot Register....1216
C.3.28 PMEVCNTSR5, PMU Event Counter Snapshot Register....1217
C.3.29 PMSSCR, PMU Snapshot Capture Register....1219
C.3.30 PMCNTENSET_EL0, Performance Monitors Count Enable Set register....1220
C.3.31 PMCNTENCLR_EL0, Performance Monitors Count Enable Clear register....1222
C.3.32 PMINTENSET_EL1, Performance Monitors Interrupt Enable Set register....1224
C.3.33 PMINTENCLR_EL1, Performance Monitors Interrupt Enable Clear register....1226
C.3.34 PMOVSCLR_EL0, Performance Monitors Overflow Flag Status Clear register....1228
C.3.35 PMSWINC_EL0, Performance Monitors Software Increment register....1230
C.3.36 PMOVSSET_EL0, Performance Monitors Overflow Flag Status Set register....1231
C.3.37 PMCFGR, Performance Monitors Configuration Register....1233
C.3.38 PMCR_EL0, Performance Monitors Control Register....1236
C.3.39 PMCEID0, Performance Monitors Common Event Identification register 0....1238
C.3.40 PMCEID1, Performance Monitors Common Event Identification register 1....1242
C.3.41 PMCEID2, Performance Monitors Common Event Identification register 2....1246
C.3.42 PMCEID3, Performance Monitors Common Event Identification register 3....1250
C.3.43 PMMIR, Performance Monitors Machine Identification Register....1254
C.3.44 PMDEVAFF0, Performance Monitors Device Affinity register 0....1255
C.3.45 PMDEVAFF1, Performance Monitors Device Affinity register 1....1256
C.3.46 PMLAR, Performance Monitors Lock Access Register....1258
C.3.47 PMLSR, Performance Monitors Lock Status Register....1259
C.3.48 PMAUTHSTATUS, Performance Monitors Authentication Status register....1261
C.3.49 PMDEVARCH, Performance Monitors Device Architecture register....1262
C.3.50 PMDEVID, Performance Monitors Device ID register....1264
C.3.51 PMDEVTYPE, Performance Monitors Device Type register....1265
C.3.52 PMPIDR4, Performance Monitors Peripheral Identification Register 4....1266
C.3.53 PMPIDR0, Performance Monitors Peripheral Identification Register 0....1268
C.3.54 PMPIDR1, Performance Monitors Peripheral Identification Register 1....1269
C.3.55 PMPIDR2, Performance Monitors Peripheral Identification Register 2....1271
C.3.56 PMPIDR3, Performance Monitors Peripheral Identification Register 3....1272
C.3.57 PMCIDR0, Performance Monitors Component Identification Register 0....1274

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

C.3.58 PMCIDR1, Performance Monitors Component Identification Register 1 ........ 1275
C.3.59 PMCIDR2, Performance Monitors Component Identification Register 2 ........ 1276
C.3.60 PMCIDR3, Performance Monitors Component Identification Register 3 ........ 1278
C.4 External CTI registers summary ........ 1279
C.4.1 CTICONTROL, CTI Control register ........ 1280
C.4.2 CTIINTACK, CTI Output Trigger Acknowledge register ........ 1281
C.4.3 CTIAPPSET, CTI Application Trigger Set register ........ 1283
C.4.4 CTIAPPCLEAR, CTI Application Trigger Clear register ........ 1285
C.4.5 CTIAPPPULSE, CTI Application Pulse register ........ 1287
C.4.6 CTIINEN<n>, CTI Input Trigger to Output Channel Enable registers, n = 0 - 31 ........ 1289
C.4.7 CTIOUTEN<n>, CTI Input Channel to Output Trigger Enable registers, n = 0 - 31 ........ 1291
C.4.8 CTITRIGINSTATUS, CTI Trigger In Status register ........ 1292
C.4.9 CTITRIGOUTSTATUS, CTI Trigger Out Status register ........ 1294
C.4.10 CTICHINSTATUS, CTI Channel In Status register ........ 1295
C.4.11 CTICHOUTSTATUS, CTI Channel Out Status register ........ 1297
C.4.12 CTIGATE, CTI Channel Gate Enable register ........ 1298
C.4.13 ASICCTL, CTI External Multiplexer Control register ........ 1300
C.4.14 CTIDEVCTL, CTI Device Control register ........ 1301
C.4.15 CTIDEVAFF0, CTI Device Affinity register 0 ........ 1303
C.4.16 CTIDEVAFF1, CTI Device Affinity register 1 ........ 1304
C.4.17 CTILAR, CTI Lock Access Register ........ 1305
C.4.18 CTILSR, CTI Lock Status Register ........ 1306
C.4.19 CTIAUTHSTATUS, CTI Authentication Status register ........ 1308
C.4.20 CTIDEVARCH, CTI Device Architecture register ........ 1309
C.4.21 CTIDEVID2, CTI Device ID register 2 ........ 1311
C.4.22 CTIDEVID1, CTI Device ID register 1 ........ 1312
C.4.23 CTIDEVID, CTI Device ID register 0 ........ 1313
C.5 External Debug registers summary ........ 1315
C.5.1 EDESR, External Debug Event Status Register ........ 1317
C.5.2 EDECR, External Debug Execution Control Register ........ 1319
C.5.3 EDWAR, External Debug Watchpoint Address Register ........ 1320
C.5.4 DBGDTRRX_EL0, Debug Data Transfer Register, Receive ........ 1322
C.5.5 EDITR, External Debug Instruction Transfer Register ........ 1324
C.5.6 EDSCR, External Debug Status and Control Register ........ 1326
C.5.7 DBGDTRTX_EL0, Debug Data Transfer Register, Transmit ........ 1333
C.5.8 EDRCR, External Debug Reserve Control Register ........ 1335

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

C.5.9 EDECCR, External Debug Exception Catch Control Register...1336
C.5.10 OSLAR_EL1, OS Lock Access Register...1342
C.5.11 EDPRCR, External Debug Power/Reset Control Register...1343
C.5.12 EDPRSR, External Debug Processor Status Register...1346
C.5.13 DBGBVR0_EL1, Debug Breakpoint Value Registers...1353
C.5.14 DBGBCR0_EL1, Debug Breakpoint Control Registers...1359
C.5.15 DBGBVR1_EL1, Debug Breakpoint Value Registers...1363
C.5.16 DBGBCR1_EL1, Debug Breakpoint Control Registers...1368
C.5.17 DBGBVR2_EL1, Debug Breakpoint Value Registers...1373
C.5.18 DBGBCR2_EL1, Debug Breakpoint Control Registers...1378
C.5.19 DBGBVR3_EL1, Debug Breakpoint Value Registers...1383
C.5.20 DBGBCR3_EL1, Debug Breakpoint Control Registers...1388
C.5.21 DBGBVR4_EL1, Debug Breakpoint Value Registers...1393
C.5.22 DBGBCR4_EL1, Debug Breakpoint Control Registers...1398
C.5.23 DBGBVR5_EL1, Debug Breakpoint Value Registers...1403
C.5.24 DBGBCR5_EL1, Debug Breakpoint Control Registers...1408
C.5.25 DBGWVR0_EL1, Debug Watchpoint Value Registers...1413
C.5.26 DBGWCR0_EL1, Debug Watchpoint Control Registers...1414
C.5.27 DBGWVR1_EL1, Debug Watchpoint Value Registers...1418
C.5.28 DBGWCR1_EL1, Debug Watchpoint Control Registers...1420
C.5.29 DBGWVR2_EL1, Debug Watchpoint Value Registers...1423
C.5.30 DBGWCR2_EL1, Debug Watchpoint Control Registers...1425
C.5.31 DBGWVR3_EL1, Debug Watchpoint Value Registers...1428
C.5.32 DBGWCR3_EL1, Debug Watchpoint Control Registers...1430
C.5.33 MIDR_EL1, Main ID Register...1433
C.5.34 EDPFR, External Debug Processor Feature Register...1435
C.5.35 EDDFR, External Debug Feature Register...1437
C.5.36 EDAA32PFR, External Debug Auxiliary Processor Feature Register...1439
C.5.37 EDITCTRL, External Debug Integration mode Control register...1441
C.5.38 DBGCLAIMSET_EL1, Debug CLAIM Tag Set register...1442
C.5.39 DBGCLAIMCLR_EL1, Debug CLAIM Tag Clear register...1444
C.5.40 EDDEVAFF0, External Debug Device Affinity register 0...1446
C.5.41 EDDEVAFF1, External Debug Device Affinity register 1...1447
C.5.42 EDLAR, External Debug Lock Access Register...1448
C.5.43 EDLSR, External Debug Lock Status Register...1449
C.5.44 DBGAUTHSTATUS_EL1, Debug Authentication Status register...1451

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

C.5.45 EDDEVARCH, External Debug Device Architecture register........ 1453
C.5.46 EDDEVID2, External Debug Device ID register 2........ 1454
C.5.47 EDDEVID1, External Debug Device ID register 1........ 1456
C.5.48 EDDEVID, External Debug Device ID register 0........ 1457
C.5.49 EDDEVTYPE, External Debug Device Type register........ 1458
C.5.50 EDPIDR4, External Debug Peripheral Identification Register 4........ 1460
C.5.51 EDPIDR0, External Debug Peripheral Identification Register 0........ 1461
C.5.52 EDPIDR1, External Debug Peripheral Identification Register 1........ 1462
C.5.53 EDPIDR2, External Debug Peripheral Identification Register 2........ 1464
C.5.54 EDPIDR3, External Debug Peripheral Identification Register 3........ 1465
C.5.55 EDCIDR0, External Debug Component Identification Register 0........ 1467
C.5.56 EDCIDR1, External Debug Component Identification Register 1........ 1468
C.5.57 EDCIDR2, External Debug Component Identification Register 2........ 1469
C.5.58 EDCIDR3, External Debug Component Identification Register 3........ 1471
C.6 External Activity Monitors registers summary........ 1472
C.6.1 AMEVCNTR00, Activity Monitors Event Counter Registers 0........ 1473
C.6.2 AMEVCNTR01, Activity Monitors Event Counter Registers 0........ 1475
C.6.3 AMEVCNTR02, Activity Monitors Event Counter Registers 0........ 1477
C.6.4 AMEVCNTR03, Activity Monitors Event Counter Registers 0........ 1479
C.6.5 AMEVCNTR10, Activity Monitors Event Counter Registers 1........ 1480
C.6.6 AMEVCNTR11, Activity Monitors Event Counter Registers 1........ 1482
C.6.7 AMEVCNTR12, Activity Monitors Event Counter Registers 1........ 1484
C.6.8 AMEVTYPER00, Activity Monitors Event Type Registers 0........ 1486
C.6.9 AMEVTYPER01, Activity Monitors Event Type Registers 0........ 1487
C.6.10 AMEVTYPER02, Activity Monitors Event Type Registers 0........ 1489
C.6.11 AMEVTYPER03, Activity Monitors Event Type Registers 0........ 1491
C.6.12 AMEVTYPER10, Activity Monitors Event Type Registers 1........ 1493
C.6.13 AMEVTYPER11, Activity Monitors Event Type Registers 1........ 1494
C.6.14 AMEVTYPER12, Activity Monitors Event Type Registers 1........ 1496
C.6.15 AMCNTENSET0, Activity Monitors Count Enable Set Register 0........ 1498
C.6.16 AMCNTENSET1, Activity Monitors Count Enable Set Register 1........ 1499
C.6.17 AMCNTENCLR0, Activity Monitors Count Enable Clear Register 0........ 1501
C.6.18 AMCNTENCLR1, Activity Monitors Count Enable Clear Register 1........ 1502
C.6.19 AMCGCR, Activity Monitors Counter Group Configuration Register........ 1504
C.6.20 AMCFGR, Activity Monitors Configuration Register........ 1505
C.6.21 AMCR, Activity Monitors Control Register........ 1507

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

C.6.22 AMIIDR, Activity Monitors Implementation Identification Register....................................1508
C.6.23 AMDEVAFF0, Activity Monitors Device Affinity Register 0................................................1510
C.6.24 AMDEVAFF1, Activity Monitors Device Affinity Register 1................................................1511
C.6.25 AMDEVARCH, Activity Monitors Device Architecture Register..........................................1512
C.6.26 AMDEVTYPE, Activity Monitors Device Type Register........................................................1514
C.6.27 AMPIDR4, Activity Monitors Peripheral Identification Register 4.......................................1515
C.6.28 AMPIDR0, Activity Monitors Peripheral Identification Register 0.......................................1516
C.6.29 AMPIDR1, Activity Monitors Peripheral Identification Register 1.......................................1517
C.6.30 AMPIDR2, Activity Monitors Peripheral Identification Register 2.......................................1519
C.6.31 AMPIDR3, Activity Monitors Peripheral Identification Register 3.......................................1520
C.6.32 AMCIDR0, Activity Monitors Component Identification Register 0...................................1521
C.6.33 AMCIDR1, Activity Monitors Component Identification Register 1...................................1523
C.6.34 AMCIDR2, Activity Monitors Component Identification Register 2...................................1524
C.6.35 AMCIDR3, Activity Monitors Component Identification Register 3...................................1525
C.7 External Trace unit registers summary.............................................................................1526
C.7.1 TRCPRGCTLR, Programming Control Register.....................................................................1528
C.7.2 TRCSTATR, Trace Status Register.........................................................................................1530
C.7.3 TRCCONFIGR, Trace Configuration Register.......................................................................1531
C.7.4 TRCAUXCTLR, Auxiliary Control Register...........................................................................1534
C.7.5 TRCEVENTCTL0R, Event Control 0 Register.......................................................................1535
C.7.6 TRCEVENTCTL1R, Event Control 1 Register.......................................................................1538
C.7.7 TRCRSR, Resources Status Register....................................................................................1541
C.7.8 TRCTSCTLR, Timestamp Control Register...........................................................................1543
C.7.9 TRCSYNCPR, Synchronization Period Register....................................................................1545
C.7.10 TRCCCCTLR, Cycle Count Control Register.......................................................................1547
C.7.11 TRCBBCTLR, Branch Broadcast Control Register..............................................................1548
C.7.12 TRCTRACEIDR, Trace ID Register.......................................................................................1550
C.7.13 TRCVICTLR, ViewInst Main Control Register.....................................................................1552
C.7.14 TRCVIIECTLR, ViewInst Include/Exclude Control Register................................................1555
C.7.15 TRCVISSCTLR, ViewInst Start/Stop Control Register........................................................1557
C.7.16 TRCSEQEVR0, Sequencer State Transition Control Register <n>....................................1560
C.7.17 TRCSEQEVR1, Sequencer State Transition Control Register <n>....................................1562
C.7.18 TRCSEQEVR2, Sequencer State Transition Control Register <n>....................................1565
C.7.19 TRCSEQRSTEVR, Sequencer Reset Control Register.......................................................1568
C.7.20 TRCSEQSTR, Sequencer State Register.............................................................................1570
C.7.21 TRCEXTINSELR0, External Input Select Register <n>.......................................................1571

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

C.7.22 TRCEXTINSELR1, External Input Select Register <n> ... 1574
C.7.23 TRCEXTINSELR2, External Input Select Register <n> ... 1576
C.7.24 TRCEXTINSELR3, External Input Select Register <n> ... 1578
C.7.25 TRCCNTRLDVR0, Counter Reload Value Register <n> ... 1580
C.7.26 TRCCNTRLDVR1, Counter Reload Value Register <n> ... 1581
C.7.27 TRCCNTCTLR0, Counter Control Register <n> ... 1582
C.7.28 TRCCNTCTLR1, Counter Control Register <n> ... 1585
C.7.29 TRCCNTVR0, Counter Value Register <n> ... 1588
C.7.30 TRCCNTVR1, Counter Value Register <n> ... 1590
C.7.31 TRCIDR8, ID Register 8 ... 1591
C.7.32 TRCIDR9, ID Register 9 ... 1592
C.7.33 TRCIDR10, ID Register 10 ... 1594
C.7.34 TRCIDR11, ID Register 11 ... 1595
C.7.35 TRCIDR12, ID Register 12 ... 1596
C.7.36 TRCIDR13, ID Register 13 ... 1597
C.7.37 TRCIMSPEC0, IMP DEF Register 0 ... 1598
C.7.38 TRCIDR0, ID Register 0 ... 1599
C.7.39 TRCIDR1, ID Register 1 ... 1602
C.7.40 TRCIDR2, ID Register 2 ... 1603
C.7.41 TRCIDR3, ID Register 3 ... 1605
C.7.42 TRCIDR4, ID Register 4 ... 1607
C.7.43 TRCIDR5, ID Register 5 ... 1609
C.7.44 TRCIDR6, ID Register 6 ... 1611
C.7.45 TRCIDR7, ID Register 7 ... 1612
C.7.46 TRCSSCSR<n>, Single-shot Comparator Control Status Register <n> , n = 0 - 7 ... 1613
C.7.47 TRCOSLSR, Trace OS Lock Status Register ... 1616
C.7.48 TRCPDCR, PowerDown Control Register ... 1617
C.7.49 TRCPDSR, PowerDown Status Register ... 1619
C.7.50 TRCCIDCCTLR0, Context Identifier Comparator Control Register 0 ... 1620
C.7.51 TRCVMIDCCTLR0, Virtual Context Identifier Comparator Control Register 0 ... 1622
C.7.52 TRCITCTRL, Integration Mode Control Register ... 1624
C.7.53 TRCCLAIMSET, Claim Tag Set Register ... 1626
C.7.54 TRCCLAIMCLR, Claim Tag Clear Register ... 1628
C.7.55 TRCDEVAFF, Device Affinity Register ... 1629
C.7.56 TRCLAR, Lock Access Register ... 1630
C.7.57 TRCLSR, Lock Status Register ... 1632

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

C.7.58 TRCAUTHSTATUS, Authentication Status Register....1633
C.7.59 TRCDEVARCH, Device Architecture Register....1637
C.7.60 TRCDEVID2, Device Configuration Register 2....1638
C.7.61 TRCDEVID1, Device Configuration Register 1....1640
C.7.62 TRCDEVID, Device Configuration Register....1641
C.7.63 TRCDEVTYPE, Device Type Register....1642
C.7.64 TRCPIDR4, Peripheral Identification Register 4....1643
C.7.65 TRCPIDR5, Peripheral Identification Register 5....1645
C.7.66 TRCPIDR6, Peripheral Identification Register 6....1647
C.7.67 TRCPIDR7, Peripheral Identification Register 7....1648
C.7.68 TRCPIDR0, Peripheral Identification Register 0....1649
C.7.69 TRCPIDR1, Peripheral Identification Register 1....1650
C.7.70 TRCPIDR2, Peripheral Identification Register 2....1652
C.7.71 TRCPIDR3, Peripheral Identification Register 3....1653
C.7.72 TRCCIDR0, Component Identification Register 0....1655
C.7.73 TRCCIDR1, Component Identification Register 1....1656
C.7.74 TRCCIDR2, Component Identification Register 2....1658
C.7.75 TRCCIDR3, Component Identification Register 3....1659

**D. Neoverse™ N2 AArch32 UNPREDICTABLE behaviors....1661**
D.1 Use of R15 by Instruction....1661
D.2 Load/Store accesses crossing page boundaries....1661
D.3 Armv8-A debug UNPREDICTABLE behaviors....1662
D.4 Other UNPREDICTABLE behaviors....1664

**E. Document revisions....1666**
E.1 Revisions....1666

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 1. Introduction

## 1.1 Product revision status

The r*x*p*y* identifier indicates the revision status of the product described in this manual, for example, r*1*p*2*, where:

**r*x***
: Identifies the major revision of the product, for example, r1.

**p*y***
: Identifies the minor revision or modification status of the product, for example, p2.

## 1.2 Intended audience

This manual is for system designers, system integrators, and programmers who are designing or programming a *System on Chip* (SoC) that uses an Arm core.

## 1.3 Conventions

The following subsections describe conventions used in Arm documents.

### Glossary

The Arm® Glossary is a list of terms used in Arm documentation, together with definitions for those terms. The Arm Glossary does not contain terms that are industry standard unless the Arm meaning differs from the generally accepted meaning.

See the Arm Glossary for more information: developer.arm.com/glossary.

| Convention | Use |
|---|---|
| *italic* | Citations. |
| **bold** | Terms in descriptive lists, where appropriate. |
| `monospace` | Text that you can enter at the keyboard, such as commands, file and program names, and source code. |
| `monospace` <u>`underline`</u> | A permitted abbreviation for a command or option. You can enter the underlined text instead of the full command or option name. |
| `<and>` | Encloses replaceable terms for assembler syntax where they appear in code or code fragments.<br><br>For example:<br><br>`MRC p15, 0, <Rd>, <CRn>, <CRm>, <Opcode_2>` |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Convention | Use |
| --- | --- |
| SMALL CAPITALS | Terms that have specific technical meanings as defined in the *Arm® Glossary*. For example, **IMPLEMENTATION DEFINED**, **IMPLEMENTATION SPECIFIC**, **UNKNOWN**, and **UNPREDICTABLE**. |

---

Caution

Recommendations. Not following these recommendations might lead to system failure or damage.

---

Warning

Requirements for the system. Not following these requirements might result in system failure or damage.

---

Danger

Requirements for the system. Not following these requirements will result in system failure or damage.

---

Note

An important piece of information that needs your attention.

---

Tip

A useful tip that might make it easier, better or faster to perform a task.

---

Remember

A reminder of something important that relates to the information you are reading.

---

### Timing diagrams

The following figure explains the components used in timing diagrams. Variations, when they occur, have clear labels. You must not assume any timing information that is not explicit in the diagrams.

Shaded bus and signal areas are undefined, so the bus or signal can assume any value within the shaded area at that time. The actual level is unimportant and does not affect normal operation.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure 1-1: Key to timing diagram conventions**




### Signals

The signal conventions are:

**Signal level**

The level of an asserted signal depends on whether the signal is active-HIGH or active-LOW. Asserted means:

- HIGH for active-HIGH signals.
- LOW for active-LOW signals.

**Lowercase n**

At the start or end of a signal name, n denotes an active-LOW signal.

## 1.4 Useful resources

This document contains information that is specific to this product. See the following resources for other useful information.

Access to Arm documents depends on their confidentiality:

- Non-Confidential documents are available at developer.arm.com/documentation. Each document link in the following tables goes to the online version of the document.
- Confidential documents are available to licensees only through the product package.

| Arm product resources | Document ID | Confidentiality |
|---|---|---|
| *Neoverse™ N2 Release Note* | - | Confidential |
| *Arm® Neoverse™ N2 Core Cryptographic Extension Technical Reference Manual* | 102101 | Non-Confidential |
| *Arm® Neoverse™ N2 Core Configuration and Integration Manual* | 102100 | Confidential |
| *Arm® DynamIQ™ Shared Unit-110 Technical Reference Manual* | 101381 | Non-Confidential |
| *Arm® DynamIQ™ Shared Unit-110 Configuration and Integration Manual* | 101382 | Confidential |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Arm architecture and specifications | Document ID | Confidentiality |
|---|---|---|
| *Arm® Architecture Reference Manual Supplement, The Scalable Vector Extension* | DDI 0584 | Non-Confidential |
| *AMBA® 5 CHI Architecture Specification* | IHI 0050 | Non-Confidential |
| *Arm® Reliability, Availability, and Serviceability (RAS) Specification, Armv8, for the Armv8-A architecture profile* | DDI 0587 | Non-Confidential |
| *Arm® Architecture Reference Manual Supplement Memory System Resource Partitioning and Monitoring (MPAM), for A-profile architecture* | DDI 0598 | Non-Confidential |
| *Arm® Architecture Reference Manual for A-profile architecture* | DDI 0487 | Non-Confidential |
| *Arm® Generic Interrupt Controller Architecture Specification, GIC architecture version 3 and version 4* | IHI 0069 | Non-Confidential |
| *Arm® CoreSight™ ELA-600 Embedded Logic Analyzer Technical Reference Manual* | 101089 | Non-Confidential |
| *Arm® CoreSight™ Architecture Specification v3.0* | IHI 0029 | Non-Confidential |

| Non-Arm resources | Document ID | Organization |
|---|---|---|
| | | |

Note

Arm tests its PDFs only in Adobe Acrobat and Acrobat Reader. Arm cannot guarantee the quality of its documents when used with any other PDF reader.

Adobe PDF reader products can be downloaded at http://www.adobe.com

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 2. The Neoverse™ N2 core

The Neoverse™ N2 core is a high-performance and low-power product that implements the Arm®v9.0-A architecture. This implementation supports all previous Armv8-A architecture implementations up to and including Arm®v8.5-A.

The Neoverse™ N2 core is implemented inside a DSU-110 cluster.

The following figure shows an example configuration with one Neoverse™ N2 core that is implemented as a single core in a DSU cluster which is configured for Direct connect, without the L3 cache, snoop filter, or *Snoop Control Unit* (SCU) logic present. The Neoverse™ N2 core supports Direct connect only. For more information on the DSU Direct connect, see the *Arm® DynamIQ™ Shared Unit-110 Technical Reference Manual*.

**Figure 2-1: Neoverse™ N2 example configuration**




This manual applies to the Neoverse™ N2 core only. Read this manual together with the *Arm® DynamIQ™ Shared Unit-110 Technical Reference Manual* for detailed information about the DSU-110.

This manual does not provide a complete list of registers. Read this manual together with the *Arm® Architecture Reference Manual for A-profile architecture*.

## 2.1 Neoverse™ N2 core features

The Neoverse™ N2 core should be used in standalone DSU configurations, that is configured in Direct connect mode.

### Core features

- Implementation of the Armv9-A A32, T32, and A64 instruction sets
- AArch32 Execution state at Exception level EL0 and AArch64 Execution state at all Exception levels, EL0 to EL3
- *Memory Management Unit* (MMU)
- 48-bit *Physical Address* (PA) and 48-bit *Virtual Address* (VA)

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

- *Generic Interrupt Controller* (GIC) CPU interface to connect to an external interrupt distributor
- Generic Timers interface that supports 64-bit count input from an external system counter
- Implementation of the *Reliability, Availability, and Serviceability* (RAS) Extension
- Implementation of the *Scalable Vector Extension* (SVE) with a 128-bit vector length and *Scalable Vector Extension 2* (SVE2)
- Integrated execution unit with Advanced *Single Instruction Multiple Data* (SIMD) and floating-point support
- Support for the optional Cryptographic Extension, which is licensed separately
- *Activity Monitors Unit* (AMU)

### Cache features

- Separate L1 data and instruction caches
- Private, unified data and instruction L2 cache
- Error protection on L1 instruction and data caches, L2 cache, and *MMU Translation Cache* (MMU TC) with parity or *Error Correcting Code* (ECC) allowing *Single Error Correction and Double Error Detection* (SECDED)
- Support for *Memory System Resource Partitioning and Monitoring* (MPAM)

### Debug features

- Armv9.0-A debug logic
- *Performance Monitoring Unit* (PMU)
- *Embedded Trace Extension* (ETE)
- *Trace Buffer Extension* (TRBE)
- *Statistical Profiling Extension* (SPE)
- Optional *Embedded Logic Analyzer* (ELA)

## 2.2 Neoverse™ N2 core configuration options

You can choose the options that fit your implementation needs at build-time configuration.

The Neoverse™ N2 core implementation options include:

**L2 cache size**

You can configure the L2 cache to be 512KB or 1024KB.

**L2 transaction queue size**

You can configure the L2 transaction queue size to be 48, 56, or 64.

**Cryptographic Extension**

You can configure your implementation with or without the Cryptographic Extension.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Coherent Instruction Cache**

You can configure your implementation with or without support for coherent Instruction Cache.

**Random Number Generator**

You can configure your implementation with or without support for Armv8.5-RNG.

**CoreSight *Embedded Logic Analyzer* (ELA)**

You can include support for integrating ELA-600 as a separate licensable product.

**Size of the ATB FIFO depth in the core ELA**

You can configure the size of the ATB FIFO to be 4, 8, 16, 32, or 64.

**Timing closure**

You can configure the L2 data cache RAMs timing behavior.

## 2.3 DSU-110 dependent features

Support for some DSU-110 features and behaviors depends on whether your licensed core supports a particular feature.

The following table describes which DSU-110 dependent features are supported in your Neoverse™ N2 core.

**Table 2-1: Neoverse™ N2 core features that have a dependency on the DSU-110**

| Feature | Supported in the Neoverse™ N2 core | Dependency on the DSU-110 |
|---|---|---|
| Direct connect | Only supports Direct connect | Direct connect support at the cluster level only applies when your licensed core also supports Direct connect.<br><br>Direct connect is intended for large systems where there are many cores. |
| Core included in a complex | No | Affects the cluster configuration and external signals. |
| Cryptographic Extension | Yes | Affects the external signals of the DSU-110. |
| *Maximum Power Mitigation Mechanism* (MPMM) | Yes | This affects the external signals of the DSU-110. |
| *Performance Defined Power* (PDP) feature | Yes | Affects the external signals of the DSU-110. |
| DISPBLKy signal supported | Yes | Affects the external signals of the DSU-110. |
| SMCRYPTODISABLE signal supported | No | Affects the external signals of the DSU-110. |
| *Statistical Profiling Extension* (SPE) architecture | Yes | Affects the external signals of the DSU-110. |
| *Physical Address* (PA) width | 48-bit | Affects the CHI master port bus width.<br><br>For more details, see the following parts of the *Arm® DynamIQ™ Shared Unit-110 Technical Reference Manual* :<br>• *CHI master interface* |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Note

The Cryptographic Extension is supplied under a separate license.

## 2.4 Supported standards and specifications

The Neoverse™ N2 core implements the Arm®v9.0-A architecture and supports all previous Armv8-A architectures up to Arm®v8.5-A. It also implements specific Arm architecture extensions and supports interconnect, interrupt, timer, debug, and trace architectures.

The Neoverse™ N2 core supports AArch32 at EL0 and AArch64 at all Exception levels, EL0 to EL3, and supports all mandatory features of each architecture version up to Arm®v8.5-A.

The following tables show, for each Armv8-A architecture version, the optional features that the Neoverse™ N2 core supports.

**Table 2-2: Armv8.0-A optional feature support in the Neoverse™ N2 core**

| Feature | Status | Notes |
|---|---|---|
| Cryptographic Extension | Supported using a configurable option | See the *Arm® Neoverse™ N2 Core Cryptographic Extension Technical Reference Manual* for more technical reference and register information. This extension is licensed separately and access to the documentation is restricted by contract with Arm. |
| Advanced *Single Instruction Multiple Data* (SIMD) and floating-point support | Supported | See 13. Advanced SIMD and floating-point support on page 105 for more technical reference and register information. |
| *Performance Monitoring Extension* (PME) | Supported | See the *Arm® Architecture Reference Manual for A-profile architecture* for information on this feature. |
| Armv8.6-DGH, *Data Gathering Hint* | Supported | Adds the Data Gathering Hint instruction to the hint space. |

**Table 2-3: Arm®v8.1-A optional feature support in the Neoverse™ N2 core**

| Feature | Status | Notes |
|---|---|---|
| FEAT_HAFDBS, Hardware management of the Access flag and dirty state | Supported | See the *Arm® Architecture Reference Manual for A-profile architecture* for information on these features. |
| FEAT_VMID16, 16-bit VMID | Supported | See the *Arm® Architecture Reference Manual for A-profile architecture* for information on these features. |

**Table 2-4: Arm®v8.2-A optional feature support in the Neoverse™ N2 core**

| Feature | Status | Notes |
|---|---|---|
| FEAT_HPDS2, Translation Table Page-Based Hardware Attributes | Supported | See the *Arm® Architecture Reference Manual for A-profile architecture* for information on these features. |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Feature | Status | Notes |
|---|---|---|
| Armv8.2-PCSample, PC Sample-based profiling | Supported | See the *Arm® Architecture Reference Manual for A-profile architecture* for information on these features. |
| Armv8.2-SHA, FEAT_SHA512 and FEAT_SHA3 functionality | Supported as part of Armv8-A Cryptographic Extension | See the *Arm® Architecture Reference Manual for A-profile architecture* for information on these features. |
| FEAT_VPIPT, VMID-aware PIPT instruction cache | Not supported | See the *Arm® Architecture Reference Manual for A-profile architecture* for information on these features. |
| Armv8.2-SM, FEAT_SM3 and FEAT_SM4 functionality | Supported as part of Armv8-A Cryptographic Extension | See the *Arm® Architecture Reference Manual for A-profile architecture* for information on these features. |
| FEAT_BF16, 16-bit floating-point instructions | Supported | See the *Arm® Architecture Reference Manual for A-profile architecture* for information on these features. |
| FEAT_I8MM, Int8 Matrix Multiply instructions | Supported | See the *Arm® Architecture Reference Manual for A-profile architecture* for information on these features. |
| Armv8.2-AA32BF16, 16-bit floating-point instructions | Supported | See the *Arm® Architecture Reference Manual for A-profile architecture* for information on these features. |
| Armv8.2-AA32I8MM, Int8 Matrix Multiply instructions | Supported | See the *Arm® Architecture Reference Manual for A-profile architecture* for information on these features. |
| Armv8.2-F32MM, FP32 Matrix Multiply instructions | Not supported | See the *Arm® Architecture Reference Manual for A-profile architecture* for information on these features. |
| Armv8.2-F64MM, FP64 Matrix Multiply instructions | Not supported | See the *Arm® Architecture Reference Manual for A-profile architecture* for information on these features. |
| FEAT_SVE | Supported | See 14. Scalable Vector Extensions support on page 106 and the *Arm® Architecture Reference Manual for A-profile architecture* for information on this extension. |
| FEAT_LPA and *Intermediate PA* (IPA) support | Not supported | - |
| FEAT_LVA, Large *Virtual Address*(VA) support | Not supported | - |
| FEAT_LSMAOC, Load/Store Multiple Atomicity and Ordering Controls | Not supported | - |
| FEAT_AA32HPD, AArch32 Hierarchical Permission Disables | Not supported | - |
| FEAT_SPE | Supported | - |

**Table 2-5: Arm®v8.3-A optional feature support in the Neoverse™ N2 core**

| Feature | Status | Notes |
|---|---|---|
| FEAT_NV, Nested Virtualization | Supported | - |
| FEAT_CCIDX, Cache extended number of sets | Supported | See the *Arm® Architecture Reference Manual for A-profile architecture* for information on this feature. |
| FEAT_Pauth2, Pointer Authentication enhancements | Supported | - |
| FEAT_FPAC, *Faulting Pointer Authentication Code* (FPAC) | Supported | - |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table 2-6: Arm®v8.4-A optional feature support in the Neoverse™ N2 core**

| Feature | Status | Notes |
|---|---|---|
| FEAT_AMUv1 | Supported | See the *Arm® Architecture Reference Manual for A-profile architecture* for information on this feature. |
| FEAT_MPAM | Supported | See the *Arm® Architecture Reference Manual Supplement Memory System Resource Partitioning and Monitoring (MPAM), for Armv8-A* for information on this extension. |
| FEAT_NV2, enhanced support for Nested Virtualization | Supported | - |

**Table 2-7: Arm®v8.5-A optional feature support in the Neoverse™ N2 core**

| Feature | Status | Notes |
|---|---|---|
| FEAT_MTE, *Memory Tagging Extension* (MTE) | Supported | The Neoverse™ N2 core always implements MTE and therefore is compliant with the CHI Issue E protocol.<br><br>See CHI master interface in the *Arm® DynamIQ™ Shared Unit-110 Technical Reference Manual* for information on CHI.E commands inferred by MTE. |
| FEAT_RNG, Random Number Generator instructions | Supported using a configurable option | - |
| FEAT_ExS, Context Synchronization and Exception Handling | Not supported | - |

The following table shows the Arm®v9.0-A features that the Neoverse™ N2 core supports.

**Table 2-8: Arm®v9.0-A feature support in the Neoverse™ N2 core**

| Feature | Status | Notes |
|---|---|---|
| FEAT_SV2 | Supported | See 14. Scalable Vector Extensions support on page 106. |
| FEAT_ETE | Supported | See 19. Embedded Trace Extension support on page 137. |
| FEAT_TRBE | Supported | See 20. Trace Buffer Extension support on page 150. |
| FEAT_SVE_SM4 instructions | Supported | See the *Arm® Architecture Reference Manual for A-profile architecture* for information on these features. |
| FEAT_SVE_SHA3 instructions | Supported | |
| SVE2 bit permute instructions | Supported | |
| FEAT_SVE_AES instructions | Supported | |
| *Transactional Memory Extension* (TME) | Not supported | - |

The following table shows the other standards and specifications that the Neoverse™ N2 core supports.

**Table 2-9: Other standards and specifications support in the Neoverse™ N2 core**

| Standard or specification | Version | Notes |
|---|---|---|
| FEAT_GICv3 | GICv4.1 | See the *Arm® Generic Interrupt Controller Architecture Specification, GIC architecture version 3 and version 4* for more information. |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Standard or specification | Version | Notes |
|---|---|---|
| FEAT_DEBUGv8p2 | - | Arm®v9.0-A architecture implemented with Arm®v8.4-A Debug architecture support and Arm®v8.3-A debug over powerdown support<br><br>See the *Arm®v8.5 Debug Architecture* for information on this architecture. |
| CoreSight | v3.0 | See the *Arm® CoreSight™ Architecture Specification v3.0* for more information. |
| FEAT_Debugv8p4, Debug | - | Arm®v9.0-A architecture implemented with ARMv8.3-DoPD, Debug over powerdown and ARMv8.4-Debug, Debug relaxations and extensions support.<br><br>See the *Arm® Architecture Reference Manual for A-profile architecture* for information on this architecture. |
| FEAT_RAS | - | All extensions up to Arm®v9.0-A with *Error Correcting Code* (ECC) configured.<br><br>See 11. RAS extension support on page 96 for more information on the implementation of this extension in the core. |

## 2.5 Test features

The Neoverse™ N2 core provides test signals that enable the use of both *Automatic Test Pattern Generation* (ATPG) and *Memory Built-In Self Test* (MBIST) to test the core logic and memory arrays.

The Neoverse™ N2 core includes an ATPG test interface that provides signals to control the *Design for Test* (DFT) features of the core. To prevent problems with DFT implementation, you must carefully consider how you use these signals.

Arm also provides MBIST interfaces that enable you to test the RAMs at operational frequency. You can add your own MBIST controllers to automatically generate test patterns and perform result comparisons. Optionally, you can use your EDA tool to test the physical RAMs directly instead of using the supplied Arm interfaces.

See *Design for Test integration guidelines* in the *Arm® Neoverse™ N2 Core Configuration and Integration Manual* for the list of test signals and information on their usage. See also *Design for Test integration guidelines* in the *Arm® DynamIQ™ Shared Unit-110 Configuration and Integration Manual* for the list of external scan control signals.

---

**Note**

The *Arm® Neoverse™ N2 Core Configuration and Integration Manual* and *Arm® DynamIQ™ Shared Unit-110 Configuration and Integration Manual* are confidential documents that are available with the appropriate product licenses.

---

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## 2.6 Design tasks

The Neoverse™ N2 core is delivered as a synthesizable RTL description in SystemVerilog. Before you can use the Neoverse™ N2 core, you must implement, integrate, and program it.

A different party can perform each of the following tasks:

**Implementation**

The implementer configures the RTL, adds vendor cells/RAMs, and takes the design through the synthesis and place and route (P&R) steps to produce a hard macrocell.

The implementer chooses the options that affect how the RTL source files are rendered. These options can affect the area, maximum frequency, power, and features of the resulting macrocell.

Other components such as DFT structures and, if necessary, power switches can be added to the implementation flow.

**Integration**

The integrator connects the macrocell into a SoC. This task includes connecting it to a memory system and peripherals.

The integrator configures some features of the core by tying inputs to specific values. These configuration settings affect the start-up behavior before any software configuration is made and can also limit the options available to the software.

**Software programming**

The system programmer develops the software to configure and initialize the core and tests the application software.

The programmer configures the core by programming values into registers. The programmed values affect the behavior of the core.

The operation of the final device depends on the build configuration, the configuration inputs, and the software configuration.

See *RTL configuration process* in the *Arm® Neoverse™ N2 Core Configuration and Integration Manual* and in the *Arm® DynamIQ™ Shared Unit-110 Configuration and Integration Manual* for implementation options. See also *Functional integration* in the *Arm® DynamIQ™ Shared Unit-110 Configuration and Integration Manual* for signal descriptions.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## 2.7 Product revisions

The following table indicates the main differences in functionality between product revisions.

**Table 2-10: Product revisions**

| Revision | Notes |
|---|---|
| r0p0 | First release for r0p0 |
| r0p1 | First release for r0p1 |
| r0p3 | First release for r0p3 |

Changes in functionality that have an impact on the documentation also appear in E. Document revisions on page 1666.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 3. Technical overview

All components in the Neoverse™ N2 core are always present. These components are designed to make the Neoverse™ N2 core a high-performance or balanced-performance core.

The main blocks include:

- The L1 instruction and L1 data memory systems
- The L2 memory system
- The register rename
- The instruction decode
- The instruction issue
- The execution pipeline
- The *Memory Management Unit* (MMU)
- The Trace unit and Trace buffer
- The *Performance Monitoring Unit* (PMU)
- The *Activity Monitors Unit* (AMU)
- The *Generic Interrupt Controller* (GIC) CPU interface

The Neoverse™ N2 core interfaces with the DSU-110 through the CPU bridge.

The Neoverse™ N2 core implements the Arm®v9.0-A architecture. The Arm®v9.0-A architecture extends the architecture defined in the Armv8-A architectures up to Arm®v8.5-A. The programmers model and the architecture features implemented, such as the Generic Timer, are compliant with the standards in 2.4 Supported standards and specifications on page 33.

## 3.1 Core components

The Neoverse™ N2 core includes components designed to make it a high-performance and low-power product. The Neoverse™ N2 core includes a CPU bridge that connects the core to the DSU-110. The DSU-110 connects the core to an external memory system and the rest of the *System on Chip* (SoC).

The following figure shows the Neoverse™ N2 core components.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure 3-1: Neoverse™ N2 core components**




## L1 instruction memory system

The L1 instruction memory system fetches instructions from the instruction cache and delivers the instruction stream to the instruction decode unit.

The L1 instruction memory system includes:

- A 64KB, 4-way set associative L1 instruction cache with 64-byte cache lines.
- A fully associative L1 instruction *Translation Lookaside Buffer* (TLB) with native support for 4KB, 16KB, 64KB, and 2MB page sizes.
- A 1536-entry, 4-way skewed associative *L0 Macro-OP* (MOP) cache, which contains decoded and optimized instructions for higher performance.
- A dynamic branch predictor.

## Instruction decode

The instruction decode unit decodes AArch32 and AArch64 instructions into internal format.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Register rename

The register rename unit performs register renaming to facilitate out-of-order execution and dispatches decoded instructions to various issue queues.

### Instruction issue

The instruction issue unit controls when the decoded instructions are dispatched to the execution pipelines. It includes issue queues for storing instructions pending dispatch to execution pipelines.

### Integer execute

The integer execution pipeline is part of the overall execution pipeline and includes the integer execute unit that performs arithmetic and logical data processing operations.

### Vector execute

The vector execute unit is part of the execution pipeline and performs Advanced SIMD and floating-point operations (FPU), executes the *Scalable Vector Extension* (SVE) and *Scalable Vector Extension 2* (SVE2) instructions, and can optionally execute the cryptographic instructions (Crypto).

**Advanced SIMD and floating-point support**

Advanced SIMD is a media and signal processing architecture that adds instructions primarily for audio, video, 3D graphics, image, and speech processing. The floating-point architecture provides support for single-precision and double-precision floating-point operations.

**Cryptographic Extension**

The Cryptographic Extension is optional in the Neoverse™ N2 core. The Cryptographic Extension adds new instructions to the Advanced SIMD and the *Scalable Vector Extension* (SVE) instruction sets that accelerate:

- *Advanced Encryption Standard* (AES) encryption and decryption.
- The *Secure Hash Algorithm* (SHA) functions SHA-1, SHA-224, SHA-256, SHA-384, and SHA-512.
- Armv8.2-SM SM3 hash function and SM4 encryption and decryption instructions.
- Finite field arithmetic that is used in algorithms such as Galois/Counter Mode and Elliptic Curve Cryptography.

The optional Cryptographic Extension is not included in the base product. Arm supplies the Cryptographic Extension only under an additional license to the Neoverse™ N2 core license.

**Scalable Vector Extension**

The *Scalable Vector Extension* (SVE) is an extension to the Armv8-A architecture.

SVE is defined for the AArch64 Execution state only.

It complements but does not replace AArch64 Advanced SIMD and floating-point functionality.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Note

The Advanced SIMD architecture, its associated implementations, and supporting software, are also referred to as NEON™ technology.

### L1 data memory system

The L1 data memory system executes load and store instructions and encompasses the L1 data side memory system. It also services memory coherency requests.

The L1 data memory system includes:

- A 64KB, 4-way set associative cache with 64-byte cache lines.
- A fully associative L1 data TLB with native support for 4KB, 16KB and 64KB page sizes and 2MB and 512MB block sizes.

### Memory Management Unit

The *Memory Management Unit* (MMU) provides fine-grained memory system control through a set of virtual-to-physical address mappings and memory attributes that are held in translation tables.

These are saved into the TLB when an address is translated. The TLB entries include global and *Address Space IDentifiers* (ASIDs) to prevent context switch TLB invalidations. They also include *Virtual Machine IDentifiers* (VMIDs) to prevent TLB invalidations on virtual machine switches by the hypervisor.

### L2 memory system

The L2 memory system includes the L2 cache. The L2 cache is private to the core and is 8-way set associative. You can configure its RAM size to be 512KB or 1024KB. The L2 memory system is connected to the DSU-110 through an asynchronous CPU bridge.

### Embedded Trace Extension and Trace Buffer Extension

The Neoverse™ N2 core supports a range of debug, test, and trace options including a trace unit and trace buffer.

The Neoverse™ N2 core also includes a ROM table that contains a list of components in the system. Debuggers can use the ROM table to determine which CoreSight components are implemented.

All the debug and trace components of the Neoverse™ N2 core are described in this manual. The *Arm® Neoverse™ N2 Core Configuration and Integration Manual* provides information about the *Embedded Logic Analyzer* (ELA).

### Performance Monitoring Unit

The *Performance Monitoring Unit* (PMU) provides six performance monitors that can be configured to gather statistics on the operation of each core and the memory system. The information can be used for debug and code profiling.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Statistical Profiling Extension

The Neoverse™ N2 core implements the optional *Statistical Profiling Extension* (SPE) to the Arm®v8.4-A architecture. The SPE provides a statistical view of the performance characteristics of executed instructions that software writers can use to optimize their code for better performance.

### GIC CPU interface

The GIC CPU interface, when integrated with an external distributor component, is a resource for supporting and managing interrupts in a cluster system.

### CPU bridge

In a cluster, there is one CPU bridge between each Neoverse™ N2 core and the DSU-110.

The CPU bridge controls buffering and synchronization between the core and the DSU-110.

The CPU bridge is asynchronous to allow different frequency, power, and area implementation points for each core. You can configure the CPU bridge to run synchronously without affecting the other interfaces such as debug and trace which are always asynchronous.

### Related information

6. Memory management on page 57
7. L1 instruction memory system on page 65
8. L1 data memory system on page 69
9. L2 memory system on page 74
12. GIC CPU interface on page 101
18. Performance Monitors Extension support on page 122
19. Embedded Trace Extension support on page 137
22. Statistical Profiling Extension support on page 156

## 3.2 Interfaces

The DSU-110 manages all Neoverse™ N2 core external interfaces to the *System on Chip* (SoC).

See *Technical overview* in the *Arm® DynamIQ™ Shared Unit-110 Technical Reference Manual* for detailed information on these interfaces.

## 3.3 Programmers model

The Neoverse™ N2 core implements the Arm®v9.0-A architecture. The Arm®v9.0-A architecture extends the architecture defined in the Armv8-A architectures up to Arm®v8.5-A. The Neoverse™ N2 core supports the AArch32 Execution state at EL0 and the AArch64 Execution state at all Exception levels, EL0 to EL3.

See the *Arm® Architecture Reference Manual for A-profile architecture* for more information about the programmers model.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Related information

2.4 Supported standards and specifications on page 33

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 4. Clocks and resets

To provide dynamic power savings, the Neoverse™ N2 core supports hierarchical clock gating. It also supports Warm and Cold resets.

Each Neoverse™ N2 core has a single clock domain and receives a single clock input. This clock input is gated by an architectural clock gate in the CPU bridge.

In addition, the Neoverse™ N2 core implements extensive clock gating that includes:

- Regional clock gates to various blocks that can gate off portions of the clock tree
- Local clock gates that can gate off individual registers or banks of registers

The Neoverse™ N2 core receives the following reset signals from the DSU-110 side of the CPU bridge:

- A Warm reset for all registers in the core except for:
    - Some parts of Debug logic
    - Some parts of trace unit logic
    - *Reliability, Availability, and Serviceability* (RAS) logic
- A Cold reset for all logic in the core, including the debug and trace logic.

See *Clocks and resets* and *Power and reset control with Power Policy Units* in the *Arm® DynamIQ™ Shared Unit-110 Technical Reference Manual* for a complete description of the clock gating and reset scheme of the core.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 5. Power management

The Neoverse™ N2 core provides mechanisms to control both dynamic and static power dissipation.

The dynamic power management includes the following features:

- Hierarchical clock gating
- Per-core *Dynamic Voltage and Frequency Scaling* (DVFS)

The static power management includes the following features:

- Powerdown
- Dynamic retention, a low-power mode that retains the register and RAM state

## 5.1 Voltage and power domains

The DSU-110 *Power Policy Units* (PPUs) control power management for the Neoverse™ N2 core. The core supports one power domain, PDCORE, and one system power domain, PDCLUSTER. Similarly, it supports one core voltage domain, VCORE, and one cluster system voltage domain, VCLUSTER. The power and voltage domains have the same boundaries.

The PDCORE power domain contains all Neoverse™ N2 core logic and part of the core asynchronous bridge that belongs to the VCORE domain. The PDCLUSTER power domain contains the part of the CPU bridge that belongs to the VCLUSTER domain.

The following figure shows the Neoverse™ N2 core power domain and voltage domain. It also shows the cluster power domain and voltage domain that cover the system side of the CPU bridge.

**Figure 5-1: Neoverse™ N2 voltage and power domains**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

You can tie the VCORE and VCLUSTER voltage domains to the same supply if either:

- The core is configured to run synchronously with the DSU-110 sharing the same clock.
- The core is not required to support *Dynamic Voltage and Frequency Scaling* (DVFS).

The following figure shows the power domains for an example with a Neoverse™ N2 core in a cluster.

**Figure 5-2: Core power domains in a cluster with one Neoverse™ N2 core**




Clamping cells between power domains are inferred through power intent files rather than instantiated in the RTL. See *Power management* in the *Arm® Neoverse™ N2 Core Configuration and Integration Manual* for more information.

For detailed information on the DSU-110 cluster power domains and voltage domains, see *Power management* in the *Arm® DynamIQ™ Shared Unit-110 Technical Reference Manual* .

Note: The *Arm® Neoverse™ N2 Core Configuration and Integration Manual* is a confidential document that is available with the appropriate product licenses.

## 5.2 Architectural clock gating modes

The `WFI` and `WFE` instructions put the core into a low-power mode. These instructions disable the clock at the top of the clock tree. The core remains fully powered and retains the state.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### 5.2.1 Wait for Interrupt and Wait for Event

*Wait for Interrupt* (WFI) and *Wait for Event* (WFE) are features that put the core in a low-power state by disabling most of the core clocks, while keeping the core powered up. When the core is in WFI or WFE state, the input clock is gated externally to the core at the CPU bridge.

There is a small amount of dynamic power used by the logic that is required to wake up the core from WFI or WFE low-power state. Other than this power use, the power that is drawn is reduced to static leakage current only.

When the core executes the `WFI` or `WFE` instruction, it waits for all instructions in the core, including explicit memory accesses, to retire before it enters a low-power state. The `WFI` and `WFE` instructions also ensure that store instructions have updated the cache or have been issued to the L3 memory system.

---

Note

Executing the `WFE` instruction when the event register is set does not cause entry into low-power state, but clears the event register.

---

The core exits the WFI or WFE state when one of the following events occurs:

- The core detects a reset.
- The core detects one of the architecturally defined WFI or WFE wakeup events.

WFI and WFE wakeup events can include physical and virtual interrupts.

See the *Arm® Architecture Reference Manual for A-profile architecture* for more information about entering low-power state and wakeup events.

### 5.2.2 Low-power state behavior considerations

You must consider how certain events affect the *Wait for Interrupt* (WFI) and *Wait for Event* (WFE) low-power state behavior of the Neoverse™ N2 core.

While the core is in WFI or WFE state, the clocks in the core are temporarily enabled when any of the following events are detected:

- A system snoop request that must be serviced by the core L1 data cache or the L2 cache
- A cache or *Translation Lookaside Buffer* (TLB) maintenance operation that must be serviced by the core L1 instruction cache, L1 data cache, L2 cache, or TLB
- An access on the utility bus interface
- A *Generic Interrupt Controller* (GIC) CPU access or debug access through the *Advanced Peripheral Bus* (APB) interface

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Note

The core does not exit WFI or WFE state when the clocks are temporarily enabled.

See the *Arm® Architecture Reference Manual for A-profile architecture* for more information about WFI and WFE.

## 5.3 Power control

The DSU-110 *Power Policy Units* (PPUs) control all core and cluster power mode transitions.

The core has its own individual PPU for controlling core power domain.

In addition, there is a PPU for the cluster.

The PPUs decide and request any change in power mode. The Neoverse™ N2 core then performs any actions necessary to reach the requested power mode. For example, the core might gate clocks, clean caches, or disable coherency before accepting the request.

See *Power management* and *Power and reset control with Power Policy Units* in the *Arm® DynamIQ™ Shared Unit-110 Technical Reference Manual* for more information about the PPUs for the cluster and the core.

## 5.4 Core power modes

The Neoverse™ N2 core power domain has a defined set of power modes and corresponding legal transitions between these modes.

The *Power Policy Unit* (PPU) of a core manages at the cluster level the transitions between the power modes for that core. See *Power management* in the *Arm® DynamIQ™ Shared Unit-110 Technical Reference Manual* for more information.

The following table shows the supported Neoverse™ N2 core power modes.

Caution

Power modes that are not shown in the following table are not supported and must not occur. Deviating from the legal power modes can lead to **UNPREDICTABLE** results. You must comply with the dynamic power management and powerup and powerdown sequences described in 5.5 Neoverse N2 core powerup and powerdown sequence on page 53.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table 5-1: Neoverse™ N2 core power modes**

| Power mode | Short name | Power state |
|---|---|---|
| On | ON | The core is powered up and active. |
| Full retention | FULL_RET | The core is in retention.<br>In this mode, only power that is required to retain register and RAM state is available. The core is not operational.<br><br>A core must be in *Wait for Interrupt* (WFI) or *Wait for Event* (WFE) low-power state before it enters this mode. |
| Off | OFF | The core is powered down. |
| Emulated Off | OFF_EMU | Emulated off mode permits you to debug the powerup and powerdown cycle without changing the software.<br><br>In this mode, the core powerdown is normal, except:<br>• The clock is not gated and power is not removed when the core is powered down.<br>• Only a Warm reset is asserted. The debug logic is preserved in the core and remains accessible by the debugger. |
| Debug recovery | DBG_RECOV | The RAM and logic are powered up.<br><br>This mode is for applying a Warm reset to the cluster, while preserving memory and RAS registers for debug purposes. Both cache and RAS state are preserved when transitioning from DBG_RECOV to ON.<br><br>**Caution:**<br>This mode must not be used during normal system operation. |
| Warm reset | WARM_RST | A Warm reset resets all state except for the trace logic and the debug and RAS registers. |

The following figure shows the supported modes for the Neoverse™ N2 core power domain and the legal transitions between them.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure 5-3: Neoverse™ N2 core power mode transitions**




## Related information

5.2 Architectural clock gating modes on page 47
5.4.4 Full retention mode on page 52
5.2.1 Wait for Interrupt and Wait for Event on page 47

## 5.4.1 On mode

In the On power mode, the Neoverse™ N2 core is on and fully operational.

The core can be initialized into the On mode. When a transition to the On mode is completed, all caches are accessible and coherent. Other than the normal architectural steps to enable caches, no additional software configuration is required.

## 5.4.2 Off mode

In the Off power mode, power is removed completely from the core and no state is retained.

In Off mode, all core logic and RAMs are off. The domain is inoperable and all core state is lost. The L1 and L2 caches are disabled, cleaned and invalidated, and the core is removed from coherency automatically on transition to Off mode.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

A Cold reset can reset the core in this mode.

An attempted debug access when the core domain is off returns an error response on the internal debug interface, indicating that the core is not available.

### 5.4.3 Emulated off mode

In Emulated off mode, all core domain logic and RAMs are kept on. All Debug registers must retain their state and be accessible from the external debug interface. All other functional interfaces behave as if the core were in Off mode.

### 5.4.4 Full retention mode

Full retention mode is a dynamic retention mode that is controlled using the *Power Policy Unit* (PPU). On wakeup, full power to the core can be restored and execution can continue.

In Full retention mode, only power that is required to retain register and RAM state is available. The core is in retention state and is non-operational.

The core enters Full retention mode when all of the following conditions are met:

- The retention timer has expired. For more information on setting the retention timer, see B.1.13 IMP_CPUPWRCTLR_EL1, CPU Power Control Register on page 281.
- The core is in *Wait for Interrupt* (WFI) or *Wait for Event* (WFE) low-power state.
- The core clock is not temporarily enabled for any of the following reasons:
    - L1 snoops or L2 snoops
    - Cache or *Translation Lookaside Buffer* (TLB) maintenance operations
    - Debug or *Generic Interrupt Controller* (GIC) access

The core exits Full retention mode when it detects any of the following events:

- A WFI or WFE wakeup event, as defined in the *Arm® Architecture Reference Manual for A-profile architecture*.
- An event that requires the core clock to be temporarily enabled without exiting the WFI or WFE low-power state. For example:
    - L1 snoops or L2 snoops
    - Cache or TLB maintenance operations
    - Debug access from the DebugBlock of the *DynamIQ™ Shared Unit-110* (DSU)
    - GIC access

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### 5.4.5 Debug recovery mode

Debug recovery mode supports debug of external watchdog-triggered reset events, such as watchdog timeout.

By default, the core invalidates its caches when it transitions from Off to On mode. Using Debug recovery mode allows the L1 cache and L2 cache contents that were present before the reset to be observable after the reset. The contents of the caches are retained and are not altered on the transition back to the On mode.

In addition to preserving the cache contents, Debug recovery supports preserving the *Reliability, Availability, and Serviceability* (RAS) state. When in Debug recovery mode, a DynamIQ™-110 cluster-wide Warm reset must be applied externally. The RAS and cache state are preserved when the core is transitioned to the On mode.

---

Caution

Debug recovery is strictly for debug purposes. It must not be used for functional purposes, because correct operation of the caches is not guaranteed when entering this mode.

---

Debug recovery mode can occur at any time with no guarantee of the state of the core. A request of this type is accepted immediately, therefore its effects on the core, the DynamIQ™ cluster, or the wider system are **UNPREDICTABLE**, and a wider system reset might be required. In particular, any outstanding memory system transactions at the time of the reset might complete after the reset. The core is not expecting these transactions to complete after a reset, and might cause a system deadlock.

If the system sends a snoop to the DynamIQ™ cluster during Debug recovery mode, depending on the cluster state:

- The snoop might get a response and disturb the contents of the caches
- The snoop might not get a response and cause a system deadlock

### 5.4.6 Warm reset mode

A Warm reset resets all state except for the trace logic and the debug and *Reliability, Availability, and Serviceability* (RAS) registers.

A Warm reset is applied to the Neoverse™ N2 core when the core receives a Warm reset signal from the DSU-110 side of the CPU bridge:

The Neoverse™ N2 core implements the Arm®v8-A Reset Management Register, RMR_EL3. When running in EL3, setting the RMR_EL3.RR bit to 1 requests a Warm reset.

See the *Arm® Architecture Reference Manual for A-profile architecture* for more information about RMR_EL3.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## 5.5 Neoverse™ N2 core powerup and powerdown sequence

No particular sequence applies to the Neoverse™ N2 core powerup. There are no software steps required to bring a core into coherence after reset. For powerdown, the Neoverse™ N2 core uses a specific sequence.

To powerdown the Neoverse™ N2 core:

1. If necessary, save the state of the core to system memory, so that it can be restored during the core powerup.
2. Disable the interrupt enable bits in the ICC_IGRPEN0_EL1 and ICC_IGRPEN1_EL1 registers. Set the GIC Distributor wake up request for the core using the GICR_WAKER register. Read the GICR_WAKER register to confirm that the ChildrenAsleep bit indicates that the interface is quiescent.
3. Disable the interrupt outputs from the RAS registers or redirect the core RAS fault and error interrupt outputs to the system error manager. See Managing RAS fault and error interrupts during the core powerdown procedure.
4. Set the IMP_CPUPWRCTLR_EL1.CORE_PWRDN_EN bit to 1 to indicate to the power controller that a powerdown is requested.
5. Execute an `ISB` instruction.
6. Execute a `WFI` instruction.

After executing `WFI` and then receiving a powerdown request from the power controller, the hardware:

- Disables and cleans the core cache
- Removes the core from coherency

When the IMP_CPUPWRCTLR_EL1.CORE_PWRDN_EN bit is set, executing a `WFI` instruction automatically masks all interrupts and wakeup events in the core. As a result, applying a reset is the only way to wake up the core from the *Wait for Interrupt* (WFI) state.

### Managing RAS fault and error interrupts during the core powerdown procedure

The WFI instruction is the point of no return for powering down the core. For this reason, the power management architecture does not permit interrupting the core software after this WFI instruction is executed.

Therefore, the core software cannot be interrupted to manage any RAS fault or error which is either:

- Detected before the core powerdown procedure executes the WFI instruction and is not cleared
- Detected after the core powerdown procedure executes the WFI instruction.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Any RAS fault or error interrupt output from the core that is active prevents the core from powering down. This means that:

- The core is left powered ON but the software is inactive.
- All requests from the core PPU to powerdown the core are denied.
- A full cluster reset is the only mechanism available to restart the core software.

Therefore, the status of the RAS fault and error interrupts must be managed as part of the core powerdown sequence to prevent this situation from occurring.

The two general options for managing RAS fault and error interrupts during the core powerdown procedure are:

1. Disable the generation of RAS fault and error interrupts using the ERxCTLR_EL1 registers and clear any current RAS fault or error interrupts before the core powerdown procedure executes the WFI instruction.
2. Reroute the RAS fault or error interrupts to a separate system error management device as part of the powerdown procedure. This device, such as a System Control Processor, is responsible for resetting the system if a fault or error is signaled. However, this approach is only possible if the system has been designed to allow the RAS interrupt outputs to be re-routed to another component.

If all the RAS fault and error interrupt outputs are disabled before the core powerdown procedure but the error detection and correction response is still enabled, then:

- Any correctable errors are corrected.
- Any deferrable errors are deferred as part of the automatic cache clean and invalidation procedures.
- The Error records for the correctable and deferrable errors are lost after the core is powered OFF.
- If there is an uncorrectable error when the core is powering off, then this error is not signaled to the system and therefore this uncorrectable error might corrupt the system behaviour.

In some systems it might be preferable to disable the generation of RAS fault and error interrupts for correctable and deferrable errors but to enable the error interrupt for uncorrectable errors as follows: ERxCTLR_EL1.CFI = 0, ERxCTLR_EL1.FI = 0, and ERxCTLR_EL1.UI = 1. Using this approach, the core error interrupt output must be rerouted to the system error manager before executing the WFI instruction in the core powerdown procedure. If an uncorrectable error occurs during the powerdown the core remains powered ON but the software is inactive. The system error manager is then responsible for resetting the entire cluster and the wider system that is interacting with the core and cluster. To use this approach, the system must permit the core RAS error interrupt to be rerouted to the system error manager. However, the system error manager is unable to identify where the uncorrectable error occurred within the core because the core RAS registers are only accessible to software running on the core.

### Related information

B.1.13 IMP_CPUPWRCTLR_EL1, CPU Power Control Register on page 281

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## 5.6 Debug over powerdown

The Neoverse™ N2 core supports debug over powerdown, which allows a debugger to retain its connection with the core even when powered down. This behavior enables debug to continue through powerdown scenarios, rather than having to re-establish a connection each time the core is powered up.

The debug over powerdown logic is part of the DebugBlock in the DSU-110. The DebugBlock is external to the cluster, and must remain powered on during the debug over powerdown process.

See *Debug* in the *Arm® DynamIQ™ Shared Unit-110 Technical Reference Manual* for more information.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 6. Memory management

The *Memory Management Unit* (MMU) translates an input address to an output address.

This translation is based on address mapping and memory attribute information that is available in the Neoverse™ N2 core internal registers and translation tables. The MMU also controls memory access permissions, memory ordering, and cache policies for each region of memory.

An address translation from an input address to an output address is described as a stage of address translation. The Neoverse™ N2 core can perform:

- Stage 1 translations that translate an input *Virtual Address* (VA) to an output *Physical Address* (PA) or *Intermediate Physical Address* (IPA).
- Stage 2 translations that translate an input IPA to an output PA.
- Combined stage 1 and stage 2 translations that translate an input VA to an IPA, and then translate that IPA to an output PA. The Neoverse™ N2 core performs translation table walks for each stage of the translation.

In addition to translating an input address to an output address, a stage of address translation also defines the memory attributes of the output address. With a two-stage translation, the stage 2 translation can modify the attributes that the stage 1 translation defines. A stage of address translation can be disabled or bypassed, and cores can define memory attributes for disabled and bypassed stages of translation.

Each stage of address translation uses address translations and associated memory properties that are held in memory-mapped translation tables. Translation table entries can be cached into a *Translation Lookaside Buffer* (TLB). The translation table entries enable the MMU to provide fine-grained memory system control and to control the table walk hardware.

See the *Arm® Architecture Reference Manual for A-profile architecture* for more information on this feature.

## 6.1 Memory Management Unit components

The Neoverse™ N2 *Memory Management Unit* (MMU) includes several *Translation Lookaside Buffers* (TLBs), an *MMU Translation Cache* (MMUTC), and a translation table prefetcher.

A TLB is a cache of recently executed page translations within the MMU. The Neoverse™ N2 core implements a two-level TLB structure. The TLB stores all translation table sizes and is responsible for breaking these down into smaller tables when required for the L1 data or instruction TLB.

The following table describes the MMU components.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table 6-1: MMU components**

| Component | Description |
|---|---|
| L1 instruction TLB | • Caches entries at the 4KB, 16KB, 64KB, or 2MB granularity of *Virtual Address* (VA) to *Physical Address* (PA) mapping only<br>• Fully associative<br>• 48 entries |
| L1 data TLB | • Caches entries at the 4KB, 16KB, 64KB, 2MB, or 512MB granularity of VA to PA mappings only<br>• Fully associative<br>• 44 entries |
| L1 *Trace Buffer Extension* (TRBE) TLB | • VA to PA translations of any page and block size<br>• 2 entries |
| L2 TLB | • Shared by instructions and data<br>• VA to PA mappings for 4KB, 16KB, 64KB, 2MB, 32MB, 512MB, and 1GB block sizes<br>• *Intermediate Physical Address* (IPA) to PA mappings for:<br>  ◦ 2MB and 1GB block sizes in a 4KB translation granule<br>  ◦ 32MB block size in a 16KB translation granule<br>  ◦ 512MB block size in a 64KB granule<br>• *Intermediate PAs* (IPAs) obtained during a translation table walk<br>• 5-way set associative<br>• 1280 entries |
| Translation table prefetcher | • Detects access to contiguous translation tables and prefetches the next one<br>• Can be disabled in the ECTLR register |

TLB entries contain a global indicator and an *Address Space Identifier* (ASID) to allow context switches without requiring the TLB to be invalidated.

TLB entries contain a *Virtual Machine IDentifier* (VMID) to allow virtual machine switches by the hypervisor without requiring the TLB to be invalidated.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

A hit in the L1 instruction TLB provides a single CLK cycle access to the translation, and returns the PA to the instruction cache for comparison. It also checks the access permissions to signal an Instruction Abort.

A hit in the L1 data TLB provides a single CLK cycle access to the translation, and returns the PA to the data cache for comparison. It also checks the access permissions to signal a Data Abort.

A miss in the L1 data TLB or a hit in the L2 TLB has a 3-cycle penalty compared to a hit in the L1 data TLB. This penalty can be increased depending on the arbitration of pending requests.

## 6.2 TLB entry content

*Translation Lookaside Buffer* (TLB) entries store the context information required to facilitate a match and avoid the need for a TLB clean on a context or virtual machine switch.

Each TLB entry contains:

- A *Virtual Address* (VA)
- A *Physical Address* (PA)
- A set of memory properties that includes type and access permissions

Each TLB entry is associated with either:

- A particular *Address Space IDentifier* (ASID)
- A global indicator

Each TLB entry also contains a field to store the *Virtual Machine IDentifier* (VMID) in the entry applicable to accesses from EL0 and EL1. The VMID permits hypervisor virtual machine switches without requiring the TLB to be invalidated.

### Related information

6.4 Translation table walks on page 60

## 6.3 Translation Lookaside Buffer match process

The Armv8-A architecture provides support for multiple *Virtual Address* (VA) spaces that are translated differently.

Each TLB entry is associated with a particular translation regime.

- EL3 in Secure state
- EL2 (or EL0 in VHE mode) in Secure state
- EL1 or EL0 in Secure state
- EL1 or EL0 in Non-secure state

A TLB match entry occurs when the following conditions are met:

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

- The VA bits[48:N], where N is $\log_2$ of the block size for that translation that is stored in the TLB entry, matches the requested address.
- Entry translation regime matches the current translation regime.
- The ASID matches the current ASID held in the TTBR0_ELx or TTBR1_ELx register associated with the target translation regime, or the entry is marked global.
- The VMID matches the current VMID held in the VTTBR_EL2 register.

The ASID and VMID matches are ignored when ASID and VMID are not relevant. ASID is relevant when the translation regime is:

- EL2 in Secure state with HCR_EL2.E2H and HCR_EL2.TGE set to 1
- EL1 or EL0 in Secure state
- EL1 or EL0 in Non-secure state

VMID is relevant for EL1 or EL0 in Non-secure state when HCR_EL2.E2H and HCR_EL2.TGE are not both set. It is also relevant in Secure state when SCR_EL3.EEL2 is 1.

## 6.4 Translation table walks

When the Neoverse™ N2 core generates a memory access, the *Memory Management Unit* (MMU) searches for the requested *Virtual Address* (VA) in the *Translation Lookaside Buffers* (TLBs). If it is not present, then it is a miss and the MMU proceeds by looking up the translation table during a translation table walk.

When the Neoverse™ N2 core generates a memory access, the MMU:

1. Performs a lookup for the requested VA, current *Address Space IDentifier* (ASID), current *Virtual Machine IDentifier* (VMID), and current translation regime in the relevant instruction or data L1 TLB.
2. If there is a miss in the relevant L1 TLB, the MMU performs a lookup in the L2 TLB for the requested VA, current ASID, current VMID, and translation regime.
3. If there is a miss in the L2 TLB, the MMU performs a hardware translation table walk.

Address translation is performed only when the MMU is enabled. They can also be disabled for a particular translation base register, in which case the MMU returns a translation fault.

You can program the MMU to make the accesses that are generated by translation table walks cacheable. This means that translation table entries can be cached in the L2 cache, the L3 cache, and external caches.

During a lookup or translation table walk, the access permission bits in the matching translation table entry determine whether the access is permitted. If the permission checks are violated, the MMU signals a permission fault. See the Arm® Architecture Reference Manual for A-profile architecture for more information.

The following figure shows the translation table walk process.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure 6-1: Translation table walks**




In translation table walks the descriptor is fetched from the L2 memory system.

### Related information

7. L1 instruction memory system on page 65
8. L1 data memory system on page 69
9. L2 memory system on page 74

## 6.5 Hardware management of the Access flag and dirty state

The core includes the option to perform hardware updates to the translation tables.

This feature is enabled in TCR_ELx (where x is 1-3) and VTCR_EL2. To support hardware management of dirty state, translation table descriptors include the *Dirty Bit Modifier* (DBM) field.

The Neoverse™ N2 core supports hardware updates to the Access flag and to dirty state only when the translation tables are held in Inner Write-Back and Outer Write-Back Normal memory regions. If software requests a hardware update in a region that is not Inner Write-Back or Outer Write-Back Normal memory, then the Neoverse™ N2 core returns an abort with the following encoding:

- ESR_ELx.DFSC = `0b110001` for Data Aborts
- ESR_ELx.IFSC = `0b110001` for Instruction Aborts

## 6.6 Responses

Certain faults and aborts can cause an exception to be taken because of a memory access.

### MMU responses

When one of the following operations is completed, the *Memory Management Unit* (MMU) generates a translation response to the requester:

- An L1 instruction or data *Translation Lookaside Buffer* (TLB) hit

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

- An L2 TLB hit
- A translation table walk

The responses from the MMU contain the following information:

- The *Physical Address* (PA) that corresponds to the translation
- A set of permissions
- Secure or Non-secure state information
- All the information that is required to report aborts

### MMU aborts

The MMU can detect faults that are related to address translation and can cause exceptions to be taken to the core. Faults can include address size faults, translation faults, access flag faults, and permission faults.

### External aborts

External aborts occur in the memory system, and are different from aborts that the MMU detects. Normally, external memory aborts are rare. External aborts are caused by errors that are flagged by the external memory interfaces or are generated because of an uncorrected *Error Correcting Code* (ECC) error in the L1 data cache or L2 cache arrays.

External aborts are reported synchronously when they occur during translation table walks, data accesses due to all loads to Normal memory, all loads with acquire semantics and all `AtomicLd`, `AtomicCAS`, and `AtomicSwap` instructions. The address captured in the *Fault Address Register* (FAR) is the target address of the instruction that generated the synchronous abort. External aborts are reported asynchronously, then they occur for loads to Device memory without release semantics, stores to any memory type, and `AtomicSt`, cache maintenance, `TLBI`, and `IC` instructions.

Neoverse™ N2 will take a synchronous abort on a Normal memory ldrx that receives an non-EXOK response from CHI. The abort will be asynchronous for Device memory ldrx. For strx, OK and EXOK responses are expected and do not cause aborts. NDErr and DErr responses for WriteNoSnp Excl=1 cause asynchronous aborts.

### Misprogramming contiguous hints

A programmer might mis-program the translation tables so that:

- The block size being used to translate the address is larger than the size of the input address.
- The address range translated by a set of blocks that is marked as contiguous, by use of the contiguous bit, is larger than the size of the input address.

If there is this kind of mis-programming, the Neoverse™ N2 core does not generate a translation fault.

### Conflict aborts

The Neoverse™ N2 core does not generate conflict aborts.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

When a TLB conflict is detected in the L1 TLB or L2 TLB, hardware automatically handles the conflict by invalidating the conflict entries.

## 6.7 Memory behavior and supported memory types

The Neoverse™ N2 core supports memory types defined in the Armv8-A architecture.

The following table shows how memory types are supported in the Neoverse™ N2 core.

**Table 6-2: Supported device memory types**

| Memory attribute type | Shareability | Inner Cacheability | Outer Cacheability | Notes |
|---|---|---|---|---|
| Device nGnRnE | Outer Shareable | - | - | Treated as Device nGnRnE |
| Device nGnRE | Outer Shareable[1] | - | - | Treated as Device nGnRE |
| Device nGRE | Outer Shareable[1] | - | - | Treated as Device nGRE |
| Device GRE | Outer Shareable[1] | - | - | Treated as Device GRE |
| Normal | Outer Shareable[1] | Non-cacheable | Any | Treated as Non-cacheable |
| Normal | Outer Shareable[1] | Write-Through Cacheable | Any | Treated as Non-cacheable |
| Normal | Outer Shareable[1] | Write-Back Cacheable | Non-cacheable | Treated as Non-cacheable |
| Normal | Outer Shareable[1] | Write-Back Cacheable | Write-Through Cacheable | Treated as Non-cacheable |
| Normal | See Table 6-3: Shareability for Normal memory on page 63. | Write-Back Cacheable (any allocation hint) | Write-Back Cacheable No Allocate | Treated as Write-Back Read and Write Allocate but the outer cacheability propagated to the DSU-110 is 0 (No Allocate) |
| Normal | See Table 6-3: Shareability for Normal memory on page 63. | Write-Back Cacheable (any allocation hint) | Write-Back Read or Write Allocate | Treated as Write-Back Read and Write Allocate but the outer cacheability propagated to the DSU-110 is 1, therefore upgraded to Write and Read Allocate |

The following table shows how the shareability is treated for certain Normal memory.

**Table 6-3: Shareability for Normal memory**

| Shareability | Treated as |
|---|---|
| Non-shareable | Non-shareable |
| Outer Shareable | Outer Shareable |
| Inner Shareable | Outer Shareable |

[1] Non-cacheable and Device are treated as Outer Shareable. Combinations of Non-cacheable and Write-Trough are treated as Non-cacheable, and therefore are Outer Shareable.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 6.8 Page-based hardware attributes

*Page-Based Hardware Attributes* (PBHA) is an optional, **IMPLEMENTATION DEFINED** feature.

It allows software to set up to four bits in the translation tables, which are then propagated though the memory system with transactions and can be used in the system to control system components. The meaning of the bits is specific to the system design.

For information on how to set and enable the PBHA bits in the translation tables, see the *Arm® Architecture Reference Manual for A-profile architecture*. When disabled, the PBHA value that is propagated on the bus is 0.

For memory accesses caused by a translation table walk, the ATCR, and AVTCR registers control the PBHA values.

### PBHA combination between stage 1 and stage 2 on memory accesses

PBHA should always be considered as an attribute of the physical address.

When stage 1 and stage 2 are enabled:

- If both stage 1 PBHA and stage 2 PBHA are enabled, the final PBHA is stage 2 PBHA.
- If stage 1 PBHA is enabled and stage 2 PBHA is disabled, the final PBHA is stage 1 PBHA.
- If stage 1 PBHA is disabled and stage 2 PBHA is enabled, the final PBHA is stage 2 PBHA.
- If both stage 1 PBHA and stage 2 PBHA are disabled, the final PBHA is defined to 0.

Enable of PBHA has a granularity of one bit, so this property is applied independently on each PBHA bit.

### Mismatched aliases

If the same physical address is accessed through more than one virtual address mapping, and the PBHA bits are different in the mappings, then the results are **UNPREDICTABLE**. The PBHA value sent on the bus could be for either mapping.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 7. L1 instruction memory system

The Neoverse™ N2 L1 memory system is responsible for fetching instructions and predicting branches. It includes the L1 instruction cache, the L1 instruction *Translation Lookaside Buffer* (TLB), and the *Macro-operation* (MOP) cache.

The L1 instruction memory system provides an instruction stream to the decoder. To increase overall performance and reduce power consumption, the L1 instruction memory system uses dynamic branch prediction and instruction caching.

The following table shows the L1 instruction memory system features.

**Table 7-1: L1 instruction memory system features**

| Feature | Description |
| --- | --- |
| L1 instruction cache | 64KB |
| | 4-way set associative |
| | *Virtually Indexed, Physically Tagged* (VIPT) behaving as *Physically Indexed, Physically Tagged* (PIPT) |
| | Always protected with parity |
| Cache line length | 64 bytes |
| *Macro-operation* (MOP) cache | 1536 Macro-operations |
| | 4-way skewed associative |
| | *Virtually Indexed, Virtually Tagged* (VIVT) behaving as *Physically Indexed, Physically Tagged* (PIPT) |
| | Level 0 instruction cache working in the fetch stages of the pipeline to improve throughput and latency |
| Cache policy | Pseudo-*Least Recently Used* (LRU) cache replacement policy |

Note

The L1 instruction TLB also resides in the L1 instruction memory system. However, it is part of the *Memory Management Unit* (MMU) and is described in 6. Memory management on page 57.

## 7.1 L1 instruction cache behavior

The L1 instruction cache is invalidated automatically at reset unless the core power mode is initialized to Debug Recovery.

In Debug Recovery mode, the L1 instruction cache is not functional.

### L1 instruction cache disabled behavior

If the L1 instruction cache is disabled, then instruction fetches cannot access any of the instruction cache arrays, except for cache maintenance operations which can execute normally.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

If the L1 instruction cache is disabled, then all instruction fetches to cacheable memory are treated as if they were non-cacheable. This treatment means that instruction fetches might not be coherent with caches in other cores, and software must take this into account.

Note

No relationship between cache sets and *Physical Address* (PA) can be assumed. Arm recommends that cache maintenance operations by set/way are used only to invalidate the entire cache.

**Related information**

5.4.5 Debug recovery mode on page 52

## 7.2 L1 instruction cache Speculative memory accesses

Instruction fetches are Speculative and there can be several unresolved branches in the pipeline.

A branch instruction or exception in the code stream can cause a pipeline flush, discarding the currently fetched instructions. On instruction fetches, pages with Device memory type attributes are treated as Non-Cacheable Normal Memory.

Device memory pages must be marked with the translation table descriptor attribute bit *eXecute Never* (XN). The device and code address spaces must be separated in the physical memory map. This separation prevents Speculative fetches to read-sensitive devices when address translation is disabled.

If the L1 instruction cache is enabled and if the instruction fetches miss in the L1 instruction cache, then they can still look up in the L1 data cache. However, the lookup never causes an L1 data cache refill, regardless of the data cache enable status. The line is only allocated in the L2 cache, provided that the L1 instruction cache is enabled.

## 7.3 Program flow prediction

The Neoverse™ N2 core contains program flow prediction hardware, also known as branch prediction. Branch prediction increases overall performance and reduces power consumption.

Program flow prediction is enabled when the *Memory Management Unit* (MMU) is enabled for the current exception level. If program flow prediction is disabled, then all taken branches incur a penalty that is associated with cleaning the pipeline. If program flow prediction is enabled, then it predicts whether a conditional or unconditional branch is to be taken, as follows:

- For conditional branches, it predicts whether the branch is to be taken and the address to which the branch goes, known as the branch target address.
- For unconditional branches, it only predicts the branch target address.

Program flow prediction hardware contains the following functionality:

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

- A *Branch Target Buffer* (BTB) holding the branch target address of previously observed taken branches
- A branch direction predictor that uses the previous branch history
- The return stack, a stack of nested subroutine return addresses
- A static branch predictor
- An indirect branch predictor

### Predicted and non-predicted instructions

Unless otherwise specified, the following list applies to A64, A32, and T32 instructions. Program flow prediction hardware predicts all branch instructions, and includes:

- Conditional branches
- Unconditional branches
- Indirect branches that are associated with procedure call and return instructions
- Branches that switch between A32 and T32 states

Exception return branch instructions are not predicted.

### T32 state conditional branches

A T32 unconditional branch instruction can be made conditional by inclusion in an *If-Then* (IT) block. It is then treated as a conditional branch.

### Return stack

The return stack stores the address and instruction set state. This address is equal to the link register value stored in R14 in AArch32 state or X30 in AArch64 state.

In AArch64, any of the following instructions causes a return stack push:

- `BL`
- `BLR`
- `BLRAA`
- `BLRAAX`
- `BLRAB`
- `BLRABZ`

Any of the following instructions cause a return stack pop:

- `RET`
- `RETAA`
- `RETAB`

In AArch32, any of the following instructions causes a return stack push:

- `BL r14`
- `BLX`

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

- `MOV pc, r14`

Any of the following instructions cause a return stack pop:

- `BX`
- `LDR pc, [r13], #imm`
- `LDM r13, {...pc}`

The following instructions are not predicted:

- `ERET`
- `ERETAA`
- `ERETAB`

## 7.4 Instruction cache hardware coherency

When the optional instruction cache hardware coherency option is configured using the COHERENT_ICACHE parameter, the following behaviors in the core are affected:

- L1 instruction cache and L2 cache become strictly inclusive. Any cache line present in the L1 instruction cache is also present in the L2 cache.
- Instruction cache invalidate instructions are treated as no-ops and do not cause instruction cache invalidation or DVMMsg broadcasts to other cores.
- L2 cache monitors all store and cache invalidation coherency traffic and ensures that the L1 instruction cache invalidates any entry that is written to, or invalidated from, the L2 cache.
- CTR_EL0[29] reads as 1. Using this register, software can discover that the core implements instruction cache hardware coherency and can optimize functions to not issue instruction cache instructions.

The following restrictions and recommendations apply to configuring instruction cache hardware coherency in the core:

- The coherency domain containing a core configured with instruction cache hardware coherency must not contain any coherent agents that require software instruction cache maintenance.
- Arm recommends that systems using instruction cache hardware coherency should be configured with an L2 cache size of 1MB. An L2 cache size of 512KB is also acceptable, but will see approximately a 1-2% reduction in performance due to the overhead of a strictly inclusive L1 instruction cache and L2 cache.
- Arm recommends systems consisting of a large number of Neoverse™ N2 cores should configure the cores with instruction cache coherency to eliminate possible performance issues related to instruction cache instruction broadcasts as DVMMsg transactions to all masters in the system.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 8. L1 data memory system

The Neoverse™ N2 L1 data memory system is responsible for executing load and store instructions, as well as specific instructions such as atomics, cache maintenance operations, and memory tagging instructions. It includes the L1 data cache and the L1 data *Translation Lookaside Buffer* (TLB).

The L1 data memory system executes load and store instructions and services memory coherency requests.

The following table shows the L1 data memory system features.

**Table 8-1: L1 data memory system features**

| Feature | Description |
|---|---|
| L1 data cache | 64KB |
| | 4-way set associative |
| | *Virtually indexed, Physically Tagged* (VIPT) behaving as *Physically Indexed, Physically Tagged* (PIPT) |
| | Always protected with *Error Correcting Code* (ECC) |
| Cache line length | 64 bytes |
| Cache policy | Pseudo-*Least Recently Used* (LRU) cache replacement policy |
| Interface with integer execute pipeline and vector execute | • 3×64-bit read paths and 4×64-bit write paths for the integer execute pipeline<br>• 3×128-bit read paths and 2×128-bit write paths for the vector execute pipeline |

Note

The L1 data TLB also resides in the L1 data memory system. However, it is part of the *Memory Management Unit* (MMU) and is described in 6. Memory management on page 57.

## 8.1 L1 data cache behavior

The L1 data cache is invalidated automatically at reset unless the core power mode is initialized to Debug recovery.

In Debug recovery mode, the L1 data cache is not functional.

There is no operation to invalidate the entire data cache. If software requires this function, then it must be constructed by iterating over the cache geometry and executing a series of individual invalidates by set/way instructions. DCCISW operations perform both a clean and invalidate of the target set/way. The values of HCR_EL2.SWIO have no effect.

### L1 data cache disabled behavior

If the L1 data cache is disabled, then:

- A new line is not allocated in the L2 cache as a result of an instruction fetch.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

- All load and store instructions to cacheable memory are treated as Non-cacheable.
- Data cache maintenance operations continue to execute normally.

The L1 data and L2 caches cannot be disabled independently. When a core disables the L1 data cache, cacheable memory accesses issued by that core are no longer cached in the L1 or L2 cache.

To maintain data coherency between multiple cores, the Neoverse™ N2 core uses the *Modified Exclusive Shared Invalid* (MESI) protocol.

### Related information

5.4.5 Debug recovery mode on page 52

## 8.2 Instruction implementation in the L1 data memory system

The Neoverse™ N2 core supports the atomic instructions added in the Arm®v8.1-A architecture. Atomic instructions to Cacheable memory can be performed as either near atomics or far atomics, depending on where the cache line containing the data resides.

If an instruction hits in the L1 data cache, then the Neoverse™ N2 core tries to perform it as a near atomic. Then, based on system behavior, the core can decide to perform it as a far atomic.

If the operation misses everywhere within the cluster and the interconnect supports far atomics, then the atomic is passed on to the interconnect to perform the operation. If the operation hits anywhere inside the cluster, or if an interconnect does not support atomics, then the L3 memory system performs the atomic operation. If the line is not already there, it allocates the line into the L3 cache.

Therefore if software prefers that the atomic is performed as a near atomic, then precede the atomic instruction with a `PLDW` or `PRFM PSTL1KEEP` instruction. Alternatively, CPUECTLR can be programmed such that different types of atomic instructions attempt to execute as a near atomic. One cache fill is made on an atomic. If the cache line is lost before the atomic operation can be made, then it is sent as a far atomic.

The Neoverse™ N2 core supports atomics to Device or Non-cacheable memory, however this relies on the interconnect also supporting atomics. If such an atomic instruction is executed when the interconnect does not support them, then it results in an abort.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## 8.3 Internal exclusive monitor

The Neoverse™ N2 core includes an internal exclusive monitor with a 2-state, open and exclusive state machine that manages Load-Exclusive and Store-Exclusive accesses and Clear-Exclusive (`CLREX`) instructions.

You can use these instructions to construct semaphores, ensuring synchronization between different processes running on the core, and also between different cores that are using the same coherent memory locations for the semaphore. A Load-Exclusive instruction tags a small block of memory for exclusive access. CTR_EL0 defines the size of the tagged blocks as 16 words, one cache line.

---

Note

A load/store exclusive instruction is any of the following:

- In the A32 and T32 instruction sets, any instruction that has a mnemonic starting with `LDREX`, `STREX`, `LDAEX`, or `STLEX`.
- In the A64 instruction set, any instruction that has a mnemonic starting with `LDX`, `LDAX`, `STX`, or `STLX`.

---

See the *Arm® Architecture Reference Manual for A-profile architecture* for more information on these instructions.

## 8.4 Data prefetching

Data prefetching can boost execution performance by fetching data before it is needed.

### Preload instructions

The Neoverse™ N2 core supports the AArch64 prefetch memory instructions, `PRFM`, the AArch32 Prefetch Data, `PLD`, and the AArch32 Preload Data With Intent To Write, `PLDW`, instructions.

These instructions signal to the memory system that memory accesses from a specified address are likely to occur soon. The memory system takes actions that aim to reduce the latency of memory accesses when they occur.

`PRFM` instructions perform a lookup in the cache. If they miss and are to a cacheable address, then a linefill starts. However, a `PRFM` instruction retires when its linefill is started, and it does not wait until the linefill is complete.

The *Preload Instruction* (`PLI`) memory system hint performs preloading in the L2 cache for cacheable accesses if they miss in the L2 cache. Instruction preloading is performed in the background.

For more information about prefetch memory and preloading caches, see the *Arm® Architecture Reference Manual for A-profile architecture*.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Data prefetching and monitoring

The load/store unit includes a hardware prefetcher that is responsible for generating prefetches targeting both the L1 and the L2 caches. The load side prefetcher uses the *Virtual Address* (VA) to prefetch to both the L1 and L2 caches. The store side prefetcher uses the *Physical Address* (PA), and only prefetches to the L2 cache.

The B.1.10 IMP_CPUECTLR_EL1, CPU Extended Control Register on page 266 allows control over the prefetcher.

### Data cache zero

In the Neoverse™ N2 core, the *Data Cache Zero by Virtual Address* (`DC ZVA`) instruction enables a block of 64 bytes in memory, aligned to 64 bytes in size, to be set to zero.

For more information, see the *Arm® Architecture Reference Manual for A-profile architecture*.

## 8.5 Write streaming mode

The Neoverse™ N2 core supports write streaming mode, sometimes referred to as read allocate mode, both for the L1 and the L2 cache.

A cache line is allocated to the L1 and L2 cache on either a read miss or a write miss. However, writing large blocks of data can pollute the cache with unnecessary data. It can also waste power and performance when a linefill is performed only to discard the linefill data because the entire line was subsequently written by the `memset()`. In some situations, cache line allocation on writes is not required. For example, when executing the C standard library `memset()` function to clear a large block of memory to a known value.

To prevent unnecessary cache line allocation, the memory system can detect when the core has written a full cache line before the linefill completes. If this situation is detected on a configurable number of consecutive linefills, then it switches into write streaming mode.

When in write streaming mode, load operations behave as normal, and can still cause linefills. Writes still lookup in the cache, but if they miss then they write out to the L2 or system rather than starting a linefill.

---

**Note**

More than the specified number of linefills might be observed on the master interface, before the memory system switches to write streaming mode.

---

The memory system continues in write streaming mode until either:

- It detects a cacheable write burst that is not a full cache line.
- There is a load operation from the same line that is being written.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

When a Neoverse™ N2 core has switched to write streaming mode, the memory system continues to monitor the write traffic. It signals to the L2, System Level Cache, or DRAM, to go into write streaming mode when it observes a further number of full cache line writes.

The write streaming threshold defines the number of consecutive cache lines that are fully written without being read before store operations stop causing cache allocations. You can configure the write streaming threshold for each cache:

- IMP_CPUECTLR_EL1.WS_THR_L2 configures the L2 write streaming mode threshold.
- IMP_CPUECTLR_EL1.WS_THR_L3 configures the SLC write streaming threshold.
- IMP_CPUECTLR_EL1.WS_THR_L4 has no effect.
- IMP_CPUECTLR_EL1.DRAM_WR_THR configures the DRAM write streaming mode threshold.

### Related information

B.1.10 IMP_CPUECTLR_EL1, CPU Extended Control Register on page 266

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 9. L2 memory system

The Neoverse™ N2 L2 memory system connects the core with the DSU-110 through the CPU bridge. It includes the L2 *Translation Lookaside Buffer* (TLB) and private L2 cache.

The L2 cache is unified and private to each Neoverse™ N2 core in a cluster.

Note

For some cores, you can implement the DSU-110 to use the Direct connect feature to connect to the core. However, the Neoverse™ N2 core supports Direct connect only.

The following table shows the L2 memory system features.

**Table 9-1: L2 memory system features**

| Feature | Type |
|---|---|
| L2 cache | 512KB or 1024KB |
| | 8-way set associative, 2 banks |
| | *Physically-Indexed, Physically-Tagged* (PIPT) |
| | Always protected with *Error Correcting Code* (ECC) |
| Cache line length | 64 bytes |
| Cache policy | Dynamic biased cache replacement policy |
| Interface with the DSU-110 | One CHI Issue E compliant interface with 256-bit read and write DAT channel widths |

## 9.1 L2 cache

The integrated L2 cache handles both instruction and data requests from the instruction and data side, as well as translation table walk requests, and snoops from the CHI interconnect.

When configured with COHERENT_ICACHE as FALSE, the L1 instruction cache and L2 cache are weakly inclusive. Instruction fetches that miss in the L1 instruction cache and L2 cache allocate both caches, but the invalidation of the L2 cache does not cause back-invalidates of the L1 instruction cache. When configured with COHERENT_ICACHE as TRUE, the L1 instruction cache and L2 cache are strictly inclusive. Any data contained in the L1 instruction cache is also present in the L2 cache. Victimization from the L2 cache can cause invalidations of the L1 instruction cache.

The L2 cache is invalidated automatically at reset unless the core power mode is initialized to Debug Recovery.

### Related information

5.4.5 Debug recovery mode on page 52

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## 9.2 Support for memory types

The Neoverse™ N2 core simplifies coherency logic by downgrading some memory types.

Memory that is marked as both Inner Write-Back Cacheable and Outer Write-Back Cacheable is cached in the L1 data cache and the L2 cache.

Memory that is marked as Inner Write-Through is downgraded to Non-cacheable.

Memory that is marked Outer Write-Through or Outer Non-cacheable is downgraded to Non-cacheable, even if the inner attributes are Write-Back Cacheable.

The additional attribute hints are used as follows:

**Allocation hint**

Allocation hints help to determine the rules of allocation of newly fetched lines in the system.

**Transient hint**

All cacheable reads and writes allocate into the L1 cache and thus the L2 cache due to inclusivity.
An allocating read to the L1 data cache that has the transient bit set is allocated in the L1 cache. Such reads are marked as most likely to be evicted, according to the L1 eviction policy.
Transient lines evicted from the L2 cache do not allocate downstream caches.

## 9.3 Transaction capabilities

The CHI Issue E interface between the Neoverse™ N2 L2 memory system and the DSU-110 provides transaction capabilities for the core.

The following table shows the maximum possible values for read, write, *Distributed Virtual Memory* (DVM) issuing, and snoop capabilities of the Neoverse™ N2 L2 cache.

**Table 9-2: Neoverse™ N2 transaction capabilities**

| Attribute | Maximum value | Description |
|---|---|---|
| Write issuing capability | 46, 54, or 62 | This is the maximum number of outstanding write transactions.<br><br>It depends on the configured *Transaction Queue* (TQ) size: 48, 56, or 64. |
| Read issuing capability | 46, 54, or 62 | This is the maximum number of outstanding read transactions.<br><br>It depends on the configured TQ size: 48, 56, or 64. |
| Snoop acceptance capability | 29, 33, or 37 | This is the maximum number of outstanding snoops accepted.<br><br>It depends on the configured TQ size: 48, 56, or 64. |
| DVM issuing capability | 46, 54, or 62 | This is the maximum number of outstanding DVM operation transactions.<br><br>It depends on the configured TQ size: 48, 56, or 64. |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 10. Direct access to internal memory

The Neoverse™ N2 core provides a mechanism to read the internal memory that the L1 and L2 caches and TLB structures use, through **IMPLEMENTATION DEFINED** system registers. This functionality can be useful when investigating issues where the coherency between the data in the cache and data in system memory is broken.

Note

It is not possible to update the contents of the caches or TLB structures.

Direct access to internal memory is available only in EL3. In all other modes, executing these instructions results in an Undefined Instruction exception. There are read-only (RO) registers used to access the contents of the internal memory. The internal memory is selected by programming the **IMPLEMENTATION DEFINED** RAMINDEX register. The following table shows the registers that are used to read the data.

**Table 10-1: System registers used to access internal memory**

| Register name | Function | Access | Operation | Rd Data |
|---|---|---|---|---|
| IMP_DDATA0_EL3 | Data Register 0 | RO | `MRS <Xd>, S3_6_c15_c1_0` | Data |
| IMP_DDATA1_EL3 | Data Register 1 | RO | `MRS <Xd>, S3_6_c15_c1_1` | Data |
| IMP_DDATA2_EL3 | Data Register 1 | RO | `MRS <Xd>, S3_6_c15_c1_2` | Data |
| IMP_IDATA0_EL3 | Instruction Register 0 | RO | `MRS <Xd>, S3_6_c15_c0_0` | Data |
| IMP_IDATA1_EL3 | Instruction Register 1 | RO | `MRS <Xd>, S3_6_c15_c0_1` | Data |
| IMP_IDATA2_EL3 | Instruction Register 2 | RO | `MRS <Xd>, S3_6_c15_c0_2` | Data |

## 10.1 L1 cache encodings

Both the L1 data and instruction caches are 4-way set associative.

The size of the configured cache determines the number of sets in each way. The encoding that is used to locate the cache data entry for tag and data memory is set in `Xn` in the appropriate `SYS` instruction. It is similar for both the tag and data RAM access.

The following tables show the encodings required for locating and selecting a given cache line.

**Table 10-2: Neoverse™ N2 L1 instruction cache tag location encoding**

| Bit field of Xn | Description |
|---|---|
| [31:24] | RAMID = `0x00` |
| [23:20] | Reserved |
| [19:18] | Way |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bit field of Xn | Description |
|---|---|
| [17:14] | Reserved |
| [13:6] | Virtual address [13:6] |
| [5:0] | Reserved |

**Table 10-3: Neoverse™ N2 L1 instruction cache data location encoding**

| Bit field of Xn | Description |
|---|---|
| [31:24] | RAMID = `0x01` |
| [23:20] | Reserved |
| [19:18] | Way |
| [17:14] | Reserved |
| [13:3] | Virtual address [13:3] |
| [2:0] | Reserved |

**Table 10-4: Neoverse™ N2 L1 BTB data location encoding**

| Bit field of Xn | Description |
|---|---|
| [31:24] | RAMID = `0x02` |
| [23:16] | Reserved |
| [15:4] | Index [11:0] |
| [3:0] | Reserved |

**Table 10-5: Neoverse™ N2 L1 GHB data location encoding**

| Bit field of Xn | Description |
|---|---|
| [31:24] | RAMID = `0x03` |
| [23:15] | Reserved |
| [14:5] | Index [9:0] |
| [4:0] | Reserved |

**Table 10-6: Neoverse™ N2 L1 instruction TLB data location encoding**

| Bit field of Xn | Description |
|---|---|
| [31:24] | RAMID = `0x04` |
| [23:8] | Reserved |
| [7:0] | TLB entry (0-47) |

**Table 10-7: Neoverse™ N2 BIM data location encoding**

| Bit field of Xn | Description |
|---|---|
| [31:24] | RAMID = `0x05` |
| [23:14] | Reserved |
| [13:4] | Index [9:0] |
| [3:0] | Reserved |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table 10-8: Neoverse™ N2 L0 Macro-operation cache data location encoding**

| Bit field of Xn | Description |
|---|---|
| [31:24] | RAMID = `0x06` |
| [23:10] | Reserved |
| [9:0] | Index [9:0] |

**Table 10-9: Neoverse™ N2 L1 data cache tag location encoding**

| Bit field of Xn | Description |
|---|---|
| [31:24] | RAMID = `0x08` |
| [23:20] | Reserved |
| [19:18] | Way |
| [17:16] | Copy:<br>**`0b00`**<br>Tag RAM associated with Pipe 0<br>**`0b01`**<br>Tag RAM associated with Pipe 1<br>**`0b10`**<br>Tag RAM associated with Pipe 2<br>**`0b11`**<br>Reserved |
| [15:14] | Reserved |
| [13:6] | Physical address [13:6] |
| [5:0] | Reserved |

**Table 10-10: Neoverse™ N2 L1 data cache data location encoding**

| Bit field of Xn | Description |
|---|---|
| [31:24] | RAMID = `0x09` |
| [23:20] | Reserved |
| [19:18] | Way |
| [17:16] | BankSel |
| [15:14] | Unused |
| [13:6] | Physical address [13:6] |
| [5:0] | Reserved |

**Table 10-11: Neoverse™ N2 L1 data TLB location encoding**

| Bit field of Xn | Description |
|---|---|
| [31:24] | RAMID = `0x0A` |
| [23:6] | Reserved |
| [5:0] | TLB Entry (0-43) |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### 10.1.1 L1 instruction tag RAM returned data

For each register, any access to the L1 instruction tag RAM returns data.

The following tables show the L1 instruction cache tag format for instruction registers.

**Table 10-12: L1 instruction cache tag format for Instruction Register 0**

| Bit field | Description |
|---|---|
| [39] | Non-secure identifier for the physical address |
| [38:3] | Physical address [47:12] |
| [2:1] | Instruction state [1:0]<br>**`0b00`** Invalid<br>**`0b01`** T32<br>**`0b10`** A32<br>**`0b11`** A64 |
| [0] | Parity |

**Table 10-13: L1 instruction cache tag format for Instruction Register 1**

| Bit field | Description |
|---|---|
| [63:0] | 0 |

**Table 10-14: L1 instruction cache tag format for Instruction Register 2**

| Bit field | Description |
|---|---|
| [63:0] | 0 |

### 10.1.2 L1 instruction data RAM returned data

For each register, any access to the L1 instruction data RAM returns data.

The following tables show the L1 instruction cache data format for instruction registers.

**Table 10-15: L1 instruction cache data format for Instruction Register 0**

| Bit field | Description |
|---|---|
| [63:0] | Data [63:0] |

**Table 10-16: L1 instruction cache data format for Instruction Register 1**

| Bit field | Description |
|---|---|
| [63:9] | 0 |
| [8:0] | Data [72:64] |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table 10-17: L1 instruction cache data format for Instruction Register 2**

| Bit field | Description |
| --- | --- |
| [63:0] | 0 |

### 10.1.3 L1 BTB RAM returned data

For each register, any access to the L1 *Branch Target Buffer* (BTB) RAM returns data.

The following tables show the L1 BTB cache format for instruction registers.

**Table 10-18: L1 BTB cache format for Instruction Register 0**

| Bit field | Description |
| --- | --- |
| [63:0] | Data [63:0] |

**Table 10-19: L1 BTB cache format for Instruction Register 1**

| Bit field | Description |
| --- | --- |
| [63:28] | 0 |
| [27:0] | Data [91:64] |

**Table 10-20: L1 BTB cache format for Instruction Register 2**

| Bit field | Description |
| --- | --- |
| [63:0] | 0 |

### 10.1.4 L1 GHB RAM returned data

For each register, any access to the L1 *Global History Buffer* (GHB) RAM returns data.

The following tables show the L1 GHB cache format for instruction registers.

**Table 10-21: L1 GHB cache format for Instruction Register 0**

| Bit field | Description |
| --- | --- |
| [63:0] | Data [63:0] |

**Table 10-22: L1 GHB cache format for Instruction Register 1**

| Bit field | Description |
| --- | --- |
| [63:0] | Data [127:64] |

**Table 10-23: L1 GHB cache format for Instruction Register 2**

| Bit field | Description |
| --- | --- |
| [63:0] | 0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### 10.1.5 L1 BIM RAM returned data

For each register, any access to the L1 *Bimodal Predictor* (BIM) RAM returns data.

The following tables show the L1 BIM cache format for instruction registers.

**Table 10-24: L1 BIM cache format for Instruction Register 0**

| Bit field | Description |
|---|---|
| [63:16] | 0 |
| [15:0] | Data [15:0] |

**Table 10-25: L1 BIM cache format for Instruction Register 1**

| Bit field | Description |
|---|---|
| [63:0] | 0 |

**Table 10-26: L1 BIM cache format for Instruction Register 2**

| Bit field | Description |
|---|---|
| [63:0] | 0 |

### 10.1.6 L1 instruction TLB returned data

For each register, any access to the L1 instruction TLB returns data.

The following tables show the L1 instruction TLB format for instruction registers.

**Table 10-27: L1 instruction TLB format for Instruction Register 0**

| Bit field | Description |
|---|---|
| [63:61] | Virtual address [14:12] |
| [60:59] | PBHA [1:0] |
| [58] | TLB attribute |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bit field | Description |
|---|---|
| [57:55] | Memory attributes:<br>**0b000**<br>Device nGnRnE<br>**0b001**<br>Device nGnRE<br>**0b010**<br>Device nGRE<br>**0b011**<br>Device GRE<br>**0b100**<br>Non-cacheable<br>**0b101**<br>Write-Back No-Allocate<br>**0b110**<br>Write-Back Transient<br>**0b111**<br>Write-Back Read-Allocate and Write-Allocate |
| [54:52] | Page size:<br>**0b000**<br>4KB<br>**0b001**<br>16KB<br>**0b010**<br>64KB<br>**0b100**<br>2MB<br>**Other**<br>Reserved |
| [51:48] | TLB attribute |
| [47] | Outer-shared |
| [46] | Inner-shared |
| [45:40] | TLB attribute |
| [39:24] | ASID[15:0] |
| [23:8] | VMID[15:0] |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bit field | Description |
|---|---|
| [7:5] | MSID[2:0]:<br>**0b000**<br>Secure EL1/EL0<br>**0b001**<br>Secure EL2<br>**0b101**<br>Secure EL3<br>**0b010**<br>Non-secure EL1/EL0<br>**0b011**<br>Non-secure EL2 |
| [4:1] | TLB attribute |
| [0] | Valid |

**Table 10-28: L1 instruction TLB format for Instruction Register 1**

| Bit field | Description |
|---|---|
| [63] | TLB attribute |
| [62] | Non-secure |
| [63:34] | Physical address [41:12] |
| [33:0] | Virtual address [48:15] |

**Table 10-29: L1 instruction TLB format for Instruction Register 2**

| Bit field | Description |
|---|---|
| [63:9] | Reserved |
| [8:7] | TLB attribute |
| [6] | Non-secure |
| [5:0] | Physical address [47:42] |

## 10.1.7 L0 macro-operation RAM returned data

For each register, any access to the L0 *Macro-operation* (MOP) RAM returns data.

The following tables show the L0 MOP cache format for instruction registers.

**Table 10-30: L0 MOP cache format for Instruction Register 0**

| Bit field | Description |
|---|---|
| [63:0] | Macro-operation data [63:0] |

**Table 10-31: L0 MOP cache format for Instruction Register 1**

| Bit field | Description |
|---|---|
| [63:40] | 0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bit field | Description |
|---|---|
| [39:0] | Macro-operation data [103:64] |

**Table 10-32: L0 MOP cache format for Instruction Register 2**

| Bit field | Description |
|---|---|
| [63:0] | 0 |

## 10.1.8 L1 data tag RAM returned data

For each register, any access to the L1 data tag RAM returns data.

The following tables show the L1 data cache tag format for data registers.

**Table 10-33: L1 data cache tag format for Data Register 0**

| Bit field | Description |
|---|---|
| [63:27] | [63] = Non-secure identifier<br><br>[62:27] = Physical address [47:12] |
| [26] | Origin |
| [25] | Prefetch |
| [24] | Transient/WBNA |
| [23:20] | *Memory Tagging Extension* (MTE) tag poison |
| [19:4] | MTE tag data |
| [3:2] | MTE tag state:<br>**0b00**<br>Invalid<br>**0b01**<br>Shared<br>**0b11**<br>Dirty |
| [1:0] | *Modified Exclusive Shared Invalid* (MESI):<br>**0b00**<br>Invalid<br>**0b01**<br>Shared<br>**0b10**<br>Exclusive<br>**0b11**<br>Modified |

**Table 10-34: L1 data cache tag format for Data Register 1**

| Bit field | Description |
|---|---|
| [63:8] | 0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bit field | Description |
|---|---|
| [7:0] | ECC |

**Table 10-35: L1 data cache tag format for Data Register 2**

| Bit field | Description |
|---|---|
| [63:0] | 0 |

## 10.1.9 L1 data data RAM returned data

For each register, any access to the L1 data data RAM returns data.

The following tables show the L1 data cache data format for data registers.

**Table 10-36: L1 data cache data format for Data Register 0**

| Bit field | Description |
|---|---|
| [63:0] | word1_data[31:0], word0_data[31:0] |

**Table 10-37: L1 data cache data format for Data Register 1**

| Bit field | Description |
|---|---|
| [63:0] | word3_data[31:0], word2_data[31:0] |

**Table 10-38: L1 data cache data format for Data Register 2**

| Bit field | Description |
|---|---|
| [63:32] | 0 |
| [31:0] | word3_ecc [6:0], word3_poison, word2_ecc [6:0], word2_poison, word1_ecc [6:0], word1_poison, word0_ecc [6:0], word0_poison |

## 10.1.10 L1 data TLB returned data

For each register, any access to the L1 data TLB returns data.

The following tables show the L1 data TLB format for data registers.

**Table 10-39: L1 data TLB format for Data Register 0**

| Bit field | Description |
|---|---|
| [63] | Virtual address [12] |
| [62:61] | LOR ID [1:0] |
| [60] | LOR match |
| [59] | Outer-shared |
| [58] | Inner-shared |
| [57:56] | S1 translation regime [1:0] |
| [55:54] | S2 translation regime [1:0] |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bit field | Description |
|---|---|
| [53:51] | Memory attributes [2:0]:<br>**0b000**<br>Device nGnRnE<br>**0b001**<br>Device nGnRE<br>**0b010**<br>Device nGRE<br>**0b011**<br>Device GRE<br>**0b100**<br>Non-cacheable<br>**0b101**<br>Write-Back No-Allocate<br>**0b110**<br>Write-Back Transient<br>**0b111**<br>Write-Back Read-Allocate and Write-Allocate |
| [50] | Outer allocate |
| [49] | S2 DBM bit |
| [48] | S1 DBM bit |
| [47] | TLB coalesced bit |
| [46:43] | Permission bit [3:0] |
| [42] | Device/Non-cacheable HTRAP |
| [41] | nG bit |
| [40] | Smash bit |
| [39:37] | Page size [2:0]:<br>**0b000**<br>4KB<br>**0b001**<br>16KB<br>**0b010**<br>64KB<br>**0b011**<br>Reserved<br>**0b100**<br>2MB<br>**0b101**<br>Reserved<br>**0b110**<br>512MB<br>**0b111**<br>Reserved |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bit field | Description |
|---|---|
| [36] | Non-secure |
| [35:33] | MSID [2:0] |
| [32:17] | ASID [15:0] |
| [16:1] | VMID [15:0] |
| [0] | Valid |

**Table 10-40: L1 data TLB format for Data Register 1**

| Bit field | Description |
|---|---|
| [63:35] | Physical address [40:12] |
| [34:0] | Virtual address [48:14] |

**Table 10-41: L1 data TLB format for Data Register 2**

| Bit field | Description |
|---|---|
| [63:14] | Reserved |
| [13] | Nested virtualization |
| [12] | Tagged MTE |
| [11] | Forced Write-Back override |
| [10:7] | PBHA [3:0] |
| [6:0] | PA [47:41] |

## 10.2 L2 cache encodings

The L2 cache is 8-way set associative.

The size of the configured cache determines the number of sets in each way. The encoding that is used to locate the cache data entry for tag and data memory is set in `Xn` in the appropriate `SYS` instruction. It is similar for both the tag and data RAM access.

The following tables show the encodings required for locating and selecting a given cache line.

**Table 10-42: Neoverse™ N2 L2 cache tag location encoding for 512KB [2]**

| Bit field of Xn | Description |
|---|---|
| [31:24] | RAMID = `0x10` |
| [23:21] | RES0 |
| [20:18] | Way (0-7) |
| [17:16] | RES0 |
| [15:12] | Index [15:12] |
| [11:9] | XOR(Index [11:9], Way [2:0]) |

[2] Index[15:7]=XOR(Physical Address[15:7],Physical Address[24:16]) Index[6]=XOR(Physical Address[6], Physical Address[10])

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bit field of Xn | Description |
|---|---|
| [8:7] | Index [8:7] |
| [6] | XOR(index [6], Index [10], Way [1]) |
| [5:0] | RES0 |

**Table 10-43: Neoverse™ N2 L2 cache tag location encoding for 1MB [3]**

| Bit field of Xn | Description |
|---|---|
| [31:24] | RAMID = `0x10` |
| [23:21] | RES0 |
| [20:18] | Way (0-7) |
| [17] | RES0 |
| [16:11] | Index [16:11] |
| [10:8] | XOR(Index [10:8], Way [2:0]) |
| [7] | Index [7] |
| [6] | XOR(Index [6], Index [10], Way [2]) |
| [5:0] | RES0 |

**Table 10-44: Neoverse™ N2 L2 cache data location encoding for 512KB**

| Bit field of Xn | Description |
|---|---|
| [31:24] | RAMID = `0x11` |
| [23:21] | RES0 |
| [20:18] | Way (0-7) |
| [17:16] | RES0 |
| [15:12] | XOR(Index [15:12], 4'b1000) |
| [11:9] | XOR(Index [11:9], Way [2:0]) |
| [8:7] | Index [8:7] |
| [6] | XOR(Index [6], Index [10], Way [1]) |
| [5:4] | Physical address [5:4] |
| [3:0] | RES0 |

**Table 10-45: Neoverse™ N2 L2 cache data location encoding for 1MB**

| Bit field of Xn | Description |
|---|---|
| [31:24] | RAMID = `0x11` |
| [23:21] | RES0 |
| [20:18] | Way (0-7) |
| [17] | RES0 |
| [16:11] | XOR(Index [16:11], 6'b001000) |
| [10:8] | XOR(Index [10:8], Way [2:0]) |
| [7] | Index [7] |

[3] Index[16:7]=XOR(Physical Address[16:7],Physical Address[26:17]) Index[6]=XOR(Physical Address[6], Physical Address[10])

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bit field of Xn | Description |
|---|---|
| [6] | XOR(Index [6], Index [10], Way [2]) |
| [5:4] | Physical address [5:4] |
| [3:0] | RES0 |

**Table 10-46: Neoverse™ N2 L2 TLB location encoding**

| Bit field of Xn | Description |
|---|---|
| [31:24] | RAMID = `0x18` |
| [23:21] | RES0 |
| [20:18] | Way (0-5) |
| [17:8] | RES0 |
| [7:0] | TLB entry (0-255) |

**Table 10-47: Neoverse™ N2 L2 victim location encoding**

| Bit field of Rd | Description |
|---|---|
| [31:24] | RAMID = `0x12` |
| [23:17] | RES0 |
| [16:8] | XOR(Index [16:8], 9'b010000000) |
| [7:6] | XOR(Index [6],Index [10]) |
| [5:4] | Physical address [5:4] |
| [3:0] | RES0 |

## 10.2.1 L2 tag RAM returned data

For each register, any access to the L2 tag RAM returns data.

The following tables show the L2 cache tag format for data registers when configured without coherent instruction cache. In the first table:

**For 512KB L2 cache**

n=41, m=16

**For 1MB L2 cache**

n=40, m=17

**Table 10-48: L2 tag cache format for Data Register 0**

| Bit field | Description |
|---|---|
| [63:n+23] | 0 |
| [n+22:n+16 | ECC |
| [n+15] | MPAM_PMG |
| [n+14:n+6] | MPAM_PARTID |
| [n+5] | MPAM_NS |
| [n+4:n+1] | PBHA[3:0] |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bit field | Description |
|---|---|
| [n:10] | Physical tag [47:m] |
| [9] | Non-secure |
| [8:7] | Virtual address [13:12] |
| [6] | Shareable |
| [5] | L1 data cache valid |
| [4:3] | MTE state:<br>**0b00**<br>Invalid<br>**0b10**<br>Clean<br>**0b11**<br>Dirty |
| [2:0] | L2 state:<br>**0b101**<br>UniqueDirty<br>**0b001**<br>UniqueClean<br>**0bx11**<br>SharedClean<br>**0bxx0**<br>Invalid |

**Table 10-49: L2 tag cache format for Data Register 1**

| Bit field | Description |
|---|---|
| [63:0] | 0 |

**Table 10-50: L2 tag cache format for Data Register 2**

| Bit field | Description |
|---|---|
| [63:0] | 0 |

The following tables show the L2 tag cache format for data registers when configured with coherent instruction cache:

**For 512KB L2 cache**

n=42, m=16

**For 1MB L2 cache**

n=41, m=17

**Table 10-51: L2 tag cache format for Data Register 0**

| Bit field | Description |
|---|---|
| [63:n+20] | ECC |
| [n+19] | MPAM_PMG |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bit field | Description |
|---|---|
| [n+18:n+10] | MPAM_PARTID |
| [n+9] | MPAM_NS |
| [n+8:n+5] | L1 instruction cache valid[3:0] |
| [n+4:n+1] | PBHA[3:0] |
| [n:11] | Physical tag [47:m] |
| [10] | Non-secure |
| [9:8] | Virtual address [13:12] |
| [7] | Shareable |
| [6] | L1 data cache shared |
| [5] | L1 data cache valid |
| [4:3] | MTE state:<br>**0b00**<br>Invalid<br>**0b10**<br>Clean<br>**0b11**<br>Dirty |
| [2:0] | L2 state:<br>**0b101**<br>UniqueDirty<br>**0b001**<br>UniqueClean<br>**0bx11**<br>SharedClean<br>**0bxx0**<br>Invalid |

**Table 10-52: L2 tag cache format for Data Register 1**

| Bit field | Description |
|---|---|
| [63:n-36] | 0 |
| [n-37:0] | ECC |

**Table 10-53: L2 tag cache format for Data Register 2**

| Bit field | Description |
|---|---|
| [63:0] | 0 |

## 10.2.2 L2 data RAM returned data

For each register, any access to the L2 data RAM returns data.

The following tables show the L2 data RAM format for instruction registers.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table 10-54: L2 data RAM format for Data Register 0**

| Bit field | Description |
| --- | --- |
| [63:0] | Data [63:0] |

**Table 10-55: L2 data RAM format for Data Register 1**

| Bit field | Description |
| --- | --- |
| [63:0] | Data [127:64] |

**Table 10-56: L2 data RAM format for Data Register 2**

| Bit field | Description |
| --- | --- |
| [63:20] | 0 |
| [19:4] | [15:8] is ECC for Data [127:64], [7:0] is ECC for Data [63:0] |
| [3:0] | MTE tags |

## 10.2.3 L2 TLB RAM returned data

For each register, any access to the L2 TLB RAM returns data.

The following tables show the L2 TLB format for instruction registers.

**Table 10-57: L2 TLB format for Instruction Register 0**

| Bit field | Description |
| --- | --- |
| [63:62] | Reserved |
| [61:20] | Physical address[47:12]<br><br>When bit[6] is 0:<br>• [61:26] = PA[47:12]<br>• [25:20] = Reserved<br><br>When bit[6] is 1:<br>• [61:28] = PA[47:14]<br>• [27:26] = PA[13:12] for page 3 (highest memory address)<br>• [25:24] = PA[13:12] for page 2<br>• [23:22] = PA[13:12] for page 1<br>• [21:20] = PA[13:12] for page 0 (lowest memory address) |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bit field | Description |
|---|---|
| [19:17] | Page size:<br>**0b000**<br>4KB<br>**0b001**<br>16KB<br>**0b010**<br>64KB<br>**0b100**<br>2MB<br>**0b101**<br>32MB<br>**0b110**<br>512MB<br>**0b111**<br>1GB |
| [16:7] | Reserved |
| [6] | Coalesced entry |
| [5:2] | Valid bits |
| [1:0] | Reserved |

**Table 10-58: L2 TLB format for Instruction Register 1**

| Bit field | Description |
|---|---|
| [63:59] | ASID[3:0] |
| [58:55] | PBHA |
| [54] | Walk cache entry |
| [53:25] | Virtual address[48:20] |
| [24:21] | Reserved |
| [20] | Non-secure |
| [19:9] | Reserved |
| [8] | nG, indicates a non global page |
| [7] | Outer Shareable |
| [6] | Inner Shareable |
| [5] | Outer allocate |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bit field | Description |
|---|---|
| [4:2] | Memory attributes:<br>**0b000**<br>Device nGnRnE<br>**0b001**<br>Device nGnRE<br>**0b010**<br>Device nGRE<br>**0b011**<br>Device GRE<br>**0b100**<br>Non-cacheable<br>**0b101**<br>Write-Back No-Allocate<br>**0b110**<br>Write-Back Transient<br>**0b111**<br>Write-Back Read-Allocate and Write-Allocate |
| [1:0] | Reserved |

**Table 10-59: L2 TLB format for Instruction Register 2**

| Bit field | Description |
|---|---|
| [63:31] | Reserved |
| [30:28] | MSID[2:0]:<br>**0b000**<br>Secure EL1<br>**0b001**<br>Secure EL2<br>**0b010**<br>Non-secure EL1<br>**0b011**<br>Non-secure EL2<br>**0b101**<br>EL3 |
| [27:12] | VMID[15:0] |
| [11:0] | ASID[15:4] |

## 10.2.4 L2 Victim RAM returned data

For each register, any access to the L2 victim RAM returns data.

The following tables show the L2 victim RAM format for instruction registers.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table 10-60: Neoverse™ N2 L2 victim format for data register 0**

| Bit field of Rd | Description |
|---|---|
| [63:56] | Prefetch bit |
| [55:48] | Data source |
| [47:40] | Transient bit |
| [39:32] | Outer allocation hint |
| [31:24] | Pointer fill counter |
| [23:0] | Replacement [23:0] |

**Table 10-61: Neoverse™ N2 L2 victim format for data register 1**

| Bit field of Rd | Description |
|---|---|
| [63:0] | 0 |

**Table 10-62: Neoverse™ N2 L2 victim format for data register 2**

| Bit field of Rd | Description |
|---|---|
| [63:0] | 0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 11. RAS extension support

The Neoverse™ N2 core supports the *Reliability, Availability, and Serviceability* (RAS) Extension, including all extensions up to Arm®v9.0-A.

In particular, the Neoverse™ N2 core supports:

- Cache protection with *Single Error Correct Double Error Detect* (SECDED) ECC on the RAMs that contain dirty data. This includes the L1 data cache tag and data RAMs, the L2 cache tag and data RAMs, and the L2 *Transaction Queue* (TQ) RAMs.
- Cache protection with *Single Error Detect* (SED) parity on the RAMs that only contain clean data. This includes the L1 instruction cache tag and data cache, the *Macro-operation* (MOP) cache, and the *Memory Management Unit* (MMU) RAMs.
- The *Error Synchronization Barrier* (`ESB`) instruction. When an `ESB` instruction is executed, the core ensures that all SError Interrupts that are generated by instructions before the `ESB` are either taken by the core or pended in DISR_EL1.
- Poison attribute on bus transfers
- Error Data Record registers
- *Fault Handling Interrupts* (FHIs)
- *Error Recovery Interrupts* (ERIs)
- Error injection

The Neoverse™ N2 core features the following node:

- Node 0 that includes the private L1 and L2 memory systems in the core

For more information on the architectural RAS Extension and the definition of a node, see the *Arm® Reliability, Availability, and Serviceability (RAS) Specification Armv8, for the Armv8-A architecture profile*.

## 11.1 Cache protection behavior

The configuration of the *Reliability, Availability, and Serviceability* (RAS) Extension that is implemented in the Neoverse™ N2 core includes cache protection. In this case, the Neoverse™ N2 core protects against errors that result in a RAM bitcell holding the incorrect value.

The RAMs in the Neoverse™ N2 core have the following capability:

**SED parity**

Single Error Detect. One bit of parity is applicable to the entire word. The word size is specific for each RAM and depends on the protection granule.

**SECDED ECC**

Single Error Correct, Double Error Detect. The word size is specific for each RAM and depends on the protection granule.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

The following table shows which protection type is applied to each RAM in the Neoverse™ N2 core. The core can progress and remain functionally correct when there is a single bit error in any RAM.

**Table 11-1: RAM cache protection**

| RAM | ECC or parity |
|---|---|
| L1 instruction cache data | SED parity |
| L1 instruction cache tag | SED parity |
| L0 *Macro-operation* (MOP) cache data | SED parity |
| L1 data cache data | SECDED ECC |
| L1 data cache tag | SECDED ECC |
| *MMU Translation Cache* (MMUTC) | SED parity |
| L2 cache data | SECDED ECC |
| L2 cache tag | SECDED ECC |
| L2 *Transaction Queue* (TQ) | SECDED ECC |

If there are multiple single bit errors in different RAMs or within different protection granules within the same RAM, then the core also remains functionally correct.

If there is a double bit error in a single RAM within the same protection granule, then the behavior depends on the RAM:

- For RAMs with SECDED capability, the core detects, reports and may defer the error. If the error is in a cache line containing dirty data, then that data might be lost.
- For RAMs with only SED, the core does not detect a double bit error. This might cause data corruption.

If there are errors that are three or more bits within the same protection granule, then depending on the RAM and the position of the errors within the RAM, the core might or might not detect the errors.

The cache protection feature of the core has a minimal performance impact when no errors are present.

## 11.2 Error containment

The Neoverse™ N2 core supports error containment for data errors, which means that detected errors are not silently propagated. Data errors are propagated using data poisoning, ensuring that a consumer is aware of the error. Uncorrectable L1 data cache and L2 cache tag errors are not containable.

Error containment also provides support for poisoning if there is a double error on an eviction. This ensures that the error of the associated data is reported when it is consumed.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Support for the *Error Synchronization Barrier* (`ESB`) instruction in the core also allows further isolation of imprecise exceptions that are reported when poisoned data is consumed.

## 11.3 Fault detection and reporting

When the Neoverse™ N2 core detects a fault, it raises a *Fault Handling Interrupt* (FHI) exception or an *Error Recovery Interrupt* (ERI) exception through the fault or the error signals. FHIs and ERIs are reflected in the *Reliability, Availability, and Serviceability* (RAS) registers, which are updated in the node that detects the errors.

### Fault handling interrupts

When ERR1CTLR.FI is set, all detected Deferred errors, Uncorrected errors, and overflows of the corrected error counters cause an FHI to be generated. When ERR1CTLR.CFI is set, all detected Corrected errors also cause an FHI to be generated.

FHIs from core *n* are signaled using nCOREFAULTIRQ[n].

### Error recovery interrupts

When ERR1CTLR.UI is set, all detected Uncorrected errors that are not deferred generate an ERI.

ERIs from core *n* are signaled using nCOREERRIRQ[n].

### Related information

11.6 AArch64 RAS registers summary on page 100
B.14.4 ERXCTLR_EL1, Selected Error Record Control Register on page 1078
B.14.5 ERXSTATUS_EL1, Selected Error Record Primary Status Register on page 1081

## 11.4 Error detection and reporting

When the Neoverse™ N2 core consumes an error, it raises different exceptions depending on the error type.

The Neoverse™ N2 core might raise:

- A *Synchronous External Abort* (SEA)
- An *Asynchronous External Abort* (AEA)
- An *Error Recovery Interrupt* (ERI)

### Error detection and reporting registers

The following registers are provided:

- Error Record Feature Registers, ERR<n>FR. These read-only registers specify various error record settings.
- Error Record Control Registers, ERR<n>CTLR. These registers enable error reporting and also enable various interrupts that are related to errors and faults.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

- Error Record Miscellaneous Registers, ERR<n>MISC0-3. These registers record details of the error location and counts.
- Pseudo-fault Generation Feature register, ERR<n>PFGF. This read-only register specifies various error settings.

### 11.4.1 Error reporting and performance monitoring

All detected memory errors, *Error Correcting Code* (ECC) or parity errors, trigger the MEMORY_ERROR event.

The MEMORY_ERROR event is counted by the *Performance Monitoring Unit* (PMU) counters if it is selected and the counter is enabled.

In Secure state, the event is counted only if MDCR_EL3.SPME is asserted. See the *Arm® Architecture Reference Manual for A-profile architecture* for a description of MDCR_EL3.

#### Related information

18.1 Performance monitors events on page 122

## 11.5 Error injection

Error injection consists of inserting an error in the error detection logic to verify the error handling software.

Error injection uses the error detection and reporting registers to insert errors. The Neoverse™ N2 core can inject the following error types:

**Corrected errors**

A *Corrected Error* (CE) is generated for a single *Error Correcting Code* (ECC) error on an L1 data cache access.

**Deferred errors**

A *Deferred Error* (DE) is generated for a double ECC error on eviction of a cache line from the L1 cache to the L2 cache, or as a result of a snoop on the L1 cache.

**Uncontainable errors**

An *Uncontainable Error* (UC) is generated for a double ECC error on the L1 tag RAM following an eviction.

An error can be injected immediately or when a 32-bit counter reaches zero. You can control the value of the counter through the Error Pseudo-fault Generation Countdown Register, ERR0PFGCDN. The value of the counter decrements on a per clock cycle basis. See the *Arm® Reliability, Availability, and Serviceability (RAS) Specification Armv8, for the Armv8-A architecture profile* for more information about ERR0PFGCDN.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Note

Error injection is a separate source of error within the system and does not create hardware faults.

## 11.6 AArch64 RAS registers summary

The summary table provides an overview of all RAS registers in the core. For more information about a register, click the register name in the table.

For registers without a listed reset value refer to the individual field resets documented on the register description pages or in the Arm ARM.

**Table 11-2: RAS registers summary**

| Name | Op0 | Op1 | CRn | CRm | Op2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| ERRIDR_EL1 | 3 | 0 | C5 | C3 | 0 | See individual bit resets. | 64-bit | Error Record ID Register |
| ERRSELR_EL1 | 3 | 0 | C5 | C3 | 1 | See individual bit resets. | 64-bit | Error Record Select Register |
| ERXFR_EL1 | 3 | 0 | C5 | C4 | 0 | See individual bit resets. | 64-bit | Selected Error Record Feature Register |
| ERXCTLR_EL1 | 3 | 0 | C5 | C4 | 1 | See individual bit resets. | 64-bit | Selected Error Record Control Register |
| ERXSTATUS_EL1 | 3 | 0 | C5 | C4 | 2 | See individual bit resets. | 64-bit | Selected Error Record Primary Status Register |
| ERXADDR_EL1 | 3 | 0 | C5 | C4 | 3 | See individual bit resets. | 64-bit | Selected Error Record Address Register |
| ERXPFGF_EL1 | 3 | 0 | C5 | C4 | 4 | See individual bit resets. | 64-bit | Selected Pseudo-fault Generation Feature register |
| ERXPFGCTL_EL1 | 3 | 0 | C5 | C4 | 5 | See individual bit resets. | 64-bit | Selected Pseudo-fault Generation Control register |
| ERXPFGCDN_EL1 | 3 | 0 | C5 | C4 | 6 | See individual bit resets. | 64-bit | Selected Pseudo-fault Generation Countdown register |
| ERXMISC0_EL1 | 3 | 0 | C5 | C5 | 0 | See individual bit resets. | 64-bit | Selected Error Record Miscellaneous Register 0 |
| ERXMISC1_EL1 | 3 | 0 | C5 | C5 | 1 | See individual bit resets. | 64-bit | Selected Error Record Miscellaneous Register 1 |
| ERXMISC2_EL1 | 3 | 0 | C5 | C5 | 2 | See individual bit resets. | 64-bit | Selected Error Record Miscellaneous Register 2 |
| ERXMISC3_EL1 | 3 | 0 | C5 | C5 | 3 | See individual bit resets. | 64-bit | Selected Error Record Miscellaneous Register 3 |
| DISR_EL1 | 3 | 0 | C12 | C1 | 1 | See individual bit resets. | 64-bit | Deferred Interrupt Status Register |
| VSESR_EL2 | 3 | 4 | C5 | C2 | 3 | See individual bit resets. | 64-bit | Virtual SError Exception Syndrome Register |
| VDISR_EL2 | 3 | 4 | C12 | C1 | 1 | See individual bit resets. | 64-bit | Virtual Deferred Interrupt Status Register |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 12. GIC CPU interface

The *Generic Interrupt Controller* (GIC) supports and controls interrupts. The GIC distributor connects to the Neoverse™ N2 core through a GIC CPU interface. The GIC CPU interface includes registers to mask, identify, and control the state of interrupts that are forwarded to the core.

Each core in a DSU cluster has a GIC CPU interface which connects to a common external distributor component.

The GICv4.1 architecture implemented in the Neoverse™ N2 core supports:

- Two security states
- Secure virtualization
- *Software-Generated Interrupts* (SGIs)
- Message-based interrupts
- System register access for the CPU interface
- Interrupt masking and prioritization
- Cluster environments, including systems that contain more than eight cores
- Wakeup events in power management environments

The GIC includes interrupt grouping functionality that supports:

- Configuring each interrupt to belong to either Group 0 or Group 1, where Group 0 interrupts are always Secure
- Signaling Group 1 interrupts to the target core using either the IRQ or the FIQ exception request. Group 1 interrupts can be Secure or Non-secure
- Signaling Group 0 interrupts to the target core using the FIQ exception request only
- A unified scheme for handling the priority of Group 0 and Group 1 interrupts

See the *Arm® Generic Interrupt Controller Architecture Specification, GIC architecture version 3 and version 4* for more information about interrupt groups.

## 12.1 Disable the GIC CPU interface

The Neoverse™ N2 core always includes the *Generic Interrupt Controller* (GIC) CPU interface. However, you can disable it to meet your requirements.

To disable the GIC CPU interface, assert the GICCDISABLE signal HIGH at reset. If you disable it this way, then you can use an external GIC IP to drive the nFIQ and nIRQ interrupt signals. If the Neoverse™ N2 core is not integrated with an external GIC interrupt distributor component in the system (minimum GIC v3 architecture), then you need to disable the GIC CPU interface.

If you disable the GIC CPU interface, then:

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

- The virtual input signals nVIRQ and nVFIQ and the input signals nIRQ and nFIQ can be driven by an external GIC in the SoC.
- GIC system register access generates **UNDEFINED** instruction exceptions.

**Note**

If you enable the GIC CPU interface, then you must tie off nVIRQ and nVFIQ to HIGH. This is because the GIC CPU interface generates the virtual interrupt signals to the core. The nIRQ and nFIQ signals are controlled by software, therefore there is no requirement to tie them HIGH.

See *Functional integration* in the *Arm® DynamIQ™ Shared Unit-110 Configuration and Integration Manual* for more information on these signals.

## 12.2 AArch64 GIC system registers summary

The summary table provides an overview of all GIC system registers in the core. For more information about a register, click the register name in the table.

For registers without a listed reset value refer to the individual field resets documented on the register description pages or in the Arm ARM.

**Table 12-1: GIC system registers summary**

| Name | Op0 | Op1 | CRn | CRm | Op2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| ICC_PMR_EL1 | 3 | 0 | C4 | C6 | 0 | See individual bit resets. | 64-bit | Interrupt Controller Interrupt Priority Mask Register |
| ICV_PMR_EL1 | 3 | 0 | C4 | C6 | 0 | See individual bit resets. | 64-bit | Interrupt Controller Virtual Interrupt Priority Mask Register |
| ICC_IAR0_EL1 | 3 | 0 | C12 | C8 | 0 | See individual bit resets. | 64-bit | Interrupt Controller Interrupt Acknowledge Register 0 |
| ICV_IAR0_EL1 | 3 | 0 | C12 | C8 | 0 | See individual bit resets. | 64-bit | Interrupt Controller Virtual Interrupt Acknowledge Register 0 |
| ICC_EOIR0_EL1 | 3 | 0 | C12 | C8 | 1 | See individual bit resets. | 64-bit | Interrupt Controller End Of Interrupt Register 0 |
| ICV_EOIR0_EL1 | 3 | 0 | C12 | C8 | 1 | See individual bit resets. | 64-bit | Interrupt Controller Virtual End Of Interrupt Register 0 |
| ICC_HPPIR0_EL1 | 3 | 0 | C12 | C8 | 2 | See individual bit resets. | 64-bit | Interrupt Controller Highest Priority Pending Interrupt Register 0 |
| ICV_HPPIR0_EL1 | 3 | 0 | C12 | C8 | 2 | See individual bit resets. | 64-bit | Interrupt Controller Virtual Highest Priority Pending Interrupt Register 0 |
| ICV_BPR0_EL1 | 3 | 0 | C12 | C8 | 3 | See individual bit resets. | 64-bit | Interrupt Controller Virtual Binary Point Register 0 |
| ICC_AP0R0_EL1 | 3 | 0 | C12 | C8 | 4 | See individual bit resets. | 64-bit | Interrupt Controller Active Priorities Group 0 Registers |
| ICV_AP0R0_EL1 | 3 | 0 | C12 | C8 | 4 | See individual bit resets. | 64-bit | Interrupt Controller Virtual Active Priorities Group 0 Registers |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Name | Op0 | Op1 | CRn | CRm | Op2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| ICC_AP1R0_EL1 | 3 | 0 | C12 | C9 | 0 | See individual bit resets. | 64-bit | Interrupt Controller Active Priorities Group 1 Registers |
| ICV_AP1R0_EL1 | 3 | 0 | C12 | C9 | 0 | See individual bit resets. | 64-bit | Interrupt Controller Virtual Active Priorities Group 1 Registers |
| ICC_DIR_EL1 | 3 | 0 | C12 | C11 | 1 | See individual bit resets. | 64-bit | Interrupt Controller Deactivate Interrupt Register |
| ICV_DIR_EL1 | 3 | 0 | C12 | C11 | 1 | See individual bit resets. | 64-bit | Interrupt Controller Deactivate Virtual Interrupt Register |
| ICC_RPR_EL1 | 3 | 0 | C12 | C11 | 3 | See individual bit resets. | 64-bit | Interrupt Controller Running Priority Register |
| ICV_RPR_EL1 | 3 | 0 | C12 | C11 | 3 | See individual bit resets. | 64-bit | Interrupt Controller Virtual Running Priority Register |
| ICC_SGI1R_EL1 | 3 | 0 | C12 | C11 | 5 | See individual bit resets. | 64-bit | Interrupt Controller Software Generated Interrupt Group 1 Register |
| ICC_ASGI1R_EL1 | 3 | 0 | C12 | C11 | 6 | See individual bit resets. | 64-bit | Interrupt Controller Alias Software Generated Interrupt Group 1 Register |
| ICC_SGI0R_EL1 | 3 | 0 | C12 | C11 | 7 | See individual bit resets. | 64-bit | Interrupt Controller Software Generated Interrupt Group 0 Register |
| ICC_IAR1_EL1 | 3 | 0 | C12 | C12 | 0 | See individual bit resets. | 64-bit | Interrupt Controller Interrupt Acknowledge Register 1 |
| ICV_IAR1_EL1 | 3 | 0 | C12 | C12 | 0 | See individual bit resets. | 64-bit | Interrupt Controller Virtual Interrupt Acknowledge Register 1 |
| ICC_EOIR1_EL1 | 3 | 0 | C12 | C12 | 1 | See individual bit resets. | 64-bit | Interrupt Controller End Of Interrupt Register 1 |
| ICV_EOIR1_EL1 | 3 | 0 | C12 | C12 | 1 | See individual bit resets. | 64-bit | Interrupt Controller Virtual End Of Interrupt Register 1 |
| ICC_HPPIR1_EL1 | 3 | 0 | C12 | C12 | 2 | See individual bit resets. | 64-bit | Interrupt Controller Highest Priority Pending Interrupt Register 1 |
| ICV_HPPIR1_EL1 | 3 | 0 | C12 | C12 | 2 | See individual bit resets. | 64-bit | Interrupt Controller Virtual Highest Priority Pending Interrupt Register 1 |
| ICC_BPR1_EL1 | 3 | 0 | C12 | C12 | 3 | See individual bit resets. | 64-bit | Interrupt Controller Binary Point Register 1 |
| ICV_BPR1_EL1 | 3 | 0 | C12 | C12 | 3 | See individual bit resets. | 64-bit | Interrupt Controller Virtual Binary Point Register 1 |
| ICC_CTLR_EL1 | 3 | 0 | C12 | C12 | 4 | See individual bit resets. | 64-bit | Interrupt Controller Control Register (EL1) |
| ICV_CTLR_EL1 | 3 | 0 | C12 | C12 | 4 | See individual bit resets. | 64-bit | Interrupt Controller Virtual Control Register |
| ICC_SRE_EL1 | 3 | 0 | C12 | C12 | 5 | See individual bit resets. | 64-bit | Interrupt Controller System Register Enable register (EL1) |
| ICC_IGRPEN0_EL1 | 3 | 0 | C12 | C12 | 6 | See individual bit resets. | 64-bit | Interrupt Controller Interrupt Group 0 Enable register |
| ICV_IGRPEN0_EL1 | 3 | 0 | C12 | C12 | 6 | See individual bit resets. | 64-bit | Interrupt Controller Virtual Interrupt Group 0 Enable register |
| ICC_IGRPEN1_EL1 | 3 | 0 | C12 | C12 | 7 | See individual bit resets. | 64-bit | Interrupt Controller Interrupt Group 1 Enable register |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Name | Op0 | Op1 | CRn | CRm | Op2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| ICV_IGRPEN1_EL1 | 3 | 0 | C12 | C12 | 7 | See individual bit resets. | 64-bit | Interrupt Controller Virtual Interrupt Group 1 Enable register |
| ICH_AP0R0_EL2 | 3 | 4 | C12 | C8 | 0 | See individual bit resets. | 64-bit | Interrupt Controller Hyp Active Priorities Group 0 Registers |
| ICH_AP1R0_EL2 | 3 | 4 | C12 | C9 | 0 | See individual bit resets. | 64-bit | Interrupt Controller Hyp Active Priorities Group 1 Registers |
| ICC_SRE_EL2 | 3 | 4 | C12 | C9 | 5 | See individual bit resets. | 64-bit | Interrupt Controller System Register Enable register (EL2) |
| ICH_HCR_EL2 | 3 | 4 | C12 | C11 | 0 | See individual bit resets. | 64-bit | Interrupt Controller Hyp Control Register |
| ICH_VTR_EL2 | 3 | 4 | C12 | C11 | 1 | See individual bit resets. | 64-bit | Interrupt Controller VGIC Type Register |
| ICH_MISR_EL2 | 3 | 4 | C12 | C11 | 2 | See individual bit resets. | 64-bit | Interrupt Controller Maintenance Interrupt State Register |
| ICH_EISR_EL2 | 3 | 4 | C12 | C11 | 3 | See individual bit resets. | 64-bit | Interrupt Controller End of Interrupt Status Register |
| ICH_ELRSR_EL2 | 3 | 4 | C12 | C11 | 5 | See individual bit resets. | 64-bit | Interrupt Controller Empty List Register Status Register |
| ICH_VMCR_EL2 | 3 | 4 | C12 | C11 | 7 | See individual bit resets. | 64-bit | Interrupt Controller Virtual Machine Control Register |
| ICH_LR0_EL2 | 3 | 4 | C12 | C12 | 0 | See individual bit resets. | 64-bit | Interrupt Controller List Registers |
| ICH_LR1_EL2 | 3 | 4 | C12 | C12 | 1 | See individual bit resets. | 64-bit | Interrupt Controller List Registers |
| ICH_LR2_EL2 | 3 | 4 | C12 | C12 | 2 | See individual bit resets. | 64-bit | Interrupt Controller List Registers |
| ICH_LR3_EL2 | 3 | 4 | C12 | C12 | 3 | See individual bit resets. | 64-bit | Interrupt Controller List Registers |
| ICC_CTLR_EL3 | 3 | 6 | C12 | C12 | 4 | See individual bit resets. | 64-bit | Interrupt Controller Control Register (EL3) |
| ICC_SRE_EL3 | 3 | 6 | C12 | C12 | 5 | See individual bit resets. | 64-bit | Interrupt Controller System Register Enable register (EL3) |
| ICC_IGRPEN1_EL3 | 3 | 6 | C12 | C12 | 7 | See individual bit resets. | 64-bit | Interrupt Controller Interrupt Group 1 Enable register (EL3) |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 13. Advanced SIMD and floating-point support

The Neoverse™ N2 core supports the Advanced SIMD and scalar floating-point instructions in the A32, T32, A64 instruction sets without floating-point exception trapping. The Neoverse™ N2 core floating-point implementation includes Arm®v8.3-A and Arm®v8.5-A features.

The Neoverse™ N2 core implements all scalar operations in hardware with support for all combinations of:

- Rounding modes
- Flush-to-zero
- Default *Not a Number* (NaN) modes

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 14. Scalable Vector Extensions support

The Neoverse™ N2 core supports the *Scalable Vector Extension* (SVE) and the *Scalable Vector Extension 2* (SVE2). SVE and SVE2 complement and do not replace AArch64 Advanced SIMD and floating-point functionality.

SVE is an optional extension introduced by the Armv8.2 architecture. SVE is supported in AArch64 state only. SVE provides vector instructions that, primarily, support wider vectors than the Arm Advanced SIMD instruction set.

The Neoverse™ N2 core implements a scalable vector length of 128 bits.

All the features and additions that SVE introduces are described in the *Arm® Architecture Reference Manual Supplement, The Scalable Vector Extension (SVE), for Armv8-A*.

See the *Arm® Architecture Reference Manual Supplement Armv9, for Armv9-A architecture profile* for more information about SVE2.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 15. System control

The system registers control and provide status information for the functions that the core implements.

The main functions of the system registers are:

- System performance monitoring
- Cache configuration and management
- Overall system control and configuration
- *Memory Management Unit* (MMU) configuration and management
- *Generic Interrupt Controller* (GIC) configuration and management

The system registers are accessible in both AArch32 execution state at EL0 only and AArch64 execution state at EL0 to EL3.

Some of the system registers are accessible through the external debug interface or Utility bus interface.

## 15.1 AArch64 Identification registers summary

The summary table provides an overview of all Identification registers in the core. For more information about a register, click the register name in the table.

For registers without a listed reset value refer to the individual field resets documented on the register description pages or in the Arm ARM.

**Table 15-1: Identification registers summary**

| Name | Op0 | Op1 | CRn | CRm | Op2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| MIDR_EL1 | 3 | 0 | C0 | C0 | 0 | See individual bit resets. | 64-bit | Main ID Register |
| MPIDR_EL1 | 3 | 0 | C0 | C0 | 5 | See individual bit resets. | 64-bit | Multiprocessor Affinity Register |
| REVIDR_EL1 | 3 | 0 | C0 | C0 | 6 | See individual bit resets. | 64-bit | Revision ID Register |
| ID_PFR0_EL1 | 3 | 0 | C0 | C1 | 0 | See individual bit resets. | 64-bit | AArch32 Processor Feature Register 0 |
| ID_PFR1_EL1 | 3 | 0 | C0 | C1 | 1 | See individual bit resets. | 64-bit | AArch32 Processor Feature Register 1 |
| ID_DFR0_EL1 | 3 | 0 | C0 | C1 | 2 | See individual bit resets. | 64-bit | AArch32 Debug Feature Register 0 |
| ID_AFR0_EL1 | 3 | 0 | C0 | C1 | 3 | See individual bit resets. | 64-bit | AArch32 Auxiliary Feature Register 0 |
| ID_MMFR0_EL1 | 3 | 0 | C0 | C1 | 4 | See individual bit resets. | 64-bit | AArch32 Memory Model Feature Register 0 |
| ID_MMFR1_EL1 | 3 | 0 | C0 | C1 | 5 | See individual bit resets. | 64-bit | AArch32 Memory Model Feature Register 1 |
| ID_MMFR2_EL1 | 3 | 0 | C0 | C1 | 6 | See individual bit resets. | 64-bit | AArch32 Memory Model Feature Register 2 |
| ID_MMFR3_EL1 | 3 | 0 | C0 | C1 | 7 | See individual bit resets. | 64-bit | AArch32 Memory Model Feature Register 3 |
| ID_ISAR0_EL1 | 3 | 0 | C0 | C2 | 0 | See individual bit resets. | 64-bit | AArch32 Instruction Set Attribute Register 0 |
| ID_ISAR1_EL1 | 3 | 0 | C0 | C2 | 1 | See individual bit resets. | 64-bit | AArch32 Instruction Set Attribute Register 1 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Name | Op0 | Op1 | CRn | CRm | Op2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| ID_ISAR2_EL1 | 3 | 0 | C0 | C2 | 2 | See individual bit resets. | 64-bit | AArch32 Instruction Set Attribute Register 2 |
| ID_ISAR3_EL1 | 3 | 0 | C0 | C2 | 3 | See individual bit resets. | 64-bit | AArch32 Instruction Set Attribute Register 3 |
| ID_ISAR4_EL1 | 3 | 0 | C0 | C2 | 4 | See individual bit resets. | 64-bit | AArch32 Instruction Set Attribute Register 4 |
| ID_ISAR5_EL1 | 3 | 0 | C0 | C2 | 5 | See individual bit resets. | 64-bit | AArch32 Instruction Set Attribute Register 5 |
| ID_MMFR4_EL1 | 3 | 0 | C0 | C2 | 6 | See individual bit resets. | 64-bit | AArch32 Memory Model Feature Register 4 |
| ID_ISAR6_EL1 | 3 | 0 | C0 | C2 | 7 | See individual bit resets. | 64-bit | AArch32 Instruction Set Attribute Register 6 |
| MVFR0_EL1 | 3 | 0 | C0 | C3 | 0 | See individual bit resets. | 64-bit | AArch32 Media and VFP Feature Register 0 |
| MVFR1_EL1 | 3 | 0 | C0 | C3 | 1 | See individual bit resets. | 64-bit | AArch32 Media and VFP Feature Register 1 |
| MVFR2_EL1 | 3 | 0 | C0 | C3 | 2 | See individual bit resets. | 64-bit | AArch32 Media and VFP Feature Register 2 |
| ID_PFR2_EL1 | 3 | 0 | C0 | C3 | 4 | See individual bit resets. | 64-bit | AArch32 Processor Feature Register 2 |
| ID_DFR1_EL1 | 3 | 0 | C0 | C3 | 5 | See individual bit resets. | 64-bit | Debug Feature Register 1 |
| ID_MMFR5_EL1 | 3 | 0 | C0 | C3 | 6 | See individual bit resets. | 64-bit | AArch32 Memory Model Feature Register 5 |
| ID_AA64PFR0_EL1 | 3 | 0 | C0 | C4 | 0 | See individual bit resets. | 64-bit | AArch64 Processor Feature Register 0 |
| ID_AA64PFR1_EL1 | 3 | 0 | C0 | C4 | 1 | See individual bit resets. | 64-bit | AArch64 Processor Feature Register 1 |
| ID_AA64PFR2_EL1 | 3 | 0 | C0 | C4 | 2 | See individual bit resets. | 64-bit | AArch64 Processor Feature Register 2 |
| ID_AA64ZFR0_EL1 | 3 | 0 | C0 | C4 | 4 | See individual bit resets. | 64-bit | SVE Feature ID register 0 |
| ID_AA64DFR0_EL1 | 3 | 0 | C0 | C5 | 0 | See individual bit resets. | 64-bit | AArch64 Debug Feature Register 0 |
| ID_AA64DFR1_EL1 | 3 | 0 | C0 | C5 | 1 | See individual bit resets. | 64-bit | AArch64 Debug Feature Register 1 |
| ID_AA64AFR0_EL1 | 3 | 0 | C0 | C5 | 4 | See individual bit resets. | 64-bit | AArch64 Auxiliary Feature Register 0 |
| ID_AA64AFR1_EL1 | 3 | 0 | C0 | C5 | 5 | See individual bit resets. | 64-bit | AArch64 Auxiliary Feature Register 1 |
| ID_AA64ISAR0_EL1 | 3 | 0 | C0 | C6 | 0 | See individual bit resets. | 64-bit | AArch64 Instruction Set Attribute Register 0 |
| ID_AA64ISAR1_EL1 | 3 | 0 | C0 | C6 | 1 | See individual bit resets. | 64-bit | AArch64 Instruction Set Attribute Register 1 |
| ID_AA64ISAR2_EL1 | 3 | 0 | C0 | C6 | 2 | See individual bit resets. | 64-bit | AArch64 Instruction Set Attribute Register 2 |
| ID_AA64MMFR0_EL1 | 3 | 0 | C0 | C7 | 0 | See individual bit resets. | 64-bit | AArch64 Memory Model Feature Register 0 |
| ID_AA64MMFR1_EL1 | 3 | 0 | C0 | C7 | 1 | See individual bit resets. | 64-bit | AArch64 Memory Model Feature Register 1 |
| ID_AA64MMFR2_EL1 | 3 | 0 | C0 | C7 | 2 | See individual bit resets. | 64-bit | AArch64 Memory Model Feature Register 2 |
| MPAMIDR_EL1 | 3 | 0 | C10 | C4 | 4 | See individual bit resets. | 64-bit | MPAM ID Register (EL1) |
| IMP_CPUCFR_EL1 | 3 | 0 | C15 | C0 | 0 | See individual bit resets. | 64-bit | CPU Configuration Register |
| CCSIDR_EL1 | 3 | 1 | C0 | C0 | 0 | See individual bit resets. | 64-bit | Current Cache Size ID Register |
| CLIDR_EL1 | 3 | 1 | C0 | C0 | 1 | See individual bit resets. | 64-bit | Cache Level ID Register |
| CCSIDR2_EL1 | 3 | 1 | C0 | C0 | 2 | See individual bit resets. | 64-bit | Current Cache Size ID Register 2 |
| GMID_EL1 | 3 | 1 | C0 | C0 | 4 | See individual bit resets. | 64-bit | Multiple tag transfer ID register |
| CSSELR_EL1 | 3 | 2 | C0 | C0 | 0 | See individual bit resets. | 64-bit | Cache Size Selection Register |
| CTR_EL0 | 3 | 3 | C0 | C0 | 1 | See individual bit resets. | 64-bit | Cache Type Register |
| DCZID_EL0 | 3 | 3 | C0 | C0 | 7 | See individual bit resets. | 64-bit | Data Cache Zero ID register |
| VPIDR_EL2 | 3 | 4 | C0 | C0 | 0 | See individual bit resets. | 64-bit | Virtualization Processor ID Register |
| VMPIDR_EL2 | 3 | 4 | C0 | C0 | 5 | See individual bit resets. | 64-bit | Virtualization Multiprocessor ID Register |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 16. Random number generator support

The Neoverse™ N2 core can be configured to support two random number instructions introduced in the Arm®v8.5-A extension.

The following instructions return a 64-bit random number into a general purpose register.

- MRS Xn, `RNDR`
- MRS Xn, `RNDRRS`

The Neoverse™ N2 core expects the *True Random Number Generator* (TRNG) and the *Deterministic Random Bit Generator* (DRBG) to be available as a memory-mapped peripheral and must be capable of the following requirements.

- Design the TRNG and DRBG as architecturally stipulated.
- Provide as many copies of TRNG and DRBG as is necessary to meet the overall bandwidth and latency requirements of the system.
- Reseed the DRBG from the TRNG when a `RNDRRS` instruction is received, as defined by the address encoding described in the Neoverse™ N2 core microarchitecture.
- Provide *Quality of Service* (QOS) managed access to DRBG bandwidth as architecturally defined.
- Provide access to each TRNG and DRBG block through a memory-mapped Dev-nGnRnE read (LDP Xreg).
- The address used by the LDP Xreg for `RNDR` and `RNDRRS` instructions is a physical-address defined as follows:
  - A combination of base register of 64K page (CPURNDBR_EL3[47:16]), PE-specific identifier (CPURNDPEID_EL3[10:0]), instruction-type.
  - RNDR address: {CPURNDBR_EL3[47:16], CPURNDPEID_EL3[10:0], 1'b0, 4'b0}
  - RNDRRS address: {CPURNDBR_EL3[47:16], CPURNDPEID_EL3[10:0], 1'b1, 4'b0}
- Set CPURNDBR_EL3[47:16] in each Neoverse™ N2 core to match the peripheral base of the TRNG and DRBG block corresponding to the core. The association of the core to TRNG and DRBG block is defined by the system integrator.
- The TRNG and DRBG block must correctly decode the read-address, using [15:5] as the unique core identifier for QOS guarantees.
- The TRNG and DRBG block must correctly decode bit [4] of the read-address, 0 specifying an `RNDR` instruction and 1 specifying an `RNDRRS` instruction.
- Upon receiving a `RNDR` or `RNDRRS` request, the TRNG and DRBG block must return a 64-bit random number in the first 64 bits and 1 in the second 64 bits. In the event that the DRBG block is unable to provide a random number within a system integrator defined timeframe, it will return 0 in the first and second 64 bits.
- In the event of a bus error, a `RNDR` or `RNDRRS` request will fail and the core will set the PSTATE.Z flag and assert a SEI.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Note**

The random number generator can be tested by running the *National institute of Standards and Technology* (NIST) tests available as part of the *SBSA Architecture Compliance Suite* (ACS). The SBSA ACS is available at https://github.com/ARM-software/sbsa-acs. The NIST tests are available at https://github.com/ARM-software/sbsa-acs/tree/master/test_pool/nist_sts

## 16.1 AArch64 Random Number Control registers summary

The summary table provides an overview of all Random Number Control registers in the core. For more information about a register, click the register name in the table.

For registers without a listed reset value refer to the individual field resets documented on the register description pages or in the Arm ARM.

**Table 16-1: Random Number Control registers summary**

| Name | Op0 | Op1 | CRn | CRm | Op2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| IMP_CPURNDBR_EL3 | 3 | 6 | C15 | C3 | 0 | See individual bit resets. | 64-bit | CPU Random Number Base Register |
| IMP_CPURNDPEID_EL3 | 3 | 6 | C15 | C3 | 1 | See individual bit resets. | 64-bit | CPU Random Number Packet Identification Register |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 17. Debug

The DynamIQ™-110 cluster provides a debug system that supports both self-hosted and external debug. It has an external DebugBlock component, and integrates various CoreSight debug related components.

The CoreSight debug related components are split into two groups, with some components in the DynamIQ™ cluster, and others in the separate DebugBlock.

The DebugBlock is a dedicated debug component in the DSU-110, separate from the cluster. The DebugBlock operates within a separate power domain, enabling connection to a debugger to be maintained when the cores and the DynamIQ™ cluster are both powered down.

The connection between the cluster and the DebugBlock consists of a pair of *Advanced Peripheral Bus* APB interfaces, one in each direction. All debug traffic, except the authentication interface, takes place over this interface as read or write APB transactions. This debug traffic includes register reads, register writes, and *Cross Trigger Interface* (CTI) triggers.

The debug system implements the following CoreSight debug components:

- Per-core trace unit, integrated into the CoreSight subsystem.
- Per-core CTI, contained in the DebugBlock.
- *Cross Trigger Matrix* (CTM)
- Debug control provided by AMBA® APB interface to the DebugBlock

The following figure shows how the debug system is implemented with the DynamIQ™ cluster.

**Figure 17-1: DynamIQ™ cluster debug components**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

The primary debug APB interface on the DebugBlock controls the debug components. The APB decoder decodes the requests on this bus before they are sent to the appropriate component in the DebugBlock or in the DynamIQ™ cluster. The per-core CTIs are connected to a CTM.

Each core contains a debug component that the debug APB bus accesses. The cores support debug over powerdown using modules in the DebugBlock that mirror key core information. These modules allow access to debug over powerdown CoreSight™ registers while the core is powered down.

The trace unit in each core outputs trace, which is funneled in the DynamIQ™ cluster down to a single AMBA® 4 ATBv1.1 interface.

See *Debug* in the *Arm® DynamIQ™ Shared Unit-110 Technical Reference Manual* for more information about the DynamIQ™ cluster debug components.

The Neoverse™ N2 core also supports direct access to internal memory, that is, cache debug. Direct access to internal memory allows software to read the internal memory that the L1 and L2 cache and *Translation Lookaside Buffer* (TLB) structures use. See 10. Direct access to internal memory on page 76 for more information.

## 17.1 Supported debug methods

The following figure shows a typical external debug system.

**Figure 17-2: External debug system**




**Debug host**

A computer, for example a personal computer, that is running a software debugger such as the Arm® Debugger. You can use the debug host to issue high-level commands. For example, you can set a breakpoint at a certain location or examine the contents of a memory address.

**Protocol converter**

The debug host sends messages to the debug target using an interface such as Ethernet. However, the debug target typically implements a different interface protocol. A device such as DSTREAM is required to convert between the two protocols.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Debug target**

The lowest level of the system implements system support for the protocol converter to access the debug unit. For DSU-110 based devices, the mechanism used to access the debug unit is based on the CoreSight architecture. The DSU-110 DebugBlock is accessed using an APB interface and the debug accesses are then directed to the selected N2 core inside the DynamIQ™ cluster. An example of a debug target is a development system with a test chip or a silicon part with a N2 core.

**Debug unit**

Helps debugging software that is running on the core:

- DSU-110 and external hardware based around the core.
- Operating systems.
- Application software.

With the debug unit, you can:

- Stop program execution.
- Examine and alter process and coprocessor state.
- Examine and alter memory and the state of the input or output peripherals.
- Restart the *processing element* (PE).

For self-hosted debug, the debug target runs debug monitor software that runs on the core in the DynamIQ™ cluster. This way, it does not require expensive interface hardware to connect a second host computer.

## 17.2 Debug register interfaces

The Neoverse™ N2 core implements the Arm®v9.0-A Debug architecture. It also supports the Arm®v8.4-A Debug architecture and Arm®v8.3-A Debug over powerdown.

The Debug architecture defines a set of Debug registers. The Debug register interfaces provide access to these registers either from software running on the core or from an external debugger. See *Debug* in the *Arm® DynamIQ™ Shared Unit-110 Technical Reference Manual* for more information.

### Related information

5.6 Debug over powerdown on page 56

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### 17.2.1 Core interfaces

System register access allows the Neoverse™ N2 core to access certain debug registers directly. The debug register interfaces provide access to these registers either from software running on the core or from an external debugger.

Access to the debug registers is partitioned as follows:

**Debug**
: This function is both system register based and memory-mapped. You can access the debug register map using the *Advanced Peripheral Bus* (APB) slave port that connects into the DebugBlock of the DSU-110.

**Performance monitoring**
: This function is system register based and memory-mapped. You can access the performance monitor registers using the APB slave port that connects into the DebugBlock of the DSU.

**Trace**
: This function is system register based and memory-mapped. You can access the trace unit registers using the APB slave port that connects into the DebugBlock of the DSU.

**Statistical profiling**
: This function is system register based.

**ELA registers**
: This function is memory-mapped. You can access the *Embedded Logic Analyzer* (ELA) registers using the APB slave port that connects into the DebugBlock of the DSU.

For information on APB slave port interface, see *Interfaces* in *Technical overview* in the *Arm® DynamIQ™ Shared Unit-110 Technical Reference Manual*.

### 17.2.2 Effects of resets on debug registers

The complexporeset_n and complexreset_n signals of the core affect the debug registers.

complexporeset_n maps to a Cold reset that covers reset of the core logic and the integrated debug functionality. This signal initializes the core logic, including the trace unit, breakpoint, watchpoint logic, performance monitor, and debug logic.

complexreset_n maps to a Warm reset that covers reset of the core logic. This signal resets some of the debug and performance monitor logic.

### 17.2.3 External access permissions to Debug registers

External access permission to the Debug registers is subject to the conditions at the time of the access.

The following table shows the core response to accesses through the external debug interface.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table 17-1: External access conditions to registers**

| Name | Condition | Description |
|---|---|---|
| Off | EDPRSR.PU = 1 | Because Armv8.3-DoPD, Debug over PowerDown, is implemented, access to this field is *Read-As-One* (RAO). When the core power domain is in a powerup state, the Debug registers in the core power domain can be accessed. When the core power domain is OFF, accesses to the Debug registers in the core power domain, including EDPRSR, return an error. |
| OSLK | OSLSR_EL1.OSLK = 1 | OS Lock is locked. |
| EDAD | `AllowExternalDebugAccess()== FALSE` | External debug access is disabled. If an error is returned because of an EDAD condition code, and this is the highest priority error condition, then EDPRSR.SDAD is set to 1. Otherwise, SDAD is unchanged. |
| Default | - | This is normal access, none of the conditions apply. |

### 17.2.4 Breakpoints and watchpoints

The Neoverse™ N2 core supports six breakpoints, four watchpoints, and a standard *Debug Communications Channel* (DCC).

A breakpoint consists of a breakpoint control register and a breakpoint value register. These two registers are referred to as a *Breakpoint Register Pair* (BRP). Four of the breakpoints (BRP 0-3) match only to the *Virtual Address* (VA) and the other two (BRP 4 and 5) match against either the VA or context ID, or the *Virtual Machine ID* (VMID).

You can use watchpoints to stop your target when a specific memory address is accessed by your program. All the watchpoints can be linked to two breakpoints (BRP 4 and 5) to enable a memory request to be trapped in a given process context.

## 17.3 Debug events

A debug event can be either a software debug event or a Halting debug event.

The Neoverse™ N2 core responds to a debug event in one of the following ways:

- It ignores the debug event
- It takes a debug exception
- It enters debug state

In the Neoverse™ N2 core, watchpoint debug events are always synchronous. Memory hint instructions and cache clean operations, except `DC ZVA`, and `DC IVAC` do not generate watchpoint debug events. Store exclusive instructions generate a watchpoint debug event even when the check for the control of exclusive monitor fails. Atomic `CAS` instructions generate a watchpoint debug event even when the compare operation fails.

A Cold reset sets the Debug OS Lock. For the debug events and debug register accesses to operate normally, the Debug OS Lock must be cleared.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## 17.4 Debug memory map and debug signals

The debug memory map and debug signals are handled at the DynamIQ™-110 cluster level.

See *Debug* and *ROM tables* in the *Arm® DynamIQ™ Shared Unit-110 Technical Reference Manual* .

## 17.5 ROM table

The Neoverse™ N2 core includes a ROM table that contains a list of components in the system. Debuggers can use the ROM table to determine which CoreSight components are implemented.

The ROM table is a CoreSight debug related component that aids system debug along with CoreSight SoC and is for the Neoverse™ N2 core. There is one ROM table for each core and ROM tables comply with the *Arm® CoreSight™ Architecture Specification v3.0*.

The DSU-110 has its own ROM tables, one for the cluster and one for the DebugBlock, and has entry points in the cluster ROM table for the ROM tables belonging to each core. See *ROM tables* in the *Arm® DynamIQ™ Shared Unit-110 Technical Reference Manual* for more information.

The Neoverse™ N2 core ROM table includes the following entries:

**Table 17-2: Core ROM table**

| Offset | Name | Description |
|---|---|---|
| `0x0000` | ROMENTRY0 | Core debug |
| `0x0004` | ROMENTRY1 | Core PMU |
| `0x0008` | ROMENTRY2 | Core trace unit |
| `0x000C` | ROMENTRY3 | Optional ELA |

## 17.6 CoreSight component identification

Each component associated with the Neoverse™ N2 core has a unique set of CoreSight ID values.

**Table 17-3: Neoverse™ N2 CoreSight component identification**

| Component | Peripheral ID | Component ID | DevType | DevArch | Revision |
|---|---|---|---|---|---|
| Trace unit | `0x04000BBD49` | `0xB105900D` | `0x00000013` | `0x47705a13` | r0p3 |
| PMU | `0x04000BBD49` | `0xB105900D` | `0x00000016` | `0x47702a16` | r0p3 |
| DBG | `0x04000BBD49` | `0xB105900D` | `0x00000015` | `0x47709a15` | r0p3 |
| ROM Table | `0x04000BBD49` | `0xB105900D` | `0x00000000` | `0x47700af7` | r0p3 |

For details on the CoreSight component identification for the Neoverse™ N2 core ELA, see the *Arm® CoreSight™ ELA-600 Embedded Logic Analyzer Technical Reference Manual* .

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 17.7 CTI register identification values

The Neoverse™ N2 core Cross Trigger Interface (CTI) registers are located in the DebugBlock of the DSU-110.

For the cluster and core CTI register names and descriptions, see *External CTI register summary* in the *Arm® DynamIQ™ Shared Unit-110 Configuration and Integration Manual* . Only the core CTI register peripheral ID values will differ from the cluster CTI register peripheral ID values.

The following table shows the core CTI register peripheral ID values.

**Table 17-4: Core CTI register peripheral ID values**

| Register | Bitfield position | Bitfield name | Value |
|---|---|---|---|
| CTIPIDR4 | [7:4] | SIZE | See register C.3.52 PMPIDR4, Performance Monitors Peripheral Identification Register 4 on page 1266 |
| | [3:0] | DES_2 | |
| CTIPIDR3 | [7:4] | REVAND | See register C.3.56 PMPIDR3, Performance Monitors Peripheral Identification Register 3 on page 1272 |
| | [3:0] | CMOD | |
| CTIPIDR2 | [7:4] | REVISION | See register C.3.55 PMPIDR2, Performance Monitors Peripheral Identification Register 2 on page 1271 |
| | [3] | JEDEC | |
| | [2:0] | DES_1 | |
| CTIPIDR1 | [7:4] | DES_0 | See register C.3.54 PMPIDR1, Performance Monitors Peripheral Identification Register 1 on page 1269 |
| | [3:0] | PART_1 | |
| CTIPIDR0 | [7:0] | PART_0 | See register C.3.53 PMPIDR0, Performance Monitors Peripheral Identification Register 0 on page 1268 |

# 17.8 AArch64 Debug registers summary

The summary table provides an overview of all Debug registers in the core. For more information about a register, click the register name in the table.

For registers without a listed reset value refer to the individual field resets documented on the register description pages or in the Arm ARM.

**Table 17-5: Debug registers summary**

| Name | Op0 | Op1 | CRn | CRm | Op2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| OSDTRRX_EL1 | 2 | 0 | C0 | C0 | 2 | See individual bit resets. | 64-bit | OS Lock Data Transfer Register, Receive |
| DBGBVR0_EL1 | 2 | 0 | C0 | C0 | 4 | See individual bit resets. | 64-bit | Debug Breakpoint Value Registers |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Name | Op0 | Op1 | CRn | CRm | Op2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| DBGBCR0_EL1 | 2 | 0 | C0 | C0 | 5 | See individual bit resets. | 64-bit | Debug Breakpoint Control Registers |
| DBGWVR0_EL1 | 2 | 0 | C0 | C0 | 6 | See individual bit resets. | 64-bit | Debug Watchpoint Value Registers |
| DBGWCR0_EL1 | 2 | 0 | C0 | C0 | 7 | See individual bit resets. | 64-bit | Debug Watchpoint Control Registers |
| DBGBVR1_EL1 | 2 | 0 | C0 | C1 | 4 | See individual bit resets. | 64-bit | Debug Breakpoint Value Registers |
| DBGBCR1_EL1 | 2 | 0 | C0 | C1 | 5 | See individual bit resets. | 64-bit | Debug Breakpoint Control Registers |
| DBGWVR1_EL1 | 2 | 0 | C0 | C1 | 6 | See individual bit resets. | 64-bit | Debug Watchpoint Value Registers |
| DBGWCR1_EL1 | 2 | 0 | C0 | C1 | 7 | See individual bit resets. | 64-bit | Debug Watchpoint Control Registers |
| MDCCINT_EL1 | 2 | 0 | C0 | C2 | 0 | See individual bit resets. | 64-bit | Monitor DCC Interrupt Enable Register |
| MDSCR_EL1 | 2 | 0 | C0 | C2 | 2 | See individual bit resets. | 64-bit | Monitor Debug System Control Register |
| DBGBVR2_EL1 | 2 | 0 | C0 | C2 | 4 | See individual bit resets. | 64-bit | Debug Breakpoint Value Registers |
| DBGBCR2_EL1 | 2 | 0 | C0 | C2 | 5 | See individual bit resets. | 64-bit | Debug Breakpoint Control Registers |
| DBGWVR2_EL1 | 2 | 0 | C0 | C2 | 6 | See individual bit resets. | 64-bit | Debug Watchpoint Value Registers |
| DBGWCR2_EL1 | 2 | 0 | C0 | C2 | 7 | See individual bit resets. | 64-bit | Debug Watchpoint Control Registers |
| OSDTRTX_EL1 | 2 | 0 | C0 | C3 | 2 | See individual bit resets. | 64-bit | OS Lock Data Transfer Register, Transmit |
| DBGBVR3_EL1 | 2 | 0 | C0 | C3 | 4 | See individual bit resets. | 64-bit | Debug Breakpoint Value Registers |
| DBGBCR3_EL1 | 2 | 0 | C0 | C3 | 5 | See individual bit resets. | 64-bit | Debug Breakpoint Control Registers |
| DBGWVR3_EL1 | 2 | 0 | C0 | C3 | 6 | See individual bit resets. | 64-bit | Debug Watchpoint Value Registers |
| DBGWCR3_EL1 | 2 | 0 | C0 | C3 | 7 | See individual bit resets. | 64-bit | Debug Watchpoint Control Registers |
| DBGBVR4_EL1 | 2 | 0 | C0 | C4 | 4 | See individual bit resets. | 64-bit | Debug Breakpoint Value Registers |
| DBGBCR4_EL1 | 2 | 0 | C0 | C4 | 5 | See individual bit resets. | 64-bit | Debug Breakpoint Control Registers |
| DBGBVR5_EL1 | 2 | 0 | C0 | C5 | 4 | See individual bit resets. | 64-bit | Debug Breakpoint Value Registers |
| DBGBCR5_EL1 | 2 | 0 | C0 | C5 | 5 | See individual bit resets. | 64-bit | Debug Breakpoint Control Registers |
| OSECCR_EL1 | 2 | 0 | C0 | C6 | 2 | See individual bit resets. | 64-bit | OS Lock Exception Catch Control Register |
| MDRAR_EL1 | 2 | 0 | C1 | C0 | 0 | See individual bit resets. | 64-bit | Monitor Debug ROM Address Register |
| OSLAR_EL1 | 2 | 0 | C1 | C0 | 4 | See individual bit resets. | 64-bit | OS Lock Access Register |
| OSLSR_EL1 | 2 | 0 | C1 | C1 | 4 | See individual bit resets. | 64-bit | OS Lock Status Register |
| OSDLR_EL1 | 2 | 0 | C1 | C3 | 4 | See individual bit resets. | 64-bit | OS Double Lock Register |
| DBGPRCR_EL1 | 2 | 0 | C1 | C4 | 4 | See individual bit resets. | 64-bit | Debug Power Control Register |
| DBGCLAIMSET_EL1 | 2 | 0 | C7 | C8 | 6 | See individual bit resets. | 64-bit | Debug CLAIM Tag Set register |
| DBGCLAIMCLR_EL1 | 2 | 0 | C7 | C9 | 6 | See individual bit resets. | 64-bit | Debug CLAIM Tag Clear register |
| DBGAUTHSTATUS_EL1 | 2 | 0 | C7 | C14 | 6 | See individual bit resets. | 64-bit | Debug Authentication Status register |
| MDCCSR_EL0 | 2 | 3 | C0 | C1 | 0 | See individual bit resets. | 64-bit | Monitor DCC Status Register |
| DBGDTR_EL0 | 2 | 3 | C0 | C4 | 0 | See individual bit resets. | 64-bit | Debug Data Transfer Register, half-duplex |
| DBGDTRRX_EL0 | 2 | 3 | C0 | C5 | 0 | See individual bit resets. | 64-bit | Debug Data Transfer Register, Receive |
| DBGDTRTX_EL0 | 2 | 3 | C0 | C5 | 0 | See individual bit resets. | 64-bit | Debug Data Transfer Register, Transmit |
| TRFCR_EL1 | 3 | 0 | C1 | C2 | 1 | See individual bit resets. | 64-bit | Trace Filter Control Register (EL1) |
| MDCR_EL2 | 3 | 4 | C1 | C1 | 1 | See individual bit resets. | 64-bit | Monitor Debug Configuration Register (EL2) |
| TRFCR_EL2 | 3 | 4 | C1 | C2 | 1 | See individual bit resets. | 64-bit | Trace Filter Control Register (EL2) |
| IMP_IDATA0_EL3 | 3 | 6 | C15 | C0 | 0 | See individual bit resets. | 64-bit | Instruction Register 0 |
| IMP_IDATA1_EL3 | 3 | 6 | C15 | C0 | 1 | See individual bit resets. | 64-bit | Instruction Register 0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Name | Op0 | Op1 | CRn | CRm | Op2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| IMP_IDATA2_EL3 | 3 | 6 | C15 | C0 | 2 | See individual bit resets. | 64-bit | Instruction Register 0 |
| IMP_DDATA0_EL3 | 3 | 6 | C15 | C1 | 0 | See individual bit resets. | 64-bit | Data Register 0 |
| IMP_DDATA1_EL3 | 3 | 6 | C15 | C1 | 1 | See individual bit resets. | 64-bit | Data Register 1 |
| IMP_DDATA2_EL3 | 3 | 6 | C15 | C1 | 2 | See individual bit resets. | 64-bit | Data Register 2 |

## 17.9 External Debug registers summary

The summary table provides an overview of **IMPLEMENTATION DEFINED** memory-mapped Debug registers in the core. For more information about a register, click the register name in the table.

For registers without a listed reset value refer to the individual field resets documented on the register description pages or in the Arm ARM.

**Table 17-6: Debug registers summary**

| Offset | Name | Reset | Width | Description |
|---|---|---|---|---|
| 0x020 | EDESR | See individual bit resets. | 32-bit | External Debug Event Status Register |
| 0x024 | EDECR | See individual bit resets. | 32-bit | External Debug Execution Control Register |
| 0x030 | EDWAR [31:0] | See individual bit resets. | 32-bit | External Debug Watchpoint Address Register |
| 0x034 | EDWAR [63:32] | See individual bit resets. | 32-bit | External Debug Watchpoint Address Register |
| 0x080 | DBGDTRRX_EL0 | See individual bit resets. | 32-bit | Debug Data Transfer Register, Receive |
| 0x084 | EDITR | See individual bit resets. | 32-bit | External Debug Instruction Transfer Register |
| 0x088 | EDSCR | See individual bit resets. | 32-bit | External Debug Status and Control Register |
| 0x08C | DBGDTRTX_EL0 | See individual bit resets. | 32-bit | Debug Data Transfer Register, Transmit |
| 0x090 | EDRCR | See individual bit resets. | 32-bit | External Debug Reserve Control Register |
| 0x098 | EDECCR | See individual bit resets. | 32-bit | External Debug Exception Catch Control Register |
| 0x300 | OSLAR_EL1 | See individual bit resets. | 32-bit | OS Lock Access Register |
| 0x310 | EDPRCR | See individual bit resets. | 32-bit | External Debug Power/Reset Control Register |
| 0x314 | EDPRSR | See individual bit resets. | 32-bit | External Debug Processor Status Register |
| 0x400 | DBGBVR0_EL1 [63:0] | See individual bit resets. | 64-bit | Debug Breakpoint Value Registers |
| 0x408 | DBGBCR0_EL1 | See individual bit resets. | 32-bit | Debug Breakpoint Control Registers |
| 0x410 | DBGBVR1_EL1 [63:0] | See individual bit resets. | 64-bit | Debug Breakpoint Value Registers |
| 0x418 | DBGBCR1_EL1 | See individual bit resets. | 32-bit | Debug Breakpoint Control Registers |
| 0x420 | DBGBVR2_EL1 [63:0] | See individual bit resets. | 64-bit | Debug Breakpoint Value Registers |
| 0x428 | DBGBCR2_EL1 | See individual bit resets. | 32-bit | Debug Breakpoint Control Registers |
| 0x430 | DBGBVR3_EL1 [63:0] | See individual bit resets. | 64-bit | Debug Breakpoint Value Registers |
| 0x438 | DBGBCR3_EL1 | See individual bit resets. | 32-bit | Debug Breakpoint Control Registers |
| 0x440 | DBGBVR4_EL1 [63:0] | See individual bit resets. | 64-bit | Debug Breakpoint Value Registers |
| 0x448 | DBGBCR4_EL1 | See individual bit resets. | 32-bit | Debug Breakpoint Control Registers |
| 0x450 | DBGBVR5_EL1 [63:0] | See individual bit resets. | 64-bit | Debug Breakpoint Value Registers |
| 0x458 | DBGBCR5_EL1 | See individual bit resets. | 32-bit | Debug Breakpoint Control Registers |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Offset | Name | Reset | Width | Description |
|---|---|---|---|---|
| 0x800 | DBGWVR0_EL1 [63:0] | See individual bit resets. | 64-bit | Debug Watchpoint Value Registers |
| 0x808 | DBGWCR0_EL1 | See individual bit resets. | 32-bit | Debug Watchpoint Control Registers |
| 0x810 | DBGWVR1_EL1 [63:0] | See individual bit resets. | 64-bit | Debug Watchpoint Value Registers |
| 0x818 | DBGWCR1_EL1 | See individual bit resets. | 32-bit | Debug Watchpoint Control Registers |
| 0x820 | DBGWVR2_EL1 [63:0] | See individual bit resets. | 64-bit | Debug Watchpoint Value Registers |
| 0x828 | DBGWCR2_EL1 | See individual bit resets. | 32-bit | Debug Watchpoint Control Registers |
| 0x830 | DBGWVR3_EL1 [63:0] | See individual bit resets. | 64-bit | Debug Watchpoint Value Registers |
| 0x838 | DBGWCR3_EL1 | See individual bit resets. | 32-bit | Debug Watchpoint Control Registers |
| 0xD00 | MIDR_EL1 | See individual bit resets. | 32-bit | Main ID Register |
| 0xD20 | EDPFR [31:0] | See individual bit resets. | 32-bit | External Debug Processor Feature Register |
| 0xD24 | EDPFR [63:32] | See individual bit resets. | 32-bit | External Debug Processor Feature Register |
| 0xD28 | EDDFR [31:0] | See individual bit resets. | 32-bit | External Debug Feature Register |
| 0xD2C | EDDFR [63:32] | See individual bit resets. | 32-bit | External Debug Feature Register |
| 0xD60 | EDAA32PFR | See individual bit resets. | 64-bit | External Debug Auxiliary Processor Feature Register |
| 0xF00 | EDITCTRL | See individual bit resets. | 32-bit | External Debug Integration mode Control register |
| 0xFA0 | DBGCLAIMSET_EL1 | See individual bit resets. | 32-bit | Debug CLAIM Tag Set register |
| 0xFA4 | DBGCLAIMCLR_EL1 | See individual bit resets. | 32-bit | Debug CLAIM Tag Clear register |
| 0xFA8 | EDDEVAFF0 | See individual bit resets. | 32-bit | External Debug Device Affinity register 0 |
| 0xFAC | EDDEVAFF1 | See individual bit resets. | 32-bit | External Debug Device Affinity register 1 |
| 0xFB0 | EDLAR | See individual bit resets. | 32-bit | External Debug Lock Access Register |
| 0xFB4 | EDLSR | See individual bit resets. | 32-bit | External Debug Lock Status Register |
| 0xFB8 | DBGAUTHSTATUS_EL1 | See individual bit resets. | 32-bit | Debug Authentication Status register |
| 0xFBC | EDDEVARCH | See individual bit resets. | 32-bit | External Debug Device Architecture register |
| 0xFC0 | EDDEVID2 | See individual bit resets. | 32-bit | External Debug Device ID register 2 |
| 0xFC4 | EDDEVID1 | See individual bit resets. | 32-bit | External Debug Device ID register 1 |
| 0xFC8 | EDDEVID | See individual bit resets. | 32-bit | External Debug Device ID register 0 |
| 0xFCC | EDDEVTYPE | See individual bit resets. | 32-bit | External Debug Device Type register |
| 0xFD0 | EDPIDR4 | See individual bit resets. | 32-bit | External Debug Peripheral Identification Register 4 |
| 0xFE0 | EDPIDR0 | See individual bit resets. | 32-bit | External Debug Peripheral Identification Register 0 |
| 0xFE4 | EDPIDR1 | See individual bit resets. | 32-bit | External Debug Peripheral Identification Register 1 |
| 0xFE8 | EDPIDR2 | See individual bit resets. | 32-bit | External Debug Peripheral Identification Register 2 |
| 0xFEC | EDPIDR3 | See individual bit resets. | 32-bit | External Debug Peripheral Identification Register 3 |
| 0xFF0 | EDCIDR0 | See individual bit resets. | 32-bit | External Debug Component Identification Register 0 |
| 0xFF4 | EDCIDR1 | See individual bit resets. | 32-bit | External Debug Component Identification Register 1 |
| 0xFF8 | EDCIDR2 | See individual bit resets. | 32-bit | External Debug Component Identification Register 2 |
| 0xFFC | EDCIDR3 | See individual bit resets. | 32-bit | External Debug Component Identification Register 3 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 17.10 External CoreROM registers summary

The summary table provides an overview of **IMPLEMENTATION DEFINED** memory-mapped CoreROM registers in the core. For more information about a register, click the register name in the table.

For registers without a listed reset value refer to the individual field resets documented on the register description pages or in the Arm ARM.

**Table 17-7: CoreROM registers summary**

| Offset | Name | Reset | Width | Description |
|---|---|---|---|---|
| 0x000 | COREROM_ROMENTRY0 | See individual bit resets. | 32-bit | Core ROM table Entry 0 |
| 0x004 | COREROM_ROMENTRY1 | See individual bit resets. | 32-bit | Core ROM table Entry 1 |
| 0x008 | COREROM_ROMENTRY2 | See individual bit resets. | 32-bit | Core ROM table Entry 2 |
| 0x00C | COREROM_ROMENTRY3 | See individual bit resets. | 32-bit | Core ROM table Entry 3 |
| 0xFB8 | COREROM_AUTHSTATUS | See individual bit resets. | 32-bit | Core ROM table Authentication Status Register |
| 0xFBC | COREROM_DEVARCH | See individual bit resets. | 32-bit | Core ROM table Device Architecture Register |
| 0xFCC | COREROM_DEVTYPE | See individual bit resets. | 32-bit | Core ROM table Device Type Register |
| 0xFD0 | COREROM_PIDR4 | See individual bit resets. | 32-bit | Core ROM table Peripheral Identification Register 4 |
| 0xFE0 | COREROM_PIDR0 | See individual bit resets. | 32-bit | Core ROM table Peripheral Identification Register 0 |
| 0xFE4 | COREROM_PIDR1 | See individual bit resets. | 32-bit | Core ROM table Peripheral Identification Register 1 |
| 0xFE8 | COREROM_PIDR2 | See individual bit resets. | 32-bit | Core ROM table Peripheral Identification Register 2 |
| 0xFEC | COREROM_PIDR3 | See individual bit resets. | 32-bit | Core ROM table Peripheral Identification Register 3 |
| 0xFF0 | COREROM_CIDR0 | See individual bit resets. | 32-bit | Core ROM table Component Identification Register 0 |
| 0xFF4 | COREROM_CIDR1 | See individual bit resets. | 32-bit | Core ROM table Component Identification Register 1 |
| 0xFF8 | COREROM_CIDR2 | See individual bit resets. | 32-bit | Core ROM table Component Identification Register 2 |
| 0xFFC | COREROM_CIDR3 | See individual bit resets. | 32-bit | Core ROM table Component Identification Register 3 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 18. Performance Monitors Extension support

The Neoverse™ N2 core implements the Performance Monitors Extension, including Arm®v8.4-A and Arm®v8.5-A performance monitoring features.

The Neoverse™ N2 core *Performance Monitoring Unit* (PMU):

- Collects events through an event interface from other units in the design. These events are used as triggers for event counters.
- Supports cycle counters through the Performance Monitors Control Register.
- Implements PMU snapshots for context samples.
- Provides six PMU 64-bit counters that count any of the events available in the core. The absolute counts that are recorded might vary because of pipeline effects. This variation has negligible effect except in cases where the counters are enabled for a very short time.

You can program the PMU using either the System registers or the external Debug APB interface.

## 18.1 Performance monitors events

The Neoverse™ N2 *Performance Monitoring Unit* (PMU) collects events from other units in the design and uses numbers to reference these events.

The following table lists the Neoverse™ N2 performance monitors events. Event reference numbers that are not listed are reserved.

---

Note

Unless otherwise indicated, each of these events can be exported to the trace unit.

---

**Table 18-1: Performance monitors Events**

| Event number | Event mnemonic | Event description |
|---|---|---|
| `0x0` | SW_INCR | Software increment<br><br>This event counts any instruction architecturally executed (condition code check pass). |
| `0x1` | L1I_CACHE_REFILL | L1 instruction cache refill<br><br>This event counts any instruction fetch which misses in the cache.<br><br>The following instructions are not counted:<br>• Cache maintenance instructions<br>• Non-cacheable accesses |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Event number | Event mnemonic | Event description |
|---|---|---|
| 0x2 | L1I_TLB_REFILL | L1 instruction TLB refill<br><br>This event counts any refill of the L1 instruction TLB from the *MMU Translation Cache* (MMUTC). This includes refills that result in a translation fault.<br><br>The following instructions are not counted:<br>• TLB maintenance instructions<br><br>This event counts regardless of whether the MMU is enabled. |
| 0x3 | L1D_CACHE_REFILL | L1 data cache refill<br><br>This event counts any load or store operation or translation table walk access which causes data to be read from outside the L1, including accesses which do not allocate into L1.<br><br>The following instructions are not counted:<br>• Cache maintenance instructions and prefetches<br>• Stores of an entire cache line, even if they make a coherency request outside the L1<br>• Partial cache line writes which do not allocate into the L1 cache.<br>• Non-cacheable accesses<br><br>This event counts the sum of L1D_CACHE_REFILL_RD and L1D_CACHE_REFILL_WR. |
| 0x4 | L1D_CACHE | L1 data cache access<br><br>This event counts any load or store operation or translation table walk access which looks up in the L1 data cache. In particular, any access which could count the L1D_CACHE_REFILL event causes this event to count.<br><br>The following instructions are not counted:<br>• Cache maintenance instructions and prefetches<br>• Non-cacheable accesses<br><br>This event counts the sum of L1D_CACHE_RD and L1D_CACHE_WR. |
| 0x5 | L1D_TLB_REFILL | L1 data TLB refill<br><br>This event counts any refill of the data L1 TLB from the MMUTC. This includes refills that result in a translation fault. TLB maintenance instructions are not counted.<br><br>This event counts regardless of whether the MMU is enabled. |
| 0x8 | INST_RETIRED | Instruction architecturally executed.<br><br>This event counts all retired instructions, including those that fail their condition check. |
| 0x9 | EXC_TAKEN | Exception taken |
| 0x0A | EXC_RETURN | Instruction architecturally executed, condition code check pass, exception return |
| 0x0B | CID_WRITE_RETIRED | Instruction architecturally executed, condition code check pass, write to CONTEXTIDR<br><br>This event only counts writes to CONTEXTIDR_EL1.<br><br>Writes to CONTEXTIDR_EL12 and CONTEXTIDR_EL2 are not counted. |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Event number | Event mnemonic | Event description |
|---|---|---|
| 0x10 | BR_MIS_PRED | Mispredicted or not predicted branch speculatively executed<br><br>This event counts any predictable branch instruction which is mispredicted either because of dynamic misprediction or because the MMU is off and the branches are statically predicted not taken. |
| 0x11 | CPU_CYCLES | Cycle<br><br>This event is not exported to the trace unit. |
| 0x12 | BR_PRED | Predictable branch speculatively executed.<br><br>This event counts all predictable branches. |
| 0x13 | MEM_ACCESS | Data memory access.<br><br>This event counts memory accesses due to load or store instructions.<br><br>The following instructions are not counted:<br>• Instruction fetches<br>• Cache maintenance instructions<br>• Translation table walks or prefetches<br>This event counts the sum of MEM_ACCESS_RD and MEM_ACCESS_WR. |
| 0x14 | L1I_CACHE | L1 instruction cache access or *Macro-op* (MOP) cache access.<br><br>This event counts any instruction fetch which accesses the L1 instruction cache or MOP cache.<br>The following instructions are not counted:<br>• Cache maintenance instructions<br>• Non-cacheable accesses |
| 0x15 | L1D_CACHE_WB | L1 data cache Write-Back<br><br>This event counts any write-back of data from the L1 data cache to L2 or L3. This counts both victim line evictions and snoops, including cache maintenance operations.<br><br>The following instructions are not counted:<br>• Invalidations which do not result in data being transferred out of the L1<br>• Full-line writes which write to L2 without writing L1, such as write streaming mode |
| 0x16 | L2D_CACHE | L2 cache access<br><br>This event counts any transaction from L1 which looks up in the L2 cache, and any write-back from the L1 to the L2.<br><br>Snoops from outside the core and cache maintenance operations are not counted. |
| 0x17 | L2D_CACHE_REFILL | L2 cache refill<br><br>This event counts any cacheable transaction from L1 which causes data to be read from outside the core. L2 refills caused by stashes into L2 are not counted. |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Event number | Event mnemonic | Event description |
|---|---|---|
| 0x18 | L2D_CACHE_WB | L2 cache write-back<br><br>This event counts any write-back of data from the L2 cache to outside the core. This includes snoops to the L2 which return data, regardless of whether they cause an invalidation.<br><br>Invalidations from the L2 which do not write data outside of the core and snoops which return data from the L1 are not counted. |
| 0x19 | BUS_ACCESS | Bus access<br><br>This event counts for every beat of data transferred over the data channels between the core and the *Snoop Control Unit* (SCU). If both read and write data beats are transferred on a given cycle, this event is counted twice on that cycle.<br><br>This event counts the sum of BUS_ACCESS_RD, BUS_ACCESS_WR, and any snoop data responses. |
| 0x1A | MEMORY_ERROR | Local memory error<br><br>This event counts any correctable or uncorrectable memory error (ECC or parity) in the protected core RAMs. |
| 0x1B | INST_SPEC | Operation speculatively executed |
| 0x1C | TTBR_WRITE_RETIRED | Instruction architecturally executed, condition code check pass, write to TTBR<br><br>This event only counts writes to TTBR0_EL1/TTBR1_EL1.<br><br>Accesses to TTBR0_EL12/TTBR1_EL12 or TTBR0_EL2/TTBR1_EL2 are not counted. |
| 0x1D | BUS_MASTER_CYCLE | Bus cycles<br><br>This event duplicates CPU_CYCLES. |
| 0x1E | COUNTER_OVERFLOW | For odd-numbered counters, this event increments the count by one for each overflow of the preceding even-numbered counter. For even-numbered counters, there is no increment. |
| 0x20 | CACHE_ALLOCATE | L2 data cache allocation without refill.<br><br>This event counts any full cache line write into the L2 cache which does not cause a linefill, including write-backs from L1 to L2 and full-line writes which do not allocate into L1. |
| 0x21 | BR_RETIRED | Instruction architecturally executed, branch<br><br>This event counts all branches, taken or not. This excludes exception entries, debug entries and CCFAIL branches. |
| 0x22 | BR_MIS_PRED_RETIRED | Instruction architecturally executed, mispredicted branch<br><br>This event counts any branch counted by BR_RETIRED which is not correctly predicted and causes a pipeline flush. |
| 0x23 | STALL_FRONTEND | No operation issued because of the frontend<br><br>The counter counts on any cycle when there are no fetched instructions available to dispatch. |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Event number | Event mnemonic | Event description |
|---|---|---|
| 0x24 | STALL_BACKEND | No operation issued because of the backend<br><br>The counter counts on any cycle fetched instructions are not dispatched due to resource constraints. |
| 0x25 | L1D_TLB | Level 1 data TLB access<br><br>This event counts any load or store operation which accesses the data L1 TLB. If both a load and a store are executed on a cycle, this event counts twice. This event counts regardless of whether the MMU is enabled. |
| 0x26 | L1I_TLB | Level 1 instruction TLB access<br><br>This event counts any instruction fetch which accesses the instruction L1 TLB.<br><br>This event counts regardless of whether the MMU is enabled. |
| 0x29 | L3D_CACHE_ALLOCATE | Attributable L3 cache allocation without refill<br><br>This event counts any full cache line write into the L3 cache which does not cause a linefill, including write-backs from L2 to L3 and full-line writes which do not allocate into L2. |
| 0x2A | L3D_CACHE_REFILL | Attributable L3 cache refill<br><br>This event counts for any cacheable read transaction returning data from the SCU for which the data source was outside the cluster.<br><br>Transactions such as ReadUnique are counted as read transactions, even though they can be generated by store instructions. |
| 0x2B | L3D_CACHE | Attributable L3 cache access<br><br>This event counts for any cacheable read transaction returning data from the SCU, or for any cacheable write to the SCU. |
| 0x2D | L2TLB_REFILL | Attributable L2 TLB refill<br><br>This event counts on any refill of the MMUTC, caused by either an instruction or data access.<br><br>This event does not count if the MMU is disabled. |
| 0x2F | L2TLB_REQ | Attributable L2 TLB access<br><br>This event counts on any access to the MMUTC (caused by a refill of any of the L1 TLBs).<br><br>This event does not count if the MMU is disabled. |
| 0x31 | REMOTE_ACCESS | Access to another socket in a multi-socket system |
| 0x34 | DTLB_WLK | Access to data TLB that caused a page table walk<br><br>This event counts on any data access which causes L2D_TLB_REFILL to count. |
| 0x35 | ITLB_WLK | Access to instruction TLB that caused a translation table walk.<br><br>This event counts on any instruction access which causes L2D_TLB_REFILL to count. |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Event number | Event mnemonic | Event description |
|---|---|---|
| 0x36 | LL_CACHE_RD | Last level cache access, read<br><br>If CPUECTLR.EXTLLC is set, then this event counts any cacheable read transaction which returns a data source of interconnect cache.<br><br>If CPUECTLR.EXTLLC is not set, then this event is a duplicate of the L*D_CACHE_RD event corresponding to the last level of cache implemented L2D_CACHE_RD if only one is implemented, or L1D_CACHE_RD if neither is implemented. |
| 0x37 | LL_CACHE_MISS_RD | Last level cache miss, read<br><br>If CPUECTLR.EXTLLC is set, then this event counts any cacheable read transaction which returns a data source of DRAM, remote, or inter-cluster peer.<br><br>If CPUECTLR.EXTLLC is not set, then this event is a duplicate of the L*D_CACHE_REFILL_RD event corresponding to the last level of cache implemented L2D_CACHE_REFILL_RD if only one is implemented, or L1D_CACHE_REFILL_RD if neither is implemented. |
| 0x39 | L1D_CACHE_LMISS_RD | Level 1 data cache long-latency miss |
| 0x3A | OP_RETIRED | Micro-operation architecturally executed |
| 0x3B | OP_SPEC | Micro-operation speculatively executed |
| 0x3C | STALL | No operation sent for execution |
| 0x3D | STALL_SLOT_BACKEND | No operation sent for execution on a slot due to the backend |
| 0x3E | STALL_SLOT_FRONTEND | No operation sent for execution on a slot due to the frontend |
| 0x3F | STALL_SLOT | No operation sent for execution on a slot |
| 0x40 | L1D_CACHE_RD | L1 data cache access, read<br><br>This event counts any load operation or page table walk access which looks up in the L1 data cache. In particular, any access which could count the L1D_CACHE_REFILL_RD event causes this event to count.<br><br>The following instructions are not counted:<br>• Cache maintenance instructions and prefetches<br>• Non-cacheable accesses |
| 0x41 | L1D_CACHE_WR | L1 data cache access, write<br><br>This event counts any store operation which looks up in the L1 data cache. In particular, any access which could count the L1D_CACHE_REFILL_WR event causes this event to count.<br><br>The following instructions are not counted:<br>• Cache maintenance instructions and prefetches<br>• Non-cacheable accesses |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Event number | Event mnemonic | Event description |
|---|---|---|
| 0x42 | L1D_CACHE_REFILL_RD | L1 data cache refill, read<br><br>This event counts any load operation or page table walk access which causes data to be read from outside the L1, including accesses which do not allocate into L1.<br><br>The following instructions are not counted:<br>• Cache maintenance instructions and prefetches<br>• Non-cacheable accesses |
| 0x43 | L1D_CACHE_REFILL_WR | L1 data cache refill, write<br><br>This event counts any store operation which causes data to be read from outside the L1, including accesses which do not allocate into L1.<br><br>The following instructions are not counted:<br>• Cache maintenance instructions and prefetches<br>• Stores of an entire cache line, even if they make a coherency request outside the L1<br>• Partial cache line writes which do not allocate into the L1 cache.<br>• Non-cacheable accesses |
| 0x44 | L1D_CACHE_REFILL_INNER | L1 data cache refill, inner<br><br>This event counts any L1 data cache linefill (as counted by L1D_CACHE_REFILL) which hits in the L2 cache, system L3 cache, or another core in the cluster. |
| 0x45 | L1D_CACHE_REFILL_OUTER | L1 data cache refill, outer<br><br>This event counts any L1 data cache linefill (as counted by L1D_CACHE_REFILL) which does not hit in the L2 cache, system L3 cache, or another core in the cluster, and instead obtains data from outside the cluster. |
| 0x46 | L1D_CACHE_WB_VICTIM | L1 data cache write-back, victim |
| 0x47 | L1D_CACHE_WB_CLEAN | L1 data cache write-back cleaning and coherency |
| 0x48 | L1D_CACHE_INVAL | L1 data cache invalidate |
| 0x4C | L1D_TLB_REFILL_RD | L1 data TLB refill, read |
| 0x4D | L1D_TLB_REFILL_WR | L1 data TLB refill, write |
| 0x4E | L1D_TLB_RD | L1 data TLB access, read |
| 0x4F | L1D_TLB_WR | L1 data TLB access, write |
| 0x50 | CACHE_ACCESS_RD | L2 cache access, read<br><br>This event counts any read transaction from L1 which looks up in the L2 cache.<br><br>Snoops from outside the core are not counted. |
| 0x51 | CACHE_ACCESS_WR | L2 cache access, write<br><br>This event counts any write transaction from L1 which looks up in the L2 cache or any write-back from L1 which allocates into the L2 cache.<br><br>Snoops from outside the core are not counted. |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Event number | Event mnemonic | Event description |
|---|---|---|
| 0x52 | CACHE_RD_REFILL | L2 cache refill, read<br><br>This event counts any cacheable read transaction from L1 which causes data to be read from outside the core. L2 refills caused by stashes into L2 should not be counted. Transactions such as ReadUnique are counted as read transactions, even though they can be generated by store instructions. |
| 0x53 | CACHE_WR_REFILL | L2 cache refill, write<br><br>This event counts any write transaction from L1 which causes data to be read from outside the core. L2 refills caused by stashes into L2 should not be counted.<br><br>Transactions such as ReadUnique are not counted as write transactions. |
| 0x56 | CACHE_WRITEBACK_VICTIM | L2 cache write-back, victim |
| 0x57 | CACHE_WRITEBACK_CLEAN_COH | L2 cache write-back, cleaning and coherency |
| 0x58 | L2CACHE_INV | L2 cache invalidate |
| 0x5C | L2TLB_RD_REFILL | L2 TLB refill, read |
| 0x5D | L2TLB_WR_REFILL | L2 TLB refill, write |
| 0x5E | L2TLB_RD_REQ | L2 TLB access, read |
| 0x5F | L2TLB_WR_REQ | L2 TLB access, write |
| 0x60 | BUS_ACCESS_RD | Bus access read<br><br>This event counts for every beat of data transferred over the read data channel between the core and the SCU. |
| 0x61 | BUS_ACCESS_WR | Bus access write<br><br>This event counts for every beat of data transferred over the write data channel between the core and the SCU. |
| 0x66 | MEM_ACCESS_RD | Data memory access, read<br><br>This event counts memory accesses due to load instructions.<br><br>The following instructions are not counted:<br><br>• Instruction fetches<br><br>• Cache maintenance instructions<br><br>• Translation table walks<br><br>• Prefetches |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Event number | Event mnemonic | Event description |
|---|---|---|
| 0x67 | MEM_ACCESS_WR | Data memory access, write<br><br>This event counts memory accesses due to store instructions.<br><br>The following instructions are not counted:<br>• Instruction fetches.<br><br>• Cache maintenance instructions<br><br>• Translation table walks<br><br>• Prefetches |
| 0x68 | UNALIGNED_LD_SPEC | Unaligned access, read |
| 0x69 | UNALIGNED_ST_SPEC | Unaligned access, write |
| 0x6A | UNALIGNED_LDST_SPEC | Unaligned access |
| 0x6C | LDREX_SPEC | Exclusive operation speculatively executed, LDREX or LDX |
| 0x6D | STREX_PASS_SPEC | Exclusive operation speculatively executed, STREX or STX pass |
| 0x6E | STREX_FAIL_SPEC | Exclusive operation speculatively executed, STREX or STX fail |
| 0x6F | STREX_SPEC | Exclusive operation speculatively executed, STREX or STX |
| 0x70 | LD_SPEC | Operation speculatively executed, load |
| 0x71 | ST_SPEC | Operation speculatively executed, store |
| 0x73 | DP_SPEC | Operation speculatively executed, integer data-processing |
| 0x74 | ASE_SPEC | Operation speculatively executed, Advanced SIMD instruction |
| 0x75 | VFP_SPEC | Operation speculatively executed, floating-point instruction |
| 0x76 | PC_WRITE_SPEC | Operation speculatively executed, software change of the PC |
| 0x77 | CRYPTO_SPEC | Operation speculatively executed, Cryptographic instruction |
| 0x78 | BR_IMMED_SPEC | Branch speculatively executed, immediate branch |
| 0x79 | BR_RETURN_SPEC | Branch speculatively executed, procedure return |
| 0x7A | BR_INDIRECT_SPEC | Branch speculatively executed, indirect branch |
| 0x7C | ISB_SPEC | Barrier speculatively executed, ISB |
| 0x7D | DSB_SPEC | Barrier speculatively executed, DSB |
| 0x7E | DMB_SPEC | Barrier speculatively executed, DMB |
| 0x81 | EXC_UNDEF | Counts the number of undefined exceptions taken locally |
| 0x82 | EXC_SVC | Exception taken locally, Supervisor Call |
| 0x83 | EXC_PABORT | Exception taken locally, Instruction Abort |
| 0x84 | EXC_DABORT | Exception taken locally, Data Abort and SError |
| 0x86 | EXC_IRQ | Exception taken locally, IRQ |
| 0x87 | EXC_FIQ | Exception taken locally, FIQ |
| 0x88 | EXC_SMC | Exception taken locally, Secure Monitor Call |
| 0x8A | EXC_HVC | Exception taken locally, Hypervisor Call |
| 0x8B | EXC_TRAP_PABORT | Exception taken, Instruction Abort not taken locally |
| 0x8C | EXC_TRAP_DABORT | Exception taken, Data Abort or SError not taken locally |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Event number | Event mnemonic | Event description |
|---|---|---|
| 0x8D | EXC_TRAP_OTHER | Exception taken, Other traps not taken locally |
| 0x8E | EXC_TRAP_IRQ | Exception taken, IRQ not taken locally |
| 0x8F | EXC_TRAP_FIQ | Exception taken, FIQ not taken locally |
| 0x90 | RC_LD_SPEC | Release consistency operation speculatively executed, load-acquire |
| 0x91 | RC_ST_SPEC | Release consistency operation speculatively executed, store-release |
| 0xA0 | L3_CACHE_RD | L3 cache read |
| 0x4000 | SAMPLE_POP | Sample population |
| 0x4001 | SAMPLE_FEED | Sample taken |
| 0x4002 | SAMPLE_FILTRATE | Sample taken and not removed by filtering |
| 0x4003 | SAMPLE_COLLISION | Sample collided with previous sample |
| 0x4004 | CNT_CYCLES | Constant frequency cycles |
| 0x4005 | STALL_BACKEND_MEM | No operation sent due to the backend and memory stalls |
| 0x4006 | L1I_CACHE_LMISS | L1 instruction cache long latency miss |
| 0x4009 | L2D_CACHE_LMISS_RD | L2 cache long latency miss |
| 0x400B | L3D_CACHE_LMISS_RD | L3 cache long latency miss |
| 0x400C | TRB_WRAP | Trace buffer current write pointer wrapped |
| 0x4010 | TRCEXTOUT0 | PE Trace Unit external output 0 |
| 0x4011 | TRCEXTOUT1 | PE Trace Unit external output 1 |
| 0x4012 | TRCEXTOUT2 | PE Trace Unit external output 2 |
| 0x4013 | TRCEXTOUT3 | PE Trace Unit external output 3 |
| 0x4018 | CTI_TRIGOUT4 | Cross-trigger Interface output trigger 4 |
| 0x4019 | CTI_TRIGOUT5 | Cross-trigger Interface output trigger 5 |
| 0x401A | CTI_TRIGOUT6 | Cross-trigger Interface output trigger 6 |
| 0x401B | CTI_TRIGOUT7 | Cross-trigger Interface output trigger 7 |
| 0x4020 | LDST_ALIGN_LAT | Access with additional latency from alignment |
| 0x4021 | LD_ALIGN_LAT | Load with additional latency from alignment |
| 0x4022 | ST_ALIGN_LAT | Store with additional latency from alignment |
| 0x4024 | MEM_ACCESS_CHECKED | Checked data memory access |
| 0x4025 | MEM_ACCESS_RD_CHECKED | Checked data memory access, read |
| 0x4026 | MEM_ACCESS_WR_CHECKED | Checked data memory access, write |
| 0x8005 | ASE_INST_SPEC | Advanced SIMD operations speculatively executed |
| 0x8006 | SVE_INST_SPEC | SVE operations speculatively executed |
| 0x8014 | FP_HP_SPEC | Half-precision floating-point operation speculatively executed |
| 0x8018 | FP_SP_SPEC | Single-precision floating-point operation speculatively executed |
| 0x801C | FP_DP_SPEC | Double-precision floating-point operation speculatively executed |
| 0x8074 | SVE_PRED_SPEC | SVE predicated operations speculatively executed |
| 0x8075 | SVE_PRED_EMPTY_SPEC | SVE predicated operations with no active predicates speculatively executed |
| 0x8076 | SVE_PRED_FULL_SPEC | SVE predicated operations speculatively executed with all active predicates |
| 0x8077 | SVE_PRED_PARTIAL_SPEC | SVE predicated operations speculatively executed with partially active predicates |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Event number | Event mnemonic | Event description |
|---|---|---|
| 0x8079 | SVE_PRED_NOT_FULL_SPEC | SVE predicated operations speculatively executed with a Governing predicate in which at least one element is FALSE |
| 0x80BC | SVE_LDFF_SPEC | SVE First-fault load operations speculatively executed |
| 0x80BD | SVE_LDFF_FAULT_SPEC | SVE First-fault load operations speculatively executed which set FFR bit to 0 |
| 0x80C0 | FP_SCALE_OPS_SPEC | Scalable floating-point element operations speculatively executed |
| 0x80C1 | FP_FIXED_OPS_SPEC | Non-scalable floating-point element operations speculatively executed |
| 0x80E3 | ASE_SVE_INT8_SPEC | Operation counted by ASE_SVE_INT_SPEC where the largest type is 8-bit integer |
| 0x80E7 | ASE_SVE_INT16_SPEC | Operation counted by ASE_SVE_INT_SPEC where the largest type is 16-bit integer |
| 0x80EB | ASE_SVE_INT32_SPEC | Operation counted by ASE_SVE_INT_SPEC where the largest type is 32-bit integer |
| 0x80EF | ASE_SVE_INT64_SPEC | Operation counted by ASE_SVE_INT_SPEC where the largest type is 64-bit integer |

## 18.2 Performance monitors interrupts

The *Performance Monitoring Unit* (PMU) can be configured to generate an interrupt when one or more of the counters overflow.

When the PMU generates an interrupt, the nPMUIRQ[n] output is driven LOW.

## 18.3 External register access permissions

The Neoverse™ N2 core supports access to the *Performance Monitoring Unit* (PMU) registers from the system register interface and a memory-mapped interface.

Access to a register depends on:

- Whether the core is powered up
- The state of the OS Lock
- The state of External Performance Monitors Access Disable

The behavior is specific to each register and is not described in this manual. For a detailed description of these features and their effects on the registers, see the *Arm® Architecture Reference Manual for A-profile architecture*. The register descriptions provided in this manual describe whether each register is read/write or read-only.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 18.4 AArch64 Performance Monitors registers summary

The summary table provides an overview of all Performance Monitors registers in the core. For more information about a register, click the register name in the table.

For registers without a listed reset value refer to the individual field resets documented on the register description pages or in the Arm ARM.

**Table 18-2: Performance Monitors registers summary**

| Name | Op0 | Op1 | CRn | CRm | Op2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| PMINTENSET_EL1 | 3 | 0 | C9 | C14 | 1 | See individual bit resets. | 64-bit | Performance Monitors Interrupt Enable Set register |
| PMINTENCLR_EL1 | 3 | 0 | C9 | C14 | 2 | See individual bit resets. | 64-bit | Performance Monitors Interrupt Enable Clear register |
| PMMIR_EL1 | 3 | 0 | C9 | C14 | 6 | See individual bit resets. | 64-bit | Performance Monitors Machine Identification Register |
| PMCR_EL0 | 3 | 3 | C9 | C12 | 0 | See individual bit resets. | 64-bit | Performance Monitors Control Register |
| PMCNTENSET_EL0 | 3 | 3 | C9 | C12 | 1 | See individual bit resets. | 64-bit | Performance Monitors Count Enable Set register |
| PMCNTENCLR_EL0 | 3 | 3 | C9 | C12 | 2 | See individual bit resets. | 64-bit | Performance Monitors Count Enable Clear register |
| PMOVSCLR_EL0 | 3 | 3 | C9 | C12 | 3 | See individual bit resets. | 64-bit | Performance Monitors Overflow Flag Status Clear Register |
| PMSWINC_EL0 | 3 | 3 | C9 | C12 | 4 | See individual bit resets. | 64-bit | Performance Monitors Software Increment register |
| PMSELR_EL0 | 3 | 3 | C9 | C12 | 5 | See individual bit resets. | 64-bit | Performance Monitors Event Counter Selection Register |
| PMCEID0_EL0 | 3 | 3 | C9 | C12 | 6 | See individual bit resets. | 64-bit | Performance Monitors Common Event Identification register 0 |
| PMCEID1_EL0 | 3 | 3 | C9 | C12 | 7 | See individual bit resets. | 64-bit | Performance Monitors Common Event Identification register 1 |
| PMCCNTR_EL0 | 3 | 3 | C9 | C13 | 0 | See individual bit resets. | 64-bit | Performance Monitors Cycle Count Register |
| PMXEVTYPER_EL0 | 3 | 3 | C9 | C13 | 1 | See individual bit resets. | 64-bit | Performance Monitors Selected Event Type Register |
| PMXEVCNTR_EL0 | 3 | 3 | C9 | C13 | 2 | See individual bit resets. | 64-bit | Performance Monitors Selected Event Count Register |
| PMUSERENR_EL0 | 3 | 3 | C9 | C14 | 0 | See individual bit resets. | 64-bit | Performance Monitors User Enable Register |
| PMOVSSET_EL0 | 3 | 3 | C9 | C14 | 3 | See individual bit resets. | 64-bit | Performance Monitors Overflow Flag Status Set register |
| PMEVCNTR0_EL0 | 3 | 3 | C14 | C8 | 0 | See individual bit resets. | 64-bit | Performance Monitors Event Count Registers |
| PMEVCNTR1_EL0 | 3 | 3 | C14 | C8 | 1 | See individual bit resets. | 64-bit | Performance Monitors Event Count Registers |
| PMEVCNTR2_EL0 | 3 | 3 | C14 | C8 | 2 | See individual bit resets. | 64-bit | Performance Monitors Event Count Registers |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Name | Op0 | Op1 | CRn | CRm | Op2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| PMEVCNTR3_EL0 | 3 | 3 | C14 | C8 | 3 | See individual bit resets. | 64-bit | Performance Monitors Event Count Registers |
| PMEVCNTR4_EL0 | 3 | 3 | C14 | C8 | 4 | See individual bit resets. | 64-bit | Performance Monitors Event Count Registers |
| PMEVCNTR5_EL0 | 3 | 3 | C14 | C8 | 5 | See individual bit resets. | 64-bit | Performance Monitors Event Count Registers |
| PMEVTYPER0_EL0 | 3 | 3 | C14 | C12 | 0 | See individual bit resets. | 64-bit | Performance Monitors Event Type Registers |
| PMEVTYPER1_EL0 | 3 | 3 | C14 | C12 | 1 | See individual bit resets. | 64-bit | Performance Monitors Event Type Registers |
| PMEVTYPER2_EL0 | 3 | 3 | C14 | C12 | 2 | See individual bit resets. | 64-bit | Performance Monitors Event Type Registers |
| PMEVTYPER3_EL0 | 3 | 3 | C14 | C12 | 3 | See individual bit resets. | 64-bit | Performance Monitors Event Type Registers |
| PMEVTYPER4_EL0 | 3 | 3 | C14 | C12 | 4 | See individual bit resets. | 64-bit | Performance Monitors Event Type Registers |
| PMEVTYPER5_EL0 | 3 | 3 | C14 | C12 | 5 | See individual bit resets. | 64-bit | Performance Monitors Event Type Registers |
| PMCCFILTR_EL0 | 3 | 3 | C14 | C15 | 7 | See individual bit resets. | 64-bit | Performance Monitors Cycle Count Filter Register |

## 18.5 External Performance Monitors registers summary

The summary table provides an overview of **IMPLEMENTATION DEFINED** memory-mapped Performance Monitors registers in the core. For more information about a register, click the register name in the table.

For registers without a listed reset value refer to the individual field resets documented on the register description pages or in the Arm ARM.

**Table 18-3: Performance Monitors registers summary**

| Offset | Name | Reset | Width | Description |
|---|---|---|---|---|
| 0x0 | PMEVCNTR0_EL0 | See individual bit resets. | 64-bit | Performance Monitors Event Count Registers |
| 0x8 | PMEVCNTR1_EL0 | See individual bit resets. | 64-bit | Performance Monitors Event Count Registers |
| 0x10 | PMEVCNTR2_EL0 | See individual bit resets. | 64-bit | Performance Monitors Event Count Registers |
| 0x18 | PMEVCNTR3_EL0 | See individual bit resets. | 64-bit | Performance Monitors Event Count Registers |
| 0x20 | PMEVCNTR4_EL0 | See individual bit resets. | 64-bit | Performance Monitors Event Count Registers |
| 0x28 | PMEVCNTR5_EL0 | See individual bit resets. | 64-bit | Performance Monitors Event Count Registers |
| 0x0F8 | PMCCNTR_EL0 [31:0] | See individual bit resets. | 32-bit | Performance Monitors Cycle Counter |
| 0x0FC | PMCCNTR_EL0 [63:32] | See individual bit resets. | 32-bit | Performance Monitors Cycle Counter |
| 0x200 | PMPCSR [31:0] | See individual bit resets. | 32-bit | Program Counter Sample Register |
| 0x204 | PMPCSR [63:32] | See individual bit resets. | 32-bit | Program Counter Sample Register |
| 0x220 | PMPCSR [31:0] | See individual bit resets. | 32-bit | Program Counter Sample Register |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Offset | Name | Reset | Width | Description |
|---|---|---|---|---|
| 0x224 | PMPCSR [63:32] | See individual bit resets. | 32-bit | Program Counter Sample Register |
| 0x208 | PMCID1SR | See individual bit resets. | 32-bit | CONTEXTIDR_EL1 Sample Register |
| 0x228 | PMCID1SR | See individual bit resets. | 32-bit | CONTEXTIDR_EL1 Sample Register |
| 0x20C | PMVIDSR | See individual bit resets. | 32-bit | VMID Sample Register |
| 0x22C | PMCID2SR | See individual bit resets. | 32-bit | CONTEXTIDR_EL2 Sample Register |
| 0x400 | PMEVTYPER0_EL0 [31:0] | See individual bit resets. | 32-bit | Performance Monitors Event Type Registers |
| 0x404 | PMEVTYPER1_EL0 [31:0] | See individual bit resets. | 32-bit | Performance Monitors Event Type Registers |
| 0x408 | PMEVTYPER2_EL0 [31:0] | See individual bit resets. | 32-bit | Performance Monitors Event Type Registers |
| 0x40C | PMEVTYPER3_EL0 [31:0] | See individual bit resets. | 32-bit | Performance Monitors Event Type Registers |
| 0x410 | PMEVTYPER4_EL0 [31:0] | See individual bit resets. | 32-bit | Performance Monitors Event Type Registers |
| 0x414 | PMEVTYPER5_EL0 [31:0] | See individual bit resets. | 32-bit | Performance Monitors Event Type Registers |
| 0x47C | PMCCFILTR_EL0 | See individual bit resets. | 32-bit | Performance Monitors Cycle Counter Filter Register |
| 0x600 | PMPCSSR | See individual bit resets. | 64-bit | Snapshot Program Counter Sample Register |
| 0x608 | PMCIDSSR | See individual bit resets. | 32-bit | Snapshot CONTEXTIDR_EL1 Sample Register |
| 0x610 | PMSSSR | See individual bit resets. | 32-bit | PMU Snapshot Status Register |
| 0x618 | PMCCNTSR | See individual bit resets. | 64-bit | PMU Cycle Counter Snapshot Register |
| 0x620 | PMEVCNTSR0 | See individual bit resets. | 64-bit | PMU Event Counter Snapshot Register |
| 0x628 | PMEVCNTSR1 | See individual bit resets. | 64-bit | PMU Event Counter Snapshot Register |
| 0x630 | PMEVCNTSR2 | See individual bit resets. | 64-bit | PMU Event Counter Snapshot Register |
| 0x638 | PMEVCNTSR3 | See individual bit resets. | 64-bit | PMU Event Counter Snapshot Register |
| 0x640 | PMEVCNTSR4 | See individual bit resets. | 64-bit | PMU Event Counter Snapshot Register |
| 0x648 | PMEVCNTSR5 | See individual bit resets. | 64-bit | PMU Event Counter Snapshot Register |
| 0x6F0 | PMSSCR | See individual bit resets. | 32-bit | PMU Snapshot Capture Register |
| 0xC00 | PMCNTENSET_EL0 | See individual bit resets. | 32-bit | Performance Monitors Count Enable Set register |
| 0xC20 | PMCNTENCLR_EL0 | See individual bit resets. | 32-bit | Performance Monitors Count Enable Clear register |
| 0xC40 | PMINTENSET_EL1 | See individual bit resets. | 32-bit | Performance Monitors Interrupt Enable Set register |
| 0xC60 | PMINTENCLR_EL1 | See individual bit resets. | 32-bit | Performance Monitors Interrupt Enable Clear register |
| 0xC80 | PMOVSCLR_EL0 | See individual bit resets. | 32-bit | Performance Monitors Overflow Flag Status Clear register |
| 0xCA0 | PMSWINC_EL0 | See individual bit resets. | 32-bit | Performance Monitors Software Increment register |
| 0xCC0 | PMOVSSET_EL0 | See individual bit resets. | 32-bit | Performance Monitors Overflow Flag Status Set register |
| 0xE00 | PMCFGR | See individual bit resets. | 32-bit | Performance Monitors Configuration Register |
| 0xE04 | PMCR_EL0 | See individual bit resets. | 32-bit | Performance Monitors Control Register |
| 0xE20 | PMCEID0 | See individual bit resets. | 32-bit | Performance Monitors Common Event Identification register 0 |
| 0xE24 | PMCEID1 | See individual bit resets. | 32-bit | Performance Monitors Common Event Identification register 1 |
| 0xE28 | PMCEID2 | See individual bit resets. | 32-bit | Performance Monitors Common Event Identification register 2 |
| 0xE2C | PMCEID3 | See individual bit resets. | 32-bit | Performance Monitors Common Event Identification register 3 |
| 0xE40 | PMMIR | See individual bit resets. | 32-bit | Performance Monitors Machine Identification Register |
| 0xFA8 | PMDEVAFF0 | See individual bit resets. | 32-bit | Performance Monitors Device Affinity register 0 |
| 0xFAC | PMDEVAFF1 | See individual bit resets. | 32-bit | Performance Monitors Device Affinity register 1 |
| 0xFB0 | PMLAR | See individual bit resets. | 32-bit | Performance Monitors Lock Access Register |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Offset | Name | Reset | Width | Description |
|---|---|---|---|---|
| 0xFB4 | PMLSR | See individual bit resets. | 32-bit | Performance Monitors Lock Status Register |
| 0xFB8 | PMAUTHSTATUS | See individual bit resets. | 32-bit | Performance Monitors Authentication Status register |
| 0xFBC | PMDEVARCH | See individual bit resets. | 32-bit | Performance Monitors Device Architecture register |
| 0xFC8 | PMDEVID | See individual bit resets. | 32-bit | Performance Monitors Device ID register |
| 0xFCC | PMDEVTYPE | See individual bit resets. | 32-bit | Performance Monitors Device Type register |
| 0xFD0 | PMPIDR4 | See individual bit resets. | 32-bit | Performance Monitors Peripheral Identification Register 4 |
| 0xFE0 | PMPIDR0 | See individual bit resets. | 32-bit | Performance Monitors Peripheral Identification Register 0 |
| 0xFE4 | PMPIDR1 | See individual bit resets. | 32-bit | Performance Monitors Peripheral Identification Register 1 |
| 0xFE8 | PMPIDR2 | See individual bit resets. | 32-bit | Performance Monitors Peripheral Identification Register 2 |
| 0xFEC | PMPIDR3 | See individual bit resets. | 32-bit | Performance Monitors Peripheral Identification Register 3 |
| 0xFF0 | PMCIDR0 | See individual bit resets. | 32-bit | Performance Monitors Component Identification Register 0 |
| 0xFF4 | PMCIDR1 | See individual bit resets. | 32-bit | Performance Monitors Component Identification Register 1 |
| 0xFF8 | PMCIDR2 | See individual bit resets. | 32-bit | Performance Monitors Component Identification Register 2 |
| 0xFFC | PMCIDR3 | See individual bit resets. | 32-bit | Performance Monitors Component Identification Register 3 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 19. Embedded Trace Extension support

The Neoverse™ N2 core implements the *Embedded Trace Extension* (ETE). The trace unit performs real-time instruction flow tracing based on the ETE. The trace unit is a CoreSight component and is an integral part of the Arm real-time debug solution.

The following figure shows the main components of the trace unit:

**Figure 19-1: Trace unit components**




## Core interface

The core interface monitors and generates P0 elements that are essentially executed branches and exceptions traced in program order.

## Trace generation

The trace generation logic generates various trace packets based on P0 elements.

## Filtering and triggering resources

You can limit the amount of trace data that the trace unit generates by filtering. For example, you can limit trace generation to a certain address range. The trace unit supports other logic analyzer style filtering options. The trace unit can also generate a trigger that is a signal to the Trace Capture Device to stop capturing trace.

## FIFO

The trace unit generates trace in a highly compressed form. The *First In First Out* (FIFO) enables trace bursts to be flattened out. When the FIFO is full, the FIFO signals an overflow. The trace generation logic does not generate any new trace until the FIFO is emptied. This behavior causes a gap in the trace when viewed in the debugger.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Trace out

Trace from the FIFO is output on the AMBA ATB interface or to the trace buffer.

See the *Arm® Architecture Reference Manual Supplement Armv9, for Armv9-A architecture profile* for more information.

## 19.1 Trace unit resources

Trace resources include counters, external input and output signals, and comparators.

The following table shows the trace unit resources, and indicates which of these resources the N2 core trace unit implements.

**Table 19-1: Trace unit resources**

| Description | Configuration |
|---|---|
| Number of resource selection pairs implemented | 8 |
| Number of external input selectors implemented | 4 |
| Number of *Embedded Trace Extension* (ETE) events | 4 |
| Number of counters implemented | 2 |
| Reduced function counter implemented | Not implemented |
| Number of sequencer states implemented | 4 |
| Number of Virtual Machine ID comparators implemented | 1 |
| Number of Context ID comparators implemented | 1 |
| Number of address comparator pairs implemented | 4 |
| Number of single-shot comparator controls | 1 |
| Number of core comparator inputs implemented | 0 |
| Data address comparisons implemented | Not implemented |
| Number of data value comparators implemented | 0 |

See the *Arm® Architecture Reference Manual Supplement Armv9, for Armv9-A architecture profile* for more information.

## 19.2 Trace unit generation options

The Neoverse™ N2 core trace unit implements a set of generation options.

The following table shows the trace generation options, and indicates which of these options the Neoverse™ N2 core trace unit implements.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table 19-2: Trace unit generation options**

| Description | Configuration |
|---|---|
| Instruction address size in bytes | 8 |
| Data address size in bytes | 0, as the *Embedded Trace Extension* (ETE) does not implement data tracing |
| Data value size in bytes | 0, as the ETE does not implement data tracing |
| Virtual Machine ID size in bytes | 4 |
| Context ID size in bytes | 4 |
| Support for conditional instruction tracing | Not implemented |
| Support for tracing of data | Not implemented |
| Support for tracing of load and store instructions as P0 elements | Not implemented |
| Support for cycle counting in the instruction trace | Implemented |
| Support for branch broadcast tracing | Implemented |
| Number of events that are supported in the trace | 4 |
| Return stack support | Implemented |
| Tracing of SError exception support | Implemented |
| Instruction trace cycle counting minimum threshold | 4 |
| Size of Trace ID | 7 bits |
| Synchronization period support | Read/write |
| Global timestamp size | 64 bits |
| Number of cores available for tracing | 1 |
| ATB trigger support | Implemented |
| Low-power behavior override | Not implemented |
| Stall control support | Not implemented |
| Support for overflow avoidance | Not implemented |
| Support for using CONTEXTIDR_EL2 in *Virtual Machine IDentifier* (VMID) comparator | Implemented |

See the *Arm® Architecture Reference Manual Supplement Armv9, for Armv9-A architecture profile* for more information.

## 19.3 Reset the trace unit

The reset for the trace buffer is the same as a Cold reset for the core. When using the *TRace Buffer Extension* (TRBE), a Warm reset disables the trace buffer and therefore it is not possible to use the trace buffer to capture trace for a Warm reset.

If the trace unit is reset, then tracing stops until the trace unit is reprogrammed and re-enabled. However, if the core is reset using Warm reset, the last few instructions provided by the core before the reset might not be traced.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## 19.4 Program and read the trace unit registers

You program and read the trace unit registers using either the Debug APB interface or the System register interface.

The core does not have to be in debug state when you program the trace unit registers. When you program the trace unit registers, you must enable all the changes at the same time. Otherwise, if you program the counter, it might start to count based on incorrect events before the correct setup is in place for the trigger condition. To disable the trace unit, use the TRCPRGCTLR.EN bit. See the *Arm® Architecture Reference Manual Supplement Armv9, for Armv9-A architecture profile* for more information about the following registers:

- Programming Control Register, TRCPRGCTLR
- Trace Status Register, TRCSTATR

The following figure shows the flow for programming trace unit registers using the Debug APB interface:

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure 19-2: Programming trace unit registers using the Debug APB interface**




The following figure shows the flow for programming trace unit registers using the System register interface:

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure 19-3: Programming trace registers using the System register interface**




# 19.5 Trace unit register interfaces

The Neoverse™ N2 core supports an APB memory-mapped interface and a system register interface to trace unit registers.

Register accesses differ depending on the trace unit state. See the *Arm® Architecture Reference Manual Supplement Armv9, for Armv9-A architecture profile* for information on the behaviors and access mechanisms.

# 19.6 Interaction with the Performance Monitoring Unit and Debug

The trace unit interacts with the *Performance Monitoring Unit* (PMU) and it can access the PMU events.

### Interaction with the PMU

The Neoverse™ N2 core includes a PMU that enables events, such as cache misses and executed instructions, to be counted over time.

The PMU and trace unit function together.

### Use of PMU events by the trace unit

The PMU architectural events are available to the trace unit through the extended input facility.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

The trace unit uses four extended external input selectors to access the PMU events. Each selector can independently select one of the PMU events, that are then active for the cycles where the relevant events occur. These selected events can then be accessed by any of the event registers within the trace unit.

### Related information

18. Performance Monitors Extension support on page 122
18.1 Performance monitors events on page 122

## 19.7 ETE events

The Neoverse™ N2 trace unit collects events from other units in the design and uses numbers to reference these events.

Other than the events mentioned in 18.1 Performance monitors events on page 122, the following events are also exported:

**Table 19-3: ETE events**

| Event number | Event mnemonic | Description |
|---|---|---|
| 0x400D | PMU_OVFS | PMU overflow, counters accessible to EL1 and EL0 |
| 0x400E | TRB_TRIG | Trace buffer Trigger Event |
| 0x400F | PMU_HOVS | PMU overflow, counters reserved for use by EL2 |

## 19.8 AArch64 Trace unit registers summary

The summary table provides an overview of all Trace unit registers in the core. For more information about a register, click the register name in the table.

For registers without a listed reset value refer to the individual field resets documented on the register description pages or in the Arm ARM.

**Table 19-4: Trace unit registers summary**

| Name | Op0 | Op1 | CRn | CRm | Op2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| TRCTRACEIDR | 2 | 1 | C0 | C0 | 1 | See individual bit resets. | 64-bit | Trace ID Register |
| TRCVICTLR | 2 | 1 | C0 | C0 | 2 | See individual bit resets. | 64-bit | ViewInst Main Control Register |
| TRCSEQEVR0 | 2 | 1 | C0 | C0 | 4 | See individual bit resets. | 64-bit | Sequencer State Transition Control Register <n> |
| TRCIDR8 | 2 | 1 | C0 | C0 | 6 | See individual bit resets. | 64-bit | ID Register 8 |
| TRCIMSPEC0 | 2 | 1 | C0 | C0 | 7 | See individual bit resets. | 64-bit | IMP DEF Register 0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Name | Op0 | Op1 | CRn | CRm | Op2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| TRCPRGCTLR | 2 | 1 | C0 | C1 | 0 | See individual bit resets. | 64-bit | Programming Control Register |
| TRCVIIECTLR | 2 | 1 | C0 | C1 | 2 | See individual bit resets. | 64-bit | ViewInst Include/Exclude Control Register |
| TRCSEQEVR1 | 2 | 1 | C0 | C1 | 4 | See individual bit resets. | 64-bit | Sequencer State Transition Control Register <n> |
| TRCIDR9 | 2 | 1 | C0 | C1 | 6 | See individual bit resets. | 64-bit | ID Register 9 |
| TRCVISSCTLR | 2 | 1 | C0 | C2 | 2 | See individual bit resets. | 64-bit | ViewInst Start/Stop Control Register |
| TRCSEQEVR2 | 2 | 1 | C0 | C2 | 4 | See individual bit resets. | 64-bit | Sequencer State Transition Control Register <n> |
| TRCIDR10 | 2 | 1 | C0 | C2 | 6 | See individual bit resets. | 64-bit | ID Register 10 |
| TRCSTATR | 2 | 1 | C0 | C3 | 0 | See individual bit resets. | 64-bit | Trace Status Register |
| TRCIDR11 | 2 | 1 | C0 | C3 | 6 | See individual bit resets. | 64-bit | ID Register 11 |
| TRCCONFIGR | 2 | 1 | C0 | C4 | 0 | See individual bit resets. | 64-bit | Trace Configuration Register |
| TRCCNTCTLR0 | 2 | 1 | C0 | C4 | 5 | See individual bit resets. | 64-bit | Counter Control Register <n> |
| TRCIDR12 | 2 | 1 | C0 | C4 | 6 | See individual bit resets. | 64-bit | ID Register 12 |
| TRCCNTCTLR1 | 2 | 1 | C0 | C5 | 5 | See individual bit resets. | 64-bit | Counter Control Register <n> |
| TRCIDR13 | 2 | 1 | C0 | C5 | 6 | See individual bit resets. | 64-bit | ID Register 13 |
| TRCAUXCTLR | 2 | 1 | C0 | C6 | 0 | See individual bit resets. | 64-bit | Auxiliary Control Register |
| TRCSEQRSTEVR | 2 | 1 | C0 | C6 | 4 | See individual bit resets. | 64-bit | Sequencer Reset Control Register |
| TRCSEQSTR | 2 | 1 | C0 | C7 | 4 | See individual bit resets. | 64-bit | Sequencer State Register |
| TRCEVENTCTL0R | 2 | 1 | C0 | C8 | 0 | See individual bit resets. | 64-bit | Event Control 0 Register |
| TRCEXTINSELR0 | 2 | 1 | C0 | C8 | 4 | See individual bit resets. | 64-bit | External Input Select Register <n> |
| TRCCNTVR0 | 2 | 1 | C0 | C8 | 5 | See individual bit resets. | 64-bit | Counter Value Register <n> |
| TRCIDR0 | 2 | 1 | C0 | C8 | 7 | See individual bit resets. | 64-bit | ID Register 0 |
| TRCEVENTCTL1R | 2 | 1 | C0 | C9 | 0 | See individual bit resets. | 64-bit | Event Control 1 Register |
| TRCEXTINSELR1 | 2 | 1 | C0 | C9 | 4 | See individual bit resets. | 64-bit | External Input Select Register <n> |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Name | Op0 | Op1 | CRn | CRm | Op2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| TRCCNTVR1 | 2 | 1 | C0 | C9 | 5 | See individual bit resets. | 64-bit | Counter Value Register <n> |
| TRCIDR1 | 2 | 1 | C0 | C9 | 7 | See individual bit resets. | 64-bit | ID Register 1 |
| TRCRSR | 2 | 1 | C0 | C10 | 0 | See individual bit resets. | 64-bit | Resources Status Register |
| TRCEXTINSELR2 | 2 | 1 | C0 | C10 | 4 | See individual bit resets. | 64-bit | External Input Select Register <n> |
| TRCIDR2 | 2 | 1 | C0 | C10 | 7 | See individual bit resets. | 64-bit | ID Register 2 |
| TRCEXTINSELR3 | 2 | 1 | C0 | C11 | 4 | See individual bit resets. | 64-bit | External Input Select Register <n> |
| TRCIDR3 | 2 | 1 | C0 | C11 | 7 | See individual bit resets. | 64-bit | ID Register 3 |
| TRCTSCTLR | 2 | 1 | C0 | C12 | 0 | See individual bit resets. | 64-bit | Timestamp Control Register |
| TRCIDR4 | 2 | 1 | C0 | C12 | 7 | See individual bit resets. | 64-bit | ID Register 4 |
| TRCSYNCPR | 2 | 1 | C0 | C13 | 0 | See individual bit resets. | 64-bit | Synchronization Period Register |
| TRCIDR5 | 2 | 1 | C0 | C13 | 7 | See individual bit resets. | 64-bit | ID Register 5 |
| TRCCCCTLR | 2 | 1 | C0 | C14 | 0 | See individual bit resets. | 64-bit | Cycle Count Control Register |
| TRCIDR6 | 2 | 1 | C0 | C14 | 7 | See individual bit resets. | 64-bit | ID Register 6 |
| TRCBBCTLR | 2 | 1 | C0 | C15 | 0 | See individual bit resets. | 64-bit | Branch Broadcast Control Register |
| TRCIDR7 | 2 | 1 | C0 | C15 | 7 | See individual bit resets. | 64-bit | ID Register 7 |
| TRCSSCCR0 | 2 | 1 | C1 | C0 | 2 | See individual bit resets. | 64-bit | Single-shot Comparator Control Register <n> |
| TRCOSLSR | 2 | 1 | C1 | C1 | 4 | See individual bit resets. | 64-bit | Trace OS Lock Status Register |
| TRCRSCTLR2 | 2 | 1 | C1 | C2 | 0 | See individual bit resets. | 64-bit | Resource Selection Control Register <n> |
| TRCRSCTLR3 | 2 | 1 | C1 | C3 | 0 | See individual bit resets. | 64-bit | Resource Selection Control Register <n> |
| TRCRSCTLR4 | 2 | 1 | C1 | C4 | 0 | See individual bit resets. | 64-bit | Resource Selection Control Register <n> |
| TRCRSCTLR5 | 2 | 1 | C1 | C5 | 0 | See individual bit resets. | 64-bit | Resource Selection Control Register <n> |
| TRCRSCTLR6 | 2 | 1 | C1 | C6 | 0 | See individual bit resets. | 64-bit | Resource Selection Control Register <n> |
| TRCRSCTLR7 | 2 | 1 | C1 | C7 | 0 | See individual bit resets. | 64-bit | Resource Selection Control Register <n> |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Name | Op0 | Op1 | CRn | CRm | Op2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| TRCRSCTLR8 | 2 | 1 | C1 | C8 | 0 | See individual bit resets. | 64-bit | Resource Selection Control Register <n> |
| TRCSSCSR0 | 2 | 1 | C1 | C8 | 2 | See individual bit resets. | 64-bit | Single-shot Comparator Control Status Register <n> |
| TRCRSCTLR9 | 2 | 1 | C1 | C9 | 0 | See individual bit resets. | 64-bit | Resource Selection Control Register <n> |
| TRCRSCTLR10 | 2 | 1 | C1 | C10 | 0 | See individual bit resets. | 64-bit | Resource Selection Control Register <n> |
| TRCRSCTLR11 | 2 | 1 | C1 | C11 | 0 | See individual bit resets. | 64-bit | Resource Selection Control Register <n> |
| TRCRSCTLR12 | 2 | 1 | C1 | C12 | 0 | See individual bit resets. | 64-bit | Resource Selection Control Register <n> |
| TRCRSCTLR13 | 2 | 1 | C1 | C13 | 0 | See individual bit resets. | 64-bit | Resource Selection Control Register <n> |
| TRCRSCTLR14 | 2 | 1 | C1 | C14 | 0 | See individual bit resets. | 64-bit | Resource Selection Control Register <n> |
| TRCRSCTLR15 | 2 | 1 | C1 | C15 | 0 | See individual bit resets. | 64-bit | Resource Selection Control Register <n> |
| TRCACVR0 | 2 | 1 | C2 | C0 | 0 | See individual bit resets. | 64-bit | Address Comparator Value Register <n> |
| TRCACATR0 | 2 | 1 | C2 | C0 | 2 | See individual bit resets. | 64-bit | Address Comparator Access Type Register <n> |
| TRCACVR1 | 2 | 1 | C2 | C2 | 0 | See individual bit resets. | 64-bit | Address Comparator Value Register <n> |
| TRCACATR1 | 2 | 1 | C2 | C2 | 2 | See individual bit resets. | 64-bit | Address Comparator Access Type Register <n> |
| TRCACVR2 | 2 | 1 | C2 | C4 | 0 | See individual bit resets. | 64-bit | Address Comparator Value Register <n> |
| TRCACATR2 | 2 | 1 | C2 | C4 | 2 | See individual bit resets. | 64-bit | Address Comparator Access Type Register <n> |
| TRCACVR3 | 2 | 1 | C2 | C6 | 0 | See individual bit resets. | 64-bit | Address Comparator Value Register <n> |
| TRCACATR3 | 2 | 1 | C2 | C6 | 2 | See individual bit resets. | 64-bit | Address Comparator Access Type Register <n> |
| TRCACVR4 | 2 | 1 | C2 | C8 | 0 | See individual bit resets. | 64-bit | Address Comparator Value Register <n> |
| TRCACATR4 | 2 | 1 | C2 | C8 | 2 | See individual bit resets. | 64-bit | Address Comparator Access Type Register <n> |
| TRCACVR5 | 2 | 1 | C2 | C10 | 0 | See individual bit resets. | 64-bit | Address Comparator Value Register <n> |
| TRCACATR5 | 2 | 1 | C2 | C10 | 2 | See individual bit resets. | 64-bit | Address Comparator Access Type Register <n> |
| TRCACVR6 | 2 | 1 | C2 | C12 | 0 | See individual bit resets. | 64-bit | Address Comparator Value Register <n> |
| TRCACATR6 | 2 | 1 | C2 | C12 | 2 | See individual bit resets. | 64-bit | Address Comparator Access Type Register <n> |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Name | Op0 | Op1 | CRn | CRm | Op2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| TRCACVR7 | 2 | 1 | C2 | C14 | 0 | See individual bit resets. | 64-bit | Address Comparator Value Register <n> |
| TRCACATR7 | 2 | 1 | C2 | C14 | 2 | See individual bit resets. | 64-bit | Address Comparator Access Type Register <n> |
| TRCCIDCVR0 | 2 | 1 | C3 | C0 | 0 | See individual bit resets. | 64-bit | Context Identifier Comparator Value Registers <n> |
| TRCVMIDCVR0 | 2 | 1 | C3 | C0 | 1 | See individual bit resets. | 64-bit | Virtual Context Identifier Comparator Value Register <n> |
| TRCCIDCCTLR0 | 2 | 1 | C3 | C0 | 2 | See individual bit resets. | 64-bit | Context Identifier Comparator Control Register 0 |
| TRCVMIDCCTLR0 | 2 | 1 | C3 | C2 | 2 | See individual bit resets. | 64-bit | Virtual Context Identifier Comparator Control Register 0 |
| TRCDEVID | 2 | 1 | C7 | C2 | 7 | See individual bit resets. | 64-bit | Device Configuration Register |
| TRCCLAIMSET | 2 | 1 | C7 | C8 | 6 | See individual bit resets. | 64-bit | Claim Tag Set Register |
| TRCCLAIMCLR | 2 | 1 | C7 | C9 | 6 | See individual bit resets. | 64-bit | Claim Tag Clear Register |
| TRCAUTHSTATUS | 2 | 1 | C7 | C14 | 6 | See individual bit resets. | 64-bit | Authentication Status Register |
| TRCDEVARCH | 2 | 1 | C7 | C15 | 6 | See individual bit resets. | 64-bit | Device Architecture Register |

## 19.9 External Trace unit registers summary

The summary table provides an overview of **IMPLEMENTATION DEFINED** memory-mapped Trace unit registers in the core. For more information about a register, click the register name in the table.

For registers without a listed reset value refer to the individual field resets documented on the register description pages or in the Arm ARM.

**Table 19-5: Trace unit registers summary**

| Offset | Name | Reset | Width | Description |
|---|---|---|---|---|
| 0x004 | TRCPRGCTLR | See individual bit resets. | 32-bit | Programming Control Register |
| 0x00C | TRCSTATR | See individual bit resets. | 32-bit | Trace Status Register |
| 0x010 | TRCCONFIGR | See individual bit resets. | 32-bit | Trace Configuration Register |
| 0x018 | TRCAUXCTLR | See individual bit resets. | 32-bit | Auxiliary Control Register |
| 0x020 | TRCEVENTCTL0R | See individual bit resets. | 32-bit | Event Control 0 Register |
| 0x024 | TRCEVENTCTL1R | See individual bit resets. | 32-bit | Event Control 1 Register |
| 0x028 | TRCRSR | See individual bit resets. | 32-bit | Resources Status Register |
| 0x030 | TRCTSCTLR | See individual bit resets. | 32-bit | Timestamp Control Register |
| 0x034 | TRCSYNCPR | See individual bit resets. | 32-bit | Synchronization Period Register |
| 0x038 | TRCCCCTLR | See individual bit resets. | 32-bit | Cycle Count Control Register |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Offset | Name | Reset | Width | Description |
|---|---|---|---|---|
| 0x03C | TRCBBCTLR | See individual bit resets. | 32-bit | Branch Broadcast Control Register |
| 0x040 | TRCTRACEIDR | See individual bit resets. | 32-bit | Trace ID Register |
| 0x080 | TRCVICTLR | See individual bit resets. | 32-bit | ViewInst Main Control Register |
| 0x084 | TRCVIIECTLR | See individual bit resets. | 32-bit | ViewInst Include/Exclude Control Register |
| 0x088 | TRCVISSCTLR | See individual bit resets. | 32-bit | ViewInst Start/Stop Control Register |
| 0x100 | TRCSEQEVR0 | See individual bit resets. | 32-bit | Sequencer State Transition Control Register <n> |
| 0x104 | TRCSEQEVR1 | See individual bit resets. | 32-bit | Sequencer State Transition Control Register <n> |
| 0x108 | TRCSEQEVR2 | See individual bit resets. | 32-bit | Sequencer State Transition Control Register <n> |
| 0x118 | TRCSEQRSTEVR | See individual bit resets. | 32-bit | Sequencer Reset Control Register |
| 0x11C | TRCSEQSTR | See individual bit resets. | 32-bit | Sequencer State Register |
| 0x120 | TRCEXTINSELR0 | See individual bit resets. | 32-bit | External Input Select Register <n> |
| 0x124 | TRCEXTINSELR1 | See individual bit resets. | 32-bit | External Input Select Register <n> |
| 0x128 | TRCEXTINSELR2 | See individual bit resets. | 32-bit | External Input Select Register <n> |
| 0x12C | TRCEXTINSELR3 | See individual bit resets. | 32-bit | External Input Select Register <n> |
| 0x140 | TRCCNTRLDVR0 | See individual bit resets. | 32-bit | Counter Reload Value Register <n> |
| 0x144 | TRCCNTRLDVR1 | See individual bit resets. | 32-bit | Counter Reload Value Register <n> |
| 0x150 | TRCCNTCTLR0 | See individual bit resets. | 32-bit | Counter Control Register <n> |
| 0x154 | TRCCNTCTLR1 | See individual bit resets. | 32-bit | Counter Control Register <n> |
| 0x160 | TRCCNTVR0 | See individual bit resets. | 32-bit | Counter Value Register <n> |
| 0x164 | TRCCNTVR1 | See individual bit resets. | 32-bit | Counter Value Register <n> |
| 0x180 | TRCIDR8 | See individual bit resets. | 32-bit | ID Register 8 |
| 0x184 | TRCIDR9 | See individual bit resets. | 32-bit | ID Register 9 |
| 0x188 | TRCIDR10 | See individual bit resets. | 32-bit | ID Register 10 |
| 0x18C | TRCIDR11 | See individual bit resets. | 32-bit | ID Register 11 |
| 0x190 | TRCIDR12 | See individual bit resets. | 32-bit | ID Register 12 |
| 0x194 | TRCIDR13 | See individual bit resets. | 32-bit | ID Register 13 |
| 0x1C0 | TRCIMSPEC0 | See individual bit resets. | 32-bit | IMP DEF Register 0 |
| 0x1E0 | TRCIDR0 | See individual bit resets. | 32-bit | ID Register 0 |
| 0x1E4 | TRCIDR1 | See individual bit resets. | 32-bit | ID Register 1 |
| 0x1E8 | TRCIDR2 | See individual bit resets. | 32-bit | ID Register 2 |
| 0x1EC | TRCIDR3 | See individual bit resets. | 32-bit | ID Register 3 |
| 0x1F0 | TRCIDR4 | See individual bit resets. | 32-bit | ID Register 4 |
| 0x1F4 | TRCIDR5 | See individual bit resets. | 32-bit | ID Register 5 |
| 0x1F8 | TRCIDR6 | See individual bit resets. | 32-bit | ID Register 6 |
| 0x1FC | TRCIDR7 | See individual bit resets. | 32-bit | ID Register 7 |
| 0x2A0 + (4 * n) | TRCSSCSR_n_ | See individual bit resets. | 32-bit | Single-shot Comparator Control Status Register <n> |
| 0x304 | TRCOSLSR | See individual bit resets. | 32-bit | Trace OS Lock Status Register |
| 0x310 | TRCPDCR | See individual bit resets. | 32-bit | PowerDown Control Register |
| 0x314 | TRCPDSR | See individual bit resets. | 32-bit | PowerDown Status Register |
| 0x680 | TRCCIDCCTLR0 | See individual bit resets. | 32-bit | Context Identifier Comparator Control Register 0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Offset | Name | Reset | Width | Description |
|---|---|---|---|---|
| 0x688 | TRCVMIDCCTLR0 | See individual bit resets. | 32-bit | Virtual Context Identifier Comparator Control Register 0 |
| 0xF00 | TRCITCTRL | See individual bit resets. | 32-bit | Integration Mode Control Register |
| 0xFA0 | TRCCLAIMSET | See individual bit resets. | 32-bit | Claim Tag Set Register |
| 0xFA4 | TRCCLAIMCLR | See individual bit resets. | 32-bit | Claim Tag Clear Register |
| 0xFA8 | TRCDEVAFF | See individual bit resets. | 64-bit | Device Affinity Register |
| 0xFB0 | TRCLAR | See individual bit resets. | 32-bit | Lock Access Register |
| 0xFB4 | TRCLSR | See individual bit resets. | 32-bit | Lock Status Register |
| 0xFB8 | TRCAUTHSTATUS | See individual bit resets. | 32-bit | Authentication Status Register |
| 0xFBC | TRCDEVARCH | See individual bit resets. | 32-bit | Device Architecture Register |
| 0xFC0 | TRCDEVID2 | See individual bit resets. | 32-bit | Device Configuration Register 2 |
| 0xFC4 | TRCDEVID1 | See individual bit resets. | 32-bit | Device Configuration Register 1 |
| 0xFC8 | TRCDEVID | See individual bit resets. | 32-bit | Device Configuration Register |
| 0xFCC | TRCDEVTYPE | See individual bit resets. | 32-bit | Device Type Register |
| 0xFD0 | TRCPIDR4 | See individual bit resets. | 32-bit | Peripheral Identification Register 4 |
| 0xFD4 | TRCPIDR5 | See individual bit resets. | 32-bit | Peripheral Identification Register 5 |
| 0xFD8 | TRCPIDR6 | See individual bit resets. | 32-bit | Peripheral Identification Register 6 |
| 0xFDC | TRCPIDR7 | See individual bit resets. | 32-bit | Peripheral Identification Register 7 |
| 0xFE0 | TRCPIDR0 | See individual bit resets. | 32-bit | Peripheral Identification Register 0 |
| 0xFE4 | TRCPIDR1 | See individual bit resets. | 32-bit | Peripheral Identification Register 1 |
| 0xFE8 | TRCPIDR2 | See individual bit resets. | 32-bit | Peripheral Identification Register 2 |
| 0xFEC | TRCPIDR3 | See individual bit resets. | 32-bit | Peripheral Identification Register 3 |
| 0xFF0 | TRCCIDR0 | See individual bit resets. | 32-bit | Component Identification Register 0 |
| 0xFF4 | TRCCIDR1 | See individual bit resets. | 32-bit | Component Identification Register 1 |
| 0xFF8 | TRCCIDR2 | See individual bit resets. | 32-bit | Component Identification Register 2 |
| 0xFFC | TRCCIDR3 | See individual bit resets. | 32-bit | Component Identification Register 3 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 20. Trace Buffer Extension support

The Neoverse™ N2 core implements the *TRace Buffer Extension* (TRBE). The TRBE writes the program flow trace generated by the trace unit directly to memory. The TRBE is programmed through System registers.

When enabled, the TRBE can:

- Accept trace data from the trace unit and write it to L2 memory.
- Discard trace data from the trace unit. In this case, the data is lost.
- Reject trace data from the trace unit. In this case, the trace unit retains data until the TRBE accepts it.

When disabled, the TRBE ignores trace data and the trace unit sends trace data to the AMBA® *Trace Bus* (ATB) interface.

## 20.1 Program and read the trace buffer registers

You can program and read the *TRace Buffer Extension* (TRBE) registers using the System register interface.

The core does not have to be in debug state when you program the TRBE registers. When you program the TRBE registers, you must enable all the changes at the same time. Otherwise, if you program the counter, it might start to count based on incorrect events before the correct setup is in place for the trigger condition. To disable the TRBE, use the TRBLIMITR_EL1.E bit.

See the *Arm® Architecture Reference Manual Supplement Armv9, for Armv9-A architecture profile* for information on the TRBE register behaviors and access mechanisms.

## 20.2 Trace buffer register interface

The Neoverse™ N2 core supports a System register interface to *TRace Buffer Extension* (TRBE) registers.

Register accesses differ depending on the TRBE state. See the *Arm® Architecture Reference Manual Supplement Armv9, for Armv9-A architecture profile* for information on the behaviors and access mechanisms.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 21. Activity Monitors Extension support

The Neoverse™ N2 core implements the Activity Monitors Extension to the Arm®v8.4-A architecture. Activity monitoring has features similar to performance monitoring features, but is intended for system management use whereas performance monitoring is aimed at user and debug applications.

The activity monitors provide useful information for system power management and persistent monitoring. The activity monitors are read-only in operation and their configuration is limited to the highest Exception level implemented.

The Neoverse™ N2 core implements seven counters in two groups, each of which is a 64-bit counter that counts a fixed event. Group 0 has four counters 0-3, and Group 1 has three counters 0-2.

## 21.1 Activity monitors access

The Neoverse™ N2 core supports access to activity monitors from the System register interface and supports read-only memory-mapped access using the Utility bus interface.

See the *Arm® Architecture Reference Manual for A-profile architecture* for information on the memory mapping of these registers.

### Access enable bit

The access enable bit AMUSERENR_EL0.EN controls access from EL0 to the activity monitors System registers.

The CPTR_EL2.TAM bit controls access from EL0 and EL1 to the activity monitors System registers. The CPTR_EL3.TAM bit controls access from EL0, EL1, and EL2 to the Activity Monitors Extension System registers. The AMUSERENR_EL0.EN bit is configurable at EL1, EL2, and EL3. All other controls, as well as the value of the counters, are configurable only at the highest implemented Exception level. For a detailed description of access controls for the registers, see the *Arm® Architecture Reference Manual for A-profile architecture*.

### System register access

The activity monitors can be accessed using the `MRS` and `MSR` instructions.

### External memory-mapped access

Activity monitors can be memory-mapped accessed from the utility bus interface. In this case, the activity monitors registers only provide read access to the Activity Monitor Event Counter Registers.

Base address for AMU registers on the utility bus interface is `0x<n>90000` where *n* is the Neoverse™ N2 core instance number in the DSU-110 cluster.

These registers are treated as RAZ/WI if either:

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

- The register is marked as Reserved.
- The register is accessed in the wrong Security state.

## 21.2 Activity monitors counters

The Neoverse™ N2 core implements four activity monitors counters, 0-3, and three auxiliary counters, 10-12.

Each counter has the following characteristics:

- All events are counted in 64-bit wrapping counters that overflow when they wrap. There is no support for overflow status indication or interrupts.
- Any change in clock frequency, including when a `WFI` and `WFE` instruction stops the clock, can affect any counter.
- Events 0-3 and auxiliary events 10-12 are fixed, and the AMEVTYPER0<n>_EL0 and AMEVTYPER1<n>_EL0 evtCount bits are read-only.
- The activity monitor counters are reset to zero on a Cold reset of the power domain of the core. When the core is not in reset, activity monitoring is available.

## 21.3 Activity monitors events

Activity monitors events in the Neoverse™ N2 core are either fixed or programmable, and they map to the activity monitors counters.

The following table shows the mapping of counters to fixed events.

**Table 21-1: Mapping of counters to fixed events**

| Activity monitor counter <n> | Event | Event number | Description |
|---|---|---|---|
| AMEVCNTR00 | CPU_CYCLES | `0x0011` | Core frequency cycles |
| AMEVCNTR01 | CNT_CYCLES | `0x4004` | Constant frequency cycles |
| AMEVCNTR02 | Instructions retired | `0x0008` | Instruction architecturally executed<br><br>This counter increments for every instruction that is executed architecturally, including instructions that fail their condition code check. |
| AMEVCNTR03 | STALL_BACKEND_MEM | `0x4005` | Memory stall cycles<br><br>This counter counts cycles in which the core is unable to dispatch instructions from the front end to the back end due to a back end stall caused by a miss in the last level of cache within the core clock domain. |
| AMEVCNTR10 | Reserved | `0x0300` | Reserved |
| AMEVCNTR11 | Reserved | `0x0301` | Reserved |
| AMEVCNTR12 | Reserved | `0x0302` | Reserved |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 21.4 AArch64 Activity Monitors registers summary

The summary table provides an overview of all Activity Monitors registers in the core. For more information about a register, click the register name in the table.

For registers without a listed reset value refer to the individual field resets documented on the register description pages or in the Arm ARM.

**Table 21-2: Activity Monitors registers summary**

| Name | Op0 | Op1 | CRn | CRm | Op2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| AMCR_EL0 | 3 | 3 | C13 | C2 | 0 | See individual bit resets. | 64-bit | Activity Monitors Control Register |
| AMCFGR_EL0 | 3 | 3 | C13 | C2 | 1 | See individual bit resets. | 64-bit | Activity Monitors Configuration Register |
| AMCGCR_EL0 | 3 | 3 | C13 | C2 | 2 | See individual bit resets. | 64-bit | Activity Monitors Counter Group Configuration Register |
| AMUSERENR_EL0 | 3 | 3 | C13 | C2 | 3 | See individual bit resets. | 64-bit | Activity Monitors User Enable Register |
| AMCNTENCLR0_EL0 | 3 | 3 | C13 | C2 | 4 | See individual bit resets. | 64-bit | Activity Monitors Count Enable Clear Register 0 |
| AMCNTENSET0_EL0 | 3 | 3 | C13 | C2 | 5 | See individual bit resets. | 64-bit | Activity Monitors Count Enable Set Register 0 |
| AMCNTENCLR1_EL0 | 3 | 3 | C13 | C3 | 0 | See individual bit resets. | 64-bit | Activity Monitors Count Enable Clear Register 1 |
| AMCNTENSET1_EL0 | 3 | 3 | C13 | C3 | 1 | See individual bit resets. | 64-bit | Activity Monitors Count Enable Set Register 1 |
| AMEVCNTR00_EL0 | 3 | 3 | C13 | C4 | 0 | See individual bit resets. | 64-bit | Activity Monitors Event Counter Registers 0 |
| AMEVCNTR01_EL0 | 3 | 3 | C13 | C4 | 1 | See individual bit resets. | 64-bit | Activity Monitors Event Counter Registers 0 |
| AMEVCNTR02_EL0 | 3 | 3 | C13 | C4 | 2 | See individual bit resets. | 64-bit | Activity Monitors Event Counter Registers 0 |
| AMEVCNTR03_EL0 | 3 | 3 | C13 | C4 | 3 | See individual bit resets. | 64-bit | Activity Monitors Event Counter Registers 0 |
| AMEVTYPER00_EL0 | 3 | 3 | C13 | C6 | 0 | See individual bit resets. | 64-bit | Activity Monitors Event Type Registers 0 |
| AMEVTYPER01_EL0 | 3 | 3 | C13 | C6 | 1 | See individual bit resets. | 64-bit | Activity Monitors Event Type Registers 0 |
| AMEVTYPER02_EL0 | 3 | 3 | C13 | C6 | 2 | See individual bit resets. | 64-bit | Activity Monitors Event Type Registers 0 |
| AMEVTYPER03_EL0 | 3 | 3 | C13 | C6 | 3 | See individual bit resets. | 64-bit | Activity Monitors Event Type Registers 0 |
| AMEVCNTR10_EL0 | 3 | 3 | C13 | C12 | 0 | See individual bit resets. | 64-bit | Activity Monitors Event Counter Registers 1 |
| AMEVCNTR11_EL0 | 3 | 3 | C13 | C12 | 1 | See individual bit resets. | 64-bit | Activity Monitors Event Counter Registers 1 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Name | Op0 | Op1 | CRn | CRm | Op2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| AMEVCNTR12_EL0 | 3 | 3 | C13 | C12 | 2 | See individual bit resets. | 64-bit | Activity Monitors Event Counter Registers 1 |
| AMEVTYPER10_EL0 | 3 | 3 | C13 | C14 | 0 | See individual bit resets. | 64-bit | Activity Monitors Event Type Registers 1 |
| AMEVTYPER11_EL0 | 3 | 3 | C13 | C14 | 1 | See individual bit resets. | 64-bit | Activity Monitors Event Type Registers 1 |
| AMEVTYPER12_EL0 | 3 | 3 | C13 | C14 | 2 | See individual bit resets. | 64-bit | Activity Monitors Event Type Registers 1 |

## 21.5 External Activity Monitors registers summary

The summary table provides an overview of **IMPLEMENTATION DEFINED** memory-mapped Activity Monitors registers in the core. For more information about a register, click the register name in the table.

For registers without a listed reset value refer to the individual field resets documented on the register description pages or in the Arm ARM.

**Table 21-3: Activity Monitors registers summary**

| Offset | Name | Reset | Width | Description |
|---|---|---|---|---|
| 0x0 | AMEVCNTR00 [31:0] | See individual bit resets. | 32-bit | Activity Monitors Event Counter Registers 0 |
| 0x4 | AMEVCNTR00 [63:32] | See individual bit resets. | 32-bit | Activity Monitors Event Counter Registers 0 |
| 0x8 | AMEVCNTR01 [31:0] | See individual bit resets. | 32-bit | Activity Monitors Event Counter Registers 0 |
| 0xC | AMEVCNTR01 [63:32] | See individual bit resets. | 32-bit | Activity Monitors Event Counter Registers 0 |
| 0x10 | AMEVCNTR02 [31:0] | See individual bit resets. | 32-bit | Activity Monitors Event Counter Registers 0 |
| 0x14 | AMEVCNTR02 [63:32] | See individual bit resets. | 32-bit | Activity Monitors Event Counter Registers 0 |
| 0x18 | AMEVCNTR03 [31:0] | See individual bit resets. | 32-bit | Activity Monitors Event Counter Registers 0 |
| 0x1C | AMEVCNTR03 [63:32] | See individual bit resets. | 32-bit | Activity Monitors Event Counter Registers 0 |
| 0x100 | AMEVCNTR10 [31:0] | See individual bit resets. | 32-bit | Activity Monitors Event Counter Registers 1 |
| 0x104 | AMEVCNTR10 [63:32] | See individual bit resets. | 32-bit | Activity Monitors Event Counter Registers 1 |
| 0x108 | AMEVCNTR11 [31:0] | See individual bit resets. | 32-bit | Activity Monitors Event Counter Registers 1 |
| 0x10C | AMEVCNTR11 [63:32] | See individual bit resets. | 32-bit | Activity Monitors Event Counter Registers 1 |
| 0x110 | AMEVCNTR12 [31:0] | See individual bit resets. | 32-bit | Activity Monitors Event Counter Registers 1 |
| 0x114 | AMEVCNTR12 [63:32] | See individual bit resets. | 32-bit | Activity Monitors Event Counter Registers 1 |
| 0x400 | AMEVTYPER00 | See individual bit resets. | 32-bit | Activity Monitors Event Type Registers 0 |
| 0x404 | AMEVTYPER01 | See individual bit resets. | 32-bit | Activity Monitors Event Type Registers 0 |
| 0x408 | AMEVTYPER02 | See individual bit resets. | 32-bit | Activity Monitors Event Type Registers 0 |
| 0x40C | AMEVTYPER03 | See individual bit resets. | 32-bit | Activity Monitors Event Type Registers 0 |
| 0x480 | AMEVTYPER10 | See individual bit resets. | 32-bit | Activity Monitors Event Type Registers 1 |
| 0x484 | AMEVTYPER11 | See individual bit resets. | 32-bit | Activity Monitors Event Type Registers 1 |
| 0x488 | AMEVTYPER12 | See individual bit resets. | 32-bit | Activity Monitors Event Type Registers 1 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Offset | Name | Reset | Width | Description |
|---|---|---|---|---|
| 0xC00 | AMCNTENSET0 | See individual bit resets. | 32-bit | Activity Monitors Count Enable Set Register 0 |
| 0xC04 | AMCNTENSET1 | See individual bit resets. | 32-bit | Activity Monitors Count Enable Set Register 1 |
| 0xC20 | AMCNTENCLR0 | See individual bit resets. | 32-bit | Activity Monitors Count Enable Clear Register 0 |
| 0xC24 | AMCNTENCLR1 | See individual bit resets. | 32-bit | Activity Monitors Count Enable Clear Register 1 |
| 0xCE0 | AMCGCR | See individual bit resets. | 32-bit | Activity Monitors Counter Group Configuration Register |
| 0xE00 | AMCFGR | See individual bit resets. | 32-bit | Activity Monitors Configuration Register |
| 0xE04 | AMCR | See individual bit resets. | 32-bit | Activity Monitors Control Register |
| 0xE08 | AMIIDR | See individual bit resets. | 32-bit | Activity Monitors Implementation Identification Register |
| 0xFA8 | AMDEVAFF0 | See individual bit resets. | 32-bit | Activity Monitors Device Affinity Register 0 |
| 0xFAC | AMDEVAFF1 | See individual bit resets. | 32-bit | Activity Monitors Device Affinity Register 1 |
| 0xFBC | AMDEVARCH | See individual bit resets. | 32-bit | Activity Monitors Device Architecture Register |
| 0xFCC | AMDEVTYPE | See individual bit resets. | 32-bit | Activity Monitors Device Type Register |
| 0xFD0 | AMPIDR4 | See individual bit resets. | 32-bit | Activity Monitors Peripheral Identification Register 4 |
| 0xFE0 | AMPIDR0 | See individual bit resets. | 32-bit | Activity Monitors Peripheral Identification Register 0 |
| 0xFE4 | AMPIDR1 | See individual bit resets. | 32-bit | Activity Monitors Peripheral Identification Register 1 |
| 0xFE8 | AMPIDR2 | See individual bit resets. | 32-bit | Activity Monitors Peripheral Identification Register 2 |
| 0xFEC | AMPIDR3 | See individual bit resets. | 32-bit | Activity Monitors Peripheral Identification Register 3 |
| 0xFF0 | AMCIDR0 | See individual bit resets. | 32-bit | Activity Monitors Component Identification Register 0 |
| 0xFF4 | AMCIDR1 | See individual bit resets. | 32-bit | Activity Monitors Component Identification Register 1 |
| 0xFF8 | AMCIDR2 | See individual bit resets. | 32-bit | Activity Monitors Component Identification Register 2 |
| 0xFFC | AMCIDR3 | See individual bit resets. | 32-bit | Activity Monitors Component Identification Register 3 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# 22. Statistical Profiling Extension support

The Neoverse™ N2 core implements the optional *Statistical Profiling Extension* (SPE) to the Arm®v8.5-A architecture. The SPE provides a statistical view of the performance characteristics of executed instructions that software writers can use to optimize their code for better performance.

The Neoverse™ N2 core profiles micro-operations to minimize the amount of logic necessary to support the SPE.

The following figure shows the SPE behavior in the Neoverse™ N2 core.

**Figure 22-1: SPE behavior**




Profiles are collected periodically and a down-counter drives the selection of the micro-operations to be profiled. This counter counts the number of speculative micro-operations that are dispatched, decremented once for each micro-operation. When the counter reaches zero, a micro-operation is identified as being sampled and is profiled throughout its lifetime in the core.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

SPE profiles are written to memory using a *Virtual Address* (VA), which means that writes of profiles must have access to the *Memory Management Unit* (MMU) to translate a VA to a *Physical Address* (PA), and must have a means to be written to memory.

Note

Profiling is expected to be largely non-intrusive to the performance of the core. The performance of the core is not meaningfully perturbed while profiling is taking place. The rate of occurrence depends on the sampling rate. You can specify a sampling rate that is meaningfully intrusive to the performance of the core. Arm recommends that the minimum sampling interval is once per 1024 micro-operations. This value is communicated to software through PMSIDR_EL1.Interval, bits[11:8].

See the *Arm® Architecture Reference Manual for A-profile architecture* for more information.

## 22.1 Statistical Profiling Extension events packet

The events packet indicates the **IMPLEMENTATION DEFINED** events that the sampled operation generated.

The following table shows the events defined in the 32-bit events packet implemented in the Neoverse™ N2 core.

**Table 22-1: SPE events packet**

| Bits | Definition |
|---|---|
| [31:19] | Reserved |
| [18] | Empty predicate |
| [17] | Partial predicate |
| [16:13] | Reserved |
| [12] | Late prefetch |
| [11] | Data alignment flag |
| [10] | Remote access |
| [9] | Last level cache miss |
| [8] | Last level cache access |
| [7] | Branch mispredicted |
| [6] | Not taken |
| [5] | L1 data cache *Translation Lookaside Buffer* (TLB) |
| [4] | TLB access |
| [3] | L1 data cache refill |
| [2] | L1 data cache access |
| [1] | Architecturally retired |
| [0] | Generated exception |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## 22.2 Statistical Profiling Extension data source packet

The data source packet indicates where the data returned for a load or store operation was sourced.

The following table shows the data source defined in the 8-bit data source packet implemented in the Neoverse™ N2 core.

**Table 22-2: SPE data source packet**

| Value | Name |
|---|---|
| `0b0000` | L1 data cache |
| `0b1000` | L2 cache |
| `0b1001` | Peer core |
| `0b1010` | Local cluster |
| `0b1011` | System cache |
| `0b1100` | Peer cluster |
| `0b1101` | Remote |
| `0b1110` | *Dynamic Random Access Memory* (DRAM) |

## 22.3 Statistical profiling register interface

The Neoverse™ N2 core supports a System register interface to *Statistical Profiling Extension* (SPE) registers.

Register accesses differ depending on the SPE state. See the *Arm® Architecture Reference Manual for A-profile architecture* for information on the behaviors and access mechanisms.

## 22.4 AArch64 Statistical Profiling Extension registers summary

The summary table provides an overview of all Statistical Profiling Extension registers in the core. For more information about a register, click the register name in the table.

For registers without a listed reset value refer to the individual field resets documented on the register description pages or in the Arm ARM.

**Table 22-3: Statistical Profiling Extension registers summary**

| Name | Op0 | Op1 | CRn | CRm | Op2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| PMSCR_EL1 | 3 | 0 | C9 | C9 | 0 | See individual bit resets. | 64-bit | Statistical Profiling Control Register (EL1) |
| PMSICR_EL1 | 3 | 0 | C9 | C9 | 2 | See individual bit resets. | 64-bit | Sampling Interval Counter Register |
| PMSIRR_EL1 | 3 | 0 | C9 | C9 | 3 | See individual bit resets. | 64-bit | Sampling Interval Reload Register |
| PMSFCR_EL1 | 3 | 0 | C9 | C9 | 4 | See individual bit resets. | 64-bit | Sampling Filter Control Register |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Name | Op0 | Op1 | CRn | CRm | Op2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| PMSEVFR_EL1 | 3 | 0 | C9 | C9 | 5 | See individual bit resets. | 64-bit | Sampling Event Filter Register |
| PMSLATFR_EL1 | 3 | 0 | C9 | C9 | 6 | See individual bit resets. | 64-bit | Sampling Latency Filter Register |
| PMSIDR_EL1 | 3 | 0 | C9 | C9 | 7 | See individual bit resets. | 64-bit | Sampling Profiling ID Register |
| PMBLIMITR_EL1 | 3 | 0 | C9 | C10 | 0 | See individual bit resets. | 64-bit | Profiling Buffer Limit Address Register |
| PMBPTR_EL1 | 3 | 0 | C9 | C10 | 1 | See individual bit resets. | 64-bit | Profiling Buffer Write Pointer Register |
| PMBSR_EL1 | 3 | 0 | C9 | C10 | 3 | See individual bit resets. | 64-bit | Profiling Buffer Status/syndrome Register |
| PMBIDR_EL1 | 3 | 0 | C9 | C10 | 7 | See individual bit resets. | 64-bit | Profiling Buffer ID Register |
| PMSCR_EL2 | 3 | 4 | C9 | C9 | 0 | See individual bit resets. | 64-bit | Statistical Profiling Control Register (EL2) |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# Appendix A AArch32 registers

This appendix contains the descriptions for the Neoverse™ N2 AArch32 registers.

This manual does not provide a complete list of registers. Read this manual together with the *Arm® Architecture Reference Manual for A-profile architecture*.

## A.1 AArch32 Special-purpose registers summary

The summary table provides an overview of all Special-purpose registers in the core. For more information about a register, click the register name in the table.

For registers without a listed reset value refer to the individual field resets documented on the register description pages or in the Arm ARM.

**Table A-1: Special-purpose registers summary**

| Name | coproc | CRn | Opc1 | CRm | Opc2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| DSPSR | 15 | C4 | 3 | C5 | 0 | See individual bit resets. | 32-bit | Debug Saved Program Status Register |
| DLR | 15 | C4 | 3 | C5 | 1 | See individual bit resets. | 32-bit | Debug Link Register |

## A.2 AArch32 Performance Monitors registers summary

The summary table provides an overview of all Performance Monitors registers in the core. For more information about a register, click the register name in the table.

For registers without a listed reset value refer to the individual field resets documented on the register description pages or in the Arm ARM.

**Table A-2: Performance Monitors registers summary**

| Name | coproc | CRn | Opc1 | CRm | Opc2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| PMCR | 15 | C9 | 0 | C12 | 0 | See individual bit resets. | 32-bit | Performance Monitors Control Register |
| PMCNTENSET | 15 | C9 | 0 | C12 | 1 | See individual bit resets. | 32-bit | Performance Monitors Count Enable Set register |
| PMCNTENCLR | 15 | C9 | 0 | C12 | 2 | See individual bit resets. | 32-bit | Performance Monitors Count Enable Clear register |
| PMOVSR | 15 | C9 | 0 | C12 | 3 | See individual bit resets. | 32-bit | Performance Monitors Overflow Flag Status Register |
| PMSWINC | 15 | C9 | 0 | C12 | 4 | See individual bit resets. | 32-bit | Performance Monitors Software Increment register |
| PMSELR | 15 | C9 | 0 | C12 | 5 | See individual bit resets. | 32-bit | Performance Monitors Event Counter Selection Register |
| PMCEID0 | 15 | C9 | 0 | C12 | 6 | See individual bit resets. | 32-bit | Performance Monitors Common Event Identification register 0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Name | coproc | CRn | Opc1 | CRm | Opc2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| PMCEID1 | 15 | C9 | 0 | C12 | 7 | See individual bit resets. | 32-bit | Performance Monitors Common Event Identification register 1 |
| PMCCNTR | 15 | C9 | 0 | C13 | 0 | See individual bit resets. | 64-bit | Performance Monitors Cycle Count Register |
| PMXEVTYPER | 15 | C9 | 0 | C13 | 1 | See individual bit resets. | 32-bit | Performance Monitors Selected Event Type Register |
| PMXEVCNTR | 15 | C9 | 0 | C13 | 2 | See individual bit resets. | 32-bit | Performance Monitors Selected Event Count Register |
| PMUSERENR | 15 | C9 | 0 | C14 | 0 | See individual bit resets. | 32-bit | Performance Monitors User Enable Register |
| PMOVSSET | 15 | C9 | 0 | C14 | 3 | See individual bit resets. | 32-bit | Performance Monitors Overflow Flag Status Set register |
| PMCEID2 | 15 | C9 | 0 | C14 | 4 | See individual bit resets. | 32-bit | Performance Monitors Common Event Identification register 2 |
| PMCEID3 | 15 | C9 | 0 | C14 | 5 | See individual bit resets. | 32-bit | Performance Monitors Common Event Identification register 3 |
| PMEVCNTR0 | 15 | C14 | 0 | C8 | 0 | See individual bit resets. | 32-bit | Performance Monitors Event Count Registers |
| PMEVCNTR1 | 15 | C14 | 0 | C8 | 1 | See individual bit resets. | 32-bit | Performance Monitors Event Count Registers |
| PMEVCNTR2 | 15 | C14 | 0 | C8 | 2 | See individual bit resets. | 32-bit | Performance Monitors Event Count Registers |
| PMEVCNTR3 | 15 | C14 | 0 | C8 | 3 | See individual bit resets. | 32-bit | Performance Monitors Event Count Registers |
| PMEVCNTR4 | 15 | C14 | 0 | C8 | 4 | See individual bit resets. | 32-bit | Performance Monitors Event Count Registers |
| PMEVCNTR5 | 15 | C14 | 0 | C8 | 5 | See individual bit resets. | 32-bit | Performance Monitors Event Count Registers |
| PMEVTYPER0 | 15 | C14 | 0 | C12 | 0 | See individual bit resets. | 32-bit | Performance Monitors Event Type Registers |
| PMEVTYPER1 | 15 | C14 | 0 | C12 | 1 | See individual bit resets. | 32-bit | Performance Monitors Event Type Registers |
| PMEVTYPER2 | 15 | C14 | 0 | C12 | 2 | See individual bit resets. | 32-bit | Performance Monitors Event Type Registers |
| PMEVTYPER3 | 15 | C14 | 0 | C12 | 3 | See individual bit resets. | 32-bit | Performance Monitors Event Type Registers |
| PMEVTYPER4 | 15 | C14 | 0 | C12 | 4 | See individual bit resets. | 32-bit | Performance Monitors Event Type Registers |
| PMEVTYPER5 | 15 | C14 | 0 | C12 | 5 | See individual bit resets. | 32-bit | Performance Monitors Event Type Registers |
| PMCCFILTR | 15 | C14 | 0 | C15 | 7 | See individual bit resets. | 32-bit | Performance Monitors Cycle Count Filter Register |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## A.2.1 PMEVCNTR0, Performance Monitors Event Count Registers

Holds performance monitors event counter 0.

### Configurations

AArch32 register PMEVCNTR0 bits [31:0] are architecturally mapped to AArch64 System register B.7.5 PMEVCNTR0_EL0, Performance Monitors Event Count Registers on page 580 bits [31:0].

### Attributes

**Width**

32

**Functional group**

Performance Monitors registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure A-1: AArch32_pmevcntr0 bit assignments**




**Table A-3: PMEVCNTR0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:0] | None | Event counter n. Value of event counter n, where n is the number of this register and is a number from 0 to 30.<br><br>If FEAT_PMUv3p5 is implemented, the event counter is 64 bits and only the least-significant part of the event counter is accessible in AArch32 state:<br>• Reads from PMEVCNTR<n> return bits [31:0] of the counter.<br>• Writes to PMEVCNTR<n> update bits [31:0] and leave bits [63:32] unchanged.<br>• There is no means to access bits [63:32] directly from AArch32 state.<br>• If the implementation does not support AArch64, bits [63:32] are not required to be implemented.<br><br>If FEAT_PMUv3p5 is not implemented, the event counter is 32 bits. | 32{x} |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Access

PMEVCNTR<n> can also be accessed by using AArch32-PMXEVCNTR with AArch32-PMSELR.SEL set to n.

If <n> is greater than or equal to the number of accessible event counters, then reads and writes of AArch32-PMEVCNTR<n> are **CONSTRAINED UNPREDICTABLE**, and the following behaviors are permitted:

- Accesses to the register are UNDEFINED.
- Accesses to the register behave as RAZ/WI.
- Accesses to the register execute as a `NOP`.
- Accesses to the register behave as if <n> is an **UNKNOWN** value less-than-or-equal-to the index of the highest accessible event counter.
- If EL2 is implemented and enabled in the current Security state, and <n> is less than the number of implemented event counters, accesses from EL1 or permitted accesses from EL0 are trapped to EL2.

In EL0, an access is permitted if it is enabled by AArch32-PMUSERENR.{ER,EN} or AArch64-PMUSERENR_EL0.{ER,EN}.

If EL2 is implemented and enabled in the current Security state, at EL0 and EL1:

- If EL2 is using AArch32, AArch32-HDCR.HPMN identifies the number of accessible event counters.
- If EL2 is using AArch64, AArch64-MDCR_EL2.HPMN identifies the number of accessible event counters.

Otherwise, the number of accessible event counters is the number of implemented event counters. For more information, see AArch32-HDCR.HPMN and AArch64-MDCR_EL2.HPMN.

MRC{<c>}{<q>} 15, {#}0, <Rt>, C14, C8{, {#}0}

| coproc | opc1 | CRn | CRm | opc2 |
|---|---|---|---|---|
| 0b1111 | 0b000 | 0b1110 | 0b1000 | 0b000 |

MCR{<c>}{<q>} 15, {#}0, <Rt>, C14, C8{, {#}0}

| coproc | opc1 | CRn | CRm | opc2 |
|---|---|---|---|---|
| 0b1111 | 0b000 | 0b1110 | 0b1000 | 0b000 |

## Accessibility

PMEVCNTR<n> can also be accessed by using AArch32-PMXEVCNTR with AArch32-PMSELR.SEL set to n.

If <n> is greater than or equal to the number of accessible event counters, then reads and writes of AArch32-PMEVCNTR<n> are CONSTRAINED UNPREDICTABLE, and the following behaviors are permitted:

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

- Accesses to the register are UNDEFINED.
- Accesses to the register behave as RAZ/WI.
- Accesses to the register execute as a NOP.
- Accesses to the register behave as if <n> is an UNKNOWN value less-than-or-equal-to the index of the highest accessible event counter.
- If EL2 is implemented and enabled in the current Security state, and <n> is less than the number of implemented event counters, accesses from EL1 or permitted accesses from EL0 are trapped to EL2.

In EL0, an access is permitted if it is enabled by AArch32-PMUSERENR.{ER,EN} or AArch64-PMUSERENR_EL0.{ER,EN}.

If EL2 is implemented and enabled in the current Security state, at EL0 and EL1:

- If EL2 is using AArch32, AArch32-HDCR.HPMN identifies the number of accessible event counters.
- If EL2 is using AArch64, AArch64-MDCR_EL2.HPMN identifies the number of accessible event counters.

Otherwise, the number of accessible event counters is the number of implemented event counters. For more information, see AArch32-HDCR.HPMN and AArch64-MDCR_EL2.HPMN.

MRC{<c>}{<q>} 15, {#}0, <Rt>, C14, C8{, {#}0}

```
if 0 >= NUM_PMU_COUNTERS then
    ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
elsif PSTATE.EL == EL0 then
    if PMUSERENR_EL0.<ER,EN> == '00' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.AArch32SystemAccessTrap(EL2, 0x03);
        else
            AArch64.AArch32SystemAccessTrap(EL1, 0x03);
    elsif EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.AArch32SystemAccessTrap(EL2, 0x03);
    elsif EL2Enabled() && 0 >= AArch32.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.AArch32SystemAccessTrap(EL3, 0x03);
    else
        R[t] = PMEVCNTR[0];
```

MCR{<c>}{<q>} 15, {#}0, <Rt>, C14, C8{, {#}0}

```
if 0 >= NUM_PMU_COUNTERS then
    ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
elsif PSTATE.EL == EL0 then
    if PMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.AArch32SystemAccessTrap(EL2, 0x03);
        else
            AArch64.AArch32SystemAccessTrap(EL1, 0x03);
    elsif EL2Enabled() && MDCR_EL2.TPM == '1' then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        AArch64.AArch32SystemAccessTrap(EL2, 0x03);
    elsif EL2Enabled() && 0 >= AArch32.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.AArch32SystemAccessTrap(EL3, 0x03);
    else
        PMEVCNTR[0] = R[t];
```

## A.2.2 PMEVCNTR1, Performance Monitors Event Count Registers

Holds performance monitors event counter 1.

### Configurations

AArch32 register PMEVCNTR1 bits [31:0] are architecturally mapped to AArch64 System register B.7.6 PMEVCNTR1_EL0, Performance Monitors Event Count Registers on page 583 bits [31:0].

### Attributes

**Width**

32

**Functional group**

Performance Monitors registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure A-2: AArch32_pmevcntr1 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table A-6: PMEVCNTR1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:0] | None | Event counter n. Value of event counter n, where n is the number of this register and is a number from 0 to 30.<br><br>If FEAT_PMUv3p5 is implemented, the event counter is 64 bits and only the least-significant part of the event counter is accessible in AArch32 state:<br>• Reads from PMEVCNTR<n> return bits [31:0] of the counter.<br>• Writes to PMEVCNTR<n> update bits [31:0] and leave bits [63:32] unchanged.<br>• There is no means to access bits [63:32] directly from AArch32 state.<br>• If the implementation does not support AArch64, bits [63:32] are not required to be implemented.<br><br>If FEAT_PMUv3p5 is not implemented, the event counter is 32 bits. | `32{x}` |

## Access

PMEVCNTR<n> can also be accessed by using AArch32-PMXEVCNTR with AArch32-PMSELR.SEL set to n.

If <n> is greater than or equal to the number of accessible event counters, then reads and writes of AArch32-PMEVCNTR<n> are **CONSTRAINED UNPREDICTABLE**, and the following behaviors are permitted:

- Accesses to the register are UNDEFINED.
- Accesses to the register behave as RAZ/WI.
- Accesses to the register execute as a `NOP`.
- Accesses to the register behave as if <n> is an **UNKNOWN** value less-than-or-equal-to the index of the highest accessible event counter.
- If EL2 is implemented and enabled in the current Security state, and <n> is less than the number of implemented event counters, accesses from EL1 or permitted accesses from EL0 are trapped to EL2.

In EL0, an access is permitted if it is enabled by AArch32-PMUSERENR.{ER,EN} or AArch64-PMUSERENR_EL0.{ER,EN}.

If EL2 is implemented and enabled in the current Security state, at EL0 and EL1:

- If EL2 is using AArch32, AArch32-HDCR.HPMN identifies the number of accessible event counters.
- If EL2 is using AArch64, AArch64-MDCR_EL2.HPMN identifies the number of accessible event counters.

Otherwise, the number of accessible event counters is the number of implemented event counters. For more information, see AArch32-HDCR.HPMN and AArch64-MDCR_EL2.HPMN.

MRC{<c>}{<q>} 15, {#}0, <Rt>, C14, C8{, {#}1}

| coproc | opc1 | CRn | CRm | opc2 |
|---|---|---|---|---|
| 0b1111 | 0b000 | 0b1110 | 0b1000 | 0b001 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

MCR{<c>}{<q>} 15, {#}0, <Rt>, C14, C8{, {#}1}

| coproc | opc1 | CRn | CRm | opc2 |
|---|---|---|---|---|
| 0b1111 | 0b000 | 0b1110 | 0b1000 | 0b001 |

### Accessibility

PMEVCNTR<n> can also be accessed by using AArch32-PMXEVCNTR with AArch32-PMSELR.SEL set to n.

If <n> is greater than or equal to the number of accessible event counters, then reads and writes of AArch32-PMEVCNTR<n> are CONSTRAINED UNPREDICTABLE, and the following behaviors are permitted:

- Accesses to the register are UNDEFINED.
- Accesses to the register behave as RAZ/WI.
- Accesses to the register execute as a NOP.
- Accesses to the register behave as if <n> is an UNKNOWN value less-than-or-equal-to the index of the highest accessible event counter.
- If EL2 is implemented and enabled in the current Security state, and <n> is less than the number of implemented event counters, accesses from EL1 or permitted accesses from EL0 are trapped to EL2.

In EL0, an access is permitted if it is enabled by AArch32-PMUSERENR.{ER,EN} or AArch64-PMUSERENR_EL0.{ER,EN}.

If EL2 is implemented and enabled in the current Security state, at EL0 and EL1:

- If EL2 is using AArch32, AArch32-HDCR.HPMN identifies the number of accessible event counters.
- If EL2 is using AArch64, AArch64-MDCR_EL2.HPMN identifies the number of accessible event counters.

Otherwise, the number of accessible event counters is the number of implemented event counters. For more information, see AArch32-HDCR.HPMN and AArch64-MDCR_EL2.HPMN.

MRC{<c>}{<q>} 15, {#}0, <Rt>, C14, C8{, {#}1}

```
if 1 >= NUM_PMU_COUNTERS then
    ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
elsif PSTATE.EL == EL0 then
    if PMUSERENR_EL0.<ER,EN> == '00' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.AArch32SystemAccessTrap(EL2, 0x03);
        else
            AArch64.AArch32SystemAccessTrap(EL1, 0x03);
    elsif EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.AArch32SystemAccessTrap(EL2, 0x03);
    elsif EL2Enabled() && 1 >= AArch32.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        else
            AArch64.AArch32SystemAccessTrap(EL3, 0x03);
    else
        R[t] = PMEVCNTR[1];
```

MCR{<c>}{<q>} 15, {#}0, <Rt>, C14, C8{, {#}1}

```
if 1 >= NUM_PMU_COUNTERS then
    ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
elsif PSTATE.EL == EL0 then
    if PMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.AArch32SystemAccessTrap(EL2, 0x03);
        else
            AArch64.AArch32SystemAccessTrap(EL1, 0x03);
    elsif EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.AArch32SystemAccessTrap(EL2, 0x03);
    elsif EL2Enabled() && 1 >= AArch32.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.AArch32SystemAccessTrap(EL3, 0x03);
    else
        PMEVCNTR[1] = R[t];
```

## A.2.3 PMEVCNTR2, Performance Monitors Event Count Registers

Holds performance monitors event counter 2.

### Configurations

AArch32 register PMEVCNTR2 bits [31:0] are architecturally mapped to AArch64 System register B.7.7 PMEVCNTR2_EL0, Performance Monitors Event Count Registers on page 587 bits [31:0].

### Attributes

**Width**

32

**Functional group**

Performance Monitors registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure A-3: AArch32_pmevcntr2 bit assignments




**Table A-9: PMEVCNTR2 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:0] | None | Event counter n. Value of event counter n, where n is the number of this register and is a number from 0 to 30.<br><br>If FEAT_PMUv3p5 is implemented, the event counter is 64 bits and only the least-significant part of the event counter is accessible in AArch32 state:<br>• Reads from PMEVCNTR<n> return bits [31:0] of the counter.<br>• Writes to PMEVCNTR<n> update bits [31:0] and leave bits [63:32] unchanged.<br>• There is no means to access bits [63:32] directly from AArch32 state.<br>• If the implementation does not support AArch64, bits [63:32] are not required to be implemented.<br><br>If FEAT_PMUv3p5 is not implemented, the event counter is 32 bits. | `32{x}` |

## Access

PMEVCNTR<n> can also be accessed by using AArch32-PMXEVCNTR with AArch32-PMSELR.SEL set to n.

If <n> is greater than or equal to the number of accessible event counters, then reads and writes of AArch32-PMEVCNTR<n> are **CONSTRAINED UNPREDICTABLE**, and the following behaviors are permitted:

- Accesses to the register are UNDEFINED.
- Accesses to the register behave as RAZ/WI.
- Accesses to the register execute as a `NOP`.
- Accesses to the register behave as if <n> is an **UNKNOWN** value less-than-or-equal-to the index of the highest accessible event counter.
- If EL2 is implemented and enabled in the current Security state, and <n> is less than the number of implemented event counters, accesses from EL1 or permitted accesses from EL0 are trapped to EL2.

In EL0, an access is permitted if it is enabled by AArch32-PMUSERENR.{ER,EN} or AArch64-PMUSERENR_EL0.{ER,EN}.

If EL2 is implemented and enabled in the current Security state, at EL0 and EL1:

- If EL2 is using AArch32, AArch32-HDCR.HPMN identifies the number of accessible event counters.
- If EL2 is using AArch64, AArch64-MDCR_EL2.HPMN identifies the number of accessible event counters.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Otherwise, the number of accessible event counters is the number of implemented event counters. For more information, see AArch32-HDCR.HPMN and AArch64-MDCR_EL2.HPMN.

MRC{<c>}{<q>} 15, {#}0, <Rt>, C14, C8{, {#}2}

| coproc | opc1 | CRn | CRm | opc2 |
|---|---|---|---|---|
| 0b1111 | 0b000 | 0b1110 | 0b1000 | 0b010 |

MCR{<c>}{<q>} 15, {#}0, <Rt>, C14, C8{, {#}2}

| coproc | opc1 | CRn | CRm | opc2 |
|---|---|---|---|---|
| 0b1111 | 0b000 | 0b1110 | 0b1000 | 0b010 |

### Accessibility

PMEVCNTR<n> can also be accessed by using AArch32-PMXEVCNTR with AArch32-PMSELR.SEL set to n.

If <n> is greater than or equal to the number of accessible event counters, then reads and writes of AArch32-PMEVCNTR<n> are CONSTRAINED UNPREDICTABLE, and the following behaviors are permitted:

- Accesses to the register are UNDEFINED.
- Accesses to the register behave as RAZ/WI.
- Accesses to the register execute as a `NOP`.
- Accesses to the register behave as if <n> is an UNKNOWN value less-than-or-equal-to the index of the highest accessible event counter.
- If EL2 is implemented and enabled in the current Security state, and <n> is less than the number of implemented event counters, accesses from EL1 or permitted accesses from EL0 are trapped to EL2.

In EL0, an access is permitted if it is enabled by AArch32-PMUSERENR.{ER,EN} or AArch64-PMUSERENR_EL0.{ER,EN}.

If EL2 is implemented and enabled in the current Security state, at EL0 and EL1:

- If EL2 is using AArch32, AArch32-HDCR.HPMN identifies the number of accessible event counters.
- If EL2 is using AArch64, AArch64-MDCR_EL2.HPMN identifies the number of accessible event counters.

Otherwise, the number of accessible event counters is the number of implemented event counters. For more information, see AArch32-HDCR.HPMN and AArch64-MDCR_EL2.HPMN.

MRC{<c>}{<q>} 15, {#}0, <Rt>, C14, C8{, {#}2}

```
if 2 >= NUM_PMU_COUNTERS then
    ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
elsif PSTATE.EL == EL0 then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    if PMUSERENR_EL0.<ER,EN> == '00' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.AArch32SystemAccessTrap(EL2, 0x03);
        else
            AArch64.AArch32SystemAccessTrap(EL1, 0x03);
    elsif EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.AArch32SystemAccessTrap(EL2, 0x03);
    elsif EL2Enabled() && 2 >= AArch32.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.AArch32SystemAccessTrap(EL3, 0x03);
    else
        R[t] = PMEVCNTR[2];
```

MCR{<c>}{<q>} 15, {#}0, <Rt>, C14, C8{, {#}2}

```
if 2 >= NUM_PMU_COUNTERS then
    ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
elsif PSTATE.EL == EL0 then
    if PMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.AArch32SystemAccessTrap(EL2, 0x03);
        else
            AArch64.AArch32SystemAccessTrap(EL1, 0x03);
    elsif EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.AArch32SystemAccessTrap(EL2, 0x03);
    elsif EL2Enabled() && 2 >= AArch32.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.AArch32SystemAccessTrap(EL3, 0x03);
    else
        PMEVCNTR[2] = R[t];
```

## A.2.4 PMEVCNTR3, Performance Monitors Event Count Registers

Holds performance monitors event counter 3.

### Configurations

AArch32 register PMEVCNTR3 bits [31:0] are architecturally mapped to AArch64 System register B.7.8 PMEVCNTR3_EL0, Performance Monitors Event Count Registers on page 591 bits [31:0].

### Attributes

**Width**

32

**Functional group**

Performance Monitors registers

**Access type**

See bit descriptions

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Reset value

XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure A-4: AArch32_pmevcntr3 bit assignments




**Table A-12: PMEVCNTR3 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:0] | None | Event counter n. Value of event counter n, where n is the number of this register and is a number from 0 to 30.<br><br>If FEAT_PMUv3p5 is implemented, the event counter is 64 bits and only the least-significant part of the event counter is accessible in AArch32 state:<br>• Reads from PMEVCNTR<n> return bits [31:0] of the counter.<br>• Writes to PMEVCNTR<n> update bits [31:0] and leave bits [63:32] unchanged.<br>• There is no means to access bits [63:32] directly from AArch32 state.<br>• If the implementation does not support AArch64, bits [63:32] are not required to be implemented.<br><br>If FEAT_PMUv3p5 is not implemented, the event counter is 32 bits. | 32{x} |

## Access

PMEVCNTR<n> can also be accessed by using AArch32-PMXEVCNTR with AArch32-PMSELR.SEL set to n.

If <n> is greater than or equal to the number of accessible event counters, then reads and writes of AArch32-PMEVCNTR<n> are **CONSTRAINED UNPREDICTABLE**, and the following behaviors are permitted:

- Accesses to the register are UNDEFINED.
- Accesses to the register behave as RAZ/WI.
- Accesses to the register execute as a `NOP`.
- Accesses to the register behave as if <n> is an **UNKNOWN** value less-than-or-equal-to the index of the highest accessible event counter.
- If EL2 is implemented and enabled in the current Security state, and <n> is less than the number of implemented event counters, accesses from EL1 or permitted accesses from EL0 are trapped to EL2.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

In EL0, an access is permitted if it is enabled by AArch32-PMUSERENR.{ER,EN} or AArch64-PMUSERENR_EL0.{ER,EN}.

If EL2 is implemented and enabled in the current Security state, at EL0 and EL1:

- If EL2 is using AArch32, AArch32-HDCR.HPMN identifies the number of accessible event counters.
- If EL2 is using AArch64, AArch64-MDCR_EL2.HPMN identifies the number of accessible event counters.

Otherwise, the number of accessible event counters is the number of implemented event counters. For more information, see AArch32-HDCR.HPMN and AArch64-MDCR_EL2.HPMN.

MRC{<c>}{<q>} 15, {#}0, <Rt>, C14, C8{, {#}3}

| coproc | opc1 | CRn | CRm | opc2 |
|---|---|---|---|---|
| 0b1111 | 0b000 | 0b1110 | 0b1000 | 0b011 |

MCR{<c>}{<q>} 15, {#}0, <Rt>, C14, C8{, {#}3}

| coproc | opc1 | CRn | CRm | opc2 |
|---|---|---|---|---|
| 0b1111 | 0b000 | 0b1110 | 0b1000 | 0b011 |

## Accessibility

PMEVCNTR<n> can also be accessed by using AArch32-PMXEVCNTR with AArch32-PMSELR.SEL set to n.

If <n> is greater than or equal to the number of accessible event counters, then reads and writes of AArch32-PMEVCNTR<n> are CONSTRAINED UNPREDICTABLE, and the following behaviors are permitted:

- Accesses to the register are UNDEFINED.
- Accesses to the register behave as RAZ/WI.
- Accesses to the register execute as a `NOP`.
- Accesses to the register behave as if <n> is an UNKNOWN value less-than-or-equal-to the index of the highest accessible event counter.
- If EL2 is implemented and enabled in the current Security state, and <n> is less than the number of implemented event counters, accesses from EL1 or permitted accesses from EL0 are trapped to EL2.

In EL0, an access is permitted if it is enabled by AArch32-PMUSERENR.{ER,EN} or AArch64-PMUSERENR_EL0.{ER,EN}.

If EL2 is implemented and enabled in the current Security state, at EL0 and EL1:

- If EL2 is using AArch32, AArch32-HDCR.HPMN identifies the number of accessible event counters.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

- If EL2 is using AArch64, AArch64-MDCR_EL2.HPMN identifies the number of accessible event counters.

Otherwise, the number of accessible event counters is the number of implemented event counters. For more information, see AArch32-HDCR.HPMN and AArch64-MDCR_EL2.HPMN.

MRC{<c>}{<q>} 15, {#}0, <Rt>, C14, C8{, {#}3}

```
if 3 >= NUM_PMU_COUNTERS then
    ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
elsif PSTATE.EL == EL0 then
    if PMUSERENR_EL0.<ER,EN> == '00' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.AArch32SystemAccessTrap(EL2, 0x03);
        else
            AArch64.AArch32SystemAccessTrap(EL1, 0x03);
    elsif EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.AArch32SystemAccessTrap(EL2, 0x03);
    elsif EL2Enabled() && 3 >= AArch32.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.AArch32SystemAccessTrap(EL3, 0x03);
    else
        R[t] = PMEVCNTR[3];
```

MCR{<c>}{<q>} 15, {#}0, <Rt>, C14, C8{, {#}3}

```
if 3 >= NUM_PMU_COUNTERS then
    ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
elsif PSTATE.EL == EL0 then
    if PMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.AArch32SystemAccessTrap(EL2, 0x03);
        else
            AArch64.AArch32SystemAccessTrap(EL1, 0x03);
    elsif EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.AArch32SystemAccessTrap(EL2, 0x03);
    elsif EL2Enabled() && 3 >= AArch32.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.AArch32SystemAccessTrap(EL3, 0x03);
    else
        PMEVCNTR[3] = R[t];
```

## A.2.5 PMEVCNTR4, Performance Monitors Event Count Registers

Holds performance monitors event counter 4.

### Configurations

AArch32 register PMEVCNTR4 bits [31:0] are architecturally mapped to AArch64 System register B.7.9 PMEVCNTR4_EL0, Performance Monitors Event Count Registers on page 594 bits [31:0].

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Attributes

### Width

32

### Functional group

Performance Monitors registers

### Access type

See bit descriptions

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure A-5: AArch32_pmevcntr4 bit assignments




**Table A-15: PMEVCNTR4 bit descriptions**

| Bits | Name | Description | Reset |
| --- | --- | --- | --- |
| [31:0] | None | Event counter n. Value of event counter n, where n is the number of this register and is a number from 0 to 30.<br><br>If FEAT_PMUv3p5 is implemented, the event counter is 64 bits and only the least-significant part of the event counter is accessible in AArch32 state:<br>• Reads from PMEVCNTR<n> return bits [31:0] of the counter.<br>• Writes to PMEVCNTR<n> update bits [31:0] and leave bits [63:32] unchanged.<br>• There is no means to access bits [63:32] directly from AArch32 state.<br>• If the implementation does not support AArch64, bits [63:32] are not required to be implemented.<br><br>If FEAT_PMUv3p5 is not implemented, the event counter is 32 bits. | 32{x} |

## Access

PMEVCNTR<n> can also be accessed by using AArch32-PMXEVCNTR with AArch32-PMSELR.SEL set to n.

If <n> is greater than or equal to the number of accessible event counters, then reads and writes of AArch32-PMEVCNTR<n> are **CONSTRAINED UNPREDICTABLE**, and the following behaviors are permitted:

- Accesses to the register are UNDEFINED.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

- Accesses to the register behave as RAZ/WI.
- Accesses to the register execute as a `NOP`.
- Accesses to the register behave as if <n> is an **UNKNOWN** value less-than-or-equal-to the index of the highest accessible event counter.
- If EL2 is implemented and enabled in the current Security state, and <n> is less than the number of implemented event counters, accesses from EL1 or permitted accesses from EL0 are trapped to EL2.

In EL0, an access is permitted if it is enabled by AArch32-PMUSERENR.{ER,EN} or AArch64-PMUSERENR_EL0.{ER,EN}.

If EL2 is implemented and enabled in the current Security state, at EL0 and EL1:

- If EL2 is using AArch32, AArch32-HDCR.HPMN identifies the number of accessible event counters.
- If EL2 is using AArch64, AArch64-MDCR_EL2.HPMN identifies the number of accessible event counters.

Otherwise, the number of accessible event counters is the number of implemented event counters. For more information, see AArch32-HDCR.HPMN and AArch64-MDCR_EL2.HPMN.

MRC{<c>}{<q>} 15, {#}0, <Rt>, C14, C8{, {#}4}

| coproc | opc1 | CRn | CRm | opc2 |
|---|---|---|---|---|
| 0b1111 | 0b000 | 0b1110 | 0b1000 | 0b100 |

MCR{<c>}{<q>} 15, {#}0, <Rt>, C14, C8{, {#}4}

| coproc | opc1 | CRn | CRm | opc2 |
|---|---|---|---|---|
| 0b1111 | 0b000 | 0b1110 | 0b1000 | 0b100 |

### Accessibility

PMEVCNTR<n> can also be accessed by using AArch32-PMXEVCNTR with AArch32-PMSELR.SEL set to n.

If <n> is greater than or equal to the number of accessible event counters, then reads and writes of AArch32-PMEVCNTR<n> are CONSTRAINED UNPREDICTABLE, and the following behaviors are permitted:

- Accesses to the register are UNDEFINED.
- Accesses to the register behave as RAZ/WI.
- Accesses to the register execute as a `NOP`.
- Accesses to the register behave as if <n> is an UNKNOWN value less-than-or-equal-to the index of the highest accessible event counter.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

- If EL2 is implemented and enabled in the current Security state, and <n> is less than the number of implemented event counters, accesses from EL1 or permitted accesses from EL0 are trapped to EL2.

In EL0, an access is permitted if it is enabled by AArch32-PMUSERENR.{ER,EN} or AArch64-PMUSERENR_EL0.{ER,EN}.

If EL2 is implemented and enabled in the current Security state, at EL0 and EL1:

- If EL2 is using AArch32, AArch32-HDCR.HPMN identifies the number of accessible event counters.
- If EL2 is using AArch64, AArch64-MDCR_EL2.HPMN identifies the number of accessible event counters.

Otherwise, the number of accessible event counters is the number of implemented event counters. For more information, see AArch32-HDCR.HPMN and AArch64-MDCR_EL2.HPMN.

MRC{<c>}{<q>} 15, {#}0, <Rt>, C14, C8{, {#}4}

```
if 4 >= NUM_PMU_COUNTERS then
    ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
elsif PSTATE.EL == EL0 then
    if PMUSERENR_EL0.<ER,EN> == '00' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.AArch32SystemAccessTrap(EL2, 0x03);
        else
            AArch64.AArch32SystemAccessTrap(EL1, 0x03);
    elsif EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.AArch32SystemAccessTrap(EL2, 0x03);
    elsif EL2Enabled() && 4 >= AArch32.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.AArch32SystemAccessTrap(EL3, 0x03);
    else
        R[t] = PMEVCNTR[4];
```

MCR{<c>}{<q>} 15, {#}0, <Rt>, C14, C8{, {#}4}

```
if 4 >= NUM_PMU_COUNTERS then
    ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
elsif PSTATE.EL == EL0 then
    if PMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.AArch32SystemAccessTrap(EL2, 0x03);
        else
            AArch64.AArch32SystemAccessTrap(EL1, 0x03);
    elsif EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.AArch32SystemAccessTrap(EL2, 0x03);
    elsif EL2Enabled() && 4 >= AArch32.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.AArch32SystemAccessTrap(EL3, 0x03);
    else
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        PMEVCNTR[4] = R[t];
```

## A.2.6 PMEVCNTR5, Performance Monitors Event Count Registers

Holds performance monitors event counter 5.

### Configurations

AArch32 register PMEVCNTR5 bits [31:0] are architecturally mapped to AArch64 System register B.7.10 PMEVCNTR5_EL0, Performance Monitors Event Count Registers on page 598 bits [31:0].

### Attributes

**Width**

32

**Functional group**

Performance Monitors registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

**Note**

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure A-6: AArch32_pmevcntr5 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table A-18: PMEVCNTR5 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:0] | None | Event counter n. Value of event counter n, where n is the number of this register and is a number from 0 to 30.<br><br>If FEAT_PMUv3p5 is implemented, the event counter is 64 bits and only the least-significant part of the event counter is accessible in AArch32 state:<br>• Reads from PMEVCNTR<n> return bits [31:0] of the counter.<br>• Writes to PMEVCNTR<n> update bits [31:0] and leave bits [63:32] unchanged.<br>• There is no means to access bits [63:32] directly from AArch32 state.<br>• If the implementation does not support AArch64, bits [63:32] are not required to be implemented.<br><br>If FEAT_PMUv3p5 is not implemented, the event counter is 32 bits. | 32{x} |

## Access

PMEVCNTR<n> can also be accessed by using AArch32-PMXEVCNTR with AArch32-PMSELR.SEL set to n.

If <n> is greater than or equal to the number of accessible event counters, then reads and writes of AArch32-PMEVCNTR<n> are **CONSTRAINED UNPREDICTABLE**, and the following behaviors are permitted:

- Accesses to the register are UNDEFINED.
- Accesses to the register behave as RAZ/WI.
- Accesses to the register execute as a `NOP`.
- Accesses to the register behave as if <n> is an **UNKNOWN** value less-than-or-equal-to the index of the highest accessible event counter.
- If EL2 is implemented and enabled in the current Security state, and <n> is less than the number of implemented event counters, accesses from EL1 or permitted accesses from EL0 are trapped to EL2.

In EL0, an access is permitted if it is enabled by AArch32-PMUSERENR.{ER,EN} or AArch64-PMUSERENR_EL0.{ER,EN}.

If EL2 is implemented and enabled in the current Security state, at EL0 and EL1:

- If EL2 is using AArch32, AArch32-HDCR.HPMN identifies the number of accessible event counters.
- If EL2 is using AArch64, AArch64-MDCR_EL2.HPMN identifies the number of accessible event counters.

Otherwise, the number of accessible event counters is the number of implemented event counters. For more information, see AArch32-HDCR.HPMN and AArch64-MDCR_EL2.HPMN.

MRC{<c>}{<q>} 15, {#}0, <Rt>, C14, C8{, {#}5}

| coproc | opc1 | CRn | CRm | opc2 |
|---|---|---|---|---|
| 0b1111 | 0b000 | 0b1110 | 0b1000 | 0b101 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

MCR{<c>}{<q>} 15, {#}0, <Rt>, C14, C8{, {#}5}

| coproc | opc1 | CRn | CRm | opc2 |
|---|---|---|---|---|
| 0b1111 | 0b000 | 0b1110 | 0b1000 | 0b101 |

### Accessibility

PMEVCNTR<n> can also be accessed by using AArch32-PMXEVCNTR with AArch32-PMSELR.SEL set to n.

If <n> is greater than or equal to the number of accessible event counters, then reads and writes of AArch32-PMEVCNTR<n> are CONSTRAINED UNPREDICTABLE, and the following behaviors are permitted:

- Accesses to the register are UNDEFINED.
- Accesses to the register behave as RAZ/WI.
- Accesses to the register execute as a NOP.
- Accesses to the register behave as if <n> is an UNKNOWN value less-than-or-equal-to the index of the highest accessible event counter.
- If EL2 is implemented and enabled in the current Security state, and <n> is less than the number of implemented event counters, accesses from EL1 or permitted accesses from EL0 are trapped to EL2.

In EL0, an access is permitted if it is enabled by AArch32-PMUSERENR.{ER,EN} or AArch64-PMUSERENR_EL0.{ER,EN}.

If EL2 is implemented and enabled in the current Security state, at EL0 and EL1:

- If EL2 is using AArch32, AArch32-HDCR.HPMN identifies the number of accessible event counters.
- If EL2 is using AArch64, AArch64-MDCR_EL2.HPMN identifies the number of accessible event counters.

Otherwise, the number of accessible event counters is the number of implemented event counters. For more information, see AArch32-HDCR.HPMN and AArch64-MDCR_EL2.HPMN.

MRC{<c>}{<q>} 15, {#}0, <Rt>, C14, C8{, {#}5}

```
if 5 >= NUM_PMU_COUNTERS then
    ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
elsif PSTATE.EL == EL0 then
    if PMUSERENR_EL0.<ER,EN> == '00' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.AArch32SystemAccessTrap(EL2, 0x03);
        else
            AArch64.AArch32SystemAccessTrap(EL1, 0x03);
    elsif EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.AArch32SystemAccessTrap(EL2, 0x03);
    elsif EL2Enabled() && 5 >= AArch32.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        else
            AArch64.AArch32SystemAccessTrap(EL3, 0x03);
    else
        R[t] = PMEVCNTR[5];
```

MCR{<c>}{<q>} 15, {#}0, <Rt>, C14, C8{, {#}5}

```
if 5 >= NUM_PMU_COUNTERS then
    ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
elsif PSTATE.EL == EL0 then
    if PMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.AArch32SystemAccessTrap(EL2, 0x03);
        else
            AArch64.AArch32SystemAccessTrap(EL1, 0x03);
    elsif EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.AArch32SystemAccessTrap(EL2, 0x03);
    elsif EL2Enabled() && 5 >= AArch32.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.AArch32SystemAccessTrap(EL3, 0x03);
    else
        PMEVCNTR[5] = R[t];
```

## A.2.7 PMEVTYPER0, Performance Monitors Event Type Registers

Configures event counter 0.

### Configurations

AArch32 register PMEVTYPER0 bits [31:0] are architecturally mapped to AArch64 System register B.7.11 PMEVTYPER0_EL0, Performance Monitors Event Type Registers on page 602 bits [31:0].

### Attributes

**Width**

32

**Functional group**

Performance Monitors registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note: Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure A-7: AArch32_pmevtyper0 bit assignments




### Table A-21: PMEVTYPER0 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31] | P | Privileged filtering bit. Controls counting in EL1.<br><br>If EL3 is implemented, then counting in Non-secure EL1 is further controlled by the PMEVTYPER<n>.NSK bit.<br>**0b0**<br>Count events in EL1.<br>**0b1**<br>Do not count events in EL1. | x |
| [30] | U | User filtering bit. Controls counting in EL0.<br><br>If EL3 is implemented, then counting in Non-secure EL0 is further controlled by the PMEVTYPER<n>.NSU bit.<br>**0b0**<br>Count events in EL0.<br>**0b1**<br>Do not count events in EL0. | x |
| [29] | NSK | Non-secure EL1 (kernel) modes filtering bit. Controls counting in Non-secure EL1.<br><br>If the value of this bit is equal to the value of PMEVTYPER<n>.P, events in Non-secure EL1 are counted.<br><br>Otherwise, events in Non-secure EL1 are not counted. | x |
| [28] | NSU | Non-secure EL0 (Unprivileged) filtering. Controls counting in Non-secure EL0.<br><br>If the value of this bit is equal to the value of PMEVTYPER<n>.U, events in Non-secure EL0 are counted.<br><br>Otherwise, events in Non-secure EL0 are not counted. | x |
| [27] | NSH | EL2 (Hyp mode) filtering bit. Controls counting in EL2.<br>**0b0**<br>Do not count events in EL2.<br>**0b1**<br>Count events in EL2. | x |
| [26:16] | **RES0** | Reserved | **RES0** |
| [15:10] | evtCount[15:10] | Extension to evtCount[9:0]. For more information, see evtCount[9:0]. | 6{x} |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [9:0] | evtCount[9:0] | Event to count.<br><br>The event number of the event that is counted by event counter AArch32-PMEVCNTR<n>.<br><br>The ranges of event numbers allocated to each type of event are shown in *Allocation of the PMU event number space* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>If PMEVTYPER<n>.evtCount is programmed to an event that is reserved or not supported by the PE, the behavior depends on the value written:<br>• For the range `0x0000` to `0x003F`, no events are counted and the value returned by a direct or external read of the PMEVTYPER<n>.evtCount field is the value written to the field.<br>• If FEAT_PMUv3p1 is implemented, for the range `0x4000` to `0x403F`, no events are counted and the value returned by a direct or external read of the PMEVTYPER<n>.evtCount field is the value written to the field.<br>• For other values, it is UNPREDICTABLE what event, if any, is counted and the value returned by a direct or external read of the PMEVTYPER<n>.evtCount field is **UNKNOWN**.<br><br>**Note:**<br>UNPREDICTABLE means the event must not expose privileged information. | `10{x}` |

## Access

PMEVTYPER<n> can also be accessed by using AArch32-PMXEVTYPER with AArch32-PMSELR.SEL set to n.

If <n> is greater than or equal to the number of accessible event counters, then reads and writes of AArch32-PMEVTYPER<n> are **CONSTRAINED UNPREDICTABLE**, and the following behaviors are permitted:

- Accesses to the register are UNDEFINED.
- Accesses to the register behave as RAZ/WI.
- Accesses to the register execute as a `NOP`.
- Accesses to the register behave as if <n> is an **UNKNOWN** value less-than-or-equal-to the index of the highest accessible event counter.
- If EL2 is implemented and enabled in the current Security state, and <n> is less than the number of implemented event counters, accesses from EL1 or permitted accesses from EL0 are trapped to EL2.

In EL0, an access is permitted if it is enabled by AArch32-PMUSERENR.EN or AArch64-PMUSERENR_EL0.EN.

If EL2 is implemented and enabled in the current Security state, at EL0 and EL1:

- If EL2 is using AArch32, AArch32-HDCR.HPMN identifies the number of accessible event counters.
- If EL2 is using AArch64, AArch64-MDCR_EL2.HPMN identifies the number of accessible event counters.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Otherwise, the number of accessible event counters is the number of implemented event counters. For more information, see AArch32-HDCR.HPMN and AArch64-MDCR_EL2.HPMN.

MRC{<c>}{<q>} 15, {#}0, <Rt>, C14, C12{, {#}0}

| coproc | opc1 | CRn | CRm | opc2 |
|---|---|---|---|---|
| 0b1111 | 0b000 | 0b1110 | 0b1100 | 0b000 |

MCR{<c>}{<q>} 15, {#}0, <Rt>, C14, C12{, {#}0}

| coproc | opc1 | CRn | CRm | opc2 |
|---|---|---|---|---|
| 0b1111 | 0b000 | 0b1110 | 0b1100 | 0b000 |

### Accessibility

PMEVTYPER<n> can also be accessed by using AArch32-PMXEVTYPER with AArch32-PMSELR.SEL set to n.

If <n> is greater than or equal to the number of accessible event counters, then reads and writes of AArch32-PMEVTYPER<n> are CONSTRAINED UNPREDICTABLE, and the following behaviors are permitted:

- Accesses to the register are UNDEFINED.
- Accesses to the register behave as RAZ/WI.
- Accesses to the register execute as a `NOP`.
- Accesses to the register behave as if <n> is an UNKNOWN value less-than-or-equal-to the index of the highest accessible event counter.
- If EL2 is implemented and enabled in the current Security state, and <n> is less than the number of implemented event counters, accesses from EL1 or permitted accesses from EL0 are trapped to EL2.

In EL0, an access is permitted if it is enabled by AArch32-PMUSERENR.EN or AArch64-PMUSERENR_EL0.EN.

If EL2 is implemented and enabled in the current Security state, at EL0 and EL1:

- If EL2 is using AArch32, AArch32-HDCR.HPMN identifies the number of accessible event counters.
- If EL2 is using AArch64, AArch64-MDCR_EL2.HPMN identifies the number of accessible event counters.

Otherwise, the number of accessible event counters is the number of implemented event counters. For more information, see AArch32-HDCR.HPMN and AArch64-MDCR_EL2.HPMN.

MRC{<c>}{<q>} 15, {#}0, <Rt>, C14, C12{, {#}0}

```
if 0 >= NUM_PMU_COUNTERS then
    ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
elsif PSTATE.EL == EL0 then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    if PMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.AArch32SystemAccessTrap(EL2, 0x03);
        else
            AArch64.AArch32SystemAccessTrap(EL1, 0x03);
    elsif EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.AArch32SystemAccessTrap(EL2, 0x03);
    elsif EL2Enabled() && 0 >= AArch32.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.AArch32SystemAccessTrap(EL3, 0x03);
    else
        R[t] = PMEVTYPER[0];
```

MCR{<c>}{<q>} 15, {#}0, <Rt>, C14, C12{, {#}0}

```
if 0 >= NUM_PMU_COUNTERS then
    ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
elsif PSTATE.EL == EL0 then
    if PMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.AArch32SystemAccessTrap(EL2, 0x03);
        else
            AArch64.AArch32SystemAccessTrap(EL1, 0x03);
    elsif EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.AArch32SystemAccessTrap(EL2, 0x03);
    elsif EL2Enabled() && 0 >= AArch32.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.AArch32SystemAccessTrap(EL3, 0x03);
    else
        PMEVTYPER[0] = R[t];
```

## A.2.8 PMEVTYPER1, Performance Monitors Event Type Registers

Configures event counter 1.

### Configurations

AArch32 register PMEVTYPER1 bits [31:0] are architecturally mapped to AArch64 System register B.7.12 PMEVTYPER1_EL0, Performance Monitors Event Type Registers on page 607 bits [31:0].

### Attributes

**Width**

32

**Functional group**

Performance Monitors registers

**Access type**

See bit descriptions

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure A-8: AArch32_pmevtyper1 bit assignments




**Table A-24: PMEVTYPER1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31] | P | Privileged filtering bit. Controls counting in EL1.<br><br>If EL3 is implemented, then counting in Non-secure EL1 is further controlled by the PMEVTYPER<n>.NSK bit.<br>**0b0**<br>Count events in EL1.<br>**0b1**<br>Do not count events in EL1. | x |
| [30] | U | User filtering bit. Controls counting in EL0.<br><br>If EL3 is implemented, then counting in Non-secure EL0 is further controlled by the PMEVTYPER<n>.NSU bit.<br>**0b0**<br>Count events in EL0.<br>**0b1**<br>Do not count events in EL0. | x |
| [29] | NSK | Non-secure EL1 (kernel) modes filtering bit. Controls counting in Non-secure EL1.<br><br>If the value of this bit is equal to the value of PMEVTYPER<n>.P, events in Non-secure EL1 are counted.<br><br>Otherwise, events in Non-secure EL1 are not counted. | x |
| [28] | NSU | Non-secure EL0 (Unprivileged) filtering. Controls counting in Non-secure EL0.<br><br>If the value of this bit is equal to the value of PMEVTYPER<n>.U, events in Non-secure EL0 are counted.<br><br>Otherwise, events in Non-secure EL0 are not counted. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [27] | NSH | EL2 (Hyp mode) filtering bit. Controls counting in EL2.<br>**0b0**<br>Do not count events in EL2.<br>**0b1**<br>Count events in EL2. | x |
| [26:16] | **RES0** | Reserved | **RES0** |
| [15:10] | evtCount[15:10] | Extension to evtCount[9:0]. For more information, see evtCount[9:0]. | 6{x} |
| [9:0] | evtCount[9:0] | Event to count.<br><br>The event number of the event that is counted by event counter AArch32-PMEVCNTR<n>.<br><br>The ranges of event numbers allocated to each type of event are shown in *Allocation of the PMU event number space* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>If PMEVTYPER<n>.evtCount is programmed to an event that is reserved or not supported by the PE, the behavior depends on the value written:<br>• For the range 0x0000 to 0x003F, no events are counted and the value returned by a direct or external read of the PMEVTYPER<n>.evtCount field is the value written to the field.<br>• If FEAT_PMUv3p1 is implemented, for the range 0x4000 to 0x403F, no events are counted and the value returned by a direct or external read of the PMEVTYPER<n>.evtCount field is the value written to the field.<br>• For other values, it is UNPREDICTABLE what event, if any, is counted and the value returned by a direct or external read of the PMEVTYPER<n>.evtCount field is **UNKNOWN**.<br><br>**Note:**<br>UNPREDICTABLE means the event must not expose privileged information. | 10{x} |

## Access

PMEVTYPER<n> can also be accessed by using AArch32-PMXEVTYPER with AArch32-PMSELR.SEL set to n.

If <n> is greater than or equal to the number of accessible event counters, then reads and writes of AArch32-PMEVTYPER<n> are **CONSTRAINED UNPREDICTABLE**, and the following behaviors are permitted:

- Accesses to the register are UNDEFINED.
- Accesses to the register behave as RAZ/WI.
- Accesses to the register execute as a NOP.
- Accesses to the register behave as if <n> is an **UNKNOWN** value less-than-or-equal-to the index of the highest accessible event counter.
- If EL2 is implemented and enabled in the current Security state, and <n> is less than the number of implemented event counters, accesses from EL1 or permitted accesses from EL0 are trapped to EL2.

In EL0, an access is permitted if it is enabled by AArch32-PMUSERENR.EN or AArch64-PMUSERENR_EL0.EN.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

If EL2 is implemented and enabled in the current Security state, at EL0 and EL1:

- If EL2 is using AArch32, AArch32-HDCR.HPMN identifies the number of accessible event counters.
- If EL2 is using AArch64, AArch64-MDCR_EL2.HPMN identifies the number of accessible event counters.

Otherwise, the number of accessible event counters is the number of implemented event counters. For more information, see AArch32-HDCR.HPMN and AArch64-MDCR_EL2.HPMN.

MRC{<c>}{<q>} 15, {#}0, <Rt>, C14, C12{, {#}1}

| coproc | opc1 | CRn | CRm | opc2 |
|---|---|---|---|---|
| 0b1111 | 0b000 | 0b1110 | 0b1100 | 0b001 |

MCR{<c>}{<q>} 15, {#}0, <Rt>, C14, C12{, {#}1}

| coproc | opc1 | CRn | CRm | opc2 |
|---|---|---|---|---|
| 0b1111 | 0b000 | 0b1110 | 0b1100 | 0b001 |

### Accessibility

PMEVTYPER<n> can also be accessed by using AArch32-PMXEVTYPER with AArch32-PMSELR.SEL set to n.

If <n> is greater than or equal to the number of accessible event counters, then reads and writes of AArch32-PMEVTYPER<n> are CONSTRAINED UNPREDICTABLE, and the following behaviors are permitted:

- Accesses to the register are UNDEFINED.
- Accesses to the register behave as RAZ/WI.
- Accesses to the register execute as a `NOP`.
- Accesses to the register behave as if <n> is an UNKNOWN value less-than-or-equal-to the index of the highest accessible event counter.
- If EL2 is implemented and enabled in the current Security state, and <n> is less than the number of implemented event counters, accesses from EL1 or permitted accesses from EL0 are trapped to EL2.

In EL0, an access is permitted if it is enabled by AArch32-PMUSERENR.EN or AArch64-PMUSERENR_EL0.EN.

If EL2 is implemented and enabled in the current Security state, at EL0 and EL1:

- If EL2 is using AArch32, AArch32-HDCR.HPMN identifies the number of accessible event counters.
- If EL2 is using AArch64, AArch64-MDCR_EL2.HPMN identifies the number of accessible event counters.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Otherwise, the number of accessible event counters is the number of implemented event counters. For more information, see AArch32-HDCR.HPMN and AArch64-MDCR_EL2.HPMN.

MRC{<c>}{<q>} 15, {#}0, <Rt>, C14, C12{, {#}1}

```
if 1 >= NUM_PMU_COUNTERS then
    ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
elsif PSTATE.EL == EL0 then
    if PMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.AArch32SystemAccessTrap(EL2, 0x03);
        else
            AArch64.AArch32SystemAccessTrap(EL1, 0x03);
    elsif EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.AArch32SystemAccessTrap(EL2, 0x03);
    elsif EL2Enabled() && 1 >= AArch32.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.AArch32SystemAccessTrap(EL3, 0x03);
    else
        R[t] = PMEVTYPER[1];
```

MCR{<c>}{<q>} 15, {#}0, <Rt>, C14, C12{, {#}1}

```
if 1 >= NUM_PMU_COUNTERS then
    ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
elsif PSTATE.EL == EL0 then
    if PMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.AArch32SystemAccessTrap(EL2, 0x03);
        else
            AArch64.AArch32SystemAccessTrap(EL1, 0x03);
    elsif EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.AArch32SystemAccessTrap(EL2, 0x03);
    elsif EL2Enabled() && 1 >= AArch32.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.AArch32SystemAccessTrap(EL3, 0x03);
    else
        PMEVTYPER[1] = R[t];
```

## A.2.9 PMEVTYPER2, Performance Monitors Event Type Registers

Configures event counter 2.

### Configurations

AArch32 register PMEVTYPER2 bits [31:0] are architecturally mapped to AArch64 System register B.7.13 PMEVTYPER2_EL0, Performance Monitors Event Type Registers on page 612 bits [31:0].

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Attributes

### Width

32

### Functional group

Performance Monitors registers

### Access type

See bit descriptions

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure A-9: AArch32_pmevtyper2 bit assignments




**Table A-27: PMEVTYPER2 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31] | P | Privileged filtering bit. Controls counting in EL1.<br><br>If EL3 is implemented, then counting in Non-secure EL1 is further controlled by the PMEVTYPER<n>.NSK bit.<br><br>**0b0**<br>Count events in EL1.<br><br>**0b1**<br>Do not count events in EL1. | x |
| [30] | U | User filtering bit. Controls counting in EL0.<br><br>If EL3 is implemented, then counting in Non-secure EL0 is further controlled by the PMEVTYPER<n>.NSU bit.<br><br>**0b0**<br>Count events in EL0.<br><br>**0b1**<br>Do not count events in EL0. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [29] | NSK | Non-secure EL1 (kernel) modes filtering bit. Controls counting in Non-secure EL1.<br><br>If the value of this bit is equal to the value of PMEVTYPER<n>.P, events in Non-secure EL1 are counted.<br><br>Otherwise, events in Non-secure EL1 are not counted. | `x` |
| [28] | NSU | Non-secure EL0 (Unprivileged) filtering. Controls counting in Non-secure EL0.<br><br>If the value of this bit is equal to the value of PMEVTYPER<n>.U, events in Non-secure EL0 are counted.<br><br>Otherwise, events in Non-secure EL0 are not counted. | `x` |
| [27] | NSH | EL2 (Hyp mode) filtering bit. Controls counting in EL2.<br>**`0b0`**<br>Do not count events in EL2.<br>**`0b1`**<br>Count events in EL2. | `x` |
| [26:16] | **RES0** | Reserved | **RES0** |
| [15:10] | evtCount[15:10] | Extension to evtCount[9:0]. For more information, see evtCount[9:0]. | `6{x}` |
| [9:0] | evtCount[9:0] | Event to count.<br><br>The event number of the event that is counted by event counter AArch32-PMEVCNTR<n>.<br><br>The ranges of event numbers allocated to each type of event are shown in *Allocation of the PMU event number space* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>If PMEVTYPER<n>.evtCount is programmed to an event that is reserved or not supported by the PE, the behavior depends on the value written:<br>• For the range `0x0000` to `0x003F`, no events are counted and the value returned by a direct or external read of the PMEVTYPER<n>.evtCount field is the value written to the field.<br>• If FEAT_PMUv3p1 is implemented, for the range `0x4000` to `0x403F`, no events are counted and the value returned by a direct or external read of the PMEVTYPER<n>.evtCount field is the value written to the field.<br>• For other values, it is UNPREDICTABLE what event, if any, is counted and the value returned by a direct or external read of the PMEVTYPER<n>.evtCount field is **UNKNOWN**.<br><br>**Note:**<br>UNPREDICTABLE means the event must not expose privileged information. | `10{x}` |

## Access

PMEVTYPER<n> can also be accessed by using AArch32-PMXEVTYPER with AArch32-PMSELR.SEL set to n.

If <n> is greater than or equal to the number of accessible event counters, then reads and writes of AArch32-PMEVTYPER<n> are **CONSTRAINED UNPREDICTABLE**, and the following behaviors are permitted:

- Accesses to the register are UNDEFINED.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

- Accesses to the register behave as RAZ/WI.
- Accesses to the register execute as a NOP.
- Accesses to the register behave as if <n> is an **UNKNOWN** value less-than-or-equal-to the index of the highest accessible event counter.
- If EL2 is implemented and enabled in the current Security state, and <n> is less than the number of implemented event counters, accesses from EL1 or permitted accesses from EL0 are trapped to EL2.

In EL0, an access is permitted if it is enabled by AArch32-PMUSERENR.EN or AArch64-PMUSERENR_EL0.EN.

If EL2 is implemented and enabled in the current Security state, at EL0 and EL1:

- If EL2 is using AArch32, AArch32-HDCR.HPMN identifies the number of accessible event counters.
- If EL2 is using AArch64, AArch64-MDCR_EL2.HPMN identifies the number of accessible event counters.

Otherwise, the number of accessible event counters is the number of implemented event counters. For more information, see AArch32-HDCR.HPMN and AArch64-MDCR_EL2.HPMN.

MRC{<c>}{<q>} 15, {#}0, <Rt>, C14, C12{, {#}2}

| coproc | opc1 | CRn | CRm | opc2 |
|---|---|---|---|---|
| 0b1111 | 0b000 | 0b1110 | 0b1100 | 0b010 |

MCR{<c>}{<q>} 15, {#}0, <Rt>, C14, C12{, {#}2}

| coproc | opc1 | CRn | CRm | opc2 |
|---|---|---|---|---|
| 0b1111 | 0b000 | 0b1110 | 0b1100 | 0b010 |

### Accessibility

PMEVTYPER<n> can also be accessed by using AArch32-PMXEVTYPER with AArch32-PMSELR.SEL set to n.

If <n> is greater than or equal to the number of accessible event counters, then reads and writes of AArch32-PMEVTYPER<n> are CONSTRAINED UNPREDICTABLE, and the following behaviors are permitted:

- Accesses to the register are UNDEFINED.
- Accesses to the register behave as RAZ/WI.
- Accesses to the register execute as a NOP.
- Accesses to the register behave as if <n> is an UNKNOWN value less-than-or-equal-to the index of the highest accessible event counter.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

- If EL2 is implemented and enabled in the current Security state, and <n> is less than the number of implemented event counters, accesses from EL1 or permitted accesses from EL0 are trapped to EL2.

In EL0, an access is permitted if it is enabled by AArch32-PMUSERENR.EN or AArch64-PMUSERENR_EL0.EN.

If EL2 is implemented and enabled in the current Security state, at EL0 and EL1:

- If EL2 is using AArch32, AArch32-HDCR.HPMN identifies the number of accessible event counters.
- If EL2 is using AArch64, AArch64-MDCR_EL2.HPMN identifies the number of accessible event counters.

Otherwise, the number of accessible event counters is the number of implemented event counters. For more information, see AArch32-HDCR.HPMN and AArch64-MDCR_EL2.HPMN.

MRC{<c>}{<q>} 15, {#}0, <Rt>, C14, C12{, {#}2}

```
if 2 >= NUM_PMU_COUNTERS then
    ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
elsif PSTATE.EL == EL0 then
    if PMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.AArch32SystemAccessTrap(EL2, 0x03);
        else
            AArch64.AArch32SystemAccessTrap(EL1, 0x03);
    elsif EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.AArch32SystemAccessTrap(EL2, 0x03);
    elsif EL2Enabled() && 2 >= AArch32.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.AArch32SystemAccessTrap(EL3, 0x03);
    else
        R[t] = PMEVTYPER[2];
```

MCR{<c>}{<q>} 15, {#}0, <Rt>, C14, C12{, {#}2}

```
if 2 >= NUM_PMU_COUNTERS then
    ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
elsif PSTATE.EL == EL0 then
    if PMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.AArch32SystemAccessTrap(EL2, 0x03);
        else
            AArch64.AArch32SystemAccessTrap(EL1, 0x03);
    elsif EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.AArch32SystemAccessTrap(EL2, 0x03);
    elsif EL2Enabled() && 2 >= AArch32.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.AArch32SystemAccessTrap(EL3, 0x03);
    else
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        PMEVTYPER[2] = R[t];
```

## A.2.10 PMEVTYPER3, Performance Monitors Event Type Registers

Configures event counter 3.

### Configurations

AArch32 register PMEVTYPER3 bits [31:0] are architecturally mapped to AArch64 System register B.7.14 PMEVTYPER3_EL0, Performance Monitors Event Type Registers on page 617 bits [31:0].

### Attributes

**Width**

32

**Functional group**

Performance Monitors registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

---

Note

Where the reset reads xxxx, see individual bits

---

### Bit descriptions

**Figure A-10: AArch32_pmevtyper3 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table A-30: PMEVTYPER3 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31] | P | Privileged filtering bit. Controls counting in EL1.<br><br>If EL3 is implemented, then counting in Non-secure EL1 is further controlled by the PMEVTYPER<n>.NSK bit.<br>**0b0**<br>Count events in EL1.<br>**0b1**<br>Do not count events in EL1. | x |
| [30] | U | User filtering bit. Controls counting in EL0.<br><br>If EL3 is implemented, then counting in Non-secure EL0 is further controlled by the PMEVTYPER<n>.NSU bit.<br>**0b0**<br>Count events in EL0.<br>**0b1**<br>Do not count events in EL0. | x |
| [29] | NSK | Non-secure EL1 (kernel) modes filtering bit. Controls counting in Non-secure EL1.<br><br>If the value of this bit is equal to the value of PMEVTYPER<n>.P, events in Non-secure EL1 are counted.<br><br>Otherwise, events in Non-secure EL1 are not counted. | x |
| [28] | NSU | Non-secure EL0 (Unprivileged) filtering. Controls counting in Non-secure EL0.<br><br>If the value of this bit is equal to the value of PMEVTYPER<n>.U, events in Non-secure EL0 are counted.<br><br>Otherwise, events in Non-secure EL0 are not counted. | x |
| [27] | NSH | EL2 (Hyp mode) filtering bit. Controls counting in EL2.<br>**0b0**<br>Do not count events in EL2.<br>**0b1**<br>Count events in EL2. | x |
| [26:16] | **RES0** | Reserved | **RES0** |
| [15:10] | evtCount[15:10] | Extension to evtCount[9:0]. For more information, see evtCount[9:0]. | 6{x} |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [9:0] | evtCount[9:0] | Event to count.<br><br>The event number of the event that is counted by event counter AArch32-PMEVCNTR<n>.<br><br>The ranges of event numbers allocated to each type of event are shown in *Allocation of the PMU event number space* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>If PMEVTYPER<n>.evtCount is programmed to an event that is reserved or not supported by the PE, the behavior depends on the value written:<br>• For the range `0x0000` to `0x003F`, no events are counted and the value returned by a direct or external read of the PMEVTYPER<n>.evtCount field is the value written to the field.<br>• If FEAT_PMUv3p1 is implemented, for the range `0x4000` to `0x403F`, no events are counted and the value returned by a direct or external read of the PMEVTYPER<n>.evtCount field is the value written to the field.<br>• For other values, it is UNPREDICTABLE what event, if any, is counted and the value returned by a direct or external read of the PMEVTYPER<n>.evtCount field is **UNKNOWN**.<br><br>**Note:**<br>UNPREDICTABLE means the event must not expose privileged information. | `10{x}` |

## Access

PMEVTYPER<n> can also be accessed by using AArch32-PMXEVTYPER with AArch32-PMSELR.SEL set to n.

If <n> is greater than or equal to the number of accessible event counters, then reads and writes of AArch32-PMEVTYPER<n> are **CONSTRAINED UNPREDICTABLE**, and the following behaviors are permitted:

- Accesses to the register are UNDEFINED.
- Accesses to the register behave as RAZ/WI.
- Accesses to the register execute as a `NOP`.
- Accesses to the register behave as if <n> is an **UNKNOWN** value less-than-or-equal-to the index of the highest accessible event counter.
- If EL2 is implemented and enabled in the current Security state, and <n> is less than the number of implemented event counters, accesses from EL1 or permitted accesses from EL0 are trapped to EL2.

In EL0, an access is permitted if it is enabled by AArch32-PMUSERENR.EN or AArch64-PMUSERENR_EL0.EN.

If EL2 is implemented and enabled in the current Security state, at EL0 and EL1:

- If EL2 is using AArch32, AArch32-HDCR.HPMN identifies the number of accessible event counters.
- If EL2 is using AArch64, AArch64-MDCR_EL2.HPMN identifies the number of accessible event counters.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Otherwise, the number of accessible event counters is the number of implemented event counters. For more information, see AArch32-HDCR.HPMN and AArch64-MDCR_EL2.HPMN.

MRC{<c>}{<q>} 15, {#}0, <Rt>, C14, C12{, {#}3}

| coproc | opc1 | CRn | CRm | opc2 |
|---|---|---|---|---|
| 0b1111 | 0b000 | 0b1110 | 0b1100 | 0b011 |

MCR{<c>}{<q>} 15, {#}0, <Rt>, C14, C12{, {#}3}

| coproc | opc1 | CRn | CRm | opc2 |
|---|---|---|---|---|
| 0b1111 | 0b000 | 0b1110 | 0b1100 | 0b011 |

### Accessibility

PMEVTYPER<n> can also be accessed by using AArch32-PMXEVTYPER with AArch32-PMSELR.SEL set to n.

If <n> is greater than or equal to the number of accessible event counters, then reads and writes of AArch32-PMEVTYPER<n> are CONSTRAINED UNPREDICTABLE, and the following behaviors are permitted:

- Accesses to the register are UNDEFINED.
- Accesses to the register behave as RAZ/WI.
- Accesses to the register execute as a `NOP`.
- Accesses to the register behave as if <n> is an UNKNOWN value less-than-or-equal-to the index of the highest accessible event counter.
- If EL2 is implemented and enabled in the current Security state, and <n> is less than the number of implemented event counters, accesses from EL1 or permitted accesses from EL0 are trapped to EL2.

In EL0, an access is permitted if it is enabled by AArch32-PMUSERENR.EN or AArch64-PMUSERENR_EL0.EN.

If EL2 is implemented and enabled in the current Security state, at EL0 and EL1:

- If EL2 is using AArch32, AArch32-HDCR.HPMN identifies the number of accessible event counters.
- If EL2 is using AArch64, AArch64-MDCR_EL2.HPMN identifies the number of accessible event counters.

Otherwise, the number of accessible event counters is the number of implemented event counters. For more information, see AArch32-HDCR.HPMN and AArch64-MDCR_EL2.HPMN.

MRC{<c>}{<q>} 15, {#}0, <Rt>, C14, C12{, {#}3}

```
if 3 >= NUM_PMU_COUNTERS then
    ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
elsif PSTATE.EL == EL0 then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    if PMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.AArch32SystemAccessTrap(EL2, 0x03);
        else
            AArch64.AArch32SystemAccessTrap(EL1, 0x03);
    elsif EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.AArch32SystemAccessTrap(EL2, 0x03);
    elsif EL2Enabled() && 3 >= AArch32.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.AArch32SystemAccessTrap(EL3, 0x03);
    else
        R[t] = PMEVTYPER[3];
```

MCR{<c>}{<q>} 15, {#}0, <Rt>, C14, C12{, {#}3}

```
if 3 >= NUM_PMU_COUNTERS then
    ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
elsif PSTATE.EL == EL0 then
    if PMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.AArch32SystemAccessTrap(EL2, 0x03);
        else
            AArch64.AArch32SystemAccessTrap(EL1, 0x03);
    elsif EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.AArch32SystemAccessTrap(EL2, 0x03);
    elsif EL2Enabled() && 3 >= AArch32.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.AArch32SystemAccessTrap(EL3, 0x03);
    else
        PMEVTYPER[3] = R[t];
```

## A.2.11 PMEVTYPER4, Performance Monitors Event Type Registers

Configures event counter 4.

### Configurations

AArch32 register PMEVTYPER4 bits [31:0] are architecturally mapped to AArch64 System register B.7.15 PMEVTYPER4_EL0, Performance Monitors Event Type Registers on page 622 bits [31:0].

### Attributes

**Width**

32

**Functional group**

Performance Monitors registers

**Access type**

See bit descriptions

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Reset value

XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure A-11: AArch32_pmevtyper4 bit assignments




### Table A-33: PMEVTYPER4 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31] | P | Privileged filtering bit. Controls counting in EL1.<br><br>If EL3 is implemented, then counting in Non-secure EL1 is further controlled by the PMEVTYPER<n>.NSK bit.<br>**0b0**<br>Count events in EL1.<br>**0b1**<br>Do not count events in EL1. | x |
| [30] | U | User filtering bit. Controls counting in EL0.<br><br>If EL3 is implemented, then counting in Non-secure EL0 is further controlled by the PMEVTYPER<n>.NSU bit.<br>**0b0**<br>Count events in EL0.<br>**0b1**<br>Do not count events in EL0. | x |
| [29] | NSK | Non-secure EL1 (kernel) modes filtering bit. Controls counting in Non-secure EL1.<br><br>If the value of this bit is equal to the value of PMEVTYPER<n>.P, events in Non-secure EL1 are counted.<br><br>Otherwise, events in Non-secure EL1 are not counted. | x |
| [28] | NSU | Non-secure EL0 (Unprivileged) filtering. Controls counting in Non-secure EL0.<br><br>If the value of this bit is equal to the value of PMEVTYPER<n>.U, events in Non-secure EL0 are counted.<br><br>Otherwise, events in Non-secure EL0 are not counted. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [27] | NSH | EL2 (Hyp mode) filtering bit. Controls counting in EL2.<br>**0b0**<br>Do not count events in EL2.<br>**0b1**<br>Count events in EL2. | x |
| [26:16] | **RES0** | Reserved | **RES0** |
| [15:10] | evtCount[15:10] | Extension to evtCount[9:0]. For more information, see evtCount[9:0]. | 6{x} |
| [9:0] | evtCount[9:0] | Event to count.<br><br>The event number of the event that is counted by event counter AArch32-PMEVCNTR<n>.<br><br>The ranges of event numbers allocated to each type of event are shown in *Allocation of the PMU event number space* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>If PMEVTYPER<n>.evtCount is programmed to an event that is reserved or not supported by the PE, the behavior depends on the value written:<br>• For the range 0x0000 to 0x003F, no events are counted and the value returned by a direct or external read of the PMEVTYPER<n>.evtCount field is the value written to the field.<br>• If FEAT_PMUv3p1 is implemented, for the range 0x4000 to 0x403F, no events are counted and the value returned by a direct or external read of the PMEVTYPER<n>.evtCount field is the value written to the field.<br>• For other values, it is UNPREDICTABLE what event, if any, is counted and the value returned by a direct or external read of the PMEVTYPER<n>.evtCount field is **UNKNOWN**.<br><br>**Note:**<br>UNPREDICTABLE means the event must not expose privileged information. | 10{x} |

## Access

PMEVTYPER<n> can also be accessed by using AArch32-PMXEVTYPER with AArch32-PMSELR.SEL set to n.

If <n> is greater than or equal to the number of accessible event counters, then reads and writes of AArch32-PMEVTYPER<n> are **CONSTRAINED UNPREDICTABLE**, and the following behaviors are permitted:

- Accesses to the register are UNDEFINED.
- Accesses to the register behave as RAZ/WI.
- Accesses to the register execute as a NOP.
- Accesses to the register behave as if <n> is an **UNKNOWN** value less-than-or-equal-to the index of the highest accessible event counter.
- If EL2 is implemented and enabled in the current Security state, and <n> is less than the number of implemented event counters, accesses from EL1 or permitted accesses from EL0 are trapped to EL2.

In EL0, an access is permitted if it is enabled by AArch32-PMUSERENR.EN or AArch64-PMUSERENR_EL0.EN.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

If EL2 is implemented and enabled in the current Security state, at EL0 and EL1:

- If EL2 is using AArch32, AArch32-HDCR.HPMN identifies the number of accessible event counters.
- If EL2 is using AArch64, AArch64-MDCR_EL2.HPMN identifies the number of accessible event counters.

Otherwise, the number of accessible event counters is the number of implemented event counters. For more information, see AArch32-HDCR.HPMN and AArch64-MDCR_EL2.HPMN.

MRC{<c>}{<q>} 15, {#}0, <Rt>, C14, C12{, {#}4}

| coproc | opc1 | CRn | CRm | opc2 |
|---|---|---|---|---|
| 0b1111 | 0b000 | 0b1110 | 0b1100 | 0b100 |

MCR{<c>}{<q>} 15, {#}0, <Rt>, C14, C12{, {#}4}

| coproc | opc1 | CRn | CRm | opc2 |
|---|---|---|---|---|
| 0b1111 | 0b000 | 0b1110 | 0b1100 | 0b100 |

### Accessibility

PMEVTYPER<n> can also be accessed by using AArch32-PMXEVTYPER with AArch32-PMSELR.SEL set to n.

If <n> is greater than or equal to the number of accessible event counters, then reads and writes of AArch32-PMEVTYPER<n> are CONSTRAINED UNPREDICTABLE, and the following behaviors are permitted:

- Accesses to the register are UNDEFINED.
- Accesses to the register behave as RAZ/WI.
- Accesses to the register execute as a `NOP`.
- Accesses to the register behave as if <n> is an UNKNOWN value less-than-or-equal-to the index of the highest accessible event counter.
- If EL2 is implemented and enabled in the current Security state, and <n> is less than the number of implemented event counters, accesses from EL1 or permitted accesses from EL0 are trapped to EL2.

In EL0, an access is permitted if it is enabled by AArch32-PMUSERENR.EN or AArch64-PMUSERENR_EL0.EN.

If EL2 is implemented and enabled in the current Security state, at EL0 and EL1:

- If EL2 is using AArch32, AArch32-HDCR.HPMN identifies the number of accessible event counters.
- If EL2 is using AArch64, AArch64-MDCR_EL2.HPMN identifies the number of accessible event counters.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Otherwise, the number of accessible event counters is the number of implemented event counters. For more information, see AArch32-HDCR.HPMN and AArch64-MDCR_EL2.HPMN.

MRC{<c>}{<q>} 15, {#}0, <Rt>, C14, C12{, {#}4}

```
if 4 >= NUM_PMU_COUNTERS then
    ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
elsif PSTATE.EL == EL0 then
    if PMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.AArch32SystemAccessTrap(EL2, 0x03);
        else
            AArch64.AArch32SystemAccessTrap(EL1, 0x03);
    elsif EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.AArch32SystemAccessTrap(EL2, 0x03);
    elsif EL2Enabled() && 4 >= AArch32.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.AArch32SystemAccessTrap(EL3, 0x03);
    else
        R[t] = PMEVTYPER[4];
```

MCR{<c>}{<q>} 15, {#}0, <Rt>, C14, C12{, {#}4}

```
if 4 >= NUM_PMU_COUNTERS then
    ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
elsif PSTATE.EL == EL0 then
    if PMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.AArch32SystemAccessTrap(EL2, 0x03);
        else
            AArch64.AArch32SystemAccessTrap(EL1, 0x03);
    elsif EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.AArch32SystemAccessTrap(EL2, 0x03);
    elsif EL2Enabled() && 4 >= AArch32.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.AArch32SystemAccessTrap(EL3, 0x03);
    else
        PMEVTYPER[4] = R[t];
```

## A.2.12 PMEVTYPER5, Performance Monitors Event Type Registers

Configures event counter 5.

### Configurations

AArch32 register PMEVTYPER5 bits [31:0] are architecturally mapped to AArch64 System register B.7.16 PMEVTYPER5_EL0, Performance Monitors Event Type Registers on page 628 bits [31:0].

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Attributes

### Width

32

### Functional group

Performance Monitors registers

### Access type

See bit descriptions

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure A-12: AArch32_pmevtyper5 bit assignments




**Table A-36: PMEVTYPER5 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31] | P | Privileged filtering bit. Controls counting in EL1.<br><br>If EL3 is implemented, then counting in Non-secure EL1 is further controlled by the PMEVTYPER<n>.NSK bit.<br><br>**0b0**<br>Count events in EL1.<br><br>**0b1**<br>Do not count events in EL1. | x |
| [30] | U | User filtering bit. Controls counting in EL0.<br><br>If EL3 is implemented, then counting in Non-secure EL0 is further controlled by the PMEVTYPER<n>.NSU bit.<br><br>**0b0**<br>Count events in EL0.<br><br>**0b1**<br>Do not count events in EL0. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [29] | NSK | Non-secure EL1 (kernel) modes filtering bit. Controls counting in Non-secure EL1.<br><br>If the value of this bit is equal to the value of PMEVTYPER<n>.P, events in Non-secure EL1 are counted.<br><br>Otherwise, events in Non-secure EL1 are not counted. | x |
| [28] | NSU | Non-secure EL0 (Unprivileged) filtering. Controls counting in Non-secure EL0.<br><br>If the value of this bit is equal to the value of PMEVTYPER<n>.U, events in Non-secure EL0 are counted.<br><br>Otherwise, events in Non-secure EL0 are not counted. | x |
| [27] | NSH | EL2 (Hyp mode) filtering bit. Controls counting in EL2.<br>**0b0**<br>Do not count events in EL2.<br>**0b1**<br>Count events in EL2. | x |
| [26:16] | **RES0** | Reserved | **RES0** |
| [15:10] | evtCount[15:10] | Extension to evtCount[9:0]. For more information, see evtCount[9:0]. | 6{x} |
| [9:0] | evtCount[9:0] | Event to count.<br><br>The event number of the event that is counted by event counter AArch32-PMEVCNTR<n>.<br><br>The ranges of event numbers allocated to each type of event are shown in *Allocation of the PMU event number space* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>If PMEVTYPER<n>.evtCount is programmed to an event that is reserved or not supported by the PE, the behavior depends on the value written:<br>• For the range `0x0000` to `0x003F`, no events are counted and the value returned by a direct or external read of the PMEVTYPER<n>.evtCount field is the value written to the field.<br>• If FEAT_PMUv3p1 is implemented, for the range `0x4000` to `0x403F`, no events are counted and the value returned by a direct or external read of the PMEVTYPER<n>.evtCount field is the value written to the field.<br>• For other values, it is UNPREDICTABLE what event, if any, is counted and the value returned by a direct or external read of the PMEVTYPER<n>.evtCount field is **UNKNOWN**.<br><br>**Note:**<br>UNPREDICTABLE means the event must not expose privileged information. | 10{x} |

## Access

PMEVTYPER<n> can also be accessed by using AArch32-PMXEVTYPER with AArch32-PMSELR.SEL set to n.

If <n> is greater than or equal to the number of accessible event counters, then reads and writes of AArch32-PMEVTYPER<n> are **CONSTRAINED UNPREDICTABLE**, and the following behaviors are permitted:

- Accesses to the register are UNDEFINED.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

- Accesses to the register behave as RAZ/WI.
- Accesses to the register execute as a `NOP`.
- Accesses to the register behave as if <n> is an **UNKNOWN** value less-than-or-equal-to the index of the highest accessible event counter.
- If EL2 is implemented and enabled in the current Security state, and <n> is less than the number of implemented event counters, accesses from EL1 or permitted accesses from EL0 are trapped to EL2.

In EL0, an access is permitted if it is enabled by AArch32-PMUSERENR.EN or AArch64-PMUSERENR_EL0.EN.

If EL2 is implemented and enabled in the current Security state, at EL0 and EL1:

- If EL2 is using AArch32, AArch32-HDCR.HPMN identifies the number of accessible event counters.
- If EL2 is using AArch64, AArch64-MDCR_EL2.HPMN identifies the number of accessible event counters.

Otherwise, the number of accessible event counters is the number of implemented event counters. For more information, see AArch32-HDCR.HPMN and AArch64-MDCR_EL2.HPMN.

MRC{<c>}{<q>} 15, {#}0, <Rt>, C14, C12{, {#}5}

| coproc | opc1 | CRn | CRm | opc2 |
|---|---|---|---|---|
| 0b1111 | 0b000 | 0b1110 | 0b1100 | 0b101 |

MCR{<c>}{<q>} 15, {#}0, <Rt>, C14, C12{, {#}5}

| coproc | opc1 | CRn | CRm | opc2 |
|---|---|---|---|---|
| 0b1111 | 0b000 | 0b1110 | 0b1100 | 0b101 |

## Accessibility

PMEVTYPER<n> can also be accessed by using AArch32-PMXEVTYPER with AArch32-PMSELR.SEL set to n.

If <n> is greater than or equal to the number of accessible event counters, then reads and writes of AArch32-PMEVTYPER<n> are CONSTRAINED UNPREDICTABLE, and the following behaviors are permitted:

- Accesses to the register are UNDEFINED.
- Accesses to the register behave as RAZ/WI.
- Accesses to the register execute as a `NOP`.
- Accesses to the register behave as if <n> is an UNKNOWN value less-than-or-equal-to the index of the highest accessible event counter.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

- If EL2 is implemented and enabled in the current Security state, and <n> is less than the number of implemented event counters, accesses from EL1 or permitted accesses from EL0 are trapped to EL2.

In EL0, an access is permitted if it is enabled by AArch32-PMUSERENR.EN or AArch64-PMUSERENR_EL0.EN.

If EL2 is implemented and enabled in the current Security state, at EL0 and EL1:

- If EL2 is using AArch32, AArch32-HDCR.HPMN identifies the number of accessible event counters.
- If EL2 is using AArch64, AArch64-MDCR_EL2.HPMN identifies the number of accessible event counters.

Otherwise, the number of accessible event counters is the number of implemented event counters. For more information, see AArch32-HDCR.HPMN and AArch64-MDCR_EL2.HPMN.

MRC{<c>}{<q>} 15, {#}0, <Rt>, C14, C12{, {#}5}

```
if 5 >= NUM_PMU_COUNTERS then
    ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
elsif PSTATE.EL == EL0 then
    if PMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.AArch32SystemAccessTrap(EL2, 0x03);
        else
            AArch64.AArch32SystemAccessTrap(EL1, 0x03);
    elsif EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.AArch32SystemAccessTrap(EL2, 0x03);
    elsif EL2Enabled() && 5 >= AArch32.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.AArch32SystemAccessTrap(EL3, 0x03);
    else
        R[t] = PMEVTYPER[5];
```

MCR{<c>}{<q>} 15, {#}0, <Rt>, C14, C12{, {#}5}

```
if 5 >= NUM_PMU_COUNTERS then
    ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
elsif PSTATE.EL == EL0 then
    if PMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.AArch32SystemAccessTrap(EL2, 0x03);
        else
            AArch64.AArch32SystemAccessTrap(EL1, 0x03);
    elsif EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.AArch32SystemAccessTrap(EL2, 0x03);
    elsif EL2Enabled() && 5 >= AArch32.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.AArch32SystemAccessTrap(EL3, 0x03);
    else
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        PMEVTYPER[5] = R[t];
```

# A.3 AArch32 Generic Timer registers summary

The summary table provides an overview of all Generic Timer registers in the core. For more information about a register, click the register name in the table.

For registers without a listed reset value refer to the individual field resets documented on the register description pages or in the Arm ARM.

**Table A-39: Generic Timer registers summary**

| Name | coproc | CRn | Opc1 | CRm | Opc2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| CNTFRQ | 15 | C14 | 0 | C0 | 0 | See individual bit resets. | 32-bit | Counter-timer Frequency register |
| CNTP_TVAL | 15 | C14 | 0 | C2 | 0 | See individual bit resets. | 32-bit | Counter-timer Physical Timer TimerValue register |
| CNTP_CTL | 15 | C14 | 0 | C2 | 1 | See individual bit resets. | 32-bit | Counter-timer Physical Timer Control register |
| CNTV_TVAL | 15 | C14 | 0 | C3 | 0 | See individual bit resets. | 32-bit | Counter-timer Virtual Timer TimerValue register |
| CNTV_CTL | 15 | C14 | 0 | C3 | 1 | See individual bit resets. | 32-bit | Counter-timer Virtual Timer Control register |
| CNTPCT | 15 | — | 0 | C14 | — | See individual bit resets. | 64-bit | Counter-timer Physical Count register |
| CNTVCT | 15 | — | 1 | C14 | — | See individual bit resets. | 64-bit | Counter-timer Virtual Count register |
| CNTP_CVAL | 15 | — | 2 | C14 | — | See individual bit resets. | 64-bit | Counter-timer Physical Timer CompareValue register |
| CNTV_CVAL | 15 | — | 3 | C14 | — | See individual bit resets. | 64-bit | Counter-timer Virtual Timer CompareValue register |

# A.4 AArch32 Debug registers summary

The summary table provides an overview of all Debug registers in the core. For more information about a register, click the register name in the table.

For registers without a listed reset value refer to the individual field resets documented on the register description pages or in the Arm ARM.

**Table A-40: Debug registers summary**

| Name | coproc | CRn | Opc1 | CRm | Opc2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| DBGDSCRint | 14 | C0 | 0 | C1 | 0 | See individual bit resets. | 32-bit | Debug Status and Control Register, Internal View |
| DBGDTRRXint | 14 | C0 | 0 | C5 | 0 | See individual bit resets. | 32-bit | Debug Data Transfer Register, Receive |
| DBGDTRTXint | 14 | C0 | 0 | C5 | 0 | See individual bit resets. | 32-bit | Debug Data Transfer Register, Transmit |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# A.5 AArch32 Generic System Control registers summary

The summary table provides an overview of all Generic System Control registers in the core. For more information about a register, click the register name in the table.

For registers without a listed reset value refer to the individual field resets documented on the register description pages or in the Arm ARM.

**Table A-41: Generic System Control registers summary**

| Name | coproc | CRn | Opc1 | CRm | Opc2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| TPIDRURW | 15 | C13 | 0 | C0 | 2 | See individual bit resets. | 32-bit | PL0 Read/Write Software Thread ID Register |
| TPIDRURO | 15 | C13 | 0 | C0 | 3 | See individual bit resets. | 32-bit | PL0 Read-Only Software Thread ID Register |

# A.6 AArch32 Floating Point registers summary

The summary table provides an overview of all Floating Point registers in the core. For more information about a register, click the register name in the table.

For registers without a listed reset value refer to the individual field resets documented on the register description pages or in the Arm ARM.

**Table A-42: Floating Point registers summary**

| Name | reg | Reset | Width | Description |
|---|---|---|---|---|
| FPSCR | 0b0001 | See individual bit resets. | 32-bit | Floating-Point Status and Control Register |

## A.6.1 FPSCR, Floating-Point Status and Control Register

Provides floating-point system status information and control.

### Configurations

It is IMPLEMENTATION DEFINED whether the Len and Stride fields can be programmed to non-zero values, which will cause some AArch32 floating-point instruction encodings to be UNDEFINED, or whether these fields are RAZ.

Implemented only if the implementation includes the Advanced SIMD and floating-point functionality.

AArch32 register FPSCR bits [31:27] are architecturally mapped to AArch64 System register B.1.20 FPSR, Floating-point Status Register on page 297 bits [31:27].

AArch32 register FPSCR bits [7] are architecturally mapped to AArch64 System register B.1.20 FPSR, Floating-point Status Register on page 297 bits [7].

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

AArch32 register FPSCR bits [4:0] are architecturally mapped to AArch64 System register B.1.20 FPSR, Floating-point Status Register on page 297 bits [4:0].

AArch32 register FPSCR bits [26:15] are architecturally mapped to AArch64 System register B.1.20 FPSR, Floating-point Status Register on page 297 bits [26:15].

AArch32 register FPSCR bits [12:8] are architecturally mapped to AArch64 System register B.1.20 FPSR, Floating-point Status Register on page 297 bits [12:8].

## Attributes

### Width

32

### Functional group

Generic System Control

### Access type

See bit descriptions

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure A-13: AArch32_fpscr bit assignments**




**Table A-43: FPSCR bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31] | N | Negative condition flag. This is updated by floating-point comparison operations. | x |
| [30] | Z | Zero condition flag. This is updated by floating-point comparison operations. | x |
| [29] | C | Carry condition flag. This is updated by floating-point comparison operations. | x |
| [28] | V | Overflow condition flag. This is updated by floating-point comparison operations. | x |
| [27] | QC | Cumulative saturation bit, Advanced SIMD only. This bit is set to 1 to indicate that an Advanced SIMD integer operation has saturated since 0 was last written to this bit. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [26] | AHP | Alternative half-precision control bit:<br>**0b0**<br>IEEE half-precision format selected.<br>**0b1**<br>Alternative half-precision format selected.<br>This bit is used only for conversions between half-precision floating-point and other floating-point formats.<br>The data-processing instructions added as part of the FEAT_FP16 extension always use the IEEE half-precision format, and ignore the value of this bit. | x |
| [25] | DN | Default NaN mode control bit:<br>**0b0**<br>NaN operands propagate through to the output of a floating-point operation.<br>**0b1**<br>Any operation involving one or more NaNs returns the Default NaN.<br>The value of this bit controls only scalar floating-point arithmetic. Advanced SIMD arithmetic always uses the Default NaN setting, regardless of the value of the DN bit. | x |
| [24] | FZ | Flush-to-zero mode control bit:<br>**0b0**<br>Flush-to-zero mode disabled. Behavior of the floating-point system is fully compliant with the IEEE 754 standard.<br>**0b1**<br>Flush-to-zero mode enabled.<br>The value of this bit controls only scalar floating-point arithmetic. Advanced SIMD arithmetic always uses the Flush-to-zero setting, regardless of the value of the FZ bit.<br>This bit has no effect on half-precision calculations. | x |
| [23:22] | RMode | Rounding Mode control field. The encoding of this field is:<br>**0b00**<br>Round to Nearest (RN) mode.<br>**0b01**<br>Round towards Plus Infinity (RP) mode.<br>**0b10**<br>Round towards Minus Infinity (RM) mode.<br>**0b11**<br>Round towards Zero (RZ) mode.<br>The specified rounding mode is used by almost all scalar floating-point instructions. Advanced SIMD arithmetic always uses the Round to Nearest setting, regardless of the value of the RMode bits. | xx |
| [21:20] | **RES0** | Reserved | **RES0** |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [19] | FZ16 | Flush-to-zero mode control bit on half-precision data-processing instructions:<br>`0b0`<br>Flush-to-zero mode disabled. Behavior of the floating-point system is fully compliant with the IEEE 754 standard.<br>`0b1`<br>Flush-to-zero mode enabled.<br>The value of this bit applies to both scalar and Advanced SIMD floating-point half-precision calculations. | x |
| [18:8] | **RES0** | Reserved | **RES0** |
| [7] | IDC | Input Denormal cumulative floating-point exception bit. This bit is set to 1 to indicate that the Input Denormal floating-point exception has occurred since 0 was last written to this bit.<br>How VFP instructions update this bit depends on the value of the IDE bit.<br>Advanced SIMD instructions set this bit if the Input Denormal floating-point exception occurs in one or more of the floating-point calculations performed by the instruction, regardless of the value of the IDE bit. | x |
| [6:5] | **RES0** | Reserved | **RES0** |
| [4] | IXC | Inexact cumulative floating-point exception bit. This bit is set to 1 to indicate that the Inexact floating-point exception has occurred since 0 was last written to this bit.<br>How VFP instructions update this bit depends on the value of the IXE bit.<br>Advanced SIMD instructions set this bit if the Inexact floating-point exception occurs in one or more of the floating-point calculations performed by the instruction, regardless of the value of the IXE bit.<br>The criteria for the Inexact floating-point exception to occur are different in Flush-to-zero mode. For more information, see *Flush-to-zero* in the *Arm® Architecture Reference Manual for A-profile architecture*. | x |
| [3] | UFC | Underflow cumulative floating-point exception bit. This bit is set to 1 to indicate that the Underflow floating-point exception has occurred since 0 was last written to this bit.<br>How VFP instructions update this bit depends on the value of the UFE bit.<br>Advanced SIMD instructions set this bit if the Underflow floating-point exception occurs in one or more of the floating-point calculations performed by the instruction, if FPSCR.UFE is 0 or if Flush-to-zero is enabled.<br>The criteria for the Underflow floating-point exception to occur are different in Flush-to-zero mode. For more information, see *Flush-to-zero* in the *Arm® Architecture Reference Manual for A-profile architecture*. | x |
| [2] | OFC | Overflow cumulative floating-point exception bit. This bit is set to 1 to indicate that the Overflow floating-point exception has occurred since 0 was last written to this bit.<br>How VFP instructions update this bit depends on the value of the OFE bit.<br>Advanced SIMD instructions set this bit if the Overflow floating-point exception occurs in one or more of the floating-point calculations performed by the instruction, regardless of the value of the OFE bit. | x |
| [1] | DZC | Divide by Zero cumulative floating-point exception bit. This bit is set to 1 to indicate that the Divide by Zero floating-point exception has occurred since 0 was last written to this bit.<br>How VFP instructions update this bit depends on the value of the DZE bit.<br>Advanced SIMD instructions set this bit if the Divide by Zero floating-point exception occurs in one or more of the floating-point calculations performed by the instruction, regardless of the value of the DZE bit. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [0] | IOC | Invalid Operation cumulative floating-point exception bit. This bit is set to 1 to indicate that the Invalid Operation floating-point exception has occurred since 0 was last written to this bit.<br><br>How VFP instructions update this bit depends on the value of the IOE bit.<br><br>Advanced SIMD instructions set this bit if the Invalid Operation floating-point exception occurs in one or more of the floating-point calculations performed by the instruction, regardless of the value of the IOE bit. | x |

## Access

VMRS{<c>}{<q>} <Rt>, <spec_reg>

| reg |
|---|
| 0b0001 |

VMSR{<c>}{<q>} <spec_reg>, <Rt>

| reg |
|---|
| 0b0001 |

## Accessibility

VMRS{<c>}{<q>} <Rt>, <spec_reg>

```
if PSTATE.EL == EL0 then
    if !(EL2Enabled() && HCR_EL2.<E2H,TGE> == '11') && CPACR_EL1.FPEN != '11' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.AArch32SystemAccessTrap(EL2, 0x00);
        else
            AArch64.AArch32SystemAccessTrap(EL1, 0x07);
    elsif EL2Enabled() && HCR_EL2.<E2H,TGE> == '11' && CPTR_EL2.FPEN != '11' then
        AArch64.AArch32SystemAccessTrap(EL2, 0x07);
    elsif EL2Enabled() && HCR_EL2.E2H == '1' && CPTR_EL2.FPEN == 'x0' then
        AArch64.AArch32SystemAccessTrap(EL2, 0x07);
    elsif EL2Enabled() && HCR_EL2.E2H != '1' && CPTR_EL2.TFP == '1' then
        AArch64.AArch32SystemAccessTrap(EL2, 0x07);
    elsif CPTR_EL3.TFP == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.AArch32SystemAccessTrap(EL3, 0x07);
    else
        R[t] = FPSCR;
```

VMSR{<c>}{<q>} <spec_reg>, <Rt>

```
if PSTATE.EL == EL0 then
    if !(EL2Enabled() && HCR_EL2.<E2H,TGE> == '11') && CPACR_EL1.FPEN != '11' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.AArch32SystemAccessTrap(EL2, 0x00);
        else
            AArch64.AArch32SystemAccessTrap(EL1, 0x07);
    elsif EL2Enabled() && HCR_EL2.<E2H,TGE> == '11' && CPTR_EL2.FPEN != '11' then
        AArch64.AArch32SystemAccessTrap(EL2, 0x07);
    elsif EL2Enabled() && HCR_EL2.E2H == '1' && CPTR_EL2.FPEN == 'x0' then
        AArch64.AArch32SystemAccessTrap(EL2, 0x07);
    elsif EL2Enabled() && HCR_EL2.E2H != '1' && CPTR_EL2.TFP == '1' then
        AArch64.AArch32SystemAccessTrap(EL2, 0x07);
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    elsif CPTR_EL3.TFP == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.AArch32SystemAccessTrap(EL3, 0x07);
    else
        FPSCR = R[t];
```

## A.7 AArch32 Activity Monitors registers summary

The summary table provides an overview of all Activity Monitors registers in the core. For more information about a register, click the register name in the table.

For registers without a listed reset value refer to the individual field resets documented on the register description pages or in the Arm ARM.

**Table A-46: Activity Monitors registers summary**

| Name | coproc | CRn | Opc1 | CRm | Opc2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| AMCR | 15 | C13 | 0 | C2 | 0 | See individual bit resets. | 32-bit | Activity Monitors Control Register |
| AMCFGR | 15 | C13 | 0 | C2 | 1 | See individual bit resets. | 32-bit | Activity Monitors Configuration Register |
| AMCGCR | 15 | C13 | 0 | C2 | 2 | See individual bit resets. | 32-bit | Activity Monitors Counter Group Configuration Register |
| AMUSERENR | 15 | C13 | 0 | C2 | 3 | See individual bit resets. | 32-bit | Activity Monitors User Enable Register |
| AMCNTENCLR0 | 15 | C13 | 0 | C2 | 4 | See individual bit resets. | 32-bit | Activity Monitors Count Enable Clear Register 0 |
| AMCNTENSET0 | 15 | C13 | 0 | C2 | 5 | See individual bit resets. | 32-bit | Activity Monitors Count Enable Set Register 0 |
| AMCNTENCLR1 | 15 | C13 | 0 | C3 | 0 | See individual bit resets. | 32-bit | Activity Monitors Count Enable Clear Register 1 |
| AMCNTENSET1 | 15 | C13 | 0 | C3 | 1 | See individual bit resets. | 32-bit | Activity Monitors Count Enable Set Register 1 |
| AMEVTYPER00 | 15 | C13 | 0 | C6 | 0 | See individual bit resets. | 32-bit | Activity Monitors Event Type Registers 0 |
| AMEVTYPER01 | 15 | C13 | 0 | C6 | 1 | See individual bit resets. | 32-bit | Activity Monitors Event Type Registers 0 |
| AMEVTYPER02 | 15 | C13 | 0 | C6 | 2 | See individual bit resets. | 32-bit | Activity Monitors Event Type Registers 0 |
| AMEVTYPER03 | 15 | C13 | 0 | C6 | 3 | See individual bit resets. | 32-bit | Activity Monitors Event Type Registers 0 |
| AMEVTYPER10 | 15 | C13 | 0 | C14 | 0 | See individual bit resets. | 32-bit | Activity Monitors Event Type Registers 1 |
| AMEVTYPER11 | 15 | C13 | 0 | C14 | 1 | See individual bit resets. | 32-bit | Activity Monitors Event Type Registers 1 |
| AMEVTYPER12 | 15 | C13 | 0 | C14 | 2 | See individual bit resets. | 32-bit | Activity Monitors Event Type Registers 1 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Name | coproc | CRn | Opc1 | CRm | Opc2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| AMEVCNTR00 | 15 | — | 0 | C0 | — | See individual bit resets. | 64-bit | Activity Monitors Event Counter Registers 0 |
| AMEVCNTR10 | 15 | — | 0 | C4 | — | See individual bit resets. | 64-bit | Activity Monitors Event Counter Registers 1 |
| AMEVCNTR01 | 15 | — | 1 | C0 | — | See individual bit resets. | 64-bit | Activity Monitors Event Counter Registers 0 |
| AMEVCNTR11 | 15 | — | 1 | C4 | — | See individual bit resets. | 64-bit | Activity Monitors Event Counter Registers 1 |
| AMEVCNTR02 | 15 | — | 2 | C0 | — | See individual bit resets. | 64-bit | Activity Monitors Event Counter Registers 0 |
| AMEVCNTR12 | 15 | — | 2 | C4 | — | See individual bit resets. | 64-bit | Activity Monitors Event Counter Registers 1 |
| AMEVCNTR03 | 15 | — | 3 | C0 | — | See individual bit resets. | 64-bit | Activity Monitors Event Counter Registers 0 |

## A.7.1 AMEVTYPER00, Activity Monitors Event Type Registers 0

Provides information on the events that an architected activity monitor event counter AArch64-AMEVCNTR00_EL0 counts.

### Configurations

AArch32 register AMEVTYPER00 bits [31:0] are architecturally mapped to AArch64 System register B.11.7 AMEVTYPER00_EL0, Activity Monitors Event Type Registers 0 on page 795 bits [31:0].

### Attributes

**Width**

32

**Functional group**

Activity Monitors registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure A-14: AArch32_amevtyper00 bit assignments

| 31 – 16 | 15 – 0 |
|---|---|
| RES0 | evtCount |

### Table A-47: AMEVTYPER00 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:16] | **RES0** | Reserved | **RES0** |
| [15:0] | evtCount | Event to count. The event number of the event that is counted by the architected activity monitor event counter AArch32-AMEVCNTR00. The value of this field is architecturally mandated for each architected counter.<br>**0b0000000000010001**<br>Processor frequency cycles | 16{x} |

## Access

If <n> is greater than or equal to the number of architected activity monitor event counters, reads and writes of AMEVTYPER0<n> are **UNDEFINED**.

Note

AArch32-AMCGCR.CG0NC identifies the number of architected activity monitor event counters.

MRC{<c>}{<q>} 15, {#}0, <Rt>, C13, C6{, {#}0}

| coproc | opc1 | CRn | CRm | opc2 |
|---|---|---|---|---|
| 0b1111 | 0b000 | 0b1101 | 0b0110 | 0b000 |

## Accessibility

If <n> is greater than or equal to the number of architected activity monitor event counters, reads and writes of AMEVTYPER0<n> are UNDEFINED.

Note

AArch32-AMCGCR.CG0NC identifies the number of architected activity monitor event counters.

MRC{<c>}{<q>} 15, {#}0, <Rt>, C13, C6{, {#}0}

```
if PSTATE.EL == EL0 then
    if AMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.AArch32SystemAccessTrap(EL2, 0x03);
        else
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
            AArch64.AArch32SystemAccessTrap(EL1, 0x03);
    elsif EL2Enabled() && HCR_EL2.<E2H,TGE> != '11' && HSTR_EL2.T13 == '1' then
        AArch64.AArch32SystemAccessTrap(EL2, 0x03);
    elsif EL2Enabled() && CPTR_EL2.TAM == '1' then
        AArch64.AArch32SystemAccessTrap(EL2, 0x03);
    elsif CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.AArch32SystemAccessTrap(EL3, 0x03);
    else
        R[t] = AMEVTYPER0[0];
```

## A.7.2 AMEVTYPER01, Activity Monitors Event Type Registers 0

Provides information on the events that an architected activity monitor event counter AArch64-AMEVCNTR01_EL0 counts.

### Configurations

AArch32 register AMEVTYPER01 bits [31:0] are architecturally mapped to AArch64 System register B.11.8 AMEVTYPER01_EL0, Activity Monitors Event Type Registers 0 on page 797 bits [31:0].

### Attributes

**Width**

32

**Functional group**

Activity Monitors registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

**Note**

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure A-15: AArch32_amevtyper01 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table A-49: AMEVTYPER01 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:16] | **RES0** | Reserved | **RES0** |
| [15:0] | evtCount | Event to count. The event number of the event that is counted by the architected activity monitor event counter AArch32-AMEVCNTR01. The value of this field is architecturally mandated for each architected counter.<br>**`0b0100000000000100`**<br>Constant frequency cycles | `16{x}` |

## Access

If <n> is greater than or equal to the number of architected activity monitor event counters, reads and writes of AMEVTYPER0<n> are **UNDEFINED**.

Note

AArch32-AMCGCR.CG0NC identifies the number of architected activity monitor event counters.

MRC{<c>}{<q>} 15, {#}0, <Rt>, C13, C6{, {#}1}

| coproc | opc1 | CRn | CRm | opc2 |
|---|---|---|---|---|
| `0b1111` | `0b000` | `0b1101` | `0b0110` | `0b001` |

## Accessibility

If <n> is greater than or equal to the number of architected activity monitor event counters, reads and writes of AMEVTYPER0<n> are UNDEFINED.

Note

AArch32-AMCGCR.CG0NC identifies the number of architected activity monitor event counters.

MRC{<c>}{<q>} 15, {#}0, <Rt>, C13, C6{, {#}1}

```
if PSTATE.EL == EL0 then
    if AMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.AArch32SystemAccessTrap(EL2, 0x03);
        else
            AArch64.AArch32SystemAccessTrap(EL1, 0x03);
    elsif EL2Enabled() && HCR_EL2.<E2H,TGE> != '11' && HSTR_EL2.T13 == '1' then
        AArch64.AArch32SystemAccessTrap(EL2, 0x03);
    elsif EL2Enabled() && CPTR_EL2.TAM == '1' then
        AArch64.AArch32SystemAccessTrap(EL2, 0x03);
    elsif CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.AArch32SystemAccessTrap(EL3, 0x03);
    else
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        R[t] = AMEVTYPER0[1];
```

## A.7.3 AMEVTYPER02, Activity Monitors Event Type Registers 0

Provides information on the events that an architected activity monitor event counter AArch64-AMEVCNTR02_EL0 counts.

### Configurations

AArch32 register AMEVTYPER02 bits [31:0] are architecturally mapped to AArch64 System register B.11.9 AMEVTYPER02_EL0, Activity Monitors Event Type Registers 0 on page 799 bits [31:0].

### Attributes

**Width**

32

**Functional group**

Activity Monitors registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note: Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure A-16: AArch32_amevtyper02 bit assignments**




**Table A-51: AMEVTYPER02 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:16] | RES0 | Reserved | RES0 |
| [15:0] | evtCount | Event to count. The event number of the event that is counted by the architected activity monitor event counter AArch32-AMEVCNTR02. The value of this field is architecturally mandated for each architected counter.<br>`0b0000000000001000`<br>Instructions retired | 16{x} |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Access

If <n> is greater than or equal to the number of architected activity monitor event counters, reads and writes of AMEVTYPER0<n> are **UNDEFINED**.

---

Note

AArch32-AMCGCR.CG0NC identifies the number of architected activity monitor event counters.

---

MRC{<c>}{<q>} 15, {#}0, <Rt>, C13, C6{, {#}2}

| coproc | opc1 | CRn | CRm | opc2 |
|---|---|---|---|---|
| 0b1111 | 0b000 | 0b1101 | 0b0110 | 0b010 |

## Accessibility

If <n> is greater than or equal to the number of architected activity monitor event counters, reads and writes of AMEVTYPER0<n> are UNDEFINED.

---

Note

AArch32-AMCGCR.CG0NC identifies the number of architected activity monitor event counters.

---

MRC{<c>}{<q>} 15, {#}0, <Rt>, C13, C6{, {#}2}

```
if PSTATE.EL == EL0 then
    if AMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.AArch32SystemAccessTrap(EL2, 0x03);
        else
            AArch64.AArch32SystemAccessTrap(EL1, 0x03);
    elsif EL2Enabled() && HCR_EL2.<E2H,TGE> != '11' && HSTR_EL2.T13 == '1' then
        AArch64.AArch32SystemAccessTrap(EL2, 0x03);
    elsif EL2Enabled() && CPTR_EL2.TAM == '1' then
        AArch64.AArch32SystemAccessTrap(EL2, 0x03);
    elsif CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.AArch32SystemAccessTrap(EL3, 0x03);
    else
        R[t] = AMEVTYPER0[2];
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## A.7.4 AMEVTYPER03, Activity Monitors Event Type Registers 0

Provides information on the events that an architected activity monitor event counter AArch64-AMEVCNTR03_EL0 counts.

### Configurations

AArch32 register AMEVTYPER03 bits [31:0] are architecturally mapped to AArch64 System register B.11.10 AMEVTYPER03_EL0, Activity Monitors Event Type Registers 0 on page 801 bits [31:0].

### Attributes

**Width**

32

**Functional group**

Activity Monitors registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note: Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure A-17: AArch32_amevtyper03 bit assignments**




**Table A-53: AMEVTYPER03 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:16] | RES0 | Reserved | RES0 |
| [15:0] | evtCount | Event to count. The event number of the event that is counted by the architected activity monitor event counter AArch32-AMEVCNTR03. The value of this field is architecturally mandated for each architected counter.<br>**0b0100000000000101**<br>Memory stall cycles | 16{x} |

## Access

If <n> is greater than or equal to the number of architected activity monitor event counters, reads and writes of AMEVTYPER0<n> are **UNDEFINED**.

Note

AArch32-AMCGCR.CG0NC identifies the number of architected activity monitor event counters.

MRC{<c>}{<q>} 15, {#}0, <Rt>, C13, C6{, {#}3}

| coproc | opc1 | CRn | CRm | opc2 |
|---|---|---|---|---|
| 0b1111 | 0b000 | 0b1101 | 0b0110 | 0b011 |

## Accessibility

If <n> is greater than or equal to the number of architected activity monitor event counters, reads and writes of AMEVTYPER0<n> are UNDEFINED.

Note

AArch32-AMCGCR.CG0NC identifies the number of architected activity monitor event counters.

MRC{<c>}{<q>} 15, {#}0, <Rt>, C13, C6{, {#}3}

```
if PSTATE.EL == EL0 then
    if AMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.AArch32SystemAccessTrap(EL2, 0x03);
        else
            AArch64.AArch32SystemAccessTrap(EL1, 0x03);
    elsif EL2Enabled() && HCR_EL2.<E2H,TGE> != '11' && HSTR_EL2.T13 == '1' then
        AArch64.AArch32SystemAccessTrap(EL2, 0x03);
    elsif EL2Enabled() && CPTR_EL2.TAM == '1' then
        AArch64.AArch32SystemAccessTrap(EL2, 0x03);
    elsif CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.AArch32SystemAccessTrap(EL3, 0x03);
    else
        R[t] = AMEVTYPER0[3];
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## A.7.5 AMEVTYPER10, Activity Monitors Event Type Registers 1

Provides information on the events that an architected activity monitor event counter AArch32-AMEVCNTR10 counts.

### Configurations

AArch32 register AMEVTYPER10 bits [31:0] are architecturally mapped to AArch64 System register B.11.14 AMEVTYPER10_EL0, Activity Monitors Event Type Registers 1 on page 810 bits [31:0].

### Attributes

**Width**

32

**Functional group**

Activity Monitors registers

**Access type**

See bit descriptions

**Reset value**

`xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx`

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure A-18: AArch32_amevtyper10 bit assignments**




**Table A-55: AMEVTYPER10 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:16] | **RES0** | Reserved | **RES0** |
| [15:0] | evtCount | Event to count. The event number of the event that is counted by the architected activity monitor event counter AArch64-AMEVCNTR1<n>_EL0<br>**0b0000001100000000**<br>Gear 0 (MPMM bank 0) period threshold exceeded | 16{x} |

### Access

If <n> is greater than or equal to the number of auxiliary activity monitor event counters, reads and writes of AMEVTYPER1<n> are **UNDEFINED**.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Note

AArch32-AMCGCR.CG1NC identifies the number of auxiliary activity monitor event counters.

MRC{<c>}{<q>} 15, {#}0, <Rt>, C13, C14{, {#}0}

| coproc | opc1 | CRn | CRm | opc2 |
|---|---|---|---|---|
| 0b1111 | 0b000 | 0b1101 | 0b1110 | 0b000 |

### Accessibility

If <n> is greater than or equal to the number of auxiliary activity monitor event counters, reads and writes of AMEVTYPER1<n> are UNDEFINED.

Note

AArch32-AMCGCR.CG1NC identifies the number of auxiliary activity monitor event counters.

MRC{<c>}{<q>} 15, {#}0, <Rt>, C13, C14{, {#}0}

```
if 0 >= NUM_AMU_CG1_MONITORS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    if AMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.AArch32SystemAccessTrap(EL2, 0x03);
        else
            AArch64.AArch32SystemAccessTrap(EL1, 0x03);
    elsif EL2Enabled() && HCR_EL2.<E2H,TGE> != '11' && HSTR_EL2.T13 == '1' then
        AArch64.AArch32SystemAccessTrap(EL2, 0x03);
    elsif EL2Enabled() && CPTR_EL2.TAM == '1' then
        AArch64.AArch32SystemAccessTrap(EL2, 0x03);
    elsif CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.AArch32SystemAccessTrap(EL3, 0x03);
    else
        R[t] = AMEVTYPER1[0];
```

## A.7.6 AMEVTYPER11, Activity Monitors Event Type Registers 1

Provides information on the events that an architected activity monitor event counter AArch32-AMEVCNTR11 counts.

### Configurations

AArch32 register AMEVTYPER11 bits [31:0] are architecturally mapped to AArch64 System register B.11.15 AMEVTYPER11_EL0, Activity Monitors Event Type Registers 1 on page 812 bits [31:0].

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Attributes

### Width

32

### Functional group

Activity Monitors registers

### Access type

See bit descriptions

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure A-19: AArch32_amevtyper11 bit assignments




**Table A-57: AMEVTYPER11 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:16] | RES0 | Reserved | RES0 |
| [15:0] | evtCount | Event to count. The event number of the event that is counted by the architected activity monitor event counter AArch64-AMEVCNTR1<n>_EL0<br>**0b0000001100000001**<br>Gear 1 (MPMM bank 1) period threshold exceeded | 16{x} |

## Access

If <n> is greater than or equal to the number of auxiliary activity monitor event counters, reads and writes of AMEVTYPER1<n> are **UNDEFINED**.

Note

AArch32-AMCGCR.CG1NC identifies the number of auxiliary activity monitor event counters.

MRC{<c>}{<q>} 15, {#}0, <Rt>, C13, C14{, {#}1}

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| coproc | opc1 | CRn | CRm | opc2 |
|---|---|---|---|---|
| 0b1111 | 0b000 | 0b1101 | 0b1110 | 0b001 |

## Accessibility

If <n> is greater than or equal to the number of auxiliary activity monitor event counters, reads and writes of AMEVTYPER1<n> are UNDEFINED.

Note

AArch32-AMCGCR.CG1NC identifies the number of auxiliary activity monitor event counters.

MRC{<c>}{<q>} 15, {#}0, <Rt>, C13, C14{, {#}1}

```
if 1 >= NUM_AMU_CG1_MONITORS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    if AMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.AArch32SystemAccessTrap(EL2, 0x03);
        else
            AArch64.AArch32SystemAccessTrap(EL1, 0x03);
    elsif EL2Enabled() && HCR_EL2.<E2H,TGE> != '11' && HSTR_EL2.T13 == '1' then
        AArch64.AArch32SystemAccessTrap(EL2, 0x03);
    elsif EL2Enabled() && CPTR_EL2.TAM == '1' then
        AArch64.AArch32SystemAccessTrap(EL2, 0x03);
    elsif CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.AArch32SystemAccessTrap(EL3, 0x03);
    else
        R[t] = AMEVTYPER1[1];
```

# A.7.7 AMEVTYPER12, Activity Monitors Event Type Registers 1

Provides information on the events that an architected activity monitor event counter AArch32-AMEVCNTR12 counts.

## Configurations

AArch32 register AMEVTYPER12 bits [31:0] are architecturally mapped to AArch64 System register B.11.16 AMEVTYPER12_EL0, Activity Monitors Event Type Registers 1 on page 814 bits [31:0].

## Attributes

### Width

32

### Functional group

Activity Monitors registers

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Case 1:25-cv-01625-DAE Document 1-28 Filed 10/07/25 Page 227 of 1669



### Access type

See bit descriptions

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure A-20: AArch32_amevtyper12 bit assignments




### Table A-59: AMEVTYPER12 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:16] | **RES0** | Reserved | **RES0** |
| [15:0] | evtCount | Event to count. The event number of the event that is counted by the architected activity monitor event counter AArch64-AMEVCNTR1<n>_EL0<br>**`0b0000001100000010`**<br>Gear 2 (MPMM bank 2) period threshold exceeded | `16{x}` |

## Access

If <n> is greater than or equal to the number of auxiliary activity monitor event counters, reads and writes of AMEVTYPER1<n> are **UNDEFINED**.

Note

AArch32-AMCGCR.CG1NC identifies the number of auxiliary activity monitor event counters.

MRC{<c>}{<q>} 15, {#}0, <Rt>, C13, C14{, {#}2}

| coproc | opc1 | CRn | CRm | opc2 |
|---|---|---|---|---|
| `0b1111` | `0b000` | `0b1101` | `0b1110` | `0b010` |

## Accessibility

If <n> is greater than or equal to the number of auxiliary activity monitor event counters, reads and writes of AMEVTYPER1<n> are UNDEFINED.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Note: AArch32-AMCGCR.CG1NC identifies the number of auxiliary activity monitor event counters.

MRC{<c>}{<q>} 15, {#}0, <Rt>, C13, C14{, {#}2}

```
if 2 >= NUM_AMU_CG1_MONITORS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    if AMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.AArch32SystemAccessTrap(EL2, 0x03);
        else
            AArch64.AArch32SystemAccessTrap(EL1, 0x03);
    elsif EL2Enabled() && HCR_EL2.<E2H,TGE> != '11' && HSTR_EL2.T13 == '1' then
        AArch64.AArch32SystemAccessTrap(EL2, 0x03);
    elsif EL2Enabled() && CPTR_EL2.TAM == '1' then
        AArch64.AArch32SystemAccessTrap(EL2, 0x03);
    elsif CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.AArch32SystemAccessTrap(EL3, 0x03);
    else
        R[t] = AMEVTYPER1[2];
```

## A.7.8 AMEVCNTR00, Activity Monitors Event Counter Registers 0

Provides access to the architected activity monitor event counter 0.

### Configurations

AArch32 register AMEVCNTR00 bits [63:0] are architecturally mapped to AArch64 System register B.11.3 AMEVCNTR00_EL0, Activity Monitors Event Counter Registers 0 on page 786 bits [63:0].

### Attributes

**Width**

64

**Functional group**

Activity Monitors registers

**Access type**

See bit descriptions

**Reset value**

0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure A-21: AArch32_amevcntr00 bit assignments




**Table A-61: AMEVCNTR00 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | ACNT | Value of architected activity monitor event counter 0. | `0x0000000000000000` |

## Access

If <n> is greater than or equal to the number of architected activity monitor event counters, reads and writes of AMEVCNTR0<n> are **UNDEFINED**.

Note

AArch32-AMCGCR.CG0NC identifies the number of architected activity monitor event counters.

MRRC{<c>}{<q>} 15, {#}0, <Rt>, <Rt2>, C0

| coproc | CRm | opc1 |
|---|---|---|
| `0b1111` | `0b0000` | `0b0000` |

MCRR{<c>}{<q>} 15, {#}0, <Rt>, <Rt2>, C0

| coproc | CRm | opc1 |
|---|---|---|
| `0b1111` | `0b0000` | `0b0000` |

## Accessibility

If <n> is greater than or equal to the number of architected activity monitor event counters, reads and writes of AMEVCNTR0<n> are UNDEFINED.

Note

AArch32-AMCGCR.CG0NC identifies the number of architected activity monitor event counters.

MRRC{<c>}{<q>} 15, {#}0, <Rt>, <Rt2>, C0

```
if PSTATE.EL == EL0 then
    if AMUSERENR_EL0.EN == '0' then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.AArch32SystemAccessTrap(EL2, 0x04);
        else
            AArch64.AArch32SystemAccessTrap(EL1, 0x04);
    elsif EL2Enabled() && HCR_EL2.<E2H,TGE> != '11' && HSTR_EL2.T0 == '1' then
        AArch64.AArch32SystemAccessTrap(EL2, 0x04);
    elsif EL2Enabled() && CPTR_EL2.TAM == '1' then
        AArch64.AArch32SystemAccessTrap(EL2, 0x04);
    elsif CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.AArch32SystemAccessTrap(EL3, 0x04);
    else
        (R[t2], R[t]) = (AMEVCNTR0[0]<63:32>, AMEVCNTR0[0]<31:0>);
```

MCRR{<c>}{<q>} 15, {#}0, <Rt>, <Rt2>, C0

```
if IsHighestEL(PSTATE.EL) then
    AMEVCNTR0[0] = R[t2]:R[t];
else
    UNDEFINED;
```

## A.7.9 AMEVCNTR10, Activity Monitors Event Counter Registers 1

Provides access to the auxiliary activity monitor event counter 0.

### Configurations

AArch32 register AMEVCNTR10 bits [63:0] are architecturally mapped to AArch64 System register B.11.11 AMEVCNTR10_EL0, Activity Monitors Event Counter Registers 1 on page 803 bits [63:0].

### Attributes

**Width**

64

**Functional group**

Activity Monitors registers

**Access type**

See bit descriptions

**Reset value**

0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure A-22: AArch32_amevcntr10 bit assignments




**Table A-64: AMEVCNTR10 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | ACNT | Value of Auxiliary activity monitor event counter 0. | 0x0000000000000000 |

## Access

If <n> is greater than or equal to the number of auxiliary activity monitor event counters, reads and writes of AMEVCNTR1<n> are **UNDEFINED**.

Note

AArch32-AMCGCR.CG1NC identifies the number of auxiliary activity monitor event counters.

MRRC{<c>}{<q>} 15, {#}0, <Rt>, <Rt2>, C4

| coproc | CRm | opc1 |
|---|---|---|
| 0b1111 | 0b0100 | 0b0000 |

MCRR{<c>}{<q>} 15, {#}0, <Rt>, <Rt2>, C4

| coproc | CRm | opc1 |
|---|---|---|
| 0b1111 | 0b0100 | 0b0000 |

## Accessibility

If <n> is greater than or equal to the number of auxiliary activity monitor event counters, reads and writes of AMEVCNTR1<n> are UNDEFINED.

Note

AArch32-AMCGCR.CG1NC identifies the number of auxiliary activity monitor event counters.

MRRC{<c>}{<q>} 15, {#}0, <Rt>, <Rt2>, C4

```
if 0 >= NUM_AMU_CG1_MONITORS then
    UNDEFINED;
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
elsif PSTATE.EL == EL0 then
    if AMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.AArch32SystemAccessTrap(EL2, 0x04);
        else
            AArch64.AArch32SystemAccessTrap(EL1, 0x04);
    elsif EL2Enabled() && CPTR_EL2.TAM == '1' then
        AArch64.AArch32SystemAccessTrap(EL2, 0x04);
    elsif CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.AArch32SystemAccessTrap(EL3, 0x04);
    else
        (R[t2], R[t]) = (AMEVCNTR1[0]<63:32>, AMEVCNTR1[0]<31:0>);
```

MCRR{<c>}{<q>} 15, {#}0, <Rt>, <Rt2>, C4

```
if 0 >= NUM_AMU_CG1_MONITORS then
    UNDEFINED;
elsif IsHighestEL(PSTATE.EL) then
    AMEVCNTR1[0] = R[t2]:R[t];
else
    UNDEFINED;
```

## A.7.10 AMEVCNTR01, Activity Monitors Event Counter Registers 0

Provides access to the architected activity monitor event counter 1.

### Configurations

AArch32 register AMEVCNTR01 bits [63:0] are architecturally mapped to AArch64 System register B.11.4 AMEVCNTR01_EL0, Activity Monitors Event Counter Registers 0 on page 788 bits [63:0].

### Attributes

**Width**

64

**Functional group**

Activity Monitors registers

**Access type**

See bit descriptions

**Reset value**

0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000

## Bit descriptions

### Figure A-23: AArch32_amevcntr01 bit assignments




### Table A-67: AMEVCNTR01 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | ACNT | Value of architected activity monitor event counter 1. | 0x0000000000000000 |

## Access

If <n> is greater than or equal to the number of architected activity monitor event counters, reads and writes of AMEVCNTR0<n> are **UNDEFINED**.

Note

AArch32-AMCGCR.CG0NC identifies the number of architected activity monitor event counters.

MRRC{<c>}{<q>} 15, {#}1, <Rt>, <Rt2>, C0

| coproc | CRm | opc1 |
|---|---|---|
| 0b1111 | 0b0000 | 0b0001 |

MCRR{<c>}{<q>} 15, {#}1, <Rt>, <Rt2>, C0

| coproc | CRm | opc1 |
|---|---|---|
| 0b1111 | 0b0000 | 0b0001 |

## Accessibility

If <n> is greater than or equal to the number of architected activity monitor event counters, reads and writes of AMEVCNTR0<n> are UNDEFINED.

Note

AArch32-AMCGCR.CG0NC identifies the number of architected activity monitor event counters.

MRRC{<c>}{<q>} 15, {#}1, <Rt>, <Rt2>, C0

```
if PSTATE.EL == EL0 then
    if AMUSERENR_EL0.EN == '0' then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.AArch32SystemAccessTrap(EL2, 0x04);
        else
            AArch64.AArch32SystemAccessTrap(EL1, 0x04);
    elsif EL2Enabled() && HCR_EL2.<E2H,TGE> != '11' && HSTR_EL2.T0 == '1' then
        AArch64.AArch32SystemAccessTrap(EL2, 0x04);
    elsif EL2Enabled() && CPTR_EL2.TAM == '1' then
        AArch64.AArch32SystemAccessTrap(EL2, 0x04);
    elsif CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.AArch32SystemAccessTrap(EL3, 0x04);
    else
        (R[t2], R[t]) = (AMEVCNTR0[1]<63:32>, AMEVCNTR0[1]<31:0>);
```

MCRR{<c>}{<q>} 15, {#}1, <Rt>, <Rt2>, C0

```
if IsHighestEL(PSTATE.EL) then
    AMEVCNTR0[1] = R[t2]:R[t];
else
    UNDEFINED;
```

## A.7.11 AMEVCNTR11, Activity Monitors Event Counter Registers 1

Provides access to the auxiliary activity monitor event counter 1.

### Configurations

AArch32 register AMEVCNTR11 bits [63:0] are architecturally mapped to AArch64 System register B.11.12 AMEVCNTR11_EL0, Activity Monitors Event Counter Registers 1 on page 806 bits [63:0].

### Attributes

**Width**

64

**Functional group**

Activity Monitors registers

**Access type**

See bit descriptions

**Reset value**

0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure A-24: AArch32_amevcntr11 bit assignments




**Table A-70: AMEVCNTR11 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | ACNT | Value of Auxiliary activity monitor event counter 1. | `0x0000000000000000` |

## Access

If <n> is greater than or equal to the number of auxiliary activity monitor event counters, reads and writes of AMEVCNTR1<n> are **UNDEFINED**.

Note

AArch32-AMCGCR.CG1NC identifies the number of auxiliary activity monitor event counters.

MRRC{<c>}{<q>} 15, {#}1, <Rt>, <Rt2>, C4

| coproc | CRm | opc1 |
|---|---|---|
| `0b1111` | `0b0100` | `0b0001` |

MCRR{<c>}{<q>} 15, {#}1, <Rt>, <Rt2>, C4

| coproc | CRm | opc1 |
|---|---|---|
| `0b1111` | `0b0100` | `0b0001` |

## Accessibility

If <n> is greater than or equal to the number of auxiliary activity monitor event counters, reads and writes of AMEVCNTR1<n> are UNDEFINED.

Note

AArch32-AMCGCR.CG1NC identifies the number of auxiliary activity monitor event counters.

MRRC{<c>}{<q>} 15, {#}1, <Rt>, <Rt2>, C4

```
if 1 >= NUM_AMU_CG1_MONITORS then
    UNDEFINED;
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
elsif PSTATE.EL == EL0 then
    if AMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.AArch32SystemAccessTrap(EL2, 0x04);
        else
            AArch64.AArch32SystemAccessTrap(EL1, 0x04);
    elsif EL2Enabled() && CPTR_EL2.TAM == '1' then
        AArch64.AArch32SystemAccessTrap(EL2, 0x04);
    elsif CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.AArch32SystemAccessTrap(EL3, 0x04);
    else
        (R[t2], R[t]) = (AMEVCNTR1[1]<63:32>, AMEVCNTR1[1]<31:0>);
```

MCRR{<c>}{<q>} 15, {#}1, <Rt>, <Rt2>, C4

```
if 1 >= NUM_AMU_CG1_MONITORS then
    UNDEFINED;
elsif IsHighestEL(PSTATE.EL) then
    AMEVCNTR1[1] = R[t2]:R[t];
else
    UNDEFINED;
```

## A.7.12 AMEVCNTR02, Activity Monitors Event Counter Registers 0

Provides access to the architected activity monitor event counter 2.

### Configurations

AArch32 register AMEVCNTR02 bits [63:0] are architecturally mapped to AArch64 System register B.11.5 AMEVCNTR02_EL0, Activity Monitors Event Counter Registers 0 on page 790 bits [63:0].

### Attributes

**Width**

64

**Functional group**

Activity Monitors registers

**Access type**

See bit descriptions

**Reset value**

0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure A-25: AArch32_amevcntr02 bit assignments




**Table A-73: AMEVCNTR02 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | ACNT | Value of architected activity monitor event counter 2. | 0x0000000000000000 |

## Access

If <n> is greater than or equal to the number of architected activity monitor event counters, reads and writes of AMEVCNTR0<n> are **UNDEFINED**.

Note

AArch32-AMCGCR.CG0NC identifies the number of architected activity monitor event counters.

MRRC{<c>}{<q>} 15, {#}2, <Rt>, <Rt2>, C0

| coproc | CRm | opc1 |
|---|---|---|
| 0b1111 | 0b0000 | 0b0010 |

MCRR{<c>}{<q>} 15, {#}2, <Rt>, <Rt2>, C0

| coproc | CRm | opc1 |
|---|---|---|
| 0b1111 | 0b0000 | 0b0010 |

## Accessibility

If <n> is greater than or equal to the number of architected activity monitor event counters, reads and writes of AMEVCNTR0<n> are UNDEFINED.

Note

AArch32-AMCGCR.CG0NC identifies the number of architected activity monitor event counters.

MRRC{<c>}{<q>} 15, {#}2, <Rt>, <Rt2>, C0

```
if PSTATE.EL == EL0 then
    if AMUSERENR_EL0.EN == '0' then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.AArch32SystemAccessTrap(EL2, 0x04);
        else
            AArch64.AArch32SystemAccessTrap(EL1, 0x04);
    elsif EL2Enabled() && HCR_EL2.<E2H,TGE> != '11' && HSTR_EL2.T0 == '1' then
        AArch64.AArch32SystemAccessTrap(EL2, 0x04);
    elsif EL2Enabled() && CPTR_EL2.TAM == '1' then
        AArch64.AArch32SystemAccessTrap(EL2, 0x04);
    elsif CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.AArch32SystemAccessTrap(EL3, 0x04);
    else
        (R[t2], R[t]) = (AMEVCNTR0[2]<63:32>, AMEVCNTR0[2]<31:0>);
```

MCRR{<c>}{<q>} 15, {#}2, <Rt>, <Rt2>, C0

```
if IsHighestEL(PSTATE.EL) then
    AMEVCNTR0[2] = R[t2]:R[t];
else
    UNDEFINED;
```

## A.7.13 AMEVCNTR12, Activity Monitors Event Counter Registers 1

Provides access to the auxiliary activity monitor event counter 2.

### Configurations

AArch32 register AMEVCNTR12 bits [63:0] are architecturally mapped to AArch64 System register B.11.13 AMEVCNTR12_EL0, Activity Monitors Event Counter Registers 1 on page 808 bits [63:0].

### Attributes

**Width**

64

**Functional group**

Activity Monitors registers

**Access type**

See bit descriptions

**Reset value**

0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Bit descriptions

**Figure A-26: AArch32_amevcntr12 bit assignments**




**Table A-76: AMEVCNTR12 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | ACNT | Value of Auxiliary activity monitor event counter 2. | 0x0000000000000000 |

### Access

If <n> is greater than or equal to the number of auxiliary activity monitor event counters, reads and writes of AMEVCNTR1<n> are **UNDEFINED**.

Note

AArch32-AMCGCR.CG1NC identifies the number of auxiliary activity monitor event counters.

MRRC{<c>}{<q>} 15, {#}2, <Rt>, <Rt2>, C4

| coproc | CRm | opc1 |
|---|---|---|
| 0b1111 | 0b0100 | 0b0010 |

MCRR{<c>}{<q>} 15, {#}2, <Rt>, <Rt2>, C4

| coproc | CRm | opc1 |
|---|---|---|
| 0b1111 | 0b0100 | 0b0010 |

### Accessibility

If <n> is greater than or equal to the number of auxiliary activity monitor event counters, reads and writes of AMEVCNTR1<n> are UNDEFINED.

Note

AArch32-AMCGCR.CG1NC identifies the number of auxiliary activity monitor event counters.

MRRC{<c>}{<q>} 15, {#}2, <Rt>, <Rt2>, C4

```
if 2 >= NUM_AMU_CG1_MONITORS then
    UNDEFINED;
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
elsif PSTATE.EL == EL0 then
    if AMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.AArch32SystemAccessTrap(EL2, 0x04);
        else
            AArch64.AArch32SystemAccessTrap(EL1, 0x04);
    elsif EL2Enabled() && CPTR_EL2.TAM == '1' then
        AArch64.AArch32SystemAccessTrap(EL2, 0x04);
    elsif CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.AArch32SystemAccessTrap(EL3, 0x04);
    else
        (R[t2], R[t]) = (AMEVCNTR1[2]<63:32>, AMEVCNTR1[2]<31:0>);
```

MCRR{<c>}{<q>} 15, {#}2, <Rt>, <Rt2>, C4

```
if 2 >= NUM_AMU_CG1_MONITORS then
    UNDEFINED;
elsif IsHighestEL(PSTATE.EL) then
    AMEVCNTR1[2] = R[t2]:R[t];
else
    UNDEFINED;
```

## A.7.14 AMEVCNTR03, Activity Monitors Event Counter Registers 0

Provides access to the architected activity monitor event counter 3.

### Configurations

AArch32 register AMEVCNTR03 bits [63:0] are architecturally mapped to AArch64 System register B.11.6 AMEVCNTR03_EL0, Activity Monitors Event Counter Registers 0 on page 792 bits [63:0].

### Attributes

**Width**

64

**Functional group**

Activity Monitors registers

**Access type**

See bit descriptions

**Reset value**

0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

**Figure A-27: AArch32_amevcntr03 bit assignments**




**Table A-79: AMEVCNTR03 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | ACNT | Value of architected activity monitor event counter 3. | 0x0000000000000000 |

## Access

If <n> is greater than or equal to the number of architected activity monitor event counters, reads and writes of AMEVCNTR0<n> are **UNDEFINED**.

Note

AArch32-AMCGCR.CG0NC identifies the number of architected activity monitor event counters.

MRRC{<c>}{<q>} 15, {#}3, <Rt>, <Rt2>, C0

| coproc | CRm | opc1 |
|---|---|---|
| 0b1111 | 0b0000 | 0b0011 |

MCRR{<c>}{<q>} 15, {#}3, <Rt>, <Rt2>, C0

| coproc | CRm | opc1 |
|---|---|---|
| 0b1111 | 0b0000 | 0b0011 |

## Accessibility

If <n> is greater than or equal to the number of architected activity monitor event counters, reads and writes of AMEVCNTR0<n> are UNDEFINED.

Note

AArch32-AMCGCR.CG0NC identifies the number of architected activity monitor event counters.

MRRC{<c>}{<q>} 15, {#}3, <Rt>, <Rt2>, C0

```
if PSTATE.EL == EL0 then
    if AMUSERENR_EL0.EN == '0' then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.AArch32SystemAccessTrap(EL2, 0x04);
        else
            AArch64.AArch32SystemAccessTrap(EL1, 0x04);
    elsif EL2Enabled() && HCR_EL2.<E2H,TGE> != '11' && HSTR_EL2.T0 == '1' then
        AArch64.AArch32SystemAccessTrap(EL2, 0x04);
    elsif EL2Enabled() && CPTR_EL2.TAM == '1' then
        AArch64.AArch32SystemAccessTrap(EL2, 0x04);
    elsif CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.AArch32SystemAccessTrap(EL3, 0x04);
    else
        (R[t2], R[t]) = (AMEVCNTR0[3]<63:32>, AMEVCNTR0[3]<31:0>);
```

MCRR{<c>}{<q>} 15, {#}3, <Rt>, <Rt2>, C0

```
if IsHighestEL(PSTATE.EL) then
    AMEVCNTR0[3] = R[t2]:R[t];
else
    UNDEFINED;
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# Appendix B AArch64 registers

This appendix contains the descriptions for the Neoverse™ N2 AArch64 registers.

This manual does not provide a complete list of registers. Read this manual together with the *Arm® Architecture Reference Manual for A-profile architecture*.

## B.1 AArch64 Generic System Control registers summary

The summary table provides an overview of all Generic System Control registers in the core. For more information about a register, click the register name in the table.

For registers without a listed reset value refer to the individual field resets documented on the register description pages or in the Arm ARM.

**Table B-1: Generic System Control registers summary**

| Name | Op0 | Op1 | CRn | CRm | Op2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| ACTLR_EL1 | 3 | 0 | C1 | C0 | 1 | See individual bit resets. | 64-bit | Auxiliary Control Register (EL1) |
| RGSR_EL1 | 3 | 0 | C1 | C0 | 5 | See individual bit resets. | 64-bit | Random Allocation Tag Seed Register. |
| GCR_EL1 | 3 | 0 | C1 | C0 | 6 | See individual bit resets. | 64-bit | Tag Control Register. |
| TTBR0_EL1 | 3 | 0 | C2 | C0 | 0 | See individual bit resets. | 64-bit | Translation Table Base Register 0 (EL1) |
| TTBR1_EL1 | 3 | 0 | C2 | C0 | 1 | See individual bit resets. | 64-bit | Translation Table Base Register 1 (EL1) |
| TCR_EL1 | 3 | 0 | C2 | C0 | 2 | See individual bit resets. | 64-bit | Translation Control Register (EL1) |
| APIAKeyLo_EL1 | 3 | 0 | C2 | C1 | 0 | See individual bit resets. | 64-bit | Pointer Authentication Key A for Instruction (bits[63:0]) |
| APIAKeyHi_EL1 | 3 | 0 | C2 | C1 | 1 | See individual bit resets. | 64-bit | Pointer Authentication Key A for Instruction (bits[127:64]) |
| APIBKeyLo_EL1 | 3 | 0 | C2 | C1 | 2 | See individual bit resets. | 64-bit | Pointer Authentication Key B for Instruction (bits[63:0]) |
| APIBKeyHi_EL1 | 3 | 0 | C2 | C1 | 3 | See individual bit resets. | 64-bit | Pointer Authentication Key B for Instruction (bits[127:64]) |
| APDAKeyLo_EL1 | 3 | 0 | C2 | C2 | 0 | See individual bit resets. | 64-bit | Pointer Authentication Key A for Data (bits[63:0]) |
| APDAKeyHi_EL1 | 3 | 0 | C2 | C2 | 1 | See individual bit resets. | 64-bit | Pointer Authentication Key A for Data (bits[127:64]) |
| APDBKeyLo_EL1 | 3 | 0 | C2 | C2 | 2 | See individual bit resets. | 64-bit | Pointer Authentication Key B for Data (bits[63:0]) |
| APDBKeyHi_EL1 | 3 | 0 | C2 | C2 | 3 | See individual bit resets. | 64-bit | Pointer Authentication Key B for Data (bits[127:64]) |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Name | Op0 | Op1 | CRn | CRm | Op2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| APGAKeyLo_EL1 | 3 | 0 | C2 | C3 | 0 | See individual bit resets. | 64-bit | Pointer Authentication Key A for Code (bits[63:0]) |
| APGAKeyHi_EL1 | 3 | 0 | C2 | C3 | 1 | See individual bit resets. | 64-bit | Pointer Authentication Key A for Code (bits[127:64]) |
| SPSel | 3 | 0 | C4 | C2 | 0 | See individual bit resets. | 64-bit | Stack Pointer Select |
| CurrentEL | 3 | 0 | C4 | C2 | 2 | See individual bit resets. | 64-bit | Current Exception Level |
| PAN | 3 | 0 | C4 | C2 | 3 | See individual bit resets. | 64-bit | Privileged Access Never |
| UAO | 3 | 0 | C4 | C2 | 4 | See individual bit resets. | 64-bit | User Access Override |
| AFSR0_EL1 | 3 | 0 | C5 | C1 | 0 | See individual bit resets. | 64-bit | Auxiliary Fault Status Register 0 (EL1) |
| AFSR1_EL1 | 3 | 0 | C5 | C1 | 1 | See individual bit resets. | 64-bit | Auxiliary Fault Status Register 1 (EL1) |
| ESR_EL1 | 3 | 0 | C5 | C2 | 0 | See individual bit resets. | 64-bit | Exception Syndrome Register (EL1) |
| TFSR_EL1 | 3 | 0 | C5 | C6 | 0 | See individual bit resets. | 64-bit | Tag Fault Status Register (EL1) |
| TFSRE0_EL1 | 3 | 0 | C5 | C6 | 1 | See individual bit resets. | 64-bit | Tag Fault Status Register (EL0). |
| FAR_EL1 | 3 | 0 | C6 | C0 | 0 | See individual bit resets. | 64-bit | Fault Address Register (EL1) |
| PAR_EL1 | 3 | 0 | C7 | C4 | 0 | See individual bit resets. | 64-bit | Physical Address Register |
| MAIR_EL1 | 3 | 0 | C10 | C2 | 0 | See individual bit resets. | 64-bit | Memory Attribute Indirection Register (EL1) |
| AMAIR_EL1 | 3 | 0 | C10 | C3 | 0 | See individual bit resets. | 64-bit | Auxiliary Memory Attribute Indirection Register (EL1) |
| LORSA_EL1 | 3 | 0 | C10 | C4 | 0 | See individual bit resets. | 64-bit | LORegion Start Address (EL1) |
| LOREA_EL1 | 3 | 0 | C10 | C4 | 1 | See individual bit resets. | 64-bit | LORegion End Address (EL1) |
| LORN_EL1 | 3 | 0 | C10 | C4 | 2 | See individual bit resets. | 64-bit | LORegion Number (EL1) |
| LORC_EL1 | 3 | 0 | C10 | C4 | 3 | See individual bit resets. | 64-bit | LORegion Control (EL1) |
| LORID_EL1 | 3 | 0 | C10 | C4 | 7 | See individual bit resets. | 64-bit | LORegionID (EL1) |
| VBAR_EL1 | 3 | 0 | C12 | C0 | 0 | See individual bit resets. | 64-bit | Vector Base Address Register (EL1) |
| ISR_EL1 | 3 | 0 | C12 | C1 | 0 | See individual bit resets. | 64-bit | Interrupt Status Register |
| CONTEXTIDR_EL1 | 3 | 0 | C13 | C0 | 1 | See individual bit resets. | 64-bit | Context ID Register (EL1) |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Name | Op0 | Op1 | CRn | CRm | Op2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| TPIDR_EL1 | 3 | 0 | C13 | C0 | 4 | See individual bit resets. | 64-bit | EL1 Software Thread ID Register |
| SCXTNUM_EL1 | 3 | 0 | C13 | C0 | 7 | See individual bit resets. | 64-bit | EL1 Read/Write Software Context Number |
| IMP_CPUACTLR_EL1 | 3 | 0 | C15 | C1 | 0 | See individual bit resets. | 64-bit | CPU Auxiliary Control Register (EL1) |
| IMP_CPUACTLR2_EL1 | 3 | 0 | C15 | C1 | 1 | See individual bit resets. | 64-bit | CPU Auxiliary Control Register 2 (EL1) |
| IMP_CPUACTLR3_EL1 | 3 | 0 | C15 | C1 | 2 | See individual bit resets. | 64-bit | CPU Auxiliary Control Register 3 (EL1) |
| IMP_CPUACTLR4_EL1 | 3 | 0 | C15 | C1 | 3 | See individual bit resets. | 64-bit | CPU Auxiliary Control Register 4 (EL1) |
| IMP_CPUECTLR_EL1 | 3 | 0 | C15 | C1 | 4 | See individual bit resets. | 64-bit | CPU Extended Control Register |
| IMP_CPUECTLR2_EL1 | 3 | 0 | C15 | C1 | 5 | See individual bit resets. | 64-bit | CPU Extended Control Register 2 |
| IMP_CPUPPMCR3_EL3 | 3 | 0 | C15 | C2 | 4 | See individual bit resets. | 64-bit | CPU Power Performance Management Control Register |
| IMP_CPUPWRCTLR_EL1 | 3 | 0 | C15 | C2 | 7 | See individual bit resets. | 64-bit | CPU Power Control Register |
| IMP_ATCR_EL1 | 3 | 0 | C15 | C7 | 0 | See individual bit resets. | 64-bit | CPU Auxiliary Translation Control Register (EL1) |
| IMP_CPUACTLR5_EL1 | 3 | 0 | C15 | C8 | 0 | See individual bit resets. | 64-bit | CPU Auxiliary Control Register 5 (EL1) |
| IMP_CPUACTLR6_EL1 | 3 | 0 | C15 | C8 | 1 | See individual bit resets. | 64-bit | CPU Auxiliary Control Register 6 (EL1) |
| IMP_CPUACTLR7_EL1 | 3 | 0 | C15 | C8 | 2 | See individual bit resets. | 64-bit | CPU Auxiliary Control Register 7 (EL1) |
| AIDR_EL1 | 3 | 1 | C0 | C0 | 7 | See individual bit resets. | 64-bit | Auxiliary ID Register |
| NZCV | 3 | 3 | C4 | C2 | 0 | See individual bit resets. | 64-bit | Condition Flags |
| DAIF | 3 | 3 | C4 | C2 | 1 | See individual bit resets. | 64-bit | Interrupt Mask Bits |
| DIT | 3 | 3 | C4 | C2 | 5 | See individual bit resets. | 64-bit | Data Independent Timing |
| SSBS | 3 | 3 | C4 | C2 | 6 | See individual bit resets. | 64-bit | Speculative Store Bypass Safe |
| TCO | 3 | 3 | C4 | C2 | 7 | See individual bit resets. | 64-bit | Tag Check Override |
| FPCR | 3 | 3 | C4 | C4 | 0 | See individual bit resets. | 64-bit | Floating-point Control Register |
| FPSR | 3 | 3 | C4 | C4 | 1 | See individual bit resets. | 64-bit | Floating-point Status Register |
| TPIDR_EL0 | 3 | 3 | C13 | C0 | 2 | See individual bit resets. | 64-bit | EL0 Read/Write Software Thread ID Register |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Name | Op0 | Op1 | CRn | CRm | Op2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| TPIDRRO_EL0 | 3 | 3 | C13 | C0 | 3 | See individual bit resets. | 64-bit | EL0 Read-Only Software Thread ID Register |
| SCXTNUM_EL0 | 3 | 3 | C13 | C0 | 7 | See individual bit resets. | 64-bit | EL0 Read/Write Software Context Number |
| ACTLR_EL2 | 3 | 4 | C1 | C0 | 1 | See individual bit resets. | 64-bit | Auxiliary Control Register (EL2) |
| HACR_EL2 | 3 | 4 | C1 | C1 | 7 | See individual bit resets. | 64-bit | Hypervisor Auxiliary Control Register |
| TTBR0_EL2 | 3 | 4 | C2 | C0 | 0 | See individual bit resets. | 64-bit | Translation Table Base Register 0 (EL2) |
| TTBR1_EL2 | 3 | 4 | C2 | C0 | 1 | See individual bit resets. | 64-bit | Translation Table Base Register 1 (EL2) |
| TCR_EL2 | 3 | 4 | C2 | C0 | 2 | See individual bit resets. | 64-bit | Translation Control Register (EL2) |
| VTTBR_EL2 | 3 | 4 | C2 | C1 | 0 | See individual bit resets. | 64-bit | Virtualization Translation Table Base Register |
| VTCR_EL2 | 3 | 4 | C2 | C1 | 2 | See individual bit resets. | 64-bit | Virtualization Translation Control Register |
| VNCR_EL2 | 3 | 4 | C2 | C2 | 0 | See individual bit resets. | 64-bit | Virtual Nested Control Register |
| VSTTBR_EL2 | 3 | 4 | C2 | C6 | 0 | See individual bit resets. | 64-bit | Virtualization Secure Translation Table Base Register |
| VSTCR_EL2 | 3 | 4 | C2 | C6 | 2 | See individual bit resets. | 64-bit | Virtualization Secure Translation Control Register |
| AFSR0_EL2 | 3 | 4 | C5 | C1 | 0 | See individual bit resets. | 64-bit | Auxiliary Fault Status Register 0 (EL2) |
| AFSR1_EL2 | 3 | 4 | C5 | C1 | 1 | See individual bit resets. | 64-bit | Auxiliary Fault Status Register 1 (EL2) |
| ESR_EL2 | 3 | 4 | C5 | C2 | 0 | See individual bit resets. | 64-bit | Exception Syndrome Register (EL2) |
| TFSR_EL2 | 3 | 4 | C5 | C6 | 0 | See individual bit resets. | 64-bit | Tag Fault Status Register (EL2) |
| FAR_EL2 | 3 | 4 | C6 | C0 | 0 | See individual bit resets. | 64-bit | Fault Address Register (EL2) |
| HPFAR_EL2 | 3 | 4 | C6 | C0 | 4 | See individual bit resets. | 64-bit | Hypervisor IPA Fault Address Register |
| MAIR_EL2 | 3 | 4 | C10 | C2 | 0 | See individual bit resets. | 64-bit | Memory Attribute Indirection Register (EL2) |
| AMAIR_EL2 | 3 | 4 | C10 | C3 | 0 | See individual bit resets. | 64-bit | Auxiliary Memory Attribute Indirection Register (EL2) |
| VBAR_EL2 | 3 | 4 | C12 | C0 | 0 | See individual bit resets. | 64-bit | Vector Base Address Register (EL2) |
| CONTEXTIDR_EL2 | 3 | 4 | C13 | C0 | 1 | See individual bit resets. | 64-bit | Context ID Register (EL2) |
| TPIDR_EL2 | 3 | 4 | C13 | C0 | 2 | See individual bit resets. | 64-bit | EL2 Software Thread ID Register |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Name | Op0 | Op1 | CRn | CRm | Op2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| SCXTNUM_EL2 | 3 | 4 | C13 | C0 | 7 | See individual bit resets. | 64-bit | EL2 Read/Write Software Context Number |
| IMP_ATCR_EL2 | 3 | 4 | C15 | C7 | 0 | See individual bit resets. | 64-bit | CPU Auxiliary Translation Control Register (EL2) |
| IMP_AVTCR_EL2 | 3 | 4 | C15 | C7 | 1 | See individual bit resets. | 64-bit | CPU Virtualization Auxiliary Translation Control Register (EL2) |
| ACTLR_EL3 | 3 | 6 | C1 | C0 | 1 | See individual bit resets. | 64-bit | Auxiliary Control Register (EL3) |
| SCR_EL3 | 3 | 6 | C1 | C1 | 0 | See individual bit resets. | 64-bit | Secure Configuration Register |
| CPTR_EL3 | 3 | 6 | C1 | C1 | 2 | See individual bit resets. | 64-bit | Architectural Feature Trap Register (EL3) |
| MDCR_EL3 | 3 | 6 | C1 | C3 | 1 | See individual bit resets. | 64-bit | Monitor Debug Configuration Register (EL3) |
| TTBR0_EL3 | 3 | 6 | C2 | C0 | 0 | See individual bit resets. | 64-bit | Translation Table Base Register 0 (EL3) |
| TCR_EL3 | 3 | 6 | C2 | C0 | 2 | See individual bit resets. | 64-bit | Translation Control Register (EL3) |
| AFSR0_EL3 | 3 | 6 | C5 | C1 | 0 | See individual bit resets. | 64-bit | Auxiliary Fault Status Register 0 (EL3) |
| AFSR1_EL3 | 3 | 6 | C5 | C1 | 1 | See individual bit resets. | 64-bit | Auxiliary Fault Status Register 1 (EL3) |
| ESR_EL3 | 3 | 6 | C5 | C2 | 0 | See individual bit resets. | 64-bit | Exception Syndrome Register (EL3) |
| TFSR_EL3 | 3 | 6 | C5 | C6 | 0 | See individual bit resets. | 64-bit | Tag Fault Status Register (EL3) |
| FAR_EL3 | 3 | 6 | C6 | C0 | 0 | See individual bit resets. | 64-bit | Fault Address Register (EL3) |
| MAIR_EL3 | 3 | 6 | C10 | C2 | 0 | See individual bit resets. | 64-bit | Memory Attribute Indirection Register (EL3) |
| AMAIR_EL3 | 3 | 6 | C10 | C3 | 0 | See individual bit resets. | 64-bit | Auxiliary Memory Attribute Indirection Register (EL3) |
| VBAR_EL3 | 3 | 6 | C12 | C0 | 0 | See individual bit resets. | 64-bit | Vector Base Address Register (EL3) |
| RVBAR_EL3 | 3 | 6 | C12 | C0 | 1 | See individual bit resets. | 64-bit | Reset Vector Base Address Register (if EL3 implemented) |
| RMR_EL3 | 3 | 6 | C12 | C0 | 2 | See individual bit resets. | 64-bit | Reset Management Register (EL3) |
| TPIDR_EL3 | 3 | 6 | C13 | C0 | 2 | See individual bit resets. | 64-bit | EL3 Software Thread ID Register |
| SCXTNUM_EL3 | 3 | 6 | C13 | C0 | 7 | See individual bit resets. | 64-bit | EL3 Read/Write Software Context Number |
| IMP_CPUPPMCR_EL3 | 3 | 6 | C15 | C2 | 0 | See individual bit resets. | 64-bit | CPU Power Performance Management Control Register |
| IMP_CPUPPMCR2_EL3 | 3 | 6 | C15 | C2 | 1 | See individual bit resets. | 64-bit | CPU Power Performance Management Control Register |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Name | Op0 | Op1 | CRn | CRm | Op2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| IMP_CPUPPMCR4_EL3 | 3 | 6 | C15 | C2 | 4 | See individual bit resets. | 64-bit | CPU Power Performance Management Control Register |
| IMP_CPUPPMCR5_EL3 | 3 | 6 | C15 | C2 | 5 | See individual bit resets. | 64-bit | CPU Power Performance Management Control Register |
| IMP_CPUPPMCR6_EL3 | 3 | 6 | C15 | C2 | 6 | See individual bit resets. | 64-bit | CPU Power Performance Management Control Register |
| IMP_CPUACTLR_EL3 | 3 | 6 | C15 | C4 | 0 | See individual bit resets. | 64-bit | CPU Auxiliary Control Register (EL3) |
| IMP_ATCR_EL3 | 3 | 6 | C15 | C7 | 0 | See individual bit resets. | 64-bit | CPU Auxiliary Translation Control Register (EL2) |
| IMP_CPUPSELR_EL3 | 3 | 6 | C15 | C8 | 0 | See individual bit resets. | 64-bit | Selected Instruction Private Select Register |
| IMP_CPUPCR_EL3 | 3 | 6 | C15 | C8 | 1 | See individual bit resets. | 64-bit | Selected Instruction Private Control Register |
| IMP_CPUPOR_EL3 | 3 | 6 | C15 | C8 | 2 | See individual bit resets. | 64-bit | Selected Instruction Private Opcode Register |
| IMP_CPUPMR_EL3 | 3 | 6 | C15 | C8 | 3 | See individual bit resets. | 64-bit | Selected Instruction Private Mask Register |
| IMP_CPUPOR2_EL3 | 3 | 6 | C15 | C8 | 4 | See individual bit resets. | 64-bit | Selected Instruction Private Opcode Register 2 |
| IMP_CPUPMR2_EL3 | 3 | 6 | C15 | C8 | 5 | See individual bit resets. | 64-bit | Selected Instruction Private Mask Register 2 |
| IMP_CPUPFR_EL3 | 3 | 6 | C15 | C8 | 6 | See individual bit resets. | 64-bit | Selected Instruction Private Flag Register |

## B.1.1 ACTLR_EL1, Auxiliary Control Register (EL1)

Provides **IMPLEMENTATION DEFINED** configuration and control options for execution at EL1 and EL0.

Note

Arm recommends the contents of this register have no effect on the PE when AArch64-HCR_EL2.{E2H, TGE} is {1, 1}, and instead the configuration and control fields are provided by the AArch64-ACTLR_EL2 register. This avoids the need for software to manage the contents of these register when switching between a Guest OS and a Host OS.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Generic System Control

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Access type

See bit descriptions

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure B-1: AArch64_actlr_el1 bit assignments**




**Table B-2: ACTLR_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | **RES0** | Reserved | **RES0** |

## Access

MRS <Xt>, ACTLR_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0001 | 0b0000 | 0b001 |

MSR ACTLR_EL1, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0001 | 0b0000 | 0b001 |

## Accessibility

MRS <Xt>, ACTLR_EL1

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TACR == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && HCR_EL2.<NV2,NV> == '11' then
        X[t, 64] = NVMem[0x118];
    else
        X[t, 64] = ACTLR_EL1;
elsif PSTATE.EL == EL2 then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    X[t, 64] = ACTLR_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = ACTLR_EL1;
```

MSR ACTLR_EL1, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TACR == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && HCR_EL2.<NV2,NV> == '11' then
        NVMem[0x118] = X[t, 64];
    else
        ACTLR_EL1 = X[t, 64];
elsif PSTATE.EL == EL2 then
    ACTLR_EL1 = X[t, 64];
elsif PSTATE.EL == EL3 then
    ACTLR_EL1 = X[t, 64];
```

## B.1.2 AFSR0_EL1, Auxiliary Fault Status Register 0 (EL1)

Provides additional **IMPLEMENTATION DEFINED** fault status information for exceptions taken to EL1.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Generic System Control

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note: Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure B-2: AArch64_afsr0_el1 bit assignments




**Table B-5: AFSR0_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | **RES0** | Reserved | **RES0** |

## Access

When AArch64-HCR_EL2.E2H is 1, without explicit synchronization, access from EL3 using the mnemonic AFSR0_EL1 or AFSR0_EL12 are not guaranteed to be ordered with respect to accesses using the other mnemonic.

MRS <Xt>, AFSR0_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0101 | 0b0001 | 0b000 |

MSR AFSR0_EL1, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0101 | 0b0001 | 0b000 |

MRS <Xt>, AFSR0_EL12

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b101 | 0b0101 | 0b0001 | 0b000 |

MSR AFSR0_EL12, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b101 | 0b0101 | 0b0001 | 0b000 |

## Accessibility

When AArch64-HCR_EL2.E2H is 1, without explicit synchronization, access from EL3 using the mnemonic AFSR0_EL1 or AFSR0_EL12 are not guaranteed to be ordered with respect to accesses using the other mnemonic.
MRS <Xt>, AFSR0_EL1

```
if PSTATE.EL == EL0 then
    UNDEFINED;
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TRVM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && HCR_EL2.<NV2,NV1,NV> == '111' then
        X[t, 64] = NVMem[0x128];
    else
        X[t, 64] = AFSR0_EL1;
elsif PSTATE.EL == EL2 then
    if HCR_EL2.E2H == '1' then
        X[t, 64] = AFSR0_EL2;
    else
        X[t, 64] = AFSR0_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = AFSR0_EL1;
```

MSR AFSR0_EL1, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TVM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && HCR_EL2.<NV2,NV1,NV> == '111' then
        NVMem[0x128] = X[t, 64];
    else
        AFSR0_EL1 = X[t, 64];
elsif PSTATE.EL == EL2 then
    if HCR_EL2.E2H == '1' then
        AFSR0_EL2 = X[t, 64];
    else
        AFSR0_EL1 = X[t, 64];
elsif PSTATE.EL == EL3 then
    AFSR0_EL1 = X[t, 64];
```

MRS <Xt>, AFSR0_EL12

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.<NV2,NV1,NV> == '101' then
        X[t, 64] = NVMem[0x128];
    elsif EL2Enabled() && HCR_EL2.NV == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        UNDEFINED;
elsif PSTATE.EL == EL2 then
    if HCR_EL2.E2H == '1' then
        X[t, 64] = AFSR0_EL1;
    else
        UNDEFINED;
elsif PSTATE.EL == EL3 then
    if EL2Enabled() && HCR_EL2.E2H == '1' then
        X[t, 64] = AFSR0_EL1;
    else
        UNDEFINED;
```

MSR AFSR0_EL12, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.<NV2,NV1,NV> == '101' then
        NVMem[0x128] = X[t, 64];
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    elsif EL2Enabled() && HCR_EL2.NV == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        UNDEFINED;
elsif PSTATE.EL == EL2 then
    if HCR_EL2.E2H == '1' then
        AFSR0_EL1 = X[t, 64];
    else
        UNDEFINED;
elsif PSTATE.EL == EL3 then
    if EL2Enabled() && HCR_EL2.E2H == '1' then
        AFSR0_EL1 = X[t, 64];
    else
        UNDEFINED;
```

## B.1.3 AFSR1_EL1, Auxiliary Fault Status Register 1 (EL1)

Provides additional **IMPLEMENTATION DEFINED** fault status information for exceptions taken to EL1.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Generic System Control

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

---

Note

Where the reset reads xxxx, see individual bits

---

### Bit descriptions

**Figure B-3: AArch64_afsr1_el1 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table B-10: AFSR1_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | RES0 | Reserved | RES0 |

## Access

When AArch64-HCR_EL2.E2H is 1, without explicit synchronization, access from EL3 using the mnemonic AFSR1_EL1 or AFSR1_EL12 are not guaranteed to be ordered with respect to accesses using the other mnemonic.

MRS <Xt>, AFSR1_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0101 | 0b0001 | 0b001 |

MSR AFSR1_EL1, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0101 | 0b0001 | 0b001 |

MRS <Xt>, AFSR1_EL12

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b101 | 0b0101 | 0b0001 | 0b001 |

MSR AFSR1_EL12, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b101 | 0b0101 | 0b0001 | 0b001 |

## Accessibility

When AArch64-HCR_EL2.E2H is 1, without explicit synchronization, access from EL3 using the mnemonic AFSR1_EL1 or AFSR1_EL12 are not guaranteed to be ordered with respect to accesses using the other mnemonic.
MRS <Xt>, AFSR1_EL1

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TRVM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && HCR_EL2.<NV2,NV1,NV> == '111' then
        X[t, 64] = NVMem[0x130];
    else
        X[t, 64] = AFSR1_EL1;
elsif PSTATE.EL == EL2 then
    if HCR_EL2.E2H == '1' then
        X[t, 64] = AFSR1_EL2;
    else
        X[t, 64] = AFSR1_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = AFSR1_EL1;
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

MSR AFSR1_EL1, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TVM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && HCR_EL2.<NV2,NV1,NV> == '111' then
        NVMem[0x130] = X[t, 64];
    else
        AFSR1_EL1 = X[t, 64];
elsif PSTATE.EL == EL2 then
    if HCR_EL2.E2H == '1' then
        AFSR1_EL2 = X[t, 64];
    else
        AFSR1_EL1 = X[t, 64];
elsif PSTATE.EL == EL3 then
    AFSR1_EL1 = X[t, 64];
```

MRS <Xt>, AFSR1_EL12

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.<NV2,NV1,NV> == '101' then
        X[t, 64] = NVMem[0x130];
    elsif EL2Enabled() && HCR_EL2.NV == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        UNDEFINED;
elsif PSTATE.EL == EL2 then
    if HCR_EL2.E2H == '1' then
        X[t, 64] = AFSR1_EL1;
    else
        UNDEFINED;
elsif PSTATE.EL == EL3 then
    if EL2Enabled() && HCR_EL2.E2H == '1' then
        X[t, 64] = AFSR1_EL1;
    else
        UNDEFINED;
```

MSR AFSR1_EL12, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.<NV2,NV1,NV> == '101' then
        NVMem[0x130] = X[t, 64];
    elsif EL2Enabled() && HCR_EL2.NV == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        UNDEFINED;
elsif PSTATE.EL == EL2 then
    if HCR_EL2.E2H == '1' then
        AFSR1_EL1 = X[t, 64];
    else
        UNDEFINED;
elsif PSTATE.EL == EL3 then
    if EL2Enabled() && HCR_EL2.E2H == '1' then
        AFSR1_EL1 = X[t, 64];
    else
        UNDEFINED;
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## B.1.4 AMAIR_EL1, Auxiliary Memory Attribute Indirection Register (EL1)

Provides **IMPLEMENTATION DEFINED** memory attributes for the memory regions specified by AArch64-MAIR_EL1.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Generic System Control

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

---

Note

Where the reset reads xxxx, see individual bits

---

### Bit descriptions

AMAIR_EL1 is permitted to be cached in a TLB.

**Figure B-4: AArch64_amair_el1 bit assignments**




**Table B-15: AMAIR_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | RES0 | Reserved | RES0 |

### Access

When AArch64-HCR_EL2.E2H is 1, without explicit synchronization, access from EL3 using the mnemonic AMAIR_EL1 or AMAIR_EL12 are not guaranteed to be ordered with respect to accesses using the other mnemonic.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

MRS <Xt>, AMAIR_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b1010 | 0b0011 | 0b000 |

MSR AMAIR_EL1, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b1010 | 0b0011 | 0b000 |

MRS <Xt>, AMAIR_EL12

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b101 | 0b1010 | 0b0011 | 0b000 |

MSR AMAIR_EL12, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b101 | 0b1010 | 0b0011 | 0b000 |

## Accessibility

When AArch64-HCR_EL2.E2H is 1, without explicit synchronization, access from EL3 using the mnemonic AMAIR_EL1 or AMAIR_EL12 are not guaranteed to be ordered with respect to accesses using the other mnemonic.

MRS <Xt>, AMAIR_EL1

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TRVM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && HCR_EL2.<NV2,NV1,NV> == '111' then
        X[t, 64] = NVMem[0x148];
    else
        X[t, 64] = AMAIR_EL1;
elsif PSTATE.EL == EL2 then
    if HCR_EL2.E2H == '1' then
        X[t, 64] = AMAIR_EL2;
    else
        X[t, 64] = AMAIR_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = AMAIR_EL1;
```

MSR AMAIR_EL1, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TVM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && HCR_EL2.<NV2,NV1,NV> == '111' then
        NVMem[0x148] = X[t, 64];
    else
        AMAIR_EL1 = X[t, 64];
elsif PSTATE.EL == EL2 then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    if HCR_EL2.E2H == '1' then
        AMAIR_EL2 = X[t, 64];
    else
        AMAIR_EL1 = X[t, 64];
elsif PSTATE.EL == EL3 then
    AMAIR_EL1 = X[t, 64];
```

MRS <Xt>, AMAIR_EL12

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.<NV2,NV1,NV> == '101' then
        X[t, 64] = NVMem[0x148];
    elsif EL2Enabled() && HCR_EL2.NV == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        UNDEFINED;
elsif PSTATE.EL == EL2 then
    if HCR_EL2.E2H == '1' then
        X[t, 64] = AMAIR_EL1;
    else
        UNDEFINED;
elsif PSTATE.EL == EL3 then
    if EL2Enabled() && HCR_EL2.E2H == '1' then
        X[t, 64] = AMAIR_EL1;
    else
        UNDEFINED;
```

MSR AMAIR_EL12, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.<NV2,NV1,NV> == '101' then
        NVMem[0x148] = X[t, 64];
    elsif EL2Enabled() && HCR_EL2.NV == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        UNDEFINED;
elsif PSTATE.EL == EL2 then
    if HCR_EL2.E2H == '1' then
        AMAIR_EL1 = X[t, 64];
    else
        UNDEFINED;
elsif PSTATE.EL == EL3 then
    if EL2Enabled() && HCR_EL2.E2H == '1' then
        AMAIR_EL1 = X[t, 64];
    else
        UNDEFINED;
```

## B.1.5 LORID_EL1, LORegionID (EL1)

Indicates the number of LORegions and LORegion descriptors supported by the PE.

### Configurations

If no LORegion descriptors are implemented, then the registers AArch64-LORC_EL1, AArch64-LORN_EL1, AArch64-LOREA_EL1, and AArch64-LORSA_EL1 are RES0.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Attributes

### Width

64

### Functional group

Generic System Control

### Access type

See bit descriptions

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx 0000 0100 xxxx xxxx 0000 0100

Note: Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure B-5: AArch64_lorid_el1 bit assignments




**Table B-20: LORID_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:24] | **RES0** | Reserved | **RES0** |
| [23:16] | LD | Number of LORegion descriptors supported by the PE. This is an 8-bit binary number.<br>**`0b00000100`**<br>Four LOR descriptors are supported | `0x04` |
| [15:8] | **RES0** | Reserved | **RES0** |
| [7:0] | LR | Number of LORegions supported by the PE. This is an 8-bit binary number.<br>**Note:**<br>If LORID_EL1 indicates that no LORegions are implemented, then LoadLOAcquire and StoreLORelease will behave as LoadAcquire and StoreRelease.<br>**`0b00000100`**<br>Four LORegions are supported | `0x04` |

## Access

MRS <Xt>, LORID_EL1

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b1010 | 0b0100 | 0b111 |

### Accessibility

MRS <Xt>, LORID_EL1

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TLOR == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif SCR_EL3.TLOR == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = LORID_EL1;
elsif PSTATE.EL == EL2 then
    if SCR_EL3.TLOR == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = LORID_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = LORID_EL1;
```

## B.1.6 IMP_CPUACTLR_EL1, CPU Auxiliary Control Register (EL1)

This register contains control bits that affect the CPU behavior

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Generic System Control

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Note: Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure B-6: AArch64_imp_cpuactlr_el1 bit assignments




**Table B-22: IMP_CPUACTLR_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | Reserved | Reserved for Arm internal use. | `64{x}` |

## Access

MRS <Xt>, S3_0_C15_C1_0

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b1111 | 0b0001 | 0b000 |

MSR S3_0_C15_C1_0, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b1111 | 0b0001 | 0b000 |

## Accessibility

MRS <Xt>, S3_0_C15_C1_0

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TIDCP == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        X[t, 64] = IMP_CPUACTLR_EL1;
elsif PSTATE.EL == EL2 then
    X[t, 64] = IMP_CPUACTLR_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = IMP_CPUACTLR_EL1;
```

MSR S3_0_C15_C1_0, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    if EL2Enabled() && HCR_EL2.TIDCP == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && ACTLR_EL2.ACTLREN == '0' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif ACTLR_EL3.ACTLREN == '0' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        IMP_CPUACTLR_EL1 = X[t, 64];
elsif PSTATE.EL == EL2 then
    if ACTLR_EL3.ACTLREN == '0' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        IMP_CPUACTLR_EL1 = X[t, 64];
elsif PSTATE.EL == EL3 then
    IMP_CPUACTLR_EL1 = X[t, 64];
```

## B.1.7 IMP_CPUACTLR2_EL1, CPU Auxiliary Control Register 2 (EL1)

This register contains control bits that affect the CPU behavior

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Generic System Control

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

**Note**

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-7: AArch64_imp_cpuactlr2_el1 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table B-25: IMP_CPUACTLR2_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | Reserved | Reserved for Arm internal use. | 64{x} |

## Access

MRS <Xt>, S3_0_C15_C1_1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b1111 | 0b0001 | 0b001 |

MSR S3_0_C15_C1_1, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b1111 | 0b0001 | 0b001 |

## Accessibility

MRS <Xt>, S3_0_C15_C1_1

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TIDCP == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        X[t, 64] = IMP_CPUACTLR2_EL1;
elsif PSTATE.EL == EL2 then
    X[t, 64] = IMP_CPUACTLR2_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = IMP_CPUACTLR2_EL1;
```

MSR S3_0_C15_C1_1, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TIDCP == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && ACTLR_EL2.ACTLREN == '0' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif ACTLR_EL3.ACTLREN == '0' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        IMP_CPUACTLR2_EL1 = X[t, 64];
elsif PSTATE.EL == EL2 then
    if ACTLR_EL3.ACTLREN == '0' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        IMP_CPUACTLR2_EL1 = X[t, 64];
elsif PSTATE.EL == EL3 then
    IMP_CPUACTLR2_EL1 = X[t, 64];
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## B.1.8 IMP_CPUACTLR3_EL1, CPU Auxiliary Control Register 3 (EL1)

This register contains control bits that affect the CPU behavior

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Generic System Control

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-8: AArch64_imp_cpuactlr3_el1 bit assignments**




**Table B-28: IMP_CPUACTLR3_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | Reserved | Reserved for Arm internal use. | 64{x} |

### Access

MRS <Xt>, S3_0_C15_C1_2

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b1111 | 0b0001 | 0b010 |

MSR S3_0_C15_C1_2, <Xt>

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b1111 | 0b0001 | 0b010 |

### Accessibility

MRS <Xt>, S3_0_C15_C1_2

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TIDCP == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        X[t, 64] = IMP_CPUACTLR3_EL1;
elsif PSTATE.EL == EL2 then
    X[t, 64] = IMP_CPUACTLR3_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = IMP_CPUACTLR3_EL1;
```

MSR S3_0_C15_C1_2, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TIDCP == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && ACTLR_EL2.ACTLREN == '0' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif ACTLR_EL3.ACTLREN == '0' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        IMP_CPUACTLR3_EL1 = X[t, 64];
elsif PSTATE.EL == EL2 then
    if ACTLR_EL3.ACTLREN == '0' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        IMP_CPUACTLR3_EL1 = X[t, 64];
elsif PSTATE.EL == EL3 then
    IMP_CPUACTLR3_EL1 = X[t, 64];
```

## B.1.9 IMP_CPUACTLR4_EL1, CPU Auxiliary Control Register 4 (EL1)

This register contains control bits that affect the CPU behavior

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Generic System Control

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Access type

See bit descriptions

### Reset value

XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure B-9: AArch64_imp_cpuactlr4_el1 bit assignments




**Table B-31: IMP_CPUACTLR4_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | Reserved | Reserved for Arm internal use. | 64{x} |

## Access

MRS <Xt>, S3_0_C15_C1_3

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b1111 | 0b0001 | 0b011 |

MSR S3_0_C15_C1_3, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b1111 | 0b0001 | 0b011 |

## Accessibility

MRS <Xt>, S3_0_C15_C1_3

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TIDCP == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        X[t, 64] = IMP_CPUACTLR4_EL1;
elsif PSTATE.EL == EL2 then
    X[t, 64] = IMP_CPUACTLR4_EL1;
elsif PSTATE.EL == EL3 then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    X[t, 64] = IMP_CPUACTLR4_EL1;
```

MSR S3_0_C15_C1_3, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TIDCP == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && ACTLR_EL2.ACTLREN == '0' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif ACTLR_EL3.ACTLREN == '0' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        IMP_CPUACTLR4_EL1 = X[t, 64];
elsif PSTATE.EL == EL2 then
    if ACTLR_EL3.ACTLREN == '0' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        IMP_CPUACTLR4_EL1 = X[t, 64];
elsif PSTATE.EL == EL3 then
    IMP_CPUACTLR4_EL1 = X[t, 64];
```

## B.1.10 IMP_CPUECTLR_EL1, CPU Extended Control Register

This register contains control bits that affect the CPU behavior

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Generic System Control

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure B-10: AArch64_imp_cpuectlr_el1 bit assignments




### Table B-34: IMP_CPUECTLR_EL1 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:61] | CMC_MIN_WAYS | Limits how many ways of L2 can be used by CMC. The possible values are:<br>**0b000**<br>CMC disabled<br>**0b001**<br>CMC must leave at least 1 way for data in L2<br>**0b010**<br>CMC must leave at least 2 ways for data in L2 - This is the default value.<br>**0b011**<br>CMC must leave at least 3 ways for data in L2<br>**0b100**<br>CMC must leave at least 4 ways for data in L2<br>**0b101**<br>CMC must leave at least 5 ways for data in L2<br>**0b110**<br>CMC must leave at least 6 ways for data in L2<br>**0b111**<br>CMC must leave at least 7 ways for data in L2 | xxx |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [60:58] | L2_INST_PART | Partition the L2 cache for Instruction. The possible values are:<br>**0b000**<br>No ways reserved for instructions. This is the reset value<br>**0b001**<br>Reserve 1 way for instruction. Only instruction fetches can allocate way 7<br>**0b010**<br>Reserve 2 ways for instruction. Only instruction fetches can allocate ways 7:6<br>**0b011**<br>Reserve 3 ways for instruction. Only instruction fetches can allocate ways 7:5<br>**0b100**<br>Reserve 4 ways for instruction. Only instruction fetches can allocate ways 7:4<br>**0b101**<br>Reserve 5 ways for instruction. Only instruction fetches can allocate ways 7:3<br>**0b110**<br>Reserve 6 ways for instruction. Only instruction fetches can allocate ways 7:2<br>**0b111**<br>Reserve 7 ways for instruction. Only instruction fetches can allocate ways 7:1 | xxx |
| [57:55] | L2_DATA_PART | Reserve L2 capacity for data accesses. The possible values are:<br>**0b000**<br>No ways reserved for data. This is the reset value<br>**0b001**<br>Reserve 1 way for data. Only data accesses can allocate way 0<br>**0b010**<br>Reserve 2 ways for data. Only data accesses can allocate ways 1:0<br>**0b011**<br>Reserve 3 ways for data. Only data accesses can allocate ways 2:0<br>**0b100**<br>Reserve 4 ways for data. Only data accesses can allocate ways 3:0<br>**0b101**<br>Reserve 5 ways for data. Only data accesses can allocate ways 4:0<br>**0b110**<br>Reserve 6 ways for data. Only data accesses can allocate ways 5:0<br>**0b111**<br>Reserve 7 ways for data. Only data accesses can allocate ways 6:0 | xxx |
| [54] | MM_VMID_THR | VMID filter threshold. The possible values are:<br>**0b0**<br>VMID filter flush after 16 unique VMID allocations to the MMU Translation Cache. This is the default value.<br>**0b1**<br>VMID filter flush after 32 unique VMID allocations to the MMU Translation Cache | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [53] | MM_ASP_EN | Disables allocation of splintered pages in L2 TLB. The possible values are:<br>**0b0**<br>Enables allocation of splintered pages in the L2 TLB. This is the default value.<br>**0b1**<br>Disables allocation of splintered pages in the L2 TLB. | x |
| [52] | MM_CH_DIS | Disables use of contiguous hint. The possible values are:<br>**0b0**<br>Enables use of contiguous hint. This is the default value.<br>**0b1**<br>Disables use of contiguous hint. | x |
| [51] | MM_TLBPF_DIS | Disables TLB prefetcher. The possible values are:<br>**0b0**<br>Enables TLB prefetcher. This is the default value.<br>**0b1**<br>Disables TLB prefetcher. | x |
| [50:48] | **RES0** | Reserved | **RES0** |
| [47] | HPA_L1_DIS | Disables hardware page aggregation in L1 TLBs. The possible values are:<br>**0b0**<br>Enables hardware page aggregation in L1 TLBs. This is the default value.<br>**0b1**<br>Disables hardware page aggregation in L1 TLBs. | x |
| [46] | HPA_DIS | Disable Hardware page aggregation. The possible values are:<br>**0b0**<br>Enables hardware page aggregation. This is the default value.<br>**0b1**<br>Disables hardware page aggregation. | x |
| [45:44] | DCC | Downstream Cache Control. Controls whether evictions of clean cache-lines send data on the CHI interface. Set this based on whether there is a cache on the path to memory. The possible values are:<br>**0b00**<br>Disables sending data when clean cache-lines are evicted.<br>**0b01**<br>Enables sending WriteEvictFull transactions when Unique Clean cache-lines are evicted. Shared Clean cache-line evictions do not send data.<br>**0b10**<br>Enables sending WriteEvictOrEvict transactions when Unique Clean cache-lines are evicted. Shared Clean cache-line evictions do not send data. This is the default value.<br>**0b11**<br>Enables sending WriteEvictOrEvict transactions when Unique Clean or Shared Clean cache-lines are evicted. | xx |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [43] | EFC | Eviction flush control. Controls whether hardware cache flushes and DC CISW instructions send data when evicting clean cachelines on the CHI interface. The possible values are:<br>**0b0**<br>Disables sending data when hardware cache flushes or DC CISW instructions evict a clean cacheline. Sending of Evict transactions is controlled by Downstream Snoop Filter Present (DSFP). This is the default value.<br>**0b1**<br>Sending of data when hardware cache flushes or DC CISW instructions evict clean cachelines is controlled by Downstream Cache Control (DCC). Sending of Evict transactions is controlled by Downstream Snoop Filter Present (DSFP). | x |
| [42] | DFSP | Downstream snoop filter present. Enables sending Evict transactions on the CHI when clean cachelines are evicted without data. Enable this if there is at least one snoop filter in the path to memory. The possible values are:<br>**0b0**<br>Disables sending Evict transactions when clean cachelines are evicted without data<br>**0b1**<br>Enables sending of Evict transactions when clean cachelines are evicted without data. This is the default value | x |
| [41:40] | PFT_MM | DRAM prefetch using PrefetchTgt transactions for tablewalk requests. The possible values are:<br>**0b00**<br>Disable prefetchtgt generation for requests from the Memory Management unit (MMU). This is the default value.<br>**0b01**<br>Conservatively generate prefetchtgt for cacheable requests from the MMU, always generate for Non-cacheable.<br>**0b10**<br>Agressively generate prefetchtgt for cacheable requests from the MMU, always generate for Non-cacheable.<br>**0b11**<br>Always generate prefetchtgt for cacheable requests from the MMU, always generate for Non-cacheable. | xx |
| [39:38] | PFT_LS | DRAM prefetch using PrefetchTgt transactions for load and store requests. The possible values are:<br>**0b00**<br>Disable prefetchtgt generation for requests from the Load-Store unit (LS). This is the default value.<br>**0b01**<br>Conservatively generate prefetchtgt for cacheable requests from the LS, always generate for Non-cacheable.<br>**0b10**<br>Agressively generate prefetchtgt for cacheable requests from the LS, always generate for Non-cacheable.<br>**0b11**<br>Always generate prefetchtgt for cacheable requests from the LS, always generate for Non-cacheable. | xx |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [37:36] | PFT_IF | DRAM prefetch using PrefetchTgt transactions for instruction fetch requests. The possible values are:<br>**0b00**<br>Disable prefetchtgt generation for requests from the Instruction Fetch unit (IF). This is the default value.<br>**0b01**<br>Conservatively generate prefetchtgt for cacheable requests from the IF, always generate for Non-cacheable.<br>**0b10**<br>Agressively generate prefetchtgt for cacheable requests from the IF, always generate for Non-cacheable.<br>**0b11**<br>Always generate prefetchtgt for cacheable requests from the IF, always generate for Non-cacheable. | xx |
| [35:34] | RES0 | Reserved | RES0 |
| [33] | ATOMIC_LD_FORCE_NEAR | A load atomic (including SWP & CAS) instruction to WB memory will be performed near. The possible values are:<br>**0b0**<br>Load-atomic is near if cache line is already Exclusive, otherwise make far atomic request.<br>**0b1**<br>Load-atomic will be performed near by bringing the line into the L1D Cache. This is the default value. | x |
| [32] | ATOMIC_ACQ_NEAR | An atomic instruction to WB memory with acquire semantics that does not hit in the cache in Exclusive state, may make up to one fill request. The possible values are:<br>**0b0**<br>Acquire-atomic is near if cache line is already Exclusive, otherwise make far atomic request.<br>**0b1**<br>Acquire-atomic will make up to 1 fill request to perform near. This is the default value. | x |
| [31] | ATOMIC_ST_NEAR | A store atomic instruction to WB memory that does not hit in the cache in Exclusive state, may make up to one fill request. The possible values are:<br>**0b0**<br>Store-atomic is near if cache line is already Exclusive, otherwise make far atomic request. This is the default value.<br>**0b1**<br>Store-atomic will make up to 1 fill request to perform near. | x |
| [30] | ATOMIC_REL_NEAR | An atomic instruction to WB memory with release semantics that does not hit in the cache in Exclusive state, may make up to one fill request. The possible values are:<br>**0b0**<br>Release-atomic is near if cache line is already Exclusive, otherwise make far atomic request.<br>**0b1**<br>Release-atomic will make up to 1 fill request to perform near. This is the default value. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [29] | ATOMIC_LD_NEAR | A load atomic (including SWP & CAS) instruction to WB memory that does not hit in the cache in Exclusive state, may make up to one fill request. The possible values are:<br>**0b0**<br>Load-atomic is near if cache line is already Exclusive, otherwise make far atomic request. This is the default value.<br>**0b1**<br>Load-atomic will make up to 1 fill request to perform near. | x |
| [28] | TLD_PRED_DIS | Disable Transient Load Prediction. The possible values are:<br>**0b0**<br>Enables transient load prediction. This is the default value.<br>**0b1**<br>Disables transient load prediction. | x |
| [27] | TLD_PRED_MODE | Aggressive Transient Load Prediction. The possible values are:<br>**0b0**<br>Disables aggressive transient load prediction. This is the default value.<br>**0b1**<br>Enables aggressive transient load prediction. | x |
| [26] | DTLB_CABT_EN | Enables TLB Conflict Data Abort Exception. The possible values are:<br>**0b0**<br>Disables TLB conflict data abort exception. This is the default value.<br>**0b1**<br>Enables TLB conflict data abort exception. | x |
| [25:24] | WS_THR_L2 | Threshold for direct stream to L2 cache on store. The possible values are:<br>**0b00**<br>256B - This is the default value<br>**0b01**<br>4KB<br>**0b10**<br>8KB<br>**0b11**<br>Disables direct stream to L2 cache on store. | xx |
| [23:22] | WS_THR_L3 | Threshold for direct stream to L3 cache on store. The possible values are:<br>**0b00**<br>128KB<br>**0b01**<br>256KB - This is the default value<br>**0b10**<br>512KB<br>**0b11**<br>Disables direct stream to L3 cache on store. | xx |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [21:20] | WS_THR_L4 | Threshold for direct stream to L4 cache on store. The possible values are:<br>**0b00**<br>256KB<br>**0b01**<br>512KB - This is the default value<br>**0b10**<br>1MB<br>**0b11**<br>Disables direct stream to L4 cache on store. | xx |
| [19:18] | WS_THR_DRAM | Threshold for direct stream to DRAM on store. The possible values are:<br>**0b00**<br>512KB<br>**0b01**<br>1MB - This is the default value<br>**0b10**<br>2MB<br>**0b11**<br>Disables direct stream to DRAM on store. | xx |
| [17:16] | **RES0** | Reserved | **RES0** |
| [15] | PF_DIS | Disables hardware prefetching. The possible values are:<br>**0b0**<br>Enables hardware prefetching. This is the default value.<br>**0b1**<br>Disables hardware prefetching. | x |
| [14] | **RES0** | Reserved | **RES0** |
| [13:12] | PF_SS_L2_DIST | Single cache line stride prefetching L2 distance. The possible values are:<br>**0b00**<br>22 lines ahead<br>**0b01**<br>40 lines ahead<br>**0b10**<br>60 lines ahead<br>**0b11**<br>Dynamic. This is the default value. | xx |
| [11:10] | **RES0** | Reserved | **RES0** |
| [9] | PF_STS_DIS | Disable store-stride prefetches. The possible values are:<br>**0b0**<br>Enables store prefetching. This is the default value.<br>**0b1**<br>Disables store prefetching. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [8] | PF_STI_DIS | Disable store prefetches at issue (not overridden by ls_hw_pref_disable). The possible values are:<br>**0b0**<br>Enables store prefetching. This is the default value.<br>**0b1**<br>Disable store prefetching. | x |
| [7:6] | **RES0** | Reserved | **RES0** |
| [5:4] | RPF_MODE | Region prefetcher aggressiveness. The possible values are:<br>**0b00**<br>Dynamic region prefetch aggressiveness. This is the default value.<br>**0b01**<br>Conservative region prefetching.<br>**0b10**<br>Very Conservative region prefetching.<br>**0b11**<br>Most Conservative region prefetching. This will disable the region prefetcher. | xx |
| [3] | RPF_LO_CONF | Region Prefetcher single accesses training behavior. The possible values are:<br>**0b0**<br>Mostly don't train PHT on single access. This is the default value.<br>**0b1**<br>Always train the PHT on single access. This results in fewer prefetch requests. | x |
| [2:1] | **RES0** | Reserved | **RES0** |
| [0] | EXTLLC | Internal or external Last-level cache (LLC) in the system. The possible values are:<br>**0b0**<br>Indicates that an internal Last-level cache is present in the system, and that the DataSource field on the master CHI interface indicates when data is returned from the LLC. This is used to control how the LL_CACHE* PMU events count. This is the default value.<br>**0b1**<br>Indicates that an external Last-level cache is present in the system, and that the DataSource field on the master CHI interface indicates when data is returned from the LLC. This is used to control how the LL_CACHE* PMU events count. | x |

## Access

MRS <Xt>, S3_0_C15_C1_4

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b1111 | 0b0001 | 0b100 |

MSR S3_0_C15_C1_4, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b1111 | 0b0001 | 0b100 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Accessibility

MRS <Xt>, S3_0_C15_C1_4

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TIDCP == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        X[t, 64] = IMP_CPUECTLR_EL1;
elsif PSTATE.EL == EL2 then
    X[t, 64] = IMP_CPUECTLR_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = IMP_CPUECTLR_EL1;
```

MSR S3_0_C15_C1_4, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TIDCP == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && ACTLR_EL2.ECTLREN == '0' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif ACTLR_EL3.ECTLREN == '0' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        IMP_CPUECTLR_EL1 = X[t, 64];
elsif PSTATE.EL == EL2 then
    if ACTLR_EL3.ECTLREN == '0' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        IMP_CPUECTLR_EL1 = X[t, 64];
elsif PSTATE.EL == EL3 then
    IMP_CPUECTLR_EL1 = X[t, 64];
```

## B.1.11 IMP_CPUECTLR2_EL1, CPU Extended Control Register 2

This register contains control bits that affect the CPU behavior

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Generic System Control

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure B-11: AArch64_imp_cpuectlr2_el1 bit assignments




### Table B-37: IMP_CPUECTLR2_EL1 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:17] | RES0 | Reserved | RES0 |
| [16:15] | TXREQ_MIN | Minimum number of TXREQ transactions outstanding from the L2 Transaction Queue. The possible values are:<br>**0b00**<br>1/4 of L2 TQ size - This is the default value<br>**0b01**<br>1/8 of L2 TQ size<br>**0b10**<br>1/16 of L2 TQ size<br>**0b11**<br>1/32 of L2 TQ size | xx |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [14:11] | PF_MODE | Prefetcher Aggressiveness Modes. With mode 0 representing the most aggressive mode and 3 representing the most conservative mode. The possible values and associated ranges are:<br>**0b0000**<br>Modes [0,0] (statically at the most aggressive mode)<br>**0b0001**<br>Modes [0,1]<br>**0b0010**<br>Modes [0,2]<br>**0b0011**<br>Modes [0,3] - This is the default value.<br>**0b0100**<br>Modes [1,1]<br>**0b0101**<br>Modes [1,2]<br>**0b0110**<br>Modes [1,3]<br>**0b0111**<br>Modes [2,2]<br>**0b1000**<br>Modes [2,3]<br>**0b1001**<br>Modes [3,3] (statically at the most conservative mode)<br>**0b1010**<br>reserved<br>**0b1011**<br>reserved<br>**0b1100**<br>reserved<br>**0b1101**<br>reserved<br>**0b1110**<br>reserved<br>**0b1111**<br>reserved | xxxx |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [10:9] | CBUSY_FILTER_WINDOW | Number of CBusy responses in one sampling window. The possible values are:<br>**0b00**<br>256 - This is the default value<br>**0b01**<br>64<br>**0b10**<br>128<br>**0b11**<br>512 | xx |
| [8:7] | CBUSY_FILTER_THRESHOLD | Fraction of of CBusy responses in the sampling window necessary to be considered a valid sample of that CBusy value. The possible values are:<br>**0b00**<br>1/16 - This is the default value<br>**0b01**<br>1/32<br>**0b10**<br>1/8<br>**0b11**<br>1/4 | xx |
| [6:5] | TXREQ_LIMIT_DEC | Dynamic TXREQ limit decrement. Controls how quickly the dynamic TXREQ limit is decreased when CBusy indicates value of 3. The possible values are:<br>**0b00**<br>4 - This is the default value<br>**0b01**<br>8<br>**0b10**<br>16<br>**0b11**<br>2 | xx |
| [4:3] | TXREQ_LIMIT_INC | Dynamic TXREQ limit increment. Controls how quickly the dynamic TXREQ limit is increased when CBusy indicates values less than 2. The possible values are:<br>**0b00**<br>4 - This is the default value<br>**0b01**<br>8<br>**0b10**<br>16<br>**0b11**<br>2 | xx |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [2] | TXREQ_LIMIT_DYNAMIC | Selects static or dynamic control of TXREQ limit. Dynamic TXREQ limit will adjust based on CBusy responses on RXDAT and RXRSP in the range of the static limit selected by CPUECTLR2_EL1[1:0] and 1/4 of the L2 TQ SIZE. The possible values are:<br>**0b0**<br>maximum number of TXREQ transactions statically set by CPUECTLR2_EL1[1:0] - This is the default value.<br>**0b1**<br>maximum number of TXREQ transactions dynamically controlled | x |
| [1:0] | TXREQ_MAX | Maximum number of TXREQ transactions outstanding from the L2 Transaction Queue. The possible values are:<br>**0b00**<br>full L2 TQ size - This is the default value<br>**0b01**<br>3/4 of L2 TQ size<br>**0b10**<br>1/2 of L2 TQ size<br>**0b11**<br>1/4 of L2 TQ size | xx |

## Access

MRS <Xt>, S3_0_C15_C1_5

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b1111 | 0b0001 | 0b101 |

MSR S3_0_C15_C1_5, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b1111 | 0b0001 | 0b101 |

## Accessibility

MRS <Xt>, S3_0_C15_C1_5

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TIDCP == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        X[t, 64] = IMP_CPUECTLR2_EL1;
elsif PSTATE.EL == EL2 then
    X[t, 64] = IMP_CPUECTLR2_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = IMP_CPUECTLR2_EL1;
```

MSR S3_0_C15_C1_5, <Xt>

```
if PSTATE.EL == EL0 then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TIDCP == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && ACTLR_EL2.ECTLREN == '0' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif ACTLR_EL3.ECTLREN == '0' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        IMP_CPUECTLR2_EL1 = X[t, 64];
elsif PSTATE.EL == EL2 then
    if ACTLR_EL3.ECTLREN == '0' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        IMP_CPUECTLR2_EL1 = X[t, 64];
elsif PSTATE.EL == EL3 then
    IMP_CPUECTLR2_EL1 = X[t, 64];
```

## B.1.12 IMP_CPUPPMCR3_EL3, CPU Power Performance Management Control Register

This register contains control bits that affect the CPU behavior

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Generic System Control

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

**Figure B-12: AArch64_imp_cpuppmcr3_el3 bit assignments**




**Table B-40: IMP_CPUPPMCR3_EL3 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | Reserved | Reserved for Arm internal use. | 64{x} |

## Access

MRS <Xt>, S3_0_C15_C2_4

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b1111 | 0b0010 | 0b100 |

MSR S3_0_C15_C2_4, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b1111 | 0b0010 | 0b100 |

## Accessibility

MRS <Xt>, S3_0_C15_C2_4

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    UNDEFINED;
elsif PSTATE.EL == EL2 then
    UNDEFINED;
elsif PSTATE.EL == EL3 then
    X[t, 64] = IMP_CPUPPMCR3_EL3;
```

MSR S3_0_C15_C2_4, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    UNDEFINED;
elsif PSTATE.EL == EL2 then
    UNDEFINED;
elsif PSTATE.EL == EL3 then
    IMP_CPUPPMCR3_EL3 = X[t, 64];
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## B.1.13 IMP_CPUPWRCTLR_EL1, CPU Power Control Register

This register controls various power aspects of the core.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Generic System Control

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xx00 0000 xxx0

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-13: AArch64_imp_cpupwrctlr_el1 bit assignments**




**Table B-43: IMP_CPUPWRCTLR_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:10] | **RES0** | Reserved | **RES0** |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [9:7] | WFE_RET_CTRL | Wait for Event retention control. The possible values are:<br>**0b000**<br>Dynamic retention is disabled.<br>**0b001**<br>2 system counter ticks are required before retention entry.<br>**0b010**<br>8 system counter ticks are required before retention entry.<br>**0b011**<br>32 system counter ticks are required before retention entry.<br>**0b100**<br>64 system counter ticks are required before retention entry.<br>**0b101**<br>128 system counter ticks are required before retention entry.<br>**0b110**<br>256 system counter ticks are required before retention entry.<br>**0b111**<br>512 system counter ticks are required before retention entry. | 0b000 |
| [6:4] | WFI_RET_CTRL | Wait for Interrupt retention control. The possible values are:<br>**0b000**<br>Dynamic retention is disabled.<br>**0b001**<br>2 system counter ticks are required before retention entry.<br>**0b010**<br>8 system counter ticks are required before retention entry.<br>**0b011**<br>32 system counter ticks are required before retention entry.<br>**0b100**<br>64 system counter ticks are required before retention entry.<br>**0b101**<br>128 system counter ticks are required before retention entry.<br>**0b110**<br>256 system counter ticks are required before retention entry.<br>**0b111**<br>512 system counter ticks are required before retention entry. | 0b000 |
| [3:1] | **RES0** | Reserved | **RES0** |
| [0] | CORE_PWRDN_EN | Indicates to the power controller if the CPU wants to power down when it enters WFE/WFI state. The possible values are:<br>**0b0**<br>CPU does not want to power down when it enters WFE/WFI state.<br>**0b1**<br>CPU wants to power down when it enters WFE/WFI state. | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Access

MRS <Xt>, S3_0_C15_C2_7

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b1111 | 0b0010 | 0b111 |

MSR S3_0_C15_C2_7, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b1111 | 0b0010 | 0b111 |

## Accessibility

MRS <Xt>, S3_0_C15_C2_7

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TIDCP == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        X[t, 64] = IMP_CPUPWRCTLR_EL1;
elsif PSTATE.EL == EL2 then
    X[t, 64] = IMP_CPUPWRCTLR_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = IMP_CPUPWRCTLR_EL1;
```

MSR S3_0_C15_C2_7, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TIDCP == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && ACTLR_EL2.PWREN == '0' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif ACTLR_EL3.PWREN == '0' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        IMP_CPUPWRCTLR_EL1 = X[t, 64];
elsif PSTATE.EL == EL2 then
    if ACTLR_EL3.PWREN == '0' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        IMP_CPUPWRCTLR_EL1 = X[t, 64];
elsif PSTATE.EL == EL3 then
    IMP_CPUPWRCTLR_EL1 = X[t, 64];
```

# B.1.14 IMP_ATCR_EL1, CPU Auxiliary Translation Control Register (EL1)

This register contains control bits that affect the CPU behavior.

## Configurations

This register is available in all configurations.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Attributes

### Width

64

### Functional group

Generic System Control

### Access type

See bit descriptions

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx 0000 0000 0000 0000

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure B-14: AArch64_imp_atcr_el1 bit assignments**




**Table B-46: IMP_ATCR_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:16] | RES0 | Reserved | RES0 |
| [15] | HWVAL162 | Value of PBHA[3] on memory accesses due to page table walks using TTBR1_EL1 if HWEN162 is set. | 0b0 |
| [14] | HWVAL161 | Value of PBHA[2] on memory accesses due to page table walks using TTBR1_EL1 if HWEN161 is set. | 0b0 |
| [13] | HWVAL160 | Value of PBHA[1] on memory accesses due to page table walks using TTBR1_EL1 if HWEN160 is set. | 0b0 |
| [12] | HWVAL159 | Value of PBHA[0] on memory accesses due to page table walks using TTBR1_EL1 if HWEN159 is set. | 0b0 |
| [11] | HWVAL062 | Value of PBHA[3] on memory accesses due to page table walks using TTBR0_EL1 if HWEN062 is set. | 0b0 |
| [10] | HWVAL061 | Value of PBHA[2] on memory accesses due to page table walks using TTBR0_EL1 if HWEN061 is set. | 0b0 |
| [9] | HWVAL060 | Value of PBHA[1] on memory accesses due to page table walks using TTBR0_EL1 if HWEN060 is set. | 0b0 |
| [8] | HWVAL059 | Value of PBHA[0] on memory accesses due to page table walks using TTBR0_EL1 if HWEN059 is set. | 0b0 |
| [7] | HWEN162 | Enable use of PBHA[3] on memory accesses due to page table walks using TTBR1_EL1. If this bit is clear, PBHA[3] will be 0 on page table walks. | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [6] | HWEN161 | Enable use of PBHA[2] on memory accesses due to page table walks using TTBR1_EL1. If this bit is clear, PBHA[2] will be 0 on page table walks. | 0b0 |
| [5] | HWEN160 | Enable use of PBHA[1] on memory accesses due to page table walks using TTBR1_EL1. If this bit is clear, PBHA[1] will be 0 on page table walks. | 0b0 |
| [4] | HWEN159 | Enable use of PBHA[0] on memory accesses due to page table walks using TTBR1_EL1. If this bit is clear, PBHA[0] will be 0 on page table walks. | 0b0 |
| [3] | HWEN062 | Enable use of PBHA[3] on memory accesses due to page table walks using TTBR0_EL1. If this bit is clear, PBHA[3] will be 0 on page table walks. | 0b0 |
| [2] | HWEN061 | Enable use of PBHA[2] on memory accesses due to page table walks using TTBR0_EL1. If this bit is clear, PBHA[2] will be 0 on page table walks. | 0b0 |
| [1] | HWEN060 | Enable use of PBHA[1] on memory accesses due to page table walks using TTBR0_EL1. If this bit is clear, PBHA[1] will be 0 on page table walks. | 0b0 |
| [0] | HWEN059 | Enable use of PBHA[0] on memory accesses due to page table walks using TTBR0_EL1. If this bit is clear, PBHA[0] will be 0 on page table walks. | 0b0 |

## Access

MRS <Xt>, S3_0_C15_C7_0

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b1111 | 0b0111 | 0b000 |

MSR S3_0_C15_C7_0, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b1111 | 0b0111 | 0b000 |

## Accessibility

MRS <Xt>, S3_0_C15_C7_0

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TIDCP == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        X[t, 64] = IMP_ATCR_EL1;
elsif PSTATE.EL == EL2 then
    X[t, 64] = IMP_ATCR_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = IMP_ATCR_EL1;
```

MSR S3_0_C15_C7_0, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TIDCP == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        IMP_ATCR_EL1 = X[t, 64];
elsif PSTATE.EL == EL2 then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    IMP_ATCR_EL1 = X[t, 64];
elsif PSTATE.EL == EL3 then
    IMP_ATCR_EL1 = X[t, 64];
```

## B.1.15 IMP_CPUACTLR5_EL1, CPU Auxiliary Control Register 5 (EL1)

This register contains control bits that affect the CPU behavior

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Generic System Control

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-15: AArch64_imp_cpuactlr5_el1 bit assignments**




**Table B-49: IMP_CPUACTLR5_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | Reserved | Reserved for Arm internal use. | 64{x} |

### Access

MRS <Xt>, S3_0_C15_C8_0

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b1111 | 0b1000 | 0b000 |

MSR S3_0_C15_C8_0, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b1111 | 0b1000 | 0b000 |

### Accessibility

MRS <Xt>, S3_0_C15_C8_0

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TIDCP == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        X[t, 64] = IMP_CPUACTLR5_EL1;
elsif PSTATE.EL == EL2 then
    X[t, 64] = IMP_CPUACTLR5_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = IMP_CPUACTLR5_EL1;
```

MSR S3_0_C15_C8_0, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TIDCP == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && ACTLR_EL2.ACTLREN == '0' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif ACTLR_EL3.ACTLREN == '0' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        IMP_CPUACTLR5_EL1 = X[t, 64];
elsif PSTATE.EL == EL2 then
    if ACTLR_EL3.ACTLREN == '0' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        IMP_CPUACTLR5_EL1 = X[t, 64];
elsif PSTATE.EL == EL3 then
    IMP_CPUACTLR5_EL1 = X[t, 64];
```

## B.1.16 IMP_CPUACTLR6_EL1, CPU Auxiliary Control Register 6 (EL1)

This register contains control bits that affect the CPU behavior

### Configurations

This register is available in all configurations.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Attributes

**Width**

64

**Functional group**

Generic System Control

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure B-16: AArch64_imp_cpuactlr6_el1 bit assignments**




**Table B-52: IMP_CPUACTLR6_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | Reserved | Reserved for Arm internal use. | 64{x} |

## Access

MRS <Xt>, S3_0_C15_C8_1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b1111 | 0b1000 | 0b001 |

MSR S3_0_C15_C8_1, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b1111 | 0b1000 | 0b001 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Accessibility

MRS <Xt>, S3_0_C15_C8_1

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TIDCP == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        X[t, 64] = IMP_CPUACTLR6_EL1;
elsif PSTATE.EL == EL2 then
    X[t, 64] = IMP_CPUACTLR6_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = IMP_CPUACTLR6_EL1;
```

MSR S3_0_C15_C8_1, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TIDCP == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && ACTLR_EL2.ACTLREN == '0' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif ACTLR_EL3.ACTLREN == '0' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        IMP_CPUACTLR6_EL1 = X[t, 64];
elsif PSTATE.EL == EL2 then
    if ACTLR_EL3.ACTLREN == '0' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        IMP_CPUACTLR6_EL1 = X[t, 64];
elsif PSTATE.EL == EL3 then
    IMP_CPUACTLR6_EL1 = X[t, 64];
```

## B.1.17 IMP_CPUACTLR7_EL1, CPU Auxiliary Control Register 7 (EL1)

This register contains control bits that affect the CPU behavior

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Generic System Control

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure B-17: AArch64_imp_cpuactlr7_el1 bit assignments




**Table B-55: IMP_CPUACTLR7_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | Reserved | Reserved for Arm internal use. | `64{x}` |

## Access

MRS <Xt>, S3_0_C15_C8_2

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b1111 | 0b1000 | 0b010 |

MSR S3_0_C15_C8_2, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b1111 | 0b1000 | 0b010 |

## Accessibility

MRS <Xt>, S3_0_C15_C8_2

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TIDCP == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        X[t, 64] = IMP_CPUACTLR7_EL1;
elsif PSTATE.EL == EL2 then
    X[t, 64] = IMP_CPUACTLR7_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = IMP_CPUACTLR7_EL1;
```

MSR S3_0_C15_C8_2, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    if EL2Enabled() && HCR_EL2.TIDCP == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && ACTLR_EL2.ACTLREN == '0' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif ACTLR_EL3.ACTLREN == '0' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        IMP_CPUACTLR7_EL1 = X[t, 64];
elsif PSTATE.EL == EL2 then
    if ACTLR_EL3.ACTLREN == '0' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        IMP_CPUACTLR7_EL1 = X[t, 64];
elsif PSTATE.EL == EL3 then
    IMP_CPUACTLR7_EL1 = X[t, 64];
```

## B.1.18 AIDR_EL1, Auxiliary ID Register

Provides **IMPLEMENTATION DEFINED** identification information.

The value of this register must be interpreted in conjunction with the value of AArch64-MIDR_EL1.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Generic System Control

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Bit descriptions

**Figure B-18: AArch64_aidr_el1 bit assignments**




**Table B-58: AIDR_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | RES0 | Reserved | RES0 |

### Access

MRS <Xt>, AIDR_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b001 | 0b0000 | 0b0000 | 0b111 |

### Accessibility

MRS <Xt>, AIDR_EL1

```
if PSTATE.EL == EL0 then
    if EL2Enabled() && HCR_EL2.TGE == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        AArch64.SystemAccessTrap(EL1, 0x18);
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TID1 == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        X[t, 64] = AIDR_EL1;
elsif PSTATE.EL == EL2 then
    X[t, 64] = AIDR_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = AIDR_EL1;
```

## B.1.19 FPCR, Floating-point Control Register

Controls floating-point behavior.

### Configurations

It is IMPLEMENTATION DEFINED whether the Len and Stride fields can be programmed to non-zero values, which will cause some AArch32 floating-point instruction encodings to be UNDEFINED, or whether these fields are RAZ.

AArch64 register FPCR bits [26:15] are architecturally mapped to AArch32 System register A.6.1 FPSCR, Floating-Point Status and Control Register on page 208 bits [26:15].

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

AArch64 register FPCR bits [12:8] are architecturally mapped to AArch32 System register A.6.1 FPSCR, Floating-Point Status and Control Register on page 208 bits [12:8].

## Attributes

### Width

64

### Functional group

Generic System Control

### Access type

See bit descriptions

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure B-19: AArch64_fpcr bit assignments**




**Table B-60: FPCR bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:27] | RES0 | Reserved | RES0 |
| [26] | AHP | Alternative half-precision control bit.<br>**0b0**<br>IEEE half-precision format selected.<br>**0b1**<br>Alternative half-precision format selected.<br>This bit is used only for conversions between half-precision floating-point and other floating-point formats.<br>The data-processing instructions added as part of the FEAT_FP16 extension always use the IEEE half-precision format, and ignore the value of this bit. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [25] | DN | Default NaN use for NaN propagation.<br>**0b0**<br>NaN operands propagate through to the output of a floating-point operation.<br>**0b1**<br>Any operation involving one or more NaNs returns the Default NaN.<br>This bit has no effect on the output of FABS, FMAX*, FMIN*, and FNEG instructions, and a default NaN is never returned as a result of these instructions.<br>The value of this bit controls both scalar and Advanced SIMD floating-point arithmetic. | x |
| [24] | FZ | Flushing denormalized numbers to zero control bit.<br>**0b0**<br>Flushing denormalized numbers to zero disabled.<br>**0b1**<br>Flushing denormalized numbers to zero enabled.<br>For more information, see *Flushing denormalized numbers to zero* in the *Arm® Architecture Reference Manual for A-profile architecture* and the pseudocode of the floating-point instructions. | x |
| [23:22] | RMode | Rounding Mode control field.<br>**0b00**<br>Round to Nearest (RN) mode.<br>**0b01**<br>Round towards Plus Infinity (RP) mode.<br>**0b10**<br>Round towards Minus Infinity (RM) mode.<br>**0b11**<br>Round towards Zero (RZ) mode.<br>The specified rounding mode is used by both scalar and Advanced SIMD floating-point instructions. | xx |
| [21:20] | **RES0** | Reserved | **RES0** |
| [19] | FZ16 | Flushing denormalized numbers to zero control bit on half-precision data-processing instructions.<br>**0b0**<br>For some instructions, this bit disables flushing to zero of inputs and outputs that are half-precision denormalized numbers.<br>**0b1**<br>Flushing denormalized numbers to zero enabled.<br>The value of this bit applies to both scalar and Advanced SIMD floating-point half-precision calculations.<br>For more information, see *Flushing denormalized numbers to zero* in the *Arm® Architecture Reference Manual for A-profile architecture* and the pseudocode of the floating-point instructions. | x |
| [18:0] | **RES0** | Reserved | **RES0** |

## Access

MRS <Xt>, FPCR

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b011 | 0b0100 | 0b0100 | 0b000 |

MSR FPCR, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b011 | 0b0100 | 0b0100 | 0b000 |

## Accessibility

MRS <Xt>, FPCR

```
if PSTATE.EL == EL0 then
    if !(EL2Enabled() && HCR_EL2.<E2H,TGE> == '11') && CPACR_EL1.FPEN != '11' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.SystemAccessTrap(EL2, 0x00);
        else
            AArch64.SystemAccessTrap(EL1, 0x07);
    elsif EL2Enabled() && HCR_EL2.<E2H,TGE> == '11' && CPTR_EL2.FPEN != '11' then
        AArch64.SystemAccessTrap(EL2, 0x07);
    elsif EL2Enabled() && HCR_EL2.E2H == '1' && CPTR_EL2.FPEN == 'x0' then
        AArch64.SystemAccessTrap(EL2, 0x07);
    elsif EL2Enabled() && HCR_EL2.E2H != '1' && CPTR_EL2.TFP == '1' then
        AArch64.SystemAccessTrap(EL2, 0x07);
    elsif CPTR_EL3.TFP == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x07);
    else
        X[t, 64] = FPCR;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.FPEN == 'x0' then
        AArch64.SystemAccessTrap(EL1, 0x07);
    elsif EL2Enabled() && HCR_EL2.E2H != '1' && CPTR_EL2.TFP == '1' then
        AArch64.SystemAccessTrap(EL2, 0x07);
    elsif EL2Enabled() && HCR_EL2.E2H == '1' && CPTR_EL2.FPEN == 'x0' then
        AArch64.SystemAccessTrap(EL2, 0x07);
    elsif CPTR_EL3.TFP == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x07);
    else
        X[t, 64] = FPCR;
elsif PSTATE.EL == EL2 then
    if HCR_EL2.E2H == '0' && CPTR_EL2.TFP == '1' then
        AArch64.SystemAccessTrap(EL2, 0x07);
    elsif HCR_EL2.E2H == '1' && CPTR_EL2.FPEN == 'x0' then
        AArch64.SystemAccessTrap(EL2, 0x07);
    elsif CPTR_EL3.TFP == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x07);
    else
        X[t, 64] = FPCR;
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TFP == '1' then
        AArch64.SystemAccessTrap(EL3, 0x07);
    else
        X[t, 64] = FPCR;
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

MSR FPCR, <Xt>

```
if PSTATE.EL == EL0 then
    if !(EL2Enabled() && HCR_EL2.<E2H,TGE> == '11') && CPACR_EL1.FPEN != '11' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.SystemAccessTrap(EL2, 0x00);
        else
            AArch64.SystemAccessTrap(EL1, 0x07);
    elsif EL2Enabled() && HCR_EL2.<E2H,TGE> == '11' && CPTR_EL2.FPEN != '11' then
        AArch64.SystemAccessTrap(EL2, 0x07);
    elsif EL2Enabled() && HCR_EL2.E2H == '1' && CPTR_EL2.FPEN == 'x0' then
        AArch64.SystemAccessTrap(EL2, 0x07);
    elsif EL2Enabled() && HCR_EL2.E2H != '1' && CPTR_EL2.TFP == '1' then
        AArch64.SystemAccessTrap(EL2, 0x07);
    elsif CPTR_EL3.TFP == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x07);
    else
        FPCR = X[t, 64];
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.FPEN == 'x0' then
        AArch64.SystemAccessTrap(EL1, 0x07);
    elsif EL2Enabled() && HCR_EL2.E2H != '1' && CPTR_EL2.TFP == '1' then
        AArch64.SystemAccessTrap(EL2, 0x07);
    elsif EL2Enabled() && HCR_EL2.E2H == '1' && CPTR_EL2.FPEN == 'x0' then
        AArch64.SystemAccessTrap(EL2, 0x07);
    elsif CPTR_EL3.TFP == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x07);
    else
        FPCR = X[t, 64];
elsif PSTATE.EL == EL2 then
    if HCR_EL2.E2H == '0' && CPTR_EL2.TFP == '1' then
        AArch64.SystemAccessTrap(EL2, 0x07);
    elsif HCR_EL2.E2H == '1' && CPTR_EL2.FPEN == 'x0' then
        AArch64.SystemAccessTrap(EL2, 0x07);
    elsif CPTR_EL3.TFP == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x07);
    else
        FPCR = X[t, 64];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TFP == '1' then
        AArch64.SystemAccessTrap(EL3, 0x07);
    else
        FPCR = X[t, 64];
```

## B.1.20 FPSR, Floating-point Status Register

Provides floating-point system status information.

### Configurations

AArch64 register FPSR bits [31:27] are architecturally mapped to AArch32 System register A.6.1 FPSCR, Floating-Point Status and Control Register on page 208 bits [31:27].

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

AArch64 register FPSR bits [7] are architecturally mapped to AArch32 System register A.6.1 FPSCR, Floating-Point Status and Control Register on page 208 bits [7].

AArch64 register FPSR bits [4:0] are architecturally mapped to AArch32 System register A.6.1 FPSCR, Floating-Point Status and Control Register on page 208 bits [4:0].

## Attributes

### Width

64

### Functional group

Generic System Control

### Access type

See bit descriptions

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure B-20: AArch64_fpsr bit assignments**




**Table B-63: FPSR bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | RES0 | Reserved | RES0 |
| [31] | N | Negative condition flag for AArch32 floating-point comparison operations.<br><br>**Note:**<br>AArch64 floating-point comparisons set the PSTATE.N flag instead. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [30] | Z | Zero condition flag for AArch32 floating-point comparison operations.<br><br>**Note:**<br>AArch64 floating-point comparisons set the PSTATE.Z flag instead. | x |
| [29] | C | Carry condition flag for AArch32 floating-point comparison operations.<br><br>**Note:**<br>AArch64 floating-point comparisons set the PSTATE.C flag instead. | x |
| [28] | V | Overflow condition flag for AArch32 floating-point comparison operations.<br><br>**Note:**<br>AArch64 floating-point comparisons set the PSTATE.V flag instead. | x |
| [27] | QC | Cumulative saturation bit, Advanced SIMD only. This bit is set to 1 to indicate that an Advanced SIMD integer operation has saturated since 0 was last written to this bit. | x |
| [26:8] | **RES0** | Reserved | **RES0** |
| [7] | IDC | Input Denormal cumulative floating-point exception bit. This bit is set to 1 to indicate that the Input Denormal floating-point exception has occurred since 0 was last written to this bit.<br><br>How scalar and Advanced SIMD floating-point instructions update this bit depends on the value of the AArch64-FPCR.IDE bit. This bit is set to 1 to indicate a floating-point exception only if AArch64-FPCR.IDE is 0. | x |
| [6:5] | **RES0** | Reserved | **RES0** |
| [4] | IXC | Inexact cumulative floating-point exception bit. This bit is set to 1 to indicate that the Inexact floating-point exception has occurred since 0 was last written to this bit.<br><br>How scalar and Advanced SIMD floating-point instructions update this bit depends on the value of the AArch64-FPCR.IXE bit. This bit is set to 1 to indicate a floating-point exception only if AArch64-FPCR.IXE is 0.<br><br>The criteria for the Inexact floating-point exception to occur are affected by whether denormalized numbers are flushed to zero and by the value of the AArch64-FPCR.AH bit. For more information, see *Floating-point exceptions and exception traps* in the *Arm® Architecture Reference Manual for A-profile architecture*. | x |
| [3] | UFC | Underflow cumulative floating-point exception bit. This bit is set to 1 to indicate that the Underflow floating-point exception has occurred since 0 was last written to this bit.<br><br>How scalar and Advanced SIMD floating-point instructions update this bit depends on the value of the AArch64-FPCR.UFE bit. This bit is set to 1 to indicate a floating-point exception only if AArch64-FPCR.UFE is 0 or if flushing denormalized numbers to zero is enabled.<br><br>The criteria for the Underflow floating-point exception to occur are affected by whether denormalized numbers are flushed to zero and by the value of the AArch64-FPCR.AH bit. For more information, see *Floating-point exceptions and exception traps* in the *Arm® Architecture Reference Manual for A-profile architecture*. | x |
| [2] | OFC | Overflow cumulative floating-point exception bit. This bit is set to 1 to indicate that the Overflow floating-point exception has occurred since 0 was last written to this bit.<br><br>How scalar and Advanced SIMD floating-point instructions update this bit depends on the value of the AArch64-FPCR.OFE bit. This bit is set to 1 to indicate a floating-point exception only if AArch64-FPCR.OFE is 0. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [1] | DZC | Divide by Zero cumulative floating-point exception bit. This bit is set to 1 to indicate that the Divide by Zero floating-point exception has occurred since 0 was last written to this bit.<br><br>How scalar and Advanced SIMD floating-point instructions update this bit depends on the value of the AArch64-FPCR.DZE bit. This bit is set to 1 to indicate a floating-point exception only if AArch64-FPCR.DZE is 0. | x |
| [0] | IOC | Invalid Operation cumulative floating-point exception bit. This bit is set to 1 to indicate that the Invalid Operation floating-point exception has occurred since 0 was last written to this bit.<br><br>How scalar and Advanced SIMD floating-point instructions update this bit depends on the value of the AArch64-FPCR.IOE bit. This bit is set to 1 to indicate a floating-point exception only if AArch64-FPCR.IOE is 0.<br><br>The criteria for the Invalid Operation floating-point exception to occur are affected by the value of the AArch64-FPCR.AH bit. For more information, see *Floating-point exceptions and exception traps* in the *Arm® Architecture Reference Manual for A-profile architecture*. | x |

## Access

MRS <Xt>, FPSR

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b011 | 0b0100 | 0b0100 | 0b001 |

MSR FPSR, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b011 | 0b0100 | 0b0100 | 0b001 |

## Accessibility

MRS <Xt>, FPSR

```
if PSTATE.EL == EL0 then
    if !(EL2Enabled() && HCR_EL2.<E2H,TGE> == '11') && CPACR_EL1.FPEN != '11' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.SystemAccessTrap(EL2, 0x00);
        else
            AArch64.SystemAccessTrap(EL1, 0x07);
    elsif EL2Enabled() && HCR_EL2.<E2H,TGE> == '11' && CPTR_EL2.FPEN != '11' then
        AArch64.SystemAccessTrap(EL2, 0x07);
    elsif EL2Enabled() && HCR_EL2.E2H == '1' && CPTR_EL2.FPEN == 'x0' then
        AArch64.SystemAccessTrap(EL2, 0x07);
    elsif EL2Enabled() && HCR_EL2.E2H != '1' && CPTR_EL2.TFP == '1' then
        AArch64.SystemAccessTrap(EL2, 0x07);
    elsif CPTR_EL3.TFP == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x07);
    else
        X[t, 64] = FPSR;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.FPEN == 'x0' then
        AArch64.SystemAccessTrap(EL1, 0x07);
    elsif EL2Enabled() && HCR_EL2.E2H != '1' && CPTR_EL2.TFP == '1' then
        AArch64.SystemAccessTrap(EL2, 0x07);
    elsif EL2Enabled() && HCR_EL2.E2H == '1' && CPTR_EL2.FPEN == 'x0' then
        AArch64.SystemAccessTrap(EL2, 0x07);
    elsif CPTR_EL3.TFP == '1' then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x07);
    else
        X[t, 64] = FPSR;
elsif PSTATE.EL == EL2 then
    if HCR_EL2.E2H == '0' && CPTR_EL2.TFP == '1' then
        AArch64.SystemAccessTrap(EL2, 0x07);
    elsif HCR_EL2.E2H == '1' && CPTR_EL2.FPEN == 'x0' then
        AArch64.SystemAccessTrap(EL2, 0x07);
    elsif CPTR_EL3.TFP == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x07);
    else
        X[t, 64] = FPSR;
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TFP == '1' then
        AArch64.SystemAccessTrap(EL3, 0x07);
    else
        X[t, 64] = FPSR;
```

MSR FPSR, <Xt>

```
if PSTATE.EL == EL0 then
    if !(EL2Enabled() && HCR_EL2.<E2H,TGE> == '11') && CPACR_EL1.FPEN != '11' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.SystemAccessTrap(EL2, 0x00);
        else
            AArch64.SystemAccessTrap(EL1, 0x07);
    elsif EL2Enabled() && HCR_EL2.<E2H,TGE> == '11' && CPTR_EL2.FPEN != '11' then
        AArch64.SystemAccessTrap(EL2, 0x07);
    elsif EL2Enabled() && HCR_EL2.E2H == '1' && CPTR_EL2.FPEN == 'x0' then
        AArch64.SystemAccessTrap(EL2, 0x07);
    elsif EL2Enabled() && HCR_EL2.E2H != '1' && CPTR_EL2.TFP == '1' then
        AArch64.SystemAccessTrap(EL2, 0x07);
    elsif CPTR_EL3.TFP == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x07);
    else
        FPSR = X[t, 64];
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.FPEN == 'x0' then
        AArch64.SystemAccessTrap(EL1, 0x07);
    elsif EL2Enabled() && HCR_EL2.E2H != '1' && CPTR_EL2.TFP == '1' then
        AArch64.SystemAccessTrap(EL2, 0x07);
    elsif EL2Enabled() && HCR_EL2.E2H == '1' && CPTR_EL2.FPEN == 'x0' then
        AArch64.SystemAccessTrap(EL2, 0x07);
    elsif CPTR_EL3.TFP == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x07);
    else
        FPSR = X[t, 64];
elsif PSTATE.EL == EL2 then
    if HCR_EL2.E2H == '0' && CPTR_EL2.TFP == '1' then
        AArch64.SystemAccessTrap(EL2, 0x07);
    elsif HCR_EL2.E2H == '1' && CPTR_EL2.FPEN == 'x0' then
        AArch64.SystemAccessTrap(EL2, 0x07);
    elsif CPTR_EL3.TFP == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
            AArch64.SystemAccessTrap(EL3, 0x07);
    else
        FPSR = X[t, 64];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TFP == '1' then
        AArch64.SystemAccessTrap(EL3, 0x07);
    else
        FPSR = X[t, 64];
```

## B.1.21 ACTLR_EL2, Auxiliary Control Register (EL2)

Provides **IMPLEMENTATION DEFINED** configuration and control options for EL2.

Note

Arm recommends the contents of this register are updated to apply to EL0 when AArch64-HCR_EL2.{E2H, TGE} is {1, 1}, gaining configuration and control fields from the AArch64-ACTLR_EL1. This avoids the need for software to manage the contents of these register when switching between a Guest OS and a Host OS.

### Configurations

If EL2 is not implemented, this register is RES0 from EL3.

This register has no effect if EL2 is not enabled in the current Security state.

### Attributes

**Width**

64

**Functional group**

Generic System Control

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxx0 00x0 0xxx xx00

Note

Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure B-21: AArch64_actlr_el2 bit assignments




**Table B-66: ACTLR_EL2 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:13] | **RES0** | Reserved | **RES0** |
| [12] | CLUSTERPMUEN | Performance Management Registers enable. The possible values are:<br>**0b0**<br>CLUSTERPM* registers are not write-accessible from EL1. This is the reset value.<br>**0b1**<br>CLUSTERPM* registers are write-accessible from EL1 if they are write-accessible from EL2. | 0b0 |
| [11] | SMEN | Scheme Management Registers enable. The possible values are:<br>**0b0**<br>Registers CLUSTERACPSID, CLUSTERSTASHSID, CLUSTERPARTCR, CLUSTERBUSQOS, and CLUSTERTHREADSIDOVR are not write-accessible EL1. This is the reset value.<br>**0b1**<br>Registers CLUSTERACPSID, CLUSTERSTASHSID, CLUSTERPARTCR, CLUSTERBUSQOS, and CLUSTERTHREADSIDOVR are write-accessible EL1 if they are write-accessible from EL2. | 0b0 |
| [10] | TSIDEN | Thread Scheme ID Register enable. The possible values are:<br>**0b0**<br>Register CLUSTERTHREADSID is not write-accessible from EL1. This is the reset value.<br>**0b1**<br>Register CLUSTERTHREADSID is write-accessible from EL1 if they are write-accessible from EL2 | 0b0 |
| [9] | **RES0** | Reserved | **RES0** |
| [8] | Reserved | Reserved<br>**0b0**<br>Reserved<br>**0b1**<br>Reserved | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [7] | PWREN | Power Control Registers enable. The possible values are:<br>**0b0**<br>Registers CPUPWRCTLR, CLUSTERPWRCTLR, CLUSTERPWRDN, CLUSTERPWRSTAT, CLUSTERL3HIT and CLUSTERL3MISS are not write accessible from EL1. This is the reset value.<br>**0b1**<br>Registers CPUPWRCTLR, CLUSTERPWRCTLR, CLUSTERPWRDN, CLUSTERPWRSTAT, CLUSTERL3HIT and CLUSTERL3MISS are write-accessible from EL1 if they are write-accessible from EL2 | 0b0 |
| [6:2] | RES0 | Reserved | RES0 |
| [1] | ECTLREN | Extended Control Registers enable. The possible values are:<br>**0b0**<br>CPUECTLR*_EL1 and CLUSTERECTLR_EL1 are not write-accessible from EL1. This is the reset value.<br>**0b1**<br>CPUECTLR*_EL1 and CLUSTERECTLR_EL1 are write-accessible from EL1 if they are write-accessible from EL2. | 0b0 |
| [0] | ACTLREN | Auxiliary Control Registers enable. The possible values are:<br>**0b0**<br>CPUACTLR*_EL1 and CLUSTERACTLR are not write-accessible from EL1. This is the reset value.<br>**0b1**<br>CPUACTLR*_EL1 and CLUSTERACTLR are write-accessible from EL1 if they are write-accessible from EL2 | 0b0 |

## Access

MRS <Xt>, ACTLR_EL2

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b100 | 0b0001 | 0b0000 | 0b001 |

MSR ACTLR_EL2, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b100 | 0b0001 | 0b0000 | 0b001 |

## Accessibility

MRS <Xt>, ACTLR_EL2

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.NV == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        UNDEFINED;
elsif PSTATE.EL == EL2 then
    X[t, 64] = ACTLR_EL2;
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
elsif PSTATE.EL == EL3 then
    X[t, 64] = ACTLR_EL2;
```

MSR ACTLR_EL2, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.NV == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        UNDEFINED;
elsif PSTATE.EL == EL2 then
    ACTLR_EL2 = X[t, 64];
elsif PSTATE.EL == EL3 then
    ACTLR_EL2 = X[t, 64];
```

## B.1.22 HACR_EL2, Hypervisor Auxiliary Control Register

Controls trapping to EL2 of **IMPLEMENTATION DEFINED** aspects of EL1 or EL0 operation.

Note

Arm recommends that the values in this register do not cause unnecessary traps to EL2 when AArch64-HCR_EL2.{E2H, TGE} == {1, 1}.

### Configurations

If EL2 is not implemented, this register is RES0 from EL3.

This register has no effect if EL2 is not enabled in the current Security state.

### Attributes

**Width**

64

**Functional group**

Generic System Control

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

**Figure B-22: AArch64_hacr_el2 bit assignments**




**Table B-69: HACR_EL2 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | **RES0** | Reserved | **RES0** |

## Access

MRS <Xt>, HACR_EL2

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b100 | 0b0001 | 0b0001 | 0b111 |

MSR HACR_EL2, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b100 | 0b0001 | 0b0001 | 0b111 |

## Accessibility

MRS <Xt>, HACR_EL2

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.NV == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        UNDEFINED;
elsif PSTATE.EL == EL2 then
    X[t, 64] = HACR_EL2;
elsif PSTATE.EL == EL3 then
    X[t, 64] = HACR_EL2;
```

MSR HACR_EL2, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.NV == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        UNDEFINED;
elsif PSTATE.EL == EL2 then
    HACR_EL2 = X[t, 64];
elsif PSTATE.EL == EL3 then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    HACR_EL2 = X[t, 64];
```

## B.1.23 AFSR0_EL2, Auxiliary Fault Status Register 0 (EL2)

Provides additional **IMPLEMENTATION DEFINED** fault status information for exceptions taken to EL2.

### Configurations

If EL2 is not implemented, this register is RES0 from EL3.

This register has no effect if EL2 is not enabled in the current Security state.

### Attributes

**Width**

64

**Functional group**

Generic System Control

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note: Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-23: AArch64_afsr0_el2 bit assignments**




**Table B-72: AFSR0_EL2 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | RES0 | Reserved | RES0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Access

When AArch64-HCR_EL2.E2H is 1, without explicit synchronization, access from EL2 using the mnemonic AFSR0_EL2 or AFSR0_EL1 are not guaranteed to be ordered with respect to accesses using the other mnemonic.

MRS <Xt>, AFSR0_EL2

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b100 | 0b0101 | 0b0001 | 0b000 |

MSR AFSR0_EL2, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b100 | 0b0101 | 0b0001 | 0b000 |

MRS <Xt>, AFSR0_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0101 | 0b0001 | 0b000 |

MSR AFSR0_EL1, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0101 | 0b0001 | 0b000 |

## Accessibility

When AArch64-HCR_EL2.E2H is 1, without explicit synchronization, access from EL2 using the mnemonic AFSR0_EL2 or AFSR0_EL1 are not guaranteed to be ordered with respect to accesses using the other mnemonic.
MRS <Xt>, AFSR0_EL2

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.NV == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        UNDEFINED;
elsif PSTATE.EL == EL2 then
    X[t, 64] = AFSR0_EL2;
elsif PSTATE.EL == EL3 then
    X[t, 64] = AFSR0_EL2;
```

MSR AFSR0_EL2, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.NV == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        UNDEFINED;
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
elsif PSTATE.EL == EL2 then
    AFSR0_EL2 = X[t, 64];
elsif PSTATE.EL == EL3 then
    AFSR0_EL2 = X[t, 64];
```

MRS <Xt>, AFSR0_EL1

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TRVM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && HCR_EL2.<NV2,NV1,NV> == '111' then
        X[t, 64] = NVMem[0x128];
    else
        X[t, 64] = AFSR0_EL1;
elsif PSTATE.EL == EL2 then
    if HCR_EL2.E2H == '1' then
        X[t, 64] = AFSR0_EL2;
    else
        X[t, 64] = AFSR0_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = AFSR0_EL1;
```

MSR AFSR0_EL1, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TVM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && HCR_EL2.<NV2,NV1,NV> == '111' then
        NVMem[0x128] = X[t, 64];
    else
        AFSR0_EL1 = X[t, 64];
elsif PSTATE.EL == EL2 then
    if HCR_EL2.E2H == '1' then
        AFSR0_EL2 = X[t, 64];
    else
        AFSR0_EL1 = X[t, 64];
elsif PSTATE.EL == EL3 then
    AFSR0_EL1 = X[t, 64];
```

## B.1.24 AFSR1_EL2, Auxiliary Fault Status Register 1 (EL2)

Provides additional **IMPLEMENTATION DEFINED** fault status information for exceptions taken to EL2.

### Configurations

If EL2 is not implemented, this register is RES0 from EL3.

This register has no effect if EL2 is not enabled in the current Security state.

### Attributes

#### Width

64

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Functional group

Generic System Control

### Access type

See bit descriptions

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure B-24: AArch64_afsr1_el2 bit assignments**




**Table B-77: AFSR1_EL2 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | **RES0** | Reserved | **RES0** |

## Access

When AArch64-HCR_EL2.E2H is 1, without explicit synchronization, access from EL2 using the mnemonic AFSR1_EL2 or AFSR1_EL1 are not guaranteed to be ordered with respect to accesses using the other mnemonic.

MRS <Xt>, AFSR1_EL2

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b100 | 0b0101 | 0b0001 | 0b001 |

MSR AFSR1_EL2, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b100 | 0b0101 | 0b0001 | 0b001 |

MRS <Xt>, AFSR1_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0101 | 0b0001 | 0b001 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

MSR AFSR1_EL1, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0101 | 0b0001 | 0b001 |

## Accessibility

When AArch64-HCR_EL2.E2H is 1, without explicit synchronization, access from EL2 using the mnemonic AFSR1_EL2 or AFSR1_EL1 are not guaranteed to be ordered with respect to accesses using the other mnemonic.

MRS <Xt>, AFSR1_EL2

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.NV == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        UNDEFINED;
elsif PSTATE.EL == EL2 then
    X[t, 64] = AFSR1_EL2;
elsif PSTATE.EL == EL3 then
    X[t, 64] = AFSR1_EL2;
```

MSR AFSR1_EL2, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.NV == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        UNDEFINED;
elsif PSTATE.EL == EL2 then
    AFSR1_EL2 = X[t, 64];
elsif PSTATE.EL == EL3 then
    AFSR1_EL2 = X[t, 64];
```

MRS <Xt>, AFSR1_EL1

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TRVM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && HCR_EL2.<NV2,NV1,NV> == '111' then
        X[t, 64] = NVMem[0x130];
    else
        X[t, 64] = AFSR1_EL1;
elsif PSTATE.EL == EL2 then
    if HCR_EL2.E2H == '1' then
        X[t, 64] = AFSR1_EL2;
    else
        X[t, 64] = AFSR1_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = AFSR1_EL1;
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

MSR AFSR1_EL1, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TVM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && HCR_EL2.<NV2,NV1,NV> == '111' then
        NVMem[0x130] = X[t, 64];
    else
        AFSR1_EL1 = X[t, 64];
elsif PSTATE.EL == EL2 then
    if HCR_EL2.E2H == '1' then
        AFSR1_EL2 = X[t, 64];
    else
        AFSR1_EL1 = X[t, 64];
elsif PSTATE.EL == EL3 then
    AFSR1_EL1 = X[t, 64];
```

## B.1.25 AMAIR_EL2, Auxiliary Memory Attribute Indirection Register (EL2)

Provides **IMPLEMENTATION DEFINED** memory attributes for the memory regions specified by AArch64-MAIR_EL2.

### Configurations

If EL2 is not implemented, this register is RES0 from EL3.

This register has no effect if EL2 is not enabled in the current Security state.

### Attributes

**Width**

64

**Functional group**

Generic System Control

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

---

Note

Where the reset reads xxxx, see individual bits

---

### Bit descriptions

AMAIR_EL2 is permitted to be cached in a TLB.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure B-25: AArch64_amair_el2 bit assignments**




**Table B-82: AMAIR_EL2 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | **RES0** | Reserved | **RES0** |

## Access

When AArch64-HCR_EL2.E2H is 1, without explicit synchronization, access from EL2 using the mnemonic AMAIR_EL2 or AMAIR_EL1 are not guaranteed to be ordered with respect to accesses using the other mnemonic.

MRS <Xt>, AMAIR_EL2

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b100 | 0b1010 | 0b0011 | 0b000 |

MSR AMAIR_EL2, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b100 | 0b1010 | 0b0011 | 0b000 |

MRS <Xt>, AMAIR_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b1010 | 0b0011 | 0b000 |

MSR AMAIR_EL1, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b1010 | 0b0011 | 0b000 |

## Accessibility

When AArch64-HCR_EL2.E2H is 1, without explicit synchronization, access from EL2 using the mnemonic AMAIR_EL2 or AMAIR_EL1 are not guaranteed to be ordered with respect to accesses using the other mnemonic.
MRS <Xt>, AMAIR_EL2

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.NV == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    else
        UNDEFINED;
elsif PSTATE.EL == EL2 then
    X[t, 64] = AMAIR_EL2;
elsif PSTATE.EL == EL3 then
    X[t, 64] = AMAIR_EL2;
```

MSR AMAIR_EL2, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.NV == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        UNDEFINED;
elsif PSTATE.EL == EL2 then
    AMAIR_EL2 = X[t, 64];
elsif PSTATE.EL == EL3 then
    AMAIR_EL2 = X[t, 64];
```

MRS <Xt>, AMAIR_EL1

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TRVM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && HCR_EL2.<NV2,NV1,NV> == '111' then
        X[t, 64] = NVMem[0x148];
    else
        X[t, 64] = AMAIR_EL1;
elsif PSTATE.EL == EL2 then
    if HCR_EL2.E2H == '1' then
        X[t, 64] = AMAIR_EL2;
    else
        X[t, 64] = AMAIR_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = AMAIR_EL1;
```

MSR AMAIR_EL1, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TVM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && HCR_EL2.<NV2,NV1,NV> == '111' then
        NVMem[0x148] = X[t, 64];
    else
        AMAIR_EL1 = X[t, 64];
elsif PSTATE.EL == EL2 then
    if HCR_EL2.E2H == '1' then
        AMAIR_EL2 = X[t, 64];
    else
        AMAIR_EL1 = X[t, 64];
elsif PSTATE.EL == EL3 then
    AMAIR_EL1 = X[t, 64];
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## B.1.26 IMP_ATCR_EL2, CPU Auxiliary Translation Control Register (EL2)

This register contains control bits that affect the CPU behavior.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Generic System Control

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx 0000 0000 0000 0000

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-26: AArch64_imp_atcr_el2 bit assignments**




**Table B-87: IMP_ATCR_EL2 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:16] | RES0 | Reserved | RES0 |
| [15] | HWVAL162 | Value of PBHA[3] on memory accesses due to page table walks using TTBR1_EL2 if HWEN162 is set. | 0b0 |
| [14] | HWVAL161 | Value of PBHA[2] on memory accesses due to page table walks using TTBR1_EL2 if HWEN161 is set. | 0b0 |
| [13] | HWVAL160 | Value of PBHA[1] on memory accesses due to page table walks using TTBR1_EL2 if HWEN160 is set. | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [12] | HWVAL159 | Value of PBHA[0] on memory accesses due to page table walks using TTBR1_EL2 if HWEN159 is set. | 0b0 |
| [11] | HWVAL062 | Value of PBHA[3] on memory accesses due to page table walks using TTBR0_EL2 if HWEN062 is set. | 0b0 |
| [10] | HWVAL061 | Value of PBHA[2] on memory accesses due to page table walks using TTBR0_EL2 if HWEN061 is set. | 0b0 |
| [9] | HWVAL060 | Value of PBHA[1] on memory accesses due to page table walks using TTBR0_EL2 if HWEN060 is set. | 0b0 |
| [8] | HWVAL059 | Value of PBHA[0] on memory accesses due to page table walks using TTBR0_EL2 if HWEN059 is set. | 0b0 |
| [7] | HWEN162 | Enable use of PBHA[3] on memory accesses due to page table walks using TTBR1_EL2. If this bit is clear, PBHA[3] will be 0 on page table walks. | 0b0 |
| [6] | HWEN161 | Enable use of PBHA[2] on memory accesses due to page table walks using TTBR1_EL2. If this bit is clear, PBHA[2] will be 0 on page table walks. | 0b0 |
| [5] | HWEN160 | Enable use of PBHA[1] on memory accesses due to page table walks using TTBR1_EL2. If this bit is clear, PBHA[1] will be 0 on page table walks. | 0b0 |
| [4] | HWEN159 | Enable use of PBHA[0] on memory accesses due to page table walks using TTBR1_EL2. If this bit is clear, PBHA[0] will be 0 on page table walks. | 0b0 |
| [3] | HWEN062 | Enable use of PBHA[3] on memory accesses due to page table walks using TTBR0_EL2. If this bit is clear, PBHA[3] will be 0 on page table walks. | 0b0 |
| [2] | HWEN061 | Enable use of PBHA[2] on memory accesses due to page table walks using TTBR0_EL2. If this bit is clear, PBHA[2] will be 0 on page table walks. | 0b0 |
| [1] | HWEN060 | Enable use of PBHA[1] on memory accesses due to page table walks using TTBR0_EL2. If this bit is clear, PBHA[1] will be 0 on page table walks. | 0b0 |
| [0] | HWEN059 | Enable use of PBHA[0] on memory accesses due to page table walks using TTBR0_EL2. If this bit is clear, PBHA[0] will be 0 on page table walks. | 0b0 |

## Access

MRS <Xt>, S3_4_C15_C7_0

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b100 | 0b1111 | 0b0111 | 0b000 |

MSR S3_4_C15_C7_0, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b100 | 0b1111 | 0b0111 | 0b000 |

## Accessibility

MRS <Xt>, S3_4_C15_C7_0

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.NV == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        UNDEFINED;
elsif PSTATE.EL == EL2 then
    X[t, 64] = IMP_ATCR_EL2;
elsif PSTATE.EL == EL3 then
    X[t, 64] = IMP_ATCR_EL2;
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

MSR S3_4_C15_C7_0, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.NV == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        UNDEFINED;
elsif PSTATE.EL == EL2 then
    IMP_ATCR_EL2 = X[t, 64];
elsif PSTATE.EL == EL3 then
    IMP_ATCR_EL2 = X[t, 64];
```

## B.1.27 IMP_AVTCR_EL2, CPU Virtualization Auxiliary Translation Control Register (EL2)

This register contains control bits that affect the CPU behavior.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Generic System Control

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx 0000 0000 0000 0000

Note

Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure B-27: AArch64_imp_avtcr_el2 bit assignments




### Table B-90: IMP_AVTCR_EL2 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:16] | **RES0** | Reserved | **RES0** |
| [15] | HWVAL162 | Value of PBHA[3] on memory accesses due to page table walks using VSTTBR_EL2 if HWEN162 is set. | `0b0` |
| [14] | HWVAL161 | Value of PBHA[2] on memory accesses due to page table walks using VSTTBR_EL2 if HWEN161 is set. | `0b0` |
| [13] | HWVAL160 | Value of PBHA[1] on memory accesses due to page table walks using VSTTBR_EL2 if HWEN160 is set. | `0b0` |
| [12] | HWVAL159 | Value of PBHA[0] on memory accesses due to page table walks using VSTTBR_EL2 if HWEN159 is set. | `0b0` |
| [11] | HWVAL062 | Value of PBHA[3] on memory accesses due to page table walks using TTBR0_EL2 if HWEN062 is set. | `0b0` |
| [10] | HWVAL061 | Value of PBHA[2] on memory accesses due to page table walks using TTBR0_EL2 if HWEN061 is set. | `0b0` |
| [9] | HWVAL060 | Value of PBHA[1] on memory accesses due to page table walks using TTBR0_EL2 if HWEN060 is set. | `0b0` |
| [8] | HWVAL059 | Value of PBHA[0] on memory accesses due to page table walks using TTBR0_EL2 if HWEN059 is set. | `0b0` |
| [7] | HWEN162 | Enable use of PBHA[3] on memory accesses due to page table walks using VSTTBR_EL2. If this bit is clear, PBHA[3] will be 0 on page table walks. | `0b0` |
| [6] | HWEN161 | Enable use of PBHA[2] on memory accesses due to page table walks using VSTTBR_EL2. If this bit is clear, PBHA[2] will be 0 on page table walks. | `0b0` |
| [5] | HWEN160 | Enable use of PBHA[1] on memory accesses due to page table walks using VSTTBR_EL2. If this bit is clear, PBHA[1] will be 0 on page table walks. | `0b0` |
| [4] | HWEN159 | Enable use of PBHA[0] on memory accesses due to page table walks using VSTTBR_EL2. If this bit is clear, PBHA[0] will be 0 on page table walks. | `0b0` |
| [3] | HWEN062 | Enable use of PBHA[3] on memory accesses due to page table walks using TTBR0_EL2. If this bit is clear, PBHA[3] will be 0 on page table walks. | `0b0` |
| [2] | HWEN061 | Enable use of PBHA[2] on memory accesses due to page table walks using TTBR0_EL2. If this bit is clear, PBHA[2] will be 0 on page table walks. | `0b0` |
| [1] | HWEN060 | Enable use of PBHA[1] on memory accesses due to page table walks using TTBR0_EL2. If this bit is clear, PBHA[1] will be 0 on page table walks. | `0b0` |
| [0] | HWEN059 | Enable use of PBHA[0] on memory accesses due to page table walks using TTBR0_EL2. If this bit is clear, PBHA[0] will be 0 on page table walks. | `0b0` |

## Access

MRS <Xt>, S3_4_C15_C7_1

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b100 | 0b1111 | 0b0111 | 0b001 |

MSR S3_4_C15_C7_1, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b100 | 0b1111 | 0b0111 | 0b001 |

### Accessibility

MRS <Xt>, S3_4_C15_C7_1

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.NV == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        UNDEFINED;
elsif PSTATE.EL == EL2 then
    X[t, 64] = IMP_AVTCR_EL2;
elsif PSTATE.EL == EL3 then
    X[t, 64] = IMP_AVTCR_EL2;
```

MSR S3_4_C15_C7_1, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.NV == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        UNDEFINED;
elsif PSTATE.EL == EL2 then
    IMP_AVTCR_EL2 = X[t, 64];
elsif PSTATE.EL == EL3 then
    IMP_AVTCR_EL2 = X[t, 64];
```

## B.1.28 ACTLR_EL3, Auxiliary Control Register (EL3)

Provides **IMPLEMENTATION DEFINED** configuration and control options for EL3.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Generic System Control

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Access type

See bit descriptions

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxx0 00x0 0xxx xx00

---

Note

Where the reset reads xxxx, see individual bits

---

## Bit descriptions

**Figure B-28: AArch64_actlr_el3 bit assignments**




**Table B-93: ACTLR_EL3 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:13] | RES0 | Reserved | RES0 |
| [12] | CLUSTERPMUEN | Performance Management Registers enable. The possible values are:<br>**0b0**<br>CLUSTERPM* registers are not write-accessible from EL2 and EL1. This is the reset value.<br>**0b1**<br>CLUSTERPM* registers are write-accessible from EL2 and EL1 if they are write-accessible from EL2. | 0b0 |
| [11] | SMEN | Scheme Management Registers enable. The possible values are:<br>**0b0**<br>Registers CLUSTERACPSID, CLUSTERSTASHSID, CLUSTERPARTCR, CLUSTERBUSQOS, and CLUSTERTHREADSIDOVR are not write-accessible EL2 and EL1. This is the reset value.<br>**0b1**<br>Registers CLUSTERACPSID, CLUSTERSTASHSID, CLUSTERPARTCR, CLUSTERBUSQOS, and CLUSTERTHREADSIDOVR are write-accessible EL2 and EL1 if they are write-accessible from EL2. | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
| --- | --- | --- | --- |
| [10] | TSIDEN | Thread Scheme ID Register enable. The possible values are:<br>**0b0**<br>Register CLUSTERTHREADSID is not write-accessible from EL2 and EL1. This is the reset value.<br>**0b1**<br>Register CLUSTERTHREADSID is write-accessible from EL2 and EL1 if they are write-accessible from EL2 | 0b0 |
| [9] | **RES0** | Reserved | **RES0** |
| [8] | Reserved | Reserved<br>**0b0**<br>Reserved<br>**0b1**<br>Reserved | 0b0 |
| [7] | PWREN | Power Control Registers enable. The possible values are:<br>**0b0**<br>Registers CPUPWRCTLR, CLUSTERPWRCTLR, CLUSTERPWRDN, CLUSTERPWRSTAT, CLUSTERL3HIT and CLUSTERL3MISS are not write accessible from EL2 and EL1. This is the reset value.<br>**0b1**<br>Registers CPUPWRCTLR, CLUSTERPWRCTLR, CLUSTERPWRDN, CLUSTERPWRSTAT, CLUSTERL3HIT and CLUSTERL3MISS are write-accessible from EL2 and EL1 if they are write-accessible from EL2 | 0b0 |
| [6:2] | **RES0** | Reserved | **RES0** |
| [1] | ECTLREN | Extended Control Registers enable. The possible values are:<br>**0b0**<br>CPUECTLR*_EL2 and EL1 and CLUSTERECTLR_EL2 and EL1 are not write-accessible from EL2 and EL1. This is the reset value.<br>**0b1**<br>CPUECTLR*_EL2 and EL1 and CLUSTERECTLR_EL2 and EL1 are write-accessible from EL2 and EL1 if they are write-accessible from EL2. | 0b0 |
| [0] | ACTLREN | Auxiliary Control Registers enable. The possible values are:<br>**0b0**<br>CPUACTLR*_EL2 and EL1 and CLUSTERACTLR are not write-accessible from EL2 and EL1. This is the reset value.<br>**0b1**<br>CPUACTLR*_EL2 and EL1 and CLUSTERACTLR are write-accessible from EL2 and EL1 if they are write-accessible from EL2 | 0b0 |

## Access

MRS <Xt>, ACTLR_EL3

| op0 | op1 | CRn | CRm | op2 |
| --- | --- | --- | --- | --- |
| 0b11 | 0b110 | 0b0001 | 0b0000 | 0b001 |

MSR ACTLR_EL3, <Xt>

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b110 | 0b0001 | 0b0000 | 0b001 |

### Accessibility

MRS <Xt>, ACTLR_EL3

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    UNDEFINED;
elsif PSTATE.EL == EL2 then
    UNDEFINED;
elsif PSTATE.EL == EL3 then
    X[t, 64] = ACTLR_EL3;
```

MSR ACTLR_EL3, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    UNDEFINED;
elsif PSTATE.EL == EL2 then
    UNDEFINED;
elsif PSTATE.EL == EL3 then
    ACTLR_EL3 = X[t, 64];
```

## B.1.29 AFSR0_EL3, Auxiliary Fault Status Register 0 (EL3)

Provides additional **IMPLEMENTATION DEFINED** fault status information for exceptions taken to EL3.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Generic System Control

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Note: Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure B-29: AArch64_afsr0_el3 bit assignments**




**Table B-96: AFSR0_EL3 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | **RES0** | Reserved | **RES0** |

## Access

MRS <Xt>, AFSR0_EL3

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b110 | 0b0101 | 0b0001 | 0b000 |

MSR AFSR0_EL3, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b110 | 0b0101 | 0b0001 | 0b000 |

## Accessibility

MRS <Xt>, AFSR0_EL3

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    UNDEFINED;
elsif PSTATE.EL == EL2 then
    UNDEFINED;
elsif PSTATE.EL == EL3 then
    X[t, 64] = AFSR0_EL3;
```

MSR AFSR0_EL3, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    UNDEFINED;
elsif PSTATE.EL == EL2 then
    UNDEFINED;
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
elsif PSTATE.EL == EL3 then
    AFSR0_EL3 = X[t, 64];
```

## B.1.30 AFSR1_EL3, Auxiliary Fault Status Register 1 (EL3)

Provides additional **IMPLEMENTATION DEFINED** fault status information for exceptions taken to EL3.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Generic System Control

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

---

Note

Where the reset reads xxxx, see individual bits

---

### Bit descriptions

**Figure B-30: AArch64_afsr1_el3 bit assignments**




**Table B-99: AFSR1_EL3 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | RES0 | Reserved | RES0 |

### Access

MRS <Xt>, AFSR1_EL3

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b110 | 0b0101 | 0b0001 | 0b001 |

MSR AFSR1_EL3, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b110 | 0b0101 | 0b0001 | 0b001 |

### Accessibility

MRS <Xt>, AFSR1_EL3

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    UNDEFINED;
elsif PSTATE.EL == EL2 then
    UNDEFINED;
elsif PSTATE.EL == EL3 then
    X[t, 64] = AFSR1_EL3;
```

MSR AFSR1_EL3, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    UNDEFINED;
elsif PSTATE.EL == EL2 then
    UNDEFINED;
elsif PSTATE.EL == EL3 then
    AFSR1_EL3 = X[t, 64];
```

## B.1.31 AMAIR_EL3, Auxiliary Memory Attribute Indirection Register (EL3)

Provides **IMPLEMENTATION DEFINED** memory attributes for the memory regions specified by AArch64-MAIR_EL3.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Generic System Control

**Access type**

See bit descriptions

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

AMAIR_EL3 is permitted to be cached in a TLB.

**Figure B-31: AArch64_amair_el3 bit assignments**




**Table B-102: AMAIR_EL3 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | RES0 | Reserved | RES0 |

## Access

MRS <Xt>, AMAIR_EL3

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b110 | 0b1010 | 0b0011 | 0b000 |

MSR AMAIR_EL3, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b110 | 0b1010 | 0b0011 | 0b000 |

## Accessibility

MRS <Xt>, AMAIR_EL3

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    UNDEFINED;
elsif PSTATE.EL == EL2 then
    UNDEFINED;
elsif PSTATE.EL == EL3 then
    X[t, 64] = AMAIR_EL3;
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

MSR AMAIR_EL3, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    UNDEFINED;
elsif PSTATE.EL == EL2 then
    UNDEFINED;
elsif PSTATE.EL == EL3 then
    AMAIR_EL3 = X[t, 64];
```

## B.1.32 RMR_EL3, Reset Management Register (EL3)

A write to the register at EL3 can request a Warm reset.

### Configurations

When EL3 is implemented:

- If EL3 can use all Execution states then this register must be implemented.
- If EL3 cannot use AArch32, then it is IMPLEMENTATION DEFINED whether the register is implemented.

Otherwise, direct accesses to RMR_EL3 are UNDEFINED.

### Attributes

**Width**

64

**Functional group**

Generic System Control

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xx01

Note: Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure B-32: AArch64_rmr_el3 bit assignments




### Table B-105: RMR_EL3 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:2] | **RES0** | Reserved | **RES0** |
| [1] | RR | Reset Request. Setting this bit to 1 requests a Warm reset. | 0b0 |
| [0] | **RAO/WI** | Reserved | **RAO/WI** |

## Access

MRS <Xt>, RMR_EL3

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b110 | 0b1100 | 0b0000 | 0b010 |

MSR RMR_EL3, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b110 | 0b1100 | 0b0000 | 0b010 |

## Accessibility

MRS <Xt>, RMR_EL3

```
if PSTATE.EL == EL3 then
    X[t, 64] = RMR_EL3;
else
    UNDEFINED;
```

MSR RMR_EL3, <Xt>

```
if PSTATE.EL == EL3 then
    RMR_EL3 = X[t, 64];
else
    UNDEFINED;
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## B.1.33 IMP_CPUPPMCR_EL3, CPU Power Performance Management Control Register

This register contains control bits that affect the CPU behavior

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Generic System Control

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note: Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-33: AArch64_imp_cpuppmcr_el3 bit assignments**




**Table B-108: IMP_CPUPPMCR_EL3 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | Reserved | Reserved for Arm internal use. | 64{x} |

### Access

MRS <Xt>, S3_6_C15_C2_0

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b110 | 0b1111 | 0b0010 | 0b000 |

MSR S3_6_C15_C2_0, <Xt>

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b110 | 0b1111 | 0b0010 | 0b000 |

### Accessibility

MRS <Xt>, S3_6_C15_C2_0

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    UNDEFINED;
elsif PSTATE.EL == EL2 then
    UNDEFINED;
elsif PSTATE.EL == EL3 then
    X[t, 64] = IMP_CPUPPMCR_EL3;
```

MSR S3_6_C15_C2_0, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    UNDEFINED;
elsif PSTATE.EL == EL2 then
    UNDEFINED;
elsif PSTATE.EL == EL3 then
    IMP_CPUPPMCR_EL3 = X[t, 64];
```

## B.1.34 IMP_CPUPPMCR2_EL3, CPU Power Performance Management Control Register

This register contains control bits that affect the CPU behavior

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Generic System Control

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Note: Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure B-34: AArch64_imp_cpuppmcr2_el3 bit assignments**




**Table B-111: IMP_CPUPPMCR2_EL3 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | Reserved | Reserved for Arm internal use. | `64{x}` |

## Access

MRS <Xt>, S3_6_C15_C2_1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b110 | 0b1111 | 0b0010 | 0b001 |

MSR S3_6_C15_C2_1, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b110 | 0b1111 | 0b0010 | 0b001 |

## Accessibility

MRS <Xt>, S3_6_C15_C2_1

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    UNDEFINED;
elsif PSTATE.EL == EL2 then
    UNDEFINED;
elsif PSTATE.EL == EL3 then
    X[t, 64] = IMP_CPUPPMCR2_EL3;
```

MSR S3_6_C15_C2_1, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    UNDEFINED;
elsif PSTATE.EL == EL2 then
    UNDEFINED;
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
elsif PSTATE.EL == EL3 then
    IMP_CPUPPMCR2_EL3 = X[t, 64];
```

## B.1.35 IMP_CPUPPMCR4_EL3, CPU Power Performance Management Control Register

This register contains control bits that affect the CPU behavior

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Generic System Control

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

---

Note

Where the reset reads xxxx, see individual bits

---

### Bit descriptions

**Figure B-35: AArch64_imp_cpuppmcr4_el3 bit assignments**




**Table B-114: IMP_CPUPPMCR4_EL3 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | Reserved | Reserved for Arm internal use. | 64{x} |

### Access

MRS <Xt>, S3_6_C15_C2_4

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b110 | 0b1111 | 0b0010 | 0b100 |

MSR S3_6_C15_C2_4, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b110 | 0b1111 | 0b0010 | 0b100 |

### Accessibility

MRS <Xt>, S3_6_C15_C2_4

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    UNDEFINED;
elsif PSTATE.EL == EL2 then
    UNDEFINED;
elsif PSTATE.EL == EL3 then
    X[t, 64] = IMP_CPUPPMCR4_EL3;
```

MSR S3_6_C15_C2_4, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    UNDEFINED;
elsif PSTATE.EL == EL2 then
    UNDEFINED;
elsif PSTATE.EL == EL3 then
    IMP_CPUPPMCR4_EL3 = X[t, 64];
```

## B.1.36 IMP_CPUPPMCR5_EL3, CPU Power Performance Management Control Register

This register contains control bits that affect the CPU behavior

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Generic System Control

**Access type**

See bit descriptions

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Reset value

XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure B-36: AArch64_imp_cpuppmcr5_el3 bit assignments




### Table B-117: IMP_CPUPPMCR5_EL3 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | Reserved | Reserved for Arm internal use. | 64{x} |

## Access

MRS <Xt>, S3_6_C15_C2_5

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b110 | 0b1111 | 0b0010 | 0b101 |

MSR S3_6_C15_C2_5, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b110 | 0b1111 | 0b0010 | 0b101 |

## Accessibility

MRS <Xt>, S3_6_C15_C2_5

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    UNDEFINED;
elsif PSTATE.EL == EL2 then
    UNDEFINED;
elsif PSTATE.EL == EL3 then
    X[t, 64] = IMP_CPUPPMCR5_EL3;
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

MSR S3_6_C15_C2_5, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    UNDEFINED;
elsif PSTATE.EL == EL2 then
    UNDEFINED;
elsif PSTATE.EL == EL3 then
    IMP_CPUPPMCR5_EL3 = X[t, 64];
```

## B.1.37 IMP_CPUPPMCR6_EL3, CPU Power Performance Management Control Register

This register contains control bits that affect the CPU behavior

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Generic System Control

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

---

Note

Where the reset reads xxxx, see individual bits

---

### Bit descriptions

**Figure B-37: AArch64_imp_cpuppmcr6_el3 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table B-120: IMP_CPUPPMCR6_EL3 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | Reserved | Reserved for Arm internal use. | 64{x} |

### Access

MRS <Xt>, S3_6_C15_C2_6

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b110 | 0b1111 | 0b0010 | 0b110 |

MSR S3_6_C15_C2_6, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b110 | 0b1111 | 0b0010 | 0b110 |

### Accessibility

MRS <Xt>, S3_6_C15_C2_6

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    UNDEFINED;
elsif PSTATE.EL == EL2 then
    UNDEFINED;
elsif PSTATE.EL == EL3 then
    X[t, 64] = IMP_CPUPPMCR6_EL3;
```

MSR S3_6_C15_C2_6, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    UNDEFINED;
elsif PSTATE.EL == EL2 then
    UNDEFINED;
elsif PSTATE.EL == EL3 then
    IMP_CPUPPMCR6_EL3 = X[t, 64];
```

## B.1.38 IMP_CPUACTLR_EL3, CPU Auxiliary Control Register (EL3)

This register contains control bits that affect the CPU behavior

### Configurations

This register is available in all configurations.

### Attributes

#### Width

64

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Functional group**

Generic System Control

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note: Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure B-38: AArch64_imp_cpuactlr_el3 bit assignments**




**Table B-123: IMP_CPUACTLR_EL3 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | Reserved | Reserved for Arm internal use. | 64{x} |

## Access

MRS <Xt>, S3_6_C15_C4_0

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b110 | 0b1111 | 0b0100 | 0b000 |

MSR S3_6_C15_C4_0, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b110 | 0b1111 | 0b0100 | 0b000 |

## Accessibility

MRS <Xt>, S3_6_C15_C4_0

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    UNDEFINED;
elsif PSTATE.EL == EL2 then
    UNDEFINED;
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
elsif PSTATE.EL == EL3 then
    X[t, 64] = IMP_CPUACTLR_EL3;
```

MSR S3_6_C15_C4_0, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    UNDEFINED;
elsif PSTATE.EL == EL2 then
    UNDEFINED;
elsif PSTATE.EL == EL3 then
    IMP_CPUACTLR_EL3 = X[t, 64];
```

## B.1.39 IMP_ATCR_EL3, CPU Auxiliary Translation Control Register (EL2)

This register contains control bits that affect the CPU behavior.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Generic System Control

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx 0000 xxxx 0000

Note

Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure B-39: AArch64_imp_atcr_el3 bit assignments




**Table B-126: IMP_ATCR_EL3 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:12] | **RES0** | Reserved | **RES0** |
| [11] | HWVAL062 | Value of PBHA[3] on memory accesses due to page table walks using TTBR0_EL3 if HWEN062 is set. | `0b0` |
| [10] | HWVAL061 | Value of PBHA[2] on memory accesses due to page table walks using TTBR0_EL3 if HWEN061 is set. | `0b0` |
| [9] | HWVAL060 | Value of PBHA[1] on memory accesses due to page table walks using TTBR0_EL3 if HWEN060 is set. | `0b0` |
| [8] | HWVAL059 | Value of PBHA[0] on memory accesses due to page table walks using TTBR0_EL3 if HWEN059 is set. | `0b0` |
| [7:4] | **RES0** | Reserved | **RES0** |
| [3] | HWEN062 | Enable use of PBHA[3] on memory accesses due to page table walks using TTBR0_EL3. If this bit is clear, PBHA[3] will be 0 on page table walks. | `0b0` |
| [2] | HWEN061 | Enable use of PBHA[2] on memory accesses due to page table walks using TTBR0_EL3. If this bit is clear, PBHA[2] will be 0 on page table walks. | `0b0` |
| [1] | HWEN060 | Enable use of PBHA[1] on memory accesses due to page table walks using TTBR0_EL3. If this bit is clear, PBHA[1] will be 0 on page table walks. | `0b0` |
| [0] | HWEN059 | Enable use of PBHA[0] on memory accesses due to page table walks using TTBR0_EL3. If this bit is clear, PBHA[0] will be 0 on page table walks. | `0b0` |

## Access

MRS <Xt>, S3_6_C15_C7_0

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| `0b11` | `0b110` | `0b1111` | `0b0111` | `0b000` |

MSR S3_6_C15_C7_0, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| `0b11` | `0b110` | `0b1111` | `0b0111` | `0b000` |

## Accessibility

MRS <Xt>, S3_6_C15_C7_0

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    UNDEFINED;
elsif PSTATE.EL == EL2 then
    UNDEFINED;
elsif PSTATE.EL == EL3 then
    X[t, 64] = IMP_ATCR_EL3;
```

MSR S3_6_C15_C7_0, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    UNDEFINED;
elsif PSTATE.EL == EL2 then
    UNDEFINED;
elsif PSTATE.EL == EL3 then
    IMP_ATCR_EL3 = X[t, 64];
```

## B.1.40 IMP_CPUPSELR_EL3, Selected Instruction Private Select Register

Selects the current instruction patch register for subsequent accesses to AArch64-IMP_CPUPCR_EL3, AArch64-IMP_CPUPOR_EL3, AArch64-IMP_CPUPMR_EL3, AArch64-IMP_CPUPOR2_EL3, AArch64-IMP_CPUPMR2_EL3, and AArch64-IMP_CPUPFR_EL3

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Generic System Control

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

---

**Note**

Where the reset reads xxxx, see individual bits

---

## Bit descriptions

### Figure B-40: AArch64_imp_cpupselr_el3 bit assignments




**Table B-129: IMP_CPUPSELR_EL3 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | Reserved | Reserved for Arm internal use. | `64{x}` |

## Access

MRS <Xt>, S3_6_C15_C8_0

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b110 | 0b1111 | 0b1000 | 0b000 |

MSR S3_6_C15_C8_0, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b110 | 0b1111 | 0b1000 | 0b000 |

## Accessibility

MRS <Xt>, S3_6_C15_C8_0

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    UNDEFINED;
elsif PSTATE.EL == EL2 then
    UNDEFINED;
elsif PSTATE.EL == EL3 then
    X[t, 64] = IMP_CPUPSELR_EL3;
```

MSR S3_6_C15_C8_0, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    UNDEFINED;
elsif PSTATE.EL == EL2 then
    UNDEFINED;
elsif PSTATE.EL == EL3 then
    IMP_CPUPSELR_EL3 = X[t, 64];
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## B.1.41 IMP_CPUPCR_EL3, Selected Instruction Private Control Register

Configures current Instruction Patch selected by AArch64-IMP_CPUPSELR_EL3.SEL.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Generic System Control

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-41: AArch64_imp_cpupcr_el3 bit assignments**




**Table B-132: IMP_CPUPCR_EL3 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | Reserved | Reserved for Arm internal use. | `64{x}` |

### Access

MRS <Xt>, S3_6_C15_C8_1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| `0b11` | `0b110` | `0b1111` | `0b1000` | `0b001` |

MSR S3_6_C15_C8_1, <Xt>

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b110 | 0b1111 | 0b1000 | 0b001 |

### Accessibility

MRS <Xt>, S3_6_C15_C8_1

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    UNDEFINED;
elsif PSTATE.EL == EL2 then
    UNDEFINED;
elsif PSTATE.EL == EL3 then
    X[t, 64] = IMP_CPUPCR_EL3;
```

MSR S3_6_C15_C8_1, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    UNDEFINED;
elsif PSTATE.EL == EL2 then
    UNDEFINED;
elsif PSTATE.EL == EL3 then
    IMP_CPUPCR_EL3 = X[t, 64];
```

## B.1.42 IMP_CPUPOR_EL3, Selected Instruction Private Opcode Register

Opcode for current Instruction Patch selected by AArch64-IMP_CPUPSELR_EL3.SEL.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Generic System Control

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure B-42: AArch64_imp_cpupor_el3 bit assignments




**Table B-135: IMP_CPUPOR_EL3 bit descriptions**

| Bits | Name | Description | Reset |
| --- | --- | --- | --- |
| [63:0] | Reserved | Reserved for Arm internal use. | `64{x}` |

## Access

MRS <Xt>, S3_6_C15_C8_2

| op0 | op1 | CRn | CRm | op2 |
| --- | --- | --- | --- | --- |
| 0b11 | 0b110 | 0b1111 | 0b1000 | 0b010 |

MSR S3_6_C15_C8_2, <Xt>

| op0 | op1 | CRn | CRm | op2 |
| --- | --- | --- | --- | --- |
| 0b11 | 0b110 | 0b1111 | 0b1000 | 0b010 |

## Accessibility

MRS <Xt>, S3_6_C15_C8_2

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    UNDEFINED;
elsif PSTATE.EL == EL2 then
    UNDEFINED;
elsif PSTATE.EL == EL3 then
    X[t, 64] = IMP_CPUPOR_EL3;
```

MSR S3_6_C15_C8_2, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    UNDEFINED;
elsif PSTATE.EL == EL2 then
    UNDEFINED;
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
elsif PSTATE.EL == EL3 then
    IMP_CPUPOR_EL3 = X[t, 64];
```

## B.1.43 IMP_CPUPMR_EL3, Selected Instruction Private Mask Register

Mask for current Instruction Patch selected by AArch64-IMP_CPUPSELR_EL3.SEL.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Generic System Control

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-43: AArch64_imp_cpupmr_el3 bit assignments**




**Table B-138: IMP_CPUPMR_EL3 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | Reserved | Reserved for Arm internal use. | 64{x} |

### Access

MRS <Xt>, S3_6_C15_C8_3

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b110 | 0b1111 | 0b1000 | 0b011 |

MSR S3_6_C15_C8_3, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b110 | 0b1111 | 0b1000 | 0b011 |

### Accessibility

MRS <Xt>, S3_6_C15_C8_3

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    UNDEFINED;
elsif PSTATE.EL == EL2 then
    UNDEFINED;
elsif PSTATE.EL == EL3 then
    X[t, 64] = IMP_CPUPMR_EL3;
```

MSR S3_6_C15_C8_3, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    UNDEFINED;
elsif PSTATE.EL == EL2 then
    UNDEFINED;
elsif PSTATE.EL == EL3 then
    IMP_CPUPMR_EL3 = X[t, 64];
```

## B.1.44 IMP_CPUPOR2_EL3, Selected Instruction Private Opcode Register 2

Opcode exclusion for current Instruction Patch selected by AArch64-IMP_CPUPSELR_EL3.SEL.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Generic System Control

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure B-44: AArch64_imp_cpupor2_el3 bit assignments**




**Table B-141: IMP_CPUPOR2_EL3 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | Reserved | Reserved for Arm internal use. | `64{x}` |

## Access

MRS <Xt>, S3_6_C15_C8_4

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b110 | 0b1111 | 0b1000 | 0b100 |

MSR S3_6_C15_C8_4, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b110 | 0b1111 | 0b1000 | 0b100 |

## Accessibility

MRS <Xt>, S3_6_C15_C8_4

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    UNDEFINED;
elsif PSTATE.EL == EL2 then
    UNDEFINED;
elsif PSTATE.EL == EL3 then
    X[t, 64] = IMP_CPUPOR2_EL3;
```

MSR S3_6_C15_C8_4, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    UNDEFINED;
elsif PSTATE.EL == EL2 then
    UNDEFINED;
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
elsif PSTATE.EL == EL3 then
    IMP_CPUPOR2_EL3 = X[t, 64];
```

## B.1.45 IMP_CPUPMR2_EL3, Selected Instruction Private Mask Register 2

Mask exclusion for current Instruction Patch selected by AArch64-IMP_CPUPSELR_EL3.SEL.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Generic System Control

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-45: AArch64_imp_cpupmr2_el3 bit assignments**




**Table B-144: IMP_CPUPMR2_EL3 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | Reserved | Reserved for Arm internal use. | 64{x} |

### Access

MRS <Xt>, S3_6_C15_C8_5

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b110 | 0b1111 | 0b1000 | 0b101 |

MSR S3_6_C15_C8_5, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b110 | 0b1111 | 0b1000 | 0b101 |

### Accessibility

MRS <Xt>, S3_6_C15_C8_5

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    UNDEFINED;
elsif PSTATE.EL == EL2 then
    UNDEFINED;
elsif PSTATE.EL == EL3 then
    X[t, 64] = IMP_CPUPMR2_EL3;
```

MSR S3_6_C15_C8_5, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    UNDEFINED;
elsif PSTATE.EL == EL2 then
    UNDEFINED;
elsif PSTATE.EL == EL3 then
    IMP_CPUPMR2_EL3 = X[t, 64];
```

## B.1.46 IMP_CPUPFR_EL3, Selected Instruction Private Flag Register

Instruction Patch flags for current Instruction Patch selected by AArch64-IMP_CPUPSELR_EL3.SEL.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Generic System Control

**Access type**

See bit descriptions

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Reset value

XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure B-46: AArch64_imp_cpupfr_el3 bit assignments**




**Table B-147: IMP_CPUPFR_EL3 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | Reserved | Reserved for Arm internal use. | 64{x} |

## Access

MRS <Xt>, S3_6_C15_C8_6

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b110 | 0b1111 | 0b1000 | 0b110 |

MSR S3_6_C15_C8_6, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b110 | 0b1111 | 0b1000 | 0b110 |

## Accessibility

MRS <Xt>, S3_6_C15_C8_6

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    UNDEFINED;
elsif PSTATE.EL == EL2 then
    UNDEFINED;
elsif PSTATE.EL == EL3 then
    X[t, 64] = IMP_CPUPFR_EL3;
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

MSR S3_6_C15_C8_6, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    UNDEFINED;
elsif PSTATE.EL == EL2 then
    UNDEFINED;
elsif PSTATE.EL == EL3 then
    IMP_CPUPFR_EL3 = X[t, 64];
```

## B.2 AArch64 Debug registers summary

The summary table provides an overview of all Debug registers in the core. For more information about a register, click the register name in the table.

For registers without a listed reset value refer to the individual field resets documented on the register description pages or in the Arm ARM.

**Table B-150: Debug registers summary**

| Name | Op0 | Op1 | CRn | CRm | Op2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| OSDTRRX_EL1 | 2 | 0 | C0 | C0 | 2 | See individual bit resets. | 64-bit | OS Lock Data Transfer Register, Receive |
| DBGBVR0_EL1 | 2 | 0 | C0 | C0 | 4 | See individual bit resets. | 64-bit | Debug Breakpoint Value Registers |
| DBGBCR0_EL1 | 2 | 0 | C0 | C0 | 5 | See individual bit resets. | 64-bit | Debug Breakpoint Control Registers |
| DBGWVR0_EL1 | 2 | 0 | C0 | C0 | 6 | See individual bit resets. | 64-bit | Debug Watchpoint Value Registers |
| DBGWCR0_EL1 | 2 | 0 | C0 | C0 | 7 | See individual bit resets. | 64-bit | Debug Watchpoint Control Registers |
| DBGBVR1_EL1 | 2 | 0 | C0 | C1 | 4 | See individual bit resets. | 64-bit | Debug Breakpoint Value Registers |
| DBGBCR1_EL1 | 2 | 0 | C0 | C1 | 5 | See individual bit resets. | 64-bit | Debug Breakpoint Control Registers |
| DBGWVR1_EL1 | 2 | 0 | C0 | C1 | 6 | See individual bit resets. | 64-bit | Debug Watchpoint Value Registers |
| DBGWCR1_EL1 | 2 | 0 | C0 | C1 | 7 | See individual bit resets. | 64-bit | Debug Watchpoint Control Registers |
| MDCCINT_EL1 | 2 | 0 | C0 | C2 | 0 | See individual bit resets. | 64-bit | Monitor DCC Interrupt Enable Register |
| MDSCR_EL1 | 2 | 0 | C0 | C2 | 2 | See individual bit resets. | 64-bit | Monitor Debug System Control Register |
| DBGBVR2_EL1 | 2 | 0 | C0 | C2 | 4 | See individual bit resets. | 64-bit | Debug Breakpoint Value Registers |
| DBGBCR2_EL1 | 2 | 0 | C0 | C2 | 5 | See individual bit resets. | 64-bit | Debug Breakpoint Control Registers |
| DBGWVR2_EL1 | 2 | 0 | C0 | C2 | 6 | See individual bit resets. | 64-bit | Debug Watchpoint Value Registers |
| DBGWCR2_EL1 | 2 | 0 | C0 | C2 | 7 | See individual bit resets. | 64-bit | Debug Watchpoint Control Registers |
| OSDTRTX_EL1 | 2 | 0 | C0 | C3 | 2 | See individual bit resets. | 64-bit | OS Lock Data Transfer Register, Transmit |
| DBGBVR3_EL1 | 2 | 0 | C0 | C3 | 4 | See individual bit resets. | 64-bit | Debug Breakpoint Value Registers |
| DBGBCR3_EL1 | 2 | 0 | C0 | C3 | 5 | See individual bit resets. | 64-bit | Debug Breakpoint Control Registers |
| DBGWVR3_EL1 | 2 | 0 | C0 | C3 | 6 | See individual bit resets. | 64-bit | Debug Watchpoint Value Registers |
| DBGWCR3_EL1 | 2 | 0 | C0 | C3 | 7 | See individual bit resets. | 64-bit | Debug Watchpoint Control Registers |
| DBGBVR4_EL1 | 2 | 0 | C0 | C4 | 4 | See individual bit resets. | 64-bit | Debug Breakpoint Value Registers |
| DBGBCR4_EL1 | 2 | 0 | C0 | C4 | 5 | See individual bit resets. | 64-bit | Debug Breakpoint Control Registers |
| DBGBVR5_EL1 | 2 | 0 | C0 | C5 | 4 | See individual bit resets. | 64-bit | Debug Breakpoint Value Registers |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Name | Op0 | Op1 | CRn | CRm | Op2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| DBGBCR5_EL1 | 2 | 0 | C0 | C5 | 5 | See individual bit resets. | 64-bit | Debug Breakpoint Control Registers |
| OSECCR_EL1 | 2 | 0 | C0 | C6 | 2 | See individual bit resets. | 64-bit | OS Lock Exception Catch Control Register |
| MDRAR_EL1 | 2 | 0 | C1 | C0 | 0 | See individual bit resets. | 64-bit | Monitor Debug ROM Address Register |
| OSLAR_EL1 | 2 | 0 | C1 | C0 | 4 | See individual bit resets. | 64-bit | OS Lock Access Register |
| OSLSR_EL1 | 2 | 0 | C1 | C1 | 4 | See individual bit resets. | 64-bit | OS Lock Status Register |
| OSDLR_EL1 | 2 | 0 | C1 | C3 | 4 | See individual bit resets. | 64-bit | OS Double Lock Register |
| DBGPRCR_EL1 | 2 | 0 | C1 | C4 | 4 | See individual bit resets. | 64-bit | Debug Power Control Register |
| DBGCLAIMSET_EL1 | 2 | 0 | C7 | C8 | 6 | See individual bit resets. | 64-bit | Debug CLAIM Tag Set register |
| DBGCLAIMCLR_EL1 | 2 | 0 | C7 | C9 | 6 | See individual bit resets. | 64-bit | Debug CLAIM Tag Clear register |
| DBGAUTHSTATUS_EL1 | 2 | 0 | C7 | C14 | 6 | See individual bit resets. | 64-bit | Debug Authentication Status register |
| MDCCSR_EL0 | 2 | 3 | C0 | C1 | 0 | See individual bit resets. | 64-bit | Monitor DCC Status Register |
| DBGDTR_EL0 | 2 | 3 | C0 | C4 | 0 | See individual bit resets. | 64-bit | Debug Data Transfer Register, half-duplex |
| DBGDTRRX_EL0 | 2 | 3 | C0 | C5 | 0 | See individual bit resets. | 64-bit | Debug Data Transfer Register, Receive |
| DBGDTRTX_EL0 | 2 | 3 | C0 | C5 | 0 | See individual bit resets. | 64-bit | Debug Data Transfer Register, Transmit |
| TRFCR_EL1 | 3 | 0 | C1 | C2 | 1 | See individual bit resets. | 64-bit | Trace Filter Control Register (EL1) |
| MDCR_EL2 | 3 | 4 | C1 | C1 | 1 | See individual bit resets. | 64-bit | Monitor Debug Configuration Register (EL2) |
| TRFCR_EL2 | 3 | 4 | C1 | C2 | 1 | See individual bit resets. | 64-bit | Trace Filter Control Register (EL2) |
| IMP_IDATA0_EL3 | 3 | 6 | C15 | C0 | 0 | See individual bit resets. | 64-bit | Instruction Register 0 |
| IMP_IDATA1_EL3 | 3 | 6 | C15 | C0 | 1 | See individual bit resets. | 64-bit | Instruction Register 0 |
| IMP_IDATA2_EL3 | 3 | 6 | C15 | C0 | 2 | See individual bit resets. | 64-bit | Instruction Register 0 |
| IMP_DDATA0_EL3 | 3 | 6 | C15 | C1 | 0 | See individual bit resets. | 64-bit | Data Register 0 |
| IMP_DDATA1_EL3 | 3 | 6 | C15 | C1 | 1 | See individual bit resets. | 64-bit | Data Register 1 |
| IMP_DDATA2_EL3 | 3 | 6 | C15 | C1 | 2 | See individual bit resets. | 64-bit | Data Register 2 |

## B.2.1 DBGBVR0_EL1, Debug Breakpoint Value Registers

Holds a virtual address, or a VMID and/or a context ID, for use in breakpoint matching. Forms breakpoint n together with control register AArch64-DBGBCR<n>_EL1.

### Configurations

How this register is interpreted depends on the value of AArch64-DBGBCR<n>_EL1.BT.

- When AArch64-DBGBCR<n>_EL1.BT is 0b000x, this register holds a virtual address.
- When AArch64-DBGBCR<n>_EL1.BT is 0b001x, 0b011x, or 0b110x, this register holds a Context ID.
- When AArch64-DBGBCR<n>_EL1.BT is 0b100x, this register holds a VMID.
- When AArch64-DBGBCR<n>_EL1.BT is 0b101x, this register holds a VMID and a Context ID.
- When AArch64-DBGBCR<n>_EL1.BT is 0b111x, this register holds two Context ID values.

For other values of AArch64-DBGBCR<n>_EL1.BT, this register is RES0.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Case 1:25-cv-01625-DAE Document 1-28 Filed 10/07/25 Page 354 of 1669



If breakpoint n is not implemented then accesses to this register are UNDEFINED.

## Attributes

**Width**

64

**Functional group**

Debug registers

**Access type**

See bit descriptions

**Reset value**

**When AArch64-DBGBCR0_EL1.BT == '000x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

**When AArch64-DBGBCR0_EL1.BT == '001x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

**When AArch64-DBGBCR0_EL1.BT == '011x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

**When AArch64-DBGBCR0_EL1.BT == '100x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

**When AArch64-DBGBCR0_EL1.BT == '101x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

**When AArch64-DBGBCR0_EL1.BT == '110x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

**When AArch64-DBGBCR0_EL1.BT == '111x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note: Where the reset reads xxxx, see individual bits

## Bit descriptions

When AArch64-DBGBCR0_EL1.BT == '000'

**Figure B-47: AArch64_dbgbvr0_el1 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table B-151: DBGBVR0_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:53] | RESS[14:4] | Reserved, Sign extended. Software must set all bits in this field to the same value as the most significant bit of the VA field. If all bits in this field are not the same value as the most significant bit of the VA field, then all of the following apply:<br>• It is **CONSTRAINED UNPREDICTABLE** whether the PE ignores this field when comparing an address.<br>• If the breakpoint is not context-aware, it is IMPLEMENTATION DEFINED whether the value read back in each bit of this field is a copy of the most significant bit of the VA field or the value written. | `11{x}` |
| [52:49] | RESS[3:0] | Extension to RESS[14:4]. For more information, see RESS[14:4]. | `xxxx` |
| [48:2] | VA[48:2] | Bits[48:2] of the address value for comparison. | `47{x}` |
| [1:0] | **RES0** | Reserved | **RES0** |

When AArch64-DBGBCR0_EL1.BT == '001'

**Figure B-48: AArch64_dbgbvr0_el1 bit assignments**




**Table B-152: DBGBVR0_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | **RES0** | Reserved | **RES0** |
| [31:0] | ContextID | Context ID value for comparison.<br><br>The value is compared against AArch64-CONTEXTIDR_EL2 when (FEAT_VHE is implemented or FEAT_Debugv8p2 is implemented), AArch64-HCR_EL2.E2H is 1, and either:<br>• The PE is executing at EL2.<br>• AArch64-HCR_EL2.TGE is 1, the PE is executing at EL0, and EL2 is enabled in the current Security state.<br><br>Otherwise, the value is compared against AArch64-CONTEXTIDR_EL1. | `32{x}` |

When AArch64-DBGBCR0_EL1.BT == '011'

**Figure B-49: AArch64_dbgbvr0_el1 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table B-153: DBGBVR0_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | **RES0** | Reserved | **RES0** |
| [31:0] | ContextID | Context ID value for comparison against AArch64-CONTEXTIDR_EL1. | 32{x} |

When AArch64-DBGBCR0_EL1.BT == '100'

**Figure B-50: AArch64_dbgbvr0_el1 bit assignments**




**Table B-154: DBGBVR0_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:48] | **RES0** | Reserved | **RES0** |
| [47:40] | VMID[15:8] | **When AArch64-VTCR_EL2.VS == '1'**<br>Extension to VMID[7:0]. For more information, see DBGBVR<n>_EL1.VMID[7:0].<br>**Otherwise**<br>RES0 | 8{x} |
| [39:32] | VMID[7:0] | VMID value for comparison.<br>The VMID is 8 bits when any of the following are true:<br>• EL2 is using AArch32.<br>• AArch64-VTCR_EL2.VS is 0.<br>• FEAT_VMID16 is not implemented. | 8{x} |
| [31:0] | **RES0** | Reserved | **RES0** |

When AArch64-DBGBCR0_EL1.BT == '101'

**Figure B-51: AArch64_dbgbvr0_el1 bit assignments**




**Table B-155: DBGBVR0_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:48] | **RES0** | Reserved | **RES0** |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [47:40] | VMID[15:8] | **When AArch64-VTCR_EL2.VS == '1'**<br>Extension to VMID[7:0]. For more information, see DBGBVR<n>_EL1.VMID[7:0].<br>**Otherwise**<br>RES0 | 8{x} |
| [39:32] | VMID[7:0] | VMID value for comparison.<br>The VMID is 8 bits when any of the following are true:<br>• EL2 is using AArch32.<br>• AArch64-VTCR_EL2.VS is 0.<br>• FEAT_VMID16 is not implemented. | 8{x} |
| [31:0] | ContextID | Context ID value for comparison against AArch64-CONTEXTIDR_EL1. | 32{x} |

When AArch64-DBGBCR0_EL1.BT == '110'

**Figure B-52: AArch64_dbgbvr0_el1 bit assignments**




**Table B-156: DBGBVR0_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | ContextID2 | Context ID value for comparison against AArch64-CONTEXTIDR_EL2. | 32{x} |
| [31:0] | RES0 | Reserved | RES0 |

When AArch64-DBGBCR0_EL1.BT == '111'

**Figure B-53: AArch64_dbgbvr0_el1 bit assignments**




**Table B-157: DBGBVR0_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | ContextID2 | Context ID value for comparison against AArch64-CONTEXTIDR_EL2. | 32{x} |
| [31:0] | ContextID | Context ID value for comparison against AArch64-CONTEXTIDR_EL1. | 32{x} |

## Access

MRS <Xt>, DBGBVR0_EL1

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b000 | 0b0000 | 0b0000 | 0b100 |

MSR DBGBVR0_EL1, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b000 | 0b0000 | 0b0000 | 0b100 |

## Accessibility

MRS <Xt>, DBGBVR0_EL1

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.<TDE,TDA> != '00' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        X[t, 64] = DBGBVR_EL1[0];
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        X[t, 64] = DBGBVR_EL1[0];
elsif PSTATE.EL == EL3 then
    if OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        X[t, 64] = DBGBVR_EL1[0];
```

MSR DBGBVR0_EL1, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.<TDE,TDA> != '00' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        DBGBVR_EL1[0] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        DBGBVR_EL1[0] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        DBGBVR_EL1[0] = X[t, 64];
```

## B.2.2 DBGBCR0_EL1, Debug Breakpoint Control Registers

Holds control information for a breakpoint. Forms breakpoint n together with value register AArch64-DBGBVR<n>_EL1.

### Configurations

If breakpoint n is not implemented, accesses to this register are UNDEFINED.

### Attributes

**Width**

64

**Functional group**

Debug registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

---

Note

Where the reset reads xxxx, see individual bits

---

### Bit descriptions

**Figure B-54: AArch64_dbgbcr0_el1 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table B-160: DBGBCR0_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:24] | **RES0** | Reserved | **RES0** |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [23:20] | BT | Breakpoint Type. Possible values are:<br>**`0b0000`**<br>Unlinked instruction address match. AArch64-DBGBVR<n>_EL1 is the address of an instruction.<br>**`0b0001`**<br>As 0b0000, but linked to a Context matching breakpoint.<br>**`0b0010`**<br>Unlinked Context ID match. When FEAT_VHE is implemented, EL2 is using AArch64, and the Effective value of AArch64-HCR_EL2.E2H is 1, if either the PE is executing at EL0 with AArch64-HCR_EL2.TGE set to 1 or the PE is executing at EL2, then AArch64-DBGBVR<n>_EL1.ContextID must match the AArch64-CONTEXTIDR_EL2 value. Otherwise, AArch64-DBGBVR<n>_EL1.ContextID must match the AArch64-CONTEXTIDR_EL1 value<br>**`0b0011`**<br>As 0b0010, with linking enabled.<br>**`0b0110`**<br>Unlinked AArch64-CONTEXTIDR_EL1 match. AArch64-DBGBVR<n>_EL1.ContextID is a Context ID compared against AArch64-CONTEXTIDR_EL1.<br>**`0b0111`**<br>As 0b0110, with linking enabled.<br>**`0b1000`**<br>Unlinked VMID match. AArch64-DBGBVR<n>_EL1.VMID is a VMID compared against AArch64-VTTBR_EL2.VMID.<br>**`0b1001`**<br>As 0b1000, with linking enabled.<br>**`0b1010`**<br>Unlinked VMID and Context ID match. AArch64-DBGBVR<n>_EL1.ContextID is a Context ID compared against AArch64-CONTEXTIDR_EL1, and AArch64-DBGBVR<n>_EL1.VMID is a VMID compared against AArch64-VTTBR_EL2.VMID.<br>**`0b1011`**<br>As 0b1010, with linking enabled.<br>**`0b1100`**<br>Unlinked AArch64-CONTEXTIDR_EL2 match. AArch64-DBGBVR<n>_EL1.ContextID2 is a Context ID compared against AArch64-CONTEXTIDR_EL2.<br>**`0b1101`**<br>As 0b1100, with linking enabled.<br>**`0b1110`**<br>Unlinked Full Context ID match. AArch64-DBGBVR<n>_EL1.ContextID is compared against AArch64-CONTEXTIDR_EL1, and AArch64-DBGBVR<n>_EL1.ContextID2 is compared against AArch64-CONTEXTIDR_EL2.<br>**`0b1111`**<br>As 0b1110, with linking enabled.<br><br>All other values are reserved. Constraints on breakpoint programming mean other values are reserved under some conditions.<br><br>The fields that indicate when the breakpoint can be generated are: HMC, PMC, and SSC. These fields must be considered in combination, and the values that are permitted for these fields are constrained.<br><br>For more information on the operation of these fields, see *Execution conditions for which a breakpoint generates Breakpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>For more information on the effect of programming the fields to a reserved value, see *Reserved DBGBCR<n>_EL1.BT values* in the *Arm® Architecture Reference Manual for A-profile architecture*. | `xxxx` |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [19:16] | LBN | Linked breakpoint number. For Linked address matching breakpoints, this specifies the index of the Context-matching breakpoint linked to.<br><br>For all other breakpoint types this field is ignored and reads of the register return an **UNKNOWN** value.<br><br>This field is ignored when the value of DBGBCR<n>_EL1.E is 0. | xxxx |
| [15:14] | SSC | Security state control. Determines the Security states under which a Breakpoint debug event for breakpoint n is generated.<br><br>The fields that indicate when the breakpoint can be generated are: HMC, PMC, and SSC. These fields must be considered in combination, and the values that are permitted for these fields are constrained.<br><br>For more information on the operation of these fields, see *Execution conditions for which a breakpoint generates Breakpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>For more information on the effect of programming the fields to a reserved set of values, see *Reserved DBGBCR<n>_EL1.{SSC, HMC, PMC} values* in the *Arm® Architecture Reference Manual for A-profile architecture*. | xx |
| [13] | HMC | Higher mode control. Determines the debug perspective for deciding when a Breakpoint debug event for breakpoint n is generated.<br><br>The fields that indicate when the breakpoint can be generated are: HMC, PMC, and SSC. These fields must be considered in combination, and the values that are permitted for these fields are constrained.<br><br>For more information on the operation of these fields, see *Execution conditions for which a breakpoint generates Breakpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>For more information, see DBGBCR<n>_EL1.SSC. | x |
| [12:9] | **RES0** | Reserved | **RES0** |
| [8:5] | BAS | Byte address select. Defines which half-words an address-matching breakpoint matches, regardless of the instruction set and Execution state.<br><br>The permitted values depend on the breakpoint type.<br><br>For Address match breakpoints, the permitted values are: Table B-161: BAS description on page 362<br><br>All other values are reserved. For more information, see *Reserved DBGBCR<n>_EL1.BAS values* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>For more information on using the BAS field in address match breakpoints, see *Using the BAS field in Address Match breakpoints* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>For Context matching breakpoints, this field is **RES1** and ignored. | xxxx |
| [4:3] | **RES0** | Reserved | **RES0** |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [2:1] | PMC | Privilege mode control. Determines the Exception level or levels at which a Breakpoint debug event for breakpoint n is generated.<br><br>The fields that indicate when the breakpoint can be generated are: HMC, PMC, and SSC. These fields must be considered in combination, and the values that are permitted for these fields are constrained.<br><br>For more information on the operation of these fields, see *Execution conditions for which a breakpoint generates Breakpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>For more information, see DBGBCR<n>_EL1.SSC. | `xx` |
| [0] | E | Enable breakpoint AArch64-DBGBVR<n>_EL1.<br>**`0b0`**<br>Breakpoint disabled.<br>**`0b1`**<br>Breakpoint enabled. | `x` |

**Table B-161: BAS description**

| BAS | Match instruction at | Constraint for debuggers |
|---|---|---|
| `0b0011` | AArch64-DBGBVR<n>_EL1 | Use for T32 instructions |
| `0b1100` | AArch64-DBGBVR<n>_EL1 + 2 | Use for T32 instructions |
| `0b1111` | AArch64-DBGBVR<n>_EL1 | Use for A64 and A32 instructions |

## Access

MRS <Xt>, DBGBCR0_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| `0b10` | `0b000` | `0b0000` | `0b0000` | `0b101` |

MSR DBGBCR0_EL1, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| `0b10` | `0b000` | `0b0000` | `0b0000` | `0b101` |

## Accessibility

MRS <Xt>, DBGBCR0_EL1

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.<TDE,TDA> != '00' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        X[t, 64] = DBGBCR_EL1[0];
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        X[t, 64] = DBGBCR_EL1[0];
elsif PSTATE.EL == EL3 then
    if OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        X[t, 64] = DBGBCR_EL1[0];
```

MSR DBGBCR0_EL1, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.<TDE,TDA> != '00' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        DBGBCR_EL1[0] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        DBGBCR_EL1[0] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        DBGBCR_EL1[0] = X[t, 64];
```

## B.2.3 DBGWVR0_EL1, Debug Watchpoint Value Registers

Holds a data address value for use in watchpoint matching. Forms watchpoint n together with control register AArch64-DBGWCR<n>_EL1.

### Configurations

If watchpoint n is not implemented then accesses to this register are UNDEFINED.

### Attributes

#### Width

64

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Functional group

Debug registers

### Access type

See bit descriptions

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure B-55: AArch64_dbgwvr0_el1 bit assignments




**Table B-164: DBGWVR0_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:53] | RESS[14:4] | Reserved, Sign extended. Software must set all bits in this field to the same value as the most significant bit of the VA field. If all bits in this field are not the same value as the most significant bit of the VA field, then all of the following apply:<br>• It is **CONSTRAINED UNPREDICTABLE** whether the PE ignores this field when comparing an address.<br>• It is IMPLEMENTATION DEFINED whether the value read back in each bit of this field is a copy of the most significant bit of the VA field or the value written. | `11{x}` |
| [52:49] | RESS[3:0] | Extension to RESS[14:4]. For more information, see RESS[14:4]. | `xxxx` |
| [48:2] | VA[48:2] | Bits[48:2] of the address value for comparison.<br><br>Arm deprecates setting AArch64-DBGWVR<n>_EL1[2] == 1. | `47{x}` |
| [1:0] | **RES0** | Reserved | **RES0** |

## Access

MRS <Xt>, DBGWVR0_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| `0b10` | `0b000` | `0b0000` | `0b0000` | `0b110` |

MSR DBGWVR0_EL1, <Xt>

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b000 | 0b0000 | 0b0000 | 0b110 |

## Accessibility

MRS <Xt>, DBGWVR0_EL1

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.<TDE,TDA> != '00' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        X[t, 64] = DBGWVR_EL1[0];
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        X[t, 64] = DBGWVR_EL1[0];
elsif PSTATE.EL == EL3 then
    if OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        X[t, 64] = DBGWVR_EL1[0];
```

MSR DBGWVR0_EL1, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.<TDE,TDA> != '00' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        DBGWVR_EL1[0] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        DBGWVR_EL1[0] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        Halt(DebugHalt_SoftwareAccess);
    else
        DBGWVR_EL1[0] = X[t, 64];
```

## B.2.4 DBGWCR0_EL1, Debug Watchpoint Control Registers

Holds control information for a watchpoint. Forms watchpoint n together with value register AArch64-DBGWVR<n>_EL1.

### Configurations

If watchpoint n is not implemented then accesses to this register are UNDEFINED.

### Attributes

**Width**

64

**Functional group**

Debug registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-56: AArch64_dbgwcr0_el1 bit assignments**




**Table B-167: DBGWCR0_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:29] | RES0 | Reserved | RES0 |

| Bits | Name | Description | Reset |
|---|---|---|---|
| [28:24] | MASK | Address mask. Only objects up to 2GB can be watched using a single mask.<br>**0b00000**<br>No mask.<br>**0b00001**<br>Reserved.<br>**0b00010**<br>Reserved.<br>If programmed with a reserved value, a watchpoint must behave as if either:<br>• MASK has been programmed with a defined value, which might be 0 (no mask), other than for a direct read of DBGWCRn_EL1.<br>• The watchpoint is disabled.<br>Software must not rely on this property because the behavior of reserved values might change in a future revision of the architecture.<br>Other values mask the corresponding number of address bits, from 0b00011 masking 3 address bits (0x00000007 mask for address) to 0b11111 masking 31 address bits (0x7FFFFFFF mask for address). | 5{x} |
| [23:21] | RES0 | Reserved | RES0 |
| [20] | WT | Watchpoint type. Possible values are:<br>**0b0**<br>Unlinked data address match.<br>**0b1**<br>Linked data address match. | x |
| [19:16] | LBN | Linked breakpoint number. For Linked data address watchpoints, this specifies the index of the Context-matching breakpoint linked to. | xxxx |
| [15:14] | SSC | Security state control. Determines the Security states under which a Watchpoint debug event for watchpoint n is generated.<br>The fields that indicate when the watchpoint can be generated are: HMC, PAC, and SSC. These fields must be considered in combination, and the values that are permitted for these fields are constrained.<br>For more information on the operation of these fields, see *Execution conditions for which a watchpoint generates Watchpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br>For more information on the effect of programming the fields to a reserved value, see *Reserved DBGWCR<n>_EL1.{SSC, HMC, PAC} values* in the *Arm® Architecture Reference Manual for A-profile architecture*. | xx |
| [13] | HMC | Higher mode control. Determines the debug perspective for deciding when a Watchpoint debug event for watchpoint n is generated.<br>The fields that indicate when the watchpoint can be generated are: HMC, PAC, and SSC. These fields must be considered in combination, and the values that are permitted for these fields are constrained.<br>For more information on the operation of these fields, see *Execution conditions for which a watchpoint generates Watchpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [12:5] | BAS | Byte address select. Each bit of this field selects whether a byte from within the word or double-word addressed by AArch64-DBGWVR<n>_EL1 is being watched. Table B-168: BAS description table 1 on page 368<br><br>In cases where AArch64-DBGWVR<n>_EL1 addresses a double-word: Table B-169: BAS description table 2 on page 368<br><br>If AArch64-DBGWVR<n>_EL1[2] == 1, only BAS[3:0] are used and BAS[7:4] are ignored. Arm deprecates setting AArch64-DBGWVR<n>_EL1[2] == 1.<br><br>The valid values for BAS are non-zero binary numbers all of whose set bits are contiguous. All other values are reserved and must not be used by software. See *Reserved DBGWCR<n>_EL1.BAS values* in the *Arm® Architecture Reference Manual for A-profile architecture*. | 8{x} |
| [4:3] | LSC | Load/store control. This field enables watchpoint matching on the type of access being made. Possible values of this field are:<br>**0b01**<br>Match instructions that load from a watchpointed address.<br>**0b10**<br>Match instructions that store to a watchpointed address.<br>**0b11**<br>Match instructions that load from or store to a watchpointed address.<br><br>All other values are reserved, but must behave as if the watchpoint is disabled. Software must not rely on this property as the behavior of reserved values might change in a future revision of the architecture. | xx |
| [2:1] | PAC | Privilege of access control. Determines the Exception level or levels at which a Watchpoint debug event for watchpoint n is generated.<br><br>The fields that indicate when the watchpoint can be generated are: HMC, PAC, and SSC. These fields must be considered in combination, and the values that are permitted for these fields are constrained.<br><br>For more information on the operation of these fields, see *Execution conditions for which a watchpoint generates Watchpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*. | xx |
| [0] | E | Enable watchpoint n. Possible values are:<br>**0b0**<br>Watchpoint disabled.<br>**0b1**<br>Watchpoint enabled. | x |

**Table B-168: BAS description table 1**

| BAS | Description |
|---|---|
| xxxxxxx1 | Match byte at AArch64-DBGWVR<n>_EL1 |
| xxxxxx1x | Match byte at AArch64-DBGWVR<n>_EL1 + 1 |
| xxxxx1xx | Match byte at AArch64-DBGWVR<n>_EL1 + 2 |
| xxxx1xxx | Match byte at AArch64-DBGWVR<n>_EL1 + 3 |

**Table B-169: BAS description table 2**

| BAS | Description, if AArch64-DBGWVR<n>_EL1[2] == 0 |
|---|---|
| xxx1xxxx | Match byte at AArch64-DBGWVR<n>_EL1 + 4 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| BAS | Description, if AArch64-DBGWVR<n>_EL1[2] == 0 |
|---|---|
| xx1xxxxx | Match byte at AArch64-DBGWVR<n>_EL1 + 5 |
| x1xxxxxx | Match byte at AArch64-DBGWVR<n>_EL1 + 6 |
| 1xxxxxxx | Match byte at AArch64-DBGWVR<n>_EL1 + 7 |

### Access

MRS <Xt>, DBGWCR0_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b000 | 0b0000 | 0b0000 | 0b111 |

MSR DBGWCR0_EL1, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b000 | 0b0000 | 0b0000 | 0b111 |

### Accessibility

MRS <Xt>, DBGWCR0_EL1

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.<TDE,TDA> != '00' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        X[t, 64] = DBGWCR_EL1[0];
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        X[t, 64] = DBGWCR_EL1[0];
elsif PSTATE.EL == EL3 then
    if OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        X[t, 64] = DBGWCR_EL1[0];
```

MSR DBGWCR0_EL1, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.<TDE,TDA> != '00' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif MDCR_EL3.TDA == '1' then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        DBGWCR_EL1[0] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        DBGWCR_EL1[0] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        DBGWCR_EL1[0] = X[t, 64];
```

## B.2.5 DBGBVR1_EL1, Debug Breakpoint Value Registers

Holds a virtual address, or a VMID and/or a context ID, for use in breakpoint matching. Forms breakpoint n together with control register AArch64-DBGBCR<n>_EL1.

### Configurations

How this register is interpreted depends on the value of AArch64-DBGBCR<n>_EL1.BT.

- When AArch64-DBGBCR<n>_EL1.BT is 0b000x, this register holds a virtual address.
- When AArch64-DBGBCR<n>_EL1.BT is 0b001x, 0b011x, or 0b110x, this register holds a Context ID.
- When AArch64-DBGBCR<n>_EL1.BT is 0b100x, this register holds a VMID.
- When AArch64-DBGBCR<n>_EL1.BT is 0b101x, this register holds a VMID and a Context ID.
- When AArch64-DBGBCR<n>_EL1.BT is 0b111x, this register holds two Context ID values.

For other values of AArch64-DBGBCR<n>_EL1.BT, this register is RES0.

If breakpoint n is not implemented then accesses to this register are UNDEFINED.

### Attributes

**Width**

64

**Functional group**

Debug registers

**Access type**

See bit descriptions

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Reset value

### When AArch64-DBGBCR1_EL1.BT == '000x'

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

### When AArch64-DBGBCR1_EL1.BT == '001x'

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

### When AArch64-DBGBCR1_EL1.BT == '011x'

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

### When AArch64-DBGBCR1_EL1.BT == '100x'

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

### When AArch64-DBGBCR1_EL1.BT == '101x'

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

### When AArch64-DBGBCR1_EL1.BT == '110x'

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

### When AArch64-DBGBCR1_EL1.BT == '111x'

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

When AArch64-DBGBCR1_EL1.BT == '000'

**Figure B-57: AArch64_dbgbvr1_el1 bit assignments**




**Table B-172: DBGBVR1_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:53] | RESS[14:4] | Reserved, Sign extended. Software must set all bits in this field to the same value as the most significant bit of the VA field. If all bits in this field are not the same value as the most significant bit of the VA field, then all of the following apply:<br>• It is CONSTRAINED UNPREDICTABLE whether the PE ignores this field when comparing an address.<br>• If the breakpoint is not context-aware, it is IMPLEMENTATION DEFINED whether the value read back in each bit of this field is a copy of the most significant bit of the VA field or the value written. | 11{x} |
| [52:49] | RESS[3:0] | Extension to RESS[14:4]. For more information, see RESS[14:4]. | xxxx |
| [48:2] | VA[48:2] | Bits[48:2] of the address value for comparison. | 47{x} |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [1:0] | **RES0** | Reserved | **RES0** |

When AArch64-DBGBCR1_EL1.BT == '001'

**Figure B-58: AArch64_dbgbvr1_el1 bit assignments**




**Table B-173: DBGBVR1_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | **RES0** | Reserved | **RES0** |
| [31:0] | ContextID | Context ID value for comparison.<br><br>The value is compared against AArch64-CONTEXTIDR_EL2 when (FEAT_VHE is implemented or FEAT_Debugv8p2 is implemented), AArch64-HCR_EL2.E2H is 1, and either:<br>• The PE is executing at EL2.<br>• AArch64-HCR_EL2.TGE is 1, the PE is executing at EL0, and EL2 is enabled in the current Security state.<br><br>Otherwise, the value is compared against AArch64-CONTEXTIDR_EL1. | 32{x} |

When AArch64-DBGBCR1_EL1.BT == '011'

**Figure B-59: AArch64_dbgbvr1_el1 bit assignments**




**Table B-174: DBGBVR1_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | **RES0** | Reserved | **RES0** |
| [31:0] | ContextID | Context ID value for comparison against AArch64-CONTEXTIDR_EL1. | 32{x} |

When AArch64-DBGBCR1_EL1.BT == '100'

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Figure B-60: AArch64_dbgbvr1_el1 bit assignments




### Table B-175: DBGBVR1_EL1 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:48] | **RES0** | Reserved | **RES0** |
| [47:40] | VMID[15:8] | **When AArch64-VTCR_EL2.VS == '1'**<br>Extension to VMID[7:0]. For more information, see DBGBVR<n>_EL1.VMID[7:0].<br>**Otherwise**<br>RES0 | 8{x} |
| [39:32] | VMID[7:0] | VMID value for comparison.<br>The VMID is 8 bits when any of the following are true:<br>• EL2 is using AArch32.<br>• AArch64-VTCR_EL2.VS is 0.<br>• FEAT_VMID16 is not implemented. | 8{x} |
| [31:0] | **RES0** | Reserved | **RES0** |

When AArch64-DBGBCR1_EL1.BT == '101'

### Figure B-61: AArch64_dbgbvr1_el1 bit assignments




### Table B-176: DBGBVR1_EL1 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:48] | **RES0** | Reserved | **RES0** |
| [47:40] | VMID[15:8] | **When AArch64-VTCR_EL2.VS == '1'**<br>Extension to VMID[7:0]. For more information, see DBGBVR<n>_EL1.VMID[7:0].<br>**Otherwise**<br>RES0 | 8{x} |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [39:32] | VMID[7:0] | VMID value for comparison.<br><br>The VMID is 8 bits when any of the following are true:<br>• EL2 is using AArch32.<br>• AArch64-VTCR_EL2.VS is 0.<br>• FEAT_VMID16 is not implemented. | 8{x} |
| [31:0] | ContextID | Context ID value for comparison against AArch64-CONTEXTIDR_EL1. | 32{x} |

When AArch64-DBGBCR1_EL1.BT == '110'

**Figure B-62: AArch64_dbgbvr1_el1 bit assignments**




**Table B-177: DBGBVR1_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | ContextID2 | Context ID value for comparison against AArch64-CONTEXTIDR_EL2. | 32{x} |
| [31:0] | **RES0** | Reserved | **RES0** |

When AArch64-DBGBCR1_EL1.BT == '111'

**Figure B-63: AArch64_dbgbvr1_el1 bit assignments**




**Table B-178: DBGBVR1_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | ContextID2 | Context ID value for comparison against AArch64-CONTEXTIDR_EL2. | 32{x} |
| [31:0] | ContextID | Context ID value for comparison against AArch64-CONTEXTIDR_EL1. | 32{x} |

## Access

MRS <Xt>, DBGBVR1_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b000 | 0b0000 | 0b0001 | 0b100 |

MSR DBGBVR1_EL1, <Xt>

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b000 | 0b0000 | 0b0001 | 0b100 |

## Accessibility

MRS <Xt>, DBGBVR1_EL1

```
if 1 >= NUM_BREAKPOINTS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.<TDE,TDA> != '00' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        X[t, 64] = DBGBVR_EL1[1];
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        X[t, 64] = DBGBVR_EL1[1];
elsif PSTATE.EL == EL3 then
    if OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        X[t, 64] = DBGBVR_EL1[1];
```

MSR DBGBVR1_EL1, <Xt>

```
if 1 >= NUM_BREAKPOINTS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.<TDE,TDA> != '00' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        DBGBVR_EL1[1] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    else
        DBGBVR_EL1[1] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        DBGBVR_EL1[1] = X[t, 64];
```

## B.2.6 DBGBCR1_EL1, Debug Breakpoint Control Registers

Holds control information for a breakpoint. Forms breakpoint n together with value register AArch64-DBGBVR<n>_EL1.

### Configurations

If breakpoint n is not implemented, accesses to this register are UNDEFINED.

### Attributes

**Width**

64

**Functional group**

Debug registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-64: AArch64_dbgbcr1_el1 bit assignments**




**Table B-181: DBGBCR1_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:24] | RES0 | Reserved | RES0 |

| Bits | Name | Description | Reset |
|---|---|---|---|
| [23:20] | BT | Breakpoint Type. Possible values are:<br>**0b0000**<br>Unlinked instruction address match. AArch64-DBGBVR<n>_EL1 is the address of an instruction.<br>**0b0001**<br>As 0b0000, but linked to a Context matching breakpoint.<br>**0b0010**<br>Unlinked Context ID match. When FEAT_VHE is implemented, EL2 is using AArch64, and the Effective value of AArch64-HCR_EL2.E2H is 1, if either the PE is executing at EL0 with AArch64-HCR_EL2.TGE set to 1 or the PE is executing at EL2, then AArch64-DBGBVR<n>_EL1.ContextID must match the AArch64-CONTEXTIDR_EL2 value. Otherwise, AArch64-DBGBVR<n>_EL1.ContextID must match the AArch64-CONTEXTIDR_EL1 value<br>**0b0011**<br>As 0b0010, with linking enabled.<br>**0b0110**<br>Unlinked AArch64-CONTEXTIDR_EL1 match. AArch64-DBGBVR<n>_EL1.ContextID is a Context ID compared against AArch64-CONTEXTIDR_EL1.<br>**0b0111**<br>As 0b0110, with linking enabled.<br>**0b1000**<br>Unlinked VMID match. AArch64-DBGBVR<n>_EL1.VMID is a VMID compared against AArch64-VTTBR_EL2.VMID.<br>**0b1001**<br>As 0b1000, with linking enabled.<br>**0b1010**<br>Unlinked VMID and Context ID match. AArch64-DBGBVR<n>_EL1.ContextID is a Context ID compared against AArch64-CONTEXTIDR_EL1, and AArch64-DBGBVR<n>_EL1.VMID is a VMID compared against AArch64-VTTBR_EL2.VMID.<br>**0b1011**<br>As 0b1010, with linking enabled.<br>**0b1100**<br>Unlinked AArch64-CONTEXTIDR_EL2 match. AArch64-DBGBVR<n>_EL1.ContextID2 is a Context ID compared against AArch64-CONTEXTIDR_EL2.<br>**0b1101**<br>As 0b1100, with linking enabled.<br>**0b1110**<br>Unlinked Full Context ID match. AArch64-DBGBVR<n>_EL1.ContextID is compared against AArch64-CONTEXTIDR_EL1, and AArch64-DBGBVR<n>_EL1.ContextID2 is compared against AArch64-CONTEXTIDR_EL2.<br>**0b1111**<br>As 0b1110, with linking enabled.<br><br>All other values are reserved. Constraints on breakpoint programming mean other values are reserved under some conditions.<br><br>The fields that indicate when the breakpoint can be generated are: HMC, PMC, and SSC. These fields must be considered in combination, and the values that are permitted for these fields are constrained.<br><br>For more information on the operation of these fields, see *Execution conditions for which a breakpoint generates Breakpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>For more information on the effect of programming the fields to a reserved value, see *Reserved DBGBCR<n>_EL1.BT values* in the *Arm® Architecture Reference Manual for A-profile architecture*. | xxxx |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [19:16] | LBN | Linked breakpoint number. For Linked address matching breakpoints, this specifies the index of the Context-matching breakpoint linked to.<br><br>For all other breakpoint types this field is ignored and reads of the register return an **UNKNOWN** value.<br><br>This field is ignored when the value of DBGBCR<n>_EL1.E is 0. | xxxx |
| [15:14] | SSC | Security state control. Determines the Security states under which a Breakpoint debug event for breakpoint n is generated.<br><br>The fields that indicate when the breakpoint can be generated are: HMC, PMC, and SSC. These fields must be considered in combination, and the values that are permitted for these fields are constrained.<br><br>For more information on the operation of these fields, see *Execution conditions for which a breakpoint generates Breakpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>For more information on the effect of programming the fields to a reserved set of values, see *Reserved DBGBCR<n>_EL1.{SSC, HMC, PMC} values* in the *Arm® Architecture Reference Manual for A-profile architecture*. | xx |
| [13] | HMC | Higher mode control. Determines the debug perspective for deciding when a Breakpoint debug event for breakpoint n is generated.<br><br>The fields that indicate when the breakpoint can be generated are: HMC, PMC, and SSC. These fields must be considered in combination, and the values that are permitted for these fields are constrained.<br><br>For more information on the operation of these fields, see *Execution conditions for which a breakpoint generates Breakpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>For more information, see DBGBCR<n>_EL1.SSC. | x |
| [12:9] | **RES0** | Reserved | **RES0** |
| [8:5] | BAS | Byte address select. Defines which half-words an address-matching breakpoint matches, regardless of the instruction set and Execution state.<br><br>The permitted values depend on the breakpoint type.<br><br>For Address match breakpoints, the permitted values are: Table B-182: BAS description on page 379<br><br>All other values are reserved. For more information, see *Reserved DBGBCR<n>_EL1.BAS values* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>For more information on using the BAS field in address match breakpoints, see *Using the BAS field in Address Match breakpoints* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>For Context matching breakpoints, this field is **RES1** and ignored. | xxxx |
| [4:3] | **RES0** | Reserved | **RES0** |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [2:1] | PMC | Privilege mode control. Determines the Exception level or levels at which a Breakpoint debug event for breakpoint n is generated.<br><br>The fields that indicate when the breakpoint can be generated are: HMC, PMC, and SSC. These fields must be considered in combination, and the values that are permitted for these fields are constrained.<br><br>For more information on the operation of these fields, see *Execution conditions for which a breakpoint generates Breakpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>For more information, see DBGBCR<n>_EL1.SSC. | xx |
| [0] | E | Enable breakpoint AArch64-DBGBVR<n>_EL1.<br>**0b0**<br>Breakpoint disabled.<br>**0b1**<br>Breakpoint enabled. | x |

**Table B-182: BAS description**

| BAS | Match instruction at | Constraint for debuggers |
|---|---|---|
| 0b0011 | AArch64-DBGBVR<n>_EL1 | Use for T32 instructions |
| 0b1100 | AArch64-DBGBVR<n>_EL1 + 2 | Use for T32 instructions |
| 0b1111 | AArch64-DBGBVR<n>_EL1 | Use for A64 and A32 instructions |

## Access

MRS <Xt>, DBGBCR1_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b000 | 0b0000 | 0b0001 | 0b101 |

MSR DBGBCR1_EL1, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b000 | 0b0000 | 0b0001 | 0b101 |

## Accessibility

MRS <Xt>, DBGBCR1_EL1

```
if 1 >= NUM_BREAKPOINTS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.<TDE,TDA> != '00' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    else
        X[t, 64] = DBGBCR_EL1[1];
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        X[t, 64] = DBGBCR_EL1[1];
elsif PSTATE.EL == EL3 then
    if OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        X[t, 64] = DBGBCR_EL1[1];
```

MSR DBGBCR1_EL1, <Xt>

```
if 1 >= NUM_BREAKPOINTS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.<TDE,TDA> != '00' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        DBGBCR_EL1[1] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        DBGBCR_EL1[1] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        DBGBCR_EL1[1] = X[t, 64];
```

## B.2.7 DBGWVR1_EL1, Debug Watchpoint Value Registers

Holds a data address value for use in watchpoint matching. Forms watchpoint n together with control register AArch64-DBGWCR<n>_EL1.

### Configurations

If watchpoint n is not implemented then accesses to this register are UNDEFINED.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Attributes

### Width

64

### Functional group

Debug registers

### Access type

See bit descriptions

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure B-65: AArch64_dbgwvr1_el1 bit assignments




**Table B-185: DBGWVR1_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:53] | RESS[14:4] | Reserved, Sign extended. Software must set all bits in this field to the same value as the most significant bit of the VA field. If all bits in this field are not the same value as the most significant bit of the VA field, then all of the following apply:<br>• It is **CONSTRAINED UNPREDICTABLE** whether the PE ignores this field when comparing an address.<br>• It is IMPLEMENTATION DEFINED whether the value read back in each bit of this field is a copy of the most significant bit of the VA field or the value written. | 11{x} |
| [52:49] | RESS[3:0] | Extension to RESS[14:4]. For more information, see RESS[14:4]. | xxxx |
| [48:2] | VA[48:2] | Bits[48:2] of the address value for comparison.<br><br>Arm deprecates setting AArch64-DBGWVR<n>_EL1[2] == 1. | 47{x} |
| [1:0] | **RES0** | Reserved | **RES0** |

## Access

MRS <Xt>, DBGWVR1_EL1

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b000 | 0b0000 | 0b0001 | 0b110 |

MSR DBGWVR1_EL1, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b000 | 0b0000 | 0b0001 | 0b110 |

## Accessibility

MRS <Xt>, DBGWVR1_EL1

```
if 1 >= NUM_WATCHPOINTS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.<TDE,TDA> != '00' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        X[t, 64] = DBGWVR_EL1[1];
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        X[t, 64] = DBGWVR_EL1[1];
elsif PSTATE.EL == EL3 then
    if OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        X[t, 64] = DBGWVR_EL1[1];
```

MSR DBGWVR1_EL1, <Xt>

```
if 1 >= NUM_WATCHPOINTS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.<TDE,TDA> != '00' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        DBGWVR_EL1[1] = X[t, 64];
elsif PSTATE.EL == EL2 then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    if MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        DBGWVR_EL1[1] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        DBGWVR_EL1[1] = X[t, 64];
```

## B.2.8 DBGWCR1_EL1, Debug Watchpoint Control Registers

Holds control information for a watchpoint. Forms watchpoint n together with value register AArch64-DBGWVR<n>_EL1.

### Configurations

If watchpoint n is not implemented then accesses to this register are UNDEFINED.

### Attributes

**Width**

64

**Functional group**

Debug registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-66: AArch64_dbgwcr1_el1 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table B-188: DBGWCR1_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:29] | **RES0** | Reserved | **RES0** |
| [28:24] | MASK | Address mask. Only objects up to 2GB can be watched using a single mask.<br>**`0b00000`**<br>No mask.<br>**`0b00001`**<br>Reserved.<br>**`0b00010`**<br>Reserved.<br>If programmed with a reserved value, a watchpoint must behave as if either:<br>• MASK has been programmed with a defined value, which might be 0 (no mask), other than for a direct read of DBGWCRn_EL1.<br>• The watchpoint is disabled.<br>Software must not rely on this property because the behavior of reserved values might change in a future revision of the architecture.<br>Other values mask the corresponding number of address bits, from `0b00011` masking 3 address bits (`0x00000007` mask for address) to `0b11111` masking 31 address bits (`0x7FFFFFFF` mask for address). | `5{x}` |
| [23:21] | **RES0** | Reserved | **RES0** |
| [20] | WT | Watchpoint type. Possible values are:<br>**`0b0`**<br>Unlinked data address match.<br>**`0b1`**<br>Linked data address match. | `x` |
| [19:16] | LBN | Linked breakpoint number. For Linked data address watchpoints, this specifies the index of the Context-matching breakpoint linked to. | `xxxx` |
| [15:14] | SSC | Security state control. Determines the Security states under which a Watchpoint debug event for watchpoint n is generated.<br>The fields that indicate when the watchpoint can be generated are: HMC, PAC, and SSC. These fields must be considered in combination, and the values that are permitted for these fields are constrained.<br>For more information on the operation of these fields, see *Execution conditions for which a watchpoint generates Watchpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br>For more information on the effect of programming the fields to a reserved value, see *Reserved DBGWCR<n>_EL1.{SSC, HMC, PAC} values* in the *Arm® Architecture Reference Manual for A-profile architecture*. | `xx` |
| [13] | HMC | Higher mode control. Determines the debug perspective for deciding when a Watchpoint debug event for watchpoint n is generated.<br>The fields that indicate when the watchpoint can be generated are: HMC, PAC, and SSC. These fields must be considered in combination, and the values that are permitted for these fields are constrained.<br>For more information on the operation of these fields, see *Execution conditions for which a watchpoint generates Watchpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*. | `x` |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [12:5] | BAS | Byte address select. Each bit of this field selects whether a byte from within the word or double-word addressed by AArch64-DBGWVR<n>_EL1 is being watched. Table B-189: BAS description table 1 on page 385<br><br>In cases where AArch64-DBGWVR<n>_EL1 addresses a double-word: Table B-190: BAS description table 2 on page 385<br><br>If AArch64-DBGWVR<n>_EL1[2] == 1, only BAS[3:0] are used and BAS[7:4] are ignored. Arm deprecates setting AArch64-DBGWVR<n>_EL1[2] == 1.<br><br>The valid values for BAS are non-zero binary numbers all of whose set bits are contiguous. All other values are reserved and must not be used by software. See *Reserved DBGWCR<n>_EL1.BAS values* in the *Arm® Architecture Reference Manual for A-profile architecture*. | `8{x}` |
| [4:3] | LSC | Load/store control. This field enables watchpoint matching on the type of access being made. Possible values of this field are:<br>**`0b01`**<br>Match instructions that load from a watchpointed address.<br>**`0b10`**<br>Match instructions that store to a watchpointed address.<br>**`0b11`**<br>Match instructions that load from or store to a watchpointed address.<br><br>All other values are reserved, but must behave as if the watchpoint is disabled. Software must not rely on this property as the behavior of reserved values might change in a future revision of the architecture. | `xx` |
| [2:1] | PAC | Privilege of access control. Determines the Exception level or levels at which a Watchpoint debug event for watchpoint n is generated.<br><br>The fields that indicate when the watchpoint can be generated are: HMC, PAC, and SSC. These fields must be considered in combination, and the values that are permitted for these fields are constrained.<br><br>For more information on the operation of these fields, see *Execution conditions for which a watchpoint generates Watchpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*. | `xx` |
| [0] | E | Enable watchpoint n. Possible values are:<br>**`0b0`**<br>Watchpoint disabled.<br>**`0b1`**<br>Watchpoint enabled. | `x` |

**Table B-189: BAS description table 1**

| BAS | Description |
|---|---|
| xxxxxxx1 | Match byte at AArch64-DBGWVR<n>_EL1 |
| xxxxxx1x | Match byte at AArch64-DBGWVR<n>_EL1 + 1 |
| xxxxx1xx | Match byte at AArch64-DBGWVR<n>_EL1 + 2 |
| xxxx1xxx | Match byte at AArch64-DBGWVR<n>_EL1 + 3 |

**Table B-190: BAS description table 2**

| BAS | Description, if AArch64-DBGWVR<n>_EL1[2] == 0 |
|---|---|
| xxx1xxxx | Match byte at AArch64-DBGWVR<n>_EL1 + 4 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| BAS | Description, if AArch64-DBGWVR<n>_EL1[2] == 0 |
|---|---|
| xx1xxxxx | Match byte at AArch64-DBGWVR<n>_EL1 + 5 |
| x1xxxxxx | Match byte at AArch64-DBGWVR<n>_EL1 + 6 |
| 1xxxxxxx | Match byte at AArch64-DBGWVR<n>_EL1 + 7 |

### Access

MRS <Xt>, DBGWCR1_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b000 | 0b0000 | 0b0001 | 0b111 |

MSR DBGWCR1_EL1, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b000 | 0b0000 | 0b0001 | 0b111 |

### Accessibility

MRS <Xt>, DBGWCR1_EL1

```
if 1 >= NUM_WATCHPOINTS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.<TDE,TDA> != '00' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        X[t, 64] = DBGWCR_EL1[1];
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        X[t, 64] = DBGWCR_EL1[1];
elsif PSTATE.EL == EL3 then
    if OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        X[t, 64] = DBGWCR_EL1[1];
```

MSR DBGWCR1_EL1, <Xt>

```
if 1 >= NUM_WATCHPOINTS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.<TDE,TDA> != '00' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        DBGWCR_EL1[1] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        DBGWCR_EL1[1] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        DBGWCR_EL1[1] = X[t, 64];
```

## B.2.9 DBGBVR2_EL1, Debug Breakpoint Value Registers

Holds a virtual address, or a VMID and/or a context ID, for use in breakpoint matching. Forms breakpoint n together with control register AArch64-DBGBCR<n>_EL1.

### Configurations

How this register is interpreted depends on the value of AArch64-DBGBCR<n>_EL1.BT.

- When AArch64-DBGBCR<n>_EL1.BT is 0b000x, this register holds a virtual address.
- When AArch64-DBGBCR<n>_EL1.BT is 0b001x, 0b011x, or 0b110x, this register holds a Context ID.
- When AArch64-DBGBCR<n>_EL1.BT is 0b100x, this register holds a VMID.
- When AArch64-DBGBCR<n>_EL1.BT is 0b101x, this register holds a VMID and a Context ID.
- When AArch64-DBGBCR<n>_EL1.BT is 0b111x, this register holds two Context ID values.

For other values of AArch64-DBGBCR<n>_EL1.BT, this register is RES0.

If breakpoint n is not implemented then accesses to this register are UNDEFINED.

### Attributes

**Width**

64

**Functional group**

Debug registers

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Access type

See bit descriptions

### Reset value

**When AArch64-DBGBCR2_EL1.BT == '000x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

**When AArch64-DBGBCR2_EL1.BT == '001x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

**When AArch64-DBGBCR2_EL1.BT == '011x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

**When AArch64-DBGBCR2_EL1.BT == '100x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

**When AArch64-DBGBCR2_EL1.BT == '101x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

**When AArch64-DBGBCR2_EL1.BT == '110x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

**When AArch64-DBGBCR2_EL1.BT == '111x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

When AArch64-DBGBCR2_EL1.BT == '000'

**Figure B-67: AArch64_dbgbvr2_el1 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table B-193: DBGBVR2_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:53] | RESS[14:4] | Reserved, Sign extended. Software must set all bits in this field to the same value as the most significant bit of the VA field. If all bits in this field are not the same value as the most significant bit of the VA field, then all of the following apply:<br>• It is **CONSTRAINED UNPREDICTABLE** whether the PE ignores this field when comparing an address.<br>• If the breakpoint is not context-aware, it is IMPLEMENTATION DEFINED whether the value read back in each bit of this field is a copy of the most significant bit of the VA field or the value written. | `11{x}` |
| [52:49] | RESS[3:0] | Extension to RESS[14:4]. For more information, see RESS[14:4]. | `xxxx` |
| [48:2] | VA[48:2] | Bits[48:2] of the address value for comparison. | `47{x}` |
| [1:0] | **RES0** | Reserved | **RES0** |

When AArch64-DBGBCR2_EL1.BT == '001'

**Figure B-68: AArch64_dbgbvr2_el1 bit assignments**




**Table B-194: DBGBVR2_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | **RES0** | Reserved | **RES0** |
| [31:0] | ContextID | Context ID value for comparison.<br><br>The value is compared against AArch64-CONTEXTIDR_EL2 when (FEAT_VHE is implemented or FEAT_Debugv8p2 is implemented), AArch64-HCR_EL2.E2H is 1, and either:<br>• The PE is executing at EL2.<br>• AArch64-HCR_EL2.TGE is 1, the PE is executing at EL0, and EL2 is enabled in the current Security state.<br><br>Otherwise, the value is compared against AArch64-CONTEXTIDR_EL1. | `32{x}` |

When AArch64-DBGBCR2_EL1.BT == '011'

**Figure B-69: AArch64_dbgbvr2_el1 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table B-195: DBGBVR2_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | RES0 | Reserved | RES0 |
| [31:0] | ContextID | Context ID value for comparison against AArch64-CONTEXTIDR_EL1. | 32{x} |

When AArch64-DBGBCR2_EL1.BT == '100'

**Figure B-70: AArch64_dbgbvr2_el1 bit assignments**




**Table B-196: DBGBVR2_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:48] | RES0 | Reserved | RES0 |
| [47:40] | VMID[15:8] | **When AArch64-VTCR_EL2.VS == '1'**<br>Extension to VMID[7:0]. For more information, see DBGBVR<n>_EL1.VMID[7:0].<br>**Otherwise**<br>RES0 | 8{x} |
| [39:32] | VMID[7:0] | VMID value for comparison.<br>The VMID is 8 bits when any of the following are true:<br>• EL2 is using AArch32.<br>• AArch64-VTCR_EL2.VS is 0.<br>• FEAT_VMID16 is not implemented. | 8{x} |
| [31:0] | RES0 | Reserved | RES0 |

When AArch64-DBGBCR2_EL1.BT == '101'

**Figure B-71: AArch64_dbgbvr2_el1 bit assignments**




**Table B-197: DBGBVR2_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:48] | RES0 | Reserved | RES0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [47:40] | VMID[15:8] | **When AArch64-VTCR_EL2.VS == '1'**<br>Extension to VMID[7:0]. For more information, see DBGBVR<n>_EL1.VMID[7:0].<br>**Otherwise**<br>RES0 | 8{x} |
| [39:32] | VMID[7:0] | VMID value for comparison.<br>The VMID is 8 bits when any of the following are true:<br>• EL2 is using AArch32.<br>• AArch64-VTCR_EL2.VS is 0.<br>• FEAT_VMID16 is not implemented. | 8{x} |
| [31:0] | ContextID | Context ID value for comparison against AArch64-CONTEXTIDR_EL1. | 32{x} |

When AArch64-DBGBCR2_EL1.BT == '110'

**Figure B-72: AArch64_dbgbvr2_el1 bit assignments**




**Table B-198: DBGBVR2_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | ContextID2 | Context ID value for comparison against AArch64-CONTEXTIDR_EL2. | 32{x} |
| [31:0] | **RES0** | Reserved | **RES0** |

When AArch64-DBGBCR2_EL1.BT == '111'

**Figure B-73: AArch64_dbgbvr2_el1 bit assignments**




**Table B-199: DBGBVR2_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | ContextID2 | Context ID value for comparison against AArch64-CONTEXTIDR_EL2. | 32{x} |
| [31:0] | ContextID | Context ID value for comparison against AArch64-CONTEXTIDR_EL1. | 32{x} |

## Access

MRS <Xt>, DBGBVR2_EL1

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b000 | 0b0000 | 0b0010 | 0b100 |

MSR DBGBVR2_EL1, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b000 | 0b0000 | 0b0010 | 0b100 |

## Accessibility

MRS <Xt>, DBGBVR2_EL1

```
if 2 >= NUM_BREAKPOINTS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.<TDE,TDA> != '00' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        X[t, 64] = DBGBVR_EL1[2];
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        X[t, 64] = DBGBVR_EL1[2];
elsif PSTATE.EL == EL3 then
    if OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        X[t, 64] = DBGBVR_EL1[2];
```

MSR DBGBVR2_EL1, <Xt>

```
if 2 >= NUM_BREAKPOINTS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.<TDE,TDA> != '00' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        DBGBVR_EL1[2] = X[t, 64];
elsif PSTATE.EL == EL2 then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    if MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        DBGBVR_EL1[2] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        DBGBVR_EL1[2] = X[t, 64];
```

## B.2.10 DBGBCR2_EL1, Debug Breakpoint Control Registers

Holds control information for a breakpoint. Forms breakpoint n together with value register AArch64-DBGBVR<n>_EL1.

### Configurations

If breakpoint n is not implemented, accesses to this register are UNDEFINED.

### Attributes

**Width**

64

**Functional group**

Debug registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-74: AArch64_dbgbcr2_el1 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table B-202: DBGBCR2_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:24] | **RES0** | Reserved | **RES0** |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
| --- | --- | --- | --- |
| [23:20] | BT | Breakpoint Type. Possible values are:<br>**0b0000**<br>Unlinked instruction address match. AArch64-DBGBVR<n>_EL1 is the address of an instruction.<br>**0b0001**<br>As 0b0000, but linked to a Context matching breakpoint.<br>**0b0010**<br>Unlinked Context ID match. When FEAT_VHE is implemented, EL2 is using AArch64, and the Effective value of AArch64-HCR_EL2.E2H is 1, if either the PE is executing at EL0 with AArch64-HCR_EL2.TGE set to 1 or the PE is executing at EL2, then AArch64-DBGBVR<n>_EL1.ContextID must match the AArch64-CONTEXTIDR_EL2 value. Otherwise, AArch64-DBGBVR<n>_EL1.ContextID must match the AArch64-CONTEXTIDR_EL1 value<br>**0b0011**<br>As 0b0010, with linking enabled.<br>**0b0110**<br>Unlinked AArch64-CONTEXTIDR_EL1 match. AArch64-DBGBVR<n>_EL1.ContextID is a Context ID compared against AArch64-CONTEXTIDR_EL1.<br>**0b0111**<br>As 0b0110, with linking enabled.<br>**0b1000**<br>Unlinked VMID match. AArch64-DBGBVR<n>_EL1.VMID is a VMID compared against AArch64-VTTBR_EL2.VMID.<br>**0b1001**<br>As 0b1000, with linking enabled.<br>**0b1010**<br>Unlinked VMID and Context ID match. AArch64-DBGBVR<n>_EL1.ContextID is a Context ID compared against AArch64-CONTEXTIDR_EL1, and AArch64-DBGBVR<n>_EL1.VMID is a VMID compared against AArch64-VTTBR_EL2.VMID.<br>**0b1011**<br>As 0b1010, with linking enabled.<br>**0b1100**<br>Unlinked AArch64-CONTEXTIDR_EL2 match. AArch64-DBGBVR<n>_EL1.ContextID2 is a Context ID compared against AArch64-CONTEXTIDR_EL2.<br>**0b1101**<br>As 0b1100, with linking enabled.<br>**0b1110**<br>Unlinked Full Context ID match. AArch64-DBGBVR<n>_EL1.ContextID is compared against AArch64-CONTEXTIDR_EL1, and AArch64-DBGBVR<n>_EL1.ContextID2 is compared against AArch64-CONTEXTIDR_EL2.<br>**0b1111**<br>As 0b1110, with linking enabled.<br><br>All other values are reserved. Constraints on breakpoint programming mean other values are reserved under some conditions.<br><br>The fields that indicate when the breakpoint can be generated are: HMC, PMC, and SSC. These fields must be considered in combination, and the values that are permitted for these fields are constrained.<br><br>For more information on the operation of these fields, see *Execution conditions for which a breakpoint generates Breakpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>For more information on the effect of programming the fields to a reserved value, see *Reserved DBGBCR<n>_EL1.BT values* in the *Arm® Architecture Reference Manual for A-profile architecture*. | xxxx |

Copyright © 2020-2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [19:16] | LBN | Linked breakpoint number. For Linked address matching breakpoints, this specifies the index of the Context-matching breakpoint linked to.<br><br>For all other breakpoint types this field is ignored and reads of the register return an **UNKNOWN** value.<br><br>This field is ignored when the value of DBGBCR<n>_EL1.E is 0. | xxxx |
| [15:14] | SSC | Security state control. Determines the Security states under which a Breakpoint debug event for breakpoint n is generated.<br><br>The fields that indicate when the breakpoint can be generated are: HMC, PMC, and SSC. These fields must be considered in combination, and the values that are permitted for these fields are constrained.<br><br>For more information on the operation of these fields, see *Execution conditions for which a breakpoint generates Breakpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>For more information on the effect of programming the fields to a reserved set of values, see *Reserved DBGBCR<n>_EL1.{SSC, HMC, PMC} values* in the *Arm® Architecture Reference Manual for A-profile architecture*. | xx |
| [13] | HMC | Higher mode control. Determines the debug perspective for deciding when a Breakpoint debug event for breakpoint n is generated.<br><br>The fields that indicate when the breakpoint can be generated are: HMC, PMC, and SSC. These fields must be considered in combination, and the values that are permitted for these fields are constrained.<br><br>For more information on the operation of these fields, see *Execution conditions for which a breakpoint generates Breakpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>For more information, see DBGBCR<n>_EL1.SSC. | x |
| [12:9] | **RES0** | Reserved | **RES0** |
| [8:5] | BAS | Byte address select. Defines which half-words an address-matching breakpoint matches, regardless of the instruction set and Execution state.<br><br>The permitted values depend on the breakpoint type.<br><br>For Address match breakpoints, the permitted values are: Table B-203: BAS description on page 397<br><br>All other values are reserved. For more information, see *Reserved DBGBCR<n>_EL1.BAS values* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>For more information on using the BAS field in address match breakpoints, see *Using the BAS field in Address Match breakpoints* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>For Context matching breakpoints, this field is **RES1** and ignored. | xxxx |
| [4:3] | **RES0** | Reserved | **RES0** |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [2:1] | PMC | Privilege mode control. Determines the Exception level or levels at which a Breakpoint debug event for breakpoint n is generated.<br><br>The fields that indicate when the breakpoint can be generated are: HMC, PMC, and SSC. These fields must be considered in combination, and the values that are permitted for these fields are constrained.<br><br>For more information on the operation of these fields, see *Execution conditions for which a breakpoint generates Breakpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>For more information, see DBGBCR<n>_EL1.SSC. | xx |
| [0] | E | Enable breakpoint AArch64-DBGBVR<n>_EL1.<br>**0b0**<br>Breakpoint disabled.<br>**0b1**<br>Breakpoint enabled. | x |

**Table B-203: BAS description**

| BAS | Match instruction at | Constraint for debuggers |
|---|---|---|
| 0b0011 | AArch64-DBGBVR<n>_EL1 | Use for T32 instructions |
| 0b1100 | AArch64-DBGBVR<n>_EL1 + 2 | Use for T32 instructions |
| 0b1111 | AArch64-DBGBVR<n>_EL1 | Use for A64 and A32 instructions |

## Access

MRS <Xt>, DBGBCR2_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b000 | 0b0000 | 0b0010 | 0b101 |

MSR DBGBCR2_EL1, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b000 | 0b0000 | 0b0010 | 0b101 |

## Accessibility

MRS <Xt>, DBGBCR2_EL1

```
if 2 >= NUM_BREAKPOINTS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.<TDE,TDA> != '00' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    else
        X[t, 64] = DBGBCR_EL1[2];
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        X[t, 64] = DBGBCR_EL1[2];
elsif PSTATE.EL == EL3 then
    if OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        X[t, 64] = DBGBCR_EL1[2];
```

MSR DBGBCR2_EL1, <Xt>

```
if 2 >= NUM_BREAKPOINTS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.<TDE,TDA> != '00' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        DBGBCR_EL1[2] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        DBGBCR_EL1[2] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        DBGBCR_EL1[2] = X[t, 64];
```

## B.2.11 DBGWVR2_EL1, Debug Watchpoint Value Registers

Holds a data address value for use in watchpoint matching. Forms watchpoint n together with control register AArch64-DBGWCR<n>_EL1.

### Configurations

If watchpoint n is not implemented then accesses to this register are UNDEFINED.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Attributes

### Width

64

### Functional group

Debug registers

### Access type

See bit descriptions

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note: Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure B-75: AArch64_dbgwvr2_el1 bit assignments**




**Table B-206: DBGWVR2_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:53] | RESS[14:4] | Reserved, Sign extended. Software must set all bits in this field to the same value as the most significant bit of the VA field. If all bits in this field are not the same value as the most significant bit of the VA field, then all of the following apply:<br>• It is **CONSTRAINED UNPREDICTABLE** whether the PE ignores this field when comparing an address.<br>• It is IMPLEMENTATION DEFINED whether the value read back in each bit of this field is a copy of the most significant bit of the VA field or the value written. | 11{x} |
| [52:49] | RESS[3:0] | Extension to RESS[14:4]. For more information, see RESS[14:4]. | xxxx |
| [48:2] | VA[48:2] | Bits[48:2] of the address value for comparison.<br><br>Arm deprecates setting AArch64-DBGWVR<n>_EL1[2] == 1. | 47{x} |
| [1:0] | RES0 | Reserved | RES0 |

## Access

MRS <Xt>, DBGWVR2_EL1

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b000 | 0b0000 | 0b0010 | 0b110 |

MSR DBGWVR2_EL1, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b000 | 0b0000 | 0b0010 | 0b110 |

## Accessibility

MRS <Xt>, DBGWVR2_EL1

```
if 2 >= NUM_WATCHPOINTS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.<TDE,TDA> != '00' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        X[t, 64] = DBGWVR_EL1[2];
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        X[t, 64] = DBGWVR_EL1[2];
elsif PSTATE.EL == EL3 then
    if OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        X[t, 64] = DBGWVR_EL1[2];
```

MSR DBGWVR2_EL1, <Xt>

```
if 2 >= NUM_WATCHPOINTS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.<TDE,TDA> != '00' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        DBGWVR_EL1[2] = X[t, 64];
elsif PSTATE.EL == EL2 then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    if MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        DBGWVR_EL1[2] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        DBGWVR_EL1[2] = X[t, 64];
```

## B.2.12 DBGWCR2_EL1, Debug Watchpoint Control Registers

Holds control information for a watchpoint. Forms watchpoint n together with value register AArch64-DBGWVR<n>_EL1.

### Configurations

If watchpoint n is not implemented then accesses to this register are UNDEFINED.

### Attributes

**Width**

64

**Functional group**

Debug registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-76: AArch64_dbgwcr2_el1 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table B-209: DBGWCR2_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:29] | RES0 | Reserved | RES0 |
| [28:24] | MASK | Address mask. Only objects up to 2GB can be watched using a single mask.<br>**0b00000**<br>No mask.<br>**0b00001**<br>Reserved.<br>**0b00010**<br>Reserved.<br><br>If programmed with a reserved value, a watchpoint must behave as if either:<br>• MASK has been programmed with a defined value, which might be 0 (no mask), other than for a direct read of DBGWCRn_EL1.<br>• The watchpoint is disabled.<br><br>Software must not rely on this property because the behavior of reserved values might change in a future revision of the architecture.<br><br>Other values mask the corresponding number of address bits, from `0b00011` masking 3 address bits (`0x00000007` mask for address) to `0b11111` masking 31 address bits (`0x7FFFFFFF` mask for address). | 5{x} |
| [23:21] | RES0 | Reserved | RES0 |
| [20] | WT | Watchpoint type. Possible values are:<br>**0b0**<br>Unlinked data address match.<br>**0b1**<br>Linked data address match. | x |
| [19:16] | LBN | Linked breakpoint number. For Linked data address watchpoints, this specifies the index of the Context-matching breakpoint linked to. | xxxx |
| [15:14] | SSC | Security state control. Determines the Security states under which a Watchpoint debug event for watchpoint n is generated.<br><br>The fields that indicate when the watchpoint can be generated are: HMC, PAC, and SSC. These fields must be considered in combination, and the values that are permitted for these fields are constrained.<br><br>For more information on the operation of these fields, see *Execution conditions for which a watchpoint generates Watchpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>For more information on the effect of programming the fields to a reserved value, see *Reserved DBGWCR<n>_EL1.{SSC, HMC, PAC} values* in the *Arm® Architecture Reference Manual for A-profile architecture*. | xx |
| [13] | HMC | Higher mode control. Determines the debug perspective for deciding when a Watchpoint debug event for watchpoint n is generated.<br><br>The fields that indicate when the watchpoint can be generated are: HMC, PAC, and SSC. These fields must be considered in combination, and the values that are permitted for these fields are constrained.<br><br>For more information on the operation of these fields, see *Execution conditions for which a watchpoint generates Watchpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [12:5] | BAS | Byte address select. Each bit of this field selects whether a byte from within the word or double-word addressed by AArch64-DBGWVR<n>_EL1 is being watched. Table B-210: BAS description table 1 on page 403<br><br>In cases where AArch64-DBGWVR<n>_EL1 addresses a double-word: Table B-211: BAS description table 2 on page 403<br><br>If AArch64-DBGWVR<n>_EL1[2] == 1, only BAS[3:0] are used and BAS[7:4] are ignored. Arm deprecates setting AArch64-DBGWVR<n>_EL1[2] == 1.<br><br>The valid values for BAS are non-zero binary numbers all of whose set bits are contiguous. All other values are reserved and must not be used by software. See *Reserved DBGWCR<n>_EL1.BAS values* in the *Arm® Architecture Reference Manual for A-profile architecture*. | 8{x} |
| [4:3] | LSC | Load/store control. This field enables watchpoint matching on the type of access being made. Possible values of this field are:<br>**0b01**<br>Match instructions that load from a watchpointed address.<br>**0b10**<br>Match instructions that store to a watchpointed address.<br>**0b11**<br>Match instructions that load from or store to a watchpointed address.<br><br>All other values are reserved, but must behave as if the watchpoint is disabled. Software must not rely on this property as the behavior of reserved values might change in a future revision of the architecture. | xx |
| [2:1] | PAC | Privilege of access control. Determines the Exception level or levels at which a Watchpoint debug event for watchpoint n is generated.<br><br>The fields that indicate when the watchpoint can be generated are: HMC, PAC, and SSC. These fields must be considered in combination, and the values that are permitted for these fields are constrained.<br><br>For more information on the operation of these fields, see *Execution conditions for which a watchpoint generates Watchpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*. | xx |
| [0] | E | Enable watchpoint n. Possible values are:<br>**0b0**<br>Watchpoint disabled.<br>**0b1**<br>Watchpoint enabled. | x |

**Table B-210: BAS description table 1**

| BAS | Description |
|---|---|
| xxxxxxx1 | Match byte at AArch64-DBGWVR<n>_EL1 |
| xxxxxx1x | Match byte at AArch64-DBGWVR<n>_EL1 + 1 |
| xxxxx1xx | Match byte at AArch64-DBGWVR<n>_EL1 + 2 |
| xxxx1xxx | Match byte at AArch64-DBGWVR<n>_EL1 + 3 |

**Table B-211: BAS description table 2**

| BAS | Description, if AArch64-DBGWVR<n>_EL1[2] == 0 |
|---|---|
| xxx1xxxx | Match byte at AArch64-DBGWVR<n>_EL1 + 4 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| BAS | Description, if AArch64-DBGWVR<n>_EL1[2] == 0 |
|---|---|
| xx1xxxxx | Match byte at AArch64-DBGWVR<n>_EL1 + 5 |
| x1xxxxxx | Match byte at AArch64-DBGWVR<n>_EL1 + 6 |
| 1xxxxxxx | Match byte at AArch64-DBGWVR<n>_EL1 + 7 |

## Access

MRS <Xt>, DBGWCR2_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b000 | 0b0000 | 0b0010 | 0b111 |

MSR DBGWCR2_EL1, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b000 | 0b0000 | 0b0010 | 0b111 |

## Accessibility

MRS <Xt>, DBGWCR2_EL1

```
if 2 >= NUM_WATCHPOINTS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.<TDE,TDA> != '00' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        X[t, 64] = DBGWCR_EL1[2];
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        X[t, 64] = DBGWCR_EL1[2];
elsif PSTATE.EL == EL3 then
    if OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        X[t, 64] = DBGWCR_EL1[2];
```

MSR DBGWCR2_EL1, <Xt>

```
if 2 >= NUM_WATCHPOINTS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.<TDE,TDA> != '00' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        DBGWCR_EL1[2] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        DBGWCR_EL1[2] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        DBGWCR_EL1[2] = X[t, 64];
```

## B.2.13 DBGBVR3_EL1, Debug Breakpoint Value Registers

Holds a virtual address, or a VMID and/or a context ID, for use in breakpoint matching. Forms breakpoint n together with control register AArch64-DBGBCR<n>_EL1.

### Configurations

How this register is interpreted depends on the value of AArch64-DBGBCR<n>_EL1.BT.

- When AArch64-DBGBCR<n>_EL1.BT is 0b000x, this register holds a virtual address.
- When AArch64-DBGBCR<n>_EL1.BT is 0b001x, 0b011x, or 0b110x, this register holds a Context ID.
- When AArch64-DBGBCR<n>_EL1.BT is 0b100x, this register holds a VMID.
- When AArch64-DBGBCR<n>_EL1.BT is 0b101x, this register holds a VMID and a Context ID.
- When AArch64-DBGBCR<n>_EL1.BT is 0b111x, this register holds two Context ID values.

For other values of AArch64-DBGBCR<n>_EL1.BT, this register is RES0.

If breakpoint n is not implemented then accesses to this register are UNDEFINED.

### Attributes

**Width**

64

**Functional group**

Debug registers

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Access type**

See bit descriptions

**Reset value**

**When AArch64-DBGBCR3_EL1.BT == '000x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

**When AArch64-DBGBCR3_EL1.BT == '001x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

**When AArch64-DBGBCR3_EL1.BT == '011x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

**When AArch64-DBGBCR3_EL1.BT == '100x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

**When AArch64-DBGBCR3_EL1.BT == '101x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

**When AArch64-DBGBCR3_EL1.BT == '110x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

**When AArch64-DBGBCR3_EL1.BT == '111x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

When AArch64-DBGBCR3_EL1.BT == '000'

### Figure B-77: AArch64_dbgbvr3_el1 bit assignments




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table B-214: DBGBVR3_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:53] | RESS[14:4] | Reserved, Sign extended. Software must set all bits in this field to the same value as the most significant bit of the VA field. If all bits in this field are not the same value as the most significant bit of the VA field, then all of the following apply:<br>• It is **CONSTRAINED UNPREDICTABLE** whether the PE ignores this field when comparing an address.<br>• If the breakpoint is not context-aware, it is IMPLEMENTATION DEFINED whether the value read back in each bit of this field is a copy of the most significant bit of the VA field or the value written. | 11{x} |
| [52:49] | RESS[3:0] | Extension to RESS[14:4]. For more information, see RESS[14:4]. | xxxx |
| [48:2] | VA[48:2] | Bits[48:2] of the address value for comparison. | 47{x} |
| [1:0] | **RES0** | Reserved | **RES0** |

When AArch64-DBGBCR3_EL1.BT == '001'

**Figure B-78: AArch64_dbgbvr3_el1 bit assignments**




**Table B-215: DBGBVR3_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | **RES0** | Reserved | **RES0** |
| [31:0] | ContextID | Context ID value for comparison.<br><br>The value is compared against AArch64-CONTEXTIDR_EL2 when (FEAT_VHE is implemented or FEAT_Debugv8p2 is implemented), AArch64-HCR_EL2.E2H is 1, and either:<br>• The PE is executing at EL2.<br>• AArch64-HCR_EL2.TGE is 1, the PE is executing at EL0, and EL2 is enabled in the current Security state.<br><br>Otherwise, the value is compared against AArch64-CONTEXTIDR_EL1. | 32{x} |

When AArch64-DBGBCR3_EL1.BT == '011'

**Figure B-79: AArch64_dbgbvr3_el1 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table B-216: DBGBVR3_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | **RES0** | Reserved | **RES0** |
| [31:0] | ContextID | Context ID value for comparison against AArch64-CONTEXTIDR_EL1. | 32{x} |

When AArch64-DBGBCR3_EL1.BT == '100'

**Figure B-80: AArch64_dbgbvr3_el1 bit assignments**




**Table B-217: DBGBVR3_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:48] | **RES0** | Reserved | **RES0** |
| [47:40] | VMID[15:8] | **When AArch64-VTCR_EL2.VS == '1'**<br>Extension to VMID[7:0]. For more information, see DBGBVR<n>_EL1.VMID[7:0].<br>**Otherwise**<br>RES0 | 8{x} |
| [39:32] | VMID[7:0] | VMID value for comparison.<br>The VMID is 8 bits when any of the following are true:<br>• EL2 is using AArch32.<br>• AArch64-VTCR_EL2.VS is 0.<br>• FEAT_VMID16 is not implemented. | 8{x} |
| [31:0] | **RES0** | Reserved | **RES0** |

When AArch64-DBGBCR3_EL1.BT == '101'

**Figure B-81: AArch64_dbgbvr3_el1 bit assignments**




**Table B-218: DBGBVR3_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:48] | **RES0** | Reserved | **RES0** |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [47:40] | VMID[15:8] | **When AArch64-VTCR_EL2.VS == '1'**<br>Extension to VMID[7:0]. For more information, see DBGBVR<n>_EL1.VMID[7:0].<br>**Otherwise**<br>RES0 | 8{x} |
| [39:32] | VMID[7:0] | VMID value for comparison.<br>The VMID is 8 bits when any of the following are true:<br>• EL2 is using AArch32.<br>• AArch64-VTCR_EL2.VS is 0.<br>• FEAT_VMID16 is not implemented. | 8{x} |
| [31:0] | ContextID | Context ID value for comparison against AArch64-CONTEXTIDR_EL1. | 32{x} |

When AArch64-DBGBCR3_EL1.BT == '110'

**Figure B-82: AArch64_dbgbvr3_el1 bit assignments**




**Table B-219: DBGBVR3_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | ContextID2 | Context ID value for comparison against AArch64-CONTEXTIDR_EL2. | 32{x} |
| [31:0] | RES0 | Reserved | RES0 |

When AArch64-DBGBCR3_EL1.BT == '111'

**Figure B-83: AArch64_dbgbvr3_el1 bit assignments**




**Table B-220: DBGBVR3_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | ContextID2 | Context ID value for comparison against AArch64-CONTEXTIDR_EL2. | 32{x} |
| [31:0] | ContextID | Context ID value for comparison against AArch64-CONTEXTIDR_EL1. | 32{x} |

## Access

MRS <Xt>, DBGBVR3_EL1

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b000 | 0b0000 | 0b0011 | 0b100 |

MSR DBGBVR3_EL1, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b000 | 0b0000 | 0b0011 | 0b100 |

## Accessibility

MRS <Xt>, DBGBVR3_EL1

```
if 3 >= NUM_BREAKPOINTS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.<TDE,TDA> != '00' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        X[t, 64] = DBGBVR_EL1[3];
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        X[t, 64] = DBGBVR_EL1[3];
elsif PSTATE.EL == EL3 then
    if OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        X[t, 64] = DBGBVR_EL1[3];
```

MSR DBGBVR3_EL1, <Xt>

```
if 3 >= NUM_BREAKPOINTS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.<TDE,TDA> != '00' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        DBGBVR_EL1[3] = X[t, 64];
elsif PSTATE.EL == EL2 then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        if MDCR_EL3.TDA == '1' then
            if Halted() && EDSCR.SDD == '1' then
                UNDEFINED;
            else
                AArch64.SystemAccessTrap(EL3, 0x18);
        elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
            Halt(DebugHalt_SoftwareAccess);
        else
            DBGBVR_EL1[3] = X[t, 64];
    elsif PSTATE.EL == EL3 then
        if OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
            Halt(DebugHalt_SoftwareAccess);
        else
            DBGBVR_EL1[3] = X[t, 64];
```

## B.2.14 DBGBCR3_EL1, Debug Breakpoint Control Registers

Holds control information for a breakpoint. Forms breakpoint n together with value register AArch64-DBGBVR<n>_EL1.

### Configurations

If breakpoint n is not implemented, accesses to this register are UNDEFINED.

### Attributes

**Width**

64

**Functional group**

Debug registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-84: AArch64_dbgbcr3_el1 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table B-223: DBGBCR3_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:24] | **RES0** | Reserved | **RES0** |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [23:20] | BT | Breakpoint Type. Possible values are:<br>**`0b0000`**<br>Unlinked instruction address match. AArch64-DBGBVR<n>_EL1 is the address of an instruction.<br>**`0b0001`**<br>As 0b0000, but linked to a Context matching breakpoint.<br>**`0b0010`**<br>Unlinked Context ID match. When FEAT_VHE is implemented, EL2 is using AArch64, and the Effective value of AArch64-HCR_EL2.E2H is 1, if either the PE is executing at EL0 with AArch64-HCR_EL2.TGE set to 1 or the PE is executing at EL2, then AArch64-DBGBVR<n>_EL1.ContextID must match the AArch64-CONTEXTIDR_EL2 value. Otherwise, AArch64-DBGBVR<n>_EL1.ContextID must match the AArch64-CONTEXTIDR_EL1 value<br>**`0b0011`**<br>As 0b0010, with linking enabled.<br>**`0b0110`**<br>Unlinked AArch64-CONTEXTIDR_EL1 match. AArch64-DBGBVR<n>_EL1.ContextID is a Context ID compared against AArch64-CONTEXTIDR_EL1.<br>**`0b0111`**<br>As 0b0110, with linking enabled.<br>**`0b1000`**<br>Unlinked VMID match. AArch64-DBGBVR<n>_EL1.VMID is a VMID compared against AArch64-VTTBR_EL2.VMID.<br>**`0b1001`**<br>As 0b1000, with linking enabled.<br>**`0b1010`**<br>Unlinked VMID and Context ID match. AArch64-DBGBVR<n>_EL1.ContextID is a Context ID compared against AArch64-CONTEXTIDR_EL1, and AArch64-DBGBVR<n>_EL1.VMID is a VMID compared against AArch64-VTTBR_EL2.VMID.<br>**`0b1011`**<br>As 0b1010, with linking enabled.<br>**`0b1100`**<br>Unlinked AArch64-CONTEXTIDR_EL2 match. AArch64-DBGBVR<n>_EL1.ContextID2 is a Context ID compared against AArch64-CONTEXTIDR_EL2.<br>**`0b1101`**<br>As 0b1100, with linking enabled.<br>**`0b1110`**<br>Unlinked Full Context ID match. AArch64-DBGBVR<n>_EL1.ContextID is compared against AArch64-CONTEXTIDR_EL1, and AArch64-DBGBVR<n>_EL1.ContextID2 is compared against AArch64-CONTEXTIDR_EL2.<br>**`0b1111`**<br>As 0b1110, with linking enabled.<br><br>All other values are reserved. Constraints on breakpoint programming mean other values are reserved under some conditions.<br><br>The fields that indicate when the breakpoint can be generated are: HMC, PMC, and SSC. These fields must be considered in combination, and the values that are permitted for these fields are constrained.<br><br>For more information on the operation of these fields, see *Execution conditions for which a breakpoint generates Breakpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>For more information on the effect of programming the fields to a reserved value, see *Reserved DBGBCR<n>_EL1.BT values* in the *Arm® Architecture Reference Manual for A-profile architecture*. | `xxxx` |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [19:16] | LBN | Linked breakpoint number. For Linked address matching breakpoints, this specifies the index of the Context-matching breakpoint linked to.<br><br>For all other breakpoint types this field is ignored and reads of the register return an **UNKNOWN** value.<br><br>This field is ignored when the value of DBGBCR<n>_EL1.E is 0. | xxxx |
| [15:14] | SSC | Security state control. Determines the Security states under which a Breakpoint debug event for breakpoint n is generated.<br><br>The fields that indicate when the breakpoint can be generated are: HMC, PMC, and SSC. These fields must be considered in combination, and the values that are permitted for these fields are constrained.<br><br>For more information on the operation of these fields, see *Execution conditions for which a breakpoint generates Breakpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>For more information on the effect of programming the fields to a reserved set of values, see *Reserved DBGBCR<n>_EL1.{SSC, HMC, PMC} values* in the *Arm® Architecture Reference Manual for A-profile architecture*. | xx |
| [13] | HMC | Higher mode control. Determines the debug perspective for deciding when a Breakpoint debug event for breakpoint n is generated.<br><br>The fields that indicate when the breakpoint can be generated are: HMC, PMC, and SSC. These fields must be considered in combination, and the values that are permitted for these fields are constrained.<br><br>For more information on the operation of these fields, see *Execution conditions for which a breakpoint generates Breakpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>For more information, see DBGBCR<n>_EL1.SSC. | x |
| [12:9] | **RES0** | Reserved | **RES0** |
| [8:5] | BAS | Byte address select. Defines which half-words an address-matching breakpoint matches, regardless of the instruction set and Execution state.<br><br>The permitted values depend on the breakpoint type.<br><br>For Address match breakpoints, the permitted values are: Table B-224: BAS description on page 415<br><br>All other values are reserved. For more information, see *Reserved DBGBCR<n>_EL1.BAS values* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>For more information on using the BAS field in address match breakpoints, see *Using the BAS field in Address Match breakpoints* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>For Context matching breakpoints, this field is **RES1** and ignored. | xxxx |
| [4:3] | **RES0** | Reserved | **RES0** |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [2:1] | PMC | Privilege mode control. Determines the Exception level or levels at which a Breakpoint debug event for breakpoint n is generated.<br><br>The fields that indicate when the breakpoint can be generated are: HMC, PMC, and SSC. These fields must be considered in combination, and the values that are permitted for these fields are constrained.<br><br>For more information on the operation of these fields, see *Execution conditions for which a breakpoint generates Breakpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>For more information, see DBGBCR<n>_EL1.SSC. | xx |
| [0] | E | Enable breakpoint AArch64-DBGBVR<n>_EL1.<br>**0b0**<br>Breakpoint disabled.<br>**0b1**<br>Breakpoint enabled. | x |

**Table B-224: BAS description**

| BAS | Match instruction at | Constraint for debuggers |
|---|---|---|
| 0b0011 | AArch64-DBGBVR<n>_EL1 | Use for T32 instructions |
| 0b1100 | AArch64-DBGBVR<n>_EL1 + 2 | Use for T32 instructions |
| 0b1111 | AArch64-DBGBVR<n>_EL1 | Use for A64 and A32 instructions |

## Access

MRS <Xt>, DBGBCR3_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b000 | 0b0000 | 0b0011 | 0b101 |

MSR DBGBCR3_EL1, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b000 | 0b0000 | 0b0011 | 0b101 |

## Accessibility

MRS <Xt>, DBGBCR3_EL1

```
if 3 >= NUM_BREAKPOINTS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.<TDE,TDA> != '00' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    else
        X[t, 64] = DBGBCR_EL1[3];
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        X[t, 64] = DBGBCR_EL1[3];
elsif PSTATE.EL == EL3 then
    if OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        X[t, 64] = DBGBCR_EL1[3];
```

MSR DBGBCR3_EL1, <Xt>

```
if 3 >= NUM_BREAKPOINTS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.<TDE,TDA> != '00' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        DBGBCR_EL1[3] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        DBGBCR_EL1[3] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        DBGBCR_EL1[3] = X[t, 64];
```

## B.2.15 DBGWVR3_EL1, Debug Watchpoint Value Registers

Holds a data address value for use in watchpoint matching. Forms watchpoint n together with control register AArch64-DBGWCR<n>_EL1.

### Configurations

If watchpoint n is not implemented then accesses to this register are UNDEFINED.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Attributes

**Width**

64

**Functional group**

Debug registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure B-85: AArch64_dbgwvr3_el1 bit assignments**




**Table B-227: DBGWVR3_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:53] | RESS[14:4] | Reserved, Sign extended. Software must set all bits in this field to the same value as the most significant bit of the VA field. If all bits in this field are not the same value as the most significant bit of the VA field, then all of the following apply:<br>• It is **CONSTRAINED UNPREDICTABLE** whether the PE ignores this field when comparing an address.<br>• It is IMPLEMENTATION DEFINED whether the value read back in each bit of this field is a copy of the most significant bit of the VA field or the value written. | 11{x} |
| [52:49] | RESS[3:0] | Extension to RESS[14:4]. For more information, see RESS[14:4]. | xxxx |
| [48:2] | VA[48:2] | Bits[48:2] of the address value for comparison.<br><br>Arm deprecates setting AArch64-DBGWVR<n>_EL1[2] == 1. | 47{x} |
| [1:0] | RES0 | Reserved | RES0 |

## Access

MRS <Xt>, DBGWVR3_EL1

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b000 | 0b0000 | 0b0011 | 0b110 |

MSR DBGWVR3_EL1, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b000 | 0b0000 | 0b0011 | 0b110 |

## Accessibility

MRS <Xt>, DBGWVR3_EL1

```
if 3 >= NUM_WATCHPOINTS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.<TDE,TDA> != '00' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        X[t, 64] = DBGWVR_EL1[3];
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        X[t, 64] = DBGWVR_EL1[3];
elsif PSTATE.EL == EL3 then
    if OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        X[t, 64] = DBGWVR_EL1[3];
```

MSR DBGWVR3_EL1, <Xt>

```
if 3 >= NUM_WATCHPOINTS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.<TDE,TDA> != '00' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        DBGWVR_EL1[3] = X[t, 64];
elsif PSTATE.EL == EL2 then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    if MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        DBGWVR_EL1[3] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        DBGWVR_EL1[3] = X[t, 64];
```

## B.2.16 DBGWCR3_EL1, Debug Watchpoint Control Registers

Holds control information for a watchpoint. Forms watchpoint n together with value register AArch64-DBGWVR<n>_EL1.

### Configurations

If watchpoint n is not implemented then accesses to this register are UNDEFINED.

### Attributes

**Width**

64

**Functional group**

Debug registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-86: AArch64_dbgwcr3_el1 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table B-230: DBGWCR3_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:29] | RES0 | Reserved | RES0 |
| [28:24] | MASK | Address mask. Only objects up to 2GB can be watched using a single mask.<br>**0b00000**<br>No mask.<br>**0b00001**<br>Reserved.<br>**0b00010**<br>Reserved.<br>If programmed with a reserved value, a watchpoint must behave as if either:<br>• MASK has been programmed with a defined value, which might be 0 (no mask), other than for a direct read of DBGWCRn_EL1.<br>• The watchpoint is disabled.<br>Software must not rely on this property because the behavior of reserved values might change in a future revision of the architecture.<br>Other values mask the corresponding number of address bits, from `0b00011` masking 3 address bits (`0x00000007` mask for address) to `0b11111` masking 31 address bits (`0x7FFFFFFF` mask for address). | `5{x}` |
| [23:21] | RES0 | Reserved | RES0 |
| [20] | WT | Watchpoint type. Possible values are:<br>**0b0**<br>Unlinked data address match.<br>**0b1**<br>Linked data address match. | `x` |
| [19:16] | LBN | Linked breakpoint number. For Linked data address watchpoints, this specifies the index of the Context-matching breakpoint linked to. | `xxxx` |
| [15:14] | SSC | Security state control. Determines the Security states under which a Watchpoint debug event for watchpoint n is generated.<br>The fields that indicate when the watchpoint can be generated are: HMC, PAC, and SSC. These fields must be considered in combination, and the values that are permitted for these fields are constrained.<br>For more information on the operation of these fields, see *Execution conditions for which a watchpoint generates Watchpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br>For more information on the effect of programming the fields to a reserved value, see *Reserved DBGWCR<n>_EL1.{SSC, HMC, PAC} values* in the *Arm® Architecture Reference Manual for A-profile architecture*. | `xx` |
| [13] | HMC | Higher mode control. Determines the debug perspective for deciding when a Watchpoint debug event for watchpoint n is generated.<br>The fields that indicate when the watchpoint can be generated are: HMC, PAC, and SSC. These fields must be considered in combination, and the values that are permitted for these fields are constrained.<br>For more information on the operation of these fields, see *Execution conditions for which a watchpoint generates Watchpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*. | `x` |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [12:5] | BAS | Byte address select. Each bit of this field selects whether a byte from within the word or double-word addressed by AArch64-DBGWVR<n>_EL1 is being watched. Table B-231: BAS description table 1 on page 421<br><br>In cases where AArch64-DBGWVR<n>_EL1 addresses a double-word: Table B-232: BAS description table 2 on page 421<br><br>If AArch64-DBGWVR<n>_EL1[2] == 1, only BAS[3:0] are used and BAS[7:4] are ignored. Arm deprecates setting AArch64-DBGWVR<n>_EL1[2] == 1.<br><br>The valid values for BAS are non-zero binary numbers all of whose set bits are contiguous. All other values are reserved and must not be used by software. See *Reserved DBGWCR<n>_EL1.BAS values* in the *Arm® Architecture Reference Manual for A-profile architecture*. | 8{x} |
| [4:3] | LSC | Load/store control. This field enables watchpoint matching on the type of access being made. Possible values of this field are:<br>**0b01**<br>Match instructions that load from a watchpointed address.<br>**0b10**<br>Match instructions that store to a watchpointed address.<br>**0b11**<br>Match instructions that load from or store to a watchpointed address.<br><br>All other values are reserved, but must behave as if the watchpoint is disabled. Software must not rely on this property as the behavior of reserved values might change in a future revision of the architecture. | xx |
| [2:1] | PAC | Privilege of access control. Determines the Exception level or levels at which a Watchpoint debug event for watchpoint n is generated.<br><br>The fields that indicate when the watchpoint can be generated are: HMC, PAC, and SSC. These fields must be considered in combination, and the values that are permitted for these fields are constrained.<br><br>For more information on the operation of these fields, see *Execution conditions for which a watchpoint generates Watchpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*. | xx |
| [0] | E | Enable watchpoint n. Possible values are:<br>**0b0**<br>Watchpoint disabled.<br>**0b1**<br>Watchpoint enabled. | x |

**Table B-231: BAS description table 1**

| BAS | Description |
|---|---|
| xxxxxxx1 | Match byte at AArch64-DBGWVR<n>_EL1 |
| xxxxxx1x | Match byte at AArch64-DBGWVR<n>_EL1 + 1 |
| xxxxx1xx | Match byte at AArch64-DBGWVR<n>_EL1 + 2 |
| xxxx1xxx | Match byte at AArch64-DBGWVR<n>_EL1 + 3 |

**Table B-232: BAS description table 2**

| BAS | Description, if AArch64-DBGWVR<n>_EL1[2] == 0 |
|---|---|
| xxx1xxxx | Match byte at AArch64-DBGWVR<n>_EL1 + 4 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| BAS | Description, if AArch64-DBGWVR<n>_EL1[2] == 0 |
|---|---|
| xx1xxxxx | Match byte at AArch64-DBGWVR<n>_EL1 + 5 |
| x1xxxxxx | Match byte at AArch64-DBGWVR<n>_EL1 + 6 |
| 1xxxxxxx | Match byte at AArch64-DBGWVR<n>_EL1 + 7 |

## Access

MRS <Xt>, DBGWCR3_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b000 | 0b0000 | 0b0011 | 0b111 |

MSR DBGWCR3_EL1, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b000 | 0b0000 | 0b0011 | 0b111 |

## Accessibility

MRS <Xt>, DBGWCR3_EL1

```
if 3 >= NUM_WATCHPOINTS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.<TDE,TDA> != '00' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        X[t, 64] = DBGWCR_EL1[3];
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        X[t, 64] = DBGWCR_EL1[3];
elsif PSTATE.EL == EL3 then
    if OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        X[t, 64] = DBGWCR_EL1[3];
```

MSR DBGWCR3_EL1, <Xt>

```
if 3 >= NUM_WATCHPOINTS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.<TDE,TDA> != '00' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        DBGWCR_EL1[3] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        DBGWCR_EL1[3] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        DBGWCR_EL1[3] = X[t, 64];
```

## B.2.17 DBGBVR4_EL1, Debug Breakpoint Value Registers

Holds a virtual address, or a VMID and/or a context ID, for use in breakpoint matching. Forms breakpoint n together with control register AArch64-DBGBCR<n>_EL1.

### Configurations

How this register is interpreted depends on the value of AArch64-DBGBCR<n>_EL1.BT.

- When AArch64-DBGBCR<n>_EL1.BT is 0b000x, this register holds a virtual address.
- When AArch64-DBGBCR<n>_EL1.BT is 0b001x, 0b011x, or 0b110x, this register holds a Context ID.
- When AArch64-DBGBCR<n>_EL1.BT is 0b100x, this register holds a VMID.
- When AArch64-DBGBCR<n>_EL1.BT is 0b101x, this register holds a VMID and a Context ID.
- When AArch64-DBGBCR<n>_EL1.BT is 0b111x, this register holds two Context ID values.

For other values of AArch64-DBGBCR<n>_EL1.BT, this register is RES0.

If breakpoint n is not implemented then accesses to this register are UNDEFINED.

### Attributes

**Width**

64

**Functional group**

Debug registers

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Access type

See bit descriptions

### Reset value

**When AArch64-DBGBCR4_EL1.BT == '000x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

**When AArch64-DBGBCR4_EL1.BT == '001x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

**When AArch64-DBGBCR4_EL1.BT == '011x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

**When AArch64-DBGBCR4_EL1.BT == '100x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

**When AArch64-DBGBCR4_EL1.BT == '101x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

**When AArch64-DBGBCR4_EL1.BT == '110x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

**When AArch64-DBGBCR4_EL1.BT == '111x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

---

Note

Where the reset reads xxxx, see individual bits

---

## Bit descriptions

When AArch64-DBGBCR4_EL1.BT == '000'

### Figure B-87: AArch64_dbgbvr4_el1 bit assignments




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table B-235: DBGBVR4_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:53] | RESS[14:4] | Reserved, Sign extended. Software must set all bits in this field to the same value as the most significant bit of the VA field. If all bits in this field are not the same value as the most significant bit of the VA field, then all of the following apply:<br>• It is **CONSTRAINED UNPREDICTABLE** whether the PE ignores this field when comparing an address.<br>• If the breakpoint is not context-aware, it is IMPLEMENTATION DEFINED whether the value read back in each bit of this field is a copy of the most significant bit of the VA field or the value written. | `11{x}` |
| [52:49] | RESS[3:0] | Extension to RESS[14:4]. For more information, see RESS[14:4]. | `xxxx` |
| [48:2] | VA[48:2] | Bits[48:2] of the address value for comparison. | `47{x}` |
| [1:0] | **RES0** | Reserved | **RES0** |

When AArch64-DBGBCR4_EL1.BT == '001'

**Figure B-88: AArch64_dbgbvr4_el1 bit assignments**




**Table B-236: DBGBVR4_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | **RES0** | Reserved | **RES0** |
| [31:0] | ContextID | Context ID value for comparison.<br><br>The value is compared against AArch64-CONTEXTIDR_EL2 when (FEAT_VHE is implemented or FEAT_Debugv8p2 is implemented), AArch64-HCR_EL2.E2H is 1, and either:<br>• The PE is executing at EL2.<br>• AArch64-HCR_EL2.TGE is 1, the PE is executing at EL0, and EL2 is enabled in the current Security state.<br><br>Otherwise, the value is compared against AArch64-CONTEXTIDR_EL1. | `32{x}` |

When AArch64-DBGBCR4_EL1.BT == '011'

**Figure B-89: AArch64_dbgbvr4_el1 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table B-237: DBGBVR4_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | **RES0** | Reserved | **RES0** |
| [31:0] | ContextID | Context ID value for comparison against AArch64-CONTEXTIDR_EL1. | 32{x} |

When AArch64-DBGBCR4_EL1.BT == '100'

**Figure B-90: AArch64_dbgbvr4_el1 bit assignments**




**Table B-238: DBGBVR4_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:48] | **RES0** | Reserved | **RES0** |
| [47:40] | VMID[15:8] | **When AArch64-VTCR_EL2.VS == '1'**<br>Extension to VMID[7:0]. For more information, see DBGBVR<n>_EL1.VMID[7:0].<br>**Otherwise**<br>RES0 | 8{x} |
| [39:32] | VMID[7:0] | VMID value for comparison.<br>The VMID is 8 bits when any of the following are true:<br>• EL2 is using AArch32.<br>• AArch64-VTCR_EL2.VS is 0.<br>• FEAT_VMID16 is not implemented. | 8{x} |
| [31:0] | **RES0** | Reserved | **RES0** |

When AArch64-DBGBCR4_EL1.BT == '101'

**Figure B-91: AArch64_dbgbvr4_el1 bit assignments**




**Table B-239: DBGBVR4_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:48] | **RES0** | Reserved | **RES0** |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [47:40] | VMID[15:8] | **When AArch64-VTCR_EL2.VS == '1'**<br>Extension to VMID[7:0]. For more information, see DBGBVR<n>_EL1.VMID[7:0].<br>**Otherwise**<br>RES0 | 8{x} |
| [39:32] | VMID[7:0] | VMID value for comparison.<br>The VMID is 8 bits when any of the following are true:<br>• EL2 is using AArch32.<br>• AArch64-VTCR_EL2.VS is 0.<br>• FEAT_VMID16 is not implemented. | 8{x} |
| [31:0] | ContextID | Context ID value for comparison against AArch64-CONTEXTIDR_EL1. | 32{x} |

When AArch64-DBGBCR4_EL1.BT == '110'

**Figure B-92: AArch64_dbgbvr4_el1 bit assignments**




**Table B-240: DBGBVR4_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | ContextID2 | Context ID value for comparison against AArch64-CONTEXTIDR_EL2. | 32{x} |
| [31:0] | RES0 | Reserved | RES0 |

When AArch64-DBGBCR4_EL1.BT == '111'

**Figure B-93: AArch64_dbgbvr4_el1 bit assignments**




**Table B-241: DBGBVR4_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | ContextID2 | Context ID value for comparison against AArch64-CONTEXTIDR_EL2. | 32{x} |
| [31:0] | ContextID | Context ID value for comparison against AArch64-CONTEXTIDR_EL1. | 32{x} |

## Access

MRS <Xt>, DBGBVR4_EL1

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b000 | 0b0000 | 0b0100 | 0b100 |

MSR DBGBVR4_EL1, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b000 | 0b0000 | 0b0100 | 0b100 |

## Accessibility

MRS <Xt>, DBGBVR4_EL1

```
if 4 >= NUM_BREAKPOINTS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.<TDE,TDA> != '00' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        X[t, 64] = DBGBVR_EL1[4];
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        X[t, 64] = DBGBVR_EL1[4];
elsif PSTATE.EL == EL3 then
    if OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        X[t, 64] = DBGBVR_EL1[4];
```

MSR DBGBVR4_EL1, <Xt>

```
if 4 >= NUM_BREAKPOINTS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.<TDE,TDA> != '00' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        DBGBVR_EL1[4] = X[t, 64];
elsif PSTATE.EL == EL2 then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    if MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        DBGBVR_EL1[4] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        DBGBVR_EL1[4] = X[t, 64];
```

## B.2.18 DBGBCR4_EL1, Debug Breakpoint Control Registers

Holds control information for a breakpoint. Forms breakpoint n together with value register AArch64-DBGBVR<n>_EL1.

### Configurations

If breakpoint n is not implemented, accesses to this register are UNDEFINED.

### Attributes

**Width**

64

**Functional group**

Debug registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-94: AArch64_dbgbcr4_el1 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table B-244: DBGBCR4_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:24] | **RES0** | Reserved | **RES0** |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
| --- | --- | --- | --- |
| [23:20] | BT | Breakpoint Type. Possible values are:<br>**0b0000**<br>Unlinked instruction address match. AArch64-DBGBVR<n>_EL1 is the address of an instruction.<br>**0b0001**<br>As 0b0000, but linked to a Context matching breakpoint.<br>**0b0010**<br>Unlinked Context ID match. When FEAT_VHE is implemented, EL2 is using AArch64, and the Effective value of AArch64-HCR_EL2.E2H is 1, if either the PE is executing at EL0 with AArch64-HCR_EL2.TGE set to 1 or the PE is executing at EL2, then AArch64-DBGBVR<n>_EL1.ContextID must match the AArch64-CONTEXTIDR_EL2 value. Otherwise, AArch64-DBGBVR<n>_EL1.ContextID must match the AArch64-CONTEXTIDR_EL1 value<br>**0b0011**<br>As 0b0010, with linking enabled.<br>**0b0110**<br>Unlinked AArch64-CONTEXTIDR_EL1 match. AArch64-DBGBVR<n>_EL1.ContextID is a Context ID compared against AArch64-CONTEXTIDR_EL1.<br>**0b0111**<br>As 0b0110, with linking enabled.<br>**0b1000**<br>Unlinked VMID match. AArch64-DBGBVR<n>_EL1.VMID is a VMID compared against AArch64-VTTBR_EL2.VMID.<br>**0b1001**<br>As 0b1000, with linking enabled.<br>**0b1010**<br>Unlinked VMID and Context ID match. AArch64-DBGBVR<n>_EL1.ContextID is a Context ID compared against AArch64-CONTEXTIDR_EL1, and AArch64-DBGBVR<n>_EL1.VMID is a VMID compared against AArch64-VTTBR_EL2.VMID.<br>**0b1011**<br>As 0b1010, with linking enabled.<br>**0b1100**<br>Unlinked AArch64-CONTEXTIDR_EL2 match. AArch64-DBGBVR<n>_EL1.ContextID2 is a Context ID compared against AArch64-CONTEXTIDR_EL2.<br>**0b1101**<br>As 0b1100, with linking enabled.<br>**0b1110**<br>Unlinked Full Context ID match. AArch64-DBGBVR<n>_EL1.ContextID is compared against AArch64-CONTEXTIDR_EL1, and AArch64-DBGBVR<n>_EL1.ContextID2 is compared against AArch64-CONTEXTIDR_EL2.<br>**0b1111**<br>As 0b1110, with linking enabled.<br><br>All other values are reserved. Constraints on breakpoint programming mean other values are reserved under some conditions.<br><br>The fields that indicate when the breakpoint can be generated are: HMC, PMC, and SSC. These fields must be considered in combination, and the values that are permitted for these fields are constrained.<br><br>For more information on the operation of these fields, see *Execution conditions for which a breakpoint generates Breakpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>For more information on the effect of programming the fields to a reserved value, see *Reserved DBGBCR<n>_EL1.BT values* in the *Arm® Architecture Reference Manual for A-profile architecture*. | xxxx |

Copyright © 2020-2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [19:16] | LBN | Linked breakpoint number. For Linked address matching breakpoints, this specifies the index of the Context-matching breakpoint linked to.<br><br>For all other breakpoint types this field is ignored and reads of the register return an **UNKNOWN** value.<br><br>This field is ignored when the value of DBGBCR<n>_EL1.E is 0. | xxxx |
| [15:14] | SSC | Security state control. Determines the Security states under which a Breakpoint debug event for breakpoint n is generated.<br><br>The fields that indicate when the breakpoint can be generated are: HMC, PMC, and SSC. These fields must be considered in combination, and the values that are permitted for these fields are constrained.<br><br>For more information on the operation of these fields, see *Execution conditions for which a breakpoint generates Breakpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>For more information on the effect of programming the fields to a reserved set of values, see *Reserved DBGBCR<n>_EL1.{SSC, HMC, PMC} values* in the *Arm® Architecture Reference Manual for A-profile architecture*. | xx |
| [13] | HMC | Higher mode control. Determines the debug perspective for deciding when a Breakpoint debug event for breakpoint n is generated.<br><br>The fields that indicate when the breakpoint can be generated are: HMC, PMC, and SSC. These fields must be considered in combination, and the values that are permitted for these fields are constrained.<br><br>For more information on the operation of these fields, see *Execution conditions for which a breakpoint generates Breakpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>For more information, see DBGBCR<n>_EL1.SSC. | x |
| [12:9] | **RES0** | Reserved | **RES0** |
| [8:5] | BAS | Byte address select. Defines which half-words an address-matching breakpoint matches, regardless of the instruction set and Execution state.<br><br>The permitted values depend on the breakpoint type.<br><br>For Address match breakpoints, the permitted values are: Table B-245: BAS description on page 433<br><br>All other values are reserved. For more information, see *Reserved DBGBCR<n>_EL1.BAS values* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>For more information on using the BAS field in address match breakpoints, see *Using the BAS field in Address Match breakpoints* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>For Context matching breakpoints, this field is **RES1** and ignored. | xxxx |
| [4:3] | **RES0** | Reserved | **RES0** |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [2:1] | PMC | Privilege mode control. Determines the Exception level or levels at which a Breakpoint debug event for breakpoint n is generated.<br><br>The fields that indicate when the breakpoint can be generated are: HMC, PMC, and SSC. These fields must be considered in combination, and the values that are permitted for these fields are constrained.<br><br>For more information on the operation of these fields, see *Execution conditions for which a breakpoint generates Breakpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>For more information, see DBGBCR<n>_EL1.SSC. | xx |
| [0] | E | Enable breakpoint AArch64-DBGBVR<n>_EL1.<br>**0b0**<br>Breakpoint disabled.<br>**0b1**<br>Breakpoint enabled. | x |

**Table B-245: BAS description**

| BAS | Match instruction at | Constraint for debuggers |
|---|---|---|
| 0b0011 | AArch64-DBGBVR<n>_EL1 | Use for T32 instructions |
| 0b1100 | AArch64-DBGBVR<n>_EL1 + 2 | Use for T32 instructions |
| 0b1111 | AArch64-DBGBVR<n>_EL1 | Use for A64 and A32 instructions |

## Access

MRS <Xt>, DBGBCR4_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b000 | 0b0000 | 0b0100 | 0b101 |

MSR DBGBCR4_EL1, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b000 | 0b0000 | 0b0100 | 0b101 |

## Accessibility

MRS <Xt>, DBGBCR4_EL1

```
if 4 >= NUM_BREAKPOINTS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.<TDE,TDA> != '00' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    else
        X[t, 64] = DBGBCR_EL1[4];
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        X[t, 64] = DBGBCR_EL1[4];
elsif PSTATE.EL == EL3 then
    if OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        X[t, 64] = DBGBCR_EL1[4];
```

MSR DBGBCR4_EL1, <Xt>

```
if 4 >= NUM_BREAKPOINTS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.<TDE,TDA> != '00' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        DBGBCR_EL1[4] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        DBGBCR_EL1[4] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        DBGBCR_EL1[4] = X[t, 64];
```

## B.2.19 DBGBVR5_EL1, Debug Breakpoint Value Registers

Holds a virtual address, or a VMID and/or a context ID, for use in breakpoint matching. Forms breakpoint n together with control register AArch64-DBGBCR<n>_EL1.

### Configurations

How this register is interpreted depends on the value of AArch64-DBGBCR<n>_EL1.BT.

- When AArch64-DBGBCR<n>_EL1.BT is 0b000x, this register holds a virtual address.

- When AArch64-DBGBCR<n>_EL1.BT is 0b001x, 0b011x, or 0b110x, this register holds a Context ID.
- When AArch64-DBGBCR<n>_EL1.BT is 0b100x, this register holds a VMID.
- When AArch64-DBGBCR<n>_EL1.BT is 0b101x, this register holds a VMID and a Context ID.
- When AArch64-DBGBCR<n>_EL1.BT is 0b111x, this register holds two Context ID values.

For other values of AArch64-DBGBCR<n>_EL1.BT, this register is RES0.

If breakpoint n is not implemented then accesses to this register are UNDEFINED.

## Attributes

**Width**

64

**Functional group**

Debug registers

**Access type**

See bit descriptions

**Reset value**

**When AArch64-DBGBCR5_EL1.BT == '000x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

**When AArch64-DBGBCR5_EL1.BT == '001x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

**When AArch64-DBGBCR5_EL1.BT == '011x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

**When AArch64-DBGBCR5_EL1.BT == '100x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

**When AArch64-DBGBCR5_EL1.BT == '101x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

**When AArch64-DBGBCR5_EL1.BT == '110x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

**When AArch64-DBGBCR5_EL1.BT == '111x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

---

Note

Where the reset reads xxxx, see individual bits

---

## Bit descriptions

When AArch64-DBGBCR5_EL1.BT == '000'

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure B-95: AArch64_dbgbvr5_el1 bit assignments**




**Table B-248: DBGBVR5_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:53] | RESS[14:4] | Reserved, Sign extended. Software must set all bits in this field to the same value as the most significant bit of the VA field. If all bits in this field are not the same value as the most significant bit of the VA field, then all of the following apply:<br>• It is **CONSTRAINED UNPREDICTABLE** whether the PE ignores this field when comparing an address.<br>• If the breakpoint is not context-aware, it is IMPLEMENTATION DEFINED whether the value read back in each bit of this field is a copy of the most significant bit of the VA field or the value written. | 11{x} |
| [52:49] | RESS[3:0] | Extension to RESS[14:4]. For more information, see RESS[14:4]. | xxxx |
| [48:2] | VA[48:2] | Bits[48:2] of the address value for comparison. | 47{x} |
| [1:0] | **RES0** | Reserved | **RES0** |

When AArch64-DBGBCR5_EL1.BT == '001'

**Figure B-96: AArch64_dbgbvr5_el1 bit assignments**




**Table B-249: DBGBVR5_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | **RES0** | Reserved | **RES0** |
| [31:0] | ContextID | Context ID value for comparison.<br><br>The value is compared against AArch64-CONTEXTIDR_EL2 when (FEAT_VHE is implemented or FEAT_Debugv8p2 is implemented), AArch64-HCR_EL2.E2H is 1, and either:<br>• The PE is executing at EL2.<br>• AArch64-HCR_EL2.TGE is 1, the PE is executing at EL0, and EL2 is enabled in the current Security state.<br><br>Otherwise, the value is compared against AArch64-CONTEXTIDR_EL1. | 32{x} |

When AArch64-DBGBCR5_EL1.BT == '011'

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Figure B-97: AArch64_dbgbvr5_el1 bit assignments




### Table B-250: DBGBVR5_EL1 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | **RES0** | Reserved | **RES0** |
| [31:0] | ContextID | Context ID value for comparison against AArch64-CONTEXTIDR_EL1. | 32{x} |

When AArch64-DBGBCR5_EL1.BT == '100'

### Figure B-98: AArch64_dbgbvr5_el1 bit assignments




### Table B-251: DBGBVR5_EL1 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:48] | **RES0** | Reserved | **RES0** |
| [47:40] | VMID[15:8] | **When AArch64-VTCR_EL2.VS == '1'**<br>Extension to VMID[7:0]. For more information, see DBGBVR<n>_EL1.VMID[7:0].<br>**Otherwise**<br>RES0 | 8{x} |
| [39:32] | VMID[7:0] | VMID value for comparison.<br>The VMID is 8 bits when any of the following are true:<br>• EL2 is using AArch32.<br>• AArch64-VTCR_EL2.VS is 0.<br>• FEAT_VMID16 is not implemented. | 8{x} |
| [31:0] | **RES0** | Reserved | **RES0** |

When AArch64-DBGBCR5_EL1.BT == '101'

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Figure B-99: AArch64_dbgbvr5_el1 bit assignments




### Table B-252: DBGBVR5_EL1 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:48] | **RES0** | Reserved | **RES0** |
| [47:40] | VMID[15:8] | **When AArch64-VTCR_EL2.VS == '1'**<br>Extension to VMID[7:0]. For more information, see DBGBVR<n>_EL1.VMID[7:0].<br>**Otherwise**<br>RES0 | 8{x} |
| [39:32] | VMID[7:0] | VMID value for comparison.<br>The VMID is 8 bits when any of the following are true:<br>• EL2 is using AArch32.<br>• AArch64-VTCR_EL2.VS is 0.<br>• FEAT_VMID16 is not implemented. | 8{x} |
| [31:0] | ContextID | Context ID value for comparison against AArch64-CONTEXTIDR_EL1. | 32{x} |

When AArch64-DBGBCR5_EL1.BT == '110'

### Figure B-100: AArch64_dbgbvr5_el1 bit assignments




### Table B-253: DBGBVR5_EL1 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | ContextID2 | Context ID value for comparison against AArch64-CONTEXTIDR_EL2. | 32{x} |
| [31:0] | **RES0** | Reserved | **RES0** |

When AArch64-DBGBCR5_EL1.BT == '111'

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure B-101: AArch64_dbgbvr5_el1 bit assignments**




**Table B-254: DBGBVR5_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | ContextID2 | Context ID value for comparison against AArch64-CONTEXTIDR_EL2. | 32{x} |
| [31:0] | ContextID | Context ID value for comparison against AArch64-CONTEXTIDR_EL1. | 32{x} |

## Access

MRS <Xt>, DBGBVR5_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b000 | 0b0000 | 0b0101 | 0b100 |

MSR DBGBVR5_EL1, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b000 | 0b0000 | 0b0101 | 0b100 |

## Accessibility

MRS <Xt>, DBGBVR5_EL1

```
if 5 >= NUM_BREAKPOINTS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.<TDE,TDA> != '00' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        X[t, 64] = DBGBVR_EL1[5];
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        X[t, 64] = DBGBVR_EL1[5];
elsif PSTATE.EL == EL3 then
    if OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        Halt(DebugHalt_SoftwareAccess);
    else
        X[t, 64] = DBGBVR_EL1[5];
```

MSR DBGBVR5_EL1, <Xt>

```
if 5 >= NUM_BREAKPOINTS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.<TDE,TDA> != '00' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        DBGBVR_EL1[5] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        DBGBVR_EL1[5] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        DBGBVR_EL1[5] = X[t, 64];
```

## B.2.20 DBGBCR5_EL1, Debug Breakpoint Control Registers

Holds control information for a breakpoint. Forms breakpoint n together with value register AArch64-DBGBVR<n>_EL1.

### Configurations

If breakpoint n is not implemented, accesses to this register are UNDEFINED.

### Attributes

**Width**

64

**Functional group**

Debug registers

**Access type**

See bit descriptions

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Reset value

XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure B-102: AArch64_dbgbcr5_el1 bit assignments




### Table B-257: DBGBCR5_EL1 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:24] | RES0 | Reserved | RES0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [23:20] | BT | Breakpoint Type. Possible values are:<br>**0b0000**<br>Unlinked instruction address match. AArch64-DBGBVR<n>_EL1 is the address of an instruction.<br>**0b0001**<br>As 0b0000, but linked to a Context matching breakpoint.<br>**0b0010**<br>Unlinked Context ID match. When FEAT_VHE is implemented, EL2 is using AArch64, and the Effective value of AArch64-HCR_EL2.E2H is 1, if either the PE is executing at EL0 with AArch64-HCR_EL2.TGE set to 1 or the PE is executing at EL2, then AArch64-DBGBVR<n>_EL1.ContextID must match the AArch64-CONTEXTIDR_EL2 value. Otherwise, AArch64-DBGBVR<n>_EL1.ContextID must match the AArch64-CONTEXTIDR_EL1 value<br>**0b0011**<br>As 0b0010, with linking enabled.<br>**0b0110**<br>Unlinked AArch64-CONTEXTIDR_EL1 match. AArch64-DBGBVR<n>_EL1.ContextID is a Context ID compared against AArch64-CONTEXTIDR_EL1.<br>**0b0111**<br>As 0b0110, with linking enabled.<br>**0b1000**<br>Unlinked VMID match. AArch64-DBGBVR<n>_EL1.VMID is a VMID compared against AArch64-VTTBR_EL2.VMID.<br>**0b1001**<br>As 0b1000, with linking enabled.<br>**0b1010**<br>Unlinked VMID and Context ID match. AArch64-DBGBVR<n>_EL1.ContextID is a Context ID compared against AArch64-CONTEXTIDR_EL1, and AArch64-DBGBVR<n>_EL1.VMID is a VMID compared against AArch64-VTTBR_EL2.VMID.<br>**0b1011**<br>As 0b1010, with linking enabled.<br>**0b1100**<br>Unlinked AArch64-CONTEXTIDR_EL2 match. AArch64-DBGBVR<n>_EL1.ContextID2 is a Context ID compared against AArch64-CONTEXTIDR_EL2.<br>**0b1101**<br>As 0b1100, with linking enabled.<br>**0b1110**<br>Unlinked Full Context ID match. AArch64-DBGBVR<n>_EL1.ContextID is compared against AArch64-CONTEXTIDR_EL1, and AArch64-DBGBVR<n>_EL1.ContextID2 is compared against AArch64-CONTEXTIDR_EL2.<br>**0b1111**<br>As 0b1110, with linking enabled.<br><br>All other values are reserved. Constraints on breakpoint programming mean other values are reserved under some conditions.<br><br>The fields that indicate when the breakpoint can be generated are: HMC, PMC, and SSC. These fields must be considered in combination, and the values that are permitted for these fields are constrained.<br><br>For more information on the operation of these fields, see *Execution conditions for which a breakpoint generates Breakpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>For more information on the effect of programming the fields to a reserved value, see *Reserved DBGBCR<n>_EL1.BT values* in the *Arm® Architecture Reference Manual for A-profile architecture*. | xxxx |

Copyright © 2020-2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [19:16] | LBN | Linked breakpoint number. For Linked address matching breakpoints, this specifies the index of the Context-matching breakpoint linked to.<br><br>For all other breakpoint types this field is ignored and reads of the register return an **UNKNOWN** value.<br><br>This field is ignored when the value of DBGBCR<n>_EL1.E is 0. | xxxx |
| [15:14] | SSC | Security state control. Determines the Security states under which a Breakpoint debug event for breakpoint n is generated.<br><br>The fields that indicate when the breakpoint can be generated are: HMC, PMC, and SSC. These fields must be considered in combination, and the values that are permitted for these fields are constrained.<br><br>For more information on the operation of these fields, see *Execution conditions for which a breakpoint generates Breakpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>For more information on the effect of programming the fields to a reserved set of values, see *Reserved DBGBCR<n>_EL1.{SSC, HMC, PMC} values* in the *Arm® Architecture Reference Manual for A-profile architecture*. | xx |
| [13] | HMC | Higher mode control. Determines the debug perspective for deciding when a Breakpoint debug event for breakpoint n is generated.<br><br>The fields that indicate when the breakpoint can be generated are: HMC, PMC, and SSC. These fields must be considered in combination, and the values that are permitted for these fields are constrained.<br><br>For more information on the operation of these fields, see *Execution conditions for which a breakpoint generates Breakpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>For more information, see DBGBCR<n>_EL1.SSC. | x |
| [12:9] | **RES0** | Reserved | **RES0** |
| [8:5] | BAS | Byte address select. Defines which half-words an address-matching breakpoint matches, regardless of the instruction set and Execution state.<br><br>The permitted values depend on the breakpoint type.<br><br>For Address match breakpoints, the permitted values are: Table B-258: BAS description on page 444<br><br>All other values are reserved. For more information, see *Reserved DBGBCR<n>_EL1.BAS values* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>For more information on using the BAS field in address match breakpoints, see *Using the BAS field in Address Match breakpoints* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>For Context matching breakpoints, this field is **RES1** and ignored. | xxxx |
| [4:3] | **RES0** | Reserved | **RES0** |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [2:1] | PMC | Privilege mode control. Determines the Exception level or levels at which a Breakpoint debug event for breakpoint n is generated.<br><br>The fields that indicate when the breakpoint can be generated are: HMC, PMC, and SSC. These fields must be considered in combination, and the values that are permitted for these fields are constrained.<br><br>For more information on the operation of these fields, see *Execution conditions for which a breakpoint generates Breakpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>For more information, see DBGBCR<n>_EL1.SSC. | xx |
| [0] | E | Enable breakpoint AArch64-DBGBVR<n>_EL1.<br>**0b0**<br>Breakpoint disabled.<br>**0b1**<br>Breakpoint enabled. | x |

**Table B-258: BAS description**

| BAS | Match instruction at | Constraint for debuggers |
|---|---|---|
| 0b0011 | AArch64-DBGBVR<n>_EL1 | Use for T32 instructions |
| 0b1100 | AArch64-DBGBVR<n>_EL1 + 2 | Use for T32 instructions |
| 0b1111 | AArch64-DBGBVR<n>_EL1 | Use for A64 and A32 instructions |

## Access

MRS <Xt>, DBGBCR5_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b000 | 0b0000 | 0b0101 | 0b101 |

MSR DBGBCR5_EL1, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b000 | 0b0000 | 0b0101 | 0b101 |

## Accessibility

MRS <Xt>, DBGBCR5_EL1

```
if 5 >= NUM_BREAKPOINTS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.<TDE,TDA> != '00' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    else
        X[t, 64] = DBGBCR_EL1[5];
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        X[t, 64] = DBGBCR_EL1[5];
elsif PSTATE.EL == EL3 then
    if OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        X[t, 64] = DBGBCR_EL1[5];
```

MSR DBGBCR5_EL1, <Xt>

```
if 5 >= NUM_BREAKPOINTS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.<TDE,TDA> != '00' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        DBGBCR_EL1[5] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TDA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        DBGBCR_EL1[5] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if OSLSR_EL1.OSLK == '0' && HaltingAllowed() && EDSCR.TDA == '1' then
        Halt(DebugHalt_SoftwareAccess);
    else
        DBGBCR_EL1[5] = X[t, 64];
```

## B.2.21 IMP_IDATA0_EL3, Instruction Register 0

Contains data from a preceeding RAMINDEX operation.

### Configurations

This register is available in all configurations.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Attributes

**Width**

64

**Functional group**

Debug registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure B-103: AArch64_imp_idata0_el3 bit assignments**




**Table B-261: IMP_IDATA0_EL3 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | DATA | Contains data from a preceding RAMINDEX operation | 64{x} |

## Access

MRS <Xt>, S3_6_C15_C0_0

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b110 | 0b1111 | 0b0000 | 0b000 |

## Accessibility

MRS <Xt>, S3_6_C15_C0_0

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    UNDEFINED;
elsif PSTATE.EL == EL2 then
    UNDEFINED;
elsif PSTATE.EL == EL3 then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    X[t, 64] = IMP_IDATA0_EL3;
```

## B.2.22 IMP_IDATA1_EL3, Instruction Register 0

Contains data from a preceeding RAMINDEX operation.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Debug registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note: Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-104: AArch64_imp_idata1_el3 bit assignments**




**Table B-263: IMP_IDATA1_EL3 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | DATA | Contains data from a preceding RAMINDEX operation | 64{x} |

### Access

MRS <Xt>, S3_6_C15_C0_1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b110 | 0b1111 | 0b0000 | 0b001 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Accessibility

MRS <Xt>, S3_6_C15_C0_1

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    UNDEFINED;
elsif PSTATE.EL == EL2 then
    UNDEFINED;
elsif PSTATE.EL == EL3 then
    X[t, 64] = IMP_IDATA1_EL3;
```

## B.2.23 IMP_IDATA2_EL3, Instruction Register 0

Contains data from a preceeding RAMINDEX operation.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Debug registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-105: AArch64_imp_idata2_el3 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table B-265: IMP_IDATA2_EL3 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | DATA | Contains data from a preceding RAMINDEX operation | 64{x} |

### Access

MRS <Xt>, S3_6_C15_C0_2

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b110 | 0b1111 | 0b0000 | 0b010 |

### Accessibility

MRS <Xt>, S3_6_C15_C0_2

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    UNDEFINED;
elsif PSTATE.EL == EL2 then
    UNDEFINED;
elsif PSTATE.EL == EL3 then
    X[t, 64] = IMP_IDATA2_EL3;
```

## B.2.24 IMP_DDATA0_EL3, Data Register 0

Contains data from a preceeding RAMINDEX operation.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Debug registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note: Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

**Figure B-106: AArch64_imp_ddata0_el3 bit assignments**




**Table B-267: IMP_DDATA0_EL3 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | DATA | Contains data from a preceding RAMINDEX operation | 64{x} |

## Access

MRS <Xt>, S3_6_C15_C1_0

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b110 | 0b1111 | 0b0001 | 0b000 |

## Accessibility

MRS <Xt>, S3_6_C15_C1_0

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    UNDEFINED;
elsif PSTATE.EL == EL2 then
    UNDEFINED;
elsif PSTATE.EL == EL3 then
    X[t, 64] = IMP_DDATA0_EL3;
```

# B.2.25 IMP_DDATA1_EL3, Data Register 1

Contains data from a preceeding RAMINDEX operation.

## Configurations

This register is available in all configurations.

## Attributes

### Width

64

### Functional group

Debug registers

### Access type

See bit descriptions

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Reset value

XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure B-107: AArch64_imp_ddata1_el3 bit assignments**




**Table B-269: IMP_DDATA1_EL3 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | DATA | Contains data from a preceding RAMINDEX operation | 64{x} |

## Access

MRS <Xt>, S3_6_C15_C1_1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b110 | 0b1111 | 0b0001 | 0b001 |

## Accessibility

MRS <Xt>, S3_6_C15_C1_1

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    UNDEFINED;
elsif PSTATE.EL == EL2 then
    UNDEFINED;
elsif PSTATE.EL == EL3 then
    X[t, 64] = IMP_DDATA1_EL3;
```

# B.2.26 IMP_DDATA2_EL3, Data Register 2

Contains data from a preceeding RAMINDEX operation.

## Configurations

This register is available in all configurations.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Attributes

### Width

64

### Functional group

Debug registers

### Access type

See bit descriptions

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure B-108: AArch64_imp_ddata2_el3 bit assignments**




**Table B-271: IMP_DDATA2_EL3 bit descriptions**

| Bits | Name | Description | Reset |
| --- | --- | --- | --- |
| [63:0] | DATA | Contains data from a preceding RAMINDEX operation | 64{x} |

## Access

MRS <Xt>, S3_6_C15_C1_2

| op0 | op1 | CRn | CRm | op2 |
| --- | --- | --- | --- | --- |
| 0b11 | 0b110 | 0b1111 | 0b0001 | 0b010 |

## Accessibility

MRS <Xt>, S3_6_C15_C1_2

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    UNDEFINED;
elsif PSTATE.EL == EL2 then
    UNDEFINED;
elsif PSTATE.EL == EL3 then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    X[t, 64] = IMP_DDATA2_EL3;
```

# B.3 AArch64 Random Number Control registers summary

The summary table provides an overview of all Random Number Control registers in the core. For more information about a register, click the register name in the table.

For registers without a listed reset value refer to the individual field resets documented on the register description pages or in the Arm ARM.

**Table B-273: Random Number Control registers summary**

| Name | Op0 | Op1 | CRn | CRm | Op2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| IMP_CPURNDBR_EL3 | 3 | 6 | C15 | C3 | 0 | See individual bit resets. | 64-bit | CPU Random Number Base Register |
| IMP_CPURNDPEID_EL3 | 3 | 6 | C15 | C3 | 1 | See individual bit resets. | 64-bit | CPU Random Number Packet Identification Register |

## B.3.1 IMP_CPURNDBR_EL3, CPU Random Number Base Register

This register contains control bits that affect the CPU behavior

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxx0 xxxx 0000 0000 0000 0000 0000 0000 0000 0000 xxxx xxxx xxxx xxxx

Note: Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure B-109: AArch64_imp_cpurndbr_el3 bit assignments




### Table B-274: IMP_CPURNDBR_EL3 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:53] | **RES0** | Reserved | **RES0** |
| [52] | NS | Indicates the security state of the external RNG block accesses. The possible values are:<br>**0b0**<br>Secure<br>**0b1**<br>Non-secure | `0b0` |
| [51:48] | **RES0** | Reserved | **RES0** |
| [47:16] | BADDR | Indicates the base address bits [47:16] of the external RNG block | `0x00000000` |
| [15:0] | **RES0** | Reserved | **RES0** |

## Access

MRS <Xt>, S3_6_C15_C3_0

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b110 | 0b1111 | 0b0011 | 0b000 |

MSR S3_6_C15_C3_0, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b110 | 0b1111 | 0b0011 | 0b000 |

## Accessibility

MRS <Xt>, S3_6_C15_C3_0

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    UNDEFINED;
elsif PSTATE.EL == EL2 then
    UNDEFINED;
elsif PSTATE.EL == EL3 then
    X[t, 64] = IMP_CPURNDBR_EL3;
```

MSR S3_6_C15_C3_0, <Xt>

```
if PSTATE.EL == EL0 then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    UNDEFINED;
elsif PSTATE.EL == EL2 then
    UNDEFINED;
elsif PSTATE.EL == EL3 then
    IMP_CPURNDBR_EL3 = X[t, 64];
```

## B.3.2 IMP_CPURNDPEID_EL3, CPU Random Number Packet Identification Register

This register contains control bits that affect the CPU behavior

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx x000 0000 0000

---

Note

Where the reset reads xxxx, see individual bits

---

### Bit descriptions

**Figure B-110: AArch64_imp_cpurndpeid_el3 bit assignments**




**Table B-277: IMP_CPURNDPEID_EL3 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:11] | RES0 | Reserved | RES0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [10:0] | PEID | Unique 11-bit hardware identification which is used to construct the address for RNDR accesses: RNDR address={CPURNDBR_EL3[47:16],CPURNDPEID_EL3[10:0],1'b0,4'b0}, RNDRRS address={CPURNDBR_EL3[47:16],CPURNDPEID_EL3[10:0],1'b1,4'b0} | 0b00000000000 |

### Access

MRS <Xt>, S3_6_C15_C3_1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b110 | 0b1111 | 0b0011 | 0b001 |

MSR S3_6_C15_C3_1, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b110 | 0b1111 | 0b0011 | 0b001 |

### Accessibility

MRS <Xt>, S3_6_C15_C3_1

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    UNDEFINED;
elsif PSTATE.EL == EL2 then
    UNDEFINED;
elsif PSTATE.EL == EL3 then
    X[t, 64] = IMP_CPURNDPEID_EL3;
```

MSR S3_6_C15_C3_1, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    UNDEFINED;
elsif PSTATE.EL == EL2 then
    UNDEFINED;
elsif PSTATE.EL == EL3 then
    IMP_CPURNDPEID_EL3 = X[t, 64];
```

## B.4 AArch64 System instructions summary

The summary table provides an overview of all System instructions in the core. For more information about a register, click the register name in the table.

For registers without a listed reset value refer to the individual field resets documented on the register description pages or in the Arm ARM.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table B-280: System instructions summary**

| Name | Op0 | Op1 | CRn | CRm | Op2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| SYS_IMP_RAMINDEX | 1 | 6 | C15 | C0 | 0 | See individual bit resets. | 64-bit | RAM Index |

## B.4.1 SYS_IMP_RAMINDEX, RAM Index

Read contents of the cache specified by the source register into AArch64-IMP_IDATA0_EL3, AArch64-IMP_IDATA1_EL3, AArch64-IMP_IDATA2_EL3, AArch64-IMP_DDATA0_EL3, AArch64-IMP_DDATA1_EL3, and AArch64-IMP_DDATA2_EL3.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

System instructions

**Access type**

See bit descriptions

### Bit descriptions

**Figure B-111: AArch64_sys_imp_ramindex bit assignments**




**Table B-281: SYS_IMP_RAMINDEX bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | RES0 | Reserved | RES0 |
| [31:24] | ID | RAM ID (See Chapter 10) | 8{x} |
| [23:0] | INDEX | RAM Index (See Chapter 10) | 24{x} |

### Access

SYS #6, C15, C0, #0{, <Xt>}

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b01 | 0b110 | 0b1111 | 0b0000 | 0b000 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Accessibility

SYS #6, C15, C0, #0{, <Xt>}

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    UNDEFINED;
elsif PSTATE.EL == EL2 then
    UNDEFINED;
elsif PSTATE.EL == EL3 then
    SYS_IMP_RAMINDEX(X[t, 64]);
```

## B.5 AArch64 Identification registers summary

The summary table provides an overview of all Identification registers in the core. For more information about a register, click the register name in the table.

For registers without a listed reset value refer to the individual field resets documented on the register description pages or in the Arm ARM.

**Table B-283: Identification registers summary**

| Name | Op0 | Op1 | CRn | CRm | Op2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| MIDR_EL1 | 3 | 0 | C0 | C0 | 0 | See individual bit resets. | 64-bit | Main ID Register |
| MPIDR_EL1 | 3 | 0 | C0 | C0 | 5 | See individual bit resets. | 64-bit | Multiprocessor Affinity Register |
| REVIDR_EL1 | 3 | 0 | C0 | C0 | 6 | See individual bit resets. | 64-bit | Revision ID Register |
| ID_PFR0_EL1 | 3 | 0 | C0 | C1 | 0 | See individual bit resets. | 64-bit | AArch32 Processor Feature Register 0 |
| ID_PFR1_EL1 | 3 | 0 | C0 | C1 | 1 | See individual bit resets. | 64-bit | AArch32 Processor Feature Register 1 |
| ID_DFR0_EL1 | 3 | 0 | C0 | C1 | 2 | See individual bit resets. | 64-bit | AArch32 Debug Feature Register 0 |
| ID_AFR0_EL1 | 3 | 0 | C0 | C1 | 3 | See individual bit resets. | 64-bit | AArch32 Auxiliary Feature Register 0 |
| ID_MMFR0_EL1 | 3 | 0 | C0 | C1 | 4 | See individual bit resets. | 64-bit | AArch32 Memory Model Feature Register 0 |
| ID_MMFR1_EL1 | 3 | 0 | C0 | C1 | 5 | See individual bit resets. | 64-bit | AArch32 Memory Model Feature Register 1 |
| ID_MMFR2_EL1 | 3 | 0 | C0 | C1 | 6 | See individual bit resets. | 64-bit | AArch32 Memory Model Feature Register 2 |
| ID_MMFR3_EL1 | 3 | 0 | C0 | C1 | 7 | See individual bit resets. | 64-bit | AArch32 Memory Model Feature Register 3 |
| ID_ISAR0_EL1 | 3 | 0 | C0 | C2 | 0 | See individual bit resets. | 64-bit | AArch32 Instruction Set Attribute Register 0 |
| ID_ISAR1_EL1 | 3 | 0 | C0 | C2 | 1 | See individual bit resets. | 64-bit | AArch32 Instruction Set Attribute Register 1 |
| ID_ISAR2_EL1 | 3 | 0 | C0 | C2 | 2 | See individual bit resets. | 64-bit | AArch32 Instruction Set Attribute Register 2 |
| ID_ISAR3_EL1 | 3 | 0 | C0 | C2 | 3 | See individual bit resets. | 64-bit | AArch32 Instruction Set Attribute Register 3 |
| ID_ISAR4_EL1 | 3 | 0 | C0 | C2 | 4 | See individual bit resets. | 64-bit | AArch32 Instruction Set Attribute Register 4 |
| ID_ISAR5_EL1 | 3 | 0 | C0 | C2 | 5 | See individual bit resets. | 64-bit | AArch32 Instruction Set Attribute Register 5 |
| ID_MMFR4_EL1 | 3 | 0 | C0 | C2 | 6 | See individual bit resets. | 64-bit | AArch32 Memory Model Feature Register 4 |
| ID_ISAR6_EL1 | 3 | 0 | C0 | C2 | 7 | See individual bit resets. | 64-bit | AArch32 Instruction Set Attribute Register 6 |
| MVFR0_EL1 | 3 | 0 | C0 | C3 | 0 | See individual bit resets. | 64-bit | AArch32 Media and VFP Feature Register 0 |
| MVFR1_EL1 | 3 | 0 | C0 | C3 | 1 | See individual bit resets. | 64-bit | AArch32 Media and VFP Feature Register 1 |
| MVFR2_EL1 | 3 | 0 | C0 | C3 | 2 | See individual bit resets. | 64-bit | AArch32 Media and VFP Feature Register 2 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Name | Op0 | Op1 | CRn | CRm | Op2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| ID_PFR2_EL1 | 3 | 0 | C0 | C3 | 4 | See individual bit resets. | 64-bit | AArch32 Processor Feature Register 2 |
| ID_DFR1_EL1 | 3 | 0 | C0 | C3 | 5 | See individual bit resets. | 64-bit | Debug Feature Register 1 |
| ID_MMFR5_EL1 | 3 | 0 | C0 | C3 | 6 | See individual bit resets. | 64-bit | AArch32 Memory Model Feature Register 5 |
| ID_AA64PFR0_EL1 | 3 | 0 | C0 | C4 | 0 | See individual bit resets. | 64-bit | AArch64 Processor Feature Register 0 |
| ID_AA64PFR1_EL1 | 3 | 0 | C0 | C4 | 1 | See individual bit resets. | 64-bit | AArch64 Processor Feature Register 1 |
| ID_AA64PFR2_EL1 | 3 | 0 | C0 | C4 | 2 | See individual bit resets. | 64-bit | AArch64 Processor Feature Register 2 |
| ID_AA64ZFR0_EL1 | 3 | 0 | C0 | C4 | 4 | See individual bit resets. | 64-bit | SVE Feature ID register 0 |
| ID_AA64DFR0_EL1 | 3 | 0 | C0 | C5 | 0 | See individual bit resets. | 64-bit | AArch64 Debug Feature Register 0 |
| ID_AA64DFR1_EL1 | 3 | 0 | C0 | C5 | 1 | See individual bit resets. | 64-bit | AArch64 Debug Feature Register 1 |
| ID_AA64AFR0_EL1 | 3 | 0 | C0 | C5 | 4 | See individual bit resets. | 64-bit | AArch64 Auxiliary Feature Register 0 |
| ID_AA64AFR1_EL1 | 3 | 0 | C0 | C5 | 5 | See individual bit resets. | 64-bit | AArch64 Auxiliary Feature Register 1 |
| ID_AA64ISAR0_EL1 | 3 | 0 | C0 | C6 | 0 | See individual bit resets. | 64-bit | AArch64 Instruction Set Attribute Register 0 |
| ID_AA64ISAR1_EL1 | 3 | 0 | C0 | C6 | 1 | See individual bit resets. | 64-bit | AArch64 Instruction Set Attribute Register 1 |
| ID_AA64ISAR2_EL1 | 3 | 0 | C0 | C6 | 2 | See individual bit resets. | 64-bit | AArch64 Instruction Set Attribute Register 2 |
| ID_AA64MMFR0_EL1 | 3 | 0 | C0 | C7 | 0 | See individual bit resets. | 64-bit | AArch64 Memory Model Feature Register 0 |
| ID_AA64MMFR1_EL1 | 3 | 0 | C0 | C7 | 1 | See individual bit resets. | 64-bit | AArch64 Memory Model Feature Register 1 |
| ID_AA64MMFR2_EL1 | 3 | 0 | C0 | C7 | 2 | See individual bit resets. | 64-bit | AArch64 Memory Model Feature Register 2 |
| MPAMIDR_EL1 | 3 | 0 | C10 | C4 | 4 | See individual bit resets. | 64-bit | MPAM ID Register (EL1) |
| IMP_CPUCFR_EL1 | 3 | 0 | C15 | C0 | 0 | See individual bit resets. | 64-bit | CPU Configuration Register |
| CCSIDR_EL1 | 3 | 1 | C0 | C0 | 0 | See individual bit resets. | 64-bit | Current Cache Size ID Register |
| CLIDR_EL1 | 3 | 1 | C0 | C0 | 1 | See individual bit resets. | 64-bit | Cache Level ID Register |
| CCSIDR2_EL1 | 3 | 1 | C0 | C0 | 2 | See individual bit resets. | 64-bit | Current Cache Size ID Register 2 |
| GMID_EL1 | 3 | 1 | C0 | C0 | 4 | See individual bit resets. | 64-bit | Multiple tag transfer ID register |
| CSSELR_EL1 | 3 | 2 | C0 | C0 | 0 | See individual bit resets. | 64-bit | Cache Size Selection Register |
| CTR_EL0 | 3 | 3 | C0 | C0 | 1 | See individual bit resets. | 64-bit | Cache Type Register |
| DCZID_EL0 | 3 | 3 | C0 | C0 | 7 | See individual bit resets. | 64-bit | Data Cache Zero ID register |
| VPIDR_EL2 | 3 | 4 | C0 | C0 | 0 | See individual bit resets. | 64-bit | Virtualization Processor ID Register |
| VMPIDR_EL2 | 3 | 4 | C0 | C0 | 5 | See individual bit resets. | 64-bit | Virtualization Multiprocessor ID Register |

## B.5.1 MIDR_EL1, Main ID Register

Provides identification information for the PE, including an implementer code for the device and a device ID number.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Functional group

Identification registers

## Access type

See bit descriptions

## Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx 0100 0001 0000 1111 1101 0100 1001 0011

Note: Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-112: AArch64_midr_el1 bit assignments**




**Table B-284: MIDR_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | **RES0** | Reserved | **RES0** |
| [31:24] | Implementer | Indicates the implementer code. This value is:<br>**`0b01000001`**<br>Arm Limited. | `0x41` |
| [23:20] | Variant | Variant number. Typically, this field is used to distinguish between different product variants, or major revisions of a product.<br>**`0b0000`**<br>r0p3 | `0b0000` |
| [19:16] | Architecture | Indicates the architecture code. This value is:<br>**`0b1111`**<br>Architecture is defined by ID registers | `0b1111` |
| [15:4] | PartNum | Primary Part Number for the device.<br><br>On processors implemented by Arm, if the top four bits of the primary part number are `0x0` or `0x7`, the variant and architecture are encoded differently.<br>**`0b110101001001`**<br>Neoverse N2 | `0xD49` |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [3:0] | Revision | Revision number for the device.<br>**0b0011**<br>r0p3 | 0b0011 |

### Access

MRS <Xt>, MIDR_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0000 | 0b0000 | 0b000 |

### Accessibility

MRS <Xt>, MIDR_EL1

```
if PSTATE.EL == EL0 then
    if EL2Enabled() && HCR_EL2.TGE == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        AArch64.SystemAccessTrap(EL1, 0x18);
elsif PSTATE.EL == EL1 then
    if EL2Enabled() then
        X[t, 64] = VPIDR_EL2;
    else
        X[t, 64] = MIDR_EL1;
elsif PSTATE.EL == EL2 then
    X[t, 64] = MIDR_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = MIDR_EL1;
```

## B.5.2 MPIDR_EL1, Multiprocessor Affinity Register

In a multiprocessor system, provides an additional PE identification mechanism for scheduling purposes.

### Configurations

In a uniprocessor system, Arm recommends that each Aff<n> field of this register returns a value of 0.

### Attributes

**Width**

64

**Functional group**

Identification registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx x0xx xxx1 xxxx xxxx xxxx xxxx 0000 0000

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure B-113: AArch64_mpidr_el1 bit assignments




### Table B-286: MPIDR_EL1 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:40] | **RES0** | Reserved | **RES0** |
| [39:32] | Aff3 | Affinity level 3. See the description of Aff0 for more information.<br><br>Aff3 is not supported in AArch32 state.<br><br>The value will be determined by the CLUSTERIDAFF3 configuration pins. | 8{x} |
| [31] | **RES1** | Reserved | **RES1** |
| [30] | U | Indicates a Uniprocessor system, as distinct from PE 0 in a multiprocessor system.<br>**0b0**<br>Processor is part of a multiprocessor system. | 0b0 |
| [29:25] | **RES0** | Reserved | **RES0** |
| [24] | MT | Indicates whether the lowest level of affinity consists of logical PEs that are implemented using a multithreading type approach. See the description of Aff0 for more information about affinity levels.<br>**0b1**<br>Performance of PEs with different affinity level 0 values, and the same values for affinity level 1 and higher, is very interdependent. | 0b1 |
| [23:16] | Aff2 | Affinity level 2. See the description of Aff0 for more information.<br><br>The value will be determined by the CLUSTERIDAFF2 configuration pins. | 8{x} |
| [15:8] | Aff1 | Affinity level 1. See the description of Aff0 for more information.<br><br>Value read from the CPUID configuration pins. Identification number for each CPU in an cluster counting from zero. | 8{x} |
| [7:0] | Aff0 | Affinity level 0. This is the affinity level that is most significant for determining PE behavior. Higher affinity levels are increasingly less significant in determining PE behavior. The assigned value of the MPIDR.{Aff2, Aff1, Aff0} or AArch64-MPIDR_EL1.{Aff3, Aff2, Aff1, Aff0} set of fields of each PE must be unique within the system as a whole.<br>**0b00000000**<br>Only one thread. | 0x00 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Access

MRS <Xt>, MPIDR_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0000 | 0b0000 | 0b101 |

## Accessibility

MRS <Xt>, MPIDR_EL1

```
if PSTATE.EL == EL0 then
    if EL2Enabled() && HCR_EL2.TGE == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        AArch64.SystemAccessTrap(EL1, 0x18);
elsif PSTATE.EL == EL1 then
    if EL2Enabled() then
        X[t, 64] = VMPIDR_EL2;
    else
        X[t, 64] = MPIDR_EL1;
elsif PSTATE.EL == EL2 then
    X[t, 64] = MPIDR_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = MPIDR_EL1;
```

# B.5.3 REVIDR_EL1, Revision ID Register

The REVIDR_EL1 provides revision information, additional to MIDR_EL1, that identifies minor fixes (errata) which might be present in a specific implementation of the Neoverse N2 core. Refer to the Neoverse N2 Product Errata Notice (PEN) for information on how to interpret the values in this register.

## Configurations

If REVIDR_EL1 has the same value as AArch64-MIDR_EL1, then its contents have no significance.

## Attributes

**Width**

64

**Functional group**

Identification registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure B-114: AArch64_revidr_el1 bit assignments**




**Table B-288: REVIDR_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | **RES0** | Reserved | **RES0** |
| [31:0] | ID | None | `32{x}` |

## Access

MRS <Xt>, REVIDR_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0000 | 0b0000 | 0b110 |

## Accessibility

MRS <Xt>, REVIDR_EL1

```
if PSTATE.EL == EL0 then
    if EL2Enabled() && HCR_EL2.TGE == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        AArch64.SystemAccessTrap(EL1, 0x18);
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TID1 == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        X[t, 64] = REVIDR_EL1;
elsif PSTATE.EL == EL2 then
    X[t, 64] = REVIDR_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = REVIDR_EL1;
```

## B.5.4 ID_PFR0_EL1, AArch32 Processor Feature Register 0

Gives top-level information about the instruction sets supported by the PE in AArch32 state.

Must be interpreted with AArch64-ID_PFR1_EL1.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

For general information about the interpretation of the ID registers, see *Principles of the ID scheme for fields in ID registers* in the *Arm® Architecture Reference Manual for A-profile architecture*.

## Configurations

This register is available in all configurations.

## Attributes

**Width**

64

**Functional group**

Identification registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx 0010 0001 0001 0001 0000 0001 0011 0001

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure B-115: AArch64_id_pfr0_el1 bit assignments**




**Table B-290: ID_PFR0_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | **RES0** | Reserved | **RES0** |
| [31:28] | RAS | RAS Extension version. Defined values are:<br>`0b0010`<br>FEAT_RASv1p1 implemented. As 0b0001, and adds support for additional ERXMISC<m> System registers.<br>Error records accessed through System registers conform to RAS System Architecture v1.1, which includes simplifications to ext-ERR<n>STATUS and support for the optional RAS Timestamp Extension. | `0b0010` |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [27:24] | DIT | Data Independent Timing. Defined values are:<br>**0b0001**<br>AArch32 provides the PSTATE.DIT mechanism to guarantee constant execution time of certain instructions. | 0b0001 |
| [23:20] | AMU | Indicates support for Activity Monitors Extension. Defined values are:<br>**0b0001**<br>FEAT_AMUv1 is implemented. | 0b0001 |
| [19:16] | CSV2 | Speculative use of out of context branch targets. Defined values are:<br>**0b0001**<br>FEAT_CSV2 is implemented, but FEAT_CSV2_1p1 is not implemented. | 0b0001 |
| [15:12] | State3 | T32EE instruction set support. Defined values are:<br>**0b0000**<br>Not implemented. | 0b0000 |
| [11:8] | State2 | Jazelle extension support. Defined values are:<br>**0b0001**<br>Jazelle extension implemented, without clearing of AArch32-JOSCR.CV on exception entry. | 0b0001 |
| [7:4] | State1 | T32 instruction set support. Defined values are:<br>**0b0011**<br>T32 encodings after the introduction of Thumb-2 technology implemented, for all 16-bit and 32-bit T32 basic instructions. | 0b0011 |
| [3:0] | State0 | A32 instruction set support. Defined values are:<br>**0b0001**<br>A32 instruction set implemented. | 0b0001 |

## Access

MRS <Xt>, ID_PFR0_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0000 | 0b0001 | 0b000 |

## Accessibility

MRS <Xt>, ID_PFR0_EL1

```
if PSTATE.EL == EL0 then
    if EL2Enabled() && HCR_EL2.TGE == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        AArch64.SystemAccessTrap(EL1, 0x18);
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TID3 == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        X[t, 64] = ID_PFR0_EL1;
elsif PSTATE.EL == EL2 then
    X[t, 64] = ID_PFR0_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = ID_PFR0_EL1;
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## B.5.5 ID_PFR1_EL1, AArch32 Processor Feature Register 1

Gives information about the AArch32 programmers' model.

Must be interpreted with AArch64-ID_PFR0_EL1.

For general information about the interpretation of the ID registers see *Principles of the ID scheme for fields in ID registers* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Identification registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx 0000 0000 0001 0000 0000 0000 0000

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-116: AArch64_id_pfr1_el1 bit assignments**




**Table B-292: ID_PFR1_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | RES0 | Reserved | RES0 |

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:28] | GIC | System register GIC CPU interface. Defined values are:<br>**0b0000**<br>When GICCDISABLE is HIGH, GIC CPU interface is disabled.<br>**0b0011**<br>When Port GICCDISABLE is Low, GIC (version 4.1) CPU interface is enabled. | The reset values can be the following: `0b0000`, `0b0011`, respective to the value. |
| [27:24] | Virt_frac | Virtualization fractional field. When the Virtualization field is `0b0000`, determines the support for Virtualization Extensions. Defined values are:<br>**0b0000**<br>No Virtualization Extensions are implemented. | `0b0000` |
| [23:20] | Sec_frac | Security fractional field. When the Security field is `0b0000`, determines the support for Security Extensions. Defined values are:<br>**0b0000**<br>No Security Extensions are implemented. | `0b0000` |
| [19:16] | GenTimer | Generic Timer support. Defined values are:<br>**0b0001**<br>Generic Timer is implemented. | `0b0001` |
| [15:12] | Virtualization | Virtualization support. Defined values are:<br>**0b0000**<br>EL2, Hyp mode, and the HVC instruction not implemented. | `0b0000` |
| [11:8] | MProgMod | M-profile programmers' model support. Defined values are:<br>**0b0000**<br>Not supported. | `0b0000` |
| [7:4] | Security | Security support. Defined values are:<br>**0b0000**<br>EL3, Monitor mode, and the SMC instruction not implemented. | `0b0000` |
| [3:0] | ProgMod | Support for the standard programmers' model for Armv4 and later. Model must support User, FIQ, IRQ, Supervisor, Abort, Undefined, and System modes. Defined values are:<br>**0b0000**<br>Not supported. | `0b0000` |

## Access

MRS <Xt>, ID_PFR1_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0000 | 0b0001 | 0b001 |

## Accessibility

MRS <Xt>, ID_PFR1_EL1

```
if PSTATE.EL == EL0 then
    if EL2Enabled() && HCR_EL2.TGE == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        AArch64.SystemAccessTrap(EL1, 0x18);
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TID3 == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        X[t, 64] = ID_PFR1_EL1;
elsif PSTATE.EL == EL2 then
    X[t, 64] = ID_PFR1_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = ID_PFR1_EL1;
```

## B.5.6 ID_DFR0_EL1, AArch32 Debug Feature Register 0

Provides top level information about the debug system in AArch32 state.

Must be interpreted with the Main ID Register, AArch64-MIDR_EL1.

For general information about the interpretation of the ID registers see *Principles of the ID scheme for fields in ID registers* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Identification registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx 0001 0110 0000 0001 0001 xxxx 1001 1001

---

Note

Where the reset reads xxxx, see individual bits

---

## Bit descriptions

### Figure B-117: AArch64_id_dfr0_el1 bit assignments




**Table B-294: ID_DFR0_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | **RES0** | Reserved | **RES0** |
| [31:28] | TraceFilt | Armv8.4 Self-hosted Trace Extension version. Defined values are:<br>**0b0001**<br>Armv8.4 Self-hosted Trace Extension implemented. | 0b0001 |
| [27:24] | PerfMon | Performance Monitors Extension version.<br><br>This field does not follow the standard ID scheme, but uses the alternative ID scheme described in *Alternative ID scheme used for the Performance Monitors Extension version* in the *Arm® Architecture Reference Manual for A-profile architecture*<br><br>Defined values are:<br>**0b0110**<br>PMUv3 Implemented Armv8.5. | 0b0110 |
| [23:20] | MProfDbg | M-profile Debug. Support for memory-mapped debug model for M-profile processors. Defined values are:<br>**0b0000**<br>Not supported. | 0b0000 |
| [19:16] | MMapTrc | Memory-mapped Trace. Support for memory-mapped trace model. Defined values are:<br>**0b0001**<br>Support for Arm trace architecture, with memory-mapped access. | 0b0001 |
| [15:12] | CopTrc | Support for System registers-based trace model, using registers in the coproc == 0b1110 encoding space. Defined values are:<br>**0b0001**<br>Support for Arm trace architecture, with System registers access. | 0b0001 |
| [11:8] | **RES0** | Reserved | **RES0** |
| [7:4] | CopSDbg | Support for a System registers-based Secure debug model, using registers in the coproc = 0b1110 encoding space, for an A-profile processor that includes EL3.<br><br>If EL3 is not implemented and the implemented Security state is Non-secure state, this field is **RES0**. Otherwise, this field reads the same as bits [3:0].<br>**0b1001**<br>As per CopDbg | 0b1001 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [3:0] | CopDbg | Debug architecture version. Indicates presence of Armv8 debug architecture. Defined values are:<br>**0b1001**<br>Armv8.4 debug architecture, FEAT_Debugv8p4. | 0b1001 |

### Access

MRS <Xt>, ID_DFR0_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0000 | 0b0001 | 0b010 |

### Accessibility

MRS <Xt>, ID_DFR0_EL1

```
if PSTATE.EL == EL0 then
    if EL2Enabled() && HCR_EL2.TGE == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        AArch64.SystemAccessTrap(EL1, 0x18);
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TID3 == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        X[t, 64] = ID_DFR0_EL1;
elsif PSTATE.EL == EL2 then
    X[t, 64] = ID_DFR0_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = ID_DFR0_EL1;
```

## B.5.7 ID_AFR0_EL1, AArch32 Auxiliary Feature Register 0

Provides information about the **IMPLEMENTATION DEFINED** features of the PE in AArch32 state.

Must be interpreted with the Main ID Register, AArch64-MIDR_EL1.

For general information about the interpretation of the ID registers see *Principles of the ID scheme for fields in ID registers* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Identification registers

**Access type**

See bit descriptions

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure B-118: AArch64_id_afr0_el1 bit assignments




**Table B-296: ID_AFR0_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | RES0 | Reserved | RES0 |

## Access

MRS <Xt>, ID_AFR0_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0000 | 0b0001 | 0b011 |

## Accessibility

MRS <Xt>, ID_AFR0_EL1

```
if PSTATE.EL == EL0 then
    if EL2Enabled() && HCR_EL2.TGE == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        AArch64.SystemAccessTrap(EL1, 0x18);
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TID3 == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        X[t, 64] = ID_AFR0_EL1;
elsif PSTATE.EL == EL2 then
    X[t, 64] = ID_AFR0_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = ID_AFR0_EL1;
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## B.5.8 ID_MMFR0_EL1, AArch32 Memory Model Feature Register 0

Provides information about the implemented memory model and memory management support in AArch32 state.

For general information about the interpretation of the ID registers see *Principles of the ID scheme for fields in ID registers* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Identification registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx 0001 0000 0010 0000 0001 0001 0000 0101

Note: Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-119: AArch64_id_mmfr0_el1 bit assignments**




**Table B-298: ID_MMFR0_EL1 bit descriptions**

| Bits | Name | Description | Reset |
| --- | --- | --- | --- |
| [63:32] | RES0 | Reserved | RES0 |

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:28] | InnerShr | Innermost Shareability. Indicates the innermost shareability domain implemented. Defined values are:<br>**0b0001**<br>Implemented with hardware coherency support. | 0b0001 |
| [27:24] | FCSE | Indicates whether the implementation includes the FCSE. Defined values are:<br>**0b0000**<br>Not supported. | 0b0000 |
| [23:20] | AuxReg | Auxiliary Registers. Indicates support for Auxiliary registers. Defined values are:<br>**0b0010**<br>Support for Auxiliary Fault Status Registers (AArch32-AIFSR and AArch32-ADFSR) and Auxiliary Control Register. | 0b0010 |
| [19:16] | TCM | Indicates support for TCMs and associated DMAs. Defined values are:<br>**0b0000**<br>Not supported. | 0b0000 |
| [15:12] | ShareLvl | Shareability Levels. Indicates the number of shareability levels implemented. Defined values are:<br>**0b0001**<br>Two levels of shareability implemented. | 0b0001 |
| [11:8] | OuterShr | Outermost Shareability. Indicates the outermost shareability domain implemented. Defined values are:<br>**0b0001**<br>Implemented with hardware coherency support. | 0b0001 |
| [7:4] | PMSA | Indicates support for a PMSA. Defined values are:<br>**0b0000**<br>Not supported. | 0b0000 |
| [3:0] | VMSA | Indicates support for a VMSA. Defined values are:<br>**0b0101**<br>Support for VMSAv7, with support for remapping and the Access flag; The PXN bit in the Short-descriptor translation table format descriptors and the Long-descriptor translation table format | 0b0101 |

## Access

MRS <Xt>, ID_MMFR0_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0000 | 0b0001 | 0b100 |

## Accessibility

MRS <Xt>, ID_MMFR0_EL1

```
if PSTATE.EL == EL0 then
    if EL2Enabled() && HCR_EL2.TGE == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        AArch64.SystemAccessTrap(EL1, 0x18);
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TID3 == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        X[t, 64] = ID_MMFR0_EL1;
elsif PSTATE.EL == EL2 then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Case 1:25-cv-01625-DAE Document 1-28 Filed 10/07/25 Page 476 of 1669



```
    X[t, 64] = ID_MMFR0_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = ID_MMFR0_EL1;
```

## B.5.9 ID_MMFR1_EL1, AArch32 Memory Model Feature Register 1

Provides information about the implemented memory model and memory management support in AArch32 state.

For general information about the interpretation of the ID registers see *Principles of the ID scheme for fields in ID registers* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Identification registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx 0100 0000 0000 0000 0000 0000 0000 0000

Note: Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-120: AArch64_id_mmfr1_el1 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table B-300: ID_MMFR1_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | RES0 | Reserved | RES0 |
| [31:28] | BPred | Branch Predictor. Indicates branch predictor management requirements. Defined values are:<br>**0b0100**<br>For execution correctness, branch predictor requires no flushing at any time. | 0b0100 |
| [27:24] | L1TstCln | Level 1 cache Test and Clean. Indicates the supported Level 1 data cache test and clean operations, for Harvard or unified cache implementations. Defined values are:<br>**0b0000**<br>None supported. | 0b0000 |
| [23:20] | L1Uni | Level 1 Unified cache. Indicates the supported entire Level 1 cache maintenance operations for a unified cache implementation. Defined values are:<br>**0b0000**<br>None supported. | 0b0000 |
| [19:16] | L1Hvd | Level 1 Harvard cache. Indicates the supported entire Level 1 cache maintenance operations for a Harvard cache implementation. Defined values are:<br>**0b0000**<br>None supported. | 0b0000 |
| [15:12] | L1UniSW | Level 1 Unified cache by Set/Way. Indicates the supported Level 1 cache line maintenance operations by set/way, for a unified cache implementation. Defined values are:<br>**0b0000**<br>None supported. | 0b0000 |
| [11:8] | L1HvdSW | Level 1 Harvard cache by Set/Way. Indicates the supported Level 1 cache line maintenance operations by set/way, for a Harvard cache implementation. Defined values are:<br>**0b0000**<br>None supported. | 0b0000 |
| [7:4] | L1UniVA | Level 1 Unified cache by Virtual Address. Indicates the supported Level 1 cache line maintenance operations by VA, for a unified cache implementation. Defined values are:<br>**0b0000**<br>None supported. | 0b0000 |
| [3:0] | L1HvdVA | Level 1 Harvard cache by Virtual Address. Indicates the supported Level 1 cache line maintenance operations by VA, for a Harvard cache implementation. Defined values are:<br>**0b0000**<br>None supported. | 0b0000 |

## Access

MRS <Xt>, ID_MMFR1_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0000 | 0b0001 | 0b101 |

## Accessibility

MRS <Xt>, ID_MMFR1_EL1

```
if PSTATE.EL == EL0 then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    if EL2Enabled() && HCR_EL2.TGE == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        AArch64.SystemAccessTrap(EL1, 0x18);
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TID3 == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        X[t, 64] = ID_MMFR1_EL1;
elsif PSTATE.EL == EL2 then
    X[t, 64] = ID_MMFR1_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = ID_MMFR1_EL1;
```

## B.5.10 ID_MMFR2_EL1, AArch32 Memory Model Feature Register 2

Provides information about the implemented memory model and memory management support in AArch32 state.

For general information about the interpretation of the ID registers see *Principles of the ID scheme for fields in ID registers* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Identification registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx 0000 0001 0010 0110 0000 0000 0000 0000

Note

Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure B-121: AArch64_id_mmfr2_el1 bit assignments




### Table B-302: ID_MMFR2_EL1 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | **RES0** | Reserved | **RES0** |
| [31:28] | HWAccFlg | Hardware Access Flag. In earlier versions of the Arm Architecture, this field indicates support for a Hardware Access flag, as part of the VMSAv7 implementation. Defined values are:<br>**0b0000**<br>Not supported. | 0b0000 |
| [27:24] | WFIStall | Wait For Interrupt Stall. Indicates the support for Wait For Interrupt (WFI) stalling. Defined values are:<br>**0b0001**<br>Support for WFI stalling. | 0b0001 |
| [23:20] | MemBarr | Memory Barrier. Indicates the supported memory barrier System instructions in the (coproc==0b1111) encoding space:<br>**0b0010**<br>Supported memory barrier System instructions are Data Synchronization Barrier (DSB), Instruction Synchronization Barrier (ISB) and Data Memory Barrier (DMB). | 0b0010 |
| [19:16] | UniTLB | Unified TLB. Indicates the supported TLB maintenance operations, for a unified TLB implementation. Defined values are:<br>**0b0110**<br>Supported unified TLB maintenance operations are - Invalidate all entries in the TLB. - Invalidate TLB entry by VA. - Invalidate TLB entries by ASID match. - Invalidate instruction TLB and data TLB entries by VA All ASID. This is a shared unified TLB operation. - Invalidate Hyp mode unified TLB entry by VA. - Invalidate entire Non-secure PL1 and PL0 unified TLB. - Invalidate entire Hyp mode unified TLB. - TLBIMVALIS, TLBIMVAALIS, TLBIMVALHIS, TLBIMVAL, TLBIMVAAL, and TLBIMVALH. - TLBIIPAS2IS, TLBIIPAS2LIS, TLBIIPAS2, and TLBIIPAS2L. | 0b0110 |
| [15:12] | HvdTLB | Harvard TLB. Indicates the supported TLB maintenance operations, for a Harvard TLB implementation:<br>**0b0000**<br>Not supported. | 0b0000 |
| [11:8] | L1HvdRng | Level 1 Harvard cache Range. Indicates the supported Level 1 cache maintenance range operations, for a Harvard cache implementation. Defined values are:<br>**0b0000**<br>Not supported. | 0b0000 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [7:4] | L1HvdBG | Level 1 Harvard cache Background fetch. Indicates the supported Level 1 cache background fetch operations, for a Harvard cache implementation.<br>**0b0000**<br>Not supported. | 0b0000 |
| [3:0] | L1HvdFG | L1 Harvard cache Foreground fetch. Indicates the supported L1 cache foreground prefetch operations, for a Harvard cache implementation<br>**0b0000**<br>Not supported. | 0b0000 |

### Access

MRS <Xt>, ID_MMFR2_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0000 | 0b0001 | 0b110 |

### Accessibility

MRS <Xt>, ID_MMFR2_EL1

```
if PSTATE.EL == EL0 then
    if EL2Enabled() && HCR_EL2.TGE == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        AArch64.SystemAccessTrap(EL1, 0x18);
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TID3 == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        X[t, 64] = ID_MMFR2_EL1;
elsif PSTATE.EL == EL2 then
    X[t, 64] = ID_MMFR2_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = ID_MMFR2_EL1;
```

## B.5.11 ID_MMFR3_EL1, AArch32 Memory Model Feature Register 3

Provides information about the implemented memory model and memory management support in AArch32 state.

For general information about the interpretation of the ID registers see *Principles of the ID scheme for fields in ID registers* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

This register is available in all configurations.

### Attributes

#### Width

64

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Functional group**

Identification registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx 0000 0010 0001 0010 0010 0010 0001 0001

Note: Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure B-122: AArch64_id_mmfr3_el1 bit assignments**




**Table B-304: ID_MMFR3_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | **RES0** | Reserved | **RES0** |
| [31:28] | Supersec | Supersections. On a VMSA implementation, indicates whether Supersections are supported. Defined values are:<br>**0b0000**<br>Supersections supported. | 0b0000 |
| [27:24] | CMemSz | Cached Memory Size. Indicates the physical memory size supported by the caches. Defined values are:<br>**0b0010**<br>1TB or more, corresponding to a 40-bit or larger physical address range. | 0b0010 |
| [23:20] | CohWalk | Coherent Walk. Indicates whether Translation table updates require a clean to the Point of Unification. Defined values are:<br>**0b0001**<br>Updates to the translation tables do not require a clean to the Point of Unification to ensure visibility by subsequent translation table walks. | 0b0001 |
| [19:16] | PAN | Privileged Access Never. Indicates support for the PAN bit in AArch32-CPSR, AArch32-SPSR, and AArch32-DSPSR in AArch32 state. Defined values are:<br>**0b0010**<br>PAN supported and AArch32-ATS1CPRP and AArch32-ATS1CPWP instructions supported. | 0b0010 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [15:12] | MaintBcst | Maintenance Broadcast. Indicates whether Cache, TLB, and branch predictor operations are broadcast. Defined values are:<br>**0b0010**<br>Cache, TLB, and branch predictor operations affect structures according to shareability and defined behavior of instructions. | 0b0010 |
| [11:8] | BPMaint | Branch Predictor Maintenance. Indicates the supported branch predictor maintenance operations in an implementation with hierarchical cache maintenance operations. Defined values are:<br>**0b0010**<br>Supported branch predictor maintenance operations are : Invalidate all branch predictors and invalidate branch predictors by Virtual Address (VA). | 0b0010 |
| [7:4] | CMaintSW | Cache Maintenance by Set/Way. Indicates the supported cache maintenance operations by set/way, in an implementation with hierarchical caches. Defined values are:<br>**0b0001**<br>Supported hierarchical cache maintenance instructions by set/way are:<br>• Invalidate data cache by set/way.<br>• Clean data cache by set/way.<br>• Clean and invalidate data cache by set/way. | 0b0001 |
| [3:0] | CMaintVA | Cache Maintenance by Virtual Address. Indicates the supported cache maintenance operations by VA, in an implementation with hierarchical caches. Defined values are:<br>**0b0001**<br>Supported hierarchical cache maintenance operations by VA are:<br>• Invalidate data cache by VA.<br>• Clean data cache by VA.<br>• Clean and invalidate data cache by VA.<br>• Invalidate instruction cache by VA.<br>• Invalidate all instruction cache entries. | 0b0001 |

## Access

MRS <Xt>, ID_MMFR3_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0000 | 0b0001 | 0b111 |

## Accessibility

MRS <Xt>, ID_MMFR3_EL1

```
if PSTATE.EL == EL0 then
    if EL2Enabled() && HCR_EL2.TGE == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        AArch64.SystemAccessTrap(EL1, 0x18);
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TID3 == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        X[t, 64] = ID_MMFR3_EL1;
elsif PSTATE.EL == EL2 then
    X[t, 64] = ID_MMFR3_EL1;
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
elsif PSTATE.EL == EL3 then
    X[t, 64] = ID_MMFR3_EL1;
```

## B.5.12 ID_ISAR0_EL1, AArch32 Instruction Set Attribute Register 0

Provides information about the instruction sets implemented by the PE in AArch32 state.

Must be interpreted with AArch64-ID_ISAR1_EL1, AArch64-ID_ISAR2_EL1, AArch64-ID_ISAR3_EL1, AArch64-ID_ISAR4_EL1, and AArch64-ID_ISAR5_EL1.

For general information about the interpretation of the ID registers see *Principles of the ID scheme for fields in ID registers* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Identification registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx 0010 0001 0000 0001 0001 0001 0000

**Note**

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-123: AArch64_id_isar0_el1 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table B-306: ID_ISAR0_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:28] | RES0 | Reserved | RES0 |
| [27:24] | Divide | Indicates the implemented Divide instructions.<br>**0b0010**<br>Adds SDIV and UDIV in the T32 instruction set and adds SDIV and UDIV in the A32 instruction set. | 0b0010 |
| [23:20] | Debug | Indicates the implemented Debug instructions. Defined values are:<br>**0b0001**<br>Adds BKPT. | 0b0001 |
| [19:16] | Coproc | Indicates the implemented System register access instructions. Defined values are:<br>**0b0000**<br>None implemented, except for instructions separately attributed by the architecture to provide access to AArch32 System registers and System instructions. | 0b0000 |
| [15:12] | CmpBranch | Indicates the implemented combined Compare and Branch instructions in the T32 instruction set. Defined values are:<br>**0b0001**<br>Adds CBNZ and CBZ. | 0b0001 |
| [11:8] | BitField | Indicates the implemented BitField instructions. Defined values are:<br>**0b0001**<br>Adds BFC, BFI, SBFX, and UBFX. | 0b0001 |
| [7:4] | BitCount | Indicates the implemented Bit Counting instructions. Defined values are:<br>**0b0001**<br>Adds CLZ. | 0b0001 |
| [3:0] | Swap | Indicates the implemented Swap instructions in the A32 instruction set. Defined values are:<br>**0b0000**<br>None implemented. | 0b0000 |

## Access

MRS <Xt>, ID_ISAR0_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0000 | 0b0010 | 0b000 |

## Accessibility

MRS <Xt>, ID_ISAR0_EL1

```
if PSTATE.EL == EL0 then
    if EL2Enabled() && HCR_EL2.TGE == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        AArch64.SystemAccessTrap(EL1, 0x18);
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TID3 == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        X[t, 64] = ID_ISAR0_EL1;
elsif PSTATE.EL == EL2 then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    X[t, 64] = ID_ISAR0_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = ID_ISAR0_EL1;
```

## B.5.13 ID_ISAR1_EL1, AArch32 Instruction Set Attribute Register 1

Provides information about the instruction sets implemented by the PE in AArch32 state.

Must be interpreted with AArch64-ID_ISAR0_EL1, AArch64-ID_ISAR2_EL1, AArch64-ID_ISAR3_EL1, AArch64-ID_ISAR4_EL1, and AArch64-ID_ISAR5_EL1.

For general information about the interpretation of the ID registers see *Principles of the ID scheme for fields in ID registers* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Identification registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx 0001 0011 0001 0001 0010 0001 0001 0001

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-124: AArch64_id_isar1_el1 bit assignments**



**Table B-308: ID_ISAR1_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | RES0 | Reserved | RES0 |
| [31:28] | Jazelle | Indicates the implemented Jazelle extension instructions. Defined values are:<br>**0b0001**<br>Adds the BXJ instruction and the J bit in the PSR. This setting might indicate a trivial implementation of the Jazelle extension. | 0b0001 |
| [27:24] | Interwork | Indicates the implemented Interworking instructions. Defined values are:<br>**0b0011**<br>Adds the BX instruction, and the T bit in the PSR. Adds the BLX instruction and guarantees that data-processing instructions in the A32 instruction set with the PC as the destination and the S bit clear have BX-like behavior. | 0b0011 |
| [23:20] | Immediate | Indicates the implemented data-processing instructions with long immediates. Defined values are:<br>**0b0001**<br>Adds:<br>• The MOVT instruction.<br>• The MOV instruction encodings with zero-extended 16-bit immediates.<br>• The T32 ADD and SUB instruction encodings with zero-extended 12-bit immediates, and the other ADD, ADR, and SUB encodings cross-referenced by the pseudocode for those encodings. | 0b0001 |
| [19:16] | IfThen | Indicates the implemented If-Then instructions in the T32 instruction set. Defined values are:<br>**0b0001**<br>Adds the IT instructions, and the IT bits in the PSRs. | 0b0001 |
| [15:12] | Extend | Indicates the implemented Extend instructions. Defined values are:<br>**0b0010**<br>Adds the SXTB, SXTH, UXTB, and UXTH. It also adds SXTB16, SXTAB, SXTAB16, SXTAH, UXTB16, UXTAB,UXTAB16, and UXTAH instructions | 0b0010 |
| [11:8] | Except_AR | Indicates the implemented A and R-profile exception-handling instructions. Defined values are:<br>**0b0001**<br>Adds the SRS and RFE instructions, and the A and R-profile forms of the CPS instruction. | 0b0001 |
| [7:4] | Except | Indicates the implemented exception-handling instructions in the A32 instruction set. Defined values are:<br>**0b0001**<br>Adds the LDM (exception return), LDM (user registers), and STM (user registers) instruction versions. | 0b0001 |
| [3:0] | Endian | Indicates the implemented Endian instructions. Defined values are:<br>**0b0001**<br>Adds the SETEND instruction, and the E bit in the PSRs. | 0b0001 |

## Access

MRS <Xt>, ID_ISAR1_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0000 | 0b0010 | 0b001 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Accessibility

MRS <Xt>, ID_ISAR1_EL1

```
if PSTATE.EL == EL0 then
    if EL2Enabled() && HCR_EL2.TGE == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        AArch64.SystemAccessTrap(EL1, 0x18);
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TID3 == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        X[t, 64] = ID_ISAR1_EL1;
elsif PSTATE.EL == EL2 then
    X[t, 64] = ID_ISAR1_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = ID_ISAR1_EL1;
```

## B.5.14 ID_ISAR2_EL1, AArch32 Instruction Set Attribute Register 2

Provides information about the instruction sets implemented by the PE in AArch32 state.

Must be interpreted with AArch64-ID_ISAR0_EL1, AArch64-ID_ISAR1_EL1, AArch64-ID_ISAR3_EL1, AArch64-ID_ISAR4_EL1, and AArch64-ID_ISAR5_EL1.

For general information about the interpretation of the ID registers see *Principles of the ID scheme for fields in ID registers* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Identification registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx 0010 0001 0010 0011 0010 0000 0100 0010

---

Note

Where the reset reads xxxx, see individual bits

---

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure B-125: AArch64_id_isar2_el1 bit assignments




**Table B-310: ID_ISAR2_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | **RES0** | Reserved | **RES0** |
| [31:28] | Reversal | Indicates the implemented Reversal instructions. Defined values are:<br>**0b0010**<br>Adds the REV, REV16, and REVSH and RBIT instructions | 0b0010 |
| [27:24] | PSR_AR | Indicates the implemented A and R-profile instructions to manipulate the PSR. Defined values are:<br>**0b0001**<br>Adds the MRS and MSR instructions, and the exception return forms of data-processing instructions. | 0b0001 |
| [23:20] | MultU | Indicates the implemented advanced unsigned Multiply instructions. Defined values are:<br>**0b0010**<br>As for 0b0001, and adds the UMAAL instruction. | 0b0010 |
| [19:16] | MultS | Indicates the implemented advanced signed Multiply instructions. Defined values are:<br>**0b0011**<br>Adds the SMULL and SMLAL instructions. It addes the SMLABB, SMLABT, SMLALBB, SMLALBT, SMLALTB, SMLALTT, SMLATB, SMLATT, SMLAWB, SMLAWT, SMULBB, SMULBT, SMULTB, SMULTT, SMULWB, and SMULWT instructions. Also adds the Q bit in the PSRs. Adds the SMLAD, SMLADX, SMLALD, SMLALDX, SMLSD,SMLSDX, SMLSLD, SMLSLDX, SMMLA, SMMLAR, SMMLS, SMMLSR, SMMUL, SMMULR, SMUAD, SMUADX, SMUSD, and SMUSDX instructions | 0b0011 |
| [15:12] | Mult | Indicates the implemented additional Multiply instructions. Defined values are:<br>**0b0010**<br>Adds the MLA instruction+ and adds the MLS instruction | 0b0010 |
| [11:8] | MultiAccessInt | Indicates the support for interruptible multi-access instructions. Defined values are:<br>**0b0000**<br>No support. This means the LDM and STM instructions are not interruptible. | 0b0000 |
| [7:4] | MemHint | Indicates the implemented Memory Hint instructions. Defined values are:<br>**0b0100**<br>Adds the PLD, PLI and PLDW instruction | 0b0100 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [3:0] | LoadStore | Indicates the implemented additional load/store instructions. Defined values are:<br>**0b0010**<br>Adds the LDRD and STRD instructions and adds the Load Acquire (LDAB, LDAH, LDA, LDAEXB, LDAEXH, LDAEX, LDAEXD) and Store Release (STLB, STLH, STL, STLEXB, TLEXH, STLEX, STLEXD) instructions | 0b0010 |

### Access

MRS <Xt>, ID_ISAR2_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0000 | 0b0010 | 0b010 |

### Accessibility

MRS <Xt>, ID_ISAR2_EL1

```
if PSTATE.EL == EL0 then
    if EL2Enabled() && HCR_EL2.TGE == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        AArch64.SystemAccessTrap(EL1, 0x18);
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TID3 == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        X[t, 64] = ID_ISAR2_EL1;
elsif PSTATE.EL == EL2 then
    X[t, 64] = ID_ISAR2_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = ID_ISAR2_EL1;
```

## B.5.15 ID_ISAR3_EL1, AArch32 Instruction Set Attribute Register 3

Provides information about the instruction sets implemented by the PE in AArch32 state.

Must be interpreted with AArch64-ID_ISAR0_EL1, AArch64-ID_ISAR1_EL1, AArch64-ID_ISAR2_EL1, AArch64-ID_ISAR4_EL1, and AArch64-ID_ISAR5_EL1.

For general information about the interpretation of the ID registers see *Principles of the ID scheme for fields in ID registers* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Identification registers

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx 0000 0001 0001 0001 0010 0001 0011 0001

Note: Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure B-126: AArch64_id_isar3_el1 bit assignments**




**Table B-312: ID_ISAR3_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | RES0 | Reserved | RES0 |
| [31:28] | T32EE | Indicates the implemented T32EE instructions. Defined values are:<br>**0b0000**<br>None implemented. | 0b0000 |
| [27:24] | TrueNOP | Indicates the implemented true **NOP** instructions. Defined values are:<br>**0b0001**<br>Adds true **NOP** instructions in both the T32 and A32 instruction sets. This also permits additional **NOP**-compatible hints. | 0b0001 |
| [23:20] | T32Copy | Indicates the support for T32 non flag-setting MOV instructions. Defined values are:<br>**0b0001**<br>Adds support for T32 instruction set encoding T1 of the MOV (register) instruction, copying from a low register to a low register. | 0b0001 |
| [19:16] | TabBranch | Indicates the implemented Table Branch instructions in the T32 instruction set. Defined values are:<br>**0b0001**<br>Adds the TBB and TBH instructions. | 0b0001 |
| [15:12] | SynchPrim | Used in conjunction with ID_ISAR4.SynchPrim_frac to indicate the implemented Synchronization Primitive instructions. Defined values are:<br>**0b0010**<br>Adds the LDREX and STREX, CLREX, LDREXB, STREXB, LDREXD and STREXD instructions. | 0b0010 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [11:8] | SVC | Indicates the implemented SVC instructions. Defined values are:<br>**0b0001**<br>Adds the SVC instruction. | 0b0001 |
| [7:4] | SIMD | Indicates the implemented SIMD instructions. Defined values are:<br>**0b0011**<br>Adds the SSAT and USAT instructions, and the Q bit in the PSRs. It also adds the PKHBT, PKHTB, QADD16, QADD8, QASX, QSUB16, QSUB8, QSAX, SADD16, SADD8, SASX, SEL, SHADD16, SHADD8, SHASX, SHSUB16, SHSUB8, SHSAX, SSAT16, SSUB16, SSUB8, SSAX, SXTAB16, SXTB16, UADD16, UADD8, UASX, UHADD16, UHADD8, UHASX, UHSUB16, UHSUB8, UHSAX, UQADD16, UQADD8, UQASX, UQSUB16, UQSUB8, UQSAX, USAD8, USADA8, USAT16, USUB16, USUB8, USAX, UXTAB16, and UXTB16 instructions. Also adds support for the GE[3:0] bits in the PSRs. | 0b0011 |
| [3:0] | Saturate | Indicates the implemented Saturate instructions. Defined values are:<br>**0b0001**<br>Adds the QADD, QDADD, QDSUB, and QSUB instructions, and the Q bit in the PSRs. | 0b0001 |

### Access

MRS <Xt>, ID_ISAR3_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0000 | 0b0010 | 0b011 |

### Accessibility

MRS <Xt>, ID_ISAR3_EL1

```
if PSTATE.EL == EL0 then
    if EL2Enabled() && HCR_EL2.TGE == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        AArch64.SystemAccessTrap(EL1, 0x18);
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TID3 == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        X[t, 64] = ID_ISAR3_EL1;
elsif PSTATE.EL == EL2 then
    X[t, 64] = ID_ISAR3_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = ID_ISAR3_EL1;
```

## B.5.16 ID_ISAR4_EL1, AArch32 Instruction Set Attribute Register 4

Provides information about the instruction sets implemented by the PE in AArch32 state.

Must be interpreted with AArch64-ID_ISAR0_EL1, AArch64-ID_ISAR1_EL1, AArch64-ID_ISAR2_EL1, AArch64-ID_ISAR3_EL1, and AArch64-ID_ISAR5_EL1.

For general information about the interpretation of the ID registers, see *Principles of the ID scheme for fields in ID registers* in the *Arm® Architecture Reference Manual for A-profile architecture*.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Configurations

This register is available in all configurations.

## Attributes

### Width

64

### Functional group

Identification registers

### Access type

See bit descriptions

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx 0000 0000 0000 0001 0000 0001 0100 0010

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure B-127: AArch64_id_isar4_el1 bit assignments**




**Table B-314: ID_ISAR4_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | RES0 | Reserved | RES0 |
| [31:28] | SWP_frac | Indicates support for the memory system locking the bus for SWP or SWPB instructions. Defined values are:<br>**0b0000**<br>SWP or SWPB instructions not implemented. | 0b0000 |
| [27:24] | PSR_M | Indicates the implemented M-profile instructions to modify the PSRs. Defined values are:<br>**0b0000**<br>None implemented. | 0b0000 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [23:20] | SynchPrim_frac | Used in conjunction with AArch32-ID_ISAR3.SynchPrim to indicate the implemented Synchronization Primitive instructions. Possible values are:<br>**0b0000**<br>If SynchPrim == 0b0000, no Synchronization Primitives implemented. If SynchPrim == 0b0001, adds the LDREX and STREX instructions. If SynchPrim == 0b0010, also adds the CLREX, LDREXB, LDREXH, STREXB, STREXH, LDREXD, and STREXD instructions. | 0b0000 |
| [19:16] | Barrier | Indicates the implemented Barrier instructions in the A32 and T32 instruction sets. Defined values are:<br>**0b0001**<br>Adds the DMB, DSB, and ISB barrier instructions. | 0b0001 |
| [15:12] | SMC | Indicates the implemented SMC instructions. Defined values are:<br>**0b0000**<br>None implemented. | 0b0000 |
| [11:8] | Writeback | Indicates the support for Writeback addressing modes. Defined values are:<br>**0b0001**<br>Adds support for all of the writeback addressing modes. | 0b0001 |
| [7:4] | WithShifts | Indicates the support for instructions with shifts. Defined values are:<br>**0b0100**<br>Adds support for shifts of loads and stores over the range LSL 0-3. It adds support for other constant shift options, both on load/store and other instructions. It also adds support for register-controlled shift options. | 0b0100 |
| [3:0] | Unpriv | Indicates the implemented unprivileged instructions. Defined values are:<br>**0b0010**<br>Adds the LDRBT, LDRT, STRBT, and STRT instructions and adds the LDRHT, LDRSBT, LDRSHT, and STRHT instructions. | 0b0010 |

## Access

MRS <Xt>, ID_ISAR4_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0000 | 0b0010 | 0b100 |

## Accessibility

MRS <Xt>, ID_ISAR4_EL1

```
if PSTATE.EL == EL0 then
    if EL2Enabled() && HCR_EL2.TGE == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        AArch64.SystemAccessTrap(EL1, 0x18);
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TID3 == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        X[t, 64] = ID_ISAR4_EL1;
elsif PSTATE.EL == EL2 then
    X[t, 64] = ID_ISAR4_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = ID_ISAR4_EL1;
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## B.5.17 ID_ISAR5_EL1, AArch32 Instruction Set Attribute Register 5

Provides information about the instruction sets implemented by the PE in AArch32 state.

Must be interpreted with AArch64-ID_ISAR0_EL1, AArch64-ID_ISAR1_EL1, AArch64-ID_ISAR2_EL1, AArch64-ID_ISAR3_EL1, and AArch64-ID_ISAR4_EL1.

For general information about the interpretation of the ID registers see *Principles of the ID scheme for fields in ID registers* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Identification registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx 0001 0001 xxxx 0001 xxxx xxxx xxxx 0001

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-128: AArch64_id_isar5_el1 bit assignments**




**Table B-316: ID_ISAR5_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | RES0 | Reserved | RES0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:28] | VCMA | Indicates AArch32 support for complex number addition and multiplication where numbers are stored in vectors. Defined values are:<br>**0b0001**<br>The VCMLA and VCADD instructions are implemented in AArch32. | 0b0001 |
| [27:24] | RDM | Indicates whether the VQRDMLAH and VQRDMLSH instructions are implemented in AArch32 state. Defined values are:<br>**0b0001**<br>VQRDMLAH and VQRDMLSH instructions implemented. | 0b0001 |
| [23:20] | RES0 | Reserved | RES0 |
| [19:16] | CRC32 | Indicates whether the CRC32 instructions are implemented in AArch32 state.<br>**0b0001**<br>CRC32B, CRC32H, CRC32W, CRC32CB, CRC32CH, and CRC32CW instructions implemented. | 0b0001 |
| [15:12] | SHA2 | Indicates whether the SHA2 instructions are implemented in AArch32 state.<br>**0b0000**<br>When Cryptographic extensions are not implemented or disabled then SHA2 instructions are not implemented.<br>**0b0001**<br>When Cryptographic extensions are implemented and enabled then SHA256H, SHA256H2, SHA256SU0, and SHA256SU1 instructions are implemented. | The reset values can be the following: 0b0000, 0b0001, respective to the value. |
| [11:8] | SHA1 | Indicates whether the SHA1 instructions are implemented in AArch32 state.<br>**0b0000**<br>When Cryptographic extensions are not implemented or disabled then SHA1 instructions are not implemented.<br>**0b0001**<br>When Cryptographic extensions are implemented and enabled then SHA1C, SHA1P, SHA1M, SHA1H, SHA1SU0, and SHA1SU1 instructions are implemented. | The reset values can be the following: 0b0000, 0b0001, respective to the value. |
| [7:4] | AES | Indicates whether the AES instructions are implemented in AArch32 state.<br>**0b0000**<br>When Cryptographic extensions are not implemented or disabled then AES instructions are not implemented.<br>**0b0010**<br>When Cryptographic extensions are implemented and enabled then AESE, AESD, AESMC, AESIMC and VMULL.64 instructions are implemented. | The reset values can be the following: 0b0000, 0b0010, respective to the value. |
| [3:0] | SEVL | Indicates whether the SEVL instruction is implemented in AArch32 state.<br>**0b0001**<br>SEVL is implemented as Send Event Local. | 0b0001 |

## Access

MRS <Xt>, ID_ISAR5_EL1

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0000 | 0b0010 | 0b101 |

### Accessibility

MRS <Xt>, ID_ISAR5_EL1

```
if PSTATE.EL == EL0 then
    if EL2Enabled() && HCR_EL2.TGE == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        AArch64.SystemAccessTrap(EL1, 0x18);
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TID3 == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        X[t, 64] = ID_ISAR5_EL1;
elsif PSTATE.EL == EL2 then
    X[t, 64] = ID_ISAR5_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = ID_ISAR5_EL1;
```

## B.5.18 ID_MMFR4_EL1, AArch32 Memory Model Feature Register 4

Provides information about the implemented memory model and memory management support in AArch32 state.

For general information about the interpretation of the ID registers see *Principles of the ID scheme for fields in ID registers* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Identification registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx 0000 0001 0000 0010 0001 0001 0001 0000

Note

Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure B-129: AArch64_id_mmfr4_el1 bit assignments




### Table B-318: ID_MMFR4_EL1 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | **RES0** | Reserved | **RES0** |
| [31:28] | EVT | Enhanced Virtualization Traps. If EL2 is implemented, indicates support for the AArch32-HCR2.{TTLBIS, TOCU, TICAB, TID4} traps. Defined values are:<br>**0b0000**<br>AArch32-HCR2.{TTLBIS, TOCU, TICAB, TID4} traps are not supported. | 0b0000 |
| [27:24] | CCIDX | Support for use of the revised CCSIDR format and the presence of the CCSIDR2 is indicated. Defined values are:<br>**0b0001**<br>64-bit format implemented for all levels of the CCSIDR, and the CCSIDR2 register is implemented. | 0b0001 |
| [23:20] | LSM | Indicates support for LSMAOE and nTLSMD bits in AArch32-HSCTLR and AArch32-SCTLR. Defined values are:<br>**0b0000**<br>LSMAOE and nTLSMD bits not supported.<br>All other values are reserved.<br>FEAT_LSMAOC implements the functionality identified by the value `0b0001`.<br>From Armv8.2, the permitted values are `0b0000` and `0b0001`. | 0b0000 |
| [19:16] | HPDS | Hierarchical permission disables bits in translation tables. Defined values are:<br>**0b0010**<br>Supports disabling of hierarchical controls using the AArch32-TTBCR2.HPD0, AArch32-TTBCR2.HPD1, and AArch32-HTCR.HPD bits and adds possible hardware allocation of bits[62:59] of the translation table descriptors from the final lookup level for **IMPLEMENTATION DEFINED** usage | 0b0010 |
| [15:12] | CnP | Common not Private translations. Defined values are:<br>**0b0001**<br>Common not Private translations supported. | 0b0001 |
| [11:8] | XNX | Support for execute-never control distinction by Exception level at stage 2. Defined values are:<br>**0b0001**<br>Distinction between EL0 and EL1 execute-never control at stage 2 supported. | 0b0001 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [7:4] | AC2 | Indicates the extension of the AArch32-ACTLR and AArch32-HACTLR registers using AArch32-ACTLR2 and HACTLR2. Defined values are:<br>**0b0001**<br>AArch32-ACTLR2 and HACTLR2 are implemented. | 0b0001 |
| [3:0] | SpecSEI | Describes whether the PE can generate SError interrupt exceptions from speculative reads of memory, including speculative instruction fetches.<br>**0b0000**<br>The PE never generates an SError interrupt due to an External abort on a speculative read. | 0b0000 |

### Access

MRS <Xt>, ID_MMFR4_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0000 | 0b0010 | 0b110 |

### Accessibility

MRS <Xt>, ID_MMFR4_EL1

```
if PSTATE.EL == EL0 then
    if EL2Enabled() && HCR_EL2.TGE == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        AArch64.SystemAccessTrap(EL1, 0x18);
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TID3 == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        X[t, 64] = ID_MMFR4_EL1;
elsif PSTATE.EL == EL2 then
    X[t, 64] = ID_MMFR4_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = ID_MMFR4_EL1;
```

## B.5.19 ID_ISAR6_EL1, AArch32 Instruction Set Attribute Register 6

Provides information about the instruction sets implemented by the PE in AArch32 state.

Must be interpreted with AArch64-ID_ISAR0_EL1, AArch64-ID_ISAR1_EL1, AArch64-ID_ISAR2_EL1, AArch64-ID_ISAR3_EL1, AArch64-ID_ISAR4_EL1 and AArch64-ID_ISAR5_EL1.

For general information about the interpretation of the ID registers see *Principles of the ID scheme for fields in ID registers* in the *Arm® Architecture Reference Manual for A-profile architecture*.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Configurations

Note

Prior to the introduction of the features described by this register, this register was unnamed and reserved, RES0 from EL1, EL2, and EL3.

## Attributes

### Width

64

### Functional group

Identification registers

### Access type

See bit descriptions

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx 0001 0001 0001 0001 0001 0001 0001

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure B-130: AArch64_id_isar6_el1 bit assignments**




**Table B-320: ID_ISAR6_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:28] | RES0 | Reserved | RES0 |
| [27:24] | I8MM | Indicates support for Advanced SIMD and floating-point Int8 matrix multiplication instructions in AArch32 state. Defined values of this field are:<br>`0b0001`<br>VSMMLA, VSUDOT, VUMMLA, VUSMMLA, and VUSDOT instructions are implemented. | `0b0001` |

| Bits | Name | Description | Reset |
|---|---|---|---|
| [23:20] | BF16 | Indicates support for Advanced SIMD and floating-point BFloat16 instructions in AArch32 state. Defined values are:<br>**0b0001**<br>VCVT, VCVTB, VCVTT, VDOT, VFMAB, VFMAT, and VMMLA instructions with BF16 operand or result types are implemented. | 0b0001 |
| [19:16] | SPECRES | Indicates support for prediction invalidation instructions in AArch32 state. Defined values are:<br>**0b0001**<br>AArch32-CFPRCTX, AArch32-DVPRCTX, and AArch32-CPPRCTX instructions are implemented. | 0b0001 |
| [15:12] | SB | Indicates support for the SB instruction in AArch32 state. Defined values are:<br>**0b0001**<br>SB instruction is implemented. | 0b0001 |
| [11:8] | FHM | Indicates support for Advanced SIMD and floating-point VFMAL and VFMSL instructions in AArch32 state. Defined values are:<br>**0b0001**<br>VFMAL and VMFSL instructions are implemented. | 0b0001 |
| [7:4] | DP | Indicates support for dot product instructions in AArch32 state. Defined values are:<br>**0b0001**<br>VUDOT and VSDOT instructions are implemented. | 0b0001 |
| [3:0] | JSCVT | Indicates support for the VJCVT instruction in AArch32 state. Defined values are:<br>**0b0001**<br>The VJCVT instruction is implemented. | 0b0001 |

## Access

MRS <Xt>, ID_ISAR6_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0000 | 0b0010 | 0b111 |

## Accessibility

MRS <Xt>, ID_ISAR6_EL1

```
if PSTATE.EL == EL0 then
    if EL2Enabled() && HCR_EL2.TGE == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        AArch64.SystemAccessTrap(EL1, 0x18);
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TID3 == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        X[t, 64] = ID_ISAR6_EL1;
elsif PSTATE.EL == EL2 then
    X[t, 64] = ID_ISAR6_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = ID_ISAR6_EL1;
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## B.5.20 MVFR0_EL1, AArch32 Media and VFP Feature Register 0

Describes the features provided by the AArch32 Advanced SIMD and Floating-point implementation.

Must be interpreted with AArch64-MVFR1_EL1 and AArch64-MVFR2_EL1.

For general information about the interpretation of the ID registers see *Principles of the ID scheme for fields in ID registers* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

In an implementation where at least one Exception level supports execution in AArch32 state, but there is no support for Advanced SIMD and floating-point operation, this register is RAZ.

### Attributes

**Width**

64

**Functional group**

Identification registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx 0001 0000 0001 0001 0000 0010 0010 0010

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-131: AArch64_mvfr0_el1 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table B-322: MVFR0_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | RES0 | Reserved | RES0 |
| [31:28] | FPRound | Floating-Point Rounding modes. Indicates whether the floating-point implementation provides support for rounding modes. Defined values are:<br>**0b0001**<br>All rounding modes supported. | 0b0001 |
| [27:24] | FPShVec | Short Vectors. Indicates whether the floating-point implementation provides support for the use of short vectors. Defined values are:<br>**0b0000**<br>Short vectors not supported. | 0b0000 |
| [23:20] | FPSqrt | Square Root. Indicates whether the floating-point implementation provides support for the ARMv6 VFP square root operations. Defined values are:<br>**0b0001**<br>Supported. | 0b0001 |
| [19:16] | FPDivide | Indicates whether the floating-point implementation provides support for VFP divide operations. Defined values are:<br>**0b0001**<br>Supported. | 0b0001 |
| [15:12] | FPTrap | Floating Point Exception Trapping. Indicates whether the floating-point implementation provides support for exception trapping. Defined values are:<br>**0b0000**<br>Not supported. | 0b0000 |
| [11:8] | FPDP | Double Precision. Indicates whether the floating-point implementation provides support for double-precision operations. Defined values are:<br>**0b0010**<br>Supported, VFPv3, VFPv4, or Armv8. VFPv3 and Armv8 add an instruction to load a double-precision floating-point constant, and conversions between double-precision and fixed-point values. | 0b0010 |
| [7:4] | FPSP | Single Precision. Indicates whether the floating-point implementation provides support for single-precision operations. Defined values are:<br>**0b0010**<br>Supported, VFPv3 or VFPv4. VFPv3 adds an instruction to load a single-precision floating-point constant, and conversions between single-precision and fixed-point values. | 0b0010 |
| [3:0] | SIMDReg | Advanced SIMD registers. Indicates whether the Advanced SIMD and floating-point implementation provides support for the Advanced SIMD and floating-point register bank. Defined values are:<br>**0b0010**<br>The implementation includes Advanced SIMD and floating-point support with 32 x 64-bit registers. | 0b0010 |

## Access

MRS <Xt>, MVFR0_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0000 | 0b0011 | 0b000 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Accessibility

MRS <Xt>, MVFR0_EL1

```
if PSTATE.EL == EL0 then
    if EL2Enabled() && HCR_EL2.TGE == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        AArch64.SystemAccessTrap(EL1, 0x18);
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TID3 == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        X[t, 64] = MVFR0_EL1;
elsif PSTATE.EL == EL2 then
    X[t, 64] = MVFR0_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = MVFR0_EL1;
```

## B.5.21 MVFR1_EL1, AArch32 Media and VFP Feature Register 1

Describes the features provided by the AArch32 Advanced SIMD and Floating-point implementation.

Must be interpreted with AArch64-MVFR0_EL1 and AArch64-MVFR2_EL1.

For general information about the interpretation of the ID registers see *Principles of the ID scheme for fields in ID registers* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

In an implementation where at least one Exception level supports execution in AArch32 state, but there is no support for Advanced SIMD and floating-point operation, this register is RAZ.

### Attributes

**Width**

64

**Functional group**

Identification registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx 0001 0011 0010 0001 0001 0001 0001 0001

Note

Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure B-132: AArch64_mvfr1_el1 bit assignments




### Table B-324: MVFR1_EL1 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | RES0 | Reserved | RES0 |
| [31:28] | SIMDFMAC | Advanced SIMD Fused Multiply-Accumulate. Indicates whether the Advanced SIMD implementation provides fused multiply accumulate instructions. Defined values are:<br>**0b0001**<br>Implemented. | 0b0001 |
| [27:24] | FPHP | Floating Point Half Precision. Indicates the level of half-precision floating-point support. Defined values are:<br>**0b0011**<br>As for 0b0010, and adds support for half-precision floating-point arithmetic. | 0b0011 |
| [23:20] | SIMDHP | Advanced SIMD Half Precision. Indicates the level of half-precision floating-point support. Defined values are:<br>**0b0010**<br>As for 0b0001, and adds support for half-precision floating-point arithmetic. | 0b0010 |
| [19:16] | SIMDSP | Advanced SIMD Single Precision. Indicates whether the Advanced SIMD and floating-point implementation provides single-precision floating-point instructions. Defined values are:<br>**0b0001**<br>Implemented. This value is permitted only if the SIMDInt field is 0b0001. | 0b0001 |
| [15:12] | SIMDInt | Advanced SIMD Integer. Indicates whether the Advanced SIMD and floating-point implementation provides integer instructions. Defined values are:<br>**0b0001**<br>Implemented. | 0b0001 |
| [11:8] | SIMDLS | Advanced SIMD Load/Store. Indicates whether the Advanced SIMD and floating-point implementation provides load/store instructions. Defined values are:<br>**0b0001**<br>Implemented. | 0b0001 |
| [7:4] | FPDNaN | Default NaN mode. Indicates whether the floating-point implementation provides support only for the Default NaN mode. Defined values are:<br>**0b0001**<br>Hardware supports propagation of NaN values. | 0b0001 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [3:0] | FPFtZ | Flush to Zero mode. Indicates whether the floating-point implementation provides support only for the Flush-to-Zero mode of operation. Defined values are:<br>**0b0001**<br>Hardware supports full denormalized number arithmetic. | 0b0001 |

### Access

MRS <Xt>, MVFR1_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0000 | 0b0011 | 0b001 |

### Accessibility

MRS <Xt>, MVFR1_EL1

```
if PSTATE.EL == EL0 then
    if EL2Enabled() && HCR_EL2.TGE == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        AArch64.SystemAccessTrap(EL1, 0x18);
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TID3 == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        X[t, 64] = MVFR1_EL1;
elsif PSTATE.EL == EL2 then
    X[t, 64] = MVFR1_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = MVFR1_EL1;
```

## B.5.22 MVFR2_EL1, AArch32 Media and VFP Feature Register 2

Describes the features provided by the AArch32 Advanced SIMD and Floating-point implementation.

Must be interpreted with AArch64-MVFR0_EL1 and AArch64-MVFR1_EL1.

For general information about the interpretation of the ID registers, see *Principles of the ID scheme for fields in ID registers* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

In an implementation where at least one Exception level supports execution in AArch32 state, but there is no support for Advanced SIMD and floating-point operation, this register is RAZ.

### Attributes

#### Width

64

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Functional group

Identification registers

### Access type

See bit descriptions

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx 0100 0011

Note: Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure B-133: AArch64_mvfr2_el1 bit assignments




**Table B-326: MVFR2_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:8] | **RES0** | Reserved | **RES0** |
| [7:4] | FPMisc | Indicates whether the floating-point implementation provides support for miscellaneous VFP features.<br>**0b0100**<br>As 0b0011, and Floating-point MaxNum and MinNum. | 0b0100 |
| [3:0] | SIMDMisc | Indicates whether the Advanced SIMD implementation provides support for miscellaneous Advanced SIMD features.<br>**0b0011**<br>As 0b0010, and Floating-point MaxNum and MinNum. | 0b0011 |

## Access

MRS <Xt>, MVFR2_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0000 | 0b0011 | 0b010 |

## Accessibility

MRS <Xt>, MVFR2_EL1

```
if PSTATE.EL == EL0 then
    if EL2Enabled() && HCR_EL2.TGE == '1' then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        AArch64.SystemAccessTrap(EL1, 0x18);
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TID3 == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        X[t, 64] = MVFR2_EL1;
elsif PSTATE.EL == EL2 then
    X[t, 64] = MVFR2_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = MVFR2_EL1;
```

## B.5.23 ID_PFR2_EL1, AArch32 Processor Feature Register 2

Gives information about the AArch32 programmers' model.

Must be interpreted with AArch64-ID_PFR0_EL1 and AArch64-ID_PFR1_EL1.

For general information about the interpretation of the ID registers see *Principles of the ID scheme for fields in ID registers* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Identification registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx 0001 0001

Note

Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure B-134: AArch64_id_pfr2_el1 bit assignments




### Table B-328: ID_PFR2_EL1 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:8] | **RES0** | Reserved | **RES0** |
| [7:4] | SSBS | Speculative Store Bypassing controls in AArch64 state. Defined values are:<br>**0b0001**<br>AArch32 provides the PSTATE.SSBS mechanism to mark regions that are Speculative Store Bypass Safe. | 0b0001 |
| [3:0] | CSV3 | Speculative use of faulting data. Defined values are:<br>**0b0001**<br>Data loaded under speculation with a permission or domain fault cannot be used to form an address, generate condition codes, or generate SVE predicate values to be used by other instructions in the speculative sequence. The execution timing of any other instructions in the speculative sequence is not a function of the data loaded under speculation. | 0b0001 |

## Access

MRS <Xt>, ID_PFR2_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0000 | 0b0011 | 0b100 |

## Accessibility

MRS <Xt>, ID_PFR2_EL1

```
if PSTATE.EL == EL0 then
    if EL2Enabled() && HCR_EL2.TGE == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        AArch64.SystemAccessTrap(EL1, 0x18);
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TID3 == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        X[t, 64] = ID_PFR2_EL1;
elsif PSTATE.EL == EL2 then
    X[t, 64] = ID_PFR2_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = ID_PFR2_EL1;
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## B.5.24 ID_DFR1_EL1, Debug Feature Register 1

Provides top level information about the debug system in AArch32.

For general information about the interpretation of the ID registers see *Principles of the ID scheme for fields in ID registers* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

Note

Prior to the introduction of the features described by this register, this register was unnamed and reserved, RES0 from EL1, EL2, and EL3.

### Attributes

**Width**

64

**Functional group**

Identification registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-135: AArch64_id_dfr1_el1 bit assignments**




**Table B-330: ID_DFR1_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | RES0 | Reserved | RES0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Access

MRS <Xt>, ID_DFR1_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0000 | 0b0011 | 0b101 |

### Accessibility

MRS <Xt>, ID_DFR1_EL1

```
if PSTATE.EL == EL0 then
    if EL2Enabled() && HCR_EL2.TGE == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        AArch64.SystemAccessTrap(EL1, 0x18);
elsif PSTATE.EL == EL1 then
    X[t, 64] = ID_DFR1_EL1;
elsif PSTATE.EL == EL2 then
    X[t, 64] = ID_DFR1_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = ID_DFR1_EL1;
```

## B.5.25 ID_MMFR5_EL1, AArch32 Memory Model Feature Register 5

Provides information about the implemented memory model and memory management support in AArch32 state.

For general information about the interpretation of the ID registers, see *Principles of the ID scheme for fields in ID registers* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Identification registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx 0000 0000

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure B-136: AArch64_id_mmfr5_el1 bit assignments




**Table B-332: ID_MMFR5_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:8] | RES0 | Reserved | RES0 |
| [7:4] | nTLBPA | Indicates support for intermediate caching of translation table walks. Defined values are:<br>**0b0000**<br>The intermediate caching of translation table walks might include non-coherent physical translation caches. | 0b0000 |
| [3:0] | ETS | Indicates support for Enhanced Translation Synchronization. Defined values are:<br>**0b0000**<br>Enhanced Translation Synchronization is not supported. | 0b0000 |

## Access

MRS <Xt>, ID_MMFR5_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0000 | 0b0011 | 0b110 |

## Accessibility

MRS <Xt>, ID_MMFR5_EL1

```
if PSTATE.EL == EL0 then
    if EL2Enabled() && HCR_EL2.TGE == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        AArch64.SystemAccessTrap(EL1, 0x18);
elsif PSTATE.EL == EL1 then
    X[t, 64] = ID_MMFR5_EL1;
elsif PSTATE.EL == EL2 then
    X[t, 64] = ID_MMFR5_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = ID_MMFR5_EL1;
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## B.5.26 ID_AA64PFR0_EL1, AArch64 Processor Feature Register 0

Provides additional information about implemented PE features in AArch64 state.

For general information about the interpretation of the ID registers, see *Principles of the ID scheme for fields in ID registers* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

The external register ext-EDPFR gives information from this register.

### Attributes

**Width**

64

**Functional group**

Identification registers

**Access type**

See bit descriptions

**Reset value**

0001 0010 xxxx 0001 0001 0001 0001 0001 0010 xxxx 0001 0001 0001 0001 0001 0010

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-137: AArch64_id_aa64pfr0_el1 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table B-334: ID_AA64PFR0_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:60] | CSV3 | Speculative use of faulting data. Defined values are:<br>**0b0001**<br>Data loaded under speculation with a permission or domain fault cannot be used to form an address, generate condition codes, or generate SVE predicate values to be used by other instructions in the speculative sequence. The execution timing of any other instructions in the speculative sequence is not a function of the data loaded under speculation. | 0b0001 |
| [59:56] | CSV2 | Speculative use of out of context branch targets. Defined values are:<br>**0b0010**<br>FEAT_CSV2_2 is implemented, but FEAT_CSV2_3 is not implemented. | 0b0010 |
| [55:52] | RES0 | Reserved | RES0 |
| [51:48] | DIT | Data Independent Timing. Defined values are:<br>**0b0001**<br>AArch64 provides the PSTATE.DIT mechanism to guarantee constant execution time of certain instructions. | 0b0001 |
| [47:44] | AMU | Indicates support for Activity Monitors Extension. Defined values are:<br>**0b0001**<br>FEAT_AMUv1 is implemented. | 0b0001 |
| [43:40] | MPAM | Indicates the major version number of support for the MPAM Extension.<br><br>Defined values are:<br>**0b0001**<br>The major version number of the MPAM extension is 1. | 0b0001 |
| [39:36] | SEL2 | Secure EL2. Defined values are:<br>**0b0001**<br>Secure EL2 is implemented. | 0b0001 |
| [35:32] | SVE | Scalable Vector Extension. Defined values are:<br>**0b0001**<br>SVE architectural state and programmers' model are implemented. | 0b0001 |
| [31:28] | RAS | RAS Extension version. Defined values are:<br>**0b0010**<br>ARMv8.4-RAS present. As 0b0001, and adds support for ARMv8.4-DFE (If EL3 is implemented), additional ERXMISCm_EL1 System registers, additionalSystem registers ERXPFGCDN_EL1, ERXPFGCTL_EL1, and ERXPFGF_EL1, and the SCR_EL3.FIEN and HCR_EL2.FIEN trap controls, to support the optional RAS Common Fault Injection Model Extension. | 0b0010 |
| [27:24] | GIC | System register GIC CPU interface. Defined values are:<br>**0b0000**<br>When Port GICCDISABLE is High, GIC CPU interface is disabled.<br>**0b0011**<br>When Port GICCDISABLE is Low, GIC (version 4.1) CPU interface is enabled. | The reset values can be the following: 0b0000, 0b0011, respective to the value. |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [23:20] | AdvSIMD | Advanced SIMD. Defined values are:<br>**0b0001**<br>Advanced SIMD is implemented, including support for half-precision floating-point arithmetic. | 0b0001 |
| [19:16] | FP | Floating-point. Defined values are:<br>**0b0001**<br>Floating-point, including support for half-precision floating-point arithmetic, is implemented. | 0b0001 |
| [15:12] | EL3 | EL3 Exception level handling. Defined values are:<br>**0b0001**<br>EL3 can be executed in AArch64 state only. | 0b0001 |
| [11:8] | EL2 | EL2 Exception level handling. Defined values are:<br>**0b0001**<br>EL2 can be executed in AArch64 state only. | 0b0001 |
| [7:4] | EL1 | EL1 Exception level handling. Defined values are:<br>**0b0001**<br>EL1 can be executed in AArch64 state only. | 0b0001 |
| [3:0] | EL0 | EL0 Exception level handling. Defined values are:<br>**0b0010**<br>EL0 can be executed in either AArch64 or AArch32 state. | 0b0010 |

## Access

MRS <Xt>, ID_AA64PFR0_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0000 | 0b0100 | 0b000 |

## Accessibility

MRS <Xt>, ID_AA64PFR0_EL1

```
if PSTATE.EL == EL0 then
    if EL2Enabled() && HCR_EL2.TGE == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        AArch64.SystemAccessTrap(EL1, 0x18);
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TID3 == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        X[t, 64] = ID_AA64PFR0_EL1;
elsif PSTATE.EL == EL2 then
    X[t, 64] = ID_AA64PFR0_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = ID_AA64PFR0_EL1;
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## B.5.27 ID_AA64PFR1_EL1, AArch64 Processor Feature Register 1

Reserved for future expansion of information about implemented PE features in AArch64 state.

For general information about the interpretation of the ID registers, see *Principles of the ID scheme for fields in ID registers* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Identification registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx 0000 0000 xxxx xxxx xxxx 0000 xxxx 0010 0001

Note: Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-138: AArch64_id_aa64pfr1_el1 bit assignments**




**Table B-336: ID_AA64PFR1_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:36] | RES0 | Reserved | RES0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [35:32] | CSV2_frac | CSV2 fractional field. Defined values are:<br>**0b0000**<br>Either AArch64-ID_AA64PFR0_EL1.CSV2 is not 0b0001, or the implementation does not disclose whether FEAT_CSV2_1p1 is implemented.<br><br>FEAT_CSV2_1p2 is not implemented. | `0b0000` |
| [31:28] | RNDR_trap | Random Number trap to EL3 field. Defined values are:<br>**0b0000**<br>Trapping of AArch64-RNDR and AArch64-RNDRRS to EL3 is not supported. | `0b0000` |
| [27:16] | **RES0** | Reserved | **RES0** |
| [15:12] | RAS_frac | RAS Extension fractional field. Defined values are:<br>**0b0000**<br>If AArch64-ID_AA64PFR0_EL1.RAS == 0b0001, RAS Extension implemented. | `0b0000` |
| [11:8] | MTE | Support for the Memory Tagging Extension. Defined values are:<br>**0b0001**<br>Memory Tagging Extension instructions accessible at EL0 are implemented. Instructions and System Registers defined by the extension not configurably accessible at EL0 are Unallocated and other System Register fields defined by the extension are **RES0**. This value is reported when the BROADCASTMTE input is LOW.<br>**0b0010**<br>Memory Tagging Extension is implemented. This value is reported when the BROADCASTMTE input is HIGH. | The reset values can be the following: `0b0001`, `0b0010`, respective to the value. |
| [7:4] | SSBS | Speculative Store Bypassing controls in AArch64 state. Defined values are:<br>**0b0010**<br>As 0b0001, and adds the MSR and MRS instructions to directly read and write the PSTATE.SSBS field. | `0b0010` |
| [3:0] | BT | Branch Target Identification mechanism support in AArch64 state. Defined values are:<br>**0b0001**<br>The Branch Target Identification mechanism is implemented. | `0b0001` |

## Access

MRS <Xt>, ID_AA64PFR1_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| `0b11` | `0b000` | `0b0000` | `0b0100` | `0b001` |

## Accessibility

MRS <Xt>, ID_AA64PFR1_EL1

```
if PSTATE.EL == EL0 then
    if EL2Enabled() && HCR_EL2.TGE == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        AArch64.SystemAccessTrap(EL1, 0x18);
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TID3 == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    else
        X[t, 64] = ID_AA64PFR1_EL1;
elsif PSTATE.EL == EL2 then
    X[t, 64] = ID_AA64PFR1_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = ID_AA64PFR1_EL1;
```

## B.5.28 ID_AA64PFR2_EL1, AArch64 Processor Feature Register 2

Reserved for future expansion of information about implemented PE features in AArch64 state.

For general information about the interpretation of the ID registers, see *Principles of the ID scheme for fields in ID registers* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Identification registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note: Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-139: AArch64_id_aa64pfr2_el1 bit assignments**




**Table B-338: ID_AA64PFR2_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | RES0 | Reserved | RES0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Access

MRS <Xt>, ID_AA64PFR2_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0000 | 0b0100 | 0b010 |

### Accessibility

MRS <Xt>, ID_AA64PFR2_EL1

```
if PSTATE.EL == EL0 then
    if EL2Enabled() && HCR_EL2.TGE == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        AArch64.SystemAccessTrap(EL1, 0x18);
elsif PSTATE.EL == EL1 then
    X[t, 64] = ID_AA64PFR2_EL1;
elsif PSTATE.EL == EL2 then
    X[t, 64] = ID_AA64PFR2_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = ID_AA64PFR2_EL1;
```

## B.5.29 ID_AA64ZFR0_EL1, SVE Feature ID register 0

Provides additional information about the implemented features of the AArch64 Scalable Vector Extension, when FEAT_SVE is implemented.

For general information about the interpretation of the ID registers, see *Principles of the ID scheme for fields in ID registers* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

Note

Prior to the introduction of the features described by this register, this register was unnamed and reserved, RES0 from EL1, EL2, and EL3.

### Attributes

**Width**

64

**Functional group**

Identification registers

**Access type**

See bit descriptions

**Reset value**

xxxx 0000 0000 xxxx 0001 xxxx xxxx xxxx xxxx xxxx 0001 0001 xxxx xxxx xxxx 0001

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure B-140: AArch64_id_aa64zfr0_el1 bit assignments




**Table B-340: ID_AA64ZFR0_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:60] | **RES0** | Reserved | **RES0** |
| [59:56] | F64MM | Indicates support for SVE FP64 double-precision floating-point matrix multiplication instructions. Defined values are:<br>**`0b0000`**<br>Double-precision matrix multiplication and related SVE instructions are not implemented. | `0b0000` |
| [55:52] | F32MM | Indicates support for the SVE FP32 single-precision floating-point matrix multiplication instruction. Defined values are:<br>**`0b0000`**<br>Single-precision matrix multiplication instruction is not implemented. | `0b0000` |
| [51:48] | **RES0** | Reserved | **RES0** |
| [47:44] | I8MM | Indicates support for SVE Int8 matrix multiplication instructions. Defined values are:<br>**`0b0001`**<br>SVE SMMLA, SUDOT, UMMLA, USMMLA, and USDOT instructions are implemented. | `0b0001` |
| [43:40] | SM4 | Indicates support for SVE SM4 instructions. Defined values are:<br>**`0b0000`**<br>SVE2 SM4 instructions are not implemented. This value is reported when the Cryptographic Extension is not implemented or is disabled, or SM3/SM4 Cryptographic extensions are not implemented or are disabled.<br>**`0b0001`**<br>SVE2 SM4E and SM4EKEY instructions are implemented. This value is reported when the Cryptographic Extension is implemented and SM3/SM4 Cryptographic instructions are enabled. | The reset values can be the following: `0b0000`, `0b0001`, respective to the value. |
| [39:36] | **RES0** | Reserved | **RES0** |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
| --- | --- | --- | --- |
| [35:32] | SHA3 | Indicates support for the SVE SHA3 instructions. Defined values are:<br>**0b0000**<br>SVE2 SHA-3 instructions are not implemented. This value is reported when Cryptographic extensions are not implemented or are disabled.<br>**0b0001**<br>SVE2 RAX1 instruction is implemented. This value is reported when Cryptographic extensions are implemented and enabled. | The reset values can be the following: `0b0000`, `0b0001`, respective to the value. |
| [31:24] | **RES0** | Reserved | **RES0** |
| [23:20] | BF16 | Indicates support for SVE BFloat16 instructions. Defined values are:<br>**0b0001**<br>SVE BFCVT, BFCVTNT, BFDOT, BFMLALB, BFMLALT, and BFMMLA instructions are implemented. | `0b0001` |
| [19:16] | BitPerm | Indicates support for SVE bit permute instructions. Defined values are:<br>**0b0001**<br>SVE BDEP, BEXT, and BGRP instructions are implemented. | `0b0001` |
| [15:8] | **RES0** | Reserved | **RES0** |
| [7:4] | AES | Indicates support for SVE AES instructions. Defined values are:<br>**0b0000**<br>SVE2-AES instructions are not implemented. This value is reported when Cryptographic extensions are not implemented or are disabled.<br>**0b0010**<br>SVE2 AESE, AESD, AESMC, and AESIMC instructions are implemented plus SVE2 PMULLB and PMULLT instructions with 64-bit source. This value is reported when Cryptographic extensions are implemented and enabled. | The reset values can be the following: `0b0000`, `0b0010`, respective to the value. |
| [3:0] | SVEver | Indicates support for SVE instructions when FEAT_SVE is implemented. Defined values are:<br>**0b0001**<br>As 0b0000, and adds the mandatory SVE2 instructions. | `0b0001` |

## Access

MRS <Xt>, ID_AA64ZFR0_EL1

| op0 | op1 | CRn | CRm | op2 |
| --- | --- | --- | --- | --- |
| 0b11 | 0b000 | 0b0000 | 0b0100 | 0b100 |

## Accessibility

MRS <Xt>, ID_AA64ZFR0_EL1

```
if PSTATE.EL == EL0 then
    if EL2Enabled() && HCR_EL2.TGE == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        AArch64.SystemAccessTrap(EL1, 0x18);
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TID3 == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        X[t, 64] = ID_AA64ZFR0_EL1;
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
elsif PSTATE.EL == EL2 then
    X[t, 64] = ID_AA64ZFR0_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = ID_AA64ZFR0_EL1;
```

## B.5.30 ID_AA64DFR0_EL1, AArch64 Debug Feature Register 0

Provides top level information about the debug system in AArch64 state.

For general information about the interpretation of the ID registers, see *Principles of the ID scheme for fields in ID registers* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

The external register ext-EDDFR gives information from this register.

### Attributes

**Width**

64

**Functional group**

Identification registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx 0001 0001 1111 0010 0001 xxxx 0011 xxxx 0101 0110 0001 1001

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-141: AArch64_id_aa64dfr0_el1 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table B-342: ID_AA64DFR0_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:48] | RES0 | Reserved | RES0 |
| [47:44] | TraceBuffer | Trace Buffer Extension. Defined values are:<br>**0b0001**<br>Trace Buffer Extension implemented. | 0b0001 |
| [43:40] | TraceFilt | Armv8.4 Self-hosted Trace Extension version. Defined values are:<br>**0b0001**<br>Armv8.4 Self-hosted Trace Extension implemented. | 0b0001 |
| [39:36] | DoubleLock | OS Double Lock implemented. Defined values are:<br>**0b1111**<br>OS Double Lock not implemented. AArch64-OSDLR_EL1 is RAZ/WI. | 0b1111 |
| [35:32] | PMSVer | Statistical Profiling Extension version. Defined values are:<br>**0b0010**<br>As 0b0001, and adds:<br>• Support for the Event packet Alignment flag.<br>• If FEAT_SVE is implemented, support for the Scalable Vector extensions to Statistical Profiling. | 0b0010 |
| [31:28] | CTX_CMPs | Number of breakpoints that are context-aware, minus 1. These are the highest numbered breakpoints.<br>**0b0001**<br>Two context-aware breakpoints are included | 0b0001 |
| [27:24] | RES0 | Reserved | RES0 |
| [23:20] | WRPs | Number of watchpoints, minus 1. The value of 0b0000 is reserved.<br>**0b0011**<br>Four Watchpoints | 0b0011 |
| [19:16] | RES0 | Reserved | RES0 |
| [15:12] | BRPs | Number of breakpoints, minus 1. The value of 0b0000 is reserved.<br>**0b0101**<br>Six Breakpoints | 0b0101 |
| [11:8] | PMUVer | Performance Monitors Extension version. Defined value is:<br>**0b0110**<br>Performance Monitors Extension implemented, PMUv3 for Armv8.5 | 0b0110 |
| [7:4] | TraceVer | Trace support. Indicates whether System register interface to a trace unit is implemented. Defined values are:<br>**0b0001**<br>Trace unit System registers implemented. | 0b0001 |
| [3:0] | DebugVer | Debug architecture version. Indicates presence of Armv8 debug architecture. Defined values are:<br>**0b1001**<br>Armv8.4 debug architecture, FEAT_Debugv8p4. | 0b1001 |

## Access

MRS <Xt>, ID_AA64DFR0_EL1

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0000 | 0b0101 | 0b000 |

### Accessibility

MRS <Xt>, ID_AA64DFR0_EL1

```
if PSTATE.EL == EL0 then
    if EL2Enabled() && HCR_EL2.TGE == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        AArch64.SystemAccessTrap(EL1, 0x18);
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TID3 == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        X[t, 64] = ID_AA64DFR0_EL1;
elsif PSTATE.EL == EL2 then
    X[t, 64] = ID_AA64DFR0_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = ID_AA64DFR0_EL1;
```

## B.5.31 ID_AA64DFR1_EL1, AArch64 Debug Feature Register 1

Provides top level information about the debug system in AArch64 state.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Identification registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

**Figure B-142: AArch64_id_aa64dfr1_el1 bit assignments**




**Table B-344: ID_AA64DFR1_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | **RES0** | Reserved | **RES0** |

## Access

MRS <Xt>, ID_AA64DFR1_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0000 | 0b0101 | 0b001 |

## Accessibility

MRS <Xt>, ID_AA64DFR1_EL1

```
if PSTATE.EL == EL0 then
    if EL2Enabled() && HCR_EL2.TGE == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        AArch64.SystemAccessTrap(EL1, 0x18);
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TID3 == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        X[t, 64] = ID_AA64DFR1_EL1;
elsif PSTATE.EL == EL2 then
    X[t, 64] = ID_AA64DFR1_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = ID_AA64DFR1_EL1;
```

# B.5.32 ID_AA64AFR0_EL1, AArch64 Auxiliary Feature Register 0

Provides information about the **IMPLEMENTATION DEFINED** features of the PE in AArch64 state.

For general information about the interpretation of the ID registers, see *Principles of the ID scheme for fields in ID registers* in the *Arm® Architecture Reference Manual for A-profile architecture*.

## Configurations

This register is available in all configurations.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Attributes

### Width

64

### Functional group

Identification registers

### Access type

See bit descriptions

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure B-143: AArch64_id_aa64afr0_el1 bit assignments**




**Table B-346: ID_AA64AFR0_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | **RES0** | Reserved | **RES0** |

## Access

MRS <Xt>, ID_AA64AFR0_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0000 | 0b0101 | 0b100 |

## Accessibility

MRS <Xt>, ID_AA64AFR0_EL1

```
if PSTATE.EL == EL0 then
    if EL2Enabled() && HCR_EL2.TGE == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        AArch64.SystemAccessTrap(EL1, 0x18);
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TID3 == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    else
        X[t, 64] = ID_AA64AFR0_EL1;
elsif PSTATE.EL == EL2 then
    X[t, 64] = ID_AA64AFR0_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = ID_AA64AFR0_EL1;
```

## B.5.33 ID_AA64AFR1_EL1, AArch64 Auxiliary Feature Register 1

Reserved for future expansion of information about the **IMPLEMENTATION DEFINED** features of the PE in AArch64 state.

For general information about the interpretation of the ID registers, see *Principles of the ID scheme for fields in ID registers* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Identification registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-144: AArch64_id_aa64afr1_el1 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table B-348: ID_AA64AFR1_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | RES0 | Reserved | RES0 |

### Access

MRS <Xt>, ID_AA64AFR1_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0000 | 0b0101 | 0b101 |

### Accessibility

MRS <Xt>, ID_AA64AFR1_EL1

```
if PSTATE.EL == EL0 then
    if EL2Enabled() && HCR_EL2.TGE == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        AArch64.SystemAccessTrap(EL1, 0x18);
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TID3 == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        X[t, 64] = ID_AA64AFR1_EL1;
elsif PSTATE.EL == EL2 then
    X[t, 64] = ID_AA64AFR1_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = ID_AA64AFR1_EL1;
```

## B.5.34 ID_AA64ISAR0_EL1, AArch64 Instruction Set Attribute Register 0

Provides information about the instructions implemented in AArch64 state.

For general information about the interpretation of the ID registers, see *Principles of the ID scheme for fields in ID registers* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Identification registers

**Access type**

See bit descriptions

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Reset value

xxxx 0010 0010 0001 0001 xxxx xxxx xxxx 0001 0000 0010 0001 xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure B-145: AArch64_id_aa64isar0_el1 bit assignments




### Table B-350: ID_AA64ISAR0_EL1 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:60] | RNDR | Indicates support for Random Number instructions in AArch64 state.<br><br>When FEAT_RNG_TRAP is implemented, the value returned by a direct read of ID_AA64ISAR0_EL1.RNDR is further controlled by the value of AArch64-SCR_EL3.TRNDR.<br><br>Defined values are:<br>**0b0000**<br>No Random Number instructions are implemented.<br>**0b0001**<br>AArch64-RNDR and AArch64-RNDRRS registers are implemented, if the core has the RNDR feature configured. | The reset values can be the following: `0b0000`, `0b0001`, respective to the value. |
| [59:56] | TLB | Indicates support for Outer Shareable and TLB range maintenance instructions. Defined values are:<br>**0b0010**<br>Outer Shareable and TLB range maintenance instructions are implemented. | `0b0010` |
| [55:52] | TS | Indicates support for flag manipulation instructions. Defined values are:<br>**0b0010**<br>CFINV, RMIF, SETF16, SETF8, AXFLAG, and XAFLAG instructions are implemented. | `0b0010` |
| [51:48] | FHM | Indicates support for FMLAL and FMLSL instructions. Defined values are:<br>**0b0001**<br>FMLAL and FMLSL instructions are implemented. | `0b0001` |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [47:44] | DP | Indicates support for Dot Product instructions in AArch64 state. Defined values are:<br>**0b0001**<br>UDOT and SDOT instructions implemented. | 0b0001 |
| [43:40] | SM4 | Indicates support for SM4 instructions in AArch64 state. Defined values are:<br>**0b0000**<br>When the Cryptographic Extension is not implemented or is disabled or the SM3/SM4 Cryptographic instructions are disabled, then SM4 instructions are not implemented.<br>**0b0001**<br>When the Cryptographic Extension is implemented and the SM3/SM4 Cryptographic instructions are enabled, then SM4 instructions SM4E and SM4EKEY are implemented. | The reset values can be the following: 0b0000, 0b0001, respective to the value. |
| [39:36] | SM3 | Indicates support for SM3 instructions in AArch64 state. Defined values are:<br>**0b0000**<br>When the Cryptographic Extension is not implemented or is disabled or the SM3/SM4 Cryptographic instructions are disabled, then SM3 instructions are not implemented.<br>**0b0001**<br>When the Cryptographic Extension is implemented and the SM3/SM4 Cryptographic instructions are enabled, then SM3 instructions SM3SS1, SM3TT1A, SM3TT1B, SM3TT2A, SM3TT2B, SM3PARTW1, and SM3PARTW2 are implemented. | The reset values can be the following: 0b0000, 0b0001, respective to the value. |
| [35:32] | SHA3 | Indicates support for SHA3 instructions in AArch64 state. Defined values are:<br>**0b0000**<br>When Cryptographic extensions are not implemented or disabled then SHA3 instructions are not implemented.<br>**0b0001**<br>When Cryptographic extensions are implemented and enabled then SHA3 instructions EOR3, RAX1, XAR, and BCAX are implemented. | The reset values can be the following: 0b0000, 0b0001, respective to the value. |
| [31:28] | RDM | Indicates support for SQRDMLAH and SQRDMLSH instructions in AArch64 state. Defined values are:<br>**0b0001**<br>SQRDMLAH and SQRDMLSH instructions implemented. | 0b0001 |
| [27:24] | TME | Indicates support for TME instructions. Defined values are:<br>**0b0000**<br>TME instructions are not implemented. | 0b0000 |
| [23:20] | Atomic | Indicates support for Atomic instructions in AArch64 state. Defined values are:<br>**0b0010**<br>LDADD, LDCLR, LDEOR, LDSET, LDSMAX, LDSMIN, LDUMAX, LDUMIN, CAS, CASP, and SWP instructions implemented. | 0b0010 |
| [19:16] | CRC32 | Indicates support for CRC32 instructions in AArch64 state. Defined values are:<br>**0b0001**<br>CRC32B, CRC32H, CRC32W, CRC32X, CRC32CB, CRC32CH, CRC32CW, and CRC32CX instructions implemented. | 0b0001 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [15:12] | SHA2 | Indicates support for SHA2 instructions in AArch64 state. Defined values are:<br>**0b0000**<br>When Cryptographic extensions are not implemented or disabled then SHA2 instructions are not implemented.<br>**0b0010**<br>When Cryptographic extensions are implemented and enabled then SHA256H, SHA256H2, SHA256SU0, SHA256SU1, SHA512H, SHA512H2, SHA512SU0, and SHA512SU1 instructions are implemented.<br>When the CRYPTO configuration parameter is true and the CRYPTODISABLE input is low at reset Cryptographic Extensions are implemented | The reset values can be the following: `0b0000`, `0b0010`, respective to the value. |
| [11:8] | SHA1 | Indicates support for SHA1 instructions in AArch64 state. Defined values are:<br>**0b0000**<br>When Cryptographic extensions are not implemented or disabled then SHA1 instructions are not implemented.<br>**0b0001**<br>When Cryptographic extensions are implemented and enabled then SHA1C, SHA1P, SHA1M, SHA1H, SHA1SU0, and SHA1SU1 instructions are implemented.<br>When the CRYPTO configuration parameter is true and the CRYPTODISABLE input is low at reset Cryptographic Extensions are implemented | The reset values can be the following: `0b0000`, `0b0001`, respective to the value. |
| [7:4] | AES | Indicates support for AES instructions in AArch64 state. Defined values are:<br>**0b0000**<br>SVE2-AES instructions are not implemented. This value is reported when Cryptographic extensions are not implemented or are disabled.<br>**0b0010**<br>SVE2 AESE, AESD, AESMC, and AESIMC instructions are implemented plus SVE2 PMULLB and PMULLT instructions with 64-bit source. This value is reported when Cryptographic extensions are implemented and enabled.<br>When the CRYPTO configuration parameter is true and the CRYPTODISABLE input is low at reset Cryptographic Extensions are implemented | The reset values can be the following: `0b0000`, `0b0010`, respective to the value. |
| [3:0] | **RES0** | Reserved | **RES0** |

## Access

MRS <Xt>, ID_AA64ISAR0_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0000 | 0b0110 | 0b000 |

## Accessibility

MRS <Xt>, ID_AA64ISAR0_EL1

```
if PSTATE.EL == EL0 then
    if EL2Enabled() && HCR_EL2.TGE == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        AArch64.SystemAccessTrap(EL1, 0x18);
elsif PSTATE.EL == EL1 then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    if EL2Enabled() && HCR_EL2.TID3 == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        X[t, 64] = ID_AA64ISAR0_EL1;
elsif PSTATE.EL == EL2 then
    X[t, 64] = ID_AA64ISAR0_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = ID_AA64ISAR0_EL1;
```

## B.5.35 ID_AA64ISAR1_EL1, AArch64 Instruction Set Attribute Register 1

Provides information about the features and instructions implemented in AArch64 state.

For general information about the interpretation of the ID registers, see *Principles of the ID scheme for fields in ID registers* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Identification registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx 0001 0001 0001 0001 0001 0001 0000 0001 0010 0001 0001 0000 0101 0010

**Note**

Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure B-146: AArch64_id_aa64isar1_el1 bit assignments




### Table B-352: ID_AA64ISAR1_EL1 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:56] | **RES0** | Reserved | **RES0** |
| [55:52] | I8MM | Indicates support for Advanced SIMD and Floating-point Int8 matrix multiplication instructions in AArch64 state. Defined values are:<br>**0b0001**<br>SMMLA, SUDOT, UMMLA, USMMLA, and USDOT instructions are implemented. | 0b0001 |
| [51:48] | DGH | Indicates support for the Data Gathering Hint instruction. Defined values are:<br>**0b0001**<br>Data Gathering Hint is implemented. | 0b0001 |
| [47:44] | BF16 | Indicates support for Advanced SIMD and Floating-point BFloat16 instructions in AArch64 state. Defined values are:<br>**0b0001**<br>BFCVT, BFCVTN, BFCVTN2, BFDOT, BFMLALB, BFMLALT, and BFMMLA instructions are implemented. | 0b0001 |
| [43:40] | SPECRES | Indicates support for prediction invalidation instructions in AArch64 state. Defined values are:<br>**0b0001**<br>CFP RCTX, DVP RCTX and CPP RCTX instructions are implemented. | 0b0001 |
| [39:36] | SB | Indicates support for SB instruction in AArch64 state. Defined values are:<br>**0b0001**<br>SB instruction is implemented. | 0b0001 |
| [35:32] | FRINTTS | Indicates support for the FRINT32Z, FRINT32X, FRINT64Z, and FRINT64X instructions are implemented. Defined values are:<br>**0b0001**<br>FRINT32Z, FRINT32X, FRINT64Z, and FRINT64X instructions are implemented. | 0b0001 |
| [31:28] | GPI | Indicates support for an **IMPLEMENTATION DEFINED** algorithm is implemented in the PE for generic code authentication in AArch64 state. Defined values are:<br>**0b0000**<br>Generic Authentication using an **IMPLEMENTATION DEFINED** algorithm is not implemented. | 0b0000 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [27:24] | GPA | Indicates whether the QARMA5 algorithm is implemented in the PE for generic code authentication in AArch64 state. Defined values are:<br>**0b0001**<br>Generic Authentication using the QARMA5 algorithm is implemented. This includes the `PACGA` instruction. | 0b0001 |
| [23:20] | LRCPC | Indicates support for weaker release consistency, RCpc, based model. Defined values are:<br>**0b0010**<br>The LDAPR*, LDAPUR*, and STLUR* instructions are implemented. | 0b0010 |
| [19:16] | FCMA | Indicates support for complex number addition and multiplication, where numbers are stored in vectors. Defined values are:<br>**0b0001**<br>The FCMLA and FCADD instructions are implemented. | 0b0001 |
| [15:12] | JSCVT | Indicates support for JavaScript conversion from double precision floating point values to integers in AArch64 state. Defined values are:<br>**0b0001**<br>The FJCVTZS instruction is implemented. | 0b0001 |
| [11:8] | API | Indicates whether an **IMPLEMENTATION DEFINED** algorithm is implemented in the PE for address authentication, in AArch64 state. This applies to all Pointer Authentication instructions other than the `PACGA` instruction. Defined values are:<br>**0b0000**<br>Address Authentication using an **IMPLEMENTATION DEFINED** algorithm is not implemented. | 0b0000 |
| [7:4] | APA | Indicates whether the QARMA5 algorithm is implemented in the PE for address authentication, in AArch64 state. This applies to all Pointer Authentication instructions other than the `PACGA` instruction. Defined values are:<br>**0b0101**<br>Address Authentication using the QARMA5 algorithm is implemented, with the HaveEnhancedPAC2() function returning TRUE, the HaveFPAC() function returning TRUE, the HaveFPACCombined() function returning TRUE, and the HaveEnhancedPAC() function returning FALSE. | 0b0101 |
| [3:0] | DPB | Data Persistence writeback. Indicates support for the DC CVAP and DC CVADP instructions in AArch64 state. Defined values are:<br>**0b0010**<br>DC CVAP and DC CVADP supported. | 0b0010 |

## Access

MRS <Xt>, ID_AA64ISAR1_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0000 | 0b0110 | 0b001 |

## Accessibility

MRS <Xt>, ID_AA64ISAR1_EL1

```
if PSTATE.EL == EL0 then
    if EL2Enabled() && HCR_EL2.TGE == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        AArch64.SystemAccessTrap(EL1, 0x18);
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TID3 == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        X[t, 64] = ID_AA64ISAR1_EL1;
elsif PSTATE.EL == EL2 then
    X[t, 64] = ID_AA64ISAR1_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = ID_AA64ISAR1_EL1;
```

## B.5.36 ID_AA64ISAR2_EL1, AArch64 Instruction Set Attribute Register 2

Provides information about the features and instructions implemented in AArch64 state.

For general information about the interpretation of the ID registers, see *Principles of the ID scheme for fields in ID registers* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

Note

Prior to the introduction of the features described by this register, this register was unnamed and reserved, RES0 from EL1, EL2, and EL3.

### Attributes

**Width**

64

**Functional group**

Identification registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx 0000 xxxx xxxx 0000 0000 xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure B-147: AArch64_id_aa64isar2_el1 bit assignments




### Table B-354: ID_AA64ISAR2_EL1 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:28] | **RES0** | Reserved | **RES0** |
| [27:24] | PAC_frac | Indicates whether the ConstPACField() function used as part of the PAC addition returns FALSE or TRUE.<br>**0b0000**<br>ConstPACField() returns FALSE. | 0b0000 |
| [23:16] | **RES0** | Reserved | **RES0** |
| [15:12] | APA3 | Indicates whether the QARMA3 algorithm is implemented in the PE for address authentication in AArch64 state. This applies to all Pointer Authentication instructions other than the PACGA instruction. Defined values are:<br>**0b0000**<br>Address Authentication using the QARMA3 algorithm is not implemented. | 0b0000 |
| [11:8] | GPA3 | Indicates whether the QARMA3 algorithm is implemented in the PE for generic code authentication in AArch64 state. Defined values are:<br>**0b0000**<br>Generic Authentication using the QARMA3 algorithm is not implemented. | 0b0000 |
| [7:0] | **RES0** | Reserved | **RES0** |

## Access

MRS <Xt>, ID_AA64ISAR2_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0000 | 0b0110 | 0b010 |

## Accessibility

MRS <Xt>, ID_AA64ISAR2_EL1

```
if PSTATE.EL == EL0 then
    if EL2Enabled() && HCR_EL2.TGE == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        AArch64.SystemAccessTrap(EL1, 0x18);
elsif PSTATE.EL == EL1 then
    X[t, 64] = ID_AA64ISAR2_EL1;
elsif PSTATE.EL == EL2 then
    X[t, 64] = ID_AA64ISAR2_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = ID_AA64ISAR2_EL1;
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## B.5.37 ID_AA64MMFR0_EL1, AArch64 Memory Model Feature Register 0

Provides information about the implemented memory model and memory management support in AArch64 state.

For general information about the interpretation of the ID registers, see *Principles of the ID scheme for fields in ID registers* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Identification registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx 0000 0010 0010 0010 0000 0000 0001 xxxx 0001 0001 0010 0101

Note: Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-148: AArch64_id_aa64mmfr0_el1 bit assignments**




**Table B-356: ID_AA64MMFR0_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:48] | RES0 | Reserved | RES0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [47:44] | ExS | Indicates support for disabling context synchronizing exception entry and exit. Defined values are:<br>**0b0000**<br>All exception entries and exits are context synchronization events. | 0b0000 |
| [43:40] | TGran4_2 | Indicates support for 4KB memory granule size at stage 2. Defined values are:<br>**0b0010**<br>4KB granule supported at stage 2. | 0b0010 |
| [39:36] | TGran64_2 | Indicates support for 64KB memory granule size at stage 2. Defined values are:<br>**0b0010**<br>64KB granule supported at stage 2. | 0b0010 |
| [35:32] | TGran16_2 | Indicates support for 16KB memory granule size at stage 2. Defined values are:<br>**0b0010**<br>16KB granule supported at stage 2. | 0b0010 |
| [31:28] | TGran4 | Indicates support for 4KB memory translation granule size. Defined values are:<br>**0b0000**<br>4KB granule supported. | 0b0000 |
| [27:24] | TGran64 | Indicates support for 64KB memory translation granule size. Defined values are:<br>**0b0000**<br>64KB granule supported. | 0b0000 |
| [23:20] | TGran16 | Indicates support for 16KB memory translation granule size. Defined values are:<br>**0b0001**<br>16KB granule supported. | 0b0001 |
| [19:16] | RES0 | Reserved | RES0 |
| [15:12] | SNSMem | Indicates support for a distinction between Secure and Non-secure Memory. Defined values are:<br>**0b0001**<br>Does support a distinction between Secure and Non-secure Memory. | 0b0001 |
| [11:8] | BigEnd | Indicates support for mixed-endian configuration. Defined values are:<br>**0b0001**<br>Mixed-endian support. The SCTLR_ELx.EE and SCTLR_EL1.E0E bits can be configured. | 0b0001 |
| [7:4] | ASIDBits | Number of ASID bits. Defined values are:<br>**0b0010**<br>16 bits. | 0b0010 |
| [3:0] | PARange | Physical Address range supported. Defined values are:<br>**0b0101**<br>48 bits, 256TB. | 0b0101 |

## Access

MRS <Xt>, ID_AA64MMFR0_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0000 | 0b0111 | 0b000 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Accessibility

MRS <Xt>, ID_AA64MMFR0_EL1

```
if PSTATE.EL == EL0 then
    if EL2Enabled() && HCR_EL2.TGE == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        AArch64.SystemAccessTrap(EL1, 0x18);
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TID3 == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        X[t, 64] = ID_AA64MMFR0_EL1;
elsif PSTATE.EL == EL2 then
    X[t, 64] = ID_AA64MMFR0_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = ID_AA64MMFR0_EL1;
```

## B.5.38 ID_AA64MMFR1_EL1, AArch64 Memory Model Feature Register 1

Provides information about the implemented memory model and memory management support in AArch64 state.

For general information about the interpretation of the ID registers, see *Principles of the ID scheme for fields in ID registers* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Identification registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx 0000 xxxx xxxx 0000 xxxx 0001 0000 0010 0001 0010 0001 0010 0010

Note

Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure B-149: AArch64_id_aa64mmfr1_el1 bit assignments




### Table B-358: ID_AA64MMFR1_EL1 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:52] | **RES0** | Reserved | **RES0** |
| [51:48] | nTLBPA | Indicates support for intermediate caching of translation table walks. Defined values are:<br>**`0b0000`**<br>The intermediate caching of translation table walks might include non-coherent physical translation caches.<br>Non-coherent physical translation caches are non-coherent caches of previous valid translation table entries since the last completed relevant TLBI applicable to the PE, where either:<br>• The caching is indexed by the physical address of the location holding the translation table entry.<br>• The caching is used for stage 1 translations and is indexed by the intermediate physical address of the location holding the translation table entry.<br>All other values are reserved.<br>FEAT_nTLBPA implements the functionality identified by the value `0b0001`.<br>From Armv8.0, the permitted values are `0b0000` and `0b0001`. | `0b0000` |
| [47:40] | **RES0** | Reserved | **RES0** |
| [39:36] | ETS | Indicates support for Enhanced Translation Synchronization. Defined values are:<br>**`0b0000`**<br>Enhanced Translation Synchronization is not supported.<br>All other values are reserved.<br>FEAT_ETS implements the functionality identified by the value `0b0001`.<br>In Armv8.0, the permitted values are `0b0000` and `0b0001`. | `0b0000` |
| [35:32] | **RES0** | Reserved | **RES0** |
| [31:28] | XNX | Indicates support for execute-never control distinction by Exception level at stage 2. Defined values are:<br>**`0b0001`**<br>Distinction between EL0 and EL1 execute-never control at stage 2 supported. | `0b0001` |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [27:24] | SpecSEI | Describes whether the PE can generate SError interrupt exceptions from speculative reads of memory, including speculative instruction fetches.<br>**0b0000**<br>The PE never generates an SError interrupt due to an External abort on a speculative read. | 0b0000 |
| [23:20] | PAN | Privileged Access Never. Indicates support for the PAN bit in PSTATE, AArch64-SPSR_EL1, AArch64-SPSR_EL2, AArch64-SPSR_EL3, and AArch64-DSPSR_EL0. Defined values are:<br>**0b0010**<br>PAN supported and AT S1E1RP and AT S1E1WP instructions supported. | 0b0010 |
| [19:16] | LO | LORegions. Indicates support for LORegions. Defined values are:<br>**0b0001**<br>LORegions supported. | 0b0001 |
| [15:12] | HPDS | Hierarchical Permission Disables. Indicates support for disabling hierarchical controls in translation tables. Defined values are:<br>**0b0010**<br>Disabling of hierarchical controls supported with the TCR_EL1.{HPD1, HPD0}, TCR_EL2.HPD or TCR_EL2.{HPD1, HPD0}, and TCR_EL3.HPD bits and adds possible hardware allocation of bits[62:59] of the translation table descriptors from the final lookup level for **IMPLEMENTATION DEFINED** use. | 0b0010 |
| [11:8] | VH | Virtualization Host Extensions. Defined values are:<br>**0b0001**<br>Virtualization Host Extensions supported. | 0b0001 |
| [7:4] | VMIDBits | Number of VMID bits. Defined values are:<br>**0b0010**<br>16 bits | 0b0010 |
| [3:0] | HAFDBS | Hardware updates to Access flag and Dirty state in translation tables. Defined values are:<br>**0b0010**<br>Hardware update of both the Access flag and dirty state is supported. | 0b0010 |

## Access

MRS <Xt>, ID_AA64MMFR1_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0000 | 0b0111 | 0b001 |

## Accessibility

MRS <Xt>, ID_AA64MMFR1_EL1

```
if PSTATE.EL == EL0 then
    if EL2Enabled() && HCR_EL2.TGE == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        AArch64.SystemAccessTrap(EL1, 0x18);
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TID3 == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        X[t, 64] = ID_AA64MMFR1_EL1;
elsif PSTATE.EL == EL2 then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    X[t, 64] = ID_AA64MMFR1_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = ID_AA64MMFR1_EL1;
```

## B.5.39 ID_AA64MMFR2_EL1, AArch64 Memory Model Feature Register 2

Provides information about the implemented memory model and memory management support in AArch64 state.

For general information about the interpretation of the ID registers, see *Principles of the ID scheme for fields in ID registers* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

Note

Prior to the introduction of the features described by this register, this register was unnamed and reserved, RES0 from EL1, EL2, and EL3.

### Attributes

**Width**

64

**Functional group**

Identification registers

**Access type**

See bit descriptions

**Reset value**

0001 0010 0010 0001 xxxx 0001 0001 0001 0001 0010 0001 0000 0001 0000 0001 0001

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure B-150: AArch64_id_aa64mmfr2_el1 bit assignments




### Table B-360: ID_AA64MMFR2_EL1 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:60] | E0PD | Indicates support for the E0PD mechanism. Defined values are:<br>**0b0001**<br>E0PDx mechanism is implemented. | 0b0001 |
| [59:56] | EVT | Enhanced Virtualization Traps. If EL2 is implemented, indicates support for the AArch64-HCR_EL2.{TTLBOS, TTLBIS, TOCU, TICAB, TID4} traps. Defined values are:<br>**0b0010**<br>AArch64-HCR_EL2.{TTLBOS, TTLBIS, TOCU, TICAB, TID4} traps are supported. | 0b0010 |
| [55:52] | BBM | Allows identification of the requirements of the hardware to have break-before-make sequences when changing block size for a translation.<br>**0b0010**<br>Level 2 support for changing block size is supported. | 0b0010 |
| [51:48] | TTL | Indicates support for TTL field in address operations. Defined values are:<br>**0b0001**<br>TLB maintenance instructions by address have bits[47:44] holding the TTL field. | 0b0001 |
| [47:44] | RES0 | Reserved | RES0 |
| [43:40] | FWB | Indicates support for AArch64-HCR_EL2.FWB. Defined values are:<br>**0b0001**<br>AArch64-HCR_EL2.FWB is supported. | 0b0001 |
| [39:36] | IDS | Indicates the value of ESR_ELx.EC that reports an exception generated by a read access to the feature ID space. Defined values are:<br>**0b0001**<br>All exceptions generated by an AArch64 read access to the feature ID space are reported by ESR_ELx.EC == 0x18. | 0b0001 |
| [35:32] | AT | Identifies support for unaligned single-copy atomicity and atomic functions. Defined values are:<br>**0b0001**<br>Unaligned single-copy atomicity and atomic functions with a 16-byte address range aligned to 16-bytes are supported. | 0b0001 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:28] | ST | Identifies support for small translation tables. Defined values are:<br>**0b0001**<br>The maximum value of the TCR_ELx.{T0SZ,T1SZ} and VTCR_EL2.T0SZ fields is 48 for 4KB and 16KB granules, and 47 for 64KB granules. | 0b0001 |
| [27:24] | NV | Nested Virtualization. If EL2 is implemented, indicates support for the use of nested virtualization. Defined values are:<br>**0b0010**<br>The AArch64-VNCR_EL2 register and the AArch64-HCR_EL2.{NV2, AT, NV1, NV} bits are implemented. | 0b0010 |
| [23:20] | CCIDX | Support for the use of revised AArch64-CCSIDR_EL1 register format. Defined values are:<br>**0b0001**<br>64-bit format implemented for all levels of the CCSIDR_EL1. | 0b0001 |
| [19:16] | VARange | Indicates support for a larger virtual address. Defined values are:<br>**0b0000**<br>VMSAv8-64 supports 48-bit VAs. | 0b0000 |
| [15:12] | IESB | Indicates support for the IESB bit in the SCTLR_ELx registers. Defined values are:<br>**0b0001**<br>IESB bit in the SCTLR_ELx registers is supported. | 0b0001 |
| [11:8] | LSM | Indicates support for LSMAOE and nTLSMD bits in AArch64-SCTLR_EL1 and AArch64-SCTLR_EL2. Defined values are:<br>**0b0000**<br>LSMAOE and nTLSMD bits not supported. | 0b0000 |
| [7:4] | UAO | User Access Override. Defined values are:<br>**0b0001**<br>UAO supported. | 0b0001 |
| [3:0] | CnP | Indicates support for Common not Private translations. Defined values are:<br>**0b0001**<br>Common not Private translations supported. | 0b0001 |

## Access

MRS <Xt>, ID_AA64MMFR2_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0000 | 0b0111 | 0b010 |

## Accessibility

MRS <Xt>, ID_AA64MMFR2_EL1

```
if PSTATE.EL == EL0 then
    if EL2Enabled() && HCR_EL2.TGE == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        AArch64.SystemAccessTrap(EL1, 0x18);
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TID3 == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    else
        X[t, 64] = ID_AA64MMFR2_EL1;
elsif PSTATE.EL == EL2 then
    X[t, 64] = ID_AA64MMFR2_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = ID_AA64MMFR2_EL1;
```

## B.5.40 MPAMIDR_EL1, MPAM ID Register (EL1)

Indicates the presence and maximum PARTID and PMG values supported in the implementation. It also indicates whether the implementation supports MPAM virtualization.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Identification registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx 0000 0001 xxxx xxxx xxx1 111x 0000 0001 1111 1111

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

MPAMIDR_EL1 indicates the MPAM implementation parameters of the PE.

**Figure B-151: AArch64_mpamidr_el1 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table B-362: MPAMIDR_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:40] | RES0 | Reserved | RES0 |
| [39:32] | PMG_MAX | The largest value of PMG that the implementation can generate. The PMG_I and PMG_D fields of every MPAMn_ELx must implement at least enough bits to represent PMG_MAX.<br>**0b00000001**<br>Max PMG field is 1 (1-bit) | 0x01 |
| [31:21] | RES0 | Reserved | RES0 |
| [20:18] | VPMR_MAX | Indicates the maximum register index n for the MPAMVPM<n>_EL2 registers.<br>**0b111**<br>8 MPAMVPMn_EL2 registers are implemented | 0b111 |
| [17] | HAS_HCR | HAS_HCR indicates that the PE implementation supports MPAM virtualization, including AArch64-MPAMHCR_EL2, AArch64-MPAMVPMV_EL2, and MPAMVPM<n>_EL2 with n in the range 0 to VPMR_MAX. Must be 0 if EL2 is not implemented in either Security state.<br>**0b1**<br>MPAM virtualization is supported. | 0b1 |
| [16] | RES0 | Reserved | RES0 |
| [15:0] | PARTID_MAX | The largest value of PARTID that the implementation can generate. The PARTID_I and PARTID_D fields of every MPAMn_ELx must implement at least enough bits to represent PARTID_MAX.<br>**0b0000000111111111**<br>Max PARTID field is 511 | 0x01FF |

## Access

MRS <Xt>, MPAMIDR_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b1010 | 0b0100 | 0b100 |

## Accessibility

MRS <Xt>, MPAMIDR_EL1

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if MPAM3_EL3.TRAPLOWER == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif EL2Enabled() && MPAMHCR_EL2.TRAP_MPAMIDR_EL1 == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        X[t, 64] = MPAMIDR_EL1;
elsif PSTATE.EL == EL2 then
    if MPAM3_EL3.TRAPLOWER == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = MPAMIDR_EL1;
elsif PSTATE.EL == EL3 then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    X[t, 64] = MPAMIDR_EL1;
```

## B.5.41 IMP_CPUCFR_EL1, CPU Configuration Register

This register provides configuration information for the core.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Identification registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-152: AArch64_imp_cpucfr_el1 bit assignments**




**Table B-364: IMP_CPUCFR_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:3] | RES0 | Reserved | RES0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [2] | no_scu | Indicates whether the SCU is present or not. Possible values of this bit are:<br>**0b0**<br>The SCU is present.<br>**0b1**<br>The SCU is not present. | x |
| [1] | **RES0** | Reserved | **RES0** |
| [0] | core_cache_protect | Indicates whether ECC is present or not. Possible values of this field are:<br>**0b0**<br>ECC is not present.<br>**0b1**<br>ECC is present. | x |

## Access

MRS <Xt>, S3_0_C15_C0_0

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b1111 | 0b0000 | 0b000 |

## Accessibility

MRS <Xt>, S3_0_C15_C0_0

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TIDCP == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        X[t, 64] = IMP_CPUCFR_EL1;
elsif PSTATE.EL == EL2 then
    X[t, 64] = IMP_CPUCFR_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = IMP_CPUCFR_EL1;
```

# B.5.42 CLIDR_EL1, Cache Level ID Register

Identifies the type of cache, or caches, that are implemented at each level and can be managed using the architected cache maintenance instructions that operate by set/way, up to a maximum of seven levels. Also identifies the Level of Coherence (LoC) and Level of Unification (LoU) for the cache hierarchy.

## Configurations

This register is available in all configurations.

## Attributes

### Width

64

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

#### Functional group

Identification registers

#### Access type

See bit descriptions

#### Reset value

xxxx xxxx xxxx xxxx x000 0000 0xx1 010x xx00 0xxx 0000 0000 0000 000x xx10 0011

**Note**

Where the reset reads xxxx, see individual bits

### Bit descriptions

#### Figure B-153: AArch64_clidr_el1 bit assignments




#### Table B-366: CLIDR_EL1 bit descriptions

| Bits | Name | Description | Reset |
| --- | --- | --- | --- |
| [63:47] | **RES0** | Reserved | **RES0** |
| [46:45] | Ttype7 | Tag cache type. Indicate the type of cache that is implemented and can be managed using the architected cache maintenance instructions that operate by set/way at each level, from Level 1 up to a maximum of seven levels of cache hierarchy.<br>**0b00**<br>No Tag Cache. | 0b00 |
| [44:43] | Ttype6 | Tag cache type. Indicate the type of cache that is implemented and can be managed using the architected cache maintenance instructions that operate by set/way at each level, from Level 1 up to a maximum of seven levels of cache hierarchy.<br>**0b00**<br>No Tag Cache. | 0b00 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [42:41] | Ttype5 | Tag cache type. Indicate the type of cache that is implemented and can be managed using the architected cache maintenance instructions that operate by set/way at each level, from Level 1 up to a maximum of seven levels of cache hierarchy.<br>**0b00**<br>No Tag Cache. | 0b00 |
| [40:39] | Ttype4 | Tag cache type. Indicate the type of cache that is implemented and can be managed using the architected cache maintenance instructions that operate by set/way at each level, from Level 1 up to a maximum of seven levels of cache hierarchy.<br>**0b00**<br>No Tag Cache. | 0b00 |
| [38:37] | Ttype3 | Tag cache type. Indicate the type of cache that is implemented and can be managed using the architected cache maintenance instructions that operate by set/way at each level, from Level 1 up to a maximum of seven levels of cache hierarchy.<br>**0b00**<br>When no L3 present, no tag cache.<br>**0b10**<br>When L3 present, Unified Allocation Tag and Data cache at L3 | xx |
| [36:35] | Ttype2 | Tag cache type. Indicate the type of cache that is implemented and can be managed using the architected cache maintenance instructions that operate by set/way at each level, from Level 1 up to a maximum of seven levels of cache hierarchy.<br>**0b10**<br>Unified Allocation Tag and Data cache, Allocation Tags and Data in unified lines. | 0b10 |
| [34:33] | Ttype1 | Tag cache type. Indicate the type of cache that is implemented and can be managed using the architected cache maintenance instructions that operate by set/way at each level, from Level 1 up to a maximum of seven levels of cache hierarchy.<br>**0b10**<br>Unified Allocation Tag and Data cache, Allocation Tags and Data in unified lines. | 0b10 |
| [32:30] | ICB | Inner cache boundary. This field indicates the boundary for caching Inner Cacheable memory regions.<br>**0b010**<br>When no L3 present, Level 2<br>**0b011**<br>When L3 present, Level 3 | The reset values can be the following: 0b010, 0b011, respective to the value. |
| [29:27] | LoUU | Level of Unification Uniprocessor for the cache hierarchy.<br>For a description of the values of this field, see Terminology for Clean, Invalidate, and Clean and Invalidate instructions.<br>**Note:**<br>When FEAT_S2FWB is implemented, the architecture requires that this field is zero so that no levels of data cache need to be cleaned in order to manage coherency with instruction fetches.<br>**0b000**<br>Level of Unification Uniprocessor is before the L1 data cache. | 0b000 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [26:24] | LoC | Level of Coherence for the cache hierarchy.<br><br>For a description of the values of this field, see Terminology for Clean, Invalidate, and Clean and Invalidate instructions.<br><br>**0b010**<br>When no L3 present, Level 2<br><br>**0b011**<br>When L3 present, Level 3 | xxx |
| [23:21] | LoUIS | Level of Unification Inner Shareable for the cache hierarchy.<br><br>For a description of the values of this field, see Terminology for Clean, Invalidate, and Clean and Invalidate instructions.<br><br>**Note:**<br>When FEAT_S2FWB is implemented, the architecture requires that this field is zero so that no levels of data cache need to be cleaned in order to manage coherency with instruction fetches.<br><br>**0b000**<br>No cache level needs cleaning to Point of Unification | 0b000 |
| [20:18] | Ctype7 | Cache Type fields. Indicate the type of cache that is implemented and can be managed using the architected cache maintenance instructions that operate by set/way at each level, from Level 1 up to a maximum of seven levels of cache hierarchy. Possible values of each field are:<br><br>**0b000**<br>No cache. | 0b000 |
| [17:15] | Ctype6 | Cache Type fields. Indicate the type of cache that is implemented and can be managed using the architected cache maintenance instructions that operate by set/way at each level, from Level 1 up to a maximum of seven levels of cache hierarchy. Possible values of each field are:<br><br>**0b000**<br>No cache. | 0b000 |
| [14:12] | Ctype5 | Cache Type fields. Indicate the type of cache that is implemented and can be managed using the architected cache maintenance instructions that operate by set/way at each level, from Level 1 up to a maximum of seven levels of cache hierarchy. Possible values of each field are:<br><br>**0b000**<br>No cache. | 0b000 |
| [11:9] | Ctype4 | Cache Type fields. Indicate the type of cache that is implemented and can be managed using the architected cache maintenance instructions that operate by set/way at each level, from Level 1 up to a maximum of seven levels of cache hierarchy. Possible values of each field are:<br><br>**0b000**<br>No cache. | 0b000 |
| [8:6] | Ctype3 | Cache Type fields. Indicate the type of cache that is implemented and can be managed using the architected cache maintenance instructions that operate by set/way at each level, from Level 1 up to a maximum of seven levels of cache hierarchy. Possible values of each field are:<br><br>**0b000**<br>No L3.<br><br>**0b100**<br>Unified instruction and data caches at L3 | The reset values can be the following: 0b000, 0b100, respective to the value. |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [5:3] | Ctype2 | Cache Type fields. Indicate the type of cache that is implemented and can be managed using the architected cache maintenance instructions that operate by set/way at each level, from Level 1 up to a maximum of seven levels of cache hierarchy. Possible values of each field are:<br>**0b100**<br>Unified instruction and data caches at L2 | 0b100 |
| [2:0] | Ctype1 | Cache Type fields. Indicate the type of cache that is implemented and can be managed using the architected cache maintenance instructions that operate by set/way at each level, from Level 1 up to a maximum of seven levels of cache hierarchy. Possible values of each field are:<br>**0b011**<br>Separate instruction and data caches at L1 | 0b011 |

## Access

MRS <Xt>, CLIDR_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b001 | 0b0000 | 0b0000 | 0b001 |

## Accessibility

MRS <Xt>, CLIDR_EL1

```
if PSTATE.EL == EL0 then
    if EL2Enabled() && HCR_EL2.TGE == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        AArch64.SystemAccessTrap(EL1, 0x18);
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TID2 == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && HCR_EL2.TID4 == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        X[t, 64] = CLIDR_EL1;
elsif PSTATE.EL == EL2 then
    X[t, 64] = CLIDR_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = CLIDR_EL1;
```

# B.5.43 GMID_EL1, Multiple tag transfer ID register

Indicates the block size that is accessed by the LDGM and STGM System instructions.

## Configurations

This register is available in all configurations.

## Attributes

### Width

64

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Functional group**

Identification registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx 0100

Note: Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure B-154: AArch64_gmid_el1 bit assignments**




**Table B-368: GMID_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:4] | RES0 | Reserved | RES0 |
| [3:0] | BS | $Log_2$ of the block size in words. The minimum supported size is 16B (value == 2) and the maximum is 256B (value == 6).<br>**0b0100**<br>Log2 of the block size is 4 | 0b0100 |

## Access

MRS <Xt>, GMID_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b001 | 0b0000 | 0b0000 | 0b100 |

## Accessibility

MRS <Xt>, GMID_EL1

```
if PSTATE.EL == EL0 then
    if EL2Enabled() && HCR_EL2.TGE == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        AArch64.SystemAccessTrap(EL1, 0x18);
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TID5 == '1' then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        X[t, 64] = GMID_EL1;
elsif PSTATE.EL == EL2 then
    X[t, 64] = GMID_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = GMID_EL1;
```

## B.5.44 CTR_EL0, Cache Type Register

Provides information about the architecture of the caches.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Identification registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xx00 0100 xxx1 0100 0100 0100 11xx xxxx xxxx 0100

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-155: AArch64_ctr_el0 bit assignments**



**Table B-370: CTR_EL0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:38] | **RES0** | Reserved | **RES0** |
| [37:32] | TminLine | Tag minimum Line. $Log_2$ of the number of words covered by Allocation Tags in the smallest cache line of all caches which can contain Allocation tags that are controlled by the PE.<br>**`0b000100`**<br>Log2 of number of words (64/4=16) covered by Allocation Tags in the smallest cache line of all caches | `0b000100` |
| [31] | **RES1** | Reserved | **RES1** |
| [30] | **RES0** | Reserved | **RES0** |
| [29] | DIC | Instruction cache invalidation requirements for data to instruction coherence.<br>**`0b0`**<br>When COHERENT_ICACHE not enabled, Instruction cache invalidation to the point of unification is required for instruction to data coherence.<br>**`0b1`**<br>When COHERENT_ICACHE enabled, Instruction cache cleaning to the point of unification is not required for instruction to data coherence. | The reset values can be the following: `0b0`, `0b1`, respective to the value. |
| [28] | IDC | Data cache clean requirements for instruction to data coherence. The meaning of this bit is:<br>**`0b1`**<br>Data cache clean to the Point of Unification is not required for instruction to data coherence. | `0b1` |
| [27:24] | CWG | Cache writeback granule. Log2 of the number of words of the maximum size of memory that can be overwritten as a result of the eviction of a cache entry that has had a memory location in it modified.<br>**`0b0100`**<br>64 bytes. | `0b0100` |
| [23:20] | ERG | Exclusives reservation granule, and, if TME is implemented, transactional reservation granule. Log2 of the number of words of the maximum size of the reservation granule for the Load-Exclusive and Store-Exclusive instructions, and, if TME is implemented, for detecting transactional conflicts.<br>**`0b0100`**<br>64 bytes. | `0b0100` |
| [19:16] | DminLine | $Log_2$ of the number of words in the smallest cache line of all the data caches and unified caches that are controlled by the PE.<br>**`0b0100`**<br>64 bytes. | `0b0100` |
| [15:14] | L1Ip | Level 1 instruction cache policy. Indicates the indexing and tagging policy for the L1 instruction cache. Possible values of this field are:<br>**`0b11`**<br>Physical Index, Physical Tag (PIPT). | `0b11` |
| [13:4] | **RES0** | Reserved | **RES0** |
| [3:0] | IminLine | $Log_2$ of the number of words in the smallest cache line of all the instruction caches that are controlled by the PE.<br>**`0b0100`**<br>64 bytes. | `0b0100` |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Access

MRS <Xt>, CTR_EL0

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b011 | 0b0000 | 0b0000 | 0b001 |

### Accessibility

MRS <Xt>, CTR_EL0

```
if PSTATE.EL == EL0 then
    if !(EL2Enabled() && HCR_EL2.<E2H,TGE> == '11') && SCTLR_EL1.UCT == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.SystemAccessTrap(EL2, 0x18);
        else
            AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && HCR_EL2.<E2H,TGE> != '11' && HCR_EL2.TID2 == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && HCR_EL2.<E2H,TGE> == '11' && SCTLR_EL2.UCT == '0' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        X[t, 64] = CTR_EL0;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TID2 == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        X[t, 64] = CTR_EL0;
elsif PSTATE.EL == EL2 then
    X[t, 64] = CTR_EL0;
elsif PSTATE.EL == EL3 then
    X[t, 64] = CTR_EL0;
```

## B.5.45 DCZID_EL0, Data Cache Zero ID register

Indicates the block size that is written with byte values of 0 by the DC ZVA (Data Cache Zero by Address) System instruction.

If FEAT_MTE is implemented, this register also indicates the granularity at which the DC GVA and DC GZVA instructions write.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Identification registers

**Access type**

See bit descriptions

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxx0 0100

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure B-156: AArch64_dczid_el0 bit assignments




### Table B-372: DCZID_EL0 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:5] | **RES0** | Reserved | **RES0** |
| [4] | DZP | Data Zero Prohibited. This field indicates whether use of DC ZVA instructions is permitted or prohibited.<br><br>If FEAT_MTE is implemented, this field also indicates whether use of the DC GVA and DC GZVA instructions are permitted or prohibited.<br>**0b0**<br>Instructions are permitted. | 0b0 |
| [3:0] | BS | $Log_2$ of the block size in words. The maximum size supported is 2KB (value == 9).<br>**0b0100**<br>Log2 of the block size is 4 | 0b0100 |

## Access

MRS <Xt>, DCZID_EL0

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b011 | 0b0000 | 0b0000 | 0b111 |

## Accessibility

MRS <Xt>, DCZID_EL0

```
if PSTATE.EL == EL0 then
    X[t, 64] = DCZID_EL0;
elsif PSTATE.EL == EL1 then
    X[t, 64] = DCZID_EL0;
elsif PSTATE.EL == EL2 then
    X[t, 64] = DCZID_EL0;
elsif PSTATE.EL == EL3 then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    X[t, 64] = DCZID_EL0;
```

# B.6 AArch64 Special-purpose registers summary

The summary table provides an overview of all Special-purpose registers in the core. For more information about a register, click the register name in the table.

For registers without a listed reset value refer to the individual field resets documented on the register description pages or in the Arm ARM.

**Table B-374: Special-purpose registers summary**

| Name | Op0 | Op1 | CRn | CRm | Op2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| SPSR_EL1 | 3 | 0 | C4 | C0 | 0 | See individual bit resets. | 64-bit | Saved Program Status Register (EL1) |
| ELR_EL1 | 3 | 0 | C4 | C0 | 1 | See individual bit resets. | 64-bit | Exception Link Register (EL1) |
| SP_EL0 | 3 | 0 | C4 | C1 | 0 | See individual bit resets. | 64-bit | Stack Pointer (EL0) |
| DSPSR_EL0 | 3 | 3 | C4 | C5 | 0 | See individual bit resets. | 64-bit | Debug Saved Program Status Register |
| DLR_EL0 | 3 | 3 | C4 | C5 | 1 | See individual bit resets. | 64-bit | Debug Link Register |
| SPSR_EL2 | 3 | 4 | C4 | C0 | 0 | See individual bit resets. | 64-bit | Saved Program Status Register (EL2) |
| ELR_EL2 | 3 | 4 | C4 | C0 | 1 | See individual bit resets. | 64-bit | Exception Link Register (EL2) |
| SP_EL1 | 3 | 4 | C4 | C1 | 0 | See individual bit resets. | 64-bit | Stack Pointer (EL1) |
| SPSR_irq | 3 | 4 | C4 | C3 | 0 | See individual bit resets. | 64-bit | Saved Program Status Register (IRQ mode) |
| SPSR_abt | 3 | 4 | C4 | C3 | 1 | See individual bit resets. | 64-bit | Saved Program Status Register (Abort mode) |
| SPSR_und | 3 | 4 | C4 | C3 | 2 | See individual bit resets. | 64-bit | Saved Program Status Register (Undefined mode) |
| SPSR_fiq | 3 | 4 | C4 | C3 | 3 | See individual bit resets. | 64-bit | Saved Program Status Register (FIQ mode) |
| SPSR_EL3 | 3 | 6 | C4 | C0 | 0 | See individual bit resets. | 64-bit | Saved Program Status Register (EL3) |
| ELR_EL3 | 3 | 6 | C4 | C0 | 1 | See individual bit resets. | 64-bit | Exception Link Register (EL3) |
| SP_EL2 | 3 | 6 | C4 | C1 | 0 | See individual bit resets. | 64-bit | Stack Pointer (EL2) |

# B.7 AArch64 Performance Monitors registers summary

The summary table provides an overview of all Performance Monitors registers in the core. For more information about a register, click the register name in the table.

For registers without a listed reset value refer to the individual field resets documented on the register description pages or in the Arm ARM.

**Table B-375: Performance Monitors registers summary**

| Name | Op0 | Op1 | CRn | CRm | Op2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| PMINTENSET_EL1 | 3 | 0 | C9 | C14 | 1 | See individual bit resets. | 64-bit | Performance Monitors Interrupt Enable Set register |
| PMINTENCLR_EL1 | 3 | 0 | C9 | C14 | 2 | See individual bit resets. | 64-bit | Performance Monitors Interrupt Enable Clear register |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Name | Op0 | Op1 | CRn | CRm | Op2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| PMMIR_EL1 | 3 | 0 | C9 | C14 | 6 | See individual bit resets. | 64-bit | Performance Monitors Machine Identification Register |
| PMCR_EL0 | 3 | 3 | C9 | C12 | 0 | See individual bit resets. | 64-bit | Performance Monitors Control Register |
| PMCNTENSET_EL0 | 3 | 3 | C9 | C12 | 1 | See individual bit resets. | 64-bit | Performance Monitors Count Enable Set register |
| PMCNTENCLR_EL0 | 3 | 3 | C9 | C12 | 2 | See individual bit resets. | 64-bit | Performance Monitors Count Enable Clear register |
| PMOVSCLR_EL0 | 3 | 3 | C9 | C12 | 3 | See individual bit resets. | 64-bit | Performance Monitors Overflow Flag Status Clear Register |
| PMSWINC_EL0 | 3 | 3 | C9 | C12 | 4 | See individual bit resets. | 64-bit | Performance Monitors Software Increment register |
| PMSELR_EL0 | 3 | 3 | C9 | C12 | 5 | See individual bit resets. | 64-bit | Performance Monitors Event Counter Selection Register |
| PMCEID0_EL0 | 3 | 3 | C9 | C12 | 6 | See individual bit resets. | 64-bit | Performance Monitors Common Event Identification register 0 |
| PMCEID1_EL0 | 3 | 3 | C9 | C12 | 7 | See individual bit resets. | 64-bit | Performance Monitors Common Event Identification register 1 |
| PMCCNTR_EL0 | 3 | 3 | C9 | C13 | 0 | See individual bit resets. | 64-bit | Performance Monitors Cycle Count Register |
| PMXEVTYPER_EL0 | 3 | 3 | C9 | C13 | 1 | See individual bit resets. | 64-bit | Performance Monitors Selected Event Type Register |
| PMXEVCNTR_EL0 | 3 | 3 | C9 | C13 | 2 | See individual bit resets. | 64-bit | Performance Monitors Selected Event Count Register |
| PMUSERENR_EL0 | 3 | 3 | C9 | C14 | 0 | See individual bit resets. | 64-bit | Performance Monitors User Enable Register |
| PMOVSSET_EL0 | 3 | 3 | C9 | C14 | 3 | See individual bit resets. | 64-bit | Performance Monitors Overflow Flag Status Set register |
| PMEVCNTR0_EL0 | 3 | 3 | C14 | C8 | 0 | See individual bit resets. | 64-bit | Performance Monitors Event Count Registers |
| PMEVCNTR1_EL0 | 3 | 3 | C14 | C8 | 1 | See individual bit resets. | 64-bit | Performance Monitors Event Count Registers |
| PMEVCNTR2_EL0 | 3 | 3 | C14 | C8 | 2 | See individual bit resets. | 64-bit | Performance Monitors Event Count Registers |
| PMEVCNTR3_EL0 | 3 | 3 | C14 | C8 | 3 | See individual bit resets. | 64-bit | Performance Monitors Event Count Registers |
| PMEVCNTR4_EL0 | 3 | 3 | C14 | C8 | 4 | See individual bit resets. | 64-bit | Performance Monitors Event Count Registers |
| PMEVCNTR5_EL0 | 3 | 3 | C14 | C8 | 5 | See individual bit resets. | 64-bit | Performance Monitors Event Count Registers |
| PMEVTYPER0_EL0 | 3 | 3 | C14 | C12 | 0 | See individual bit resets. | 64-bit | Performance Monitors Event Type Registers |
| PMEVTYPER1_EL0 | 3 | 3 | C14 | C12 | 1 | See individual bit resets. | 64-bit | Performance Monitors Event Type Registers |
| PMEVTYPER2_EL0 | 3 | 3 | C14 | C12 | 2 | See individual bit resets. | 64-bit | Performance Monitors Event Type Registers |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Name | Op0 | Op1 | CRn | CRm | Op2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| PMEVTYPER3_EL0 | 3 | 3 | C14 | C12 | 3 | See individual bit resets. | 64-bit | Performance Monitors Event Type Registers |
| PMEVTYPER4_EL0 | 3 | 3 | C14 | C12 | 4 | See individual bit resets. | 64-bit | Performance Monitors Event Type Registers |
| PMEVTYPER5_EL0 | 3 | 3 | C14 | C12 | 5 | See individual bit resets. | 64-bit | Performance Monitors Event Type Registers |
| PMCCFILTR_EL0 | 3 | 3 | C14 | C15 | 7 | See individual bit resets. | 64-bit | Performance Monitors Cycle Count Filter Register |

## B.7.1 PMMIR_EL1, Performance Monitors Machine Identification Register

Describes Performance Monitors parameters specific to the implementation to software.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Performance Monitors registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx 0000 0101

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-157: AArch64_pmmir_el1 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table B-376: PMMIR_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:20] | RES0 | Reserved | RES0 |
| [19:16] | BUS_WIDTH | Bus width. Indicates the number of bytes each BUS_ACCESS event relates to. Encoded as $Log_2$(number of bytes), plus one.<br>**0b0000** The information is not available.<br>**0b0011** Four bytes.<br>**0b0100** 8 bytes.<br>**0b0101** 16 bytes.<br>**0b0110** 32 bytes.<br>**0b0111** 64 bytes.<br>**0b1000** 128 bytes.<br>**0b1001** 256 bytes.<br>**0b1010** 512 bytes.<br>**0b1011** 1024 bytes.<br>**0b1100** 2048 bytes.<br>All other values are reserved.<br>Each transfer is up to this number of bytes. An access might be smaller than the bus width.<br>When this field is nonzero, each access counted by BUS_ACCESS is at most BUS_WIDTH bytes. An implementation might treat a wide bus as multiple narrower buses, such that a wide access on the bus increments the BUS_ACCESS counter by more than one. | The reset values can be the following: 0b0000, 0b0011, 0b0100, 0b0101, 0b0110, 0b0111, 0b1000, 0b1001, 0b1010, 0b1011, 0b1100, respective to the value. |
| [15:8] | BUS_SLOTS | Bus count. The largest value by which the BUS_ACCESS event might increment in a single BUS_CYCLES cycle.<br>When this field is nonzero, the largest value by which the BUS_ACCESS event might increment in a single BUS_CYCLES cycle is BUS_SLOTS.<br>If the information is not available, this field will read as zero. | 8{x} |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [7:0] | SLOTS | Operation width. The largest value by which the STALL_SLOT event might increment in a single cycle. If the STALL_SLOT event is not implemented, this field might read as zero.<br>**0b00000101**<br>The largest value by which the STALL_SLOT PMU event may increment in one cycle is 5. | 0x05 |

### Access

MRS <Xt>, PMMIR_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b1001 | 0b1110 | 0b110 |

### Accessibility

MRS <Xt>, PMMIR_EL1

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = PMMIR_EL1;
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = PMMIR_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = PMMIR_EL1;
```

## B.7.2 PMCR_EL0, Performance Monitors Control Register

Provides details of the Performance Monitors implementation, including the number of counters implemented, and configures and controls the counters.

### Configurations

AArch64 register PMCR_EL0 bits [31:0] are architecturally mapped to AArch32 System register AArch32 pmcr bits [31:0].

### Attributes

#### Width

64

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Functional group**

Performance Monitors registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx 0011 0xxx xxx0 x000

Note: Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure B-158: AArch64_pmcr_el0 bit assignments**




**Table B-378: PMCR_EL0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | **RES0** | Reserved | **RES0** |
| [31:24] | IMP | Implementer code.<br><br>If this field is zero, then PMCR_EL0.IDCODE is **RES0** and software must use AArch64-MIDR_EL1 to identify the PE.<br><br>Otherwise, this field and PMCR_EL0.IDCODE identify the PMU implementation to software. The implementer codes are allocated by Arm. A non-zero value has the same interpretation as AArch64-MIDR_EL1.Implementer.<br><br>Use of this field is deprecated. | `8{x}` |
| [23:16] | IDCODE | **When AArch64-PMCR_EL0.IMP != '00000000'**<br>Identification code. Use of this field is deprecated.<br>Each implementer must maintain a list of identification codes that are specific to the implementer. A specific implementation is identified by the combination of the implementer code and the identification code.<br><br>**Otherwise**<br>RES0 | `8{x}` |
| [15:11] | N | Number of event counters:<br>**`0b00110`**<br>6 PMU counters implemented | `0b00110` |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [10:8] | **RES0** | Reserved | **RES0** |
| [7] | LP | Long event counter enable. Determines when unsigned overflow is recorded by an event counter overflow bit.<br><br>In the description of this field:<br>• If EL2 is implemented and is using AArch32, PMN is AArch32-HDCR.HPMN.<br>• If EL2 is implemented and is using AArch64, PMN is AArch64-MDCR_EL2.HPMN.<br>• If EL2 is not implemented, PMN is PMCR_EL0.N.<br><br>`0b0`<br>Event counter overflow on increment that causes unsigned overflow of AArch64-PMEVCNTR<n>_EL0[31:0].<br>`0b1`<br>Event counter overflow on increment that causes unsigned overflow of AArch64-PMEVCNTR<n>_EL0[63:0].<br><br>If PMN is not 0, this field affects the operation of event counters in the range [0 .. (PMN-1)].<br><br>This field does not affect the operation of other event counters and AArch64-PMCCNTR_EL0.<br><br>The operation of this field applies even when EL2 is disabled in the current Security state. | `x` |
| [6] | LC | Long cycle counter enable. Determines when unsigned overflow is recorded by the cycle counter overflow bit.<br>`0b0`<br>Cycle counter overflow on increment that causes unsigned overflow of AArch64-PMCCNTR_EL0[31:0].<br>`0b1`<br>Cycle counter overflow on increment that causes unsigned overflow of AArch64-PMCCNTR_EL0[63:0].<br><br>Arm deprecates use of AArch64-PMCR_EL0.LC = 0. | `x` |
| [5] | DP | Disable cycle counter when event counting is prohibited.<br>`0b0`<br>Cycle counting by AArch64-PMCCNTR_EL0 is not affected by this mechanism.<br>`0b1`<br>Cycle counting by AArch64-PMCCNTR_EL0 is disabled in prohibited regions and when event counting is frozen:<br>• If FEAT_PMUv3p1 is implemented, EL2 is implemented, and AArch64-MDCR_EL2.HPMD is 1, then cycle counting by AArch64-PMCCNTR_EL0 is disabled at EL2.<br>• If EL3 is implemented, AArch64-MDCR_EL3.SPME is 0, and either FEAT_PMUv3p7 is not implemented or AArch64-MDCR_EL3.MPMX is 0, then cycle counting by AArch64-PMCCNTR_EL0 is disabled at EL3 and in Secure state.<br><br>If AArch64-MDCR_EL2.HPMN is not 0, this is when event counting by event counters in the range [0..(AArch64-MDCR_EL2.HPMN-1)] is prohibited or frozen. | `x` |
| [4] | **RAZ/WI** | Reserved | **RAZ/WI** |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [3] | D | Clock divider.<br>**0b0**<br>When enabled, AArch64-PMCCNTR_EL0 counts every clock cycle.<br>**0b1**<br>When enabled, AArch64-PMCCNTR_EL0 counts once every 64 clock cycles.<br>If PMCR_EL0.LC == 1, this bit is ignored and the cycle counter counts every clock cycle.<br>Arm deprecates use of PMCR_EL0.D = 1. | x |
| [2] | C | Cycle counter reset. The effects of writing to this bit are:<br>**0b0**<br>No action.<br>**0b1**<br>Reset AArch64-PMCCNTR_EL0 to zero.<br>Resetting AArch64-PMCCNTR_EL0 does not change the cycle counter overflow bit. If FEAT_PMUv3p5 is implemented, the value of PMCR_EL0.LC is ignored, and bits [63:0] of the cycle counter are reset.<br>Access to this field is: WO/**RAZ** | 0b0 |
| [1] | P | Event counter reset.<br>In the description of this field:<br>• If EL2 is implemented and is using AArch32, PMN is AArch32-HDCR.HPMN.<br>• If EL2 is implemented and is using AArch64, PMN is AArch64-MDCR_EL2.HPMN.<br>**0b0**<br>No action.<br>**0b1**<br>If n is in the range of affected event counters, resets each event counter AArch64-PMEVCNTR<n>_EL0 to zero.<br>The effects of writing to this bit are:<br>• If EL2 is implemented and enabled in the current Security state, in EL0 and EL1, if PMN is not 0, a write of 1 to this bit resets event counters in the range [0 .. (PMN-1)].<br>• If EL2 is disabled in the current Security state, a write of 1 to this bit resets all the event counters.<br>• In EL2 and EL3, a write of 1 to this bit resets all the event counters.<br>• This field does not affect the operation of other event counters and AArch64-PMCCNTR_EL0.<br>Resetting the event counters does not change the event counter overflow bits. If FEAT_PMUv3p5 is implemented, the values of AArch64-MDCR_EL2.HLP and PMCR_EL0.LP are ignored, and bits [63:0] of all affected event counters are reset.<br>Access to this field is: WO/**RAZ** | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [0] | E | Enable.<br><br>If EL2 is implemented and is using AArch32, PMN is AArch32-HDCR.HPMN.<br><br>If EL2 is implemented and is using AArch64, PMN is AArch64-MDCR_EL2.HPMN.<br><br>**0b0**<br>AArch64-PMCCNTR_EL0 is disabled and event counters AArch64-PMEVCNTR<n>_EL0, where n is in the range of affected event counters, are disabled.<br><br>**0b1**<br>AArch64-PMCCNTR_EL0 and event counters AArch64-PMEVCNTR<n>_EL0, where n is in the range of affected event counters, are enabled by AArch64-PMCNTENSET_EL0.<br><br>If PMN is not 0, this field affects the operation of event counters in the range [0 .. (PMN-1)].<br><br>This field does not affect the operation of other event counters.<br><br>The operation of this field applies even when EL2 is disabled in the current Security state. | 0b0 |

## Access

MRS <Xt>, PMCR_EL0

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b011 | 0b1001 | 0b1100 | 0b000 |

MSR PMCR_EL0, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b011 | 0b1001 | 0b1100 | 0b000 |

## Accessibility

MRS <Xt>, PMCR_EL0

```
if PSTATE.EL == EL0 then
    if PMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.SystemAccessTrap(EL2, 0x18);
        else
            AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && MDCR_EL2.TPMCR == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = PMCR_EL0;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && MDCR_EL2.TPMCR == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = PMCR_EL0;
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = PMCR_EL0;
elsif PSTATE.EL == EL3 then
    X[t, 64] = PMCR_EL0;
```

MSR PMCR_EL0, <Xt>

```
if PSTATE.EL == EL0 then
    if PMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.SystemAccessTrap(EL2, 0x18);
        else
            AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && MDCR_EL2.TPMCR == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        PMCR_EL0 = X[t, 64];
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && MDCR_EL2.TPMCR == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        PMCR_EL0 = X[t, 64];
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        PMCR_EL0 = X[t, 64];
elsif PSTATE.EL == EL3 then
    PMCR_EL0 = X[t, 64];
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## B.7.3 PMCEID0_EL0, Performance Monitors Common Event Identification register 0

Defines which Common architectural events and Common microarchitectural events are implemented, or counted, using PMU events in the ranges 0x0000 to 0x001F and 0x4000 to 0x401F.

For more information about the Common events and the use of the PMCEID<n>_EL0 registers see *The PMU event number space and common events* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

AArch64 register PMCEID0_EL0 bits [31:0] are architecturally mapped to AArch32 System register AArch32 pmceid0 bits [31:0].

AArch64 register PMCEID0_EL0 bits [63:32] are architecturally mapped to AArch32 System register AArch32 pmceid2 bits [31:0].

### Attributes

**Width**

64

**Functional group**

Performance Monitors registers

**Access type**

See bit descriptions

**Reset value**

0000 1111 0000 1111 0001 1010 0111 1111 0111 1111 1111 1111 0000 1111 0011 1111

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure B-159: AArch64_pmceid0_el0 bit assignments




### Table B-381: PMCEID0_EL0 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63] | IDhi31 | IDhi31 corresponds to a Reserved Event event (0x401f)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [62] | IDhi30 | IDhi30 corresponds to a Reserved Event event (0x401e)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [61] | IDhi29 | IDhi29 corresponds to a Reserved Event event (0x401d)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [60] | IDhi28 | IDhi28 corresponds to a Reserved Event event (0x401c)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [59] | IDhi27 | IDhi27 corresponds to common event (0x401b) CTI_TRIGOUT7<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [58] | IDhi26 | IDhi26 corresponds to common event (0x401a) CTI_TRIGOUT6<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [57] | IDhi25 | IDhi25 corresponds to common event (0x4019) CTI_TRIGOUT5<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [56] | IDhi24 | IDhi24 corresponds to common event (0x4018) CTI_TRIGOUT4<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [55] | IDhi23 | IDhi23 corresponds to a Reserved Event event (0x4017)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [54] | IDhi22 | IDhi22 corresponds to a Reserved Event event (0x4016)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [53] | IDhi21 | IDhi21 corresponds to a Reserved Event event (0x4015)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [52] | IDhi20 | IDhi20 corresponds to a Reserved Event event (0x4014)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [51] | IDhi19 | IDhi19 corresponds to common event (0x4013) TRCEXTOUT3<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [50] | IDhi18 | IDhi18 corresponds to common event (0x4012) TRCEXTOUT2<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [49] | IDhi17 | IDhi17 corresponds to common event (0x4011) TRCEXTOUT1<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [48] | IDhi16 | IDhi16 corresponds to common event (0x4010) TRCEXTOUT0<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [47] | IDhi15 | IDhi15 corresponds to common event (0x400f) Reserved<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [46] | IDhi14 | IDhi14 corresponds to common event (0x400e) TRB_TRIG<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [45] | IDhi13 | IDhi13 corresponds to common event (0x400d) PMU_OVFS<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [44] | IDhi12 | IDhi12 corresponds to common event (0x400c) TRB_WRAP<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [43] | IDhi11 | IDhi11 corresponds to common event (0x400b) L3D_CACHE_LMISS_RD<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [42] | IDhi10 | IDhi10 corresponds to common event (0x400a) L2I_CACHE_LMISS<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [41] | IDhi9 | IDhi9 corresponds to common event (0x4009) L2D_CACHE_LMISS_RD<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [40] | IDhi8 | IDhi8 corresponds to common event (0x4008) Reserved<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [39] | IDhi7 | IDhi7 corresponds to common event (0x4007) Reserved<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [38] | IDhi6 | IDhi6 corresponds to common event (0x4006) L1I_CACHE_LMISS<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [37] | IDhi5 | IDhi5 corresponds to common event (0x4005) STALL_BACKEND_MEM<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [36] | IDhi4 | IDhi4 corresponds to common event (0x4004) CNT_CYCLES<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [35] | IDhi3 | IDhi3 corresponds to common event (0x4003) SAMPLE_COLLISION<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [34] | IDhi2 | IDhi2 corresponds to common event (0x4002) SAMPLE_FILTRATE<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [33] | IDhi1 | IDhi1 corresponds to common event (0x4001) SAMPLE_FEED<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [32] | IDhi0 | IDhi0 corresponds to common event (0x4000) SAMPLE_POP<br>**0b1**<br>The Common event is implemented. | 0b1 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31] | ID31 | ID31 corresponds to common event (0x1f) L1D_CACHE_ALLOCATE<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [30] | ID30 | ID30 corresponds to common event (0x1e) CHAIN<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [29] | ID29 | ID29 corresponds to common event (0x1d) BUS_CYCLES<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [28] | ID28 | ID28 corresponds to common event (0x1c) TTBR_WRITE_RETIRED<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [27] | ID27 | ID27 corresponds to common event (0x1b) INST_SPEC<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [26] | ID26 | ID26 corresponds to common event (0x1a) MEMORY_ERROR<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [25] | ID25 | ID25 corresponds to common event (0x19) BUS_ACCESS<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [24] | ID24 | ID24 corresponds to common event (0x18) L2D_CACHE_WB<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [23] | ID23 | ID23 corresponds to common event (0x17) L2D_CACHE_REFILL<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [22] | ID22 | ID22 corresponds to common event (0x16) L2D_CACHE<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [21] | ID21 | ID21 corresponds to common event (0x15) L1D_CACHE_WB<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [20] | ID20 | ID20 corresponds to common event (0x14) L1I_CACHE<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [19] | ID19 | ID19 corresponds to common event (0x13) MEM_ACCESS<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [18] | ID18 | ID18 corresponds to common event (0x12) BR_PRED<br>**0b1**<br>The Common event is implemented. | 0b1 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [17] | ID17 | ID17 corresponds to common event (0x11) CPU_CYCLES<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [16] | ID16 | ID16 corresponds to common event (0x10) BR_MIS_PRED<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [15] | ID15 | ID15 corresponds to common event (0xf) UNALIGNED_LDST_RETIRED<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [14] | ID14 | ID14 corresponds to common event (0xe) BR_RETURN_RETIRED<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [13] | ID13 | ID13 corresponds to common event (0xd) BR_IMMED_RETIRED<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [12] | ID12 | ID12 corresponds to common event (0xc) PC_WRITE_RETIRED<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [11] | ID11 | ID11 corresponds to common event (0xb) CID_WRITE_RETIRED<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [10] | ID10 | ID10 corresponds to common event (0xa) EXC_RETURN<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [9] | ID9 | ID9 corresponds to common event (0x9) EXC_TAKEN<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [8] | ID8 | ID8 corresponds to common event (0x8) INST_RETIRED<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [7] | ID7 | ID7 corresponds to common event (0x7) ST_RETIRED<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [6] | ID6 | ID6 corresponds to common event (0x6) LD_RETIRED<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [5] | ID5 | ID5 corresponds to common event (0x5) L1D_TLB_REFILL<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [4] | ID4 | ID4 corresponds to common event (0x4) L1D_CACHE<br>**0b1**<br>The Common event is implemented. | 0b1 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [3] | ID3 | ID3 corresponds to common event (0x3) L1D_CACHE_REFILL<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [2] | ID2 | ID2 corresponds to common event (0x2) L1I_TLB_REFILL<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [1] | ID1 | ID1 corresponds to common event (0x1) L1I_CACHE_REFILL<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [0] | ID0 | ID0 corresponds to common event (0x0) SW_INCR<br>**0b1**<br>The Common event is implemented. | 0b1 |

## Access

MRS <Xt>, PMCEID0_EL0

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b011 | 0b1001 | 0b1100 | 0b110 |

## Accessibility

MRS <Xt>, PMCEID0_EL0

```
if PSTATE.EL == EL0 then
    if PMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.SystemAccessTrap(EL2, 0x18);
        else
            AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = PMCEID0_EL0;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = PMCEID0_EL0;
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = PMCEID0_EL0;
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
elsif PSTATE.EL == EL3 then
    X[t, 64] = PMCEID0_EL0;
```

## B.7.4 PMCEID1_EL0, Performance Monitors Common Event Identification register 1

Defines which Common architectural events and Common microarchitectural events are implemented, or counted, using PMU events in the ranges 0x0020 to 0x003F and 0x4020 to 0x403F.

For more information about the Common events and the use of the PMCEID<n>_EL0 registers see *The PMU event number space and common events* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

AArch64 register PMCEID1_EL0 bits [31:0] are architecturally mapped to AArch32 System register AArch32 pmceid1 bits [31:0].

AArch64 register PMCEID1_EL0 bits [63:32] are architecturally mapped to AArch32 System register AArch32 pmceid3 bits [31:0].

### Attributes

**Width**

64

**Functional group**

Performance Monitors registers

**Access type**

See bit descriptions

**Reset value**

0000 0000 0000 0000 0000 0000 0111 0111 1111 1110 1111 0010 1010 1110 0111 1111

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure B-160: AArch64_pmceid1_el0 bit assignments




### Table B-383: PMCEID1_EL0 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63] | IDhi31 | IDhi31 corresponds to a Reserved Event event (0x403f)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [62] | IDhi30 | IDhi30 corresponds to a Reserved Event event (0x403e)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [61] | IDhi29 | IDhi29 corresponds to a Reserved Event event (0x403d)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [60] | IDhi28 | IDhi28 corresponds to a Reserved Event event (0x403c)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [59] | IDhi27 | IDhi27 corresponds to a Reserved Event event (0x403b)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [58] | IDhi26 | IDhi26 corresponds to a Reserved Event event (0x403a)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [57] | IDhi25 | IDhi25 corresponds to a Reserved Event event (0x4039)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [56] | IDhi24 | IDhi24 corresponds to a Reserved Event event (0x4038)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [55] | IDhi23 | IDhi23 corresponds to a Reserved Event event (0x4037)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [54] | IDhi22 | IDhi22 corresponds to a Reserved Event event (0x4036)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [53] | IDhi21 | IDhi21 corresponds to a Reserved Event event (0x4035)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [52] | IDhi20 | IDhi20 corresponds to a Reserved Event event (0x4034)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [51] | IDhi19 | IDhi19 corresponds to a Reserved Event event (0x4033)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [50] | IDhi18 | IDhi18 corresponds to a Reserved Event event (0x4032)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [49] | IDhi17 | IDhi17 corresponds to a Reserved Event event (0x4031)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [48] | IDhi16 | IDhi16 corresponds to a Reserved Event event (0x4030)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [47] | IDhi15 | IDhi15 corresponds to a Reserved Event event (0x402f)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [46] | IDhi14 | IDhi14 corresponds to a Reserved Event event (0x402e)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [45] | IDhi13 | IDhi13 corresponds to a Reserved Event event (0x402d)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [44] | IDhi12 | IDhi12 corresponds to a Reserved Event event (0x402c)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [43] | IDhi11 | IDhi11 corresponds to a Reserved Event event (0x402b)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [42] | IDhi10 | IDhi10 corresponds to a Reserved Event event (0x402a)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [41] | IDhi9 | IDhi9 corresponds to a Reserved Event event (0x4029)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [40] | IDhi8 | IDhi8 corresponds to a Reserved Event event (0x4028)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [39] | IDhi7 | IDhi7 corresponds to a Reserved Event event (0x4027)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [38] | IDhi6 | IDhi6 corresponds to common event (0x4026) MEM_ACCESS_CHECKED_WR<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [37] | IDhi5 | IDhi5 corresponds to common event (0x4025) MEM_ACCESS_CHECKED_RD<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [36] | IDhi4 | IDhi4 corresponds to common event (0x4024) MEM_ACCESS_CHECKED<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [35] | IDhi3 | IDhi3 corresponds to common event (0x4023) Reserved<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [34] | IDhi2 | IDhi2 corresponds to common event (0x4022) ST_ALIGN_LAT<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [33] | IDhi1 | IDhi1 corresponds to common event (0x4021) LD_ALIGN_LAT<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [32] | IDhi0 | IDhi0 corresponds to common event (0x4020) LDST_ALIGN_LAT<br>**0b1**<br>The Common event is implemented. | 0b1 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31] | ID31 | ID31 corresponds to common event (0x3f) STALL_SLOT<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [30] | ID30 | ID30 corresponds to common event (0x3e) STALL_SLOT_FRONTEND<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [29] | ID29 | ID29 corresponds to common event (0x3d) STALL_SLOT_BACKEND<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [28] | ID28 | ID28 corresponds to common event (0x3c) STALL<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [27] | ID27 | ID27 corresponds to common event (0x3b) OP_SPEC<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [26] | ID26 | ID26 corresponds to common event (0x3a) OP_RETIRED<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [25] | ID25 | ID25 corresponds to common event (0x39) L1D_CACHE_LMISS_RD<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [24] | ID24 | ID24 corresponds to common event (0x38) REMOTE_ACCESS_RD<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [23] | ID23 | ID23 corresponds to common event (0x37) LL_CACHE_MISS_RD<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [22] | ID22 | ID22 corresponds to common event (0x36) LL_CACHE_RD<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [21] | ID21 | ID21 corresponds to common event (0x35) ITLB_WALK<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [20] | ID20 | ID20 corresponds to common event (0x34) DTLB_WALK<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [19] | ID19 | ID19 corresponds to a Reserved Event event (0x33)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [18] | ID18 | ID18 corresponds to a Reserved Event event (0x32)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [17] | ID17 | ID17 corresponds to common event (0x31) REMOTE_ACCESS<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [16] | ID16 | ID16 corresponds to common event (0x30) L2I_TLB<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [15] | ID15 | ID15 corresponds to common event (0x2f) L2D_TLB<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [14] | ID14 | ID14 corresponds to common event (0x2e) L2I_TLB_REFILL<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [13] | ID13 | ID13 corresponds to common event (0x2d) L2D_TLB_REFILL<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [12] | ID12 | ID12 corresponds to common event (0x2c) Reserved<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [11] | ID11 | ID11 corresponds to common event (0x2b) L3D_CACHE<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [10] | ID10 | ID10 corresponds to common event (0x2a) L3D_CACHE_REFILL<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [9] | ID9 | ID9 corresponds to common event (0x29) L3D_CACHE_ALLOCATE<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [8] | ID8 | ID8 corresponds to common event (0x28) L2I_CACHE_REFILL<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [7] | ID7 | ID7 corresponds to common event (0x27) L2I_CACHE<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [6] | ID6 | ID6 corresponds to common event (0x26) L1I_TLB<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [5] | ID5 | ID5 corresponds to common event (0x25) L1D_TLB<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [4] | ID4 | ID4 corresponds to common event (0x24) STALL_BACKEND<br>**0b1**<br>The Common event is implemented. | 0b1 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [3] | ID3 | ID3 corresponds to common event (0x23) STALL_FRONTEND<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [2] | ID2 | ID2 corresponds to common event (0x22) BR_MIS_PRED_RETIRED<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [1] | ID1 | ID1 corresponds to common event (0x21) BR_RETIRED<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [0] | ID0 | ID0 corresponds to common event (0x20) L2D_CACHE_ALLOCATE<br>**0b1**<br>The Common event is implemented. | 0b1 |

## Access

MRS <Xt>, PMCEID1_EL0

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b011 | 0b1001 | 0b1100 | 0b111 |

## Accessibility

MRS <Xt>, PMCEID1_EL0

```
if PSTATE.EL == EL0 then
    if PMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.SystemAccessTrap(EL2, 0x18);
        else
            AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = PMCEID1_EL0;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = PMCEID1_EL0;
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = PMCEID1_EL0;
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
elsif PSTATE.EL == EL3 then
    X[t, 64] = PMCEID1_EL0;
```

## B.7.5 PMEVCNTR0_EL0, Performance Monitors Event Count Registers

Holds performance monitors event counter 0.

### Configurations

AArch64 register PMEVCNTR0_EL0 bits [31:0] are architecturally mapped to AArch32 System register AArch32 pmevcntr0 bits [31:0].

### Attributes

**Width**

64

**Functional group**

Performance Monitors registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note: Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-161: AArch64_pmevcntr0_el0 bit assignments**




**Table B-385: PMEVCNTR0_EL0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | None | Event counter n. Value of event counter n, where n is the number of this register and is a number from 0 to 30. | 64{x} |

### Access

PMEVCNTR<n>_EL0 can also be accessed by using AArch64-PMXEVCNTR_EL0 with AArch64-PMSELR_EL0.SEL set to the value of <n>.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

If <n> is greater than or equal to the number of accessible event counters, then reads and writes of AArch64-PMEVCNTR<n>_EL0 are **CONSTRAINED UNPREDICTABLE**, and the following behaviors are permitted:

- Accesses to the register are UNDEFINED.
- Accesses to the register behave as RAZ/WI.
- Accesses to the register execute as a `NOP`.
- Accesses to the register behave as if <n> is an **UNKNOWN** value less-than-or-equal-to the index of the highest accessible event counter.
- If EL2 is implemented and enabled in the current Security state, and <n> is less than the number of implemented event counters, accesses from EL1 or permitted accesses from EL0 are trapped to EL2.

Note

In EL0, an access is permitted if it is enabled by AArch64-PMUSERENR_EL0.{ER,EN}.

If EL2 is implemented and enabled in the current Security state, in EL1 and EL0, AArch64-MDCR_EL2.HPMN identifies the number of accessible event counters. Otherwise, the number of accessible event counters is the number of implemented event counters. For more information, see AArch64-MDCR_EL2.HPMN.

MRS <Xt>, PMEVCNTR0_EL0

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b011 | 0b1110 | 0b1000 | 0b000 |

MSR PMEVCNTR0_EL0, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b011 | 0b1110 | 0b1000 | 0b000 |

### Accessibility

PMEVCNTR<n>_EL0 can also be accessed by using AArch64-PMXEVCNTR_EL0 with AArch64-PMSELR_EL0.SEL set to the value of <n>.

If <n> is greater than or equal to the number of accessible event counters, then reads and writes of AArch64-PMEVCNTR<n>_EL0 are CONSTRAINED UNPREDICTABLE, and the following behaviors are permitted:

- Accesses to the register are UNDEFINED.
- Accesses to the register behave as RAZ/WI.
- Accesses to the register execute as a `NOP`.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

- Accesses to the register behave as if <n> is an UNKNOWN value less-than-or-equal-to the index of the highest accessible event counter.
- If EL2 is implemented and enabled in the current Security state, and <n> is less than the number of implemented event counters, accesses from EL1 or permitted accesses from EL0 are trapped to EL2.

---

Note

In EL0, an access is permitted if it is enabled by AArch64-PMUSERENR_EL0.{ER,EN}.

---

If EL2 is implemented and enabled in the current Security state, in EL1 and EL0, AArch64-MDCR_EL2.HPMN identifies the number of accessible event counters. Otherwise, the number of accessible event counters is the number of implemented event counters. For more information, see AArch64-MDCR_EL2.HPMN.
MRS <Xt>, PMEVCNTR0_EL0

```
if 0 >= NUM_PMU_COUNTERS then
    ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
elsif PSTATE.EL == EL0 then
    if PMUSERENR_EL0.<ER,EN> == '00' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.SystemAccessTrap(EL2, 0x18);
        else
            AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && 0 >= AArch64.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = PMEVCNTR_EL0[0];
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && 0 >= AArch64.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = PMEVCNTR_EL0[0];
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = PMEVCNTR_EL0[0];
elsif PSTATE.EL == EL3 then
    X[t, 64] = PMEVCNTR_EL0[0];
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

MSR PMEVCNTR0_EL0, <Xt>

```
if 0 >= NUM_PMU_COUNTERS then
    ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
elsif PSTATE.EL == EL0 then
    if PMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.SystemAccessTrap(EL2, 0x18);
        else
            AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && 0 >= AArch64.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        PMEVCNTR_EL0[0] = X[t, 64];
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && 0 >= AArch64.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        PMEVCNTR_EL0[0] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        PMEVCNTR_EL0[0] = X[t, 64];
elsif PSTATE.EL == EL3 then
    PMEVCNTR_EL0[0] = X[t, 64];
```

## B.7.6 PMEVCNTR1_EL0, Performance Monitors Event Count Registers

Holds performance monitors event counter 1.

### Configurations

AArch64 register PMEVCNTR1_EL0 bits [31:0] are architecturally mapped to AArch32 System register AArch32 pmevcntr1 bits [31:0].

### Attributes

**Width**

64

**Functional group**

Performance Monitors registers

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Case 1:25-cv-01625-DAE Document 1-28 Filed 10/07/25 Page 585 of 1669



### Access type

See bit descriptions

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure B-162: AArch64_pmevcntr1_el0 bit assignments**




**Table B-388: PMEVCNTR1_EL0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | None | Event counter n. Value of event counter n, where n is the number of this register and is a number from 0 to 30. | 64{x} |

## Access

PMEVCNTR<n>_EL0 can also be accessed by using AArch64-PMXEVCNTR_EL0 with AArch64-PMSELR_EL0.SEL set to the value of <n>.

If <n> is greater than or equal to the number of accessible event counters, then reads and writes of AArch64-PMEVCNTR<n>_EL0 are **CONSTRAINED UNPREDICTABLE**, and the following behaviors are permitted:

- Accesses to the register are UNDEFINED.
- Accesses to the register behave as RAZ/WI.
- Accesses to the register execute as a `NOP`.
- Accesses to the register behave as if <n> is an **UNKNOWN** value less-than-or-equal-to the index of the highest accessible event counter.
- If EL2 is implemented and enabled in the current Security state, and <n> is less than the number of implemented event counters, accesses from EL1 or permitted accesses from EL0 are trapped to EL2.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Note

In EL0, an access is permitted if it is enabled by AArch64-PMUSERENR_EL0.{ER,EN}.

If EL2 is implemented and enabled in the current Security state, in EL1 and EL0, AArch64-MDCR_EL2.HPMN identifies the number of accessible event counters. Otherwise, the number of accessible event counters is the number of implemented event counters. For more information, see AArch64-MDCR_EL2.HPMN.

MRS <Xt>, PMEVCNTR1_EL0

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b011 | 0b1110 | 0b1000 | 0b001 |

MSR PMEVCNTR1_EL0, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b011 | 0b1110 | 0b1000 | 0b001 |

### Accessibility

PMEVCNTR<n>_EL0 can also be accessed by using AArch64-PMXEVCNTR_EL0 with AArch64-PMSELR_EL0.SEL set to the value of <n>.

If <n> is greater than or equal to the number of accessible event counters, then reads and writes of AArch64-PMEVCNTR<n>_EL0 are CONSTRAINED UNPREDICTABLE, and the following behaviors are permitted:

- Accesses to the register are UNDEFINED.
- Accesses to the register behave as RAZ/WI.
- Accesses to the register execute as a `NOP`.
- Accesses to the register behave as if <n> is an UNKNOWN value less-than-or-equal-to the index of the highest accessible event counter.
- If EL2 is implemented and enabled in the current Security state, and <n> is less than the number of implemented event counters, accesses from EL1 or permitted accesses from EL0 are trapped to EL2.

Note

In EL0, an access is permitted if it is enabled by AArch64-PMUSERENR_EL0.{ER,EN}.

If EL2 is implemented and enabled in the current Security state, in EL1 and EL0, AArch64-MDCR_EL2.HPMN identifies the number of accessible event counters. Otherwise, the number of

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

accessible event counters is the number of implemented event counters. For more information, see AArch64-MDCR_EL2.HPMN.

MRS <Xt>, PMEVCNTR1_EL0

```
if 1 >= NUM_PMU_COUNTERS then
    ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
elsif PSTATE.EL == EL0 then
    if PMUSERENR_EL0.<ER,EN> == '00' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.SystemAccessTrap(EL2, 0x18);
        else
            AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && 1 >= AArch64.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = PMEVCNTR_EL0[1];
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && 1 >= AArch64.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = PMEVCNTR_EL0[1];
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = PMEVCNTR_EL0[1];
elsif PSTATE.EL == EL3 then
    X[t, 64] = PMEVCNTR_EL0[1];
```

MSR PMEVCNTR1_EL0, <Xt>

```
if 1 >= NUM_PMU_COUNTERS then
    ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
elsif PSTATE.EL == EL0 then
    if PMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.SystemAccessTrap(EL2, 0x18);
        else
            AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && 1 >= AArch64.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        PMEVCNTR_EL0[1] = X[t, 64];
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && 1 >= AArch64.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        PMEVCNTR_EL0[1] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        PMEVCNTR_EL0[1] = X[t, 64];
elsif PSTATE.EL == EL3 then
    PMEVCNTR_EL0[1] = X[t, 64];
```

## B.7.7 PMEVCNTR2_EL0, Performance Monitors Event Count Registers

Holds performance monitors event counter 2.

### Configurations

AArch64 register PMEVCNTR2_EL0 bits [31:0] are architecturally mapped to AArch32 System register AArch32 pmevcntr2 bits [31:0].

### Attributes

**Width**

64

**Functional group**

Performance Monitors registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure B-163: AArch64_pmevcntr2_el0 bit assignments




**Table B-391: PMEVCNTR2_EL0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | None | Event counter n. Value of event counter n, where n is the number of this register and is a number from 0 to 30. | `64{x}` |

## Access

PMEVCNTR<n>_EL0 can also be accessed by using AArch64-PMXEVCNTR_EL0 with AArch64-PMSELR_EL0.SEL set to the value of <n>.

If <n> is greater than or equal to the number of accessible event counters, then reads and writes of AArch64-PMEVCNTR<n>_EL0 are **CONSTRAINED UNPREDICTABLE**, and the following behaviors are permitted:

- Accesses to the register are UNDEFINED.
- Accesses to the register behave as RAZ/WI.
- Accesses to the register execute as a `NOP`.
- Accesses to the register behave as if <n> is an **UNKNOWN** value less-than-or-equal-to the index of the highest accessible event counter.
- If EL2 is implemented and enabled in the current Security state, and <n> is less than the number of implemented event counters, accesses from EL1 or permitted accesses from EL0 are trapped to EL2.

---

Note

In EL0, an access is permitted if it is enabled by AArch64-PMUSERENR_EL0.{ER,EN}.

---

If EL2 is implemented and enabled in the current Security state, in EL1 and EL0, AArch64-MDCR_EL2.HPMN identifies the number of accessible event counters. Otherwise, the number of accessible event counters is the number of implemented event counters. For more information, see AArch64-MDCR_EL2.HPMN.

MRS <Xt>, PMEVCNTR2_EL0

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b011 | 0b1110 | 0b1000 | 0b010 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

MSR PMEVCNTR2_EL0, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b011 | 0b1110 | 0b1000 | 0b010 |

### Accessibility

PMEVCNTR<n>_EL0 can also be accessed by using AArch64-PMXEVCNTR_EL0 with AArch64-PMSELR_EL0.SEL set to the value of <n>.

If <n> is greater than or equal to the number of accessible event counters, then reads and writes of AArch64-PMEVCNTR<n>_EL0 are CONSTRAINED UNPREDICTABLE, and the following behaviors are permitted:

- Accesses to the register are UNDEFINED.
- Accesses to the register behave as RAZ/WI.
- Accesses to the register execute as a `NOP`.
- Accesses to the register behave as if <n> is an UNKNOWN value less-than-or-equal-to the index of the highest accessible event counter.
- If EL2 is implemented and enabled in the current Security state, and <n> is less than the number of implemented event counters, accesses from EL1 or permitted accesses from EL0 are trapped to EL2.

**Note**

In EL0, an access is permitted if it is enabled by AArch64-PMUSERENR_EL0.{ER,EN}.

If EL2 is implemented and enabled in the current Security state, in EL1 and EL0, AArch64-MDCR_EL2.HPMN identifies the number of accessible event counters. Otherwise, the number of accessible event counters is the number of implemented event counters. For more information, see AArch64-MDCR_EL2.HPMN.
MRS <Xt>, PMEVCNTR2_EL0

```
if 2 >= NUM_PMU_COUNTERS then
    ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
elsif PSTATE.EL == EL0 then
    if PMUSERENR_EL0.<ER,EN> == '00' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.SystemAccessTrap(EL2, 0x18);
        else
            AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && 2 >= AArch64.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = PMEVCNTR_EL0[2];
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && 2 >= AArch64.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = PMEVCNTR_EL0[2];
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = PMEVCNTR_EL0[2];
elsif PSTATE.EL == EL3 then
    X[t, 64] = PMEVCNTR_EL0[2];
```

MSR PMEVCNTR2_EL0, <Xt>

```
if 2 >= NUM_PMU_COUNTERS then
    ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
elsif PSTATE.EL == EL0 then
    if PMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.SystemAccessTrap(EL2, 0x18);
        else
            AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && 2 >= AArch64.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        PMEVCNTR_EL0[2] = X[t, 64];
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && 2 >= AArch64.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        PMEVCNTR_EL0[2] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        PMEVCNTR_EL0[2] = X[t, 64];
elsif PSTATE.EL == EL3 then
    PMEVCNTR_EL0[2] = X[t, 64];
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## B.7.8 PMEVCNTR3_EL0, Performance Monitors Event Count Registers

Holds performance monitors event counter 3.

### Configurations

AArch64 register PMEVCNTR3_EL0 bits [31:0] are architecturally mapped to AArch32 System register AArch32 pmevcntr3 bits [31:0].

### Attributes

**Width**

64

**Functional group**

Performance Monitors registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-164: AArch64_pmevcntr3_el0 bit assignments**




**Table B-394: PMEVCNTR3_EL0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | None | Event counter n. Value of event counter n, where n is the number of this register and is a number from 0 to 30. | 64{x} |

### Access

PMEVCNTR<n>_EL0 can also be accessed by using AArch64-PMXEVCNTR_EL0 with AArch64-PMSELR_EL0.SEL set to the value of <n>.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

If <n> is greater than or equal to the number of accessible event counters, then reads and writes of AArch64-PMEVCNTR<n>_EL0 are **CONSTRAINED UNPREDICTABLE**, and the following behaviors are permitted:

- Accesses to the register are UNDEFINED.
- Accesses to the register behave as RAZ/WI.
- Accesses to the register execute as a `NOP`.
- Accesses to the register behave as if <n> is an **UNKNOWN** value less-than-or-equal-to the index of the highest accessible event counter.
- If EL2 is implemented and enabled in the current Security state, and <n> is less than the number of implemented event counters, accesses from EL1 or permitted accesses from EL0 are trapped to EL2.

---

Note

In EL0, an access is permitted if it is enabled by AArch64-PMUSERENR_EL0.{ER,EN}.

---

If EL2 is implemented and enabled in the current Security state, in EL1 and EL0, AArch64-MDCR_EL2.HPMN identifies the number of accessible event counters. Otherwise, the number of accessible event counters is the number of implemented event counters. For more information, see AArch64-MDCR_EL2.HPMN.

MRS <Xt>, PMEVCNTR3_EL0

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b011 | 0b1110 | 0b1000 | 0b011 |

MSR PMEVCNTR3_EL0, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b011 | 0b1110 | 0b1000 | 0b011 |

## Accessibility

PMEVCNTR<n>_EL0 can also be accessed by using AArch64-PMXEVCNTR_EL0 with AArch64-PMSELR_EL0.SEL set to the value of <n>.

If <n> is greater than or equal to the number of accessible event counters, then reads and writes of AArch64-PMEVCNTR<n>_EL0 are CONSTRAINED UNPREDICTABLE, and the following behaviors are permitted:

- Accesses to the register are UNDEFINED.
- Accesses to the register behave as RAZ/WI.
- Accesses to the register execute as a `NOP`.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

- Accesses to the register behave as if <n> is an UNKNOWN value less-than-or-equal-to the index of the highest accessible event counter.
- If EL2 is implemented and enabled in the current Security state, and <n> is less than the number of implemented event counters, accesses from EL1 or permitted accesses from EL0 are trapped to EL2.

Note

In EL0, an access is permitted if it is enabled by AArch64-PMUSERENR_EL0.{ER,EN}.

If EL2 is implemented and enabled in the current Security state, in EL1 and EL0, AArch64-MDCR_EL2.HPMN identifies the number of accessible event counters. Otherwise, the number of accessible event counters is the number of implemented event counters. For more information, see AArch64-MDCR_EL2.HPMN.
MRS <Xt>, PMEVCNTR3_EL0

```
if 3 >= NUM_PMU_COUNTERS then
    ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
elsif PSTATE.EL == EL0 then
    if PMUSERENR_EL0.<ER,EN> == '00' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.SystemAccessTrap(EL2, 0x18);
        else
            AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && 3 >= AArch64.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = PMEVCNTR_EL0[3];
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && 3 >= AArch64.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = PMEVCNTR_EL0[3];
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = PMEVCNTR_EL0[3];
elsif PSTATE.EL == EL3 then
    X[t, 64] = PMEVCNTR_EL0[3];
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

MSR PMEVCNTR3_EL0, <Xt>

```
if 3 >= NUM_PMU_COUNTERS then
    ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
elsif PSTATE.EL == EL0 then
    if PMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.SystemAccessTrap(EL2, 0x18);
        else
            AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && 3 >= AArch64.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        PMEVCNTR_EL0[3] = X[t, 64];
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && 3 >= AArch64.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        PMEVCNTR_EL0[3] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        PMEVCNTR_EL0[3] = X[t, 64];
elsif PSTATE.EL == EL3 then
    PMEVCNTR_EL0[3] = X[t, 64];
```

## B.7.9 PMEVCNTR4_EL0, Performance Monitors Event Count Registers

Holds performance monitors event counter 4.

### Configurations

AArch64 register PMEVCNTR4_EL0 bits [31:0] are architecturally mapped to AArch32 System register AArch32 pmevcntr4 bits [31:0].

### Attributes

**Width**

64

**Functional group**

Performance Monitors registers

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Access type

See bit descriptions

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure B-165: AArch64_pmevcntr4_el0 bit assignments**




**Table B-397: PMEVCNTR4_EL0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | None | Event counter n. Value of event counter n, where n is the number of this register and is a number from 0 to 30. | 64{x} |

## Access

PMEVCNTR<n>_EL0 can also be accessed by using AArch64-PMXEVCNTR_EL0 with AArch64-PMSELR_EL0.SEL set to the value of <n>.

If <n> is greater than or equal to the number of accessible event counters, then reads and writes of AArch64-PMEVCNTR<n>_EL0 are **CONSTRAINED UNPREDICTABLE**, and the following behaviors are permitted:

- Accesses to the register are UNDEFINED.
- Accesses to the register behave as RAZ/WI.
- Accesses to the register execute as a `NOP`.
- Accesses to the register behave as if <n> is an **UNKNOWN** value less-than-or-equal-to the index of the highest accessible event counter.
- If EL2 is implemented and enabled in the current Security state, and <n> is less than the number of implemented event counters, accesses from EL1 or permitted accesses from EL0 are trapped to EL2.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Note

In EL0, an access is permitted if it is enabled by AArch64-PMUSERENR_EL0.{ER,EN}.

If EL2 is implemented and enabled in the current Security state, in EL1 and EL0, AArch64-MDCR_EL2.HPMN identifies the number of accessible event counters. Otherwise, the number of accessible event counters is the number of implemented event counters. For more information, see AArch64-MDCR_EL2.HPMN.

MRS <Xt>, PMEVCNTR4_EL0

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b011 | 0b1110 | 0b1000 | 0b100 |

MSR PMEVCNTR4_EL0, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b011 | 0b1110 | 0b1000 | 0b100 |

### Accessibility

PMEVCNTR<n>_EL0 can also be accessed by using AArch64-PMXEVCNTR_EL0 with AArch64-PMSELR_EL0.SEL set to the value of <n>.

If <n> is greater than or equal to the number of accessible event counters, then reads and writes of AArch64-PMEVCNTR<n>_EL0 are CONSTRAINED UNPREDICTABLE, and the following behaviors are permitted:

- Accesses to the register are UNDEFINED.
- Accesses to the register behave as RAZ/WI.
- Accesses to the register execute as a `NOP`.
- Accesses to the register behave as if <n> is an UNKNOWN value less-than-or-equal-to the index of the highest accessible event counter.
- If EL2 is implemented and enabled in the current Security state, and <n> is less than the number of implemented event counters, accesses from EL1 or permitted accesses from EL0 are trapped to EL2.

Note

In EL0, an access is permitted if it is enabled by AArch64-PMUSERENR_EL0.{ER,EN}.

If EL2 is implemented and enabled in the current Security state, in EL1 and EL0, AArch64-MDCR_EL2.HPMN identifies the number of accessible event counters. Otherwise, the number of

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

accessible event counters is the number of implemented event counters. For more information, see AArch64-MDCR_EL2.HPMN.

MRS <Xt>, PMEVCNTR4_EL0

```
if 4 >= NUM_PMU_COUNTERS then
    ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
elsif PSTATE.EL == EL0 then
    if PMUSERENR_EL0.<ER,EN> == '00' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.SystemAccessTrap(EL2, 0x18);
        else
            AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && 4 >= AArch64.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = PMEVCNTR_EL0[4];
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && 4 >= AArch64.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = PMEVCNTR_EL0[4];
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = PMEVCNTR_EL0[4];
elsif PSTATE.EL == EL3 then
    X[t, 64] = PMEVCNTR_EL0[4];
```

MSR PMEVCNTR4_EL0, <Xt>

```
if 4 >= NUM_PMU_COUNTERS then
    ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
elsif PSTATE.EL == EL0 then
    if PMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.SystemAccessTrap(EL2, 0x18);
        else
            AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && 4 >= AArch64.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        PMEVCNTR_EL0[4] = X[t, 64];
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && 4 >= AArch64.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        PMEVCNTR_EL0[4] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        PMEVCNTR_EL0[4] = X[t, 64];
elsif PSTATE.EL == EL3 then
    PMEVCNTR_EL0[4] = X[t, 64];
```

## B.7.10 PMEVCNTR5_EL0, Performance Monitors Event Count Registers

Holds performance monitors event counter 5.

### Configurations

AArch64 register PMEVCNTR5_EL0 bits [31:0] are architecturally mapped to AArch32 System register AArch32 pmevcntr5 bits [31:0].

### Attributes

**Width**

64

**Functional group**

Performance Monitors registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note: Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

**Figure B-166: AArch64_pmevcntr5_el0 bit assignments**




**Table B-400: PMEVCNTR5_EL0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | None | Event counter n. Value of event counter n, where n is the number of this register and is a number from 0 to 30. | `64{x}` |

## Access

PMEVCNTR<n>_EL0 can also be accessed by using AArch64-PMXEVCNTR_EL0 with AArch64-PMSELR_EL0.SEL set to the value of <n>.

If <n> is greater than or equal to the number of accessible event counters, then reads and writes of AArch64-PMEVCNTR<n>_EL0 are **CONSTRAINED UNPREDICTABLE**, and the following behaviors are permitted:

- Accesses to the register are UNDEFINED.
- Accesses to the register behave as RAZ/WI.
- Accesses to the register execute as a `NOP`.
- Accesses to the register behave as if <n> is an **UNKNOWN** value less-than-or-equal-to the index of the highest accessible event counter.
- If EL2 is implemented and enabled in the current Security state, and <n> is less than the number of implemented event counters, accesses from EL1 or permitted accesses from EL0 are trapped to EL2.

Note

In EL0, an access is permitted if it is enabled by AArch64-PMUSERENR_EL0.{ER,EN}.

If EL2 is implemented and enabled in the current Security state, in EL1 and EL0, AArch64-MDCR_EL2.HPMN identifies the number of accessible event counters. Otherwise, the number of accessible event counters is the number of implemented event counters. For more information, see AArch64-MDCR_EL2.HPMN.

MRS <Xt>, PMEVCNTR5_EL0

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b011 | 0b1110 | 0b1000 | 0b101 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

MSR PMEVCNTR5_EL0, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b011 | 0b1110 | 0b1000 | 0b101 |

## Accessibility

PMEVCNTR<n>_EL0 can also be accessed by using AArch64-PMXEVCNTR_EL0 with AArch64-PMSELR_EL0.SEL set to the value of <n>.

If <n> is greater than or equal to the number of accessible event counters, then reads and writes of AArch64-PMEVCNTR<n>_EL0 are CONSTRAINED UNPREDICTABLE, and the following behaviors are permitted:

- Accesses to the register are UNDEFINED.
- Accesses to the register behave as RAZ/WI.
- Accesses to the register execute as a NOP.
- Accesses to the register behave as if <n> is an UNKNOWN value less-than-or-equal-to the index of the highest accessible event counter.
- If EL2 is implemented and enabled in the current Security state, and <n> is less than the number of implemented event counters, accesses from EL1 or permitted accesses from EL0 are trapped to EL2.

---

Note

In EL0, an access is permitted if it is enabled by AArch64-PMUSERENR_EL0.{ER,EN}.

---

If EL2 is implemented and enabled in the current Security state, in EL1 and EL0, AArch64-MDCR_EL2.HPMN identifies the number of accessible event counters. Otherwise, the number of accessible event counters is the number of implemented event counters. For more information, see AArch64-MDCR_EL2.HPMN.
MRS <Xt>, PMEVCNTR5_EL0

```
if 5 >= NUM_PMU_COUNTERS then
    ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
elsif PSTATE.EL == EL0 then
    if PMUSERENR_EL0.<ER,EN> == '00' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.SystemAccessTrap(EL2, 0x18);
        else
            AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && 5 >= AArch64.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = PMEVCNTR_EL0[5];
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && 5 >= AArch64.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = PMEVCNTR_EL0[5];
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = PMEVCNTR_EL0[5];
elsif PSTATE.EL == EL3 then
    X[t, 64] = PMEVCNTR_EL0[5];
```

MSR PMEVCNTR5_EL0, <Xt>

```
if 5 >= NUM_PMU_COUNTERS then
    ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
elsif PSTATE.EL == EL0 then
    if PMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.SystemAccessTrap(EL2, 0x18);
        else
            AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && 5 >= AArch64.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        PMEVCNTR_EL0[5] = X[t, 64];
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && 5 >= AArch64.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        PMEVCNTR_EL0[5] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        PMEVCNTR_EL0[5] = X[t, 64];
elsif PSTATE.EL == EL3 then
    PMEVCNTR_EL0[5] = X[t, 64];
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## B.7.11 PMEVTYPER0_EL0, Performance Monitors Event Type Registers

Configures event counter 0.

### Configurations

AArch64 register PMEVTYPER0_EL0 bits [31:0] are architecturally mapped to AArch32 System register AArch32 pmevtyper0 bits [31:0].

### Attributes

**Width**

64

**Functional group**

Performance Monitors registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-167: AArch64_pmevtyper0_el0 bit assignments**




**Table B-403: PMEVTYPER0_EL0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | RES0 | Reserved | RES0 |

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31] | P | Privileged filtering bit. Controls counting in EL1.<br><br>If EL3 is implemented, then counting in Non-secure EL1 is further controlled by the PMEVTYPER<n>_EL0.NSK bit.<br><br>**0b0**<br>Count events in EL1.<br><br>**0b1**<br>Do not count events in EL1. | x |
| [30] | U | User filtering bit. Controls counting in EL0.<br><br>If EL3 is implemented, then counting in Non-secure EL0 is further controlled by the PMEVTYPER<n>_EL0.NSU bit.<br><br>**0b0**<br>Count events in EL0.<br><br>**0b1**<br>Do not count events in EL0. | x |
| [29] | NSK | Non-secure EL1 (kernel) modes filtering bit. Controls counting in Non-secure EL1.<br><br>If the value of this bit is equal to the value of the PMEVTYPER<n>_EL0.P bit, events in Non-secure EL1 are counted.<br><br>Otherwise, events in Non-secure EL1 are not counted. | x |
| [28] | NSU | Non-secure EL0 (Unprivileged) filtering bit. Controls counting in Non-secure EL0.<br><br>If the value of this bit is equal to the value of the PMEVTYPER<n>_EL0.U bit, events in Non-secure EL0 are counted.<br><br>Otherwise, events in Non-secure EL0 are not counted. | x |
| [27] | NSH | EL2 (Hypervisor) filtering bit. Controls counting in EL2.<br><br>If Secure EL2 is implemented, and EL3 is implemented, counting in Secure EL2 is further controlled by the PMEVTYPER<n>_EL0.SH bit.<br><br>**0b0**<br>Do not count events in EL2.<br><br>**0b1**<br>Count events in EL2. | x |
| [26] | M | EL3 filtering bit.<br><br>If the value of this bit is equal to the value of the PMEVTYPER<n>_EL0.P bit, events in EL3 are counted.<br><br>Otherwise, events in EL3 are not counted. | x |
| [25] | RES0 | Reserved | RES0 |
| [24] | SH | Secure EL2 filtering.<br><br>If the value of this bit is not equal to the value of the PMEVTYPER<n>_EL0.NSH bit, events in Secure EL2 are counted.<br><br>Otherwise, events in Secure EL2 are not counted. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [23:16] | **RES0** | Reserved | **RES0** |
| [15:10] | evtCount[15:10] | Extension to evtCount[9:0]. For more information, see evtCount[9:0]. | `6{x}` |
| [9:0] | evtCount[9:0] | Event to count.<br><br>The event number of the event that is counted by event counter AArch64-PMEVCNTR<n>_EL0.<br><br>The ranges of event numbers allocated to each type of event are shown in *Allocation of the PMU event number space* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>If PMEVTYPER<n>_EL0.evtCount is programmed to an event that is reserved or not supported by the PE, the behavior depends on the value written:<br>• For the range `0x0000` to `0x003F`, no events are counted and the value returned by a direct or external read of the PMEVTYPER<n>_EL0.evtCount field is the value written to the field.<br>• If FEAT_PMUv3p1 is implemented, for the range `0x4000` to `0x403F`, no events are counted and the value returned by a direct or external read of the PMEVTYPER<n>_EL0.evtCount field is the value written to the field.<br>• For other values, it is UNPREDICTABLE what event, if any, is counted and the value returned by a direct or external read of the PMEVTYPER<n>_EL0.evtCount field is **UNKNOWN**.<br><br>**Note:**<br>UNPREDICTABLE means the event must not expose privileged information. | `10{x}` |

## Access

PMEVTYPER<n>_EL0 can also be accessed by using AArch64-PMXEVTYPER_EL0 with AArch64-PMSELR_EL0.SEL set to n.

If <n> is greater than or equal to the number of accessible event counters, then reads and writes of AArch64-PMEVTYPER<n>_EL0 are **CONSTRAINED UNPREDICTABLE**, and the following behaviors are permitted:

- Accesses to the register are UNDEFINED.
- Accesses to the register behave as RAZ/WI.
- Accesses to the register execute as a `NOP`.
- Accesses to the register behave as if <n> is an **UNKNOWN** value less-than-or-equal-to the index of the highest accessible event counter.
- If EL2 is implemented and enabled in the current Security state, and <n> is less than the number of implemented event counters, accesses from EL1 or permitted accesses from EL0 are trapped to EL2.

Note

In EL0, an access is permitted if it is enabled by AArch64-PMUSERENR_EL0.EN.

If EL2 is implemented and enabled in the current Security state, in EL1 and EL0, AArch64-MDCR_EL2.HPMN identifies the number of accessible event counters. Otherwise, the number of

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

accessible event counters is the number of implemented event counters. For more information, see AArch64-MDCR_EL2.HPMN.

MRS <Xt>, PMEVTYPER0_EL0

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b011 | 0b1110 | 0b1100 | 0b000 |

MSR PMEVTYPER0_EL0, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b011 | 0b1110 | 0b1100 | 0b000 |

### Accessibility

PMEVTYPER<n>_EL0 can also be accessed by using AArch64-PMXEVTYPER_EL0 with AArch64-PMSELR_EL0.SEL set to n.

If <n> is greater than or equal to the number of accessible event counters, then reads and writes of AArch64-PMEVTYPER<n>_EL0 are CONSTRAINED UNPREDICTABLE, and the following behaviors are permitted:

- Accesses to the register are UNDEFINED.
- Accesses to the register behave as RAZ/WI.
- Accesses to the register execute as a `NOP`.
- Accesses to the register behave as if <n> is an UNKNOWN value less-than-or-equal-to the index of the highest accessible event counter.
- If EL2 is implemented and enabled in the current Security state, and <n> is less than the number of implemented event counters, accesses from EL1 or permitted accesses from EL0 are trapped to EL2.

---

Note

In EL0, an access is permitted if it is enabled by AArch64-PMUSERENR_EL0.EN.

---

If EL2 is implemented and enabled in the current Security state, in EL1 and EL0, AArch64-MDCR_EL2.HPMN identifies the number of accessible event counters. Otherwise, the number of accessible event counters is the number of implemented event counters. For more information, see AArch64-MDCR_EL2.HPMN.
MRS <Xt>, PMEVTYPER0_EL0

```
if 0 >= NUM_PMU_COUNTERS then
    ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
elsif PSTATE.EL == EL0 then
    if PMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.SystemAccessTrap(EL2, 0x18);
        else
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
            AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && 0 >= AArch64.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = PMEVTYPER_EL0[0];
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && 0 >= AArch64.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = PMEVTYPER_EL0[0];
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = PMEVTYPER_EL0[0];
elsif PSTATE.EL == EL3 then
    X[t, 64] = PMEVTYPER_EL0[0];
```

MSR PMEVTYPER0_EL0, <Xt>

```
if 0 >= NUM_PMU_COUNTERS then
    ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
elsif PSTATE.EL == EL0 then
    if PMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.SystemAccessTrap(EL2, 0x18);
        else
            AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && 0 >= AArch64.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        PMEVTYPER_EL0[0] = X[t, 64];
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && 0 >= AArch64.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        PMEVTYPER_EL0[0] = X[t, 64];
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        PMEVTYPER_EL0[0] = X[t, 64];
elsif PSTATE.EL == EL3 then
    PMEVTYPER_EL0[0] = X[t, 64];
```

## B.7.12 PMEVTYPER1_EL0, Performance Monitors Event Type Registers

Configures event counter 1.

### Configurations

AArch64 register PMEVTYPER1_EL0 bits [31:0] are architecturally mapped to AArch32 System register AArch32 pmevtyper1 bits [31:0].

### Attributes

**Width**

64

**Functional group**

Performance Monitors registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-168: AArch64_pmevtyper1_el0 bit assignments**



**Table B-406: PMEVTYPER1_EL0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | **RES0** | Reserved | **RES0** |
| [31] | P | Privileged filtering bit. Controls counting in EL1.<br><br>If EL3 is implemented, then counting in Non-secure EL1 is further controlled by the PMEVTYPER<n>_EL0.NSK bit.<br>**`0b0`**<br>Count events in EL1.<br>**`0b1`**<br>Do not count events in EL1. | x |
| [30] | U | User filtering bit. Controls counting in EL0.<br><br>If EL3 is implemented, then counting in Non-secure EL0 is further controlled by the PMEVTYPER<n>_EL0.NSU bit.<br>**`0b0`**<br>Count events in EL0.<br>**`0b1`**<br>Do not count events in EL0. | x |
| [29] | NSK | Non-secure EL1 (kernel) modes filtering bit. Controls counting in Non-secure EL1.<br><br>If the value of this bit is equal to the value of the PMEVTYPER<n>_EL0.P bit, events in Non-secure EL1 are counted.<br><br>Otherwise, events in Non-secure EL1 are not counted. | x |
| [28] | NSU | Non-secure EL0 (Unprivileged) filtering bit. Controls counting in Non-secure EL0.<br><br>If the value of this bit is equal to the value of the PMEVTYPER<n>_EL0.U bit, events in Non-secure EL0 are counted.<br><br>Otherwise, events in Non-secure EL0 are not counted. | x |
| [27] | NSH | EL2 (Hypervisor) filtering bit. Controls counting in EL2.<br><br>If Secure EL2 is implemented, and EL3 is implemented, counting in Secure EL2 is further controlled by the PMEVTYPER<n>_EL0.SH bit.<br>**`0b0`**<br>Do not count events in EL2.<br>**`0b1`**<br>Count events in EL2. | x |
| [26] | M | EL3 filtering bit.<br><br>If the value of this bit is equal to the value of the PMEVTYPER<n>_EL0.P bit, events in EL3 are counted.<br><br>Otherwise, events in EL3 are not counted. | x |
| [25] | **RES0** | Reserved | **RES0** |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [24] | SH | Secure EL2 filtering.<br><br>If the value of this bit is not equal to the value of the PMEVTYPER<n>_EL0.NSH bit, events in Secure EL2 are counted.<br><br>Otherwise, events in Secure EL2 are not counted. | `x` |
| [23:16] | **RES0** | Reserved | **RES0** |
| [15:10] | evtCount[15:10] | Extension to evtCount[9:0]. For more information, see evtCount[9:0]. | `6{x}` |
| [9:0] | evtCount[9:0] | Event to count.<br><br>The event number of the event that is counted by event counter AArch64-PMEVCNTR<n>_EL0.<br><br>The ranges of event numbers allocated to each type of event are shown in *Allocation of the PMU event number space* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>If PMEVTYPER<n>_EL0.evtCount is programmed to an event that is reserved or not supported by the PE, the behavior depends on the value written:<br>• For the range `0x0000` to `0x003F`, no events are counted and the value returned by a direct or external read of the PMEVTYPER<n>_EL0.evtCount field is the value written to the field.<br>• If FEAT_PMUv3p1 is implemented, for the range `0x4000` to `0x403F`, no events are counted and the value returned by a direct or external read of the PMEVTYPER<n>_EL0.evtCount field is the value written to the field.<br>• For other values, it is UNPREDICTABLE what event, if any, is counted and the value returned by a direct or external read of the PMEVTYPER<n>_EL0.evtCount field is **UNKNOWN**.<br><br>**Note:**<br>UNPREDICTABLE means the event must not expose privileged information. | `10{x}` |

## Access

PMEVTYPER<n>_EL0 can also be accessed by using AArch64-PMXEVTYPER_EL0 with AArch64-PMSELR_EL0.SEL set to n.

If <n> is greater than or equal to the number of accessible event counters, then reads and writes of AArch64-PMEVTYPER<n>_EL0 are **CONSTRAINED UNPREDICTABLE**, and the following behaviors are permitted:

- Accesses to the register are UNDEFINED.
- Accesses to the register behave as RAZ/WI.
- Accesses to the register execute as a `NOP`.
- Accesses to the register behave as if <n> is an **UNKNOWN** value less-than-or-equal-to the index of the highest accessible event counter.
- If EL2 is implemented and enabled in the current Security state, and <n> is less than the number of implemented event counters, accesses from EL1 or permitted accesses from EL0 are trapped to EL2.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Note

In EL0, an access is permitted if it is enabled by AArch64-PMUSERENR_EL0.EN.

If EL2 is implemented and enabled in the current Security state, in EL1 and EL0, AArch64-MDCR_EL2.HPMN identifies the number of accessible event counters. Otherwise, the number of accessible event counters is the number of implemented event counters. For more information, see AArch64-MDCR_EL2.HPMN.

MRS <Xt>, PMEVTYPER1_EL0

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b011 | 0b1110 | 0b1100 | 0b001 |

MSR PMEVTYPER1_EL0, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b011 | 0b1110 | 0b1100 | 0b001 |

## Accessibility

PMEVTYPER<n>_EL0 can also be accessed by using AArch64-PMXEVTYPER_EL0 with AArch64-PMSELR_EL0.SEL set to n.

If <n> is greater than or equal to the number of accessible event counters, then reads and writes of AArch64-PMEVTYPER<n>_EL0 are CONSTRAINED UNPREDICTABLE, and the following behaviors are permitted:

- Accesses to the register are UNDEFINED.
- Accesses to the register behave as RAZ/WI.
- Accesses to the register execute as a `NOP`.
- Accesses to the register behave as if <n> is an UNKNOWN value less-than-or-equal-to the index of the highest accessible event counter.
- If EL2 is implemented and enabled in the current Security state, and <n> is less than the number of implemented event counters, accesses from EL1 or permitted accesses from EL0 are trapped to EL2.

Note

In EL0, an access is permitted if it is enabled by AArch64-PMUSERENR_EL0.EN.

If EL2 is implemented and enabled in the current Security state, in EL1 and EL0, AArch64-MDCR_EL2.HPMN identifies the number of accessible event counters. Otherwise, the number of

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

accessible event counters is the number of implemented event counters. For more information, see AArch64-MDCR_EL2.HPMN.
MRS <Xt>, PMEVTYPER1_EL0

```
if 1 >= NUM_PMU_COUNTERS then
    ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
elsif PSTATE.EL == EL0 then
    if PMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.SystemAccessTrap(EL2, 0x18);
        else
            AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && 1 >= AArch64.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = PMEVTYPER_EL0[1];
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && 1 >= AArch64.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = PMEVTYPER_EL0[1];
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = PMEVTYPER_EL0[1];
elsif PSTATE.EL == EL3 then
    X[t, 64] = PMEVTYPER_EL0[1];
```

MSR PMEVTYPER1_EL0, <Xt>

```
if 1 >= NUM_PMU_COUNTERS then
    ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
elsif PSTATE.EL == EL0 then
    if PMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.SystemAccessTrap(EL2, 0x18);
        else
            AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && 1 >= AArch64.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        PMEVTYPER_EL0[1] = X[t, 64];
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && 1 >= AArch64.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        PMEVTYPER_EL0[1] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        PMEVTYPER_EL0[1] = X[t, 64];
elsif PSTATE.EL == EL3 then
    PMEVTYPER_EL0[1] = X[t, 64];
```

## B.7.13 PMEVTYPER2_EL0, Performance Monitors Event Type Registers

Configures event counter 2.

### Configurations

AArch64 register PMEVTYPER2_EL0 bits [31:0] are architecturally mapped to AArch32 System register AArch32 pmevtyper2 bits [31:0].

### Attributes

**Width**

64

**Functional group**

Performance Monitors registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note: Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure B-169: AArch64_pmevtyper2_el0 bit assignments




### Table B-409: PMEVTYPER2_EL0 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | RES0 | Reserved | RES0 |
| [31] | P | Privileged filtering bit. Controls counting in EL1.<br><br>If EL3 is implemented, then counting in Non-secure EL1 is further controlled by the PMEVTYPER<n>_EL0.NSK bit.<br><br>**0b0**<br>Count events in EL1.<br><br>**0b1**<br>Do not count events in EL1. | x |
| [30] | U | User filtering bit. Controls counting in EL0.<br><br>If EL3 is implemented, then counting in Non-secure EL0 is further controlled by the PMEVTYPER<n>_EL0.NSU bit.<br><br>**0b0**<br>Count events in EL0.<br><br>**0b1**<br>Do not count events in EL0. | x |
| [29] | NSK | Non-secure EL1 (kernel) modes filtering bit. Controls counting in Non-secure EL1.<br><br>If the value of this bit is equal to the value of the PMEVTYPER<n>_EL0.P bit, events in Non-secure EL1 are counted.<br><br>Otherwise, events in Non-secure EL1 are not counted. | x |
| [28] | NSU | Non-secure EL0 (Unprivileged) filtering bit. Controls counting in Non-secure EL0.<br><br>If the value of this bit is equal to the value of the PMEVTYPER<n>_EL0.U bit, events in Non-secure EL0 are counted.<br><br>Otherwise, events in Non-secure EL0 are not counted. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [27] | NSH | EL2 (Hypervisor) filtering bit. Controls counting in EL2.<br><br>If Secure EL2 is implemented, and EL3 is implemented, counting in Secure EL2 is further controlled by the PMEVTYPER<n>_EL0.SH bit.<br>**0b0**<br>Do not count events in EL2.<br>**0b1**<br>Count events in EL2. | x |
| [26] | M | EL3 filtering bit.<br><br>If the value of this bit is equal to the value of the PMEVTYPER<n>_EL0.P bit, events in EL3 are counted.<br><br>Otherwise, events in EL3 are not counted. | x |
| [25] | **RES0** | Reserved | **RES0** |
| [24] | SH | Secure EL2 filtering.<br><br>If the value of this bit is not equal to the value of the PMEVTYPER<n>_EL0.NSH bit, events in Secure EL2 are counted.<br><br>Otherwise, events in Secure EL2 are not counted. | x |
| [23:16] | **RES0** | Reserved | **RES0** |
| [15:10] | evtCount[15:10] | Extension to evtCount[9:0]. For more information, see evtCount[9:0]. | 6{x} |
| [9:0] | evtCount[9:0] | Event to count.<br><br>The event number of the event that is counted by event counter AArch64-PMEVCNTR<n>_EL0.<br><br>The ranges of event numbers allocated to each type of event are shown in *Allocation of the PMU event number space* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>If PMEVTYPER<n>_EL0.evtCount is programmed to an event that is reserved or not supported by the PE, the behavior depends on the value written:<br>• For the range `0x0000` to `0x003F`, no events are counted and the value returned by a direct or external read of the PMEVTYPER<n>_EL0.evtCount field is the value written to the field.<br>• If FEAT_PMUv3p1 is implemented, for the range `0x4000` to `0x403F`, no events are counted and the value returned by a direct or external read of the PMEVTYPER<n>_EL0.evtCount field is the value written to the field.<br>• For other values, it is UNPREDICTABLE what event, if any, is counted and the value returned by a direct or external read of the PMEVTYPER<n>_EL0.evtCount field is **UNKNOWN**.<br><br>**Note:**<br>UNPREDICTABLE means the event must not expose privileged information. | 10{x} |

## Access

PMEVTYPER<n>_EL0 can also be accessed by using AArch64-PMXEVTYPER_EL0 with AArch64-PMSELR_EL0.SEL set to n.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

If <n> is greater than or equal to the number of accessible event counters, then reads and writes of AArch64-PMEVTYPER<n>_EL0 are **CONSTRAINED UNPREDICTABLE**, and the following behaviors are permitted:

- Accesses to the register are UNDEFINED.
- Accesses to the register behave as RAZ/WI.
- Accesses to the register execute as a `NOP`.
- Accesses to the register behave as if <n> is an **UNKNOWN** value less-than-or-equal-to the index of the highest accessible event counter.
- If EL2 is implemented and enabled in the current Security state, and <n> is less than the number of implemented event counters, accesses from EL1 or permitted accesses from EL0 are trapped to EL2.

---

**Note**

In EL0, an access is permitted if it is enabled by AArch64-PMUSERENR_EL0.EN.

---

If EL2 is implemented and enabled in the current Security state, in EL1 and EL0, AArch64-MDCR_EL2.HPMN identifies the number of accessible event counters. Otherwise, the number of accessible event counters is the number of implemented event counters. For more information, see AArch64-MDCR_EL2.HPMN.

MRS <Xt>, PMEVTYPER2_EL0

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b011 | 0b1110 | 0b1100 | 0b010 |

MSR PMEVTYPER2_EL0, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b011 | 0b1110 | 0b1100 | 0b010 |

### Accessibility

PMEVTYPER<n>_EL0 can also be accessed by using AArch64-PMXEVTYPER_EL0 with AArch64-PMSELR_EL0.SEL set to n.

If <n> is greater than or equal to the number of accessible event counters, then reads and writes of AArch64-PMEVTYPER<n>_EL0 are CONSTRAINED UNPREDICTABLE, and the following behaviors are permitted:

- Accesses to the register are UNDEFINED.
- Accesses to the register behave as RAZ/WI.
- Accesses to the register execute as a `NOP`.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

- Accesses to the register behave as if <n> is an UNKNOWN value less-than-or-equal-to the index of the highest accessible event counter.
- If EL2 is implemented and enabled in the current Security state, and <n> is less than the number of implemented event counters, accesses from EL1 or permitted accesses from EL0 are trapped to EL2.

---

**Note**

In EL0, an access is permitted if it is enabled by AArch64-PMUSERENR_EL0.EN.

---

If EL2 is implemented and enabled in the current Security state, in EL1 and EL0, AArch64-MDCR_EL2.HPMN identifies the number of accessible event counters. Otherwise, the number of accessible event counters is the number of implemented event counters. For more information, see AArch64-MDCR_EL2.HPMN.
MRS <Xt>, PMEVTYPER2_EL0

```
if 2 >= NUM_PMU_COUNTERS then
    ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
elsif PSTATE.EL == EL0 then
    if PMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.SystemAccessTrap(EL2, 0x18);
        else
            AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && 2 >= AArch64.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = PMEVTYPER_EL0[2];
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && 2 >= AArch64.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = PMEVTYPER_EL0[2];
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = PMEVTYPER_EL0[2];
elsif PSTATE.EL == EL3 then
    X[t, 64] = PMEVTYPER_EL0[2];
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

MSR PMEVTYPER2_EL0, <Xt>

```
if 2 >= NUM_PMU_COUNTERS then
    ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
elsif PSTATE.EL == EL0 then
    if PMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.SystemAccessTrap(EL2, 0x18);
        else
            AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && 2 >= AArch64.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        PMEVTYPER_EL0[2] = X[t, 64];
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && 2 >= AArch64.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        PMEVTYPER_EL0[2] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        PMEVTYPER_EL0[2] = X[t, 64];
elsif PSTATE.EL == EL3 then
    PMEVTYPER_EL0[2] = X[t, 64];
```

## B.7.14 PMEVTYPER3_EL0, Performance Monitors Event Type Registers

Configures event counter 3.

### Configurations

AArch64 register PMEVTYPER3_EL0 bits [31:0] are architecturally mapped to AArch32 System register AArch32 pmevtyper3 bits [31:0].

### Attributes

**Width**

64

**Functional group**

Performance Monitors registers

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Access type

See bit descriptions

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure B-170: AArch64_pmevtyper3_el0 bit assignments**




**Table B-412: PMEVTYPER3_EL0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | RES0 | Reserved | RES0 |
| [31] | P | Privileged filtering bit. Controls counting in EL1.<br><br>If EL3 is implemented, then counting in Non-secure EL1 is further controlled by the PMEVTYPER<n>_EL0.NSK bit.<br><br>**0b0**<br>Count events in EL1.<br><br>**0b1**<br>Do not count events in EL1. | x |
| [30] | U | User filtering bit. Controls counting in EL0.<br><br>If EL3 is implemented, then counting in Non-secure EL0 is further controlled by the PMEVTYPER<n>_EL0.NSU bit.<br><br>**0b0**<br>Count events in EL0.<br><br>**0b1**<br>Do not count events in EL0. | x |
| [29] | NSK | Non-secure EL1 (kernel) modes filtering bit. Controls counting in Non-secure EL1.<br><br>If the value of this bit is equal to the value of the PMEVTYPER<n>_EL0.P bit, events in Non-secure EL1 are counted.<br><br>Otherwise, events in Non-secure EL1 are not counted. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [28] | NSU | Non-secure EL0 (Unprivileged) filtering bit. Controls counting in Non-secure EL0.<br><br>If the value of this bit is equal to the value of the PMEVTYPER<n>_EL0.U bit, events in Non-secure EL0 are counted.<br><br>Otherwise, events in Non-secure EL0 are not counted. | `x` |
| [27] | NSH | EL2 (Hypervisor) filtering bit. Controls counting in EL2.<br><br>If Secure EL2 is implemented, and EL3 is implemented, counting in Secure EL2 is further controlled by the PMEVTYPER<n>_EL0.SH bit.<br>**`0b0`**<br>Do not count events in EL2.<br>**`0b1`**<br>Count events in EL2. | `x` |
| [26] | M | EL3 filtering bit.<br><br>If the value of this bit is equal to the value of the PMEVTYPER<n>_EL0.P bit, events in EL3 are counted.<br><br>Otherwise, events in EL3 are not counted. | `x` |
| [25] | **RES0** | Reserved | **RES0** |
| [24] | SH | Secure EL2 filtering.<br><br>If the value of this bit is not equal to the value of the PMEVTYPER<n>_EL0.NSH bit, events in Secure EL2 are counted.<br><br>Otherwise, events in Secure EL2 are not counted. | `x` |
| [23:16] | **RES0** | Reserved | **RES0** |
| [15:10] | evtCount[15:10] | Extension to evtCount[9:0]. For more information, see evtCount[9:0]. | `6{x}` |
| [9:0] | evtCount[9:0] | Event to count.<br><br>The event number of the event that is counted by event counter AArch64-PMEVCNTR<n>_EL0.<br><br>The ranges of event numbers allocated to each type of event are shown in *Allocation of the PMU event number space* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>If PMEVTYPER<n>_EL0.evtCount is programmed to an event that is reserved or not supported by the PE, the behavior depends on the value written:<br>• For the range `0x0000` to `0x003F`, no events are counted and the value returned by a direct or external read of the PMEVTYPER<n>_EL0.evtCount field is the value written to the field.<br>• If FEAT_PMUv3p1 is implemented, for the range `0x4000` to `0x403F`, no events are counted and the value returned by a direct or external read of the PMEVTYPER<n>_EL0.evtCount field is the value written to the field.<br>• For other values, it is UNPREDICTABLE what event, if any, is counted and the value returned by a direct or external read of the PMEVTYPER<n>_EL0.evtCount field is **UNKNOWN**.<br><br>**Note:**<br>UNPREDICTABLE means the event must not expose privileged information. | `10{x}` |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Access

PMEVTYPER<n>_EL0 can also be accessed by using AArch64-PMXEVTYPER_EL0 with AArch64-PMSELR_EL0.SEL set to n.

If <n> is greater than or equal to the number of accessible event counters, then reads and writes of AArch64-PMEVTYPER<n>_EL0 are **CONSTRAINED UNPREDICTABLE**, and the following behaviors are permitted:

- Accesses to the register are UNDEFINED.
- Accesses to the register behave as RAZ/WI.
- Accesses to the register execute as a `NOP`.
- Accesses to the register behave as if <n> is an **UNKNOWN** value less-than-or-equal-to the index of the highest accessible event counter.
- If EL2 is implemented and enabled in the current Security state, and <n> is less than the number of implemented event counters, accesses from EL1 or permitted accesses from EL0 are trapped to EL2.

---

Note

In EL0, an access is permitted if it is enabled by AArch64-PMUSERENR_EL0.EN.

---

If EL2 is implemented and enabled in the current Security state, in EL1 and EL0, AArch64-MDCR_EL2.HPMN identifies the number of accessible event counters. Otherwise, the number of accessible event counters is the number of implemented event counters. For more information, see AArch64-MDCR_EL2.HPMN.

MRS <Xt>, PMEVTYPER3_EL0

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b011 | 0b1110 | 0b1100 | 0b011 |

MSR PMEVTYPER3_EL0, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b011 | 0b1110 | 0b1100 | 0b011 |

## Accessibility

PMEVTYPER<n>_EL0 can also be accessed by using AArch64-PMXEVTYPER_EL0 with AArch64-PMSELR_EL0.SEL set to n.

If <n> is greater than or equal to the number of accessible event counters, then reads and writes of AArch64-PMEVTYPER<n>_EL0 are CONSTRAINED UNPREDICTABLE, and the following behaviors are permitted:

- Accesses to the register are UNDEFINED.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

- Accesses to the register behave as RAZ/WI.
- Accesses to the register execute as a NOP.
- Accesses to the register behave as if <n> is an UNKNOWN value less-than-or-equal-to the index of the highest accessible event counter.
- If EL2 is implemented and enabled in the current Security state, and <n> is less than the number of implemented event counters, accesses from EL1 or permitted accesses from EL0 are trapped to EL2.

---

Note

In EL0, an access is permitted if it is enabled by AArch64-PMUSERENR_EL0.EN.

---

If EL2 is implemented and enabled in the current Security state, in EL1 and EL0, AArch64-MDCR_EL2.HPMN identifies the number of accessible event counters. Otherwise, the number of accessible event counters is the number of implemented event counters. For more information, see AArch64-MDCR_EL2.HPMN.
MRS <Xt>, PMEVTYPER3_EL0

```
if 3 >= NUM_PMU_COUNTERS then
    ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
elsif PSTATE.EL == EL0 then
    if PMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.SystemAccessTrap(EL2, 0x18);
        else
            AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && 3 >= AArch64.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = PMEVTYPER_EL0[3];
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && 3 >= AArch64.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = PMEVTYPER_EL0[3];
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = PMEVTYPER_EL0[3];
elsif PSTATE.EL == EL3 then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    X[t, 64] = PMEVTYPER_EL0[3];
```

MSR PMEVTYPER3_EL0, <Xt>

```
if 3 >= NUM_PMU_COUNTERS then
    ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
elsif PSTATE.EL == EL0 then
    if PMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.SystemAccessTrap(EL2, 0x18);
        else
            AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && 3 >= AArch64.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        PMEVTYPER_EL0[3] = X[t, 64];
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && 3 >= AArch64.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        PMEVTYPER_EL0[3] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        PMEVTYPER_EL0[3] = X[t, 64];
elsif PSTATE.EL == EL3 then
    PMEVTYPER_EL0[3] = X[t, 64];
```

## B.7.15 PMEVTYPER4_EL0, Performance Monitors Event Type Registers

Configures event counter 4.

### Configurations

AArch64 register PMEVTYPER4_EL0 bits [31:0] are architecturally mapped to AArch32 System register AArch32 pmevtyper4 bits [31:0].

### Attributes

#### Width

64

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Functional group

Performance Monitors registers

### Access type

See bit descriptions

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure B-171: AArch64_pmevtyper4_el0 bit assignments




**Table B-415: PMEVTYPER4_EL0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | RES0 | Reserved | RES0 |
| [31] | P | Privileged filtering bit. Controls counting in EL1.<br><br>If EL3 is implemented, then counting in Non-secure EL1 is further controlled by the PMEVTYPER<n>_EL0.NSK bit.<br><br>**0b0**<br>Count events in EL1.<br><br>**0b1**<br>Do not count events in EL1. | x |
| [30] | U | User filtering bit. Controls counting in EL0.<br><br>If EL3 is implemented, then counting in Non-secure EL0 is further controlled by the PMEVTYPER<n>_EL0.NSU bit.<br><br>**0b0**<br>Count events in EL0.<br><br>**0b1**<br>Do not count events in EL0. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [29] | NSK | Non-secure EL1 (kernel) modes filtering bit. Controls counting in Non-secure EL1.<br><br>If the value of this bit is equal to the value of the PMEVTYPER<n>_EL0.P bit, events in Non-secure EL1 are counted.<br><br>Otherwise, events in Non-secure EL1 are not counted. | x |
| [28] | NSU | Non-secure EL0 (Unprivileged) filtering bit. Controls counting in Non-secure EL0.<br><br>If the value of this bit is equal to the value of the PMEVTYPER<n>_EL0.U bit, events in Non-secure EL0 are counted.<br><br>Otherwise, events in Non-secure EL0 are not counted. | x |
| [27] | NSH | EL2 (Hypervisor) filtering bit. Controls counting in EL2.<br><br>If Secure EL2 is implemented, and EL3 is implemented, counting in Secure EL2 is further controlled by the PMEVTYPER<n>_EL0.SH bit.<br><br>**0b0**<br>Do not count events in EL2.<br><br>**0b1**<br>Count events in EL2. | x |
| [26] | M | EL3 filtering bit.<br><br>If the value of this bit is equal to the value of the PMEVTYPER<n>_EL0.P bit, events in EL3 are counted.<br><br>Otherwise, events in EL3 are not counted. | x |
| [25] | **RES0** | Reserved | **RES0** |
| [24] | SH | Secure EL2 filtering.<br><br>If the value of this bit is not equal to the value of the PMEVTYPER<n>_EL0.NSH bit, events in Secure EL2 are counted.<br><br>Otherwise, events in Secure EL2 are not counted. | x |
| [23:16] | **RES0** | Reserved | **RES0** |
| [15:10] | evtCount[15:10] | Extension to evtCount[9:0]. For more information, see evtCount[9:0]. | 6{x} |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [9:0] | evtCount[9:0] | Event to count.<br><br>The event number of the event that is counted by event counter AArch64-PMEVCNTR<n>_EL0.<br><br>The ranges of event numbers allocated to each type of event are shown in *Allocation of the PMU event number space* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>If PMEVTYPER<n>_EL0.evtCount is programmed to an event that is reserved or not supported by the PE, the behavior depends on the value written:<br>• For the range `0x0000` to `0x003F`, no events are counted and the value returned by a direct or external read of the PMEVTYPER<n>_EL0.evtCount field is the value written to the field.<br>• If FEAT_PMUv3p1 is implemented, for the range `0x4000` to `0x403F`, no events are counted and the value returned by a direct or external read of the PMEVTYPER<n>_EL0.evtCount field is the value written to the field.<br>• For other values, it is UNPREDICTABLE what event, if any, is counted and the value returned by a direct or external read of the PMEVTYPER<n>_EL0.evtCount field is **UNKNOWN**.<br><br>**Note:**<br>UNPREDICTABLE means the event must not expose privileged information. | `10{x}` |

## Access

PMEVTYPER<n>_EL0 can also be accessed by using AArch64-PMXEVTYPER_EL0 with AArch64-PMSELR_EL0.SEL set to n.

If <n> is greater than or equal to the number of accessible event counters, then reads and writes of AArch64-PMEVTYPER<n>_EL0 are **CONSTRAINED UNPREDICTABLE**, and the following behaviors are permitted:

- Accesses to the register are UNDEFINED.
- Accesses to the register behave as RAZ/WI.
- Accesses to the register execute as a `NOP`.
- Accesses to the register behave as if <n> is an **UNKNOWN** value less-than-or-equal-to the index of the highest accessible event counter.
- If EL2 is implemented and enabled in the current Security state, and <n> is less than the number of implemented event counters, accesses from EL1 or permitted accesses from EL0 are trapped to EL2.

---

Note

In EL0, an access is permitted if it is enabled by AArch64-PMUSERENR_EL0.EN.

---

If EL2 is implemented and enabled in the current Security state, in EL1 and EL0, AArch64-MDCR_EL2.HPMN identifies the number of accessible event counters. Otherwise, the number of accessible event counters is the number of implemented event counters. For more information, see AArch64-MDCR_EL2.HPMN.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

MRS <Xt>, PMEVTYPER4_EL0

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b011 | 0b1110 | 0b1100 | 0b100 |

MSR PMEVTYPER4_EL0, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b011 | 0b1110 | 0b1100 | 0b100 |

## Accessibility

PMEVTYPER<n>_EL0 can also be accessed by using AArch64-PMXEVTYPER_EL0 with AArch64-PMSELR_EL0.SEL set to n.

If <n> is greater than or equal to the number of accessible event counters, then reads and writes of AArch64-PMEVTYPER<n>_EL0 are CONSTRAINED UNPREDICTABLE, and the following behaviors are permitted:

- Accesses to the register are UNDEFINED.
- Accesses to the register behave as RAZ/WI.
- Accesses to the register execute as a `NOP`.
- Accesses to the register behave as if <n> is an UNKNOWN value less-than-or-equal-to the index of the highest accessible event counter.
- If EL2 is implemented and enabled in the current Security state, and <n> is less than the number of implemented event counters, accesses from EL1 or permitted accesses from EL0 are trapped to EL2.

---

Note

In EL0, an access is permitted if it is enabled by AArch64-PMUSERENR_EL0.EN.

---

If EL2 is implemented and enabled in the current Security state, in EL1 and EL0, AArch64-MDCR_EL2.HPMN identifies the number of accessible event counters. Otherwise, the number of accessible event counters is the number of implemented event counters. For more information, see AArch64-MDCR_EL2.HPMN.
MRS <Xt>, PMEVTYPER4_EL0

```
if 4 >= NUM_PMU_COUNTERS then
    ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
elsif PSTATE.EL == EL0 then
    if PMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.SystemAccessTrap(EL2, 0x18);
        else
            AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && 4 >= AArch64.GetNumEventCountersAccessible() then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = PMEVTYPER_EL0[4];
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && 4 >= AArch64.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = PMEVTYPER_EL0[4];
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = PMEVTYPER_EL0[4];
elsif PSTATE.EL == EL3 then
    X[t, 64] = PMEVTYPER_EL0[4];
```

MSR PMEVTYPER4_EL0, <Xt>

```
if 4 >= NUM_PMU_COUNTERS then
    ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
elsif PSTATE.EL == EL0 then
    if PMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.SystemAccessTrap(EL2, 0x18);
        else
            AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && 4 >= AArch64.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        PMEVTYPER_EL0[4] = X[t, 64];
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && 4 >= AArch64.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        PMEVTYPER_EL0[4] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        PMEVTYPER_EL0[4] = X[t, 64];
elsif PSTATE.EL == EL3 then
    PMEVTYPER_EL0[4] = X[t, 64];
```

## B.7.16 PMEVTYPER5_EL0, Performance Monitors Event Type Registers

Configures event counter 5.

### Configurations

AArch64 register PMEVTYPER5_EL0 bits [31:0] are architecturally mapped to AArch32 System register AArch32 pmevtyper5 bits [31:0].

### Attributes

**Width**

64

**Functional group**

Performance Monitors registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-172: AArch64_pmevtyper5_el0 bit assignments**




**Table B-418: PMEVTYPER5_EL0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | RES0 | Reserved | RES0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31] | P | Privileged filtering bit. Controls counting in EL1.<br><br>If EL3 is implemented, then counting in Non-secure EL1 is further controlled by the PMEVTYPER<n>_EL0.NSK bit.<br><br>**0b0**<br>Count events in EL1.<br><br>**0b1**<br>Do not count events in EL1. | x |
| [30] | U | User filtering bit. Controls counting in EL0.<br><br>If EL3 is implemented, then counting in Non-secure EL0 is further controlled by the PMEVTYPER<n>_EL0.NSU bit.<br><br>**0b0**<br>Count events in EL0.<br><br>**0b1**<br>Do not count events in EL0. | x |
| [29] | NSK | Non-secure EL1 (kernel) modes filtering bit. Controls counting in Non-secure EL1.<br><br>If the value of this bit is equal to the value of the PMEVTYPER<n>_EL0.P bit, events in Non-secure EL1 are counted.<br><br>Otherwise, events in Non-secure EL1 are not counted. | x |
| [28] | NSU | Non-secure EL0 (Unprivileged) filtering bit. Controls counting in Non-secure EL0.<br><br>If the value of this bit is equal to the value of the PMEVTYPER<n>_EL0.U bit, events in Non-secure EL0 are counted.<br><br>Otherwise, events in Non-secure EL0 are not counted. | x |
| [27] | NSH | EL2 (Hypervisor) filtering bit. Controls counting in EL2.<br><br>If Secure EL2 is implemented, and EL3 is implemented, counting in Secure EL2 is further controlled by the PMEVTYPER<n>_EL0.SH bit.<br><br>**0b0**<br>Do not count events in EL2.<br><br>**0b1**<br>Count events in EL2. | x |
| [26] | M | EL3 filtering bit.<br><br>If the value of this bit is equal to the value of the PMEVTYPER<n>_EL0.P bit, events in EL3 are counted.<br><br>Otherwise, events in EL3 are not counted. | x |
| [25] | RES0 | Reserved | RES0 |
| [24] | SH | Secure EL2 filtering.<br><br>If the value of this bit is not equal to the value of the PMEVTYPER<n>_EL0.NSH bit, events in Secure EL2 are counted.<br><br>Otherwise, events in Secure EL2 are not counted. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [23:16] | **RES0** | Reserved | **RES0** |
| [15:10] | evtCount[15:10] | Extension to evtCount[9:0]. For more information, see evtCount[9:0]. | `6{x}` |
| [9:0] | evtCount[9:0] | Event to count.<br><br>The event number of the event that is counted by event counter AArch64-PMEVCNTR<n>_EL0.<br><br>The ranges of event numbers allocated to each type of event are shown in *Allocation of the PMU event number space* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>If PMEVTYPER<n>_EL0.evtCount is programmed to an event that is reserved or not supported by the PE, the behavior depends on the value written:<br>• For the range `0x0000` to `0x003F`, no events are counted and the value returned by a direct or external read of the PMEVTYPER<n>_EL0.evtCount field is the value written to the field.<br>• If FEAT_PMUv3p1 is implemented, for the range `0x4000` to `0x403F`, no events are counted and the value returned by a direct or external read of the PMEVTYPER<n>_EL0.evtCount field is the value written to the field.<br>• For other values, it is UNPREDICTABLE what event, if any, is counted and the value returned by a direct or external read of the PMEVTYPER<n>_EL0.evtCount field is **UNKNOWN**.<br><br>**Note:**<br>UNPREDICTABLE means the event must not expose privileged information. | `10{x}` |

## Access

PMEVTYPER<n>_EL0 can also be accessed by using AArch64-PMXEVTYPER_EL0 with AArch64-PMSELR_EL0.SEL set to n.

If <n> is greater than or equal to the number of accessible event counters, then reads and writes of AArch64-PMEVTYPER<n>_EL0 are **CONSTRAINED UNPREDICTABLE**, and the following behaviors are permitted:

- Accesses to the register are UNDEFINED.
- Accesses to the register behave as RAZ/WI.
- Accesses to the register execute as a `NOP`.
- Accesses to the register behave as if <n> is an **UNKNOWN** value less-than-or-equal-to the index of the highest accessible event counter.
- If EL2 is implemented and enabled in the current Security state, and <n> is less than the number of implemented event counters, accesses from EL1 or permitted accesses from EL0 are trapped to EL2.

**Note**

In EL0, an access is permitted if it is enabled by AArch64-PMUSERENR_EL0.EN.

If EL2 is implemented and enabled in the current Security state, in EL1 and EL0, AArch64-MDCR_EL2.HPMN identifies the number of accessible event counters. Otherwise, the number of

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

accessible event counters is the number of implemented event counters. For more information, see AArch64-MDCR_EL2.HPMN.

MRS <Xt>, PMEVTYPER5_EL0

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b011 | 0b1110 | 0b1100 | 0b101 |

MSR PMEVTYPER5_EL0, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b011 | 0b1110 | 0b1100 | 0b101 |

### Accessibility

PMEVTYPER<n>_EL0 can also be accessed by using AArch64-PMXEVTYPER_EL0 with AArch64-PMSELR_EL0.SEL set to n.

If <n> is greater than or equal to the number of accessible event counters, then reads and writes of AArch64-PMEVTYPER<n>_EL0 are CONSTRAINED UNPREDICTABLE, and the following behaviors are permitted:

- Accesses to the register are UNDEFINED.
- Accesses to the register behave as RAZ/WI.
- Accesses to the register execute as a `NOP`.
- Accesses to the register behave as if <n> is an UNKNOWN value less-than-or-equal-to the index of the highest accessible event counter.
- If EL2 is implemented and enabled in the current Security state, and <n> is less than the number of implemented event counters, accesses from EL1 or permitted accesses from EL0 are trapped to EL2.

---

Note

In EL0, an access is permitted if it is enabled by AArch64-PMUSERENR_EL0.EN.

---

If EL2 is implemented and enabled in the current Security state, in EL1 and EL0, AArch64-MDCR_EL2.HPMN identifies the number of accessible event counters. Otherwise, the number of accessible event counters is the number of implemented event counters. For more information, see AArch64-MDCR_EL2.HPMN.
MRS <Xt>, PMEVTYPER5_EL0

```
if 5 >= NUM_PMU_COUNTERS then
    ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
elsif PSTATE.EL == EL0 then
    if PMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.SystemAccessTrap(EL2, 0x18);
        else
```

```
            AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && 5 >= AArch64.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = PMEVTYPER_EL0[5];
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && 5 >= AArch64.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = PMEVTYPER_EL0[5];
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = PMEVTYPER_EL0[5];
elsif PSTATE.EL == EL3 then
    X[t, 64] = PMEVTYPER_EL0[5];
```

MSR PMEVTYPER5_EL0, <Xt>

```
if 5 >= NUM_PMU_COUNTERS then
    ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
elsif PSTATE.EL == EL0 then
    if PMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.SystemAccessTrap(EL2, 0x18);
        else
            AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && 5 >= AArch64.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        PMEVTYPER_EL0[5] = X[t, 64];
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.TPM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && 5 >= AArch64.GetNumEventCountersAccessible() then
        ConstrainUnpredictableProcedure(Unpredictable_PMUEVENTCOUNTER);
    elsif MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        PMEVTYPER_EL0[5] = X[t, 64];
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.TPM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        PMEVTYPER_EL0[5] = X[t, 64];
elsif PSTATE.EL == EL3 then
    PMEVTYPER_EL0[5] = X[t, 64];
```

## B.8 AArch64 GIC system registers summary

The summary table provides an overview of all GIC system registers in the core. For more information about a register, click the register name in the table.

For registers without a listed reset value refer to the individual field resets documented on the register description pages or in the Arm ARM.

**Table B-421: GIC system registers summary**

| Name | Op0 | Op1 | CRn | CRm | Op2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| ICC_PMR_EL1 | 3 | 0 | C4 | C6 | 0 | See individual bit resets. | 64-bit | Interrupt Controller Interrupt Priority Mask Register |
| ICV_PMR_EL1 | 3 | 0 | C4 | C6 | 0 | See individual bit resets. | 64-bit | Interrupt Controller Virtual Interrupt Priority Mask Register |
| ICC_IAR0_EL1 | 3 | 0 | C12 | C8 | 0 | See individual bit resets. | 64-bit | Interrupt Controller Interrupt Acknowledge Register 0 |
| ICV_IAR0_EL1 | 3 | 0 | C12 | C8 | 0 | See individual bit resets. | 64-bit | Interrupt Controller Virtual Interrupt Acknowledge Register 0 |
| ICC_EOIR0_EL1 | 3 | 0 | C12 | C8 | 1 | See individual bit resets. | 64-bit | Interrupt Controller End Of Interrupt Register 0 |
| ICV_EOIR0_EL1 | 3 | 0 | C12 | C8 | 1 | See individual bit resets. | 64-bit | Interrupt Controller Virtual End Of Interrupt Register 0 |
| ICC_HPPIR0_EL1 | 3 | 0 | C12 | C8 | 2 | See individual bit resets. | 64-bit | Interrupt Controller Highest Priority Pending Interrupt Register 0 |
| ICV_HPPIR0_EL1 | 3 | 0 | C12 | C8 | 2 | See individual bit resets. | 64-bit | Interrupt Controller Virtual Highest Priority Pending Interrupt Register 0 |
| ICV_BPR0_EL1 | 3 | 0 | C12 | C8 | 3 | See individual bit resets. | 64-bit | Interrupt Controller Virtual Binary Point Register 0 |
| ICC_AP0R0_EL1 | 3 | 0 | C12 | C8 | 4 | See individual bit resets. | 64-bit | Interrupt Controller Active Priorities Group 0 Registers |
| ICV_AP0R0_EL1 | 3 | 0 | C12 | C8 | 4 | See individual bit resets. | 64-bit | Interrupt Controller Virtual Active Priorities Group 0 Registers |
| ICC_AP1R0_EL1 | 3 | 0 | C12 | C9 | 0 | See individual bit resets. | 64-bit | Interrupt Controller Active Priorities Group 1 Registers |
| ICV_AP1R0_EL1 | 3 | 0 | C12 | C9 | 0 | See individual bit resets. | 64-bit | Interrupt Controller Virtual Active Priorities Group 1 Registers |
| ICC_DIR_EL1 | 3 | 0 | C12 | C11 | 1 | See individual bit resets. | 64-bit | Interrupt Controller Deactivate Interrupt Register |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Name | Op0 | Op1 | CRn | CRm | Op2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| ICV_DIR_EL1 | 3 | 0 | C12 | C11 | 1 | See individual bit resets. | 64-bit | Interrupt Controller Deactivate Virtual Interrupt Register |
| ICC_RPR_EL1 | 3 | 0 | C12 | C11 | 3 | See individual bit resets. | 64-bit | Interrupt Controller Running Priority Register |
| ICV_RPR_EL1 | 3 | 0 | C12 | C11 | 3 | See individual bit resets. | 64-bit | Interrupt Controller Virtual Running Priority Register |
| ICC_SGI1R_EL1 | 3 | 0 | C12 | C11 | 5 | See individual bit resets. | 64-bit | Interrupt Controller Software Generated Interrupt Group 1 Register |
| ICC_ASGI1R_EL1 | 3 | 0 | C12 | C11 | 6 | See individual bit resets. | 64-bit | Interrupt Controller Alias Software Generated Interrupt Group 1 Register |
| ICC_SGI0R_EL1 | 3 | 0 | C12 | C11 | 7 | See individual bit resets. | 64-bit | Interrupt Controller Software Generated Interrupt Group 0 Register |
| ICC_IAR1_EL1 | 3 | 0 | C12 | C12 | 0 | See individual bit resets. | 64-bit | Interrupt Controller Interrupt Acknowledge Register 1 |
| ICV_IAR1_EL1 | 3 | 0 | C12 | C12 | 0 | See individual bit resets. | 64-bit | Interrupt Controller Virtual Interrupt Acknowledge Register 1 |
| ICC_EOIR1_EL1 | 3 | 0 | C12 | C12 | 1 | See individual bit resets. | 64-bit | Interrupt Controller End Of Interrupt Register 1 |
| ICV_EOIR1_EL1 | 3 | 0 | C12 | C12 | 1 | See individual bit resets. | 64-bit | Interrupt Controller Virtual End Of Interrupt Register 1 |
| ICC_HPPIR1_EL1 | 3 | 0 | C12 | C12 | 2 | See individual bit resets. | 64-bit | Interrupt Controller Highest Priority Pending Interrupt Register 1 |
| ICV_HPPIR1_EL1 | 3 | 0 | C12 | C12 | 2 | See individual bit resets. | 64-bit | Interrupt Controller Virtual Highest Priority Pending Interrupt Register 1 |
| ICC_BPR1_EL1 | 3 | 0 | C12 | C12 | 3 | See individual bit resets. | 64-bit | Interrupt Controller Binary Point Register 1 |
| ICV_BPR1_EL1 | 3 | 0 | C12 | C12 | 3 | See individual bit resets. | 64-bit | Interrupt Controller Virtual Binary Point Register 1 |
| ICC_CTLR_EL1 | 3 | 0 | C12 | C12 | 4 | See individual bit resets. | 64-bit | Interrupt Controller Control Register (EL1) |
| ICV_CTLR_EL1 | 3 | 0 | C12 | C12 | 4 | See individual bit resets. | 64-bit | Interrupt Controller Virtual Control Register |
| ICC_SRE_EL1 | 3 | 0 | C12 | C12 | 5 | See individual bit resets. | 64-bit | Interrupt Controller System Register Enable register (EL1) |
| ICC_IGRPEN0_EL1 | 3 | 0 | C12 | C12 | 6 | See individual bit resets. | 64-bit | Interrupt Controller Interrupt Group 0 Enable register |
| ICV_IGRPEN0_EL1 | 3 | 0 | C12 | C12 | 6 | See individual bit resets. | 64-bit | Interrupt Controller Virtual Interrupt Group 0 Enable register |
| ICC_IGRPEN1_EL1 | 3 | 0 | C12 | C12 | 7 | See individual bit resets. | 64-bit | Interrupt Controller Interrupt Group 1 Enable register |
| ICV_IGRPEN1_EL1 | 3 | 0 | C12 | C12 | 7 | See individual bit resets. | 64-bit | Interrupt Controller Virtual Interrupt Group 1 Enable register |
| ICH_AP0R0_EL2 | 3 | 4 | C12 | C8 | 0 | See individual bit resets. | 64-bit | Interrupt Controller Hyp Active Priorities Group 0 Registers |
| ICH_AP1R0_EL2 | 3 | 4 | C12 | C9 | 0 | See individual bit resets. | 64-bit | Interrupt Controller Hyp Active Priorities Group 1 Registers |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Name | Op0 | Op1 | CRn | CRm | Op2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| ICC_SRE_EL2 | 3 | 4 | C12 | C9 | 5 | See individual bit resets. | 64-bit | Interrupt Controller System Register Enable register (EL2) |
| ICH_HCR_EL2 | 3 | 4 | C12 | C11 | 0 | See individual bit resets. | 64-bit | Interrupt Controller Hyp Control Register |
| ICH_VTR_EL2 | 3 | 4 | C12 | C11 | 1 | See individual bit resets. | 64-bit | Interrupt Controller VGIC Type Register |
| ICH_MISR_EL2 | 3 | 4 | C12 | C11 | 2 | See individual bit resets. | 64-bit | Interrupt Controller Maintenance Interrupt State Register |
| ICH_EISR_EL2 | 3 | 4 | C12 | C11 | 3 | See individual bit resets. | 64-bit | Interrupt Controller End of Interrupt Status Register |
| ICH_ELRSR_EL2 | 3 | 4 | C12 | C11 | 5 | See individual bit resets. | 64-bit | Interrupt Controller Empty List Register Status Register |
| ICH_VMCR_EL2 | 3 | 4 | C12 | C11 | 7 | See individual bit resets. | 64-bit | Interrupt Controller Virtual Machine Control Register |
| ICH_LR0_EL2 | 3 | 4 | C12 | C12 | 0 | See individual bit resets. | 64-bit | Interrupt Controller List Registers |
| ICH_LR1_EL2 | 3 | 4 | C12 | C12 | 1 | See individual bit resets. | 64-bit | Interrupt Controller List Registers |
| ICH_LR2_EL2 | 3 | 4 | C12 | C12 | 2 | See individual bit resets. | 64-bit | Interrupt Controller List Registers |
| ICH_LR3_EL2 | 3 | 4 | C12 | C12 | 3 | See individual bit resets. | 64-bit | Interrupt Controller List Registers |
| ICC_CTLR_EL3 | 3 | 6 | C12 | C12 | 4 | See individual bit resets. | 64-bit | Interrupt Controller Control Register (EL3) |
| ICC_SRE_EL3 | 3 | 6 | C12 | C12 | 5 | See individual bit resets. | 64-bit | Interrupt Controller System Register Enable register (EL3) |
| ICC_IGRPEN1_EL3 | 3 | 6 | C12 | C12 | 7 | See individual bit resets. | 64-bit | Interrupt Controller Interrupt Group 1 Enable register (EL3) |

## B.8.1 ICC_AP0R0_EL1, Interrupt Controller Active Priorities Group 0 Registers

Provides information about Group 0 active priorities.

### Configurations

This register is available in all configurations.

### Attributes

#### Width

64

#### Functional group

GIC system registers

#### Access type

See bit descriptions

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Reset value

XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-173: AArch64_icc_ap0r0_el1 bit assignments**




**Table B-422: ICC_AP0R0_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | **RES0** | Reserved | **RES0** |
| [31] | P31 | Provides the access to the active priorities for Group 0 interrupts. Possible values of each bit are:<br>**`0b0`**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**`0b1`**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [30] | P30 | Provides the access to the active priorities for Group 0 interrupts. Possible values of each bit are:<br>**`0b0`**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**`0b1`**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |

| Bits | Name | Description | Reset |
|---|---|---|---|
| [29] | P29 | Provides the access to the active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [28] | P28 | Provides the access to the active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [27] | P27 | Provides the access to the active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [26] | P26 | Provides the access to the active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [25] | P25 | Provides the access to the active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [24] | P24 | Provides the access to the active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [23] | P23 | Provides the access to the active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [22] | P22 | Provides the access to the active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [21] | P21 | Provides the access to the active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [20] | P20 | Provides the access to the active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [19] | P19 | Provides the access to the active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [18] | P18 | Provides the access to the active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [17] | P17 | Provides the access to the active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [16] | P16 | Provides the access to the active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [15] | P15 | Provides the access to the active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [14] | P14 | Provides the access to the active priorities for Group 0 interrupts. Possible values of each bit are:<br>**`0b0`**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**`0b1`**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | `x` |
| [13] | P13 | Provides the access to the active priorities for Group 0 interrupts. Possible values of each bit are:<br>**`0b0`**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**`0b1`**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | `x` |
| [12] | P12 | Provides the access to the active priorities for Group 0 interrupts. Possible values of each bit are:<br>**`0b0`**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**`0b1`**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | `x` |
| [11] | P11 | Provides the access to the active priorities for Group 0 interrupts. Possible values of each bit are:<br>**`0b0`**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**`0b1`**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | `x` |
| [10] | P10 | Provides the access to the active priorities for Group 0 interrupts. Possible values of each bit are:<br>**`0b0`**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**`0b1`**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | `x` |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [9] | P9 | Provides the access to the active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [8] | P8 | Provides the access to the active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [7] | P7 | Provides the access to the active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [6] | P6 | Provides the access to the active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [5] | P5 | Provides the access to the active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [4] | P4 | Provides the access to the active priorities for Group 0 interrupts. Possible values of each bit are:<br>**`0b0`**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**`0b1`**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | `x` |
| [3] | P3 | Provides the access to the active priorities for Group 0 interrupts. Possible values of each bit are:<br>**`0b0`**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**`0b1`**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | `x` |
| [2] | P2 | Provides the access to the active priorities for Group 0 interrupts. Possible values of each bit are:<br>**`0b0`**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**`0b1`**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | `x` |
| [1] | P1 | Provides the access to the active priorities for Group 0 interrupts. Possible values of each bit are:<br>**`0b0`**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**`0b1`**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | `x` |
| [0] | P0 | Provides the access to the active priorities for Group 0 interrupts. Possible values of each bit are:<br>**`0b0`**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**`0b1`**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | `x` |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

The contents of these registers are **IMPLEMENTATION DEFINED** with the one architectural requirement that the value 0x00000000 is consistent with no interrupts being active.

## Access

Writing to these registers with any value other than the last read value of the register (or `0x00000000` when there are no Group 0 active priorities) might result in **UNPREDICTABLE** behavior of the interrupt prioritization system, causing:

- Interrupts that should preempt execution to not preempt execution.
- Interrupts that should not preempt execution to preempt execution.

ICC_AP0R1_EL1 is only implemented in implementations that support 6 or more bits of priority. ICC_AP0R2_EL1 and ICC_AP0R3_EL1 are only implemented in implementations that support 7 or more bits of priority. Unimplemented registers are **UNDEFINED**.

---

**Note**

The number of bits of preemption is indicated by AArch64-ICH_VTR_EL2.PREbits.

---

Writing to the active priority registers in any order other than the following order will result in **UNPREDICTABLE** behavior:

- ICC_AP0R<n>_EL1.
- Secure AArch64-ICC_AP1R<n>_EL1.
- Non-secure AArch64-ICC_AP1R<n>_EL1.

MRS <Xt>, ICC_AP0R0_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b1100 | 0b1000 | 0b100 |

MSR ICC_AP0R0_EL1, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b1100 | 0b1000 | 0b100 |

## Accessibility

Writing to these registers with any value other than the last read value of the register (or 0x00000000 when there are no Group 0 active priorities) might result in UNPREDICTABLE behavior of the interrupt prioritization system, causing:

- Interrupts that should preempt execution to not preempt execution.
- Interrupts that should not preempt execution to preempt execution.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

ICC_AP0R1_EL1 is only implemented in implementations that support 6 or more bits of priority. ICC_AP0R2_EL1 and ICC_AP0R3_EL1 are only implemented in implementations that support 7 or more bits of priority. Unimplemented registers are UNDEFINED.

Note

The number of bits of preemption is indicated by AArch64-ICH_VTR_EL2.PREbits.

Writing to the active priority registers in any order other than the following order will result in UNPREDICTABLE behavior:

- ICC_AP0R<n>_EL1.
- Secure AArch64-ICC_AP1R<n>_EL1.
- Non-secure AArch64-ICC_AP1R<n>_EL1.

MRS <Xt>, ICC_AP0R0_EL1

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if ICC_SRE_EL1.SRE == '0' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && ICH_HCR_EL2.TALL0 == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && HCR_EL2.FMO == '1' then
        X[t, 64] = ICV_AP0R_EL1[0];
    elsif SCR_EL3.FIQ == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = ICC_AP0R_EL1[0];
elsif PSTATE.EL == EL2 then
    if ICC_SRE_EL2.SRE == '0' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif SCR_EL3.FIQ == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = ICC_AP0R_EL1[0];
elsif PSTATE.EL == EL3 then
    if ICC_SRE_EL3.SRE == '0' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = ICC_AP0R_EL1[0];
```

MSR ICC_AP0R0_EL1, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if ICC_SRE_EL1.SRE == '0' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && ICH_HCR_EL2.TALL0 == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    elsif EL2Enabled() && HCR_EL2.FMO == '1' then
        ICV_AP0R_EL1[0] = X[t, 64];
    elsif SCR_EL3.FIQ == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        ICC_AP0R_EL1[0] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if ICC_SRE_EL2.SRE == '0' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif SCR_EL3.FIQ == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        ICC_AP0R_EL1[0] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if ICC_SRE_EL3.SRE == '0' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        ICC_AP0R_EL1[0] = X[t, 64];
```

## B.8.2 ICV_AP0R0_EL1, Interrupt Controller Virtual Active Priorities Group 0 Registers

Provides information about virtual Group 0 active priorities.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

GIC system registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

---

Note

Where the reset reads xxxx, see individual bits

---

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure B-174: AArch64_icv_ap0r0_el1 bit assignments




### Table B-425: ICV_AP0R0_EL1 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | **RES0** | Reserved | **RES0** |
| [31] | P31 | Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [30] | P30 | Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [29] | P29 | Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [28] | P28 | Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [27] | P27 | Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [26] | P26 | Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [25] | P25 | Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [24] | P24 | Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [23] | P23 | Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [22] | P22 | Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [21] | P21 | Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [20] | P20 | Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [19] | P19 | Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [18] | P18 | Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [17] | P17 | Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [16] | P16 | Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [15] | P15 | Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [14] | P14 | Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [13] | P13 | Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [12] | P12 | Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [11] | P11 | Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [10] | P10 | Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [9] | P9 | Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [8] | P8 | Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [7] | P7 | Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [6] | P6 | Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [5] | P5 | Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [4] | P4 | Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [3] | P3 | Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [2] | P2 | Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [1] | P1 | Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [0] | P0 | Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |

The contents of these registers are **IMPLEMENTATION DEFINED** with the one architectural requirement that the value 0x00000000 is consistent with no interrupts being active.

## Access

Writing to these registers with any value other than the last read value of the register (or `0x00000000` when there are no Group 0 active priorities) might result in **UNPREDICTABLE** behavior of the virtual interrupt prioritization system, causing:

- Interrupts that should preempt execution to not preempt execution.
- Interrupts that should not preempt execution to preempt execution.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

ICV_AP0R1_EL1 is only implemented in implementations that support 6 or more bits of priority. ICV_AP0R2_EL1 and ICV_AP0R3_EL1 are only implemented in implementations that support 7 bits of priority. Unimplemented registers are **UNDEFINED**.

Writing to the active priority registers in any order other than the following order might result in **UNPREDICTABLE** behavior of the interrupt prioritization system:

- ICV_AP0R<n>_EL1.
- AArch64-ICV_AP1R<n>_EL1.

MRS <Xt>, ICC_AP0R0_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b1100 | 0b1000 | 0b100 |

MSR ICC_AP0R0_EL1, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b1100 | 0b1000 | 0b100 |

### Accessibility

Writing to these registers with any value other than the last read value of the register (or 0x00000000 when there are no Group 0 active priorities) might result in UNPREDICTABLE behavior of the virtual interrupt prioritization system, causing:

- Interrupts that should preempt execution to not preempt execution.
- Interrupts that should not preempt execution to preempt execution.

ICV_AP0R1_EL1 is only implemented in implementations that support 6 or more bits of priority. ICV_AP0R2_EL1 and ICV_AP0R3_EL1 are only implemented in implementations that support 7 bits of priority. Unimplemented registers are UNDEFINED.

Writing to the active priority registers in any order other than the following order might result in UNPREDICTABLE behavior of the interrupt prioritization system:

- ICV_AP0R<n>_EL1.
- AArch64-ICV_AP1R<n>_EL1.

MRS <Xt>, ICC_AP0R0_EL1

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if ICC_SRE_EL1.SRE == '0' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && ICH_HCR_EL2.TALL0 == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && HCR_EL2.FMO == '1' then
        X[t, 64] = ICV_AP0R_EL1[0];
    elsif SCR_EL3.FIQ == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = ICC_AP0R_EL1[0];
elsif PSTATE.EL == EL2 then
    if ICC_SRE_EL2.SRE == '0' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif SCR_EL3.FIQ == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = ICC_AP0R_EL1[0];
elsif PSTATE.EL == EL3 then
    if ICC_SRE_EL3.SRE == '0' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = ICC_AP0R_EL1[0];
```

MSR ICC_AP0R0_EL1, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if ICC_SRE_EL1.SRE == '0' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && ICH_HCR_EL2.TALL0 == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && HCR_EL2.FMO == '1' then
        ICV_AP0R_EL1[0] = X[t, 64];
    elsif SCR_EL3.FIQ == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        ICC_AP0R_EL1[0] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if ICC_SRE_EL2.SRE == '0' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif SCR_EL3.FIQ == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        ICC_AP0R_EL1[0] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if ICC_SRE_EL3.SRE == '0' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        ICC_AP0R_EL1[0] = X[t, 64];
```

## B.8.3 ICC_AP1R0_EL1, Interrupt Controller Active Priorities Group 1 Registers

Provides information about Group 1 active priorities.

### Configurations

This register is available in all configurations.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Attributes

### Width

64

### Functional group

GIC system registers

### Access type

See bit descriptions

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note: Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure B-175: AArch64_icc_ap1r0_el1 bit assignments




### Table B-428: ICC_AP1R0_EL1 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | RES0 | Reserved | RES0 |

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31] | P31 | Group 1 interrupt active priorities. When AArch64-SCR_EL3.NS == '1', accesses the priorities for Non-secure Group 1 interrupts, and when AArch64-SCR_EL3.NS == '0' accesses the priorities for Secure Group 1 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3].<br>When accessed from non-secure EL2 or EL1, only the 16 lowest-priority interrupts are visible in bits [15:0] of this register. | x |
| [30] | P30 | Group 1 interrupt active priorities. When AArch64-SCR_EL3.NS == '1', accesses the priorities for Non-secure Group 1 interrupts, and when AArch64-SCR_EL3.NS == '0' accesses the priorities for Secure Group 1 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3].<br>When accessed from non-secure EL2 or EL1, only the 16 lowest-priority interrupts are visible in bits [15:0] of this register. | x |
| [29] | P29 | Group 1 interrupt active priorities. When AArch64-SCR_EL3.NS == '1', accesses the priorities for Non-secure Group 1 interrupts, and when AArch64-SCR_EL3.NS == '0' accesses the priorities for Secure Group 1 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3].<br>When accessed from non-secure EL2 or EL1, only the 16 lowest-priority interrupts are visible in bits [15:0] of this register. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [28] | P28 | Group 1 interrupt active priorities. When AArch64-SCR_EL3.NS == '1', accesses the priorities for Non-secure Group 1 interrupts, and when AArch64-SCR_EL3.NS == '0' accesses the priorities for Secure Group 1 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3].<br>When accessed from non-secure EL2 or EL1, only the 16 lowest-priority interrupts are visible in bits [15:0] of this register. | x |
| [27] | P27 | Group 1 interrupt active priorities. When AArch64-SCR_EL3.NS == '1', accesses the priorities for Non-secure Group 1 interrupts, and when AArch64-SCR_EL3.NS == '0' accesses the priorities for Secure Group 1 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3].<br>When accessed from non-secure EL2 or EL1, only the 16 lowest-priority interrupts are visible in bits [15:0] of this register. | x |
| [26] | P26 | Group 1 interrupt active priorities. When AArch64-SCR_EL3.NS == '1', accesses the priorities for Non-secure Group 1 interrupts, and when AArch64-SCR_EL3.NS == '0' accesses the priorities for Secure Group 1 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3].<br>When accessed from non-secure EL2 or EL1, only the 16 lowest-priority interrupts are visible in bits [15:0] of this register. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [25] | P25 | Group 1 interrupt active priorities. When AArch64-SCR_EL3.NS == '1', accesses the priorities for Non-secure Group 1 interrupts, and when AArch64-SCR_EL3.NS == '0' accesses the priorities for Secure Group 1 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3].<br>When accessed from non-secure EL2 or EL1, only the 16 lowest-priority interrupts are visible in bits [15:0] of this register. | x |
| [24] | P24 | Group 1 interrupt active priorities. When AArch64-SCR_EL3.NS == '1', accesses the priorities for Non-secure Group 1 interrupts, and when AArch64-SCR_EL3.NS == '0' accesses the priorities for Secure Group 1 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3].<br>When accessed from non-secure EL2 or EL1, only the 16 lowest-priority interrupts are visible in bits [15:0] of this register. | x |
| [23] | P23 | Group 1 interrupt active priorities. When AArch64-SCR_EL3.NS == '1', accesses the priorities for Non-secure Group 1 interrupts, and when AArch64-SCR_EL3.NS == '0' accesses the priorities for Secure Group 1 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3].<br>When accessed from non-secure EL2 or EL1, only the 16 lowest-priority interrupts are visible in bits [15:0] of this register. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [22] | P22 | Group 1 interrupt active priorities. When AArch64-SCR_EL3.NS == '1', accesses the priorities for Non-secure Group 1 interrupts, and when AArch64-SCR_EL3.NS == '0' accesses the priorities for Secure Group 1 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3].<br>When accessed from non-secure EL2 or EL1, only the 16 lowest-priority interrupts are visible in bits [15:0] of this register. | x |
| [21] | P21 | Group 1 interrupt active priorities. When AArch64-SCR_EL3.NS == '1', accesses the priorities for Non-secure Group 1 interrupts, and when AArch64-SCR_EL3.NS == '0' accesses the priorities for Secure Group 1 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3].<br>When accessed from non-secure EL2 or EL1, only the 16 lowest-priority interrupts are visible in bits [15:0] of this register. | x |
| [20] | P20 | Group 1 interrupt active priorities. When AArch64-SCR_EL3.NS == '1', accesses the priorities for Non-secure Group 1 interrupts, and when AArch64-SCR_EL3.NS == '0' accesses the priorities for Secure Group 1 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3].<br>When accessed from non-secure EL2 or EL1, only the 16 lowest-priority interrupts are visible in bits [15:0] of this register. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [19] | P19 | Group 1 interrupt active priorities. When AArch64-SCR_EL3.NS == '1', accesses the priorities for Non-secure Group 1 interrupts, and when AArch64-SCR_EL3.NS == '0' accesses the priorities for Secure Group 1 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3].<br>When accessed from non-secure EL2 or EL1, only the 16 lowest-priority interrupts are visible in bits [15:0] of this register. | x |
| [18] | P18 | Group 1 interrupt active priorities. When AArch64-SCR_EL3.NS == '1', accesses the priorities for Non-secure Group 1 interrupts, and when AArch64-SCR_EL3.NS == '0' accesses the priorities for Secure Group 1 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3].<br>When accessed from non-secure EL2 or EL1, only the 16 lowest-priority interrupts are visible in bits [15:0] of this register. | x |
| [17] | P17 | Group 1 interrupt active priorities. When AArch64-SCR_EL3.NS == '1', accesses the priorities for Non-secure Group 1 interrupts, and when AArch64-SCR_EL3.NS == '0' accesses the priorities for Secure Group 1 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3].<br>When accessed from non-secure EL2 or EL1, only the 16 lowest-priority interrupts are visible in bits [15:0] of this register. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [16] | P16 | Group 1 interrupt active priorities. When AArch64-SCR_EL3.NS == '1', accesses the priorities for Non-secure Group 1 interrupts, and when AArch64-SCR_EL3.NS == '0' accesses the priorities for Secure Group 1 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3].<br>When accessed from non-secure EL2 or EL1, only the 16 lowest-priority interrupts are visible in bits [15:0] of this register. | x |
| [15] | P15 | Group 1 interrupt active priorities. When AArch64-SCR_EL3.NS == '1', accesses the priorities for Non-secure Group 1 interrupts, and when AArch64-SCR_EL3.NS == '0' accesses the priorities for Secure Group 1 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3].<br>When accessed from non-secure EL2 or EL1, only the 16 lowest-priority interrupts are visible in bits [15:0] of this register. | x |
| [14] | P14 | Group 1 interrupt active priorities. When AArch64-SCR_EL3.NS == '1', accesses the priorities for Non-secure Group 1 interrupts, and when AArch64-SCR_EL3.NS == '0' accesses the priorities for Secure Group 1 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3].<br>When accessed from non-secure EL2 or EL1, only the 16 lowest-priority interrupts are visible in bits [15:0] of this register. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [13] | P13 | Group 1 interrupt active priorities. When AArch64-SCR_EL3.NS == '1', accesses the priorities for Non-secure Group 1 interrupts, and when AArch64-SCR_EL3.NS == '0' accesses the priorities for Secure Group 1 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3].<br>When accessed from non-secure EL2 or EL1, only the 16 lowest-priority interrupts are visible in bits [15:0] of this register. | x |
| [12] | P12 | Group 1 interrupt active priorities. When AArch64-SCR_EL3.NS == '1', accesses the priorities for Non-secure Group 1 interrupts, and when AArch64-SCR_EL3.NS == '0' accesses the priorities for Secure Group 1 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3].<br>When accessed from non-secure EL2 or EL1, only the 16 lowest-priority interrupts are visible in bits [15:0] of this register. | x |
| [11] | P11 | Group 1 interrupt active priorities. When AArch64-SCR_EL3.NS == '1', accesses the priorities for Non-secure Group 1 interrupts, and when AArch64-SCR_EL3.NS == '0' accesses the priorities for Secure Group 1 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3].<br>When accessed from non-secure EL2 or EL1, only the 16 lowest-priority interrupts are visible in bits [15:0] of this register. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [10] | P10 | Group 1 interrupt active priorities. When AArch64-SCR_EL3.NS == '1', accesses the priorities for Non-secure Group 1 interrupts, and when AArch64-SCR_EL3.NS == '0' accesses the priorities for Secure Group 1 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3].<br>When accessed from non-secure EL2 or EL1, only the 16 lowest-priority interrupts are visible in bits [15:0] of this register. | x |
| [9] | P9 | Group 1 interrupt active priorities. When AArch64-SCR_EL3.NS == '1', accesses the priorities for Non-secure Group 1 interrupts, and when AArch64-SCR_EL3.NS == '0' accesses the priorities for Secure Group 1 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3].<br>When accessed from non-secure EL2 or EL1, only the 16 lowest-priority interrupts are visible in bits [15:0] of this register. | x |
| [8] | P8 | Group 1 interrupt active priorities. When AArch64-SCR_EL3.NS == '1', accesses the priorities for Non-secure Group 1 interrupts, and when AArch64-SCR_EL3.NS == '0' accesses the priorities for Secure Group 1 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3].<br>When accessed from non-secure EL2 or EL1, only the 16 lowest-priority interrupts are visible in bits [15:0] of this register. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [7] | P7 | Group 1 interrupt active priorities. When AArch64-SCR_EL3.NS == '1', accesses the priorities for Non-secure Group 1 interrupts, and when AArch64-SCR_EL3.NS == '0' accesses the priorities for Secure Group 1 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3].<br>When accessed from non-secure EL2 or EL1, only the 16 lowest-priority interrupts are visible in bits [15:0] of this register. | x |
| [6] | P6 | Group 1 interrupt active priorities. When AArch64-SCR_EL3.NS == '1', accesses the priorities for Non-secure Group 1 interrupts, and when AArch64-SCR_EL3.NS == '0' accesses the priorities for Secure Group 1 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3].<br>When accessed from non-secure EL2 or EL1, only the 16 lowest-priority interrupts are visible in bits [15:0] of this register. | x |
| [5] | P5 | Group 1 interrupt active priorities. When AArch64-SCR_EL3.NS == '1', accesses the priorities for Non-secure Group 1 interrupts, and when AArch64-SCR_EL3.NS == '0' accesses the priorities for Secure Group 1 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3].<br>When accessed from non-secure EL2 or EL1, only the 16 lowest-priority interrupts are visible in bits [15:0] of this register. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

<table>
<tr><th>Bits</th><th>Name</th><th>Description</th><th>Reset</th></tr>
<tr><td>[4]</td><td>P4</td><td>Group 1 interrupt active priorities. When AArch64-SCR_EL3.NS == '1', accesses the priorities for Non-secure Group 1 interrupts, and when AArch64-SCR_EL3.NS == '0' accesses the priorities for Secure Group 1 interrupts. Possible values of each bit are:<br><code>0b0</code><br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br><code>0b1</code><br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br><br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3].<br><br>When accessed from non-secure EL2 or EL1, only the 16 lowest-priority interrupts are visible in bits [15:0] of this register.</td><td><code>x</code></td></tr>
<tr><td>[3]</td><td>P3</td><td>Group 1 interrupt active priorities. When AArch64-SCR_EL3.NS == '1', accesses the priorities for Non-secure Group 1 interrupts, and when AArch64-SCR_EL3.NS == '0' accesses the priorities for Secure Group 1 interrupts. Possible values of each bit are:<br><code>0b0</code><br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br><code>0b1</code><br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br><br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3].<br><br>When accessed from non-secure EL2 or EL1, only the 16 lowest-priority interrupts are visible in bits [15:0] of this register.</td><td><code>x</code></td></tr>
<tr><td>[2]</td><td>P2</td><td>Group 1 interrupt active priorities. When AArch64-SCR_EL3.NS == '1', accesses the priorities for Non-secure Group 1 interrupts, and when AArch64-SCR_EL3.NS == '0' accesses the priorities for Secure Group 1 interrupts. Possible values of each bit are:<br><code>0b0</code><br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br><code>0b1</code><br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br><br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3].<br><br>When accessed from non-secure EL2 or EL1, only the 16 lowest-priority interrupts are visible in bits [15:0] of this register.</td><td><code>x</code></td></tr>
</table>

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [1] | P1 | Group 1 interrupt active priorities. When AArch64-SCR_EL3.NS == '1', accesses the priorities for Non-secure Group 1 interrupts, and when AArch64-SCR_EL3.NS == '0' accesses the priorities for Secure Group 1 interrupts. Possible values of each bit are:<br>**`0b0`**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**`0b1`**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3].<br>When accessed from non-secure EL2 or EL1, only the 16 lowest-priority interrupts are visible in bits [15:0] of this register. | `x` |
| [0] | P0 | Group 1 interrupt active priorities. When AArch64-SCR_EL3.NS == '1', accesses the priorities for Non-secure Group 1 interrupts, and when AArch64-SCR_EL3.NS == '0' accesses the priorities for Secure Group 1 interrupts. Possible values of each bit are:<br>**`0b0`**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**`0b1`**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3].<br>When accessed from non-secure EL2 or EL1, only the 16 lowest-priority interrupts are visible in bits [15:0] of this register. | `x` |

The contents of these registers are **IMPLEMENTATION DEFINED** with the one architectural requirement that the value 0x00000000 is consistent with no interrupts being active.

## Access

Writing to these registers with any value other than the last read value of the register (or `0x00000000` when there are no Group 1 active priorities) might result in **UNPREDICTABLE** behavior of the interrupt prioritization system, causing:

- Interrupts that should preempt execution to not preempt execution.
- Interrupts that should not preempt execution to preempt execution.

ICC_AP1R1_EL1 is only implemented in implementations that support 6 or more bits of priority. ICC_AP1R2_EL1 and ICC_AP1R3_EL1 are only implemented in implementations that support 7 or more bits of priority. Unimplemented registers are **UNDEFINED**.

Note

The number of bits of preemption is indicated by AArch64-ICH_VTR_EL2.PREbits.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Writing to the active priority registers in any order other than the following order will result in **UNPREDICTABLE** behavior:

- AArch64-ICC_AP0R<n>_EL1.
- Secure ICC_AP1R<n>_EL1.
- Non-secure ICC_AP1R<n>_EL1.

MRS <Xt>, ICC_AP1R0_EL1

| op0 | op1 | CRn | CRm | op2 |
| --- | --- | --- | --- | --- |
| 0b11 | 0b000 | 0b1100 | 0b1001 | 0b000 |

MSR ICC_AP1R0_EL1, <Xt>

| op0 | op1 | CRn | CRm | op2 |
| --- | --- | --- | --- | --- |
| 0b11 | 0b000 | 0b1100 | 0b1001 | 0b000 |

## Accessibility

Writing to these registers with any value other than the last read value of the register (or 0x00000000 when there are no Group 1 active priorities) might result in UNPREDICTABLE behavior of the interrupt prioritization system, causing:

- Interrupts that should preempt execution to not preempt execution.
- Interrupts that should not preempt execution to preempt execution.

ICC_AP1R1_EL1 is only implemented in implementations that support 6 or more bits of priority. ICC_AP1R2_EL1 and ICC_AP1R3_EL1 are only implemented in implementations that support 7 or more bits of priority. Unimplemented registers are UNDEFINED.

Note

The number of bits of preemption is indicated by AArch64-ICH_VTR_EL2.PREbits.

Writing to the active priority registers in any order other than the following order will result in UNPREDICTABLE behavior:

- AArch64-ICC_AP0R<n>_EL1.
- Secure ICC_AP1R<n>_EL1.
- Non-secure ICC_AP1R<n>_EL1.

MRS <Xt>, ICC_AP1R0_EL1

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if ICC_SRE_EL1.SRE == '0' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && ICH_HCR_EL2.TALL1 == '1' then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && HCR_EL2.IMO == '1' then
        X[t, 64] = ICV_AP1R_EL1[0];
    elsif SCR_EL3.IRQ == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        if SCR_EL3.NS == '0' then
            X[t, 64] = ICC_AP1R_EL1_S[0];
        else
            X[t, 64] = ICC_AP1R_EL1_NS[0];
elsif PSTATE.EL == EL2 then
    if ICC_SRE_EL2.SRE == '0' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif SCR_EL3.IRQ == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        if SCR_EL3.NS == '0' then
            X[t, 64] = ICC_AP1R_EL1_S[0];
        else
            X[t, 64] = ICC_AP1R_EL1_NS[0];
elsif PSTATE.EL == EL3 then
    if ICC_SRE_EL3.SRE == '0' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        if SCR_EL3.NS == '0' then
            X[t, 64] = ICC_AP1R_EL1_S[0];
        else
            X[t, 64] = ICC_AP1R_EL1_NS[0];
```

MSR ICC_AP1R0_EL1, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if ICC_SRE_EL1.SRE == '0' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && ICH_HCR_EL2.TALL1 == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && HCR_EL2.IMO == '1' then
        ICV_AP1R_EL1[0] = X[t, 64];
    elsif SCR_EL3.IRQ == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        if SCR_EL3.NS == '0' then
            ICC_AP1R_EL1_S[0] = X[t, 64];
        else
            ICC_AP1R_EL1_NS[0] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if ICC_SRE_EL2.SRE == '0' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif SCR_EL3.IRQ == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        if SCR_EL3.NS == '0' then
            ICC_AP1R_EL1_S[0] = X[t, 64];
        else
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
            ICC_AP1R_EL1_NS[0] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if ICC_SRE_EL3.SRE == '0' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        if SCR_EL3.NS == '0' then
            ICC_AP1R_EL1_S[0] = X[t, 64];
        else
            ICC_AP1R_EL1_NS[0] = X[t, 64];
```

## B.8.4 ICV_AP1R0_EL1, Interrupt Controller Virtual Active Priorities Group 1 Registers

Provides information about virtual Group 1 active priorities.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

GIC system registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure B-176: AArch64_icv_ap1r0_el1 bit assignments




### Table B-431: ICV_AP1R0_EL1 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | **RES0** | Reserved | **RES0** |
| [31] | P31 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [30] | P30 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [29] | P29 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [28] | P28 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [27] | P27 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [26] | P26 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [25] | P25 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [24] | P24 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [23] | P23 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [22] | P22 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [21] | P21 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [20] | P20 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [19] | P19 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [18] | P18 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [17] | P17 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [16] | P16 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [15] | P15 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [14] | P14 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [13] | P13 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [12] | P12 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [11] | P11 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [10] | P10 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [9] | P9 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [8] | P8 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [7] | P7 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [6] | P6 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [5] | P5 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [4] | P4 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [3] | P3 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [2] | P2 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [1] | P1 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |
| [0] | P0 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>There are 32 preemption levels, and the active state of these preemption levels are held in the bits corresponding to Priority[7:3]. | x |

The contents of these registers are **IMPLEMENTATION DEFINED** with the one architectural requirement that the value 0x00000000 is consistent with no interrupts being active.

## Access

Writing to these registers with any value other than the last read value of the register (or `0x00000000` when there are no Group 1 active priorities) might result in **UNPREDICTABLE** behavior of the virtual interrupt prioritization system, causing:

- Interrupts that should preempt execution to not preempt execution.
- Interrupts that should not preempt execution to preempt execution.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

ICV_AP1R1_EL1 is only implemented in implementations that support 6 or more bits of priority. ICV_AP1R2_EL1 and ICV_AP1R3_EL1 are only implemented in implementations that support 7 bits of priority. Unimplemented registers are **UNDEFINED**.

Writing to the active priority registers in any order other than the following order might result in **UNPREDICTABLE** behavior of the interrupt prioritization system:

- AArch64-ICV_AP0R<n>_EL1.
- ICV_AP1R<n>_EL1.

MRS <Xt>, ICC_AP1R0_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b1100 | 0b1001 | 0b000 |

MSR ICC_AP1R0_EL1, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b1100 | 0b1001 | 0b000 |

### Accessibility

Writing to these registers with any value other than the last read value of the register (or 0x00000000 when there are no Group 1 active priorities) might result in UNPREDICTABLE behavior of the virtual interrupt prioritization system, causing:

- Interrupts that should preempt execution to not preempt execution.
- Interrupts that should not preempt execution to preempt execution.

ICV_AP1R1_EL1 is only implemented in implementations that support 6 or more bits of priority. ICV_AP1R2_EL1 and ICV_AP1R3_EL1 are only implemented in implementations that support 7 bits of priority. Unimplemented registers are UNDEFINED.

Writing to the active priority registers in any order other than the following order might result in UNPREDICTABLE behavior of the interrupt prioritization system:

- AArch64-ICV_AP0R<n>_EL1.
- ICV_AP1R<n>_EL1.

MRS <Xt>, ICC_AP1R0_EL1

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if ICC_SRE_EL1.SRE == '0' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && ICH_HCR_EL2.TALL1 == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && HCR_EL2.IMO == '1' then
        X[t, 64] = ICV_AP1R_EL1[0];
    elsif SCR_EL3.IRQ == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        if SCR_EL3.NS == '0' then
            X[t, 64] = ICC_AP1R_EL1_S[0];
        else
            X[t, 64] = ICC_AP1R_EL1_NS[0];
elsif PSTATE.EL == EL2 then
    if ICC_SRE_EL2.SRE == '0' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif SCR_EL3.IRQ == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        if SCR_EL3.NS == '0' then
            X[t, 64] = ICC_AP1R_EL1_S[0];
        else
            X[t, 64] = ICC_AP1R_EL1_NS[0];
elsif PSTATE.EL == EL3 then
    if ICC_SRE_EL3.SRE == '0' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        if SCR_EL3.NS == '0' then
            X[t, 64] = ICC_AP1R_EL1_S[0];
        else
            X[t, 64] = ICC_AP1R_EL1_NS[0];
```

MSR ICC_AP1R0_EL1, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if ICC_SRE_EL1.SRE == '0' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && ICH_HCR_EL2.TALL1 == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && HCR_EL2.IMO == '1' then
        ICV_AP1R_EL1[0] = X[t, 64];
    elsif SCR_EL3.IRQ == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        if SCR_EL3.NS == '0' then
            ICC_AP1R_EL1_S[0] = X[t, 64];
        else
            ICC_AP1R_EL1_NS[0] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if ICC_SRE_EL2.SRE == '0' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif SCR_EL3.IRQ == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        if SCR_EL3.NS == '0' then
            ICC_AP1R_EL1_S[0] = X[t, 64];
        else
            ICC_AP1R_EL1_NS[0] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if ICC_SRE_EL3.SRE == '0' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        if SCR_EL3.NS == '0' then
            ICC_AP1R_EL1_S[0] = X[t, 64];
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        else
            ICC_AP1R_EL1_NS[0] = X[t, 64];
```

## B.8.5 ICC_CTLR_EL1, Interrupt Controller Control Register (EL1)

Controls aspects of the behavior of the GIC CPU interface and provides information about the features implemented.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

GIC system registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-177: AArch64_icc_ctlr_el1 bit assignments**




**Table B-434: ICC_CTLR_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:20] | RES0 | Reserved | RES0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [19] | ExtRange | Extended INTID range (read-only).<br>**0b1**<br>CPU interface supports INTIDs in the range 1024..8191<br>• All INTIDs in the range 1024..8191 are treated as requiring deactivation. | x |
| [18] | RSS | Range Selector Support. Possible values are:<br>**0b0**<br>Targeted SGIs with affinity level 0 values of 0 - 15 are supported. | x |
| [17:16] | **RES0** | Reserved | **RES0** |
| [15] | A3V | Affinity 3 Valid. Read-only and writes are ignored. Possible values are:<br>**0b1**<br>The CPU interface logic supports non-zero values of Affinity 3 in SGI generation System registers. | x |
| [14] | SEIS | SEI Support. Read-only and writes are ignored. Indicates whether the CPU interface supports local generation of SEIs:<br>**0b0**<br>The CPU interface logic does not support local generation of SEIs. | x |
| [13:11] | IDbits | Identifier bits. Read-only and writes are ignored. The number of physical interrupt identifier bits supported:<br>**0b000**<br>16 bits. | xxx |
| [10:8] | PRIbits | Priority bits. Read-only and writes are ignored. The number of priority bits implemented, minus one.<br>An implementation that supports two Security states must implement at least 32 levels of physical priority (5 priority bits).<br>An implementation that supports only a single Security state must implement at least 16 levels of physical priority (4 priority bits).<br>**Note:**<br>This field always returns the number of priority bits implemented, regardless of the Security state of the access or the value of ext-GICD_CTLR.DS.<br>For physical accesses, this field determines the minimum value of AArch64-ICC_BPR0_EL1.<br>If EL3 is implemented, physical accesses return the value from AArch64-ICC_CTLR_EL3.PRIbits.<br>**0b100**<br>5 bits of priority are implemented | xxx |
| [7] | **RES0** | Reserved | **RES0** |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [6] | PMHE | Priority Mask Hint Enable. Controls whether the priority mask register is used as a hint for interrupt distribution:<br>`0b0`<br>Disables use of AArch64-ICC_PMR_EL1 as a hint for interrupt distribution.<br>`0b1`<br>Enables use of AArch64-ICC_PMR_EL1 as a hint for interrupt distribution.<br>If EL3 is implemented, this bit is an alias of AArch64-ICC_CTLR_EL3.PMHE. Whether this bit can be written as part of an access to this register depends on the value of ext-GICD_CTLR.DS:<br>• If ext-GICD_CTLR.DS == 0, this bit is read-only.<br>• If ext-GICD_CTLR.DS == 1, this bit is read/write. | `x` |
| [5:2] | **RES0** | Reserved | **RES0** |
| [1] | EOImode | EOI mode for the current Security state. Controls whether a write to an End of Interrupt register also deactivates the interrupt:<br>`0b0`<br>AArch64-ICC_EOIR0_EL1 and AArch64-ICC_EOIR1_EL1 provide both priority drop and interrupt deactivation functionality. Accesses to AArch64-ICC_DIR_EL1 are **UNPREDICTABLE**.<br>`0b1`<br>AArch64-ICC_EOIR0_EL1 and AArch64-ICC_EOIR1_EL1 provide priority drop functionality only. AArch64-ICC_DIR_EL1 provides interrupt deactivation functionality.<br>The Secure AArch64-ICC_CTLR_EL1.EOImode is an alias of AArch64-ICC_CTLR_EL3.EOImode_EL1S.<br>The Non-secure AArch64-ICC_CTLR_EL1.EOImode is an alias of AArch64-ICC_CTLR_EL3.EOImode_EL1NS | `x` |
| [0] | CBPR | Common Binary Point Register. Controls whether the same register is used for interrupt preemption of both Group 0 and Group 1 interrupts:<br>`0b0`<br>AArch64-ICC_BPR0_EL1 determines the preemption group for Group 0 interrupts only.<br>AArch64-ICC_BPR1_EL1 determines the preemption group for Group 1 interrupts.<br>`0b1`<br>AArch64-ICC_BPR0_EL1 determines the preemption group for both Group 0 and Group 1 interrupts.<br>If EL3 is implemented:<br>• This bit is an alias of AArch64-ICC_CTLR_EL3.CBPR_EL1{S,NS} where S or NS corresponds to the current Security state.<br>• If ext-GICD_CTLR.DS == 0, this bit is read-only.<br>• If ext-GICD_CTLR.DS == 1, this bit is read/write. | `x` |

## Access

MRS <Xt>, ICC_CTLR_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| `0b11` | `0b000` | `0b1100` | `0b1100` | `0b100` |

MSR ICC_CTLR_EL1, <Xt>

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b1100 | 0b1100 | 0b100 |

## Accessibility

MRS <Xt>, ICC_CTLR_EL1

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if ICC_SRE_EL1.SRE == '0' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && ICH_HCR_EL2.TC == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && HCR_EL2.FMO == '1' then
        X[t, 64] = ICV_CTLR_EL1;
    elsif EL2Enabled() && HCR_EL2.IMO == '1' then
        X[t, 64] = ICV_CTLR_EL1;
    elsif SCR_EL3.<IRQ,FIQ> == '11' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        if SCR_EL3.NS == '0' then
            X[t, 64] = ICC_CTLR_EL1_S;
        else
            X[t, 64] = ICC_CTLR_EL1_NS;
elsif PSTATE.EL == EL2 then
    if ICC_SRE_EL2.SRE == '0' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif SCR_EL3.<IRQ,FIQ> == '11' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        if SCR_EL3.NS == '0' then
            X[t, 64] = ICC_CTLR_EL1_S;
        else
            X[t, 64] = ICC_CTLR_EL1_NS;
elsif PSTATE.EL == EL3 then
    if ICC_SRE_EL3.SRE == '0' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        if SCR_EL3.NS == '0' then
            X[t, 64] = ICC_CTLR_EL1_S;
        else
            X[t, 64] = ICC_CTLR_EL1_NS;
```

MSR ICC_CTLR_EL1, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if ICC_SRE_EL1.SRE == '0' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && ICH_HCR_EL2.TC == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && HCR_EL2.FMO == '1' then
        ICV_CTLR_EL1 = X[t, 64];
    elsif EL2Enabled() && HCR_EL2.IMO == '1' then
        ICV_CTLR_EL1 = X[t, 64];
    elsif SCR_EL3.<IRQ,FIQ> == '11' then
        if Halted() && EDSCR.SDD == '1' then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        if SCR_EL3.NS == '0' then
            ICC_CTLR_EL1_S = X[t, 64];
        else
            ICC_CTLR_EL1_NS = X[t, 64];
elsif PSTATE.EL == EL2 then
    if ICC_SRE_EL2.SRE == '0' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif SCR_EL3.<IRQ,FIQ> == '11' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        if SCR_EL3.NS == '0' then
            ICC_CTLR_EL1_S = X[t, 64];
        else
            ICC_CTLR_EL1_NS = X[t, 64];
elsif PSTATE.EL == EL3 then
    if ICC_SRE_EL3.SRE == '0' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        if SCR_EL3.NS == '0' then
            ICC_CTLR_EL1_S = X[t, 64];
        else
            ICC_CTLR_EL1_NS = X[t, 64];
```

## B.8.6 ICV_CTLR_EL1, Interrupt Controller Virtual Control Register

Controls aspects of the behavior of the GIC virtual CPU interface and provides information about the features implemented.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

GIC system registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure B-178: AArch64_icv_ctlr_el1 bit assignments




### Table B-437: ICV_CTLR_EL1 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:20] | **RES0** | Reserved | **RES0** |
| [19] | ExtRange | Extended INTID range (read-only).<br>**0b1**<br>CPU interface supports INTIDs in the range 1024..8191<br>• All INTIDs in the range 1024..8191 are treated as requiring deactivation. | x |
| [18] | RSS | Range Selector Support. Possible values are:<br>**0b0**<br>Targeted SGIs with affinity level 0 values of 0 - 15 are supported. | x |
| [17:16] | **RES0** | Reserved | **RES0** |
| [15] | A3V | Affinity 3 Valid. Read-only and writes are ignored. Possible values are:<br>**0b1**<br>The virtual CPU interface logic supports non-zero values of Affinity 3 in SGI generation System registers. | x |
| [14] | SEIS | SEI Support. Read-only and writes are ignored. Indicates whether the virtual CPU interface supports local generation of SEIs:<br>**0b0**<br>The virtual CPU interface logic does not support local generation of SEIs. | x |
| [13:11] | IDbits | Identifier bits. Read-only and writes are ignored. The number of virtual interrupt identifier bits supported:<br>**0b000**<br>16 bits. | xxx |
| [10:8] | PRIbits | Priority bits. Read-only and writes are ignored. The number of priority bits implemented, minus one.<br>An implementation must implement at least 32 levels of physical priority (5 priority bits).<br>**Note:**<br>This field always returns the number of priority bits implemented.<br>The division between group priority and subpriority is defined in the binary point registers AArch64-ICV_BPR0_EL1 and AArch64-ICV_BPR1_EL1.<br>**0b100**<br>5 bits of priority are implemented | xxx |
| [7:2] | **RES0** | Reserved | **RES0** |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [1] | EOImode | Virtual EOI mode. Controls whether a write to an End of Interrupt register also deactivates the virtual interrupt:<br>**0b0**<br>AArch64-ICV_EOIR0_EL1 and AArch64-ICV_EOIR1_EL1 provide both priority drop and interrupt deactivation functionality. Accesses to AArch64-ICV_DIR_EL1 are **UNPREDICTABLE**.<br>**0b1**<br>AArch64-ICV_EOIR0_EL1 and AArch64-ICV_EOIR1_EL1 provide priority drop functionality only. AArch64-ICV_DIR_EL1 provides interrupt deactivation functionality. | x |
| [0] | CBPR | Common Binary Point Register. Controls whether the same register is used for interrupt preemption of both virtual Group 0 and virtual Group 1 interrupts:<br>**0b0**<br>AArch64-ICV_BPR1_EL1 determines the preemption group for virtual Group 1 interrupts.<br>**0b1**<br>Non-secure reads of AArch64-ICV_BPR1_EL1 return AArch64-ICV_BPR0_EL1 plus one, saturated to 0b111. Non-secure writes to AArch64-ICV_BPR1_EL1 are ignored.<br><br>Secure reads of AArch64-ICV_BPR1_EL1 return AArch64-ICV_BPR0_EL1. Secure writes of AArch64-ICV_BPR1_EL1 modify AArch64-ICV_BPR0_EL1. | x |

## Access

MRS <Xt>, ICC_CTLR_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b1100 | 0b1100 | 0b100 |

MSR ICC_CTLR_EL1, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b1100 | 0b1100 | 0b100 |

## Accessibility

MRS <Xt>, ICC_CTLR_EL1

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if ICC_SRE_EL1.SRE == '0' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && ICH_HCR_EL2.TC == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && HCR_EL2.FMO == '1' then
        X[t, 64] = ICV_CTLR_EL1;
    elsif EL2Enabled() && HCR_EL2.IMO == '1' then
        X[t, 64] = ICV_CTLR_EL1;
    elsif SCR_EL3.<IRQ,FIQ> == '11' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        if SCR_EL3.NS == '0' then
            X[t, 64] = ICC_CTLR_EL1_S;
        else
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
            X[t, 64] = ICC_CTLR_EL1_NS;
elsif PSTATE.EL == EL2 then
    if ICC_SRE_EL2.SRE == '0' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif SCR_EL3.<IRQ,FIQ> == '11' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        if SCR_EL3.NS == '0' then
            X[t, 64] = ICC_CTLR_EL1_S;
        else
            X[t, 64] = ICC_CTLR_EL1_NS;
elsif PSTATE.EL == EL3 then
    if ICC_SRE_EL3.SRE == '0' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        if SCR_EL3.NS == '0' then
            X[t, 64] = ICC_CTLR_EL1_S;
        else
            X[t, 64] = ICC_CTLR_EL1_NS;
```

MSR ICC_CTLR_EL1, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if ICC_SRE_EL1.SRE == '0' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && ICH_HCR_EL2.TC == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif EL2Enabled() && HCR_EL2.FMO == '1' then
        ICV_CTLR_EL1 = X[t, 64];
    elsif EL2Enabled() && HCR_EL2.IMO == '1' then
        ICV_CTLR_EL1 = X[t, 64];
    elsif SCR_EL3.<IRQ,FIQ> == '11' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        if SCR_EL3.NS == '0' then
            ICC_CTLR_EL1_S = X[t, 64];
        else
            ICC_CTLR_EL1_NS = X[t, 64];
elsif PSTATE.EL == EL2 then
    if ICC_SRE_EL2.SRE == '0' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif SCR_EL3.<IRQ,FIQ> == '11' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        if SCR_EL3.NS == '0' then
            ICC_CTLR_EL1_S = X[t, 64];
        else
            ICC_CTLR_EL1_NS = X[t, 64];
elsif PSTATE.EL == EL3 then
    if ICC_SRE_EL3.SRE == '0' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        if SCR_EL3.NS == '0' then
            ICC_CTLR_EL1_S = X[t, 64];
        else
            ICC_CTLR_EL1_NS = X[t, 64];
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## B.8.7 ICH_AP0R0_EL2, Interrupt Controller Hyp Active Priorities Group 0 Registers

Provides information about Group 0 virtual active priorities for EL2.

### Configurations

If EL2 is not implemented, this register is RES0 from EL3.

This register has no effect if EL2 is not enabled in the current Security state.

### Attributes

**Width**

64

**Functional group**

GIC system registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx 0000 0000 0000 0000 0000 0000 0000 0000

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-179: AArch64_ich_ap0r0_el2 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table B-440: ICH_AP0R0_EL2 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | **RES0** | Reserved | **RES0** |
| [31] | P31 | Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP0R0_EL2 in the bits corresponding to Priority[7:3].<br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP0R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP0R1_EL2 in the bits corresponding to 1:Priority[6:2].<br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP0R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP0R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP0R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP0R3_EL2 in the bits corresponding to 11:Priority[5:1].<br>**Note:**<br>Having the bit corresponding to a priority set to 1 in both ICH_AP0R<n>_EL2 and AArch64-ICH_AP1R<n>_EL2 might result in **UNPREDICTABLE** behavior of the interrupt prioritization system for virtual interrupts. | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

<table>
<tr><th>Bits</th><th>Name</th><th>Description</th><th>Reset</th></tr>
<tr><td>[30]</td><td>P30</td><td>Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br>0b0<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>0b1<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br><br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br><br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP0R0_EL2 in the bits corresponding to Priority[7:3].<br><br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP0R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP0R1_EL2 in the bits corresponding to 1:Priority[6:2].<br><br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP0R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP0R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP0R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP0R3_EL2 in the bits corresponding to 11:Priority[5:1].<br><br>Note:<br>Having the bit corresponding to a priority set to 1 in both ICH_AP0R<n>_EL2 and AArch64-ICH_AP1R<n>_EL2 might result in UNPREDICTABLE behavior of the interrupt prioritization system for virtual interrupts.</td><td>0b0</td></tr>
</table>

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [29] | P29 | Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br><br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br><br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP0R0_EL2 in the bits corresponding to Priority[7:3].<br><br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP0R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP0R1_EL2 in the bits corresponding to 1:Priority[6:2].<br><br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP0R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP0R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP0R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP0R3_EL2 in the bits corresponding to 11:Priority[5:1].<br><br>**Note:**<br>Having the bit corresponding to a priority set to 1 in both ICH_AP0R<n>_EL2 and AArch64-ICH_AP1R<n>_EL2 might result in **UNPREDICTABLE** behavior of the interrupt prioritization system for virtual interrupts. | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [28] | P28 | Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br><br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br><br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP0R0_EL2 in the bits corresponding to Priority[7:3].<br><br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP0R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP0R1_EL2 in the bits corresponding to 1:Priority[6:2].<br><br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP0R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP0R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP0R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP0R3_EL2 in the bits corresponding to 11:Priority[5:1].<br><br>**Note:**<br>Having the bit corresponding to a priority set to 1 in both ICH_AP0R<n>_EL2 and AArch64-ICH_AP1R<n>_EL2 might result in **UNPREDICTABLE** behavior of the interrupt prioritization system for virtual interrupts. | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [27] | P27 | Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br><br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br><br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP0R0_EL2 in the bits corresponding to Priority[7:3].<br><br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP0R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP0R1_EL2 in the bits corresponding to 1:Priority[6:2].<br><br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP0R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP0R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP0R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP0R3_EL2 in the bits corresponding to 11:Priority[5:1].<br><br>**Note:**<br>Having the bit corresponding to a priority set to 1 in both ICH_AP0R<n>_EL2 and AArch64-ICH_AP1R<n>_EL2 might result in **UNPREDICTABLE** behavior of the interrupt prioritization system for virtual interrupts. | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [26] | P26 | Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br><br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br><br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP0R0_EL2 in the bits corresponding to Priority[7:3].<br><br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP0R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP0R1_EL2 in the bits corresponding to 1:Priority[6:2].<br><br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP0R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP0R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP0R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP0R3_EL2 in the bits corresponding to 11:Priority[5:1].<br><br>**Note:**<br>Having the bit corresponding to a priority set to 1 in both ICH_AP0R<n>_EL2 and AArch64-ICH_AP1R<n>_EL2 might result in **UNPREDICTABLE** behavior of the interrupt prioritization system for virtual interrupts. | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

<table>
<tr><th>Bits</th><th>Name</th><th>Description</th><th>Reset</th></tr>
<tr><td>[25]</td><td>P25</td><td>Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br><br><code>0b0</code><br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br><br><code>0b1</code><br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br><br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br><br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP0R0_EL2 in the bits corresponding to Priority[7:3].<br><br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP0R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP0R1_EL2 in the bits corresponding to 1:Priority[6:2].<br><br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP0R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP0R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP0R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP0R3_EL2 in the bits corresponding to 11:Priority[5:1].<br><br>Note:<br>Having the bit corresponding to a priority set to 1 in both ICH_AP0R<n>_EL2 and AArch64-ICH_AP1R<n>_EL2 might result in UNPREDICTABLE behavior of the interrupt prioritization system for virtual interrupts.</td><td><code>0b0</code></td></tr>
</table>

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [24] | P24 | Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br>**`0b0`**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**`0b1`**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br><br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br><br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP0R0_EL2 in the bits corresponding to Priority[7:3].<br><br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP0R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP0R1_EL2 in the bits corresponding to 1:Priority[6:2].<br><br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP0R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP0R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP0R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP0R3_EL2 in the bits corresponding to 11:Priority[5:1].<br><br>**Note:**<br>Having the bit corresponding to a priority set to 1 in both ICH_AP0R<n>_EL2 and AArch64-ICH_AP1R<n>_EL2 might result in **UNPREDICTABLE** behavior of the interrupt prioritization system for virtual interrupts. | `0b0` |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [23] | P23 | Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br><br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br><br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP0R0_EL2 in the bits corresponding to Priority[7:3].<br><br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP0R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP0R1_EL2 in the bits corresponding to 1:Priority[6:2].<br><br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP0R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP0R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP0R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP0R3_EL2 in the bits corresponding to 11:Priority[5:1].<br><br>**Note:**<br>Having the bit corresponding to a priority set to 1 in both ICH_AP0R<n>_EL2 and AArch64-ICH_AP1R<n>_EL2 might result in **UNPREDICTABLE** behavior of the interrupt prioritization system for virtual interrupts. | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

<table>
<tr><th>Bits</th><th>Name</th><th>Description</th><th>Reset</th></tr>
<tr><td>[22]</td><td>P22</td><td>Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br><br>0b0<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br><br>0b1<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br><br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br><br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP0R0_EL2 in the bits corresponding to Priority[7:3].<br><br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP0R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP0R1_EL2 in the bits corresponding to 1:Priority[6:2].<br><br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP0R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP0R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP0R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP0R3_EL2 in the bits corresponding to 11:Priority[5:1].<br><br>Note:<br>Having the bit corresponding to a priority set to 1 in both ICH_AP0R<n>_EL2 and AArch64-ICH_AP1R<n>_EL2 might result in UNPREDICTABLE behavior of the interrupt prioritization system for virtual interrupts.</td><td>0b0</td></tr>
</table>

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [21] | P21 | Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br><br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br><br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP0R0_EL2 in the bits corresponding to Priority[7:3].<br><br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP0R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP0R1_EL2 in the bits corresponding to 1:Priority[6:2].<br><br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP0R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP0R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP0R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP0R3_EL2 in the bits corresponding to 11:Priority[5:1].<br><br>**Note:**<br>Having the bit corresponding to a priority set to 1 in both ICH_AP0R<n>_EL2 and AArch64-ICH_AP1R<n>_EL2 might result in **UNPREDICTABLE** behavior of the interrupt prioritization system for virtual interrupts. | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [20] | P20 | Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP0R0_EL2 in the bits corresponding to Priority[7:3].<br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP0R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP0R1_EL2 in the bits corresponding to 1:Priority[6:2].<br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP0R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP0R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP0R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP0R3_EL2 in the bits corresponding to 11:Priority[5:1].<br>**Note:**<br>Having the bit corresponding to a priority set to 1 in both ICH_AP0R<n>_EL2 and AArch64-ICH_AP1R<n>_EL2 might result in **UNPREDICTABLE** behavior of the interrupt prioritization system for virtual interrupts. | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [19] | P19 | Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br><br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br><br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP0R0_EL2 in the bits corresponding to Priority[7:3].<br><br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP0R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP0R1_EL2 in the bits corresponding to 1:Priority[6:2].<br><br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP0R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP0R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP0R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP0R3_EL2 in the bits corresponding to 11:Priority[5:1].<br><br>**Note:**<br>Having the bit corresponding to a priority set to 1 in both ICH_AP0R<n>_EL2 and AArch64-ICH_AP1R<n>_EL2 might result in **UNPREDICTABLE** behavior of the interrupt prioritization system for virtual interrupts. | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [18] | P18 | Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br><br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br><br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP0R0_EL2 in the bits corresponding to Priority[7:3].<br><br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP0R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP0R1_EL2 in the bits corresponding to 1:Priority[6:2].<br><br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP0R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP0R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP0R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP0R3_EL2 in the bits corresponding to 11:Priority[5:1].<br><br>**Note:**<br>Having the bit corresponding to a priority set to 1 in both ICH_AP0R<n>_EL2 and AArch64-ICH_AP1R<n>_EL2 might result in **UNPREDICTABLE** behavior of the interrupt prioritization system for virtual interrupts. | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

<table>
<tr><th>Bits</th><th>Name</th><th>Description</th><th>Reset</th></tr>
<tr><td>[17]</td><td>P17</td><td>Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br><br><code>0b0</code><br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br><br><code>0b1</code><br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br><br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br><br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP0R0_EL2 in the bits corresponding to Priority[7:3].<br><br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP0R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP0R1_EL2 in the bits corresponding to 1:Priority[6:2].<br><br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP0R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP0R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP0R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP0R3_EL2 in the bits corresponding to 11:Priority[5:1].<br><br>Note:<br>Having the bit corresponding to a priority set to 1 in both ICH_AP0R<n>_EL2 and AArch64-ICH_AP1R<n>_EL2 might result in UNPREDICTABLE behavior of the interrupt prioritization system for virtual interrupts.</td><td><code>0b0</code></td></tr>
</table>

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

<table>
<tr><th>Bits</th><th>Name</th><th>Description</th><th>Reset</th></tr>
<tr><td>[16]</td><td>P16</td><td>Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br><br>0b0<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br><br>0b1<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br><br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br><br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP0R0_EL2 in the bits corresponding to Priority[7:3].<br><br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP0R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP0R1_EL2 in the bits corresponding to 1:Priority[6:2].<br><br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP0R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP0R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP0R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP0R3_EL2 in the bits corresponding to 11:Priority[5:1].<br><br>Note:<br>Having the bit corresponding to a priority set to 1 in both ICH_AP0R<n>_EL2 and AArch64-ICH_AP1R<n>_EL2 might result in UNPREDICTABLE behavior of the interrupt prioritization system for virtual interrupts.</td><td>0b0</td></tr>
</table>

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [15] | P15 | Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br><br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br><br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP0R0_EL2 in the bits corresponding to Priority[7:3].<br><br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP0R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP0R1_EL2 in the bits corresponding to 1:Priority[6:2].<br><br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP0R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP0R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP0R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP0R3_EL2 in the bits corresponding to 11:Priority[5:1].<br><br>**Note:**<br>Having the bit corresponding to a priority set to 1 in both ICH_AP0R<n>_EL2 and AArch64-ICH_AP1R<n>_EL2 might result in **UNPREDICTABLE** behavior of the interrupt prioritization system for virtual interrupts. | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [14] | P14 | Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br>**`0b0`**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**`0b1`**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br><br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br><br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP0R0_EL2 in the bits corresponding to Priority[7:3].<br><br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP0R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP0R1_EL2 in the bits corresponding to 1:Priority[6:2].<br><br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP0R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP0R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP0R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP0R3_EL2 in the bits corresponding to 11:Priority[5:1].<br><br>**Note:**<br>Having the bit corresponding to a priority set to 1 in both ICH_AP0R<n>_EL2 and AArch64-ICH_AP1R<n>_EL2 might result in **UNPREDICTABLE** behavior of the interrupt prioritization system for virtual interrupts. | `0b0` |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [13] | P13 | Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br><br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br><br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP0R0_EL2 in the bits corresponding to Priority[7:3].<br><br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP0R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP0R1_EL2 in the bits corresponding to 1:Priority[6:2].<br><br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP0R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP0R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP0R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP0R3_EL2 in the bits corresponding to 11:Priority[5:1].<br><br>**Note:**<br>Having the bit corresponding to a priority set to 1 in both ICH_AP0R<n>_EL2 and AArch64-ICH_AP1R<n>_EL2 might result in **UNPREDICTABLE** behavior of the interrupt prioritization system for virtual interrupts. | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

<table>
<tr><th>Bits</th><th>Name</th><th>Description</th><th>Reset</th></tr>
<tr><td>[12]</td><td>P12</td><td>Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br>0b0<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>0b1<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br><br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br><br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP0R0_EL2 in the bits corresponding to Priority[7:3].<br><br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP0R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP0R1_EL2 in the bits corresponding to 1:Priority[6:2].<br><br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP0R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP0R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP0R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP0R3_EL2 in the bits corresponding to 11:Priority[5:1].<br><br>Note:<br>Having the bit corresponding to a priority set to 1 in both ICH_AP0R<n>_EL2 and AArch64-ICH_AP1R<n>_EL2 might result in UNPREDICTABLE behavior of the interrupt prioritization system for virtual interrupts.</td><td>0b0</td></tr>
</table>

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [11] | P11 | Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP0R0_EL2 in the bits corresponding to Priority[7:3].<br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP0R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP0R1_EL2 in the bits corresponding to 1:Priority[6:2].<br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP0R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP0R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP0R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP0R3_EL2 in the bits corresponding to 11:Priority[5:1].<br>**Note:**<br>Having the bit corresponding to a priority set to 1 in both ICH_AP0R<n>_EL2 and AArch64-ICH_AP1R<n>_EL2 might result in **UNPREDICTABLE** behavior of the interrupt prioritization system for virtual interrupts. | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [10] | P10 | Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br><br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br><br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP0R0_EL2 in the bits corresponding to Priority[7:3].<br><br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP0R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP0R1_EL2 in the bits corresponding to 1:Priority[6:2].<br><br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP0R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP0R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP0R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP0R3_EL2 in the bits corresponding to 11:Priority[5:1].<br><br>**Note:**<br>Having the bit corresponding to a priority set to 1 in both ICH_AP0R<n>_EL2 and AArch64-ICH_AP1R<n>_EL2 might result in **UNPREDICTABLE** behavior of the interrupt prioritization system for virtual interrupts. | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
| --- | --- | --- | --- |
| [9] | P9 | Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br><br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br><br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP0R0_EL2 in the bits corresponding to Priority[7:3].<br><br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP0R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP0R1_EL2 in the bits corresponding to 1:Priority[6:2].<br><br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP0R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP0R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP0R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP0R3_EL2 in the bits corresponding to 11:Priority[5:1].<br><br>**Note:**<br>Having the bit corresponding to a priority set to 1 in both ICH_AP0R<n>_EL2 and AArch64-ICH_AP1R<n>_EL2 might result in **UNPREDICTABLE** behavior of the interrupt prioritization system for virtual interrupts. | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

<table>
<tr><th>Bits</th><th>Name</th><th>Description</th><th>Reset</th></tr>
<tr><td>[8]</td><td>P8</td><td>Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br>0b0<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>0b1<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br><br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br><br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP0R0_EL2 in the bits corresponding to Priority[7:3].<br><br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP0R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP0R1_EL2 in the bits corresponding to 1:Priority[6:2].<br><br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP0R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP0R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP0R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP0R3_EL2 in the bits corresponding to 11:Priority[5:1].<br><br>Note:<br>Having the bit corresponding to a priority set to 1 in both ICH_AP0R<n>_EL2 and AArch64-ICH_AP1R<n>_EL2 might result in UNPREDICTABLE behavior of the interrupt prioritization system for virtual interrupts.</td><td>0b0</td></tr>
</table>

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [7] | P7 | Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP0R0_EL2 in the bits corresponding to Priority[7:3].<br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP0R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP0R1_EL2 in the bits corresponding to 1:Priority[6:2].<br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP0R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP0R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP0R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP0R3_EL2 in the bits corresponding to 11:Priority[5:1].<br>**Note:**<br>Having the bit corresponding to a priority set to 1 in both ICH_AP0R<n>_EL2 and AArch64-ICH_AP1R<n>_EL2 might result in **UNPREDICTABLE** behavior of the interrupt prioritization system for virtual interrupts. | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [6] | P6 | Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br><br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br><br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP0R0_EL2 in the bits corresponding to Priority[7:3].<br><br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP0R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP0R1_EL2 in the bits corresponding to 1:Priority[6:2].<br><br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP0R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP0R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP0R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP0R3_EL2 in the bits corresponding to 11:Priority[5:1].<br><br>**Note:**<br>Having the bit corresponding to a priority set to 1 in both ICH_AP0R<n>_EL2 and AArch64-ICH_AP1R<n>_EL2 might result in **UNPREDICTABLE** behavior of the interrupt prioritization system for virtual interrupts. | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [5] | P5 | Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br><br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br><br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP0R0_EL2 in the bits corresponding to Priority[7:3].<br><br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP0R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP0R1_EL2 in the bits corresponding to 1:Priority[6:2].<br><br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP0R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP0R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP0R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP0R3_EL2 in the bits corresponding to 11:Priority[5:1].<br><br>**Note:**<br>Having the bit corresponding to a priority set to 1 in both ICH_AP0R<n>_EL2 and AArch64-ICH_AP1R<n>_EL2 might result in **UNPREDICTABLE** behavior of the interrupt prioritization system for virtual interrupts. | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [4] | P4 | Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br><br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br><br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP0R0_EL2 in the bits corresponding to Priority[7:3].<br><br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP0R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP0R1_EL2 in the bits corresponding to 1:Priority[6:2].<br><br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP0R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP0R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP0R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP0R3_EL2 in the bits corresponding to 11:Priority[5:1].<br><br>**Note:**<br>Having the bit corresponding to a priority set to 1 in both ICH_AP0R<n>_EL2 and AArch64-ICH_AP1R<n>_EL2 might result in **UNPREDICTABLE** behavior of the interrupt prioritization system for virtual interrupts. | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [3] | P3 | Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br><br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br><br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP0R0_EL2 in the bits corresponding to Priority[7:3].<br><br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP0R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP0R1_EL2 in the bits corresponding to 1:Priority[6:2].<br><br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP0R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP0R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP0R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP0R3_EL2 in the bits corresponding to 11:Priority[5:1].<br><br>**Note:**<br>Having the bit corresponding to a priority set to 1 in both ICH_AP0R<n>_EL2 and AArch64-ICH_AP1R<n>_EL2 might result in **UNPREDICTABLE** behavior of the interrupt prioritization system for virtual interrupts. | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [2] | P2 | Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br><br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br><br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP0R0_EL2 in the bits corresponding to Priority[7:3].<br><br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP0R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP0R1_EL2 in the bits corresponding to 1:Priority[6:2].<br><br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP0R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP0R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP0R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP0R3_EL2 in the bits corresponding to 11:Priority[5:1].<br><br>**Note:**<br>Having the bit corresponding to a priority set to 1 in both ICH_AP0R<n>_EL2 and AArch64-ICH_AP1R<n>_EL2 might result in **UNPREDICTABLE** behavior of the interrupt prioritization system for virtual interrupts. | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
| --- | --- | --- | --- |
| [1] | P1 | Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br><br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br><br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP0R0_EL2 in the bits corresponding to Priority[7:3].<br><br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP0R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP0R1_EL2 in the bits corresponding to 1:Priority[6:2].<br><br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP0R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP0R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP0R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP0R3_EL2 in the bits corresponding to 11:Priority[5:1].<br><br>**Note:**<br>Having the bit corresponding to a priority set to 1 in both ICH_AP0R<n>_EL2 and AArch64-ICH_AP1R<n>_EL2 might result in **UNPREDICTABLE** behavior of the interrupt prioritization system for virtual interrupts. | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [0] | P0 | Provides the access to the virtual active priorities for Group 0 interrupts. Possible values of each bit are:<br>**0b0**<br>There is no Group 0 interrupt active with this priority level, or all active Group 0 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 0 interrupt active with this priority level which has not undergone priority drop.<br><br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br><br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP0R0_EL2 in the bits corresponding to Priority[7:3].<br><br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP0R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP0R1_EL2 in the bits corresponding to 1:Priority[6:2].<br><br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP0R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP0R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP0R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP0R3_EL2 in the bits corresponding to 11:Priority[5:1].<br><br>**Note:**<br>Having the bit corresponding to a priority set to 1 in both ICH_AP0R<n>_EL2 and AArch64-ICH_AP1R<n>_EL2 might result in **UNPREDICTABLE** behavior of the interrupt prioritization system for virtual interrupts. | 0b0 |

Software must ensure that ICH_AP0R<n>_EL2 is 0 for legacy VMs otherwise behavior is **UNPREDICTABLE**. For more information about support for legacy VMs, see 'Support for legacy operation of VMs' in ARM® Generic Interrupt Controller Architecture Specification, GIC architecture version 3.0 and version 4.0 (ARM IHI 0069).

The active priorities for Group 0 and Group 1 interrupts for legacy VMs are held in AArch64-ICH_AP1R<n>_EL2 and reads and writes to GICV_APR access AArch64-ICH_AP1R<n>_EL2. This means that ICH_AP0R<n>_EL2 is inaccessible to legacy VMs.

## Access

ICH_AP0R1_EL2 is only implemented in implementations that support 6 or more bits of preemption. ICH_AP0R2_EL2 and ICH_AP0R3_EL2 are only implemented in implementations that support 7 bits of preemption. Unimplemented registers are **UNDEFINED**.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Note

The number of bits of preemption is indicated by AArch64-ICH_VTR_EL2.PREbits

Writing to these registers with any value other than the last read value of the register (or `0x00000000` for a newly set up virtual machine) can result in **UNPREDICTABLE** behavior of the virtual interrupt prioritization system allowing either:

- Virtual interrupts that should preempt execution to not preempt execution.
- Interrupts that should not preempt execution to preempt execution at EL1 or EL0.

Writing to the active priority registers in any order other than the following order will result in **UNPREDICTABLE** behavior:

- ICH_AP0R<n>_EL2.
- AArch64-ICH_AP1R<n>_EL2.

Having the bit corresponding to a priority set in both ICH_AP0R<n>_EL2 and AArch64-ICH_AP1R<n>_EL2 can result in **UNPREDICTABLE** behavior of the interrupt prioritization system for virtual interrupts.

MRS <Xt>, ICH_AP0R0_EL2

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b100 | 0b1100 | 0b1000 | 0b000 |

MSR ICH_AP0R0_EL2, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b100 | 0b1100 | 0b1000 | 0b000 |

### Accessibility

ICH_AP0R1_EL2 is only implemented in implementations that support 6 or more bits of preemption. ICH_AP0R2_EL2 and ICH_AP0R3_EL2 are only implemented in implementations that support 7 bits of preemption. Unimplemented registers are UNDEFINED.

Note

The number of bits of preemption is indicated by AArch64-ICH_VTR_EL2.PREbits

Writing to these registers with any value other than the last read value of the register (or 0x00000000 for a newly set up virtual machine) can result in UNPREDICTABLE behavior of the virtual interrupt prioritization system allowing either:

- Virtual interrupts that should preempt execution to not preempt execution.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

- Interrupts that should not preempt execution to preempt execution at EL1 or EL0.

Writing to the active priority registers in any order other than the following order will result in UNPREDICTABLE behavior:

- ICH_AP0R<n>_EL2.
- AArch64-ICH_AP1R<n>_EL2.

Having the bit corresponding to a priority set in both ICH_AP0R<n>_EL2 and AArch64-ICH_AP1R<n>_EL2 can result in UNPREDICTABLE behavior of the interrupt prioritization system for virtual interrupts.
MRS <Xt>, ICH_AP0R0_EL2

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.<NV2,NV> == '11' then
        X[t, 64] = NVMem[0x480 + (8 * 0)];
    elsif EL2Enabled() && HCR_EL2.NV == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        UNDEFINED;
elsif PSTATE.EL == EL2 then
    if ICC_SRE_EL2.SRE == '0' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        X[t, 64] = ICH_AP0R_EL2[0];
elsif PSTATE.EL == EL3 then
    if ICC_SRE_EL3.SRE == '0' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = ICH_AP0R_EL2[0];
```

MSR ICH_AP0R0_EL2, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.<NV2,NV> == '11' then
        NVMem[0x480 + (8 * 0)] = X[t, 64];
    elsif EL2Enabled() && HCR_EL2.NV == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        UNDEFINED;
elsif PSTATE.EL == EL2 then
    if ICC_SRE_EL2.SRE == '0' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        ICH_AP0R_EL2[0] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if ICC_SRE_EL3.SRE == '0' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        ICH_AP0R_EL2[0] = X[t, 64];
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## B.8.8 ICH_AP1R0_EL2, Interrupt Controller Hyp Active Priorities Group 1 Registers

Provides information about Group 1 virtual active priorities for EL2.

### Configurations

If EL2 is not implemented, this register is RES0 from EL3.

This register has no effect if EL2 is not enabled in the current Security state.

### Attributes

**Width**

64

**Functional group**

GIC system registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx 0000 0000 0000 0000 0000 0000 0000 0000

---

Note

Where the reset reads xxxx, see individual bits

---

### Bit descriptions

**Figure B-180: AArch64_ich_ap1r0_el2 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table B-443: ICH_AP1R0_EL2 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | **RES0** | Reserved | **RES0** |
| [31] | P31 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**`0b0`**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**`0b1`**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br><br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br><br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP1R0_EL2 in the bits corresponding to Priority[7:3].<br><br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP1R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP1R1_EL2 in the bits corresponding to 1:Priority[6:2].<br><br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP1R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP1R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP1R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP1R3_EL2 in the bits corresponding to 11:Priority[5:1].<br><br>**Note:**<br>Having the bit corresponding to a priority set to 1 in both AArch64-ICH_AP0R<n>_EL2 and ICH_AP1R<n>_EL2 might result in **UNPREDICTABLE** behavior of the interrupt prioritization system for virtual interrupts. | `0b0` |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [30] | P30 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br><br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br><br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP1R0_EL2 in the bits corresponding to Priority[7:3].<br><br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP1R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP1R1_EL2 in the bits corresponding to 1:Priority[6:2].<br><br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP1R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP1R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP1R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP1R3_EL2 in the bits corresponding to 11:Priority[5:1].<br><br>**Note:**<br>Having the bit corresponding to a priority set to 1 in both AArch64-ICH_AP0R<n>_EL2 and ICH_AP1R<n>_EL2 might result in **UNPREDICTABLE** behavior of the interrupt prioritization system for virtual interrupts. | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [29] | P29 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br><br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br><br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP1R0_EL2 in the bits corresponding to Priority[7:3].<br><br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP1R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP1R1_EL2 in the bits corresponding to 1:Priority[6:2].<br><br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP1R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP1R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP1R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP1R3_EL2 in the bits corresponding to 11:Priority[5:1].<br><br>**Note:**<br>Having the bit corresponding to a priority set to 1 in both AArch64-ICH_AP0R<n>_EL2 and ICH_AP1R<n>_EL2 might result in **UNPREDICTABLE** behavior of the interrupt prioritization system for virtual interrupts. | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [28] | P28 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br><br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br><br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP1R0_EL2 in the bits corresponding to Priority[7:3].<br><br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP1R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP1R1_EL2 in the bits corresponding to 1:Priority[6:2].<br><br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP1R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP1R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP1R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP1R3_EL2 in the bits corresponding to 11:Priority[5:1].<br><br>**Note:**<br>Having the bit corresponding to a priority set to 1 in both AArch64-ICH_AP0R<n>_EL2 and ICH_AP1R<n>_EL2 might result in **UNPREDICTABLE** behavior of the interrupt prioritization system for virtual interrupts. | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [27] | P27 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br><br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br><br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP1R0_EL2 in the bits corresponding to Priority[7:3].<br><br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP1R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP1R1_EL2 in the bits corresponding to 1:Priority[6:2].<br><br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP1R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP1R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP1R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP1R3_EL2 in the bits corresponding to 11:Priority[5:1].<br><br>**Note:**<br>Having the bit corresponding to a priority set to 1 in both AArch64-ICH_AP0R<n>_EL2 and ICH_AP1R<n>_EL2 might result in **UNPREDICTABLE** behavior of the interrupt prioritization system for virtual interrupts. | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [26] | P26 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br><br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br><br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP1R0_EL2 in the bits corresponding to Priority[7:3].<br><br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP1R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP1R1_EL2 in the bits corresponding to 1:Priority[6:2].<br><br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP1R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP1R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP1R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP1R3_EL2 in the bits corresponding to 11:Priority[5:1].<br><br>**Note:**<br>Having the bit corresponding to a priority set to 1 in both AArch64-ICH_AP0R<n>_EL2 and ICH_AP1R<n>_EL2 might result in **UNPREDICTABLE** behavior of the interrupt prioritization system for virtual interrupts. | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [25] | P25 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br><br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br><br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP1R0_EL2 in the bits corresponding to Priority[7:3].<br><br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP1R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP1R1_EL2 in the bits corresponding to 1:Priority[6:2].<br><br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP1R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP1R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP1R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP1R3_EL2 in the bits corresponding to 11:Priority[5:1].<br><br>**Note:**<br>Having the bit corresponding to a priority set to 1 in both AArch64-ICH_AP0R<n>_EL2 and ICH_AP1R<n>_EL2 might result in **UNPREDICTABLE** behavior of the interrupt prioritization system for virtual interrupts. | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [24] | P24 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br><br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br><br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP1R0_EL2 in the bits corresponding to Priority[7:3].<br><br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP1R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP1R1_EL2 in the bits corresponding to 1:Priority[6:2].<br><br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP1R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP1R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP1R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP1R3_EL2 in the bits corresponding to 11:Priority[5:1].<br><br>**Note:**<br>Having the bit corresponding to a priority set to 1 in both AArch64-ICH_AP0R<n>_EL2 and ICH_AP1R<n>_EL2 might result in **UNPREDICTABLE** behavior of the interrupt prioritization system for virtual interrupts. | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [23] | P23 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br><br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br><br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP1R0_EL2 in the bits corresponding to Priority[7:3].<br><br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP1R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP1R1_EL2 in the bits corresponding to 1:Priority[6:2].<br><br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP1R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP1R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP1R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP1R3_EL2 in the bits corresponding to 11:Priority[5:1].<br><br>**Note:**<br>Having the bit corresponding to a priority set to 1 in both AArch64-ICH_AP0R<n>_EL2 and ICH_AP1R<n>_EL2 might result in **UNPREDICTABLE** behavior of the interrupt prioritization system for virtual interrupts. | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [22] | P22 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br><br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br><br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP1R0_EL2 in the bits corresponding to Priority[7:3].<br><br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP1R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP1R1_EL2 in the bits corresponding to 1:Priority[6:2].<br><br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP1R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP1R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP1R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP1R3_EL2 in the bits corresponding to 11:Priority[5:1].<br><br>**Note:**<br>Having the bit corresponding to a priority set to 1 in both AArch64-ICH_AP0R<n>_EL2 and ICH_AP1R<n>_EL2 might result in **UNPREDICTABLE** behavior of the interrupt prioritization system for virtual interrupts. | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [21] | P21 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br><br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br><br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP1R0_EL2 in the bits corresponding to Priority[7:3].<br><br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP1R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP1R1_EL2 in the bits corresponding to 1:Priority[6:2].<br><br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP1R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP1R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP1R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP1R3_EL2 in the bits corresponding to 11:Priority[5:1].<br><br>**Note:**<br>Having the bit corresponding to a priority set to 1 in both AArch64-ICH_AP0R<n>_EL2 and ICH_AP1R<n>_EL2 might result in **UNPREDICTABLE** behavior of the interrupt prioritization system for virtual interrupts. | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [20] | P20 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP1R0_EL2 in the bits corresponding to Priority[7:3].<br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP1R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP1R1_EL2 in the bits corresponding to 1:Priority[6:2].<br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP1R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP1R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP1R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP1R3_EL2 in the bits corresponding to 11:Priority[5:1].<br>**Note:**<br>Having the bit corresponding to a priority set to 1 in both AArch64-ICH_AP0R<n>_EL2 and ICH_AP1R<n>_EL2 might result in **UNPREDICTABLE** behavior of the interrupt prioritization system for virtual interrupts. | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [19] | P19 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br><br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br><br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP1R0_EL2 in the bits corresponding to Priority[7:3].<br><br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP1R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP1R1_EL2 in the bits corresponding to 1:Priority[6:2].<br><br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP1R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP1R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP1R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP1R3_EL2 in the bits corresponding to 11:Priority[5:1].<br><br>**Note:**<br>Having the bit corresponding to a priority set to 1 in both AArch64-ICH_AP0R<n>_EL2 and ICH_AP1R<n>_EL2 might result in **UNPREDICTABLE** behavior of the interrupt prioritization system for virtual interrupts. | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
| --- | --- | --- | --- |
| [18] | P18 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**`0b0`**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**`0b1`**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br><br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br><br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP1R0_EL2 in the bits corresponding to Priority[7:3].<br><br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP1R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP1R1_EL2 in the bits corresponding to 1:Priority[6:2].<br><br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP1R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP1R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP1R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP1R3_EL2 in the bits corresponding to 11:Priority[5:1].<br><br>**Note:**<br>Having the bit corresponding to a priority set to 1 in both AArch64-ICH_AP0R<n>_EL2 and ICH_AP1R<n>_EL2 might result in **UNPREDICTABLE** behavior of the interrupt prioritization system for virtual interrupts. | `0b0` |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [17] | P17 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**`0b0`**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**`0b1`**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br><br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br><br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP1R0_EL2 in the bits corresponding to Priority[7:3].<br><br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP1R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP1R1_EL2 in the bits corresponding to 1:Priority[6:2].<br><br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP1R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP1R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP1R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP1R3_EL2 in the bits corresponding to 11:Priority[5:1].<br><br>**Note:**<br>Having the bit corresponding to a priority set to 1 in both AArch64-ICH_AP0R<n>_EL2 and ICH_AP1R<n>_EL2 might result in **UNPREDICTABLE** behavior of the interrupt prioritization system for virtual interrupts. | `0b0` |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [16] | P16 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP1R0_EL2 in the bits corresponding to Priority[7:3].<br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP1R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP1R1_EL2 in the bits corresponding to 1:Priority[6:2].<br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP1R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP1R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP1R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP1R3_EL2 in the bits corresponding to 11:Priority[5:1].<br>**Note:**<br>Having the bit corresponding to a priority set to 1 in both AArch64-ICH_AP0R<n>_EL2 and ICH_AP1R<n>_EL2 might result in **UNPREDICTABLE** behavior of the interrupt prioritization system for virtual interrupts. | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [15] | P15 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br><br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br><br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP1R0_EL2 in the bits corresponding to Priority[7:3].<br><br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP1R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP1R1_EL2 in the bits corresponding to 1:Priority[6:2].<br><br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP1R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP1R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP1R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP1R3_EL2 in the bits corresponding to 11:Priority[5:1].<br><br>**Note:**<br>Having the bit corresponding to a priority set to 1 in both AArch64-ICH_AP0R<n>_EL2 and ICH_AP1R<n>_EL2 might result in **UNPREDICTABLE** behavior of the interrupt prioritization system for virtual interrupts. | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [14] | P14 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br><br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br><br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP1R0_EL2 in the bits corresponding to Priority[7:3].<br><br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP1R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP1R1_EL2 in the bits corresponding to 1:Priority[6:2].<br><br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP1R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP1R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP1R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP1R3_EL2 in the bits corresponding to 11:Priority[5:1].<br><br>**Note:**<br>Having the bit corresponding to a priority set to 1 in both AArch64-ICH_AP0R<n>_EL2 and ICH_AP1R<n>_EL2 might result in **UNPREDICTABLE** behavior of the interrupt prioritization system for virtual interrupts. | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

<table>
<tr><th>Bits</th><th>Name</th><th>Description</th><th>Reset</th></tr>
<tr><td>[13]</td><td>P13</td><td>Group 1 interrupt active priorities. Possible values of each bit are:<br><br>0b0<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br><br>0b1<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br><br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br><br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP1R0_EL2 in the bits corresponding to Priority[7:3].<br><br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP1R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP1R1_EL2 in the bits corresponding to 1:Priority[6:2].<br><br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP1R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP1R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP1R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP1R3_EL2 in the bits corresponding to 11:Priority[5:1].<br><br>Note:<br>Having the bit corresponding to a priority set to 1 in both AArch64-ICH_AP0R<n>_EL2 and ICH_AP1R<n>_EL2 might result in UNPREDICTABLE behavior of the interrupt prioritization system for virtual interrupts.</td><td>0b0</td></tr>
</table>

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [12] | P12 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br><br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br><br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP1R0_EL2 in the bits corresponding to Priority[7:3].<br><br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP1R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP1R1_EL2 in the bits corresponding to 1:Priority[6:2].<br><br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP1R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP1R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP1R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP1R3_EL2 in the bits corresponding to 11:Priority[5:1].<br><br>**Note:**<br>Having the bit corresponding to a priority set to 1 in both AArch64-ICH_AP0R<n>_EL2 and ICH_AP1R<n>_EL2 might result in **UNPREDICTABLE** behavior of the interrupt prioritization system for virtual interrupts. | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [11] | P11 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br><br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br><br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP1R0_EL2 in the bits corresponding to Priority[7:3].<br><br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP1R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP1R1_EL2 in the bits corresponding to 1:Priority[6:2].<br><br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP1R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP1R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP1R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP1R3_EL2 in the bits corresponding to 11:Priority[5:1].<br><br>**Note:**<br>Having the bit corresponding to a priority set to 1 in both AArch64-ICH_AP0R<n>_EL2 and ICH_AP1R<n>_EL2 might result in **UNPREDICTABLE** behavior of the interrupt prioritization system for virtual interrupts. | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

<table>
<tr><th>Bits</th><th>Name</th><th>Description</th><th>Reset</th></tr>
<tr><td>[10]</td><td>P10</td><td>Group 1 interrupt active priorities. Possible values of each bit are:<br><code>0b0</code><br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br><code>0b1</code><br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br><br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br><br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP1R0_EL2 in the bits corresponding to Priority[7:3].<br><br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP1R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP1R1_EL2 in the bits corresponding to 1:Priority[6:2].<br><br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP1R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP1R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP1R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP1R3_EL2 in the bits corresponding to 11:Priority[5:1].<br><br>Note:<br>Having the bit corresponding to a priority set to 1 in both AArch64-ICH_AP0R<n>_EL2 and ICH_AP1R<n>_EL2 might result in UNPREDICTABLE behavior of the interrupt prioritization system for virtual interrupts.</td><td><code>0b0</code></td></tr>
</table>

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [9] | P9 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br><br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br><br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP1R0_EL2 in the bits corresponding to Priority[7:3].<br><br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP1R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP1R1_EL2 in the bits corresponding to 1:Priority[6:2].<br><br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP1R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP1R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP1R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP1R3_EL2 in the bits corresponding to 11:Priority[5:1].<br><br>**Note:**<br>Having the bit corresponding to a priority set to 1 in both AArch64-ICH_AP0R<n>_EL2 and ICH_AP1R<n>_EL2 might result in **UNPREDICTABLE** behavior of the interrupt prioritization system for virtual interrupts. | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [8] | P8 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br><br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br><br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP1R0_EL2 in the bits corresponding to Priority[7:3].<br><br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP1R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP1R1_EL2 in the bits corresponding to 1:Priority[6:2].<br><br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP1R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP1R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP1R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP1R3_EL2 in the bits corresponding to 11:Priority[5:1].<br><br>**Note:**<br>Having the bit corresponding to a priority set to 1 in both AArch64-ICH_AP0R<n>_EL2 and ICH_AP1R<n>_EL2 might result in **UNPREDICTABLE** behavior of the interrupt prioritization system for virtual interrupts. | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [7] | P7 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br><br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br><br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP1R0_EL2 in the bits corresponding to Priority[7:3].<br><br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP1R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP1R1_EL2 in the bits corresponding to 1:Priority[6:2].<br><br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP1R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP1R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP1R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP1R3_EL2 in the bits corresponding to 11:Priority[5:1].<br><br>**Note:**<br>Having the bit corresponding to a priority set to 1 in both AArch64-ICH_AP0R<n>_EL2 and ICH_AP1R<n>_EL2 might result in **UNPREDICTABLE** behavior of the interrupt prioritization system for virtual interrupts. | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

<table>
<tr><th>Bits</th><th>Name</th><th>Description</th><th>Reset</th></tr>
<tr><td>[6]</td><td>P6</td><td>Group 1 interrupt active priorities. Possible values of each bit are:<br><br>0b0<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br><br>0b1<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br><br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br><br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP1R0_EL2 in the bits corresponding to Priority[7:3].<br><br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP1R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP1R1_EL2 in the bits corresponding to 1:Priority[6:2].<br><br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP1R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP1R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP1R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP1R3_EL2 in the bits corresponding to 11:Priority[5:1].<br><br>Note:<br>Having the bit corresponding to a priority set to 1 in both AArch64-ICH_AP0R<n>_EL2 and ICH_AP1R<n>_EL2 might result in UNPREDICTABLE behavior of the interrupt prioritization system for virtual interrupts.</td><td>0b0</td></tr>
</table>

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
| --- | --- | --- | --- |
| [5] | P5 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br><br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br><br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP1R0_EL2 in the bits corresponding to Priority[7:3].<br><br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP1R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP1R1_EL2 in the bits corresponding to 1:Priority[6:2].<br><br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP1R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP1R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP1R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP1R3_EL2 in the bits corresponding to 11:Priority[5:1].<br><br>**Note:**<br>Having the bit corresponding to a priority set to 1 in both AArch64-ICH_AP0R<n>_EL2 and ICH_AP1R<n>_EL2 might result in **UNPREDICTABLE** behavior of the interrupt prioritization system for virtual interrupts. | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [4] | P4 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br><br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br><br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP1R0_EL2 in the bits corresponding to Priority[7:3].<br><br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP1R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP1R1_EL2 in the bits corresponding to 1:Priority[6:2].<br><br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP1R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP1R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP1R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP1R3_EL2 in the bits corresponding to 11:Priority[5:1].<br><br>**Note:**<br>Having the bit corresponding to a priority set to 1 in both AArch64-ICH_AP0R<n>_EL2 and ICH_AP1R<n>_EL2 might result in **UNPREDICTABLE** behavior of the interrupt prioritization system for virtual interrupts. | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [3] | P3 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br><br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br><br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP1R0_EL2 in the bits corresponding to Priority[7:3].<br><br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP1R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP1R1_EL2 in the bits corresponding to 1:Priority[6:2].<br><br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP1R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP1R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP1R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP1R3_EL2 in the bits corresponding to 11:Priority[5:1].<br><br>**Note:**<br>Having the bit corresponding to a priority set to 1 in both AArch64-ICH_AP0R<n>_EL2 and ICH_AP1R<n>_EL2 might result in **UNPREDICTABLE** behavior of the interrupt prioritization system for virtual interrupts. | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [2] | P2 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**`0b0`**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**`0b1`**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br><br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br><br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP1R0_EL2 in the bits corresponding to Priority[7:3].<br><br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP1R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP1R1_EL2 in the bits corresponding to 1:Priority[6:2].<br><br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP1R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP1R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP1R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP1R3_EL2 in the bits corresponding to 11:Priority[5:1].<br><br>**Note:**<br>Having the bit corresponding to a priority set to 1 in both AArch64-ICH_AP0R<n>_EL2 and ICH_AP1R<n>_EL2 might result in **UNPREDICTABLE** behavior of the interrupt prioritization system for virtual interrupts. | `0b0` |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [1] | P1 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br><br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br><br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP1R0_EL2 in the bits corresponding to Priority[7:3].<br><br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP1R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP1R1_EL2 in the bits corresponding to 1:Priority[6:2].<br><br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP1R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP1R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP1R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP1R3_EL2 in the bits corresponding to 11:Priority[5:1].<br><br>**Note:**<br>Having the bit corresponding to a priority set to 1 in both AArch64-ICH_AP0R<n>_EL2 and ICH_AP1R<n>_EL2 might result in **UNPREDICTABLE** behavior of the interrupt prioritization system for virtual interrupts. | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [0] | P0 | Group 1 interrupt active priorities. Possible values of each bit are:<br>**0b0**<br>There is no Group 1 interrupt active with this priority level, or all active Group 1 interrupts with this priority level have undergone priority-drop.<br>**0b1**<br>There is a Group 1 interrupt active with this priority level which has not undergone priority drop.<br>The correspondence between priority levels and bits depends on the number of bits of priority that are implemented.<br>If 5 bits of preemption are implemented (bits [7:3] of priority), then there are 32 preemption levels, and the active state of these preemption levels are held in ICH_AP1R0_EL2 in the bits corresponding to Priority[7:3].<br>If 6 bits of preemption are implemented (bits [7:2] of priority), then there are 64 preemption levels, and:<br>• The active state of preemption levels 0 - 124 are held in ICH_AP1R0_EL2 in the bits corresponding to 0:Priority[6:2].<br>• The active state of preemption levels 128 - 252 are held in ICH_AP1R1_EL2 in the bits corresponding to 1:Priority[6:2].<br>If 7 bits of preemption are implemented (bits [7:1] of priority), then there are 128 preemption levels, and:<br>• The active state of preemption levels 0 - 62 are held in ICH_AP1R0_EL2 in the bits corresponding to 00:Priority[5:1].<br>• The active state of preemption levels 64 - 126 are held in ICH_AP1R1_EL2 in the bits corresponding to 01:Priority[5:1].<br>• The active state of preemption levels 128 - 190 are held in ICH_AP1R2_EL2 in the bits corresponding to 10:Priority[5:1].<br>• The active state of preemption levels 192 - 254 are held in ICH_AP1R3_EL2 in the bits corresponding to 11:Priority[5:1].<br>**Note:**<br>Having the bit corresponding to a priority set to 1 in both AArch64-ICH_AP0R<n>_EL2 and ICH_AP1R<n>_EL2 might result in **UNPREDICTABLE** behavior of the interrupt prioritization system for virtual interrupts. | 0b0 |

This register is always used for legacy VMs, regardless of the group of the virtual interrupt. Reads and writes to ext-GICV_APR<n> access AArch64-ICH_AP1R<n>_EL2. For more information about support for legacy VMs, see 'Support for legacy operation of VMs' in ARM® Generic Interrupt Controller Architecture Specification, GIC architecture version 3.0 and version 4.0 (ARM IHI 0069).

## Access

ICH_AP1R1_EL2 is only implemented in implementations that support 6 or more bits of preemption. ICH_AP1R2_EL2 and ICH_AP1R3_EL2 are only implemented in implementations that support 7 bits of preemption. Unimplemented registers are **UNDEFINED**.

Note

The number of bits of preemption is indicated by AArch64-ICH_VTR_EL2.PREbits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Writing to these registers with any value other than the last read value of the register (or `0x00000000` for a newly set up virtual machine) can result in **UNPREDICTABLE** behavior of the virtual interrupt prioritization system allowing either:

Writing to the active priority registers in any order other than the following order will result in **UNPREDICTABLE** behavior:

MRS <Xt>, ICH_AP1R0_EL2

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b100 | 0b1100 | 0b1001 | 0b000 |

MSR ICH_AP1R0_EL2, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b100 | 0b1100 | 0b1001 | 0b000 |

### Accessibility

ICH_AP1R1_EL2 is only implemented in implementations that support 6 or more bits of preemption. ICH_AP1R2_EL2 and ICH_AP1R3_EL2 are only implemented in implementations that support 7 bits of preemption. Unimplemented registers are UNDEFINED.

Note

The number of bits of preemption is indicated by AArch64-ICH_VTR_EL2.PREbits

Writing to these registers with any value other than the last read value of the register (or 0x00000000 for a newly set up virtual machine) can result in UNPREDICTABLE behavior of the virtual interrupt prioritization system allowing either:

Writing to the active priority registers in any order other than the following order will result in UNPREDICTABLE behavior:
MRS <Xt>, ICH_AP1R0_EL2

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.<NV2,NV> == '11' then
        X[t, 64] = NVMem[0x4A0 + (8 * 0)];
    elsif EL2Enabled() && HCR_EL2.NV == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        UNDEFINED;
elsif PSTATE.EL == EL2 then
    if ICC_SRE_EL2.SRE == '0' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        X[t, 64] = ICH_AP1R_EL2[0];
elsif PSTATE.EL == EL3 then
    if ICC_SRE_EL3.SRE == '0' then
        AArch64.SystemAccessTrap(EL3, 0x18);
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    else
        X[t, 64] = ICH_AP1R_EL2[0];
```

MSR ICH_AP1R0_EL2, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.<NV2,NV> == '11' then
        NVMem[0x4A0 + (8 * 0)] = X[t, 64];
    elsif EL2Enabled() && HCR_EL2.NV == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        UNDEFINED;
elsif PSTATE.EL == EL2 then
    if ICC_SRE_EL2.SRE == '0' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        ICH_AP1R_EL2[0] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if ICC_SRE_EL3.SRE == '0' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        ICH_AP1R_EL2[0] = X[t, 64];
```

## B.8.9 ICH_VTR_EL2, Interrupt Controller VGIC Type Register

Reports supported GIC virtualization features.

### Configurations

If EL2 is not implemented, all bits in this register are RES0 from EL3, except for nV4, which is RES1 from EL3.

This register has no effect if EL2 is not enabled in the current Security state.

### Attributes

**Width**

64

**Functional group**

GIC system registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure B-181: AArch64_ich_vtr_el2 bit assignments




### Table B-446: ICH_VTR_EL2 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | RES0 | Reserved | RES0 |
| [31:29] | PRIbits | Priority bits. The number of virtual priority bits implemented, minus one.<br><br>An implementation must implement at least 32 levels of virtual priority (5 priority bits).<br><br>This field is an alias of AArch64-ICV_CTLR_EL1.PRIbits.<br><br>**0b100**<br>5 virtual priority bits are implemented | xxx |
| [28:26] | PREbits | The number of virtual preemption bits implemented, minus one.<br><br>An implementation must implement at least 32 levels of virtual preemption priority (5 preemption bits).<br><br>The value of this field must be less than or equal to the value of ICH_VTR_EL2.PRIbits.<br><br>The maximum value of this field is 6, indicating 7 bits of preemption.<br><br>This field determines the minimum value of AArch64-ICH_VMCR_EL2.VBPR0.<br><br>**0b100**<br>5 virtual pre-emption bits are implemented | xxx |
| [25:23] | IDbits | The number of virtual interrupt identifier bits supported:<br><br>**0b000**<br>16 bits. | xxx |
| [22] | SEIS | SEI Support. Indicates whether the virtual CPU interface supports generation of SEIs:<br><br>**0b0**<br>The virtual CPU interface logic does not support generation of SEIs. | x |
| [21] | A3V | Affinity 3 Valid. Possible values are:<br><br>**0b1**<br>The virtual CPU interface logic supports non-zero values of Affinity 3 in SGI generation System registers. | x |
| [20] | nV4 | Direct injection of virtual interrupts not supported. Possible values are:<br><br>**0b0**<br>The CPU interface logic supports direct injection of virtual interrupts. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [19] | TDS | Separate trapping of EL1 writes to AArch64-ICV_DIR_EL1 supported.<br>**0b1**<br>Implementation supports AArch64-ICH_HCR_EL2.TDIR. | x |
| [18] | DVIM | Masking of directly-injected virtual interrupts.<br>**0b0**<br>Masking of Directly-injected Virtual Interrupts not supported. | x |
| [17:5] | RES0 | Reserved | RES0 |
| [4:0] | ListRegs | The number of implemented List registers, minus one. For example, a value of 0b01111 indicates that the maximum of 16 List registers are implemented.<br>**0b00011**<br>4 List registers | 5{x} |

### Access

MRS <Xt>, ICH_VTR_EL2

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b100 | 0b1100 | 0b1011 | 0b001 |

### Accessibility

MRS <Xt>, ICH_VTR_EL2

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.NV == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        UNDEFINED;
elsif PSTATE.EL == EL2 then
    if ICC_SRE_EL2.SRE == '0' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        X[t, 64] = ICH_VTR_EL2;
elsif PSTATE.EL == EL3 then
    if ICC_SRE_EL3.SRE == '0' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = ICH_VTR_EL2;
```

## B.8.10 ICH_LR0_EL2, Interrupt Controller List Registers

Provides interrupt context information for the virtual CPU interface.

### Configurations

If EL2 is not implemented, this register is RES0 from EL3.

If list register n is not implemented, then accesses to this register are UNDEFINED.

This register has no effect if EL2 is not enabled in the current Security state.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Attributes

### Width

64

### Functional group

GIC system registers

### Access type

See bit descriptions

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure B-182: AArch64_ich_lr0_el2 bit assignments**




**Table B-448: ICH_LR0_EL2 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:62] | State | The state of the interrupt:<br>**0b00**<br>Invalid (Inactive).<br>**0b01**<br>Pending.<br>**0b10**<br>Active.<br>**0b11**<br>Pending and active.<br>The GIC updates these state bits as virtual interrupts proceed through the interrupt life cycle. Entries in the invalid state are ignored, except for the purpose of generating virtual maintenance interrupts.<br>For hardware interrupts, the pending and active state is held in the physical Distributor rather than the virtual CPU interface. A hypervisor must only use the pending and active state for software originated interrupts, which are typically associated with virtual devices, or SGIs. | xx |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [61] | HW | Indicates whether this virtual interrupt maps directly to a hardware interrupt, meaning that it corresponds to a physical interrupt. Deactivation of the virtual interrupt also causes the deactivation of the physical interrupt with the ID that the pINTID field indicates.<br>**0b0**<br>The interrupt is triggered entirely by software. No notification is sent to the Distributor when the virtual interrupt is deactivated.<br>**0b1**<br>The interrupt maps directly to a hardware interrupt. A deactivate interrupt request is sent to the Distributor when the virtual interrupt is deactivated, using the pINTID field from this register to indicate the physical interrupt ID.<br><br>If AArch64-ICH_VMCR_EL2.VEOIM is 0, this request corresponds to a write to AArch64-ICC_EOIR0_EL1 or AArch64-ICC_EOIR1_EL1. Otherwise, it corresponds to a write to AArch64-ICC_DIR_EL1. | x |
| [60] | Group | Indicates the group for this virtual interrupt.<br>**0b0**<br>This is a Group 0 virtual interrupt. AArch64-ICH_VMCR_EL2.VFIQEn determines whether it is signaled as a virtual IRQ or as a virtual FIQ, and AArch64-ICH_VMCR_EL2.VENG0 enables signaling of this interrupt to the virtual machine.<br>**0b1**<br>This is a Group 1 virtual interrupt, signaled as a virtual IRQ. AArch64-ICH_VMCR_EL2.VENG1 enables the signalling of this interrupt to the virtual machine.<br><br>If AArch64-ICH_VMCR_EL2.VCBPR is 0, then AArch64-ICC_BPR1_EL1 determines if a pending Group 1 interrupt has sufficient priority to preempt current execution. Otherwise, AArch64-ICH_LR<n>_EL2 determines preemption. | x |
| [59:56] | RES0 | Reserved | RES0 |
| [55:48] | Priority | The priority of this interrupt.<br><br>It is IMPLEMENTATION DEFINED how many bits of priority are implemented, though at least five bits must be implemented. Unimplemented bits are RES0 and start from bit[48] up to bit[50]. The number of implemented bits can be discovered from AArch64-ICH_VTR_EL2.PRIbits. | 8{x} |
| [47:45] | RES0 | Reserved | RES0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [44:32] | pINTID | Physical INTID, for hardware interrupts.<br><br>When ICH_LR<n>_EL2.HW is 0 (there is no corresponding physical interrupt), this field has the following meaning:<br>• Bits[44:42] : **RES0**.<br>• Bit[41] : EOI. If this bit is 1, then when the interrupt identified by vINTID is deactivated, a maintenance interrupt is asserted.<br>• Bits[40:32] : **RES0**.<br><br>When ICH_LR<n>_EL2.HW is 1 (there is a corresponding physical interrupt):<br>• This field indicates the physical INTID. This field is only required to implement enough bits to hold a valid value for the implemented INTID size. Any unused higher order bits are **RES0**.<br>• When AArch64-ICC_CTLR_EL1.ExtRange is 0, then bits[44:42] of this field are **RES0**.<br>• If the value of pINTID is not a vald INTID, behavior is UNPREDICTABLE. If the value of pINTID indicates a PPI, this field applies to the PPI associated with this same physical PE ID as the virtual CPU interface requesting the deactivation.<br><br>A hardware physical identifier is only required in List Registers for interrupts that require deactivation. This means only 13 bits of Physical INTID are required, regardless of the number specified by AArch64-ICC_CTLR_EL1.IDbits. | `13{x}` |
| [31:0] | vINTID | Virtual INTID of the interrupt.<br><br>If the value of vINTID is 1020-1023 and ICH_LR<n>_EL2.State!=`0b00` (Inactive), behavior is UNPREDICTABLE.<br><br>Behavior is UNPREDICTABLE if two or more List Registers specify the same vINTID when:<br>• ICH_LR<n>_EL2.State == `0b01`.<br>• ICH_LR<n>_EL2.State == `0b10`.<br>• ICH_LR<n>_EL2.State == `0b11`.<br><br>It is IMPLEMENTATION DEFINED how many bits are implemented, though at least 16 bits must be implemented. Unimplemented bits are **RES0**. The number of implemented bits can be discovered from AArch64-ICH_VTR_EL2.IDbits.<br><br>When AArch64-ICC_SRE_EL1.SRE == 0, specifying a vINTID in the LPI range is UNPREDICTABLE<br><br>**Note:**<br>When a VM is using memory-mapped access to the GIC, software must ensure that the correct source PE ID is provided in bits[12:10]. | `32{x}` |

## Access

MRS <Xt>, ICH_LR0_EL2

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| `0b11` | `0b100` | `0b1100` | `0b1100` | `0b000` |

MSR ICH_LR0_EL2, <Xt>

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b100 | 0b1100 | 0b1100 | 0b000 |

### Accessibility

MRS <Xt>, ICH_LR0_EL2

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.<NV2,NV> == '11' then
        X[t, 64] = NVMem[0x400 + (8 * 0)];
    elsif EL2Enabled() && HCR_EL2.NV == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        UNDEFINED;
elsif PSTATE.EL == EL2 then
    if ICC_SRE_EL2.SRE == '0' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        X[t, 64] = ICH_LR_EL2[0];
elsif PSTATE.EL == EL3 then
    if ICC_SRE_EL3.SRE == '0' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = ICH_LR_EL2[0];
```

MSR ICH_LR0_EL2, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.<NV2,NV> == '11' then
        NVMem[0x400 + (8 * 0)] = X[t, 64];
    elsif EL2Enabled() && HCR_EL2.NV == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        UNDEFINED;
elsif PSTATE.EL == EL2 then
    if ICC_SRE_EL2.SRE == '0' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        ICH_LR_EL2[0] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if ICC_SRE_EL3.SRE == '0' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        ICH_LR_EL2[0] = X[t, 64];
```

## B.8.11 ICH_LR1_EL2, Interrupt Controller List Registers

Provides interrupt context information for the virtual CPU interface.

### Configurations

If EL2 is not implemented, this register is RES0 from EL3.

If list register n is not implemented, then accesses to this register are UNDEFINED.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

This register has no effect if EL2 is not enabled in the current Security state.

## Attributes

**Width**

64

**Functional group**

GIC system registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

---

Note

Where the reset reads xxxx, see individual bits

---

## Bit descriptions

**Figure B-183: AArch64_ich_lr1_el2 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table B-451: ICH_LR1_EL2 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:62] | State | The state of the interrupt:<br>**0b00**<br>Invalid (Inactive).<br>**0b01**<br>Pending.<br>**0b10**<br>Active.<br>**0b11**<br>Pending and active.<br><br>The GIC updates these state bits as virtual interrupts proceed through the interrupt life cycle. Entries in the invalid state are ignored, except for the purpose of generating virtual maintenance interrupts.<br><br>For hardware interrupts, the pending and active state is held in the physical Distributor rather than the virtual CPU interface. A hypervisor must only use the pending and active state for software originated interrupts, which are typically associated with virtual devices, or SGIs. | xx |
| [61] | HW | Indicates whether this virtual interrupt maps directly to a hardware interrupt, meaning that it corresponds to a physical interrupt. Deactivation of the virtual interrupt also causes the deactivation of the physical interrupt with the ID that the pINTID field indicates.<br>**0b0**<br>The interrupt is triggered entirely by software. No notification is sent to the Distributor when the virtual interrupt is deactivated.<br>**0b1**<br>The interrupt maps directly to a hardware interrupt. A deactivate interrupt request is sent to the Distributor when the virtual interrupt is deactivated, using the pINTID field from this register to indicate the physical interrupt ID.<br><br>If AArch64-ICH_VMCR_EL2.VEOIM is 0, this request corresponds to a write to AArch64-ICC_EOIR0_EL1 or AArch64-ICC_EOIR1_EL1. Otherwise, it corresponds to a write to AArch64-ICC_DIR_EL1. | x |
| [60] | Group | Indicates the group for this virtual interrupt.<br>**0b0**<br>This is a Group 0 virtual interrupt. AArch64-ICH_VMCR_EL2.VFIQEn determines whether it is signaled as a virtual IRQ or as a virtual FIQ, and AArch64-ICH_VMCR_EL2.VENG0 enables signaling of this interrupt to the virtual machine.<br>**0b1**<br>This is a Group 1 virtual interrupt, signaled as a virtual IRQ. AArch64-ICH_VMCR_EL2.VENG1 enables the signalling of this interrupt to the virtual machine.<br><br>If AArch64-ICH_VMCR_EL2.VCBPR is 0, then AArch64-ICC_BPR1_EL1 determines if a pending Group 1 interrupt has sufficient priority to preempt current execution. Otherwise, AArch64-ICH_LR<n>_EL2 determines preemption. | x |
| [59:56] | **RES0** | Reserved | **RES0** |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [55:48] | Priority | The priority of this interrupt.<br><br>It is IMPLEMENTATION DEFINED how many bits of priority are implemented, though at least five bits must be implemented. Unimplemented bits are **RES0** and start from bit[48] up to bit[50]. The number of implemented bits can be discovered from AArch64-ICH_VTR_EL2.PRIbits. | `8{x}` |
| [47:45] | **RES0** | Reserved | **RES0** |
| [44:32] | pINTID | Physical INTID, for hardware interrupts.<br><br>When ICH_LR<n>_EL2.HW is 0 (there is no corresponding physical interrupt), this field has the following meaning:<br>• Bits[44:42] : **RES0**.<br>• Bit[41] : EOI. If this bit is 1, then when the interrupt identified by vINTID is deactivated, a maintenance interrupt is asserted.<br>• Bits[40:32] : **RES0**.<br><br>When ICH_LR<n>_EL2.HW is 1 (there is a corresponding physical interrupt):<br>• This field indicates the physical INTID. This field is only required to implement enough bits to hold a valid value for the implemented INTID size. Any unused higher order bits are **RES0**.<br>• When AArch64-ICC_CTLR_EL1.ExtRange is 0, then bits[44:42] of this field are **RES0**.<br>• If the value of pINTID is not a vald INTID, behavior is UNPREDICTABLE. If the value of pINTID indicates a PPI, this field applies to the PPI associated with this same physical PE ID as the virtual CPU interface requesting the deactivation.<br><br>A hardware physical identifier is only required in List Registers for interrupts that require deactivation. This means only 13 bits of Physical INTID are required, regardless of the number specified by AArch64-ICC_CTLR_EL1.IDbits. | `13{x}` |
| [31:0] | vINTID | Virtual INTID of the interrupt.<br><br>If the value of vINTID is 1020-1023 and ICH_LR<n>_EL2.State!=`0b00` (Inactive), behavior is UNPREDICTABLE.<br><br>Behavior is UNPREDICTABLE if two or more List Registers specify the same vINTID when:<br>• ICH_LR<n>_EL2.State == `0b01`.<br>• ICH_LR<n>_EL2.State == `0b10`.<br>• ICH_LR<n>_EL2.State == `0b11`.<br><br>It is IMPLEMENTATION DEFINED how many bits are implemented, though at least 16 bits must be implemented. Unimplemented bits are **RES0**. The number of implemented bits can be discovered from AArch64-ICH_VTR_EL2.IDbits.<br><br>When AArch64-ICC_SRE_EL1.SRE == 0, specifying a vINTID in the LPI range is UNPREDICTABLE<br><br>**Note:**<br>When a VM is using memory-mapped access to the GIC, software must ensure that the correct source PE ID is provided in bits[12:10]. | `32{x}` |

## Access

MRS <Xt>, ICH_LR1_EL2

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b100 | 0b1100 | 0b1100 | 0b001 |

MSR ICH_LR1_EL2, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b100 | 0b1100 | 0b1100 | 0b001 |

### Accessibility

MRS <Xt>, ICH_LR1_EL2

```
if 1 >= NUM_GIC_LIST_REGS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.<NV2,NV> == '11' then
        X[t, 64] = NVMem[0x400 + (8 * 1)];
    elsif EL2Enabled() && HCR_EL2.NV == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        UNDEFINED;
elsif PSTATE.EL == EL2 then
    if ICC_SRE_EL2.SRE == '0' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        X[t, 64] = ICH_LR_EL2[1];
elsif PSTATE.EL == EL3 then
    if ICC_SRE_EL3.SRE == '0' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = ICH_LR_EL2[1];
```

MSR ICH_LR1_EL2, <Xt>

```
if 1 >= NUM_GIC_LIST_REGS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.<NV2,NV> == '11' then
        NVMem[0x400 + (8 * 1)] = X[t, 64];
    elsif EL2Enabled() && HCR_EL2.NV == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        UNDEFINED;
elsif PSTATE.EL == EL2 then
    if ICC_SRE_EL2.SRE == '0' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        ICH_LR_EL2[1] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if ICC_SRE_EL3.SRE == '0' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        ICH_LR_EL2[1] = X[t, 64];
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## B.8.12 ICH_LR2_EL2, Interrupt Controller List Registers

Provides interrupt context information for the virtual CPU interface.

### Configurations

If EL2 is not implemented, this register is RES0 from EL3.

If list register n is not implemented, then accesses to this register are UNDEFINED.

This register has no effect if EL2 is not enabled in the current Security state.

### Attributes

**Width**

64

**Functional group**

GIC system registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-184: AArch64_ich_lr2_el2 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table B-454: ICH_LR2_EL2 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:62] | State | The state of the interrupt:<br>**0b00**<br>Invalid (Inactive).<br>**0b01**<br>Pending.<br>**0b10**<br>Active.<br>**0b11**<br>Pending and active.<br><br>The GIC updates these state bits as virtual interrupts proceed through the interrupt life cycle. Entries in the invalid state are ignored, except for the purpose of generating virtual maintenance interrupts.<br><br>For hardware interrupts, the pending and active state is held in the physical Distributor rather than the virtual CPU interface. A hypervisor must only use the pending and active state for software originated interrupts, which are typically associated with virtual devices, or SGIs. | xx |
| [61] | HW | Indicates whether this virtual interrupt maps directly to a hardware interrupt, meaning that it corresponds to a physical interrupt. Deactivation of the virtual interrupt also causes the deactivation of the physical interrupt with the ID that the pINTID field indicates.<br>**0b0**<br>The interrupt is triggered entirely by software. No notification is sent to the Distributor when the virtual interrupt is deactivated.<br>**0b1**<br>The interrupt maps directly to a hardware interrupt. A deactivate interrupt request is sent to the Distributor when the virtual interrupt is deactivated, using the pINTID field from this register to indicate the physical interrupt ID.<br><br>If AArch64-ICH_VMCR_EL2.VEOIM is 0, this request corresponds to a write to AArch64-ICC_EOIR0_EL1 or AArch64-ICC_EOIR1_EL1. Otherwise, it corresponds to a write to AArch64-ICC_DIR_EL1. | x |
| [60] | Group | Indicates the group for this virtual interrupt.<br>**0b0**<br>This is a Group 0 virtual interrupt. AArch64-ICH_VMCR_EL2.VFIQEn determines whether it is signaled as a virtual IRQ or as a virtual FIQ, and AArch64-ICH_VMCR_EL2.VENG0 enables signaling of this interrupt to the virtual machine.<br>**0b1**<br>This is a Group 1 virtual interrupt, signaled as a virtual IRQ. AArch64-ICH_VMCR_EL2.VENG1 enables the signalling of this interrupt to the virtual machine.<br><br>If AArch64-ICH_VMCR_EL2.VCBPR is 0, then AArch64-ICC_BPR1_EL1 determines if a pending Group 1 interrupt has sufficient priority to preempt current execution. Otherwise, AArch64-ICH_LR<n>_EL2 determines preemption. | x |
| [59:56] | RES0 | Reserved | RES0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [55:48] | Priority | The priority of this interrupt.<br><br>It is IMPLEMENTATION DEFINED how many bits of priority are implemented, though at least five bits must be implemented. Unimplemented bits are **RES0** and start from bit[48] up to bit[50]. The number of implemented bits can be discovered from AArch64-ICH_VTR_EL2.PRIbits. | `8{x}` |
| [47:45] | **RES0** | Reserved | **RES0** |
| [44:32] | pINTID | Physical INTID, for hardware interrupts.<br><br>When ICH_LR<n>_EL2.HW is 0 (there is no corresponding physical interrupt), this field has the following meaning:<br>• Bits[44:42] : **RES0**.<br>• Bit[41] : EOI. If this bit is 1, then when the interrupt identified by vINTID is deactivated, a maintenance interrupt is asserted.<br>• Bits[40:32] : **RES0**.<br><br>When ICH_LR<n>_EL2.HW is 1 (there is a corresponding physical interrupt):<br>• This field indicates the physical INTID. This field is only required to implement enough bits to hold a valid value for the implemented INTID size. Any unused higher order bits are **RES0**.<br>• When AArch64-ICC_CTLR_EL1.ExtRange is 0, then bits[44:42] of this field are **RES0**.<br>• If the value of pINTID is not a vald INTID, behavior is UNPREDICTABLE. If the value of pINTID indicates a PPI, this field applies to the PPI associated with this same physical PE ID as the virtual CPU interface requesting the deactivation.<br><br>A hardware physical identifier is only required in List Registers for interrupts that require deactivation. This means only 13 bits of Physical INTID are required, regardless of the number specified by AArch64-ICC_CTLR_EL1.IDbits. | `13{x}` |
| [31:0] | vINTID | Virtual INTID of the interrupt.<br><br>If the value of vINTID is 1020-1023 and ICH_LR<n>_EL2.State!=`0b00` (Inactive), behavior is UNPREDICTABLE.<br><br>Behavior is UNPREDICTABLE if two or more List Registers specify the same vINTID when:<br>• ICH_LR<n>_EL2.State == `0b01`.<br>• ICH_LR<n>_EL2.State == `0b10`.<br>• ICH_LR<n>_EL2.State == `0b11`.<br><br>It is IMPLEMENTATION DEFINED how many bits are implemented, though at least 16 bits must be implemented. Unimplemented bits are **RES0**. The number of implemented bits can be discovered from AArch64-ICH_VTR_EL2.IDbits.<br><br>When AArch64-ICC_SRE_EL1.SRE == 0, specifying a vINTID in the LPI range is UNPREDICTABLE<br><br>**Note:**<br>When a VM is using memory-mapped access to the GIC, software must ensure that the correct source PE ID is provided in bits[12:10]. | `32{x}` |

## Access

MRS <Xt>, ICH_LR2_EL2

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| op0 | op1 | CRn | CRm | op2 |
| --- | --- | --- | --- | --- |
| 0b11 | 0b100 | 0b1100 | 0b1100 | 0b010 |

MSR ICH_LR2_EL2, <Xt>

| op0 | op1 | CRn | CRm | op2 |
| --- | --- | --- | --- | --- |
| 0b11 | 0b100 | 0b1100 | 0b1100 | 0b010 |

## Accessibility

MRS <Xt>, ICH_LR2_EL2

```
if 2 >= NUM_GIC_LIST_REGS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.<NV2,NV> == '11' then
        X[t, 64] = NVMem[0x400 + (8 * 2)];
    elsif EL2Enabled() && HCR_EL2.NV == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        UNDEFINED;
elsif PSTATE.EL == EL2 then
    if ICC_SRE_EL2.SRE == '0' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        X[t, 64] = ICH_LR_EL2[2];
elsif PSTATE.EL == EL3 then
    if ICC_SRE_EL3.SRE == '0' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = ICH_LR_EL2[2];
```

MSR ICH_LR2_EL2, <Xt>

```
if 2 >= NUM_GIC_LIST_REGS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.<NV2,NV> == '11' then
        NVMem[0x400 + (8 * 2)] = X[t, 64];
    elsif EL2Enabled() && HCR_EL2.NV == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        UNDEFINED;
elsif PSTATE.EL == EL2 then
    if ICC_SRE_EL2.SRE == '0' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        ICH_LR_EL2[2] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if ICC_SRE_EL3.SRE == '0' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        ICH_LR_EL2[2] = X[t, 64];
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## B.8.13 ICH_LR3_EL2, Interrupt Controller List Registers

Provides interrupt context information for the virtual CPU interface.

### Configurations

If EL2 is not implemented, this register is RES0 from EL3.

If list register n is not implemented, then accesses to this register are UNDEFINED.

This register has no effect if EL2 is not enabled in the current Security state.

### Attributes

**Width**

64

**Functional group**

GIC system registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-185: AArch64_ich_lr3_el2 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table B-457: ICH_LR3_EL2 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:62] | State | The state of the interrupt:<br>**0b00**<br>Invalid (Inactive).<br>**0b01**<br>Pending.<br>**0b10**<br>Active.<br>**0b11**<br>Pending and active.<br><br>The GIC updates these state bits as virtual interrupts proceed through the interrupt life cycle. Entries in the invalid state are ignored, except for the purpose of generating virtual maintenance interrupts.<br><br>For hardware interrupts, the pending and active state is held in the physical Distributor rather than the virtual CPU interface. A hypervisor must only use the pending and active state for software originated interrupts, which are typically associated with virtual devices, or SGIs. | xx |
| [61] | HW | Indicates whether this virtual interrupt maps directly to a hardware interrupt, meaning that it corresponds to a physical interrupt. Deactivation of the virtual interrupt also causes the deactivation of the physical interrupt with the ID that the pINTID field indicates.<br>**0b0**<br>The interrupt is triggered entirely by software. No notification is sent to the Distributor when the virtual interrupt is deactivated.<br>**0b1**<br>The interrupt maps directly to a hardware interrupt. A deactivate interrupt request is sent to the Distributor when the virtual interrupt is deactivated, using the pINTID field from this register to indicate the physical interrupt ID.<br><br>If AArch64-ICH_VMCR_EL2.VEOIM is 0, this request corresponds to a write to AArch64-ICC_EOIR0_EL1 or AArch64-ICC_EOIR1_EL1. Otherwise, it corresponds to a write to AArch64-ICC_DIR_EL1. | x |
| [60] | Group | Indicates the group for this virtual interrupt.<br>**0b0**<br>This is a Group 0 virtual interrupt. AArch64-ICH_VMCR_EL2.VFIQEn determines whether it is signaled as a virtual IRQ or as a virtual FIQ, and AArch64-ICH_VMCR_EL2.VENG0 enables signaling of this interrupt to the virtual machine.<br>**0b1**<br>This is a Group 1 virtual interrupt, signaled as a virtual IRQ. AArch64-ICH_VMCR_EL2.VENG1 enables the signalling of this interrupt to the virtual machine.<br><br>If AArch64-ICH_VMCR_EL2.VCBPR is 0, then AArch64-ICC_BPR1_EL1 determines if a pending Group 1 interrupt has sufficient priority to preempt current execution. Otherwise, AArch64-ICH_LR<n>_EL2 determines preemption. | x |
| [59:56] | RES0 | Reserved | RES0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [55:48] | Priority | The priority of this interrupt.<br><br>It is IMPLEMENTATION DEFINED how many bits of priority are implemented, though at least five bits must be implemented. Unimplemented bits are **RES0** and start from bit[48] up to bit[50]. The number of implemented bits can be discovered from AArch64-ICH_VTR_EL2.PRIbits. | `8{x}` |
| [47:45] | **RES0** | Reserved | **RES0** |
| [44:32] | pINTID | Physical INTID, for hardware interrupts.<br><br>When ICH_LR<n>_EL2.HW is 0 (there is no corresponding physical interrupt), this field has the following meaning:<br>• Bits[44:42] : **RES0**.<br>• Bit[41] : EOI. If this bit is 1, then when the interrupt identified by vINTID is deactivated, a maintenance interrupt is asserted.<br>• Bits[40:32] : **RES0**.<br><br>When ICH_LR<n>_EL2.HW is 1 (there is a corresponding physical interrupt):<br>• This field indicates the physical INTID. This field is only required to implement enough bits to hold a valid value for the implemented INTID size. Any unused higher order bits are **RES0**.<br>• When AArch64-ICC_CTLR_EL1.ExtRange is 0, then bits[44:42] of this field are **RES0**.<br>• If the value of pINTID is not a vald INTID, behavior is UNPREDICTABLE. If the value of pINTID indicates a PPI, this field applies to the PPI associated with this same physical PE ID as the virtual CPU interface requesting the deactivation.<br><br>A hardware physical identifier is only required in List Registers for interrupts that require deactivation. This means only 13 bits of Physical INTID are required, regardless of the number specified by AArch64-ICC_CTLR_EL1.IDbits. | `13{x}` |
| [31:0] | vINTID | Virtual INTID of the interrupt.<br><br>If the value of vINTID is 1020-1023 and ICH_LR<n>_EL2.State!=`0b00` (Inactive), behavior is UNPREDICTABLE.<br><br>Behavior is UNPREDICTABLE if two or more List Registers specify the same vINTID when:<br>• ICH_LR<n>_EL2.State == `0b01`.<br>• ICH_LR<n>_EL2.State == `0b10`.<br>• ICH_LR<n>_EL2.State == `0b11`.<br><br>It is IMPLEMENTATION DEFINED how many bits are implemented, though at least 16 bits must be implemented. Unimplemented bits are **RES0**. The number of implemented bits can be discovered from AArch64-ICH_VTR_EL2.IDbits.<br><br>When AArch64-ICC_SRE_EL1.SRE == 0, specifying a vINTID in the LPI range is UNPREDICTABLE<br><br>**Note:**<br>When a VM is using memory-mapped access to the GIC, software must ensure that the correct source PE ID is provided in bits[12:10]. | `32{x}` |

## Access

MRS <Xt>, ICH_LR3_EL2

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b100 | 0b1100 | 0b1100 | 0b011 |

MSR ICH_LR3_EL2, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b100 | 0b1100 | 0b1100 | 0b011 |

## Accessibility

MRS <Xt>, ICH_LR3_EL2

```
if 3 >= NUM_GIC_LIST_REGS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.<NV2,NV> == '11' then
        X[t, 64] = NVMem[0x400 + (8 * 3)];
    elsif EL2Enabled() && HCR_EL2.NV == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        UNDEFINED;
elsif PSTATE.EL == EL2 then
    if ICC_SRE_EL2.SRE == '0' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        X[t, 64] = ICH_LR_EL2[3];
elsif PSTATE.EL == EL3 then
    if ICC_SRE_EL3.SRE == '0' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = ICH_LR_EL2[3];
```

MSR ICH_LR3_EL2, <Xt>

```
if 3 >= NUM_GIC_LIST_REGS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.<NV2,NV> == '11' then
        NVMem[0x400 + (8 * 3)] = X[t, 64];
    elsif EL2Enabled() && HCR_EL2.NV == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        UNDEFINED;
elsif PSTATE.EL == EL2 then
    if ICC_SRE_EL2.SRE == '0' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    else
        ICH_LR_EL2[3] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if ICC_SRE_EL3.SRE == '0' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        ICH_LR_EL2[3] = X[t, 64];
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## B.8.14 ICC_CTLR_EL3, Interrupt Controller Control Register (EL3)

Controls aspects of the behavior of the GIC CPU interface and provides information about the features implemented.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

GIC system registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx x0xx xxxx

---

Note

Where the reset reads xxxx, see individual bits

---

### Bit descriptions

**Figure B-186: AArch64_icc_ctlr_el3 bit assignments**




**Table B-460: ICC_CTLR_EL3 bit descriptions**

| Bits | Name | Description | Reset |
| --- | --- | --- | --- |
| [63:20] | RES0 | Reserved | RES0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
| --- | --- | --- | --- |
| [19] | ExtRange | Extended INTID range (read-only).<br>**0b1**<br>CPU interface supports INTIDs in the range 1024..8191<br>• All INTIDs in the range 1024..8191 are treated as requiring deactivation. | x |
| [18] | RSS | Range Selector Support.<br>**0b0**<br>Targeted SGIs with affinity level 0 values of 0-15 are supported. | x |
| [17] | nDS | Disable Security not supported. Read-only and writes are ignored.<br>**0b1**<br>The CPU interface logic does not support disabling of security, and requires that security is not disabled. | x |
| [16] | RES0 | Reserved | RES0 |
| [15] | A3V | Affinity 3 Valid. Read-only and writes are ignored.<br>**0b1**<br>The CPU interface logic supports non-zero values of the Aff3 field in SGI generation System registers. | x |
| [14] | SEIS | SEI Support. Read-only and writes are ignored. Indicates whether the CPU interface supports generation of SEIs:<br>**0b0**<br>The CPU interface logic does not support generation of SEIs. | x |
| [13:11] | IDbits | Identifier bits. Read-only and writes are ignored. Indicates the number of physical interrupt identifier bits supported.<br>**0b000**<br>16 bits. | xxx |
| [10:8] | PRIbits | Priority bits. Read-only and writes are ignored. The number of priority bits implemented, minus one.<br>An implementation that supports two Security states must implement at least 32 levels of physical priority (5 priority bits).<br>An implementation that supports only a single Security state must implement at least 16 levels of physical priority (4 priority bits).<br>**Note:**<br>This field always returns the number of priority bits implemented, regardless of the value of SCR_EL3.NS or the value of ext-GICD_CTLR.DS.<br>The division between group priority and subpriority is defined in the binary point registers AArch64-ICC_BPR0_EL1 and AArch64-ICC_BPR1_EL1.<br>This field determines the minimum value of ICC_BPR0_EL1.<br>**0b100**<br>5 bits of priority are implemented | xxx |
| [7] | RES0 | Reserved | RES0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [6] | PMHE | Priority Mask Hint Enable.<br>**0b0**<br>Disables use of the priority mask register as a hint for interrupt distribution.<br>**0b1**<br>Enables use of the priority mask register as a hint for interrupt distribution.<br>Software must write AArch64-ICC_PMR_EL1 to `0xFF` before clearing this field to 0.<br>• An implementation might choose to make this field **RAO/WI** if priority-based routing is always used<br>• An implementation might choose to make this field RAZ/WI if priority-based routing is never used<br>If EL3 is present, AArch64-ICC_CTLR_EL1.PMHE is an alias of ICC_CTLR_EL3.PMHE. | 0b0 |
| [5] | **RES0** | Reserved | **RES0** |
| [4] | EOImode_EL1NS | EOI mode for interrupts handled at Non-secure EL1 and EL2. Controls whether a write to an End of Interrupt register also deactivates the interrupt.<br>**0b0**<br>AArch64-ICC_EOIR0_EL1 and AArch64-ICC_EOIR1_EL1 provide both priority drop and interrupt deactivation functionality. Accesses to AArch64-ICC_DIR_EL1 are **UNPREDICTABLE**.<br>**0b1**<br>AArch64-ICC_EOIR0_EL1 and AArch64-ICC_EOIR1_EL1 provide priority drop functionality only. AArch64-ICC_DIR_EL1 provides interrupt deactivation functionality.<br>If EL3 is present, AArch64-ICC_CTLR_EL1(NS).EOImode is an alias of ICC_CTLR_EL3.EOImode_EL1NS. | x |
| [3] | EOImode_EL1S | EOI mode for interrupts handled at Secure EL1 and EL2. Controls whether a write to an End of Interrupt register also deactivates the interrupt.<br>**0b0**<br>AArch64-ICC_EOIR0_EL1 and AArch64-ICC_EOIR1_EL1 provide both priority drop and interrupt deactivation functionality. Accesses to AArch64-ICC_DIR_EL1 are **UNPREDICTABLE**.<br>**0b1**<br>AArch64-ICC_EOIR0_EL1 and AArch64-ICC_EOIR1_EL1 provide priority drop functionality only. AArch64-ICC_DIR_EL1 provides interrupt deactivation functionality.<br>If EL3 is present, AArch64-ICC_CTLR_EL1(S).EOImode is an alias of ICC_CTLR_EL3.EOImode_EL1S. | x |
| [2] | EOImode_EL3 | EOI mode for interrupts handled at EL3. Controls whether a write to an End of Interrupt register also deactivates the interrupt.<br>**0b0**<br>AArch64-ICC_EOIR0_EL1 and AArch64-ICC_EOIR1_EL1 provide both priority drop and interrupt deactivation functionality. Accesses to AArch64-ICC_DIR_EL1 are **UNPREDICTABLE**.<br>**0b1**<br>AArch64-ICC_EOIR0_EL1 and AArch64-ICC_EOIR1_EL1 provide priority drop functionality only. AArch64-ICC_DIR_EL1 provides interrupt deactivation functionality. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [1] | CBPR_EL1NS | Common Binary Point Register, EL1 Non-secure. Controls whether the same register is used for interrupt preemption of both Group 0 and Group 1 Non-secure interrupts at EL1 and EL2.<br>**0b0**<br>AArch64-ICC_BPR0_EL1 determines the preemption group for Group 0 interrupts only.<br>AArch64-ICC_BPR1_EL1 determines the preemption group for Non-secure Group 1 interrupts.<br>**0b1**<br>AArch64-ICC_BPR0_EL1 determines the preemption group for Group 0 interrupts and Non-secure Group 1 interrupts. Non-secure accesses to ext-GICC_BPR and AArch64-ICC_BPR1_EL1 access the state of AArch64-ICC_BPR0_EL1.<br>If EL3 is present, AArch64-ICC_CTLR_EL1(NS).CBPR is an alias of ICC_CTLR_EL3.CBPR_EL1NS. | x |
| [0] | CBPR_EL1S | Common Binary Point Register, EL1 Secure. Controls whether the same register is used for interrupt preemption of both Group 0 and Group 1 Secure interrupts at EL1 and EL2.<br>**0b0**<br>AArch64-ICC_BPR0_EL1 determines the preemption group for Group 0 interrupts only.<br>AArch64-ICC_BPR1_EL1 determines the preemption group for Secure Group 1 interrupts.<br>**0b1**<br>AArch64-ICC_BPR0_EL1 determines the preemption group for Group 0 interrupts and Secure Group 1 interrupts. Secure EL1 accesses to AArch64-ICC_BPR1_EL1 access the state of AArch64-ICC_BPR0_EL1.<br>If EL3 is present, AArch64-ICC_CTLR_EL1(S).CBPR is an alias of ICC_CTLR_EL3.CBPR_EL1S. | x |

## Access

MRS <Xt>, ICC_CTLR_EL3

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b110 | 0b1100 | 0b1100 | 0b100 |

MSR ICC_CTLR_EL3, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b110 | 0b1100 | 0b1100 | 0b100 |

## Accessibility

MRS <Xt>, ICC_CTLR_EL3

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    UNDEFINED;
elsif PSTATE.EL == EL2 then
    UNDEFINED;
elsif PSTATE.EL == EL3 then
    if ICC_SRE_EL3.SRE == '0' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = ICC_CTLR_EL3;
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

MSR ICC_CTLR_EL3, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    UNDEFINED;
elsif PSTATE.EL == EL2 then
    UNDEFINED;
elsif PSTATE.EL == EL3 then
    if ICC_SRE_EL3.SRE == '0' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        ICC_CTLR_EL3 = X[t, 64];
```

## B.9 AArch64 Generic Timer registers summary

The summary table provides an overview of all Generic Timer registers in the core. For more information about a register, click the register name in the table.

For registers without a listed reset value refer to the individual field resets documented on the register description pages or in the Arm ARM.

**Table B-463: Generic Timer registers summary**

| Name | Op0 | Op1 | CRn | CRm | Op2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| CNTKCTL_EL1 | 3 | 0 | C14 | C1 | 0 | See individual bit resets. | 64-bit | Counter-timer Kernel Control register |
| CNTFRQ_EL0 | 3 | 3 | C14 | C0 | 0 | See individual bit resets. | 64-bit | Counter-timer Frequency register |
| CNTPCT_EL0 | 3 | 3 | C14 | C0 | 1 | See individual bit resets. | 64-bit | Counter-timer Physical Count register |
| CNTVCT_EL0 | 3 | 3 | C14 | C0 | 2 | See individual bit resets. | 64-bit | Counter-timer Virtual Count register |
| CNTP_TVAL_EL0 | 3 | 3 | C14 | C2 | 0 | See individual bit resets. | 64-bit | Counter-timer Physical Timer TimerValue register |
| CNTP_CTL_EL0 | 3 | 3 | C14 | C2 | 1 | See individual bit resets. | 64-bit | Counter-timer Physical Timer Control register |
| CNTP_CVAL_EL0 | 3 | 3 | C14 | C2 | 2 | See individual bit resets. | 64-bit | Counter-timer Physical Timer CompareValue register |
| CNTV_TVAL_EL0 | 3 | 3 | C14 | C3 | 0 | See individual bit resets. | 64-bit | Counter-timer Virtual Timer TimerValue register |
| CNTV_CTL_EL0 | 3 | 3 | C14 | C3 | 1 | See individual bit resets. | 64-bit | Counter-timer Virtual Timer Control register |
| CNTV_CVAL_EL0 | 3 | 3 | C14 | C3 | 2 | See individual bit resets. | 64-bit | Counter-timer Virtual Timer CompareValue register |
| CNTVOFF_EL2 | 3 | 4 | C14 | C0 | 3 | See individual bit resets. | 64-bit | Counter-timer Virtual Offset register |
| CNTHCTL_EL2 | 3 | 4 | C14 | C1 | 0 | See individual bit resets. | 64-bit | Counter-timer Hypervisor Control register |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Name | Op0 | Op1 | CRn | CRm | Op2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| CNTHP_TVAL_EL2 | 3 | 4 | C14 | C2 | 0 | See individual bit resets. | 64-bit | Counter-timer Physical Timer TimerValue register (EL2) |
| CNTHP_CTL_EL2 | 3 | 4 | C14 | C2 | 1 | See individual bit resets. | 64-bit | Counter-timer Hypervisor Physical Timer Control register |
| CNTHP_CVAL_EL2 | 3 | 4 | C14 | C2 | 2 | See individual bit resets. | 64-bit | Counter-timer Physical Timer CompareValue register (EL2) |
| CNTHV_TVAL_EL2 | 3 | 4 | C14 | C3 | 0 | See individual bit resets. | 64-bit | Counter-timer Virtual Timer TimerValue Register (EL2) |
| CNTHV_CTL_EL2 | 3 | 4 | C14 | C3 | 1 | See individual bit resets. | 64-bit | Counter-timer Virtual Timer Control register (EL2) |
| CNTHV_CVAL_EL2 | 3 | 4 | C14 | C3 | 2 | See individual bit resets. | 64-bit | Counter-timer Virtual Timer CompareValue register (EL2) |
| CNTHVS_TVAL_EL2 | 3 | 4 | C14 | C4 | 0 | See individual bit resets. | 64-bit | Counter-timer Secure Virtual Timer TimerValue register (EL2) |
| CNTHVS_CTL_EL2 | 3 | 4 | C14 | C4 | 1 | See individual bit resets. | 64-bit | Counter-timer Secure Virtual Timer Control register (EL2) |
| CNTHVS_CVAL_EL2 | 3 | 4 | C14 | C4 | 2 | See individual bit resets. | 64-bit | Counter-timer Secure Virtual Timer CompareValue register (EL2) |
| CNTHPS_TVAL_EL2 | 3 | 4 | C14 | C5 | 0 | See individual bit resets. | 64-bit | Counter-timer Secure Physical Timer TimerValue register (EL2) |
| CNTHPS_CTL_EL2 | 3 | 4 | C14 | C5 | 1 | See individual bit resets. | 64-bit | Counter-timer Secure Physical Timer Control register (EL2) |
| CNTHPS_CVAL_EL2 | 3 | 4 | C14 | C5 | 2 | See individual bit resets. | 64-bit | Counter-timer Secure Physical Timer CompareValue register (EL2) |
| CNTPS_TVAL_EL1 | 3 | 7 | C14 | C2 | 0 | See individual bit resets. | 64-bit | Counter-timer Physical Secure Timer TimerValue register |
| CNTPS_CTL_EL1 | 3 | 7 | C14 | C2 | 1 | See individual bit resets. | 64-bit | Counter-timer Physical Secure Timer Control register |
| CNTPS_CVAL_EL1 | 3 | 7 | C14 | C2 | 2 | See individual bit resets. | 64-bit | Counter-timer Physical Secure Timer CompareValue register |

## B.10 AArch64 Other system control registers summary

The summary table provides an overview of all Other system control registers in the core. For more information about a register, click the register name in the table.

For registers without a listed reset value refer to the individual field resets documented on the register description pages or in the Arm ARM.

**Table B-464: Other system control registers summary**

| Name | Op0 | Op1 | CRn | CRm | Op2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| SCTLR_EL1 | 3 | 0 | C1 | C0 | 0 | See individual bit resets. | 64-bit | System Control Register (EL1) |
| CPACR_EL1 | 3 | 0 | C1 | C0 | 2 | See individual bit resets. | 64-bit | Architectural Feature Access Control Register |
| ZCR_EL1 | 3 | 0 | C1 | C2 | 0 | See individual bit resets. | 64-bit | SVE Control Register (EL1) |
| SCTLR_EL2 | 3 | 4 | C1 | C0 | 0 | See individual bit resets. | 64-bit | System Control Register (EL2) |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Name | Op0 | Op1 | CRn | CRm | Op2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| HCR_EL2 | 3 | 4 | C1 | C1 | 0 | See individual bit resets. | 64-bit | Hypervisor Configuration Register |
| CPTR_EL2 | 3 | 4 | C1 | C1 | 2 | See individual bit resets. | 64-bit | Architectural Feature Trap Register (EL2) |
| HSTR_EL2 | 3 | 4 | C1 | C1 | 3 | See individual bit resets. | 64-bit | Hypervisor System Trap Register |
| ZCR_EL2 | 3 | 4 | C1 | C2 | 0 | See individual bit resets. | 64-bit | SVE Control Register (EL2) |
| SCTLR_EL3 | 3 | 6 | C1 | C0 | 0 | See individual bit resets. | 64-bit | System Control Register (EL3) |
| ZCR_EL3 | 3 | 6 | C1 | C2 | 0 | See individual bit resets. | 64-bit | SVE Control Register (EL3) |

# B.11 AArch64 Activity Monitors registers summary

The summary table provides an overview of all Activity Monitors registers in the core. For more information about a register, click the register name in the table.

For registers without a listed reset value refer to the individual field resets documented on the register description pages or in the Arm ARM.

**Table B-465: Activity Monitors registers summary**

| Name | Op0 | Op1 | CRn | CRm | Op2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| AMCR_EL0 | 3 | 3 | C13 | C2 | 0 | See individual bit resets. | 64-bit | Activity Monitors Control Register |
| AMCFGR_EL0 | 3 | 3 | C13 | C2 | 1 | See individual bit resets. | 64-bit | Activity Monitors Configuration Register |
| AMCGCR_EL0 | 3 | 3 | C13 | C2 | 2 | See individual bit resets. | 64-bit | Activity Monitors Counter Group Configuration Register |
| AMUSERENR_EL0 | 3 | 3 | C13 | C2 | 3 | See individual bit resets. | 64-bit | Activity Monitors User Enable Register |
| AMCNTENCLR0_EL0 | 3 | 3 | C13 | C2 | 4 | See individual bit resets. | 64-bit | Activity Monitors Count Enable Clear Register 0 |
| AMCNTENSET0_EL0 | 3 | 3 | C13 | C2 | 5 | See individual bit resets. | 64-bit | Activity Monitors Count Enable Set Register 0 |
| AMCNTENCLR1_EL0 | 3 | 3 | C13 | C3 | 0 | See individual bit resets. | 64-bit | Activity Monitors Count Enable Clear Register 1 |
| AMCNTENSET1_EL0 | 3 | 3 | C13 | C3 | 1 | See individual bit resets. | 64-bit | Activity Monitors Count Enable Set Register 1 |
| AMEVCNTR00_EL0 | 3 | 3 | C13 | C4 | 0 | See individual bit resets. | 64-bit | Activity Monitors Event Counter Registers 0 |
| AMEVCNTR01_EL0 | 3 | 3 | C13 | C4 | 1 | See individual bit resets. | 64-bit | Activity Monitors Event Counter Registers 0 |
| AMEVCNTR02_EL0 | 3 | 3 | C13 | C4 | 2 | See individual bit resets. | 64-bit | Activity Monitors Event Counter Registers 0 |
| AMEVCNTR03_EL0 | 3 | 3 | C13 | C4 | 3 | See individual bit resets. | 64-bit | Activity Monitors Event Counter Registers 0 |
| AMEVTYPER00_EL0 | 3 | 3 | C13 | C6 | 0 | See individual bit resets. | 64-bit | Activity Monitors Event Type Registers 0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Name | Op0 | Op1 | CRn | CRm | Op2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| AMEVTYPER01_EL0 | 3 | 3 | C13 | C6 | 1 | See individual bit resets. | 64-bit | Activity Monitors Event Type Registers 0 |
| AMEVTYPER02_EL0 | 3 | 3 | C13 | C6 | 2 | See individual bit resets. | 64-bit | Activity Monitors Event Type Registers 0 |
| AMEVTYPER03_EL0 | 3 | 3 | C13 | C6 | 3 | See individual bit resets. | 64-bit | Activity Monitors Event Type Registers 0 |
| AMEVCNTR10_EL0 | 3 | 3 | C13 | C12 | 0 | See individual bit resets. | 64-bit | Activity Monitors Event Counter Registers 1 |
| AMEVCNTR11_EL0 | 3 | 3 | C13 | C12 | 1 | See individual bit resets. | 64-bit | Activity Monitors Event Counter Registers 1 |
| AMEVCNTR12_EL0 | 3 | 3 | C13 | C12 | 2 | See individual bit resets. | 64-bit | Activity Monitors Event Counter Registers 1 |
| AMEVTYPER10_EL0 | 3 | 3 | C13 | C14 | 0 | See individual bit resets. | 64-bit | Activity Monitors Event Type Registers 1 |
| AMEVTYPER11_EL0 | 3 | 3 | C13 | C14 | 1 | See individual bit resets. | 64-bit | Activity Monitors Event Type Registers 1 |
| AMEVTYPER12_EL0 | 3 | 3 | C13 | C14 | 2 | See individual bit resets. | 64-bit | Activity Monitors Event Type Registers 1 |

## B.11.1 AMCFGR_EL0, Activity Monitors Configuration Register

Global configuration register for the activity monitors.

Provides information on supported features, the number of counter groups implemented, the total number of activity monitor event counters implemented, and the size of the counters. AMCFGR_EL0 is applicable to both the architected and the auxiliary counter groups.

### Configurations

AArch64 register AMCFGR_EL0 bits [31:0] are architecturally mapped to AArch32 System register AArch32 amcfgr bits [31:0].

### Attributes

**Width**

64

**Functional group**

Activity Monitors registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx 0001 xxx1 0000 0000 0011 1111 0000 0110

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Note**

Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure B-187: AArch64_amcfgr_el0 bit assignments




**Table B-466: AMCFGR_EL0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | **RES0** | Reserved | **RES0** |
| [31:28] | NCG | Defines the number of counter groups. The following value is specified for this product.<br>**`0b0001`**<br>Two counter groups are implemented | `0b0001` |
| [27:25] | **RES0** | Reserved | **RES0** |
| [24] | HDBG | Halt-on-debug supported.<br>This feature must be supported, and so this bit is `0b1`.<br>**`0b1`**<br>AArch64-AMCR_EL0.HDBG is read/write. | `0b1` |
| [23:14] | **RAZ** | Reserved | **RAZ** |
| [13:8] | SIZE | Defines the size of activity monitor event counters.<br>The size of the activity monitor event counters implemented by the activity monitors Extension is [AMCFGR_EL0.SIZE + 1].<br>**Note:**<br>Software also uses this field to determine the spacing of counters in the memory-map. From Armv8, the counters are at doubleword-aligned addresses.<br>**`0b111111`**<br>64 bits. | `0b111111` |
| [7:0] | N | Defines the number of activity monitor event counters.<br>The total number of counters implemented in all groups by the Activity Monitors Extension is [AMCFGR_EL0.N + 1].<br>**`0b00000110`**<br>Seven activity monitor event counters | `0x06` |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Access

MRS <Xt>, AMCFGR_EL0

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b011 | 0b1101 | 0b0010 | 0b001 |

### Accessibility

MRS <Xt>, AMCFGR_EL0

```
if PSTATE.EL == EL0 then
    if AMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.SystemAccessTrap(EL2, 0x18);
        else
            AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TAM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = AMCFGR_EL0;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && CPTR_EL2.TAM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = AMCFGR_EL0;
elsif PSTATE.EL == EL2 then
    if CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = AMCFGR_EL0;
elsif PSTATE.EL == EL3 then
    X[t, 64] = AMCFGR_EL0;
```

## B.11.2 AMCGCR_EL0, Activity Monitors Counter Group Configuration Register

Provides information on the number of activity monitor event counters implemented within each counter group.

### Configurations

AArch64 register AMCGCR_EL0 bits [31:0] are architecturally mapped to AArch32 System register AArch32 amcgcr bits [31:0].

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Attributes

### Width

64

### Functional group

Activity Monitors registers

### Access type

See bit descriptions

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx 0000 0011 0000 0100

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure B-188: AArch64_amcgcr_el0 bit assignments**




**Table B-468: AMCGCR_EL0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:16] | RES0 | Reserved | RES0 |
| [15:8] | CG1NC | Counter Group 1 Number of Counters. The number of counters in the auxiliary counter group.<br><br>In an implementation that includes FEAT_AMUv1, the permitted range of values is `0x0` to `0x10`.<br>**`0b00000011`**<br>Three counters in the auxiliary counter group | `0x03` |
| [7:0] | CG0NC | Counter Group 0 Number of Counters. The number of counters in the architected counter group.<br>**`0b00000100`**<br>Four Counters in the architected counter group | `0x04` |

## Access

MRS <Xt>, AMCGCR_EL0

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b011 | 0b1101 | 0b0010 | 0b010 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Accessibility

MRS <Xt>, AMCGCR_EL0

```
if PSTATE.EL == EL0 then
    if AMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.SystemAccessTrap(EL2, 0x18);
        else
            AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TAM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = AMCGCR_EL0;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && CPTR_EL2.TAM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = AMCGCR_EL0;
elsif PSTATE.EL == EL2 then
    if CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = AMCGCR_EL0;
elsif PSTATE.EL == EL3 then
    X[t, 64] = AMCGCR_EL0;
```

## B.11.3 AMEVCNTR00_EL0, Activity Monitors Event Counter Registers 0

Provides access to the architected activity monitor event counter 0.

### Configurations

AArch64 register AMEVCNTR00_EL0 bits [63:0] are architecturally mapped to AArch32 System register AArch32 amevcntr00 bits [63:0].

### Attributes

**Width**

64

**Functional group**

Activity Monitors registers

**Access type**

See bit descriptions

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Reset value

0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000

## Bit descriptions

### Figure B-189: AArch64_amevcntr00_el0 bit assignments




**Table B-470: AMEVCNTR00_EL0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | ACNT | Value of architected activity monitor event counter 0. | 0x0000000000000000 |

## Access

If <n> is greater than or equal to the number of architected activity monitor event counters, reads and writes of AMEVCNTR0<n>_EL0 are **UNDEFINED**.

Note

AArch64-AMCGCR_EL0.CG0NC identifies the number of architected activity monitor event counters.

MRS <Xt>, AMEVCNTR00_EL0

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b011 | 0b1101 | 0b0100 | 0b000 |

MSR AMEVCNTR00_EL0, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b011 | 0b1101 | 0b0100 | 0b000 |

## Accessibility

If <n> is greater than or equal to the number of architected activity monitor event counters, reads and writes of AMEVCNTR0<n>_EL0 are UNDEFINED.

Note

AArch64-AMCGCR_EL0.CG0NC identifies the number of architected activity monitor event counters.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

MRS <Xt>, AMEVCNTR00_EL0

```
if PSTATE.EL == EL0 then
    if AMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.SystemAccessTrap(EL2, 0x18);
        else
            AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TAM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = AMEVCNTR0_EL0[0];
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && CPTR_EL2.TAM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = AMEVCNTR0_EL0[0];
elsif PSTATE.EL == EL2 then
    if CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = AMEVCNTR0_EL0[0];
elsif PSTATE.EL == EL3 then
    X[t, 64] = AMEVCNTR0_EL0[0];
```

MSR AMEVCNTR00_EL0, <Xt>

```
if IsHighestEL(PSTATE.EL) then
    AMEVCNTR0_EL0[0] = X[t, 64];
else
    UNDEFINED;
```

## B.11.4 AMEVCNTR01_EL0, Activity Monitors Event Counter Registers 0

Provides access to the architected activity monitor event counter 1.

### Configurations

AArch64 register AMEVCNTR01_EL0 bits [63:0] are architecturally mapped to AArch32 System register AArch32 amevcntr01 bits [63:0].

### Attributes

#### Width

64

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Functional group**

Activity Monitors registers

**Access type**

See bit descriptions

**Reset value**

0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000

## Bit descriptions

**Figure B-190: AArch64_amevcntr01_el0 bit assignments**




**Table B-473: AMEVCNTR01_EL0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | ACNT | Value of architected activity monitor event counter 1. | 0x0000000000000000 |

## Access

If <n> is greater than or equal to the number of architected activity monitor event counters, reads and writes of AMEVCNTR0<n>_EL0 are **UNDEFINED**.

Note

AArch64-AMCGCR_EL0.CG0NC identifies the number of architected activity monitor event counters.

MRS <Xt>, AMEVCNTR01_EL0

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b011 | 0b1101 | 0b0100 | 0b001 |

MSR AMEVCNTR01_EL0, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b011 | 0b1101 | 0b0100 | 0b001 |

## Accessibility

If <n> is greater than or equal to the number of architected activity monitor event counters, reads and writes of AMEVCNTR0<n>_EL0 are UNDEFINED.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Note

AArch64-AMCGCR_EL0.CG0NC identifies the number of architected activity monitor event counters.

MRS <Xt>, AMEVCNTR01_EL0

```
if PSTATE.EL == EL0 then
    if AMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.SystemAccessTrap(EL2, 0x18);
        else
            AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TAM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = AMEVCNTR0_EL0[1];
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && CPTR_EL2.TAM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = AMEVCNTR0_EL0[1];
elsif PSTATE.EL == EL2 then
    if CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = AMEVCNTR0_EL0[1];
elsif PSTATE.EL == EL3 then
    X[t, 64] = AMEVCNTR0_EL0[1];
```

MSR AMEVCNTR01_EL0, <Xt>

```
if IsHighestEL(PSTATE.EL) then
    AMEVCNTR0_EL0[1] = X[t, 64];
else
    UNDEFINED;
```

## B.11.5 AMEVCNTR02_EL0, Activity Monitors Event Counter Registers 0

Provides access to the architected activity monitor event counter 2.

### Configurations

AArch64 register AMEVCNTR02_EL0 bits [63:0] are architecturally mapped to AArch32 System register AArch32 amevcntr02 bits [63:0].

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Attributes

### Width

64

### Functional group

Activity Monitors registers

### Access type

See bit descriptions

### Reset value

0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000

## Bit descriptions

### Figure B-191: AArch64_amevcntr02_el0 bit assignments




**Table B-476: AMEVCNTR02_EL0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | ACNT | Value of architected activity monitor event counter 2. | 0x0000000000000000 |

## Access

If <n> is greater than or equal to the number of architected activity monitor event counters, reads and writes of AMEVCNTR0<n>_EL0 are **UNDEFINED**.

Note

AArch64-AMCGCR_EL0.CG0NC identifies the number of architected activity monitor event counters.

MRS <Xt>, AMEVCNTR02_EL0

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b011 | 0b1101 | 0b0100 | 0b010 |

MSR AMEVCNTR02_EL0, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b011 | 0b1101 | 0b0100 | 0b010 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Accessibility

If <n> is greater than or equal to the number of architected activity monitor event counters, reads and writes of AMEVCNTR0<n>_EL0 are UNDEFINED.

Note

AArch64-AMCGCR_EL0.CG0NC identifies the number of architected activity monitor event counters.

MRS <Xt>, AMEVCNTR02_EL0

```
if PSTATE.EL == EL0 then
    if AMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.SystemAccessTrap(EL2, 0x18);
        else
            AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TAM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = AMEVCNTR0_EL0[2];
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && CPTR_EL2.TAM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = AMEVCNTR0_EL0[2];
elsif PSTATE.EL == EL2 then
    if CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = AMEVCNTR0_EL0[2];
elsif PSTATE.EL == EL3 then
    X[t, 64] = AMEVCNTR0_EL0[2];
```

MSR AMEVCNTR02_EL0, <Xt>

```
if IsHighestEL(PSTATE.EL) then
    AMEVCNTR0_EL0[2] = X[t, 64];
else
    UNDEFINED;
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## B.11.6 AMEVCNTR03_EL0, Activity Monitors Event Counter Registers 0

Provides access to the architected activity monitor event counter 3.

### Configurations

AArch64 register AMEVCNTR03_EL0 bits [63:0] are architecturally mapped to AArch32 System register AArch32 amevcntr03 bits [63:0].

### Attributes

**Width**

64

**Functional group**

Activity Monitors registers

**Access type**

See bit descriptions

**Reset value**

0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000

### Bit descriptions

**Figure B-192: AArch64_amevcntr03_el0 bit assignments**




**Table B-479: AMEVCNTR03_EL0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | ACNT | Value of architected activity monitor event counter 3. | 0x0000000000000000 |

### Access

If <n> is greater than or equal to the number of architected activity monitor event counters, reads and writes of AMEVCNTR0<n>_EL0 are **UNDEFINED**.

Note

AArch64-AMCGCR_EL0.CG0NC identifies the number of architected activity monitor event counters.

MRS <Xt>, AMEVCNTR03_EL0

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b011 | 0b1101 | 0b0100 | 0b011 |

MSR AMEVCNTR03_EL0, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b011 | 0b1101 | 0b0100 | 0b011 |

### Accessibility

If <n> is greater than or equal to the number of architected activity monitor event counters, reads and writes of AMEVCNTR0<n>_EL0 are UNDEFINED.

Note

AArch64-AMCGCR_EL0.CG0NC identifies the number of architected activity monitor event counters.

MRS <Xt>, AMEVCNTR03_EL0

```
if PSTATE.EL == EL0 then
    if AMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.SystemAccessTrap(EL2, 0x18);
        else
            AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TAM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = AMEVCNTR0_EL0[3];
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && CPTR_EL2.TAM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = AMEVCNTR0_EL0[3];
elsif PSTATE.EL == EL2 then
    if CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = AMEVCNTR0_EL0[3];
elsif PSTATE.EL == EL3 then
    X[t, 64] = AMEVCNTR0_EL0[3];
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

MSR AMEVCNTR03_EL0, <Xt>

```
if IsHighestEL(PSTATE.EL) then
    AMEVCNTR0_EL0[3] = X[t, 64];
else
    UNDEFINED;
```

## B.11.7 AMEVTYPER00_EL0, Activity Monitors Event Type Registers 0

Provides information on the events that an architected activity monitor event counter AArch64-AMEVCNTR00_EL0 counts.

### Configurations

AArch64 register AMEVTYPER00_EL0 bits [31:0] are architecturally mapped to AArch32 System register AArch32 amevtyper00 bits [31:0].

### Attributes

**Width**

64

**Functional group**

Activity Monitors registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx 0000 0000 0001 0001

Note: Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-193: AArch64_amevtyper00_el0 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table B-482: AMEVTYPER00_EL0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:16] | RES0 | Reserved | RES0 |
| [15:0] | evtCount | Event to count. The event number of the event that is counted by the architected activity monitor event counter AArch64-AMEVCNTR00_EL0. The value of this field is architecturally mandated for each architected counter.<br>`0b0000000000010001`<br>Processor frequency cycles | `0x0011` |

## Access

If <n> is greater than or equal to the number of architected activity monitor event counters, reads and writes of AMEVTYPER0<n>_EL0 are **UNDEFINED**.

Note

AArch64-AMCGCR_EL0.CG0NC identifies the number of architected activity monitor event counters.

MRS <Xt>, AMEVTYPER00_EL0

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b011 | 0b1101 | 0b0110 | 0b000 |

## Accessibility

If <n> is greater than or equal to the number of architected activity monitor event counters, reads and writes of AMEVTYPER0<n>_EL0 are UNDEFINED.

Note

AArch64-AMCGCR_EL0.CG0NC identifies the number of architected activity monitor event counters.

MRS <Xt>, AMEVTYPER00_EL0

```
if PSTATE.EL == EL0 then
    if AMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.SystemAccessTrap(EL2, 0x18);
        else
            AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TAM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = AMEVTYPER0_EL0[0];
elsif PSTATE.EL == EL1 then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    if EL2Enabled() && CPTR_EL2.TAM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = AMEVTYPER0_EL0[0];
elsif PSTATE.EL == EL2 then
    if CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = AMEVTYPER0_EL0[0];
elsif PSTATE.EL == EL3 then
    X[t, 64] = AMEVTYPER0_EL0[0];
```

## B.11.8 AMEVTYPER01_EL0, Activity Monitors Event Type Registers 0

Provides information on the events that an architected activity monitor event counter AArch64-AMEVCNTR01_EL0 counts.

### Configurations

AArch64 register AMEVTYPER01_EL0 bits [31:0] are architecturally mapped to AArch32 System register AArch32 amevtyper01 bits [31:0].

### Attributes

**Width**

64

**Functional group**

Activity Monitors registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx 0100 0000 0000 0100

Note: Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure B-194: AArch64_amevtyper01_el0 bit assignments




### Table B-484: AMEVTYPER01_EL0 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:16] | RES0 | Reserved | RES0 |
| [15:0] | evtCount | Event to count. The event number of the event that is counted by the architected activity monitor event counter AArch64-AMEVCNTR01_EL0. The value of this field is architecturally mandated for each architected counter.<br>**0b0100000000000100**<br>Constant frequency cycles | 0x4004 |

## Access

If <n> is greater than or equal to the number of architected activity monitor event counters, reads and writes of AMEVTYPER0<n>_EL0 are **UNDEFINED**.

Note

AArch64-AMCGCR_EL0.CG0NC identifies the number of architected activity monitor event counters.

MRS <Xt>, AMEVTYPER01_EL0

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b011 | 0b1101 | 0b0110 | 0b001 |

## Accessibility

If <n> is greater than or equal to the number of architected activity monitor event counters, reads and writes of AMEVTYPER0<n>_EL0 are UNDEFINED.

Note

AArch64-AMCGCR_EL0.CG0NC identifies the number of architected activity monitor event counters.

MRS <Xt>, AMEVTYPER01_EL0

```
if PSTATE.EL == EL0 then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    if AMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.SystemAccessTrap(EL2, 0x18);
        else
            AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TAM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = AMEVTYPER0_EL0[1];
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && CPTR_EL2.TAM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = AMEVTYPER0_EL0[1];
elsif PSTATE.EL == EL2 then
    if CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = AMEVTYPER0_EL0[1];
elsif PSTATE.EL == EL3 then
    X[t, 64] = AMEVTYPER0_EL0[1];
```

## B.11.9 AMEVTYPER02_EL0, Activity Monitors Event Type Registers 0

Provides information on the events that an architected activity monitor event counter AArch64-AMEVCNTR02_EL0 counts.

### Configurations

AArch64 register AMEVTYPER02_EL0 bits [31:0] are architecturally mapped to AArch32 System register AArch32 amevtyper02 bits [31:0].

### Attributes

**Width**

64

**Functional group**

Activity Monitors registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx 0000 0000 0000 1000

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure B-195: AArch64_amevtyper02_el0 bit assignments**




**Table B-486: AMEVTYPER02_EL0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:16] | **RES0** | Reserved | **RES0** |
| [15:0] | evtCount | Event to count. The event number of the event that is counted by the architected activity monitor event counter AArch64-AMEVCNTR02_EL0. The value of this field is architecturally mandated for each architected counter.<br>**0b0000000000001000**<br>Instructions retired | 0x0008 |

## Access

If <n> is greater than or equal to the number of architected activity monitor event counters, reads and writes of AMEVTYPER0<n>_EL0 are **UNDEFINED**.

Note

AArch64-AMCGCR_EL0.CG0NC identifies the number of architected activity monitor event counters.

MRS <Xt>, AMEVTYPER02_EL0

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b011 | 0b1101 | 0b0110 | 0b010 |

## Accessibility

If <n> is greater than or equal to the number of architected activity monitor event counters, reads and writes of AMEVTYPER0<n>_EL0 are UNDEFINED.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Note

AArch64-AMCGCR_EL0.CG0NC identifies the number of architected activity monitor event counters.

MRS <Xt>, AMEVTYPER02_EL0

```
if PSTATE.EL == EL0 then
    if AMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.SystemAccessTrap(EL2, 0x18);
        else
            AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TAM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = AMEVTYPER0_EL0[2];
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && CPTR_EL2.TAM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = AMEVTYPER0_EL0[2];
elsif PSTATE.EL == EL2 then
    if CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = AMEVTYPER0_EL0[2];
elsif PSTATE.EL == EL3 then
    X[t, 64] = AMEVTYPER0_EL0[2];
```

## B.11.10 AMEVTYPER03_EL0, Activity Monitors Event Type Registers 0

Provides information on the events that an architected activity monitor event counter AArch64-AMEVCNTR03_EL0 counts.

### Configurations

AArch64 register AMEVTYPER03_EL0 bits [31:0] are architecturally mapped to AArch32 System register AArch32 amevtyper03 bits [31:0].

### Attributes

#### Width

64

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Functional group**

Activity Monitors registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx 0100 0000 0000 0101

Note: Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure B-196: AArch64_amevtyper03_el0 bit assignments**




**Table B-488: AMEVTYPER03_EL0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:16] | RES0 | Reserved | RES0 |
| [15:0] | evtCount | Event to count. The event number of the event that is counted by the architected activity monitor event counter AArch64-AMEVCNTR03_EL0. The value of this field is architecturally mandated for each architected counter.<br>`0b0100000000000101`<br>Memory stall cycles | `0x4005` |

## Access

If <n> is greater than or equal to the number of architected activity monitor event counters, reads and writes of AMEVTYPER0<n>_EL0 are **UNDEFINED**.

Note: AArch64-AMCGCR_EL0.CG0NC identifies the number of architected activity monitor event counters.

MRS <Xt>, AMEVTYPER03_EL0

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| op0 | op1 | CRn | CRm | op2 |
| --- | --- | --- | --- | --- |
| 0b11 | 0b011 | 0b1101 | 0b0110 | 0b011 |

## Accessibility

If <n> is greater than or equal to the number of architected activity monitor event counters, reads and writes of AMEVTYPER0<n>_EL0 are UNDEFINED.

Note

AArch64-AMCGCR_EL0.CG0NC identifies the number of architected activity monitor event counters.

MRS <Xt>, AMEVTYPER03_EL0

```
if PSTATE.EL == EL0 then
    if AMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.SystemAccessTrap(EL2, 0x18);
        else
            AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TAM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = AMEVTYPER0_EL0[3];
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && CPTR_EL2.TAM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = AMEVTYPER0_EL0[3];
elsif PSTATE.EL == EL2 then
    if CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = AMEVTYPER0_EL0[3];
elsif PSTATE.EL == EL3 then
    X[t, 64] = AMEVTYPER0_EL0[3];
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## B.11.11 AMEVCNTR10_EL0, Activity Monitors Event Counter Registers 1

Provides access to the auxiliary activity monitor event counter 0.

### Configurations

AArch64 register AMEVCNTR10_EL0 bits [63:0] are architecturally mapped to AArch32 System register AArch32 amevcntr10 bits [63:0].

### Attributes

**Width**

64

**Functional group**

Activity Monitors registers

**Access type**

See bit descriptions

**Reset value**

0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000

### Bit descriptions

**Figure B-197: AArch64_amevcntr10_el0 bit assignments**




**Table B-490: AMEVCNTR10_EL0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | ACNT | Value of Auxiliary activity monitor event counter 0. | 0x0000000000000000 |

### Access

If <n> is greater than or equal to the number of auxiliary activity monitor event counters, reads and writes of AMEVCNTR1<n>_EL0 are **UNDEFINED**.

**Note**

AArch64-AMCGCR_EL0.CG1NC identifies the number of auxiliary activity monitor event counters.

MRS <Xt>, AMEVCNTR10_EL0

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b011 | 0b1101 | 0b1100 | 0b000 |

MSR AMEVCNTR10_EL0, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b011 | 0b1101 | 0b1100 | 0b000 |

### Accessibility

If <n> is greater than or equal to the number of auxiliary activity monitor event counters, reads and writes of AMEVCNTR1<n>_EL0 are UNDEFINED.

---

**Note**

AArch64-AMCGCR_EL0.CG1NC identifies the number of auxiliary activity monitor event counters.

---

MRS <Xt>, AMEVCNTR10_EL0

```
if 0 >= NUM_AMU_CG1_MONITORS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    if AMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.SystemAccessTrap(EL2, 0x18);
        else
            AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TAM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = AMEVCNTR1_EL0[0];
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && CPTR_EL2.TAM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = AMEVCNTR1_EL0[0];
elsif PSTATE.EL == EL2 then
    if CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = AMEVCNTR1_EL0[0];
elsif PSTATE.EL == EL3 then
    X[t, 64] = AMEVCNTR1_EL0[0];
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

MSR AMEVCNTR10_EL0, <Xt>

```
if 0 >= NUM_AMU_CG1_MONITORS then
    UNDEFINED;
elsif IsHighestEL(PSTATE.EL) then
    AMEVCNTR1_EL0[0] = X[t, 64];
else
    UNDEFINED;
```

## B.11.12 AMEVCNTR11_EL0, Activity Monitors Event Counter Registers 1

Provides access to the auxiliary activity monitor event counter 1.

### Configurations

AArch64 register AMEVCNTR11_EL0 bits [63:0] are architecturally mapped to AArch32 System register AArch32 amevcntr11 bits [63:0].

### Attributes

**Width**

64

**Functional group**

Activity Monitors registers

**Access type**

See bit descriptions

**Reset value**

0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000

### Bit descriptions

**Figure B-198: AArch64_amevcntr11_el0 bit assignments**




**Table B-493: AMEVCNTR11_EL0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | ACNT | Value of Auxiliary activity monitor event counter 1. | 0x0000000000000000 |

### Access

If <n> is greater than or equal to the number of auxiliary activity monitor event counters, reads and writes of AMEVCNTR1<n>_EL0 are **UNDEFINED**.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Note

AArch64-AMCGCR_EL0.CG1NC identifies the number of auxiliary activity monitor event counters.

MRS <Xt>, AMEVCNTR11_EL0

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b011 | 0b1101 | 0b1100 | 0b001 |

MSR AMEVCNTR11_EL0, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b011 | 0b1101 | 0b1100 | 0b001 |

### Accessibility

If <n> is greater than or equal to the number of auxiliary activity monitor event counters, reads and writes of AMEVCNTR1<n>_EL0 are UNDEFINED.

Note

AArch64-AMCGCR_EL0.CG1NC identifies the number of auxiliary activity monitor event counters.

MRS <Xt>, AMEVCNTR11_EL0

```
if 1 >= NUM_AMU_CG1_MONITORS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    if AMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.SystemAccessTrap(EL2, 0x18);
        else
            AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TAM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = AMEVCNTR1_EL0[1];
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && CPTR_EL2.TAM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = AMEVCNTR1_EL0[1];
elsif PSTATE.EL == EL2 then
    if CPTR_EL3.TAM == '1' then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = AMEVCNTR1_EL0[1];
elsif PSTATE.EL == EL3 then
    X[t, 64] = AMEVCNTR1_EL0[1];
```

MSR AMEVCNTR11_EL0, <Xt>

```
if 1 >= NUM_AMU_CG1_MONITORS then
    UNDEFINED;
elsif IsHighestEL(PSTATE.EL) then
    AMEVCNTR1_EL0[1] = X[t, 64];
else
    UNDEFINED;
```

## B.11.13 AMEVCNTR12_EL0, Activity Monitors Event Counter Registers 1

Provides access to the auxiliary activity monitor event counter 2.

### Configurations

AArch64 register AMEVCNTR12_EL0 bits [63:0] are architecturally mapped to AArch32 System register AArch32 amevcntr12 bits [63:0].

### Attributes

**Width**

64

**Functional group**

Activity Monitors registers

**Access type**

See bit descriptions

**Reset value**

0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000

### Bit descriptions

**Figure B-199: AArch64_amevcntr12_el0 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table B-496: AMEVCNTR12_EL0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | ACNT | Value of Auxiliary activity monitor event counter 2. | 0x0000000000000000 |

## Access

If <n> is greater than or equal to the number of auxiliary activity monitor event counters, reads and writes of AMEVCNTR1<n>_EL0 are **UNDEFINED**.

Note

AArch64-AMCGCR_EL0.CG1NC identifies the number of auxiliary activity monitor event counters.

MRS <Xt>, AMEVCNTR12_EL0

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b011 | 0b1101 | 0b1100 | 0b010 |

MSR AMEVCNTR12_EL0, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b011 | 0b1101 | 0b1100 | 0b010 |

## Accessibility

If <n> is greater than or equal to the number of auxiliary activity monitor event counters, reads and writes of AMEVCNTR1<n>_EL0 are UNDEFINED.

Note

AArch64-AMCGCR_EL0.CG1NC identifies the number of auxiliary activity monitor event counters.

MRS <Xt>, AMEVCNTR12_EL0

```
if 2 >= NUM_AMU_CG1_MONITORS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    if AMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.SystemAccessTrap(EL2, 0x18);
        else
            AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TAM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        X[t, 64] = AMEVCNTR1_EL0[2];
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && CPTR_EL2.TAM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = AMEVCNTR1_EL0[2];
elsif PSTATE.EL == EL2 then
    if CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = AMEVCNTR1_EL0[2];
elsif PSTATE.EL == EL3 then
    X[t, 64] = AMEVCNTR1_EL0[2];
```

MSR AMEVCNTR12_EL0, <Xt>

```
if 2 >= NUM_AMU_CG1_MONITORS then
    UNDEFINED;
elsif IsHighestEL(PSTATE.EL) then
    AMEVCNTR1_EL0[2] = X[t, 64];
else
    UNDEFINED;
```

## B.11.14 AMEVTYPER10_EL0, Activity Monitors Event Type Registers 1

Provides information on the events that an architected activity monitor event counter AArch64-AMEVCNTR10_EL0 counts.

### Configurations

AArch64 register AMEVTYPER10_EL0 bits [31:0] are architecturally mapped to AArch32 System register AArch32 amevtyper10 bits [31:0].

### Attributes

**Width**

64

**Functional group**

Activity Monitors registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure B-200: AArch64_amevtyper10_el0 bit assignments**




**Table B-499: AMEVTYPER10_EL0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:16] | **RES0** | Reserved | **RES0** |
| [15:0] | evtCount | Event to count. The event number of the event that is counted by the architected activity monitor event counter AArch64-AMEVCNTR1<n>_EL0<br>**0b0000001100000000**<br>Gear 0 (MPMM bank 0) period threshold exceeded | `16{x}` |

## Access

If <n> is greater than or equal to the number of auxiliary activity monitor event counters, reads and writes of AMEVTYPER1<n>_EL0 are **UNDEFINED**.

Note

AArch64-AMCGCR_EL0.CG1NC identifies the number of auxiliary activity monitor event counters.

MRS <Xt>, AMEVTYPER10_EL0

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b011 | 0b1101 | 0b1110 | 0b000 |

## Accessibility

If <n> is greater than or equal to the number of auxiliary activity monitor event counters, reads and writes of AMEVTYPER1<n>_EL0 are UNDEFINED.

Note

AArch64-AMCGCR_EL0.CG1NC identifies the number of auxiliary activity monitor event counters.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

MRS <Xt>, AMEVTYPER10_EL0

```
if 0 >= NUM_AMU_CG1_MONITORS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    if AMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.SystemAccessTrap(EL2, 0x18);
        else
            AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TAM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = AMEVTYPER1_EL0[0];
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && CPTR_EL2.TAM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = AMEVTYPER1_EL0[0];
elsif PSTATE.EL == EL2 then
    if CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = AMEVTYPER1_EL0[0];
elsif PSTATE.EL == EL3 then
    X[t, 64] = AMEVTYPER1_EL0[0];
```

## B.11.15 AMEVTYPER11_EL0, Activity Monitors Event Type Registers 1

Provides information on the events that an architected activity monitor event counter AArch64-AMEVCNTR11_EL0 counts.

### Configurations

AArch64 register AMEVTYPER11_EL0 bits [31:0] are architecturally mapped to AArch32 System register AArch32 amevtyper11 bits [31:0].

### Attributes

**Width**

64

**Functional group**

Activity Monitors registers

**Access type**

See bit descriptions

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure B-201: AArch64_amevtyper11_el0 bit assignments**




**Table B-501: AMEVTYPER11_EL0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:16] | **RES0** | Reserved | **RES0** |
| [15:0] | evtCount | Event to count. The event number of the event that is counted by the architected activity monitor event counter AArch64-AMEVCNTR1<n>_EL0<br>**0b0000001100000001**<br>Gear 1 (MPMM bank 1) period threshold exceeded | 16{x} |

## Access

If <n> is greater than or equal to the number of auxiliary activity monitor event counters, reads and writes of AMEVTYPER1<n>_EL0 are **UNDEFINED**.

Note

AArch64-AMCGCR_EL0.CG1NC identifies the number of auxiliary activity monitor event counters.

MRS <Xt>, AMEVTYPER11_EL0

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b011 | 0b1101 | 0b1110 | 0b001 |

## Accessibility

If <n> is greater than or equal to the number of auxiliary activity monitor event counters, reads and writes of AMEVTYPER1<n>_EL0 are UNDEFINED.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Note

AArch64-AMCGCR_EL0.CG1NC identifies the number of auxiliary activity monitor event counters.

MRS <Xt>, AMEVTYPER11_EL0

```
if 1 >= NUM_AMU_CG1_MONITORS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    if AMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.SystemAccessTrap(EL2, 0x18);
        else
            AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TAM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = AMEVTYPER1_EL0[1];
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && CPTR_EL2.TAM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = AMEVTYPER1_EL0[1];
elsif PSTATE.EL == EL2 then
    if CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = AMEVTYPER1_EL0[1];
elsif PSTATE.EL == EL3 then
    X[t, 64] = AMEVTYPER1_EL0[1];
```

## B.11.16 AMEVTYPER12_EL0, Activity Monitors Event Type Registers 1

Provides information on the events that an architected activity monitor event counter AArch64-AMEVCNTR12_EL0 counts.

### Configurations

AArch64 register AMEVTYPER12_EL0 bits [31:0] are architecturally mapped to AArch32 System register AArch32 amevtyper12 bits [31:0].

### Attributes

#### Width

64

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Functional group**

Activity Monitors registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note: Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure B-202: AArch64_amevtyper12_el0 bit assignments**




**Table B-503: AMEVTYPER12_EL0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:16] | **RES0** | Reserved | **RES0** |
| [15:0] | evtCount | Event to count. The event number of the event that is counted by the architected activity monitor event counter AArch64-AMEVCNTR1<n>_EL0<br>**0b0000001100000010**<br>Gear 2 (MPMM bank 2) period threshold exceeded | 16{x} |

## Access

If <n> is greater than or equal to the number of auxiliary activity monitor event counters, reads and writes of AMEVTYPER1<n>_EL0 are **UNDEFINED**.

Note: AArch64-AMCGCR_EL0.CG1NC identifies the number of auxiliary activity monitor event counters.

MRS <Xt>, AMEVTYPER12_EL0

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b011 | 0b1101 | 0b1110 | 0b010 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Accessibility

If <n> is greater than or equal to the number of auxiliary activity monitor event counters, reads and writes of AMEVTYPER1<n>_EL0 are UNDEFINED.

---

Note

AArch64-AMCGCR_EL0.CG1NC identifies the number of auxiliary activity monitor event counters.

---

MRS <Xt>, AMEVTYPER12_EL0

```
if 2 >= NUM_AMU_CG1_MONITORS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    if AMUSERENR_EL0.EN == '0' then
        if EL2Enabled() && HCR_EL2.TGE == '1' then
            AArch64.SystemAccessTrap(EL2, 0x18);
        else
            AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TAM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = AMEVTYPER1_EL0[2];
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && CPTR_EL2.TAM == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = AMEVTYPER1_EL0[2];
elsif PSTATE.EL == EL2 then
    if CPTR_EL3.TAM == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = AMEVTYPER1_EL0[2];
elsif PSTATE.EL == EL3 then
    X[t, 64] = AMEVTYPER1_EL0[2];
```

## B.12 AArch64 Trace unit registers summary

The summary table provides an overview of all Trace unit registers in the core. For more information about a register, click the register name in the table.

For registers without a listed reset value refer to the individual field resets documented on the register description pages or in the Arm ARM.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table B-505: Trace unit registers summary**

| Name | Op0 | Op1 | CRn | CRm | Op2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| TRCTRACEIDR | 2 | 1 | C0 | C0 | 1 | See individual bit resets. | 64-bit | Trace ID Register |
| TRCVICTLR | 2 | 1 | C0 | C0 | 2 | See individual bit resets. | 64-bit | ViewInst Main Control Register |
| TRCSEQEVR0 | 2 | 1 | C0 | C0 | 4 | See individual bit resets. | 64-bit | Sequencer State Transition Control Register <n> |
| TRCIDR8 | 2 | 1 | C0 | C0 | 6 | See individual bit resets. | 64-bit | ID Register 8 |
| TRCIMSPEC0 | 2 | 1 | C0 | C0 | 7 | See individual bit resets. | 64-bit | IMP DEF Register 0 |
| TRCPRGCTLR | 2 | 1 | C0 | C1 | 0 | See individual bit resets. | 64-bit | Programming Control Register |
| TRCVIIECTLR | 2 | 1 | C0 | C1 | 2 | See individual bit resets. | 64-bit | ViewInst Include/Exclude Control Register |
| TRCSEQEVR1 | 2 | 1 | C0 | C1 | 4 | See individual bit resets. | 64-bit | Sequencer State Transition Control Register <n> |
| TRCIDR9 | 2 | 1 | C0 | C1 | 6 | See individual bit resets. | 64-bit | ID Register 9 |
| TRCVISSCTLR | 2 | 1 | C0 | C2 | 2 | See individual bit resets. | 64-bit | ViewInst Start/Stop Control Register |
| TRCSEQEVR2 | 2 | 1 | C0 | C2 | 4 | See individual bit resets. | 64-bit | Sequencer State Transition Control Register <n> |
| TRCIDR10 | 2 | 1 | C0 | C2 | 6 | See individual bit resets. | 64-bit | ID Register 10 |
| TRCSTATR | 2 | 1 | C0 | C3 | 0 | See individual bit resets. | 64-bit | Trace Status Register |
| TRCIDR11 | 2 | 1 | C0 | C3 | 6 | See individual bit resets. | 64-bit | ID Register 11 |
| TRCCONFIGR | 2 | 1 | C0 | C4 | 0 | See individual bit resets. | 64-bit | Trace Configuration Register |
| TRCCNTCTLR0 | 2 | 1 | C0 | C4 | 5 | See individual bit resets. | 64-bit | Counter Control Register <n> |
| TRCIDR12 | 2 | 1 | C0 | C4 | 6 | See individual bit resets. | 64-bit | ID Register 12 |
| TRCCNTCTLR1 | 2 | 1 | C0 | C5 | 5 | See individual bit resets. | 64-bit | Counter Control Register <n> |
| TRCIDR13 | 2 | 1 | C0 | C5 | 6 | See individual bit resets. | 64-bit | ID Register 13 |
| TRCAUXCTLR | 2 | 1 | C0 | C6 | 0 | See individual bit resets. | 64-bit | Auxiliary Control Register |
| TRCSEQRSTEVR | 2 | 1 | C0 | C6 | 4 | See individual bit resets. | 64-bit | Sequencer Reset Control Register |
| TRCSEQSTR | 2 | 1 | C0 | C7 | 4 | See individual bit resets. | 64-bit | Sequencer State Register |
| TRCEVENTCTL0R | 2 | 1 | C0 | C8 | 0 | See individual bit resets. | 64-bit | Event Control 0 Register |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Name | Op0 | Op1 | CRn | CRm | Op2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| TRCEXTINSELR0 | 2 | 1 | C0 | C8 | 4 | See individual bit resets. | 64-bit | External Input Select Register <n> |
| TRCCNTVR0 | 2 | 1 | C0 | C8 | 5 | See individual bit resets. | 64-bit | Counter Value Register <n> |
| TRCIDR0 | 2 | 1 | C0 | C8 | 7 | See individual bit resets. | 64-bit | ID Register 0 |
| TRCEVENTCTL1R | 2 | 1 | C0 | C9 | 0 | See individual bit resets. | 64-bit | Event Control 1 Register |
| TRCEXTINSELR1 | 2 | 1 | C0 | C9 | 4 | See individual bit resets. | 64-bit | External Input Select Register <n> |
| TRCCNTVR1 | 2 | 1 | C0 | C9 | 5 | See individual bit resets. | 64-bit | Counter Value Register <n> |
| TRCIDR1 | 2 | 1 | C0 | C9 | 7 | See individual bit resets. | 64-bit | ID Register 1 |
| TRCRSR | 2 | 1 | C0 | C10 | 0 | See individual bit resets. | 64-bit | Resources Status Register |
| TRCEXTINSELR2 | 2 | 1 | C0 | C10 | 4 | See individual bit resets. | 64-bit | External Input Select Register <n> |
| TRCIDR2 | 2 | 1 | C0 | C10 | 7 | See individual bit resets. | 64-bit | ID Register 2 |
| TRCEXTINSELR3 | 2 | 1 | C0 | C11 | 4 | See individual bit resets. | 64-bit | External Input Select Register <n> |
| TRCIDR3 | 2 | 1 | C0 | C11 | 7 | See individual bit resets. | 64-bit | ID Register 3 |
| TRCTSCTLR | 2 | 1 | C0 | C12 | 0 | See individual bit resets. | 64-bit | Timestamp Control Register |
| TRCIDR4 | 2 | 1 | C0 | C12 | 7 | See individual bit resets. | 64-bit | ID Register 4 |
| TRCSYNCPR | 2 | 1 | C0 | C13 | 0 | See individual bit resets. | 64-bit | Synchronization Period Register |
| TRCIDR5 | 2 | 1 | C0 | C13 | 7 | See individual bit resets. | 64-bit | ID Register 5 |
| TRCCCCTLR | 2 | 1 | C0 | C14 | 0 | See individual bit resets. | 64-bit | Cycle Count Control Register |
| TRCIDR6 | 2 | 1 | C0 | C14 | 7 | See individual bit resets. | 64-bit | ID Register 6 |
| TRCBBCTLR | 2 | 1 | C0 | C15 | 0 | See individual bit resets. | 64-bit | Branch Broadcast Control Register |
| TRCIDR7 | 2 | 1 | C0 | C15 | 7 | See individual bit resets. | 64-bit | ID Register 7 |
| TRCSSCCR0 | 2 | 1 | C1 | C0 | 2 | See individual bit resets. | 64-bit | Single-shot Comparator Control Register <n> |
| TRCOSLSR | 2 | 1 | C1 | C1 | 4 | See individual bit resets. | 64-bit | Trace OS Lock Status Register |
| TRCRSCTLR2 | 2 | 1 | C1 | C2 | 0 | See individual bit resets. | 64-bit | Resource Selection Control Register <n> |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Name | Op0 | Op1 | CRn | CRm | Op2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| TRCRSCTLR3 | 2 | 1 | C1 | C3 | 0 | See individual bit resets. | 64-bit | Resource Selection Control Register <n> |
| TRCRSCTLR4 | 2 | 1 | C1 | C4 | 0 | See individual bit resets. | 64-bit | Resource Selection Control Register <n> |
| TRCRSCTLR5 | 2 | 1 | C1 | C5 | 0 | See individual bit resets. | 64-bit | Resource Selection Control Register <n> |
| TRCRSCTLR6 | 2 | 1 | C1 | C6 | 0 | See individual bit resets. | 64-bit | Resource Selection Control Register <n> |
| TRCRSCTLR7 | 2 | 1 | C1 | C7 | 0 | See individual bit resets. | 64-bit | Resource Selection Control Register <n> |
| TRCRSCTLR8 | 2 | 1 | C1 | C8 | 0 | See individual bit resets. | 64-bit | Resource Selection Control Register <n> |
| TRCSSCSR0 | 2 | 1 | C1 | C8 | 2 | See individual bit resets. | 64-bit | Single-shot Comparator Control Status Register <n> |
| TRCRSCTLR9 | 2 | 1 | C1 | C9 | 0 | See individual bit resets. | 64-bit | Resource Selection Control Register <n> |
| TRCRSCTLR10 | 2 | 1 | C1 | C10 | 0 | See individual bit resets. | 64-bit | Resource Selection Control Register <n> |
| TRCRSCTLR11 | 2 | 1 | C1 | C11 | 0 | See individual bit resets. | 64-bit | Resource Selection Control Register <n> |
| TRCRSCTLR12 | 2 | 1 | C1 | C12 | 0 | See individual bit resets. | 64-bit | Resource Selection Control Register <n> |
| TRCRSCTLR13 | 2 | 1 | C1 | C13 | 0 | See individual bit resets. | 64-bit | Resource Selection Control Register <n> |
| TRCRSCTLR14 | 2 | 1 | C1 | C14 | 0 | See individual bit resets. | 64-bit | Resource Selection Control Register <n> |
| TRCRSCTLR15 | 2 | 1 | C1 | C15 | 0 | See individual bit resets. | 64-bit | Resource Selection Control Register <n> |
| TRCACVR0 | 2 | 1 | C2 | C0 | 0 | See individual bit resets. | 64-bit | Address Comparator Value Register <n> |
| TRCACATR0 | 2 | 1 | C2 | C0 | 2 | See individual bit resets. | 64-bit | Address Comparator Access Type Register <n> |
| TRCACVR1 | 2 | 1 | C2 | C2 | 0 | See individual bit resets. | 64-bit | Address Comparator Value Register <n> |
| TRCACATR1 | 2 | 1 | C2 | C2 | 2 | See individual bit resets. | 64-bit | Address Comparator Access Type Register <n> |
| TRCACVR2 | 2 | 1 | C2 | C4 | 0 | See individual bit resets. | 64-bit | Address Comparator Value Register <n> |
| TRCACATR2 | 2 | 1 | C2 | C4 | 2 | See individual bit resets. | 64-bit | Address Comparator Access Type Register <n> |
| TRCACVR3 | 2 | 1 | C2 | C6 | 0 | See individual bit resets. | 64-bit | Address Comparator Value Register <n> |
| TRCACATR3 | 2 | 1 | C2 | C6 | 2 | See individual bit resets. | 64-bit | Address Comparator Access Type Register <n> |
| TRCACVR4 | 2 | 1 | C2 | C8 | 0 | See individual bit resets. | 64-bit | Address Comparator Value Register <n> |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Name | Op0 | Op1 | CRn | CRm | Op2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| TRCACATR4 | 2 | 1 | C2 | C8 | 2 | See individual bit resets. | 64-bit | Address Comparator Access Type Register <n> |
| TRCACVR5 | 2 | 1 | C2 | C10 | 0 | See individual bit resets. | 64-bit | Address Comparator Value Register <n> |
| TRCACATR5 | 2 | 1 | C2 | C10 | 2 | See individual bit resets. | 64-bit | Address Comparator Access Type Register <n> |
| TRCACVR6 | 2 | 1 | C2 | C12 | 0 | See individual bit resets. | 64-bit | Address Comparator Value Register <n> |
| TRCACATR6 | 2 | 1 | C2 | C12 | 2 | See individual bit resets. | 64-bit | Address Comparator Access Type Register <n> |
| TRCACVR7 | 2 | 1 | C2 | C14 | 0 | See individual bit resets. | 64-bit | Address Comparator Value Register <n> |
| TRCACATR7 | 2 | 1 | C2 | C14 | 2 | See individual bit resets. | 64-bit | Address Comparator Access Type Register <n> |
| TRCCIDCVR0 | 2 | 1 | C3 | C0 | 0 | See individual bit resets. | 64-bit | Context Identifier Comparator Value Registers <n> |
| TRCVMIDCVR0 | 2 | 1 | C3 | C0 | 1 | See individual bit resets. | 64-bit | Virtual Context Identifier Comparator Value Register <n> |
| TRCCIDCCTLR0 | 2 | 1 | C3 | C0 | 2 | See individual bit resets. | 64-bit | Context Identifier Comparator Control Register 0 |
| TRCVMIDCCTLR0 | 2 | 1 | C3 | C2 | 2 | See individual bit resets. | 64-bit | Virtual Context Identifier Comparator Control Register 0 |
| TRCDEVID | 2 | 1 | C7 | C2 | 7 | See individual bit resets. | 64-bit | Device Configuration Register |
| TRCCLAIMSET | 2 | 1 | C7 | C8 | 6 | See individual bit resets. | 64-bit | Claim Tag Set Register |
| TRCCLAIMCLR | 2 | 1 | C7 | C9 | 6 | See individual bit resets. | 64-bit | Claim Tag Clear Register |
| TRCAUTHSTATUS | 2 | 1 | C7 | C14 | 6 | See individual bit resets. | 64-bit | Authentication Status Register |
| TRCDEVARCH | 2 | 1 | C7 | C15 | 6 | See individual bit resets. | 64-bit | Device Architecture Register |

## B.12.1 TRCSEQEVR0, Sequencer State Transition Control Register <n>

Moves the Sequencer state:

- Backwards, from state n+1 to state n when a programmed resource event occurs.
- Forwards, from state n to state n+1 when a programmed resource event occurs.

### Configurations

This register is available in all configurations.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Attributes

### Width

64

### Functional group

Trace unit registers

### Access type

See bit descriptions

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure B-203: AArch64_trcseqevr0 bit assignments




**Table B-506: TRCSEQEVR0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:16] | RES0 | Reserved | RES0 |
| [15] | B_TYPE | Chooses the type of Resource Selector.<br><br>Backward field. Defines whether the backward resource event is a single Resource Selector or a Resource Selector pair. When the resource event occurs then the Sequencer state moves from state n+1 to state n. For example, if TRCSEQEVR2.B.SEL == `0x14` then when event `0x14` occurs, the Sequencer moves from state 3 to state 2.<br><br>**`0b0`**<br>A single Resource Selector.<br><br>TRCSEQEVR<n>.B.SEL[4:0] selects the single Resource Selector, from 0-31, used to activate the resource event.<br><br>**`0b1`**<br>A Boolean-combined pair of Resource Selectors.<br><br>TRCSEQEVR<n>.B.SEL[3:0] selects the Resource Selector pair, from 0-15, that has a Boolean function that is applied to it whose output is used to activate the resource event. TRCSEQEVR<n>.B.SEL[4] is RES0. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [14:13] | **RES0** | Reserved | **RES0** |
| [12:8] | B_SEL | Defines the selected Resource Selector or pair of Resource Selectors. TRCSEQEVR<n>.B.TYPE controls whether TRCSEQEVR<n>.B.SEL is the index of a single Resource Selector, or the index of a pair of Resource Selectors.<br><br>Backward field. Selects the single Resource Selector or Resource Selector pair.<br><br>If an unimplemented Resource Selector is selected using this field, the behavior of the resource event is **UNPREDICTABLE**, and the resource event might fire or might not fire when the resources are not in the Paused state.<br><br>Selecting Resource Selector pair 0 using this field is **UNPREDICTABLE**, and the resource event might fire or might not fire when the resources are not in the Paused state. | `5{x}` |
| [7] | F_TYPE | Chooses the type of Resource Selector.<br><br>Backward field. Defines whether the forward resource event is a single Resource Selector or a Resource Selector pair. When the resource event occurs then the Sequencer state moves from state n to state n+1. For example, if TRCSEQEVR1.F.SEL == `0x12` then when event `0x12` occurs, the Sequencer moves from state 1 to state 2.<br><br>**`0b0`**<br>A single Resource Selector.<br><br>TRCSEQEVR<n>.F.SEL[4:0] selects the single Resource Selector, from 0-31, used to activate the resource event.<br><br>**`0b1`**<br>A Boolean-combined pair of Resource Selectors.<br><br>TRCSEQEVR<n>.F.SEL[3:0] selects the Resource Selector pair, from 0-15, that has a Boolean function that is applied to it whose output is used to activate the resource event. TRCSEQEVR<n>.F.SEL[4] is **RES0**. | `x` |
| [6:5] | **RES0** | Reserved | **RES0** |
| [4:0] | F_SEL | Defines the selected Resource Selector or pair of Resource Selectors. TRCSEQEVR<n>.F.TYPE controls whether TRCSEQEVR<n>.F.SEL is the index of a single Resource Selector, or the index of a pair of Resource Selectors.<br><br>Forward field. Selects the single Resource Selector or Resource Selector pair.<br><br>If an unimplemented Resource Selector is selected using this field, the behavior of the resource event is **UNPREDICTABLE**, and the resource event might fire or might not fire when the resources are not in the Paused state.<br><br>Selecting Resource Selector pair 0 using this field is **UNPREDICTABLE**, and the resource event might fire or might not fire when the resources are not in the Paused state. | `5{x}` |

## Access

Must be programmed if TRCRSCTLR<a>.GROUP == `0b0010` and TRCRSCTLR<a>.SEQUENCER != `0b0000`.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

MRS <Xt>, TRCSEQEVR0

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0000 | 0b0000 | 0b100 |

MSR TRCSEQEVR0, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0000 | 0b0000 | 0b100 |

### Accessibility

Must be programmed if TRCRSCTLR<a>.GROUP == 0b0010 and TRCRSCTLR<a>.SEQUENCER != 0b0000.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.
MRS <Xt>, TRCSEQEVR0

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCSEQEVR[0];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCSEQEVR[0];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCSEQEVR[0];
```

MSR TRCSEQEVR0, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        TRCSEQEVR[0] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCSEQEVR[0] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCSEQEVR[0] = X[t, 64];
```

## B.12.2 TRCIDR8, ID Register 8

Returns the maximum speculation depth of the instruction trace element stream.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Trace unit registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx 0000 0000 0000 0000 0000 0000 0000 0000

Note

Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure B-204: AArch64_trcidr8 bit assignments




### Table B-509: TRCIDR8 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | RES0 | Reserved | RES0 |
| [31:0] | MAXSPEC | Indicates the maximum speculation depth of the instruction trace element stream. This is the maximum number of P0 elements in the trace element stream that can be speculative at any time.<br>**0b00000000000000000000000000000000**<br>No speculation in the trace element stream | 0x00000000 |

## Access

MRS <Xt>, TRCIDR8

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0000 | 0b0000 | 0b110 |

## Accessibility

MRS <Xt>, TRCIDR8

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCIDR8;
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCIDR8;
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        X[t, 64] = TRCIDR8;
```

## B.12.3 TRCIMSPEC0, IMP DEF Register 0

TRCIMSPEC0 shows the presence of any **IMPLEMENTATION DEFINED** features, and provides an interface to enable the features that are provided.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Trace unit registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx 0000

---

Note

Where the reset reads xxxx, see individual bits

---

### Bit descriptions

**Figure B-205: AArch64_trcimspec0 bit assignments**




**Table B-511: TRCIMSPEC0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:4] | RES0 | Reserved | RES0 |
| [3:0] | SUPPORT | Indicates whether the implementation supports **IMPLEMENTATION DEFINED** features.<br>`0b0000`<br>No **IMPLEMENTATION DEFINED** features are supported. | `0b0000` |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Access

MRS <Xt>, TRCIMSPEC0

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0000 | 0b0000 | 0b111 |

MSR TRCIMSPEC0, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0000 | 0b0000 | 0b111 |

## Accessibility

MRS <Xt>, TRCIMSPEC0

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCIMSPEC0;
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCIMSPEC0;
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCIMSPEC0;
```

MSR TRCIMSPEC0, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCIMSPEC0 = X[t, 64];
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCIMSPEC0 = X[t, 64];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCIMSPEC0 = X[t, 64];
```

## B.12.4 TRCSEQEVR1, Sequencer State Transition Control Register <n>

Moves the Sequencer state:

- Backwards, from state n+1 to state n when a programmed resource event occurs.
- Forwards, from state n to state n+1 when a programmed resource event occurs.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Trace unit registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure B-206: AArch64_trcseqevr1 bit assignments




### Table B-514: TRCSEQEVR1 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:16] | **RES0** | Reserved | **RES0** |
| [15] | B_TYPE | Chooses the type of Resource Selector.<br><br>Backward field. Defines whether the backward resource event is a single Resource Selector or a Resource Selector pair. When the resource event occurs then the Sequencer state moves from state n+1 to state n. For example, if TRCSEQEVR2.B.SEL == `0x14` then when event `0x14` occurs, the Sequencer moves from state 3 to state 2.<br><br>**`0b0`**<br>A single Resource Selector.<br><br>TRCSEQEVR<n>.B.SEL[4:0] selects the single Resource Selector, from 0-31, used to activate the resource event.<br><br>**`0b1`**<br>A Boolean-combined pair of Resource Selectors.<br><br>TRCSEQEVR<n>.B.SEL[3:0] selects the Resource Selector pair, from 0-15, that has a Boolean function that is applied to it whose output is used to activate the resource event. TRCSEQEVR<n>.B.SEL[4] is **RES0**. | `x` |
| [14:13] | **RES0** | Reserved | **RES0** |
| [12:8] | B_SEL | Defines the selected Resource Selector or pair of Resource Selectors. TRCSEQEVR<n>.B.TYPE controls whether TRCSEQEVR<n>.B.SEL is the index of a single Resource Selector, or the index of a pair of Resource Selectors.<br><br>Backward field. Selects the single Resource Selector or Resource Selector pair.<br><br>If an unimplemented Resource Selector is selected using this field, the behavior of the resource event is **UNPREDICTABLE**, and the resource event might fire or might not fire when the resources are not in the Paused state.<br><br>Selecting Resource Selector pair 0 using this field is **UNPREDICTABLE**, and the resource event might fire or might not fire when the resources are not in the Paused state. | `5{x}` |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [7] | F_TYPE | Choose the type of Resource Selector.<br><br>Backward field. Defines whether the forward resource event is a single Resource Selector or a Resource Selector pair. When the resource event occurs then the Sequencer state moves from state n to state n+1. For example, if TRCSEQEVR1.F.SEL == `0x12` then when event `0x12` occurs, the Sequencer moves from state 1 to state 2.<br><br>**`0b0`**<br>A single Resource Selector.<br><br>TRCSEQEVR<n>.F.SEL[4:0] selects the single Resource Selector, from 0-31, used to activate the resource event.<br><br>**`0b1`**<br>A Boolean-combined pair of Resource Selectors.<br><br>TRCSEQEVR<n>.F.SEL[3:0] selects the Resource Selector pair, from 0-15, that has a Boolean function that is applied to it whose output is used to activate the resource event. TRCSEQEVR<n>.F.SEL[4] is **RES0**. | `x` |
| [6:5] | **RES0** | Reserved | **RES0** |
| [4:0] | F_SEL | Defines the selected Resource Selector or pair of Resource Selectors. TRCSEQEVR<n>.F.TYPE controls whether TRCSEQEVR<n>.F.SEL is the index of a single Resource Selector, or the index of a pair of Resource Selectors.<br><br>Forward field. Selects the single Resource Selector or Resource Selector pair.<br><br>If an unimplemented Resource Selector is selected using this field, the behavior of the resource event is **UNPREDICTABLE**, and the resource event might fire or might not fire when the resources are not in the Paused state.<br><br>Selecting Resource Selector pair 0 using this field is **UNPREDICTABLE**, and the resource event might fire or might not fire when the resources are not in the Paused state. | `5{x}` |

## Access

Must be programmed if TRCRSCTLR<a>.GROUP == `0b0010` and TRCRSCTLR<a>.SEQUENCER != `0b0000`.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

MRS <Xt>, TRCSEQEVR1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| `0b10` | `0b001` | `0b0000` | `0b0001` | `0b100` |

MSR TRCSEQEVR1, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| `0b10` | `0b001` | `0b0000` | `0b0001` | `0b100` |

## Accessibility

Must be programmed if TRCRSCTLR<a>.GROUP == 0b0010 and TRCRSCTLR<a>.SEQUENCER != 0b0000.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.
MRS <Xt>, TRCSEQEVR1

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCSEQEVR[1];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCSEQEVR[1];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCSEQEVR[1];
```

MSR TRCSEQEVR1, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCSEQEVR[1] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCSEQEVR[1] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCSEQEVR[1] = X[t, 64];
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## B.12.5 TRCSEQEVR2, Sequencer State Transition Control Register <n>

Moves the Sequencer state:

- Backwards, from state n+1 to state n when a programmed resource event occurs.
- Forwards, from state n to state n+1 when a programmed resource event occurs.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Trace unit registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-207: AArch64_trcseqevr2 bit assignments**




**Table B-517: TRCSEQEVR2 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:16] | RES0 | Reserved | RES0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [15] | B_TYPE | Chooses the type of Resource Selector.<br><br>Backward field. Defines whether the backward resource event is a single Resource Selector or a Resource Selector pair. When the resource event occurs then the Sequencer state moves from state n+1 to state n. For example, if TRCSEQEVR2.B.SEL == `0x14` then when event `0x14` occurs, the Sequencer moves from state 3 to state 2.<br><br>**`0b0`**<br>A single Resource Selector.<br><br>TRCSEQEVR<n>.B.SEL[4:0] selects the single Resource Selector, from 0-31, used to activate the resource event.<br><br>**`0b1`**<br>A Boolean-combined pair of Resource Selectors.<br><br>TRCSEQEVR<n>.B.SEL[3:0] selects the Resource Selector pair, from 0-15, that has a Boolean function that is applied to it whose output is used to activate the resource event. TRCSEQEVR<n>.B.SEL[4] is **RES0**. | `x` |
| [14:13] | **RES0** | Reserved | **RES0** |
| [12:8] | B_SEL | Defines the selected Resource Selector or pair of Resource Selectors. TRCSEQEVR<n>.B.TYPE controls whether TRCSEQEVR<n>.B.SEL is the index of a single Resource Selector, or the index of a pair of Resource Selectors.<br><br>Backward field. Selects the single Resource Selector or Resource Selector pair.<br><br>If an unimplemented Resource Selector is selected using this field, the behavior of the resource event is **UNPREDICTABLE**, and the resource event might fire or might not fire when the resources are not in the Paused state.<br><br>Selecting Resource Selector pair 0 using this field is **UNPREDICTABLE**, and the resource event might fire or might not fire when the resources are not in the Paused state. | `5{x}` |
| [7] | F_TYPE | Chooses the type of Resource Selector.<br><br>Backward field. Defines whether the forward resource event is a single Resource Selector or a Resource Selector pair. When the resource event occurs then the Sequencer state moves from state n to state n+1. For example, if TRCSEQEVR1.F.SEL == `0x12` then when event `0x12` occurs, the Sequencer moves from state 1 to state 2.<br><br>**`0b0`**<br>A single Resource Selector.<br><br>TRCSEQEVR<n>.F.SEL[4:0] selects the single Resource Selector, from 0-31, used to activate the resource event.<br><br>**`0b1`**<br>A Boolean-combined pair of Resource Selectors.<br><br>TRCSEQEVR<n>.F.SEL[3:0] selects the Resource Selector pair, from 0-15, that has a Boolean function that is applied to it whose output is used to activate the resource event. TRCSEQEVR<n>.F.SEL[4] is **RES0**. | `x` |
| [6:5] | **RES0** | Reserved | **RES0** |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [4:0] | F_SEL | Defines the selected Resource Selector or pair of Resource Selectors. TRCSEQEVR<n>.F.TYPE controls whether TRCSEQEVR<n>.F.SEL is the index of a single Resource Selector, or the index of a pair of Resource Selectors.<br><br>Forward field. Selects the single Resource Selector or Resource Selector pair.<br><br>If an unimplemented Resource Selector is selected using this field, the behavior of the resource event is **UNPREDICTABLE**, and the resource event might fire or might not fire when the resources are not in the Paused state.<br><br>Selecting Resource Selector pair 0 using this field is **UNPREDICTABLE**, and the resource event might fire or might not fire when the resources are not in the Paused state. | 5{x} |

## Access

Must be programmed if TRCRSCTLR<a>.GROUP == 0b0010 and TRCRSCTLR<a>.SEQUENCER != 0b0000.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

MRS <Xt>, TRCSEQEVR2

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0000 | 0b0010 | 0b100 |

MSR TRCSEQEVR2, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0000 | 0b0010 | 0b100 |

## Accessibility

Must be programmed if TRCRSCTLR<a>.GROUP == 0b0010 and TRCRSCTLR<a>.SEQUENCER != 0b0000.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.
MRS <Xt>, TRCSEQEVR2

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCSEQEVR[2];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCSEQEVR[2];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCSEQEVR[2];
```

MSR TRCSEQEVR2, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCSEQEVR[2] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCSEQEVR[2] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCSEQEVR[2] = X[t, 64];
```

## B.12.6 TRCIDR10, ID Register 10

Returns the tracing capabilities of the trace unit.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Trace unit registers

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Access type

See bit descriptions

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure B-208: AArch64_trcidr10 bit assignments




**Table B-520: TRCIDR10 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | RES0 | Reserved | RES0 |

## Access

MRS <Xt>, TRCIDR10

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0000 | 0b0010 | 0b110 |

## Accessibility

MRS <Xt>, TRCIDR10

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCIDR10;
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCIDR10;
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCIDR10;
```

## B.12.7 TRCIDR11, ID Register 11

Returns the tracing capabilities of the trace unit.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Trace unit registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-209: AArch64_trcidr11 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table B-522: TRCIDR11 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | RES0 | Reserved | RES0 |

### Access

MRS <Xt>, TRCIDR11

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0000 | 0b0011 | 0b110 |

### Accessibility

MRS <Xt>, TRCIDR11

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCIDR11;
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCIDR11;
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCIDR11;
```

## B.12.8 TRCCNTCTLR0, Counter Control Register <n>

Controls the operation of Counter <n>.

### Configurations

This register is available in all configurations.

### Attributes

#### Width

64

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Functional group**

Trace unit registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure B-210: AArch64_trccntctlr0 bit assignments




**Table B-524: TRCCNTCTLR0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:18] | RES0 | Reserved | RES0 |
| [17] | CNTCHAIN | For TRCCNTCTLR3 and TRCCNTCTLR1, this field controls whether the Counter decrements when a reload event occurs for Counter <n-1>.<br>**0b0**<br>The Counter does not decrement when a reload event for Counter <n-1> occurs.<br>**0b1**<br>Counter <n> decrements when a reload event for Counter <n-1> occurs. This concatenates Counter <n> and Counter <n-1>, to provide a larger count value.<br>CNTCHAIN is not implemented for TRCCNTCTLR0 and TRCCNTCTLR2. | x |
| [16] | RLDSELF | Controls whether a reload event occurs for the Counter, when the Counter reaches zero.<br>**0b0**<br>Normal mode.<br>The Counter is in Normal mode.<br>**0b1**<br>Self-reload mode.<br>The Counter is in Self-reload mode. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [15] | RLDEVENT_TYPE | Chooses the type of Resource Selector.<br><br>Selects an event, that when it occurs causes a reload event for Counter <n>.<br>**0b0**<br>A single Resource Selector.<br><br>TRCCNTCTLR<n>.RLDEVENT.SEL[4:0] selects the single Resource Selector, from 0-31, used to activate the resource event.<br>**0b1**<br>A Boolean-combined pair of Resource Selectors.<br><br>TRCCNTCTLR<n>.RLDEVENT.SEL[3:0] selects the Resource Selector pair, from 0-15, that has a Boolean function that is applied to it whose output is used to activate the resource event. TRCCNTCTLR<n>.RLDEVENT.SEL[4] is **RES0**. | x |
| [14:13] | **RES0** | Reserved | **RES0** |
| [12:8] | RLDEVENT_SEL | Defines the selected Resource Selector or pair of Resource Selectors. TRCCNTCTLR<n>.RLDEVENT.TYPE controls whether TRCCNTCTLR<n>.RLDEVENT.SEL is the index of a single Resource Selector, or the index of a pair of Resource Selectors.<br><br>Selects an event, that when it occurs causes a reload event for Counter <n>.<br><br>If an unimplemented Resource Selector is selected using this field, the behavior of the resource event is **UNPREDICTABLE**, and the resource event might fire or might not fire when the resources are not in the Paused state.<br><br>Selecting Resource Selector pair 0 using this field is **UNPREDICTABLE**, and the resource event might fire or might not fire when the resources are not in the Paused state. | 5{x} |
| [7] | CNTEVENT_TYPE | Chooses the type of Resource Selector.<br><br>Selects an event, that when it occurs causes Counter <n> to decrement.<br>**0b0**<br>A single Resource Selector.<br><br>TRCCNTCTLR<n>.CNTEVENT.SEL[4:0] selects the single Resource Selector, from 0-31, used to activate the resource event.<br>**0b1**<br>A Boolean-combined pair of Resource Selectors.<br><br>TRCCNTCTLR<n>.CNTEVENT.SEL[3:0] selects the Resource Selector pair, from 0-15, that has a Boolean function that is applied to it whose output is used to activate the resource event. TRCCNTCTLR<n>.CNTEVENT.SEL[4] is **RES0**. | x |
| [6:5] | **RES0** | Reserved | **RES0** |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [4:0] | CNTEVENT_SEL | Defines the selected Resource Selector or pair of Resource Selectors. TRCCNTCTLR<n>.CNTEVENT.TYPE controls whether TRCCNTCTLR<n>.CNTEVENT.SEL is the index of a single Resource Selector, or the index of a pair of Resource Selectors.<br><br>Selects an event, that when it occurs causes Counter <n> to decrement.<br><br>If an unimplemented Resource Selector is selected using this field, the behavior of the resource event is **UNPREDICTABLE**, and the resource event might fire or might not fire when the resources are not in the Paused state.<br><br>Selecting Resource Selector pair 0 using this field is **UNPREDICTABLE**, and the resource event might fire or might not fire when the resources are not in the Paused state. | `5{x}` |

## Access

Must be programmed if TRCRSCTLR<a>.GROUP == `0b0010` and TRCRSCTLR<a>.COUNTERS[n] == 1.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

MRS <Xt>, TRCCNTCTLR0

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0000 | 0b0100 | 0b101 |

MSR TRCCNTCTLR0, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0000 | 0b0100 | 0b101 |

## Accessibility

Must be programmed if TRCRSCTLR<a>.GROUP == 0b0010 and TRCRSCTLR<a>.COUNTERS[n] == 1.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.
MRS <Xt>, TRCCNTCTLR0

```
if 0 >= NUM_TRACE_COUNTERS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCCNTCTLR[0];
elsif PSTATE.EL == EL2 then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCCNTCTLR[0];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCCNTCTLR[0];
```

MSR TRCCNTCTLR0, <Xt>

```
if 0 >= NUM_TRACE_COUNTERS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCCNTCTLR[0] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCCNTCTLR[0] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCCNTCTLR[0] = X[t, 64];
```

## B.12.9 TRCIDR12, ID Register 12

Returns the tracing capabilities of the trace unit.

### Configurations

This register is available in all configurations.

### Attributes

#### Width

64

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Functional group

Trace unit registers

### Access type

See bit descriptions

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure B-211: AArch64_trcidr12 bit assignments**




**Table B-527: TRCIDR12 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | RES0 | Reserved | RES0 |

## Access

MRS <Xt>, TRCIDR12

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0000 | 0b0100 | 0b110 |

## Accessibility

MRS <Xt>, TRCIDR12

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCIDR12;
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCIDR12;
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCIDR12;
```

## B.12.10 TRCCNTCTLR1, Counter Control Register <n>

Controls the operation of Counter <n>.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Trace unit registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

---

Note

Where the reset reads xxxx, see individual bits

---

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure B-212: AArch64_trccntctlr1 bit assignments




**Table B-529: TRCCNTCTLR1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:18] | **RES0** | Reserved | **RES0** |
| [17] | CNTCHAIN | For TRCCNTCTLR3 and TRCCNTCTLR1, this field controls whether the Counter decrements when a reload event occurs for Counter <n-1>.<br>**0b0**<br>The Counter does not decrement when a reload event for Counter <n-1> occurs.<br>**0b1**<br>Counter <n> decrements when a reload event for Counter <n-1> occurs. This concatenates Counter <n> and Counter <n-1>, to provide a larger count value.<br>CNTCHAIN is not implemented for TRCCNTCTLR0 and TRCCNTCTLR2. | x |
| [16] | RLDSELF | Controls whether a reload event occurs for the Counter, when the Counter reaches zero.<br>**0b0**<br>Normal mode.<br>The Counter is in Normal mode.<br>**0b1**<br>Self-reload mode.<br>The Counter is in Self-reload mode. | x |
| [15] | RLDEVENT_TYPE | Chooses the type of Resource Selector.<br>Selects an event, that when it occurs causes a reload event for Counter <n>.<br>**0b0**<br>A single Resource Selector.<br>TRCCNTCTLR<n>.RLDEVENT.SEL[4:0] selects the single Resource Selector, from 0-31, used to activate the resource event.<br>**0b1**<br>A Boolean-combined pair of Resource Selectors.<br>TRCCNTCTLR<n>.RLDEVENT.SEL[3:0] selects the Resource Selector pair, from 0-15, that has a Boolean function that is applied to it whose output is used to activate the resource event. TRCCNTCTLR<n>.RLDEVENT.SEL[4] is **RES0**. | x |
| [14:13] | **RES0** | Reserved | **RES0** |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [12:8] | RLDEVENT_SEL | Defines the selected Resource Selector or pair of Resource Selectors. TRCCNTCTLR<n>.RLDEVENT.TYPE controls whether TRCCNTCTLR<n>.RLDEVENT.SEL is the index of a single Resource Selector, or the index of a pair of Resource Selectors.<br><br>Selects an event, that when it occurs causes a reload event for Counter <n>.<br><br>If an unimplemented Resource Selector is selected using this field, the behavior of the resource event is **UNPREDICTABLE**, and the resource event might fire or might not fire when the resources are not in the Paused state.<br><br>Selecting Resource Selector pair 0 using this field is **UNPREDICTABLE**, and the resource event might fire or might not fire when the resources are not in the Paused state. | 5{x} |
| [7] | CNTEVENT_TYPE | Chooses the type of Resource Selector.<br><br>Selects an event, that when it occurs causes Counter <n> to decrement.<br><br>**0b0**<br>A single Resource Selector.<br><br>TRCCNTCTLR<n>.CNTEVENT.SEL[4:0] selects the single Resource Selector, from 0-31, used to activate the resource event.<br><br>**0b1**<br>A Boolean-combined pair of Resource Selectors.<br><br>TRCCNTCTLR<n>.CNTEVENT.SEL[3:0] selects the Resource Selector pair, from 0-15, that has a Boolean function that is applied to it whose output is used to activate the resource event. TRCCNTCTLR<n>.CNTEVENT.SEL[4] is **RES0**. | x |
| [6:5] | **RES0** | Reserved | **RES0** |
| [4:0] | CNTEVENT_SEL | Defines the selected Resource Selector or pair of Resource Selectors. TRCCNTCTLR<n>.CNTEVENT.TYPE controls whether TRCCNTCTLR<n>.CNTEVENT.SEL is the index of a single Resource Selector, or the index of a pair of Resource Selectors.<br><br>Selects an event, that when it occurs causes Counter <n> to decrement.<br><br>If an unimplemented Resource Selector is selected using this field, the behavior of the resource event is **UNPREDICTABLE**, and the resource event might fire or might not fire when the resources are not in the Paused state.<br><br>Selecting Resource Selector pair 0 using this field is **UNPREDICTABLE**, and the resource event might fire or might not fire when the resources are not in the Paused state. | 5{x} |

## Access

Must be programmed if TRCRSCTLR<a>.GROUP == `0b0010` and TRCRSCTLR<a>.COUNTERS[n] == 1.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

MRS <Xt>, TRCCNTCTLR1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0000 | 0b0101 | 0b101 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

MSR TRCCNTCTLR1, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0000 | 0b0101 | 0b101 |

## Accessibility

Must be programmed if TRCRSCTLR<a>.GROUP == 0b0010 and TRCRSCTLR<a>.COUNTERS[n] == 1.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.
MRS <Xt>, TRCCNTCTLR1

```
if 1 >= NUM_TRACE_COUNTERS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCCNTCTLR[1];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCCNTCTLR[1];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCCNTCTLR[1];
```

MSR TRCCNTCTLR1, <Xt>

```
if 1 >= NUM_TRACE_COUNTERS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        TRCCNTCTLR[1] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCCNTCTLR[1] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCCNTCTLR[1] = X[t, 64];
```

## B.12.11 TRCIDR13, ID Register 13

Returns the tracing capabilities of the trace unit.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Trace unit registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-213: AArch64_trcidr13 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table B-532: TRCIDR13 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | RES0 | Reserved | RES0 |

### Access

MRS <Xt>, TRCIDR13

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0000 | 0b0101 | 0b110 |

### Accessibility

MRS <Xt>, TRCIDR13

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCIDR13;
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCIDR13;
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCIDR13;
```

## B.12.12 TRCEXTINSELR0, External Input Select Register <n>

Use this to set, or read, which External Inputs are resources to the trace unit.

The name TRCEXTINSELR is an alias of TRCEXTINSELR0.

### Configurations

This register is available in all configurations.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Attributes

### Width

64

### Functional group

Trace unit registers

### Access type

See bit descriptions

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure B-214: AArch64_trcextinselr0 bit assignments




**Table B-534: TRCEXTINSELR0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:16] | RES0 | Reserved | RES0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [15:0] | evtCount | PMU event to select.<br><br>The event number as defined by the Arm ARM.<br><br>Software must program this field with a PMU event that is supported by the PE being programmed.<br><br>There are three ranges of PMU event numbers:<br>• PMU event numbers in the range `0x0000` to `0x003F` are common architectural and microarchitectural events.<br>• PMU event numbers in the range `0x0040` to `0x00BF` are Arm recommended common architectural and microarchitectural PMU events.<br>• PMU event numbers in the range `0x00C0` to `0x03FF` are IMPLEMENTATION DEFINED PMU events.<br><br>If evtCount is programmed to a PMU event that is reserved or not supported by the PE, the behavior depends on the PMU event type:<br>• For the range `0x0000` to `0x003F`, then the PMU event is not active, and the value returned by a direct or external read of the evtCount field is the value written to the field.<br>• For IMPLEMENTATION DEFINED PMU events, it is UNPREDICTABLE what PMU event, if any, is counted, and the value returned by a direct or external read of the evtCount field is **UNKNOWN**.<br><br>UNPREDICTABLE means the PMU event must not expose privileged information.<br><br>Arm recommends that the behavior across a family of implementations is defined such that if a given implementation does not include a PMU event from a set of common **IMPLEMENTATION DEFINED** PMU events, then no PMU event is counted and the value read back on evtCount is the value written. | `16{x}` |

## Access

Must be programmed if any of the following is true: TRCRSCTLR<a>.GROUP == `0b0000` and TRCRSCTLR<a>.EXTIN[n] == 1.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

MRS <Xt>, TRCEXTINSELR0

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0000 | 0b1000 | 0b100 |

MSR TRCEXTINSELR0, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0000 | 0b1000 | 0b100 |

## Accessibility

Must be programmed if any of the following is true: TRCRSCTLR<a>.GROUP == 0b0000 and TRCRSCTLR<a>.EXTIN[n] == 1.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

MRS <Xt>, TRCEXTINSELR0

```
if 0 >= NUM_TRACE_EXTERNAL_INPUT_SELECTOR_RESOURCES then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCEXTINSELR[0];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCEXTINSELR[0];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCEXTINSELR[0];
```

MSR TRCEXTINSELR0, <Xt>

```
if 0 >= NUM_TRACE_EXTERNAL_INPUT_SELECTOR_RESOURCES then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCEXTINSELR[0] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCEXTINSELR[0] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        TRCEXTINSELR[0] = X[t, 64];
```

## B.12.13 TRCCNTVR0, Counter Value Register <n>

This sets or returns the value of Counter 0.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Trace unit registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-215: AArch64_trccntvr0 bit assignments**




**Table B-537: TRCCNTVR0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:16] | RES0 | Reserved | RES0 |
| [15:0] | VALUE | Contains the count value of Counter. | `16{x}` |

### Access

Must be programmed if TRCRSCTLR<a>.GROUP == `0b0010` and TRCRSCTLR<a>.COUNTERS[n] == 1.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

Reads from this register might return an **UNKNOWN** value if the trace unit is not in either of the Idle or Stable states.

MRS <Xt>, TRCCNTVR0

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0000 | 0b1000 | 0b101 |

MSR TRCCNTVR0, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0000 | 0b1000 | 0b101 |

## Accessibility

Must be programmed if TRCRSCTLR<a>.GROUP == 0b0010 and TRCRSCTLR<a>.COUNTERS[n] == 1.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.

Reads from this register might return an UNKNOWN value if the trace unit is not in either of the Idle or Stable states.
MRS <Xt>, TRCCNTVR0

```
if 0 >= NUM_TRACE_COUNTERS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCCNTVR[0];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCCNTVR[0];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCCNTVR[0];
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

MSR TRCCNTVR0, <Xt>

```
if 0 >= NUM_TRACE_COUNTERS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCCNTVR[0] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCCNTVR[0] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCCNTVR[0] = X[t, 64];
```

## B.12.14 TRCIDR0, ID Register 0

Returns the tracing capabilities of the trace unit.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Trace unit registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx x010 1000 xxxx xxx0 00xx 111x 1010 000x

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure B-216: AArch64_trcidr0 bit assignments




### Table B-540: TRCIDR0 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:31] | **RES0** | Reserved | **RES0** |
| [30] | COMMTRANS | Transaction Start element behavior.<br>**0b0**<br>Transaction Start elements are P0 elements. | 0b0 |
| [29] | COMMOPT | Indicates the contents and encodings of Cycle count packets.<br>**0b1**<br>Commit mode 1. | 0b1 |
| [28:24] | TSSIZE | Indicates that the trace unit implements Global timestamping and the size of the timestamp value.<br>**0b01000**<br>Global timestamping implemented with a 64-bit timestamp value. | 0b01000 |
| [23:17] | **RES0** | Reserved | **RES0** |
| [16:15] | QSUPP | Indicates that the trace unit implements Q element support.<br>**0b00**<br>Q element support is not implemented. | 0b00 |
| [14] | QFILT | Indicates if the trace unit implements Q element filtering.<br>**0b0**<br>Q element filtering is not implemented. | 0b0 |
| [13:12] | **RES0** | Reserved | **RES0** |
| [11:10] | NUMEVENT | Indicates the number of ETEEvents implemented.<br>**0b11**<br>The trace unit supports 4 ETEEvents. | 0b11 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [9] | RETSTACK | Indicates if the trace unit supports the return stack.<br>**0b1**<br>Return stack implemented. | 0b1 |
| [8] | **RES0** | Reserved | **RES0** |
| [7] | TRCCCI | Indicates if the trace unit implements cycle counting.<br>**0b1**<br>Cycle counting implemented. | 0b1 |
| [6] | TRCCOND | Indicates if the trace unit implements conditional instruction tracing. Conditional instruction tracing is not implemented in ETE and this field is reserved for other trace architectures.<br>**0b0**<br>Conditional instruction tracing not implemented. | 0b0 |
| [5] | TRCBB | Indicates if the trace unit implements branch broadcasting.<br>**0b1**<br>Branch broadcasting implemented. | 0b1 |
| [4:3] | TRCDATA | Indicates if the trace unit implements data tracing. Data tracing is not implemented in ETE and this field is reserved for other trace architectures.<br>**0b00**<br>Tracing of data addresses and data values is not implemented. | 0b00 |
| [2:1] | INSTP0 | Indicates if load and store instructions are P0 instructions. Load and store instructions as P0 instructions is not implemented in ETE and this field is reserved for other trace architectures.<br>**0b00**<br>Load and store instructions are not P0 instructions. | 0b00 |
| [0] | **RES1** | Reserved | **RES1** |

## Access

MRS <Xt>, TRCIDR0

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0000 | 0b1000 | 0b111 |

## Accessibility

MRS <Xt>, TRCIDR0

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCIDR0;
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
            AArch64.SystemAccessTrap(EL2, 0x18);
        elsif CPTR_EL3.TTA == '1' then
            if Halted() && EDSCR.SDD == '1' then
                UNDEFINED;
            else
                AArch64.SystemAccessTrap(EL3, 0x18);
        else
            X[t, 64] = TRCIDR0;
    elsif PSTATE.EL == EL3 then
        if CPTR_EL3.TTA == '1' then
            AArch64.SystemAccessTrap(EL3, 0x18);
        else
            X[t, 64] = TRCIDR0;
```

## B.12.15 TRCEXTINSELR1, External Input Select Register <n>

Use this to set, or read, which External Inputs are resources to the trace unit.

The name TRCEXTINSELR is an alias of TRCEXTINSELR0.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Trace unit registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-217: AArch64_trcextinselr1 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table B-542: TRCEXTINSELR1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:16] | **RES0** | Reserved | **RES0** |
| [15:0] | evtCount | PMU event to select.<br><br>The event number as defined by the Arm ARM.<br><br>Software must program this field with a PMU event that is supported by the PE being programmed.<br><br>There are three ranges of PMU event numbers:<br>• PMU event numbers in the range `0x0000` to `0x003F` are common architectural and microarchitectural events.<br>• PMU event numbers in the range `0x0040` to `0x00BF` are Arm recommended common architectural and microarchitectural PMU events.<br>• PMU event numbers in the range `0x00C0` to `0x03FF` are IMPLEMENTATION DEFINED PMU events.<br><br>If evtCount is programmed to a PMU event that is reserved or not supported by the PE, the behavior depends on the PMU event type:<br>• For the range `0x0000` to `0x003F`, then the PMU event is not active, and the value returned by a direct or external read of the evtCount field is the value written to the field.<br>• For IMPLEMENTATION DEFINED PMU events, it is UNPREDICTABLE what PMU event, if any, is counted, and the value returned by a direct or external read of the evtCount field is **UNKNOWN**.<br><br>UNPREDICTABLE means the PMU event must not expose privileged information.<br><br>Arm recommends that the behavior across a family of implementations is defined such that if a given implementation does not include a PMU event from a set of common **IMPLEMENTATION DEFINED** PMU events, then no PMU event is counted and the value read back on evtCount is the value written. | `16{x}` |

## Access

Must be programmed if any of the following is true: TRCRSCTLR<a>.GROUP == `0b0000` and TRCRSCTLR<a>.EXTIN[n] == 1.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

MRS <Xt>, TRCEXTINSELR1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| `0b10` | `0b001` | `0b0000` | `0b1001` | `0b100` |

MSR TRCEXTINSELR1, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| `0b10` | `0b001` | `0b0000` | `0b1001` | `0b100` |

## Accessibility

Must be programmed if any of the following is true: TRCRSCTLR<a>.GROUP == 0b0000 and TRCRSCTLR<a>.EXTIN[n] == 1.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.
MRS <Xt>, TRCEXTINSELR1

```
if 1 >= NUM_TRACE_EXTERNAL_INPUT_SELECTOR_RESOURCES then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCEXTINSELR[1];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCEXTINSELR[1];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCEXTINSELR[1];
```

MSR TRCEXTINSELR1, <Xt>

```
if 1 >= NUM_TRACE_EXTERNAL_INPUT_SELECTOR_RESOURCES then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCEXTINSELR[1] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCEXTINSELR[1] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    else
        TRCEXTINSELR[1] = X[t, 64];
```

## B.12.16 TRCCNTVR1, Counter Value Register <n>

This sets or returns the value of Counter 1.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Trace unit registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-218: AArch64_trccntvr1 bit assignments**




**Table B-545: TRCCNTVR1 bit descriptions**

| Bits | Name | Description | Reset |
| --- | --- | --- | --- |
| [63:16] | RES0 | Reserved | RES0 |
| [15:0] | VALUE | Contains the count value of Counter. | 16{x} |

### Access

Must be programmed if TRCRSCTLR<a>.GROUP == 0b0010 and TRCRSCTLR<a>.COUNTERS[n] == 1.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

Reads from this register might return an **UNKNOWN** value if the trace unit is not in either of the Idle or Stable states.

MRS <Xt>, TRCCNTVR1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0000 | 0b1001 | 0b101 |

MSR TRCCNTVR1, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0000 | 0b1001 | 0b101 |

### Accessibility

Must be programmed if TRCRSCTLR<a>.GROUP == 0b0010 and TRCRSCTLR<a>.COUNTERS[n] == 1.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.

Reads from this register might return an UNKNOWN value if the trace unit is not in either of the Idle or Stable states.
MRS <Xt>, TRCCNTVR1

```
if 1 >= NUM_TRACE_COUNTERS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCCNTVR[1];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCCNTVR[1];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCCNTVR[1];
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

MSR TRCCNTVR1, <Xt>

```
if 1 >= NUM_TRACE_COUNTERS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCCNTVR[1] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCCNTVR[1] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCCNTVR[1] = X[t, 64];
```

## B.12.17 TRCIDR1, ID Register 1

Returns the tracing capabilities of the trace unit.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Trace unit registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx 0100 0001 xxxx xxxx xxxx 1111 1111 0000

Note: Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure B-219: AArch64_trcidr1 bit assignments




### Table B-548: TRCIDR1 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | **RES0** | Reserved | **RES0** |
| [31:24] | DESIGNER | Indicates which company designed the trace unit. The permitted values of this field are the same as AArch64-MIDR_EL1.Implementer.<br>**0b01000001**<br>Arm Limited | 0x41 |
| [23:16] | **RES0** | Reserved | **RES0** |
| [15:12] | **RES1** | Reserved | **RES1** |
| [11:8] | TRCARCHMAJ | Major architecture version.<br>**0b1111**<br>If both TRCARCHMAJ and TRCARCHMIN == 0xF then refer to AArch64-TRCDEVARCH. | 0b1111 |
| [7:4] | TRCARCHMIN | Minor architecture version.<br>**0b1111**<br>If both TRCARCHMAJ and TRCARCHMIN == 0xF then refer to AArch64-TRCDEVARCH. | 0b1111 |
| [3:0] | REVISION | Implementation revision that identifies the revision of the trace and OS Lock registers.<br>**0b0000**<br>Revision 0 | 0b0000 |

## Access

MRS <Xt>, TRCIDR1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0000 | 0b1001 | 0b111 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Accessibility

MRS <Xt>, TRCIDR1

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCIDR1;
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCIDR1;
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCIDR1;
```

## B.12.18 TRCEXTINSELR2, External Input Select Register <n>

Use this to set, or read, which External Inputs are resources to the trace unit.

The name TRCEXTINSELR is an alias of TRCEXTINSELR0.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Trace unit registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure B-220: AArch64_trcextinselr2 bit assignments




**Table B-550: TRCEXTINSELR2 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:16] | **RES0** | Reserved | **RES0** |
| [15:0] | evtCount | PMU event to select.<br><br>The event number as defined by the Arm ARM.<br><br>Software must program this field with a PMU event that is supported by the PE being programmed.<br><br>There are three ranges of PMU event numbers:<br>• PMU event numbers in the range `0x0000` to `0x003F` are common architectural and microarchitectural events.<br>• PMU event numbers in the range `0x0040` to `0x00BF` are Arm recommended common architectural and microarchitectural PMU events.<br>• PMU event numbers in the range `0x00C0` to `0x03FF` are IMPLEMENTATION DEFINED PMU events.<br><br>If evtCount is programmed to a PMU event that is reserved or not supported by the PE, the behavior depends on the PMU event type:<br>• For the range `0x0000` to `0x003F`, then the PMU event is not active, and the value returned by a direct or external read of the evtCount field is the value written to the field.<br>• For IMPLEMENTATION DEFINED PMU events, it is UNPREDICTABLE what PMU event, if any, is counted, and the value returned by a direct or external read of the evtCount field is **UNKNOWN**.<br><br>UNPREDICTABLE means the PMU event must not expose privileged information.<br><br>Arm recommends that the behavior across a family of implementations is defined such that if a given implementation does not include a PMU event from a set of common **IMPLEMENTATION DEFINED** PMU events, then no PMU event is counted and the value read back on evtCount is the value written. | `16{x}` |

## Access

Must be programmed if any of the following is true: TRCRSCTLR<a>.GROUP == `0b0000` and TRCRSCTLR<a>.EXTIN[n] == 1.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

MRS <Xt>, TRCEXTINSELR2

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0000 | 0b1010 | 0b100 |

MSR TRCEXTINSELR2, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0000 | 0b1010 | 0b100 |

## Accessibility

Must be programmed if any of the following is true: TRCRSCTLR<a>.GROUP == 0b0000 and TRCRSCTLR<a>.EXTIN[n] == 1.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.
MRS <Xt>, TRCEXTINSELR2

```
if 2 >= NUM_TRACE_EXTERNAL_INPUT_SELECTOR_RESOURCES then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCEXTINSELR[2];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCEXTINSELR[2];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCEXTINSELR[2];
```

MSR TRCEXTINSELR2, <Xt>

```
if 2 >= NUM_TRACE_EXTERNAL_INPUT_SELECTOR_RESOURCES then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCEXTINSELR[2] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCEXTINSELR[2] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCEXTINSELR[2] = X[t, 64];
```

## B.12.19 TRCIDR2, ID Register 2

Returns the tracing capabilities of the trace unit.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Trace unit registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx 1100 000x xxxx xxxx x001 0000 1000 1000

---

Note

Where the reset reads xxxx, see individual bits

---

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure B-221: AArch64_trcidr2 bit assignments




### Table B-553: TRCIDR2 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | RES0 | Reserved | RES0 |
| [31] | WFXMODE | Indicates whether `WFI`, `WFIT`, `WFE`, and `WFET` instructions are classified as P0 instructions:<br>**`0b1`**<br>`WFI`, `WFIT`, `WFE`, and `WFET` instructions are classified as P0 instructions. | `0b1` |
| [30:29] | VMIDOPT | Indicates the options for Virtual context identifier selection.<br>**`0b10`**<br>Virtual context identifier selection not supported. AArch64-TRCCONFIGR.VMIDOPT is **RES1**. | `0b10` |
| [28:25] | CCSIZE | Indicates the size of the cycle counter.<br>**`0b0000`**<br>The cycle counter is 12 bits in length. | `0b0000` |
| [24:15] | RES0 | Reserved | RES0 |
| [14:10] | VMIDSIZE | Indicates the trace unit Virtual context identifier size.<br>**`0b00100`**<br>32-bit Virtual context identifier size. | `0b00100` |
| [9:5] | CIDSIZE | Indicates the Context identifier size.<br>**`0b00100`**<br>32-bit Context identifier size. | `0b00100` |
| [4:0] | IASIZE | Virtual instruction address size.<br>**`0b01000`**<br>Maximum of 64-bit instruction address size. | `0b01000` |

## Access

MRS <Xt>, TRCIDR2

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| `0b10` | `0b001` | `0b0000` | `0b1010` | `0b111` |

## Accessibility

MRS <Xt>, TRCIDR2

```
if PSTATE.EL == EL0 then
    UNDEFINED;
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCIDR2;
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCIDR2;
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCIDR2;
```

## B.12.20 TRCEXTINSELR3, External Input Select Register <n>

Use this to set, or read, which External Inputs are resources to the trace unit.

The name TRCEXTINSELR is an alias of TRCEXTINSELR0.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Trace unit registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure B-222: AArch64_trcextinselr3 bit assignments




### Table B-555: TRCEXTINSELR3 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:16] | **RES0** | Reserved | **RES0** |
| [15:0] | evtCount | PMU event to select.<br><br>The event number as defined by the Arm ARM.<br><br>Software must program this field with a PMU event that is supported by the PE being programmed.<br><br>There are three ranges of PMU event numbers:<br>• PMU event numbers in the range `0x0000` to `0x003F` are common architectural and microarchitectural events.<br>• PMU event numbers in the range `0x0040` to `0x00BF` are Arm recommended common architectural and microarchitectural PMU events.<br>• PMU event numbers in the range `0x00C0` to `0x03FF` are IMPLEMENTATION DEFINED PMU events.<br><br>If evtCount is programmed to a PMU event that is reserved or not supported by the PE, the behavior depends on the PMU event type:<br>• For the range `0x0000` to `0x003F`, then the PMU event is not active, and the value returned by a direct or external read of the evtCount field is the value written to the field.<br>• For IMPLEMENTATION DEFINED PMU events, it is UNPREDICTABLE what PMU event, if any, is counted, and the value returned by a direct or external read of the evtCount field is **UNKNOWN**.<br><br>UNPREDICTABLE means the PMU event must not expose privileged information.<br><br>Arm recommends that the behavior across a family of implementations is defined such that if a given implementation does not include a PMU event from a set of common **IMPLEMENTATION DEFINED** PMU events, then no PMU event is counted and the value read back on evtCount is the value written. | `16{x}` |

## Access

Must be programmed if any of the following is true: TRCRSCTLR<a>.GROUP == `0b0000` and TRCRSCTLR<a>.EXTIN[n] == 1.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

MRS <Xt>, TRCEXTINSELR3

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| `0b10` | `0b001` | `0b0000` | `0b1011` | `0b100` |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

MSR TRCEXTINSELR3, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0000 | 0b1011 | 0b100 |

## Accessibility

Must be programmed if any of the following is true: TRCRSCTLR<a>.GROUP == 0b0000 and TRCRSCTLR<a>.EXTIN[n] == 1.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.
MRS <Xt>, TRCEXTINSELR3

```
if 3 >= NUM_TRACE_EXTERNAL_INPUT_SELECTOR_RESOURCES then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCEXTINSELR[3];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCEXTINSELR[3];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCEXTINSELR[3];
```

MSR TRCEXTINSELR3, <Xt>

```
if 3 >= NUM_TRACE_EXTERNAL_INPUT_SELECTOR_RESOURCES then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        TRCEXTINSELR[3] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCEXTINSELR[3] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCEXTINSELR[3] = X[t, 64];
```

## B.12.21 TRCIDR3, ID Register 3

Returns the base architecture of the trace unit.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Trace unit registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx 0000 0001 x111 1111 xx00 0000 0000 0100

Note

Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure B-223: AArch64_trcidr3 bit assignments




### Table B-558: TRCIDR3 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | **RES0** | Reserved | **RES0** |
| [31] | NOOVERFLOW | Indicates if overflow prevention is implemented.<br>**0b0**<br>Overflow prevention is not implemented. | 0b0 |
| [27] | SYSSTALL | Indicates if stalling of the PE is permitted.<br>**0b0**<br>Stalling of the PE is not permitted. | 0b0 |
| [26] | STALLCTL | Indicates if trace unit implements stalling of the PE.<br>**0b0**<br>Stalling of the PE is not implemented. | 0b0 |
| [25] | SYNCPR | Indicates if an implementation has a fixed synchronization period.<br>**0b0**<br>AArch64-TRCSYNCPR is read/write so software can change the synchronization period. | 0b0 |
| [24] | TRCERR | Indicates forced tracing of System Error exceptions is implemented.<br>**0b1**<br>Forced tracing of System Error exceptions is implemented. | 0b1 |
| [23] | **RES0** | Reserved | **RES0** |
| [22] | EXLEVEL_NS_EL2 | Indicates if Non-secure EL2 is implemented.<br>**0b1**<br>Non-secure EL2 is implemented. | 0b1 |
| [21] | EXLEVEL_NS_EL1 | Indicates if Non-secure EL1 is implemented.<br>**0b1**<br>Non-secure EL1 is implemented. | 0b1 |
| [20] | EXLEVEL_NS_EL0 | Indicates if Non-secure EL0 is implemented.<br>**0b1**<br>Non-secure EL0 is implemented. | 0b1 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [19] | EXLEVEL_S_EL3 | Indicates if EL3 is implemented.<br>**0b1**<br>EL3 is implemented. | 0b1 |
| [18] | EXLEVEL_S_EL2 | Indicates if Secure EL2 is implemented.<br>**0b1**<br>Secure EL2 is implemented. | 0b1 |
| [17] | EXLEVEL_S_EL1 | Indicates if Secure EL1 is implemented.<br>**0b1**<br>Secure EL1 is implemented. | 0b1 |
| [16] | EXLEVEL_S_EL0 | Indicates if Secure EL0 is implemented.<br>**0b1**<br>Secure EL0 is implemented. | 0b1 |
| [15:14] | RES0 | Reserved | RES0 |
| [13:12, 30:28] | NUMPROC | Indicates the number of PEs available for tracing.<br>**0b00000**<br>The trace unit can trace one PE. | 0b00000 |
| [11:0] | CCITMIN | Indicates the minimum value that can be programmed in AArch64-TRCCCCTLR.THRESHOLD.<br>If AArch64-TRCIDR0.TRCCCI == 1 then the minimum value of this field is 0x001.<br>If AArch64-TRCIDR0.TRCCCI == 0 then this field is zero.<br>**0b000000000100** | 0x004 |

## Access

MRS <Xt>, TRCIDR3

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0000 | 0b1011 | 0b111 |

## Accessibility

MRS <Xt>, TRCIDR3

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCIDR3;
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCIDR3;
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCIDR3;
```

## B.12.22 TRCIDR4, ID Register 4

Returns the tracing capabilities of the trace unit.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Trace unit registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx 0001 0001 0001 0111 0000 xxx0 0000 0100

> **Note**
>
> Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-224: AArch64_trcidr4 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table B-560: TRCIDR4 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | RES0 | Reserved | RES0 |
| [31:28] | NUMVMIDC | Indicates the number of Virtual Context Identifier Comparators that are available for tracing.<br>**0b0001**<br>The implementation has one Virtual Context Identifier Comparator. | 0b0001 |
| [27:24] | NUMCIDC | Indicates the number of Context Identifier Comparators that are available for tracing.<br>**0b0001**<br>The implementation has one Context Identifier Comparator. | 0b0001 |
| [23:20] | NUMSSCC | Indicates the number of Single-shot Comparator Controls that are available for tracing.<br>**0b0001**<br>The implementation has one Single-shot Comparator Control. | 0b0001 |
| [19:16] | NUMRSPAIR | Indicates the number of resource selector pairs that are available for tracing.<br>**0b0111**<br>The implementation has eight resource selector pairs. | 0b0111 |
| [15:12] | NUMPC | Indicates the number of PE Comparator Inputs that are available for tracing.<br>**0b0000**<br>No PE Comparator Inputs are available. | 0b0000 |
| [11:9] | RES0 | Reserved | RES0 |
| [8] | SUPPDAC | Indicates whether data address comparisons are implemented. Data address comparisons are not implemented in ETE and are reserved for other trace architectures. Allocated in other trace architectures.<br>**0b0**<br>Data address comparisons not implemented. | 0b0 |
| [7:4] | NUMDVC | Indicates the number of data value comparators. Data value comparators are not implemented in ETE and are reserved for other trace architectures. Allocated in other trace architectures.<br>**0b0000**<br>No data value comparators implemented. | 0b0000 |
| [3:0] | NUMACPAIRS | Indicates the number of Address Comparator pairs that are available for tracing.<br>**0b0100**<br>The implementation has four Address Comparator pairs. | 0b0100 |

## Access

MRS <Xt>, TRCIDR4

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0000 | 0b1100 | 0b111 |

## Accessibility

MRS <Xt>, TRCIDR4

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCIDR4;
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCIDR4;
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCIDR4;
```

## B.12.23 TRCIDR5, ID Register 5

Returns the tracing capabilities of the trace unit.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Trace unit registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx x010 100x 0100 0111 xxxx 1001 1111 1111

Note

Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure B-225: AArch64_trcidr5 bit assignments




**Table B-562: TRCIDR5 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:31] | **RES0** | Reserved | **RES0** |
| [30:28] | NUMCNTR | Indicates the number of Counters that are available for tracing.<br>**0b010**<br>Two Counters implemented. | 0b010 |
| [27:25] | NUMSEQSTATE | Indicates if the Sequencer is implemented and the number of Sequencer states that are implemented.<br>**0b100**<br>Four Sequencer states are implemented. | 0b100 |
| [24] | **RES0** | Reserved | **RES0** |
| [23] | LPOVERRIDE | Indicates support for Low-power Override Mode.<br>**0b0**<br>The trace unit does not support Low-power Override Mode. | 0b0 |
| [22] | ATBTRIG | Indicates if the implementation can support ATB triggers.<br>**0b1**<br>The implementation supports ATB triggers. | 0b1 |
| [21:16] | TRACEIDSIZE | Indicates the trace ID width.<br>**0b000111**<br>The implementation supports a 7-bit trace ID. | 0b000111 |
| [15:12] | **RES0** | Reserved | **RES0** |
| [11:9] | NUMEXTINSEL | Indicates how many External Input Selector resources are implemented.<br>**0b100**<br>4 External Input Selector resources are available. | 0b100 |
| [8:0] | NUMEXTIN | Indicates how many External Inputs are implemented.<br>**0b111111111**<br>Unified PMU event selection. | 0b111111111 |

## Access

MRS <Xt>, TRCIDR5

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0000 | 0b1101 | 0b111 |

### Accessibility

MRS <Xt>, TRCIDR5

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCIDR5;
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCIDR5;
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCIDR5;
```

## B.12.24 TRCSSCCR0, Single-shot Comparator Control Register <n>

Controls the corresponding Single-shot Comparator Control resource.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Trace unit registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure B-226: AArch64_trcssccr0 bit assignments




### Table B-564: TRCSSCCR0 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:25] | **RES0** | Reserved | **RES0** |
| [24] | RST | Selects the Single-shot Comparator Control mode.<br>**0b0**<br>The Single-shot Comparator Control is in single-shot mode.<br>**0b1**<br>The Single-shot Comparator Control is in multi-shot mode. | x |
| [23:16] | ARC[<m>], bit[m], where m = 7 to 0 | Selects one or more Address Range Comparators for Single-shot control.<br>**0b0**<br>The Address Range Comparator <m>, is not selected for Single-shot control.<br>**0b1**<br>The Address Range Comparator <m>, is selected for Single-shot control.<br>This bit is **RES0** if m >= AArch64-TRCIDR4.NUMACPAIRS. | 8{x} |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [15:0] | SAC[<m>], bit[m], where m = 15 to 0 | Selects one or more Single Address Comparators for Single-shot control.<br>**0b0**<br>The Single Address Comparator <m>, is not selected for Single-shot control.<br>**0b1**<br>The Single Address Comparator <m>, is selected for Single-shot control.<br>This bit is **RES0** if m >= 2 × AArch64-TRCIDR4.NUMACPAIRS. | 16{x} |

## Access

Must be programmed if any TRCRSCTLR<a>.GROUP == 0b0011 and TRCRSCTLR<a>.SINGLE_SHOT[n] == 1.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

MRS <Xt>, TRCSSCCR0

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0001 | 0b0000 | 0b010 |

MSR TRCSSCCR0, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0001 | 0b0000 | 0b010 |

## Accessibility

Must be programmed if any TRCRSCTLR<a>.GROUP == 0b0011 and TRCRSCTLR<a>.SINGLE_SHOT[n] == 1.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.
MRS <Xt>, TRCSSCCR0

```
if 0 >= NUM_TRACE_SINGLE_SHOT_COMPARATOR_CONTROLS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCSSCCR[0];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCSSCCR[0];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCSSCCR[0];
```

MSR TRCSSCCR0, <Xt>

```
if 0 >= NUM_TRACE_SINGLE_SHOT_COMPARATOR_CONTROLS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCSSCCR[0] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCSSCCR[0] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCSSCCR[0] = X[t, 64];
```

## B.12.25 TRCRSCTLR2, Resource Selection Control Register <n>

Controls the selection of the resources in the trace unit.

### Configurations

Resource selector 0 always returns FALSE.

Resource selector 1 always returns TRUE.

Resource selectors are implemented in pairs. Each odd numbered resource selector is part of a pair with the even numbered resource selector that is numbered as one less than it. For example, resource selectors 2 and 3 form a pair.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Attributes

**Width**

64

**Functional group**

Trace unit registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure B-227: AArch64_trcrsctlr2 bit assignments**




**Table B-567: TRCRSCTLR2 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:22] | RES0 | Reserved | RES0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [21] | PAIRINV | Controls whether the combined result from a resource selector pair is inverted.<br>**0b0**<br>Do not invert the combined output of the 2 resource selectors.<br>**0b1**<br>Invert the combined output of the 2 resource selectors.<br><br>If:<br>• A is the register TRCRSCTLR<n>.<br>• B is the register TRCRSCTLR<n+1>.<br><br>Then the combined output of the 2 resource selectors A and B depends on the value of (A.PAIRINV, A.INV, B.INV) as follows:<br>• `0b000` -> A and B.<br>• `0b001` -> Reserved.<br>• `0b010` -> not(A) and B.<br>• `0b011` -> not(A) and not(B).<br>• `0b100` -> not(A) or not(B).<br>• `0b101` -> not(A) or B.<br>• `0b110` -> Reserved.<br>• `0b111` -> A or B. | x |
| [20] | INV | Controls whether the resource, that TRCRSCTLR<n>.GROUP and TRCRSCTLR<n>.SELECT selects, is inverted.<br>**0b0**<br>Do not invert the output of this selector.<br>**0b1**<br>Invert the output of this selector. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [19:16] | GROUP | Selects a group of resources.<br>**`0b0000`**<br>External Input Selectors.<br>**`0b0001`**<br>PE Comparator Inputs.<br>**`0b0010`**<br>Counters and Sequencer.<br>**`0b0011`**<br>Single-shot Comparator Controls.<br>**`0b0100`**<br>Single Address Comparators.<br>**`0b0101`**<br>Address Range Comparators.<br>**`0b0110`**<br>Context Identifier Comparators.<br>**`0b0111`**<br>Virtual Context Identifier Comparators.<br>All other values are reserved. | `xxxx` |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| 15:0 | SELECT | **SELECT encoding for External Input Selectors**<br>**15:4**<br>Reserved, **RES0**.<br>**EXTIN[<m>], bit[m], for m = 3 to 0**<br>Selects one or more External Inputs.<br>**0b0**<br>Ignore EXTIN <m>.<br>**0b1**<br>Select EXTIN <m>.<br>**SELECT encoding for PE Comparator Inputs**<br>**15:8**<br>Reserved, **RES0**.<br>**PECOMP[<m>], bit[m], for m = 7 to 0**<br>Selects one or more PE Comparator Inputs.<br>**0b0**<br>Ignore PE Comparator Input <m>.<br>**0b1**<br>Select PE Comparator Input <m>.<br>**SELECT encoding for Counters and Sequencer**<br>**15:8**<br>Reserved, **RES0**.<br>**SEQUENCER[<m>], bit[m], for m = 3 to 0**<br>Sequencer states.<br>**0b0**<br>Ignore Sequencer state <m>.<br>**0b1**<br>Select Sequencer state <m>.<br>**COUNTERS[<m>], bit[m], for m = 3 to 0**<br>Counters resources at zero.<br>**0b0**<br>Ignore Counter <m>.<br>**0b1**<br>Select Counter <m> is zero.<br>**SELECT encoding for Single-shot Comparator Controls**<br>**15:8**<br>Reserved, **RES0**.<br>**SINGLE_SHOT[<m>], bit[m], for m = 7 to 0**<br>Selects one or more Single-shot Comparator Controls.<br>**0b0**<br>Ignore Single-shot Comparator Control <m>.<br>**0b1**<br>Select Single-shot Comparator Control <m>.<br>**SELECT encoding for Single Address Comparators**<br>**SAC[<m>], bit[m], for m = 15 to 0** | 16{x} |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Access

Must be programmed if any of the following are true:

- TRCCNTCTLR<a>.RLDEVENT.TYPE == 0 and TRCCNTCTLR<a>.RLDEVENT.SEL == n.
- TRCCNTCTLR<a>.RLDEVENT.TYPE == 1 and TRCCNTCTLR<a>.RLDEVENT.SEL == n/2.
- TRCCNTCTLR<a>.CNTEVENT.TYPE == 0 and TRCCNTCTLR<a>.CNTEVENT.SEL == n.
- TRCCNTCTLR<a>.CNTEVENT.TYPE == 1 and TRCCNTCTLR<a>.CNTEVENT.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT0.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT0.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT0.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT0.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT1.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT1.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT1.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT1.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT2.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT2.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT2.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT2.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT3.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT3.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT3.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT3.SEL == n/2.
- TRCSEQEVR<a>.B.TYPE == 0 and TRCSEQEVR<a>.B.SEL = n.
- TRCSEQEVR<a>.B.TYPE == 1 and TRCSEQEVR<a>.B.SEL = n/2.
- TRCSEQEVR<a>.F.TYPE == 0 and TRCSEQEVR<a>.F.SEL = n.
- TRCSEQEVR<a>.F.TYPE == 1 and TRCSEQEVR<a>.F.SEL = n/2.
- AArch64-TRCSEQRSTEVR.RST.TYPE == 0 and AArch64-TRCSEQRSTEVR.RST.SEL == n.
- AArch64-TRCSEQRSTEVR.RST.TYPE == 1 and AArch64-TRCSEQRSTEVR.RST.SEL == n/2.
- AArch64-TRCTSCTLR.EVENT.TYPE == 0 and AArch64-TRCTSCTLR.EVENT.SEL == n.
- AArch64-TRCTSCTLR.EVENT.TYPE == 1 and AArch64-TRCTSCTLR.EVENT.SEL == n/2.
- AArch64-TRCVICTLR.EVENT.TYPE == 0 and AArch64-TRCVICTLR.EVENT.SEL == n.
- AArch64-TRCVICTLR.EVENT.TYPE == 1 and AArch64-TRCVICTLR.EVENT.SEL == n/2.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

MRS <Xt>, TRCRSCTLR2

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0001 | 0b0010 | 0b000 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

MSR TRCRSCTLR2, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0001 | 0b0010 | 0b000 |

### Accessibility

Must be programmed if any of the following are true:

- TRCCNTCTLR<a>.RLDEVENT.TYPE == 0 and TRCCNTCTLR<a>.RLDEVENT.SEL == n.
- TRCCNTCTLR<a>.RLDEVENT.TYPE == 1 and TRCCNTCTLR<a>.RLDEVENT.SEL == n/2.
- TRCCNTCTLR<a>.CNTEVENT.TYPE == 0 and TRCCNTCTLR<a>.CNTEVENT.SEL == n.
- TRCCNTCTLR<a>.CNTEVENT.TYPE == 1 and TRCCNTCTLR<a>.CNTEVENT.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT0.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT0.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT0.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT0.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT1.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT1.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT1.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT1.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT2.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT2.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT2.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT2.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT3.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT3.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT3.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT3.SEL == n/2.
- TRCSEQEVR<a>.B.TYPE == 0 and TRCSEQEVR<a>.B.SEL = n.
- TRCSEQEVR<a>.B.TYPE == 1 and TRCSEQEVR<a>.B.SEL = n/2.
- TRCSEQEVR<a>.F.TYPE == 0 and TRCSEQEVR<a>.F.SEL = n.
- TRCSEQEVR<a>.F.TYPE == 1 and TRCSEQEVR<a>.F.SEL = n/2.
- AArch64-TRCSEQRSTEVR.RST.TYPE == 0 and AArch64-TRCSEQRSTEVR.RST.SEL == n.
- AArch64-TRCSEQRSTEVR.RST.TYPE == 1 and AArch64-TRCSEQRSTEVR.RST.SEL == n/2.
- AArch64-TRCTSCTLR.EVENT.TYPE == 0 and AArch64-TRCTSCTLR.EVENT.SEL == n.
- AArch64-TRCTSCTLR.EVENT.TYPE == 1 and AArch64-TRCTSCTLR.EVENT.SEL == n/2.
- AArch64-TRCVICTLR.EVENT.TYPE == 0 and AArch64-TRCVICTLR.EVENT.SEL == n.
- AArch64-TRCVICTLR.EVENT.TYPE == 1 and AArch64-TRCVICTLR.EVENT.SEL == n/2.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

MRS <Xt>, TRCRSCTLR2

```
if 2 >= NUM_TRACE_RESOURCE_SELECTOR_PAIRS * 2 then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCRSCTLR[2];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCRSCTLR[2];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCRSCTLR[2];
```

MSR TRCRSCTLR2, <Xt>

```
if 2 >= NUM_TRACE_RESOURCE_SELECTOR_PAIRS * 2 then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCRSCTLR[2] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCRSCTLR[2] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        TRCRSCTLR[2] = X[t, 64];
```

## B.12.26 TRCRSCTLR3, Resource Selection Control Register <n>

Controls the selection of the resources in the trace unit.

### Configurations

Resource selector 0 always returns FALSE.

Resource selector 1 always returns TRUE.

Resource selectors are implemented in pairs. Each odd numbered resource selector is part of a pair with the even numbered resource selector that is numbered as one less than it. For example, resource selectors 2 and 3 form a pair.

### Attributes

**Width**

64

**Functional group**

Trace unit registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note: Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-228: AArch64_trcrsctlr3 bit assignments**




**Table B-570: TRCRSCTLR3 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:21] | RES0 | Reserved | RES0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [20] | INV | Controls whether the resource, that TRCRSCTLR<n>.GROUP and TRCRSCTLR<n>.SELECT selects, is inverted.<br>**0b0**<br>Do not invert the output of this selector.<br>**0b1**<br>Invert the output of this selector. | x |
| [19:16] | GROUP | Selects a group of resources.<br>**0b0000**<br>External Input Selectors.<br>**0b0001**<br>PE Comparator Inputs.<br>**0b0010**<br>Counters and Sequencer.<br>**0b0011**<br>Single-shot Comparator Controls.<br>**0b0100**<br>Single Address Comparators.<br>**0b0101**<br>Address Range Comparators.<br>**0b0110**<br>Context Identifier Comparators.<br>**0b0111**<br>Virtual Context Identifier Comparators.<br>All other values are reserved. | xxxx |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| 15:0 | SELECT | **SELECT encoding for External Input Selectors**<br>**15:4**<br>Reserved, **RES0**.<br>**EXTIN[<m>], bit[m], for m = 3 to 0**<br>Selects one or more External Inputs.<br>**0b0**<br>Ignore EXTIN <m>.<br>**0b1**<br>Select EXTIN <m>.<br>**SELECT encoding for PE Comparator Inputs**<br>**15:8**<br>Reserved, **RES0**.<br>**PECOMP[<m>], bit[m], for m = 7 to 0**<br>Selects one or more PE Comparator Inputs.<br>**0b0**<br>Ignore PE Comparator Input <m>.<br>**0b1**<br>Select PE Comparator Input <m>.<br>**SELECT encoding for Counters and Sequencer**<br>**15:8**<br>Reserved, **RES0**.<br>**SEQUENCER[<m>], bit[m], for m = 3 to 0**<br>Sequencer states.<br>**0b0**<br>Ignore Sequencer state <m>.<br>**0b1**<br>Select Sequencer state <m>.<br>**COUNTERS[<m>], bit[m], for m = 3 to 0**<br>Counters resources at zero.<br>**0b0**<br>Ignore Counter <m>.<br>**0b1**<br>Select Counter <m> is zero.<br>**SELECT encoding for Single-shot Comparator Controls**<br>**15:8**<br>Reserved, **RES0**.<br>**SINGLE_SHOT[<m>], bit[m], for m = 7 to 0**<br>Selects one or more Single-shot Comparator Controls.<br>**0b0**<br>Ignore Single-shot Comparator Control <m>.<br>**0b1**<br>Select Single-shot Comparator Control <m>.<br>**SELECT encoding for Single Address Comparators**<br>**SAC[<m>], bit[m], for m = 15 to 0** | 16{x} |

Copyright © 2020-2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Access

Must be programmed if any of the following are true:

- TRCCNTCTLR<a>.RLDEVENT.TYPE == 0 and TRCCNTCTLR<a>.RLDEVENT.SEL == n.
- TRCCNTCTLR<a>.RLDEVENT.TYPE == 1 and TRCCNTCTLR<a>.RLDEVENT.SEL == n/2.
- TRCCNTCTLR<a>.CNTEVENT.TYPE == 0 and TRCCNTCTLR<a>.CNTEVENT.SEL == n.
- TRCCNTCTLR<a>.CNTEVENT.TYPE == 1 and TRCCNTCTLR<a>.CNTEVENT.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT0.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT0.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT0.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT0.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT1.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT1.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT1.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT1.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT2.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT2.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT2.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT2.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT3.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT3.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT3.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT3.SEL == n/2.
- TRCSEQEVR<a>.B.TYPE == 0 and TRCSEQEVR<a>.B.SEL = n.
- TRCSEQEVR<a>.B.TYPE == 1 and TRCSEQEVR<a>.B.SEL = n/2.
- TRCSEQEVR<a>.F.TYPE == 0 and TRCSEQEVR<a>.F.SEL = n.
- TRCSEQEVR<a>.F.TYPE == 1 and TRCSEQEVR<a>.F.SEL = n/2.
- AArch64-TRCSEQRSTEVR.RST.TYPE == 0 and AArch64-TRCSEQRSTEVR.RST.SEL == n.
- AArch64-TRCSEQRSTEVR.RST.TYPE == 1 and AArch64-TRCSEQRSTEVR.RST.SEL == n/2.
- AArch64-TRCTSCTLR.EVENT.TYPE == 0 and AArch64-TRCTSCTLR.EVENT.SEL == n.
- AArch64-TRCTSCTLR.EVENT.TYPE == 1 and AArch64-TRCTSCTLR.EVENT.SEL == n/2.
- AArch64-TRCVICTLR.EVENT.TYPE == 0 and AArch64-TRCVICTLR.EVENT.SEL == n.
- AArch64-TRCVICTLR.EVENT.TYPE == 1 and AArch64-TRCVICTLR.EVENT.SEL == n/2.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

MRS <Xt>, TRCRSCTLR3

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0001 | 0b0011 | 0b000 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

MSR TRCRSCTLR3, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0001 | 0b0011 | 0b000 |

### Accessibility

Must be programmed if any of the following are true:

- TRCCNTCTLR<a>.RLDEVENT.TYPE == 0 and TRCCNTCTLR<a>.RLDEVENT.SEL == n.
- TRCCNTCTLR<a>.RLDEVENT.TYPE == 1 and TRCCNTCTLR<a>.RLDEVENT.SEL == n/2.
- TRCCNTCTLR<a>.CNTEVENT.TYPE == 0 and TRCCNTCTLR<a>.CNTEVENT.SEL == n.
- TRCCNTCTLR<a>.CNTEVENT.TYPE == 1 and TRCCNTCTLR<a>.CNTEVENT.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT0.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT0.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT0.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT0.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT1.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT1.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT1.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT1.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT2.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT2.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT2.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT2.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT3.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT3.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT3.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT3.SEL == n/2.
- TRCSEQEVR<a>.B.TYPE == 0 and TRCSEQEVR<a>.B.SEL = n.
- TRCSEQEVR<a>.B.TYPE == 1 and TRCSEQEVR<a>.B.SEL = n/2.
- TRCSEQEVR<a>.F.TYPE == 0 and TRCSEQEVR<a>.F.SEL = n.
- TRCSEQEVR<a>.F.TYPE == 1 and TRCSEQEVR<a>.F.SEL = n/2.
- AArch64-TRCSEQRSTEVR.RST.TYPE == 0 and AArch64-TRCSEQRSTEVR.RST.SEL == n.
- AArch64-TRCSEQRSTEVR.RST.TYPE == 1 and AArch64-TRCSEQRSTEVR.RST.SEL == n/2.
- AArch64-TRCTSCTLR.EVENT.TYPE == 0 and AArch64-TRCTSCTLR.EVENT.SEL == n.
- AArch64-TRCTSCTLR.EVENT.TYPE == 1 and AArch64-TRCTSCTLR.EVENT.SEL == n/2.
- AArch64-TRCVICTLR.EVENT.TYPE == 0 and AArch64-TRCVICTLR.EVENT.SEL == n.
- AArch64-TRCVICTLR.EVENT.TYPE == 1 and AArch64-TRCVICTLR.EVENT.SEL == n/2.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

MRS <Xt>, TRCRSCTLR3

```
if 3 >= NUM_TRACE_RESOURCE_SELECTOR_PAIRS * 2 then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCRSCTLR[3];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCRSCTLR[3];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCRSCTLR[3];
```

MSR TRCRSCTLR3, <Xt>

```
if 3 >= NUM_TRACE_RESOURCE_SELECTOR_PAIRS * 2 then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCRSCTLR[3] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCRSCTLR[3] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        TRCRSCTLR[3] = X[t, 64];
```

## B.12.27 TRCRSCTLR4, Resource Selection Control Register <n>

Controls the selection of the resources in the trace unit.

### Configurations

Resource selector 0 always returns FALSE.

Resource selector 1 always returns TRUE.

Resource selectors are implemented in pairs. Each odd numbered resource selector is part of a pair with the even numbered resource selector that is numbered as one less than it. For example, resource selectors 2 and 3 form a pair.

### Attributes

**Width**

64

**Functional group**

Trace unit registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-229: AArch64_trcrsctlr4 bit assignments**




**Table B-573: TRCRSCTLR4 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:22] | RES0 | Reserved | RES0 |

| Bits | Name | Description | Reset |
|---|---|---|---|
| [21] | PAIRINV | Controls whether the combined result from a resource selector pair is inverted.<br>**0b0**<br>Do not invert the combined output of the 2 resource selectors.<br>**0b1**<br>Invert the combined output of the 2 resource selectors.<br><br>If:<br>• A is the register TRCRSCTLR<n>.<br>• B is the register TRCRSCTLR<n+1>.<br><br>Then the combined output of the 2 resource selectors A and B depends on the value of (A.PAIRINV, A.INV, B.INV) as follows:<br>• `0b000` -> A and B.<br>• `0b001` -> Reserved.<br>• `0b010` -> not(A) and B.<br>• `0b011` -> not(A) and not(B).<br>• `0b100` -> not(A) or not(B).<br>• `0b101` -> not(A) or B.<br>• `0b110` -> Reserved.<br>• `0b111` -> A or B. | x |
| [20] | INV | Controls whether the resource, that TRCRSCTLR<n>.GROUP and TRCRSCTLR<n>.SELECT selects, is inverted.<br>**0b0**<br>Do not invert the output of this selector.<br>**0b1**<br>Invert the output of this selector. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [19:16] | GROUP | Selects a group of resources.<br>**0b0000**<br>External Input Selectors.<br>**0b0001**<br>PE Comparator Inputs.<br>**0b0010**<br>Counters and Sequencer.<br>**0b0011**<br>Single-shot Comparator Controls.<br>**0b0100**<br>Single Address Comparators.<br>**0b0101**<br>Address Range Comparators.<br>**0b0110**<br>Context Identifier Comparators.<br>**0b0111**<br>Virtual Context Identifier Comparators.<br>All other values are reserved. | xxxx |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| 15:0 | SELECT | **SELECT encoding for External Input Selectors**<br>**15:4**<br>Reserved, **RES0**.<br>**EXTIN[<m>], bit[m], for m = 3 to 0**<br>Selects one or more External Inputs.<br>**0b0**<br>Ignore EXTIN <m>.<br>**0b1**<br>Select EXTIN <m>.<br>**SELECT encoding for PE Comparator Inputs**<br>**15:8**<br>Reserved, **RES0**.<br>**PECOMP[<m>], bit[m], for m = 7 to 0**<br>Selects one or more PE Comparator Inputs.<br>**0b0**<br>Ignore PE Comparator Input <m>.<br>**0b1**<br>Select PE Comparator Input <m>.<br>**SELECT encoding for Counters and Sequencer**<br>**15:8**<br>Reserved, **RES0**.<br>**SEQUENCER[<m>], bit[m], for m = 3 to 0**<br>Sequencer states.<br>**0b0**<br>Ignore Sequencer state <m>.<br>**0b1**<br>Select Sequencer state <m>.<br>**COUNTERS[<m>], bit[m], for m = 3 to 0**<br>Counters resources at zero.<br>**0b0**<br>Ignore Counter <m>.<br>**0b1**<br>Select Counter <m> is zero.<br>**SELECT encoding for Single-shot Comparator Controls**<br>**15:8**<br>Reserved, **RES0**.<br>**SINGLE_SHOT[<m>], bit[m], for m = 7 to 0**<br>Selects one or more Single-shot Comparator Controls.<br>**0b0**<br>Ignore Single-shot Comparator Control <m>.<br>**0b1**<br>Select Single-shot Comparator Control <m>.<br>**SELECT encoding for Single Address Comparators**<br>**SAC[<m>], bit[m], for m = 15 to 0** | 16{x} |

Copyright © 2020-2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Access

Must be programmed if any of the following are true:

- TRCCNTCTLR<a>.RLDEVENT.TYPE == 0 and TRCCNTCTLR<a>.RLDEVENT.SEL == n.
- TRCCNTCTLR<a>.RLDEVENT.TYPE == 1 and TRCCNTCTLR<a>.RLDEVENT.SEL == n/2.
- TRCCNTCTLR<a>.CNTEVENT.TYPE == 0 and TRCCNTCTLR<a>.CNTEVENT.SEL == n.
- TRCCNTCTLR<a>.CNTEVENT.TYPE == 1 and TRCCNTCTLR<a>.CNTEVENT.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT0.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT0.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT0.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT0.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT1.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT1.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT1.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT1.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT2.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT2.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT2.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT2.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT3.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT3.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT3.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT3.SEL == n/2.
- TRCSEQEVR<a>.B.TYPE == 0 and TRCSEQEVR<a>.B.SEL = n.
- TRCSEQEVR<a>.B.TYPE == 1 and TRCSEQEVR<a>.B.SEL = n/2.
- TRCSEQEVR<a>.F.TYPE == 0 and TRCSEQEVR<a>.F.SEL = n.
- TRCSEQEVR<a>.F.TYPE == 1 and TRCSEQEVR<a>.F.SEL = n/2.
- AArch64-TRCSEQRSTEVR.RST.TYPE == 0 and AArch64-TRCSEQRSTEVR.RST.SEL == n.
- AArch64-TRCSEQRSTEVR.RST.TYPE == 1 and AArch64-TRCSEQRSTEVR.RST.SEL == n/2.
- AArch64-TRCTSCTLR.EVENT.TYPE == 0 and AArch64-TRCTSCTLR.EVENT.SEL == n.
- AArch64-TRCTSCTLR.EVENT.TYPE == 1 and AArch64-TRCTSCTLR.EVENT.SEL == n/2.
- AArch64-TRCVICTLR.EVENT.TYPE == 0 and AArch64-TRCVICTLR.EVENT.SEL == n.
- AArch64-TRCVICTLR.EVENT.TYPE == 1 and AArch64-TRCVICTLR.EVENT.SEL == n/2.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

MRS <Xt>, TRCRSCTLR4

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0001 | 0b0100 | 0b000 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

MSR TRCRSCTLR4, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0001 | 0b0100 | 0b000 |

## Accessibility

Must be programmed if any of the following are true:

- TRCCNTCTLR<a>.RLDEVENT.TYPE == 0 and TRCCNTCTLR<a>.RLDEVENT.SEL == n.
- TRCCNTCTLR<a>.RLDEVENT.TYPE == 1 and TRCCNTCTLR<a>.RLDEVENT.SEL == n/2.
- TRCCNTCTLR<a>.CNTEVENT.TYPE == 0 and TRCCNTCTLR<a>.CNTEVENT.SEL == n.
- TRCCNTCTLR<a>.CNTEVENT.TYPE == 1 and TRCCNTCTLR<a>.CNTEVENT.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT0.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT0.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT0.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT0.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT1.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT1.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT1.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT1.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT2.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT2.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT2.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT2.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT3.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT3.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT3.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT3.SEL == n/2.
- TRCSEQEVR<a>.B.TYPE == 0 and TRCSEQEVR<a>.B.SEL = n.
- TRCSEQEVR<a>.B.TYPE == 1 and TRCSEQEVR<a>.B.SEL = n/2.
- TRCSEQEVR<a>.F.TYPE == 0 and TRCSEQEVR<a>.F.SEL = n.
- TRCSEQEVR<a>.F.TYPE == 1 and TRCSEQEVR<a>.F.SEL = n/2.
- AArch64-TRCSEQRSTEVR.RST.TYPE == 0 and AArch64-TRCSEQRSTEVR.RST.SEL == n.
- AArch64-TRCSEQRSTEVR.RST.TYPE == 1 and AArch64-TRCSEQRSTEVR.RST.SEL == n/2.
- AArch64-TRCTSCTLR.EVENT.TYPE == 0 and AArch64-TRCTSCTLR.EVENT.SEL == n.
- AArch64-TRCTSCTLR.EVENT.TYPE == 1 and AArch64-TRCTSCTLR.EVENT.SEL == n/2.
- AArch64-TRCVICTLR.EVENT.TYPE == 0 and AArch64-TRCVICTLR.EVENT.SEL == n.
- AArch64-TRCVICTLR.EVENT.TYPE == 1 and AArch64-TRCVICTLR.EVENT.SEL == n/2.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

MRS <Xt>, TRCRSCTLR4

```
if 4 >= NUM_TRACE_RESOURCE_SELECTOR_PAIRS * 2 then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCRSCTLR[4];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCRSCTLR[4];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCRSCTLR[4];
```

MSR TRCRSCTLR4, <Xt>

```
if 4 >= NUM_TRACE_RESOURCE_SELECTOR_PAIRS * 2 then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCRSCTLR[4] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCRSCTLR[4] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    TRCRSCTLR[4] = X[t, 64];
```

## B.12.28 TRCRSCTLR5, Resource Selection Control Register <n>

Controls the selection of the resources in the trace unit.

### Configurations

Resource selector 0 always returns FALSE.

Resource selector 1 always returns TRUE.

Resource selectors are implemented in pairs. Each odd numbered resource selector is part of a pair with the even numbered resource selector that is numbered as one less than it. For example, resource selectors 2 and 3 form a pair.

### Attributes

**Width**

64

**Functional group**

Trace unit registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-230: AArch64_trcrsctlr5 bit assignments**




**Table B-576: TRCRSCTLR5 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:21] | RES0 | Reserved | RES0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [20] | INV | Controls whether the resource, that TRCRSCTLR<n>.GROUP and TRCRSCTLR<n>.SELECT selects, is inverted.<br>**`0b0`**<br>Do not invert the output of this selector.<br>**`0b1`**<br>Invert the output of this selector. | `x` |
| [19:16] | GROUP | Selects a group of resources.<br>**`0b0000`**<br>External Input Selectors.<br>**`0b0001`**<br>PE Comparator Inputs.<br>**`0b0010`**<br>Counters and Sequencer.<br>**`0b0011`**<br>Single-shot Comparator Controls.<br>**`0b0100`**<br>Single Address Comparators.<br>**`0b0101`**<br>Address Range Comparators.<br>**`0b0110`**<br>Context Identifier Comparators.<br>**`0b0111`**<br>Virtual Context Identifier Comparators.<br><br>All other values are reserved. | `xxxx` |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
| --- | --- | --- | --- |
| 15:0 | SELECT | **SELECT encoding for External Input Selectors**<br>**15:4**<br>Reserved, **RES0**.<br>**EXTIN[<m>], bit[m], for m = 3 to 0**<br>Selects one or more External Inputs.<br>`0b0`<br>Ignore EXTIN <m>.<br>`0b1`<br>Select EXTIN <m>.<br>**SELECT encoding for PE Comparator Inputs**<br>**15:8**<br>Reserved, **RES0**.<br>**PECOMP[<m>], bit[m], for m = 7 to 0**<br>Selects one or more PE Comparator Inputs.<br>`0b0`<br>Ignore PE Comparator Input <m>.<br>`0b1`<br>Select PE Comparator Input <m>.<br>**SELECT encoding for Counters and Sequencer**<br>**15:8**<br>Reserved, **RES0**.<br>**SEQUENCER[<m>], bit[m], for m = 3 to 0**<br>Sequencer states.<br>`0b0`<br>Ignore Sequencer state <m>.<br>`0b1`<br>Select Sequencer state <m>.<br>**COUNTERS[<m>], bit[m], for m = 3 to 0**<br>Counters resources at zero.<br>`0b0`<br>Ignore Counter <m>.<br>`0b1`<br>Select Counter <m> is zero.<br>**SELECT encoding for Single-shot Comparator Controls**<br>**15:8**<br>Reserved, **RES0**.<br>**SINGLE_SHOT[<m>], bit[m], for m = 7 to 0**<br>Selects one or more Single-shot Comparator Controls.<br>`0b0`<br>Ignore Single-shot Comparator Control <m>.<br>`0b1`<br>Select Single-shot Comparator Control <m>.<br>**SELECT encoding for Single Address Comparators**<br>**SAC[<m>], bit[m], for m = 15 to 0** | `16{x}` |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Access

Must be programmed if any of the following are true:

- TRCCNTCTLR<a>.RLDEVENT.TYPE == 0 and TRCCNTCTLR<a>.RLDEVENT.SEL == n.
- TRCCNTCTLR<a>.RLDEVENT.TYPE == 1 and TRCCNTCTLR<a>.RLDEVENT.SEL == n/2.
- TRCCNTCTLR<a>.CNTEVENT.TYPE == 0 and TRCCNTCTLR<a>.CNTEVENT.SEL == n.
- TRCCNTCTLR<a>.CNTEVENT.TYPE == 1 and TRCCNTCTLR<a>.CNTEVENT.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT0.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT0.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT0.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT0.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT1.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT1.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT1.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT1.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT2.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT2.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT2.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT2.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT3.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT3.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT3.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT3.SEL == n/2.
- TRCSEQEVR<a>.B.TYPE == 0 and TRCSEQEVR<a>.B.SEL = n.
- TRCSEQEVR<a>.B.TYPE == 1 and TRCSEQEVR<a>.B.SEL = n/2.
- TRCSEQEVR<a>.F.TYPE == 0 and TRCSEQEVR<a>.F.SEL = n.
- TRCSEQEVR<a>.F.TYPE == 1 and TRCSEQEVR<a>.F.SEL = n/2.
- AArch64-TRCSEQRSTEVR.RST.TYPE == 0 and AArch64-TRCSEQRSTEVR.RST.SEL == n.
- AArch64-TRCSEQRSTEVR.RST.TYPE == 1 and AArch64-TRCSEQRSTEVR.RST.SEL == n/2.
- AArch64-TRCTSCTLR.EVENT.TYPE == 0 and AArch64-TRCTSCTLR.EVENT.SEL == n.
- AArch64-TRCTSCTLR.EVENT.TYPE == 1 and AArch64-TRCTSCTLR.EVENT.SEL == n/2.
- AArch64-TRCVICTLR.EVENT.TYPE == 0 and AArch64-TRCVICTLR.EVENT.SEL == n.
- AArch64-TRCVICTLR.EVENT.TYPE == 1 and AArch64-TRCVICTLR.EVENT.SEL == n/2.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

MRS <Xt>, TRCRSCTLR5

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0001 | 0b0101 | 0b000 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

MSR TRCRSCTLR5, <Xt>

| op0 | op1 | CRn | CRm | op2 |
| --- | --- | --- | --- | --- |
| 0b10 | 0b001 | 0b0001 | 0b0101 | 0b000 |

## Accessibility

Must be programmed if any of the following are true:

- TRCCNTCTLR<a>.RLDEVENT.TYPE == 0 and TRCCNTCTLR<a>.RLDEVENT.SEL == n.
- TRCCNTCTLR<a>.RLDEVENT.TYPE == 1 and TRCCNTCTLR<a>.RLDEVENT.SEL == n/2.
- TRCCNTCTLR<a>.CNTEVENT.TYPE == 0 and TRCCNTCTLR<a>.CNTEVENT.SEL == n.
- TRCCNTCTLR<a>.CNTEVENT.TYPE == 1 and TRCCNTCTLR<a>.CNTEVENT.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT0.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT0.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT0.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT0.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT1.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT1.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT1.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT1.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT2.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT2.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT2.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT2.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT3.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT3.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT3.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT3.SEL == n/2.
- TRCSEQEVR<a>.B.TYPE == 0 and TRCSEQEVR<a>.B.SEL = n.
- TRCSEQEVR<a>.B.TYPE == 1 and TRCSEQEVR<a>.B.SEL = n/2.
- TRCSEQEVR<a>.F.TYPE == 0 and TRCSEQEVR<a>.F.SEL = n.
- TRCSEQEVR<a>.F.TYPE == 1 and TRCSEQEVR<a>.F.SEL = n/2.
- AArch64-TRCSEQRSTEVR.RST.TYPE == 0 and AArch64-TRCSEQRSTEVR.RST.SEL == n.
- AArch64-TRCSEQRSTEVR.RST.TYPE == 1 and AArch64-TRCSEQRSTEVR.RST.SEL == n/2.
- AArch64-TRCTSCTLR.EVENT.TYPE == 0 and AArch64-TRCTSCTLR.EVENT.SEL == n.
- AArch64-TRCTSCTLR.EVENT.TYPE == 1 and AArch64-TRCTSCTLR.EVENT.SEL == n/2.
- AArch64-TRCVICTLR.EVENT.TYPE == 0 and AArch64-TRCVICTLR.EVENT.SEL == n.
- AArch64-TRCVICTLR.EVENT.TYPE == 1 and AArch64-TRCVICTLR.EVENT.SEL == n/2.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

MRS <Xt>, TRCRSCTLR5

```
if 5 >= NUM_TRACE_RESOURCE_SELECTOR_PAIRS * 2 then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCRSCTLR[5];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCRSCTLR[5];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCRSCTLR[5];
```

MSR TRCRSCTLR5, <Xt>

```
if 5 >= NUM_TRACE_RESOURCE_SELECTOR_PAIRS * 2 then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCRSCTLR[5] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCRSCTLR[5] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        TRCRSCTLR[5] = X[t, 64];
```

## B.12.29 TRCRSCTLR6, Resource Selection Control Register <n>

Controls the selection of the resources in the trace unit.

### Configurations

Resource selector 0 always returns FALSE.

Resource selector 1 always returns TRUE.

Resource selectors are implemented in pairs. Each odd numbered resource selector is part of a pair with the even numbered resource selector that is numbered as one less than it. For example, resource selectors 2 and 3 form a pair.

### Attributes

**Width**

64

**Functional group**

Trace unit registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-231: AArch64_trcrsctlr6 bit assignments**




**Table B-579: TRCRSCTLR6 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:22] | RES0 | Reserved | RES0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [21] | PAIRINV | Controls whether the combined result from a resource selector pair is inverted.<br>**0b0**<br>Do not invert the combined output of the 2 resource selectors.<br>**0b1**<br>Invert the combined output of the 2 resource selectors.<br><br>If:<br>• A is the register TRCRSCTLR<n>.<br>• B is the register TRCRSCTLR<n+1>.<br><br>Then the combined output of the 2 resource selectors A and B depends on the value of (A.PAIRINV, A.INV, B.INV) as follows:<br>• `0b000` -> A and B.<br>• `0b001` -> Reserved.<br>• `0b010` -> not(A) and B.<br>• `0b011` -> not(A) and not(B).<br>• `0b100` -> not(A) or not(B).<br>• `0b101` -> not(A) or B.<br>• `0b110` -> Reserved.<br>• `0b111` -> A or B. | x |
| [20] | INV | Controls whether the resource, that TRCRSCTLR<n>.GROUP and TRCRSCTLR<n>.SELECT selects, is inverted.<br>**0b0**<br>Do not invert the output of this selector.<br>**0b1**<br>Invert the output of this selector. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [19:16] | GROUP | Selects a group of resources.<br>**0b0000**<br>External Input Selectors.<br>**0b0001**<br>PE Comparator Inputs.<br>**0b0010**<br>Counters and Sequencer.<br>**0b0011**<br>Single-shot Comparator Controls.<br>**0b0100**<br>Single Address Comparators.<br>**0b0101**<br>Address Range Comparators.<br>**0b0110**<br>Context Identifier Comparators.<br>**0b0111**<br>Virtual Context Identifier Comparators.<br>All other values are reserved. | xxxx |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| 15:0 | SELECT | **SELECT encoding for External Input Selectors**<br>**15:4**<br>Reserved, RES0.<br>**EXTIN[<m>], bit[m], for m = 3 to 0**<br>Selects one or more External Inputs.<br>**0b0**<br>Ignore EXTIN <m>.<br>**0b1**<br>Select EXTIN <m>.<br>**SELECT encoding for PE Comparator Inputs**<br>**15:8**<br>Reserved, RES0.<br>**PECOMP[<m>], bit[m], for m = 7 to 0**<br>Selects one or more PE Comparator Inputs.<br>**0b0**<br>Ignore PE Comparator Input <m>.<br>**0b1**<br>Select PE Comparator Input <m>.<br>**SELECT encoding for Counters and Sequencer**<br>**15:8**<br>Reserved, RES0.<br>**SEQUENCER[<m>], bit[m], for m = 3 to 0**<br>Sequencer states.<br>**0b0**<br>Ignore Sequencer state <m>.<br>**0b1**<br>Select Sequencer state <m>.<br>**COUNTERS[<m>], bit[m], for m = 3 to 0**<br>Counters resources at zero.<br>**0b0**<br>Ignore Counter <m>.<br>**0b1**<br>Select Counter <m> is zero.<br>**SELECT encoding for Single-shot Comparator Controls**<br>**15:8**<br>Reserved, RES0.<br>**SINGLE_SHOT[<m>], bit[m], for m = 7 to 0**<br>Selects one or more Single-shot Comparator Controls.<br>**0b0**<br>Ignore Single-shot Comparator Control <m>.<br>**0b1**<br>Select Single-shot Comparator Control <m>.<br>**SELECT encoding for Single Address Comparators**<br>**SAC[<m>], bit[m], for m = 15 to 0** | 16{x} |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Access

Must be programmed if any of the following are true:

- TRCCNTCTLR<a>.RLDEVENT.TYPE == 0 and TRCCNTCTLR<a>.RLDEVENT.SEL == n.
- TRCCNTCTLR<a>.RLDEVENT.TYPE == 1 and TRCCNTCTLR<a>.RLDEVENT.SEL == n/2.
- TRCCNTCTLR<a>.CNTEVENT.TYPE == 0 and TRCCNTCTLR<a>.CNTEVENT.SEL == n.
- TRCCNTCTLR<a>.CNTEVENT.TYPE == 1 and TRCCNTCTLR<a>.CNTEVENT.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT0.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT0.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT0.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT0.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT1.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT1.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT1.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT1.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT2.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT2.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT2.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT2.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT3.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT3.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT3.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT3.SEL == n/2.
- TRCSEQEVR<a>.B.TYPE == 0 and TRCSEQEVR<a>.B.SEL = n.
- TRCSEQEVR<a>.B.TYPE == 1 and TRCSEQEVR<a>.B.SEL = n/2.
- TRCSEQEVR<a>.F.TYPE == 0 and TRCSEQEVR<a>.F.SEL = n.
- TRCSEQEVR<a>.F.TYPE == 1 and TRCSEQEVR<a>.F.SEL = n/2.
- AArch64-TRCSEQRSTEVR.RST.TYPE == 0 and AArch64-TRCSEQRSTEVR.RST.SEL == n.
- AArch64-TRCSEQRSTEVR.RST.TYPE == 1 and AArch64-TRCSEQRSTEVR.RST.SEL == n/2.
- AArch64-TRCTSCTLR.EVENT.TYPE == 0 and AArch64-TRCTSCTLR.EVENT.SEL == n.
- AArch64-TRCTSCTLR.EVENT.TYPE == 1 and AArch64-TRCTSCTLR.EVENT.SEL == n/2.
- AArch64-TRCVICTLR.EVENT.TYPE == 0 and AArch64-TRCVICTLR.EVENT.SEL == n.
- AArch64-TRCVICTLR.EVENT.TYPE == 1 and AArch64-TRCVICTLR.EVENT.SEL == n/2.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

MRS <Xt>, TRCRSCTLR6

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0001 | 0b0110 | 0b000 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

MSR TRCRSCTLR6, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0001 | 0b0110 | 0b000 |

### Accessibility

Must be programmed if any of the following are true:

- TRCCNTCTLR<a>.RLDEVENT.TYPE == 0 and TRCCNTCTLR<a>.RLDEVENT.SEL == n.
- TRCCNTCTLR<a>.RLDEVENT.TYPE == 1 and TRCCNTCTLR<a>.RLDEVENT.SEL == n/2.
- TRCCNTCTLR<a>.CNTEVENT.TYPE == 0 and TRCCNTCTLR<a>.CNTEVENT.SEL == n.
- TRCCNTCTLR<a>.CNTEVENT.TYPE == 1 and TRCCNTCTLR<a>.CNTEVENT.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT0.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT0.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT0.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT0.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT1.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT1.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT1.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT1.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT2.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT2.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT2.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT2.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT3.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT3.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT3.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT3.SEL == n/2.
- TRCSEQEVR<a>.B.TYPE == 0 and TRCSEQEVR<a>.B.SEL = n.
- TRCSEQEVR<a>.B.TYPE == 1 and TRCSEQEVR<a>.B.SEL = n/2.
- TRCSEQEVR<a>.F.TYPE == 0 and TRCSEQEVR<a>.F.SEL = n.
- TRCSEQEVR<a>.F.TYPE == 1 and TRCSEQEVR<a>.F.SEL = n/2.
- AArch64-TRCSEQRSTEVR.RST.TYPE == 0 and AArch64-TRCSEQRSTEVR.RST.SEL == n.
- AArch64-TRCSEQRSTEVR.RST.TYPE == 1 and AArch64-TRCSEQRSTEVR.RST.SEL == n/2.
- AArch64-TRCTSCTLR.EVENT.TYPE == 0 and AArch64-TRCTSCTLR.EVENT.SEL == n.
- AArch64-TRCTSCTLR.EVENT.TYPE == 1 and AArch64-TRCTSCTLR.EVENT.SEL == n/2.
- AArch64-TRCVICTLR.EVENT.TYPE == 0 and AArch64-TRCVICTLR.EVENT.SEL == n.
- AArch64-TRCVICTLR.EVENT.TYPE == 1 and AArch64-TRCVICTLR.EVENT.SEL == n/2.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

MRS <Xt>, TRCRSCTLR6

```
if 6 >= NUM_TRACE_RESOURCE_SELECTOR_PAIRS * 2 then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCRSCTLR[6];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCRSCTLR[6];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCRSCTLR[6];
```

MSR TRCRSCTLR6, <Xt>

```
if 6 >= NUM_TRACE_RESOURCE_SELECTOR_PAIRS * 2 then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCRSCTLR[6] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCRSCTLR[6] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        TRCRSCTLR[6] = X[t, 64];
```

## B.12.30 TRCRSCTLR7, Resource Selection Control Register <n>

Controls the selection of the resources in the trace unit.

### Configurations

Resource selector 0 always returns FALSE.

Resource selector 1 always returns TRUE.

Resource selectors are implemented in pairs. Each odd numbered resource selector is part of a pair with the even numbered resource selector that is numbered as one less than it. For example, resource selectors 2 and 3 form a pair.

### Attributes

**Width**

64

**Functional group**

Trace unit registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-232: AArch64_trcrsctlr7 bit assignments**




**Table B-582: TRCRSCTLR7 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:21] | RES0 | Reserved | RES0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [20] | INV | Controls whether the resource, that TRCRSCTLR<n>.GROUP and TRCRSCTLR<n>.SELECT selects, is inverted.<br>**0b0**<br>Do not invert the output of this selector.<br>**0b1**<br>Invert the output of this selector. | x |
| [19:16] | GROUP | Selects a group of resources.<br>**0b0000**<br>External Input Selectors.<br>**0b0001**<br>PE Comparator Inputs.<br>**0b0010**<br>Counters and Sequencer.<br>**0b0011**<br>Single-shot Comparator Controls.<br>**0b0100**<br>Single Address Comparators.<br>**0b0101**<br>Address Range Comparators.<br>**0b0110**<br>Context Identifier Comparators.<br>**0b0111**<br>Virtual Context Identifier Comparators.<br>All other values are reserved. | xxxx |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
| --- | --- | --- | --- |
| 15:0 | SELECT | **SELECT encoding for External Input Selectors**<br>**15:4**<br>Reserved, **RES0**.<br>**EXTIN[<m>], bit[m], for m = 3 to 0**<br>Selects one or more External Inputs.<br>**0b0**<br>Ignore EXTIN <m>.<br>**0b1**<br>Select EXTIN <m>.<br>**SELECT encoding for PE Comparator Inputs**<br>**15:8**<br>Reserved, **RES0**.<br>**PECOMP[<m>], bit[m], for m = 7 to 0**<br>Selects one or more PE Comparator Inputs.<br>**0b0**<br>Ignore PE Comparator Input <m>.<br>**0b1**<br>Select PE Comparator Input <m>.<br>**SELECT encoding for Counters and Sequencer**<br>**15:8**<br>Reserved, **RES0**.<br>**SEQUENCER[<m>], bit[m], for m = 3 to 0**<br>Sequencer states.<br>**0b0**<br>Ignore Sequencer state <m>.<br>**0b1**<br>Select Sequencer state <m>.<br>**COUNTERS[<m>], bit[m], for m = 3 to 0**<br>Counters resources at zero.<br>**0b0**<br>Ignore Counter <m>.<br>**0b1**<br>Select Counter <m> is zero.<br>**SELECT encoding for Single-shot Comparator Controls**<br>**15:8**<br>Reserved, **RES0**.<br>**SINGLE_SHOT[<m>], bit[m], for m = 7 to 0**<br>Selects one or more Single-shot Comparator Controls.<br>**0b0**<br>Ignore Single-shot Comparator Control <m>.<br>**0b1**<br>Select Single-shot Comparator Control <m>.<br>**SELECT encoding for Single Address Comparators**<br>**SAC[<m>], bit[m], for m = 15 to 0** | 16{x} |

Copyright © 2020-2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Access

Must be programmed if any of the following are true:

- TRCCNTCTLR<a>.RLDEVENT.TYPE == 0 and TRCCNTCTLR<a>.RLDEVENT.SEL == n.
- TRCCNTCTLR<a>.RLDEVENT.TYPE == 1 and TRCCNTCTLR<a>.RLDEVENT.SEL == n/2.
- TRCCNTCTLR<a>.CNTEVENT.TYPE == 0 and TRCCNTCTLR<a>.CNTEVENT.SEL == n.
- TRCCNTCTLR<a>.CNTEVENT.TYPE == 1 and TRCCNTCTLR<a>.CNTEVENT.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT0.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT0.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT0.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT0.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT1.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT1.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT1.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT1.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT2.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT2.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT2.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT2.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT3.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT3.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT3.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT3.SEL == n/2.
- TRCSEQEVR<a>.B.TYPE == 0 and TRCSEQEVR<a>.B.SEL = n.
- TRCSEQEVR<a>.B.TYPE == 1 and TRCSEQEVR<a>.B.SEL = n/2.
- TRCSEQEVR<a>.F.TYPE == 0 and TRCSEQEVR<a>.F.SEL = n.
- TRCSEQEVR<a>.F.TYPE == 1 and TRCSEQEVR<a>.F.SEL = n/2.
- AArch64-TRCSEQRSTEVR.RST.TYPE == 0 and AArch64-TRCSEQRSTEVR.RST.SEL == n.
- AArch64-TRCSEQRSTEVR.RST.TYPE == 1 and AArch64-TRCSEQRSTEVR.RST.SEL == n/2.
- AArch64-TRCTSCTLR.EVENT.TYPE == 0 and AArch64-TRCTSCTLR.EVENT.SEL == n.
- AArch64-TRCTSCTLR.EVENT.TYPE == 1 and AArch64-TRCTSCTLR.EVENT.SEL == n/2.
- AArch64-TRCVICTLR.EVENT.TYPE == 0 and AArch64-TRCVICTLR.EVENT.SEL == n.
- AArch64-TRCVICTLR.EVENT.TYPE == 1 and AArch64-TRCVICTLR.EVENT.SEL == n/2.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

MRS <Xt>, TRCRSCTLR7

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0001 | 0b0111 | 0b000 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

MSR TRCRSCTLR7, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0001 | 0b0111 | 0b000 |

## Accessibility

Must be programmed if any of the following are true:

- TRCCNTCTLR<a>.RLDEVENT.TYPE == 0 and TRCCNTCTLR<a>.RLDEVENT.SEL == n.
- TRCCNTCTLR<a>.RLDEVENT.TYPE == 1 and TRCCNTCTLR<a>.RLDEVENT.SEL == n/2.
- TRCCNTCTLR<a>.CNTEVENT.TYPE == 0 and TRCCNTCTLR<a>.CNTEVENT.SEL == n.
- TRCCNTCTLR<a>.CNTEVENT.TYPE == 1 and TRCCNTCTLR<a>.CNTEVENT.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT0.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT0.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT0.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT0.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT1.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT1.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT1.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT1.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT2.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT2.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT2.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT2.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT3.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT3.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT3.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT3.SEL == n/2.
- TRCSEQEVR<a>.B.TYPE == 0 and TRCSEQEVR<a>.B.SEL = n.
- TRCSEQEVR<a>.B.TYPE == 1 and TRCSEQEVR<a>.B.SEL = n/2.
- TRCSEQEVR<a>.F.TYPE == 0 and TRCSEQEVR<a>.F.SEL = n.
- TRCSEQEVR<a>.F.TYPE == 1 and TRCSEQEVR<a>.F.SEL = n/2.
- AArch64-TRCSEQRSTEVR.RST.TYPE == 0 and AArch64-TRCSEQRSTEVR.RST.SEL == n.
- AArch64-TRCSEQRSTEVR.RST.TYPE == 1 and AArch64-TRCSEQRSTEVR.RST.SEL == n/2.
- AArch64-TRCTSCTLR.EVENT.TYPE == 0 and AArch64-TRCTSCTLR.EVENT.SEL == n.
- AArch64-TRCTSCTLR.EVENT.TYPE == 1 and AArch64-TRCTSCTLR.EVENT.SEL == n/2.
- AArch64-TRCVICTLR.EVENT.TYPE == 0 and AArch64-TRCVICTLR.EVENT.SEL == n.
- AArch64-TRCVICTLR.EVENT.TYPE == 1 and AArch64-TRCVICTLR.EVENT.SEL == n/2.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

MRS <Xt>, TRCRSCTLR7

```
if 7 >= NUM_TRACE_RESOURCE_SELECTOR_PAIRS * 2 then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCRSCTLR[7];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCRSCTLR[7];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCRSCTLR[7];
```

MSR TRCRSCTLR7, <Xt>

```
if 7 >= NUM_TRACE_RESOURCE_SELECTOR_PAIRS * 2 then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCRSCTLR[7] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCRSCTLR[7] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        TRCRSCTLR[7] = X[t, 64];
```

## B.12.31 TRCRSCTLR8, Resource Selection Control Register <n>

Controls the selection of the resources in the trace unit.

### Configurations

Resource selector 0 always returns FALSE.

Resource selector 1 always returns TRUE.

Resource selectors are implemented in pairs. Each odd numbered resource selector is part of a pair with the even numbered resource selector that is numbered as one less than it. For example, resource selectors 2 and 3 form a pair.

### Attributes

**Width**

64

**Functional group**

Trace unit registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-233: AArch64_trcrsctlr8 bit assignments**




**Table B-585: TRCRSCTLR8 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:22] | RES0 | Reserved | RES0 |

| Bits | Name | Description | Reset |
|---|---|---|---|
| [21] | PAIRINV | Controls whether the combined result from a resource selector pair is inverted.<br>**0b0**<br>Do not invert the combined output of the 2 resource selectors.<br>**0b1**<br>Invert the combined output of the 2 resource selectors.<br>If:<br>• A is the register TRCRSCTLR<n>.<br>• B is the register TRCRSCTLR<n+1>.<br>Then the combined output of the 2 resource selectors A and B depends on the value of (A.PAIRINV, A.INV, B.INV) as follows:<br>• `0b000` -> A and B.<br>• `0b001` -> Reserved.<br>• `0b010` -> not(A) and B.<br>• `0b011` -> not(A) and not(B).<br>• `0b100` -> not(A) or not(B).<br>• `0b101` -> not(A) or B.<br>• `0b110` -> Reserved.<br>• `0b111` -> A or B. | x |
| [20] | INV | Controls whether the resource, that TRCRSCTLR<n>.GROUP and TRCRSCTLR<n>.SELECT selects, is inverted.<br>**0b0**<br>Do not invert the output of this selector.<br>**0b1**<br>Invert the output of this selector. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [19:16] | GROUP | Selects a group of resources.<br>**0b0000**<br>External Input Selectors.<br>**0b0001**<br>PE Comparator Inputs.<br>**0b0010**<br>Counters and Sequencer.<br>**0b0011**<br>Single-shot Comparator Controls.<br>**0b0100**<br>Single Address Comparators.<br>**0b0101**<br>Address Range Comparators.<br>**0b0110**<br>Context Identifier Comparators.<br>**0b0111**<br>Virtual Context Identifier Comparators.<br>All other values are reserved. | xxxx |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| 15:0 | SELECT | **SELECT encoding for External Input Selectors**<br>**15:4**<br>Reserved, **RES0**.<br>**EXTIN[<m>], bit[m], for m = 3 to 0**<br>Selects one or more External Inputs.<br>**0b0**<br>Ignore EXTIN <m>.<br>**0b1**<br>Select EXTIN <m>.<br>**SELECT encoding for PE Comparator Inputs**<br>**15:8**<br>Reserved, **RES0**.<br>**PECOMP[<m>], bit[m], for m = 7 to 0**<br>Selects one or more PE Comparator Inputs.<br>**0b0**<br>Ignore PE Comparator Input <m>.<br>**0b1**<br>Select PE Comparator Input <m>.<br>**SELECT encoding for Counters and Sequencer**<br>**15:8**<br>Reserved, **RES0**.<br>**SEQUENCER[<m>], bit[m], for m = 3 to 0**<br>Sequencer states.<br>**0b0**<br>Ignore Sequencer state <m>.<br>**0b1**<br>Select Sequencer state <m>.<br>**COUNTERS[<m>], bit[m], for m = 3 to 0**<br>Counters resources at zero.<br>**0b0**<br>Ignore Counter <m>.<br>**0b1**<br>Select Counter <m> is zero.<br>**SELECT encoding for Single-shot Comparator Controls**<br>**15:8**<br>Reserved, **RES0**.<br>**SINGLE_SHOT[<m>], bit[m], for m = 7 to 0**<br>Selects one or more Single-shot Comparator Controls.<br>**0b0**<br>Ignore Single-shot Comparator Control <m>.<br>**0b1**<br>Select Single-shot Comparator Control <m>.<br>**SELECT encoding for Single Address Comparators**<br>**SAC[<m>], bit[m], for m = 15 to 0** | 16{x} |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Access

Must be programmed if any of the following are true:

- TRCCNTCTLR<a>.RLDEVENT.TYPE == 0 and TRCCNTCTLR<a>.RLDEVENT.SEL == n.
- TRCCNTCTLR<a>.RLDEVENT.TYPE == 1 and TRCCNTCTLR<a>.RLDEVENT.SEL == n/2.
- TRCCNTCTLR<a>.CNTEVENT.TYPE == 0 and TRCCNTCTLR<a>.CNTEVENT.SEL == n.
- TRCCNTCTLR<a>.CNTEVENT.TYPE == 1 and TRCCNTCTLR<a>.CNTEVENT.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT0.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT0.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT0.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT0.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT1.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT1.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT1.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT1.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT2.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT2.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT2.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT2.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT3.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT3.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT3.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT3.SEL == n/2.
- TRCSEQEVR<a>.B.TYPE == 0 and TRCSEQEVR<a>.B.SEL = n.
- TRCSEQEVR<a>.B.TYPE == 1 and TRCSEQEVR<a>.B.SEL = n/2.
- TRCSEQEVR<a>.F.TYPE == 0 and TRCSEQEVR<a>.F.SEL = n.
- TRCSEQEVR<a>.F.TYPE == 1 and TRCSEQEVR<a>.F.SEL = n/2.
- AArch64-TRCSEQRSTEVR.RST.TYPE == 0 and AArch64-TRCSEQRSTEVR.RST.SEL == n.
- AArch64-TRCSEQRSTEVR.RST.TYPE == 1 and AArch64-TRCSEQRSTEVR.RST.SEL == n/2.
- AArch64-TRCTSCTLR.EVENT.TYPE == 0 and AArch64-TRCTSCTLR.EVENT.SEL == n.
- AArch64-TRCTSCTLR.EVENT.TYPE == 1 and AArch64-TRCTSCTLR.EVENT.SEL == n/2.
- AArch64-TRCVICTLR.EVENT.TYPE == 0 and AArch64-TRCVICTLR.EVENT.SEL == n.
- AArch64-TRCVICTLR.EVENT.TYPE == 1 and AArch64-TRCVICTLR.EVENT.SEL == n/2.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

MRS <Xt>, TRCRSCTLR8

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0001 | 0b1000 | 0b000 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

MSR TRCRSCTLR8, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0001 | 0b1000 | 0b000 |

## Accessibility

Must be programmed if any of the following are true:

- TRCCNTCTLR<a>.RLDEVENT.TYPE == 0 and TRCCNTCTLR<a>.RLDEVENT.SEL == n.
- TRCCNTCTLR<a>.RLDEVENT.TYPE == 1 and TRCCNTCTLR<a>.RLDEVENT.SEL == n/2.
- TRCCNTCTLR<a>.CNTEVENT.TYPE == 0 and TRCCNTCTLR<a>.CNTEVENT.SEL == n.
- TRCCNTCTLR<a>.CNTEVENT.TYPE == 1 and TRCCNTCTLR<a>.CNTEVENT.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT0.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT0.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT0.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT0.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT1.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT1.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT1.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT1.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT2.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT2.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT2.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT2.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT3.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT3.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT3.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT3.SEL == n/2.
- TRCSEQEVR<a>.B.TYPE == 0 and TRCSEQEVR<a>.B.SEL = n.
- TRCSEQEVR<a>.B.TYPE == 1 and TRCSEQEVR<a>.B.SEL = n/2.
- TRCSEQEVR<a>.F.TYPE == 0 and TRCSEQEVR<a>.F.SEL = n.
- TRCSEQEVR<a>.F.TYPE == 1 and TRCSEQEVR<a>.F.SEL = n/2.
- AArch64-TRCSEQRSTEVR.RST.TYPE == 0 and AArch64-TRCSEQRSTEVR.RST.SEL == n.
- AArch64-TRCSEQRSTEVR.RST.TYPE == 1 and AArch64-TRCSEQRSTEVR.RST.SEL == n/2.
- AArch64-TRCTSCTLR.EVENT.TYPE == 0 and AArch64-TRCTSCTLR.EVENT.SEL == n.
- AArch64-TRCTSCTLR.EVENT.TYPE == 1 and AArch64-TRCTSCTLR.EVENT.SEL == n/2.
- AArch64-TRCVICTLR.EVENT.TYPE == 0 and AArch64-TRCVICTLR.EVENT.SEL == n.
- AArch64-TRCVICTLR.EVENT.TYPE == 1 and AArch64-TRCVICTLR.EVENT.SEL == n/2.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

MRS <Xt>, TRCRSCTLR8

```
if 8 >= NUM_TRACE_RESOURCE_SELECTOR_PAIRS * 2 then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCRSCTLR[8];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCRSCTLR[8];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCRSCTLR[8];
```

MSR TRCRSCTLR8, <Xt>

```
if 8 >= NUM_TRACE_RESOURCE_SELECTOR_PAIRS * 2 then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCRSCTLR[8] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCRSCTLR[8] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        TRCRSCTLR[8] = X[t, 64];
```

## B.12.32 TRCSSCSR0, Single-shot Comparator Control Status Register <n>

Returns the status of the corresponding Single-shot Comparator Control.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Trace unit registers

**Access type**

RO

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

---

Note

Where the reset reads xxxx, see individual bits

---

### Bit descriptions

**Figure B-234: AArch64_trcsscsr0 bit assignments**




**Table B-588: TRCSSCSR0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | RES0 | Reserved | RES0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31] | STATUS | Single-shot Comparator Control status. Indicates if any of the comparators selected by this Single-shot Comparator control have matched. The selected comparators are defined by AArch64-TRCSSCCR<n>.ARC, AArch64-TRCSSCCR<n>.SAC, and AArch64-TRCSSPCICR<n>.PC.<br>`0b0`<br>No match has occurred. When the first match occurs, this field takes a value of 1. It remains at 1 until explicitly modified by a write to this register.<br>`0b1`<br>One or more matches has occurred. If AArch64-TRCSSCCR<n>.RST == 0 then:<br>• There is only one match and no more matches are possible.<br>• Software must reset this field to 0 to re-enable the Single-shot Comparator Control. | x |
| [30] | PENDING | Single-shot pending status. The Single-shot Comparator Control fired while the resources were in the Paused state.<br>`0b0`<br>No match has occurred.<br>`0b1`<br>One or more matches has occurred. | x |
| [29:4] | **RES0** | Reserved | **RES0** |
| [3] | PC | PE Comparator Input support. Indicates if the Single-shot Comparator Control supports PE Comparator Inputs.<br>`0b0`<br>This Single-shot Comparator Control does not support PE Comparator Inputs. Selecting any PE Comparator Inputs using the associated AArch64-TRCSSPCICR<n> results in **CONSTRAINED UNPREDICTABLE** behavior of the Single-shot Comparator Control resource. The Single-shot Comparator Control might match unexpectedly or might not match. | x |
| [2] | DV | Data value comparator support. Data value comparisons are not implemented in ETE and are reserved for other trace architectures. Allocated in other trace architectures.<br>`0b0`<br>This Single-shot Comparator Control does not support data value comparisons.<br>`0b1`<br>This Single-shot Comparator Control supports data value comparisons.<br>This field reads as 0. | x |
| [1] | DA | Data Address Comparator support. Data address comparisons are not implemented in ETE and are reserved for other trace architectures. Allocated in other trace architectures.<br>`0b0`<br>This Single-shot Comparator Control does not support data address comparisons.<br>`0b1`<br>This Single-shot Comparator Control supports data address comparisons.<br>This field reads as 0. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [0] | INST | Instruction Address Comparator support. Indicates if the Single-shot Comparator Control supports instruction address comparisons.<br>**0b0**<br>This Single-shot Comparator Control does not support instruction address comparisons.<br>**0b1**<br>This Single-shot Comparator Control supports instruction address comparisons.<br>This field reads as 1. | x |

## Access

Must be programmed if TRCRSCTLR<a>.GROUP == 0b0011 and TRCRSCTLR<a>.SINGLE_SHOT[n] == 1.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

Reads from this register might return an **UNKNOWN** value if the trace unit is not in either of the Idle or Stable states.

MRS <Xt>, TRCSSCSR0

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0001 | 0b1000 | 0b010 |

MSR TRCSSCSR0, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0001 | 0b1000 | 0b010 |

## Accessibility

Must be programmed if TRCRSCTLR<a>.GROUP == 0b0011 and TRCRSCTLR<a>.SINGLE_SHOT[n] == 1.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.

Reads from this register might return an UNKNOWN value if the trace unit is not in either of the Idle or Stable states.
MRS <Xt>, TRCSSCSR0

```
if 0 >= NUM_TRACE_SINGLE_SHOT_COMPARATOR_CONTROLS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCSSCSR[0];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCSSCSR[0];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCSSCSR[0];
```

MSR TRCSSCSR0, <Xt>

```
if 0 >= NUM_TRACE_SINGLE_SHOT_COMPARATOR_CONTROLS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCSSCSR[0] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCSSCSR[0] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCSSCSR[0] = X[t, 64];
```

## B.12.33 TRCRSCTLR9, Resource Selection Control Register <n>

Controls the selection of the resources in the trace unit.

### Configurations

Resource selector 0 always returns FALSE.

Resource selector 1 always returns TRUE.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Resource selectors are implemented in pairs. Each odd numbered resource selector is part of a pair with the even numbered resource selector that is numbered as one less than it. For example, resource selectors 2 and 3 form a pair.

## Attributes

**Width**

64

**Functional group**

Trace unit registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure B-235: AArch64_trcrsctlr9 bit assignments**




**Table B-591: TRCRSCTLR9 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:21] | RES0 | Reserved | RES0 |
| [20] | INV | Controls whether the resource, that TRCRSCTLR<n>.GROUP and TRCRSCTLR<n>.SELECT selects, is inverted. `0b0` Do not invert the output of this selector. `0b1` Invert the output of this selector. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [19:16] | GROUP | Selects a group of resources.<br>**0b0000**<br>External Input Selectors.<br>**0b0001**<br>PE Comparator Inputs.<br>**0b0010**<br>Counters and Sequencer.<br>**0b0011**<br>Single-shot Comparator Controls.<br>**0b0100**<br>Single Address Comparators.<br>**0b0101**<br>Address Range Comparators.<br>**0b0110**<br>Context Identifier Comparators.<br>**0b0111**<br>Virtual Context Identifier Comparators.<br>All other values are reserved. | xxxx |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| 15:0 | SELECT | **SELECT encoding for External Input Selectors**<br>**15:4**<br>Reserved, **RES0**.<br>**EXTIN[<m>], bit[m], for m = 3 to 0**<br>Selects one or more External Inputs.<br>`0b0`<br>Ignore EXTIN <m>.<br>`0b1`<br>Select EXTIN <m>.<br>**SELECT encoding for PE Comparator Inputs**<br>**15:8**<br>Reserved, **RES0**.<br>**PECOMP[<m>], bit[m], for m = 7 to 0**<br>Selects one or more PE Comparator Inputs.<br>`0b0`<br>Ignore PE Comparator Input <m>.<br>`0b1`<br>Select PE Comparator Input <m>.<br>**SELECT encoding for Counters and Sequencer**<br>**15:8**<br>Reserved, **RES0**.<br>**SEQUENCER[<m>], bit[m], for m = 3 to 0**<br>Sequencer states.<br>`0b0`<br>Ignore Sequencer state <m>.<br>`0b1`<br>Select Sequencer state <m>.<br>**COUNTERS[<m>], bit[m], for m = 3 to 0**<br>Counters resources at zero.<br>`0b0`<br>Ignore Counter <m>.<br>`0b1`<br>Select Counter <m> is zero.<br>**SELECT encoding for Single-shot Comparator Controls**<br>**15:8**<br>Reserved, **RES0**.<br>**SINGLE_SHOT[<m>], bit[m], for m = 7 to 0**<br>Selects one or more Single-shot Comparator Controls.<br>`0b0`<br>Ignore Single-shot Comparator Control <m>.<br>`0b1`<br>Select Single-shot Comparator Control <m>.<br>**SELECT encoding for Single Address Comparators**<br>**SAC[<m>], bit[m], for m = 15 to 0** | `16{x}` |

Copyright © 2020-2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Access

Must be programmed if any of the following are true:

- TRCCNTCTLR<a>.RLDEVENT.TYPE == 0 and TRCCNTCTLR<a>.RLDEVENT.SEL == n.
- TRCCNTCTLR<a>.RLDEVENT.TYPE == 1 and TRCCNTCTLR<a>.RLDEVENT.SEL == n/2.
- TRCCNTCTLR<a>.CNTEVENT.TYPE == 0 and TRCCNTCTLR<a>.CNTEVENT.SEL == n.
- TRCCNTCTLR<a>.CNTEVENT.TYPE == 1 and TRCCNTCTLR<a>.CNTEVENT.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT0.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT0.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT0.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT0.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT1.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT1.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT1.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT1.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT2.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT2.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT2.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT2.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT3.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT3.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT3.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT3.SEL == n/2.
- TRCSEQEVR<a>.B.TYPE == 0 and TRCSEQEVR<a>.B.SEL = n.
- TRCSEQEVR<a>.B.TYPE == 1 and TRCSEQEVR<a>.B.SEL = n/2.
- TRCSEQEVR<a>.F.TYPE == 0 and TRCSEQEVR<a>.F.SEL = n.
- TRCSEQEVR<a>.F.TYPE == 1 and TRCSEQEVR<a>.F.SEL = n/2.
- AArch64-TRCSEQRSTEVR.RST.TYPE == 0 and AArch64-TRCSEQRSTEVR.RST.SEL == n.
- AArch64-TRCSEQRSTEVR.RST.TYPE == 1 and AArch64-TRCSEQRSTEVR.RST.SEL == n/2.
- AArch64-TRCTSCTLR.EVENT.TYPE == 0 and AArch64-TRCTSCTLR.EVENT.SEL == n.
- AArch64-TRCTSCTLR.EVENT.TYPE == 1 and AArch64-TRCTSCTLR.EVENT.SEL == n/2.
- AArch64-TRCVICTLR.EVENT.TYPE == 0 and AArch64-TRCVICTLR.EVENT.SEL == n.
- AArch64-TRCVICTLR.EVENT.TYPE == 1 and AArch64-TRCVICTLR.EVENT.SEL == n/2.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

MRS <Xt>, TRCRSCTLR9

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0001 | 0b1001 | 0b000 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

MSR TRCRSCTLR9, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0001 | 0b1001 | 0b000 |

## Accessibility

Must be programmed if any of the following are true:

- TRCCNTCTLR<a>.RLDEVENT.TYPE == 0 and TRCCNTCTLR<a>.RLDEVENT.SEL == n.
- TRCCNTCTLR<a>.RLDEVENT.TYPE == 1 and TRCCNTCTLR<a>.RLDEVENT.SEL == n/2.
- TRCCNTCTLR<a>.CNTEVENT.TYPE == 0 and TRCCNTCTLR<a>.CNTEVENT.SEL == n.
- TRCCNTCTLR<a>.CNTEVENT.TYPE == 1 and TRCCNTCTLR<a>.CNTEVENT.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT0.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT0.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT0.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT0.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT1.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT1.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT1.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT1.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT2.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT2.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT2.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT2.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT3.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT3.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT3.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT3.SEL == n/2.
- TRCSEQEVR<a>.B.TYPE == 0 and TRCSEQEVR<a>.B.SEL = n.
- TRCSEQEVR<a>.B.TYPE == 1 and TRCSEQEVR<a>.B.SEL = n/2.
- TRCSEQEVR<a>.F.TYPE == 0 and TRCSEQEVR<a>.F.SEL = n.
- TRCSEQEVR<a>.F.TYPE == 1 and TRCSEQEVR<a>.F.SEL = n/2.
- AArch64-TRCSEQRSTEVR.RST.TYPE == 0 and AArch64-TRCSEQRSTEVR.RST.SEL == n.
- AArch64-TRCSEQRSTEVR.RST.TYPE == 1 and AArch64-TRCSEQRSTEVR.RST.SEL == n/2.
- AArch64-TRCTSCTLR.EVENT.TYPE == 0 and AArch64-TRCTSCTLR.EVENT.SEL == n.
- AArch64-TRCTSCTLR.EVENT.TYPE == 1 and AArch64-TRCTSCTLR.EVENT.SEL == n/2.
- AArch64-TRCVICTLR.EVENT.TYPE == 0 and AArch64-TRCVICTLR.EVENT.SEL == n.
- AArch64-TRCVICTLR.EVENT.TYPE == 1 and AArch64-TRCVICTLR.EVENT.SEL == n/2.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

MRS <Xt>, TRCRSCTLR9

```
if 9 >= NUM_TRACE_RESOURCE_SELECTOR_PAIRS * 2 then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCRSCTLR[9];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCRSCTLR[9];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCRSCTLR[9];
```

MSR TRCRSCTLR9, <Xt>

```
if 9 >= NUM_TRACE_RESOURCE_SELECTOR_PAIRS * 2 then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCRSCTLR[9] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCRSCTLR[9] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
TRCRSCTLR[9] = X[t, 64];
```

## B.12.34 TRCRSCTLR10, Resource Selection Control Register <n>

Controls the selection of the resources in the trace unit.

### Configurations

Resource selector 0 always returns FALSE.

Resource selector 1 always returns TRUE.

Resource selectors are implemented in pairs. Each odd numbered resource selector is part of a pair with the even numbered resource selector that is numbered as one less than it. For example, resource selectors 2 and 3 form a pair.

### Attributes

**Width**

64

**Functional group**

Trace unit registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

**Note**

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-236: AArch64_trcrsctlr10 bit assignments**




**Table B-594: TRCRSCTLR10 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:22] | RES0 | Reserved | RES0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [21] | PAIRINV | Controls whether the combined result from a resource selector pair is inverted.<br>**0b0**<br>Do not invert the combined output of the 2 resource selectors.<br>**0b1**<br>Invert the combined output of the 2 resource selectors.<br><br>If:<br>• A is the register TRCRSCTLR<n>.<br>• B is the register TRCRSCTLR<n+1>.<br><br>Then the combined output of the 2 resource selectors A and B depends on the value of (A.PAIRINV, A.INV, B.INV) as follows:<br>• `0b000` -> A and B.<br>• `0b001` -> Reserved.<br>• `0b010` -> not(A) and B.<br>• `0b011` -> not(A) and not(B).<br>• `0b100` -> not(A) or not(B).<br>• `0b101` -> not(A) or B.<br>• `0b110` -> Reserved.<br>• `0b111` -> A or B. | x |
| [20] | INV | Controls whether the resource, that TRCRSCTLR<n>.GROUP and TRCRSCTLR<n>.SELECT selects, is inverted.<br>**0b0**<br>Do not invert the output of this selector.<br>**0b1**<br>Invert the output of this selector. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [19:16] | GROUP | Selects a group of resources.<br>**0b0000**<br>External Input Selectors.<br>**0b0001**<br>PE Comparator Inputs.<br>**0b0010**<br>Counters and Sequencer.<br>**0b0011**<br>Single-shot Comparator Controls.<br>**0b0100**<br>Single Address Comparators.<br>**0b0101**<br>Address Range Comparators.<br>**0b0110**<br>Context Identifier Comparators.<br>**0b0111**<br>Virtual Context Identifier Comparators.<br>All other values are reserved. | xxxx |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| 15:0 | SELECT | **SELECT encoding for External Input Selectors**<br>**15:4**<br>Reserved, **RES0**.<br>**EXTIN[<m>], bit[m], for m = 3 to 0**<br>Selects one or more External Inputs.<br>`0b0`<br>Ignore EXTIN <m>.<br>`0b1`<br>Select EXTIN <m>.<br>**SELECT encoding for PE Comparator Inputs**<br>**15:8**<br>Reserved, **RES0**.<br>**PECOMP[<m>], bit[m], for m = 7 to 0**<br>Selects one or more PE Comparator Inputs.<br>`0b0`<br>Ignore PE Comparator Input <m>.<br>`0b1`<br>Select PE Comparator Input <m>.<br>**SELECT encoding for Counters and Sequencer**<br>**15:8**<br>Reserved, **RES0**.<br>**SEQUENCER[<m>], bit[m], for m = 3 to 0**<br>Sequencer states.<br>`0b0`<br>Ignore Sequencer state <m>.<br>`0b1`<br>Select Sequencer state <m>.<br>**COUNTERS[<m>], bit[m], for m = 3 to 0**<br>Counters resources at zero.<br>`0b0`<br>Ignore Counter <m>.<br>`0b1`<br>Select Counter <m> is zero.<br>**SELECT encoding for Single-shot Comparator Controls**<br>**15:8**<br>Reserved, **RES0**.<br>**SINGLE_SHOT[<m>], bit[m], for m = 7 to 0**<br>Selects one or more Single-shot Comparator Controls.<br>`0b0`<br>Ignore Single-shot Comparator Control <m>.<br>`0b1`<br>Select Single-shot Comparator Control <m>.<br>**SELECT encoding for Single Address Comparators**<br>**SAC[<m>], bit[m], for m = 15 to 0** | `16{x}` |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Access

Must be programmed if any of the following are true:

- TRCCNTCTLR<a>.RLDEVENT.TYPE == 0 and TRCCNTCTLR<a>.RLDEVENT.SEL == n.
- TRCCNTCTLR<a>.RLDEVENT.TYPE == 1 and TRCCNTCTLR<a>.RLDEVENT.SEL == n/2.
- TRCCNTCTLR<a>.CNTEVENT.TYPE == 0 and TRCCNTCTLR<a>.CNTEVENT.SEL == n.
- TRCCNTCTLR<a>.CNTEVENT.TYPE == 1 and TRCCNTCTLR<a>.CNTEVENT.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT0.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT0.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT0.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT0.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT1.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT1.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT1.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT1.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT2.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT2.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT2.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT2.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT3.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT3.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT3.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT3.SEL == n/2.
- TRCSEQEVR<a>.B.TYPE == 0 and TRCSEQEVR<a>.B.SEL = n.
- TRCSEQEVR<a>.B.TYPE == 1 and TRCSEQEVR<a>.B.SEL = n/2.
- TRCSEQEVR<a>.F.TYPE == 0 and TRCSEQEVR<a>.F.SEL = n.
- TRCSEQEVR<a>.F.TYPE == 1 and TRCSEQEVR<a>.F.SEL = n/2.
- AArch64-TRCSEQRSTEVR.RST.TYPE == 0 and AArch64-TRCSEQRSTEVR.RST.SEL == n.
- AArch64-TRCSEQRSTEVR.RST.TYPE == 1 and AArch64-TRCSEQRSTEVR.RST.SEL == n/2.
- AArch64-TRCTSCTLR.EVENT.TYPE == 0 and AArch64-TRCTSCTLR.EVENT.SEL == n.
- AArch64-TRCTSCTLR.EVENT.TYPE == 1 and AArch64-TRCTSCTLR.EVENT.SEL == n/2.
- AArch64-TRCVICTLR.EVENT.TYPE == 0 and AArch64-TRCVICTLR.EVENT.SEL == n.
- AArch64-TRCVICTLR.EVENT.TYPE == 1 and AArch64-TRCVICTLR.EVENT.SEL == n/2.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

MRS <Xt>, TRCRSCTLR10

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0001 | 0b1010 | 0b000 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

MSR TRCRSCTLR10, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0001 | 0b1010 | 0b000 |

### Accessibility

Must be programmed if any of the following are true:

- TRCCNTCTLR<a>.RLDEVENT.TYPE == 0 and TRCCNTCTLR<a>.RLDEVENT.SEL == n.
- TRCCNTCTLR<a>.RLDEVENT.TYPE == 1 and TRCCNTCTLR<a>.RLDEVENT.SEL == n/2.
- TRCCNTCTLR<a>.CNTEVENT.TYPE == 0 and TRCCNTCTLR<a>.CNTEVENT.SEL == n.
- TRCCNTCTLR<a>.CNTEVENT.TYPE == 1 and TRCCNTCTLR<a>.CNTEVENT.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT0.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT0.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT0.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT0.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT1.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT1.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT1.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT1.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT2.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT2.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT2.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT2.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT3.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT3.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT3.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT3.SEL == n/2.
- TRCSEQEVR<a>.B.TYPE == 0 and TRCSEQEVR<a>.B.SEL = n.
- TRCSEQEVR<a>.B.TYPE == 1 and TRCSEQEVR<a>.B.SEL = n/2.
- TRCSEQEVR<a>.F.TYPE == 0 and TRCSEQEVR<a>.F.SEL = n.
- TRCSEQEVR<a>.F.TYPE == 1 and TRCSEQEVR<a>.F.SEL = n/2.
- AArch64-TRCSEQRSTEVR.RST.TYPE == 0 and AArch64-TRCSEQRSTEVR.RST.SEL == n.
- AArch64-TRCSEQRSTEVR.RST.TYPE == 1 and AArch64-TRCSEQRSTEVR.RST.SEL == n/2.
- AArch64-TRCTSCTLR.EVENT.TYPE == 0 and AArch64-TRCTSCTLR.EVENT.SEL == n.
- AArch64-TRCTSCTLR.EVENT.TYPE == 1 and AArch64-TRCTSCTLR.EVENT.SEL == n/2.
- AArch64-TRCVICTLR.EVENT.TYPE == 0 and AArch64-TRCVICTLR.EVENT.SEL == n.
- AArch64-TRCVICTLR.EVENT.TYPE == 1 and AArch64-TRCVICTLR.EVENT.SEL == n/2.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

MRS <Xt>, TRCRSCTLR10

```
if 10 >= NUM_TRACE_RESOURCE_SELECTOR_PAIRS * 2 then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCRSCTLR[10];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCRSCTLR[10];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCRSCTLR[10];
```

MSR TRCRSCTLR10, <Xt>

```
if 10 >= NUM_TRACE_RESOURCE_SELECTOR_PAIRS * 2 then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCRSCTLR[10] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCRSCTLR[10] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        TRCRSCTLR[10] = X[t, 64];
```

## B.12.35 TRCRSCTLR11, Resource Selection Control Register <n>

Controls the selection of the resources in the trace unit.

### Configurations

Resource selector 0 always returns FALSE.

Resource selector 1 always returns TRUE.

Resource selectors are implemented in pairs. Each odd numbered resource selector is part of a pair with the even numbered resource selector that is numbered as one less than it. For example, resource selectors 2 and 3 form a pair.

### Attributes

**Width**

64

**Functional group**

Trace unit registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note: Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-237: AArch64_trcrsctlr11 bit assignments**




**Table B-597: TRCRSCTLR11 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:21] | RES0 | Reserved | RES0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [20] | INV | Controls whether the resource, that TRCRSCTLR<n>.GROUP and TRCRSCTLR<n>.SELECT selects, is inverted.<br>**`0b0`**<br>Do not invert the output of this selector.<br>**`0b1`**<br>Invert the output of this selector. | `x` |
| [19:16] | GROUP | Selects a group of resources.<br>**`0b0000`**<br>External Input Selectors.<br>**`0b0001`**<br>PE Comparator Inputs.<br>**`0b0010`**<br>Counters and Sequencer.<br>**`0b0011`**<br>Single-shot Comparator Controls.<br>**`0b0100`**<br>Single Address Comparators.<br>**`0b0101`**<br>Address Range Comparators.<br>**`0b0110`**<br>Context Identifier Comparators.<br>**`0b0111`**<br>Virtual Context Identifier Comparators.<br>All other values are reserved. | `xxxx` |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| 15:0 | SELECT | **SELECT encoding for External Input Selectors**<br>**15:4**<br>Reserved, **RES0**.<br>**EXTIN[<m>], bit[m], for m = 3 to 0**<br>Selects one or more External Inputs.<br>**0b0**<br>Ignore EXTIN <m>.<br>**0b1**<br>Select EXTIN <m>.<br>**SELECT encoding for PE Comparator Inputs**<br>**15:8**<br>Reserved, **RES0**.<br>**PECOMP[<m>], bit[m], for m = 7 to 0**<br>Selects one or more PE Comparator Inputs.<br>**0b0**<br>Ignore PE Comparator Input <m>.<br>**0b1**<br>Select PE Comparator Input <m>.<br>**SELECT encoding for Counters and Sequencer**<br>**15:8**<br>Reserved, **RES0**.<br>**SEQUENCER[<m>], bit[m], for m = 3 to 0**<br>Sequencer states.<br>**0b0**<br>Ignore Sequencer state <m>.<br>**0b1**<br>Select Sequencer state <m>.<br>**COUNTERS[<m>], bit[m], for m = 3 to 0**<br>Counters resources at zero.<br>**0b0**<br>Ignore Counter <m>.<br>**0b1**<br>Select Counter <m> is zero.<br>**SELECT encoding for Single-shot Comparator Controls**<br>**15:8**<br>Reserved, **RES0**.<br>**SINGLE_SHOT[<m>], bit[m], for m = 7 to 0**<br>Selects one or more Single-shot Comparator Controls.<br>**0b0**<br>Ignore Single-shot Comparator Control <m>.<br>**0b1**<br>Select Single-shot Comparator Control <m>.<br>**SELECT encoding for Single Address Comparators**<br>**SAC[<m>], bit[m], for m = 15 to 0** | 16{x} |

Copyright © 2020-2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Access

Must be programmed if any of the following are true:

- TRCCNTCTLR<a>.RLDEVENT.TYPE == 0 and TRCCNTCTLR<a>.RLDEVENT.SEL == n.
- TRCCNTCTLR<a>.RLDEVENT.TYPE == 1 and TRCCNTCTLR<a>.RLDEVENT.SEL == n/2.
- TRCCNTCTLR<a>.CNTEVENT.TYPE == 0 and TRCCNTCTLR<a>.CNTEVENT.SEL == n.
- TRCCNTCTLR<a>.CNTEVENT.TYPE == 1 and TRCCNTCTLR<a>.CNTEVENT.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT0.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT0.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT0.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT0.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT1.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT1.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT1.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT1.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT2.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT2.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT2.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT2.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT3.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT3.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT3.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT3.SEL == n/2.
- TRCSEQEVR<a>.B.TYPE == 0 and TRCSEQEVR<a>.B.SEL = n.
- TRCSEQEVR<a>.B.TYPE == 1 and TRCSEQEVR<a>.B.SEL = n/2.
- TRCSEQEVR<a>.F.TYPE == 0 and TRCSEQEVR<a>.F.SEL = n.
- TRCSEQEVR<a>.F.TYPE == 1 and TRCSEQEVR<a>.F.SEL = n/2.
- AArch64-TRCSEQRSTEVR.RST.TYPE == 0 and AArch64-TRCSEQRSTEVR.RST.SEL == n.
- AArch64-TRCSEQRSTEVR.RST.TYPE == 1 and AArch64-TRCSEQRSTEVR.RST.SEL == n/2.
- AArch64-TRCTSCTLR.EVENT.TYPE == 0 and AArch64-TRCTSCTLR.EVENT.SEL == n.
- AArch64-TRCTSCTLR.EVENT.TYPE == 1 and AArch64-TRCTSCTLR.EVENT.SEL == n/2.
- AArch64-TRCVICTLR.EVENT.TYPE == 0 and AArch64-TRCVICTLR.EVENT.SEL == n.
- AArch64-TRCVICTLR.EVENT.TYPE == 1 and AArch64-TRCVICTLR.EVENT.SEL == n/2.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

MRS <Xt>, TRCRSCTLR11

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| `0b10` | `0b001` | `0b0001` | `0b1011` | `0b000` |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

MSR TRCRSCTLR11, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0001 | 0b1011 | 0b000 |

## Accessibility

Must be programmed if any of the following are true:

- TRCCNTCTLR<a>.RLDEVENT.TYPE == 0 and TRCCNTCTLR<a>.RLDEVENT.SEL == n.
- TRCCNTCTLR<a>.RLDEVENT.TYPE == 1 and TRCCNTCTLR<a>.RLDEVENT.SEL == n/2.
- TRCCNTCTLR<a>.CNTEVENT.TYPE == 0 and TRCCNTCTLR<a>.CNTEVENT.SEL == n.
- TRCCNTCTLR<a>.CNTEVENT.TYPE == 1 and TRCCNTCTLR<a>.CNTEVENT.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT0.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT0.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT0.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT0.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT1.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT1.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT1.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT1.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT2.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT2.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT2.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT2.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT3.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT3.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT3.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT3.SEL == n/2.
- TRCSEQEVR<a>.B.TYPE == 0 and TRCSEQEVR<a>.B.SEL = n.
- TRCSEQEVR<a>.B.TYPE == 1 and TRCSEQEVR<a>.B.SEL = n/2.
- TRCSEQEVR<a>.F.TYPE == 0 and TRCSEQEVR<a>.F.SEL = n.
- TRCSEQEVR<a>.F.TYPE == 1 and TRCSEQEVR<a>.F.SEL = n/2.
- AArch64-TRCSEQRSTEVR.RST.TYPE == 0 and AArch64-TRCSEQRSTEVR.RST.SEL == n.
- AArch64-TRCSEQRSTEVR.RST.TYPE == 1 and AArch64-TRCSEQRSTEVR.RST.SEL == n/2.
- AArch64-TRCTSCTLR.EVENT.TYPE == 0 and AArch64-TRCTSCTLR.EVENT.SEL == n.
- AArch64-TRCTSCTLR.EVENT.TYPE == 1 and AArch64-TRCTSCTLR.EVENT.SEL == n/2.
- AArch64-TRCVICTLR.EVENT.TYPE == 0 and AArch64-TRCVICTLR.EVENT.SEL == n.
- AArch64-TRCVICTLR.EVENT.TYPE == 1 and AArch64-TRCVICTLR.EVENT.SEL == n/2.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

MRS <Xt>, TRCRSCTLR11

```
if 11 >= NUM_TRACE_RESOURCE_SELECTOR_PAIRS * 2 then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCRSCTLR[11];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCRSCTLR[11];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCRSCTLR[11];
```

MSR TRCRSCTLR11, <Xt>

```
if 11 >= NUM_TRACE_RESOURCE_SELECTOR_PAIRS * 2 then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCRSCTLR[11] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCRSCTLR[11] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        TRCRSCTLR[11] = X[t, 64];
```

## B.12.36 TRCRSCTLR12, Resource Selection Control Register <n>

Controls the selection of the resources in the trace unit.

### Configurations

Resource selector 0 always returns FALSE.

Resource selector 1 always returns TRUE.

Resource selectors are implemented in pairs. Each odd numbered resource selector is part of a pair with the even numbered resource selector that is numbered as one less than it. For example, resource selectors 2 and 3 form a pair.

### Attributes

**Width**

64

**Functional group**

Trace unit registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note: Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-238: AArch64_trcrsctlr12 bit assignments**




**Table B-600: TRCRSCTLR12 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:22] | RES0 | Reserved | RES0 |

| Bits | Name | Description | Reset |
|---|---|---|---|
| [21] | PAIRINV | Controls whether the combined result from a resource selector pair is inverted.<br>**0b0**<br>Do not invert the combined output of the 2 resource selectors.<br>**0b1**<br>Invert the combined output of the 2 resource selectors.<br><br>If:<br>• A is the register TRCRSCTLR<n>.<br>• B is the register TRCRSCTLR<n+1>.<br><br>Then the combined output of the 2 resource selectors A and B depends on the value of (A.PAIRINV, A.INV, B.INV) as follows:<br>• `0b000` -> A and B.<br>• `0b001` -> Reserved.<br>• `0b010` -> not(A) and B.<br>• `0b011` -> not(A) and not(B).<br>• `0b100` -> not(A) or not(B).<br>• `0b101` -> not(A) or B.<br>• `0b110` -> Reserved.<br>• `0b111` -> A or B. | x |
| [20] | INV | Controls whether the resource, that TRCRSCTLR<n>.GROUP and TRCRSCTLR<n>.SELECT selects, is inverted.<br>**0b0**<br>Do not invert the output of this selector.<br>**0b1**<br>Invert the output of this selector. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [19:16] | GROUP | Selects a group of resources.<br>**0b0000**<br>External Input Selectors.<br>**0b0001**<br>PE Comparator Inputs.<br>**0b0010**<br>Counters and Sequencer.<br>**0b0011**<br>Single-shot Comparator Controls.<br>**0b0100**<br>Single Address Comparators.<br>**0b0101**<br>Address Range Comparators.<br>**0b0110**<br>Context Identifier Comparators.<br>**0b0111**<br>Virtual Context Identifier Comparators.<br>All other values are reserved. | xxxx |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| 15:0 | SELECT | **SELECT encoding for External Input Selectors**<br>**15:4**<br>Reserved, **RES0**.<br>**EXTIN[<m>], bit[m], for m = 3 to 0**<br>Selects one or more External Inputs.<br>`0b0`<br>Ignore EXTIN <m>.<br>`0b1`<br>Select EXTIN <m>.<br>**SELECT encoding for PE Comparator Inputs**<br>**15:8**<br>Reserved, **RES0**.<br>**PECOMP[<m>], bit[m], for m = 7 to 0**<br>Selects one or more PE Comparator Inputs.<br>`0b0`<br>Ignore PE Comparator Input <m>.<br>`0b1`<br>Select PE Comparator Input <m>.<br>**SELECT encoding for Counters and Sequencer**<br>**15:8**<br>Reserved, **RES0**.<br>**SEQUENCER[<m>], bit[m], for m = 3 to 0**<br>Sequencer states.<br>`0b0`<br>Ignore Sequencer state <m>.<br>`0b1`<br>Select Sequencer state <m>.<br>**COUNTERS[<m>], bit[m], for m = 3 to 0**<br>Counters resources at zero.<br>`0b0`<br>Ignore Counter <m>.<br>`0b1`<br>Select Counter <m> is zero.<br>**SELECT encoding for Single-shot Comparator Controls**<br>**15:8**<br>Reserved, **RES0**.<br>**SINGLE_SHOT[<m>], bit[m], for m = 7 to 0**<br>Selects one or more Single-shot Comparator Controls.<br>`0b0`<br>Ignore Single-shot Comparator Control <m>.<br>`0b1`<br>Select Single-shot Comparator Control <m>.<br>**SELECT encoding for Single Address Comparators**<br>**SAC[<m>], bit[m], for m = 15 to 0** | `16{x}` |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Access

Must be programmed if any of the following are true:

- TRCCNTCTLR<a>.RLDEVENT.TYPE == 0 and TRCCNTCTLR<a>.RLDEVENT.SEL == n.
- TRCCNTCTLR<a>.RLDEVENT.TYPE == 1 and TRCCNTCTLR<a>.RLDEVENT.SEL == n/2.
- TRCCNTCTLR<a>.CNTEVENT.TYPE == 0 and TRCCNTCTLR<a>.CNTEVENT.SEL == n.
- TRCCNTCTLR<a>.CNTEVENT.TYPE == 1 and TRCCNTCTLR<a>.CNTEVENT.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT0.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT0.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT0.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT0.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT1.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT1.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT1.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT1.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT2.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT2.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT2.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT2.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT3.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT3.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT3.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT3.SEL == n/2.
- TRCSEQEVR<a>.B.TYPE == 0 and TRCSEQEVR<a>.B.SEL = n.
- TRCSEQEVR<a>.B.TYPE == 1 and TRCSEQEVR<a>.B.SEL = n/2.
- TRCSEQEVR<a>.F.TYPE == 0 and TRCSEQEVR<a>.F.SEL = n.
- TRCSEQEVR<a>.F.TYPE == 1 and TRCSEQEVR<a>.F.SEL = n/2.
- AArch64-TRCSEQRSTEVR.RST.TYPE == 0 and AArch64-TRCSEQRSTEVR.RST.SEL == n.
- AArch64-TRCSEQRSTEVR.RST.TYPE == 1 and AArch64-TRCSEQRSTEVR.RST.SEL == n/2.
- AArch64-TRCTSCTLR.EVENT.TYPE == 0 and AArch64-TRCTSCTLR.EVENT.SEL == n.
- AArch64-TRCTSCTLR.EVENT.TYPE == 1 and AArch64-TRCTSCTLR.EVENT.SEL == n/2.
- AArch64-TRCVICTLR.EVENT.TYPE == 0 and AArch64-TRCVICTLR.EVENT.SEL == n.
- AArch64-TRCVICTLR.EVENT.TYPE == 1 and AArch64-TRCVICTLR.EVENT.SEL == n/2.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

MRS <Xt>, TRCRSCTLR12

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0001 | 0b1100 | 0b000 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

MSR TRCRSCTLR12, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0001 | 0b1100 | 0b000 |

## Accessibility

Must be programmed if any of the following are true:

- TRCCNTCTLR<a>.RLDEVENT.TYPE == 0 and TRCCNTCTLR<a>.RLDEVENT.SEL == n.
- TRCCNTCTLR<a>.RLDEVENT.TYPE == 1 and TRCCNTCTLR<a>.RLDEVENT.SEL == n/2.
- TRCCNTCTLR<a>.CNTEVENT.TYPE == 0 and TRCCNTCTLR<a>.CNTEVENT.SEL == n.
- TRCCNTCTLR<a>.CNTEVENT.TYPE == 1 and TRCCNTCTLR<a>.CNTEVENT.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT0.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT0.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT0.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT0.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT1.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT1.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT1.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT1.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT2.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT2.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT2.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT2.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT3.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT3.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT3.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT3.SEL == n/2.
- TRCSEQEVR<a>.B.TYPE == 0 and TRCSEQEVR<a>.B.SEL = n.
- TRCSEQEVR<a>.B.TYPE == 1 and TRCSEQEVR<a>.B.SEL = n/2.
- TRCSEQEVR<a>.F.TYPE == 0 and TRCSEQEVR<a>.F.SEL = n.
- TRCSEQEVR<a>.F.TYPE == 1 and TRCSEQEVR<a>.F.SEL = n/2.
- AArch64-TRCSEQRSTEVR.RST.TYPE == 0 and AArch64-TRCSEQRSTEVR.RST.SEL == n.
- AArch64-TRCSEQRSTEVR.RST.TYPE == 1 and AArch64-TRCSEQRSTEVR.RST.SEL == n/2.
- AArch64-TRCTSCTLR.EVENT.TYPE == 0 and AArch64-TRCTSCTLR.EVENT.SEL == n.
- AArch64-TRCTSCTLR.EVENT.TYPE == 1 and AArch64-TRCTSCTLR.EVENT.SEL == n/2.
- AArch64-TRCVICTLR.EVENT.TYPE == 0 and AArch64-TRCVICTLR.EVENT.SEL == n.
- AArch64-TRCVICTLR.EVENT.TYPE == 1 and AArch64-TRCVICTLR.EVENT.SEL == n/2.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

MRS <Xt>, TRCRSCTLR12

```
if 12 >= NUM_TRACE_RESOURCE_SELECTOR_PAIRS * 2 then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCRSCTLR[12];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCRSCTLR[12];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCRSCTLR[12];
```

MSR TRCRSCTLR12, <Xt>

```
if 12 >= NUM_TRACE_RESOURCE_SELECTOR_PAIRS * 2 then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCRSCTLR[12] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCRSCTLR[12] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        TRCRSCTLR[12] = X[t, 64];
```

## B.12.37 TRCRSCTLR13, Resource Selection Control Register <n>

Controls the selection of the resources in the trace unit.

### Configurations

Resource selector 0 always returns FALSE.

Resource selector 1 always returns TRUE.

Resource selectors are implemented in pairs. Each odd numbered resource selector is part of a pair with the even numbered resource selector that is numbered as one less than it. For example, resource selectors 2 and 3 form a pair.

### Attributes

**Width**

64

**Functional group**

Trace unit registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-239: AArch64_trcrsctlr13 bit assignments**




**Table B-603: TRCRSCTLR13 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:21] | RES0 | Reserved | RES0 |

| Bits | Name | Description | Reset |
|---|---|---|---|
| [20] | INV | Controls whether the resource, that TRCRSCTLR<n>.GROUP and TRCRSCTLR<n>.SELECT selects, is inverted.<br>**0b0**<br>Do not invert the output of this selector.<br>**0b1**<br>Invert the output of this selector. | x |
| [19:16] | GROUP | Selects a group of resources.<br>**0b0000**<br>External Input Selectors.<br>**0b0001**<br>PE Comparator Inputs.<br>**0b0010**<br>Counters and Sequencer.<br>**0b0011**<br>Single-shot Comparator Controls.<br>**0b0100**<br>Single Address Comparators.<br>**0b0101**<br>Address Range Comparators.<br>**0b0110**<br>Context Identifier Comparators.<br>**0b0111**<br>Virtual Context Identifier Comparators.<br>All other values are reserved. | xxxx |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| 15:0 | SELECT | **SELECT encoding for External Input Selectors**<br>**15:4**<br>Reserved, **RES0**.<br>**EXTIN[<m>], bit[m], for m = 3 to 0**<br>Selects one or more External Inputs.<br>**0b0**<br>Ignore EXTIN <m>.<br>**0b1**<br>Select EXTIN <m>.<br>**SELECT encoding for PE Comparator Inputs**<br>**15:8**<br>Reserved, **RES0**.<br>**PECOMP[<m>], bit[m], for m = 7 to 0**<br>Selects one or more PE Comparator Inputs.<br>**0b0**<br>Ignore PE Comparator Input <m>.<br>**0b1**<br>Select PE Comparator Input <m>.<br>**SELECT encoding for Counters and Sequencer**<br>**15:8**<br>Reserved, **RES0**.<br>**SEQUENCER[<m>], bit[m], for m = 3 to 0**<br>Sequencer states.<br>**0b0**<br>Ignore Sequencer state <m>.<br>**0b1**<br>Select Sequencer state <m>.<br>**COUNTERS[<m>], bit[m], for m = 3 to 0**<br>Counters resources at zero.<br>**0b0**<br>Ignore Counter <m>.<br>**0b1**<br>Select Counter <m> is zero.<br>**SELECT encoding for Single-shot Comparator Controls**<br>**15:8**<br>Reserved, **RES0**.<br>**SINGLE_SHOT[<m>], bit[m], for m = 7 to 0**<br>Selects one or more Single-shot Comparator Controls.<br>**0b0**<br>Ignore Single-shot Comparator Control <m>.<br>**0b1**<br>Select Single-shot Comparator Control <m>.<br>**SELECT encoding for Single Address Comparators**<br>**SAC[<m>], bit[m], for m = 15 to 0** | `16{x}` |

Copyright © 2020-2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Access

Must be programmed if any of the following are true:

- TRCCNTCTLR<a>.RLDEVENT.TYPE == 0 and TRCCNTCTLR<a>.RLDEVENT.SEL == n.
- TRCCNTCTLR<a>.RLDEVENT.TYPE == 1 and TRCCNTCTLR<a>.RLDEVENT.SEL == n/2.
- TRCCNTCTLR<a>.CNTEVENT.TYPE == 0 and TRCCNTCTLR<a>.CNTEVENT.SEL == n.
- TRCCNTCTLR<a>.CNTEVENT.TYPE == 1 and TRCCNTCTLR<a>.CNTEVENT.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT0.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT0.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT0.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT0.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT1.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT1.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT1.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT1.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT2.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT2.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT2.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT2.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT3.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT3.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT3.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT3.SEL == n/2.
- TRCSEQEVR<a>.B.TYPE == 0 and TRCSEQEVR<a>.B.SEL = n.
- TRCSEQEVR<a>.B.TYPE == 1 and TRCSEQEVR<a>.B.SEL = n/2.
- TRCSEQEVR<a>.F.TYPE == 0 and TRCSEQEVR<a>.F.SEL = n.
- TRCSEQEVR<a>.F.TYPE == 1 and TRCSEQEVR<a>.F.SEL = n/2.
- AArch64-TRCSEQRSTEVR.RST.TYPE == 0 and AArch64-TRCSEQRSTEVR.RST.SEL == n.
- AArch64-TRCSEQRSTEVR.RST.TYPE == 1 and AArch64-TRCSEQRSTEVR.RST.SEL == n/2.
- AArch64-TRCTSCTLR.EVENT.TYPE == 0 and AArch64-TRCTSCTLR.EVENT.SEL == n.
- AArch64-TRCTSCTLR.EVENT.TYPE == 1 and AArch64-TRCTSCTLR.EVENT.SEL == n/2.
- AArch64-TRCVICTLR.EVENT.TYPE == 0 and AArch64-TRCVICTLR.EVENT.SEL == n.
- AArch64-TRCVICTLR.EVENT.TYPE == 1 and AArch64-TRCVICTLR.EVENT.SEL == n/2.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

MRS <Xt>, TRCRSCTLR13

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0001 | 0b1101 | 0b000 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

MSR TRCRSCTLR13, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0001 | 0b1101 | 0b000 |

## Accessibility

Must be programmed if any of the following are true:

- TRCCNTCTLR<a>.RLDEVENT.TYPE == 0 and TRCCNTCTLR<a>.RLDEVENT.SEL == n.
- TRCCNTCTLR<a>.RLDEVENT.TYPE == 1 and TRCCNTCTLR<a>.RLDEVENT.SEL == n/2.
- TRCCNTCTLR<a>.CNTEVENT.TYPE == 0 and TRCCNTCTLR<a>.CNTEVENT.SEL == n.
- TRCCNTCTLR<a>.CNTEVENT.TYPE == 1 and TRCCNTCTLR<a>.CNTEVENT.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT0.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT0.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT0.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT0.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT1.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT1.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT1.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT1.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT2.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT2.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT2.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT2.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT3.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT3.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT3.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT3.SEL == n/2.
- TRCSEQEVR<a>.B.TYPE == 0 and TRCSEQEVR<a>.B.SEL = n.
- TRCSEQEVR<a>.B.TYPE == 1 and TRCSEQEVR<a>.B.SEL = n/2.
- TRCSEQEVR<a>.F.TYPE == 0 and TRCSEQEVR<a>.F.SEL = n.
- TRCSEQEVR<a>.F.TYPE == 1 and TRCSEQEVR<a>.F.SEL = n/2.
- AArch64-TRCSEQRSTEVR.RST.TYPE == 0 and AArch64-TRCSEQRSTEVR.RST.SEL == n.
- AArch64-TRCSEQRSTEVR.RST.TYPE == 1 and AArch64-TRCSEQRSTEVR.RST.SEL == n/2.
- AArch64-TRCTSCTLR.EVENT.TYPE == 0 and AArch64-TRCTSCTLR.EVENT.SEL == n.
- AArch64-TRCTSCTLR.EVENT.TYPE == 1 and AArch64-TRCTSCTLR.EVENT.SEL == n/2.
- AArch64-TRCVICTLR.EVENT.TYPE == 0 and AArch64-TRCVICTLR.EVENT.SEL == n.
- AArch64-TRCVICTLR.EVENT.TYPE == 1 and AArch64-TRCVICTLR.EVENT.SEL == n/2.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

MRS <Xt>, TRCRSCTLR13

```
if 13 >= NUM_TRACE_RESOURCE_SELECTOR_PAIRS * 2 then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCRSCTLR[13];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCRSCTLR[13];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCRSCTLR[13];
```

MSR TRCRSCTLR13, <Xt>

```
if 13 >= NUM_TRACE_RESOURCE_SELECTOR_PAIRS * 2 then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCRSCTLR[13] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCRSCTLR[13] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        TRCRSCTLR[13] = X[t, 64];
```

## B.12.38 TRCRSCTLR14, Resource Selection Control Register <n>

Controls the selection of the resources in the trace unit.

### Configurations

Resource selector 0 always returns FALSE.

Resource selector 1 always returns TRUE.

Resource selectors are implemented in pairs. Each odd numbered resource selector is part of a pair with the even numbered resource selector that is numbered as one less than it. For example, resource selectors 2 and 3 form a pair.

### Attributes

**Width**

64

**Functional group**

Trace unit registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-240: AArch64_trcrsctlr14 bit assignments**




**Table B-606: TRCRSCTLR14 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:22] | RES0 | Reserved | RES0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
| --- | --- | --- | --- |
| [21] | PAIRINV | Controls whether the combined result from a resource selector pair is inverted.<br>**0b0**<br>Do not invert the combined output of the 2 resource selectors.<br>**0b1**<br>Invert the combined output of the 2 resource selectors.<br>If:<br>• A is the register TRCRSCTLR<n>.<br>• B is the register TRCRSCTLR<n+1>.<br>Then the combined output of the 2 resource selectors A and B depends on the value of (A.PAIRINV, A.INV, B.INV) as follows:<br>• `0b000` -> A and B.<br>• `0b001` -> Reserved.<br>• `0b010` -> not(A) and B.<br>• `0b011` -> not(A) and not(B).<br>• `0b100` -> not(A) or not(B).<br>• `0b101` -> not(A) or B.<br>• `0b110` -> Reserved.<br>• `0b111` -> A or B. | `x` |
| [20] | INV | Controls whether the resource, that TRCRSCTLR<n>.GROUP and TRCRSCTLR<n>.SELECT selects, is inverted.<br>**0b0**<br>Do not invert the output of this selector.<br>**0b1**<br>Invert the output of this selector. | `x` |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [19:16] | GROUP | Selects a group of resources.<br>**0b0000**<br>External Input Selectors.<br>**0b0001**<br>PE Comparator Inputs.<br>**0b0010**<br>Counters and Sequencer.<br>**0b0011**<br>Single-shot Comparator Controls.<br>**0b0100**<br>Single Address Comparators.<br>**0b0101**<br>Address Range Comparators.<br>**0b0110**<br>Context Identifier Comparators.<br>**0b0111**<br>Virtual Context Identifier Comparators.<br>All other values are reserved. | xxxx |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| 15:0 | SELECT | **SELECT encoding for External Input Selectors**<br>**15:4**<br>Reserved, **RES0**.<br>**EXTIN[<m>], bit[m], for m = 3 to 0**<br>Selects one or more External Inputs.<br>**0b0**<br>Ignore EXTIN <m>.<br>**0b1**<br>Select EXTIN <m>.<br>**SELECT encoding for PE Comparator Inputs**<br>**15:8**<br>Reserved, **RES0**.<br>**PECOMP[<m>], bit[m], for m = 7 to 0**<br>Selects one or more PE Comparator Inputs.<br>**0b0**<br>Ignore PE Comparator Input <m>.<br>**0b1**<br>Select PE Comparator Input <m>.<br>**SELECT encoding for Counters and Sequencer**<br>**15:8**<br>Reserved, **RES0**.<br>**SEQUENCER[<m>], bit[m], for m = 3 to 0**<br>Sequencer states.<br>**0b0**<br>Ignore Sequencer state <m>.<br>**0b1**<br>Select Sequencer state <m>.<br>**COUNTERS[<m>], bit[m], for m = 3 to 0**<br>Counters resources at zero.<br>**0b0**<br>Ignore Counter <m>.<br>**0b1**<br>Select Counter <m> is zero.<br>**SELECT encoding for Single-shot Comparator Controls**<br>**15:8**<br>Reserved, **RES0**.<br>**SINGLE_SHOT[<m>], bit[m], for m = 7 to 0**<br>Selects one or more Single-shot Comparator Controls.<br>**0b0**<br>Ignore Single-shot Comparator Control <m>.<br>**0b1**<br>Select Single-shot Comparator Control <m>.<br>**SELECT encoding for Single Address Comparators**<br>**SAC[<m>], bit[m], for m = 15 to 0** | 16{x} |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Access

Must be programmed if any of the following are true:

- TRCCNTCTLR<a>.RLDEVENT.TYPE == 0 and TRCCNTCTLR<a>.RLDEVENT.SEL == n.
- TRCCNTCTLR<a>.RLDEVENT.TYPE == 1 and TRCCNTCTLR<a>.RLDEVENT.SEL == n/2.
- TRCCNTCTLR<a>.CNTEVENT.TYPE == 0 and TRCCNTCTLR<a>.CNTEVENT.SEL == n.
- TRCCNTCTLR<a>.CNTEVENT.TYPE == 1 and TRCCNTCTLR<a>.CNTEVENT.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT0.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT0.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT0.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT0.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT1.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT1.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT1.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT1.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT2.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT2.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT2.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT2.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT3.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT3.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT3.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT3.SEL == n/2.
- TRCSEQEVR<a>.B.TYPE == 0 and TRCSEQEVR<a>.B.SEL = n.
- TRCSEQEVR<a>.B.TYPE == 1 and TRCSEQEVR<a>.B.SEL = n/2.
- TRCSEQEVR<a>.F.TYPE == 0 and TRCSEQEVR<a>.F.SEL = n.
- TRCSEQEVR<a>.F.TYPE == 1 and TRCSEQEVR<a>.F.SEL = n/2.
- AArch64-TRCSEQRSTEVR.RST.TYPE == 0 and AArch64-TRCSEQRSTEVR.RST.SEL == n.
- AArch64-TRCSEQRSTEVR.RST.TYPE == 1 and AArch64-TRCSEQRSTEVR.RST.SEL == n/2.
- AArch64-TRCTSCTLR.EVENT.TYPE == 0 and AArch64-TRCTSCTLR.EVENT.SEL == n.
- AArch64-TRCTSCTLR.EVENT.TYPE == 1 and AArch64-TRCTSCTLR.EVENT.SEL == n/2.
- AArch64-TRCVICTLR.EVENT.TYPE == 0 and AArch64-TRCVICTLR.EVENT.SEL == n.
- AArch64-TRCVICTLR.EVENT.TYPE == 1 and AArch64-TRCVICTLR.EVENT.SEL == n/2.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

MRS <Xt>, TRCRSCTLR14

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| `0b10` | `0b001` | `0b0001` | `0b1110` | `0b000` |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

MSR TRCRSCTLR14, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0001 | 0b1110 | 0b000 |

## Accessibility

Must be programmed if any of the following are true:

- TRCCNTCTLR<a>.RLDEVENT.TYPE == 0 and TRCCNTCTLR<a>.RLDEVENT.SEL == n.
- TRCCNTCTLR<a>.RLDEVENT.TYPE == 1 and TRCCNTCTLR<a>.RLDEVENT.SEL == n/2.
- TRCCNTCTLR<a>.CNTEVENT.TYPE == 0 and TRCCNTCTLR<a>.CNTEVENT.SEL == n.
- TRCCNTCTLR<a>.CNTEVENT.TYPE == 1 and TRCCNTCTLR<a>.CNTEVENT.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT0.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT0.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT0.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT0.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT1.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT1.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT1.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT1.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT2.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT2.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT2.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT2.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT3.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT3.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT3.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT3.SEL == n/2.
- TRCSEQEVR<a>.B.TYPE == 0 and TRCSEQEVR<a>.B.SEL = n.
- TRCSEQEVR<a>.B.TYPE == 1 and TRCSEQEVR<a>.B.SEL = n/2.
- TRCSEQEVR<a>.F.TYPE == 0 and TRCSEQEVR<a>.F.SEL = n.
- TRCSEQEVR<a>.F.TYPE == 1 and TRCSEQEVR<a>.F.SEL = n/2.
- AArch64-TRCSEQRSTEVR.RST.TYPE == 0 and AArch64-TRCSEQRSTEVR.RST.SEL == n.
- AArch64-TRCSEQRSTEVR.RST.TYPE == 1 and AArch64-TRCSEQRSTEVR.RST.SEL == n/2.
- AArch64-TRCTSCTLR.EVENT.TYPE == 0 and AArch64-TRCTSCTLR.EVENT.SEL == n.
- AArch64-TRCTSCTLR.EVENT.TYPE == 1 and AArch64-TRCTSCTLR.EVENT.SEL == n/2.
- AArch64-TRCVICTLR.EVENT.TYPE == 0 and AArch64-TRCVICTLR.EVENT.SEL == n.
- AArch64-TRCVICTLR.EVENT.TYPE == 1 and AArch64-TRCVICTLR.EVENT.SEL == n/2.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## MRS <Xt>, TRCRSCTLR14

```
if 14 >= NUM_TRACE_RESOURCE_SELECTOR_PAIRS * 2 then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCRSCTLR[14];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCRSCTLR[14];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCRSCTLR[14];
```

## MSR TRCRSCTLR14, <Xt>

```
if 14 >= NUM_TRACE_RESOURCE_SELECTOR_PAIRS * 2 then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCRSCTLR[14] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCRSCTLR[14] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        TRCRSCTLR[14] = X[t, 64];
```

## B.12.39 TRCRSCTLR15, Resource Selection Control Register <n>

Controls the selection of the resources in the trace unit.

### Configurations

Resource selector 0 always returns FALSE.

Resource selector 1 always returns TRUE.

Resource selectors are implemented in pairs. Each odd numbered resource selector is part of a pair with the even numbered resource selector that is numbered as one less than it. For example, resource selectors 2 and 3 form a pair.

### Attributes

**Width**

64

**Functional group**

Trace unit registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-241: AArch64_trcrsctlr15 bit assignments**




**Table B-609: TRCRSCTLR15 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:21] | RES0 | Reserved | RES0 |

| Bits | Name | Description | Reset |
|---|---|---|---|
| [20] | INV | Controls whether the resource, that TRCRSCTLR<n>.GROUP and TRCRSCTLR<n>.SELECT selects, is inverted.<br>**0b0**<br>Do not invert the output of this selector.<br>**0b1**<br>Invert the output of this selector. | x |
| [19:16] | GROUP | Selects a group of resources.<br>**0b0000**<br>External Input Selectors.<br>**0b0001**<br>PE Comparator Inputs.<br>**0b0010**<br>Counters and Sequencer.<br>**0b0011**<br>Single-shot Comparator Controls.<br>**0b0100**<br>Single Address Comparators.<br>**0b0101**<br>Address Range Comparators.<br>**0b0110**<br>Context Identifier Comparators.<br>**0b0111**<br>Virtual Context Identifier Comparators.<br>All other values are reserved. | xxxx |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
| --- | --- | --- | --- |
| 15:0 | SELECT | **SELECT encoding for External Input Selectors**<br>**15:4**<br>Reserved, **RES0**.<br>**EXTIN[<m>], bit[m], for m = 3 to 0**<br>Selects one or more External Inputs.<br>`0b0`<br>Ignore EXTIN <m>.<br>`0b1`<br>Select EXTIN <m>.<br>**SELECT encoding for PE Comparator Inputs**<br>**15:8**<br>Reserved, **RES0**.<br>**PECOMP[<m>], bit[m], for m = 7 to 0**<br>Selects one or more PE Comparator Inputs.<br>`0b0`<br>Ignore PE Comparator Input <m>.<br>`0b1`<br>Select PE Comparator Input <m>.<br>**SELECT encoding for Counters and Sequencer**<br>**15:8**<br>Reserved, **RES0**.<br>**SEQUENCER[<m>], bit[m], for m = 3 to 0**<br>Sequencer states.<br>`0b0`<br>Ignore Sequencer state <m>.<br>`0b1`<br>Select Sequencer state <m>.<br>**COUNTERS[<m>], bit[m], for m = 3 to 0**<br>Counters resources at zero.<br>`0b0`<br>Ignore Counter <m>.<br>`0b1`<br>Select Counter <m> is zero.<br>**SELECT encoding for Single-shot Comparator Controls**<br>**15:8**<br>Reserved, **RES0**.<br>**SINGLE_SHOT[<m>], bit[m], for m = 7 to 0**<br>Selects one or more Single-shot Comparator Controls.<br>`0b0`<br>Ignore Single-shot Comparator Control <m>.<br>`0b1`<br>Select Single-shot Comparator Control <m>.<br>**SELECT encoding for Single Address Comparators**<br>**SAC[<m>], bit[m], for m = 15 to 0** | `16{x}` |

Copyright © 2020-2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Access

Must be programmed if any of the following are true:

- TRCCNTCTLR<a>.RLDEVENT.TYPE == 0 and TRCCNTCTLR<a>.RLDEVENT.SEL == n.
- TRCCNTCTLR<a>.RLDEVENT.TYPE == 1 and TRCCNTCTLR<a>.RLDEVENT.SEL == n/2.
- TRCCNTCTLR<a>.CNTEVENT.TYPE == 0 and TRCCNTCTLR<a>.CNTEVENT.SEL == n.
- TRCCNTCTLR<a>.CNTEVENT.TYPE == 1 and TRCCNTCTLR<a>.CNTEVENT.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT0.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT0.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT0.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT0.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT1.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT1.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT1.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT1.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT2.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT2.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT2.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT2.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT3.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT3.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT3.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT3.SEL == n/2.
- TRCSEQEVR<a>.B.TYPE == 0 and TRCSEQEVR<a>.B.SEL = n.
- TRCSEQEVR<a>.B.TYPE == 1 and TRCSEQEVR<a>.B.SEL = n/2.
- TRCSEQEVR<a>.F.TYPE == 0 and TRCSEQEVR<a>.F.SEL = n.
- TRCSEQEVR<a>.F.TYPE == 1 and TRCSEQEVR<a>.F.SEL = n/2.
- AArch64-TRCSEQRSTEVR.RST.TYPE == 0 and AArch64-TRCSEQRSTEVR.RST.SEL == n.
- AArch64-TRCSEQRSTEVR.RST.TYPE == 1 and AArch64-TRCSEQRSTEVR.RST.SEL == n/2.
- AArch64-TRCTSCTLR.EVENT.TYPE == 0 and AArch64-TRCTSCTLR.EVENT.SEL == n.
- AArch64-TRCTSCTLR.EVENT.TYPE == 1 and AArch64-TRCTSCTLR.EVENT.SEL == n/2.
- AArch64-TRCVICTLR.EVENT.TYPE == 0 and AArch64-TRCVICTLR.EVENT.SEL == n.
- AArch64-TRCVICTLR.EVENT.TYPE == 1 and AArch64-TRCVICTLR.EVENT.SEL == n/2.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

MRS <Xt>, TRCRSCTLR15

| op0 | op1 | CRn | CRm | op2 |
| --- | --- | --- | --- | --- |
| 0b10 | 0b001 | 0b0001 | 0b1111 | 0b000 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

MSR TRCRSCTLR15, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0001 | 0b1111 | 0b000 |

## Accessibility

Must be programmed if any of the following are true:

- TRCCNTCTLR<a>.RLDEVENT.TYPE == 0 and TRCCNTCTLR<a>.RLDEVENT.SEL == n.
- TRCCNTCTLR<a>.RLDEVENT.TYPE == 1 and TRCCNTCTLR<a>.RLDEVENT.SEL == n/2.
- TRCCNTCTLR<a>.CNTEVENT.TYPE == 0 and TRCCNTCTLR<a>.CNTEVENT.SEL == n.
- TRCCNTCTLR<a>.CNTEVENT.TYPE == 1 and TRCCNTCTLR<a>.CNTEVENT.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT0.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT0.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT0.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT0.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT1.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT1.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT1.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT1.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT2.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT2.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT2.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT2.SEL == n/2.
- AArch64-TRCEVENTCTL0R.EVENT3.TYPE == 0 and AArch64-TRCEVENTCTL0R.EVENT3.SEL == n.
- AArch64-TRCEVENTCTL0R.EVENT3.TYPE == 1 and AArch64-TRCEVENTCTL0R.EVENT3.SEL == n/2.
- TRCSEQEVR<a>.B.TYPE == 0 and TRCSEQEVR<a>.B.SEL = n.
- TRCSEQEVR<a>.B.TYPE == 1 and TRCSEQEVR<a>.B.SEL = n/2.
- TRCSEQEVR<a>.F.TYPE == 0 and TRCSEQEVR<a>.F.SEL = n.
- TRCSEQEVR<a>.F.TYPE == 1 and TRCSEQEVR<a>.F.SEL = n/2.
- AArch64-TRCSEQRSTEVR.RST.TYPE == 0 and AArch64-TRCSEQRSTEVR.RST.SEL == n.
- AArch64-TRCSEQRSTEVR.RST.TYPE == 1 and AArch64-TRCSEQRSTEVR.RST.SEL == n/2.
- AArch64-TRCTSCTLR.EVENT.TYPE == 0 and AArch64-TRCTSCTLR.EVENT.SEL == n.
- AArch64-TRCTSCTLR.EVENT.TYPE == 1 and AArch64-TRCTSCTLR.EVENT.SEL == n/2.
- AArch64-TRCVICTLR.EVENT.TYPE == 0 and AArch64-TRCVICTLR.EVENT.SEL == n.
- AArch64-TRCVICTLR.EVENT.TYPE == 1 and AArch64-TRCVICTLR.EVENT.SEL == n/2.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### MRS <Xt>, TRCRSCTLR15

```
if 15 >= NUM_TRACE_RESOURCE_SELECTOR_PAIRS * 2 then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCRSCTLR[15];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCRSCTLR[15];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCRSCTLR[15];
```

### MSR TRCRSCTLR15, <Xt>

```
if 15 >= NUM_TRACE_RESOURCE_SELECTOR_PAIRS * 2 then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCRSCTLR[15] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCRSCTLR[15] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        TRCRSCTLR[15] = X[t, 64];
```

## B.12.40 TRCACVR0, Address Comparator Value Register <n>

Contains the address value.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Trace unit registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note: Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-242: AArch64_trcacvr0 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table B-612: TRCACVR0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | ADDRESS | Address Value.<br><br>The Address Comparators can support implementations that use multiple address widths. When the trace unit compares the ADDRESS field with an address that has a width less than this field, then the address must be zero-extended to the ADDRESS field width. The trace unit then compares all implemented bits. For example, in a system that supports both 32-bit and 64-bit addresses, when the PE is in AArch32 state the comparator must zero-extend the 32-bit address and compare against the full 64 bits that are stored in the TRCACVR<n>. This requires that the trace analyzer always programs all implemented bits of the TRCACVR<n>.<br><br>The result of writing a value other than all zeros or all ones to ADDRESS at bits[63:P] is an **UNKNOWN** value, where P is defined as the maximum virtual address size supported by the PE.<br><br>The result of writing a value of all zeros or all ones to ADDRESS at bits[63:P] is the written value, and a read of the register returns the written value. | `64{x}` |

## Access

Must be programmed if any of the following are true:

- AArch64-TRCBBCTLR.RANGE[n/2] == 1.
- TRCRSCTLR<a>.GROUP == `0b0100` and TRCRSCTLR<a>.SAC[n] == 1.
- TRCRSCTLR<a>.GROUP == `0b0101` and TRCRSCTLR<a>.ARC[n/2] == 1.
- AArch64-TRCVIIECTLR.EXCLUDE[n/2] == 1.
- AArch64-TRCVIIECTLR.INCLUDE[n/2] == 1.
- AArch64-TRCVISSCTLR.START[n] == 1.
- AArch64-TRCVISSCTLR.STOP[n] == 1.
- TRCSSCCR<>.ARC[n/2] == 1.
- TRCSSCCR<>.SAC[n] == 1.
- AArch64-TRCQCTLR.RANGE[n/2] == 1.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

MRS <Xt>, TRCACVR0

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0010 | 0b0000 | 0b000 |

MSR TRCACVR0, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0010 | 0b0000 | 0b000 |

## Accessibility

Must be programmed if any of the following are true:

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

- AArch64-TRCBBCTLR.RANGE[n/2] == 1.
- TRCRSCTLR<a>.GROUP == 0b0100 and TRCRSCTLR<a>.SAC[n] == 1.
- TRCRSCTLR<a>.GROUP == 0b0101 and TRCRSCTLR<a>.ARC[n/2] == 1.
- AArch64-TRCVIIECTLR.EXCLUDE[n/2] == 1.
- AArch64-TRCVIIECTLR.INCLUDE[n/2] == 1.
- AArch64-TRCVISSCTLR.START[n] == 1.
- AArch64-TRCVISSCTLR.STOP[n] == 1.
- TRCSSCCR<>.ARC[n/2] == 1.
- TRCSSCCR<>.SAC[n] == 1.
- AArch64-TRCQCTLR.RANGE[n/2] == 1.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.
MRS <Xt>, TRCACVR0

```
if 0 >= NUM_TRACE_ADDRESS_COMPARATOR_PAIRS * 2 then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCACVR[0];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCACVR[0];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCACVR[0];
```

MSR TRCACVR0, <Xt>

```
if 0 >= NUM_TRACE_ADDRESS_COMPARATOR_PAIRS * 2 then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
            AArch64.SystemAccessTrap(EL2, 0x18);
        elsif CPTR_EL3.TTA == '1' then
            if Halted() && EDSCR.SDD == '1' then
                UNDEFINED;
            else
                AArch64.SystemAccessTrap(EL3, 0x18);
        else
            TRCACVR[0] = X[t, 64];
    elsif PSTATE.EL == EL2 then
        if CPTR_EL2.TTA == '1' then
            AArch64.SystemAccessTrap(EL2, 0x18);
        elsif CPTR_EL3.TTA == '1' then
            if Halted() && EDSCR.SDD == '1' then
                UNDEFINED;
            else
                AArch64.SystemAccessTrap(EL3, 0x18);
        else
            TRCACVR[0] = X[t, 64];
    elsif PSTATE.EL == EL3 then
        if CPTR_EL3.TTA == '1' then
            AArch64.SystemAccessTrap(EL3, 0x18);
        else
            TRCACVR[0] = X[t, 64];
```

## B.12.41 TRCACATR0, Address Comparator Access Type Register <n>

Defines the type of access for the corresponding AArch64-TRCACVR<n> Register. This register configures the context type, Exception levels, alignment, masking that is applied by the Address Comparator, and how the Address Comparator behaves when it is one half of an Address Range Comparator.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Trace unit registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure B-243: AArch64_trcacatr0 bit assignments




### Table B-615: TRCACATR0 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:15] | RES0 | Reserved | RES0 |
| [14] | EXLEVEL_NS_EL2 | Non-secure EL2 address comparison control. Controls whether a comparison can occur at EL2 in Non-secure state.<br>`0b0`<br>The Address Comparator performs comparisons in Non-secure EL2.<br>`0b1`<br>The Address Comparator does not perform comparisons in Non-secure EL2. | x |
| [13] | EXLEVEL_NS_EL1 | Non-secure EL1 address comparison control. Controls whether a comparison can occur at EL1 in Non-secure state.<br>`0b0`<br>The Address Comparator performs comparisons in Non-secure EL1.<br>`0b1`<br>The Address Comparator does not perform comparisons in Non-secure EL1. | x |
| [12] | EXLEVEL_NS_EL0 | Non-secure EL0 address comparison control. Controls whether a comparison can occur at EL0 in Non-secure state.<br>`0b0`<br>The Address Comparator performs comparisons in Non-secure EL0.<br>`0b1`<br>The Address Comparator does not perform comparisons in Non-secure EL0. | x |
| [11] | EXLEVEL_S_EL3 | EL3 address comparison control. Controls whether a comparison can occur at EL3.<br>`0b0`<br>The Address Comparator performs comparisons in EL3.<br>`0b1`<br>The Address Comparator does not perform comparisons in EL3. | x |
| [10] | EXLEVEL_S_EL2 | Secure EL2 address comparison control. Controls whether a comparison can occur at EL2 in Secure state.<br>`0b0`<br>The Address Comparator performs comparisons in Secure EL2.<br>`0b1`<br>The Address Comparator does not perform comparisons in Secure EL2. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [9] | EXLEVEL_S_EL1 | Secure EL1 address comparison control. Controls whether a comparison can occur at EL1 in Secure state.<br>**0b0**<br>The Address Comparator performs comparisons in Secure EL1.<br>**0b1**<br>The Address Comparator does not perform comparisons in Secure EL1. | x |
| [8] | EXLEVEL_S_EL0 | Secure EL0 address comparison control. Controls whether a comparison can occur at EL0 in Secure state.<br>**0b0**<br>The Address Comparator performs comparisons in Secure EL0.<br>**0b1**<br>The Address Comparator does not perform comparisons in Secure EL0. | x |
| [7] | **RES0** | Reserved | **RES0** |
| [6:4] | CONTEXT | Selects a Context Identifier Comparator or Virtual Context Identifier Comparator:<br>**0b000**<br>Comparator 0.<br>The width of this field is dependent on the maximum number of Context Identifier Comparators or Virtual Context Identifier Comparators implemented. Unimplemented bits are **RES0**. | xxx |
| [3:2] | CONTEXTTYPE | Controls whether the Address Comparator is dependent on a Context Identifier Comparator, a Virtual Context Identifier Comparator, or both comparisons.<br>**0b00**<br>The Address Comparator is not dependent on the Context Identifier Comparators or Virtual Context Identifier Comparators.<br>**0b01**<br>The Address Comparator is dependent on the Context Identifier Comparator that TRCACATR<n>.CONTEXT specifies. The Address Comparator signals a match only if both the Context Identifier Comparator and the address comparison match.<br>**0b10**<br>The Address Comparator is dependent on the Virtual Context Identifier Comparator that TRCACATR<n>.CONTEXT specifies. The Address Comparator signals a match only if both the Virtual Context Identifier Comparator and the address comparison match.<br>**0b11**<br>The Address Comparator is dependent on the Context Identifier Comparator and Virtual Context Identifier Comparator that TRCACATR<n>.CONTEXT specifies. The Address Comparator signals a match only if the Context Identifier Comparator, the Virtual Context Identifier Comparator, and address comparison all match.<br>If AArch64-TRCIDR4.NUMCIDC == 0b0000, then bit [2] is **RES0**.<br>If AArch64-TRCIDR4.NUMVMIDC == 0b0000, then bit [3] is **RES0**. | xx |
| [1:0] | **RES0** | Reserved | **RES0** |

## Access

Must be programmed if any of the following are true:

- AArch64-TRCBBCTLR.RANGE[n/2] == 1.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

- TRCRSCTLR<a>.GROUP == `0b0100` and TRCRSCTLR<a>.SAC[n] == 1.
- TRCRSCTLR<a>.GROUP == `0b0101` and TRCRSCTLR<a>.ARC[n/2] == 1.
- AArch64-TRCVIIECTLR.EXCLUDE[n/2] == 1.
- AArch64-TRCVIIECTLR.INCLUDE[n/2] == 1.
- AArch64-TRCVISSCTLR.START[n] == 1.
- AArch64-TRCVISSCTLR.STOP[n] == 1.
- TRCSSCCR<>.ARC[n/2] == 1.
- TRCSSCCR<>.SAC[n] == 1.
- AArch64-TRCQCTLR.RANGE[n/2] == 1.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

MRS <Xt>, TRCACATR0

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0010 | 0b0000 | 0b010 |

MSR TRCACATR0, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0010 | 0b0000 | 0b010 |

### Accessibility

Must be programmed if any of the following are true:

- AArch64-TRCBBCTLR.RANGE[n/2] == 1.
- TRCRSCTLR<a>.GROUP == 0b0100 and TRCRSCTLR<a>.SAC[n] == 1.
- TRCRSCTLR<a>.GROUP == 0b0101 and TRCRSCTLR<a>.ARC[n/2] == 1.
- AArch64-TRCVIIECTLR.EXCLUDE[n/2] == 1.
- AArch64-TRCVIIECTLR.INCLUDE[n/2] == 1.
- AArch64-TRCVISSCTLR.START[n] == 1.
- AArch64-TRCVISSCTLR.STOP[n] == 1.
- TRCSSCCR<>.ARC[n/2] == 1.
- TRCSSCCR<>.SAC[n] == 1.
- AArch64-TRCQCTLR.RANGE[n/2] == 1.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.
MRS <Xt>, TRCACATR0

```
if 0 >= NUM_TRACE_ADDRESS_COMPARATOR_PAIRS * 2 then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCACATR[0];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCACATR[0];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCACATR[0];
```

### MSR TRCACATR0, <Xt>

```
if 0 >= NUM_TRACE_ADDRESS_COMPARATOR_PAIRS * 2 then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCACATR[0] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCACATR[0] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCACATR[0] = X[t, 64];
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## B.12.42 TRCACVR1, Address Comparator Value Register <n>

Contains the address value.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Trace unit registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-244: AArch64_trcacvr1 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table B-618: TRCACVR1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | ADDRESS | Address Value.<br><br>The Address Comparators can support implementations that use multiple address widths. When the trace unit compares the ADDRESS field with an address that has a width less than this field, then the address must be zero-extended to the ADDRESS field width. The trace unit then compares all implemented bits. For example, in a system that supports both 32-bit and 64-bit addresses, when the PE is in AArch32 state the comparator must zero-extend the 32-bit address and compare against the full 64 bits that are stored in the TRCACVR<n>. This requires that the trace analyzer always programs all implemented bits of the TRCACVR<n>.<br><br>The result of writing a value other than all zeros or all ones to ADDRESS at bits[63:P] is an **UNKNOWN** value, where P is defined as the maximum virtual address size supported by the PE.<br><br>The result of writing a value of all zeros or all ones to ADDRESS at bits[63:P] is the written value, and a read of the register returns the written value. | `64{x}` |

## Access

Must be programmed if any of the following are true:

- AArch64-TRCBBCTLR.RANGE[n/2] == 1.
- TRCRSCTLR<a>.GROUP == `0b0100` and TRCRSCTLR<a>.SAC[n] == 1.
- TRCRSCTLR<a>.GROUP == `0b0101` and TRCRSCTLR<a>.ARC[n/2] == 1.
- AArch64-TRCVIIECTLR.EXCLUDE[n/2] == 1.
- AArch64-TRCVIIECTLR.INCLUDE[n/2] == 1.
- AArch64-TRCVISSCTLR.START[n] == 1.
- AArch64-TRCVISSCTLR.STOP[n] == 1.
- TRCSSCCR<>.ARC[n/2] == 1.
- TRCSSCCR<>.SAC[n] == 1.
- AArch64-TRCQCTLR.RANGE[n/2] == 1.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

MRS <Xt>, TRCACVR1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| `0b10` | `0b001` | `0b0010` | `0b0010` | `0b000` |

MSR TRCACVR1, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| `0b10` | `0b001` | `0b0010` | `0b0010` | `0b000` |

## Accessibility

Must be programmed if any of the following are true:

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

- AArch64-TRCBBCTLR.RANGE[n/2] == 1.
- TRCRSCTLR<a>.GROUP == 0b0100 and TRCRSCTLR<a>.SAC[n] == 1.
- TRCRSCTLR<a>.GROUP == 0b0101 and TRCRSCTLR<a>.ARC[n/2] == 1.
- AArch64-TRCVIIECTLR.EXCLUDE[n/2] == 1.
- AArch64-TRCVIIECTLR.INCLUDE[n/2] == 1.
- AArch64-TRCVISSCTLR.START[n] == 1.
- AArch64-TRCVISSCTLR.STOP[n] == 1.
- TRCSSCCR<>.ARC[n/2] == 1.
- TRCSSCCR<>.SAC[n] == 1.
- AArch64-TRCQCTLR.RANGE[n/2] == 1.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.
MRS <Xt>, TRCACVR1

```
if 1 >= NUM_TRACE_ADDRESS_COMPARATOR_PAIRS * 2 then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCACVR[1];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCACVR[1];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCACVR[1];
```

MSR TRCACVR1, <Xt>

```
if 1 >= NUM_TRACE_ADDRESS_COMPARATOR_PAIRS * 2 then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCACVR[1] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCACVR[1] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCACVR[1] = X[t, 64];
```

## B.12.43 TRCACATR1, Address Comparator Access Type Register <n>

Defines the type of access for the corresponding AArch64-TRCACVR<n> Register. This register configures the context type, Exception levels, alignment, masking that is applied by the Address Comparator, and how the Address Comparator behaves when it is one half of an Address Range Comparator.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Trace unit registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

---

Note

Where the reset reads xxxx, see individual bits

---

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure B-245: AArch64_trcacatr1 bit assignments




### Table B-621: TRCACATR1 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:15] | RES0 | Reserved | RES0 |
| [14] | EXLEVEL_NS_EL2 | Non-secure EL2 address comparison control. Controls whether a comparison can occur at EL2 in Non-secure state.<br>`0b0`<br>The Address Comparator performs comparisons in Non-secure EL2.<br>`0b1`<br>The Address Comparator does not perform comparisons in Non-secure EL2. | x |
| [13] | EXLEVEL_NS_EL1 | Non-secure EL1 address comparison control. Controls whether a comparison can occur at EL1 in Non-secure state.<br>`0b0`<br>The Address Comparator performs comparisons in Non-secure EL1.<br>`0b1`<br>The Address Comparator does not perform comparisons in Non-secure EL1. | x |
| [12] | EXLEVEL_NS_EL0 | Non-secure EL0 address comparison control. Controls whether a comparison can occur at EL0 in Non-secure state.<br>`0b0`<br>The Address Comparator performs comparisons in Non-secure EL0.<br>`0b1`<br>The Address Comparator does not perform comparisons in Non-secure EL0. | x |
| [11] | EXLEVEL_S_EL3 | EL3 address comparison control. Controls whether a comparison can occur at EL3.<br>`0b0`<br>The Address Comparator performs comparisons in EL3.<br>`0b1`<br>The Address Comparator does not perform comparisons in EL3. | x |
| [10] | EXLEVEL_S_EL2 | Secure EL2 address comparison control. Controls whether a comparison can occur at EL2 in Secure state.<br>`0b0`<br>The Address Comparator performs comparisons in Secure EL2.<br>`0b1`<br>The Address Comparator does not perform comparisons in Secure EL2. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [9] | EXLEVEL_S_EL1 | Secure EL1 address comparison control. Controls whether a comparison can occur at EL1 in Secure state.<br>**0b0**<br>The Address Comparator performs comparisons in Secure EL1.<br>**0b1**<br>The Address Comparator does not perform comparisons in Secure EL1. | x |
| [8] | EXLEVEL_S_EL0 | Secure EL0 address comparison control. Controls whether a comparison can occur at EL0 in Secure state.<br>**0b0**<br>The Address Comparator performs comparisons in Secure EL0.<br>**0b1**<br>The Address Comparator does not perform comparisons in Secure EL0. | x |
| [7] | **RES0** | Reserved | **RES0** |
| [6:4] | CONTEXT | Selects a Context Identifier Comparator or Virtual Context Identifier Comparator:<br>**0b000**<br>Comparator 0.<br>The width of this field is dependent on the maximum number of Context Identifier Comparators or Virtual Context Identifier Comparators implemented. Unimplemented bits are **RES0**. | xxx |
| [3:2] | CONTEXTTYPE | Controls whether the Address Comparator is dependent on a Context Identifier Comparator, a Virtual Context Identifier Comparator, or both comparisons.<br>**0b00**<br>The Address Comparator is not dependent on the Context Identifier Comparators or Virtual Context Identifier Comparators.<br>**0b01**<br>The Address Comparator is dependent on the Context Identifier Comparator that TRCACATR<n>.CONTEXT specifies. The Address Comparator signals a match only if both the Context Identifier Comparator and the address comparison match.<br>**0b10**<br>The Address Comparator is dependent on the Virtual Context Identifier Comparator that TRCACATR<n>.CONTEXT specifies. The Address Comparator signals a match only if both the Virtual Context Identifier Comparator and the address comparison match.<br>**0b11**<br>The Address Comparator is dependent on the Context Identifier Comparator and Virtual Context Identifier Comparator that TRCACATR<n>.CONTEXT specifies. The Address Comparator signals a match only if the Context Identifier Comparator, the Virtual Context Identifier Comparator, and address comparison all match.<br>If AArch64-TRCIDR4.NUMCIDC == 0b0000, then bit [2] is **RES0**.<br>If AArch64-TRCIDR4.NUMVMIDC == 0b0000, then bit [3] is **RES0**. | xx |
| [1:0] | **RES0** | Reserved | **RES0** |

## Access

Must be programmed if any of the following are true:

- AArch64-TRCBBCTLR.RANGE[n/2] == 1.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

- TRCRSCTLR<a>.GROUP == `0b0100` and TRCRSCTLR<a>.SAC[n] == 1.
- TRCRSCTLR<a>.GROUP == `0b0101` and TRCRSCTLR<a>.ARC[n/2] == 1.
- AArch64-TRCVIIECTLR.EXCLUDE[n/2] == 1.
- AArch64-TRCVIIECTLR.INCLUDE[n/2] == 1.
- AArch64-TRCVISSCTLR.START[n] == 1.
- AArch64-TRCVISSCTLR.STOP[n] == 1.
- TRCSSCCR<>.ARC[n/2] == 1.
- TRCSSCCR<>.SAC[n] == 1.
- AArch64-TRCQCTLR.RANGE[n/2] == 1.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

MRS <Xt>, TRCACATR1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0010 | 0b0010 | 0b010 |

MSR TRCACATR1, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0010 | 0b0010 | 0b010 |

## Accessibility

Must be programmed if any of the following are true:

- AArch64-TRCBBCTLR.RANGE[n/2] == 1.
- TRCRSCTLR<a>.GROUP == 0b0100 and TRCRSCTLR<a>.SAC[n] == 1.
- TRCRSCTLR<a>.GROUP == 0b0101 and TRCRSCTLR<a>.ARC[n/2] == 1.
- AArch64-TRCVIIECTLR.EXCLUDE[n/2] == 1.
- AArch64-TRCVIIECTLR.INCLUDE[n/2] == 1.
- AArch64-TRCVISSCTLR.START[n] == 1.
- AArch64-TRCVISSCTLR.STOP[n] == 1.
- TRCSSCCR<>.ARC[n/2] == 1.
- TRCSSCCR<>.SAC[n] == 1.
- AArch64-TRCQCTLR.RANGE[n/2] == 1.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.
MRS <Xt>, TRCACATR1

```
if 1 >= NUM_TRACE_ADDRESS_COMPARATOR_PAIRS * 2 then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCACATR[1];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCACATR[1];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCACATR[1];
```

### MSR TRCACATR1, <Xt>

```
if 1 >= NUM_TRACE_ADDRESS_COMPARATOR_PAIRS * 2 then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCACATR[1] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCACATR[1] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCACATR[1] = X[t, 64];
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## B.12.44 TRCACVR2, Address Comparator Value Register <n>

Contains the address value.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Trace unit registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-246: AArch64_trcacvr2 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table B-624: TRCACVR2 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | ADDRESS | Address Value.<br><br>The Address Comparators can support implementations that use multiple address widths. When the trace unit compares the ADDRESS field with an address that has a width less than this field, then the address must be zero-extended to the ADDRESS field width. The trace unit then compares all implemented bits. For example, in a system that supports both 32-bit and 64-bit addresses, when the PE is in AArch32 state the comparator must zero-extend the 32-bit address and compare against the full 64 bits that are stored in the TRCACVR<n>. This requires that the trace analyzer always programs all implemented bits of the TRCACVR<n>.<br><br>The result of writing a value other than all zeros or all ones to ADDRESS at bits[63:P] is an **UNKNOWN** value, where P is defined as the maximum virtual address size supported by the PE.<br><br>The result of writing a value of all zeros or all ones to ADDRESS at bits[63:P] is the written value, and a read of the register returns the written value. | `64{x}` |

## Access

Must be programmed if any of the following are true:

- AArch64-TRCBBCTLR.RANGE[n/2] == 1.
- TRCRSCTLR<a>.GROUP == `0b0100` and TRCRSCTLR<a>.SAC[n] == 1.
- TRCRSCTLR<a>.GROUP == `0b0101` and TRCRSCTLR<a>.ARC[n/2] == 1.
- AArch64-TRCVIIECTLR.EXCLUDE[n/2] == 1.
- AArch64-TRCVIIECTLR.INCLUDE[n/2] == 1.
- AArch64-TRCVISSCTLR.START[n] == 1.
- AArch64-TRCVISSCTLR.STOP[n] == 1.
- TRCSSCCR<>.ARC[n/2] == 1.
- TRCSSCCR<>.SAC[n] == 1.
- AArch64-TRCQCTLR.RANGE[n/2] == 1.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

MRS <Xt>, TRCACVR2

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| `0b10` | `0b001` | `0b0010` | `0b0100` | `0b000` |

MSR TRCACVR2, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| `0b10` | `0b001` | `0b0010` | `0b0100` | `0b000` |

## Accessibility

Must be programmed if any of the following are true:

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

- AArch64-TRCBBCTLR.RANGE[n/2] == 1.
- TRCRSCTLR<a>.GROUP == 0b0100 and TRCRSCTLR<a>.SAC[n] == 1.
- TRCRSCTLR<a>.GROUP == 0b0101 and TRCRSCTLR<a>.ARC[n/2] == 1.
- AArch64-TRCVIIECTLR.EXCLUDE[n/2] == 1.
- AArch64-TRCVIIECTLR.INCLUDE[n/2] == 1.
- AArch64-TRCVISSCTLR.START[n] == 1.
- AArch64-TRCVISSCTLR.STOP[n] == 1.
- TRCSSCCR<>.ARC[n/2] == 1.
- TRCSSCCR<>.SAC[n] == 1.
- AArch64-TRCQCTLR.RANGE[n/2] == 1.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.
MRS <Xt>, TRCACVR2

```
if 2 >= NUM_TRACE_ADDRESS_COMPARATOR_PAIRS * 2 then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCACVR[2];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCACVR[2];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCACVR[2];
```

MSR TRCACVR2, <Xt>

```
if 2 >= NUM_TRACE_ADDRESS_COMPARATOR_PAIRS * 2 then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCACVR[2] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCACVR[2] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCACVR[2] = X[t, 64];
```

## B.12.45 TRCACATR2, Address Comparator Access Type Register <n>

Defines the type of access for the corresponding AArch64-TRCACVR<n> Register. This register configures the context type, Exception levels, alignment, masking that is applied by the Address Comparator, and how the Address Comparator behaves when it is one half of an Address Range Comparator.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Trace unit registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure B-247: AArch64_trcacatr2 bit assignments




### Table B-627: TRCACATR2 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:15] | **RES0** | Reserved | **RES0** |
| [14] | EXLEVEL_NS_EL2 | Non-secure EL2 address comparison control. Controls whether a comparison can occur at EL2 in Non-secure state.<br>**0b0**<br>The Address Comparator performs comparisons in Non-secure EL2.<br>**0b1**<br>The Address Comparator does not perform comparisons in Non-secure EL2. | x |
| [13] | EXLEVEL_NS_EL1 | Non-secure EL1 address comparison control. Controls whether a comparison can occur at EL1 in Non-secure state.<br>**0b0**<br>The Address Comparator performs comparisons in Non-secure EL1.<br>**0b1**<br>The Address Comparator does not perform comparisons in Non-secure EL1. | x |
| [12] | EXLEVEL_NS_EL0 | Non-secure EL0 address comparison control. Controls whether a comparison can occur at EL0 in Non-secure state.<br>**0b0**<br>The Address Comparator performs comparisons in Non-secure EL0.<br>**0b1**<br>The Address Comparator does not perform comparisons in Non-secure EL0. | x |
| [11] | EXLEVEL_S_EL3 | EL3 address comparison control. Controls whether a comparison can occur at EL3.<br>**0b0**<br>The Address Comparator performs comparisons in EL3.<br>**0b1**<br>The Address Comparator does not perform comparisons in EL3. | x |
| [10] | EXLEVEL_S_EL2 | Secure EL2 address comparison control. Controls whether a comparison can occur at EL2 in Secure state.<br>**0b0**<br>The Address Comparator performs comparisons in Secure EL2.<br>**0b1**<br>The Address Comparator does not perform comparisons in Secure EL2. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [9] | EXLEVEL_S_EL1 | Secure EL1 address comparison control. Controls whether a comparison can occur at EL1 in Secure state.<br>**0b0**<br>The Address Comparator performs comparisons in Secure EL1.<br>**0b1**<br>The Address Comparator does not perform comparisons in Secure EL1. | x |
| [8] | EXLEVEL_S_EL0 | Secure EL0 address comparison control. Controls whether a comparison can occur at EL0 in Secure state.<br>**0b0**<br>The Address Comparator performs comparisons in Secure EL0.<br>**0b1**<br>The Address Comparator does not perform comparisons in Secure EL0. | x |
| [7] | **RES0** | Reserved | **RES0** |
| [6:4] | CONTEXT | Selects a Context Identifier Comparator or Virtual Context Identifier Comparator:<br>**0b000**<br>Comparator 0.<br>The width of this field is dependent on the maximum number of Context Identifier Comparators or Virtual Context Identifier Comparators implemented. Unimplemented bits are **RES0**. | xxx |
| [3:2] | CONTEXTTYPE | Controls whether the Address Comparator is dependent on a Context Identifier Comparator, a Virtual Context Identifier Comparator, or both comparisons.<br>**0b00**<br>The Address Comparator is not dependent on the Context Identifier Comparators or Virtual Context Identifier Comparators.<br>**0b01**<br>The Address Comparator is dependent on the Context Identifier Comparator that TRCACATR<n>.CONTEXT specifies. The Address Comparator signals a match only if both the Context Identifier Comparator and the address comparison match.<br>**0b10**<br>The Address Comparator is dependent on the Virtual Context Identifier Comparator that TRCACATR<n>.CONTEXT specifies. The Address Comparator signals a match only if both the Virtual Context Identifier Comparator and the address comparison match.<br>**0b11**<br>The Address Comparator is dependent on the Context Identifier Comparator and Virtual Context Identifier Comparator that TRCACATR<n>.CONTEXT specifies. The Address Comparator signals a match only if the Context Identifier Comparator, the Virtual Context Identifier Comparator, and address comparison all match.<br>If AArch64-TRCIDR4.NUMCIDC == 0b0000, then bit [2] is **RES0**.<br>If AArch64-TRCIDR4.NUMVMIDC == 0b0000, then bit [3] is **RES0**. | xx |
| [1:0] | **RES0** | Reserved | **RES0** |

## Access

Must be programmed if any of the following are true:

- AArch64-TRCBBCTLR.RANGE[n/2] == 1.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

- TRCRSCTLR<a>.GROUP == `0b0100` and TRCRSCTLR<a>.SAC[n] == 1.
- TRCRSCTLR<a>.GROUP == `0b0101` and TRCRSCTLR<a>.ARC[n/2] == 1.
- AArch64-TRCVIIECTLR.EXCLUDE[n/2] == 1.
- AArch64-TRCVIIECTLR.INCLUDE[n/2] == 1.
- AArch64-TRCVISSCTLR.START[n] == 1.
- AArch64-TRCVISSCTLR.STOP[n] == 1.
- TRCSSCCR<>.ARC[n/2] == 1.
- TRCSSCCR<>.SAC[n] == 1.
- AArch64-TRCQCTLR.RANGE[n/2] == 1.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

MRS <Xt>, TRCACATR2

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0010 | 0b0100 | 0b010 |

MSR TRCACATR2, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0010 | 0b0100 | 0b010 |

## Accessibility

Must be programmed if any of the following are true:

- AArch64-TRCBBCTLR.RANGE[n/2] == 1.
- TRCRSCTLR<a>.GROUP == 0b0100 and TRCRSCTLR<a>.SAC[n] == 1.
- TRCRSCTLR<a>.GROUP == 0b0101 and TRCRSCTLR<a>.ARC[n/2] == 1.
- AArch64-TRCVIIECTLR.EXCLUDE[n/2] == 1.
- AArch64-TRCVIIECTLR.INCLUDE[n/2] == 1.
- AArch64-TRCVISSCTLR.START[n] == 1.
- AArch64-TRCVISSCTLR.STOP[n] == 1.
- TRCSSCCR<>.ARC[n/2] == 1.
- TRCSSCCR<>.SAC[n] == 1.
- AArch64-TRCQCTLR.RANGE[n/2] == 1.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.
MRS <Xt>, TRCACATR2

```
if 2 >= NUM_TRACE_ADDRESS_COMPARATOR_PAIRS * 2 then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCACATR[2];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCACATR[2];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCACATR[2];
```

MSR TRCACATR2, <Xt>

```
if 2 >= NUM_TRACE_ADDRESS_COMPARATOR_PAIRS * 2 then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCACATR[2] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCACATR[2] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCACATR[2] = X[t, 64];
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## B.12.46 TRCACVR3, Address Comparator Value Register <n>

Contains the address value.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Trace unit registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-248: AArch64_trcacvr3 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table B-630: TRCACVR3 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | ADDRESS | Address Value.<br><br>The Address Comparators can support implementations that use multiple address widths. When the trace unit compares the ADDRESS field with an address that has a width less than this field, then the address must be zero-extended to the ADDRESS field width. The trace unit then compares all implemented bits. For example, in a system that supports both 32-bit and 64-bit addresses, when the PE is in AArch32 state the comparator must zero-extend the 32-bit address and compare against the full 64 bits that are stored in the TRCACVR<n>. This requires that the trace analyzer always programs all implemented bits of the TRCACVR<n>.<br><br>The result of writing a value other than all zeros or all ones to ADDRESS at bits[63:P] is an **UNKNOWN** value, where P is defined as the maximum virtual address size supported by the PE.<br><br>The result of writing a value of all zeros or all ones to ADDRESS at bits[63:P] is the written value, and a read of the register returns the written value. | `64{x}` |

## Access

Must be programmed if any of the following are true:

- AArch64-TRCBBCTLR.RANGE[n/2] == 1.
- TRCRSCTLR<a>.GROUP == `0b0100` and TRCRSCTLR<a>.SAC[n] == 1.
- TRCRSCTLR<a>.GROUP == `0b0101` and TRCRSCTLR<a>.ARC[n/2] == 1.
- AArch64-TRCVIIECTLR.EXCLUDE[n/2] == 1.
- AArch64-TRCVIIECTLR.INCLUDE[n/2] == 1.
- AArch64-TRCVISSCTLR.START[n] == 1.
- AArch64-TRCVISSCTLR.STOP[n] == 1.
- TRCSSCCR<>.ARC[n/2] == 1.
- TRCSSCCR<>.SAC[n] == 1.
- AArch64-TRCQCTLR.RANGE[n/2] == 1.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

MRS <Xt>, TRCACVR3

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| `0b10` | `0b001` | `0b0010` | `0b0110` | `0b000` |

MSR TRCACVR3, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| `0b10` | `0b001` | `0b0010` | `0b0110` | `0b000` |

## Accessibility

Must be programmed if any of the following are true:

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

- AArch64-TRCBBCTLR.RANGE[n/2] == 1.
- TRCRSCTLR<a>.GROUP == 0b0100 and TRCRSCTLR<a>.SAC[n] == 1.
- TRCRSCTLR<a>.GROUP == 0b0101 and TRCRSCTLR<a>.ARC[n/2] == 1.
- AArch64-TRCVIIECTLR.EXCLUDE[n/2] == 1.
- AArch64-TRCVIIECTLR.INCLUDE[n/2] == 1.
- AArch64-TRCVISSCTLR.START[n] == 1.
- AArch64-TRCVISSCTLR.STOP[n] == 1.
- TRCSSCCR<>.ARC[n/2] == 1.
- TRCSSCCR<>.SAC[n] == 1.
- AArch64-TRCQCTLR.RANGE[n/2] == 1.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.
MRS <Xt>, TRCACVR3

```
if 3 >= NUM_TRACE_ADDRESS_COMPARATOR_PAIRS * 2 then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCACVR[3];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCACVR[3];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCACVR[3];
```

MSR TRCACVR3, <Xt>

```
if 3 >= NUM_TRACE_ADDRESS_COMPARATOR_PAIRS * 2 then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCACVR[3] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCACVR[3] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCACVR[3] = X[t, 64];
```

## B.12.47 TRCACATR3, Address Comparator Access Type Register <n>

Defines the type of access for the corresponding AArch64-TRCACVR<n> Register. This register configures the context type, Exception levels, alignment, masking that is applied by the Address Comparator, and how the Address Comparator behaves when it is one half of an Address Range Comparator.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Trace unit registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure B-249: AArch64_trcacatr3 bit assignments




### Table B-633: TRCACATR3 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:15] | RES0 | Reserved | RES0 |
| [14] | EXLEVEL_NS_EL2 | Non-secure EL2 address comparison control. Controls whether a comparison can occur at EL2 in Non-secure state.<br>`0b0`<br>The Address Comparator performs comparisons in Non-secure EL2.<br>`0b1`<br>The Address Comparator does not perform comparisons in Non-secure EL2. | x |
| [13] | EXLEVEL_NS_EL1 | Non-secure EL1 address comparison control. Controls whether a comparison can occur at EL1 in Non-secure state.<br>`0b0`<br>The Address Comparator performs comparisons in Non-secure EL1.<br>`0b1`<br>The Address Comparator does not perform comparisons in Non-secure EL1. | x |
| [12] | EXLEVEL_NS_EL0 | Non-secure EL0 address comparison control. Controls whether a comparison can occur at EL0 in Non-secure state.<br>`0b0`<br>The Address Comparator performs comparisons in Non-secure EL0.<br>`0b1`<br>The Address Comparator does not perform comparisons in Non-secure EL0. | x |
| [11] | EXLEVEL_S_EL3 | EL3 address comparison control. Controls whether a comparison can occur at EL3.<br>`0b0`<br>The Address Comparator performs comparisons in EL3.<br>`0b1`<br>The Address Comparator does not perform comparisons in EL3. | x |
| [10] | EXLEVEL_S_EL2 | Secure EL2 address comparison control. Controls whether a comparison can occur at EL2 in Secure state.<br>`0b0`<br>The Address Comparator performs comparisons in Secure EL2.<br>`0b1`<br>The Address Comparator does not perform comparisons in Secure EL2. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [9] | EXLEVEL_S_EL1 | Secure EL1 address comparison control. Controls whether a comparison can occur at EL1 in Secure state.<br>**0b0**<br>The Address Comparator performs comparisons in Secure EL1.<br>**0b1**<br>The Address Comparator does not perform comparisons in Secure EL1. | x |
| [8] | EXLEVEL_S_EL0 | Secure EL0 address comparison control. Controls whether a comparison can occur at EL0 in Secure state.<br>**0b0**<br>The Address Comparator performs comparisons in Secure EL0.<br>**0b1**<br>The Address Comparator does not perform comparisons in Secure EL0. | x |
| [7] | RES0 | Reserved | RES0 |
| [6:4] | CONTEXT | Selects a Context Identifier Comparator or Virtual Context Identifier Comparator:<br>**0b000**<br>Comparator 0.<br>The width of this field is dependent on the maximum number of Context Identifier Comparators or Virtual Context Identifier Comparators implemented. Unimplemented bits are RES0. | xxx |
| [3:2] | CONTEXTTYPE | Controls whether the Address Comparator is dependent on a Context Identifier Comparator, a Virtual Context Identifier Comparator, or both comparisons.<br>**0b00**<br>The Address Comparator is not dependent on the Context Identifier Comparators or Virtual Context Identifier Comparators.<br>**0b01**<br>The Address Comparator is dependent on the Context Identifier Comparator that TRCACATR<n>.CONTEXT specifies. The Address Comparator signals a match only if both the Context Identifier Comparator and the address comparison match.<br>**0b10**<br>The Address Comparator is dependent on the Virtual Context Identifier Comparator that TRCACATR<n>.CONTEXT specifies. The Address Comparator signals a match only if both the Virtual Context Identifier Comparator and the address comparison match.<br>**0b11**<br>The Address Comparator is dependent on the Context Identifier Comparator and Virtual Context Identifier Comparator that TRCACATR<n>.CONTEXT specifies. The Address Comparator signals a match only if the Context Identifier Comparator, the Virtual Context Identifier Comparator, and address comparison all match.<br>If AArch64-TRCIDR4.NUMCIDC == 0b0000, then bit [2] is RES0.<br>If AArch64-TRCIDR4.NUMVMIDC == 0b0000, then bit [3] is RES0. | xx |
| [1:0] | RES0 | Reserved | RES0 |

## Access

Must be programmed if any of the following are true:

- AArch64-TRCBBCTLR.RANGE[n/2] == 1.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

- TRCRSCTLR<a>.GROUP == `0b0100` and TRCRSCTLR<a>.SAC[n] == 1.
- TRCRSCTLR<a>.GROUP == `0b0101` and TRCRSCTLR<a>.ARC[n/2] == 1.
- AArch64-TRCVIIECTLR.EXCLUDE[n/2] == 1.
- AArch64-TRCVIIECTLR.INCLUDE[n/2] == 1.
- AArch64-TRCVISSCTLR.START[n] == 1.
- AArch64-TRCVISSCTLR.STOP[n] == 1.
- TRCSSCCR<>.ARC[n/2] == 1.
- TRCSSCCR<>.SAC[n] == 1.
- AArch64-TRCQCTLR.RANGE[n/2] == 1.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

MRS <Xt>, TRCACATR3

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0010 | 0b0110 | 0b010 |

MSR TRCACATR3, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0010 | 0b0110 | 0b010 |

### Accessibility

Must be programmed if any of the following are true:

- AArch64-TRCBBCTLR.RANGE[n/2] == 1.
- TRCRSCTLR<a>.GROUP == 0b0100 and TRCRSCTLR<a>.SAC[n] == 1.
- TRCRSCTLR<a>.GROUP == 0b0101 and TRCRSCTLR<a>.ARC[n/2] == 1.
- AArch64-TRCVIIECTLR.EXCLUDE[n/2] == 1.
- AArch64-TRCVIIECTLR.INCLUDE[n/2] == 1.
- AArch64-TRCVISSCTLR.START[n] == 1.
- AArch64-TRCVISSCTLR.STOP[n] == 1.
- TRCSSCCR<>.ARC[n/2] == 1.
- TRCSSCCR<>.SAC[n] == 1.
- AArch64-TRCQCTLR.RANGE[n/2] == 1.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.
MRS <Xt>, TRCACATR3

```
if 3 >= NUM_TRACE_ADDRESS_COMPARATOR_PAIRS * 2 then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCACATR[3];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCACATR[3];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCACATR[3];
```

MSR TRCACATR3, <Xt>

```
if 3 >= NUM_TRACE_ADDRESS_COMPARATOR_PAIRS * 2 then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCACATR[3] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCACATR[3] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCACATR[3] = X[t, 64];
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## B.12.48 TRCACVR4, Address Comparator Value Register <n>

Contains the address value.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Trace unit registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

---

Note

Where the reset reads xxxx, see individual bits

---

### Bit descriptions

**Figure B-250: AArch64_trcacvr4 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table B-636: TRCACVR4 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | ADDRESS | Address Value.<br><br>The Address Comparators can support implementations that use multiple address widths. When the trace unit compares the ADDRESS field with an address that has a width less than this field, then the address must be zero-extended to the ADDRESS field width. The trace unit then compares all implemented bits. For example, in a system that supports both 32-bit and 64-bit addresses, when the PE is in AArch32 state the comparator must zero-extend the 32-bit address and compare against the full 64 bits that are stored in the TRCACVR<n>. This requires that the trace analyzer always programs all implemented bits of the TRCACVR<n>.<br><br>The result of writing a value other than all zeros or all ones to ADDRESS at bits[63:P] is an **UNKNOWN** value, where P is defined as the maximum virtual address size supported by the PE.<br><br>The result of writing a value of all zeros or all ones to ADDRESS at bits[63:P] is the written value, and a read of the register returns the written value. | `64{x}` |

## Access

Must be programmed if any of the following are true:

- AArch64-TRCBBCTLR.RANGE[n/2] == 1.
- TRCRSCTLR<a>.GROUP == `0b0100` and TRCRSCTLR<a>.SAC[n] == 1.
- TRCRSCTLR<a>.GROUP == `0b0101` and TRCRSCTLR<a>.ARC[n/2] == 1.
- AArch64-TRCVIIECTLR.EXCLUDE[n/2] == 1.
- AArch64-TRCVIIECTLR.INCLUDE[n/2] == 1.
- AArch64-TRCVISSCTLR.START[n] == 1.
- AArch64-TRCVISSCTLR.STOP[n] == 1.
- TRCSSCCR<>.ARC[n/2] == 1.
- TRCSSCCR<>.SAC[n] == 1.
- AArch64-TRCQCTLR.RANGE[n/2] == 1.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

MRS <Xt>, TRCACVR4

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0010 | 0b1000 | 0b000 |

MSR TRCACVR4, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0010 | 0b1000 | 0b000 |

## Accessibility

Must be programmed if any of the following are true:

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

- AArch64-TRCBBCTLR.RANGE[n/2] == 1.
- TRCRSCTLR<a>.GROUP == 0b0100 and TRCRSCTLR<a>.SAC[n] == 1.
- TRCRSCTLR<a>.GROUP == 0b0101 and TRCRSCTLR<a>.ARC[n/2] == 1.
- AArch64-TRCVIIECTLR.EXCLUDE[n/2] == 1.
- AArch64-TRCVIIECTLR.INCLUDE[n/2] == 1.
- AArch64-TRCVISSCTLR.START[n] == 1.
- AArch64-TRCVISSCTLR.STOP[n] == 1.
- TRCSSCCR<>.ARC[n/2] == 1.
- TRCSSCCR<>.SAC[n] == 1.
- AArch64-TRCQCTLR.RANGE[n/2] == 1.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.
MRS <Xt>, TRCACVR4

```
if 4 >= NUM_TRACE_ADDRESS_COMPARATOR_PAIRS * 2 then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCACVR[4];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCACVR[4];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCACVR[4];
```

MSR TRCACVR4, <Xt>

```
if 4 >= NUM_TRACE_ADDRESS_COMPARATOR_PAIRS * 2 then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCACVR[4] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCACVR[4] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCACVR[4] = X[t, 64];
```

## B.12.49 TRCACATR4, Address Comparator Access Type Register <n>

Defines the type of access for the corresponding AArch64-TRCACVR<n> Register. This register configures the context type, Exception levels, alignment, masking that is applied by the Address Comparator, and how the Address Comparator behaves when it is one half of an Address Range Comparator.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Trace unit registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure B-251: AArch64_trcacatr4 bit assignments




### Table B-639: TRCACATR4 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:15] | **RES0** | Reserved | **RES0** |
| [14] | EXLEVEL_NS_EL2 | Non-secure EL2 address comparison control. Controls whether a comparison can occur at EL2 in Non-secure state.<br>**0b0**<br>The Address Comparator performs comparisons in Non-secure EL2.<br>**0b1**<br>The Address Comparator does not perform comparisons in Non-secure EL2. | x |
| [13] | EXLEVEL_NS_EL1 | Non-secure EL1 address comparison control. Controls whether a comparison can occur at EL1 in Non-secure state.<br>**0b0**<br>The Address Comparator performs comparisons in Non-secure EL1.<br>**0b1**<br>The Address Comparator does not perform comparisons in Non-secure EL1. | x |
| [12] | EXLEVEL_NS_EL0 | Non-secure EL0 address comparison control. Controls whether a comparison can occur at EL0 in Non-secure state.<br>**0b0**<br>The Address Comparator performs comparisons in Non-secure EL0.<br>**0b1**<br>The Address Comparator does not perform comparisons in Non-secure EL0. | x |
| [11] | EXLEVEL_S_EL3 | EL3 address comparison control. Controls whether a comparison can occur at EL3.<br>**0b0**<br>The Address Comparator performs comparisons in EL3.<br>**0b1**<br>The Address Comparator does not perform comparisons in EL3. | x |
| [10] | EXLEVEL_S_EL2 | Secure EL2 address comparison control. Controls whether a comparison can occur at EL2 in Secure state.<br>**0b0**<br>The Address Comparator performs comparisons in Secure EL2.<br>**0b1**<br>The Address Comparator does not perform comparisons in Secure EL2. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [9] | EXLEVEL_S_EL1 | Secure EL1 address comparison control. Controls whether a comparison can occur at EL1 in Secure state.<br>**0b0**<br>The Address Comparator performs comparisons in Secure EL1.<br>**0b1**<br>The Address Comparator does not perform comparisons in Secure EL1. | x |
| [8] | EXLEVEL_S_EL0 | Secure EL0 address comparison control. Controls whether a comparison can occur at EL0 in Secure state.<br>**0b0**<br>The Address Comparator performs comparisons in Secure EL0.<br>**0b1**<br>The Address Comparator does not perform comparisons in Secure EL0. | x |
| [7] | **RES0** | Reserved | **RES0** |
| [6:4] | CONTEXT | Selects a Context Identifier Comparator or Virtual Context Identifier Comparator:<br>**0b000**<br>Comparator 0.<br>The width of this field is dependent on the maximum number of Context Identifier Comparators or Virtual Context Identifier Comparators implemented. Unimplemented bits are **RES0**. | xxx |
| [3:2] | CONTEXTTYPE | Controls whether the Address Comparator is dependent on a Context Identifier Comparator, a Virtual Context Identifier Comparator, or both comparisons.<br>**0b00**<br>The Address Comparator is not dependent on the Context Identifier Comparators or Virtual Context Identifier Comparators.<br>**0b01**<br>The Address Comparator is dependent on the Context Identifier Comparator that TRCACATR<n>.CONTEXT specifies. The Address Comparator signals a match only if both the Context Identifier Comparator and the address comparison match.<br>**0b10**<br>The Address Comparator is dependent on the Virtual Context Identifier Comparator that TRCACATR<n>.CONTEXT specifies. The Address Comparator signals a match only if both the Virtual Context Identifier Comparator and the address comparison match.<br>**0b11**<br>The Address Comparator is dependent on the Context Identifier Comparator and Virtual Context Identifier Comparator that TRCACATR<n>.CONTEXT specifies. The Address Comparator signals a match only if the Context Identifier Comparator, the Virtual Context Identifier Comparator, and address comparison all match.<br>If AArch64-TRCIDR4.NUMCIDC == `0b0000`, then bit [2] is **RES0**.<br>If AArch64-TRCIDR4.NUMVMIDC == `0b0000`, then bit [3] is **RES0**. | xx |
| [1:0] | **RES0** | Reserved | **RES0** |

## Access

Must be programmed if any of the following are true:

- AArch64-TRCBBCTLR.RANGE[n/2] == 1.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

- TRCRSCTLR<a>.GROUP == `0b0100` and TRCRSCTLR<a>.SAC[n] == 1.
- TRCRSCTLR<a>.GROUP == `0b0101` and TRCRSCTLR<a>.ARC[n/2] == 1.
- AArch64-TRCVIIECTLR.EXCLUDE[n/2] == 1.
- AArch64-TRCVIIECTLR.INCLUDE[n/2] == 1.
- AArch64-TRCVISSCTLR.START[n] == 1.
- AArch64-TRCVISSCTLR.STOP[n] == 1.
- TRCSSCCR<>.ARC[n/2] == 1.
- TRCSSCCR<>.SAC[n] == 1.
- AArch64-TRCQCTLR.RANGE[n/2] == 1.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

MRS <Xt>, TRCACATR4

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0010 | 0b1000 | 0b010 |

MSR TRCACATR4, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0010 | 0b1000 | 0b010 |

### Accessibility

Must be programmed if any of the following are true:

- AArch64-TRCBBCTLR.RANGE[n/2] == 1.
- TRCRSCTLR<a>.GROUP == 0b0100 and TRCRSCTLR<a>.SAC[n] == 1.
- TRCRSCTLR<a>.GROUP == 0b0101 and TRCRSCTLR<a>.ARC[n/2] == 1.
- AArch64-TRCVIIECTLR.EXCLUDE[n/2] == 1.
- AArch64-TRCVIIECTLR.INCLUDE[n/2] == 1.
- AArch64-TRCVISSCTLR.START[n] == 1.
- AArch64-TRCVISSCTLR.STOP[n] == 1.
- TRCSSCCR<>.ARC[n/2] == 1.
- TRCSSCCR<>.SAC[n] == 1.
- AArch64-TRCQCTLR.RANGE[n/2] == 1.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.
MRS <Xt>, TRCACATR4

```
if 4 >= NUM_TRACE_ADDRESS_COMPARATOR_PAIRS * 2 then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCACATR[4];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCACATR[4];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCACATR[4];
```

MSR TRCACATR4, <Xt>

```
if 4 >= NUM_TRACE_ADDRESS_COMPARATOR_PAIRS * 2 then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCACATR[4] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCACATR[4] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCACATR[4] = X[t, 64];
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## B.12.50 TRCACVR5, Address Comparator Value Register <n>

Contains the address value.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Trace unit registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

---

Note

Where the reset reads xxxx, see individual bits

---

### Bit descriptions

**Figure B-252: AArch64_trcacvr5 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table B-642: TRCACVR5 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | ADDRESS | Address Value.<br><br>The Address Comparators can support implementations that use multiple address widths. When the trace unit compares the ADDRESS field with an address that has a width less than this field, then the address must be zero-extended to the ADDRESS field width. The trace unit then compares all implemented bits. For example, in a system that supports both 32-bit and 64-bit addresses, when the PE is in AArch32 state the comparator must zero-extend the 32-bit address and compare against the full 64 bits that are stored in the TRCACVR<n>. This requires that the trace analyzer always programs all implemented bits of the TRCACVR<n>.<br><br>The result of writing a value other than all zeros or all ones to ADDRESS at bits[63:P] is an **UNKNOWN** value, where P is defined as the maximum virtual address size supported by the PE.<br><br>The result of writing a value of all zeros or all ones to ADDRESS at bits[63:P] is the written value, and a read of the register returns the written value. | `64{x}` |

## Access

Must be programmed if any of the following are true:

- AArch64-TRCBBCTLR.RANGE[n/2] == 1.
- TRCRSCTLR<a>.GROUP == `0b0100` and TRCRSCTLR<a>.SAC[n] == 1.
- TRCRSCTLR<a>.GROUP == `0b0101` and TRCRSCTLR<a>.ARC[n/2] == 1.
- AArch64-TRCVIIECTLR.EXCLUDE[n/2] == 1.
- AArch64-TRCVIIECTLR.INCLUDE[n/2] == 1.
- AArch64-TRCVISSCTLR.START[n] == 1.
- AArch64-TRCVISSCTLR.STOP[n] == 1.
- TRCSSCCR<>.ARC[n/2] == 1.
- TRCSSCCR<>.SAC[n] == 1.
- AArch64-TRCQCTLR.RANGE[n/2] == 1.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

MRS <Xt>, TRCACVR5

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| `0b10` | `0b001` | `0b0010` | `0b1010` | `0b000` |

MSR TRCACVR5, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| `0b10` | `0b001` | `0b0010` | `0b1010` | `0b000` |

## Accessibility

Must be programmed if any of the following are true:

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

- AArch64-TRCBBCTLR.RANGE[n/2] == 1.
- TRCRSCTLR<a>.GROUP == 0b0100 and TRCRSCTLR<a>.SAC[n] == 1.
- TRCRSCTLR<a>.GROUP == 0b0101 and TRCRSCTLR<a>.ARC[n/2] == 1.
- AArch64-TRCVIIECTLR.EXCLUDE[n/2] == 1.
- AArch64-TRCVIIECTLR.INCLUDE[n/2] == 1.
- AArch64-TRCVISSCTLR.START[n] == 1.
- AArch64-TRCVISSCTLR.STOP[n] == 1.
- TRCSSCCR<>.ARC[n/2] == 1.
- TRCSSCCR<>.SAC[n] == 1.
- AArch64-TRCQCTLR.RANGE[n/2] == 1.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.
MRS <Xt>, TRCACVR5

```
if 5 >= NUM_TRACE_ADDRESS_COMPARATOR_PAIRS * 2 then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCACVR[5];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCACVR[5];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCACVR[5];
```

MSR TRCACVR5, <Xt>

```
if 5 >= NUM_TRACE_ADDRESS_COMPARATOR_PAIRS * 2 then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCACVR[5] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCACVR[5] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCACVR[5] = X[t, 64];
```

## B.12.51 TRCACATR5, Address Comparator Access Type Register <n>

Defines the type of access for the corresponding AArch64-TRCACVR<n> Register. This register configures the context type, Exception levels, alignment, masking that is applied by the Address Comparator, and how the Address Comparator behaves when it is one half of an Address Range Comparator.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Trace unit registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure B-253: AArch64_trcacatr5 bit assignments




### Table B-645: TRCACATR5 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:15] | **RES0** | Reserved | **RES0** |
| [14] | EXLEVEL_NS_EL2 | Non-secure EL2 address comparison control. Controls whether a comparison can occur at EL2 in Non-secure state.<br>**0b0**<br>The Address Comparator performs comparisons in Non-secure EL2.<br>**0b1**<br>The Address Comparator does not perform comparisons in Non-secure EL2. | x |
| [13] | EXLEVEL_NS_EL1 | Non-secure EL1 address comparison control. Controls whether a comparison can occur at EL1 in Non-secure state.<br>**0b0**<br>The Address Comparator performs comparisons in Non-secure EL1.<br>**0b1**<br>The Address Comparator does not perform comparisons in Non-secure EL1. | x |
| [12] | EXLEVEL_NS_EL0 | Non-secure EL0 address comparison control. Controls whether a comparison can occur at EL0 in Non-secure state.<br>**0b0**<br>The Address Comparator performs comparisons in Non-secure EL0.<br>**0b1**<br>The Address Comparator does not perform comparisons in Non-secure EL0. | x |
| [11] | EXLEVEL_S_EL3 | EL3 address comparison control. Controls whether a comparison can occur at EL3.<br>**0b0**<br>The Address Comparator performs comparisons in EL3.<br>**0b1**<br>The Address Comparator does not perform comparisons in EL3. | x |
| [10] | EXLEVEL_S_EL2 | Secure EL2 address comparison control. Controls whether a comparison can occur at EL2 in Secure state.<br>**0b0**<br>The Address Comparator performs comparisons in Secure EL2.<br>**0b1**<br>The Address Comparator does not perform comparisons in Secure EL2. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [9] | EXLEVEL_S_EL1 | Secure EL1 address comparison control. Controls whether a comparison can occur at EL1 in Secure state.<br>**0b0**<br>The Address Comparator performs comparisons in Secure EL1.<br>**0b1**<br>The Address Comparator does not perform comparisons in Secure EL1. | x |
| [8] | EXLEVEL_S_EL0 | Secure EL0 address comparison control. Controls whether a comparison can occur at EL0 in Secure state.<br>**0b0**<br>The Address Comparator performs comparisons in Secure EL0.<br>**0b1**<br>The Address Comparator does not perform comparisons in Secure EL0. | x |
| [7] | **RES0** | Reserved | **RES0** |
| [6:4] | CONTEXT | Selects a Context Identifier Comparator or Virtual Context Identifier Comparator:<br>**0b000**<br>Comparator 0.<br>The width of this field is dependent on the maximum number of Context Identifier Comparators or Virtual Context Identifier Comparators implemented. Unimplemented bits are **RES0**. | xxx |
| [3:2] | CONTEXTTYPE | Controls whether the Address Comparator is dependent on a Context Identifier Comparator, a Virtual Context Identifier Comparator, or both comparisons.<br>**0b00**<br>The Address Comparator is not dependent on the Context Identifier Comparators or Virtual Context Identifier Comparators.<br>**0b01**<br>The Address Comparator is dependent on the Context Identifier Comparator that TRCACATR<n>.CONTEXT specifies. The Address Comparator signals a match only if both the Context Identifier Comparator and the address comparison match.<br>**0b10**<br>The Address Comparator is dependent on the Virtual Context Identifier Comparator that TRCACATR<n>.CONTEXT specifies. The Address Comparator signals a match only if both the Virtual Context Identifier Comparator and the address comparison match.<br>**0b11**<br>The Address Comparator is dependent on the Context Identifier Comparator and Virtual Context Identifier Comparator that TRCACATR<n>.CONTEXT specifies. The Address Comparator signals a match only if the Context Identifier Comparator, the Virtual Context Identifier Comparator, and address comparison all match.<br>If AArch64-TRCIDR4.NUMCIDC == 0b0000, then bit [2] is **RES0**.<br>If AArch64-TRCIDR4.NUMVMIDC == 0b0000, then bit [3] is **RES0**. | xx |
| [1:0] | **RES0** | Reserved | **RES0** |

## Access

Must be programmed if any of the following are true:

- AArch64-TRCBBCTLR.RANGE[n/2] == 1.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

- TRCRSCTLR<a>.GROUP == `0b0100` and TRCRSCTLR<a>.SAC[n] == 1.
- TRCRSCTLR<a>.GROUP == `0b0101` and TRCRSCTLR<a>.ARC[n/2] == 1.
- AArch64-TRCVIIECTLR.EXCLUDE[n/2] == 1.
- AArch64-TRCVIIECTLR.INCLUDE[n/2] == 1.
- AArch64-TRCVISSCTLR.START[n] == 1.
- AArch64-TRCVISSCTLR.STOP[n] == 1.
- TRCSSCCR<>.ARC[n/2] == 1.
- TRCSSCCR<>.SAC[n] == 1.
- AArch64-TRCQCTLR.RANGE[n/2] == 1.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

MRS <Xt>, TRCACATR5

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0010 | 0b1010 | 0b010 |

MSR TRCACATR5, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0010 | 0b1010 | 0b010 |

## Accessibility

Must be programmed if any of the following are true:

- AArch64-TRCBBCTLR.RANGE[n/2] == 1.
- TRCRSCTLR<a>.GROUP == 0b0100 and TRCRSCTLR<a>.SAC[n] == 1.
- TRCRSCTLR<a>.GROUP == 0b0101 and TRCRSCTLR<a>.ARC[n/2] == 1.
- AArch64-TRCVIIECTLR.EXCLUDE[n/2] == 1.
- AArch64-TRCVIIECTLR.INCLUDE[n/2] == 1.
- AArch64-TRCVISSCTLR.START[n] == 1.
- AArch64-TRCVISSCTLR.STOP[n] == 1.
- TRCSSCCR<>.ARC[n/2] == 1.
- TRCSSCCR<>.SAC[n] == 1.
- AArch64-TRCQCTLR.RANGE[n/2] == 1.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.
MRS <Xt>, TRCACATR5

```
if 5 >= NUM_TRACE_ADDRESS_COMPARATOR_PAIRS * 2 then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCACATR[5];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCACATR[5];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCACATR[5];
```

MSR TRCACATR5, <Xt>

```
if 5 >= NUM_TRACE_ADDRESS_COMPARATOR_PAIRS * 2 then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCACATR[5] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCACATR[5] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCACATR[5] = X[t, 64];
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## B.12.52 TRCACVR6, Address Comparator Value Register <n>

Contains the address value.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Trace unit registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

---

Note

Where the reset reads xxxx, see individual bits

---

### Bit descriptions

**Figure B-254: AArch64_trcacvr6 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table B-648: TRCACVR6 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | ADDRESS | Address Value.<br><br>The Address Comparators can support implementations that use multiple address widths. When the trace unit compares the ADDRESS field with an address that has a width less than this field, then the address must be zero-extended to the ADDRESS field width. The trace unit then compares all implemented bits. For example, in a system that supports both 32-bit and 64-bit addresses, when the PE is in AArch32 state the comparator must zero-extend the 32-bit address and compare against the full 64 bits that are stored in the TRCACVR<n>. This requires that the trace analyzer always programs all implemented bits of the TRCACVR<n>.<br><br>The result of writing a value other than all zeros or all ones to ADDRESS at bits[63:P] is an **UNKNOWN** value, where P is defined as the maximum virtual address size supported by the PE.<br><br>The result of writing a value of all zeros or all ones to ADDRESS at bits[63:P] is the written value, and a read of the register returns the written value. | `64{x}` |

## Access

Must be programmed if any of the following are true:

- AArch64-TRCBBCTLR.RANGE[n/2] == 1.
- TRCRSCTLR<a>.GROUP == `0b0100` and TRCRSCTLR<a>.SAC[n] == 1.
- TRCRSCTLR<a>.GROUP == `0b0101` and TRCRSCTLR<a>.ARC[n/2] == 1.
- AArch64-TRCVIIECTLR.EXCLUDE[n/2] == 1.
- AArch64-TRCVIIECTLR.INCLUDE[n/2] == 1.
- AArch64-TRCVISSCTLR.START[n] == 1.
- AArch64-TRCVISSCTLR.STOP[n] == 1.
- TRCSSCCR<>.ARC[n/2] == 1.
- TRCSSCCR<>.SAC[n] == 1.
- AArch64-TRCQCTLR.RANGE[n/2] == 1.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

MRS <Xt>, TRCACVR6

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| `0b10` | `0b001` | `0b0010` | `0b1100` | `0b000` |

MSR TRCACVR6, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| `0b10` | `0b001` | `0b0010` | `0b1100` | `0b000` |

## Accessibility

Must be programmed if any of the following are true:

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

- AArch64-TRCBBCTLR.RANGE[n/2] == 1.
- TRCRSCTLR<a>.GROUP == 0b0100 and TRCRSCTLR<a>.SAC[n] == 1.
- TRCRSCTLR<a>.GROUP == 0b0101 and TRCRSCTLR<a>.ARC[n/2] == 1.
- AArch64-TRCVIIECTLR.EXCLUDE[n/2] == 1.
- AArch64-TRCVIIECTLR.INCLUDE[n/2] == 1.
- AArch64-TRCVISSCTLR.START[n] == 1.
- AArch64-TRCVISSCTLR.STOP[n] == 1.
- TRCSSCCR<>.ARC[n/2] == 1.
- TRCSSCCR<>.SAC[n] == 1.
- AArch64-TRCQCTLR.RANGE[n/2] == 1.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.
MRS <Xt>, TRCACVR6

```
if 6 >= NUM_TRACE_ADDRESS_COMPARATOR_PAIRS * 2 then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCACVR[6];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCACVR[6];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCACVR[6];
```

MSR TRCACVR6, <Xt>

```
if 6 >= NUM_TRACE_ADDRESS_COMPARATOR_PAIRS * 2 then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCACVR[6] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCACVR[6] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCACVR[6] = X[t, 64];
```

## B.12.53 TRCACATR6, Address Comparator Access Type Register <n>

Defines the type of access for the corresponding AArch64-TRCACVR<n> Register. This register configures the context type, Exception levels, alignment, masking that is applied by the Address Comparator, and how the Address Comparator behaves when it is one half of an Address Range Comparator.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Trace unit registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure B-255: AArch64_trcacatr6 bit assignments




### Table B-651: TRCACATR6 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:15] | **RES0** | Reserved | **RES0** |
| [14] | EXLEVEL_NS_EL2 | Non-secure EL2 address comparison control. Controls whether a comparison can occur at EL2 in Non-secure state.<br>**0b0**<br>The Address Comparator performs comparisons in Non-secure EL2.<br>**0b1**<br>The Address Comparator does not perform comparisons in Non-secure EL2. | x |
| [13] | EXLEVEL_NS_EL1 | Non-secure EL1 address comparison control. Controls whether a comparison can occur at EL1 in Non-secure state.<br>**0b0**<br>The Address Comparator performs comparisons in Non-secure EL1.<br>**0b1**<br>The Address Comparator does not perform comparisons in Non-secure EL1. | x |
| [12] | EXLEVEL_NS_EL0 | Non-secure EL0 address comparison control. Controls whether a comparison can occur at EL0 in Non-secure state.<br>**0b0**<br>The Address Comparator performs comparisons in Non-secure EL0.<br>**0b1**<br>The Address Comparator does not perform comparisons in Non-secure EL0. | x |
| [11] | EXLEVEL_S_EL3 | EL3 address comparison control. Controls whether a comparison can occur at EL3.<br>**0b0**<br>The Address Comparator performs comparisons in EL3.<br>**0b1**<br>The Address Comparator does not perform comparisons in EL3. | x |
| [10] | EXLEVEL_S_EL2 | Secure EL2 address comparison control. Controls whether a comparison can occur at EL2 in Secure state.<br>**0b0**<br>The Address Comparator performs comparisons in Secure EL2.<br>**0b1**<br>The Address Comparator does not perform comparisons in Secure EL2. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [9] | EXLEVEL_S_EL1 | Secure EL1 address comparison control. Controls whether a comparison can occur at EL1 in Secure state.<br>**0b0**<br>The Address Comparator performs comparisons in Secure EL1.<br>**0b1**<br>The Address Comparator does not perform comparisons in Secure EL1. | x |
| [8] | EXLEVEL_S_EL0 | Secure EL0 address comparison control. Controls whether a comparison can occur at EL0 in Secure state.<br>**0b0**<br>The Address Comparator performs comparisons in Secure EL0.<br>**0b1**<br>The Address Comparator does not perform comparisons in Secure EL0. | x |
| [7] | **RES0** | Reserved | **RES0** |
| [6:4] | CONTEXT | Selects a Context Identifier Comparator or Virtual Context Identifier Comparator:<br>**0b000**<br>Comparator 0.<br>The width of this field is dependent on the maximum number of Context Identifier Comparators or Virtual Context Identifier Comparators implemented. Unimplemented bits are **RES0**. | xxx |
| [3:2] | CONTEXTTYPE | Controls whether the Address Comparator is dependent on a Context Identifier Comparator, a Virtual Context Identifier Comparator, or both comparisons.<br>**0b00**<br>The Address Comparator is not dependent on the Context Identifier Comparators or Virtual Context Identifier Comparators.<br>**0b01**<br>The Address Comparator is dependent on the Context Identifier Comparator that TRCACATR<n>.CONTEXT specifies. The Address Comparator signals a match only if both the Context Identifier Comparator and the address comparison match.<br>**0b10**<br>The Address Comparator is dependent on the Virtual Context Identifier Comparator that TRCACATR<n>.CONTEXT specifies. The Address Comparator signals a match only if both the Virtual Context Identifier Comparator and the address comparison match.<br>**0b11**<br>The Address Comparator is dependent on the Context Identifier Comparator and Virtual Context Identifier Comparator that TRCACATR<n>.CONTEXT specifies. The Address Comparator signals a match only if the Context Identifier Comparator, the Virtual Context Identifier Comparator, and address comparison all match.<br>If AArch64-TRCIDR4.NUMCIDC == 0b0000, then bit [2] is **RES0**.<br>If AArch64-TRCIDR4.NUMVMIDC == 0b0000, then bit [3] is **RES0**. | xx |
| [1:0] | **RES0** | Reserved | **RES0** |

## Access

Must be programmed if any of the following are true:

- AArch64-TRCBBCTLR.RANGE[n/2] == 1.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

- TRCRSCTLR<a>.GROUP == 0b0100 and TRCRSCTLR<a>.SAC[n] == 1.
- TRCRSCTLR<a>.GROUP == 0b0101 and TRCRSCTLR<a>.ARC[n/2] == 1.
- AArch64-TRCVIIECTLR.EXCLUDE[n/2] == 1.
- AArch64-TRCVIIECTLR.INCLUDE[n/2] == 1.
- AArch64-TRCVISSCTLR.START[n] == 1.
- AArch64-TRCVISSCTLR.STOP[n] == 1.
- TRCSSCCR<>.ARC[n/2] == 1.
- TRCSSCCR<>.SAC[n] == 1.
- AArch64-TRCQCTLR.RANGE[n/2] == 1.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

MRS <Xt>, TRCACATR6

| op0 | op1 | CRn | CRm | op2 |
| --- | --- | --- | --- | --- |
| 0b10 | 0b001 | 0b0010 | 0b1100 | 0b010 |

MSR TRCACATR6, <Xt>

| op0 | op1 | CRn | CRm | op2 |
| --- | --- | --- | --- | --- |
| 0b10 | 0b001 | 0b0010 | 0b1100 | 0b010 |

### Accessibility

Must be programmed if any of the following are true:

- AArch64-TRCBBCTLR.RANGE[n/2] == 1.
- TRCRSCTLR<a>.GROUP == 0b0100 and TRCRSCTLR<a>.SAC[n] == 1.
- TRCRSCTLR<a>.GROUP == 0b0101 and TRCRSCTLR<a>.ARC[n/2] == 1.
- AArch64-TRCVIIECTLR.EXCLUDE[n/2] == 1.
- AArch64-TRCVIIECTLR.INCLUDE[n/2] == 1.
- AArch64-TRCVISSCTLR.START[n] == 1.
- AArch64-TRCVISSCTLR.STOP[n] == 1.
- TRCSSCCR<>.ARC[n/2] == 1.
- TRCSSCCR<>.SAC[n] == 1.
- AArch64-TRCQCTLR.RANGE[n/2] == 1.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.
MRS <Xt>, TRCACATR6

```
if 6 >= NUM_TRACE_ADDRESS_COMPARATOR_PAIRS * 2 then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCACATR[6];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCACATR[6];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCACATR[6];
```

MSR TRCACATR6, <Xt>

```
if 6 >= NUM_TRACE_ADDRESS_COMPARATOR_PAIRS * 2 then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCACATR[6] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCACATR[6] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCACATR[6] = X[t, 64];
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## B.12.54 TRCACVR7, Address Comparator Value Register <n>

Contains the address value.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Trace unit registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-256: AArch64_trcacvr7 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table B-654: TRCACVR7 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | ADDRESS | Address Value.<br><br>The Address Comparators can support implementations that use multiple address widths. When the trace unit compares the ADDRESS field with an address that has a width less than this field, then the address must be zero-extended to the ADDRESS field width. The trace unit then compares all implemented bits. For example, in a system that supports both 32-bit and 64-bit addresses, when the PE is in AArch32 state the comparator must zero-extend the 32-bit address and compare against the full 64 bits that are stored in the TRCACVR<n>. This requires that the trace analyzer always programs all implemented bits of the TRCACVR<n>.<br><br>The result of writing a value other than all zeros or all ones to ADDRESS at bits[63:P] is an **UNKNOWN** value, where P is defined as the maximum virtual address size supported by the PE.<br><br>The result of writing a value of all zeros or all ones to ADDRESS at bits[63:P] is the written value, and a read of the register returns the written value. | `64{x}` |

## Access

Must be programmed if any of the following are true:

- AArch64-TRCBBCTLR.RANGE[n/2] == 1.
- TRCRSCTLR<a>.GROUP == `0b0100` and TRCRSCTLR<a>.SAC[n] == 1.
- TRCRSCTLR<a>.GROUP == `0b0101` and TRCRSCTLR<a>.ARC[n/2] == 1.
- AArch64-TRCVIIECTLR.EXCLUDE[n/2] == 1.
- AArch64-TRCVIIECTLR.INCLUDE[n/2] == 1.
- AArch64-TRCVISSCTLR.START[n] == 1.
- AArch64-TRCVISSCTLR.STOP[n] == 1.
- TRCSSCCR<>.ARC[n/2] == 1.
- TRCSSCCR<>.SAC[n] == 1.
- AArch64-TRCQCTLR.RANGE[n/2] == 1.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

MRS <Xt>, TRCACVR7

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| `0b10` | `0b001` | `0b0010` | `0b1110` | `0b000` |

MSR TRCACVR7, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| `0b10` | `0b001` | `0b0010` | `0b1110` | `0b000` |

## Accessibility

Must be programmed if any of the following are true:

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

- AArch64-TRCBBCTLR.RANGE[n/2] == 1.
- TRCRSCTLR<a>.GROUP == 0b0100 and TRCRSCTLR<a>.SAC[n] == 1.
- TRCRSCTLR<a>.GROUP == 0b0101 and TRCRSCTLR<a>.ARC[n/2] == 1.
- AArch64-TRCVIIECTLR.EXCLUDE[n/2] == 1.
- AArch64-TRCVIIECTLR.INCLUDE[n/2] == 1.
- AArch64-TRCVISSCTLR.START[n] == 1.
- AArch64-TRCVISSCTLR.STOP[n] == 1.
- TRCSSCCR<>.ARC[n/2] == 1.
- TRCSSCCR<>.SAC[n] == 1.
- AArch64-TRCQCTLR.RANGE[n/2] == 1.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.
MRS <Xt>, TRCACVR7

```
if 7 >= NUM_TRACE_ADDRESS_COMPARATOR_PAIRS * 2 then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCACVR[7];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCACVR[7];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCACVR[7];
```

MSR TRCACVR7, <Xt>

```
if 7 >= NUM_TRACE_ADDRESS_COMPARATOR_PAIRS * 2 then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCACVR[7] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCACVR[7] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCACVR[7] = X[t, 64];
```

## B.12.55 TRCACATR7, Address Comparator Access Type Register <n>

Defines the type of access for the corresponding AArch64-TRCACVR<n> Register. This register configures the context type, Exception levels, alignment, masking that is applied by the Address Comparator, and how the Address Comparator behaves when it is one half of an Address Range Comparator.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Trace unit registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note: Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure B-257: AArch64_trcacatr7 bit assignments




**Table B-657: TRCACATR7 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:15] | **RES0** | Reserved | **RES0** |
| [14] | EXLEVEL_NS_EL2 | Non-secure EL2 address comparison control. Controls whether a comparison can occur at EL2 in Non-secure state.<br>**0b0**<br>The Address Comparator performs comparisons in Non-secure EL2.<br>**0b1**<br>The Address Comparator does not perform comparisons in Non-secure EL2. | x |
| [13] | EXLEVEL_NS_EL1 | Non-secure EL1 address comparison control. Controls whether a comparison can occur at EL1 in Non-secure state.<br>**0b0**<br>The Address Comparator performs comparisons in Non-secure EL1.<br>**0b1**<br>The Address Comparator does not perform comparisons in Non-secure EL1. | x |
| [12] | EXLEVEL_NS_EL0 | Non-secure EL0 address comparison control. Controls whether a comparison can occur at EL0 in Non-secure state.<br>**0b0**<br>The Address Comparator performs comparisons in Non-secure EL0.<br>**0b1**<br>The Address Comparator does not perform comparisons in Non-secure EL0. | x |
| [11] | EXLEVEL_S_EL3 | EL3 address comparison control. Controls whether a comparison can occur at EL3.<br>**0b0**<br>The Address Comparator performs comparisons in EL3.<br>**0b1**<br>The Address Comparator does not perform comparisons in EL3. | x |
| [10] | EXLEVEL_S_EL2 | Secure EL2 address comparison control. Controls whether a comparison can occur at EL2 in Secure state.<br>**0b0**<br>The Address Comparator performs comparisons in Secure EL2.<br>**0b1**<br>The Address Comparator does not perform comparisons in Secure EL2. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [9] | EXLEVEL_S_EL1 | Secure EL1 address comparison control. Controls whether a comparison can occur at EL1 in Secure state.<br>**0b0**<br>The Address Comparator performs comparisons in Secure EL1.<br>**0b1**<br>The Address Comparator does not perform comparisons in Secure EL1. | x |
| [8] | EXLEVEL_S_EL0 | Secure EL0 address comparison control. Controls whether a comparison can occur at EL0 in Secure state.<br>**0b0**<br>The Address Comparator performs comparisons in Secure EL0.<br>**0b1**<br>The Address Comparator does not perform comparisons in Secure EL0. | x |
| [7] | **RES0** | Reserved | **RES0** |
| [6:4] | CONTEXT | Selects a Context Identifier Comparator or Virtual Context Identifier Comparator:<br>**0b000**<br>Comparator 0.<br>The width of this field is dependent on the maximum number of Context Identifier Comparators or Virtual Context Identifier Comparators implemented. Unimplemented bits are **RES0**. | xxx |
| [3:2] | CONTEXTTYPE | Controls whether the Address Comparator is dependent on a Context Identifier Comparator, a Virtual Context Identifier Comparator, or both comparisons.<br>**0b00**<br>The Address Comparator is not dependent on the Context Identifier Comparators or Virtual Context Identifier Comparators.<br>**0b01**<br>The Address Comparator is dependent on the Context Identifier Comparator that TRCACATR<n>.CONTEXT specifies. The Address Comparator signals a match only if both the Context Identifier Comparator and the address comparison match.<br>**0b10**<br>The Address Comparator is dependent on the Virtual Context Identifier Comparator that TRCACATR<n>.CONTEXT specifies. The Address Comparator signals a match only if both the Virtual Context Identifier Comparator and the address comparison match.<br>**0b11**<br>The Address Comparator is dependent on the Context Identifier Comparator and Virtual Context Identifier Comparator that TRCACATR<n>.CONTEXT specifies. The Address Comparator signals a match only if the Context Identifier Comparator, the Virtual Context Identifier Comparator, and address comparison all match.<br>If AArch64-TRCIDR4.NUMCIDC == `0b0000`, then bit [2] is **RES0**.<br>If AArch64-TRCIDR4.NUMVMIDC == `0b0000`, then bit [3] is **RES0**. | xx |
| [1:0] | **RES0** | Reserved | **RES0** |

## Access

Must be programmed if any of the following are true:

- AArch64-TRCBBCTLR.RANGE[n/2] == 1.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

- TRCRSCTLR<a>.GROUP == `0b0100` and TRCRSCTLR<a>.SAC[n] == 1.
- TRCRSCTLR<a>.GROUP == `0b0101` and TRCRSCTLR<a>.ARC[n/2] == 1.
- AArch64-TRCVIIECTLR.EXCLUDE[n/2] == 1.
- AArch64-TRCVIIECTLR.INCLUDE[n/2] == 1.
- AArch64-TRCVISSCTLR.START[n] == 1.
- AArch64-TRCVISSCTLR.STOP[n] == 1.
- TRCSSCCR<>.ARC[n/2] == 1.
- TRCSSCCR<>.SAC[n] == 1.
- AArch64-TRCQCTLR.RANGE[n/2] == 1.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

MRS <Xt>, TRCACATR7

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0010 | 0b1110 | 0b010 |

MSR TRCACATR7, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0010 | 0b1110 | 0b010 |

## Accessibility

Must be programmed if any of the following are true:

- AArch64-TRCBBCTLR.RANGE[n/2] == 1.
- TRCRSCTLR<a>.GROUP == 0b0100 and TRCRSCTLR<a>.SAC[n] == 1.
- TRCRSCTLR<a>.GROUP == 0b0101 and TRCRSCTLR<a>.ARC[n/2] == 1.
- AArch64-TRCVIIECTLR.EXCLUDE[n/2] == 1.
- AArch64-TRCVIIECTLR.INCLUDE[n/2] == 1.
- AArch64-TRCVISSCTLR.START[n] == 1.
- AArch64-TRCVISSCTLR.STOP[n] == 1.
- TRCSSCCR<>.ARC[n/2] == 1.
- TRCSSCCR<>.SAC[n] == 1.
- AArch64-TRCQCTLR.RANGE[n/2] == 1.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.
MRS <Xt>, TRCACATR7

```
if 7 >= NUM_TRACE_ADDRESS_COMPARATOR_PAIRS * 2 then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCACATR[7];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCACATR[7];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCACATR[7];
```

MSR TRCACATR7, <Xt>

```
if 7 >= NUM_TRACE_ADDRESS_COMPARATOR_PAIRS * 2 then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCACATR[7] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCACATR[7] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCACATR[7] = X[t, 64];
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## B.12.56 TRCCIDCVR0, Context Identifier Comparator Value Registers <n>

Contains a Context identifier value.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Trace unit registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-258: AArch64_trccidcvr0 bit assignments**




**Table B-660: TRCCIDCVR0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | VALUE | Context identifier value. The width of this field is indicated by AArch64-TRCIDR2.CIDSIZE. Unimplemented bits are **RES0**. After a PE Reset, the trace unit assumes that the Context identifier is zero until the PE updates the Context identifier. | `64{x}` |

### Access

Must be programmed if any of the following are true:

- TRCRSCTLR<a>.GROUP == `0b0110` and TRCRSCTLR<a>.CID[n] == 1.
- TRCACATR<a>.CONTEXTTYPE == `0b01` or `0b11` and TRCACATR<a>.CONTEXT == n.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

MRS <Xt>, TRCCIDCVR0

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0011 | 0b0000 | 0b000 |

MSR TRCCIDCVR0, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0011 | 0b0000 | 0b000 |

## Accessibility

Must be programmed if any of the following are true:

- TRCRSCTLR<a>.GROUP == 0b0110 and TRCRSCTLR<a>.CID[n] == 1.
- TRCACATR<a>.CONTEXTTYPE == 0b01 or 0b11 and TRCACATR<a>.CONTEXT == n.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.
MRS <Xt>, TRCCIDCVR0

```
if 0 >= NUM_TRACE_CONTEXT_IDENTIFIER_COMPARATORS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCCIDCVR[0];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCCIDCVR[0];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCCIDCVR[0];
```

MSR TRCCIDCVR0, <Xt>

```
if 0 >= NUM_TRACE_CONTEXT_IDENTIFIER_COMPARATORS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCCIDCVR[0] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCCIDCVR[0] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCCIDCVR[0] = X[t, 64];
```

## B.12.57 TRCVMIDCVR0, Virtual Context Identifier Comparator Value Register <n>

Contains the Virtual Context Identifier Comparator value.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Trace unit registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note: Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure B-259: AArch64_trcvmidcvr0 bit assignments




**Table B-663: TRCVMIDCVR0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | VALUE | Virtual context identifier value. The width of this field is indicated by AArch64-TRCIDR2.VMIDSIZE. Unimplemented bits are **RES0**. After a PE Reset, the trace unit assumes that the Virtual context identifier is zero until the PE updates the Virtual context identifier . | `64{x}` |

## Access

Must be programmed if any of the following are true:

- TRCRSCTLR<a>.GROUP == `0b0111` and TRCRSCTLR<a>.VMID[n] == 1.
- TRCACATR<a>.CONTEXTTYPE == `0b10` or `0b11` and TRCACATR<a>.CONTEXT == n.

MRS <Xt>, TRCVMIDCVR0

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0011 | 0b0000 | 0b001 |

MSR TRCVMIDCVR0, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b10 | 0b001 | 0b0011 | 0b0000 | 0b001 |

## Accessibility

Must be programmed if any of the following are true:

- TRCRSCTLR<a>.GROUP == 0b0111 and TRCRSCTLR<a>.VMID[n] == 1.
- TRCACATR<a>.CONTEXTTYPE == 0b10 or 0b11 and TRCACATR<a>.CONTEXT == n.

MRS <Xt>, TRCVMIDCVR0

```
if 0 >= NUM_TRACE_VIRTUAL_CONTEXT_IDENTIFIER_COMPARATORS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCVMIDCVR[0];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCVMIDCVR[0];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = TRCVMIDCVR[0];
```

MSR TRCVMIDCVR0, <Xt>

```
if 0 >= NUM_TRACE_VIRTUAL_CONTEXT_IDENTIFIER_COMPARATORS then
    UNDEFINED;
elsif PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if CPACR_EL1.TTA == '1' then
        AArch64.SystemAccessTrap(EL1, 0x18);
    elsif EL2Enabled() && CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCVMIDCVR[0] = X[t, 64];
elsif PSTATE.EL == EL2 then
    if CPTR_EL2.TTA == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif CPTR_EL3.TTA == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCVMIDCVR[0] = X[t, 64];
elsif PSTATE.EL == EL3 then
    if CPTR_EL3.TTA == '1' then
        AArch64.SystemAccessTrap(EL3, 0x18);
    else
        TRCVMIDCVR[0] = X[t, 64];
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# B.13 AArch64 Memory Partitioning and Monitoring registers summary

The summary table provides an overview of all Memory Partitioning and Monitoring registers in the core. For more information about a register, click the register name in the table.

For registers without a listed reset value refer to the individual field resets documented on the register description pages or in the Arm ARM.

**Table B-666: Memory Partitioning and Monitoring registers summary**

| Name | Op0 | Op1 | CRn | CRm | Op2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| MPAM1_EL1 | 3 | 0 | C10 | C5 | 0 | See individual bit resets. | 64-bit | MPAM1 Register (EL1) |
| MPAM0_EL1 | 3 | 0 | C10 | C5 | 1 | See individual bit resets. | 64-bit | MPAM0 Register (EL1) |
| MPAMHCR_EL2 | 3 | 4 | C10 | C4 | 0 | See individual bit resets. | 64-bit | MPAM Hypervisor Control Register (EL2) |
| MPAMVPMV_EL2 | 3 | 4 | C10 | C4 | 1 | See individual bit resets. | 64-bit | MPAM Virtual Partition Mapping Valid Register |
| MPAM2_EL2 | 3 | 4 | C10 | C5 | 0 | See individual bit resets. | 64-bit | MPAM2 Register (EL2) |
| MPAMVPM0_EL2 | 3 | 4 | C10 | C6 | 0 | See individual bit resets. | 64-bit | MPAM Virtual PARTID Mapping Register 0 |
| MPAMVPM1_EL2 | 3 | 4 | C10 | C6 | 1 | See individual bit resets. | 64-bit | MPAM Virtual PARTID Mapping Register 1 |
| MPAMVPM2_EL2 | 3 | 4 | C10 | C6 | 2 | See individual bit resets. | 64-bit | MPAM Virtual PARTID Mapping Register 2 |
| MPAMVPM3_EL2 | 3 | 4 | C10 | C6 | 3 | See individual bit resets. | 64-bit | MPAM Virtual PARTID Mapping Register 3 |
| MPAMVPM4_EL2 | 3 | 4 | C10 | C6 | 4 | See individual bit resets. | 64-bit | MPAM Virtual PARTID Mapping Register 4 |
| MPAMVPM5_EL2 | 3 | 4 | C10 | C6 | 5 | See individual bit resets. | 64-bit | MPAM Virtual PARTID Mapping Register 5 |
| MPAMVPM6_EL2 | 3 | 4 | C10 | C6 | 6 | See individual bit resets. | 64-bit | MPAM Virtual PARTID Mapping Register 6 |
| MPAMVPM7_EL2 | 3 | 4 | C10 | C6 | 7 | See individual bit resets. | 64-bit | MPAM Virtual PARTID Mapping Register 7 |
| MPAM3_EL3 | 3 | 6 | C10 | C5 | 0 | See individual bit resets. | 64-bit | MPAM3 Register (EL3) |

## B.13.1 MPAMVPMV_EL2, MPAM Virtual Partition Mapping Valid Register

Valid bits for virtual PARTID mapping entries. Each bit m corresponds to virtual PARTID mapping entry m in the MPAMVPM<n>_EL2 registers where n = m >> 2.

### Configurations

This register has no effect if EL2 is not enabled in the current Security state.

### Attributes

**Width**

64

**Functional group**

Memory Partitioning and Monitoring registers

**Access type**

See bit descriptions

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure B-260: AArch64_mpamvpmv_el2 bit assignments




### Table B-667: MPAMVPMV_EL2 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | **RES0** | Reserved | **RES0** |
| [31] | VPM_V31 | Contains valid bit for virtual PARTID mapping entry corresponding to virtual PARTID<m>. | x |
| [30] | VPM_V30 | Contains valid bit for virtual PARTID mapping entry corresponding to virtual PARTID<m>. | x |
| [29] | VPM_V29 | Contains valid bit for virtual PARTID mapping entry corresponding to virtual PARTID<m>. | x |
| [28] | VPM_V28 | Contains valid bit for virtual PARTID mapping entry corresponding to virtual PARTID<m>. | x |
| [27] | VPM_V27 | Contains valid bit for virtual PARTID mapping entry corresponding to virtual PARTID<m>. | x |
| [26] | VPM_V26 | Contains valid bit for virtual PARTID mapping entry corresponding to virtual PARTID<m>. | x |
| [25] | VPM_V25 | Contains valid bit for virtual PARTID mapping entry corresponding to virtual PARTID<m>. | x |
| [24] | VPM_V24 | Contains valid bit for virtual PARTID mapping entry corresponding to virtual PARTID<m>. | x |
| [23] | VPM_V23 | Contains valid bit for virtual PARTID mapping entry corresponding to virtual PARTID<m>. | x |
| [22] | VPM_V22 | Contains valid bit for virtual PARTID mapping entry corresponding to virtual PARTID<m>. | x |
| [21] | VPM_V21 | Contains valid bit for virtual PARTID mapping entry corresponding to virtual PARTID<m>. | x |
| [20] | VPM_V20 | Contains valid bit for virtual PARTID mapping entry corresponding to virtual PARTID<m>. | x |
| [19] | VPM_V19 | Contains valid bit for virtual PARTID mapping entry corresponding to virtual PARTID<m>. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [18] | VPM_V18 | Contains valid bit for virtual PARTID mapping entry corresponding to virtual PARTID<m>. | x |
| [17] | VPM_V17 | Contains valid bit for virtual PARTID mapping entry corresponding to virtual PARTID<m>. | x |
| [16] | VPM_V16 | Contains valid bit for virtual PARTID mapping entry corresponding to virtual PARTID<m>. | x |
| [15] | VPM_V15 | Contains valid bit for virtual PARTID mapping entry corresponding to virtual PARTID<m>. | x |
| [14] | VPM_V14 | Contains valid bit for virtual PARTID mapping entry corresponding to virtual PARTID<m>. | x |
| [13] | VPM_V13 | Contains valid bit for virtual PARTID mapping entry corresponding to virtual PARTID<m>. | x |
| [12] | VPM_V12 | Contains valid bit for virtual PARTID mapping entry corresponding to virtual PARTID<m>. | x |
| [11] | VPM_V11 | Contains valid bit for virtual PARTID mapping entry corresponding to virtual PARTID<m>. | x |
| [10] | VPM_V10 | Contains valid bit for virtual PARTID mapping entry corresponding to virtual PARTID<m>. | x |
| [9] | VPM_V9 | Contains valid bit for virtual PARTID mapping entry corresponding to virtual PARTID<m>. | x |
| [8] | VPM_V8 | Contains valid bit for virtual PARTID mapping entry corresponding to virtual PARTID<m>. | x |
| [7] | VPM_V7 | Contains valid bit for virtual PARTID mapping entry corresponding to virtual PARTID<m>. | x |
| [6] | VPM_V6 | Contains valid bit for virtual PARTID mapping entry corresponding to virtual PARTID<m>. | x |
| [5] | VPM_V5 | Contains valid bit for virtual PARTID mapping entry corresponding to virtual PARTID<m>. | x |
| [4] | VPM_V4 | Contains valid bit for virtual PARTID mapping entry corresponding to virtual PARTID<m>. | x |
| [3] | VPM_V3 | Contains valid bit for virtual PARTID mapping entry corresponding to virtual PARTID<m>. | x |
| [2] | VPM_V2 | Contains valid bit for virtual PARTID mapping entry corresponding to virtual PARTID<m>. | x |
| [1] | VPM_V1 | Contains valid bit for virtual PARTID mapping entry corresponding to virtual PARTID<m>. | x |
| [0] | VPM_V0 | Contains valid bit for virtual PARTID mapping entry corresponding to virtual PARTID<m>. | x |

## Access

MRS <Xt>, MPAMVPMV_EL2

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b100 | 0b1010 | 0b0100 | 0b001 |

MSR MPAMVPMV_EL2, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b100 | 0b1010 | 0b0100 | 0b001 |

## Accessibility

MRS <Xt>, MPAMVPMV_EL2

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.<NV2,NV> == '11' then
        X[t, 64] = NVMem[0x938];
    elsif EL2Enabled() && HCR_EL2.NV == '1' then
        if MPAM3_EL3.TRAPLOWER == '1' then
            if Halted() && EDSCR.SDD == '1' then
                UNDEFINED;
            else
                AArch64.SystemAccessTrap(EL3, 0x18);
        else
            AArch64.SystemAccessTrap(EL2, 0x18);
```

```
    else
        UNDEFINED;
elsif PSTATE.EL == EL2 then
    if MPAM3_EL3.TRAPLOWER == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = MPAMVPMV_EL2;
elsif PSTATE.EL == EL3 then
    X[t, 64] = MPAMVPMV_EL2;
```

MSR MPAMVPMV_EL2, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.<NV2,NV> == '11' then
        NVMem[0x938] = X[t, 64];
    elsif EL2Enabled() && HCR_EL2.NV == '1' then
        if MPAM3_EL3.TRAPLOWER == '1' then
            if Halted() && EDSCR.SDD == '1' then
                UNDEFINED;
            else
                AArch64.SystemAccessTrap(EL3, 0x18);
        else
            AArch64.SystemAccessTrap(EL2, 0x18);
    else
        UNDEFINED;
elsif PSTATE.EL == EL2 then
    if MPAM3_EL3.TRAPLOWER == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        MPAMVPMV_EL2 = X[t, 64];
elsif PSTATE.EL == EL3 then
    MPAMVPMV_EL2 = X[t, 64];
```

## B.13.2 MPAMVPM0_EL2, MPAM Virtual PARTID Mapping Register 0

MPAMVPM0_EL2 provides mappings from virtual PARTIDs 0 - 3 to physical PARTIDs.

AArch64-MPAMIDR_EL1.VPMR_MAX field gives the index of the highest implemented MPAMVPM<n>_EL2 register. VPMR_MAX can be as large as 7 (8 registers) or 32 virtual PARTIDs. If AArch64-MPAMIDR_EL1.VPMR_MAX == 0, there is only a single MPAMVPM<n>_EL2 register, AArch64-MPAMVPM0_EL2.

Virtual PARTID mapping is enabled by AArch64-MPAMHCR_EL2.EL1_VPMEN for PARTIDs in AArch64-MPAM1_EL1 and by AArch64-MPAMHCR_EL2.EL0_VPMEN for PARTIDs in AArch64-MPAM0_EL1.

A virtual-to-physical PARTID mapping entry, PhyPARTID<n>, is valid only when the AArch64-MPAMVPMV_EL2.VPM_V bit in bit position n is set to 1.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Configurations

This register has no effect if EL2 is not enabled in the current Security state.

## Attributes

### Width

64

### Functional group

Memory Partitioning and Monitoring registers

### Access type

See bit descriptions

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure B-261: AArch64_mpamvpm0_el2 bit assignments**




**Table B-670: MPAMVPM0_EL2 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:48] | PhyPARTID3 | Virtual PARTID Mapping Entry for virtual PARTID 3. PhyPARTID3 gives the mapping of virtual PARTID 3 to a physical PARTID. | 16{x} |
| [47:32] | PhyPARTID2 | Virtual PARTID Mapping Entry for virtual PARTID 2. PhyPARTID2 gives the mapping of virtual PARTID 2 to a physical PARTID. | 16{x} |
| [31:16] | PhyPARTID1 | Virtual PARTID Mapping Entry for virtual PARTID 1. PhyPARTID1 gives the mapping of virtual PARTID 1 to a physical PARTID. | 16{x} |
| [15:0] | PhyPARTID0 | Virtual PARTID Mapping Entry for virtual PARTID 0. PhyPARTID0 gives the mapping of virtual PARTID 0 to a physical PARTID. | 16{x} |

## Access

MRS <Xt>, MPAMVPM0_EL2

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b100 | 0b1010 | 0b0110 | 0b000 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

MSR MPAMVPM0_EL2, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b100 | 0b1010 | 0b0110 | 0b000 |

## Accessibility

MRS <Xt>, MPAMVPM0_EL2

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.<NV2,NV> == '11' then
        X[t, 64] = NVMem[0x940];
    elsif EL2Enabled() && HCR_EL2.NV == '1' then
        if MPAM3_EL3.TRAPLOWER == '1' then
            if Halted() && EDSCR.SDD == '1' then
                UNDEFINED;
            else
                AArch64.SystemAccessTrap(EL3, 0x18);
        else
            AArch64.SystemAccessTrap(EL2, 0x18);
    else
        UNDEFINED;
elsif PSTATE.EL == EL2 then
    if MPAM3_EL3.TRAPLOWER == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = MPAMVPM0_EL2;
elsif PSTATE.EL == EL3 then
    X[t, 64] = MPAMVPM0_EL2;
```

MSR MPAMVPM0_EL2, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.<NV2,NV> == '11' then
        NVMem[0x940] = X[t, 64];
    elsif EL2Enabled() && HCR_EL2.NV == '1' then
        if MPAM3_EL3.TRAPLOWER == '1' then
            if Halted() && EDSCR.SDD == '1' then
                UNDEFINED;
            else
                AArch64.SystemAccessTrap(EL3, 0x18);
        else
            AArch64.SystemAccessTrap(EL2, 0x18);
    else
        UNDEFINED;
elsif PSTATE.EL == EL2 then
    if MPAM3_EL3.TRAPLOWER == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        MPAMVPM0_EL2 = X[t, 64];
elsif PSTATE.EL == EL3 then
    MPAMVPM0_EL2 = X[t, 64];
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## B.13.3 MPAMVPM1_EL2, MPAM Virtual PARTID Mapping Register 1

MPAMVPM1_EL2 provides mappings from virtual PARTIDs 4 - 7 to physical PARTIDs.

AArch64-MPAMIDR_EL1.VPMR_MAX field gives the index of the highest implemented AArch64-MPAMVPM0_EL2 to AArch64-MPAMVPM7_EL2 registers. VPMR_MAX can be as large as 7 (8 registers) or 32 virtual PARTIDs. If AArch64-MPAMIDR_EL1.VPMR_MAX == 0, there is only a single MPAMVPM<n>_EL2 register, AArch64-MPAMVPM0_EL2.

Virtual PARTID mapping is enabled by AArch64-MPAMHCR_EL2.EL1_VPMEN for PARTIDs in AArch64-MPAM1_EL1 and by MPAMHCR_EL2.EL0_VPMEN for PARTIDs in AArch64-MPAM0_EL1.

A virtual-to-physical PARTID mapping entry, PhyPARTID<n>, is valid only when the AArch64-MPAMVPMV_EL2.VPM_V bit in bit position n is set to 1.

### Configurations

This register has no effect if EL2 is not enabled in the current Security state.

### Attributes

**Width**

64

**Functional group**

Memory Partitioning and Monitoring registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-262: AArch64_mpamvpm1_el2 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table B-673: MPAMVPM1_EL2 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:48] | PhyPARTID7 | Virtual PARTID Mapping Entry for virtual PARTID 7. PhyPARTID7 gives the mapping of virtual PARTID 7 to a physical PARTID. | 16{x} |
| [47:32] | PhyPARTID6 | Virtual PARTID Mapping Entry for virtual PARTID 6. PhyPARTID6 gives the mapping of virtual PARTID 6 to a physical PARTID. | 16{x} |
| [31:16] | PhyPARTID5 | Virtual PARTID Mapping Entry for virtual PARTID 5. PhyPARTID5 gives the mapping of virtual PARTID 5 to a physical PARTID. | 16{x} |
| [15:0] | PhyPARTID4 | Virtual PARTID Mapping Entry for virtual PARTID 4. PhyPARTID4 gives the mapping of virtual PARTID 4 to a physical PARTID. | 16{x} |

## Access

MRS <Xt>, MPAMVPM1_EL2

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b100 | 0b1010 | 0b0110 | 0b001 |

MSR MPAMVPM1_EL2, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b100 | 0b1010 | 0b0110 | 0b001 |

## Accessibility

MRS <Xt>, MPAMVPM1_EL2

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.<NV2,NV> == '11' then
        X[t, 64] = NVMem[0x948];
    elsif EL2Enabled() && HCR_EL2.NV == '1' then
        if MPAM3_EL3.TRAPLOWER == '1' then
            if Halted() && EDSCR.SDD == '1' then
                UNDEFINED;
            else
                AArch64.SystemAccessTrap(EL3, 0x18);
        else
            AArch64.SystemAccessTrap(EL2, 0x18);
    else
        UNDEFINED;
elsif PSTATE.EL == EL2 then
    if MPAM3_EL3.TRAPLOWER == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = MPAMVPM1_EL2;
elsif PSTATE.EL == EL3 then
    X[t, 64] = MPAMVPM1_EL2;
```

MSR MPAMVPM1_EL2, <Xt>

```
if PSTATE.EL == EL0 then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.<NV2,NV> == '11' then
        NVMem[0x948] = X[t, 64];
    elsif EL2Enabled() && HCR_EL2.NV == '1' then
        if MPAM3_EL3.TRAPLOWER == '1' then
            if Halted() && EDSCR.SDD == '1' then
                UNDEFINED;
            else
                AArch64.SystemAccessTrap(EL3, 0x18);
        else
            AArch64.SystemAccessTrap(EL2, 0x18);
    else
        UNDEFINED;
elsif PSTATE.EL == EL2 then
    if MPAM3_EL3.TRAPLOWER == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        MPAMVPM1_EL2 = X[t, 64];
elsif PSTATE.EL == EL3 then
    MPAMVPM1_EL2 = X[t, 64];
```

## B.13.4 MPAMVPM2_EL2, MPAM Virtual PARTID Mapping Register 2

MPAMVPM2_EL2 provides mappings from virtual PARTIDs 8 - 11 to physical PARTIDs.

AArch64-MPAMIDR_EL1.VPMR_MAX field gives the index of the highest implemented AArch64-MPAMVPM0_EL2 to AArch64-MPAMVPM7_EL2 registers. VPMR_MAX can be as large as 7 (8 registers) or 32 virtual PARTIDs. If AArch64-MPAMIDR_EL1.VPMR_MAX == 0, there is only a single MPAMVPM<n>_EL2 register, AArch64-MPAMVPM0_EL2.

Virtual PARTID mapping is enabled by AArch64-MPAMHCR_EL2.EL1_VPMEN for PARTIDs in AArch64-MPAM1_EL1 and by AArch64-MPAMHCR_EL2.EL0_VPMEN for PARTIDs in AArch64-MPAM0_EL1.

A virtual-to-physical PARTID mapping entry, PhyPARTID<n>, is valid only when the AArch64-MPAMVPMV_EL2.VPM_V bit in bit position n is set to 1.

### Configurations

This register has no effect if EL2 is not enabled in the current Security state.

### Attributes

**Width**

64

**Functional group**

Memory Partitioning and Monitoring registers

**Access type**

See bit descriptions

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure B-263: AArch64_mpamvpm2_el2 bit assignments




**Table B-676: MPAMVPM2_EL2 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:48] | PhyPARTID11 | Virtual PARTID Mapping Entry for virtual PARTID 11. PhyPARTID11 gives the mapping of virtual PARTID 11 to a physical PARTID. | `16{x}` |
| [47:32] | PhyPARTID10 | Virtual PARTID Mapping Entry for virtual PARTID 10. PhyPARTID10 gives the mapping of virtual PARTID 10 to a physical PARTID. | `16{x}` |
| [31:16] | PhyPARTID9 | Virtual PARTID Mapping Entry for virtual PARTID 9. PhyPARTID9 gives the mapping of virtual PARTID 9 to a physical PARTID. | `16{x}` |
| [15:0] | PhyPARTID8 | Virtual PARTID Mapping Entry for virtual PARTID 8. PhyPARTID8 gives the mapping of virtual PARTID 8 to a physical PARTID. | `16{x}` |

## Access

MRS <Xt>, MPAMVPM2_EL2

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b100 | 0b1010 | 0b0110 | 0b010 |

MSR MPAMVPM2_EL2, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b100 | 0b1010 | 0b0110 | 0b010 |

## Accessibility

MRS <Xt>, MPAMVPM2_EL2

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.<NV2,NV> == '11' then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        X[t, 64] = NVMem[0x950];
    elsif EL2Enabled() && HCR_EL2.NV == '1' then
        if MPAM3_EL3.TRAPLOWER == '1' then
            if Halted() && EDSCR.SDD == '1' then
                UNDEFINED;
            else
                AArch64.SystemAccessTrap(EL3, 0x18);
        else
            AArch64.SystemAccessTrap(EL2, 0x18);
    else
        UNDEFINED;
elsif PSTATE.EL == EL2 then
    if MPAM3_EL3.TRAPLOWER == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = MPAMVPM2_EL2;
elsif PSTATE.EL == EL3 then
    X[t, 64] = MPAMVPM2_EL2;
```

MSR MPAMVPM2_EL2, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.<NV2,NV> == '11' then
        NVMem[0x950] = X[t, 64];
    elsif EL2Enabled() && HCR_EL2.NV == '1' then
        if MPAM3_EL3.TRAPLOWER == '1' then
            if Halted() && EDSCR.SDD == '1' then
                UNDEFINED;
            else
                AArch64.SystemAccessTrap(EL3, 0x18);
        else
            AArch64.SystemAccessTrap(EL2, 0x18);
    else
        UNDEFINED;
elsif PSTATE.EL == EL2 then
    if MPAM3_EL3.TRAPLOWER == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        MPAMVPM2_EL2 = X[t, 64];
elsif PSTATE.EL == EL3 then
    MPAMVPM2_EL2 = X[t, 64];
```

## B.13.5 MPAMVPM3_EL2, MPAM Virtual PARTID Mapping Register 3

MPAMVPM3_EL2 provides mappings from virtual PARTIDs 12 - 15 to physical PARTIDs.

AArch64-MPAMIDR_EL1.VPMR_MAX field gives the index of the highest implemented MPAMVPM<n>_EL2 registers. VPMR_MAX can be as large as 7 (8 registers) or 32 virtual PARTIDs. If AArch64-MPAMIDR_EL1.VPMR_MAX == 0, there is only a single MPAMVPM<n>_EL2 register, AArch64-MPAMVPM0_EL2.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Virtual PARTID mapping is enabled by AArch64-MPAMHCR_EL2.EL1_VPMEN for PARTIDs in AArch64-MPAM1_EL1 and by AArch64-MPAMHCR_EL2.EL0_VPMEN for PARTIDs in AArch64-MPAM0_EL1.

A virtual-to-physical PARTID mapping entry, PhyPARTID<n>, is valid only when the AArch64-MPAMVPMV_EL2.VPM_V bit in bit position n is set to 1.

## Configurations

This register has no effect if EL2 is not enabled in the current Security state.

## Attributes

### Width

64

### Functional group

Memory Partitioning and Monitoring registers

### Access type

See bit descriptions

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure B-264: AArch64_mpamvpm3_el2 bit assignments**




**Table B-679: MPAMVPM3_EL2 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:48] | PhyPARTID15 | Virtual PARTID Mapping Entry for virtual PARTID 15. PhyPARTID15 gives the mapping of virtual PARTID 15 to a physical PARTID. | 16{x} |
| [47:32] | PhyPARTID14 | Virtual PARTID Mapping Entry for virtual PARTID 14. PhyPARTID14 gives the mapping of virtual PARTID 14 to a physical PARTID. | 16{x} |
| [31:16] | PhyPARTID13 | Virtual PARTID Mapping Entry for virtual PARTID 13. PhyPARTID13 gives the mapping of virtual PARTID 13 to a physical PARTID. | 16{x} |
| [15:0] | PhyPARTID12 | Virtual PARTID Mapping Entry for virtual PARTID 12. PhyPARTID12 gives the mapping of virtual PARTID 12 to a physical PARTID. | 16{x} |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Access

MRS <Xt>, MPAMVPM3_EL2

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b100 | 0b1010 | 0b0110 | 0b011 |

MSR MPAMVPM3_EL2, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b100 | 0b1010 | 0b0110 | 0b011 |

## Accessibility

MRS <Xt>, MPAMVPM3_EL2

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.<NV2,NV> == '11' then
        X[t, 64] = NVMem[0x958];
    elsif EL2Enabled() && HCR_EL2.NV == '1' then
        if MPAM3_EL3.TRAPLOWER == '1' then
            if Halted() && EDSCR.SDD == '1' then
                UNDEFINED;
            else
                AArch64.SystemAccessTrap(EL3, 0x18);
        else
            AArch64.SystemAccessTrap(EL2, 0x18);
    else
        UNDEFINED;
elsif PSTATE.EL == EL2 then
    if MPAM3_EL3.TRAPLOWER == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = MPAMVPM3_EL2;
elsif PSTATE.EL == EL3 then
    X[t, 64] = MPAMVPM3_EL2;
```

MSR MPAMVPM3_EL2, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.<NV2,NV> == '11' then
        NVMem[0x958] = X[t, 64];
    elsif EL2Enabled() && HCR_EL2.NV == '1' then
        if MPAM3_EL3.TRAPLOWER == '1' then
            if Halted() && EDSCR.SDD == '1' then
                UNDEFINED;
            else
                AArch64.SystemAccessTrap(EL3, 0x18);
        else
            AArch64.SystemAccessTrap(EL2, 0x18);
    else
        UNDEFINED;
elsif PSTATE.EL == EL2 then
    if MPAM3_EL3.TRAPLOWER == '1' then
        if Halted() && EDSCR.SDD == '1' then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        MPAMVPM3_EL2 = X[t, 64];
elsif PSTATE.EL == EL3 then
    MPAMVPM3_EL2 = X[t, 64];
```

## B.13.6 MPAMVPM4_EL2, MPAM Virtual PARTID Mapping Register 4

MPAMVPM4_EL2 provides mappings from virtual PARTIDs 16 - 19 to physical PARTIDs.

AArch64-MPAMIDR_EL1.VPMR_MAX field gives the index of the highest implemented MPAMVPM<n>_EL2 registers. VPMR_MAX can be as large as 7 (8 registers) or 32 virtual PARTIDs. If AArch64-MPAMIDR_EL1.VPMR_MAX == 0, there is only a single MPAMVPM<n>_EL2 register, AArch64-MPAMVPM0_EL2.

Virtual PARTID mapping is enabled by AArch64-MPAMHCR_EL2.EL1_VPMEN for PARTIDs in AArch64-MPAM1_EL1 and by AArch64-MPAMHCR_EL2.EL0_VPMEN for PARTIDs in AArch64-MPAM0_EL1.

A virtual-to-physical PARTID mapping entry, PhyPARTID<n>, is valid only when the AArch64-MPAMVPMV_EL2.VPM_V bit in bit position n is set to 1.

### Configurations

This register has no effect if EL2 is not enabled in the current Security state.

### Attributes

**Width**

64

**Functional group**

Memory Partitioning and Monitoring registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure B-265: AArch64_mpamvpm4_el2 bit assignments




**Table B-682: MPAMVPM4_EL2 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:48] | PhyPARTID19 | Virtual PARTID Mapping Entry for virtual PARTID 19. PhyPARTID19 gives the mapping of virtual PARTID 19 to a physical PARTID. | 16{x} |
| [47:32] | PhyPARTID18 | Virtual PARTID Mapping Entry for virtual PARTID 18. PhyPARTID18 gives the mapping of virtual PARTID 18 to a physical PARTID. | 16{x} |
| [31:16] | PhyPARTID17 | Virtual PARTID Mapping Entry for virtual PARTID 17. PhyPARTID17 gives the mapping of virtual PARTID 17 to a physical PARTID. | 16{x} |
| [15:0] | PhyPARTID16 | Virtual PARTID Mapping Entry for virtual PARTID 16. PhyPARTID16 gives the mapping of virtual PARTID 16 to a physical PARTID. | 16{x} |

## Access

MRS <Xt>, MPAMVPM4_EL2

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b100 | 0b1010 | 0b0110 | 0b100 |

MSR MPAMVPM4_EL2, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b100 | 0b1010 | 0b0110 | 0b100 |

## Accessibility

MRS <Xt>, MPAMVPM4_EL2

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.<NV2,NV> == '11' then
        X[t, 64] = NVMem[0x960];
    elsif EL2Enabled() && HCR_EL2.NV == '1' then
        if MPAM3_EL3.TRAPLOWER == '1' then
            if Halted() && EDSCR.SDD == '1' then
                UNDEFINED;
            else
                AArch64.SystemAccessTrap(EL3, 0x18);
        else
            AArch64.SystemAccessTrap(EL2, 0x18);
    else
        UNDEFINED;
elsif PSTATE.EL == EL2 then
    if MPAM3_EL3.TRAPLOWER == '1' then
        if Halted() && EDSCR.SDD == '1' then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = MPAMVPM4_EL2;
elsif PSTATE.EL == EL3 then
    X[t, 64] = MPAMVPM4_EL2;
```

MSR MPAMVPM4_EL2, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.<NV2,NV> == '11' then
        NVMem[0x960] = X[t, 64];
    elsif EL2Enabled() && HCR_EL2.NV == '1' then
        if MPAM3_EL3.TRAPLOWER == '1' then
            if Halted() && EDSCR.SDD == '1' then
                UNDEFINED;
            else
                AArch64.SystemAccessTrap(EL3, 0x18);
        else
            AArch64.SystemAccessTrap(EL2, 0x18);
    else
        UNDEFINED;
elsif PSTATE.EL == EL2 then
    if MPAM3_EL3.TRAPLOWER == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        MPAMVPM4_EL2 = X[t, 64];
elsif PSTATE.EL == EL3 then
    MPAMVPM4_EL2 = X[t, 64];
```

## B.13.7 MPAMVPM5_EL2, MPAM Virtual PARTID Mapping Register 5

MPAMVPM5_EL2 provides mappings from virtual PARTIDs 20 - 23 to physical PARTIDs.

AArch64-MPAMIDR_EL1.VPMR_MAX field gives the index of the highest implemented MPAMVPM<n>_EL2 registers. VPMR_MAX can be as large as 7 (8 registers) or 32 virtual PARTIDs. If AArch64-MPAMIDR_EL1.VPMR_MAX == 0, there is only a single MPAMVPM<n>_EL2 register, AArch64-MPAMVPM0_EL2.

Virtual PARTID mapping is enabled by AArch64-MPAMHCR_EL2.EL1_VPMEN for PARTIDs in AArch64-MPAM1_EL1 and by AArch64-MPAMHCR_EL2.EL0_VPMEN for PARTIDs in AArch64-MPAM0_EL1.

A virtual-to-physical PARTID mapping entry, PhyPARTID<n>, is valid only when the AArch64-MPAMVPMV_EL2.VPM_V bit in bit position n is set to 1.

### Configurations

This register has no effect if EL2 is not enabled in the current Security state.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Attributes

### Width

64

### Functional group

Memory Partitioning and Monitoring registers

### Access type

See bit descriptions

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure B-266: AArch64_mpamvpm5_el2 bit assignments




**Table B-685: MPAMVPM5_EL2 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:48] | PhyPARTID23 | Virtual PARTID Mapping Entry for virtual PARTID 23. PhyPARTID23 gives the mapping of virtual PARTID 23 to a physical PARTID. | 16{x} |
| [47:32] | PhyPARTID22 | Virtual PARTID Mapping Entry for virtual PARTID 22. PhyPARTID22 gives the mapping of virtual PARTID 22 to a physical PARTID. | 16{x} |
| [31:16] | PhyPARTID21 | Virtual PARTID Mapping Entry for virtual PARTID 21. PhyPARTID21 gives the mapping of virtual PARTID 21 to a physical PARTID. | 16{x} |
| [15:0] | PhyPARTID20 | Virtual PARTID Mapping Entry for virtual PARTID 20. PhyPARTID20 gives the mapping of virtual PARTID 20 to a physical PARTID. | 16{x} |

## Access

MRS <Xt>, MPAMVPM5_EL2

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b100 | 0b1010 | 0b0110 | 0b101 |

MSR MPAMVPM5_EL2, <Xt>

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b100 | 0b1010 | 0b0110 | 0b101 |

## Accessibility

MRS <Xt>, MPAMVPM5_EL2

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.<NV2,NV> == '11' then
        X[t, 64] = NVMem[0x968];
    elsif EL2Enabled() && HCR_EL2.NV == '1' then
        if MPAM3_EL3.TRAPLOWER == '1' then
            if Halted() && EDSCR.SDD == '1' then
                UNDEFINED;
            else
                AArch64.SystemAccessTrap(EL3, 0x18);
        else
            AArch64.SystemAccessTrap(EL2, 0x18);
    else
        UNDEFINED;
elsif PSTATE.EL == EL2 then
    if MPAM3_EL3.TRAPLOWER == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = MPAMVPM5_EL2;
elsif PSTATE.EL == EL3 then
    X[t, 64] = MPAMVPM5_EL2;
```

MSR MPAMVPM5_EL2, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.<NV2,NV> == '11' then
        NVMem[0x968] = X[t, 64];
    elsif EL2Enabled() && HCR_EL2.NV == '1' then
        if MPAM3_EL3.TRAPLOWER == '1' then
            if Halted() && EDSCR.SDD == '1' then
                UNDEFINED;
            else
                AArch64.SystemAccessTrap(EL3, 0x18);
        else
            AArch64.SystemAccessTrap(EL2, 0x18);
    else
        UNDEFINED;
elsif PSTATE.EL == EL2 then
    if MPAM3_EL3.TRAPLOWER == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        MPAMVPM5_EL2 = X[t, 64];
elsif PSTATE.EL == EL3 then
    MPAMVPM5_EL2 = X[t, 64];
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## B.13.8 MPAMVPM6_EL2, MPAM Virtual PARTID Mapping Register 6

MPAMVPM6_EL2 provides mappings from virtual PARTIDs 24 - 27 to physical PARTIDs.

AArch64-MPAMIDR_EL1.VPMR_MAX field gives the index of the highest implemented MPAMVPM<n>_EL2 registers. VPMR_MAX can be as large as 7 (8 registers) or 32 virtual PARTIDs. If AArch64-MPAMIDR_EL1.VPMR_MAX == 0, there is only a single MPAMVPM<n>_EL2 register, AArch64-MPAMVPM0_EL2.

Virtual PARTID mapping is enabled by AArch64-MPAMHCR_EL2.EL1_VPMEN for PARTIDs in AArch64-MPAM1_EL1 and by AArch64-MPAMHCR_EL2.EL0_VPMEN for PARTIDs in AArch64-MPAM0_EL1.

A virtual-to-physical PARTID mapping entry, PhyPARTID<n>, is valid only when the AArch64-MPAMVPMV_EL2.VPM_V bit in bit position n is set to 1.

### Configurations

This register has no effect if EL2 is not enabled in the current Security state.

### Attributes

**Width**

64

**Functional group**

Memory Partitioning and Monitoring registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note: Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-267: AArch64_mpamvpm6_el2 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table B-688: MPAMVPM6_EL2 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:48] | PhyPARTID27 | Virtual PARTID Mapping Entry for virtual PARTID 27. PhyPARTID27 gives the mapping of virtual PARTID 27 to a physical PARTID. | `16{x}` |
| [47:32] | PhyPARTID26 | Virtual PARTID Mapping Entry for virtual PARTID 26. PhyPARTID26 gives the mapping of virtual PARTID 26 to a physical PARTID. | `16{x}` |
| [31:16] | PhyPARTID25 | Virtual PARTID Mapping Entry for virtual PARTID 25. PhyPARTID25 gives the mapping of virtual PARTID 25 to a physical PARTID. | `16{x}` |
| [15:0] | PhyPARTID24 | Virtual PARTID Mapping Entry for virtual PARTID 24. PhyPARTID24 gives the mapping of virtual PARTID 24 to a physical PARTID. | `16{x}` |

## Access

MRS <Xt>, MPAMVPM6_EL2

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b100 | 0b1010 | 0b0110 | 0b110 |

MSR MPAMVPM6_EL2, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b100 | 0b1010 | 0b0110 | 0b110 |

## Accessibility

MRS <Xt>, MPAMVPM6_EL2

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.<NV2,NV> == '11' then
        X[t, 64] = NVMem[0x970];
    elsif EL2Enabled() && HCR_EL2.NV == '1' then
        if MPAM3_EL3.TRAPLOWER == '1' then
            if Halted() && EDSCR.SDD == '1' then
                UNDEFINED;
            else
                AArch64.SystemAccessTrap(EL3, 0x18);
        else
            AArch64.SystemAccessTrap(EL2, 0x18);
    else
        UNDEFINED;
elsif PSTATE.EL == EL2 then
    if MPAM3_EL3.TRAPLOWER == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = MPAMVPM6_EL2;
elsif PSTATE.EL == EL3 then
    X[t, 64] = MPAMVPM6_EL2;
```

MSR MPAMVPM6_EL2, <Xt>

```
if PSTATE.EL == EL0 then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.<NV2,NV> == '11' then
        NVMem[0x970] = X[t, 64];
    elsif EL2Enabled() && HCR_EL2.NV == '1' then
        if MPAM3_EL3.TRAPLOWER == '1' then
            if Halted() && EDSCR.SDD == '1' then
                UNDEFINED;
            else
                AArch64.SystemAccessTrap(EL3, 0x18);
        else
            AArch64.SystemAccessTrap(EL2, 0x18);
    else
        UNDEFINED;
elsif PSTATE.EL == EL2 then
    if MPAM3_EL3.TRAPLOWER == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        MPAMVPM6_EL2 = X[t, 64];
elsif PSTATE.EL == EL3 then
    MPAMVPM6_EL2 = X[t, 64];
```

## B.13.9 MPAMVPM7_EL2, MPAM Virtual PARTID Mapping Register 7

MPAMVPM7_EL2 provides mappings from virtual PARTIDs 28 - 31 to physical PARTIDs.

AArch64-MPAMIDR_EL1.VPMR_MAX field gives the index of the highest implemented MPAMVPM<n>_EL2 registers. VPMR_MAX can be as large as 7 (8 registers) or 32 virtual PARTIDs. If AArch64-MPAMIDR_EL1.VPMR_MAX == 0, there is only a single MPAMVPM<n>_EL2 register, AArch64-MPAMVPM0_EL2.

Virtual PARTID mapping is enabled by AArch64-MPAMHCR_EL2.EL1_VPMEN for PARTIDs in AArch64-MPAM1_EL1 and by AArch64-MPAMHCR_EL2.EL0_VPMEN for AArch64-MPAM0_EL1.

A virtual-to-physical PARTID mapping entry, PhyPARTID<n>, is valid only when the AArch64-MPAMVPMV_EL2.VPM_V bit in bit position n is set to 1.

### Configurations

This register has no effect if EL2 is not enabled in the current Security state.

### Attributes

**Width**

64

**Functional group**

Memory Partitioning and Monitoring registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Note: Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure B-268: AArch64_mpamvpm7_el2 bit assignments




### Table B-691: MPAMVPM7_EL2 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:48] | PhyPARTID31 | Virtual PARTID Mapping Entry for virtual PARTID 31. PhyPARTID31 gives the mapping of virtual PARTID 31 to a physical PARTID. | 16{x} |
| [47:32] | PhyPARTID30 | Virtual PARTID Mapping Entry for virtual PARTID 30. PhyPARTID30 gives the mapping of virtual PARTID 30 to a physical PARTID. | 16{x} |
| [31:16] | PhyPARTID29 | Virtual PARTID Mapping Entry for virtual PARTID 29. PhyPARTID29 gives the mapping of virtual PARTID 29 to a physical PARTID. | 16{x} |
| [15:0] | PhyPARTID28 | Virtual PARTID Mapping Entry for virtual PARTID 28. PhyPARTID28 gives the mapping of virtual PARTID 28 to a physical PARTID. | 16{x} |

## Access

MRS <Xt>, MPAMVPM7_EL2

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b100 | 0b1010 | 0b0110 | 0b111 |

MSR MPAMVPM7_EL2, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b100 | 0b1010 | 0b0110 | 0b111 |

## Accessibility

MRS <Xt>, MPAMVPM7_EL2

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.<NV2,NV> == '11' then
        X[t, 64] = NVMem[0x978];
    elsif EL2Enabled() && HCR_EL2.NV == '1' then
        if MPAM3_EL3.TRAPLOWER == '1' then
            if Halted() && EDSCR.SDD == '1' then
                UNDEFINED;
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
            else
                AArch64.SystemAccessTrap(EL3, 0x18);
        else
            AArch64.SystemAccessTrap(EL2, 0x18);
    else
        UNDEFINED;
elsif PSTATE.EL == EL2 then
    if MPAM3_EL3.TRAPLOWER == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = MPAMVPM7_EL2;
elsif PSTATE.EL == EL3 then
    X[t, 64] = MPAMVPM7_EL2;
```

MSR MPAMVPM7_EL2, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.<NV2,NV> == '11' then
        NVMem[0x978] = X[t, 64];
    elsif EL2Enabled() && HCR_EL2.NV == '1' then
        if MPAM3_EL3.TRAPLOWER == '1' then
            if Halted() && EDSCR.SDD == '1' then
                UNDEFINED;
            else
                AArch64.SystemAccessTrap(EL3, 0x18);
        else
            AArch64.SystemAccessTrap(EL2, 0x18);
    else
        UNDEFINED;
elsif PSTATE.EL == EL2 then
    if MPAM3_EL3.TRAPLOWER == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        MPAMVPM7_EL2 = X[t, 64];
elsif PSTATE.EL == EL3 then
    MPAMVPM7_EL2 = X[t, 64];
```

# B.14 AArch64 RAS registers summary

The summary table provides an overview of all RAS registers in the core. For more information about a register, click the register name in the table.

For registers without a listed reset value refer to the individual field resets documented on the register description pages or in the Arm ARM.

**Table B-694: RAS registers summary**

| Name | Op0 | Op1 | CRn | CRm | Op2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| ERRIDR_EL1 | 3 | 0 | C5 | C3 | 0 | See individual bit resets. | 64-bit | Error Record ID Register |
| ERRSELR_EL1 | 3 | 0 | C5 | C3 | 1 | See individual bit resets. | 64-bit | Error Record Select Register |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Name | Op0 | Op1 | CRn | CRm | Op2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| ERXFR_EL1 | 3 | 0 | C5 | C4 | 0 | See individual bit resets. | 64-bit | Selected Error Record Feature Register |
| ERXCTLR_EL1 | 3 | 0 | C5 | C4 | 1 | See individual bit resets. | 64-bit | Selected Error Record Control Register |
| ERXSTATUS_EL1 | 3 | 0 | C5 | C4 | 2 | See individual bit resets. | 64-bit | Selected Error Record Primary Status Register |
| ERXADDR_EL1 | 3 | 0 | C5 | C4 | 3 | See individual bit resets. | 64-bit | Selected Error Record Address Register |
| ERXPFGF_EL1 | 3 | 0 | C5 | C4 | 4 | See individual bit resets. | 64-bit | Selected Pseudo-fault Generation Feature register |
| ERXPFGCTL_EL1 | 3 | 0 | C5 | C4 | 5 | See individual bit resets. | 64-bit | Selected Pseudo-fault Generation Control register |
| ERXPFGCDN_EL1 | 3 | 0 | C5 | C4 | 6 | See individual bit resets. | 64-bit | Selected Pseudo-fault Generation Countdown register |
| ERXMISC0_EL1 | 3 | 0 | C5 | C5 | 0 | See individual bit resets. | 64-bit | Selected Error Record Miscellaneous Register 0 |
| ERXMISC1_EL1 | 3 | 0 | C5 | C5 | 1 | See individual bit resets. | 64-bit | Selected Error Record Miscellaneous Register 1 |
| ERXMISC2_EL1 | 3 | 0 | C5 | C5 | 2 | See individual bit resets. | 64-bit | Selected Error Record Miscellaneous Register 2 |
| ERXMISC3_EL1 | 3 | 0 | C5 | C5 | 3 | See individual bit resets. | 64-bit | Selected Error Record Miscellaneous Register 3 |
| DISR_EL1 | 3 | 0 | C12 | C1 | 1 | See individual bit resets. | 64-bit | Deferred Interrupt Status Register |
| VSESR_EL2 | 3 | 4 | C5 | C2 | 3 | See individual bit resets. | 64-bit | Virtual SError Exception Syndrome Register |
| VDISR_EL2 | 3 | 4 | C12 | C1 | 1 | See individual bit resets. | 64-bit | Virtual Deferred Interrupt Status Register |

## B.14.1 ERRIDR_EL1, Error Record ID Register

Defines the highest numbered index of the error records that can be accessed through the Error Record System registers.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

RAS registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx 0000 0000 0000 0001

Note

Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure B-269: AArch64_erridr_el1 bit assignments




**Table B-695: ERRIDR_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:16] | RES0 | Reserved | RES0 |
| [15:0] | NUM | Highest numbered index of the records that can be accessed through the Error Record System registers plus one. Zero indicates no records can be accessed through the Error Record System registers.<br><br>Each implemented record is owned by a node. A node might own multiple records.<br><br>**0b0000000000000001**<br>One Record Present. | 0x0001 |

## Access

MRS <Xt>, ERRIDR_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0101 | 0b0011 | 0b000 |

## Accessibility

MRS <Xt>, ERRIDR_EL1

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TERR == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif SCR_EL3.TERR == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = ERRIDR_EL1;
elsif PSTATE.EL == EL2 then
    if SCR_EL3.TERR == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = ERRIDR_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = ERRIDR_EL1;
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## B.14.2 ERRSELR_EL1, Error Record Select Register

Selects an error record to be accessed through the Error Record System registers.

### Configurations

If AArch64-ERRIDR_EL1 indicates that zero error records are implemented, then it is IMPLEMENTATION DEFINED whether ERRSELR_EL1 is UNDEFINED or RES0.

### Attributes

**Width**

64

**Functional group**

RAS registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxx0

**Note**

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-270: AArch64_errselr_el1 bit assignments**




**Table B-697: ERRSELR_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:1] | **RES0** | Reserved | **RES0** |
| [0] | SEL | **0b0**<br>Selects record 0, containing errors from Core RAMs | 0b0 |

### Access

MRS <Xt>, ERRSELR_EL1

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0101 | 0b0011 | 0b001 |

MSR ERRSELR_EL1, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0101 | 0b0011 | 0b001 |

### Accessibility

MRS <Xt>, ERRSELR_EL1

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TERR == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif SCR_EL3.TERR == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = ERRSELR_EL1;
elsif PSTATE.EL == EL2 then
    if SCR_EL3.TERR == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = ERRSELR_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = ERRSELR_EL1;
```

MSR ERRSELR_EL1, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TERR == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif SCR_EL3.TERR == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        ERRSELR_EL1 = X[t, 64];
elsif PSTATE.EL == EL2 then
    if SCR_EL3.TERR == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        ERRSELR_EL1 = X[t, 64];
elsif PSTATE.EL == EL3 then
    ERRSELR_EL1 = X[t, 64];
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## B.14.3 ERXFR_EL1, Selected Error Record Feature Register

Accesses ext-ERR<n>FR for the error record <n> selected by AArch64-ERRSELR_EL1.SEL.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

RAS registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note: Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-271: AArch64_erxfr_el1 bit assignments**




**Table B-700: ERXFR_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:26] | RES0 | Reserved | RES0 |
| [25:24] | TS | Timestamp Extension. Indicates whether, for each error record <m> owned by this node, ERXMISC3_EL1 is used as the timestamp register, and, if it is, the timebase used by the timestamp.<br>`0b00`<br>The node does not support a timestamp register. | xx |
| [23:22] | CI | Critical error interrupt. Indicates whether the critical error interrupt and associated controls are implemented.<br>`0b00`<br>Does not support the critical error interrupt. ERXCTLR_EL1.CI is RES0. | xx |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [21:20] | INJ | Fault Injection Extension. Indicates whether the RAS Common Fault Injection Model Extension is implemented.<br>**0b01**<br>The node implements the RAS Common Fault Injection Model Extension. See ERXPFGF_EL1 for more information. | xx |
| [19:18] | CEO | Corrected Error overwrite. Indicates the behavior when a second Corrected error is detected after a first Corrected error has been recorded by an error record <m> owned by the node.<br>**0b00**<br>Counts Corrected errors if a counter is implemented. Keeps the previous error syndrome. If the counter overflows, or no counter is implemented, then ERXSTATUS_EL1.OF is set to 0b1. | xx |
| [17:16] | DUI | Error recovery interrupt for deferred errors control. Indicates whether the control for enabling error recovery interrupts on deferred errors are implemented.<br>**0b00**<br>Does not support the control for enabling error recovery interrupts on deferred errors. ERXCTLR_EL1.DUI is **RES0**. | xx |
| [15] | RP | Repeat counter. Indicates whether the node implements the repeat Corrected error counter in ERXMISC0_EL1 for each error record <m> owned by the node that implements the standard Corrected error counter.<br>**0b1**<br>A first (repeat) counter and a second (other) counter are implemented. The repeat counter is the same size as the primary error counter. | x |
| [14:12] | CEC | Corrected Error Counter. Indicates whether the node implements the standard Corrected error counter (CE counter) mechanisms in ERXMISC0_EL1 for each error record <m> owned by the node that can record countable errors.<br>**0b010**<br>Implements an 8-bit Corrected error counter in ERXMISC0_EL1[39:32]. | xxx |
| [11:10] | CFI | Fault handling interrupt for corrected errors. Indicates whether the control for enabling fault handling interrupts on corrected errors are implemented.<br>**0b10**<br>Control for enabling fault handling interrupts on corrected errors is supported and controllable using ERXCTLR_EL1.CFI. | xx |
| [9:8] | UE | In-band uncorrected error reporting. Indicates whether the in-band uncorrected error reporting (External Aborts) and associated controls are implemented.<br>**0b01**<br>In-band uncorrected error reporting (External Aborts) is supported and always enabled. ERXCTLR_EL1.UE is **RES0**. | xx |
| [7:6] | FI | Fault handling interrupt. Indicates whether the fault handling interrupt and associated controls are implemented.<br>**0b10**<br>Fault handling interrupt is supported and controllable using ERXCTLR_EL1.FI. | xx |
| [5:4] | UI | Error recovery interrupt for uncorrected errors. Indicates whether the error handling interrupt and associated controls are implemented.<br>**0b10**<br>Error handling interrupt is supported and controllable using ERXCTLR_EL1.UI. | xx |
| [3:2] | DE | **0b00** | xx |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [1:0] | ED | Error reporting and logging. Indicates whether error record <n> is the first record owned the node, and, if so, whether it implements the controls for enabling and disabling error reporting and logging.<br>**0b10**<br>Error reporting and logging is controllable using ERXCTLR_EL1.ED. | xx |

## Access

If AArch64-ERRIDR_EL1.NUM is 0x0000 or AArch64-ERRSELR_EL1.SEL is greater than or equal to AArch64-ERRIDR_EL1.NUM, then one of the following occurs:

- An **UNKNOWN** error record is selected.
- ERXFR_EL1 is RAZ.
- Direct reads of ERXFR_EL1 are NOPs.
- Direct reads of ERXFR_EL1 are UNDEFINED.

MRS <Xt>, ERXFR_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0101 | 0b0100 | 0b000 |

## Accessibility

If AArch64-ERRIDR_EL1.NUM is 0x0000 or AArch64-ERRSELR_EL1.SEL is greater than or equal to AArch64-ERRIDR_EL1.NUM, then one of the following occurs:

- An UNKNOWN error record is selected.
- ERXFR_EL1 is RAZ.
- Direct reads of ERXFR_EL1 are NOPs.
- Direct reads of ERXFR_EL1 are UNDEFINED.

MRS <Xt>, ERXFR_EL1

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TERR == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif SCR_EL3.TERR == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = ERXFR_EL1;
elsif PSTATE.EL == EL2 then
    if SCR_EL3.TERR == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = ERXFR_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = ERXFR_EL1;
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## B.14.4 ERXCTLR_EL1, Selected Error Record Control Register

Accesses ext-ERR<n>CTLR for the error record <n> selected by AArch64-ERRSELR_EL1.SEL.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

RAS registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxx0 xxxx 00x0

Note: Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-272: AArch64_erxctlr_el1 bit assignments**




**Table B-702: ERXCTLR_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:9] | RES0 | Reserved | RES0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [8] | CFI | Fault handling interrupt for Corrected errors enable.<br><br>This control applies to errors arising from both reads and writes.<br><br>The fault handling interrupt is generated when one of the standard CE counters on ERXMISC0_EL1 overflows and the overflow bit is set. The possible values are:<br>**0b0**<br>Fault handling interrupt not generated for Corrected errors.<br>**0b1**<br>Fault handling interrupt generated for Corrected errors.<br><br>The interrupt is generated even if the error syndrome is discarded because the error record already records a higher priority error.<br><br>Cold reset only. Unaffected by Warm reset | `0b0` |
| [7:4] | **RES0** | Reserved | **RES0** |
| [3] | FI | Fault handling interrupt enable.<br><br>This control applies to errors arising from both reads and writes.<br><br>The fault handling interrupt is generated for all detected Deferred errors and Uncorrected errors. The possible values are:<br>**0b0**<br>Fault handling interrupt disabled.<br>**0b1**<br>Fault handling interrupt enabled.<br><br>The interrupt is generated even if the error syndrome is discarded because the error record already records a higher priority error.<br><br>Cold reset only. Unaffected by Warm reset | `0b0` |
| [2] | UI | Uncorrected error recovery interrupt enable.<br><br>This control applies to errors arising from both reads and writes.<br><br>When enabled, the error recovery interrupt is generated for all detected Uncorrected errors that are not deferred.<br>**0b0**<br>Error recovery interrupt disabled.<br>**0b1**<br>Error recovery interrupt enabled.<br><br>The interrupt is generated even if the error syndrome is discarded because the error record already records a higher priority error.<br><br>Cold reset only. Unaffected by Warm reset | `0b0` |
| [1] | **RES0** | Reserved | **RES0** |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [0] | ED | Error Detection and correction enable. The possible values are:<br>**0b0**<br>Error detection and correction disabled.<br>**0b1**<br>Error detection and correction enabled.<br>Cold reset only. Unaffected by Warm reset | 0b0 |

## Access

If AArch64-ERRIDR_EL1.NUM is 0x0000 or AArch64-ERRSELR_EL1.SEL is greater than or equal to AArch64-ERRIDR_EL1.NUM, then one of the following occurs:

- An **UNKNOWN** error record is selected.
- ERXCTLR_EL1 is RAZ/WI.
- Direct reads and writes of ERXCTLR_EL1 are NOPs.
- Direct reads and writes of ERXCTLR_EL1 are UNDEFINED.

If AArch64-ERRSELR_EL1.SEL is not the index of the first error record owned by a node, then ext-ERR<n>CTLR is not present, meaning reads and writes of ERXCTLR_EL1 are **RES0**.

MRS <Xt>, ERXCTLR_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0101 | 0b0100 | 0b001 |

MSR ERXCTLR_EL1, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0101 | 0b0100 | 0b001 |

## Accessibility

If AArch64-ERRIDR_EL1.NUM is 0x0000 or AArch64-ERRSELR_EL1.SEL is greater than or equal to AArch64-ERRIDR_EL1.NUM, then one of the following occurs:

- An UNKNOWN error record is selected.
- ERXCTLR_EL1 is RAZ/WI.
- Direct reads and writes of ERXCTLR_EL1 are NOPs.
- Direct reads and writes of ERXCTLR_EL1 are UNDEFINED.

If AArch64-ERRSELR_EL1.SEL is not the index of the first error record owned by a node, then ext-ERR<n>CTLR is not present, meaning reads and writes of ERXCTLR_EL1 are RES0.
MRS <Xt>, ERXCTLR_EL1

```
if PSTATE.EL == EL0 then
    UNDEFINED;
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TERR == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif SCR_EL3.TERR == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = ERXCTLR_EL1;
elsif PSTATE.EL == EL2 then
    if SCR_EL3.TERR == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = ERXCTLR_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = ERXCTLR_EL1;
```

MSR ERXCTLR_EL1, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TERR == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif SCR_EL3.TERR == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        ERXCTLR_EL1 = X[t, 64];
elsif PSTATE.EL == EL2 then
    if SCR_EL3.TERR == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        ERXCTLR_EL1 = X[t, 64];
elsif PSTATE.EL == EL3 then
    ERXCTLR_EL1 = X[t, 64];
```

## B.14.5 ERXSTATUS_EL1, Selected Error Record Primary Status Register

Accesses ext-ERR<n>STATUS for the error record <n> selected by AArch64-ERRSELR_EL1.SEL.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

RAS registers

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Access type

See bit descriptions

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx 0000 0000 0000 xxxx xxxx xxxx xxx0 0000

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure B-273: AArch64_erxstatus_el1 bit assignments**




**Table B-705: ERXSTATUS_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | **RES0** | Reserved | **RES0** |
| [31] | AV | Address Valid. The possible values are:<br>**0b0**<br>ERXADDR_EL1 not valid.<br>**0b1**<br>ERXADDR_EL1 contains an address associated with the highest priority error recorded by this record.<br>This bit is read/write-one-to-clear.<br>Cold reset only. Unaffected by Warm reset | 0b0 |
| [30] | V | Status Register Valid. The possible values are:<br>**0b0**<br>ERXSTATUS_EL1 not valid.<br>**0b1**<br>ERXSTATUS_EL1 valid. At least one error has been recorded.<br>This bit is read/write-one-to-clear.<br>Cold reset only. Unaffected by Warm reset | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [29] | UE | Uncorrected Error. The possible values are:<br>**0b0**<br>No errors have been detected, or all detected errors have been either corrected or deferred.<br>**0b1**<br>At least one detected error was not corrected and not deferred.<br>When clearing ERXSTATUS_EL1.V to `0b0`, if this bit is nonzero, then Arm recommends that software write `0b1` to this bit to clear this bit to zero.<br>This bit is not valid and reads **UNKNOWN** if ERXSTATUS_EL1.V == `0b0`.<br>This bit is read/write-one-to-clear.<br>Cold reset only. Unaffected by Warm reset | `0b0` |
| [28] | ER | Error Reported. The possible values are:<br>**0b0**<br>No in-band error (External Abort) reported.<br>**0b1**<br>An External Abort was signaled by the node to the master making the access or other transaction.<br>This bit is read/write-one-to-clear.<br>Cold reset only. Unaffected by Warm reset<br>**Note:**<br>An External Abort signaled by the node might be masked and not generate any exception. | `0b0` |
| [27] | OF | Overflow. The possible values are:<br>**0b0**<br>If UE == 1, then no error status for an Uncorrected error has been discarded.<br>If UE == 0 and DE == 1, then no error status for a Deferred error has been discarded.<br>If UE == 0, DE == 0, and CE !== 0b00, then the corrected error counter has not overflowed.<br>**0b1**<br>More than one error has occurred and so details of the other error have been discarded.<br>When clearing ERXSTATUS_EL1.V to `0b0`, if this bit is nonzero, then Arm recommends that software write `0b1` to this bit to clear this bit to zero.<br>This bit is not valid and reads **UNKNOWN** if ERXSTATUS_EL1.V == `0b0`.<br>Cold reset only. Unaffected by Warm reset<br>This bit is read/write-one-to-clear. | `0b0` |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [26] | MV | Miscellaneous Registers Valid. The possible values are:<br>**0b0**<br>ERXMISC<m>_EL1 not valid.<br>**0b1**<br>This bit indicates that the ERXMISC<m>_EL1 registers contain additional information for an error recorded by this record.<br>This bit is read/write-one-to-clear.<br>Cold reset only. Unaffected by Warm reset<br>**Note:**<br>If the ERXMISC<m>_EL1 registers can contain additional information for a previously recorded error, then the contents must be self-describing to software or a user. For example, certain fields might relate only to Corrected errors, and other fields only to the most recent error that was not discarded. | 0b0 |
| [25:24] | CE | Corrected Error. The possible values are:<br>**0b00**<br>No errors were corrected.<br>**0b01**<br>At least one transient error was corrected.<br>**0b10**<br>At least one error was corrected.<br>**0b11**<br>At least one persistent error was corrected.<br>When clearing ERXSTATUS_EL1.V to 0b0, if this field is nonzero, then Arm recommends that software write ones to this field to clear this field to zero.<br>This field is not valid and reads **UNKNOWN** if ERXSTATUS_EL1.V == 0b0.<br>This field is read/write-ones-to-clear. Writing a value other than all-zeros or all-ones sets this field to an **UNKNOWN** value.<br>Cold reset only. Unaffected by Warm reset | 0b00 |
| [23] | DE | Deferred Error. The possible values are:<br>**0b0**<br>No errors were deferred.<br>**0b1**<br>At least one error was not corrected and deferred.<br>When clearing ERXSTATUS_EL1.V to 0b0, if this bit is nonzero, then Arm recommends that software write 0b1 to this bit to clear this bit to zero.<br>This bit is not valid and reads **UNKNOWN** if ERXSTATUS_EL1.V == 0b0.<br>This bit is read/write-one-to-clear.<br>Cold reset only. Unaffected by Warm reset | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [22] | PN | Poison. The value is:<br>**0b0**<br>This core cannot distinguish a poisoned value from a corrupted value.<br><br>When clearing ERXSTATUS_EL1.V to 0b0, if this bit is nonzero, then Arm recommends that software write 0b1 to this bit to clear this bit to zero.<br><br>This bit is not valid and reads **UNKNOWN** if any of the following are true:<br>• ERXSTATUS_EL1.V == 0b0.<br>• ERXSTATUS_EL1.{DE,UE} == {0,0}.<br><br>This bit is read/write-one-to-clear.<br><br>Cold reset only. Unaffected by Warm reset | 0b0 |
| [21:20] | UET | Uncorrected Error Type. The value is:<br>**0b00**<br>Uncorrected error, Uncontainable error (UC).<br><br>Cold reset only. Unaffected by Warm reset | 0b00 |
| [19:5] | RES0 | Reserved | RES0 |
| [4:0] | SERR | Primary error code.<br><br>The primary error code might be used by a fault handling agent to triage an error without requiring device-specific code. For example, to count and threshold corrected errors in software, or generate a short log entry.<br><br>The possible values are:<br>**0b00000**<br>No error<br>**0b00010**<br>ECC error from internal data buffer.<br>**0b00110**<br>ECC error on cache data RAM.<br>**0b00111**<br>ECC error on cache tag or dirty RAM.<br>**0b01000**<br>Parity error on TLB data RAM.<br>**0b10010**<br>Error response for a cache copyback.<br>**0b10101**<br>Deferred error from slave not supported at the consumer. For example, poisoned data received from a slave by a master that cannot defer the error further.<br><br>Cold reset only. Unaffected by Warm reset | 0b00000 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Access

If AArch64-ERRIDR_EL1.NUM is `0x0000` or AArch64-ERRSELR_EL1.SEL is greater than or equal to AArch64-ERRIDR_EL1.NUM, then one of the following occurs:

- An **UNKNOWN** error record is selected.
- ERXSTATUS_EL1 is RAZ/WI.
- Direct reads and writes of ERXSTATUS_EL1 are NOPs.
- Direct reads and writes of ERXSTATUS_EL1 are UNDEFINED.

ext-ERR<n>STATUS describes additional constraints that also apply when ext-ERR<n>STATUS is accessed through ERXSTATUS_EL1.

MRS <Xt>, ERXSTATUS_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0101 | 0b0100 | 0b010 |

MSR ERXSTATUS_EL1, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0101 | 0b0100 | 0b010 |

## Accessibility

If AArch64-ERRIDR_EL1.NUM is 0x0000 or AArch64-ERRSELR_EL1.SEL is greater than or equal to AArch64-ERRIDR_EL1.NUM, then one of the following occurs:

- An UNKNOWN error record is selected.
- ERXSTATUS_EL1 is RAZ/WI.
- Direct reads and writes of ERXSTATUS_EL1 are NOPs.
- Direct reads and writes of ERXSTATUS_EL1 are UNDEFINED.

ext-ERR<n>STATUS describes additional constraints that also apply when ext-ERR<n>STATUS is accessed through ERXSTATUS_EL1.
MRS <Xt>, ERXSTATUS_EL1

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TERR == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif SCR_EL3.TERR == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = ERXSTATUS_EL1;
elsif PSTATE.EL == EL2 then
    if SCR_EL3.TERR == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = ERXSTATUS_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = ERXSTATUS_EL1;
```

MSR ERXSTATUS_EL1, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TERR == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif SCR_EL3.TERR == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        ERXSTATUS_EL1 = X[t, 64];
elsif PSTATE.EL == EL2 then
    if SCR_EL3.TERR == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        ERXSTATUS_EL1 = X[t, 64];
elsif PSTATE.EL == EL3 then
    ERXSTATUS_EL1 = X[t, 64];
```

## B.14.6 ERXADDR_EL1, Selected Error Record Address Register

Accesses ext-ERR<n>ADDR for the error record <n> selected by AArch64-ERRSELR_EL1.SEL.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

RAS registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure B-274: AArch64_erxaddr_el1 bit assignments




**Table B-708: ERXADDR_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63] | NS | Non-secure attribute. The possible values are:<br>**0b0**<br>ERXADDR_EL1.PADDR is a Secure address.<br>**0b1**<br>ERXADDR_EL1.PADDR is a Non-secure address. | x |
| [62] | SI | Secure incorrect. The possible values are:<br>**0b0**<br>ERXADDR_EL1.NS is correct. That is, it matches the programmers' view of the Non-secure attribute for the recorded location<br>**0b1**<br>ERXADDR_EL1.NS might not be correct, and might not match the programmers' view of the Non-secure attribute for the recorded location | x |
| [61:48] | RES0 | Reserved | RES0 |
| [47:0] | PADDR | Physical Address [47:0]. Address of the recorded location | 48{x} |

## Access

If AArch64-ERRIDR_EL1.NUM is 0x0000 or AArch64-ERRSELR_EL1.SEL is greater than or equal to AArch64-ERRIDR_EL1.NUM, then one of the following occurs:

- An **UNKNOWN** error record is selected.
- ERXADDR_EL1 is RAZ/WI.
- Direct reads and writes of ERXADDR_EL1 are NOPs.
- Direct reads and writes of ERXADDR_EL1 are UNDEFINED.

ext-ERR<n>ADDR describes additional constraints that also apply when ext-ERR<n>ADDR is accessed through ERXADDR_EL1.

MRS <Xt>, ERXADDR_EL1

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0101 | 0b0100 | 0b011 |

MSR ERXADDR_EL1, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0101 | 0b0100 | 0b011 |

### Accessibility

If AArch64-ERRIDR_EL1.NUM is 0x0000 or AArch64-ERRSELR_EL1.SEL is greater than or equal to AArch64-ERRIDR_EL1.NUM, then one of the following occurs:

- An UNKNOWN error record is selected.
- ERXADDR_EL1 is RAZ/WI.
- Direct reads and writes of ERXADDR_EL1 are NOPs.
- Direct reads and writes of ERXADDR_EL1 are UNDEFINED.

ext-ERR<n>ADDR describes additional constraints that also apply when ext-ERR<n>ADDR is accessed through ERXADDR_EL1.
MRS <Xt>, ERXADDR_EL1

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TERR == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif SCR_EL3.TERR == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = ERXADDR_EL1;
elsif PSTATE.EL == EL2 then
    if SCR_EL3.TERR == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = ERXADDR_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = ERXADDR_EL1;
```

MSR ERXADDR_EL1, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TERR == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif SCR_EL3.TERR == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    else
        ERXADDR_EL1 = X[t, 64];
elsif PSTATE.EL == EL2 then
    if SCR_EL3.TERR == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        ERXADDR_EL1 = X[t, 64];
elsif PSTATE.EL == EL3 then
    ERXADDR_EL1 = X[t, 64];
```

## B.14.7 ERXPFGF_EL1, Selected Pseudo-fault Generation Feature register

Accesses ext-ERR<n>PFGF for the error record <n> selected by AArch64-ERRSELR_EL1.SEL.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

RAS registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

> **Note**
>
> Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-275: AArch64_erxpfgf_el1 bit assignments**



**Table B-711: ERXPFGF_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:31] | RES0 | Reserved | RES0 |
| [30] | R | Restartable bit. When it reaches zero, the Error Generation Counter restarts from the ERXPFGCDN_EL1 value or stops. The value is:<br>`0b1`<br>Feature controllable. | x |
| [29] | SYN | Syndrome. Fault syndrome injection. The value is:<br>`0b0`<br>When an injected error is recorded, the node sets ERXSTATUS_EL1.{IERR, SERR} to IMPLEMENTATION DEFINED values. ERXSTATUS_EL1.{IERR, SERR} are **UNKNOWN** when ERXSTATUS_EL1.V == 0b0. | x |
| [28:13] | RES0 | Reserved | RES0 |
| [12] | MV | Miscellaneous syndrome.<br><br>Additional syndrome injection. Defines whether software can control all or part of the syndrome recorded in the ERXMISC<m>_EL1 registers when an injected error is recorded.<br><br>It is **IMPLEMENTATION DEFINED** which syndrome fields in ERXMISC<m>_EL1 this refers to, as some fields might always be recorded by an error. For example, a Corrected Error counter.<br>`0b0`<br>When an injected error is recorded, the node might record **IMPLEMENTATION DEFINED** additional syndrome in ERXMISC<m>_EL1. If any syndrome is recorded in ERXMISC<m>_EL1, then ERXSTATUS_EL1.MV is set to 0b1.<br><br>**Note:**<br>If ERR<n>PFGF.MV == `0b1`, software can write specific values into the ERR<n>MISC<m> registers when setting up a fault injection event. The values that can be written to these registers are **IMPLEMENTATION DEFINED**. | x |
| [11] | AV | Address syndrome. Address syndrome injection. The value is:<br>`0b0`<br>When an injected error is recorded, the node either sets ERXADDR_EL1 and ERXSTATUS_EL1.AV for the access, or leaves these unchanged. | x |
| [10] | PN | Poison flag. Describes how the fault generation feature of the node sets the ERXSTATUS_EL1.PN status flag. The value is:<br>`0b0`<br>When an injected error is recorded, the node sets ERXSTATUS_EL1.PN to 0. | x |
| [9] | ER | Error Reported flag. Describes how the fault generation feature of the node sets the ERXSTATUS_EL1.ER status flag. The value is:<br>`0b0`<br>When an injected error is recorded, the node sets ERXSTATUS_EL1.ER according to the architecture-defined rules for setting the ER bit. | x |
| [8] | CI | Critical Error flag. Describes how the fault generation feature of the node sets the ERXSTATUS_EL1.CI status flag. The value is:<br>`0b0`<br>The node does not support this type of flag<br><br>This behavior replaces the architecture-defined rules for setting the CI bit. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [7:6] | CE | Corrected Error generation. The value is:<br>**0b01**<br>The fault generation feature of the node allows generation of a non-specific Corrected Error, that is, a Corrected Error that is recorded as ERXSTATUS_EL1.CE == 0b10.<br>All other values are reserved. | xx |
| [5] | DE | Deferred Error generation. The value is:<br>**0b1**<br>The fault generation feature of the node allows generation of this type of error. | x |
| [4] | UEO | Latent or Restartable Error generation. The value is:<br>**0b0**<br>The fault generation feature of the node cannot generate this type of error. | x |
| [3] | UER | Signaled or Recoverable Error generation. The value is:<br>**0b0**<br>The fault generation feature of the node cannot generate this type of error. | x |
| [2] | UEU | Unrecoverable Error generation. The value is:<br>**0b0**<br>The fault generation feature of the node cannot generate this type of error. | x |
| [1] | UC | Uncontainable Error generation. The value is:<br>**0b1**<br>The fault generation feature of the node allows generation of this type of error. | x |
| [0] | OF | Overflow flag. Describes how the fault generation feature of the node sets the ERXSTATUS_EL1.OF status flag. The value is:<br>**0b0**<br>When an injected error is recorded, the node sets ERXSTATUS_EL1.OF according to the architecture-defined rules for setting the OF bit. | x |

## Access

If AArch64-ERRIDR_EL1.NUM is 0x0000 or AArch64-ERRSELR_EL1.SEL is greater than or equal to AArch64-ERRIDR_EL1.NUM, then one of the following occurs:

- An **UNKNOWN** error record is selected.
- ERXPFGF_EL1 is RAZ.
- Direct reads of ERXPFGF_EL1 are NOPs.
- Direct reads of ERXPFGF_EL1 are UNDEFINED.

If AArch64-ERRSELR_EL1.SEL selects an error record owned by a node that does not implement the Common Fault Injection Model Extension, then one of the following occurs:

- ERXPFGF_EL1 is RAZ.
- Direct reads of ERXPFGF_EL1 are NOPs.
- Direct reads of ERXPFGF_EL1 are **UNDEFINED**.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

> **Note**
> A node does not implement the Common Fault Injection Model Extension if ERR<q>FR.INJ reads as `0b00`. <q> is the index of the first error record owned by the same node as error record <n>, where <n> is the value in AArch64-ERRSELR_EL1.SEL. If the node owns a single record, then q = n.

If AArch64-ERRSELR_EL1.SEL is not the index of the first error record owned by a node, then ext-ERR<n>PFGF is not present, meaning reads of ERXPFGF_EL1 are **RES0**.

ext-ERR<n>PFGF describes additional constraints that also apply when ext-ERR<n>PFGF is accessed through ERXPFGF_EL1.

MRS <Xt>, ERXPFGF_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0101 | 0b0100 | 0b100 |

## Accessibility

If AArch64-ERRIDR_EL1.NUM is 0x0000 or AArch64-ERRSELR_EL1.SEL is greater than or equal to AArch64-ERRIDR_EL1.NUM, then one of the following occurs:

- An UNKNOWN error record is selected.
- ERXPFGF_EL1 is RAZ.
- Direct reads of ERXPFGF_EL1 are NOPs.
- Direct reads of ERXPFGF_EL1 are UNDEFINED.

If AArch64-ERRSELR_EL1.SEL selects an error record owned by a node that does not implement the Common Fault Injection Model Extension, then one of the following occurs:

- ERXPFGF_EL1 is RAZ.
- Direct reads of ERXPFGF_EL1 are NOPs.
- Direct reads of ERXPFGF_EL1 are UNDEFINED.

> **Note**
> A node does not implement the Common Fault Injection Model Extension if ERR<q>FR.INJ reads as 0b00. <q> is the index of the first error record owned by the same node as error record <n>, where <n> is the value in AArch64-ERRSELR_EL1.SEL. If the node owns a single record, then q = n.

If AArch64-ERRSELR_EL1.SEL is not the index of the first error record owned by a node, then ext-ERR<n>PFGF is not present, meaning reads of ERXPFGF_EL1 are RES0.

ext-ERR<n>PFGF describes additional constraints that also apply when ext-ERR<n>PFGF is accessed through ERXPFGF_EL1.
MRS <Xt>, ERXPFGF_EL1

```
if PSTATE.EL == EL0 then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.FIEN == '0' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif SCR_EL3.FIEN == '0' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = ERXPFGF_EL1;
elsif PSTATE.EL == EL2 then
    if SCR_EL3.FIEN == '0' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = ERXPFGF_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = ERXPFGF_EL1;
```

## B.14.8 ERXPFGCTL_EL1, Selected Pseudo-fault Generation Control register

Accesses ext-ERR<n>PFGCTL for the error record <n> selected by AArch64-ERRSELR_EL1.SEL.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

RAS registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx 00xx xxxx xxxx xxxx xxxx xxxx 000x xx0x

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure B-276: AArch64_erxpfgctl_el1 bit assignments




### Table B-713: ERXPFGCTL_EL1 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | **RES0** | Reserved | **RES0** |
| [31] | CDNEN | Countdown Enable. Controls transfers from the value that is held in the ERXPFGCDN_EL1 into the Error Generation Counter and enables this counter.<br>**0b0**<br>The Error Generation Counter is disabled.<br>**0b1**<br>The Error Generation Counter is enabled. On a write of 0b1 to this bit, the Error Generation Counter is set to ERXPFGCDN_EL1.CDN.<br>Cold reset only. Unaffected by Warm reset | 0b0 |
| [30] | R | Restart. Controls whether, upon reaching zero, the Error Generation Counter restarts from the ERXPFGCDN_EL1 value or stops.<br>**0b0**<br>On reaching 0, the Error Generation Counter will stop.<br>**0b1**<br>On reaching 0, the Error Generation Counter is set to ERXPFGCDN_EL1.CDN.<br>Cold reset only. Unaffected by Warm reset | 0b0 |
| [29:8] | **RES0** | Reserved | **RES0** |
| [7:6] | CE | Corrected Error generation enable. Controls the type of Corrected Error condition that might be generated. The possible values are:<br>**0b00**<br>No error of this type will be generated.<br>**0b01**<br>A non-specific Corrected Error, that is, a Corrected Error that is recorded as ERXSTATUS_EL1.CE == 0b10, might be generated when the Error Generation Counter decrements to zero.<br>Cold reset only. Unaffected by Warm reset | 0b00 |
| [5] | DE | Deferred Error generation enable. The possible values are:<br>**0b0**<br>No error of this type will be generated.<br>**0b1**<br>An error of this type might be generated when the Error Generation Counter decrements to zero.<br>Cold reset only. Unaffected by Warm reset | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [4:2] | **RES0** | Reserved | **RES0** |
| [1] | UC | Uncontainable Error generation enable. The possible values are:<br>**0b0**<br>No error of this type will be generated.<br>**0b1**<br>An error of this type might be generated when the Error Generation Counter decrements to zero.<br>Cold reset only. Unaffected by Warm reset | 0b0 |
| [0] | **RES0** | Reserved | **RES0** |

## Access

If AArch64-ERRIDR_EL1.NUM is 0x0000 or AArch64-ERRSELR_EL1.SEL is greater than or equal to AArch64-ERRIDR_EL1.NUM, then one of the following occurs:

- An **UNKNOWN** error record is selected.
- ERXPFGCTL_EL1 is RAZ/WI.
- Direct reads and writes of ERXPFGCTL_EL1 are NOPs.
- Direct reads and writes of ERXPFGCTL_EL1 are UNDEFINED.

If AArch64-ERRSELR_EL1.SEL selects an error record owned by a node that does not implement the Common Fault Injection Model Extension, then one of the following occurs:

- ERXPFGCTL_EL1 is RAZ/WI.
- Direct reads and writes of ERXPFGCTL_EL1 are NOPs.
- Direct reads and writes of ERXPFGCTL_EL1 are **UNDEFINED**.

Note

A node does not implement the Common Fault Injection Model Extension if ERR<q>FR.INJ reads as 0b00. <q> is the index of the first error record owned by the same node as error record <n>, where <n> is the value in AArch64-ERRSELR_EL1.SEL. If the node owns a single record, then q = n.

If AArch64-ERRSELR_EL1.SEL is not the index of the first error record owned by a node, then ext-ERR<n>PFGCTL is not present, meaning reads and writes of ERXPFGCTL_EL1 are **RES0**.

ext-ERR<n>PFGCTL describes additional constraints that also apply when ext-ERR<n>PFGCTL is accessed through ERXPFGCTL_EL1.

MRS <Xt>, ERXPFGCTL_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0101 | 0b0100 | 0b101 |

MSR ERXPFGCTL_EL1, <Xt>

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0101 | 0b0100 | 0b101 |

## Accessibility

If AArch64-ERRIDR_EL1.NUM is 0x0000 or AArch64-ERRSELR_EL1.SEL is greater than or equal to AArch64-ERRIDR_EL1.NUM, then one of the following occurs:

- An UNKNOWN error record is selected.
- ERXPFGCTL_EL1 is RAZ/WI.
- Direct reads and writes of ERXPFGCTL_EL1 are NOPs.
- Direct reads and writes of ERXPFGCTL_EL1 are UNDEFINED.

If AArch64-ERRSELR_EL1.SEL selects an error record owned by a node that does not implement the Common Fault Injection Model Extension, then one of the following occurs:

- ERXPFGCTL_EL1 is RAZ/WI.
- Direct reads and writes of ERXPFGCTL_EL1 are NOPs.
- Direct reads and writes of ERXPFGCTL_EL1 are UNDEFINED.

Note

A node does not implement the Common Fault Injection Model Extension if ERR<q>FR.INJ reads as 0b00. <q> is the index of the first error record owned by the same node as error record <n>, where <n> is the value in AArch64-ERRSELR_EL1.SEL. If the node owns a single record, then q = n.

If AArch64-ERRSELR_EL1.SEL is not the index of the first error record owned by a node, then ext-ERR<n>PFGCTL is not present, meaning reads and writes of ERXPFGCTL_EL1 are RES0.

ext-ERR<n>PFGCTL describes additional constraints that also apply when ext-ERR<n>PFGCTL is accessed through ERXPFGCTL_EL1.
MRS <Xt>, ERXPFGCTL_EL1

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.FIEN == '0' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif SCR_EL3.FIEN == '0' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = ERXPFGCTL_EL1;
elsif PSTATE.EL == EL2 then
    if SCR_EL3.FIEN == '0' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = ERXPFGCTL_EL1;
elsif PSTATE.EL == EL3 then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    X[t, 64] = ERXPFGCTL_EL1;
```

MSR ERXPFGCTL_EL1, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.FIEN == '0' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif SCR_EL3.FIEN == '0' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        ERXPFGCTL_EL1 = X[t, 64];
elsif PSTATE.EL == EL2 then
    if SCR_EL3.FIEN == '0' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        ERXPFGCTL_EL1 = X[t, 64];
elsif PSTATE.EL == EL3 then
    ERXPFGCTL_EL1 = X[t, 64];
```

## B.14.9 ERXPFGCDN_EL1, Selected Pseudo-fault Generation Countdown register

Accesses ext-ERR<n>PFGCDN for the error record <n> selected by AArch64-ERRSELR_EL1.SEL.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

RAS registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure B-277: AArch64_erxpfgcdn_el1 bit assignments




**Table B-716: ERXPFGCDN_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | **RES0** | Reserved | **RES0** |
| [31:0] | CDN | Countdown value.<br><br>This field is copied to Error Generation Counter when either:<br>• Software writes ERXPFGCTL_EL1.CDNEN with 1.<br>• The Error Generation Counter decrements to zero and ERXPFGCTL_EL1.R == `0b1`.<br><br>Unaffected by Cold or Warm reset.<br><br>**Note:**<br>The current Error Generation Counter value is not visible to software. | `32{x}` |

## Access

If AArch64-ERRIDR_EL1.NUM is `0x0000` or AArch64-ERRSELR_EL1.SEL is greater than or equal to AArch64-ERRIDR_EL1.NUM, then one of the following occurs:

- An **UNKNOWN** error record is selected.
- ERXPFGCDN_EL1 is RAZ/WI.
- Direct reads and writes of ERXPFGCDN_EL1 are NOPs.
- Direct reads and writes of ERXPFGCDN_EL1 are UNDEFINED.

If AArch64-ERRSELR_EL1.SEL selects an error record owned by a node that does not implement the Common Fault Injection Model Extension, then one of the following occurs:

- ERXPFGCDN_EL1 is RAZ/WI.
- Direct reads and writes of ERXPFGCDN_EL1 are NOPs.
- Direct reads and writes of ERXPFGCDN_EL1 are **UNDEFINED**.

Note

A node does not implement the Common Fault Injection Model Extension if ERR<q>FR.INJ reads as `0b00`. <q> is the index of the first error record owned by the same node as error record <n>, where <n> is the value in AArch64-ERRSELR_EL1.SEL. If the node owns a single record, then q = n.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

If AArch64-ERRSELR_EL1.SEL is not the index of the first error record owned by a node, then ext-ERR<n>PFGCDN is not present, meaning reads and writes of ERXPFGCDN_EL1 are **RES0**.

ext-ERR<n>PFGCDN describes additional constraints that also apply when ext-ERR<n>PFGCDN is accessed through ERXPFGCDN_EL1.

MRS <Xt>, ERXPFGCDN_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0101 | 0b0100 | 0b110 |

MSR ERXPFGCDN_EL1, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0101 | 0b0100 | 0b110 |

### Accessibility

If AArch64-ERRIDR_EL1.NUM is 0x0000 or AArch64-ERRSELR_EL1.SEL is greater than or equal to AArch64-ERRIDR_EL1.NUM, then one of the following occurs:

- An UNKNOWN error record is selected.
- ERXPFGCDN_EL1 is RAZ/WI.
- Direct reads and writes of ERXPFGCDN_EL1 are NOPs.
- Direct reads and writes of ERXPFGCDN_EL1 are UNDEFINED.

If AArch64-ERRSELR_EL1.SEL selects an error record owned by a node that does not implement the Common Fault Injection Model Extension, then one of the following occurs:

- ERXPFGCDN_EL1 is RAZ/WI.
- Direct reads and writes of ERXPFGCDN_EL1 are NOPs.
- Direct reads and writes of ERXPFGCDN_EL1 are UNDEFINED.

Note

A node does not implement the Common Fault Injection Model Extension if ERR<q>FR.INJ reads as 0b00. <q> is the index of the first error record owned by the same node as error record <n>, where <n> is the value in AArch64-ERRSELR_EL1.SEL. If the node owns a single record, then q = n.

If AArch64-ERRSELR_EL1.SEL is not the index of the first error record owned by a node, then ext-ERR<n>PFGCDN is not present, meaning reads and writes of ERXPFGCDN_EL1 are RES0.

ext-ERR<n>PFGCDN describes additional constraints that also apply when ext-ERR<n>PFGCDN is accessed through ERXPFGCDN_EL1.
MRS <Xt>, ERXPFGCDN_EL1

```
if PSTATE.EL == EL0 then
    UNDEFINED;
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.FIEN == '0' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif SCR_EL3.FIEN == '0' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = ERXPFGCDN_EL1;
elsif PSTATE.EL == EL2 then
    if SCR_EL3.FIEN == '0' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = ERXPFGCDN_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = ERXPFGCDN_EL1;
```

MSR ERXPFGCDN_EL1, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.FIEN == '0' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif SCR_EL3.FIEN == '0' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        ERXPFGCDN_EL1 = X[t, 64];
elsif PSTATE.EL == EL2 then
    if SCR_EL3.FIEN == '0' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        ERXPFGCDN_EL1 = X[t, 64];
elsif PSTATE.EL == EL3 then
    ERXPFGCDN_EL1 = X[t, 64];
```

## B.14.10 ERXMISC0_EL1, Selected Error Record Miscellaneous Register 0

Accesses ext-ERR<n>MISC0 for the error record <n> selected by AArch64-ERRSELR_EL1.SEL.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

RAS registers

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Access type

See bit descriptions

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure B-278: AArch64_erxmisc0_el1 bit assignments




### Table B-719: ERXMISC0_EL1 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:48] | **RES0** | Reserved | **RES0** |
| [47] | OFO | Sticky overflow bit, other. Set to 1 when ERXMISC0_EL1.CECO is incremented and wraps through zero.<br>**0b0**<br>Other counter has not overflowed.<br>**0b1**<br>Other counter has overflowed.<br>A direct write that modifies this bit might indirectly set ERXSTATUS_EL1.OF to an **UNKNOWN** value and a direct write to ERXSTATUS_EL1.OF that clears it to zero might indirectly set this bit to an **UNKNOWN** value.<br>Unaffected by Cold or Warm reset. | x |
| [46:40] | CECO | Corrected error count, other. Incremented for each countable error that is not accounted for by incrementing ERXMISC0_EL1.CECR.<br>Unaffected by Cold or Warm reset. | 7{x} |

| Bits | Name | Description | Reset |
|---|---|---|---|
| [39] | OFR | Sticky overflow bit, repeat. Set to 1 when ERXMISC0_EL1.CECR is incremented and wraps through zero.<br>**0b0**<br>Repeat counter has not overflowed.<br>**0b1**<br>Repeat counter has overflowed.<br>A direct write that modifies this bit might indirectly set ERXSTATUS_EL1.OF to an **UNKNOWN** value and a direct write to ERXSTATUS_EL1.OF that clears it to zero might indirectly set this bit to an **UNKNOWN** value.<br>Unaffected by Cold or Warm reset. | x |
| [38:32] | CECR | Corrected error count, repeat. Incremented for the first countable error, which also records other syndrome for the error, and subsequently for each countable error that matches the recorded other syndrome.<br>This field resets to an IMPLEMENTATION DEFINED which might be **UNKNOWN** on a Cold reset. If the reset value is **UNKNOWN**, then the value of this field remains **UNKNOWN** until software initializes it.<br>Unaffected by Cold or Warm reset. | 7{x} |
| [31:28] | WAY | The encoding is dependent on the unit from which the error being recorded was detected. The possible values are:<br>[L1 Data Cache]<br>• Indicates which Tag RAM way or data RAM way detected the error. Upper 2 bits are unused.<br>[L2 TLB]<br>• Indicates which RAM detected an error. The possible values are 0 (RAM 1) to 9 (RAM 10).<br>[L1 Instruction Cache]<br>• Indicates which way detected the error. Upper 2 bits are unused.<br>[L2 Cache]<br>• Indicates which way detected the error. Upper 1 bit unused.<br>Unaffected by Cold or Warm reset. | xxxx |
| [27:26] | **RES0** | Reserved | **RES0** |
| [25] | SUBBANK | The encoding is dependent on the unit from which the error being recorded was detected. The possible values are:<br>[L1 Instruction Cache]<br>• Indicates which subbank detected the error, valid for Instruction Data Cache. For Tag errors this field is zero.<br>Unaffected by Cold or Warm reset. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [24:23] | BANK | The encoding is dependent on the unit from which the error being recorded was detected. The possible values are:<br><br>[L2 Cache]<br>• Indicates which L2 bank detected the error. Upper 1 bit is unused.<br><br>[L1 Instruction Cache]<br>• Indicates which bank detected the error, valid for Instruction Data Cache. For Tag errors this field is zero.<br><br>Unaffected by Cold or Warm reset. | `xx` |
| [22:19] | SUBARRAY | The encoding is dependent on the unit from which the error being recorded was detected. The possible values are:<br><br>[L2 Cache]<br>• Indicates which L2 data doubleword detected the error. Upper 1 bit is unused.<br><br>[L1 Data Cache]<br>• Indicates for L1 Data RAM which word had the error detected. For L1 Tag RAMs which bank had the error (`0b0000`: bank0 , `0b0001`: bank1)<br><br>Unaffected by Cold or Warm reset. | `xxxx` |
| [18:6] | INDEX | The encoding is dependent on the unit from which the error being recorded was detected. The possible values are:<br><br>[L2 Cache]<br>• Indicates which index detected the error. Upper bits of the index are unused depending on the cache size.<br><br>[L1 Data Cache]<br>• Indicates which index detected the error. Upper bits of the index are unused depending on the cache size<br><br>[L2 TLB]<br>• Index of TLB RAM. Upper 4 bits are unused.<br><br>[L1 Instruction Cache]<br>• Indicates which index detected the error. Upper bits of the index are unused depending on the cache size.<br><br>Unaffected by Cold or Warm reset. | `13{x}` |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [5:4] | ARRAY | The encoding is dependent on the unit from which the error being recorded was detected. The possible values are:<br><br>[L2 Cache]<br><br>Indicates which array detected the error. The possible values are:<br>• `0b00` L2 Tag RAM.<br>• `0b01` L2 Data RAM.<br>• `0b11` CHI Error.<br><br>[L1 Data Cache]<br><br>Indicates which array detected the error. The possible values are:<br>• 00 LS Tag RAM 0.<br>• 01 LS Tag RAM 1.<br>• 10 LS Data RAM.<br>• 11 LS Tag RAM 2.<br><br>[L1 Instruction Cache]<br><br>Indicates which array that detected the error, Data Array has higher priority. The possible values are:<br>• `0b00` Tag.<br>• `0b01` Data.<br>• `0b10` Macro-OP cache.<br><br>Unaffected by Cold or Warm reset. | `xx` |
| [3:0] | UNIT | Indicates the unit which detected the error. The possible values are:<br>**`0b0001`**<br>L1 Instruction Cache.<br>**`0b0010`**<br>L2 TLB.<br>**`0b0100`**<br>L1 Data Cache.<br>**`0b1000`**<br>L2 Cache. | `xxxx` |

## Access

If AArch64-ERRIDR_EL1.NUM is `0x0000` or AArch64-ERRSELR_EL1.SEL is greater than or equal to AArch64-ERRIDR_EL1.NUM, then one of the following occurs:

- An **UNKNOWN** error record is selected.
- ERXMISC0_EL1 is RAZ/WI.
- Direct reads and writes of ERXMISC0_EL1 are NOPs.
- Direct reads and writes of ERXMISC0_EL1 are UNDEFINED.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

ext-ERR<n>MISC0 describes additional constraints that also apply when ext-ERR<n>MISC0 is accessed through ERXMISC0_EL1.

MRS <Xt>, ERXMISC0_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0101 | 0b0101 | 0b000 |

MSR ERXMISC0_EL1, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0101 | 0b0101 | 0b000 |

### Accessibility

If AArch64-ERRIDR_EL1.NUM is 0x0000 or AArch64-ERRSELR_EL1.SEL is greater than or equal to AArch64-ERRIDR_EL1.NUM, then one of the following occurs:

- An UNKNOWN error record is selected.
- ERXMISC0_EL1 is RAZ/WI.
- Direct reads and writes of ERXMISC0_EL1 are NOPs.
- Direct reads and writes of ERXMISC0_EL1 are UNDEFINED.

ext-ERR<n>MISC0 describes additional constraints that also apply when ext-ERR<n>MISC0 is accessed through ERXMISC0_EL1.
MRS <Xt>, ERXMISC0_EL1

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TERR == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif SCR_EL3.TERR == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = ERXMISC0_EL1;
elsif PSTATE.EL == EL2 then
    if SCR_EL3.TERR == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = ERXMISC0_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = ERXMISC0_EL1;
```

MSR ERXMISC0_EL1, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
```

```
    if EL2Enabled() && HCR_EL2.TERR == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif SCR_EL3.TERR == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        ERXMISC0_EL1 = X[t, 64];
elsif PSTATE.EL == EL2 then
    if SCR_EL3.TERR == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        ERXMISC0_EL1 = X[t, 64];
elsif PSTATE.EL == EL3 then
    ERXMISC0_EL1 = X[t, 64];
```

## B.14.11 ERXMISC1_EL1, Selected Error Record Miscellaneous Register 1

Accesses ext-ERR<n>MISC1 for the error record <n> selected by AArch64-ERRSELR_EL1.SEL.

### Configurations

This register is available in all configurations.

### Attributes

#### Width

64

#### Functional group

RAS registers

#### Access type

See bit descriptions

#### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

---

Note

Where the reset reads xxxx, see individual bits

---

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure B-279: AArch64_erxmisc1_el1 bit assignments




**Table B-722: ERXMISC1_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | **RES0** | Reserved | **RES0** |

## Access

If AArch64-ERRIDR_EL1.NUM is `0x0000` or AArch64-ERRSELR_EL1.SEL is greater than or equal to AArch64-ERRIDR_EL1.NUM, then one of the following occurs:

- An **UNKNOWN** error record is selected.
- ERXMISC1_EL1 is RAZ/WI.
- Direct reads and writes of ERXMISC1_EL1 are NOPs.
- Direct reads and writes of ERXMISC1_EL1 are UNDEFINED.

ext-ERR<n>MISC1 describes additional constraints that also apply when ext-ERR<n>MISC1 is accessed through ERXMISC1_EL1.

MRS <Xt>, ERXMISC1_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0101 | 0b0101 | 0b001 |

MSR ERXMISC1_EL1, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0101 | 0b0101 | 0b001 |

## Accessibility

If AArch64-ERRIDR_EL1.NUM is 0x0000 or AArch64-ERRSELR_EL1.SEL is greater than or equal to AArch64-ERRIDR_EL1.NUM, then one of the following occurs:

- An UNKNOWN error record is selected.
- ERXMISC1_EL1 is RAZ/WI.
- Direct reads and writes of ERXMISC1_EL1 are NOPs.
- Direct reads and writes of ERXMISC1_EL1 are UNDEFINED.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

ext-ERR<n>MISC1 describes additional constraints that also apply when ext-ERR<n>MISC1 is accessed through ERXMISC1_EL1.

MRS <Xt>, ERXMISC1_EL1

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TERR == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif SCR_EL3.TERR == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = ERXMISC1_EL1;
elsif PSTATE.EL == EL2 then
    if SCR_EL3.TERR == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = ERXMISC1_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = ERXMISC1_EL1;
```

MSR ERXMISC1_EL1, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TERR == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif SCR_EL3.TERR == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        ERXMISC1_EL1 = X[t, 64];
elsif PSTATE.EL == EL2 then
    if SCR_EL3.TERR == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        ERXMISC1_EL1 = X[t, 64];
elsif PSTATE.EL == EL3 then
    ERXMISC1_EL1 = X[t, 64];
```

## B.14.12 ERXMISC2_EL1, Selected Error Record Miscellaneous Register 2

Accesses ext-ERR<n>MISC2 for the error record <n> selected by AArch64-ERRSELR_EL1.SEL.

### Configurations

This register is available in all configurations.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Attributes

**Width**

64

**Functional group**

RAS registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

---

Note

Where the reset reads xxxx, see individual bits

---

## Bit descriptions

**Figure B-280: AArch64_erxmisc2_el1 bit assignments**




**Table B-725: ERXMISC2_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | RES0 | Reserved | RES0 |

## Access

If AArch64-ERRIDR_EL1.NUM is `0x0000` or AArch64-ERRSELR_EL1.SEL is greater than or equal to AArch64-ERRIDR_EL1.NUM, then one of the following occurs:

- An **UNKNOWN** error record is selected.
- ERXMISC2_EL1 is RAZ/WI.
- Direct reads and writes of ERXMISC2_EL1 are NOPs.
- Direct reads and writes of ERXMISC2_EL1 are UNDEFINED.

ext-ERR<n>MISC2 describes additional constraints that also apply when ext-ERR<n>MISC2 is accessed through ERXMISC2_EL1.

MRS <Xt>, ERXMISC2_EL1

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0101 | 0b0101 | 0b010 |

MSR ERXMISC2_EL1, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b0101 | 0b0101 | 0b010 |

### Accessibility

If AArch64-ERRIDR_EL1.NUM is 0x0000 or AArch64-ERRSELR_EL1.SEL is greater than or equal to AArch64-ERRIDR_EL1.NUM, then one of the following occurs:

- An UNKNOWN error record is selected.
- ERXMISC2_EL1 is RAZ/WI.
- Direct reads and writes of ERXMISC2_EL1 are NOPs.
- Direct reads and writes of ERXMISC2_EL1 are UNDEFINED.

ext-ERR<n>MISC2 describes additional constraints that also apply when ext-ERR<n>MISC2 is accessed through ERXMISC2_EL1.
MRS <Xt>, ERXMISC2_EL1

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TERR == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif SCR_EL3.TERR == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = ERXMISC2_EL1;
elsif PSTATE.EL == EL2 then
    if SCR_EL3.TERR == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = ERXMISC2_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = ERXMISC2_EL1;
```

MSR ERXMISC2_EL1, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TERR == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif SCR_EL3.TERR == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
    else
        ERXMISC2_EL1 = X[t, 64];
elsif PSTATE.EL == EL2 then
    if SCR_EL3.TERR == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        ERXMISC2_EL1 = X[t, 64];
elsif PSTATE.EL == EL3 then
    ERXMISC2_EL1 = X[t, 64];
```

## B.14.13 ERXMISC3_EL1, Selected Error Record Miscellaneous Register 3

Accesses ext-ERR<n>MISC3 for the error record <n> selected by AArch64-ERRSELR_EL1.SEL.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

RAS registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-281: AArch64_erxmisc3_el1 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table B-728: ERXMISC3_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | **RES0** | Reserved | **RES0** |

## Access

If AArch64-ERRIDR_EL1.NUM is `0x0000` or AArch64-ERRSELR_EL1.SEL is greater than or equal to AArch64-ERRIDR_EL1.NUM, then one of the following occurs:

- An **UNKNOWN** error record is selected.
- ERXMISC3_EL1 is RAZ/WI.
- Direct reads and writes of ERXMISC3_EL1 are NOPs.
- Direct reads and writes of ERXMISC3_EL1 are UNDEFINED.

ext-ERR<n>MISC3 describes additional constraints that also apply when ext-ERR<n>MISC3 is accessed through ERXMISC3_EL1.

MRS <Xt>, ERXMISC3_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| `0b11` | `0b000` | `0b0101` | `0b0101` | `0b011` |

MSR ERXMISC3_EL1, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| `0b11` | `0b000` | `0b0101` | `0b0101` | `0b011` |

## Accessibility

If AArch64-ERRIDR_EL1.NUM is 0x0000 or AArch64-ERRSELR_EL1.SEL is greater than or equal to AArch64-ERRIDR_EL1.NUM, then one of the following occurs:

- An UNKNOWN error record is selected.
- ERXMISC3_EL1 is RAZ/WI.
- Direct reads and writes of ERXMISC3_EL1 are NOPs.
- Direct reads and writes of ERXMISC3_EL1 are UNDEFINED.

ext-ERR<n>MISC3 describes additional constraints that also apply when ext-ERR<n>MISC3 is accessed through ERXMISC3_EL1.
MRS <Xt>, ERXMISC3_EL1

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TERR == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif SCR_EL3.TERR == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = ERXMISC3_EL1;
elsif PSTATE.EL == EL2 then
    if SCR_EL3.TERR == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = ERXMISC3_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = ERXMISC3_EL1;
```

MSR ERXMISC3_EL1, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && HCR_EL2.TERR == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif SCR_EL3.TERR == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        ERXMISC3_EL1 = X[t, 64];
elsif PSTATE.EL == EL2 then
    if SCR_EL3.TERR == '1' then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        ERXMISC3_EL1 = X[t, 64];
elsif PSTATE.EL == EL3 then
    ERXMISC3_EL1 = X[t, 64];
```

## B.15 AArch64 Statistical Profiling Extension registers summary

The summary table provides an overview of all Statistical Profiling Extension registers in the core. For more information about a register, click the register name in the table.

For registers without a listed reset value refer to the individual field resets documented on the register description pages or in the Arm ARM.

**Table B-731: Statistical Profiling Extension registers summary**

| Name | Op0 | Op1 | CRn | CRm | Op2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| PMSCR_EL1 | 3 | 0 | C9 | C9 | 0 | See individual bit resets. | 64-bit | Statistical Profiling Control Register (EL1) |
| PMSICR_EL1 | 3 | 0 | C9 | C9 | 2 | See individual bit resets. | 64-bit | Sampling Interval Counter Register |
| PMSIRR_EL1 | 3 | 0 | C9 | C9 | 3 | See individual bit resets. | 64-bit | Sampling Interval Reload Register |
| PMSFCR_EL1 | 3 | 0 | C9 | C9 | 4 | See individual bit resets. | 64-bit | Sampling Filter Control Register |
| PMSEVFR_EL1 | 3 | 0 | C9 | C9 | 5 | See individual bit resets. | 64-bit | Sampling Event Filter Register |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Name | Op0 | Op1 | CRn | CRm | Op2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| PMSLATFR_EL1 | 3 | 0 | C9 | C9 | 6 | See individual bit resets. | 64-bit | Sampling Latency Filter Register |
| PMSIDR_EL1 | 3 | 0 | C9 | C9 | 7 | See individual bit resets. | 64-bit | Sampling Profiling ID Register |
| PMBLIMITR_EL1 | 3 | 0 | C9 | C10 | 0 | See individual bit resets. | 64-bit | Profiling Buffer Limit Address Register |
| PMBPTR_EL1 | 3 | 0 | C9 | C10 | 1 | See individual bit resets. | 64-bit | Profiling Buffer Write Pointer Register |
| PMBSR_EL1 | 3 | 0 | C9 | C10 | 3 | See individual bit resets. | 64-bit | Profiling Buffer Status/syndrome Register |
| PMBIDR_EL1 | 3 | 0 | C9 | C10 | 7 | See individual bit resets. | 64-bit | Profiling Buffer ID Register |
| PMSCR_EL2 | 3 | 4 | C9 | C9 | 0 | See individual bit resets. | 64-bit | Statistical Profiling Control Register (EL2) |

## B.15.1 PMSEVFR_EL1, Sampling Event Filter Register

Controls sample filtering by events. The overall filter is the logical AND of these filters. For example, if PMSEVFR_EL1.E[3] and PMSEVFR_EL1.E[5] are both set to 1, only samples that have both event 3 (Level 1 unified or data cache refill) and event 5 (TLB walk) set to 1 are recorded.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Statistical Profiling Extension registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx 0000 0000 0000 0000 xxxx xxxx xxxx 0xx0 xxxx xxxx x0xx xxx0

**Note**

Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure B-282: AArch64_pmsevfr_el1 bit assignments




### Table B-732: PMSEVFR_EL1 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63] | E[63] | E[63] is the event filter for event 63. If event 63 is not implemented, or filtering on event 63 is not supported, the corresponding bit is **RAZ/WI**.<br>**`0b0`**<br>Event 63 is ignored.<br>**`0b1`**<br>Do not record samples that have event 63 == 0.<br><br>An **IMPLEMENTATION DEFINED** event might be recorded as a multi-bit field. In this case, if the corresponding bits of PMSEVFR_EL1 define an **IMPLEMENTATION DEFINED** filter for the event.<br><br>This field is ignored by the PE when AArch64-PMSFCR_EL1.FE == 0 | x |
| [62] | E[62] | E[62] is the event filter for event 62. If event 62 is not implemented, or filtering on event 62 is not supported, the corresponding bit is **RAZ/WI**.<br>**`0b0`**<br>Event 62 is ignored.<br>**`0b1`**<br>Do not record samples that have event 62 == 0.<br><br>An **IMPLEMENTATION DEFINED** event might be recorded as a multi-bit field. In this case, if the corresponding bits of PMSEVFR_EL1 define an **IMPLEMENTATION DEFINED** filter for the event.<br><br>This field is ignored by the PE when AArch64-PMSFCR_EL1.FE == 0 | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [61] | E[61] | E[61] is the event filter for event 61. If event 61 is not implemented, or filtering on event 61 is not supported, the corresponding bit is **RAZ/WI**.<br>**0b0**<br>Event 61 is ignored.<br>**0b1**<br>Do not record samples that have event 61 == 0.<br><br>An **IMPLEMENTATION DEFINED** event might be recorded as a multi-bit field. In this case, if the corresponding bits of PMSEVFR_EL1 define an **IMPLEMENTATION DEFINED** filter for the event.<br><br>This field is ignored by the PE when AArch64-PMSFCR_EL1.FE == 0 | x |
| [60] | E[60] | E[60] is the event filter for event 60. If event 60 is not implemented, or filtering on event 60 is not supported, the corresponding bit is **RAZ/WI**.<br>**0b0**<br>Event 60 is ignored.<br>**0b1**<br>Do not record samples that have event 60 == 0.<br><br>An **IMPLEMENTATION DEFINED** event might be recorded as a multi-bit field. In this case, if the corresponding bits of PMSEVFR_EL1 define an **IMPLEMENTATION DEFINED** filter for the event.<br><br>This field is ignored by the PE when AArch64-PMSFCR_EL1.FE == 0 | x |
| [59] | E[59] | E[59] is the event filter for event 59. If event 59 is not implemented, or filtering on event 59 is not supported, the corresponding bit is **RAZ/WI**.<br>**0b0**<br>Event 59 is ignored.<br>**0b1**<br>Do not record samples that have event 59 == 0.<br><br>An **IMPLEMENTATION DEFINED** event might be recorded as a multi-bit field. In this case, if the corresponding bits of PMSEVFR_EL1 define an **IMPLEMENTATION DEFINED** filter for the event.<br><br>This field is ignored by the PE when AArch64-PMSFCR_EL1.FE == 0 | x |
| [58] | E[58] | E[58] is the event filter for event 58. If event 58 is not implemented, or filtering on event 58 is not supported, the corresponding bit is **RAZ/WI**.<br>**0b0**<br>Event 58 is ignored.<br>**0b1**<br>Do not record samples that have event 58 == 0.<br><br>An **IMPLEMENTATION DEFINED** event might be recorded as a multi-bit field. In this case, if the corresponding bits of PMSEVFR_EL1 define an **IMPLEMENTATION DEFINED** filter for the event.<br><br>This field is ignored by the PE when AArch64-PMSFCR_EL1.FE == 0 | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [57] | E[57] | E[57] is the event filter for event 57. If event 57 is not implemented, or filtering on event 57 is not supported, the corresponding bit is **RAZ/WI**.<br>**0b0**<br>Event 57 is ignored.<br>**0b1**<br>Do not record samples that have event 57 == 0.<br>An **IMPLEMENTATION DEFINED** event might be recorded as a multi-bit field. In this case, if the corresponding bits of PMSEVFR_EL1 define an **IMPLEMENTATION DEFINED** filter for the event.<br>This field is ignored by the PE when AArch64-PMSFCR_EL1.FE == 0 | x |
| [56] | E[56] | E[56] is the event filter for event 56. If event 56 is not implemented, or filtering on event 56 is not supported, the corresponding bit is **RAZ/WI**.<br>**0b0**<br>Event 56 is ignored.<br>**0b1**<br>Do not record samples that have event 56 == 0.<br>An **IMPLEMENTATION DEFINED** event might be recorded as a multi-bit field. In this case, if the corresponding bits of PMSEVFR_EL1 define an **IMPLEMENTATION DEFINED** filter for the event.<br>This field is ignored by the PE when AArch64-PMSFCR_EL1.FE == 0 | x |
| [55] | E[55] | E[55] is the event filter for event 55. If event 55 is not implemented, or filtering on event 55 is not supported, the corresponding bit is **RAZ/WI**.<br>**0b0**<br>Event 55 is ignored.<br>**0b1**<br>Do not record samples that have event 55 == 0.<br>An **IMPLEMENTATION DEFINED** event might be recorded as a multi-bit field. In this case, if the corresponding bits of PMSEVFR_EL1 define an **IMPLEMENTATION DEFINED** filter for the event.<br>This field is ignored by the PE when AArch64-PMSFCR_EL1.FE == 0 | x |
| [54] | E[54] | E[54] is the event filter for event 54. If event 54 is not implemented, or filtering on event 54 is not supported, the corresponding bit is **RAZ/WI**.<br>**0b0**<br>Event 54 is ignored.<br>**0b1**<br>Do not record samples that have event 54 == 0.<br>An **IMPLEMENTATION DEFINED** event might be recorded as a multi-bit field. In this case, if the corresponding bits of PMSEVFR_EL1 define an **IMPLEMENTATION DEFINED** filter for the event.<br>This field is ignored by the PE when AArch64-PMSFCR_EL1.FE == 0 | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [53] | E[53] | E[53] is the event filter for event 53. If event 53 is not implemented, or filtering on event 53 is not supported, the corresponding bit is **RAZ/WI**.<br>**0b0**<br>Event 53 is ignored.<br>**0b1**<br>Do not record samples that have event 53 == 0.<br>An **IMPLEMENTATION DEFINED** event might be recorded as a multi-bit field. In this case, if the corresponding bits of PMSEVFR_EL1 define an **IMPLEMENTATION DEFINED** filter for the event.<br>This field is ignored by the PE when AArch64-PMSFCR_EL1.FE == 0 | x |
| [52] | E[52] | E[52] is the event filter for event 52. If event 52 is not implemented, or filtering on event 52 is not supported, the corresponding bit is **RAZ/WI**.<br>**0b0**<br>Event 52 is ignored.<br>**0b1**<br>Do not record samples that have event 52 == 0.<br>An **IMPLEMENTATION DEFINED** event might be recorded as a multi-bit field. In this case, if the corresponding bits of PMSEVFR_EL1 define an **IMPLEMENTATION DEFINED** filter for the event.<br>This field is ignored by the PE when AArch64-PMSFCR_EL1.FE == 0 | x |
| [51] | E[51] | E[51] is the event filter for event 51. If event 51 is not implemented, or filtering on event 51 is not supported, the corresponding bit is **RAZ/WI**.<br>**0b0**<br>Event 51 is ignored.<br>**0b1**<br>Do not record samples that have event 51 == 0.<br>An **IMPLEMENTATION DEFINED** event might be recorded as a multi-bit field. In this case, if the corresponding bits of PMSEVFR_EL1 define an **IMPLEMENTATION DEFINED** filter for the event.<br>This field is ignored by the PE when AArch64-PMSFCR_EL1.FE == 0 | x |
| [50] | E[50] | E[50] is the event filter for event 50. If event 50 is not implemented, or filtering on event 50 is not supported, the corresponding bit is **RAZ/WI**.<br>**0b0**<br>Event 50 is ignored.<br>**0b1**<br>Do not record samples that have event 50 == 0.<br>An **IMPLEMENTATION DEFINED** event might be recorded as a multi-bit field. In this case, if the corresponding bits of PMSEVFR_EL1 define an **IMPLEMENTATION DEFINED** filter for the event.<br>This field is ignored by the PE when AArch64-PMSFCR_EL1.FE == 0 | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [49] | E[49] | E[49] is the event filter for event 49. If event 49 is not implemented, or filtering on event 49 is not supported, the corresponding bit is **RAZ/WI**.<br>**0b0**<br>Event 49 is ignored.<br>**0b1**<br>Do not record samples that have event 49 == 0.<br>An **IMPLEMENTATION DEFINED** event might be recorded as a multi-bit field. In this case, if the corresponding bits of PMSEVFR_EL1 define an **IMPLEMENTATION DEFINED** filter for the event.<br>This field is ignored by the PE when AArch64-PMSFCR_EL1.FE == 0 | x |
| [48] | E[48] | E[48] is the event filter for event 48. If event 48 is not implemented, or filtering on event 48 is not supported, the corresponding bit is **RAZ/WI**.<br>**0b0**<br>Event 48 is ignored.<br>**0b1**<br>Do not record samples that have event 48 == 0.<br>An **IMPLEMENTATION DEFINED** event might be recorded as a multi-bit field. In this case, if the corresponding bits of PMSEVFR_EL1 define an **IMPLEMENTATION DEFINED** filter for the event.<br>This field is ignored by the PE when AArch64-PMSFCR_EL1.FE == 0 | x |
| [47:32] | **RAZ/WI** | Reserved | **RAZ/WI** |
| [31] | E[31] | E[31] is the event filter for event 31. If event 31 is not implemented, or filtering on event 31 is not supported, the corresponding bit is **RAZ/WI**.<br>**0b0**<br>Event 31 is ignored.<br>**0b1**<br>Do not record samples that have event 31 == 0.<br>An **IMPLEMENTATION DEFINED** event might be recorded as a multi-bit field. In this case, if the corresponding bits of PMSEVFR_EL1 define an **IMPLEMENTATION DEFINED** filter for the event.<br>This field is ignored by the PE when AArch64-PMSFCR_EL1.FE == 0 | x |
| [30] | E[30] | E[30] is the event filter for event 30. If event 30 is not implemented, or filtering on event 30 is not supported, the corresponding bit is **RAZ/WI**.<br>**0b0**<br>Event 30 is ignored.<br>**0b1**<br>Do not record samples that have event 30 == 0.<br>An **IMPLEMENTATION DEFINED** event might be recorded as a multi-bit field. In this case, if the corresponding bits of PMSEVFR_EL1 define an **IMPLEMENTATION DEFINED** filter for the event.<br>This field is ignored by the PE when AArch64-PMSFCR_EL1.FE == 0 | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [29] | E[29] | E[29] is the event filter for event 29. If event 29 is not implemented, or filtering on event 29 is not supported, the corresponding bit is **RAZ/WI**.<br>**0b0**<br>Event 29 is ignored.<br>**0b1**<br>Do not record samples that have event 29 == 0.<br><br>An **IMPLEMENTATION DEFINED** event might be recorded as a multi-bit field. In this case, if the corresponding bits of PMSEVFR_EL1 define an **IMPLEMENTATION DEFINED** filter for the event.<br><br>This field is ignored by the PE when AArch64-PMSFCR_EL1.FE == 0 | x |
| [28] | E[28] | E[28] is the event filter for event 28. If event 28 is not implemented, or filtering on event 28 is not supported, the corresponding bit is **RAZ/WI**.<br>**0b0**<br>Event 28 is ignored.<br>**0b1**<br>Do not record samples that have event 28 == 0.<br><br>An **IMPLEMENTATION DEFINED** event might be recorded as a multi-bit field. In this case, if the corresponding bits of PMSEVFR_EL1 define an **IMPLEMENTATION DEFINED** filter for the event.<br><br>This field is ignored by the PE when AArch64-PMSFCR_EL1.FE == 0 | x |
| [27] | E[27] | E[27] is the event filter for event 27. If event 27 is not implemented, or filtering on event 27 is not supported, the corresponding bit is **RAZ/WI**.<br>**0b0**<br>Event 27 is ignored.<br>**0b1**<br>Do not record samples that have event 27 == 0.<br><br>An **IMPLEMENTATION DEFINED** event might be recorded as a multi-bit field. In this case, if the corresponding bits of PMSEVFR_EL1 define an **IMPLEMENTATION DEFINED** filter for the event.<br><br>This field is ignored by the PE when AArch64-PMSFCR_EL1.FE == 0 | x |
| [26] | E[26] | E[26] is the event filter for event 26. If event 26 is not implemented, or filtering on event 26 is not supported, the corresponding bit is **RAZ/WI**.<br>**0b0**<br>Event 26 is ignored.<br>**0b1**<br>Do not record samples that have event 26 == 0.<br><br>An **IMPLEMENTATION DEFINED** event might be recorded as a multi-bit field. In this case, if the corresponding bits of PMSEVFR_EL1 define an **IMPLEMENTATION DEFINED** filter for the event.<br><br>This field is ignored by the PE when AArch64-PMSFCR_EL1.FE == 0 | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [25] | E[25] | E[25] is the event filter for event 25. If event 25 is not implemented, or filtering on event 25 is not supported, the corresponding bit is **RAZ/WI**.<br>**0b0**<br>Event 25 is ignored.<br>**0b1**<br>Do not record samples that have event 25 == 0.<br>An **IMPLEMENTATION DEFINED** event might be recorded as a multi-bit field. In this case, if the corresponding bits of PMSEVFR_EL1 define an **IMPLEMENTATION DEFINED** filter for the event.<br>This field is ignored by the PE when AArch64-PMSFCR_EL1.FE == 0 | x |
| [24] | E[24] | E[24] is the event filter for event 24. If event 24 is not implemented, or filtering on event 24 is not supported, the corresponding bit is **RAZ/WI**.<br>**0b0**<br>Event 24 is ignored.<br>**0b1**<br>Do not record samples that have event 24 == 0.<br>An **IMPLEMENTATION DEFINED** event might be recorded as a multi-bit field. In this case, if the corresponding bits of PMSEVFR_EL1 define an **IMPLEMENTATION DEFINED** filter for the event.<br>This field is ignored by the PE when AArch64-PMSFCR_EL1.FE == 0 | x |
| [23:20] | **RES0** | Reserved | **RES0** |
| [19] | **RAZ/WI** | Reserved | **RAZ/WI** |
| [18] | E[18] | Empty predicate.<br>**0b0**<br>Empty predicate event is ignored.<br>**0b1**<br>Do not record samples that have the Empty predicate event == 0.<br>This bit is ignored by the PE when AArch64-PMSFCR_EL1.FE == 0. | x |
| [17] | E[17] | Partial predicate.<br>**0b0**<br>Partial predicate event is ignored.<br>**0b1**<br>Do not record samples that have the Partial predicate event == 0.<br>This bit is ignored by the PE when AArch64-PMSFCR_EL1.FE == 0. | x |
| [16] | **RAZ/WI** | Reserved | **RAZ/WI** |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [15] | E[15] | E[15] is the event filter for event 15. If event 15 is not implemented, or filtering on event 15 is not supported, the corresponding bit is **RAZ/WI**.<br>**0b0**<br>Event 15 is ignored.<br>**0b1**<br>Do not record samples that have event 15 == 0.<br><br>An **IMPLEMENTATION DEFINED** event might be recorded as a multi-bit field. In this case, if the corresponding bits of PMSEVFR_EL1 define an **IMPLEMENTATION DEFINED** filter for the event.<br><br>This field is ignored by the PE when AArch64-PMSFCR_EL1.FE == 0 | x |
| [14] | E[14] | E[14] is the event filter for event 14. If event 14 is not implemented, or filtering on event 14 is not supported, the corresponding bit is **RAZ/WI**.<br>**0b0**<br>Event 14 is ignored.<br>**0b1**<br>Do not record samples that have event 14 == 0.<br><br>An **IMPLEMENTATION DEFINED** event might be recorded as a multi-bit field. In this case, if the corresponding bits of PMSEVFR_EL1 define an **IMPLEMENTATION DEFINED** filter for the event.<br><br>This field is ignored by the PE when AArch64-PMSFCR_EL1.FE == 0 | x |
| [13] | E[13] | E[13] is the event filter for event 13. If event 13 is not implemented, or filtering on event 13 is not supported, the corresponding bit is **RAZ/WI**.<br>**0b0**<br>Event 13 is ignored.<br>**0b1**<br>Do not record samples that have event 13 == 0.<br><br>An **IMPLEMENTATION DEFINED** event might be recorded as a multi-bit field. In this case, if the corresponding bits of PMSEVFR_EL1 define an **IMPLEMENTATION DEFINED** filter for the event.<br><br>This field is ignored by the PE when AArch64-PMSFCR_EL1.FE == 0 | x |
| [12] | E[12] | E[12] is the event filter for event 12. If event 12 is not implemented, or filtering on event 12 is not supported, the corresponding bit is **RAZ/WI**.<br>**0b0**<br>Event 12 is ignored.<br>**0b1**<br>Do not record samples that have event 12 == 0.<br><br>An **IMPLEMENTATION DEFINED** event might be recorded as a multi-bit field. In this case, if the corresponding bits of PMSEVFR_EL1 define an **IMPLEMENTATION DEFINED** filter for the event.<br><br>This field is ignored by the PE when AArch64-PMSFCR_EL1.FE == 0 | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [11] | E[11] | Alignment.<br>**0b0**<br>Alignment event is ignored.<br>**0b1**<br>Do not record samples that have the Alignment event == 0.<br>This bit is ignored by the PE when AArch64-PMSFCR_EL1.FE == 0. | x |
| [10:8] | **RES0** | Reserved | **RES0** |
| [7] | E[7] | Mispredicted.<br>**0b0**<br>Mispredicted event is ignored.<br>**0b1**<br>Do not record samples that have the Mispredicted event == 0.<br>This bit is ignored by the PE when AArch64-PMSFCR_EL1.FE == 0. | x |
| [6] | **RAZ/WI** | Reserved | **RAZ/WI** |
| [5] | E[5] | TLB walk.<br>**0b0**<br>TLB walk event is ignored.<br>**0b1**<br>Do not record samples that have the TLB walk event == 0.<br>This bit is ignored by the PE when AArch64-PMSFCR_EL1.FE == 0. | x |
| [4] | **RES0** | Reserved | **RES0** |
| [3] | E[3] | Level 1 data or unified cache refill.<br>**0b0**<br>Level 1 data or unified cache refill event is ignored.<br>**0b1**<br>Do not record samples that have the Level 1 data or unified cache refill event == 0.<br>This bit is ignored by the PE when AArch64-PMSFCR_EL1.FE == 0. | x |
| [2] | **RES0** | Reserved | **RES0** |
| [1] | E[1] | Architecturally executed.<br>When the PE supports sampling of speculative instructions:<br>**0b0**<br>Architecturally executed event is ignored.<br>**0b1**<br>Do not record samples that have the Architecturally executed event == 0.<br>This bit is ignored by the PE when AArch64-PMSFCR_EL1.FE == 0.<br>If the PE does not support the sampling of speculative instructions, or always discards the sample record for speculative instructions, this bit reads as an **UNKNOWN** value and the PE ignores its value. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [0] | RAZ/ WI | Reserved | RAZ/ WI |

## Access

MRS <Xt>, PMSEVFR_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b1001 | 0b1001 | 0b101 |

MSR PMSEVFR_EL1, <Xt>

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b1001 | 0b1001 | 0b101 |

## Accessibility

MRS <Xt>, PMSEVFR_EL1

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.TPMS == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif MDCR_EL3.NSPB[0] == '0' || MDCR_EL3.NSPB[1] != SCR_EL3.NS then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif EL2Enabled() && HCR_EL2.<NV2,NV> == '11' then
        X[t, 64] = NVMem[0x830];
    else
        X[t, 64] = PMSEVFR_EL1;
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.NSPB[0] == '0' || MDCR_EL3.NSPB[1] != SCR_EL3.NS then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = PMSEVFR_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = PMSEVFR_EL1;
```

MSR PMSEVFR_EL1, <Xt>

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.TPMS == '1' then
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif MDCR_EL3.NSPB[0] == '0' || MDCR_EL3.NSPB[1] != SCR_EL3.NS then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    elsif EL2Enabled() && HCR_EL2.<NV2,NV> == '11' then
        NVMem[0x830] = X[t, 64];
    else
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        PMSEVFR_EL1 = X[t, 64];
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.NSPB[0] == '0' || MDCR_EL3.NSPB[1] != SCR_EL3.NS then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        PMSEVFR_EL1 = X[t, 64];
elsif PSTATE.EL == EL3 then
    PMSEVFR_EL1 = X[t, 64];
```

## B.15.2 PMSIDR_EL1, Sampling Profiling ID Register

Describes the Statistical Profiling implementation to software

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Statistical Profiling Extension registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxx0 0000 0010 0110 0100 x001 0xxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure B-283: AArch64_pmsidr_el1 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table B-735: PMSIDR_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:25] | RES0 | Reserved | RES0 |
| [24:20] | RAZ | Reserved | RAZ |
| [19:16] | CountSize | Defines the size of the counters.<br>**0b0010**<br>12-bit saturating counters. | 0b0010 |
| [15:12] | MaxSize | Defines the largest size for a single record, rounded up to a power-of-two. If this is the same as the minimum alignment (AArch64-PMBIDR_EL1.Align), then each record is exactly this size. Defined values are:<br>**0b0110**<br>64 bytes. | 0b0110 |
| [11:8] | Interval | Recommended minimum sampling interval. This provides guidance from the implementer to the smallest minimum sampling interval, N. Defined values are:<br>**0b0100**<br>1,024. | 0b0100 |
| [7] | RES0 | Reserved | RES0 |
| [6] | RAZ | Reserved | RAZ |
| [5] | ERnd | Defines how the random number generator is used in determining the interval between samples, when enabled by AArch64-PMSIRR_EL1.RND. Defined values are:<br>**0b0**<br>The random number is added at the start of the interval, and the sample is taken and a new interval started when the combined interval expires. | 0b0 |
| [4] | LDS | Data source indicator for sampled load instructions. Defined values are:<br>**0b1**<br>Loaded data source implemented. | 0b1 |
| [3] | ArchInst | Architectural instruction profiling. Defined values are:<br>**0b0**<br>Micro-op sampling implemented. | 0b0 |
| [2] | FL | Filtering by latency. This bit reads as one. | x |
| [1] | FT | Filtering by operation type. This bit reads as one. | x |
| [0] | FE | Filtering by events. This bit reads as one. | x |

## Access

MRS <Xt>, PMSIDR_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b1001 | 0b1001 | 0b111 |

## Accessibility

MRS <Xt>, PMSIDR_EL1

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    if EL2Enabled() && MDCR_EL2.TPMS == '1' then
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

```
        AArch64.SystemAccessTrap(EL2, 0x18);
    elsif MDCR_EL3.NSPB[0] == '0' || MDCR_EL3.NSPB[1] != SCR_EL3.NS then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = PMSIDR_EL1;
elsif PSTATE.EL == EL2 then
    if MDCR_EL3.NSPB[0] == '0' || MDCR_EL3.NSPB[1] != SCR_EL3.NS then
        if Halted() && EDSCR.SDD == '1' then
            UNDEFINED;
        else
            AArch64.SystemAccessTrap(EL3, 0x18);
    else
        X[t, 64] = PMSIDR_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = PMSIDR_EL1;
```

## B.15.3 PMBIDR_EL1, Profiling Buffer ID Register

Provides information to software as to whether the buffer can be programmed at the current Exception level.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Functional group**

Statistical Profiling Extension registers

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xx10 0110

Note

Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure B-284: AArch64_pmbidr_el1 bit assignments




**Table B-737: PMBIDR_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:6] | RES0 | Reserved | RES0 |
| [5] | F | Flag updates. Describes how address translations performed by the Statistical Profiling Unit manage the Access flag and dirty state.<br>**0b1**<br>Hardware management of the Access flag and dirty state for accesses made by the Statistical Profiling Unit is controlled in the same way as explicit memory accesses in the Profiling Buffer owning translation regime. | 0b1 |
| [4] | P | Programming not allowed. When read at EL3, this field reads as zero. Otherwise, indicates that the Profiling Buffer is owned by a higher Exception level or another Security state. Defined values are:<br>**0b0**<br>Programming is allowed. | 0b0 |
| [3:0] | Align | Defines the minimum alignment constraint for writes to AArch64-PMBPTR_EL1. Defined values are:<br>**0b0110**<br>64 bytes. | 0b0110 |

## Access

MRS <Xt>, PMBIDR_EL1

| op0 | op1 | CRn | CRm | op2 |
|---|---|---|---|---|
| 0b11 | 0b000 | 0b1001 | 0b1010 | 0b111 |

## Accessibility

MRS <Xt>, PMBIDR_EL1

```
if PSTATE.EL == EL0 then
    UNDEFINED;
elsif PSTATE.EL == EL1 then
    X[t, 64] = PMBIDR_EL1;
elsif PSTATE.EL == EL2 then
    X[t, 64] = PMBIDR_EL1;
elsif PSTATE.EL == EL3 then
    X[t, 64] = PMBIDR_EL1;
```

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# B.16 AArch64 Trace Buffer Extension registers summary

The summary table provides an overview of all Trace Buffer Extension registers in the core. For more information about a register, click the register name in the table.

For registers without a listed reset value refer to the individual field resets documented on the register description pages or in the Arm ARM.

**Table B-739: Trace Buffer Extension registers summary**

| Name | Op0 | Op1 | CRn | CRm | Op2 | Reset | Width | Description |
|---|---|---|---|---|---|---|---|---|
| TRBLIMITR_EL1 | 3 | 0 | C9 | C11 | 0 | See individual bit resets. | 64-bit | Trace Buffer Limit Address Register |
| TRBPTR_EL1 | 3 | 0 | C9 | C11 | 1 | See individual bit resets. | 64-bit | Trace Buffer Write Pointer Register |
| TRBBASER_EL1 | 3 | 0 | C9 | C11 | 2 | See individual bit resets. | 64-bit | Trace Buffer Base Address Register |
| TRBSR_EL1 | 3 | 0 | C9 | C11 | 3 | See individual bit resets. | 64-bit | Trace Buffer Status/syndrome Register |
| TRBMAR_EL1 | 3 | 0 | C9 | C11 | 4 | See individual bit resets. | 64-bit | Trace Buffer Memory Attribute Register |
| TRBTRG_EL1 | 3 | 0 | C9 | C11 | 6 | See individual bit resets. | 64-bit | Trace Buffer Trigger Counter Register |
| TRBIDR_EL1 | 3 | 0 | C9 | C11 | 7 | See individual bit resets. | 64-bit | Trace Buffer ID Register |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# Appendix C External registers

This appendix contains the descriptions for the Neoverse™ N2 external registers.

This manual does not provide a complete list of registers. Read this manual together with the *Arm® Architecture Reference Manual for A-profile architecture*.

## C.1 External CoreROM registers summary

The summary table provides an overview of **IMPLEMENTATION DEFINED** memory-mapped CoreROM registers in the core. For more information about a register, click the register name in the table.

For registers without a listed reset value refer to the individual field resets documented on the register description pages or in the Arm ARM.

**Table C-1: CoreROM registers summary**

| Offset | Name | Reset | Width | Description |
|---|---|---|---|---|
| 0x000 | COREROM_ROMENTRY0 | See individual bit resets. | 32-bit | Core ROM table Entry 0 |
| 0x004 | COREROM_ROMENTRY1 | See individual bit resets. | 32-bit | Core ROM table Entry 1 |
| 0x008 | COREROM_ROMENTRY2 | See individual bit resets. | 32-bit | Core ROM table Entry 2 |
| 0x00C | COREROM_ROMENTRY3 | See individual bit resets. | 32-bit | Core ROM table Entry 3 |
| 0xFB8 | COREROM_AUTHSTATUS | See individual bit resets. | 32-bit | Core ROM table Authentication Status Register |
| 0xFBC | COREROM_DEVARCH | See individual bit resets. | 32-bit | Core ROM table Device Architecture Register |
| 0xFCC | COREROM_DEVTYPE | See individual bit resets. | 32-bit | Core ROM table Device Type Register |
| 0xFD0 | COREROM_PIDR4 | See individual bit resets. | 32-bit | Core ROM table Peripheral Identification Register 4 |
| 0xFE0 | COREROM_PIDR0 | See individual bit resets. | 32-bit | Core ROM table Peripheral Identification Register 0 |
| 0xFE4 | COREROM_PIDR1 | See individual bit resets. | 32-bit | Core ROM table Peripheral Identification Register 1 |
| 0xFE8 | COREROM_PIDR2 | See individual bit resets. | 32-bit | Core ROM table Peripheral Identification Register 2 |
| 0xFEC | COREROM_PIDR3 | See individual bit resets. | 32-bit | Core ROM table Peripheral Identification Register 3 |
| 0xFF0 | COREROM_CIDR0 | See individual bit resets. | 32-bit | Core ROM table Component Identification Register 0 |
| 0xFF4 | COREROM_CIDR1 | See individual bit resets. | 32-bit | Core ROM table Component Identification Register 1 |
| 0xFF8 | COREROM_CIDR2 | See individual bit resets. | 32-bit | Core ROM table Component Identification Register 2 |
| 0xFFC | COREROM_CIDR3 | See individual bit resets. | 32-bit | Core ROM table Component Identification Register 3 |

### C.1.1 COREROM_ROMENTRY0, Core ROM table Entry 0

Provides the address offset for one CoreSight component.

#### Configurations

This register is available in all configurations.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Attributes

**Width**

32

**Component**

CoreROM

**Register offset**

0x000

**Access type**

RO

**Reset value**

0000 0000 0000 0001 0000 xxxx xxxx x011

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-1: ext_corerom_romentry0 bit assignments**




**Table C-2: COREROM_ROMENTRY0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:12] | OFFSET | The component address, relative to the base address of this ROM Table. The component address is calculated using the following equation:<br><br>Component Address = ROM Table Base Address + (OFFSET << 12).<br><br>**0b00000000000000010000**<br>Core DBG component at address 0x1_0000. | 0x00010 |
| [11:3] | RES0 | Reserved | RES0 |
| [2] | POWERIDVALID | Indicates if the Power domain ID field contains a Power domain ID.<br><br>**0b0**<br>A power domain ID is not provided. | 0b0 |
| [1:0] | PRESENT | Indicates whether an entry is present at this location in the ROM Table.<br><br>**0b11**<br>The ROM Entry is present. | 0b11 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Accessibility

This interface is accessible as follows:

RO

## C.1.2 COREROM_ROMENTRY1, Core ROM table Entry 1

Provides the address offset for one CoreSight component.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

CoreROM

**Register offset**

0x004

**Access type**

RO

**Reset value**

0000 0000 0000 0010 0000 xxxx xxxx x011

Note: Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-2: ext_corerom_romentry1 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table C-3: COREROM_ROMENTRY1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:12] | OFFSET | The component address, relative to the base address of this ROM Table. The component address is calculated using the following equation:<br><br>Component Address = ROM Table Base Address + (OFFSET << 12).<br>**0b00000000000000100000**<br>CORE PMU component at address 0x2_0000. | 0x00020 |
| [11:3] | RES0 | Reserved | RES0 |
| [2] | POWERIDVALID | Indicates if the Power domain ID field contains a Power domain ID.<br>**0b0**<br>A power domain ID is not provided. | 0b0 |
| [1:0] | PRESENT | Indicates whether an entry is present at this location in the ROM Table.<br>**0b11**<br>The ROM Entry is present. | 0b11 |

### Accessibility

This interface is accessible as follows:

RO

## C.1.3 COREROM_ROMENTRY2, Core ROM table Entry 2

Provides the address offset for one CoreSight component.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

CoreROM

**Register offset**

0x008

**Access type**

RO

**Reset value**

0000 0000 0000 0011 0000 xxxx xxxx x011

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-3: ext_corerom_romentry2 bit assignments**




**Table C-4: COREROM_ROMENTRY2 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:12] | OFFSET | The component address, relative to the base address of this ROM Table. The component address is calculated using the following equation:<br><br>Component Address = ROM Table Base Address + (OFFSET << 12).<br>**0b00000000000000110000**<br>Core ETM component at address 0x3_0000. | 0x00030 |
| [11:3] | RES0 | Reserved | RES0 |
| [2] | POWERIDVALID | Indicates if the Power domain ID field contains a Power domain ID.<br>**0b0**<br>A power domain ID is not provided. | 0b0 |
| [1:0] | PRESENT | Indicates whether an entry is present at this location in the ROM Table.<br>**0b11**<br>The ROM Entry is present. | 0b11 |

### Accessibility

This interface is accessible as follows:

RO

## C.1.4 COREROM_ROMENTRY3, Core ROM table Entry 3

Provides the address offset for one CoreSight component.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

CoreROM

**Register offset**

0x00C

**Access type**

RO

**Reset value**

0000 0000 0000 0100 0000 xxxx xxxx x011

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-4: ext_corerom_romentry3 bit assignments**




**Table C-5: COREROM_ROMENTRY3 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:12] | OFFSET | The component address, relative to the base address of this ROM Table. The component address is calculated using the following equation:<br><br>Component Address = ROM Table Base Address + (OFFSET << 12).<br>**0b00000000000001000000**<br>Core ELA component at address 0x4_0000. When the core is configured without ELA, this field is set to 0x000. | 0x00040 |
| [11:3] | RES0 | Reserved | RES0 |
| [2] | POWERIDVALID | Indicates if the Power domain ID field contains a Power domain ID.<br>**0b0**<br>A power domain ID is not provided. | 0b0 |
| [1:0] | PRESENT | Indicates whether an entry is present at this location in the ROM Table.<br>**0b11**<br>The ROM Entry is present. When the core is configured without ELA, this field is set to 0x0. | 0b11 |

## Accessibility

This interface is accessible as follows:

RO

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## C.1.5 COREROM_AUTHSTATUS, Core ROM table Authentication Status Register

Provides information about the state of the authentication interface for debug.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

CoreROM

**Register offset**

0xFB8

**Access type**

RO

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx 0000

---

Note

Where the reset reads xxxx, see individual bits

---

### Bit descriptions

**Figure C-5: ext_corerom_authstatus bit assignments**




**Table C-6: COREROM_AUTHSTATUS bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:8] | RES0 | Reserved | RES0 |
| [7:6] | SNID | Secure Non-invasive Debug.<br><br>ExternalSecureNoninvasiveDebugEnabled() == ExternalSecureInvasiveDebugEnabled().<br><br>This field has the same value as the SID field. | xx |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [5:4] | SID | Secure Invasive Debug.<br>**0b10**<br>Secure invasive debug disabled. ExternalSecureInvasiveDebugEnabled() == FALSE.<br>**0b11**<br>Secure invasive debug enabled. ExternalSecureInvasiveDebugEnabled() == TRUE. | The reset values can be the following: 0b10, 0b11, respective to the value. |
| [3:2] | NSNID | Non-secure Non-invasive Debug.<br>**0b00**<br>Debug level is not supported. | 0b00 |
| [1:0] | NSID | Non-secure Invasive Debug.<br>**0b00**<br>Debug level is not supported. | 0b00 |

### Accessibility

This interface is accessible as follows:

RO

## C.1.6 COREROM_DEVARCH, Core ROM table Device Architecture Register

Identifies the architect and architecture of a CoreSight component.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

CoreROM

**Register offset**

0xFBC

**Access type**

RO

**Reset value**

0100 0111 0111 0000 0000 1010 1111 0111

### Bit descriptions

#### Figure C-6: ext_corerom_devarch bit assignments




**Table C-7: COREROM_DEVARCH bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:21] | ARCHITECT | Architect.<br>**0b01000111011**<br>JEP106 continuation code 0x4, ID code 0x3B. Arm Limited. | 0b01000111011 |
| [20] | PRESENT | Present.<br>**0b1**<br>DEVARCH information present. | 0b1 |
| [19:16] | REVISION | Revision.<br>**0b0000**<br>Revision 0. | 0b0000 |
| [15:0] | ARCHID | Architecture ID.<br>**0b0000101011110111**<br>ROM Table v0. The debug tool must inspect ext-COREROM_DEVTYPE and ext-COREROM_DEVID to determine further information about the ROM Table. | 0x0AF7 |

### Accessibility

This interface is accessible as follows:

RO

## C.1.7 COREROM_DEVTYPE, Core ROM table Device Type Register

A debugger can use DEVTYPE to obtain information about a component that has an unrecognized part number.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

CoreROM

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Register offset**

0xFCC

**Access type**

RO

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx 0000 0000

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-7: ext_corerom_devtype bit assignments**




**Table C-8: COREROM_DEVTYPE bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:8] | RES0 | Reserved | RES0 |
| [7:4] | SUB | Sub number<br>**0b0000**<br>Other, undefined. | 0b0000 |
| [3:0] | MAJOR | Major number<br>**0b0000**<br>Miscellaneous. | 0b0000 |

## Accessibility

This interface is accessible as follows:

RO

# C.1.8 COREROM_PIDR4, Core ROM table Peripheral Identification Register 4

Provides CoreSight discovery information.

## Configurations

This register is available in all configurations.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Attributes

**Width**

32

**Component**

CoreROM

**Register offset**

0xFD0

**Access type**

RO

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx 0000 0100

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-8: ext_corerom_pidr4 bit assignments**




**Table C-9: COREROM_PIDR4 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:8] | RES0 | Reserved | RES0 |
| [7:4] | SIZE | 4KB count.<br>**0b0000**<br>The component uses a single 4KB block. | 0b0000 |
| [3:0] | DES_2 | JEP106 continuation code.<br>**0b0100**<br>Arm Limited. Number of 0x7F bytes in full JEP106 code 0x7F 0x7F 0x7F 0x7F 0x3B. | 0b0100 |

## Accessibility

This interface is accessible as follows:

RO

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Case 1:25-cv-01625-DAE Document 1-28 Filed 10/07/25 Page 1143 of 1669



## C.1.9 COREROM_PIDR0, Core ROM table Peripheral Identification Register 0

Provides CoreSight discovery information.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

CoreROM

**Register offset**

0xFE0

**Access type**

RO

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx 0100 1001

Note: Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-9: ext_corerom_pidr0 bit assignments**




**Table C-10: COREROM_PIDR0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:8] | **RES0** | Reserved | **RES0** |
| [7:0] | PART_0 | Part number bits [7:0].<br>**0b01001001**<br>Neoverse N2 Core ROM table. Bits [7:0] of part number 0x49. | 0x49 |

### Accessibility

This interface is accessible as follows:

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

RO

## C.1.10 COREROM_PIDR1, Core ROM table Peripheral Identification Register 1

Provides CoreSight discovery information.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

CoreROM

**Register offset**

0xFE4

**Access type**

RO

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx 1011 xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-10: ext_corerom_pidr1 bit assignments**




**Table C-11: COREROM_PIDR1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:8] | RES0 | Reserved | RES0 |
| [7:4] | DES_0 | JEP106 identification code bits [3:0].<br>**0b1011**<br>Arm Limited. Bits [3:0] of JEP106 identification code 0x3B. | 0b1011 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [3:0] | PART_1 | Part number bits [11:8]. | xxxx |

### Accessibility

This interface is accessible as follows:

RO

## C.1.11 COREROM_PIDR2, Core ROM table Peripheral Identification Register 2

Provides CoreSight discovery information.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

CoreROM

**Register offset**

0xFE8

**Access type**

RO

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx 0000 1011

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-11: ext_corerom_pidr2 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table C-12: COREROM_PIDR2 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:8] | **RES0** | Reserved | **RES0** |
| [7:4] | REVISION | Part minor revision<br>**0b0000**<br>r0p3 | 0b0000 |
| [3] | JEDEC | JEDEC assignee.<br>**0b1**<br>JEDEC-assignee values is used. | 0b1 |
| [2:0] | DES_1 | JEP106 identification code bits [6:4].<br>**0b011**<br>Arm Limited. Bits [6:4] of JEP106 identification code 0x3B. | 0b011 |

### Accessibility

This interface is accessible as follows:

RO

## C.1.12 COREROM_PIDR3, Core ROM table Peripheral Identification Register 3

Provides CoreSight discovery information.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

CoreROM

**Register offset**

0xFEC

**Access type**

RO

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx 0011 0000

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-12: ext_corerom_pidr3 bit assignments**




**Table C-13: COREROM_PIDR3 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:8] | **RES0** | Reserved | **RES0** |
| [7:4] | REVAND | Part minor revision<br>**0b0011** | 0b0011 |
| [3:0] | CMOD | Customer Modified.<br>**0b0000**<br>The component is not modified from the original design. | 0b0000 |

### Accessibility

This interface is accessible as follows:

RO

## C.1.13 COREROM_CIDR0, Core ROM table Component Identification Register 0

Provides CoreSight discovery information.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

CoreROM

**Register offset**

0xFF0

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Access type**

RO

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx 0000 1101

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-13: ext_corerom_cidr0 bit assignments**




**Table C-14: COREROM_CIDR0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:8] | **RES0** | Reserved | **RES0** |
| [7:0] | PRMBL_0 | CoreSight component identification preamble.<br>**0b00001101**<br>CoreSight component identification preamble. | 0x0D |

## Accessibility

This interface is accessible as follows:

RO

# C.1.14 COREROM_CIDR1, Core ROM table Component Identification Register 1

Provides CoreSight discovery information.

## Configurations

This register is available in all configurations.

## Attributes

**Width**

32

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Component**

CoreROM

**Register offset**

0xFF4

**Access type**

RO

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx 1001 0000

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-14: ext_corerom_cidr1 bit assignments**




**Table C-15: COREROM_CIDR1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:8] | **RES0** | Reserved | **RES0** |
| [7:4] | CLASS | CoreSight component class.<br>**0b1001**<br>CoreSight component. | 0b1001 |
| [3:0] | PRMBL_1 | CoreSight component identification preamble.<br>**0b0000**<br>CoreSight component identification preamble. | 0b0000 |

## Accessibility

This interface is accessible as follows:

RO

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## C.1.15 COREROM_CIDR2, Core ROM table Component Identification Register 2

Provides CoreSight discovery information.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

CoreROM

**Register offset**

0xFF8

**Access type**

RO

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx 0000 0101

Note: Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-15: ext_corerom_cidr2 bit assignments**




**Table C-16: COREROM_CIDR2 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:8] | **RES0** | Reserved | **RES0** |
| [7:0] | PRMBL_2 | CoreSight component identification preamble.<br>**0b00000101**<br>CoreSight component identification preamble. | 0x05 |

### Accessibility

This interface is accessible as follows:

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

RO

## C.1.16 COREROM_CIDR3, Core ROM table Component Identification Register 3

Provides CoreSight discovery information.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

CoreROM

**Register offset**

0xFFC

**Access type**

RO

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx 1011 0001

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-16: ext_corerom_cidr3 bit assignments**




**Table C-17: COREROM_CIDR3 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:8] | RES0 | Reserved | RES0 |
| [7:0] | PRMBL_3 | CoreSight component identification preamble.<br>**0b10110001**<br>CoreSight component identification preamble. | 0xB1 |

### Accessibility

This interface is accessible as follows:

RO

# C.2 External PPM registers summary

The summary table provides an overview of **IMPLEMENTATION DEFINED** memory-mapped PPM registers in the core. For more information about a register, click the register name in the table.

For registers without a listed reset value refer to the individual field resets documented on the register description pages or in the Arm ARM.

**Table C-18: PPM registers summary**

| Offset | Name | Reset | Width | Description |
|---|---|---|---|---|
| 0x000 | CPUPPMCR | See individual bit resets. | 64-bit | Power Performance Management Register |
| 0x010 | CPUPPMCR2 | See individual bit resets. | 64-bit | Power Performance Management Register |
| 0x020 | CPUPPMCR3 | See individual bit resets. | 64-bit | Power Performance Management Register |
| 0x080 | CPUPPMCR4 | See individual bit resets. | 64-bit | Power Performance Management Register |
| 0x088 | CPUPPMCR5 | See individual bit resets. | 64-bit | Power Performance Management Register |
| 0x090 | CPUPPMCR6 | See individual bit resets. | 64-bit | Power Performance Management Register |

## C.2.1 CPUPPMCR, Power Performance Management Register

This register contains control bits that affect the CPU behavior

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Component**

PPM

**Register offset**

0x000

**Access type**

RO

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Note**

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-17: ext_cpuppmcr bit assignments**




**Table C-19: CPUPPMCR bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | Reserved | None | `64{x}` |

### Accessibility

This interface is accessible as follows:

RO

## C.2.2 CPUPPMCR2, Power Performance Management Register

This register contains control bits that affect the CPU behavior

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Component**

PPM

**Register offset**

0x010

**Access type**

RO

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-18: ext_cpuppmcr2 bit assignments**




**Table C-20: CPUPPMCR2 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | Reserved | None | 64{x} |

## Accessibility

This interface is accessible as follows:

RO

# C.2.3 CPUPPMCR3, Power Performance Management Register

This register contains control bits that affect the CPU behavior

## Configurations

This register is available in all configurations.

## Attributes

**Width**

64

**Component**

PPM

**Register offset**

0x020

**Access type**

RO

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-19: ext_cpuppmcr3 bit assignments**




**Table C-21: CPUPPMCR3 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | Reserved | None | 64{x} |

### Accessibility

This interface is accessible as follows:

RO

## C.2.4 CPUPPMCR4, Power Performance Management Register

This register contains control bits that affect the CPU behavior

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Component**

PPM

**Register offset**

0x080

**Access type**

RO

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Note: Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-20: ext_cpuppmcr4 bit assignments**




**Table C-22: CPUPPMCR4 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | Reserved | None | 64{x} |

## Accessibility

This interface is accessible as follows:

RO

# C.2.5 CPUPPMCR5, Power Performance Management Register

This register contains control bits that affect the CPU behavior

## Configurations

This register is available in all configurations.

## Attributes

**Width**

64

**Component**

PPM

**Register offset**

0x088

**Access type**

RO

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-21: ext_cpuppmcr5 bit assignments**




**Table C-23: CPUPPMCR5 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | Reserved | None | 64{x} |

### Accessibility

This interface is accessible as follows:

RO

## C.2.6 CPUPPMCR6, Power Performance Management Register

This register contains control bits that affect the CPU behavior

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Component**

PPM

**Register offset**

0x090

**Access type**

RO

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-22: ext_cpuppmcr6 bit assignments**




**Table C-24: CPUPPMCR6 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | Reserved | None | 64{x} |

### Accessibility

This interface is accessible as follows:

RO

## C.3 External Performance Monitors registers summary

The summary table provides an overview of **IMPLEMENTATION DEFINED** memory-mapped Performance Monitors registers in the core. For more information about a register, click the register name in the table.

For registers without a listed reset value refer to the individual field resets documented on the register description pages or in the Arm ARM.

**Table C-25: Performance Monitors registers summary**

| Offset | Name | Reset | Width | Description |
|---|---|---|---|---|
| 0x0 | PMEVCNTR0_EL0 | See individual bit resets. | 64-bit | Performance Monitors Event Count Registers |
| 0x8 | PMEVCNTR1_EL0 | See individual bit resets. | 64-bit | Performance Monitors Event Count Registers |
| 0x10 | PMEVCNTR2_EL0 | See individual bit resets. | 64-bit | Performance Monitors Event Count Registers |
| 0x18 | PMEVCNTR3_EL0 | See individual bit resets. | 64-bit | Performance Monitors Event Count Registers |
| 0x20 | PMEVCNTR4_EL0 | See individual bit resets. | 64-bit | Performance Monitors Event Count Registers |
| 0x28 | PMEVCNTR5_EL0 | See individual bit resets. | 64-bit | Performance Monitors Event Count Registers |
| 0x0F8 | PMCCNTR_EL0 [31:0] | See individual bit resets. | 32-bit | Performance Monitors Cycle Counter |
| 0x0FC | PMCCNTR_EL0 [63:32] | See individual bit resets. | 32-bit | Performance Monitors Cycle Counter |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Offset | Name | Reset | Width | Description |
|---|---|---|---|---|
| 0x200 | PMPCSR [31:0] | See individual bit resets. | 32-bit | Program Counter Sample Register |
| 0x204 | PMPCSR [63:32] | See individual bit resets. | 32-bit | Program Counter Sample Register |
| 0x220 | PMPCSR [31:0] | See individual bit resets. | 32-bit | Program Counter Sample Register |
| 0x224 | PMPCSR [63:32] | See individual bit resets. | 32-bit | Program Counter Sample Register |
| 0x208 | PMCID1SR | See individual bit resets. | 32-bit | CONTEXTIDR_EL1 Sample Register |
| 0x228 | PMCID1SR | See individual bit resets. | 32-bit | CONTEXTIDR_EL1 Sample Register |
| 0x20C | PMVIDSR | See individual bit resets. | 32-bit | VMID Sample Register |
| 0x22C | PMCID2SR | See individual bit resets. | 32-bit | CONTEXTIDR_EL2 Sample Register |
| 0x400 | PMEVTYPER0_EL0 [31:0] | See individual bit resets. | 32-bit | Performance Monitors Event Type Registers |
| 0x404 | PMEVTYPER1_EL0 [31:0] | See individual bit resets. | 32-bit | Performance Monitors Event Type Registers |
| 0x408 | PMEVTYPER2_EL0 [31:0] | See individual bit resets. | 32-bit | Performance Monitors Event Type Registers |
| 0x40C | PMEVTYPER3_EL0 [31:0] | See individual bit resets. | 32-bit | Performance Monitors Event Type Registers |
| 0x410 | PMEVTYPER4_EL0 [31:0] | See individual bit resets. | 32-bit | Performance Monitors Event Type Registers |
| 0x414 | PMEVTYPER5_EL0 [31:0] | See individual bit resets. | 32-bit | Performance Monitors Event Type Registers |
| 0x47C | PMCCFILTR_EL0 | See individual bit resets. | 32-bit | Performance Monitors Cycle Counter Filter Register |
| 0x600 | PMPCSSR | See individual bit resets. | 64-bit | Snapshot Program Counter Sample Register |
| 0x608 | PMCIDSSR | See individual bit resets. | 32-bit | Snapshot CONTEXTIDR_EL1 Sample Register |
| 0x610 | PMSSSR | See individual bit resets. | 32-bit | PMU Snapshot Status Register |
| 0x618 | PMCCNTSR | See individual bit resets. | 64-bit | PMU Cycle Counter Snapshot Register |
| 0x620 | PMEVCNTSR0 | See individual bit resets. | 64-bit | PMU Event Counter Snapshot Register |
| 0x628 | PMEVCNTSR1 | See individual bit resets. | 64-bit | PMU Event Counter Snapshot Register |
| 0x630 | PMEVCNTSR2 | See individual bit resets. | 64-bit | PMU Event Counter Snapshot Register |
| 0x638 | PMEVCNTSR3 | See individual bit resets. | 64-bit | PMU Event Counter Snapshot Register |
| 0x640 | PMEVCNTSR4 | See individual bit resets. | 64-bit | PMU Event Counter Snapshot Register |
| 0x648 | PMEVCNTSR5 | See individual bit resets. | 64-bit | PMU Event Counter Snapshot Register |
| 0x6F0 | PMSSCR | See individual bit resets. | 32-bit | PMU Snapshot Capture Register |
| 0xC00 | PMCNTENSET_EL0 | See individual bit resets. | 32-bit | Performance Monitors Count Enable Set register |
| 0xC20 | PMCNTENCLR_EL0 | See individual bit resets. | 32-bit | Performance Monitors Count Enable Clear register |
| 0xC40 | PMINTENSET_EL1 | See individual bit resets. | 32-bit | Performance Monitors Interrupt Enable Set register |
| 0xC60 | PMINTENCLR_EL1 | See individual bit resets. | 32-bit | Performance Monitors Interrupt Enable Clear register |
| 0xC80 | PMOVSCLR_EL0 | See individual bit resets. | 32-bit | Performance Monitors Overflow Flag Status Clear register |
| 0xCA0 | PMSWINC_EL0 | See individual bit resets. | 32-bit | Performance Monitors Software Increment register |
| 0xCC0 | PMOVSSET_EL0 | See individual bit resets. | 32-bit | Performance Monitors Overflow Flag Status Set register |
| 0xE00 | PMCFGR | See individual bit resets. | 32-bit | Performance Monitors Configuration Register |
| 0xE04 | PMCR_EL0 | See individual bit resets. | 32-bit | Performance Monitors Control Register |
| 0xE20 | PMCEID0 | See individual bit resets. | 32-bit | Performance Monitors Common Event Identification register 0 |
| 0xE24 | PMCEID1 | See individual bit resets. | 32-bit | Performance Monitors Common Event Identification register 1 |
| 0xE28 | PMCEID2 | See individual bit resets. | 32-bit | Performance Monitors Common Event Identification register 2 |
| 0xE2C | PMCEID3 | See individual bit resets. | 32-bit | Performance Monitors Common Event Identification register 3 |
| 0xE40 | PMMIR | See individual bit resets. | 32-bit | Performance Monitors Machine Identification Register |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Offset | Name | Reset | Width | Description |
|---|---|---|---|---|
| 0xFA8 | PMDEVAFF0 | See individual bit resets. | 32-bit | Performance Monitors Device Affinity register 0 |
| 0xFAC | PMDEVAFF1 | See individual bit resets. | 32-bit | Performance Monitors Device Affinity register 1 |
| 0xFB0 | PMLAR | See individual bit resets. | 32-bit | Performance Monitors Lock Access Register |
| 0xFB4 | PMLSR | See individual bit resets. | 32-bit | Performance Monitors Lock Status Register |
| 0xFB8 | PMAUTHSTATUS | See individual bit resets. | 32-bit | Performance Monitors Authentication Status register |
| 0xFBC | PMDEVARCH | See individual bit resets. | 32-bit | Performance Monitors Device Architecture register |
| 0xFC8 | PMDEVID | See individual bit resets. | 32-bit | Performance Monitors Device ID register |
| 0xFCC | PMDEVTYPE | See individual bit resets. | 32-bit | Performance Monitors Device Type register |
| 0xFD0 | PMPIDR4 | See individual bit resets. | 32-bit | Performance Monitors Peripheral Identification Register 4 |
| 0xFE0 | PMPIDR0 | See individual bit resets. | 32-bit | Performance Monitors Peripheral Identification Register 0 |
| 0xFE4 | PMPIDR1 | See individual bit resets. | 32-bit | Performance Monitors Peripheral Identification Register 1 |
| 0xFE8 | PMPIDR2 | See individual bit resets. | 32-bit | Performance Monitors Peripheral Identification Register 2 |
| 0xFEC | PMPIDR3 | See individual bit resets. | 32-bit | Performance Monitors Peripheral Identification Register 3 |
| 0xFF0 | PMCIDR0 | See individual bit resets. | 32-bit | Performance Monitors Component Identification Register 0 |
| 0xFF4 | PMCIDR1 | See individual bit resets. | 32-bit | Performance Monitors Component Identification Register 1 |
| 0xFF8 | PMCIDR2 | See individual bit resets. | 32-bit | Performance Monitors Component Identification Register 2 |
| 0xFFC | PMCIDR3 | See individual bit resets. | 32-bit | Performance Monitors Component Identification Register 3 |

## C.3.1 PMEVCNTR0_EL0, Performance Monitors Event Count Registers

Holds event counter n, which counts events, where n is 0 to 30.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Component**

PMU

**Register offset**

0x0

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-23: ext_pmevcntr0_el0 bit assignments**




**Table C-26: PMEVCNTR0_EL0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | None | Event counter n. Value of event counter n, where n is the number of this register and is a number from 0 to 30.<br><br>If the highest implemented Exception level is using AArch32, the optional external interface to the performance monitors is implemented, and the AArch32-PMCR.LP and AArch32-HDCR.HLP bits are RAZ/WI, then locations in the external interface to the performance monitors that map to PMEVCNTR<n>_EL0[63:32] return **UNKNOWN** values on reads.<br><br>If the implementation does not support AArch64, bits [63:32] of the event counters are not required to be implemented. | `64{x}` |

## Access

External accesses to the performance monitors ignore the following controls:

- AArch64-PMUSERENR_EL0.
- If implemented, AArch64-MDCR_EL2.{TPM, TPMCR, HPMN}.
- AArch64-MDCR_EL3.TPM.

This means that all counters are accessible regardless of the current Exception level or privilege of the access.

If FEAT_PMUv3p5 is not implemented, when IsCorePowered(), DoubleLockStatus(), OSLockStatus() or !AllowExternalPMUAccess(), 32-bit accesses to `0x004`+8×n have a **CONSTRAINED UNPREDICTABLE** behavior.

SoftwareLockStatus() depends on the type of access attempted and AllowExternalPMUAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

## Accessibility

External accesses to the performance monitors ignore the following controls:

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

- AArch64-PMUSERENR_EL0.
- If implemented, AArch64-MDCR_EL2.{TPM, TPMCR, HPMN}.
- AArch64-MDCR_EL3.TPM.

This means that all counters are accessible regardless of the current Exception level or privilege of the access.

If FEAT_PMUv3p5 is not implemented, when IsCorePowered(), DoubleLockStatus(), OSLockStatus() or !AllowExternalPMUAccess(), 32-bit accesses to 0x004+8×n have a CONSTRAINED UNPREDICTABLE behavior.

SoftwareLockStatus() depends on the type of access attempted and AllowExternalPMUAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

| Component | Offset | Instance | Range |
|---|---|---|---|
| PMU | 0x0 | PMEVCNTR0_EL0 | None |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalPMUAccess() && SoftwareLockStatus()**

RO

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalPMUAccess() && !SoftwareLockStatus()**

RW

**Otherwise**

ERROR

## C.3.2 PMEVCNTR1_EL0, Performance Monitors Event Count Registers

Holds event counter n, which counts events, where n is 0 to 30.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Component**

PMU

**Register offset**

0x8

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Access type

See bit descriptions

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-24: ext_pmevcntr1_el0 bit assignments**




**Table C-28: PMEVCNTR1_EL0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | None | Event counter n. Value of event counter n, where n is the number of this register and is a number from 0 to 30.<br><br>If the highest implemented Exception level is using AArch32, the optional external interface to the performance monitors is implemented, and the AArch32-PMCR.LP and AArch32-HDCR.HLP bits are RAZ/WI, then locations in the external interface to the performance monitors that map to PMEVCNTR<n>_EL0[63:32] return UNKNOWN values on reads.<br><br>If the implementation does not support AArch64, bits [63:32] of the event counters are not required to be implemented. | `64{x}` |

## Access

External accesses to the performance monitors ignore the following controls:

- AArch64-PMUSERENR_EL0.
- If implemented, AArch64-MDCR_EL2.{TPM, TPMCR, HPMN}.
- AArch64-MDCR_EL3.TPM.

This means that all counters are accessible regardless of the current Exception level or privilege of the access.

If FEAT_PMUv3p5 is not implemented, when IsCorePowered(), DoubleLockStatus(), OSLockStatus() or !AllowExternalPMUAccess(), 32-bit accesses to `0x004`+8×n have a CONSTRAINED UNPREDICTABLE behavior.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

SoftwareLockStatus() depends on the type of access attempted and AllowExternalPMUAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

### Accessibility

External accesses to the performance monitors ignore the following controls:

- AArch64-PMUSERENR_EL0.
- If implemented, AArch64-MDCR_EL2.{TPM, TPMCR, HPMN}.
- AArch64-MDCR_EL3.TPM.

This means that all counters are accessible regardless of the current Exception level or privilege of the access.

If FEAT_PMUv3p5 is not implemented, when IsCorePowered(), DoubleLockStatus(), OSLockStatus() or !AllowExternalPMUAccess(), 32-bit accesses to 0x004+8×n have a CONSTRAINED UNPREDICTABLE behavior.

SoftwareLockStatus() depends on the type of access attempted and AllowExternalPMUAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

| Component | Offset | Instance | Range |
|---|---|---|---|
| PMU | 0x8 | PMEVCNTR1_EL0 | None |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalPMUAccess() && SoftwareLockStatus()**

RO

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalPMUAccess() && !SoftwareLockStatus()**

RW

**Otherwise**

ERROR

## C.3.3 PMEVCNTR2_EL0, Performance Monitors Event Count Registers

Holds event counter n, which counts events, where n is 0 to 30.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Component**

PMU

**Register offset**

0x10

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-25: ext_pmevcntr2_el0 bit assignments**




**Table C-30: PMEVCNTR2_EL0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | None | Event counter n. Value of event counter n, where n is the number of this register and is a number from 0 to 30.<br><br>If the highest implemented Exception level is using AArch32, the optional external interface to the performance monitors is implemented, and the AArch32-PMCR.LP and AArch32-HDCR.HLP bits are RAZ/WI, then locations in the external interface to the performance monitors that map to PMEVCNTR<n>_EL0[63:32] return UNKNOWN values on reads.<br><br>If the implementation does not support AArch64, bits [63:32] of the event counters are not required to be implemented. | 64{x} |

## Access

External accesses to the performance monitors ignore the following controls:

- AArch64-PMUSERENR_EL0.
- If implemented, AArch64-MDCR_EL2.{TPM, TPMCR, HPMN}.
- AArch64-MDCR_EL3.TPM.

This means that all counters are accessible regardless of the current Exception level or privilege of the access.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

If FEAT_PMUv3p5 is not implemented, when IsCorePowered(), DoubleLockStatus(), OSLockStatus() or !AllowExternalPMUAccess(), 32-bit accesses to `0x004`+8×n have a **CONSTRAINED UNPREDICTABLE** behavior.

SoftwareLockStatus() depends on the type of access attempted and AllowExternalPMUAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

### Accessibility

External accesses to the performance monitors ignore the following controls:

- AArch64-PMUSERENR_EL0.
- If implemented, AArch64-MDCR_EL2.{TPM, TPMCR, HPMN}.
- AArch64-MDCR_EL3.TPM.

This means that all counters are accessible regardless of the current Exception level or privilege of the access.

If FEAT_PMUv3p5 is not implemented, when IsCorePowered(), DoubleLockStatus(), OSLockStatus() or !AllowExternalPMUAccess(), 32-bit accesses to 0x004+8×n have a CONSTRAINED UNPREDICTABLE behavior.

SoftwareLockStatus() depends on the type of access attempted and AllowExternalPMUAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

| Component | Offset | Instance | Range |
|---|---|---|---|
| PMU | 0x10 | PMEVCNTR2_EL0 | None |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalPMUAccess() && SoftwareLockStatus()**

RO

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalPMUAccess() && !SoftwareLockStatus()**

RW

**Otherwise**

ERROR

## C.3.4 PMEVCNTR3_EL0, Performance Monitors Event Count Registers

Holds event counter n, which counts events, where n is 0 to 30.

### Configurations

This register is available in all configurations.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Attributes

**Width**

64

**Component**

PMU

**Register offset**

0x18

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

---

Note

Where the reset reads xxxx, see individual bits

---

## Bit descriptions

**Figure C-26: ext_pmevcntr3_el0 bit assignments**




**Table C-32: PMEVCNTR3_EL0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | None | Event counter n. Value of event counter n, where n is the number of this register and is a number from 0 to 30.<br><br>If the highest implemented Exception level is using AArch32, the optional external interface to the performance monitors is implemented, and the AArch32-PMCR.LP and AArch32-HDCR.HLP bits are RAZ/WI, then locations in the external interface to the performance monitors that map to PMEVCNTR<n>_EL0[63:32] return UNKNOWN values on reads.<br><br>If the implementation does not support AArch64, bits [63:32] of the event counters are not required to be implemented. | 64{x} |

## Access

External accesses to the performance monitors ignore the following controls:

- AArch64-PMUSERENR_EL0.
- If implemented, AArch64-MDCR_EL2.{TPM, TPMCR, HPMN}.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

- AArch64-MDCR_EL3.TPM.

This means that all counters are accessible regardless of the current Exception level or privilege of the access.

If FEAT_PMUv3p5 is not implemented, when IsCorePowered(), DoubleLockStatus(), OSLockStatus() or !AllowExternalPMUAccess(), 32-bit accesses to `0x004`+8×n have a **CONSTRAINED UNPREDICTABLE** behavior.

SoftwareLockStatus() depends on the type of access attempted and AllowExternalPMUAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

### Accessibility

External accesses to the performance monitors ignore the following controls:

- AArch64-PMUSERENR_EL0.
- If implemented, AArch64-MDCR_EL2.{TPM, TPMCR, HPMN}.
- AArch64-MDCR_EL3.TPM.

This means that all counters are accessible regardless of the current Exception level or privilege of the access.

If FEAT_PMUv3p5 is not implemented, when IsCorePowered(), DoubleLockStatus(), OSLockStatus() or !AllowExternalPMUAccess(), 32-bit accesses to 0x004+8×n have a CONSTRAINED UNPREDICTABLE behavior.

SoftwareLockStatus() depends on the type of access attempted and AllowExternalPMUAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

| Component | Offset | Instance | Range |
|---|---|---|---|
| PMU | 0x18 | PMEVCNTR3_EL0 | None |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalPMUAccess() && SoftwareLockStatus()**

RO

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalPMUAccess() && !SoftwareLockStatus()**

RW

**Otherwise**

ERROR

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## C.3.5 PMEVCNTR4_EL0, Performance Monitors Event Count Registers

Holds event counter n, which counts events, where n is 0 to 30.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Component**

PMU

**Register offset**

0x20

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note: Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-27: ext_pmevcntr4_el0 bit assignments**




**Table C-34: PMEVCNTR4_EL0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | None | Event counter n. Value of event counter n, where n is the number of this register and is a number from 0 to 30.<br><br>If the highest implemented Exception level is using AArch32, the optional external interface to the performance monitors is implemented, and the AArch32-PMCR.LP and AArch32-HDCR.HLP bits are RAZ/WI, then locations in the external interface to the performance monitors that map to PMEVCNTR<n>_EL0[63:32] return UNKNOWN values on reads.<br><br>If the implementation does not support AArch64, bits [63:32] of the event counters are not required to be implemented. | 64{x} |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Access

External accesses to the performance monitors ignore the following controls:

- AArch64-PMUSERENR_EL0.
- If implemented, AArch64-MDCR_EL2.{TPM, TPMCR, HPMN}.
- AArch64-MDCR_EL3.TPM.

This means that all counters are accessible regardless of the current Exception level or privilege of the access.

If FEAT_PMUv3p5 is not implemented, when IsCorePowered(), DoubleLockStatus(), OSLockStatus() or !AllowExternalPMUAccess(), 32-bit accesses to `0x004`+8×n have a **CONSTRAINED UNPREDICTABLE** behavior.

SoftwareLockStatus() depends on the type of access attempted and AllowExternalPMUAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

### Accessibility

External accesses to the performance monitors ignore the following controls:

- AArch64-PMUSERENR_EL0.
- If implemented, AArch64-MDCR_EL2.{TPM, TPMCR, HPMN}.
- AArch64-MDCR_EL3.TPM.

This means that all counters are accessible regardless of the current Exception level or privilege of the access.

If FEAT_PMUv3p5 is not implemented, when IsCorePowered(), DoubleLockStatus(), OSLockStatus() or !AllowExternalPMUAccess(), 32-bit accesses to 0x004+8×n have a CONSTRAINED UNPREDICTABLE behavior.

SoftwareLockStatus() depends on the type of access attempted and AllowExternalPMUAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

| Component | Offset | Instance | Range |
|---|---|---|---|
| PMU | 0x20 | PMEVCNTR4_EL0 | None |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalPMUAccess() && SoftwareLockStatus()**

RO

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalPMUAccess() && !SoftwareLockStatus()**

RW

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Otherwise**

ERROR

## C.3.6 PMEVCNTR5_EL0, Performance Monitors Event Count Registers

Holds event counter n, which counts events, where n is 0 to 30.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Component**

PMU

**Register offset**

0x28

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note: Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-28: ext_pmevcntr5_el0 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table C-36: PMEVCNTR5_EL0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | None | Event counter n. Value of event counter n, where n is the number of this register and is a number from 0 to 30.<br><br>If the highest implemented Exception level is using AArch32, the optional external interface to the performance monitors is implemented, and the AArch32-PMCR.LP and AArch32-HDCR.HLP bits are RAZ/WI, then locations in the external interface to the performance monitors that map to PMEVCNTR<n>_EL0[63:32] return **UNKNOWN** values on reads.<br><br>If the implementation does not support AArch64, bits [63:32] of the event counters are not required to be implemented. | `64{x}` |

## Access

External accesses to the performance monitors ignore the following controls:

- AArch64-PMUSERENR_EL0.
- If implemented, AArch64-MDCR_EL2.{TPM, TPMCR, HPMN}.
- AArch64-MDCR_EL3.TPM.

This means that all counters are accessible regardless of the current Exception level or privilege of the access.

If FEAT_PMUv3p5 is not implemented, when IsCorePowered(), DoubleLockStatus(), OSLockStatus() or !AllowExternalPMUAccess(), 32-bit accesses to `0x004`+8×n have a **CONSTRAINED UNPREDICTABLE** behavior.

SoftwareLockStatus() depends on the type of access attempted and AllowExternalPMUAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

## Accessibility

External accesses to the performance monitors ignore the following controls:

- AArch64-PMUSERENR_EL0.
- If implemented, AArch64-MDCR_EL2.{TPM, TPMCR, HPMN}.
- AArch64-MDCR_EL3.TPM.

This means that all counters are accessible regardless of the current Exception level or privilege of the access.

If FEAT_PMUv3p5 is not implemented, when IsCorePowered(), DoubleLockStatus(), OSLockStatus() or !AllowExternalPMUAccess(), 32-bit accesses to 0x004+8×n have a CONSTRAINED UNPREDICTABLE behavior.

SoftwareLockStatus() depends on the type of access attempted and AllowExternalPMUAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Component | Offset | Instance | Range |
|---|---|---|---|
| PMU | 0x28 | PMEVCNTR5_EL0 | None |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalPMUAccess() && SoftwareLockStatus()**

RO

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalPMUAccess() && !SoftwareLockStatus()**

RW

**Otherwise**

ERROR

## C.3.7 PMCCNTR_EL0, Performance Monitors Cycle Counter

Holds the value of the processor Cycle Counter, CCNT, that counts processor clock cycles. For more information, see *Time as measured by the Performance Monitors cycle counter* in the *Arm® Architecture Reference Manual for A-profile architecture*.

ext-PMCCFILTR_EL0 determines the modes and states in which the PMCCNTR_EL0 can increment.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Component**

PMU

**Register offsets (2)**

0x0F8,0x0FC

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note: Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

**Figure C-29: ext_pmccntr_el0 bit assignments**




**Table C-38: PMCCNTR_EL0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | CCNT | Cycle count. Depending on the values of ext-PMCR_EL0.{LC,D}, the cycle count increments in one of the following ways:<br>• Every processor clock cycle.<br>• Every 64th processor clock cycle.<br><br>Writing 1 to ext-PMCR_EL0.C sets this field to 0. | 64{x} |

## Access

SoftwareLockStatus() depends on the type of access attempted and AllowExternalPMUAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

## Accessibility

SoftwareLockStatus() depends on the type of access attempted and AllowExternalPMUAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

| Component | Offset | Instance | Range |
|---|---|---|---|
| PMU | 0x0F8 | PMCCNTR_EL0 | 31:0 |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalPMUAccess() && SoftwareLockStatus()**

RO

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalPMUAccess() && !SoftwareLockStatus()**

RW

**Otherwise**

ERROR

| Component | Offset | Instance | Range |
|---|---|---|---|
| PMU | 0x0FC | PMCCNTR_EL0 | 63:32 |

This interface is accessible as follows:

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalPMUAccess() && SoftwareLockStatus()**

RO

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalPMUAccess() && !SoftwareLockStatus()**

RW

**Otherwise**

ERROR

## C.3.8 PMPCSR, Program Counter Sample Register

Holds a sampled instruction address value.

### Configurations

---

Note

Before Armv8.2, the PC Sample-based Profiling Extension can be implemented in the external debug register space, as indicated by the value of ext-EDDEVID.PCSample.

---

Support for 64-bit atomic reads is IMPLEMENTATION DEFINED. If 64-bit atomic reads are implemented, a 64-bit read of PMPCSR has the same side-effect as a 32-bit read of PMCSR[31:0] followed by a 32-bit read of PMPCSR[63:32], returning the combined value. For example, if the PE is in Debug state then a 64-bit atomic read returns bits[31:0] == 0xFFFFFFFF and bits[63:32] UNKNOWN.

### Attributes

**Width**

64

**Component**

PMU

**Register offsets (4)**

0x200,0x204,0x220,0x224

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure C-30: ext_pmpcsr bit assignments




**Table C-41: PMPCSR bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63] | NS | Non-secure state sample. Indicates the Security state that is associated with the most recent PMPCSR sample or, when it is read as a single atomic 64-bit read, the current PMPCSR sample.<br>**0b0**<br>Sample is from Secure state.<br>**0b1**<br>Sample is from Non-secure state. | x |
| [62:61] | EL | Exception level status sample. Indicates the Exception level that is associated with the most recent PMPCSR sample or, when it is read as a single atomic 64-bit read, the current PMPCSR sample.<br>**0b00**<br>Sample is from EL0.<br>**0b01**<br>Sample is from EL1.<br>**0b10**<br>Sample is from EL2.<br>**0b11**<br>Sample is from EL3. | xx |
| [60:56] | RES0 | Reserved | RES0 |
| [55:32] | PCSample[55:32] | Bits[55:32] of the sampled instruction address value. The translation regime that PMPCSR samples can be determined from PMPCSR.{NS,EL}. | 24{x} |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:0] | PCSample[31:0] | Bits[31:0] of the sampled instruction address value.<br><br>PMPCSR[31:0] reads as `0xFFFFFFFF` when any of the following are true:<br>• The PE is in Debug state.<br>• PC Sample-based profiling is prohibited.<br><br>If a branch instruction has retired since the PE left reset state, then the first read of PMPCSR[31:0] is permitted but not required to return `0xFFFFFFFF`.<br><br>PMPCSR[31:0] reads as an **UNKNOWN** value when any of the following are true:<br>• The PE is in reset state.<br>• No branch instruction has retired since the PE left reset state, Debug state, or a state where PC Sample-based Profiling is prohibited.<br>• No branch instruction has retired since the last read of PMPCSR[31:0].<br><br>For the cases where a read of PMPCSR[31:0] returns `0xFFFFFFFF` or an **UNKNOWN** value, the read has the side-effect of setting PMPCSR[63:32], ext-PMCID1SR, ext-PMCID2SR, and ext-PMVIDSR to **UNKNOWN** values.<br><br>Otherwise, a read of PMPCSR[31:0] returns bits [31:0] of the sampled instruction address value and has the side-effect of indirectly writing to PMPCSR[63:32], ext-PMCID1SR, ext-PMCID2SR, and ext-PMVIDSR. The translation regime that PMPCSR samples can be determined from PMPCSR.{NS,EL}.<br><br>For a read of PMPCSR[31:0] from the memory-mapped interface, if PMLSR.SLK == 1, meaning the OPTIONAL Software Lock is locked, then the side-effect of the access does not occur and PMPCSR[63:32], ext-PMCID1SR, ext-PMCID2SR, and ext-PMVIDSR are unchanged. | `32{x}` |

## Access

IMPLEMENTATION DEFINED extensions to external debug might make the value of this register **UNKNOWN**, see *Permitted behavior that might make the PC Sample-based profiling registers* **UNKNOWN** in the *Arm® Architecture Reference Manual for A-profile architecture*.

Note

A 32-bit access to PMPCSR[63:32] does not update the PC sample registers. Only a 64-bit access to PMPCSR[63:0] or a 32-bit access to PMPCSR[31:0] updates the PC sample registers. This includes the value a subsequent 32-bit read of PMPCSR[63:32] will return.

## Accessibility

IMPLEMENTATION DEFINED extensions to external debug might make the value of this register UNKNOWN, see 'Permitted behavior that might make the PC Sample-based profiling registers UNKNOWN'.

Note

A 32-bit access to PMPCSR[63:32] does not update the PC sample registers. Only a 64-bit access to PMPCSR[63:0] or a 32-bit access to PMPCSR[31:0] updates the PC sample registers. This includes the value a subsequent 32-bit read of PMPCSR[63:32] will return.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Component | Offset | Instance | Range |
|---|---|---|---|
| PMU | 0x200 | PMPCSR | 31:0 |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus()**

RO

**Otherwise**

ERROR

| Component | Offset | Instance | Range |
|---|---|---|---|
| PMU | 0x204 | PMPCSR | 63:32 |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus()**

RO

**Otherwise**

ERROR

| Component | Offset | Instance | Range |
|---|---|---|---|
| PMU | 0x220 | PMPCSR | 31:0 |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus()**

RO

**Otherwise**

ERROR

| Component | Offset | Instance | Range |
|---|---|---|---|
| PMU | 0x224 | PMPCSR | 63:32 |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus()**

RO

**Otherwise**

ERROR

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## C.3.9 PMCID1SR, CONTEXTIDR_EL1 Sample Register

Contains the sampled value of AArch64-CONTEXTIDR_EL1, captured on reading ext-PMPCSR[31:0].

### Configurations

Note

Before Armv8.2, the PC Sample-based Profiling Extension can be implemented in the external debug register space, as indicated by the value of ext-EDDEVID.PCSample.

### Attributes

**Width**

32

**Component**

PMU

**Register offsets (2)**

0x208,0x228

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-31: ext_pmcid1sr bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table C-46: PMCID1SR bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:0] | CONTEXTIDR_EL1 | Context ID. The value of CONTEXTIDR that is associated with the most recent ext-PMPCSR sample. When the most recent ext-PMPCSR sample is generated:<br>• If EL1 is using AArch64, then the Context ID is sampled from AArch64-CONTEXTIDR_EL1.<br><br>Because the value written to PMCID1SR is an indirect read of CONTEXTIDR, it is **CONSTRAINED UNPREDICTABLE** whether PMCID1SR is set to the original or new value if ext-PMPCSR samples:<br>• An instruction that writes to CONTEXTIDR.<br>• The next Context synchronization event.<br>• Any instruction executed between these two instructions. | 32{x} |

## Accessibility

IMPLEMENTATION DEFINED extensions to external debug might make the value of this register UNKNOWN, see 'Permitted behavior that might make the PC Sample-based profiling registers UNKNOWN'.

| Component | Offset | Instance | Range |
|---|---|---|---|
| PMU | 0x208 | PMCID1SR | None |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus()**

RO

**Otherwise**

ERROR

| Component | Offset | Instance | Range |
|---|---|---|---|
| PMU | 0x228 | PMCID1SR | None |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus()**

RO

**Otherwise**

ERROR

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## C.3.10 PMVIDSR, VMID Sample Register

Contains the sampled VMID value that is captured on reading ext-PMPCSR[31:0].

### Configurations

Note: Before Armv8.2, the PC Sample-based Profiling Extension can be implemented in the external debug register space, as indicated by the value of ext-EDDEVID.PCSample.

### Attributes

**Width**

32

**Component**

PMU

**Register offset**

0x20C

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note: Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-32: ext_pmvidsr bit assignments**




**Table C-49: PMVIDSR bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:16] | RES0 | Reserved | RES0 |
| [15:8] | VMID[15:8] | Extension to VMID[7:0]. For more information, see VMID[7:0]. | 8{x} |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

<table>
<tr><th>Bits</th><th>Name</th><th>Description</th><th>Reset</th></tr>
<tr><td>[7:0]</td><td>VMID</td><td>VMID sample. The VMID associated with the most recent ext-PMPCSR sample. When the most recent ext-PMPCSR sample was generated:
<ul>
<li>This field is set to an UNKNOWN value if any of the following apply:
<ul>
<li>EL2 is disabled in the current Security state.</li>
<li>The PE is executing at EL2.</li>
<li>EL2 is enabled in the current Security state, the PE is executing at EL0, EL2 is using AArch64, HCR_EL2.E2H == 1, and HCR_EL2.TGE == 1.</li>
</ul></li>
<li>Otherwise:
<ul>
<li>If EL2 is using AArch64 and either FEAT_VMID16 is not implemented or AArch64-VTCR_EL2.VS is 1, this field is set to AArch64-VTTBR_EL2.VMID.</li>
<li>If EL2 is using AArch64, FEAT_VMID16 is implemented, and AArch64-VTCR_EL2.VS is 0, PMVIDSR.VMID[7:0] is set to AArch64-VTTBR_EL2.VMID[7:0] and PMVIDSR.VMID[15:8] is RES0.</li>
<li>If EL2 is using AArch32, this field is set to AArch32-VTTBR.VMID.</li>
</ul></li>
</ul>
Because the value written to PMVIDSR is an indirect read of the VMID value, it is CONSTRAINED UNPREDICTABLE whether PMVIDSR is set to the original or new value if ext-PMPCSR samples:
<ul>
<li>An instruction that writes to the VMID value.</li>
<li>The next Context synchronization event.</li>
<li>Any instruction executed between these two instructions.</li>
</ul></td><td>8{x}</td></tr>
</table>

## Accessibility

IMPLEMENTATION DEFINED extensions to external debug might make the value of this register UNKNOWN, see 'Permitted behavior that might make the PC Sample-based profiling registers UNKNOWN'.

| Component | Offset | Instance | Range |
|---|---|---|---|
| PMU | 0x20C | PMVIDSR | None |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus()**

RO

**Otherwise**

ERROR

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## C.3.11 PMCID2SR, CONTEXTIDR_EL2 Sample Register

Contains the sampled value of AArch64-CONTEXTIDR_EL2, captured on reading ext-PMPCSR[31:0].

### Configurations

Note

If FEAT_PCSRv8p2 is not implemented, the PC Sample-based Profiling Extension can be implemented in the external debug register space, as indicated by the value of ext-EDDEVID.PCSample.

### Attributes

**Width**

32

**Component**

PMU

**Register offset**

0x22C

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-33: ext_pmcid2sr bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table C-51: PMCID2SR bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:0] | CONTEXTIDR_EL2 | Context ID. The value of AArch64-CONTEXTIDR_EL2 that is associated with the most recent ext-PMPCSR sample. When the most recent ext-PMPCSR sample is generated:<br>• If the PE is not executing at EL3, EL2 is using AArch64, and EL2 is enabled in the current Security state, then this field is set to the Context ID sampled from AArch64-CONTEXTIDR_EL2.<br>• Otherwise, this field is set to an **UNKNOWN** value.<br><br>Because the value written to PMCID2SR is an indirect read of AArch64-CONTEXTIDR_EL2, it is CONSTRAINED UNPREDICTABLE whether PMCID2SR is set to the original or new value if ext-PMPCSR samples:<br>• An instruction that writes to AArch64-CONTEXTIDR_EL2.<br>• The next Context synchronization event.<br>• Any instruction executed between these two instructions. | 32{x} |

### Accessibility

IMPLEMENTATION DEFINED extensions to external debug might make the value of this register UNKNOWN, see 'Permitted behavior that might make the PC Sample-based profiling registers UNKNOWN'.

| Component | Offset | Instance | Range |
|---|---|---|---|
| PMU | 0x22C | PMCID2SR | None |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus()**

RO

**Otherwise**

ERROR

## C.3.12 PMEVTYPER0_EL0, Performance Monitors Event Type Registers

Configures event counter n, where n is 0 to 30.

### Configurations

If event counter n is not implemented:

- When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalPMUAccess(), accesses are RES0.
- Otherwise, it is CONSTRAINED UNPREDICTABLE whether accesses to this register are RES0 or generate an error response.

### Attributes

**Width**

64

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Component**

PMU

**Register offset**

0x400

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-34: ext_pmevtyper0_el0 bit assignments**




**Table C-53: PMEVTYPER0_EL0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | RES0 | Reserved | RES0 |
| [31] | P | Privileged filtering bit. Controls counting in EL1.<br><br>If EL3 is implemented, then counting in Non-secure EL1 is further controlled by the PMEVTYPER<n>_EL0.NSK bit.<br><br>**0b0**<br>Count events in EL1.<br><br>**0b1**<br>Do not count events in EL1. | x |
| [30] | U | User filtering bit. Controls counting in EL0.<br><br>If EL3 is implemented, then counting in Non-secure EL0 is further controlled by the PMEVTYPER<n>_EL0.NSU bit.<br><br>**0b0**<br>Count events in EL0.<br><br>**0b1**<br>Do not count events in EL0. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [29] | NSK | Non-secure EL1 (kernel) modes filtering bit. Controls counting in Non-secure EL1.<br><br>If the value of this bit is equal to the value of the PMEVTYPER<n>_EL0.P bit, events in Non-secure EL1 are counted.<br><br>Otherwise, events in Non-secure EL1 are not counted. | x |
| [28] | NSU | Non-secure EL0 (Unprivileged) filtering bit. Controls counting in Non-secure EL0.<br><br>If the value of this bit is equal to the value of the PMEVTYPER<n>_EL0.U bit, events in Non-secure EL0 are counted.<br><br>Otherwise, events in Non-secure EL0 are not counted. | x |
| [27] | NSH | EL2 (Hypervisor) filtering bit. Controls counting in EL2.<br><br>If FEAT_SEL2 and EL3 are implemented, counting in Secure EL2 is further controlled by the PMEVTYPER<n>_EL0.SH bit.<br>**0b0**<br>Do not count events in EL2.<br>**0b1**<br>Count events in EL2. | x |
| [26] | M | EL3 filtering bit.<br><br>If the value of this bit is equal to the value of the PMEVTYPER<n>_EL0.P bit, events in EL3 are counted.<br><br>Otherwise, events in EL3 are not counted.<br><br>Most applications can ignore this field and set its value to `0b0`.<br><br>**Note:**<br>This field is not visible in the AArch32 AArch32-PMEVTYPER<n> System register. | x |
| [25] | **RES0** | Reserved | **RES0** |
| [24] | SH | Secure EL2 filtering.<br><br>If the value of this bit is not equal to the value of the PMEVTYPER<n>_EL0.NSH bit, events in Secure EL2 are counted.<br><br>Otherwise, events in Secure EL2 are not counted.<br><br>**Note:**<br>This field is not visible in the AArch32 AArch32-PMEVTYPER<n> System register. | x |
| [23:16] | **RES0** | Reserved | **RES0** |
| [15:10] | evtCount[15:10] | Extension to evtCount[9:0]. For more information, see evtCount[9:0]. | 6{x} |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [9:0] | evtCount[9:0] | Event to count. The event number of the event that is counted by event counter ext-PMEVCNTR<n>_EL0.<br><br>Software must program this field with an event that is supported by the PE being programmed.<br><br>The ranges of event numbers allocated to each type of event are shown in *Allocation of the PMU event number space* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>If PMEVTYPER<n>_EL0.evtCount is programmed to an event that is reserved or not supported by the PE, the behavior depends on the value written:<br>• For the range `0x0000` to `0x003F`, no events are counted and the value returned by a direct or external read of the PMEVTYPER<n>_EL0.evtCount field is the value written to the field.<br>• If FEAT_PMUv3p1 is implemented, for the range `0x4000` to `0x403F`, no events are counted and the value returned by a direct or external read of the PMEVTYPER<n>_EL0.evtCount field is the value written to the field.<br>• For other values, it is UNPREDICTABLE what event, if any, is counted, and the value returned by a direct or external read of the PMEVTYPER<n>_EL0.evtCount field is **UNKNOWN**.<br><br>**Note:**<br>UNPREDICTABLE means the event must not expose privileged information. | `10{x}` |

## Access

SoftwareLockStatus() depends on the type of access attempted and AllowExternalPMUAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

## Accessibility

SoftwareLockStatus() depends on the type of access attempted and AllowExternalPMUAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

| Component | Offset | Instance | Range |
|---|---|---|---|
| PMU | 0x400 | PMEVTYPER0_EL0 | 31:0 |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalPMUAccess() && SoftwareLockStatus()**

RO

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalPMUAccess() && !SoftwareLockStatus()**

RW

**Otherwise**

ERROR

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## C.3.13 PMEVTYPER1_EL0, Performance Monitors Event Type Registers

Configures event counter n, where n is 0 to 30.

### Configurations

If event counter n is not implemented:

- When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalPMUAccess(), accesses are RES0.
- Otherwise, it is CONSTRAINED UNPREDICTABLE whether accesses to this register are RES0 or generate an error response.

### Attributes

**Width**

64

**Component**

PMU

**Register offset**

0x404

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

---

Note

Where the reset reads xxxx, see individual bits

---

### Bit descriptions

**Figure C-35: ext_pmevtyper1_el0 bit assignments**




**Table C-55: PMEVTYPER1_EL0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | **RES0** | Reserved | **RES0** |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31] | P | Privileged filtering bit. Controls counting in EL1.<br><br>If EL3 is implemented, then counting in Non-secure EL1 is further controlled by the PMEVTYPER<n>_EL0.NSK bit.<br>**0b0**<br>Count events in EL1.<br>**0b1**<br>Do not count events in EL1. | x |
| [30] | U | User filtering bit. Controls counting in EL0.<br><br>If EL3 is implemented, then counting in Non-secure EL0 is further controlled by the PMEVTYPER<n>_EL0.NSU bit.<br>**0b0**<br>Count events in EL0.<br>**0b1**<br>Do not count events in EL0. | x |
| [29] | NSK | Non-secure EL1 (kernel) modes filtering bit. Controls counting in Non-secure EL1.<br><br>If the value of this bit is equal to the value of the PMEVTYPER<n>_EL0.P bit, events in Non-secure EL1 are counted.<br><br>Otherwise, events in Non-secure EL1 are not counted. | x |
| [28] | NSU | Non-secure EL0 (Unprivileged) filtering bit. Controls counting in Non-secure EL0.<br><br>If the value of this bit is equal to the value of the PMEVTYPER<n>_EL0.U bit, events in Non-secure EL0 are counted.<br><br>Otherwise, events in Non-secure EL0 are not counted. | x |
| [27] | NSH | EL2 (Hypervisor) filtering bit. Controls counting in EL2.<br><br>If FEAT_SEL2 and EL3 are implemented, counting in Secure EL2 is further controlled by the PMEVTYPER<n>_EL0.SH bit.<br>**0b0**<br>Do not count events in EL2.<br>**0b1**<br>Count events in EL2. | x |
| [26] | M | EL3 filtering bit.<br><br>If the value of this bit is equal to the value of the PMEVTYPER<n>_EL0.P bit, events in EL3 are counted.<br><br>Otherwise, events in EL3 are not counted.<br><br>Most applications can ignore this field and set its value to `0b0`.<br><br>**Note:**<br>This field is not visible in the AArch32 AArch32-PMEVTYPER<n> System register. | x |
| [25] | **RES0** | Reserved | **RES0** |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [24] | SH | Secure EL2 filtering.<br><br>If the value of this bit is not equal to the value of the PMEVTYPER<n>_EL0.NSH bit, events in Secure EL2 are counted.<br><br>Otherwise, events in Secure EL2 are not counted.<br><br>**Note:**<br>This field is not visible in the AArch32 AArch32-PMEVTYPER<n> System register. | x |
| [23:16] | **RES0** | Reserved | **RES0** |
| [15:10] | evtCount[15:10] | Extension to evtCount[9:0]. For more information, see evtCount[9:0]. | 6{x} |
| [9:0] | evtCount[9:0] | Event to count. The event number of the event that is counted by event counter ext-PMEVCNTR<n>_EL0.<br><br>Software must program this field with an event that is supported by the PE being programmed.<br><br>The ranges of event numbers allocated to each type of event are shown in *Allocation of the PMU event number space* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>If PMEVTYPER<n>_EL0.evtCount is programmed to an event that is reserved or not supported by the PE, the behavior depends on the value written:<br>• For the range `0x0000` to `0x003F`, no events are counted and the value returned by a direct or external read of the PMEVTYPER<n>_EL0.evtCount field is the value written to the field.<br>• If FEAT_PMUv3p1 is implemented, for the range `0x4000` to `0x403F`, no events are counted and the value returned by a direct or external read of the PMEVTYPER<n>_EL0.evtCount field is the value written to the field.<br>• For other values, it is UNPREDICTABLE what event, if any, is counted, and the value returned by a direct or external read of the PMEVTYPER<n>_EL0.evtCount field is **UNKNOWN**.<br><br>**Note:**<br>UNPREDICTABLE means the event must not expose privileged information. | 10{x} |

## Access

SoftwareLockStatus() depends on the type of access attempted and AllowExternalPMUAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

## Accessibility

SoftwareLockStatus() depends on the type of access attempted and AllowExternalPMUAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

| Component | Offset | Instance | Range |
|---|---|---|---|
| PMU | 0x404 | PMEVTYPER1_EL0 | 31:0 |

This interface is accessible as follows:

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalPMUAccess() && SoftwareLockStatus()**

RO

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalPMUAccess() && !SoftwareLockStatus()**

RW

**Otherwise**

ERROR

## C.3.14 PMEVTYPER2_EL0, Performance Monitors Event Type Registers

Configures event counter n, where n is 0 to 30.

### Configurations

If event counter n is not implemented:

- When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalPMUAccess(), accesses are RES0.
- Otherwise, it is CONSTRAINED UNPREDICTABLE whether accesses to this register are RES0 or generate an error response.

### Attributes

**Width**

64

**Component**

PMU

**Register offset**

0x408

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure C-36: ext_pmevtyper2_el0 bit assignments




### Table C-57: PMEVTYPER2_EL0 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | RES0 | Reserved | RES0 |
| [31] | P | Privileged filtering bit. Controls counting in EL1.<br><br>If EL3 is implemented, then counting in Non-secure EL1 is further controlled by the PMEVTYPER<n>_EL0.NSK bit.<br>**0b0**<br>Count events in EL1.<br>**0b1**<br>Do not count events in EL1. | x |
| [30] | U | User filtering bit. Controls counting in EL0.<br><br>If EL3 is implemented, then counting in Non-secure EL0 is further controlled by the PMEVTYPER<n>_EL0.NSU bit.<br>**0b0**<br>Count events in EL0.<br>**0b1**<br>Do not count events in EL0. | x |
| [29] | NSK | Non-secure EL1 (kernel) modes filtering bit. Controls counting in Non-secure EL1.<br><br>If the value of this bit is equal to the value of the PMEVTYPER<n>_EL0.P bit, events in Non-secure EL1 are counted.<br><br>Otherwise, events in Non-secure EL1 are not counted. | x |
| [28] | NSU | Non-secure EL0 (Unprivileged) filtering bit. Controls counting in Non-secure EL0.<br><br>If the value of this bit is equal to the value of the PMEVTYPER<n>_EL0.U bit, events in Non-secure EL0 are counted.<br><br>Otherwise, events in Non-secure EL0 are not counted. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [27] | NSH | EL2 (Hypervisor) filtering bit. Controls counting in EL2.<br><br>If FEAT_SEL2 and EL3 are implemented, counting in Secure EL2 is further controlled by the PMEVTYPER<n>_EL0.SH bit.<br><br>**0b0**<br>Do not count events in EL2.<br><br>**0b1**<br>Count events in EL2. | x |
| [26] | M | EL3 filtering bit.<br><br>If the value of this bit is equal to the value of the PMEVTYPER<n>_EL0.P bit, events in EL3 are counted.<br><br>Otherwise, events in EL3 are not counted.<br><br>Most applications can ignore this field and set its value to `0b0`.<br><br>**Note:**<br>This field is not visible in the AArch32 AArch32-PMEVTYPER<n> System register. | x |
| [25] | **RES0** | Reserved | **RES0** |
| [24] | SH | Secure EL2 filtering.<br><br>If the value of this bit is not equal to the value of the PMEVTYPER<n>_EL0.NSH bit, events in Secure EL2 are counted.<br><br>Otherwise, events in Secure EL2 are not counted.<br><br>**Note:**<br>This field is not visible in the AArch32 AArch32-PMEVTYPER<n> System register. | x |
| [23:16] | **RES0** | Reserved | **RES0** |
| [15:10] | evtCount[15:10] | Extension to evtCount[9:0]. For more information, see evtCount[9:0]. | 6{x} |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [9:0] | evtCount[9:0] | Event to count. The event number of the event that is counted by event counter ext-PMEVCNTR<n>_EL0.<br><br>Software must program this field with an event that is supported by the PE being programmed.<br><br>The ranges of event numbers allocated to each type of event are shown in *Allocation of the PMU event number space* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>If PMEVTYPER<n>_EL0.evtCount is programmed to an event that is reserved or not supported by the PE, the behavior depends on the value written:<br>• For the range `0x0000` to `0x003F`, no events are counted and the value returned by a direct or external read of the PMEVTYPER<n>_EL0.evtCount field is the value written to the field.<br>• If FEAT_PMUv3p1 is implemented, for the range `0x4000` to `0x403F`, no events are counted and the value returned by a direct or external read of the PMEVTYPER<n>_EL0.evtCount field is the value written to the field.<br>• For other values, it is UNPREDICTABLE what event, if any, is counted, and the value returned by a direct or external read of the PMEVTYPER<n>_EL0.evtCount field is **UNKNOWN**.<br><br>**Note:**<br>UNPREDICTABLE means the event must not expose privileged information. | `10{x}` |

## Access

SoftwareLockStatus() depends on the type of access attempted and AllowExternalPMUAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

## Accessibility

SoftwareLockStatus() depends on the type of access attempted and AllowExternalPMUAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

| Component | Offset | Instance | Range |
|---|---|---|---|
| PMU | 0x408 | PMEVTYPER2_EL0 | 31:0 |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalPMUAccess() && SoftwareLockStatus()**

RO

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalPMUAccess() && !SoftwareLockStatus()**

RW

**Otherwise**

ERROR

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## C.3.15 PMEVTYPER3_EL0, Performance Monitors Event Type Registers

Configures event counter n, where n is 0 to 30.

### Configurations

If event counter n is not implemented:

- When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalPMUAccess(), accesses are RES0.
- Otherwise, it is CONSTRAINED UNPREDICTABLE whether accesses to this register are RES0 or generate an error response.

### Attributes

**Width**

64

**Component**

PMU

**Register offset**

0x40C

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note: Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-37: ext_pmevtyper3_el0 bit assignments**




**Table C-59: PMEVTYPER3_EL0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | RES0 | Reserved | RES0 |

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31] | P | Privileged filtering bit. Controls counting in EL1.<br><br>If EL3 is implemented, then counting in Non-secure EL1 is further controlled by the PMEVTYPER<n>_EL0.NSK bit.<br>**0b0**<br>Count events in EL1.<br>**0b1**<br>Do not count events in EL1. | x |
| [30] | U | User filtering bit. Controls counting in EL0.<br><br>If EL3 is implemented, then counting in Non-secure EL0 is further controlled by the PMEVTYPER<n>_EL0.NSU bit.<br>**0b0**<br>Count events in EL0.<br>**0b1**<br>Do not count events in EL0. | x |
| [29] | NSK | Non-secure EL1 (kernel) modes filtering bit. Controls counting in Non-secure EL1.<br><br>If the value of this bit is equal to the value of the PMEVTYPER<n>_EL0.P bit, events in Non-secure EL1 are counted.<br><br>Otherwise, events in Non-secure EL1 are not counted. | x |
| [28] | NSU | Non-secure EL0 (Unprivileged) filtering bit. Controls counting in Non-secure EL0.<br><br>If the value of this bit is equal to the value of the PMEVTYPER<n>_EL0.U bit, events in Non-secure EL0 are counted.<br><br>Otherwise, events in Non-secure EL0 are not counted. | x |
| [27] | NSH | EL2 (Hypervisor) filtering bit. Controls counting in EL2.<br><br>If FEAT_SEL2 and EL3 are implemented, counting in Secure EL2 is further controlled by the PMEVTYPER<n>_EL0.SH bit.<br>**0b0**<br>Do not count events in EL2.<br>**0b1**<br>Count events in EL2. | x |
| [26] | M | EL3 filtering bit.<br><br>If the value of this bit is equal to the value of the PMEVTYPER<n>_EL0.P bit, events in EL3 are counted.<br><br>Otherwise, events in EL3 are not counted.<br><br>Most applications can ignore this field and set its value to `0b0`.<br><br>**Note:**<br>This field is not visible in the AArch32 AArch32-PMEVTYPER<n> System register. | x |
| [25] | **RES0** | Reserved | **RES0** |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [24] | SH | Secure EL2 filtering.<br><br>If the value of this bit is not equal to the value of the PMEVTYPER<n>_EL0.NSH bit, events in Secure EL2 are counted.<br><br>Otherwise, events in Secure EL2 are not counted.<br><br>**Note:**<br>This field is not visible in the AArch32 AArch32-PMEVTYPER<n> System register. | x |
| [23:16] | **RES0** | Reserved | **RES0** |
| [15:10] | evtCount[15:10] | Extension to evtCount[9:0]. For more information, see evtCount[9:0]. | 6{x} |
| [9:0] | evtCount[9:0] | Event to count. The event number of the event that is counted by event counter ext-PMEVCNTR<n>_EL0.<br><br>Software must program this field with an event that is supported by the PE being programmed.<br><br>The ranges of event numbers allocated to each type of event are shown in *Allocation of the PMU event number space* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>If PMEVTYPER<n>_EL0.evtCount is programmed to an event that is reserved or not supported by the PE, the behavior depends on the value written:<br>• For the range `0x0000` to `0x003F`, no events are counted and the value returned by a direct or external read of the PMEVTYPER<n>_EL0.evtCount field is the value written to the field.<br>• If FEAT_PMUv3p1 is implemented, for the range `0x4000` to `0x403F`, no events are counted and the value returned by a direct or external read of the PMEVTYPER<n>_EL0.evtCount field is the value written to the field.<br>• For other values, it is UNPREDICTABLE what event, if any, is counted, and the value returned by a direct or external read of the PMEVTYPER<n>_EL0.evtCount field is **UNKNOWN**.<br><br>**Note:**<br>UNPREDICTABLE means the event must not expose privileged information. | 10{x} |

## Access

SoftwareLockStatus() depends on the type of access attempted and AllowExternalPMUAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

## Accessibility

SoftwareLockStatus() depends on the type of access attempted and AllowExternalPMUAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

| Component | Offset | Instance | Range |
|---|---|---|---|
| PMU | 0x40C | PMEVTYPER3_EL0 | 31:0 |

This interface is accessible as follows:

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalPMUAccess() && SoftwareLockStatus()**

RO

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalPMUAccess() && !SoftwareLockStatus()**

RW

**Otherwise**

ERROR

## C.3.16 PMEVTYPER4_EL0, Performance Monitors Event Type Registers

Configures event counter n, where n is 0 to 30.

### Configurations

If event counter n is not implemented:

- When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalPMUAccess(), accesses are RES0.
- Otherwise, it is CONSTRAINED UNPREDICTABLE whether accesses to this register are RES0 or generate an error response.

### Attributes

**Width**

64

**Component**

PMU

**Register offset**

0x410

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure C-38: ext_pmevtyper4_el0 bit assignments




### Table C-61: PMEVTYPER4_EL0 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | RES0 | Reserved | RES0 |
| [31] | P | Privileged filtering bit. Controls counting in EL1.<br><br>If EL3 is implemented, then counting in Non-secure EL1 is further controlled by the PMEVTYPER<n>_EL0.NSK bit.<br>**0b0**<br>Count events in EL1.<br>**0b1**<br>Do not count events in EL1. | x |
| [30] | U | User filtering bit. Controls counting in EL0.<br><br>If EL3 is implemented, then counting in Non-secure EL0 is further controlled by the PMEVTYPER<n>_EL0.NSU bit.<br>**0b0**<br>Count events in EL0.<br>**0b1**<br>Do not count events in EL0. | x |
| [29] | NSK | Non-secure EL1 (kernel) modes filtering bit. Controls counting in Non-secure EL1.<br><br>If the value of this bit is equal to the value of the PMEVTYPER<n>_EL0.P bit, events in Non-secure EL1 are counted.<br><br>Otherwise, events in Non-secure EL1 are not counted. | x |
| [28] | NSU | Non-secure EL0 (Unprivileged) filtering bit. Controls counting in Non-secure EL0.<br><br>If the value of this bit is equal to the value of the PMEVTYPER<n>_EL0.U bit, events in Non-secure EL0 are counted.<br><br>Otherwise, events in Non-secure EL0 are not counted. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [27] | NSH | EL2 (Hypervisor) filtering bit. Controls counting in EL2.<br><br>If FEAT_SEL2 and EL3 are implemented, counting in Secure EL2 is further controlled by the PMEVTYPER<n>_EL0.SH bit.<br><br>**0b0**<br>Do not count events in EL2.<br><br>**0b1**<br>Count events in EL2. | x |
| [26] | M | EL3 filtering bit.<br><br>If the value of this bit is equal to the value of the PMEVTYPER<n>_EL0.P bit, events in EL3 are counted.<br><br>Otherwise, events in EL3 are not counted.<br><br>Most applications can ignore this field and set its value to `0b0`.<br><br>**Note:**<br>This field is not visible in the AArch32 AArch32-PMEVTYPER<n> System register. | x |
| [25] | **RES0** | Reserved | **RES0** |
| [24] | SH | Secure EL2 filtering.<br><br>If the value of this bit is not equal to the value of the PMEVTYPER<n>_EL0.NSH bit, events in Secure EL2 are counted.<br><br>Otherwise, events in Secure EL2 are not counted.<br><br>**Note:**<br>This field is not visible in the AArch32 AArch32-PMEVTYPER<n> System register. | x |
| [23:16] | **RES0** | Reserved | **RES0** |
| [15:10] | evtCount[15:10] | Extension to evtCount[9:0]. For more information, see evtCount[9:0]. | 6{x} |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [9:0] | evtCount[9:0] | Event to count. The event number of the event that is counted by event counter ext-PMEVCNTR<n>_EL0.<br><br>Software must program this field with an event that is supported by the PE being programmed.<br><br>The ranges of event numbers allocated to each type of event are shown in *Allocation of the PMU event number space* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>If PMEVTYPER<n>_EL0.evtCount is programmed to an event that is reserved or not supported by the PE, the behavior depends on the value written:<br>• For the range `0x0000` to `0x003F`, no events are counted and the value returned by a direct or external read of the PMEVTYPER<n>_EL0.evtCount field is the value written to the field.<br>• If FEAT_PMUv3p1 is implemented, for the range `0x4000` to `0x403F`, no events are counted and the value returned by a direct or external read of the PMEVTYPER<n>_EL0.evtCount field is the value written to the field.<br>• For other values, it is UNPREDICTABLE what event, if any, is counted, and the value returned by a direct or external read of the PMEVTYPER<n>_EL0.evtCount field is **UNKNOWN**.<br><br>**Note:**<br>UNPREDICTABLE means the event must not expose privileged information. | `10{x}` |

## Access

SoftwareLockStatus() depends on the type of access attempted and AllowExternalPMUAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

## Accessibility

SoftwareLockStatus() depends on the type of access attempted and AllowExternalPMUAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

| Component | Offset | Instance | Range |
|---|---|---|---|
| PMU | 0x410 | PMEVTYPER4_EL0 | 31:0 |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalPMUAccess() && SoftwareLockStatus()**

RO

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalPMUAccess() && !SoftwareLockStatus()**

RW

**Otherwise**

ERROR

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## C.3.17 PMEVTYPER5_EL0, Performance Monitors Event Type Registers

Configures event counter n, where n is 0 to 30.

### Configurations

If event counter n is not implemented:

- When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalPMUAccess(), accesses are RES0.
- Otherwise, it is CONSTRAINED UNPREDICTABLE whether accesses to this register are RES0 or generate an error response.

### Attributes

**Width**

64

**Component**

PMU

**Register offset**

0x414

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-39: ext_pmevtyper5_el0 bit assignments**




**Table C-63: PMEVTYPER5_EL0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | RES0 | Reserved | RES0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31] | P | Privileged filtering bit. Controls counting in EL1.<br><br>If EL3 is implemented, then counting in Non-secure EL1 is further controlled by the PMEVTYPER<n>_EL0.NSK bit.<br>**0b0**<br>Count events in EL1.<br>**0b1**<br>Do not count events in EL1. | x |
| [30] | U | User filtering bit. Controls counting in EL0.<br><br>If EL3 is implemented, then counting in Non-secure EL0 is further controlled by the PMEVTYPER<n>_EL0.NSU bit.<br>**0b0**<br>Count events in EL0.<br>**0b1**<br>Do not count events in EL0. | x |
| [29] | NSK | Non-secure EL1 (kernel) modes filtering bit. Controls counting in Non-secure EL1.<br><br>If the value of this bit is equal to the value of the PMEVTYPER<n>_EL0.P bit, events in Non-secure EL1 are counted.<br><br>Otherwise, events in Non-secure EL1 are not counted. | x |
| [28] | NSU | Non-secure EL0 (Unprivileged) filtering bit. Controls counting in Non-secure EL0.<br><br>If the value of this bit is equal to the value of the PMEVTYPER<n>_EL0.U bit, events in Non-secure EL0 are counted.<br><br>Otherwise, events in Non-secure EL0 are not counted. | x |
| [27] | NSH | EL2 (Hypervisor) filtering bit. Controls counting in EL2.<br><br>If FEAT_SEL2 and EL3 are implemented, counting in Secure EL2 is further controlled by the PMEVTYPER<n>_EL0.SH bit.<br>**0b0**<br>Do not count events in EL2.<br>**0b1**<br>Count events in EL2. | x |
| [26] | M | EL3 filtering bit.<br><br>If the value of this bit is equal to the value of the PMEVTYPER<n>_EL0.P bit, events in EL3 are counted.<br><br>Otherwise, events in EL3 are not counted.<br><br>Most applications can ignore this field and set its value to `0b0`.<br><br>**Note:**<br>This field is not visible in the AArch32 AArch32-PMEVTYPER<n> System register. | x |
| [25] | **RES0** | Reserved | **RES0** |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [24] | SH | Secure EL2 filtering.<br><br>If the value of this bit is not equal to the value of the PMEVTYPER<n>_EL0.NSH bit, events in Secure EL2 are counted.<br><br>Otherwise, events in Secure EL2 are not counted.<br><br>**Note:**<br>This field is not visible in the AArch32 AArch32-PMEVTYPER<n> System register. | x |
| [23:16] | **RES0** | Reserved | **RES0** |
| [15:10] | evtCount[15:10] | Extension to evtCount[9:0]. For more information, see evtCount[9:0]. | 6{x} |
| [9:0] | evtCount[9:0] | Event to count. The event number of the event that is counted by event counter ext-PMEVCNTR<n>_EL0.<br><br>Software must program this field with an event that is supported by the PE being programmed.<br><br>The ranges of event numbers allocated to each type of event are shown in *Allocation of the PMU event number space* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>If PMEVTYPER<n>_EL0.evtCount is programmed to an event that is reserved or not supported by the PE, the behavior depends on the value written:<br>• For the range `0x0000` to `0x003F`, no events are counted and the value returned by a direct or external read of the PMEVTYPER<n>_EL0.evtCount field is the value written to the field.<br>• If FEAT_PMUv3p1 is implemented, for the range `0x4000` to `0x403F`, no events are counted and the value returned by a direct or external read of the PMEVTYPER<n>_EL0.evtCount field is the value written to the field.<br>• For other values, it is UNPREDICTABLE what event, if any, is counted, and the value returned by a direct or external read of the PMEVTYPER<n>_EL0.evtCount field is **UNKNOWN**.<br><br>**Note:**<br>UNPREDICTABLE means the event must not expose privileged information. | 10{x} |

## Access

SoftwareLockStatus() depends on the type of access attempted and AllowExternalPMUAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

## Accessibility

SoftwareLockStatus() depends on the type of access attempted and AllowExternalPMUAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

| Component | Offset | Instance | Range |
|---|---|---|---|
| PMU | 0x414 | PMEVTYPER5_EL0 | 31:0 |

This interface is accessible as follows:

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalPMUAccess() && SoftwareLockStatus()**

RO

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalPMUAccess() && !SoftwareLockStatus()**

RW

**Otherwise**

ERROR

## C.3.18 PMCCFILTR_EL0, Performance Monitors Cycle Counter Filter Register

Determines the modes in which the Cycle Counter, ext-PMCCNTR_EL0, increments.

### Configurations

On a Warm or Cold reset, RW fields in this register reset to:

- Architecturally UNKNOWN values if the reset is to an Exception level that is using AArch64.
- 0 if the reset is to an Exception level that is using AArch32.

The register is not affected by an External debug reset.

### Attributes

**Width**

32

**Component**

PMU

**Register offset**

0x47C

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure C-40: ext_pmccfiltr_el0 bit assignments




### Table C-65: PMCCFILTR_EL0 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31] | P | Privileged filtering bit. Controls counting in EL1.<br><br>If EL3 is implemented, then counting in Non-secure EL1 is further controlled by the PMCCFILTR_EL0.NSK bit.<br>**0b0**<br>Count cycles in EL1.<br>**0b1**<br>Do not count cycles in EL1. | x |
| [30] | U | User filtering bit. Controls counting in EL0.<br><br>If EL3 is implemented, then counting in Non-secure EL0 is further controlled by the PMCCFILTR_EL0.NSU bit.<br>**0b0**<br>Count cycles in EL0.<br>**0b1**<br>Do not count cycles in EL0. | x |
| [29] | NSK | Non-secure EL1 (kernel) modes filtering bit. Controls counting in Non-secure EL1.<br><br>If the value of this bit is equal to the value of the PMCCFILTR_EL0.P bit, cycles in Non-secure EL1 are counted.<br><br>Otherwise, cycles in Non-secure EL1 are not counted. | x |
| [28] | NSU | Non-secure EL0 (Unprivileged) filtering bit. Controls counting in Non-secure EL0.<br><br>If the value of this bit is equal to the value of the PMCCFILTR_EL0.U bit, cycles in Non-secure EL0 are counted.<br><br>Otherwise, cycles in Non-secure EL0 are not counted. | x |
| [27] | NSH | EL2 (Hypervisor) filtering bit. Controls counting in EL2.<br><br>If FEAT_SEL2 and EL3 are implemented, counting in Secure EL2 is further controlled by the PMCCFILTR_EL0.SH bit.<br>**0b0**<br>Do not count cycles in EL2.<br>**0b1**<br>Count cycles in EL2. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [26] | M | Secure EL3 filtering bit.<br><br>If the value of this bit is equal to the value of the PMCCFILTR_EL0.P bit, cycles in Secure EL3 are counted.<br><br>Otherwise, cycles in Secure EL3 are not counted.<br><br>Most applications can ignore this field and set its value to 0.<br><br>**Note:**<br>This field is not visible in the AArch32 AArch32-PMCCFILTR System register. | x |
| [25] | **RES0** | Reserved | **RES0** |
| [24] | SH | Secure EL2 filtering.<br><br>If the value of this bit is not equal to the value of the PMCCFILTR_EL0.NSH bit, cycles in Secure EL2 are counted.<br><br>Otherwise, cycles in Secure EL2 are not counted.<br><br>**Note:**<br>This field is not visible in the AArch32 AArch32-PMCCFILTR System register. | x |
| [23:0] | **RES0** | Reserved | **RES0** |

## Access

SoftwareLockStatus() depends on the type of access attempted and AllowExternalPMUAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

## Accessibility

SoftwareLockStatus() depends on the type of access attempted and AllowExternalPMUAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

| Component | Offset | Instance | Range |
|---|---|---|---|
| PMU | 0x47C | PMCCFILTR_EL0 | None |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalPMUAccess() && SoftwareLockStatus()**

RO

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalPMUAccess() && !SoftwareLockStatus()**

RW

**Otherwise**

ERROR

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## C.3.19 PMPCSSR, Snapshot Program Counter Sample Register

Captured copy of the Program Counter.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Component**

PMU

**Register offset**

0x600

**Access type**

**Read**

R

**Write**

RESERVED

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

---

Note

Where the reset reads xxxx, see individual bits

---

### Bit descriptions

**Figure C-41: ext_pmpcssr bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table C-67: PMPCSSR bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63] | NS | Non-secure sample.<br>**0b0**<br>The captured instruction was executed in Secure state.<br>**0b1**<br>The captured instruction was executed in Non-secure state. | x |
| [62:61] | EL | Exception level sample. The Exception level the captured instruction was executed at. | xx |
| [60:56] | **RES0** | Reserved | **RES0** |
| [55:0] | PC | Sampled PC.<br><br>The instruction address for the sampled instruction. The sampled instruction must be an instruction recently executed by the PE.<br><br>The architecture does not require that all instructions are eligible for sampling. However, it must be possible to reference instructions at branch targets. The branch target for a conditional branch instruction that fails its Condition code check is the instruction following the conditional branch target.<br><br>The sampled instruction must be architecturally executed. However, in exceptional circumstances, such as a change in security state or other boundary condition, it is permissible to sample an instruction that was speculatively executed and not architecturally executed.<br><br>**Note:**<br>The ARM architecture does not define recently executed. | 56{x} |

### Accessibility

PMPCSSR is set to an UNKNOWN value by a read of the EDPCSRlo or PMPCSR[31:0] register. This interface is accessible as follows:

RO

## C.3.20 PMCIDSSR, Snapshot CONTEXTIDR_EL1 Sample Register

Captured copy of the CONTEXTIDR_EL1 register.

The value captured must relate to the instruction captured in PMPCSSR.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

PMU

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Register offset**

0x608

**Access type**

**Read**

R

**Write**

RESERVED

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-42: ext_pmcidssr bit assignments**




**Table C-68: PMCIDSSR bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:0] | PMCCIDSSR | PMCIDSR sample. Sampled CONTEXTIDR_EL1 snapshot. | 32{x} |

### Accessibility

PMCIDSSR is set to an UNKNOWN value by a read of the EDPCSRlo or PMPCSR[31:0] register. This interface is accessible as follows:

RO

## C.3.21 PMSSSR, PMU Snapshot Status Register

Holds status information about the captured counters.

### Configurations

This register is available in all configurations.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Attributes

**Width**

32

**Component**

PMU

**Register offset**

0x610

**Access type**

RO

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxx1

---

Note

Where the reset reads xxxx, see individual bits

---

## Bit descriptions

**Figure C-43: ext_pmsssr bit assignments**




**Table C-69: PMSSSR bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:1] | RES0 | Reserved | RES0 |
| [0] | NC | No capture. Indicates whether the PMU counters have been captured.<br>**0b0**<br>PMU counters captured.<br>**0b1**<br>PMU counters not captured.<br><br>The event counters are only not captured by the PE in the event of a security violation. The external Monitor is responsible for keeping track of whether it managed to capture the snapshot registers from the PE.<br><br>PMSSR.NC does not reflect the status of the captured Program Counter Sample registers.<br><br>PMSSR.NC is reset to 1 by PE Warm reset, but is overwritten at the first capture. Tools need to be aware that capturing over reset or power-down might lose data, as they are reliant on software saving and restoring the PMU state (including PMSSCR). There is no sampled sticky reset bit. | 0b1 |

## Accessibility

This interface is accessible as follows:

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

RO

## C.3.22 PMCCNTSR, PMU Cycle Counter Snapshot Register

Captured copy of PMCCNTR_EL0. Once captured, the value in PMCCNTSR is unaffected by writes to PMCCNTR_EL0 and PMCR_EL0.C.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Component**

PMU

**Register offset**

0x618

**Access type**

RO

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note: Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-44: ext_pmccntsr bit assignments**




**Table C-70: PMCCNTSR bit descriptions**

| Bits | Name | Description | Reset |
| --- | --- | --- | --- |
| [63:0] | PMCCNTSR | PMCCNTR_EL0 sample. Sampled cycle count. | 64{x} |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Accessibility

This interface is accessible as follows:

RO

## C.3.23 PMEVCNTSR0, PMU Event Counter Snapshot Register

Captured copy of PMEVCNTR<n>_EL0. Once captured, the value in PMSSEVCNTR<n> is unaffected by writes to PMSSEVCNTR<n>_EL0 and PMCR_EL0.P.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Component**

PMU

**Register offset**

0x620

**Access type**

RO

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note: Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-45: ext_pmevcntsr0 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table C-71: PMEVCNTSR0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | PMEVCNTSR0 | PMEVCNTR<n>_EL0 sample. Sampled event count. | 64{x} |

### Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| PMU | 0x620 | PMEVCNTSR0 | None |

This interface is accessible as follows:

RO

## C.3.24 PMEVCNTSR1, PMU Event Counter Snapshot Register

Captured copy of PMEVCNTR<n>_EL0. Once captured, the value in PMSSEVCNTR<n> is unaffected by writes to PMSSEVCNTR<n>_EL0 and PMCR_EL0.P.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Component**

PMU

**Register offset**

0x628

**Access type**

RO

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

**Figure C-46: ext_pmevcntsr1 bit assignments**




**Table C-73: PMEVCNTSR1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | PMEVCNTSR1 | PMEVCNTR<n>_EL0 sample. Sampled event count. | 64{x} |

## Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| PMU | 0x628 | PMEVCNTSR1 | None |

This interface is accessible as follows:

RO

# C.3.25 PMEVCNTSR2, PMU Event Counter Snapshot Register

Captured copy of PMEVCNTR<n>_EL0. Once captured, the value in PMSSEVCNTR<n> is unaffected by writes to PMSSEVCNTR<n>_EL0 and PMCR_EL0.P.

## Configurations

This register is available in all configurations.

## Attributes

**Width**

64

**Component**

PMU

**Register offset**

0x630

**Access type**

RO

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-47: ext_pmevcntsr2 bit assignments**




**Table C-75: PMEVCNTSR2 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | PMEVCNTSR2 | PMEVCNTR<n>_EL0 sample. Sampled event count. | 64{x} |

### Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| PMU | 0x630 | PMEVCNTSR2 | None |

This interface is accessible as follows:

RO

## C.3.26 PMEVCNTSR3, PMU Event Counter Snapshot Register

Captured copy of PMEVCNTR<n>_EL0. Once captured, the value in PMSSEVCNTR<n> is unaffected by writes to PMSSEVCNTR<n>_EL0 and PMCR_EL0.P.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Component**

PMU

**Register offset**

0x638

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Access type**

RO

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note: Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-48: ext_pmevcntsr3 bit assignments**




**Table C-77: PMEVCNTSR3 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | PMEVCNTSR3 | PMEVCNTR<n>_EL0 sample. Sampled event count. | 64{x} |

### Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| PMU | 0x638 | PMEVCNTSR3 | None |

This interface is accessible as follows:

RO

## C.3.27 PMEVCNTSR4, PMU Event Counter Snapshot Register

Captured copy of PMEVCNTR<n>_EL0. Once captured, the value in PMSSEVCNTR<n> is unaffected by writes to PMSSEVCNTR<n>_EL0 and PMCR_EL0.P.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Component**

PMU

**Register offset**

0x640

**Access type**

RO

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-49: ext_pmevcntsr4 bit assignments**




**Table C-79: PMEVCNTSR4 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | PMEVCNTSR4 | PMEVCNTR<n>_EL0 sample. Sampled event count. | 64{x} |

### Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| PMU | 0x640 | PMEVCNTSR4 | None |

This interface is accessible as follows:

RO

## C.3.28 PMEVCNTSR5, PMU Event Counter Snapshot Register

Captured copy of PMEVCNTR<n>_EL0. Once captured, the value in PMSSEVCNTR<n> is unaffected by writes to PMSSEVCNTR<n>_EL0 and PMCR_EL0.P.

### Configurations

This register is available in all configurations.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Attributes

**Width**

64

**Component**

PMU

**Register offset**

0x648

**Access type**

RO

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-50: ext_pmevcntsr5 bit assignments**




**Table C-81: PMEVCNTSR5 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | PMEVCNTSR5 | PMEVCNTR<n>_EL0 sample. Sampled event count. | 64{x} |

## Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| PMU | 0x648 | PMEVCNTSR5 | None |

This interface is accessible as follows:

RO

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## C.3.29 PMSSCR, PMU Snapshot Capture Register

Provides a mechanism for software to initiate a sample.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

PMU

**Register offset**

0x6F0

**Access type**

RESERVEDW

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-51: ext_pmsscr bit assignments**




**Table C-83: PMSSCR bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:1] | RES0 | Reserved | RES0 |
| [0] | SS | Capture now.<br>`0b0`<br>Ignored.<br>`0b1`<br>Initiate a capture immediately. | x |

### Accessibility

This interface is accessible as follows:

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

WO

## C.3.30 PMCNTENSET_EL0, Performance Monitors Count Enable Set register

Enables the Cycle Count Register, ext-PMCCNTR_EL0, and any implemented event counters ext-PMEVCNTR<n>_EL0. Reading this register shows which counters are enabled.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

PMU

**Register offset**

0xC00

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-52: ext_pmcntenset_el0 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table C-84: PMCNTENSET_EL0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31] | C | ext-PMCCNTR_EL0 enable bit. Enables the cycle counter register. Possible values are:<br>`0b0`<br>When read, means the cycle counter is disabled. When written, has no effect.<br>`0b1`<br>When read, means the cycle counter is enabled. When written, enables the cycle counter. | `x` |
| [30:0] | P<n>, bit[n], where n = 30 to 0 | Event counter enable bit for ext-PMEVCNTR<n>_EL0.<br>If ext-PMCFGR.N is less than 31, bits [30:ext-PMCFGR.N] are RAZ/WI.<br>`0b0`<br>When read, means that ext-PMEVCNTR<n>_EL0 is disabled. When written, has no effect.<br>`0b1`<br>When read, means that ext-PMEVCNTR<n>_EL0 event counter is enabled. When written, enables ext-PMEVCNTR<n>_EL0. | `31{x}` |

## Access

SoftwareLockStatus() depends on the type of access attempted and AllowExternalPMUAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

## Accessibility

SoftwareLockStatus() depends on the type of access attempted and AllowExternalPMUAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

| Component | Offset | Instance | Range |
|---|---|---|---|
| PMU | 0xC00 | PMCNTENSET_EL0 | None |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalPMUAccess() && SoftwareLockStatus()**

RO

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalPMUAccess() && !SoftwareLockStatus()**

RW

**Otherwise**

ERROR

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## C.3.31 PMCNTENCLR_EL0, Performance Monitors Count Enable Clear register

Disables the Cycle Count Register, ext-PMCCNTR_EL0, and any implemented event counters ext-PMEVCNTR<n>_EL0. Reading this register shows which counters are enabled.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

PMU

**Register offset**

0xC20

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-53: ext_pmcntenclr_el0 bit assignments**



**Table C-86: PMCNTENCLR_EL0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31] | C | ext-PMCCNTR_EL0 disable bit. Disables the cycle counter register. Possible values are:<br>`0b0`<br>When read, means the cycle counter is disabled. When written, has no effect.<br>`0b1`<br>When read, means the cycle counter is enabled. When written, disables the cycle counter. | `x` |
| [30:0] | P<n>, bit[n], where n = 30 to 0 | Event counter disable bit for ext-PMEVCNTR<n>_EL0.<br>If ext-PMCFGR.N is less than 31, bits [30:ext-PMCFGR.N] are **RAZ/WI**.<br>`0b0`<br>When read, means that ext-PMEVCNTR<n>_EL0 is disabled. When written, has no effect.<br>`0b1`<br>When read, means that ext-PMEVCNTR<n>_EL0 is enabled. When written, disables ext-PMEVCNTR<n>_EL0. | `31{x}` |

## Access

SoftwareLockStatus() depends on the type of access attempted and AllowExternalPMUAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

## Accessibility

SoftwareLockStatus() depends on the type of access attempted and AllowExternalPMUAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

| Component | Offset | Instance | Range |
|---|---|---|---|
| PMU | 0xC20 | PMCNTENCLR_EL0 | None |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalPMUAccess() && SoftwareLockStatus()**

RO

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalPMUAccess() && !SoftwareLockStatus()**

RW

**Otherwise**

ERROR

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## C.3.32 PMINTENSET_EL1, Performance Monitors Interrupt Enable Set register

Enables the generation of interrupt requests on overflows from the Cycle Count Register, ext-PMCCNTR_EL0, and the event counters ext-PMEVCNTR<n>_EL0. Reading the register shows which overflow interrupt requests are enabled.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

PMU

**Register offset**

0xC40

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

---

Note

Where the reset reads xxxx, see individual bits

---

### Bit descriptions

**Figure C-54: ext_pmintenset_el1 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table C-88: PMINTENSET_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31] | C | ext-PMCCNTR_EL0 overflow interrupt request enable bit. Possible values are:<br>**`0b0`**<br>When read, means the cycle counter overflow interrupt request is disabled. When written, has no effect.<br>**`0b1`**<br>When read, means the cycle counter overflow interrupt request is enabled. When written, enables the cycle count overflow interrupt request. | `x` |
| [30:0] | P<n>, bit[n], where n = 30 to 0 | Event counter overflow interrupt request enable bit for ext-PMEVCNTR<n>_EL0.<br>If ext-PMCFGR.N is less than 31, bits [30:ext-PMCFGR.N] are **RAZ/WI**.<br>**`0b0`**<br>When read, means that the ext-PMEVCNTR<n>_EL0 event counter interrupt request is disabled. When written, has no effect.<br>**`0b1`**<br>When read, means that the ext-PMEVCNTR<n>_EL0 event counter interrupt request is enabled. When written, enables the ext-PMEVCNTR<n>_EL0 interrupt request. | `31{x}` |

## Access

SoftwareLockStatus() depends on the type of access attempted and AllowExternalPMUAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

## Accessibility

SoftwareLockStatus() depends on the type of access attempted and AllowExternalPMUAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

| Component | Offset | Instance | Range |
|---|---|---|---|
| PMU | 0xC40 | PMINTENSET_EL1 | None |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalPMUAccess() && SoftwareLockStatus()**

RO

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalPMUAccess() && !SoftwareLockStatus()**

RW

**Otherwise**

ERROR

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## C.3.33 PMINTENCLR_EL1, Performance Monitors Interrupt Enable Clear register

Disables the generation of interrupt requests on overflows from the Cycle Count Register, ext-PMCCNTR_EL0, and the event counters ext-PMEVCNTR<n>_EL0. Reading the register shows which overflow interrupt requests are enabled.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

PMU

**Register offset**

0xC60

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-55: ext_pmintenclr_el1 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table C-90: PMINTENCLR_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31] | C | ext-PMCCNTR_EL0 overflow interrupt request disable bit. Possible values are:<br>**0b0**<br>When read, means the cycle counter overflow interrupt request is disabled. When written, has no effect.<br>**0b1**<br>When read, means the cycle counter overflow interrupt request is enabled. When written, disables the cycle count overflow interrupt request. | x |
| [30:0] | P<n>, bit[n], where n = 30 to 0 | Event counter overflow interrupt request disable bit for ext-PMEVCNTR<n>_EL0.<br>If ext-PMCFGR.N is less than 31, bits [30:ext-PMCFGR.N] are **RAZ/WI**.<br>**0b0**<br>When read, means that the ext-PMEVCNTR<n>_EL0 event counter interrupt request is disabled. When written, has no effect.<br>**0b1**<br>When read, means that the ext-PMEVCNTR<n>_EL0 event counter interrupt request is enabled. When written, disables the ext-PMEVCNTR<n>_EL0 interrupt request. | 31{x} |

## Access

SoftwareLockStatus() depends on the type of access attempted and AllowExternalPMUAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

## Accessibility

SoftwareLockStatus() depends on the type of access attempted and AllowExternalPMUAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

| Component | Offset | Instance | Range |
|---|---|---|---|
| PMU | 0xC60 | PMINTENCLR_EL1 | None |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalPMUAccess() && SoftwareLockStatus()**

RO

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalPMUAccess() && !SoftwareLockStatus()**

RW

**Otherwise**

ERROR

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## C.3.34 PMOVSCLR_EL0, Performance Monitors Overflow Flag Status Clear register

Contains the state of the overflow bit for the Cycle Count Register, ext-PMCCNTR_EL0, and each of the implemented event counters ext-PMEVCNTR<n>_EL0. Writing to this register clears these bits.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

PMU

**Register offset**

0xC80

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-56: ext_pmovsclr_el0 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table C-92: PMOVSCLR_EL0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31] | C | Cycle counter overflow clear bit.<br>**`0b0`**<br>When read, means the cycle counter has not overflowed since this bit was last cleared. When written, has no effect.<br>**`0b1`**<br>When read, means the cycle counter has overflowed since this bit was last cleared. When written, clears the cycle counter overflow bit to 0.<br>ext-PMCR_EL0.LC controls whether an overflow is detected from unsigned overflow of ext-PMCCNTR_EL0[31:0] or unsigned overflow of ext-PMCCNTR_EL0[63:0]. | `x` |
| [30:0] | P<n>, bit[n], where n = 30 to 0 | Event counter overflow clear bit for ext-PMEVCNTR<n>_EL0.<br>If ext-PMCFGR.N is less than 31, bits [30:ext-PMCFGR.N] are **RAZ/WI**.<br>**`0b0`**<br>When read, means that ext-PMEVCNTR<n>_EL0 has not overflowed since this bit was last cleared. When written, has no effect.<br>**`0b1`**<br>When read, means that ext-PMEVCNTR<n>_EL0 has overflowed since this bit was last cleared. When written, clears the ext-PMEVCNTR<n>_EL0 overflow bit to 0.<br>If FEAT_PMUv3p5 is implemented, AArch64-MDCR_EL2.HLP and ext-PMCR_EL0.LP control whether an overflow is detected from unsigned overflow of ext-PMEVCNTR<n>_EL0[31:0] or unsigned overflow of ext-PMEVCNTR<n>_EL0[63:0]. | `31{x}` |

## Access

SoftwareLockStatus() depends on the type of access attempted and AllowExternalPMUAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

## Accessibility

SoftwareLockStatus() depends on the type of access attempted and AllowExternalPMUAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

| Component | Offset | Instance | Range |
|---|---|---|---|
| PMU | 0xC80 | PMOVSCLR_EL0 | None |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalPMUAccess() && SoftwareLockStatus()**

RO

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalPMUAccess() && !SoftwareLockStatus()**

RW

**Otherwise**

ERROR

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## C.3.35 PMSWINC_EL0, Performance Monitors Software Increment register

Increments a counter that is configured to count the Software increment event, event 0x00. For more information, see *SW_INCR* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

If this register is implemented, use of it is deprecated.

If 1 is written to bit [n] from the external debug interface, it is CONSTRAINED UNPREDICTABLE whether or not a SW_INCR event is created for counter n. This is consistent with not implementing the register in the external debug interface.

### Attributes

**Width**

32

**Component**

PMU

**Register offset**

0xCA0

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note: Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-57: ext_pmswinc_el0 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table C-94: PMSWINC_EL0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31] | **RES0** | Reserved | **RES0** |
| [30:0] | P<n>, bit[n], where n = 30 to 0 | Event counter software increment bit for ext-PMEVCNTR<n>_EL0.<br><br>If ext-PMCFGR.N is less than 31, bits [30:ext-PMCFGR.N] are **WI**.<br>**`0b0`**<br>No action. The write to this bit is ignored.<br>**`0b1`**<br>It is **CONSTRAINED UNPREDICTABLE** whether a SW_INCR event is generated for event counter n. | `31{x}` |

### Access

SoftwareLockStatus() depends on the type of access attempted and AllowExternalPMUAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

### Accessibility

SoftwareLockStatus() depends on the type of access attempted and AllowExternalPMUAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

| Component | Offset | Instance | Range |
|---|---|---|---|
| PMU | 0xCA0 | PMSWINC_EL0 | None |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalPMUAccess() && SoftwareLockStatus()**

WI

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalPMUAccess() && !SoftwareLockStatus()**

WO

**Otherwise**

ERROR

## C.3.36 PMOVSSET_EL0, Performance Monitors Overflow Flag Status Set register

Sets the state of the overflow bit for the Cycle Count Register, ext-PMCCNTR_EL0, and each of the implemented event counters ext-PMEVCNTR<n>_EL0.

### Configurations

This register is available in all configurations.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Attributes

**Width**

32

**Component**

PMU

**Register offset**

0xCC0

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-58: ext_pmovsset_el0 bit assignments**




**Table C-96: PMOVSSET_EL0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31] | C | Cycle counter overflow set bit.<br>**0b0**<br>When read, means the cycle counter has not overflowed since this bit was last cleared. When written, has no effect.<br>**0b1**<br>When read, means the cycle counter has overflowed since this bit was last cleared. When written, sets the cycle counter overflow bit to 1.<br>ext-PMCR_EL0.LC controls whether an overflow is detected from unsigned overflow of ext-PMCCNTR_EL0[31:0] or unsigned overflow of ext-PMCCNTR_EL0[63:0]. | x |

| Bits | Name | Description | Reset |
|---|---|---|---|
| [30:0] | P<n>, bit[n], where n = 30 to 0 | Event counter overflow set bit for ext-PMEVCNTR<n>_EL0.<br><br>If ext-PMCFGR.N is less than 31, bits [30:ext-PMCFGR.N] are **RAZ/WI**.<br>`0b0`<br>When read, means that ext-PMEVCNTR<n>_EL0 has not overflowed since this bit was last cleared. When written, has no effect.<br>`0b1`<br>When read, means that ext-PMEVCNTR<n>_EL0 has overflowed since this bit was last cleared. When written, sets the ext-PMEVCNTR<n>_EL0 overflow bit to 1.<br><br>If FEAT_PMUv3p5 is implemented, AArch64-MDCR_EL2.HLP and ext-PMCR_EL0.LP control whether an overflow is detected from unsigned overflow of ext-PMEVCNTR<n>_EL0[31:0] or unsigned overflow of ext-PMEVCNTR<n>_EL0[63:0]. | `31{x}` |

### Access

SoftwareLockStatus() depends on the type of access attempted and AllowExternalPMUAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

### Accessibility

SoftwareLockStatus() depends on the type of access attempted and AllowExternalPMUAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

| Component | Offset | Instance | Range |
|---|---|---|---|
| PMU | 0xCC0 | PMOVSSET_EL0 | None |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalPMUAccess() && SoftwareLockStatus()**

RO

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalPMUAccess() && !SoftwareLockStatus()**

RW

**Otherwise**

ERROR

## C.3.37 PMCFGR, Performance Monitors Configuration Register

Contains PMU-specific configuration data.

### Configurations

This register is available in all configurations.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Attributes

### Width

32

### Component

PMU

### Register offset

0xE00

### Access type

See bit descriptions

### Reset value

0000 xxxx xxxx 0000 1111 1111 0000 0110

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-59: ext_pmcfgr bit assignments**




**Table C-98: PMCFGR bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:28] | NCG | This feature is not supported, so this field is **RAZ**.<br><br>**0b0000** | 0b0000 |
| [27:20] | **RES0** | Reserved | **RES0** |
| [19] | UEN | User-mode Enable Register supported. AArch64-PMUSERENR_EL0 is not visible in the external debug interface, so this bit is **RAZ**.<br><br>**0b0** | 0b0 |
| [18] | WT | This feature is not supported, so this bit is **RAZ**.<br><br>**0b0** | 0b0 |
| [17] | NA | This feature is not supported, so this bit is **RAZ**.<br><br>**0b0** | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [16] | EX | Export supported.<br>**0b0**<br>ext-PMCR_EL0.X is **RES0**. | 0b0 |
| [15] | CCD | Cycle counter has prescale.<br>**0b1**<br>ext-PMCR_EL0.D is read/write. | 0b1 |
| [14] | CC | Dedicated cycle counter (counter 31) supported.<br>**0b1** | 0b1 |
| [13:8] | SIZE | Size of counters, minus one. This field defines the size of the largest counter implemented by the Performance Monitors Unit.<br>From Armv8, the largest counter is 64-bits, so the value of this field is 0b111111.<br>This field is used by software to determine the spacing of the counters in the memory-map. From Armv8, the counters are a doubleword-aligned addresses.<br>**0b111111** | 0b111111 |
| [7:0] | N | Number of counters implemented in addition to the cycle counter, ext-PMCCNTR_EL0.<br>**0b00000110**<br>ext-PMCCNTR_EL0 plus this number of event counters are implemented.<br>Must be configured to 0x06 | 0x06 |

## Access

AllowExternalPMUAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

## Accessibility

AllowExternalPMUAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

| Component | Offset | Instance | Range |
|---|---|---|---|
| PMU | 0xE00 | PMCFGR | None |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalPMUAccess()**

RO

**Otherwise**

ERROR

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## C.3.38 PMCR_EL0, Performance Monitors Control Register

Provides details of the Performance Monitors implementation, including the number of counters implemented, and configures and controls the counters.

### Configurations

This register is only partially mapped to the internal AArch32-PMCR System register. An external agent must use other means to discover the information held in AArch32-PMCR[31:11], such as accessing ext-PMCFGR and the ID registers.

### Attributes

**Width**

32

**Component**

PMU

**Register offset**

0xE04

**Access type**

See bit descriptions

**Reset value**

0000 0000 0000 0000 0000 0xxx xxx0 x000

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-60: ext_pmcr_el0 bit assignments**




**Table C-100: PMCR_EL0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:11] | RAZ/WI | Reserved | RAZ/WI |
| [10:8] | RES0 | Reserved | RES0 |
| [7] | LP | Long event counter enable. Determines when unsigned overflow is recorded by a counter overflow bit.<br>`0b1`<br>Event counter overflow on increment that causes unsigned overflow of ext-PMEVCNTR<n>_EL0[63:0]. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [6] | LC | Long cycle counter enable. Determines when unsigned overflow is recorded by the cycle counter overflow bit.<br>**0b0**<br>Cycle counter overflow on increment that causes unsigned overflow of ext-PMCCNTR_EL0[31:0].<br>**0b1**<br>Cycle counter overflow on increment that causes unsigned overflow of ext-PMCCNTR_EL0[63:0].<br>Arm deprecates use of ext-PMCR_EL0.LC = 0. | x |
| [5] | DP | Disable cycle counter when event counting is prohibited. The possible values of this bit are:<br>**0b0**<br>Cycle counting by ext-PMCCNTR_EL0 is not affected by this mechanism.<br>**0b1**<br>Cycle counting by ext-PMCCNTR_EL0 is disabled in prohibited regions and when event counting is frozen:<br>• If FEAT_PMUv3p1 is implemented, EL2 is implemented, and AArch64-MDCR_EL2.HPMD is 1, then cycle counting by ext-PMCCNTR_EL0 is disabled at EL2.<br>• If EL3 is implemented, AArch64-MDCR_EL3.SPME is 0, and either FEAT_PMUv3p7 is not implemented or AArch64-MDCR_EL3.MPMX is 0, then cycle counting by ext-PMCCNTR_EL0 is disabled at EL3 and in Secure state.<br>If AArch64-MDCR_EL2.HPMN is not 0, this is when event counting by event counters in the range [0..(AArch64-MDCR_EL2.HPMN-1)] is prohibited or frozen. | x |
| [4] | **RAZ/WI** | Reserved | **RAZ/WI** |
| [3] | D | Clock divider.<br>**0b0**<br>When enabled, ext-PMCCNTR_EL0 counts every clock cycle.<br>**0b1**<br>When enabled, ext-PMCCNTR_EL0 counts once every 64 clock cycles. | x [4] |
| [2] | C | Cycle counter reset. The effects of writing to this bit are:<br>**0b1**<br>Reset ext-PMCCNTR_EL0 to zero.<br>Access to this field is: WO/**RAZ** | 0b0 |
| [1] | P | Event counter reset. The effects of writing to this bit are:<br>**0b1**<br>Reset all event counters, not including ext-PMCCNTR_EL0, to zero.<br>Access to this field is: WO/**RAZ** | 0b0 |
| [0] | E | Enable<br>**0b1**<br>ext-PMCCNTR_EL0 and event counters ext-PMEVCNTR<n>_EL0, where n is in the range of affected event counters, are enabled by ext-PMCNTENSET_EL0. | 0b0 |

[4] When this register has an architecturally-defined reset value, if this field is implemented as an RW field it resets to: - A value that is architecturally **UNKNOWN** if the reset is into an Exception level that is using AArch64. - 0 if the reset is into an Exception level that is using AArch32.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Access

SoftwareLockStatus() depends on the type of access attempted and AllowExternalPMUAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

### Accessibility

SoftwareLockStatus() depends on the type of access attempted and AllowExternalPMUAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

| Component | Offset | Instance | Range |
|---|---|---|---|
| PMU | 0xE04 | PMCR_EL0 | None |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalPMUAccess() && SoftwareLockStatus()**

RO

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalPMUAccess() && !SoftwareLockStatus()**

RW

**Otherwise**

ERROR

## C.3.39 PMCEID0, Performance Monitors Common Event Identification register 0

Defines which Common architectural events and Common microarchitectural events are implemented, or counted, using PMU events in the range 0x0000 to 0x001F.

For more information about the Common events and the use of the PMCEIDn registers, see *The PMU event number space and common events* in the *Arm® Architecture Reference Manual for A-profile architecture*.

**Note:** This view of the register was previously called PMCEID0_EL0.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Component**

PMU

**Register offset**

0xE20

**Access type**

See bit descriptions

**Reset value**

0111 1111 1111 1111 0000 1111 0011 1111

## Bit descriptions

### Figure C-61: ext_pmceid0 bit assignments




**Table C-102: PMCEID0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31] | ID31 | ID31 corresponds to common event (0x1f) L1D_CACHE_ALLOCATE<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [30] | ID30 | ID30 corresponds to common event (0x1e) CHAIN<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [29] | ID29 | ID29 corresponds to common event (0x1d) BUS_CYCLES<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [28] | ID28 | ID28 corresponds to common event (0x1c) TTBR_WRITE_RETIRED<br>**0b1**<br>The Common event is implemented. | 0b1 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [27] | ID27 | ID27 corresponds to common event (0x1b) INST_SPEC<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [26] | ID26 | ID26 corresponds to common event (0x1a) MEMORY_ERROR<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [25] | ID25 | ID25 corresponds to common event (0x19) BUS_ACCESS<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [24] | ID24 | ID24 corresponds to common event (0x18) L2D_CACHE_WB<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [23] | ID23 | ID23 corresponds to common event (0x17) L2D_CACHE_REFILL<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [22] | ID22 | ID22 corresponds to common event (0x16) L2D_CACHE<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [21] | ID21 | ID21 corresponds to common event (0x15) L1D_CACHE_WB<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [20] | ID20 | ID20 corresponds to common event (0x14) L1I_CACHE<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [19] | ID19 | ID19 corresponds to common event (0x13) MEM_ACCESS<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [18] | ID18 | ID18 corresponds to common event (0x12) BR_PRED<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [17] | ID17 | ID17 corresponds to common event (0x11) CPU_CYCLES<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [16] | ID16 | ID16 corresponds to common event (0x10) BR_MIS_PRED<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [15] | ID15 | ID15 corresponds to common event (0xf) UNALIGNED_LDST_RETIRED<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [14] | ID14 | ID14 corresponds to common event (0xe) BR_RETURN_RETIRED<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [13] | ID13 | ID13 corresponds to common event (0xd) BR_IMMED_RETIRED<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [12] | ID12 | ID12 corresponds to common event (0xc) PC_WRITE_RETIRED<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [11] | ID11 | ID11 corresponds to common event (0xb) CID_WRITE_RETIRED<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [10] | ID10 | ID10 corresponds to common event (0xa) EXC_RETURN<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [9] | ID9 | ID9 corresponds to common event (0x9) EXC_TAKEN<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [8] | ID8 | ID8 corresponds to common event (0x8) INST_RETIRED<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [7] | ID7 | ID7 corresponds to common event (0x7) ST_RETIRED<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [6] | ID6 | ID6 corresponds to common event (0x6) LD_RETIRED<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [5] | ID5 | ID5 corresponds to common event (0x5) L1D_TLB_REFILL<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [4] | ID4 | ID4 corresponds to common event (0x4) L1D_CACHE<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [3] | ID3 | ID3 corresponds to common event (0x3) L1D_CACHE_REFILL<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [2] | ID2 | ID2 corresponds to common event (0x2) L1I_TLB_REFILL<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [1] | ID1 | ID1 corresponds to common event (0x1) L1I_CACHE_REFILL<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [0] | ID0 | ID0 corresponds to common event (0x0) SW_INCR<br>**0b1**<br>The Common event is implemented. | 0b1 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Access

AllowExternalPMUAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

### Accessibility

AllowExternalPMUAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

| Component | Offset | Instance | Range |
|---|---|---|---|
| PMU | 0xE20 | PMCEID0 | None |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalPMUAccess()**

RO

**Otherwise**

ERROR

## C.3.40 PMCEID1, Performance Monitors Common Event Identification register 1

Defines which Common architectural events and Common microarchitectural events are implemented, or counted, using PMU events in the range 0x020 to 0x03F.

For more information about the Common events and the use of the PMCEIDn registers, see *The PMU event number space and common events* in the *Arm® Architecture Reference Manual for A-profile architecture*.

---

Note

This view of the register was previously called PMCEID1_EL0.

---

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

PMU

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Register offset**

0xE24

**Access type**

See bit descriptions

**Reset value**

1111 1110 1111 0010 1010 1110 0111 1111

## Bit descriptions

**Figure C-62: ext_pmceid1 bit assignments**




**Table C-104: PMCEID1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31] | ID31 | ID31 corresponds to common event (0x3f) STALL_SLOT<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [30] | ID30 | ID30 corresponds to common event (0x3e) STALL_SLOT_FRONTEND<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [29] | ID29 | ID29 corresponds to common event (0x3d) STALL_SLOT_BACKEND<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [28] | ID28 | ID28 corresponds to common event (0x3c) STALL<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [27] | ID27 | ID27 corresponds to common event (0x3b) OP_SPEC<br>**0b1**<br>The Common event is implemented. | 0b1 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [26] | ID26 | ID26 corresponds to common event (0x3a) OP_RETIRED<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [25] | ID25 | ID25 corresponds to common event (0x39) L1D_CACHE_LMISS_RD<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [24] | ID24 | ID24 corresponds to common event (0x38) REMOTE_ACCESS_RD<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [23] | ID23 | ID23 corresponds to common event (0x37) LL_CACHE_MISS_RD<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [22] | ID22 | ID22 corresponds to common event (0x36) LL_CACHE_RD<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [21] | ID21 | ID21 corresponds to common event (0x35) ITLB_WLK<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [20] | ID20 | ID20 corresponds to common event (0x34) DTLB_WLK<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [19] | ID19 | ID19 corresponds to a Reserved Event event (0x33)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [18] | ID18 | ID18 corresponds to a Reserved Event event (0x32)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [17] | ID17 | ID17 corresponds to common event (0x31) REMOTE_ACCESS<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [16] | ID16 | ID16 corresponds to common event (0x30) L2I_TLB<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [15] | ID15 | ID15 corresponds to common event (0x2f) L2TLB_REQ<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [14] | ID14 | ID14 corresponds to common event (0x2e) L2I_TLB_REFILL<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [13] | ID13 | ID13 corresponds to common event (0x2d) L2TLB_REFILL<br>**0b1**<br>The Common event is implemented. | 0b1 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [12] | ID12 | ID12 corresponds to common event (0x2c) Reserved<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [11] | ID11 | ID11 corresponds to common event (0x2b) L3D_CACHE<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [10] | ID10 | ID10 corresponds to common event (0x2a) L3D_CACHE_REFILL<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [9] | ID9 | ID9 corresponds to common event (0x29) L3D_CACHE_ALLOCATE<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [8] | ID8 | ID8 corresponds to common event (0x28) L2I_CACHE_REFILL<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [7] | ID7 | ID7 corresponds to common event (0x27) L2I_CACHE<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [6] | ID6 | ID6 corresponds to common event (0x26) L1I_TLB<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [5] | ID5 | ID5 corresponds to common event (0x25) L1D_TLB<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [4] | ID4 | ID4 corresponds to common event (0x24) STALL_BACKEND<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [3] | ID3 | ID3 corresponds to common event (0x23) STALL_FRONTEND<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [2] | ID2 | ID2 corresponds to common event (0x22) BR_MIS_PRED_RETIRED<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [1] | ID1 | ID1 corresponds to common event (0x21) BR_RETIRED<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [0] | ID0 | ID0 corresponds to common event (0x20) L2D_CACHE_ALLOCATE<br>**0b1**<br>The Common event is implemented. | 0b1 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Access

AllowExternalPMUAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

### Accessibility

AllowExternalPMUAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

| Component | Offset | Instance | Range |
|---|---|---|---|
| PMU | 0xE24 | PMCEID1 | None |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalPMUAccess()**

RO

**Otherwise**

ERROR

## C.3.41 PMCEID2, Performance Monitors Common Event Identification register 2

Defines which Common architectural events and Common microarchitectural events are implemented, or counted, using PMU events in the range 0x4000 to 0x401F.

For more information about the Common events and the use of the PMCEIDn registers, see *The PMU event number space and common events* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

PMU

**Register offset**

0xE28

**Access type**

See bit descriptions

**Reset value**

0000 1111 0000 1111 0001 1010 0111 1111

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure C-63: ext_pmceid2 bit assignments




### Table C-106: PMCEID2 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31] | IDhi31 | IDhi31 corresponds to a Reserved Event event (0x401f)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [30] | IDhi30 | IDhi30 corresponds to a Reserved Event event (0x401e)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [29] | IDhi29 | IDhi29 corresponds to a Reserved Event event (0x401d)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [28] | IDhi28 | IDhi28 corresponds to a Reserved Event event (0x401c)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [27] | IDhi27 | IDhi27 corresponds to common event (0x401b) CTI_TRIGOUT7<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [26] | IDhi26 | IDhi26 corresponds to common event (0x401a) CTI_TRIGOUT6<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [25] | IDhi25 | IDhi25 corresponds to common event (0x4019) CTI_TRIGOUT5<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [24] | IDhi24 | IDhi24 corresponds to common event (0x4018) CTI_TRIGOUT4<br>**0b1**<br>The Common event is implemented. | 0b1 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [23] | IDhi23 | IDhi23 corresponds to a Reserved Event event (0x4017)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [22] | IDhi22 | IDhi22 corresponds to a Reserved Event event (0x4016)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [21] | IDhi21 | IDhi21 corresponds to a Reserved Event event (0x4015)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [20] | IDhi20 | IDhi20 corresponds to a Reserved Event event (0x4014)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [19] | IDhi19 | IDhi19 corresponds to common event (0x4013) TRCEXTOUT3<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [18] | IDhi18 | IDhi18 corresponds to common event (0x4012) TRCEXTOUT2<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [17] | IDhi17 | IDhi17 corresponds to common event (0x4011) TRCEXTOUT1<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [16] | IDhi16 | IDhi16 corresponds to common event (0x4010) TRCEXTOUT0<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [15] | IDhi15 | IDhi15 corresponds to common event (0x400f) Reserved<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [14] | IDhi14 | IDhi14 corresponds to common event (0x400e) TRB_TRIG<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [13] | IDhi13 | IDhi13 corresponds to common event (0x400d) PMU_OVFS<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [12] | IDhi12 | IDhi12 corresponds to common event (0x400c) TRB_WRAP<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [11] | IDhi11 | IDhi11 corresponds to common event (0x400b) L3D_CACHE_LMISS_RD<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [10] | IDhi10 | IDhi10 corresponds to common event (0x400a) L2I_CACHE_LMISS<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [9] | IDhi9 | IDhi9 corresponds to common event (`0x4009`) L2D_CACHE_LMISS_RD<br>**`0b1`**<br>The Common event is implemented. | `0b1` |
| [8] | IDhi8 | IDhi8 corresponds to common event (`0x4008`) Reserved<br>**`0b0`**<br>The Common event is not implemented, or not counted. | `0b0` |
| [7] | IDhi7 | IDhi7 corresponds to common event (`0x4007`) Reserved<br>**`0b0`**<br>The Common event is not implemented, or not counted. | `0b0` |
| [6] | IDhi6 | IDhi6 corresponds to common event (`0x4006`) L1I_CACHE_LMISS<br>**`0b1`**<br>The Common event is implemented. | `0b1` |
| [5] | IDhi5 | IDhi5 corresponds to common event (`0x4005`) STALL_BACKEND_MEM<br>**`0b1`**<br>The Common event is implemented. | `0b1` |
| [4] | IDhi4 | IDhi4 corresponds to common event (`0x4004`) CNT_CYCLES<br>**`0b1`**<br>The Common event is implemented. | `0b1` |
| [3] | IDhi3 | IDhi3 corresponds to common event (`0x4003`) SAMPLE_COLLISION<br>**`0b1`**<br>The Common event is implemented. | `0b1` |
| [2] | IDhi2 | IDhi2 corresponds to common event (`0x4002`) SAMPLE_FILTRATE<br>**`0b1`**<br>The Common event is implemented. | `0b1` |
| [1] | IDhi1 | IDhi1 corresponds to common event (`0x4001`) SAMPLE_FEED<br>**`0b1`**<br>The Common event is implemented. | `0b1` |
| [0] | IDhi0 | IDhi0 corresponds to common event (`0x4000`) SAMPLE_POP<br>**`0b1`**<br>The Common event is implemented. | `0b1` |

## Access

AllowExternalPMUAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

## Accessibility

AllowExternalPMUAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

| Component | Offset | Instance | Range |
|---|---|---|---|
| PMU | 0xE28 | PMCEID2 | None |

This interface is accessible as follows:

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalPMUAccess()**

RO

**Otherwise**

ERROR

## C.3.42 PMCEID3, Performance Monitors Common Event Identification register 3

Defines which Common architectural events and Common microarchitectural events are implemented, or counted, using PMU events in the range 0x4020 to 0x403F.

For more information about the Common events and the use of the PMCEIDn registers, see *The PMU event number space and common events* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

PMU

**Register offset**

0xE2C

**Access type**

See bit descriptions

**Reset value**

0000 0000 0000 0000 0000 0000 0111 0111

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure C-64: ext_pmceid3 bit assignments




### Table C-108: PMCEID3 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31] | IDhi31 | IDhi31 corresponds to a Reserved Event event (0x403f)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [30] | IDhi30 | IDhi30 corresponds to a Reserved Event event (0x403e)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [29] | IDhi29 | IDhi29 corresponds to a Reserved Event event (0x403d)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [28] | IDhi28 | IDhi28 corresponds to a Reserved Event event (0x403c)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [27] | IDhi27 | IDhi27 corresponds to a Reserved Event event (0x403b)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [26] | IDhi26 | IDhi26 corresponds to a Reserved Event event (0x403a)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [25] | IDhi25 | IDhi25 corresponds to a Reserved Event event (0x4039)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [24] | IDhi24 | IDhi24 corresponds to a Reserved Event event (0x4038)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [23] | IDhi23 | IDhi23 corresponds to a Reserved Event event (0x4037)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [22] | IDhi22 | IDhi22 corresponds to a Reserved Event event (0x4036)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [21] | IDhi21 | IDhi21 corresponds to a Reserved Event event (0x4035)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [20] | IDhi20 | IDhi20 corresponds to a Reserved Event event (0x4034)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [19] | IDhi19 | IDhi19 corresponds to a Reserved Event event (0x4033)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [18] | IDhi18 | IDhi18 corresponds to a Reserved Event event (0x4032)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [17] | IDhi17 | IDhi17 corresponds to a Reserved Event event (0x4031)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [16] | IDhi16 | IDhi16 corresponds to a Reserved Event event (0x4030)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [15] | IDhi15 | IDhi15 corresponds to a Reserved Event event (0x402f)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [14] | IDhi14 | IDhi14 corresponds to a Reserved Event event (0x402e)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [13] | IDhi13 | IDhi13 corresponds to a Reserved Event event (0x402d)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [12] | IDhi12 | IDhi12 corresponds to a Reserved Event event (0x402c)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [11] | IDhi11 | IDhi11 corresponds to a Reserved Event event (0x402b)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [10] | IDhi10 | IDhi10 corresponds to a Reserved Event event (0x402a)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [9] | IDhi9 | IDhi9 corresponds to a Reserved Event event (0x4029)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [8] | IDhi8 | IDhi8 corresponds to a Reserved Event event (0x4028)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [7] | IDhi7 | IDhi7 corresponds to a Reserved Event event (0x4027)<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [6] | IDhi6 | IDhi6 corresponds to common event (0x4026) MEM_ACCESS_CHECKED_WR<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [5] | IDhi5 | IDhi5 corresponds to common event (0x4025) MEM_ACCESS_CHECKED_RD<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [4] | IDhi4 | IDhi4 corresponds to common event (0x4024) MEM_ACCESS_CHECKED<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [3] | IDhi3 | IDhi3 corresponds to common event (0x4023) Reserved<br>**0b0**<br>The Common event is not implemented, or not counted. | 0b0 |
| [2] | IDhi2 | IDhi2 corresponds to common event (0x4022) ST_ALIGN_LAT<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [1] | IDhi1 | IDhi1 corresponds to common event (0x4021) LD_ALIGN_LAT<br>**0b1**<br>The Common event is implemented. | 0b1 |
| [0] | IDhi0 | IDhi0 corresponds to common event (0x4020) LDST_ALIGN_LAT<br>**0b1**<br>The Common event is implemented. | 0b1 |

## Access

AllowExternalPMUAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

## Accessibility

AllowExternalPMUAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

| Component | Offset | Instance | Range |
|---|---|---|---|
| PMU | 0xE2C | PMCEID3 | None |

This interface is accessible as follows:

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalPMUAccess()**

RO

**Otherwise**

ERROR

## C.3.43 PMMIR, Performance Monitors Machine Identification Register

Describes Performance Monitors parameters specific to the implementation.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

PMU

**Register offset**

0xE40

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx 0000 0000 0000 0000 0101

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-65: ext_pmmir bit assignments**




**Table C-110: PMMIR bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:20] | RES0 | Reserved | RES0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [19:16] | BUS_WIDTH | Bus width. Indicates the number of bytes each BUS_ACCESS event relates to. Encoded as $Log_2$(number of bytes), plus one.<br>**0b0000**<br>The information is not available. | 0b0000 |
| [15:8] | BUS_SLOTS | Bus count. The largest value by which the BUS_ACCESS event might increment in a single BUS_CYCLES cycle.<br>**0b00000000**<br>The largest value by which the BUS_ACCESS event might increment in a single BUS_CYCLES cycle is 0 | 0x00 |
| [7:0] | SLOTS | Operation width. The largest value by which the STALL_SLOT event might increment by in a single cycle. If the STALL_SLOT event is not implemented, this field might read as zero.<br>**0b00000101**<br>The largest value by which the STALL_SLOT PMU event may increment in one cycle is 5. | 0x05 |

### Accessibility

If the Core power domain is off or in a low-power state, access on this interface returns an Error.

| Component | Offset | Instance | Range |
|---|---|---|---|
| PMU | 0xE40 | PMMIR | None |

This interface is accessible as follows:

**When !IsCorePowered() || DoubleLockStatus() || OSLockStatus() || !AllowExternalPMUAccess()**

ERROR

**Otherwise**

RO

## C.3.44 PMDEVAFF0, Performance Monitors Device Affinity register 0

Copy of the low half of the PE AArch64-MPIDR_EL1 register that allows a debugger to determine which PE in a multiprocessor system the Performance Monitor component relates to.

### Configurations

If FEAT_DoPD is implemented, this register is in the Core power domain. If FEAT_DoPD is not implemented, this register is in the Debug power domain.

This register is required if the external interface to the PMU is implemented.

### Attributes

**Width**

32

**Component**

PMU

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Register offset**

0xFA8

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-66: ext_pmdevaff0 bit assignments**

| 31 ... 0 |
|---|
| MPIDR_EL1lo |

**Table C-112: PMDEVAFF0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:0] | MPIDR_EL1lo | AArch64-MPIDR_EL1 low half. Read-only copy of the low half of AArch64-MPIDR_EL1, as seen from the highest implemented Exception level. | 32{x} |

## Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| PMU | 0xFA8 | PMDEVAFF0 | None |

This interface is accessible as follows:

**When IsCorePowered()**

RO

**Otherwise**

ERROR

## C.3.45 PMDEVAFF1, Performance Monitors Device Affinity register 1

Copy of the high half of the PE AArch64-MPIDR_EL1 register that allows a debugger to determine which PE in a multiprocessor system the Performance Monitor component relates to.

## Configurations

If FEAT_DoPD is implemented, this register is in the Core power domain. If FEAT_DoPD is not implemented, this register is in the Debug power domain.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

This register is required if the external interface to the PMU is implemented.

## Attributes

**Width**

32

**Component**

PMU

**Register offset**

0xFAC

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-67: ext_pmdevaff1 bit assignments**




**Table C-114: PMDEVAFF1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:0] | MPIDR_EL1hi | AArch64-MPIDR_EL1 high half. Read-only copy of the high half of AArch64-MPIDR_EL1, as seen from the highest implemented Exception level. | 32{x} |

## Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| PMU | 0xFAC | PMDEVAFF1 | None |

This interface is accessible as follows:

**When IsCorePowered()**

RO

**Otherwise**

ERROR

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## C.3.46 PMLAR, Performance Monitors Lock Access Register

Allows or disallows access to the Performance Monitors registers through a memory-mapped interface.

The optional Software Lock provides a lock to prevent memory-mapped writes to the Performance Monitors registers. Use of this lock mechanism reduces the risk of accidental damage to the contents of the Performance Monitors registers. It does not, and cannot, prevent all accidental or malicious damage.

### Configurations

If FEAT_DoPD is implemented, Software Lock is not implemented by the architecturally-defined debug components of the PE in the Core power domain.

If FEAT_DoPD is not implemented, this register is in the Debug power domain.

Software uses PMLAR to set or clear the lock, and ext-PMLSR to check the current status of the lock.

### Attributes

**Width**

32

**Component**

PMU

**Register offset**

0xFB0

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-68: ext_pmlar bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table C-116: PMLAR bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:0] | KEY | Lock Access control. Writing the key value `0xC5ACCE55` to this field unlocks the lock, enabling write accesses to this component's registers through a memory-mapped interface.<br><br>Writing any other value to this register locks the lock, disabling write accesses to this component's registers through a memory mapped interface. | `32{x}` |

### Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| PMU | 0xFB0 | PMLAR | None |

This interface is accessible as follows:

**When IsCorePowered()**

WO

**Otherwise**

ERROR

## C.3.47 PMLSR, Performance Monitors Lock Status Register

Indicates the current status of the software lock for Performance Monitors registers.

The optional Software Lock provides a lock to prevent memory-mapped writes to the Performance Monitors registers. Use of this lock mechanism reduces the risk of accidental damage to the contents of the Performance Monitors registers. It does not, and cannot, prevent all accidental or malicious damage.

### Configurations

If FEAT_DoPD is implemented, Software Lock is not implemented by the architecturally-defined debug components of the PE in the Core power domain.

If FEAT_DoPD is not implemented, this register is in the Debug power domain.

Software uses ext-PMLAR to set or clear the lock, and PMLSR to check the current status of the lock.

### Attributes

**Width**

32

**Component**

PMU

**Register offset**

0xFB4

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx x00x

Note: Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-69: ext_pmlsr bit assignments**




**Table C-118: PMLSR bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:3] | RES0 | Reserved | RES0 |
| [2] | nTT | Not thirty-two bit access required.<br>**0b0** | 0b0 |
| [1] | RAZ | Reserved | RAZ |
| [0] | SLI | Software Lock implemented. For an access to LSR that is not a memory-mapped access, this field is RAZ. For memory-mapped accesses, the value of this field is IMPLEMENTATION DEFINED. Permitted values are:<br>**0b0**<br>Software Lock not implemented or not memory-mapped access.<br>**0b1**<br>Software Lock implemented and memory-mapped access. | x |

## Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| PMU | 0xFB4 | PMLSR | None |

This interface is accessible as follows:

**When IsCorePowered()**

RO

**Otherwise**

ERROR

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## C.3.48 PMAUTHSTATUS, Performance Monitors Authentication Status register

Provides information about the state of the **IMPLEMENTATION DEFINED** authentication interface for Performance Monitors.

### Configurations

If FEAT_DoPD is implemented, this register is in the Core power domain. If FEAT_DoPD is not implemented, this register is in the Debug power domain.

This register is OPTIONAL, and is required for CoreSight compliance. Arm recommends that this register is implemented.

### Attributes

**Width**

32

**Component**

PMU

**Register offset**

0xFB8

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note: Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-70: ext_pmauthstatus bit assignments**




**Table C-120: PMAUTHSTATUS bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:8] | RES0 | Reserved | RES0 |
| [7:6] | SNID | Holds the same value as ext-DBGAUTHSTATUS_EL1.SNID. | xx |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [5:4] | SID | Secure invasive debug. Possible values of this field are:<br>`0b00`<br>Not implemented.<br>All other values are reserved. | `xx` |
| [3:2] | NSNID | Holds the same value as ext-DBGAUTHSTATUS_EL1.NSNID. | `xx` |
| [1:0] | NSID | Non-secure invasive debug. Possible values of this field are:<br>`0b00`<br>Not implemented.<br>All other values are reserved. | `xx` |

### Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| PMU | 0xFB8 | PMAUTHSTATUS | None |

This interface is accessible as follows:

**When IsCorePowered()**

RO

**Otherwise**

ERROR

## C.3.49 PMDEVARCH, Performance Monitors Device Architecture register

Identifies the programmers' model architecture of the Performance Monitor component.

### Configurations

If FEAT_DoPD is implemented, this register is in the Core power domain. If FEAT_DoPD is not implemented, this register is in the Debug power domain.

### Attributes

**Width**

32

**Component**

PMU

**Register offset**

0xFBC

**Access type**

See bit descriptions

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Reset value

0100 0111 0111 0000 0010 1010 0001 0110

## Bit descriptions

### Figure C-71: ext_pmdevarch bit assignments




### Table C-122: PMDEVARCH bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:21] | ARCHITECT | Defines the architecture of the component. For Performance Monitors, this is Arm Limited.<br><br>Bits [31:28] are the JEP106 continuation code, `0x4`.<br><br>Bits [27:21] are the JEP106 ID code, `0x3B`.<br>**`0b01000111011`** | `0b01000111011` |
| [20] | PRESENT | Indicates that the DEVARCH is present.<br>**`0b1`** | `0b1` |
| [19:16] | REVISION | Defines the architecture revision. For architectures defined by Arm this is the minor revision.<br><br>For Performance Monitors, the revision defined by Armv8 is `0x0`.<br><br>All other values are reserved.<br>**`0b0000`** | `0b0000` |
| [15:12] | ARCHVER | Architecture Version. Defines the architecture version of the component.<br>**`0b0010`**<br>Performance Monitors Extension version 3, PMUv3.<br><br>All other values are reserved.<br><br>PMDEVARCH.ARCHVER and PMDEVARCH.ARCHPART are also defined as a single field, PMDEVARCH.ARCHID, so that PMDEVARCH.ARCHVER is PMDEVARCH.ARCHID[15:12]. | `0b0010` |
| [11:0] | ARCHPART | Architecture Part. Defines the architecture of the component.<br>**`0b101000010110`**<br>Armv8-A PE performance monitors.<br><br>PMDEVARCH.ARCHVER and PMDEVARCH.ARCHPART are also defined as a single field, PMDEVARCH.ARCHID, so that PMDEVARCH.ARCHPART is PMDEVARCH.ARCHID[11:0]. | `0xA16` |

## Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| PMU | 0xFBC | PMDEVARCH | None |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

This interface is accessible as follows:

**When IsCorePowered()**

RO

**Otherwise**

ERROR

## C.3.50 PMDEVID, Performance Monitors Device ID register

Provides information about features of the Performance Monitors implementation.

### Configurations

If FEAT_DoPD is implemented, this register is in the Core power domain.

If FEAT_DoPD is not implemented, this register is in the Debug power domain.

This register is required from Armv8.2 and in any implementation that includes FEAT_PCSRv8p2. Otherwise, its location is RES0.

---

Note

Before Armv8.2, the PC Sample-based Profiling Extension can be implemented in the external debug register space, as indicated by the value of ext-EDDEVID.PCSample.

---

### Attributes

**Width**

32

**Component**

PMU

**Register offset**

0xFC8

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx 0001

---

Note

Where the reset reads xxxx, see individual bits

---

### Bit descriptions

**Figure C-72: ext_pmdevid bit assignments**




**Table C-124: PMDEVID bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:4] | **RES0** | Reserved | **RES0** |
| [3:0] | PCSample | Indicates the level of PC Sample-based Profiling support using Performance Monitors registers.<br>**`0b0001`**<br>PC Sample-based Profiling Extension is implemented in the Performance Monitors register space. | `0b0001` |

### Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| PMU | 0xFC8 | PMDEVID | None |

This interface is accessible as follows:

**When IsCorePowered()**

RO

**Otherwise**

ERROR

## C.3.51 PMDEVTYPE, Performance Monitors Device Type register

Indicates to a debugger that this component is part of a PEs performance monitor interface.

### Configurations

If FEAT_DoPD is implemented, this register is in the Core power domain. If FEAT_DoPD is not implemented, this register is in the Debug power domain.

### Attributes

**Width**

32

**Component**

PMU

**Register offset**

0xFCC

**Access type**

See bit descriptions

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx 0001 0110

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-73: ext_pmdevtype bit assignments**




**Table C-126: PMDEVTYPE bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:8] | RES0 | Reserved | RES0 |
| [7:4] | SUB | Subtype. Indicates this is a component within a PE.<br>**0b0001** | 0b0001 |
| [3:0] | MAJOR | Major type. Indicates this is a performance monitor component.<br>**0b0110** | 0b0110 |

## Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| PMU | 0xFCC | PMDEVTYPE | None |

This interface is accessible as follows:

**When IsCorePowered()**

RO

**Otherwise**

ERROR

## C.3.52 PMPIDR4, Performance Monitors Peripheral Identification Register 4

Provides information to identify a Performance Monitor component.

For more information, see *About the Peripheral identification scheme* in the *Arm® Architecture Reference Manual for A-profile architecture*.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Configurations

If FEAT_DoPD is implemented, this register is in the Core power domain. If FEAT_DoPD is not implemented, this register is in the Debug power domain.

This register is required for CoreSight compliance.

## Attributes

**Width**

32

**Component**

PMU

**Register offset**

0xFD0

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx 0000 0100

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-74: ext_pmpidr4 bit assignments**




**Table C-128: PMPIDR4 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:8] | **RES0** | Reserved | **RES0** |
| [7:4] | SIZE | 4KB count.<br>**`0b0000`** | `0b0000` |
| [3:0] | DES_2 | Designer, JEP106 continuation code, least significant nibble. For Arm Limited, this field is `0b0100`.<br>**`0b0100`**<br>Arm Limited. This is bits[3:0] of the JEP106 continuation code. | `0b0100` |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| PMU | 0xFD0 | PMPIDR4 | None |

This interface is accessible as follows:

**When IsCorePowered()**

RO

**Otherwise**

ERROR

## C.3.53 PMPIDR0, Performance Monitors Peripheral Identification Register 0

Provides information to identify a Performance Monitor component.

For more information, see *About the Peripheral identification scheme* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

If FEAT_DoPD is implemented, this register is in the Core power domain. If FEAT_DoPD is not implemented, this register is in the Debug power domain.

This register is required for CoreSight compliance.

### Attributes

**Width**

32

**Component**

PMU

**Register offset**

0xFE0

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx 0100 1001

Note

Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

**Figure C-75: ext_pmpidr0 bit assignments**




**Table C-130: PMPIDR0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:8] | **RES0** | Reserved | **RES0** |
| [7:0] | PART_0 | Part number, least significant byte.<br>**0b01001001**<br>Least significant byte of the PMU unit part. | 0x49 |

## Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| PMU | 0xFE0 | PMPIDR0 | None |

This interface is accessible as follows:

**When IsCorePowered()**

RO

**Otherwise**

ERROR

# C.3.54 PMPIDR1, Performance Monitors Peripheral Identification Register 1

Provides information to identify a Performance Monitor component.

For more information, see *About the Peripheral identification scheme* in the *Arm® Architecture Reference Manual for A-profile architecture*.

## Configurations

If FEAT_DoPD is implemented, this register is in the Core power domain. If FEAT_DoPD is not implemented, this register is in the Debug power domain.

This register is required for CoreSight compliance.

## Attributes

**Width**

32

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Component**

PMU

**Register offset**

0xFE4

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx 1011 1101

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-76: ext_pmpidr1 bit assignments**




**Table C-132: PMPIDR1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:8] | **RES0** | Reserved | **RES0** |
| [7:4] | DES_0 | Designer, least significant nibble of JEP106 ID code. For Arm Limited, this field is `0b1011`.<br>**`0b1011`**<br>Arm Limited. This is the least significant nibble of JEP106 ID code. | `0b1011` |
| [3:0] | PART_1 | Part number, most significant nibble.<br>**`0b1101`**<br>Part number, most significant nibble. | `0b1101` |

## Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| PMU | 0xFE4 | PMPIDR1 | None |

This interface is accessible as follows:

**When IsCorePowered()**

RO

**Otherwise**

ERROR

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## C.3.55 PMPIDR2, Performance Monitors Peripheral Identification Register 2

Provides information to identify a Performance Monitor component.

For more information, see *About the Peripheral identification scheme* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

If FEAT_DoPD is implemented, this register is in the Core power domain. If FEAT_DoPD is not implemented, this register is in the Debug power domain.

This register is required for CoreSight compliance.

### Attributes

**Width**

32

**Component**

PMU

**Register offset**

0xFE8

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx 0000 1011

Note: Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-77: ext_pmpidr2 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table C-134: PMPIDR2 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:8] | RES0 | Reserved | RES0 |
| [7:4] | REVISION | Part major revision. Parts can also use this field to extend Part number to 16-bits.<br>**0b0000**<br>r0p3 | 0b0000 |
| [3] | JEDEC | Indicates a JEP106 identity code is used.<br>**0b1** | 0b1 |
| [2:0] | DES_1 | Designer, most significant bits of JEP106 ID code. For Arm Limited, this field is 0b011.<br>**0b011**<br>Arm Limited. This is bits[6:4] of the JEP106 ID code. | 0b011 |

### Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| PMU | 0xFE8 | PMPIDR2 | None |

This interface is accessible as follows:

**When IsCorePowered()**

RO

**Otherwise**

ERROR

## C.3.56 PMPIDR3, Performance Monitors Peripheral Identification Register 3

Provides information to identify a Performance Monitor component.

For more information, see *About the Peripheral identification scheme* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

If FEAT_DoPD is implemented, this register is in the Core power domain. If FEAT_DoPD is not implemented, this register is in the Debug power domain.

This register is required for CoreSight compliance.

### Attributes

**Width**

32

**Component**

PMU

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Register offset**

0xFEC

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx 0011 0000

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-78: ext_pmpidr3 bit assignments**




**Table C-136: PMPIDR3 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:8] | RES0 | Reserved | RES0 |
| [7:4] | REVAND | Part minor revision. Parts using ext-PMPIDR2.REVISION as an extension to the Part number must use this field as a major revision number.<br>**0b0011** | 0b0011 |
| [3:0] | CMOD | Customer modified. Indicates someone other than the Designer has modified the component.<br>**0b0000**<br>The component is not modified from the original design. | 0b0000 |

## Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| PMU | 0xFEC | PMPIDR3 | None |

This interface is accessible as follows:

**When IsCorePowered()**

RO

**Otherwise**

ERROR

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## C.3.57 PMCIDR0, Performance Monitors Component Identification Register 0

Provides information to identify a Performance Monitor component.

For more information, see *About the Component Identification scheme* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

If FEAT_DoPD is implemented, this register is in the Core power domain. If FEAT_DoPD is not implemented, this register is in the Debug power domain.

This register is required for CoreSight compliance.

### Attributes

**Width**

32

**Component**

PMU

**Register offset**

0xFF0

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx 0000 1101

---

Note

Where the reset reads xxxx, see individual bits

---

### Bit descriptions

**Figure C-79: ext_pmcidr0 bit assignments**




**Table C-138: PMCIDR0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:8] | RES0 | Reserved | RES0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [7:0] | PRMBL_0 | Preamble.<br>**0b00001101** | 0x0D |

### Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| PMU | 0xFF0 | PMCIDR0 | None |

This interface is accessible as follows:

**When IsCorePowered()**

RO

**Otherwise**

ERROR

## C.3.58 PMCIDR1, Performance Monitors Component Identification Register 1

Provides information to identify a Performance Monitor component.

For more information, see *About the Component Identification scheme* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

If FEAT_DoPD is implemented, this register is in the Core power domain. If FEAT_DoPD is not implemented, this register is in the Debug power domain.

This register is required for CoreSight compliance.

### Attributes

**Width**

32

**Component**

PMU

**Register offset**

0xFF4

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx 0000

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-80: ext_pmcidr1 bit assignments**




**Table C-140: PMCIDR1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:8] | **RES0** | Reserved | **RES0** |
| [7:4] | CLASS | Component class.<br>**`0b1001`**<br>CoreSight component. | `xxxx` |
| [3:0] | PRMBL_1 | Preamble. **RAZ**.<br>**`0b0000`** | `0b0000` |

### Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| PMU | 0xFF4 | PMCIDR1 | None |

This interface is accessible as follows:

**When IsCorePowered()**

RO

**Otherwise**

ERROR

## C.3.59 PMCIDR2, Performance Monitors Component Identification Register 2

Provides information to identify a Performance Monitor component.

For more information, see *About the Component Identification scheme* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

If FEAT_DoPD is implemented, this register is in the Core power domain. If FEAT_DoPD is not implemented, this register is in the Debug power domain.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

This register is required for CoreSight compliance.

## Attributes

**Width**

32

**Component**

PMU

**Register offset**

0xFF8

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx 0000 0101

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-81: ext_pmcidr2 bit assignments**




**Table C-142: PMCIDR2 bit descriptions**

| Bits | Name | Description | Reset |
| --- | --- | --- | --- |
| [31:8] | **RES0** | Reserved | **RES0** |
| [7:0] | PRMBL_2 | Preamble.<br>`0b00000101` | `0x05` |

## Accessibility

| Component | Offset | Instance | Range |
| --- | --- | --- | --- |
| PMU | 0xFF8 | PMCIDR2 | None |

This interface is accessible as follows:

**When IsCorePowered()**

RO

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Otherwise**

ERROR

## C.3.60 PMCIDR3, Performance Monitors Component Identification Register 3

Provides information to identify a Performance Monitor component.

For more information, see *About the Component Identification scheme* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

If FEAT_DoPD is implemented, this register is in the Core power domain. If FEAT_DoPD is not implemented, this register is in the Debug power domain.

This register is required for CoreSight compliance.

### Attributes

**Width**

32

**Component**

PMU

**Register offset**

0xFFC

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx 1011 0001

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-82: ext_pmcidr3 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table C-144: PMCIDR3 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:8] | **RES0** | Reserved | **RES0** |
| [7:0] | PRMBL_3 | Preamble.<br>`0b10110001` | `0xB1` |

### Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| PMU | 0xFFC | PMCIDR3 | None |

This interface is accessible as follows:

**When IsCorePowered()**

RO

**Otherwise**

ERROR

# C.4 External CTI registers summary

The summary table provides an overview of **IMPLEMENTATION DEFINED** memory-mapped CTI registers in the core. For more information about a register, click the register name in the table.

For registers without a listed reset value refer to the individual field resets documented on the register description pages or in the Arm ARM.

**Table C-146: CTI registers summary**

| Offset | Name | Reset | Width | Description |
|---|---|---|---|---|
| 0x000 | CTICONTROL | See individual bit resets. | 32-bit | CTI Control register |
| 0x010 | CTIINTACK | See individual bit resets. | 32-bit | CTI Output Trigger Acknowledge register |
| 0x014 | CTIAPPSET | See individual bit resets. | 32-bit | CTI Application Trigger Set register |
| 0x018 | CTIAPPCLEAR | See individual bit resets. | 32-bit | CTI Application Trigger Clear register |
| 0x01C | CTIAPPPULSE | See individual bit resets. | 32-bit | CTI Application Pulse register |
| 0x020 + (4 * n) | CTIINEN_n_ | See individual bit resets. | 32-bit | CTI Input Trigger to Output Channel Enable registers |
| 0x0A0 + (4 * n) | CTIOUTEN_n_ | See individual bit resets. | 32-bit | CTI Input Channel to Output Trigger Enable registers |
| 0x130 | CTITRIGINSTATUS | See individual bit resets. | 32-bit | CTI Trigger In Status register |
| 0x134 | CTITRIGOUTSTATUS | See individual bit resets. | 32-bit | CTI Trigger Out Status register |
| 0x138 | CTICHINSTATUS | See individual bit resets. | 32-bit | CTI Channel In Status register |
| 0x13C | CTICHOUTSTATUS | See individual bit resets. | 32-bit | CTI Channel Out Status register |
| 0x140 | CTIGATE | See individual bit resets. | 32-bit | CTI Channel Gate Enable register |
| 0x144 | ASICCTL | See individual bit resets. | 32-bit | CTI External Multiplexer Control register |
| 0x150 | CTIDEVCTL | See individual bit resets. | 32-bit | CTI Device Control register |
| 0xFA8 | CTIDEVAFF0 | See individual bit resets. | 32-bit | CTI Device Affinity register 0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Offset | Name | Reset | Width | Description |
|---|---|---|---|---|
| 0xFAC | CTIDEVAFF1 | See individual bit resets. | 32-bit | CTI Device Affinity register 1 |
| 0xFB0 | CTILAR | See individual bit resets. | 32-bit | CTI Lock Access Register |
| 0xFB4 | CTILSR | See individual bit resets. | 32-bit | CTI Lock Status Register |
| 0xFB8 | CTIAUTHSTATUS | See individual bit resets. | 32-bit | CTI Authentication Status register |
| 0xFBC | CTIDEVARCH | See individual bit resets. | 32-bit | CTI Device Architecture register |
| 0xFC0 | CTIDEVID2 | See individual bit resets. | 32-bit | CTI Device ID register 2 |
| 0xFC4 | CTIDEVID1 | See individual bit resets. | 32-bit | CTI Device ID register 1 |
| 0xFC8 | CTIDEVID | See individual bit resets. | 32-bit | CTI Device ID register 0 |

## C.4.1 CTICONTROL, CTI Control register

Controls whether the CTI is enabled.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

CTI

**Register offset**

0x000

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxx0

Note: Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-83: ext_cticontrol bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table C-147: CTICONTROL bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:1] | RES0 | Reserved | RES0 |
| [0] | GLBEN | Enables or disables the CTI mapping functions. Possible values of this field are:<br>**0b0**<br>CTI mapping functions and application trigger disabled.<br>**0b1**<br>CTI mapping functions and application trigger enabled.<br>When GLBEN is 0, the input channel to output trigger, input trigger to output channel, and application trigger functions are disabled and do not signal new events on either output triggers or output channels. If a previously asserted output trigger has not been acknowledged, it is CONSTRAINED UNPREDICTABLE which of the following occurs:<br>• The output trigger remains asserted after the mapping functions are disabled.<br>• The output trigger is deasserted after the mapping functions are disabled.<br>All output triggers are disabled by CTI reset.<br>If the ECT supports multicycle channel events any existing output channel events will be terminated. | 0b0 |

### Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| CTI | 0x000 | CTICONTROL | None |

This interface is accessible as follows:

**When SoftwareLockStatus()**

RO

**When !SoftwareLockStatus()**

RW

## C.4.2 CTIINTACK, CTI Output Trigger Acknowledge register

Can be used to deactivate the output triggers.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

CTI

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Register offset**

0x010

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-84: ext_ctiintack bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table C-149: CTIINTACK bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:0] | ACK<n>, bit[n], where n = 31 to 0 | Acknowledge for output trigger <n>.<br><br>Bits [31:N] are RAZ/WI. N is the number of CTI triggers implemented as defined by the ext-CTIDEVID.NUMTRIG field.<br><br>If any of the following is true, writes to ACK<n> are ignored:<br>• n >= ext-CTIDEVID.NUMTRIG, the number of implemented triggers.<br>• Output trigger n is not active.<br>• The channel mapping function output, as controlled by ext-CTIOUTEN<n>, is still active.<br><br>Otherwise, if any of the following are true, ACK<n> is **RES0**:<br>• Output trigger n is not implemented.<br>• Output trigger n is not connected.<br>• Output trigger n is self-acknowledging and does not require software acknowledge.<br><br>Otherwise, the behavior on writes to ACK<n> is as follows:<br>`0b0`<br>No effect<br>`0b1`<br>Deactivate the trigger. | `32{x}` |

### Accessibility

A debugger must read ext-CTITRIGOUTSTATUS to confirm that the output trigger has been acknowledged before generating any event that must be ordered after the write to CTIINTACK, such as a write to CTIAPPPULSE to activate another trigger.

| Component | Offset | Instance | Range |
|---|---|---|---|
| CTI | 0x010 | CTIINTACK | None |

This interface is accessible as follows:

**When SoftwareLockStatus()**

WI

**When !SoftwareLockStatus()**

WO

## C.4.3 CTIAPPSET, CTI Application Trigger Set register

Sets the application triggers.

### Configurations

This register is available in all configurations.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Attributes

**Width**

32

**Component**

CTI

**Register offset**

0x014

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-85: ext_ctiappset bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table C-151: CTIAPPSET bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:0] | APPSET<x>, bit[x], where x = 31 to 0 | Application trigger <x> enable.<br><br>Bits [31:N] are **RAZ/WI**. N is the number of ECT channels implemented as defined by the ext-CTIDEVID.NUMCHAN field.<br><br>`0b0`<br>Reading this means the application trigger is inactive. Writing this has no effect.<br><br>`0b1`<br>Reading this means the application trigger is active. Writing this sets the corresponding application trigger to 1 and generates a channel event.<br><br>If the ECT does not support multicycle channel events, use of CTIAPPSET is deprecated and the debugger must only use ext-CTIAPPPULSE. | `32{x}` |

## Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| CTI | 0x014 | CTIAPPSET | None |

This interface is accessible as follows:

**When SoftwareLockStatus()**

RO

**When !SoftwareLockStatus()**

RW

# C.4.4 CTIAPPCLEAR, CTI Application Trigger Clear register

Clears the application triggers.

## Configurations

This register is available in all configurations.

## Attributes

**Width**

32

**Component**

CTI

**Register offset**

0x018

**Access type**

See bit descriptions

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Reset value

XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure C-86: ext_ctiappclear bit assignments




### Table C-153: CTIAPPCLEAR bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:0] | APPCLEAR<x>, bit[x], where x = 31 to 0 | Application trigger <x> disable.<br><br>Bits [31:N] are **RAZ/WI**. N is the number of ECT channels implemented as defined by the ext-CTIDEVID.NUMCHAN field.<br><br>Writing to this bit has the following effect:<br>**`0b0`**<br>No effect.<br>**`0b1`**<br>Clear corresponding application trigger to 0 and clear the corresponding channel event.<br><br>If the ECT does not support multicycle channel events, use of CTIAPPCLEAR is deprecated and the debugger must only use ext-CTIAPPPULSE. | `32{x}` |

## Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| CTI | 0x018 | CTIAPPCLEAR | None |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

This interface is accessible as follows:

**When SoftwareLockStatus()**

WI

**When !SoftwareLockStatus()**

WO

## C.4.5 CTIAPPPULSE, CTI Application Pulse register

Causes event pulses to be generated on ECT channels.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

CTI

**Register offset**

0x01C

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure C-87: ext_ctiapppulse bit assignments




### Table C-155: CTIAPPPULSE bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:0] | APPPULSE<x>, bit[x], where x = 31 to 0 | Generate event pulse on ECT channel <x>.<br><br>Bits [31:N] are **RAZ/WI**. N is the number of ECT channels implemented as defined by the ext-CTIDEVID.NUMCHAN field.<br><br>Writing to this bit has the following effect:<br>**`0b0`**<br>No effect.<br>**`0b1`**<br>Channel <x> event pulse generated.<br><br>• The CTIAPPPULSE operation does not affect the state of the application trigger. If the channel is active, either because of an earlier event or from the application trigger, then the value written to CTIAPPPULSE might have no effect.<br>• Multiple pulse events that occur close together might be merged into a single pulse event. | `32{x}` |

## Accessibility

It is CONSTRAINED UNPREDICTABLE whether a write to CTIAPPPULSE generates an event on a channel if CTICONTROL.GLBEN is 0.

| Component | Offset | Instance | Range |
|---|---|---|---|
| CTI | 0x01C | CTIAPPPULSE | None |

This interface is accessible as follows:

**When SoftwareLockStatus()**

WI

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**When !SoftwareLockStatus()**

WO

## C.4.6 CTIINEN<n>, CTI Input Trigger to Output Channel Enable registers, n = 0 - 31

Enables the signaling of an event on output channels when input trigger event n is received by the CTI.

### Configurations

If input trigger n is not implemented or not connected, CTIINEN<n> is RES0.

### Attributes

**Width**

32

**Component**

CTI

**Register offset**

0x020 + (4 * n)

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note: Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure C-88: ext_ctiinen_n_ bit assignments




**Table C-157: CTIINEN<n> bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:0] | INEN<x>, bit[x], where x = 31 to 0 | Input trigger <n> to output channel <x> enable.<br>Bits [31:N] are RAZ/WI. N is the number of ECT channels implemented as defined by the ext-CTIDEVID.NUMCHAN field.<br>`0b0`<br>Input trigger <n> will not generate an event on output channel <x>.<br>`0b1`<br>Input trigger <n> will generate an event on output channel <x>. | `32{x}` |

## Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| CTI | 0x020 + (4 * n) | CTIINEN<n> | None |

This interface is accessible as follows:

**When SoftwareLockStatus()**

RO

**When !SoftwareLockStatus()**

RW

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## C.4.7 CTIOUTEN<n>, CTI Input Channel to Output Trigger Enable registers, n = 0 - 31

Defines which input channels generate output trigger n.

### Configurations

If output trigger n is not implemented or not connected, CTIOUTEN<n> is RES0.

### Attributes

**Width**

32

**Component**

CTI

**Register offset**

0x0A0 + (4 * n)

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-89: ext_ctiouten_n_ bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table C-159: CTIOUTEN<n> bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:0] | OUTEN<x>, bit[x], where x = 31 to 0 | Input channel <x> to output trigger <n> enable.<br><br>Bits [31:N] are **RAZ/WI**. N is the number of ECT channels implemented as defined by the ext-CTIDEVID.NUMCHAN field.<br><br>Possible values of this bit are:<br>`0b0`<br>An event on input channel <x> will not cause output trigger <n> to be asserted.<br>`0b1`<br>An event on input channel <x> will cause output trigger <n> to be asserted. | `32{x}` |

## Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| CTI | 0x0A0 + (4 * n) | CTIOUTEN<n> | None |

This interface is accessible as follows:

**When SoftwareLockStatus()**

RO

**When !SoftwareLockStatus()**

RW

# C.4.8 CTITRIGINSTATUS, CTI Trigger In Status register

Provides the status of the trigger inputs.

## Configurations

This register is available in all configurations.

## Attributes

**Width**

32

**Component**

CTI

**Register offset**

0x130

**Access type**

RO

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-90: ext_ctitriginstatus bit assignments**




**Table C-161: CTITRIGINSTATUS bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:0] | TRIN<n>, bit[n], where n = 31 to 0 | Trigger input <n> status.<br><br>Bits [31:N] are **RAZ**. N is the number of CTI triggers implemented as defined by the ext-CTIDEVID.NUMTRIG field.<br><br>**0b0**<br>Input trigger n is inactive.<br><br>**0b1**<br>Input trigger n is active.<br><br>Not implemented and not-connected input triggers are always inactive.<br><br>It is IMPLEMENTATION DEFINED whether an input trigger that does not support multicycle events can be observed as active. | 32{x} |

## Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| CTI | 0x130 | CTITRIGINSTATUS | None |

This interface is accessible as follows:

RO

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## C.4.9 CTITRIGOUTSTATUS, CTI Trigger Out Status register

Provides the raw status of the trigger outputs, after processing by any **IMPLEMENTATION DEFINED** trigger interface logic. For output triggers that are self-acknowledging, this is only meaningful if the CTI implements multicycle channel events.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

CTI

**Register offset**

0x134

**Access type**

RO

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-91: ext_ctitrigoutstatus bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table C-163: CTITRIGOUTSTATUS bit descriptions**

| Bits | Name | Description | Reset |
| --- | --- | --- | --- |
| [31:0] | TROUT<n>, bit[n], where n = 31 to 0 | Trigger output <n> status.<br><br>Bits [31:N] are **RAZ**. N is the value in ext-CTIDEVID.NUMTRIG.<br><br>If n < N, and output trigger <n> is implemented and connected, and either the trigger is not self-acknowledging or the CTI implements multicycle channel events, then permitted values for TROUT<n> are:<br>**0b0**<br>Output trigger n is inactive.<br>**0b1**<br>Output trigger n is active.<br><br>Otherwise when n < N it is **IMPLEMENTATION DEFINED** whether TROUT<n> behaves as described here or is RAZ. | 32{x} |

### Accessibility

| Component | Offset | Instance | Range |
| --- | --- | --- | --- |
| CTI | 0x134 | CTITRIGOUTSTATUS | None |

This interface is accessible as follows:

RO

## C.4.10 CTICHINSTATUS, CTI Channel In Status register

Provides the raw status of the ECT channel inputs to the CTI.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

CTI

**Register offset**

0x138

**Access type**

RO

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure C-92: ext_ctichinstatus bit assignments




**Table C-165: CTICHINSTATUS bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:0] | CHIN<n>, bit[n], where n = 31 to 0 | Input channel <n> status.<br><br>Bits [31:N] are RAZ. N is the number of ECT channels implemented as defined by the ext-CTIDEVID.NUMCHAN field.<br><br>`0b0`<br>Input channel <n> is inactive.<br><br>`0b1`<br>Input channel <n> is active.<br><br>If the ECT channels do not support multicycle events then it is IMPLEMENTATION DEFINED whether an input channel can be observed as active. | 32{x} |

## Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| CTI | 0x138 | CTICHINSTATUS | None |

This interface is accessible as follows:

RO

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## C.4.11 CTICHOUTSTATUS, CTI Channel Out Status register

Provides the status of the ECT channel outputs from the CTI.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

CTI

**Register offset**

0x13C

**Access type**

RO

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-93: ext_ctichoutstatus bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table C-167: CTICHOUTSTATUS bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:0] | CHOUT<n>, bit[n], where n = 31 to 0 | Output channel <n> status.<br><br>Bits [31:N] are RAZ. N is the number of ECT channels implemented as defined by the ext-CTIDEVID.NUMCHAN field.<br><br>Possible values of this bit are:<br>`0b0`<br>Output channel <n> is inactive.<br>`0b1`<br>Output channel <n> is active.<br><br>If the ECT channels do not support multicycle events then it is IMPLEMENTATION DEFINED whether an output channel can be observed as active.<br><br>**Note:**<br>The value in CTICHOUTSTATUS is after gating by the channel gate. For more information, see ext-CTIGATE. | `32{x}` |

### Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| CTI | 0x13C | CTICHOUTSTATUS | None |

This interface is accessible as follows:

RO

## C.4.12 CTIGATE, CTI Channel Gate Enable register

Determines whether events on channels propagate through the CTM to other ECT components, or from the CTM into the CTI.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

CTI

**Register offset**

0x140

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Access type

See bit descriptions

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure C-94: ext_ctigate bit assignments




### Table C-169: CTIGATE bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:0] | GATE<x>, bit[x], where x = 31 to 0 | Channel <x> gate enable.<br><br>Bits [31:N] are **RAZ/WI**. N is the number of ECT channels implemented as defined by the ext-CTIDEVID.NUMCHAN field.<br><br>**0b0**<br>Disable output and, if ext-CTIDEVID.INOUT == 0b01, input channel <x> propagation.<br><br>**0b1**<br>Enable output and, if ext-CTIDEVID.INOUT == 0b01, input channel <x> propagation.<br><br>If GATE<x> is set to 0, no new events will be propagated to the ECT, and if the ECT supports multicycle channel events any existing output channel events will be terminated. | 32{x} |

## Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| CTI | 0x140 | CTIGATE | None |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

This interface is accessible as follows:

**When SoftwareLockStatus()**

RO

**When !SoftwareLockStatus()**

RW

## C.4.13 ASICCTL, CTI External Multiplexer Control register

Can be used to provide **IMPLEMENTATION DEFINED** controls for the CTI. For example, the register might be used to control multiplexors for additional **IMPLEMENTATION DEFINED** triggers. The **IMPLEMENTATION DEFINED** controls provided by this register might modify the architecturally defined behavior of the CTI.

---

Note

The architecturally-defined triggers must not be multiplexed.

---

### Configurations

If it is implemented in the Core power domain then it is **IMPLEMENTATION DEFINED** whether it is in the Cold reset domain or the Warm reset domain.

This register must reset to a value that supports the architecturally-defined behavior of the CTI. Changing the value of the register from its reset value causes IMPLEMENTATION DEFINED behavior that might differ from the architecturally-defined behavior of the CTI.

Other than the requirements listed in this register description, all aspects of the reset behavior of the ASICCTL are IMPLEMENTATION DEFINED.

### Attributes

**Width**

32

**Component**

CTI

**Register offset**

0x144

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-95: ext_asicctl bit assignments**




**Table C-171: ASICCTL bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:0] | None | None | `32{x}` |

### Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| CTI | 0x144 | ASICCTL | None |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess() && SoftwareLockStatus()**

RO

**Otherwise**

ImplementationDefined

## C.4.14 CTIDEVCTL, CTI Device Control register

Provides target-specific device controls

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

CTI

**Register offset**

0x150

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Access type

See bit descriptions

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xx00

> **Note**
>
> Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure C-96: ext_ctidevctl bit assignments




**Table C-173: CTIDEVCTL bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:2] | RES0 | Reserved | RES0 |
| [1] | RCE | Reset Catch Enable.<br>**0b0**<br>Reset Catch debug event disabled.<br>**0b1**<br>Reset Catch debug event enabled. | 0b0 |
| [0] | OSUCE | OS Unlock Catch Enable<br>**0b0**<br>OS Unlock Catch debug event disabled.<br>**0b1**<br>OS Unlock Catch debug event enabled. | 0b0 |

## Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| CTI | 0x150 | CTIDEVCTL | None |

This interface is accessible as follows:

### When SoftwareLockStatus()

RO

### When !SoftwareLockStatus()

RW

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## C.4.15 CTIDEVAFF0, CTI Device Affinity register 0

Copy of the low half of the PE AArch64-MPIDR_EL1 register that allows a debugger to determine which PE in a multiprocessor system the CTI component relates to.

### Configurations

If the CTI is CTIv1, this register is OPTIONAL. If the CTI is CTIv2, this register is mandatory.

Arm recommends that the CTI is CTIv2.

In an Armv8.5 compliant implementation, the CTI must be CTIv2.

If this register is implemented, then ext-CTIDEVAFF1 must also be implemented. If the CTI of a PE does not implement the CTI Device Affinity registers, the CTI block of the external debug memory map must be located 64KB above the debug registers in the external debug interface.

### Attributes

**Width**

32

**Component**

CTI

**Register offset**

0xFA8

**Access type**

RO

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-97: ext_ctidevaff0 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table C-175: CTIDEVAFF0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:0] | MPIDR_EL1lo | AArch64-MPIDR_EL1 low half. Read-only copy of the low half of AArch64-MPIDR_EL1, as seen from the highest implemented Exception level. | 32{x} |

### Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| CTI | 0xFA8 | CTIDEVAFF0 | None |

This interface is accessible as follows:

RO

## C.4.16 CTIDEVAFF1, CTI Device Affinity register 1

Copy of the high half of the PE AArch64-MPIDR_EL1 register that allows a debugger to determine which PE in a multiprocessor system the CTI component relates to.

### Configurations

If the CTI is CTIv1, this register is OPTIONAL. If the CTI is CTIv2, this register is mandatory.

Arm recommends that the CTI is CTIv2.

In an Armv8.5 compliant implementation, the CTI must be CTIv2.

If this register is implemented, then ext-CTIDEVAFF0 must also be implemented. If the CTI of a PE does not implement the CTI Device Affinity registers, the CTI block of the external debug memory map must be located 64KB above the debug registers in the external debug interface.

### Attributes

**Width**

32

**Component**

CTI

**Register offset**

0xFAC

**Access type**

RO

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-98: ext_ctidevaff1 bit assignments**

| 31 … 0 |
|---|
| MPIDR_EL1hi |

**Table C-177: CTIDEVAFF1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:0] | MPIDR_EL1hi | AArch64-MPIDR_EL1 high half. Read-only copy of the high half of AArch64-MPIDR_EL1, as seen from the highest implemented Exception level. | 32{x} |

### Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| CTI | 0xFAC | CTIDEVAFF1 | None |

This interface is accessible as follows:

RO

## C.4.17 CTILAR, CTI Lock Access Register

Allows or disallows access to the CTI registers through a memory-mapped interface.

The optional Software Lock provides a lock to prevent memory-mapped writes to the Cross-Trigger Interface registers. Use of this lock mechanism reduces the risk of accidental damage to the contents of the Cross-Trigger Interface registers. It does not, and cannot, prevent all accidental or malicious damage.

### Configurations

If FEAT_Debugv8p4 is implemented, the Software Lock is not implemented.

Software uses CTILAR to set or clear the lock, and ext-CTILSR to check the current status of the lock.

### Attributes

#### Width

32

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Component**

CTI

**Register offset**

0xFB0

**Access type**

RESERVEDW

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-99: ext_ctilar bit assignments**




**Table C-179: CTILAR bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:0] | KEY | Lock Access control. Writing the key value `0xC5ACCE55` to this field unlocks the lock, enabling write accesses to this component's registers through a memory-mapped interface.<br><br>Writing any other value to this register locks the lock, disabling write accesses to this component's registers through a memory mapped interface. | `32{x}` |

## Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| CTI | 0xFB0 | CTILAR | None |

This interface is accessible as follows:

WO

## C.4.18 CTILSR, CTI Lock Status Register

Indicates the current status of the Software Lock for CTI registers.

The optional Software Lock provides a lock to prevent memory-mapped writes to the Cross-Trigger Interface registers. Use of this lock mechanism reduces the risk of accidental damage to the

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

contents of the Cross-Trigger Interface registers. It does not, and cannot, prevent all accidental or malicious damage.

## Configurations

If FEAT_Debugv8p4 is implemented, the Software Lock is not implemented.

Software uses ext-CTILAR to set or clear the lock, and CTILSR to check the current status of the lock.

## Attributes

**Width**

32

**Component**

CTI

**Register offset**

0xFB4

**Access type**

RO

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xx1x

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-100: ext_ctilsr bit assignments**




**Table C-181: CTILSR bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:3] | RES0 | Reserved | RES0 |
| [2] | nTT | Not thirty-two bit access required. RAZ. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [1] | SLK | Software Lock status for this component. For an access to LSR that is not a memory-mapped access, or when the Software Lock is not implemented, this field is **RES0**.<br><br>For memory-mapped accesses when the Software Lock is implemented, possible values of this field are:<br>**0b0**<br>Lock clear. Writes are permitted to this component's registers.<br>**0b1**<br>Lock set. Writes to this component's registers are ignored, and reads have no side effects. | 0b1 |
| [0] | SLI | Software Lock implemented. For an access to LSR that is not a memory-mapped access, this field is RAZ. For memory-mapped accesses, the value of this field is **IMPLEMENTATION DEFINED**. Permitted values are:<br>**0b0**<br>Software Lock not implemented or not memory-mapped access.<br>**0b1**<br>Software Lock implemented and memory-mapped access. | x |

### Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| CTI | 0xFB4 | CTILSR | None |

This interface is accessible as follows:

RO

## C.4.19 CTIAUTHSTATUS, CTI Authentication Status register

Provides information about the state of the **IMPLEMENTATION DEFINED** authentication interface for CTI.

### Configurations

This register is OPTIONAL, and is required for CoreSight compliance.

### Attributes

**Width**

32

**Component**

CTI

**Register offset**

0xFB8

**Access type**

RO

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx 0000 xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-101: ext_ctiauthstatus bit assignments**




**Table C-183: CTIAUTHSTATUS bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:8] | **RES0** | Reserved | **RES0** |
| [7:4] | **RAZ** | Reserved | **RAZ** |
| [3:2] | NSNID | If EL3 is implemented, this field holds the same value as ext-DBGAUTHSTATUS_EL1.NSNID. | xx |
| [1:0] | NSID | If EL3 is implemented, this field holds the same value as ext-DBGAUTHSTATUS_EL1.NSID. | xx |

### Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| CTI | 0xFB8 | CTIAUTHSTATUS | None |

This interface is accessible as follows:

RO

## C.4.20 CTIDEVARCH, CTI Device Architecture register

Identifies the programmers' model architecture of the CTI component.

### Configurations

If the CTI is CTIv1, this register is OPTIONAL. If the CTI is CTIv2, this register is mandatory.

Arm recommends that the CTI is CTIv2.

In an Armv8.5 compliant implementation, the CTI must be CTIv2.

If this register is not implemented, ext-CTIDEVAFF0 and ext-CTIDEVAFF1 are also not implemented.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Attributes

**Width**

32

**Component**

CTI

**Register offset**

0xFBC

**Access type**

RO

**Reset value**

0100 0111 0111 xxxx 0001 1010 0001 0100

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-102: ext_ctidevarch bit assignments**




**Table C-185: CTIDEVARCH bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:21] | ARCHITECT | Defines the architecture of the component. For CTI, this is Arm Limited.<br><br>Bits [31:28] are the JEP106 continuation code, `0x4`.<br><br>Bits [27:21] are the JEP106 ID code, `0x3B`.<br><br>**`0b01000111011`** | `0b01000111011` |
| [20] | PRESENT | Indicates that the DEVARCH is present.<br><br>**`0b1`** | `0b1` |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [19:16] | REVISION | Revision.<br><br>Defines the architecture revision of the component.<br>**0b0000**<br>First revision.<br>**0b0001**<br>As 0b0000, and also adds support for ext-CTIDEVCTL.<br><br>All other values are reserved. | The reset values can be the following: `0b0000`, `0b0001`, respective to the value. |
| [15:0] | ARCHID | Defines this part to be an Armv8 debug component. For architectures defined by Arm this is further subdivided.<br><br>For CTI:<br>• Bits [15:12] are the architecture version, `0x1`.<br>• Bits [11:0] are the architecture part number, `0xA14`.<br><br>This corresponds to CTI architecture version CTIv2.<br>**0b0001101000010100** | `0x1A14` |

### Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| CTI | 0xFBC | CTIDEVARCH | None |

This interface is accessible as follows:

RO

## C.4.21 CTIDEVID2, CTI Device ID register 2

Reserved for future information about the CTI component to the debugger.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

CTI

**Register offset**

0xFC0

**Access type**

RO

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

#### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-103: ext_ctidevid2 bit assignments**




**Table C-187: CTIDEVID2 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:0] | RES0 | Reserved | RES0 |

### Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| CTI | 0xFC0 | CTIDEVID2 | None |

This interface is accessible as follows:

RO

## C.4.22 CTIDEVID1, CTI Device ID register 1

Reserved for future information about the CTI component to the debugger.

### Configurations

This register is available in all configurations.

### Attributes

#### Width

32

#### Component

CTI

#### Register offset

0xFC4

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Access type**

RO

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

---

Note

Where the reset reads xxxx, see individual bits

---

### Bit descriptions

**Figure C-104: ext_ctidevid1 bit assignments**




**Table C-189: CTIDEVID1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:0] | RES0 | Reserved | RES0 |

### Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| CTI | 0xFC4 | CTIDEVID1 | None |

This interface is accessible as follows:

RO

## C.4.23 CTIDEVID, CTI Device ID register 0

Describes the CTI component to the debugger.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

CTI

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Register offset

0xFC8

### Access type

RO

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note: Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure C-105: ext_ctidevid bit assignments




**Table C-191: CTIDEVID bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:26] | RES0 | Reserved | RES0 |
| [25:24] | INOUT | Input/output options. Indicates presence of the input gate. If the CTM is not implemented or CTIv2 is not implemented, this field is RAZ.<br>`0b00`<br>ext-CTIGATE does not mask propagation of input events from external channels.<br>`0b01`<br>ext-CTIGATE masks propagation of input events from external channels.<br>All other values are reserved. | `xx` |
| [23:22] | RES0 | Reserved | RES0 |
| [21:16] | NUMCHAN | Number of ECT channels implemented. For Armv8, valid values are:<br>• `0b000011` 3 channels (0..2) implemented.<br>• `0b000100` 4 channels (0..3) implemented.<br>• `0b000101` 5 channels (0..4) implemented.<br>• `0b000110` 6 channels (0..5) implemented.<br>and so on up to `0b100000`, 32 channels (0..31) implemented.<br>All other values are reserved. | `6{x}` |
| [15:14] | RES0 | Reserved | RES0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [13:8] | NUMTRIG | Upper bound for number of triggers. The indices of all implemented input and output triggers are less than this value.<br><br>All other values are reserved. If the PE contains a Trace extension, this field must be at least 0b001000. There is no guarantee that all of the input and output triggers, including the highest numbered, are connected to any components, or that the implementation of input and output triggers is symmetrical. | 6{x} |
| [7:5] | **RES0** | Reserved | **RES0** |
| [4:0] | EXTMUXNUM | Number of multiplexors available on triggers. This value is used in conjunction with External Control register, ext-ASICCTL. | 5{x} |

### Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| CTI | 0xFC8 | CTIDEVID | None |

This interface is accessible as follows:

RO

## C.5 External Debug registers summary

The summary table provides an overview of **IMPLEMENTATION DEFINED** memory-mapped Debug registers in the core. For more information about a register, click the register name in the table.

For registers without a listed reset value refer to the individual field resets documented on the register description pages or in the Arm ARM.

**Table C-193: Debug registers summary**

| Offset | Name | Reset | Width | Description |
|---|---|---|---|---|
| 0x020 | EDESR | See individual bit resets. | 32-bit | External Debug Event Status Register |
| 0x024 | EDECR | See individual bit resets. | 32-bit | External Debug Execution Control Register |
| 0x030 | EDWAR [31:0] | See individual bit resets. | 32-bit | External Debug Watchpoint Address Register |
| 0x034 | EDWAR [63:32] | See individual bit resets. | 32-bit | External Debug Watchpoint Address Register |
| 0x080 | DBGDTRRX_EL0 | See individual bit resets. | 32-bit | Debug Data Transfer Register, Receive |
| 0x084 | EDITR | See individual bit resets. | 32-bit | External Debug Instruction Transfer Register |
| 0x088 | EDSCR | See individual bit resets. | 32-bit | External Debug Status and Control Register |
| 0x08C | DBGDTRTX_EL0 | See individual bit resets. | 32-bit | Debug Data Transfer Register, Transmit |
| 0x090 | EDRCR | See individual bit resets. | 32-bit | External Debug Reserve Control Register |
| 0x098 | EDECCR | See individual bit resets. | 32-bit | External Debug Exception Catch Control Register |
| 0x300 | OSLAR_EL1 | See individual bit resets. | 32-bit | OS Lock Access Register |
| 0x310 | EDPRCR | See individual bit resets. | 32-bit | External Debug Power/Reset Control Register |
| 0x314 | EDPRSR | See individual bit resets. | 32-bit | External Debug Processor Status Register |
| 0x400 | DBGBVR0_EL1 [63:0] | See individual bit resets. | 64-bit | Debug Breakpoint Value Registers |
| 0x408 | DBGBCR0_EL1 | See individual bit resets. | 32-bit | Debug Breakpoint Control Registers |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Offset | Name | Reset | Width | Description |
|---|---|---|---|---|
| 0x410 | DBGBVR1_EL1 [63:0] | See individual bit resets. | 64-bit | Debug Breakpoint Value Registers |
| 0x418 | DBGBCR1_EL1 | See individual bit resets. | 32-bit | Debug Breakpoint Control Registers |
| 0x420 | DBGBVR2_EL1 [63:0] | See individual bit resets. | 64-bit | Debug Breakpoint Value Registers |
| 0x428 | DBGBCR2_EL1 | See individual bit resets. | 32-bit | Debug Breakpoint Control Registers |
| 0x430 | DBGBVR3_EL1 [63:0] | See individual bit resets. | 64-bit | Debug Breakpoint Value Registers |
| 0x438 | DBGBCR3_EL1 | See individual bit resets. | 32-bit | Debug Breakpoint Control Registers |
| 0x440 | DBGBVR4_EL1 [63:0] | See individual bit resets. | 64-bit | Debug Breakpoint Value Registers |
| 0x448 | DBGBCR4_EL1 | See individual bit resets. | 32-bit | Debug Breakpoint Control Registers |
| 0x450 | DBGBVR5_EL1 [63:0] | See individual bit resets. | 64-bit | Debug Breakpoint Value Registers |
| 0x458 | DBGBCR5_EL1 | See individual bit resets. | 32-bit | Debug Breakpoint Control Registers |
| 0x800 | DBGWVR0_EL1 [63:0] | See individual bit resets. | 64-bit | Debug Watchpoint Value Registers |
| 0x808 | DBGWCR0_EL1 | See individual bit resets. | 32-bit | Debug Watchpoint Control Registers |
| 0x810 | DBGWVR1_EL1 [63:0] | See individual bit resets. | 64-bit | Debug Watchpoint Value Registers |
| 0x818 | DBGWCR1_EL1 | See individual bit resets. | 32-bit | Debug Watchpoint Control Registers |
| 0x820 | DBGWVR2_EL1 [63:0] | See individual bit resets. | 64-bit | Debug Watchpoint Value Registers |
| 0x828 | DBGWCR2_EL1 | See individual bit resets. | 32-bit | Debug Watchpoint Control Registers |
| 0x830 | DBGWVR3_EL1 [63:0] | See individual bit resets. | 64-bit | Debug Watchpoint Value Registers |
| 0x838 | DBGWCR3_EL1 | See individual bit resets. | 32-bit | Debug Watchpoint Control Registers |
| 0xD00 | MIDR_EL1 | See individual bit resets. | 32-bit | Main ID Register |
| 0xD20 | EDPFR [31:0] | See individual bit resets. | 32-bit | External Debug Processor Feature Register |
| 0xD24 | EDPFR [63:32] | See individual bit resets. | 32-bit | External Debug Processor Feature Register |
| 0xD28 | EDDFR [31:0] | See individual bit resets. | 32-bit | External Debug Feature Register |
| 0xD2C | EDDFR [63:32] | See individual bit resets. | 32-bit | External Debug Feature Register |
| 0xD60 | EDAA32PFR | See individual bit resets. | 64-bit | External Debug Auxiliary Processor Feature Register |
| 0xF00 | EDITCTRL | See individual bit resets. | 32-bit | External Debug Integration mode Control register |
| 0xFA0 | DBGCLAIMSET_EL1 | See individual bit resets. | 32-bit | Debug CLAIM Tag Set register |
| 0xFA4 | DBGCLAIMCLR_EL1 | See individual bit resets. | 32-bit | Debug CLAIM Tag Clear register |
| 0xFA8 | EDDEVAFF0 | See individual bit resets. | 32-bit | External Debug Device Affinity register 0 |
| 0xFAC | EDDEVAFF1 | See individual bit resets. | 32-bit | External Debug Device Affinity register 1 |
| 0xFB0 | EDLAR | See individual bit resets. | 32-bit | External Debug Lock Access Register |
| 0xFB4 | EDLSR | See individual bit resets. | 32-bit | External Debug Lock Status Register |
| 0xFB8 | DBGAUTHSTATUS_EL1 | See individual bit resets. | 32-bit | Debug Authentication Status register |
| 0xFBC | EDDEVARCH | See individual bit resets. | 32-bit | External Debug Device Architecture register |
| 0xFC0 | EDDEVID2 | See individual bit resets. | 32-bit | External Debug Device ID register 2 |
| 0xFC4 | EDDEVID1 | See individual bit resets. | 32-bit | External Debug Device ID register 1 |
| 0xFC8 | EDDEVID | See individual bit resets. | 32-bit | External Debug Device ID register 0 |
| 0xFCC | EDDEVTYPE | See individual bit resets. | 32-bit | External Debug Device Type register |
| 0xFD0 | EDPIDR4 | See individual bit resets. | 32-bit | External Debug Peripheral Identification Register 4 |
| 0xFE0 | EDPIDR0 | See individual bit resets. | 32-bit | External Debug Peripheral Identification Register 0 |
| 0xFE4 | EDPIDR1 | See individual bit resets. | 32-bit | External Debug Peripheral Identification Register 1 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Offset | Name | Reset | Width | Description |
|---|---|---|---|---|
| 0xFE8 | EDPIDR2 | See individual bit resets. | 32-bit | External Debug Peripheral Identification Register 2 |
| 0xFEC | EDPIDR3 | See individual bit resets. | 32-bit | External Debug Peripheral Identification Register 3 |
| 0xFF0 | EDCIDR0 | See individual bit resets. | 32-bit | External Debug Component Identification Register 0 |
| 0xFF4 | EDCIDR1 | See individual bit resets. | 32-bit | External Debug Component Identification Register 1 |
| 0xFF8 | EDCIDR2 | See individual bit resets. | 32-bit | External Debug Component Identification Register 2 |
| 0xFFC | EDCIDR3 | See individual bit resets. | 32-bit | External Debug Component Identification Register 3 |

## C.5.1 EDESR, External Debug Event Status Register

Indicates the status of internally pending Halting debug events.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

Debug

**Register offset**

0x020

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx x000

Note: Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-106: ext_edesr bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table C-194: EDESR bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:3] | RES0 | Reserved | RES0 |
| [2] | SS | Halting step debug event pending. Possible values of this field are:<br>**0b0**<br>Reading this means that a Halting step debug event is not pending. Writing this means no action.<br>**0b1**<br>Reading this means that a Halting step debug event is pending. Writing this clears the pending Halting step debug event. | 0b0 |
| [1] | RC | Reset Catch debug event pending. Possible values of this field are:<br>**0b0**<br>Reading this means that a Reset Catch debug event is not pending. Writing this means no action.<br>**0b1**<br>Reading this means that a Reset Catch debug event is pending. Writing this clears the pending Reset Catch debug event. | 0b0 |
| [0] | OSUC | OS Unlock Catch debug event pending. Possible values of this field are:<br>**0b0**<br>Reading this means that an OS Unlock Catch debug event is not pending. Writing this means no action.<br>**0b1**<br>Reading this means that an OS Unlock Catch debug event is pending. Writing this clears the pending OS Unlock Catch debug event. | 0b0 |

## Access

If a request to clear a pending Halting debug event is received at or about the time when halting becomes allowed, it is **CONSTRAINED UNPREDICTABLE** whether the event is taken.

If Core power is removed while a Halting debug event is pending, it is lost. However, it might become pending again when the Core is powered back on and Cold reset.

## Accessibility

If a request to clear a pending Halting debug event is received at or about the time when halting becomes allowed, it is CONSTRAINED UNPREDICTABLE whether the event is taken.

If Core power is removed while a Halting debug event is pending, it is lost. However, it might become pending again when the Core is powered back on and Cold reset.

| Component | Offset | Instance | Range |
|---|---|---|---|
| Debug | 0x020 | EDESR | None |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && SoftwareLockStatus()**

RO

**When IsCorePowered() && !DoubleLockStatus() && !SoftwareLockStatus()**

RW

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Otherwise**

ERROR

## C.5.2 EDECR, External Debug Execution Control Register

Controls Halting debug events.

### Configurations

If FEAT_DoPD is implemented, this register is in the Core power domain.

If FEAT_DoPD is not implemented, this register is in the Debug power domain.

### Attributes

**Width**

32

**Component**

Debug

**Register offset**

0x024

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx x0xx

---

Note

Where the reset reads xxxx, see individual bits

---

### Bit descriptions

**Figure C-107: ext_edecr bit assignments**




**Table C-196: EDECR bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:3] | RES0 | Reserved | RES0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [2] | SS | Halting step enable. Possible values of this field are:<br>**0b0**<br>Halting step debug event disabled.<br>**0b1**<br>Halting step debug event enabled.<br>If the value of EDECR.SS is changed when the PE is in Non-debug state, behavior is **CONSTRAINED UNPREDICTABLE** as described in *Changing the value of EDECR.SS when not in Debug state* in the *Arm® Architecture Reference Manual for A-profile architecture*. | 0b0 |
| [1:0] | **RES0** | Reserved | **RES0** |

### Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| Debug | 0x024 | EDECR | None |

This interface is accessible as follows:

**When IsCorePowered() && SoftwareLockStatus()**

RO

**When IsCorePowered() && !SoftwareLockStatus()**

RW

**Otherwise**

ERROR

## C.5.3 EDWAR, External Debug Watchpoint Address Register

Returns the virtual data address being accessed when a Watchpoint Debug Event was triggered.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Component**

Debug

**Register offsets (2)**

0x030,0x034

**Access type**

See bit descriptions

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure C-108: ext_edwar bit assignments




**Table C-198: EDWAR bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | None | Watchpoint address. The data virtual address being accessed when a Watchpoint Debug Event was triggered and caused entry to Debug state. This address must be within a naturally-aligned block of memory of power-of-two size no larger than the DC ZVA block size.<br><br>The value of this register is UNKNOWN if the PE is in Non-debug state, or if Debug state was entered other than for a Watchpoint debug event.<br><br>The value of EDWAR[63:32] is UNKNOWN if Debug state was entered for a Watchpoint debug event taken from AArch32 state.<br><br>The EDWAR is subject to the same alignment rules as the reporting of a watchpointed address in the FAR. See *Determining the memory location that caused a Watchpoint exception* in the *Arm® Architecture Reference Manual for A-profile architecture*. | 64{x} |

## Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| Debug | 0x030 | EDWAR | 31:0 |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus()**

RO

**Otherwise**

ERROR

| Component | Offset | Instance | Range |
|---|---|---|---|
| Debug | 0x034 | EDWAR | 63:32 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus()**

RO

**Otherwise**

ERROR

## C.5.4 DBGDTRRX_EL0, Debug Data Transfer Register, Receive

Transfers data from an external debugger to the PE. For example, it is used by a debugger transferring commands and data to a debug target. See AArch64-DBGDTR_EL0 for additional architectural mappings. It is a component of the Debug Communications Channel.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

Debug

**Register offset**

0x080

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-109: ext_dbgdtrrx_el0 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table C-201: DBGDTRRX_EL0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:0] | None | Update DTRRX.<br><br>Writes to this register:<br>• If RXfull is set to 1, set DTRRX to **UNKNOWN**.<br>• If RXfull is set to 0, update the value in DTRRX.<br><br>After the write, RXfull is set to 1.<br><br>Reads of this register:<br>• If RXfull is set to 1, return the last value written to DTRRX.<br>• If RXfull is set to 0, return an **UNKNOWN** value.<br><br>After the read, RXfull remains unchanged.<br><br>For the full behavior of the Debug Communications Channel, see *The Debug Communication Channel and Instruction Transfer Register* in the *Arm® Architecture Reference Manual for A-profile architecture*. | `32{x}` |

## Access

If ext-EDSCR.ITE == 0 when the PE exits Debug state on receiving a Restart request trigger event, the behavior of any operation issued by a DTR access in memory access mode that has not completed execution is **CONSTRAINED UNPREDICTABLE**, and must do one of the following:

- It must complete execution in Debug state before the PE executes the restart sequence.
- It must complete execution in Non-debug state before the PE executes the restart sequence.
- It must be abandoned. This means that the instruction does not execute. Any registers or memory accessed by the instruction are left in an **UNKNOWN** state.

## Accessibility

If ext-EDSCR.ITE == 0 when the PE exits Debug state on receiving a Restart request trigger event, the behavior of any operation issued by a DTR access in memory access mode that has not completed execution is CONSTRAINED UNPREDICTABLE, and must do one of the following:

- It must complete execution in Debug state before the PE executes the restart sequence.
- It must complete execution in Non-debug state before the PE executes the restart sequence.
- It must be abandoned. This means that the instruction does not execute. Any registers or memory accessed by the instruction are left in an UNKNOWN state.

| Component | Offset | Instance | Range |
|---|---|---|---|
| Debug | 0x080 | DBGDTRRX_EL0 | None |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && SoftwareLockStatus()**

RO

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && !SoftwareLockStatus()**

RW

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Otherwise**

ERROR

## C.5.5 EDITR, External Debug Instruction Transfer Register

Used in Debug state for passing instructions to the PE for execution.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

Debug

**Register offset**

0x084

**Access type**

See bit descriptions

**Reset value**

**When in AArch32 state**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

**When in AArch64 state**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

When in AArch32 state

**Figure C-110: ext_editr bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table C-203: EDITR bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:16] | hw2 | Second halfword of the T32 instruction to be executed on the PE. When EDITR contains a 16-bit T32 instruction, this field is ignored. For more information, see *Behavior in Debug state* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>**Note:**<br>The hw2 field is displayed on the left. This is not the usual convention for display of T32 instruction halfwords. | `16{x}` |
| [15:0] | hw1 | First halfword of the T32 instruction to be executed on the PE.<br><br>**Note:**<br>The hw1 field is displayed on the right. This is not the usual convention for display of T32 instruction halfwords. | `16{x}` |

When in AArch64 state

**Figure C-111: ext_editr bit assignments**




**Table C-204: EDITR bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:0] | None | A64 instruction to be executed on the PE. | `32{x}` |

## Access

If ext-EDSCR.ITE == 0 when the PE exits Debug state on receiving a Restart request trigger event, the behavior of any instruction issued through the ITR in Normal access mode that has not completed execution is **CONSTRAINED UNPREDICTABLE**, and must do one of the following:

- It must complete execution in Debug state before the PE executes the restart sequence.
- It must complete execution in Non-debug state before the PE executes the restart sequence.
- It must be abandoned. This means that the instruction does not execute. Any registers or memory accessed by the instruction are left in an **UNKNOWN** state.

EDITR ignores writes if the PE is in Non-debug state.

## Accessibility

If ext-EDSCR.ITE == 0 when the PE exits Debug state on receiving a Restart request trigger event, the behavior of any instruction issued through the ITR in Normal access mode that has not completed execution is CONSTRAINED UNPREDICTABLE, and must do one of the following:

- It must complete execution in Debug state before the PE executes the restart sequence.
- It must complete execution in Non-debug state before the PE executes the restart sequence.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

- It must be abandoned. This means that the instruction does not execute. Any registers or memory accessed by the instruction are left in an UNKNOWN state.

EDITR ignores writes if the PE is in Non-debug state.

| Component | Offset | Instance | Range |
|---|---|---|---|
| Debug | 0x084 | EDITR | None |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && SoftwareLockStatus()**

WI

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && !SoftwareLockStatus()**

WO

**Otherwise**

ERROR

## C.5.6 EDSCR, External Debug Status and Control Register

Main control register for the debug implementation.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

Debug

**Register offset**

0x088

**Access type**

See bit descriptions

**Reset value**

000x 00xx 0000 xxxx x0xx xxxx x0xx xxxx

Note

Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure C-112: ext_edscr bit assignments




### Table C-206: EDSCR bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31] | TFO | Trace Filter Override. Overrides the Trace Filter controls allowing the external debugger to trace any visible Exception level.<br>**0b0**<br>Trace Filter controls are not affected.<br>**0b1**<br>Trace Filter controls in AArch64-TRFCR_EL1 and AArch64-TRFCR_EL2 are ignored.<br>Trace Filter controls AArch32-TRFCR and AArch32-HTRFCR are ignored.<br>When AArch64-OSLSR_EL1.OSLK is 1, this bit can be indirectly read and written through the following System registers:<br>• AArch64-MDSCR_EL1.<br>• AArch32-DBGDSCRext.<br>This bit is ignored by the PE when ExternalSecureNoninvasiveDebugEnabled() is FALSE and the Effective value of AArch64-MDCR_EL3.STE is 1. | 0b0 |
| [30] | RXfull | DTRRX full.<br>Access to this field is: RO | 0b0 |
| [29] | TXfull | DTRTX full.<br>Access to this field is: RO | 0b0 |
| [28] | ITO | ITR overrun. Set to 0 on entry to Debug state.<br>**When !Halted()**<br>Access to this field is: UNKNOWN/WI<br>**Otherwise**<br>Access to this field is: RO | x |
| [27] | RXO | DTRRX overrun.<br>Access to this field is: RO | 0b0 |
| [26] | TXU | DTRTX underrun.<br>Access to this field is: RO | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [25] | PipeAdv | Pipeline Advance. Indicates that software execution is progressing.<br>**`0b0`**<br>No progress has been made by the PE since the last time this field was cleared to zero by writing 1 to ext-EDRCR.CSPA.<br>**`0b1`**<br>Progress has been made by the PE since the last time this field was cleared to zero by writing 1 to ext-EDRCR.CSPA.<br>The architecture does not define precisely when this field is set to 1. It requires only that this happen periodically in Non-debug state to indicate that software execution is progressing. For example, a PE might set this field to 1 each time the PE retires one or more instructions, or at periodic intervals during the progression of an instruction.<br>Access to this field is: RO | `x` |
| [24] | ITE | ITR empty.<br>**When !Halted()**<br>Access to this field is: **UNKNOWN**/WI<br>**Otherwise**<br>Access to this field is: RO | `x` |
| [23:22] | INTdis | Interrupt disable. Disables taking interrupts in Non-debug state.<br>**`0b00`**<br>Masking of interrupts is controlled by PSTATE and interrupt routing controls.<br>**`0b01`**<br>If ExternalInvasiveDebugEnabled() is TRUE, then all interrupts taken to Non-secure state are masked.<br>If ExternalSecureInvasiveDebugEnabled() is TRUE, then all interrupts taken to Secure state are masked.<br>**Note:**<br>All interrupts includes virtual and SError interrupts.<br>When AArch64-OSLSR_EL1.OSLK is 1, this field can be indirectly read and written through the following System registers:<br>• AArch64-MDSCR_EL1.<br>• AArch32-DBGDSCRext.<br>The Effective value of this field is `0b00` when ExternalInvasiveDebugEnabled() is FALSE.<br>When FEAT_Debugv8p4 is implemented, bit[23] of this register is **RES0**. | `0b00` |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [21] | TDA | Traps accesses to the following debug System registers:<br>• AArch64: AArch64-DBGBCR<n>_EL1, AArch64-DBGBVR<n>_EL1, AArch64-DBGWCR<n>_EL1, AArch64-DBGWVR<n>_EL1.<br>• AArch32: AArch32-DBGBCR<n>, AArch32-DBGBVR<n>, AArch32-DBGBXVR<n>, AArch32-DBGWCR<n>, AArch32-DBGWVR<n>.<br>**0b0**<br>Accesses to debug System registers do not generate a Software Access Debug event.<br>**0b1**<br>Accesses to debug System registers generate a Software Access Debug event, if AArch64-OSLSR_EL1.OSLK is 0 and if halting is allowed. | 0b0 |
| [20] | MA | Memory access mode. Controls the use of memory-access mode for accessing ITR and the DCC. This bit is ignored if in Non-debug state and set to zero on entry to Debug state.<br>Possible values of this field are:<br>**0b0**<br>Normal access mode.<br>**0b1**<br>Memory access mode. | 0b0 |
| [19] | RES0 | Reserved | RES0 |
| [18] | NS | Non-secure status. In Debug state, gives the current Security state:<br>**0b0**<br>Secure state.<br>**0b1**<br>Non-secure state.<br>**When !Halted()**<br>Access to this field is: UNKNOWN/WI<br>**Otherwise**<br>Access to this field is: RO | x |
| [17] | RES0 | Reserved | RES0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [16] | SDD | Secure debug disabled.<br><br>On entry to Debug state:<br>• If entering in Secure state, SDD is set to 0.<br>• If entering in Non-secure state, SDD is set to the inverse of `ExternalSecureInvasiveDebugEnabled`().<br><br>In Debug state, the value of the SDD bit does not change, even if `ExternalSecureInvasiveDebugEnabled`() changes.<br><br>In Non-debug state:<br>• SDD returns the inverse of `ExternalSecureInvasiveDebugEnabled`(). If the authentication signals that control `ExternalSecureInvasiveDebugEnabled`() change, a context synchronization event is required to guarantee their effect.<br>• This bit is unaffected by the Security state of the PE.<br><br>Access to this field is: RO | `x` |
| [15] | RES0 | Reserved | RES0 |
| [14] | HDE | Halting debug enable.<br>**0b0**<br>Halting disabled for Breakpoint, Watchpoint and Halt Instruction debug events.<br>**0b1**<br>Halting enabled for Breakpoint, Watchpoint and Halt Instruction debug events. | `0b0` |
| [13:10] | RW | Exception level Execution state status. In Debug state, each bit gives the current Execution state of each Exception level.<br>**0b1111**<br>Any of the following:<br>• The PE is in Non-debug state.<br>• The PE is at EL0 using AArch64.<br>• The PE is not at EL0, and EL1, EL2, and EL3 are using AArch64.<br>**0b1110**<br>The PE is in Debug state at EL0. EL0 is using AArch32. EL1, EL2, and EL3 are using AArch64.<br>**110x**<br>The PE is in Debug state. EL0 and EL1 are using AArch32. EL2 is enabled in the current Security state and is using AArch64. If implemented, EL3 is using AArch64.<br>**10xx**<br>The PE is in Debug state. EL0 and EL1 are using AArch32. EL2 is not implemented, disabled in the current Security state, or using AArch32. EL3 is using AArch64.<br>**0xxx**<br>The PE is in Debug state. All Exception levels are using AArch32.<br><br>**When !Halted()**<br>Access to this field is: RAO/WI<br>**Otherwise**<br>Access to this field is: RO | `xxxx` |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [9:8] | EL | Exception level. In Debug state, gives the current Exception level of the PE.<br><br>**When !Halted()**<br>Access to this field is: **RAZ/WI**<br>**Otherwise**<br>Access to this field is: RO | `xx` |
| [7] | A | SError interrupt pending. In Debug state, indicates whether an SError interrupt is pending:<br>• If AArch64-HCR_EL2.{AMO, TGE} = {1, 0}, EL2 is enabled in the current Security state, and the PE is executing at EL0 or EL1, a virtual SError interrupt.<br>• Otherwise, a physical SError interrupt.<br><br>**`0b0`**<br>No SError interrupt pending.<br>**`0b1`**<br>SError interrupt pending.<br><br>A debugger can read EDSCR to check whether an SError interrupt is pending without having to execute further instructions. A pending SError might indicate data from target memory is corrupted.<br><br>**When !Halted()**<br>Access to this field is: **UNKNOWN**/WI<br>**Otherwise**<br>Access to this field is: RO | `x` |
| [6] | ERR | Cumulative error flag. This bit is set to 1 following exceptions in Debug state and on any signaled overrun or underrun on the DTR or EDITR.<br><br>Access to this field is: RO | `0b0` |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [5:0] | STATUS | Debug status flags.<br>**0b000001**<br>PE is restarting, exiting Debug state.<br>**0b000010**<br>PE is in Non-debug state.<br>**0b000111**<br>Breakpoint.<br>**0b010011**<br>External debug request.<br>**0b011011**<br>Halting step, normal.<br>**0b011111**<br>Halting step, exclusive.<br>**0b100011**<br>OS Unlock Catch.<br>**0b100111**<br>Reset Catch.<br>**0b101011**<br>Watchpoint.<br>**0b101111**<br>HLT instruction.<br>**0b110011**<br>Software access to debug register.<br>**0b110111**<br>Exception Catch.<br>**0b111011**<br>Halting step, no syndrome.<br><br>All other values of STATUS are reserved.<br><br>Access to this field is: RO | 6{x} |

## Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| Debug | 0x088 | EDSCR | None |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && SoftwareLockStatus()**

RO

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && !SoftwareLockStatus()**

RW

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Otherwise**

ERROR

## C.5.7 DBGDTRTX_EL0, Debug Data Transfer Register, Transmit

Transfers data from the PE to an external debugger. For example, it is used by a debug target to transfer data to the debugger. See AArch64-DBGDTR_EL0 for additional architectural mappings. It is a component of the Debug Communication Channel.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

Debug

**Register offset**

0x08C

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

> **Note**
>
> Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-113: ext_dbgdtrtx_el0 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table C-208: DBGDTRTX_EL0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:0] | None | Return DTRTX.<br><br>Reads of this register:<br>• If TXfull is set to 1, return the last value written to DTRTX.<br>• If TXfull is set to 0, return an **UNKNOWN** value.<br><br>After the read, TXfull is cleared to 0.<br><br>Writes to this register:<br>• If TXfull is set to 1, set DTRTX to **UNKNOWN**.<br>• If TXfull is set to 0, update the value in DTRTX.<br><br>After the write, TXfull remains unchanged.<br><br>For the full behavior of the Debug Communications Channel, see *The Debug Communication Channel and Instruction Transfer Register* in the *Arm® Architecture Reference Manual for A-profile architecture*. | `32{x}` |

## Access

If ext-EDSCR.ITE == 0 when the PE exits Debug state on receiving a Restart request trigger event, the behavior of any operation issued by a DTR access in memory access mode that has not completed execution is **CONSTRAINED UNPREDICTABLE**, and must do one of the following:

- It must complete execution in Debug state before the PE executes the restart sequence.
- It must complete execution in Non-debug state before the PE executes the restart sequence.
- It must be abandoned. This means that the instruction does not execute. Any registers or memory accessed by the instruction are left in an **UNKNOWN** state.

## Accessibility

If ext-EDSCR.ITE == 0 when the PE exits Debug state on receiving a Restart request trigger event, the behavior of any operation issued by a DTR access in memory access mode that has not completed execution is CONSTRAINED UNPREDICTABLE, and must do one of the following:

- It must complete execution in Debug state before the PE executes the restart sequence.
- It must complete execution in Non-debug state before the PE executes the restart sequence.
- It must be abandoned. This means that the instruction does not execute. Any registers or memory accessed by the instruction are left in an UNKNOWN state.

| Component | Offset | Instance | Range |
|---|---|---|---|
| Debug | 0x08C | DBGDTRTX_EL0 | None |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && SoftwareLockStatus()**

RO

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && !SoftwareLockStatus()**

RW

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Otherwise**

ERROR

## C.5.8 EDRCR, External Debug Reserve Control Register

This register is used to allow imprecise entry to Debug state and clear sticky bits in ext-EDSCR.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

Debug

**Register offset**

0x090

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note: Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-114: ext_edrcr bit assignments**




**Table C-210: EDRCR bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:5] | RES0 | Reserved | RES0 |
| [4] | CBRRQ | This feature is not supported. Writes to this bit are ignored<br>`0b0`<br>No action. | x |

| Bits | Name | Description | Reset |
|---|---|---|---|
| [3] | CSPA | Clear Sticky Pipeline Advance. This bit is used to clear the ext-EDSCR.PipeAdv bit to 0.<br>**`0b0`**<br>No action.<br>**`0b1`**<br>Clear the ext-EDSCR.PipeAdv bit to 0. | `x` |
| [2] | CSE | Clear Sticky Error. Used to clear the ext-EDSCR cumulative error bits to 0.<br>**`0b0`**<br>No action.<br>**`0b1`**<br>Clear the ext-EDSCR.{TXU, RXO, ERR} bits, and, if the PE is in Debug state, the ext-EDSCR.ITO bit, to 0. | `x` |
| [1:0] | **RES0** | Reserved | **RES0** |

### Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| Debug | 0x090 | EDRCR | None |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && SoftwareLockStatus()**

WI

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && !SoftwareLockStatus()**

WO

**Otherwise**

ERROR

## C.5.9 EDECCR, External Debug Exception Catch Control Register

Controls Exception Catch debug events. For more information, see *Exception Catch debug event* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

Debug

**Register offset**

0x098

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Access type

See bit descriptions

### Reset value

xxxx xxxx xxxx xxxx x000 0000 x00x 000x

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure C-115: ext_edeccr bit assignments




**Table C-212: EDECCR bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:17] | **RES0** | Reserved | **RES0** |
| [16] | RLE0 | None<br>Access to this field is: **RES0** | `x` |
| [15] | NSR3 | None<br>Access to this field is: **RES0** | `x` |
| [14] | NSR2 | Controls exception catch on exception return to Non-secure EL2 in conjunction with EDECCR.NSE2.<br>**`0b0`**<br>If EDECCR.NSE2 is 0, then Exception Catch debug events are disabled for Non-secure EL2.<br>If EDECCR.NSE2 is 1, then Exception Catch debug events are enabled for exception entry, reset entry, and exception return to Non-secure EL2.<br>**`0b1`**<br>If EDECCR.NSE2 is 0, then Exception Catch debug events are enabled for exception returns to Non-secure EL2.<br>If EDECCR.NSE2 is 1, then Exception Catch debug events are enabled for exception entry and reset entry to Non-secure EL2. | `0b0` |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [13] | NSR1 | Controls exception catch on exception return to Non-secure EL1 in conjunction with EDECCR.NSE1.<br>**0b0**<br>If EDECCR.NSE1 is 0, then Exception Catch debug events are disabled for Non-secure EL1.<br>If EDECCR.NSE1 is 1, then Exception Catch debug events are enabled for exception entry, reset entry, and exception return to Non-secure EL1.<br>**0b1**<br>If EDECCR.NSE1 is 0, then Exception Catch debug events are enabled for exception returns to Non-secure EL1.<br>If EDECCR.NSE1 is 1, then Exception Catch debug events are enabled for exception entry and reset entry to Non-secure EL1. | 0b0 |
| [12] | NSR0 | Controls exception catch on exception return to Non-secure EL0.<br>**0b0**<br>Exception Catch debug events are disabled for Non-secure EL0.<br>**0b1**<br>Exception Catch debug events are enabled for exception returns to Non-secure EL0. | 0b0 |
| [11] | SR3 | Controls exception catch on exception return to EL3 in conjunction with EDECCR.SE3.<br>**0b0**<br>If EDECCR.SE3 is 0, then Exception Catch debug events are disabled for EL3.<br>If EDECCR.SE3 is 1, then Exception Catch debug events are enabled for exception entry, reset entry, and exception return to EL3.<br>**0b1**<br>If EDECCR.SE3 is 0, then Exception Catch debug events are enabled for exception returns to EL3.<br>If EDECCR.SE3 is 1, then Exception Catch debug events are enabled for exception entry and reset entry to EL3. | 0b0 |
| [10] | SR2 | Controls exception catch on exception return to Secure EL2 in conjunction with EDECCR.SE2.<br>**0b0**<br>If EDECCR.SE2 is 0, then Exception Catch debug events are disabled for Secure EL2.<br>If EDECCR.SE2 is 1, then Exception Catch debug events are enabled for exception entry, reset entry, and exception return to Secure EL2.<br>**0b1**<br>If EDECCR.SE2 is 0, then Exception Catch debug events are enabled for exception returns to Secure EL2.<br>If EDECCR.SE2 is 1, then Exception Catch debug events are enabled for exception entry and reset entry to Secure EL2. | 0b0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [9] | SR1 | Controls exception catch on exception return to Secure EL1 in conjunction with EDECCR.SE1.<br>**0b0**<br>If EDECCR.SE1 is 0, then Exception Catch debug events are disabled for Secure EL1.<br>If EDECCR.SE1 is 1, then Exception Catch debug events are enabled for exception entry, reset entry, and exception return to Secure EL1.<br>**0b1**<br>If EDECCR.SE1 is 0, then Exception Catch debug events are enabled for exception returns to Secure EL1.<br>If EDECCR.SE1 is 1, then Exception Catch debug events are enabled for exception entry and reset entry to Secure EL1. | 0b0 |
| [8] | SR0 | Controls exception catch on exception return to Secure EL0.<br>**0b0**<br>Exception Catch debug events are disabled for Secure EL0.<br>**0b1**<br>Exception Catch debug events are enabled for exception returns to Secure EL0. | 0b0 |
| [7] | NSE3 | None<br>Access to this field is: **RES0** | x |
| [6] | NSE2 | Controls exception catch on exception entry to Non-secure EL2. Also controls exception catch on exception return to Non-secure EL2 in conjunction with EDECCR.NSR2.<br>**0b0**<br>If EDECCR.NSR2 is 0, then Exception Catch debug events are disabled for Non-secure EL2.<br>If EDECCR.NSR2 is 1, then Exception Catch debug events are enabled for exception returns to Non-secure EL2.<br>**0b1**<br>If EDECCR.NSR2 is 0, then Exception Catch debug events are enabled for exception entry, reset entry, and exception return to Non-secure EL2.<br>If EDECCR.NSR2 is 1, then Exception Catch debug events are enabled for exception entry and reset entry to Non-secure EL2.<br>**Note:**<br>It is **IMPLEMENTATION DEFINED** whether a reset entry to an Exception level will generate an Exception Catch debug event. | 0b0 |

| Bits | Name | Description | Reset |
|---|---|---|---|
| [5] | NSE1 | Controls exception catch on exception entry to Non-secure EL1. Also controls exception catch on exception return to Non-secure EL1 in conjunction with EDECCR.NSR1.<br>**0b0**<br>If EDECCR.NSR1 is 0, then Exception Catch debug events are disabled for Non-secure EL1.<br>If EDECCR.NSR1 is 1, then Exception Catch debug events are enabled for exception returns to Non-secure EL1.<br>**0b1**<br>If EDECCR.NSR1 is 0, then Exception Catch debug events are enabled for exception entry, reset entry, and exception return to Non-secure EL1.<br>If EDECCR.NSR1 is 1, then Exception Catch debug events are enabled for exception entry and reset entry to Non-secure EL1.<br>**Note:**<br>It is **IMPLEMENTATION DEFINED** whether a reset entry to an Exception level will generate an Exception Catch debug event. | `0b0` |
| [4] | NSE0 | None<br>Access to this field is: **RES0** | `x` |
| [3] | SE3 | Controls exception catch on exception entry to EL3. Also controls exception catch on exception return to EL3 in conjunction with EDECCR.SR3.<br>**0b0**<br>If EDECCR.SR3 is 0, then Exception Catch debug events are disabled for EL3.<br>If EDECCR.SR3 is 1, then Exception Catch debug events are enabled for exception returns to EL3.<br>**0b1**<br>If EDECCR.SR3 is 0, then Exception Catch debug events are enabled for exception entry, reset entry, and exception return to EL3.<br>If EDECCR.SR3 is 1, then Exception Catch debug events are enabled for exception entry and reset entry to EL3.<br>**Note:**<br>It is **IMPLEMENTATION DEFINED** whether a reset entry to an Exception level will generate an Exception Catch debug event. | `0b0` |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [2] | SE2 | Controls exception catch on exception entry to Secure EL2. Also controls exception catch on exception return to Secure EL2 in conjunction with EDECCR.SR2.<br>**0b0**<br>If EDECCR.SR2 is 0, then Exception Catch debug events are disabled for Secure EL2.<br>If EDECCR.SR2 is 1, then Exception Catch debug events are enabled for exception returns to Secure EL2.<br>**0b1**<br>If EDECCR.SR2 is 0, then Exception Catch debug events are enabled for exception entry, reset entry, and exception return to Secure EL2.<br>If EDECCR.SR2 is 1, then Exception Catch debug events are enabled for exception entry and reset entry to Secure EL2.<br>**Note:**<br>It is **IMPLEMENTATION DEFINED** whether a reset entry to an Exception level will generate an Exception Catch debug event. | 0b0 |
| [1] | SE1 | Controls exception catch on exception entry to Secure EL1. Also controls exception catch on exception return to Secure EL1 in conjunction with EDECCR.SR1.<br>**0b0**<br>If EDECCR.SR1 is 0, then Exception Catch debug events are disabled for Secure EL1.<br>If EDECCR.SR1 is 1, then Exception Catch debug events are enabled for exception returns to Secure EL1.<br>**0b1**<br>If EDECCR.SR1 is 0, then Exception Catch debug events are enabled for exception entry, reset entry, and exception return to Secure EL1.<br>If EDECCR.SR1 is 1, then Exception Catch debug events are enabled for exception entry and reset entry to Secure EL1.<br>**Note:**<br>It is **IMPLEMENTATION DEFINED** whether a reset entry to an Exception level will generate an Exception Catch debug event. | 0b0 |
| [0] | SE0 | None<br>Access to this field is: **RES0** | x |

## Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| Debug | 0x098 | EDECCR | None |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && SoftwareLockStatus()**

RO

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && !SoftwareLockStatus()**

RW

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Otherwise**

ERROR

## C.5.10 OSLAR_EL1, OS Lock Access Register

Used to lock or unlock the OS Lock.

### Configurations

If FEAT_Debugv8p2 is not implemented, it is IMPLEMENTATION DEFINED whether external debug accesses to OSLAR_EL1 are ignored and return an error when AllowExternalDebugAccess() returns FALSE for the access.

If FEAT_Debugv8p2 is implemented, external debug accesses to OSLAR_EL1 are ignored and return an error when AllowExternalDebugAccess() returns FALSE for the access.

### Attributes

**Width**

32

**Component**

Debug

**Register offset**

0x300

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-116: ext_oslar_el1 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table C-214: OSLAR_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:1] | RES0 | Reserved | RES0 |
| [0] | OSLK | On writes to OSLAR_EL1, bit[0] is copied to the OS Lock.<br><br>Use ext-EDPRSR.OSLK to check the current status of the lock. | x |

### Access

SoftwareLockStatus() depends on the type of access attempted and AllowExternalDebugAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

### Accessibility

SoftwareLockStatus() depends on the type of access attempted and AllowExternalDebugAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

| Component | Offset | Instance | Range |
|---|---|---|---|
| Debug | 0x300 | OSLAR_EL1 | None |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && AllowExternalDebugAccess() && SoftwareLockStatus()**

WI

**When IsCorePowered() && !DoubleLockStatus() && AllowExternalDebugAccess() && ! SoftwareLockStatus()**

WO

**Otherwise**

ERROR

## C.5.11 EDPRCR, External Debug Power/Reset Control Register

Controls the PE functionality related to powerup, reset, and powerdown.

### Configurations

If FEAT_DoPD is implemented then all fields in this register are in the Core power domain.

CORENPDRQ is the only field that is mapped between the EDPRCR and DBGPRCR and DBGPRCR_EL1.

### Attributes

**Width**

32

**Component**

Debug

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Register offset**

0x310

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xx0x

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-117: ext_edprcr bit assignments**




**Table C-216: EDPRCR bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:2] | RES0 | Reserved | RES0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [1] | CWRR | Warm reset request.<br><br>The extent of the reset is **IMPLEMENTATION DEFINED**, but must be one of:<br>• The request is ignored.<br>• Only this PE is Warm reset.<br>• This PE and other components of the system, possibly including other PEs, are Warm reset.<br><br>Arm deprecates use of this bit, and recommends that implementations ignore the request.<br>**0b0**<br>No action.<br>**0b1**<br>Request Warm reset.<br><br>This field is in the Core power domain<br><br>The PE ignores writes to this bit if any of the following are true:<br>• ExternalSecureInvasiveDebugEnabled() == FALSE and EL3 is implemented.<br><br>In an implementation that includes the recommended external debug interface, this bit drives the DBGRSTREQ signal.<br><br>**When OSLockStatus() \|\| SoftwareLockStatus()**<br>Access to this field is: **RAZ/WI**<br>**Otherwise**<br>Access to this field is: WO/**RAZ** | 0b0 |
| [0] | CORENPDRQ | This field is in the Core power domain, and permitted accesses to this field map to the AArch64-DBGPRCR_EL1.CORENPDRQ field.<br>**0b0**<br>If the system responds to a powerdown request, it powers down Core power domain.<br>**0b1**<br>If the system responds to a powerdown request, it does not powerdown the Core power domain, but instead emulates a powerdown of that domain.<br><br>**When OSLockStatus()**<br>Access to this field is: **UNKNOWN**/WI<br>**When SoftwareLockStatus()**<br>Access to this field is: RO<br>**Otherwise**<br>Access to this field is: RW | x [5] |

## Accessibility

On permitted accesses to the register, other access controls affect the behavior of some fields. See the field descriptions for more information.

[5] On a Cold reset, if the powerup request is implemented and the powerup request has been asserted, this field is an **IMPLEMENTATION DEFINED** choice of 0 or 1. If the powerup request is not asserted, this field is set to 0.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Component | Offset | Instance | Range |
|---|---|---|---|
| Debug | 0x310 | EDPRCR | None |

This interface is accessible as follows:

**When IsCorePowered() && SoftwareLockStatus()**

RO

**When IsCorePowered() && !SoftwareLockStatus()**

RW

**Otherwise**

ERROR

## C.5.12 EDPRSR, External Debug Processor Status Register

Holds information about the reset and powerdown state of the PE.

### Configurations

If FEAT_DoPD is implemented then all fields in this register are in the Core power domain.

### Attributes

**Width**

32

**Component**

Debug

**Register offset**

0x314

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xx0x x0x0 xxxx 1x11

Note

Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure C-118: ext_edprsr bit assignments




### Table C-218: EDPRSR bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:14] | **RES0** | Reserved | **RES0** |
| [13] | STAD | Sticky ETAD error. Set to 1 when a Non-secure external debug interface access to an external trace register returns an error because `AllowExternalTraceAccess`() == FALSE for the access.<br>**`0b0`**<br>Since EDPRSR was last read, no external accesses to the trace unit registers have failed because `AllowExternalTraceAccess`() was FALSE for the access.<br>**`0b1`**<br>Since EDPRSR was last read, at least one external access to the trace unit registers has failed because `AllowExternalTraceAccess`() was FALSE for the access.<br>If `IsCorePowered`() == TRUE, the Core power domain is powered up, then, following a read of EDPRSR:<br>• If FEAT_DoubleLock is not implemented or DoubleLockStatus() == FALSE then this bit clears to 0.<br>• If FEAT_DoubleLock is implemented and DoubleLockStatus() == TRUE then it is **CONSTRAINED UNPREDICTABLE** whether this bit clears to 0 or is unchanged.<br>This bit is in the Core power domain.<br>**Note:**<br>If FEAT_DoPD is implemented, FEAT_DoubleLock is not implemented.<br>**When DoubleLockStatus() \|\| ext-EDPRSR.R == '1'**<br>Access to this field is: **UNKNOWN**/WI<br>**Otherwise**<br>Access to this field is: RC/**WI** | `0b0` |

| Bits | Name | Description | Reset |
|---|---|---|---|
| [12] | ETAD | External Trace Access Disable status.<br>**0b0**<br>External Non-secure trace unit accesses enabled. `AllowExternalTraceAccess()` == TRUE for a Non-secure access.<br>**0b1**<br>External Non-secure trace unit accesses disabled. `AllowExternalTraceAccess()` == FALSE for a Non-secure access.<br>This bit is in the Core power domain.<br>**Note:**<br>If FEAT_DoPD is implemented, FEAT_DoubleLock is not implemented.<br>**When DoubleLockStatus() \|\| ext-EDPRSR.R == '1'**<br>Access to this field is: **UNKNOWN**/WI<br>**Otherwise**<br>Access to this field is: RO | x |
| [11] | SDR | Sticky Debug Restart. Set to 1 when the PE exits Debug state.<br>Permitted values are:<br>**0b0**<br>The PE has not restarted since EDPRSR was last read.<br>**0b1**<br>The PE has restarted since EDPRSR was last read.<br>**Note:**<br>If a reset occurs when the PE is in Debug state, the PE exits Debug state. SDR is **UNKNOWN** on Warm reset, meaning a debugger must also use the SR bit to determine whether the PE has left Debug state.<br>If the Core power domain is powered up, then following a read of EDPRSR:<br>• This bit clears to 0.<br>This field is in the Core power domain.<br>**When DoubleLockStatus() \|\| ext-EDPRSR.R == '1'**<br>Access to this field is: **UNKNOWN**/WI<br>**When SoftwareLockStatus()**<br>Access to this field is: RO<br>**Otherwise**<br>Access to this field is: RC/**WI** | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [10] | SPMAD | Sticky EPMAD error. Set to 1 if an external debug interface access to a Performance Monitors register returns an error because `AllowExternalPMUAccess() == FALSE`.<br><br>Permitted values are:<br>**`0b0`**<br>No Non-secure external debug interface accesses to the external Performance Monitors registers have failed because `AllowExternalPMUAccess() == FALSE` for the access since EDPRSR was last read.<br>**`0b1`**<br>At least one Non-secure external debug interface access to the external Performance Monitors register has failed and returned an error because `AllowExternalPMUAccess() == FALSE` for the access since EDPRSR was last read.<br><br>If the Core power domain is powered up, then following a read of EDPRSR:<br>• This bit clears to 0.<br><br>This field is in the Core power domain.<br><br>**When DoubleLockStatus() \|\| ext-EDPRSR.R == '1'**<br>Access to this field is: UNKNOWN/WI<br>**When SoftwareLockStatus()**<br>Access to this field is: RO<br>**Otherwise**<br>Access to this field is: RC/WI | `0b0` |
| [9] | EPMAD | External Performance Monitors Non-secure Access Disable status.<br>**`0b0`**<br>External Non-secure Performance Monitors access enabled. `AllowExternalPMUAccess() == TRUE` for a Non-secure access.<br>**`0b1`**<br>External Non-secure Performance Monitors access disabled. `AllowExternalPMUAccess() == FALSE` for a Non-secure access.<br><br>This field is in the Core power domain.<br><br>**When DoubleLockStatus() \|\| ext-EDPRSR.R == '1'**<br>Access to this field is: UNKNOWN/WI<br>**Otherwise**<br>Access to this field is: RO | `x` |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [8] | SDAD | Sticky EDAD error. Set to 1 if an external debug interface access to a debug register returns an error because `AllowExternalDebugAccess()` == FALSE.<br>**`0b0`**<br>No Non-secure external debug interface accesses to the debug registers have failed because `AllowExternalDebugAccess()` == FALSE for the access since EDPRSR was last read.<br>**`0b1`**<br>At least one Non-secure external debug interface access to the debug registers has failed and returned an error because `AllowExternalDebugAccess()` == FALSE for the access since EDPRSR was last read.<br>If the Core power domain is powered up, then, following a read of EDPRSR:<br>• This bit clears to 0.<br>This field is in the Core power domain.<br>**When DoubleLockStatus() || ext-EDPRSR.R == '1'**<br>Access to this field is: UNKNOWN/WI<br>**Otherwise**<br>Access to this field is: RO | `0b0` |
| [7] | EDAD | External Debug Access Disable status.<br>**`0b0`**<br>External Non-secure access to breakpoint registers, watchpoint registers, and ext-OSLAR_EL1 enabled. `AllowExternalDebugAccess()` == TRUE for a Non-secure access.<br>**`0b1`**<br>External Non-secure access to breakpoint registers, watchpoint registers, and ext-OSLAR_EL1 disabled. `AllowExternalDebugAccess()` == FALSE for a Non-secure access.<br>This field is in the Core power domain.<br>**When DoubleLockStatus() || ext-EDPRSR.R == '1'**<br>Access to this field is: UNKNOWN/WI<br>**Otherwise**<br>Access to this field is: RO | `x` |
| [6] | DLK | This field is RES0. | `x` |
| [5] | OSLK | OS Lock status bit.<br>A read of this bit returns the value of AArch64-OSLSR_EL1.OSLK.<br>This field is in the Core power domain.<br>Access to this field is: RO | `x` |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [4] | HALTED | Halted status bit.<br>**0b0**<br>PE is in Non-debug state.<br>**0b1**<br>PE is in Debug state.<br><br>This field is in the Core power domain.<br><br>Access to this field is: RO | x |
| [3] | SR | Sticky core Reset status bit.<br><br>Permitted values are:<br>**0b0**<br>The non-debug logic of the PE is not in reset state and has not been reset since the last time EDPRSR was read.<br>**0b1**<br>The non-debug logic of the PE is in reset state or has been reset since the last time EDPRSR was read.<br><br>If EDPRSR.PU reads as 1 and EDPRSR.R reads as 0, which means that the Core power domain is in a powerup state and that the non-debug logic of the PE is not in reset state, then following a read of EDPRSR:<br>• This bit clears to 0.<br><br>This field is in the Core power domain.<br><br>**When DoubleLockStatus()**<br>Access to this field is: UNKNOWN/WI<br>**When SoftwareLockStatus()**<br>Access to this field is: RO<br>**Otherwise**<br>Access to this field is: RC/WI | 0b1 |
| [2] | R | PE Reset status bit.<br><br>Permitted values are:<br>**0b0**<br>The non-debug logic of the PE is not in reset state.<br>**0b1**<br>The non-debug logic of the PE is in reset state.<br><br>This field is in the Core power domain.<br><br>**When DoubleLockStatus()**<br>Access to this field is: UNKNOWN/WI<br>**Otherwise**<br>Access to this field is: RO | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [1] | SPD | Sticky core Powerdown status bit.<br><br>For more information, see *EDPRSR.{DLK, SPD, PU} and the Core power domain* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>**`0b0`**<br>If EDPRSR.PU is 0, it is not known whether the state of the debug registers in the Core power domain is lost.<br><br>If EDPRSR.PU is 1, the state of the debug registers in the Core power domain has not been lost.<br><br>**`0b1`**<br>The state of the debug registers in the Core power domain has been lost.<br><br>If the Core power domain is powered up, then, following a read of EDPRSR:<br>• This bit clears to 0.<br><br>When *EDPRSR.SPD when the Core domain is in either retention or powerdown state* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>EDPRSR.{DLK, SPD, PU} describe whether registers in the Core power domain can be accessed, and whether their state has been lost since the last time the register was read. For more information, see *EDPRSR.{DLK, SPD, PU} and the Core power domain* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>This field is in the Core power domain.<br><br>**When IsCorePowered() && DoubleLockStatus()**<br>Access to this field is: **UNKNOWN**/WI<br><br>**Otherwise**<br>Access to this field is: RO | `0b1` |
| [0] | PU | Core powerup status bit.<br><br>Access to this field is: **RAO/WI** | `0b1` |

## Access

On permitted accesses to the register, other access controls affect the behavior of some fields. See the field descriptions for more information.

If the Core power domain is powered up (EDPRSR.PU == 1), then following a read of EDPRSR:

- EDPRSR.{SDR, SPMAD, SDAD, SPD} are cleared to 0.
- EDPRSR.SR is cleared to 0 if the non-debug logic of the PE is not in reset state (EDPRSR.R == 0).

If FEAT_DoPD is not implemented and the Core power domain is powered down (EDPRSR.PU == 0), then:

- EDPRSR.{SDR, SPMAD, SDAD, SR} are all **UNKNOWN**, and are either reset or restored on being powered up.
- EDPRSR.SPD is not cleared following a read of EDPRSR. See the SPD bit description for more information.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

The clearing of bits is an indirect write to EDPRSR.

### Accessibility

On permitted accesses to the register, other access controls affect the behavior of some fields. See the field descriptions for more information.

If the Core power domain is powered up (EDPRSR.PU == 1), then following a read of EDPRSR:

- EDPRSR.{SDR, SPMAD, SDAD, SPD} are cleared to 0.
- EDPRSR.SR is cleared to 0 if the non-debug logic of the PE is not in reset state (EDPRSR.R == 0).

If FEAT_DoPD is not implemented and the Core power domain is powered down (EDPRSR.PU == 0), then:

- EDPRSR.{SDR, SPMAD, SDAD, SR} are all UNKNOWN, and are either reset or restored on being powered up.
- EDPRSR.SPD is not cleared following a read of EDPRSR. See the SPD bit description for more information.

The clearing of bits is an indirect write to EDPRSR.

| Component | Offset | Instance | Range |
|---|---|---|---|
| Debug | 0x314 | EDPRSR | None |

This interface is accessible as follows:

**When IsCorePowered()**

RO

**Otherwise**

ERROR

## C.5.13 DBGBVR0_EL1, Debug Breakpoint Value Registers

Holds a virtual address, or a VMID and/or a context ID, for use in breakpoint matching. Forms breakpoint n together with control register ext-DBGBCR<n>_EL1.

### Configurations

How this register is interpreted depends on the value of ext-DBGBCR<n>_EL1.BT.

- When ext-DBGBCR<n>_EL1.BT is 0b0x0x, this register holds a virtual address.
- When ext-DBGBCR<n>_EL1.BT is 0b001x, 0b011x, or 0b110x, this register holds a Context ID.
- When ext-DBGBCR<n>_EL1.BT is 0b100x, this register holds a VMID.
- When ext-DBGBCR<n>_EL1.BT is 0b101x, this register holds a VMID and a Context ID.
- When ext-DBGBCR<n>_EL1.BT is 0b111x, this register holds two Context ID values.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

For other values of ext-DBGBCR<n>_EL1.BT, this register is RES0.

If breakpoint n is not implemented then accesses to this register are:

- RES0 when IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess().
- A CONSTRAINED UNPREDICTABLE choice of RES0 or ERROR otherwise.

## Attributes

### Width

64

### Component

Debug

### Register offset

0x400

### Access type

See bit descriptions

### Reset value

**When ext-DBGBCR0_EL1.BT == '0x0x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

**When ext-DBGBCR0_EL1.BT == '001x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

**When ext-DBGBCR0_EL1.BT == '011x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

**When ext-DBGBCR0_EL1.BT == '100x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

**When ext-DBGBCR0_EL1.BT == '101x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

**When ext-DBGBCR0_EL1.BT == '110x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

**When ext-DBGBCR0_EL1.BT == '111x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

---

Note

Where the reset reads xxxx, see individual bits

---

## Bit descriptions

When ext-DBGBCR0_EL1.BT == '0x0'

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Figure C-119: ext_dbgbvr0_el1 bit assignments




### Table C-220: DBGBVR0_EL1 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:53] | RESS[14:4] | Reserved, Sign extended. Software must treat this field as **RES0** if the most significant bit of VA is 0 or **RES0**, and as RES1 if the most significant bit of VA is 1.<br><br>Hardware always ignores the value of these bits and it is IMPLEMENTATION DEFINED whether:<br>• The bits are hardwired to a copy of the most significant bit of VA, meaning writes to these bits are ignored, and reads to the bits always return the hardwired value.<br>• The value in those bits can be written, and reads will return the last value written. The value held in those bits is ignored by hardware. | 11{x} |
| [52:49] | RESS[3:0] | Extension to RESS[14:4]. For more information, see RESS[14:4]. | xxxx |
| [48:2] | VA[48:2] | If the address is being matched in an AArch64 stage 1 translation regime:<br>• This field contains bits[48:2] of the address for comparison.<br><br>If the address is being matched in an AArch32 stage 1 translation regime, the first 20 bits of this field are **RES0**, and the rest of the field contains bits[31:2] of the address for comparison. | 47{x} |
| [1:0] | **RES0** | Reserved | **RES0** |

When ext-DBGBCR0_EL1.BT == '001'

### Figure C-120: ext_dbgbvr0_el1 bit assignments




### Table C-221: DBGBVR0_EL1 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | **RES0** | Reserved | **RES0** |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:0] | ContextID | Context ID value for comparison.<br><br>The value is compared against AArch64-CONTEXTIDR_EL2 when (FEAT_VHE is implemented or FEAT_Debugv8p2 is implemented), EL2 is using AArch64, AArch64-HCR_EL2.E2H is 1, and either:<br>• The PE is executing at EL2.<br>• AArch64-HCR_EL2.TGE is 1, the PE is executing at EL0, and EL2 is enabled in the current Security state.<br><br>Otherwise, the value is compared against the following:<br>• AArch32-CONTEXTIDR when the PE is executing at AArch32.<br>• AArch64-CONTEXTIDR_EL1 when the PE is executing at AArch64. | 32{x} |

When ext-DBGBCR0_EL1.BT == '011'

**Figure C-121: ext_dbgbvr0_el1 bit assignments**




**Table C-222: DBGBVR0_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | **RES0** | Reserved | **RES0** |
| [31:0] | ContextID | Context ID value for comparison against AArch64-CONTEXTIDR_EL1. | 32{x} |

When ext-DBGBCR0_EL1.BT == '100'

**Figure C-122: ext_dbgbvr0_el1 bit assignments**




**Table C-223: DBGBVR0_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:48] | **RES0** | Reserved | **RES0** |
| [47:40] | VMID[15:8] | **When AArch64-VTCR_EL2.VS == '1'**<br>Extension to VMID[7:0]. For more information, see DBGBVR<n>_EL1.VMID[7:0].<br><br>**Otherwise**<br>RES0 | 8{x} |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [39:32] | VMID[7:0] | VMID value for comparison.<br><br>The VMID is 8 bits when any of the following are true:<br>• EL2 is using AArch32.<br>• AArch64-VTCR_EL2.VS is 0.<br>• FEAT_VMID16 is not implemented. | 8{x} |
| [31:0] | **RES0** | Reserved | **RES0** |

When ext-DBGBCR0_EL1.BT == '101'

**Figure C-123: ext_dbgbvr0_el1 bit assignments**




**Table C-224: DBGBVR0_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:48] | **RES0** | Reserved | **RES0** |
| [47:40] | VMID[15:8] | **When AArch64-VTCR_EL2.VS == '1'**<br>Extension to VMID[7:0]. For more information, see DBGBVR<n>_EL1.VMID[7:0].<br>If EL2 is using AArch32, or if the implementation has an 8-bit VMID, this field is **RES0**.<br><br>**Otherwise**<br>RES0 | 8{x} |
| [39:32] | VMID[7:0] | VMID value for comparison.<br><br>The VMID is 8 bits when any of the following are true:<br>• EL2 is using AArch32.<br>• AArch64-VTCR_EL2.VS is 0.<br>• FEAT_VMID16 is not implemented. | 8{x} |
| [31:0] | ContextID | Context ID value for comparison against AArch64-CONTEXTIDR_EL1. | 32{x} |

When ext-DBGBCR0_EL1.BT == '110'

**Figure C-124: ext_dbgbvr0_el1 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table C-225: DBGBVR0_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | ContextID2 | Context ID value for comparison against AArch64-CONTEXTIDR_EL2. | 32{x} |
| [31:0] | RES0 | Reserved | RES0 |

When ext-DBGBCR0_EL1.BT == '111'

**Figure C-125: ext_dbgbvr0_el1 bit assignments**




**Table C-226: DBGBVR0_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | ContextID2 | Context ID value for comparison against AArch64-CONTEXTIDR_EL2. | 32{x} |
| [31:0] | ContextID | Context ID value for comparison against AArch64-CONTEXTIDR_EL1. | 32{x} |

## Access

SoftwareLockStatus() depends on the type of access attempted and AllowExternalDebugAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

## Accessibility

SoftwareLockStatus() depends on the type of access attempted and AllowExternalDebugAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

| Component | Offset | Instance | Range |
|---|---|---|---|
| Debug | 0x400 | DBGBVR0_EL1 | 63:0 |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess() && SoftwareLockStatus()**

RO

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess() && !SoftwareLockStatus()**

RW

**Otherwise**

ERROR

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## C.5.14 DBGBCR0_EL1, Debug Breakpoint Control Registers

Holds control information for a breakpoint. Forms breakpoint n together with value register ext-DBGBVR<n>_EL1.

### Configurations

If breakpoint n is not implemented then accesses to this register are:

- RES0 when IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess().
- A CONSTRAINED UNPREDICTABLE choice of RES0 or ERROR otherwise.

### Attributes

**Width**

32

**Component**

Debug

**Register offset**

0x408

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

When the E field is zero, all the other fields in the register are ignored.

**Figure C-126: ext_dbgbcr0_el1 bit assignments**




**Table C-228: DBGBCR0_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:24] | RES0 | Reserved | RES0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [23:20] | BT | Breakpoint Type. Possible values are:<br>**0b0000**<br>Unlinked instruction address match. ext-DBGBVR<n>_EL1 is the address of an instruction.<br>**0b0001**<br>As 0b0000 but linked to a Context matching breakpoint.<br>**0b0010**<br>Unlinked Context ID match. When FEAT_VHE is implemented, EL2 is using AArch64, and the Effective value of AArch64-HCR_EL2.E2H is 1, if either the PE is executing at EL0 with AArch64-HCR_EL2.TGE set to 1 or the PE is executing at EL2, then ext-DBGBVR<n>_EL1.ContextID must match the AArch64-CONTEXTIDR_EL2 value. Otherwise, ext-DBGBVR<n>_EL1.ContextID must match the AArch64-CONTEXTIDR_EL1 value.<br>**0b0011**<br>As 0b0010, with linking enabled.<br>**0b0100**<br>Unlinked instruction address mismatch. ext-DBGBVR<n>_EL1 is the address of an instruction to be stepped.<br>**0b0101**<br>As 0b0100, but linked to a Context matching breakpoint.<br>**0b0110**<br>Unlinked AArch64-CONTEXTIDR_EL1 match. ext-DBGBVR<n>_EL1.ContextID is a Context ID compared against AArch64-CONTEXTIDR_EL1.<br>**0b0111**<br>As 0b0110, with linking enabled.<br>**0b1000**<br>Unlinked VMID match. ext-DBGBVR<n>_EL1.VMID is a VMID compared against AArch64-VTTBR_EL2.VMID.<br>**0b1001**<br>As 0b1000, with linking enabled.<br>**0b1010**<br>Unlinked VMID and Context ID match. ext-DBGBVR<n>_EL1.ContextID is a Context ID compared against AArch64-CONTEXTIDR_EL1, and ext-DBGBVR<n>_EL1.VMID is a VMID compared against AArch64-VTTBR_EL2.VMID.<br>**0b1011**<br>As 0b1010, with linking enabled.<br>**0b1100**<br>Unlinked AArch64-CONTEXTIDR_EL2 match. ext-DBGBVR<n>_EL1.ContextID2 is a Context ID compared against AArch64-CONTEXTIDR_EL2.<br>**0b1101**<br>As 0b1100, with linking enabled.<br>**0b1110**<br>Unlinked Full Context ID match. ext-DBGBVR<n>_EL1.ContextID is compared against AArch64-CONTEXTIDR_EL1, and ext-DBGBVR<n>_EL1.ContextID2 is compared against AArch64-CONTEXTIDR_EL2.<br>**0b1111**<br>As 0b1110, with linking enabled.<br><br>Constraints on breakpoint programming mean some values are reserved under certain conditions.<br><br>For more information on the operation of the SSC, HMC, and PMC fields, and on the effect of programming this field to a reserved value, see *Execution conditions for which a breakpoint generates Breakpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture* and *Reserved DBGBCR0_EL1.BT values* in the *Arm® Architecture Reference Manual for A-profile architecture*. | xxxx |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [19:16] | LBN | Linked breakpoint number. For Linked address matching breakpoints, this specifies the index of the Context-matching breakpoint linked to.<br><br>For all other breakpoint types this field is ignored and reads of the register return an **UNKNOWN** value.<br><br>This field is ignored when the value of DBGBCR<n>_EL1.E is 0. | xxxx |
| [15:14] | SSC | Security state control. Determines the Security states under which a Breakpoint debug event for breakpoint n is generated. This field must be interpreted along with the HMC and PMC fields, and there are constraints on the permitted values of the {HMC, SSC, PMC} fields. For more information, including the effect of programming the fields to a reserved set of values, see *Reserved DBGBCR<n>_EL1.{SSC, HMC, PMC} values* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>For more information on the operation of the SSC, HMC, and PMC fields, see *Execution conditions for which a breakpoint generates Breakpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*. | xx |
| [13] | HMC | Higher mode control. Determines the debug perspective for deciding when a Breakpoint debug event for breakpoint n is generated. This field must be interpreted along with the SSC and PMC fields, and there are constraints on the permitted values of the {HMC, SSC, PMC} fields. For more information see ext-DBGBCR<n>_EL1.SSC description.<br><br>For more information on the operation of the SSC, HMC, and PMC fields, see *Execution conditions for which a breakpoint generates Breakpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*. | x |
| [12:9] | **RES0** | Reserved | **RES0** |
| [8:5] | BAS | Byte address select. Defines which half-words an address-matching breakpoint matches, regardless of the instruction set and Execution state.<br><br>The permitted values depend on the breakpoint type.<br><br>For Address match breakpoints in either AArch32 or AArch64 state, the permitted values are: Table C-229: BAS description table 1 on page 1362<br><br>All other values are reserved.<br><br>For more information, see *Using the BAS field in Address Match breakpoints* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>For Address mismatch breakpoints in an AArch32 stage 1 translation regime, the permitted values are: Table C-230: BAS description table 2 on page 1362<br><br>For more information, see *Using the BAS field in Address Match breakpoints* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>For Context matching breakpoints, this field is **RES1** and ignored. | xxxx |
| [4:3] | **RES0** | Reserved | **RES0** |
| [2:1] | PMC | Privilege mode control. Determines the Exception level or levels at which a Breakpoint debug event for breakpoint n is generated. This field must be interpreted along with the SSC and HMC fields, and there are constraints on the permitted values of the {HMC, SSC, PMC} fields. For more information see the ext-DBGBCR<n>_EL1.SSC description.<br><br>For more information on the operation of the SSC, HMC, and PMC fields, see *Execution conditions for which a breakpoint generates Breakpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*. | xx |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [0] | E | Enable breakpoint ext-DBGBVR<n>_EL1. Possible values are:<br>**0b0**<br>Breakpoint disabled.<br>**0b1**<br>Breakpoint enabled. | x |

**Table C-229: BAS description table 1**

| BAS | Match instruction at | Constraint for debuggers |
|---|---|---|
| 0b0011 | AArch64-DBGBVR<n>_EL1 | Use for T32 instructions |
| 0b1100 | AArch64-DBGBVR<n>_EL1 + 2 | Use for T32 instructions |
| 0b1111 | AArch64-DBGBVR<n>_EL1 | Use for A64 and A32 instructions |

**Table C-230: BAS description table 2**

| BAS | Match instruction at | Constraint for debuggers |
|---|---|---|
| 0b0000 | - | Use for a match anywhere breakpoint |
| 0b0011 | ext-DBGBVR<n>_EL1 | Use for stepping T32 instructions |
| 0b1100 | ext-DBGBVR<n>_EL1 + 2 | Use for stepping T32 instructions |
| 0b1111 | ext-DBGBVR<n>_EL1 | Use for stepping A64 and A32 instructions |

## Access

SoftwareLockStatus() depends on the type of access attempted and AllowExternalDebugAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

## Accessibility

SoftwareLockStatus() depends on the type of access attempted and AllowExternalDebugAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

| Component | Offset | Instance | Range |
|---|---|---|---|
| Debug | 0x408 | DBGBCR0_EL1 | None |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess() && SoftwareLockStatus()**

RO

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess() && !SoftwareLockStatus()**

RW

**Otherwise**

ERROR

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## C.5.15 DBGBVR1_EL1, Debug Breakpoint Value Registers

Holds a virtual address, or a VMID and/or a context ID, for use in breakpoint matching. Forms breakpoint n together with control register ext-DBGBCR<n>_EL1.

### Configurations

How this register is interpreted depends on the value of ext-DBGBCR<n>_EL1.BT.

- When ext-DBGBCR<n>_EL1.BT is 0b0x0x, this register holds a virtual address.
- When ext-DBGBCR<n>_EL1.BT is 0b001x, 0b011x, or 0b110x, this register holds a Context ID.
- When ext-DBGBCR<n>_EL1.BT is 0b100x, this register holds a VMID.
- When ext-DBGBCR<n>_EL1.BT is 0b101x, this register holds a VMID and a Context ID.
- When ext-DBGBCR<n>_EL1.BT is 0b111x, this register holds two Context ID values.

For other values of ext-DBGBCR<n>_EL1.BT, this register is RES0.

If breakpoint n is not implemented then accesses to this register are:

- RES0 when IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess().
- A CONSTRAINED UNPREDICTABLE choice of RES0 or ERROR otherwise.

### Attributes

**Width**

64

**Component**

Debug

**Register offset**

0x410

**Access type**

See bit descriptions

**Reset value**

**When ext-DBGBCR1_EL1.BT == '0x0x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

**When ext-DBGBCR1_EL1.BT == '001x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

**When ext-DBGBCR1_EL1.BT == '011x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

**When ext-DBGBCR1_EL1.BT == '100x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### When ext-DBGBCR1_EL1.BT == '101x'

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

### When ext-DBGBCR1_EL1.BT == '110x'

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

### When ext-DBGBCR1_EL1.BT == '111x'

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

---

Note

Where the reset reads xxxx, see individual bits

---

## Bit descriptions

When ext-DBGBCR1_EL1.BT == '0x0'

**Figure C-127: ext_dbgbvr1_el1 bit assignments**




**Table C-232: DBGBVR1_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:53] | RESS[14:4] | Reserved, Sign extended. Software must treat this field as **RES0** if the most significant bit of VA is 0 or **RES0**, and as RES1 if the most significant bit of VA is 1.<br><br>Hardware always ignores the value of these bits and it is IMPLEMENTATION DEFINED whether:<br>• The bits are hardwired to a copy of the most significant bit of VA, meaning writes to these bits are ignored, and reads to the bits always return the hardwired value.<br>• The value in those bits can be written, and reads will return the last value written. The value held in those bits is ignored by hardware. | 11{x} |
| [52:49] | RESS[3:0] | Extension to RESS[14:4]. For more information, see RESS[14:4]. | xxxx |
| [48:2] | VA[48:2] | If the address is being matched in an AArch64 stage 1 translation regime:<br>• This field contains bits[48:2] of the address for comparison.<br><br>If the address is being matched in an AArch32 stage 1 translation regime, the first 20 bits of this field are **RES0**, and the rest of the field contains bits[31:2] of the address for comparison. | 47{x} |
| [1:0] | **RES0** | Reserved | **RES0** |

When ext-DBGBCR1_EL1.BT == '001'

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Figure C-128: ext_dbgbvr1_el1 bit assignments




### Table C-233: DBGBVR1_EL1 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | **RES0** | Reserved | **RES0** |
| [31:0] | ContextID | Context ID value for comparison.<br><br>The value is compared against AArch64-CONTEXTIDR_EL2 when (FEAT_VHE is implemented or FEAT_Debugv8p2 is implemented), EL2 is using AArch64, AArch64-HCR_EL2.E2H is 1, and either:<br>• The PE is executing at EL2.<br>• AArch64-HCR_EL2.TGE is 1, the PE is executing at EL0, and EL2 is enabled in the current Security state.<br><br>Otherwise, the value is compared against the following:<br>• AArch32-CONTEXTIDR when the PE is executing at AArch32.<br>• AArch64-CONTEXTIDR_EL1 when the PE is executing at AArch64. | 32{x} |

When ext-DBGBCR1_EL1.BT == '011'

### Figure C-129: ext_dbgbvr1_el1 bit assignments




### Table C-234: DBGBVR1_EL1 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | **RES0** | Reserved | **RES0** |
| [31:0] | ContextID | Context ID value for comparison against AArch64-CONTEXTIDR_EL1. | 32{x} |

When ext-DBGBCR1_EL1.BT == '100'

### Figure C-130: ext_dbgbvr1_el1 bit assignments




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table C-235: DBGBVR1_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:48] | **RES0** | Reserved | **RES0** |
| [47:40] | VMID[15:8] | **When AArch64-VTCR_EL2.VS == '1'**<br>Extension to VMID[7:0]. For more information, see DBGBVR<n>_EL1.VMID[7:0].<br>**Otherwise**<br>RES0 | 8{x} |
| [39:32] | VMID[7:0] | VMID value for comparison.<br>The VMID is 8 bits when any of the following are true:<br>• EL2 is using AArch32.<br>• AArch64-VTCR_EL2.VS is 0.<br>• FEAT_VMID16 is not implemented. | 8{x} |
| [31:0] | **RES0** | Reserved | **RES0** |

When ext-DBGBCR1_EL1.BT == '101'

**Figure C-131: ext_dbgbvr1_el1 bit assignments**




**Table C-236: DBGBVR1_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:48] | **RES0** | Reserved | **RES0** |
| [47:40] | VMID[15:8] | **When AArch64-VTCR_EL2.VS == '1'**<br>Extension to VMID[7:0]. For more information, see DBGBVR<n>_EL1.VMID[7:0].<br>If EL2 is using AArch32, or if the implementation has an 8-bit VMID, this field is **RES0**.<br>**Otherwise**<br>RES0 | 8{x} |
| [39:32] | VMID[7:0] | VMID value for comparison.<br>The VMID is 8 bits when any of the following are true:<br>• EL2 is using AArch32.<br>• AArch64-VTCR_EL2.VS is 0.<br>• FEAT_VMID16 is not implemented. | 8{x} |
| [31:0] | ContextID | Context ID value for comparison against AArch64-CONTEXTIDR_EL1. | 32{x} |

When ext-DBGBCR1_EL1.BT == '110'

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Figure C-132: ext_dbgbvr1_el1 bit assignments




### Table C-237: DBGBVR1_EL1 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | ContextID2 | Context ID value for comparison against AArch64-CONTEXTIDR_EL2. | 32{x} |
| [31:0] | RES0 | Reserved | RES0 |

When ext-DBGBCR1_EL1.BT == '111'

### Figure C-133: ext_dbgbvr1_el1 bit assignments




### Table C-238: DBGBVR1_EL1 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | ContextID2 | Context ID value for comparison against AArch64-CONTEXTIDR_EL2. | 32{x} |
| [31:0] | ContextID | Context ID value for comparison against AArch64-CONTEXTIDR_EL1. | 32{x} |

## Access

SoftwareLockStatus() depends on the type of access attempted and AllowExternalDebugAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

## Accessibility

SoftwareLockStatus() depends on the type of access attempted and AllowExternalDebugAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

| Component | Offset | Instance | Range |
|---|---|---|---|
| Debug | 0x410 | DBGBVR1_EL1 | 63:0 |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess() && SoftwareLockStatus()**

RO

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess() && !SoftwareLockStatus()**

RW

**Otherwise**

ERROR

## C.5.16 DBGBCR1_EL1, Debug Breakpoint Control Registers

Holds control information for a breakpoint. Forms breakpoint n together with value register ext-DBGBVR<n>_EL1.

### Configurations

If breakpoint n is not implemented then accesses to this register are:

- RES0 when IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess().
- A CONSTRAINED UNPREDICTABLE choice of RES0 or ERROR otherwise.

### Attributes

**Width**

32

**Component**

Debug

**Register offset**

0x418

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

---

Note

Where the reset reads xxxx, see individual bits

---

### Bit descriptions

When the E field is zero, all the other fields in the register are ignored.

## Figure C-134: ext_dbgbcr1_el1 bit assignments




### Table C-240: DBGBCR1_EL1 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:24] | **RES0** | Reserved | **RES0** |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
| --- | --- | --- | --- |
| [23:20] | BT | Breakpoint Type. Possible values are:<br>**0b0000**<br>Unlinked instruction address match. ext-DBGBVR<n>_EL1 is the address of an instruction.<br>**0b0001**<br>As 0b0000 but linked to a Context matching breakpoint.<br>**0b0010**<br>Unlinked Context ID match. When FEAT_VHE is implemented, EL2 is using AArch64, and the Effective value of AArch64-HCR_EL2.E2H is 1, if either the PE is executing at EL0 with AArch64-HCR_EL2.TGE set to 1 or the PE is executing at EL2, then ext-DBGBVR<n>_EL1.ContextID must match the AArch64-CONTEXTIDR_EL2 value. Otherwise, ext-DBGBVR<n>_EL1.ContextID must match the AArch64-CONTEXTIDR_EL1 value.<br>**0b0011**<br>As 0b0010, with linking enabled.<br>**0b0100**<br>Unlinked instruction address mismatch. ext-DBGBVR<n>_EL1 is the address of an instruction to be stepped.<br>**0b0101**<br>As 0b0100, but linked to a Context matching breakpoint.<br>**0b0110**<br>Unlinked AArch64-CONTEXTIDR_EL1 match. ext-DBGBVR<n>_EL1.ContextID is a Context ID compared against AArch64-CONTEXTIDR_EL1.<br>**0b0111**<br>As 0b0110, with linking enabled.<br>**0b1000**<br>Unlinked VMID match. ext-DBGBVR<n>_EL1.VMID is a VMID compared against AArch64-VTTBR_EL2.VMID.<br>**0b1001**<br>As 0b1000, with linking enabled.<br>**0b1010**<br>Unlinked VMID and Context ID match. ext-DBGBVR<n>_EL1.ContextID is a Context ID compared against AArch64-CONTEXTIDR_EL1, and ext-DBGBVR<n>_EL1.VMID is a VMID compared against AArch64-VTTBR_EL2.VMID.<br>**0b1011**<br>As 0b1010, with linking enabled.<br>**0b1100**<br>Unlinked AArch64-CONTEXTIDR_EL2 match. ext-DBGBVR<n>_EL1.ContextID2 is a Context ID compared against AArch64-CONTEXTIDR_EL2.<br>**0b1101**<br>As 0b1100, with linking enabled.<br>**0b1110**<br>Unlinked Full Context ID match. ext-DBGBVR<n>_EL1.ContextID is compared against AArch64-CONTEXTIDR_EL1, and ext-DBGBVR<n>_EL1.ContextID2 is compared against AArch64-CONTEXTIDR_EL2.<br>**0b1111**<br>As 0b1110, with linking enabled.<br><br>Constraints on breakpoint programming mean some values are reserved under certain conditions.<br><br>For more information on the operation of the SSC, HMC, and PMC fields, and on the effect of programming this field to a reserved value, see *Execution conditions for which a breakpoint generates Breakpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture* and *Reserved DBGBCR1_EL1.BT values* in the *Arm® Architecture Reference Manual for A-profile architecture*. | xxxx |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [19:16] | LBN | Linked breakpoint number. For Linked address matching breakpoints, this specifies the index of the Context-matching breakpoint linked to.<br><br>For all other breakpoint types this field is ignored and reads of the register return an **UNKNOWN** value.<br><br>This field is ignored when the value of DBGBCR<n>_EL1.E is 0. | xxxx |
| [15:14] | SSC | Security state control. Determines the Security states under which a Breakpoint debug event for breakpoint n is generated. This field must be interpreted along with the HMC and PMC fields, and there are constraints on the permitted values of the {HMC, SSC, PMC} fields. For more information, including the effect of programming the fields to a reserved set of values, see *Reserved DBGBCR<n>_EL1.{SSC, HMC, PMC} values* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>For more information on the operation of the SSC, HMC, and PMC fields, see *Execution conditions for which a breakpoint generates Breakpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*. | xx |
| [13] | HMC | Higher mode control. Determines the debug perspective for deciding when a Breakpoint debug event for breakpoint n is generated. This field must be interpreted along with the SSC and PMC fields, and there are constraints on the permitted values of the {HMC, SSC, PMC} fields. For more information see ext-DBGBCR<n>_EL1.SSC description.<br><br>For more information on the operation of the SSC, HMC, and PMC fields, see *Execution conditions for which a breakpoint generates Breakpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*. | x |
| [12:9] | **RES0** | Reserved | **RES0** |
| [8:5] | BAS | Byte address select. Defines which half-words an address-matching breakpoint matches, regardless of the instruction set and Execution state.<br><br>The permitted values depend on the breakpoint type.<br><br>For Address match breakpoints in either AArch32 or AArch64 state, the permitted values are: Table C-241: BAS description table 1 on page 1372<br><br>All other values are reserved.<br><br>For more information, see *Using the BAS field in Address Match breakpoints* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>For Address mismatch breakpoints in an AArch32 stage 1 translation regime, the permitted values are: Table C-242: BAS description table 2 on page 1372<br><br>For more information, see *Using the BAS field in Address Match breakpoints* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>For Context matching breakpoints, this field is **RES1** and ignored. | xxxx |
| [4:3] | **RES0** | Reserved | **RES0** |
| [2:1] | PMC | Privilege mode control. Determines the Exception level or levels at which a Breakpoint debug event for breakpoint n is generated. This field must be interpreted along with the SSC and HMC fields, and there are constraints on the permitted values of the {HMC, SSC, PMC} fields. For more information see the ext-DBGBCR<n>_EL1.SSC description.<br><br>For more information on the operation of the SSC, HMC, and PMC fields, see *Execution conditions for which a breakpoint generates Breakpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*. | xx |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [0] | E | Enable breakpoint ext-DBGBVR<n>_EL1. Possible values are:<br>**0b0**<br>Breakpoint disabled.<br>**0b1**<br>Breakpoint enabled. | x |

**Table C-241: BAS description table 1**

| BAS | Match instruction at | Constraint for debuggers |
|---|---|---|
| 0b0011 | AArch64-DBGBVR<n>_EL1 | Use for T32 instructions |
| 0b1100 | AArch64-DBGBVR<n>_EL1 + 2 | Use for T32 instructions |
| 0b1111 | AArch64-DBGBVR<n>_EL1 | Use for A64 and A32 instructions |

**Table C-242: BAS description table 2**

| BAS | Match instruction at | Constraint for debuggers |
|---|---|---|
| 0b0000 | - | Use for a match anywhere breakpoint |
| 0b0011 | ext-DBGBVR<n>_EL1 | Use for stepping T32 instructions |
| 0b1100 | ext-DBGBVR<n>_EL1 + 2 | Use for stepping T32 instructions |
| 0b1111 | ext-DBGBVR<n>_EL1 | Use for stepping A64 and A32 instructions |

## Access

SoftwareLockStatus() depends on the type of access attempted and AllowExternalDebugAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

## Accessibility

SoftwareLockStatus() depends on the type of access attempted and AllowExternalDebugAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

| Component | Offset | Instance | Range |
|---|---|---|---|
| Debug | 0x418 | DBGBCR1_EL1 | None |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess() && SoftwareLockStatus()**

RO

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess() && !SoftwareLockStatus()**

RW

**Otherwise**

ERROR

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## C.5.17 DBGBVR2_EL1, Debug Breakpoint Value Registers

Holds a virtual address, or a VMID and/or a context ID, for use in breakpoint matching. Forms breakpoint n together with control register ext-DBGBCR<n>_EL1.

### Configurations

How this register is interpreted depends on the value of ext-DBGBCR<n>_EL1.BT.

- When ext-DBGBCR<n>_EL1.BT is 0b0x0x, this register holds a virtual address.
- When ext-DBGBCR<n>_EL1.BT is 0b001x, 0b011x, or 0b110x, this register holds a Context ID.
- When ext-DBGBCR<n>_EL1.BT is 0b100x, this register holds a VMID.
- When ext-DBGBCR<n>_EL1.BT is 0b101x, this register holds a VMID and a Context ID.
- When ext-DBGBCR<n>_EL1.BT is 0b111x, this register holds two Context ID values.

For other values of ext-DBGBCR<n>_EL1.BT, this register is RES0.

If breakpoint n is not implemented then accesses to this register are:

- RES0 when IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess().
- A CONSTRAINED UNPREDICTABLE choice of RES0 or ERROR otherwise.

### Attributes

**Width**

64

**Component**

Debug

**Register offset**

0x420

**Access type**

See bit descriptions

**Reset value**

**When ext-DBGBCR2_EL1.BT == '0x0x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

**When ext-DBGBCR2_EL1.BT == '001x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

**When ext-DBGBCR2_EL1.BT == '011x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

**When ext-DBGBCR2_EL1.BT == '100x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**When ext-DBGBCR2_EL1.BT == '101x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

**When ext-DBGBCR2_EL1.BT == '110x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

**When ext-DBGBCR2_EL1.BT == '111x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

When ext-DBGBCR2_EL1.BT == '0x0'

**Figure C-135: ext_dbgbvr2_el1 bit assignments**




**Table C-244: DBGBVR2_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:53] | RESS[14:4] | Reserved, Sign extended. Software must treat this field as **RES0** if the most significant bit of VA is 0 or **RES0**, and as RES1 if the most significant bit of VA is 1.<br><br>Hardware always ignores the value of these bits and it is IMPLEMENTATION DEFINED whether:<br>• The bits are hardwired to a copy of the most significant bit of VA, meaning writes to these bits are ignored, and reads to the bits always return the hardwired value.<br>• The value in those bits can be written, and reads will return the last value written. The value held in those bits is ignored by hardware. | 11{x} |
| [52:49] | RESS[3:0] | Extension to RESS[14:4]. For more information, see RESS[14:4]. | xxxx |
| [48:2] | VA[48:2] | If the address is being matched in an AArch64 stage 1 translation regime:<br>• This field contains bits[48:2] of the address for comparison.<br><br>If the address is being matched in an AArch32 stage 1 translation regime, the first 20 bits of this field are **RES0**, and the rest of the field contains bits[31:2] of the address for comparison. | 47{x} |
| [1:0] | **RES0** | Reserved | **RES0** |

When ext-DBGBCR2_EL1.BT == '001'

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure C-136: ext_dbgbvr2_el1 bit assignments**




**Table C-245: DBGBVR2_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | **RES0** | Reserved | **RES0** |
| [31:0] | ContextID | Context ID value for comparison.<br><br>The value is compared against AArch64-CONTEXTIDR_EL2 when (FEAT_VHE is implemented or FEAT_Debugv8p2 is implemented), EL2 is using AArch64, AArch64-HCR_EL2.E2H is 1, and either:<br>• The PE is executing at EL2.<br>• AArch64-HCR_EL2.TGE is 1, the PE is executing at EL0, and EL2 is enabled in the current Security state.<br><br>Otherwise, the value is compared against the following:<br>• AArch32-CONTEXTIDR when the PE is executing at AArch32.<br>• AArch64-CONTEXTIDR_EL1 when the PE is executing at AArch64. | 32{x} |

When ext-DBGBCR2_EL1.BT == '011'

**Figure C-137: ext_dbgbvr2_el1 bit assignments**




**Table C-246: DBGBVR2_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | **RES0** | Reserved | **RES0** |
| [31:0] | ContextID | Context ID value for comparison against AArch64-CONTEXTIDR_EL1. | 32{x} |

When ext-DBGBCR2_EL1.BT == '100'

**Figure C-138: ext_dbgbvr2_el1 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table C-247: DBGBVR2_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:48] | **RES0** | Reserved | **RES0** |
| [47:40] | VMID[15:8] | **When AArch64-VTCR_EL2.VS == '1'**<br>Extension to VMID[7:0]. For more information, see DBGBVR<n>_EL1.VMID[7:0].<br>**Otherwise**<br>RES0 | 8{x} |
| [39:32] | VMID[7:0] | VMID value for comparison.<br>The VMID is 8 bits when any of the following are true:<br>• EL2 is using AArch32.<br>• AArch64-VTCR_EL2.VS is 0.<br>• FEAT_VMID16 is not implemented. | 8{x} |
| [31:0] | **RES0** | Reserved | **RES0** |

When ext-DBGBCR2_EL1.BT == '101'

**Figure C-139: ext_dbgbvr2_el1 bit assignments**




**Table C-248: DBGBVR2_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:48] | **RES0** | Reserved | **RES0** |
| [47:40] | VMID[15:8] | **When AArch64-VTCR_EL2.VS == '1'**<br>Extension to VMID[7:0]. For more information, see DBGBVR<n>_EL1.VMID[7:0].<br>If EL2 is using AArch32, or if the implementation has an 8-bit VMID, this field is **RES0**.<br>**Otherwise**<br>RES0 | 8{x} |
| [39:32] | VMID[7:0] | VMID value for comparison.<br>The VMID is 8 bits when any of the following are true:<br>• EL2 is using AArch32.<br>• AArch64-VTCR_EL2.VS is 0.<br>• FEAT_VMID16 is not implemented. | 8{x} |
| [31:0] | ContextID | Context ID value for comparison against AArch64-CONTEXTIDR_EL1. | 32{x} |

When ext-DBGBCR2_EL1.BT == '110'

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure C-140: ext_dbgbvr2_el1 bit assignments**




**Table C-249: DBGBVR2_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | ContextID2 | Context ID value for comparison against AArch64-CONTEXTIDR_EL2. | 32{x} |
| [31:0] | RES0 | Reserved | RES0 |

When ext-DBGBCR2_EL1.BT == '111'

**Figure C-141: ext_dbgbvr2_el1 bit assignments**




**Table C-250: DBGBVR2_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | ContextID2 | Context ID value for comparison against AArch64-CONTEXTIDR_EL2. | 32{x} |
| [31:0] | ContextID | Context ID value for comparison against AArch64-CONTEXTIDR_EL1. | 32{x} |

## Access

SoftwareLockStatus() depends on the type of access attempted and AllowExternalDebugAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

## Accessibility

SoftwareLockStatus() depends on the type of access attempted and AllowExternalDebugAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

| Component | Offset | Instance | Range |
|---|---|---|---|
| Debug | 0x420 | DBGBVR2_EL1 | 63:0 |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess() && SoftwareLockStatus()**

RO

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess() && !SoftwareLockStatus()**

RW

**Otherwise**

ERROR

## C.5.18 DBGBCR2_EL1, Debug Breakpoint Control Registers

Holds control information for a breakpoint. Forms breakpoint n together with value register ext-DBGBVR<n>_EL1.

### Configurations

If breakpoint n is not implemented then accesses to this register are:

- RES0 when IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess().
- A CONSTRAINED UNPREDICTABLE choice of RES0 or ERROR otherwise.

### Attributes

**Width**

32

**Component**

Debug

**Register offset**

0x428

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

---

Note

Where the reset reads xxxx, see individual bits

---

### Bit descriptions

When the E field is zero, all the other fields in the register are ignored.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure C-142: ext_dbgbcr2_el1 bit assignments**




**Table C-252: DBGBCR2_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:24] | **RES0** | Reserved | **RES0** |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [23:20] | BT | Breakpoint Type. Possible values are:<br>**0b0000**<br>Unlinked instruction address match. ext-DBGBVR<n>_EL1 is the address of an instruction.<br>**0b0001**<br>As 0b0000 but linked to a Context matching breakpoint.<br>**0b0010**<br>Unlinked Context ID match. When FEAT_VHE is implemented, EL2 is using AArch64, and the Effective value of AArch64-HCR_EL2.E2H is 1, if either the PE is executing at EL0 with AArch64-HCR_EL2.TGE set to 1 or the PE is executing at EL2, then ext-DBGBVR<n>_EL1.ContextID must match the AArch64-CONTEXTIDR_EL2 value. Otherwise, ext-DBGBVR<n>_EL1.ContextID must match the AArch64-CONTEXTIDR_EL1 value.<br>**0b0011**<br>As 0b0010, with linking enabled.<br>**0b0100**<br>Unlinked instruction address mismatch. ext-DBGBVR<n>_EL1 is the address of an instruction to be stepped.<br>**0b0101**<br>As 0b0100, but linked to a Context matching breakpoint.<br>**0b0110**<br>Unlinked AArch64-CONTEXTIDR_EL1 match. ext-DBGBVR<n>_EL1.ContextID is a Context ID compared against AArch64-CONTEXTIDR_EL1.<br>**0b0111**<br>As 0b0110, with linking enabled.<br>**0b1000**<br>Unlinked VMID match. ext-DBGBVR<n>_EL1.VMID is a VMID compared against AArch64-VTTBR_EL2.VMID.<br>**0b1001**<br>As 0b1000, with linking enabled.<br>**0b1010**<br>Unlinked VMID and Context ID match. ext-DBGBVR<n>_EL1.ContextID is a Context ID compared against AArch64-CONTEXTIDR_EL1, and ext-DBGBVR<n>_EL1.VMID is a VMID compared against AArch64-VTTBR_EL2.VMID.<br>**0b1011**<br>As 0b1010, with linking enabled.<br>**0b1100**<br>Unlinked AArch64-CONTEXTIDR_EL2 match. ext-DBGBVR<n>_EL1.ContextID2 is a Context ID compared against AArch64-CONTEXTIDR_EL2.<br>**0b1101**<br>As 0b1100, with linking enabled.<br>**0b1110**<br>Unlinked Full Context ID match. ext-DBGBVR<n>_EL1.ContextID is compared against AArch64-CONTEXTIDR_EL1, and ext-DBGBVR<n>_EL1.ContextID2 is compared against AArch64-CONTEXTIDR_EL2.<br>**0b1111**<br>As 0b1110, with linking enabled.<br>Constraints on breakpoint programming mean some values are reserved under certain conditions.<br>For more information on the operation of the SSC, HMC, and PMC fields, and on the effect of programming this field to a reserved value, see *Execution conditions for which a breakpoint generates Breakpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture* and *Reserved DBGBCR2_EL1.BT values* in the *Arm® Architecture Reference Manual for A-profile architecture*. | xxxx |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [19:16] | LBN | Linked breakpoint number. For Linked address matching breakpoints, this specifies the index of the Context-matching breakpoint linked to.<br><br>For all other breakpoint types this field is ignored and reads of the register return an **UNKNOWN** value.<br><br>This field is ignored when the value of DBGBCR<n>_EL1.E is 0. | xxxx |
| [15:14] | SSC | Security state control. Determines the Security states under which a Breakpoint debug event for breakpoint n is generated. This field must be interpreted along with the HMC and PMC fields, and there are constraints on the permitted values of the {HMC, SSC, PMC} fields. For more information, including the effect of programming the fields to a reserved set of values, see *Reserved DBGBCR<n>_EL1.{SSC, HMC, PMC} values* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>For more information on the operation of the SSC, HMC, and PMC fields, see *Execution conditions for which a breakpoint generates Breakpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*. | xx |
| [13] | HMC | Higher mode control. Determines the debug perspective for deciding when a Breakpoint debug event for breakpoint n is generated. This field must be interpreted along with the SSC and PMC fields, and there are constraints on the permitted values of the {HMC, SSC, PMC} fields. For more information see ext-DBGBCR<n>_EL1.SSC description.<br><br>For more information on the operation of the SSC, HMC, and PMC fields, see *Execution conditions for which a breakpoint generates Breakpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*. | x |
| [12:9] | **RES0** | Reserved | **RES0** |
| [8:5] | BAS | Byte address select. Defines which half-words an address-matching breakpoint matches, regardless of the instruction set and Execution state.<br><br>The permitted values depend on the breakpoint type.<br><br>For Address match breakpoints in either AArch32 or AArch64 state, the permitted values are: Table C-253: BAS description table 1 on page 1382<br><br>All other values are reserved.<br><br>For more information, see *Using the BAS field in Address Match breakpoints* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>For Address mismatch breakpoints in an AArch32 stage 1 translation regime, the permitted values are: Table C-254: BAS description table 2 on page 1382<br><br>For more information, see *Using the BAS field in Address Match breakpoints* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>For Context matching breakpoints, this field is **RES1** and ignored. | xxxx |
| [4:3] | **RES0** | Reserved | **RES0** |
| [2:1] | PMC | Privilege mode control. Determines the Exception level or levels at which a Breakpoint debug event for breakpoint n is generated. This field must be interpreted along with the SSC and HMC fields, and there are constraints on the permitted values of the {HMC, SSC, PMC} fields. For more information see the ext-DBGBCR<n>_EL1.SSC description.<br><br>For more information on the operation of the SSC, HMC, and PMC fields, see *Execution conditions for which a breakpoint generates Breakpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*. | xx |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [0] | E | Enable breakpoint ext-DBGBVR<n>_EL1. Possible values are:<br>**0b0**<br>Breakpoint disabled.<br>**0b1**<br>Breakpoint enabled. | x |

**Table C-253: BAS description table 1**

| BAS | Match instruction at | Constraint for debuggers |
|---|---|---|
| 0b0011 | AArch64-DBGBVR<n>_EL1 | Use for T32 instructions |
| 0b1100 | AArch64-DBGBVR<n>_EL1 + 2 | Use for T32 instructions |
| 0b1111 | AArch64-DBGBVR<n>_EL1 | Use for A64 and A32 instructions |

**Table C-254: BAS description table 2**

| BAS | Match instruction at | Constraint for debuggers |
|---|---|---|
| 0b0000 | - | Use for a match anywhere breakpoint |
| 0b0011 | ext-DBGBVR<n>_EL1 | Use for stepping T32 instructions |
| 0b1100 | ext-DBGBVR<n>_EL1 + 2 | Use for stepping T32 instructions |
| 0b1111 | ext-DBGBVR<n>_EL1 | Use for stepping A64 and A32 instructions |

## Access

SoftwareLockStatus() depends on the type of access attempted and AllowExternalDebugAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

## Accessibility

SoftwareLockStatus() depends on the type of access attempted and AllowExternalDebugAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

| Component | Offset | Instance | Range |
|---|---|---|---|
| Debug | 0x428 | DBGBCR2_EL1 | None |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess() && SoftwareLockStatus()**

RO

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess() && !SoftwareLockStatus()**

RW

**Otherwise**

ERROR

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## C.5.19 DBGBVR3_EL1, Debug Breakpoint Value Registers

Holds a virtual address, or a VMID and/or a context ID, for use in breakpoint matching. Forms breakpoint n together with control register ext-DBGBCR<n>_EL1.

### Configurations

How this register is interpreted depends on the value of ext-DBGBCR<n>_EL1.BT.

- When ext-DBGBCR<n>_EL1.BT is 0b0x0x, this register holds a virtual address.
- When ext-DBGBCR<n>_EL1.BT is 0b001x, 0b011x, or 0b110x, this register holds a Context ID.
- When ext-DBGBCR<n>_EL1.BT is 0b100x, this register holds a VMID.
- When ext-DBGBCR<n>_EL1.BT is 0b101x, this register holds a VMID and a Context ID.
- When ext-DBGBCR<n>_EL1.BT is 0b111x, this register holds two Context ID values.

For other values of ext-DBGBCR<n>_EL1.BT, this register is RES0.

If breakpoint n is not implemented then accesses to this register are:

- RES0 when IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess().
- A CONSTRAINED UNPREDICTABLE choice of RES0 or ERROR otherwise.

### Attributes

**Width**

64

**Component**

Debug

**Register offset**

0x430

**Access type**

See bit descriptions

**Reset value**

**When ext-DBGBCR3_EL1.BT == '0x0x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

**When ext-DBGBCR3_EL1.BT == '001x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

**When ext-DBGBCR3_EL1.BT == '011x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

**When ext-DBGBCR3_EL1.BT == '100x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### When ext-DBGBCR3_EL1.BT == '101x'

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

### When ext-DBGBCR3_EL1.BT == '110x'

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

### When ext-DBGBCR3_EL1.BT == '111x'

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

When ext-DBGBCR3_EL1.BT == '0x0'

**Figure C-143: ext_dbgbvr3_el1 bit assignments**




**Table C-256: DBGBVR3_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:53] | RESS[14:4] | Reserved, Sign extended. Software must treat this field as **RES0** if the most significant bit of VA is 0 or **RES0**, and as RES1 if the most significant bit of VA is 1.<br><br>Hardware always ignores the value of these bits and it is IMPLEMENTATION DEFINED whether:<br>• The bits are hardwired to a copy of the most significant bit of VA, meaning writes to these bits are ignored, and reads to the bits always return the hardwired value.<br>• The value in those bits can be written, and reads will return the last value written. The value held in those bits is ignored by hardware. | 11{x} |
| [52:49] | RESS[3:0] | Extension to RESS[14:4]. For more information, see RESS[14:4]. | xxxx |
| [48:2] | VA[48:2] | If the address is being matched in an AArch64 stage 1 translation regime:<br>• This field contains bits[48:2] of the address for comparison.<br><br>If the address is being matched in an AArch32 stage 1 translation regime, the first 20 bits of this field are **RES0**, and the rest of the field contains bits[31:2] of the address for comparison. | 47{x} |
| [1:0] | **RES0** | Reserved | **RES0** |

When ext-DBGBCR3_EL1.BT == '001'

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Figure C-144: ext_dbgbvr3_el1 bit assignments




### Table C-257: DBGBVR3_EL1 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | **RES0** | Reserved | **RES0** |
| [31:0] | ContextID | Context ID value for comparison.<br><br>The value is compared against AArch64-CONTEXTIDR_EL2 when (FEAT_VHE is implemented or FEAT_Debugv8p2 is implemented), EL2 is using AArch64, AArch64-HCR_EL2.E2H is 1, and either:<br>• The PE is executing at EL2.<br>• AArch64-HCR_EL2.TGE is 1, the PE is executing at EL0, and EL2 is enabled in the current Security state.<br><br>Otherwise, the value is compared against the following:<br>• AArch32-CONTEXTIDR when the PE is executing at AArch32.<br>• AArch64-CONTEXTIDR_EL1 when the PE is executing at AArch64. | 32{x} |

When ext-DBGBCR3_EL1.BT == '011'

### Figure C-145: ext_dbgbvr3_el1 bit assignments




### Table C-258: DBGBVR3_EL1 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | **RES0** | Reserved | **RES0** |
| [31:0] | ContextID | Context ID value for comparison against AArch64-CONTEXTIDR_EL1. | 32{x} |

When ext-DBGBCR3_EL1.BT == '100'

### Figure C-146: ext_dbgbvr3_el1 bit assignments




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table C-259: DBGBVR3_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:48] | **RES0** | Reserved | **RES0** |
| [47:40] | VMID[15:8] | **When AArch64-VTCR_EL2.VS == '1'**<br>Extension to VMID[7:0]. For more information, see DBGBVR<n>_EL1.VMID[7:0].<br>**Otherwise**<br>RES0 | 8{x} |
| [39:32] | VMID[7:0] | VMID value for comparison.<br>The VMID is 8 bits when any of the following are true:<br>• EL2 is using AArch32.<br>• AArch64-VTCR_EL2.VS is 0.<br>• FEAT_VMID16 is not implemented. | 8{x} |
| [31:0] | **RES0** | Reserved | **RES0** |

When ext-DBGBCR3_EL1.BT == '101'

**Figure C-147: ext_dbgbvr3_el1 bit assignments**




**Table C-260: DBGBVR3_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:48] | **RES0** | Reserved | **RES0** |
| [47:40] | VMID[15:8] | **When AArch64-VTCR_EL2.VS == '1'**<br>Extension to VMID[7:0]. For more information, see DBGBVR<n>_EL1.VMID[7:0].<br>If EL2 is using AArch32, or if the implementation has an 8-bit VMID, this field is **RES0**.<br>**Otherwise**<br>RES0 | 8{x} |
| [39:32] | VMID[7:0] | VMID value for comparison.<br>The VMID is 8 bits when any of the following are true:<br>• EL2 is using AArch32.<br>• AArch64-VTCR_EL2.VS is 0.<br>• FEAT_VMID16 is not implemented. | 8{x} |
| [31:0] | ContextID | Context ID value for comparison against AArch64-CONTEXTIDR_EL1. | 32{x} |

When ext-DBGBCR3_EL1.BT == '110'

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Figure C-148: ext_dbgbvr3_el1 bit assignments




### Table C-261: DBGBVR3_EL1 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | ContextID2 | Context ID value for comparison against AArch64-CONTEXTIDR_EL2. | 32{x} |
| [31:0] | RES0 | Reserved | RES0 |

When ext-DBGBCR3_EL1.BT == '111'

### Figure C-149: ext_dbgbvr3_el1 bit assignments




### Table C-262: DBGBVR3_EL1 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | ContextID2 | Context ID value for comparison against AArch64-CONTEXTIDR_EL2. | 32{x} |
| [31:0] | ContextID | Context ID value for comparison against AArch64-CONTEXTIDR_EL1. | 32{x} |

## Access

SoftwareLockStatus() depends on the type of access attempted and AllowExternalDebugAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

## Accessibility

SoftwareLockStatus() depends on the type of access attempted and AllowExternalDebugAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

| Component | Offset | Instance | Range |
|---|---|---|---|
| Debug | 0x430 | DBGBVR3_EL1 | 63:0 |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess() && SoftwareLockStatus()**

RO

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess() && !SoftwareLockStatus()**

RW

**Otherwise**

ERROR

## C.5.20 DBGBCR3_EL1, Debug Breakpoint Control Registers

Holds control information for a breakpoint. Forms breakpoint n together with value register ext-DBGBVR<n>_EL1.

### Configurations

If breakpoint n is not implemented then accesses to this register are:

- RES0 when IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess().
- A CONSTRAINED UNPREDICTABLE choice of RES0 or ERROR otherwise.

### Attributes

**Width**

32

**Component**

Debug

**Register offset**

0x438

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

---

Note

Where the reset reads xxxx, see individual bits

---

### Bit descriptions

When the E field is zero, all the other fields in the register are ignored.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

#### Figure C-150: ext_dbgbcr3_el1 bit assignments




#### Table C-264: DBGBCR3_EL1 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:24] | **RES0** | Reserved | **RES0** |

| Bits | Name | Description | Reset |
|---|---|---|---|
| [23:20] | BT | Breakpoint Type. Possible values are:<br>**0b0000**<br>Unlinked instruction address match. ext-DBGBVR<n>_EL1 is the address of an instruction.<br>**0b0001**<br>As 0b0000 but linked to a Context matching breakpoint.<br>**0b0010**<br>Unlinked Context ID match. When FEAT_VHE is implemented, EL2 is using AArch64, and the Effective value of AArch64-HCR_EL2.E2H is 1, if either the PE is executing at EL0 with AArch64-HCR_EL2.TGE set to 1 or the PE is executing at EL2, then ext-DBGBVR<n>_EL1.ContextID must match the AArch64-CONTEXTIDR_EL2 value. Otherwise, ext-DBGBVR<n>_EL1.ContextID must match the AArch64-CONTEXTIDR_EL1 value.<br>**0b0011**<br>As 0b0010, with linking enabled.<br>**0b0100**<br>Unlinked instruction address mismatch. ext-DBGBVR<n>_EL1 is the address of an instruction to be stepped.<br>**0b0101**<br>As 0b0100, but linked to a Context matching breakpoint.<br>**0b0110**<br>Unlinked AArch64-CONTEXTIDR_EL1 match. ext-DBGBVR<n>_EL1.ContextID is a Context ID compared against AArch64-CONTEXTIDR_EL1.<br>**0b0111**<br>As 0b0110, with linking enabled.<br>**0b1000**<br>Unlinked VMID match. ext-DBGBVR<n>_EL1.VMID is a VMID compared against AArch64-VTTBR_EL2.VMID.<br>**0b1001**<br>As 0b1000, with linking enabled.<br>**0b1010**<br>Unlinked VMID and Context ID match. ext-DBGBVR<n>_EL1.ContextID is a Context ID compared against AArch64-CONTEXTIDR_EL1, and ext-DBGBVR<n>_EL1.VMID is a VMID compared against AArch64-VTTBR_EL2.VMID.<br>**0b1011**<br>As 0b1010, with linking enabled.<br>**0b1100**<br>Unlinked AArch64-CONTEXTIDR_EL2 match. ext-DBGBVR<n>_EL1.ContextID2 is a Context ID compared against AArch64-CONTEXTIDR_EL2.<br>**0b1101**<br>As 0b1100, with linking enabled.<br>**0b1110**<br>Unlinked Full Context ID match. ext-DBGBVR<n>_EL1.ContextID is compared against AArch64-CONTEXTIDR_EL1, and ext-DBGBVR<n>_EL1.ContextID2 is compared against AArch64-CONTEXTIDR_EL2.<br>**0b1111**<br>As 0b1110, with linking enabled.<br><br>Constraints on breakpoint programming mean some values are reserved under certain conditions.<br><br>For more information on the operation of the SSC, HMC, and PMC fields, and on the effect of programming this field to a reserved value, see *Execution conditions for which a breakpoint generates Breakpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture* and *Reserved DBGBCR3_EL1.BT values* in the *Arm® Architecture Reference Manual for A-profile architecture*. | xxxx |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [19:16] | LBN | Linked breakpoint number. For Linked address matching breakpoints, this specifies the index of the Context-matching breakpoint linked to.<br><br>For all other breakpoint types this field is ignored and reads of the register return an **UNKNOWN** value.<br><br>This field is ignored when the value of DBGBCR<n>_EL1.E is 0. | xxxx |
| [15:14] | SSC | Security state control. Determines the Security states under which a Breakpoint debug event for breakpoint n is generated. This field must be interpreted along with the HMC and PMC fields, and there are constraints on the permitted values of the {HMC, SSC, PMC} fields. For more information, including the effect of programming the fields to a reserved set of values, see *Reserved DBGBCR<n>_EL1.{SSC, HMC, PMC} values* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>For more information on the operation of the SSC, HMC, and PMC fields, see *Execution conditions for which a breakpoint generates Breakpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*. | xx |
| [13] | HMC | Higher mode control. Determines the debug perspective for deciding when a Breakpoint debug event for breakpoint n is generated. This field must be interpreted along with the SSC and PMC fields, and there are constraints on the permitted values of the {HMC, SSC, PMC} fields. For more information see ext-DBGBCR<n>_EL1.SSC description.<br><br>For more information on the operation of the SSC, HMC, and PMC fields, see *Execution conditions for which a breakpoint generates Breakpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*. | x |
| [12:9] | **RES0** | Reserved | **RES0** |
| [8:5] | BAS | Byte address select. Defines which half-words an address-matching breakpoint matches, regardless of the instruction set and Execution state.<br><br>The permitted values depend on the breakpoint type.<br><br>For Address match breakpoints in either AArch32 or AArch64 state, the permitted values are: Table C-265: BAS description table 1 on page 1392<br><br>All other values are reserved.<br><br>For more information, see *Using the BAS field in Address Match breakpoints* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>For Address mismatch breakpoints in an AArch32 stage 1 translation regime, the permitted values are: Table C-266: BAS description table 2 on page 1392<br><br>For more information, see *Using the BAS field in Address Match breakpoints* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>For Context matching breakpoints, this field is **RES1** and ignored. | xxxx |
| [4:3] | **RES0** | Reserved | **RES0** |
| [2:1] | PMC | Privilege mode control. Determines the Exception level or levels at which a Breakpoint debug event for breakpoint n is generated. This field must be interpreted along with the SSC and HMC fields, and there are constraints on the permitted values of the {HMC, SSC, PMC} fields. For more information see the ext-DBGBCR<n>_EL1.SSC description.<br><br>For more information on the operation of the SSC, HMC, and PMC fields, see *Execution conditions for which a breakpoint generates Breakpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*. | xx |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [0] | E | Enable breakpoint ext-DBGBVR<n>_EL1. Possible values are:<br>**0b0**<br>Breakpoint disabled.<br>**0b1**<br>Breakpoint enabled. | x |

**Table C-265: BAS description table 1**

| BAS | Match instruction at | Constraint for debuggers |
|---|---|---|
| 0b0011 | AArch64-DBGBVR<n>_EL1 | Use for T32 instructions |
| 0b1100 | AArch64-DBGBVR<n>_EL1 + 2 | Use for T32 instructions |
| 0b1111 | AArch64-DBGBVR<n>_EL1 | Use for A64 and A32 instructions |

**Table C-266: BAS description table 2**

| BAS | Match instruction at | Constraint for debuggers |
|---|---|---|
| 0b0000 | - | Use for a match anywhere breakpoint |
| 0b0011 | ext-DBGBVR<n>_EL1 | Use for stepping T32 instructions |
| 0b1100 | ext-DBGBVR<n>_EL1 + 2 | Use for stepping T32 instructions |
| 0b1111 | ext-DBGBVR<n>_EL1 | Use for stepping A64 and A32 instructions |

## Access

SoftwareLockStatus() depends on the type of access attempted and AllowExternalDebugAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

## Accessibility

SoftwareLockStatus() depends on the type of access attempted and AllowExternalDebugAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

| Component | Offset | Instance | Range |
|---|---|---|---|
| Debug | 0x438 | DBGBCR3_EL1 | None |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess() && SoftwareLockStatus()**

RO

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess() && !SoftwareLockStatus()**

RW

**Otherwise**

ERROR

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## C.5.21 DBGBVR4_EL1, Debug Breakpoint Value Registers

Holds a virtual address, or a VMID and/or a context ID, for use in breakpoint matching. Forms breakpoint n together with control register ext-DBGBCR<n>_EL1.

### Configurations

How this register is interpreted depends on the value of ext-DBGBCR<n>_EL1.BT.

- When ext-DBGBCR<n>_EL1.BT is 0b0x0x, this register holds a virtual address.
- When ext-DBGBCR<n>_EL1.BT is 0b001x, 0b011x, or 0b110x, this register holds a Context ID.
- When ext-DBGBCR<n>_EL1.BT is 0b100x, this register holds a VMID.
- When ext-DBGBCR<n>_EL1.BT is 0b101x, this register holds a VMID and a Context ID.
- When ext-DBGBCR<n>_EL1.BT is 0b111x, this register holds two Context ID values.

For other values of ext-DBGBCR<n>_EL1.BT, this register is RES0.

If breakpoint n is not implemented then accesses to this register are:

- RES0 when IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess().
- A CONSTRAINED UNPREDICTABLE choice of RES0 or ERROR otherwise.

### Attributes

**Width**

64

**Component**

Debug

**Register offset**

0x440

**Access type**

See bit descriptions

**Reset value**

**When ext-DBGBCR4_EL1.BT == '0x0x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

**When ext-DBGBCR4_EL1.BT == '001x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

**When ext-DBGBCR4_EL1.BT == '011x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

**When ext-DBGBCR4_EL1.BT == '100x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### When ext-DBGBCR4_EL1.BT == '101x'

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

### When ext-DBGBCR4_EL1.BT == '110x'

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

### When ext-DBGBCR4_EL1.BT == '111x'

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

When ext-DBGBCR4_EL1.BT == '0x0'

**Figure C-151: ext_dbgbvr4_el1 bit assignments**




**Table C-268: DBGBVR4_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:53] | RESS[14:4] | Reserved, Sign extended. Software must treat this field as **RES0** if the most significant bit of VA is 0 or **RES0**, and as RES1 if the most significant bit of VA is 1.<br><br>Hardware always ignores the value of these bits and it is IMPLEMENTATION DEFINED whether:<br>• The bits are hardwired to a copy of the most significant bit of VA, meaning writes to these bits are ignored, and reads to the bits always return the hardwired value.<br>• The value in those bits can be written, and reads will return the last value written. The value held in those bits is ignored by hardware. | 11{x} |
| [52:49] | RESS[3:0] | Extension to RESS[14:4]. For more information, see RESS[14:4]. | xxxx |
| [48:2] | VA[48:2] | If the address is being matched in an AArch64 stage 1 translation regime:<br>• This field contains bits[48:2] of the address for comparison.<br><br>If the address is being matched in an AArch32 stage 1 translation regime, the first 20 bits of this field are **RES0**, and the rest of the field contains bits[31:2] of the address for comparison. | 47{x} |
| [1:0] | **RES0** | Reserved | **RES0** |

When ext-DBGBCR4_EL1.BT == '001'

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure C-152: ext_dbgbvr4_el1 bit assignments**




**Table C-269: DBGBVR4_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | **RES0** | Reserved | **RES0** |
| [31:0] | ContextID | Context ID value for comparison.<br><br>The value is compared against AArch64-CONTEXTIDR_EL2 when (FEAT_VHE is implemented or FEAT_Debugv8p2 is implemented), EL2 is using AArch64, AArch64-HCR_EL2.E2H is 1, and either:<br>• The PE is executing at EL2.<br>• AArch64-HCR_EL2.TGE is 1, the PE is executing at EL0, and EL2 is enabled in the current Security state.<br><br>Otherwise, the value is compared against the following:<br>• AArch32-CONTEXTIDR when the PE is executing at AArch32.<br>• AArch64-CONTEXTIDR_EL1 when the PE is executing at AArch64. | 32{x} |

When ext-DBGBCR4_EL1.BT == '011'

**Figure C-153: ext_dbgbvr4_el1 bit assignments**




**Table C-270: DBGBVR4_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | **RES0** | Reserved | **RES0** |
| [31:0] | ContextID | Context ID value for comparison against AArch64-CONTEXTIDR_EL1. | 32{x} |

When ext-DBGBCR4_EL1.BT == '100'

**Figure C-154: ext_dbgbvr4_el1 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table C-271: DBGBVR4_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:48] | **RES0** | Reserved | **RES0** |
| [47:40] | VMID[15:8] | **When AArch64-VTCR_EL2.VS == '1'**<br>Extension to VMID[7:0]. For more information, see DBGBVR<n>_EL1.VMID[7:0].<br>**Otherwise**<br>RES0 | 8{x} |
| [39:32] | VMID[7:0] | VMID value for comparison.<br>The VMID is 8 bits when any of the following are true:<br>• EL2 is using AArch32.<br>• AArch64-VTCR_EL2.VS is 0.<br>• FEAT_VMID16 is not implemented. | 8{x} |
| [31:0] | **RES0** | Reserved | **RES0** |

When ext-DBGBCR4_EL1.BT == '101'

**Figure C-155: ext_dbgbvr4_el1 bit assignments**




**Table C-272: DBGBVR4_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:48] | **RES0** | Reserved | **RES0** |
| [47:40] | VMID[15:8] | **When AArch64-VTCR_EL2.VS == '1'**<br>Extension to VMID[7:0]. For more information, see DBGBVR<n>_EL1.VMID[7:0].<br>If EL2 is using AArch32, or if the implementation has an 8-bit VMID, this field is **RES0**.<br>**Otherwise**<br>RES0 | 8{x} |
| [39:32] | VMID[7:0] | VMID value for comparison.<br>The VMID is 8 bits when any of the following are true:<br>• EL2 is using AArch32.<br>• AArch64-VTCR_EL2.VS is 0.<br>• FEAT_VMID16 is not implemented. | 8{x} |
| [31:0] | ContextID | Context ID value for comparison against AArch64-CONTEXTIDR_EL1. | 32{x} |

When ext-DBGBCR4_EL1.BT == '110'

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure C-156: ext_dbgbvr4_el1 bit assignments**




**Table C-273: DBGBVR4_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | ContextID2 | Context ID value for comparison against AArch64-CONTEXTIDR_EL2. | 32{x} |
| [31:0] | RES0 | Reserved | RES0 |

When ext-DBGBCR4_EL1.BT == '111'

**Figure C-157: ext_dbgbvr4_el1 bit assignments**




**Table C-274: DBGBVR4_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | ContextID2 | Context ID value for comparison against AArch64-CONTEXTIDR_EL2. | 32{x} |
| [31:0] | ContextID | Context ID value for comparison against AArch64-CONTEXTIDR_EL1. | 32{x} |

## Access

SoftwareLockStatus() depends on the type of access attempted and AllowExternalDebugAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

## Accessibility

SoftwareLockStatus() depends on the type of access attempted and AllowExternalDebugAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

| Component | Offset | Instance | Range |
|---|---|---|---|
| Debug | 0x440 | DBGBVR4_EL1 | 63:0 |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess() && SoftwareLockStatus()**

RO

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess() && !SoftwareLockStatus()**

RW

**Otherwise**

ERROR

## C.5.22 DBGBCR4_EL1, Debug Breakpoint Control Registers

Holds control information for a breakpoint. Forms breakpoint n together with value register ext-DBGBVR<n>_EL1.

### Configurations

If breakpoint n is not implemented then accesses to this register are:

- RES0 when IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess().
- A CONSTRAINED UNPREDICTABLE choice of RES0 or ERROR otherwise.

### Attributes

**Width**

32

**Component**

Debug

**Register offset**

0x448

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

When the E field is zero, all the other fields in the register are ignored.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure C-158: ext_dbgbcr4_el1 bit assignments**




**Table C-276: DBGBCR4_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:24] | **RES0** | Reserved | **RES0** |

| Bits | Name | Description | Reset |
|---|---|---|---|
| [23:20] | BT | Breakpoint Type. Possible values are:<br>**0b0000**<br>Unlinked instruction address match. ext-DBGBVR<n>_EL1 is the address of an instruction.<br>**0b0001**<br>As 0b0000 but linked to a Context matching breakpoint.<br>**0b0010**<br>Unlinked Context ID match. When FEAT_VHE is implemented, EL2 is using AArch64, and the Effective value of AArch64-HCR_EL2.E2H is 1, if either the PE is executing at EL0 with AArch64-HCR_EL2.TGE set to 1 or the PE is executing at EL2, then ext-DBGBVR<n>_EL1.ContextID must match the AArch64-CONTEXTIDR_EL2 value. Otherwise, ext-DBGBVR<n>_EL1.ContextID must match the AArch64-CONTEXTIDR_EL1 value.<br>**0b0011**<br>As 0b0010, with linking enabled.<br>**0b0100**<br>Unlinked instruction address mismatch. ext-DBGBVR<n>_EL1 is the address of an instruction to be stepped.<br>**0b0101**<br>As 0b0100, but linked to a Context matching breakpoint.<br>**0b0110**<br>Unlinked AArch64-CONTEXTIDR_EL1 match. ext-DBGBVR<n>_EL1.ContextID is a Context ID compared against AArch64-CONTEXTIDR_EL1.<br>**0b0111**<br>As 0b0110, with linking enabled.<br>**0b1000**<br>Unlinked VMID match. ext-DBGBVR<n>_EL1.VMID is a VMID compared against AArch64-VTTBR_EL2.VMID.<br>**0b1001**<br>As 0b1000, with linking enabled.<br>**0b1010**<br>Unlinked VMID and Context ID match. ext-DBGBVR<n>_EL1.ContextID is a Context ID compared against AArch64-CONTEXTIDR_EL1, and ext-DBGBVR<n>_EL1.VMID is a VMID compared against AArch64-VTTBR_EL2.VMID.<br>**0b1011**<br>As 0b1010, with linking enabled.<br>**0b1100**<br>Unlinked AArch64-CONTEXTIDR_EL2 match. ext-DBGBVR<n>_EL1.ContextID2 is a Context ID compared against AArch64-CONTEXTIDR_EL2.<br>**0b1101**<br>As 0b1100, with linking enabled.<br>**0b1110**<br>Unlinked Full Context ID match. ext-DBGBVR<n>_EL1.ContextID is compared against AArch64-CONTEXTIDR_EL1, and ext-DBGBVR<n>_EL1.ContextID2 is compared against AArch64-CONTEXTIDR_EL2.<br>**0b1111**<br>As 0b1110, with linking enabled.<br><br>Constraints on breakpoint programming mean some values are reserved under certain conditions.<br><br>For more information on the operation of the SSC, HMC, and PMC fields, and on the effect of programming this field to a reserved value, see *Execution conditions for which a breakpoint generates Breakpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture* and *Reserved DBGBCR4_EL1.BT values* in the *Arm® Architecture Reference Manual for A-profile architecture*. | xxxx |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [19:16] | LBN | Linked breakpoint number. For Linked address matching breakpoints, this specifies the index of the Context-matching breakpoint linked to.<br><br>For all other breakpoint types this field is ignored and reads of the register return an **UNKNOWN** value.<br><br>This field is ignored when the value of DBGBCR<n>_EL1.E is 0. | xxxx |
| [15:14] | SSC | Security state control. Determines the Security states under which a Breakpoint debug event for breakpoint n is generated. This field must be interpreted along with the HMC and PMC fields, and there are constraints on the permitted values of the {HMC, SSC, PMC} fields. For more information, including the effect of programming the fields to a reserved set of values, see *Reserved DBGBCR<n>_EL1.{SSC, HMC, PMC} values* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>For more information on the operation of the SSC, HMC, and PMC fields, see *Execution conditions for which a breakpoint generates Breakpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*. | xx |
| [13] | HMC | Higher mode control. Determines the debug perspective for deciding when a Breakpoint debug event for breakpoint n is generated. This field must be interpreted along with the SSC and PMC fields, and there are constraints on the permitted values of the {HMC, SSC, PMC} fields. For more information see ext-DBGBCR<n>_EL1.SSC description.<br><br>For more information on the operation of the SSC, HMC, and PMC fields, see *Execution conditions for which a breakpoint generates Breakpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*. | x |
| [12:9] | **RES0** | Reserved | **RES0** |
| [8:5] | BAS | Byte address select. Defines which half-words an address-matching breakpoint matches, regardless of the instruction set and Execution state.<br><br>The permitted values depend on the breakpoint type.<br><br>For Address match breakpoints in either AArch32 or AArch64 state, the permitted values are: Table C-277: BAS description table 1 on page 1402<br><br>All other values are reserved.<br><br>For more information, see *Using the BAS field in Address Match breakpoints* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>For Address mismatch breakpoints in an AArch32 stage 1 translation regime, the permitted values are: Table C-278: BAS description table 2 on page 1402<br><br>For more information, see *Using the BAS field in Address Match breakpoints* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>For Context matching breakpoints, this field is **RES1** and ignored. | xxxx |
| [4:3] | **RES0** | Reserved | **RES0** |
| [2:1] | PMC | Privilege mode control. Determines the Exception level or levels at which a Breakpoint debug event for breakpoint n is generated. This field must be interpreted along with the SSC and HMC fields, and there are constraints on the permitted values of the {HMC, SSC, PMC} fields. For more information see the ext-DBGBCR<n>_EL1.SSC description.<br><br>For more information on the operation of the SSC, HMC, and PMC fields, see *Execution conditions for which a breakpoint generates Breakpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*. | xx |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [0] | E | Enable breakpoint ext-DBGBVR<n>_EL1. Possible values are:<br>**0b0**<br>Breakpoint disabled.<br>**0b1**<br>Breakpoint enabled. | x |

**Table C-277: BAS description table 1**

| BAS | Match instruction at | Constraint for debuggers |
|---|---|---|
| 0b0011 | AArch64-DBGBVR<n>_EL1 | Use for T32 instructions |
| 0b1100 | AArch64-DBGBVR<n>_EL1 + 2 | Use for T32 instructions |
| 0b1111 | AArch64-DBGBVR<n>_EL1 | Use for A64 and A32 instructions |

**Table C-278: BAS description table 2**

| BAS | Match instruction at | Constraint for debuggers |
|---|---|---|
| 0b0000 | - | Use for a match anywhere breakpoint |
| 0b0011 | ext-DBGBVR<n>_EL1 | Use for stepping T32 instructions |
| 0b1100 | ext-DBGBVR<n>_EL1 + 2 | Use for stepping T32 instructions |
| 0b1111 | ext-DBGBVR<n>_EL1 | Use for stepping A64 and A32 instructions |

## Access

SoftwareLockStatus() depends on the type of access attempted and AllowExternalDebugAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

## Accessibility

SoftwareLockStatus() depends on the type of access attempted and AllowExternalDebugAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

| Component | Offset | Instance | Range |
|---|---|---|---|
| Debug | 0x448 | DBGBCR4_EL1 | None |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess() && SoftwareLockStatus()**

RO

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess() && !SoftwareLockStatus()**

RW

**Otherwise**

ERROR

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## C.5.23 DBGBVR5_EL1, Debug Breakpoint Value Registers

Holds a virtual address, or a VMID and/or a context ID, for use in breakpoint matching. Forms breakpoint n together with control register ext-DBGBCR<n>_EL1.

### Configurations

How this register is interpreted depends on the value of ext-DBGBCR<n>_EL1.BT.

- When ext-DBGBCR<n>_EL1.BT is 0b0x0x, this register holds a virtual address.
- When ext-DBGBCR<n>_EL1.BT is 0b001x, 0b011x, or 0b110x, this register holds a Context ID.
- When ext-DBGBCR<n>_EL1.BT is 0b100x, this register holds a VMID.
- When ext-DBGBCR<n>_EL1.BT is 0b101x, this register holds a VMID and a Context ID.
- When ext-DBGBCR<n>_EL1.BT is 0b111x, this register holds two Context ID values.

For other values of ext-DBGBCR<n>_EL1.BT, this register is RES0.

If breakpoint n is not implemented then accesses to this register are:

- RES0 when IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess().
- A CONSTRAINED UNPREDICTABLE choice of RES0 or ERROR otherwise.

### Attributes

**Width**

64

**Component**

Debug

**Register offset**

0x450

**Access type**

See bit descriptions

**Reset value**

**When ext-DBGBCR5_EL1.BT == '0x0x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

**When ext-DBGBCR5_EL1.BT == '001x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

**When ext-DBGBCR5_EL1.BT == '011x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

**When ext-DBGBCR5_EL1.BT == '100x'**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

#### When ext-DBGBCR5_EL1.BT == '101x'

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

#### When ext-DBGBCR5_EL1.BT == '110x'

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

#### When ext-DBGBCR5_EL1.BT == '111x'

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

---

Note

Where the reset reads xxxx, see individual bits

---

## Bit descriptions

When ext-DBGBCR5_EL1.BT == '0x0'

**Figure C-159: ext_dbgbvr5_el1 bit assignments**




**Table C-280: DBGBVR5_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:53] | RESS[14:4] | Reserved, Sign extended. Software must treat this field as **RES0** if the most significant bit of VA is 0 or **RES0**, and as RES1 if the most significant bit of VA is 1.<br><br>Hardware always ignores the value of these bits and it is IMPLEMENTATION DEFINED whether:<br>• The bits are hardwired to a copy of the most significant bit of VA, meaning writes to these bits are ignored, and reads to the bits always return the hardwired value.<br>• The value in those bits can be written, and reads will return the last value written. The value held in those bits is ignored by hardware. | 11{x} |
| [52:49] | RESS[3:0] | Extension to RESS[14:4]. For more information, see RESS[14:4]. | xxxx |
| [48:2] | VA[48:2] | If the address is being matched in an AArch64 stage 1 translation regime:<br>• This field contains bits[48:2] of the address for comparison.<br><br>If the address is being matched in an AArch32 stage 1 translation regime, the first 20 bits of this field are **RES0**, and the rest of the field contains bits[31:2] of the address for comparison. | 47{x} |
| [1:0] | **RES0** | Reserved | **RES0** |

When ext-DBGBCR5_EL1.BT == '001'

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure C-160: ext_dbgbvr5_el1 bit assignments**




**Table C-281: DBGBVR5_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | **RES0** | Reserved | **RES0** |
| [31:0] | ContextID | Context ID value for comparison.<br><br>The value is compared against AArch64-CONTEXTIDR_EL2 when (FEAT_VHE is implemented or FEAT_Debugv8p2 is implemented), EL2 is using AArch64, AArch64-HCR_EL2.E2H is 1, and either:<br>• The PE is executing at EL2.<br>• AArch64-HCR_EL2.TGE is 1, the PE is executing at EL0, and EL2 is enabled in the current Security state.<br><br>Otherwise, the value is compared against the following:<br>• AArch32-CONTEXTIDR when the PE is executing at AArch32.<br>• AArch64-CONTEXTIDR_EL1 when the PE is executing at AArch64. | 32{x} |

When ext-DBGBCR5_EL1.BT == '011'

**Figure C-161: ext_dbgbvr5_el1 bit assignments**




**Table C-282: DBGBVR5_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | **RES0** | Reserved | **RES0** |
| [31:0] | ContextID | Context ID value for comparison against AArch64-CONTEXTIDR_EL1. | 32{x} |

When ext-DBGBCR5_EL1.BT == '100'

**Figure C-162: ext_dbgbvr5_el1 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table C-283: DBGBVR5_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:48] | **RES0** | Reserved | **RES0** |
| [47:40] | VMID[15:8] | **When AArch64-VTCR_EL2.VS == '1'**<br>Extension to VMID[7:0]. For more information, see DBGBVR<n>_EL1.VMID[7:0].<br>**Otherwise**<br>RES0 | 8{x} |
| [39:32] | VMID[7:0] | VMID value for comparison.<br>The VMID is 8 bits when any of the following are true:<br>• EL2 is using AArch32.<br>• AArch64-VTCR_EL2.VS is 0.<br>• FEAT_VMID16 is not implemented. | 8{x} |
| [31:0] | **RES0** | Reserved | **RES0** |

When ext-DBGBCR5_EL1.BT == '101'

**Figure C-163: ext_dbgbvr5_el1 bit assignments**




**Table C-284: DBGBVR5_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:48] | **RES0** | Reserved | **RES0** |
| [47:40] | VMID[15:8] | **When AArch64-VTCR_EL2.VS == '1'**<br>Extension to VMID[7:0]. For more information, see DBGBVR<n>_EL1.VMID[7:0].<br>If EL2 is using AArch32, or if the implementation has an 8-bit VMID, this field is **RES0**.<br>**Otherwise**<br>RES0 | 8{x} |
| [39:32] | VMID[7:0] | VMID value for comparison.<br>The VMID is 8 bits when any of the following are true:<br>• EL2 is using AArch32.<br>• AArch64-VTCR_EL2.VS is 0.<br>• FEAT_VMID16 is not implemented. | 8{x} |
| [31:0] | ContextID | Context ID value for comparison against AArch64-CONTEXTIDR_EL1. | 32{x} |

When ext-DBGBCR5_EL1.BT == '110'

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure C-164: ext_dbgbvr5_el1 bit assignments**




**Table C-285: DBGBVR5_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | ContextID2 | Context ID value for comparison against AArch64-CONTEXTIDR_EL2. | 32{x} |
| [31:0] | RES0 | Reserved | RES0 |

When ext-DBGBCR5_EL1.BT == '111'

**Figure C-165: ext_dbgbvr5_el1 bit assignments**




**Table C-286: DBGBVR5_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:32] | ContextID2 | Context ID value for comparison against AArch64-CONTEXTIDR_EL2. | 32{x} |
| [31:0] | ContextID | Context ID value for comparison against AArch64-CONTEXTIDR_EL1. | 32{x} |

## Access

SoftwareLockStatus() depends on the type of access attempted and AllowExternalDebugAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

## Accessibility

SoftwareLockStatus() depends on the type of access attempted and AllowExternalDebugAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

| Component | Offset | Instance | Range |
|---|---|---|---|
| Debug | 0x450 | DBGBVR5_EL1 | 63:0 |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess() && SoftwareLockStatus()**

RO

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess() && !SoftwareLockStatus()**

RW

**Otherwise**

ERROR

## C.5.24 DBGBCR5_EL1, Debug Breakpoint Control Registers

Holds control information for a breakpoint. Forms breakpoint n together with value register ext-DBGBVR<n>_EL1.

### Configurations

If breakpoint n is not implemented then accesses to this register are:

- RES0 when IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess().
- A CONSTRAINED UNPREDICTABLE choice of RES0 or ERROR otherwise.

### Attributes

**Width**

32

**Component**

Debug

**Register offset**

0x458

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

When the E field is zero, all the other fields in the register are ignored.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure C-166: ext_dbgbcr5_el1 bit assignments**




**Table C-288: DBGBCR5_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:24] | **RES0** | Reserved | **RES0** |

| Bits | Name | Description | Reset |
| --- | --- | --- | --- |
| [23:20] | BT | Breakpoint Type. Possible values are:<br>**0b0000**<br>Unlinked instruction address match. ext-DBGBVR<n>_EL1 is the address of an instruction.<br>**0b0001**<br>As 0b0000 but linked to a Context matching breakpoint.<br>**0b0010**<br>Unlinked Context ID match. When FEAT_VHE is implemented, EL2 is using AArch64, and the Effective value of AArch64-HCR_EL2.E2H is 1, if either the PE is executing at EL0 with AArch64-HCR_EL2.TGE set to 1 or the PE is executing at EL2, then ext-DBGBVR<n>_EL1.ContextID must match the AArch64-CONTEXTIDR_EL2 value. Otherwise, ext-DBGBVR<n>_EL1.ContextID must match the AArch64-CONTEXTIDR_EL1 value.<br>**0b0011**<br>As 0b0010, with linking enabled.<br>**0b0100**<br>Unlinked instruction address mismatch. ext-DBGBVR<n>_EL1 is the address of an instruction to be stepped.<br>**0b0101**<br>As 0b0100, but linked to a Context matching breakpoint.<br>**0b0110**<br>Unlinked AArch64-CONTEXTIDR_EL1 match. ext-DBGBVR<n>_EL1.ContextID is a Context ID compared against AArch64-CONTEXTIDR_EL1.<br>**0b0111**<br>As 0b0110, with linking enabled.<br>**0b1000**<br>Unlinked VMID match. ext-DBGBVR<n>_EL1.VMID is a VMID compared against AArch64-VTTBR_EL2.VMID.<br>**0b1001**<br>As 0b1000, with linking enabled.<br>**0b1010**<br>Unlinked VMID and Context ID match. ext-DBGBVR<n>_EL1.ContextID is a Context ID compared against AArch64-CONTEXTIDR_EL1, and ext-DBGBVR<n>_EL1.VMID is a VMID compared against AArch64-VTTBR_EL2.VMID.<br>**0b1011**<br>As 0b1010, with linking enabled.<br>**0b1100**<br>Unlinked AArch64-CONTEXTIDR_EL2 match. ext-DBGBVR<n>_EL1.ContextID2 is a Context ID compared against AArch64-CONTEXTIDR_EL2.<br>**0b1101**<br>As 0b1100, with linking enabled.<br>**0b1110**<br>Unlinked Full Context ID match. ext-DBGBVR<n>_EL1.ContextID is compared against AArch64-CONTEXTIDR_EL1, and ext-DBGBVR<n>_EL1.ContextID2 is compared against AArch64-CONTEXTIDR_EL2.<br>**0b1111**<br>As 0b1110, with linking enabled.<br>Constraints on breakpoint programming mean some values are reserved under certain conditions.<br>For more information on the operation of the SSC, HMC, and PMC fields, and on the effect of programming this field to a reserved value, see *Execution conditions for which a breakpoint generates Breakpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture* and *Reserved DBGBCR5_EL1.BT values* in the *Arm® Architecture Reference Manual for A-profile architecture*. | xxxx |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [19:16] | LBN | Linked breakpoint number. For Linked address matching breakpoints, this specifies the index of the Context-matching breakpoint linked to.<br><br>For all other breakpoint types this field is ignored and reads of the register return an **UNKNOWN** value.<br><br>This field is ignored when the value of DBGBCR<n>_EL1.E is 0. | xxxx |
| [15:14] | SSC | Security state control. Determines the Security states under which a Breakpoint debug event for breakpoint n is generated. This field must be interpreted along with the HMC and PMC fields, and there are constraints on the permitted values of the {HMC, SSC, PMC} fields. For more information, including the effect of programming the fields to a reserved set of values, see *Reserved DBGBCR<n>_EL1.{SSC, HMC, PMC} values* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>For more information on the operation of the SSC, HMC, and PMC fields, see *Execution conditions for which a breakpoint generates Breakpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*. | xx |
| [13] | HMC | Higher mode control. Determines the debug perspective for deciding when a Breakpoint debug event for breakpoint n is generated. This field must be interpreted along with the SSC and PMC fields, and there are constraints on the permitted values of the {HMC, SSC, PMC} fields. For more information see ext-DBGBCR<n>_EL1.SSC description.<br><br>For more information on the operation of the SSC, HMC, and PMC fields, see *Execution conditions for which a breakpoint generates Breakpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*. | x |
| [12:9] | **RES0** | Reserved | **RES0** |
| [8:5] | BAS | Byte address select. Defines which half-words an address-matching breakpoint matches, regardless of the instruction set and Execution state.<br><br>The permitted values depend on the breakpoint type.<br><br>For Address match breakpoints in either AArch32 or AArch64 state, the permitted values are: Table C-289: BAS description table 1 on page 1412<br><br>All other values are reserved.<br><br>For more information, see *Using the BAS field in Address Match breakpoints* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>For Address mismatch breakpoints in an AArch32 stage 1 translation regime, the permitted values are: Table C-290: BAS description table 2 on page 1412<br><br>For more information, see *Using the BAS field in Address Match breakpoints* in the *Arm® Architecture Reference Manual for A-profile architecture*.<br><br>For Context matching breakpoints, this field is **RES1** and ignored. | xxxx |
| [4:3] | **RES0** | Reserved | **RES0** |
| [2:1] | PMC | Privilege mode control. Determines the Exception level or levels at which a Breakpoint debug event for breakpoint n is generated. This field must be interpreted along with the SSC and HMC fields, and there are constraints on the permitted values of the {HMC, SSC, PMC} fields. For more information see the ext-DBGBCR<n>_EL1.SSC description.<br><br>For more information on the operation of the SSC, HMC, and PMC fields, see *Execution conditions for which a breakpoint generates Breakpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*. | xx |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [0] | E | Enable breakpoint ext-DBGBVR<n>_EL1. Possible values are:<br>**0b0**<br>Breakpoint disabled.<br>**0b1**<br>Breakpoint enabled. | x |

**Table C-289: BAS description table 1**

| BAS | Match instruction at | Constraint for debuggers |
|---|---|---|
| 0b0011 | AArch64-DBGBVR<n>_EL1 | Use for T32 instructions |
| 0b1100 | AArch64-DBGBVR<n>_EL1 + 2 | Use for T32 instructions |
| 0b1111 | AArch64-DBGBVR<n>_EL1 | Use for A64 and A32 instructions |

**Table C-290: BAS description table 2**

| BAS | Match instruction at | Constraint for debuggers |
|---|---|---|
| 0b0000 | - | Use for a match anywhere breakpoint |
| 0b0011 | ext-DBGBVR<n>_EL1 | Use for stepping T32 instructions |
| 0b1100 | ext-DBGBVR<n>_EL1 + 2 | Use for stepping T32 instructions |
| 0b1111 | ext-DBGBVR<n>_EL1 | Use for stepping A64 and A32 instructions |

## Access

SoftwareLockStatus() depends on the type of access attempted and AllowExternalDebugAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

## Accessibility

SoftwareLockStatus() depends on the type of access attempted and AllowExternalDebugAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

| Component | Offset | Instance | Range |
|---|---|---|---|
| Debug | 0x458 | DBGBCR5_EL1 | None |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess() && SoftwareLockStatus()**

RO

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess() && !SoftwareLockStatus()**

RW

**Otherwise**

ERROR

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## C.5.25 DBGWVR0_EL1, Debug Watchpoint Value Registers

Holds a data address value for use in watchpoint matching. Forms watchpoint n together with control register ext-DBGWCR<n>_EL1.

### Configurations

If watchpoint n is not implemented then accesses to this register are:

- When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess(), RES0.
- Otherwise, a CONSTRAINED UNPREDICTABLE choice of RES0 or ERROR.

### Attributes

**Width**

64

**Component**

Debug

**Register offset**

0x800

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

---

Note

Where the reset reads xxxx, see individual bits

---

### Bit descriptions

**Figure C-167: ext_dbgwvr0_el1 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table C-292: DBGWVR0_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:53] | RESS[14:4] | Reserved, Sign extended. Hardware and software must treat this field as **RES0** if the most significant bit of VA is 0 or **RES0**, and as RES1 if the most significant bit of VA is 1.<br><br>Hardware always ignores the value of these bits and it is IMPLEMENTATION DEFINED whether:<br>• The bits are hardwired to a copy of the most significant bit of VA, meaning writes to these bits are ignored, and reads to the bits always return the hardwired value.<br>• The value in those bits can be written, and reads will return the last value written. The value held in those bits is ignored by hardware. | `11{x}` |
| [52:49] | RESS[3:0] | Extension to RESS[14:4]. For more information, see RESS[14:4]. | `xxxx` |
| [48:2] | VA[48:2] | Bits[48:2] of the address value for comparison.<br><br>Arm deprecates setting ext-DBGWVR<n>_EL1[2] == 1. | `47{x}` |
| [1:0] | **RES0** | Reserved | **RES0** |

### Access

SoftwareLockStatus() depends on the type of access attempted and AllowExternalDebugAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

### Accessibility

SoftwareLockStatus() depends on the type of access attempted and AllowExternalDebugAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

| Component | Offset | Instance | Range |
|---|---|---|---|
| Debug | 0x800 | DBGWVR0_EL1 | 63:0 |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess() && SoftwareLockStatus()**

RO

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess() && !SoftwareLockStatus()**

RW

**Otherwise**

ERROR

## C.5.26 DBGWCR0_EL1, Debug Watchpoint Control Registers

Holds control information for a watchpoint. Forms watchpoint n together with value register ext-DBGWVR<n>_EL1.

### Configurations

If watchpoint n is not implemented then accesses to this register are:

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

- When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess(), RES0.
- Otherwise, a CONSTRAINED UNPREDICTABLE choice of RES0 or ERROR.

## Attributes

**Width**

32

**Component**

Debug

**Register offset**

0x808

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

> **Note**
>
> Where the reset reads xxxx, see individual bits

## Bit descriptions

When the E field is zero, all the other fields in the register are ignored.

**Figure C-168: ext_dbgwcr0_el1 bit assignments**




**Table C-294: DBGWCR0_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:29] | RES0 | Reserved | RES0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [28:24] | MASK | Address mask. Only objects up to 2GB can be watched using a single mask.<br>**0b00000**<br>No mask.<br>**0b00001**<br>Reserved.<br>**0b00010**<br>Reserved.<br><br>If programmed with a reserved value, a watchpoint must behave as if either:<br>• MASK has been programmed with a defined value, which might be 0 (no mask), other than for a direct read of DBGWCRn_EL1.<br>• The watchpoint is disabled.<br><br>Software must not rely on this property because the behavior of reserved values might change in a future revision of the architecture.<br><br>Other values mask the corresponding number of address bits, from `0b00011` masking 3 address bits (`0x00000007` mask for address) to `0b11111` masking 31 address bits (`0x7FFFFFFF` mask for address). | `5{x}` |
| [23:21] | RES0 | Reserved | RES0 |
| [20] | WT | Watchpoint type. Possible values are:<br>**0b0**<br>Unlinked data address match.<br>**0b1**<br>Linked data address match. | `x` |
| [19:16] | LBN | Linked breakpoint number. For Linked data address watchpoints, this specifies the index of the Context-matching breakpoint linked to. | `xxxx` |
| [15:14] | SSC | Security state control. Determines the Security states under which a Watchpoint debug event for watchpoint n is generated. This field must be interpreted along with the HMC and PAC fields.<br><br>For more information on the operation of the SSC, HMC, and PAC fields, see *Execution conditions for which a watchpoint generates Watchpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*. | `xx` |
| [13] | HMC | Higher mode control. Determines the debug perspective for deciding when a Watchpoint debug event for watchpoint n is generated. This field must be interpreted along with the SSC and PAC fields.<br><br>For more information on the operation of the SSC, HMC, and PAC fields, see *Execution conditions for which a watchpoint generates Watchpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*. | `x` |
| [12:5] | BAS | Byte address select. Each bit of this field selects whether a byte from within the word or double-word addressed by ext-DBGWVR<n>_EL1 is being watched. Table C-295: BAS description table 1 on page 1417<br><br>In cases where ext-DBGWVR<n>_EL1 addresses a double-word: Table C-296: BAS description table 2 on page 1417<br><br>If ext-DBGWVR<n>_EL1[2] == 1, only BAS[3:0] is used. Arm deprecates setting ext-DBGWVR<n>_EL1[2] == 1.<br><br>The valid values for BAS are non-zero binary number all of whose set bits are contiguous. All other values are reserved and must not be used by software. See *Reserved DBGWCR<n>.BAS values* in the *Arm® Architecture Reference Manual for A-profile architecture*. | `8{x}` |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [4:3] | LSC | Load/store control. This field enables watchpoint matching on the type of access being made. Possible values of this field are:<br>**`0b01`**<br>Match instructions that load from a watchpointed address.<br>**`0b10`**<br>Match instructions that store to a watchpointed address.<br>**`0b11`**<br>Match instructions that load from or store to a watchpointed address.<br>All other values are reserved, but must behave as if the watchpoint is disabled. Software must not rely on this property as the behavior of reserved values might change in a future revision of the architecture. | `xx` |
| [2:1] | PAC | Privilege of access control. Determines the Exception level or levels at which a Watchpoint debug event for watchpoint n is generated. This field must be interpreted along with the SSC and HMC fields.<br>For more information on the operation of the SSC, HMC, and PAC fields, see *Execution conditions for which a watchpoint generates Watchpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*. | `xx` |
| [0] | E | Enable watchpoint n. Possible values are:<br>**`0b0`**<br>Watchpoint disabled.<br>**`0b1`**<br>Watchpoint enabled. | `x` |

**Table C-295: BAS description table 1**

| BAS | Description |
|---|---|
| xxxxxxx1 | Match byte at AArch64-DBGWVR<n>_EL1 |
| xxxxxx1x | Match byte at AArch64-DBGWVR<n>_EL1 + 1 |
| xxxxx1xx | Match byte at AArch64-DBGWVR<n>_EL1 + 2 |
| xxxx1xxx | Match byte at AArch64-DBGWVR<n>_EL1 + 3 |

**Table C-296: BAS description table 2**

| BAS | Description, if AArch64-DBGWVR<n>_EL1[2] == 0 |
|---|---|
| xxx1xxxx | Match byte at AArch64-DBGWVR<n>_EL1 + 4 |
| xx1xxxxx | Match byte at AArch64-DBGWVR<n>_EL1 + 5 |
| x1xxxxxx | Match byte at AArch64-DBGWVR<n>_EL1 + 6 |
| 1xxxxxxx | Match byte at AArch64-DBGWVR<n>_EL1 + 7 |

## Access

SoftwareLockStatus() depends on the type of access attempted and AllowExternalDebugAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

## Accessibility

SoftwareLockStatus() depends on the type of access attempted and AllowExternalDebugAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Component | Offset | Instance | Range |
|---|---|---|---|
| Debug | 0x808 | DBGWCR0_EL1 | None |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess() && SoftwareLockStatus()**

RO

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess() && !SoftwareLockStatus()**

RW

**Otherwise**

ERROR

## C.5.27 DBGWVR1_EL1, Debug Watchpoint Value Registers

Holds a data address value for use in watchpoint matching. Forms watchpoint n together with control register ext-DBGWCR<n>_EL1.

### Configurations

If watchpoint n is not implemented then accesses to this register are:

- When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess(), RES0.
- Otherwise, a CONSTRAINED UNPREDICTABLE choice of RES0 or ERROR.

### Attributes

**Width**

64

**Component**

Debug

**Register offset**

0x810

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure C-169: ext_dbgwvr1_el1 bit assignments




**Table C-298: DBGWVR1_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:53] | RESS[14:4] | Reserved, Sign extended. Hardware and software must treat this field as **RES0** if the most significant bit of VA is 0 or **RES0**, and as RES1 if the most significant bit of VA is 1.<br><br>Hardware always ignores the value of these bits and it is IMPLEMENTATION DEFINED whether:<br>• The bits are hardwired to a copy of the most significant bit of VA, meaning writes to these bits are ignored, and reads to the bits always return the hardwired value.<br>• The value in those bits can be written, and reads will return the last value written. The value held in those bits is ignored by hardware. | `11{x}` |
| [52:49] | RESS[3:0] | Extension to RESS[14:4]. For more information, see RESS[14:4]. | `xxxx` |
| [48:2] | VA[48:2] | Bits[48:2] of the address value for comparison.<br><br>Arm deprecates setting ext-DBGWVR<n>_EL1[2] == 1. | `47{x}` |
| [1:0] | **RES0** | Reserved | **RES0** |

## Access

SoftwareLockStatus() depends on the type of access attempted and AllowExternalDebugAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

## Accessibility

SoftwareLockStatus() depends on the type of access attempted and AllowExternalDebugAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

| Component | Offset | Instance | Range |
|---|---|---|---|
| Debug | 0x810 | DBGWVR1_EL1 | 63:0 |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess() && SoftwareLockStatus()**

RO

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess() && !SoftwareLockStatus()**

RW

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Otherwise**

ERROR

## C.5.28 DBGWCR1_EL1, Debug Watchpoint Control Registers

Holds control information for a watchpoint. Forms watchpoint n together with value register ext-DBGWVR<n>_EL1.

### Configurations

If watchpoint n is not implemented then accesses to this register are:

- When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess(), RES0.
- Otherwise, a CONSTRAINED UNPREDICTABLE choice of RES0 or ERROR.

### Attributes

**Width**

32

**Component**

Debug

**Register offset**

0x818

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

When the E field is zero, all the other fields in the register are ignored.

**Figure C-170: ext_dbgwcr1_el1 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table C-300: DBGWCR1_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:29] | **RES0** | Reserved | **RES0** |
| [28:24] | MASK | Address mask. Only objects up to 2GB can be watched using a single mask.<br>**`0b00000`**<br>No mask.<br>**`0b00001`**<br>Reserved.<br>**`0b00010`**<br>Reserved.<br><br>If programmed with a reserved value, a watchpoint must behave as if either:<br>• MASK has been programmed with a defined value, which might be 0 (no mask), other than for a direct read of DBGWCRn_EL1.<br>• The watchpoint is disabled.<br><br>Software must not rely on this property because the behavior of reserved values might change in a future revision of the architecture.<br><br>Other values mask the corresponding number of address bits, from `0b00011` masking 3 address bits (`0x00000007` mask for address) to `0b11111` masking 31 address bits (`0x7FFFFFFF` mask for address). | `5{x}` |
| [23:21] | **RES0** | Reserved | **RES0** |
| [20] | WT | Watchpoint type. Possible values are:<br>**`0b0`**<br>Unlinked data address match.<br>**`0b1`**<br>Linked data address match. | `x` |
| [19:16] | LBN | Linked breakpoint number. For Linked data address watchpoints, this specifies the index of the Context-matching breakpoint linked to. | `xxxx` |
| [15:14] | SSC | Security state control. Determines the Security states under which a Watchpoint debug event for watchpoint n is generated. This field must be interpreted along with the HMC and PAC fields.<br><br>For more information on the operation of the SSC, HMC, and PAC fields, see *Execution conditions for which a watchpoint generates Watchpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*. | `xx` |
| [13] | HMC | Higher mode control. Determines the debug perspective for deciding when a Watchpoint debug event for watchpoint n is generated. This field must be interpreted along with the SSC and PAC fields.<br><br>For more information on the operation of the SSC, HMC, and PAC fields, see *Execution conditions for which a watchpoint generates Watchpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*. | `x` |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [12:5] | BAS | Byte address select. Each bit of this field selects whether a byte from within the word or double-word addressed by ext-DBGWVR<n>_EL1 is being watched. Table C-301: BAS description table 1 on page 1422<br><br>In cases where ext-DBGWVR<n>_EL1 addresses a double-word: Table C-302: BAS description table 2 on page 1422<br><br>If ext-DBGWVR<n>_EL1[2] == 1, only BAS[3:0] is used. Arm deprecates setting ext-DBGWVR<n>_EL1[2] == 1.<br><br>The valid values for BAS are non-zero binary number all of whose set bits are contiguous. All other values are reserved and must not be used by software. See *Reserved DBGWCR<n>.BAS values* in the *Arm® Architecture Reference Manual for A-profile architecture*. | 8{x} |
| [4:3] | LSC | Load/store control. This field enables watchpoint matching on the type of access being made. Possible values of this field are:<br>**0b01**<br>Match instructions that load from a watchpointed address.<br>**0b10**<br>Match instructions that store to a watchpointed address.<br>**0b11**<br>Match instructions that load from or store to a watchpointed address.<br><br>All other values are reserved, but must behave as if the watchpoint is disabled. Software must not rely on this property as the behavior of reserved values might change in a future revision of the architecture. | xx |
| [2:1] | PAC | Privilege of access control. Determines the Exception level or levels at which a Watchpoint debug event for watchpoint n is generated. This field must be interpreted along with the SSC and HMC fields.<br><br>For more information on the operation of the SSC, HMC, and PAC fields, see *Execution conditions for which a watchpoint generates Watchpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*. | xx |
| [0] | E | Enable watchpoint n. Possible values are:<br>**0b0**<br>Watchpoint disabled.<br>**0b1**<br>Watchpoint enabled. | x |

**Table C-301: BAS description table 1**

| BAS | Description |
|---|---|
| xxxxxxx1 | Match byte at AArch64-DBGWVR<n>_EL1 |
| xxxxxx1x | Match byte at AArch64-DBGWVR<n>_EL1 + 1 |
| xxxxx1xx | Match byte at AArch64-DBGWVR<n>_EL1 + 2 |
| xxxx1xxx | Match byte at AArch64-DBGWVR<n>_EL1 + 3 |

**Table C-302: BAS description table 2**

| BAS | Description, if AArch64-DBGWVR<n>_EL1[2] == 0 |
|---|---|
| xxx1xxxx | Match byte at AArch64-DBGWVR<n>_EL1 + 4 |
| xx1xxxxx | Match byte at AArch64-DBGWVR<n>_EL1 + 5 |
| x1xxxxxx | Match byte at AArch64-DBGWVR<n>_EL1 + 6 |
| 1xxxxxxx | Match byte at AArch64-DBGWVR<n>_EL1 + 7 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Access

SoftwareLockStatus() depends on the type of access attempted and AllowExternalDebugAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

### Accessibility

SoftwareLockStatus() depends on the type of access attempted and AllowExternalDebugAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

| Component | Offset | Instance | Range |
|---|---|---|---|
| Debug | 0x818 | DBGWCR1_EL1 | None |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess() && SoftwareLockStatus()**

RO

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess() && !SoftwareLockStatus()**

RW

**Otherwise**

ERROR

## C.5.29 DBGWVR2_EL1, Debug Watchpoint Value Registers

Holds a data address value for use in watchpoint matching. Forms watchpoint n together with control register ext-DBGWCR<n>_EL1.

### Configurations

If watchpoint n is not implemented then accesses to this register are:

- When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess(), RES0.
- Otherwise, a CONSTRAINED UNPREDICTABLE choice of RES0 or ERROR.

### Attributes

**Width**

64

**Component**

Debug

**Register offset**

0x820

**Access type**

See bit descriptions

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Reset value

XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure C-171: ext_dbgwvr2_el1 bit assignments




**Table C-304: DBGWVR2_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:53] | RESS[14:4] | Reserved, Sign extended. Hardware and software must treat this field as **RES0** if the most significant bit of VA is 0 or **RES0**, and as RES1 if the most significant bit of VA is 1.<br><br>Hardware always ignores the value of these bits and it is IMPLEMENTATION DEFINED whether:<br>• The bits are hardwired to a copy of the most significant bit of VA, meaning writes to these bits are ignored, and reads to the bits always return the hardwired value.<br>• The value in those bits can be written, and reads will return the last value written. The value held in those bits is ignored by hardware. | 11{x} |
| [52:49] | RESS[3:0] | Extension to RESS[14:4]. For more information, see RESS[14:4]. | xxxx |
| [48:2] | VA[48:2] | Bits[48:2] of the address value for comparison.<br><br>Arm deprecates setting ext-DBGWVR<n>_EL1[2] == 1. | 47{x} |
| [1:0] | **RES0** | Reserved | **RES0** |

## Access

SoftwareLockStatus() depends on the type of access attempted and AllowExternalDebugAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

## Accessibility

SoftwareLockStatus() depends on the type of access attempted and AllowExternalDebugAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

| Component | Offset | Instance | Range |
|---|---|---|---|
| Debug | 0x820 | DBGWVR2_EL1 | 63:0 |

This interface is accessible as follows:

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess() && SoftwareLockStatus()**

RO

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess() && !SoftwareLockStatus()**

RW

**Otherwise**

ERROR

## C.5.30 DBGWCR2_EL1, Debug Watchpoint Control Registers

Holds control information for a watchpoint. Forms watchpoint n together with value register ext-DBGWVR<n>_EL1.

### Configurations

If watchpoint n is not implemented then accesses to this register are:

- When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess(), RES0.
- Otherwise, a CONSTRAINED UNPREDICTABLE choice of RES0 or ERROR.

### Attributes

**Width**

32

**Component**

Debug

**Register offset**

0x828

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

When the E field is zero, all the other fields in the register are ignored.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Figure C-172: ext_dbgwcr2_el1 bit assignments**




**Table C-306: DBGWCR2_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:29] | RES0 | Reserved | RES0 |
| [28:24] | MASK | Address mask. Only objects up to 2GB can be watched using a single mask.<br>**0b00000**<br>No mask.<br>**0b00001**<br>Reserved.<br>**0b00010**<br>Reserved.<br><br>If programmed with a reserved value, a watchpoint must behave as if either:<br>• MASK has been programmed with a defined value, which might be 0 (no mask), other than for a direct read of DBGWCRn_EL1.<br>• The watchpoint is disabled.<br><br>Software must not rely on this property because the behavior of reserved values might change in a future revision of the architecture.<br><br>Other values mask the corresponding number of address bits, from `0b00011` masking 3 address bits (`0x00000007` mask for address) to `0b11111` masking 31 address bits (`0x7FFFFFFF` mask for address). | 5{x} |
| [23:21] | RES0 | Reserved | RES0 |
| [20] | WT | Watchpoint type. Possible values are:<br>**0b0**<br>Unlinked data address match.<br>**0b1**<br>Linked data address match. | x |
| [19:16] | LBN | Linked breakpoint number. For Linked data address watchpoints, this specifies the index of the Context-matching breakpoint linked to. | xxxx |
| [15:14] | SSC | Security state control. Determines the Security states under which a Watchpoint debug event for watchpoint n is generated. This field must be interpreted along with the HMC and PAC fields.<br><br>For more information on the operation of the SSC, HMC, and PAC fields, see *Execution conditions for which a watchpoint generates Watchpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*. | xx |
| [13] | HMC | Higher mode control. Determines the debug perspective for deciding when a Watchpoint debug event for watchpoint n is generated. This field must be interpreted along with the SSC and PAC fields.<br><br>For more information on the operation of the SSC, HMC, and PAC fields, see *Execution conditions for which a watchpoint generates Watchpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [12:5] | BAS | Byte address select. Each bit of this field selects whether a byte from within the word or double-word addressed by ext-DBGWVR<n>_EL1 is being watched. Table C-307: BAS description table 1 on page 1427<br><br>In cases where ext-DBGWVR<n>_EL1 addresses a double-word: Table C-308: BAS description table 2 on page 1427<br><br>If ext-DBGWVR<n>_EL1[2] == 1, only BAS[3:0] is used. Arm deprecates setting ext-DBGWVR<n>_EL1[2] == 1.<br><br>The valid values for BAS are non-zero binary number all of whose set bits are contiguous. All other values are reserved and must not be used by software. See *Reserved DBGWCR<n>.BAS values* in the *Arm® Architecture Reference Manual for A-profile architecture*. | 8{x} |
| [4:3] | LSC | Load/store control. This field enables watchpoint matching on the type of access being made. Possible values of this field are:<br>**0b01**<br>Match instructions that load from a watchpointed address.<br>**0b10**<br>Match instructions that store to a watchpointed address.<br>**0b11**<br>Match instructions that load from or store to a watchpointed address.<br><br>All other values are reserved, but must behave as if the watchpoint is disabled. Software must not rely on this property as the behavior of reserved values might change in a future revision of the architecture. | xx |
| [2:1] | PAC | Privilege of access control. Determines the Exception level or levels at which a Watchpoint debug event for watchpoint n is generated. This field must be interpreted along with the SSC and HMC fields.<br><br>For more information on the operation of the SSC, HMC, and PAC fields, see *Execution conditions for which a watchpoint generates Watchpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*. | xx |
| [0] | E | Enable watchpoint n. Possible values are:<br>**0b0**<br>Watchpoint disabled.<br>**0b1**<br>Watchpoint enabled. | x |

### Table C-307: BAS description table 1

| BAS | Description |
|---|---|
| xxxxxxx1 | Match byte at AArch64-DBGWVR<n>_EL1 |
| xxxxxx1x | Match byte at AArch64-DBGWVR<n>_EL1 + 1 |
| xxxxx1xx | Match byte at AArch64-DBGWVR<n>_EL1 + 2 |
| xxxx1xxx | Match byte at AArch64-DBGWVR<n>_EL1 + 3 |

### Table C-308: BAS description table 2

| BAS | Description, if AArch64-DBGWVR<n>_EL1[2] == 0 |
|---|---|
| xxx1xxxx | Match byte at AArch64-DBGWVR<n>_EL1 + 4 |
| xx1xxxxx | Match byte at AArch64-DBGWVR<n>_EL1 + 5 |
| x1xxxxxx | Match byte at AArch64-DBGWVR<n>_EL1 + 6 |
| 1xxxxxxx | Match byte at AArch64-DBGWVR<n>_EL1 + 7 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Access

SoftwareLockStatus() depends on the type of access attempted and AllowExternalDebugAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

### Accessibility

SoftwareLockStatus() depends on the type of access attempted and AllowExternalDebugAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

| Component | Offset | Instance | Range |
|---|---|---|---|
| Debug | 0x828 | DBGWCR2_EL1 | None |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess() && SoftwareLockStatus()**

RO

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess() && !SoftwareLockStatus()**

RW

**Otherwise**

ERROR

## C.5.31 DBGWVR3_EL1, Debug Watchpoint Value Registers

Holds a data address value for use in watchpoint matching. Forms watchpoint n together with control register ext-DBGWCR<n>_EL1.

### Configurations

If watchpoint n is not implemented then accesses to this register are:

- When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess(), RES0.
- Otherwise, a CONSTRAINED UNPREDICTABLE choice of RES0 or ERROR.

### Attributes

**Width**

64

**Component**

Debug

**Register offset**

0x830

**Access type**

See bit descriptions

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure C-173: ext_dbgwvr3_el1 bit assignments




**Table C-310: DBGWVR3_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:53] | RESS[14:4] | Reserved, Sign extended. Hardware and software must treat this field as **RES0** if the most significant bit of VA is 0 or **RES0**, and as RES1 if the most significant bit of VA is 1.<br><br>Hardware always ignores the value of these bits and it is IMPLEMENTATION DEFINED whether:<br>• The bits are hardwired to a copy of the most significant bit of VA, meaning writes to these bits are ignored, and reads to the bits always return the hardwired value.<br>• The value in those bits can be written, and reads will return the last value written. The value held in those bits is ignored by hardware. | 11{x} |
| [52:49] | RESS[3:0] | Extension to RESS[14:4]. For more information, see RESS[14:4]. | xxxx |
| [48:2] | VA[48:2] | Bits[48:2] of the address value for comparison.<br><br>Arm deprecates setting ext-DBGWVR<n>_EL1[2] == 1. | 47{x} |
| [1:0] | **RES0** | Reserved | **RES0** |

## Access

SoftwareLockStatus() depends on the type of access attempted and AllowExternalDebugAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

## Accessibility

SoftwareLockStatus() depends on the type of access attempted and AllowExternalDebugAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

| Component | Offset | Instance | Range |
|---|---|---|---|
| Debug | 0x830 | DBGWVR3_EL1 | 63:0 |

This interface is accessible as follows:

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess() && SoftwareLockStatus()**

RO

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess() && !SoftwareLockStatus()**

RW

**Otherwise**

ERROR

## C.5.32 DBGWCR3_EL1, Debug Watchpoint Control Registers

Holds control information for a watchpoint. Forms watchpoint n together with value register ext-DBGWVR<n>_EL1.

### Configurations

If watchpoint n is not implemented then accesses to this register are:

- When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess(), RES0.
- Otherwise, a CONSTRAINED UNPREDICTABLE choice of RES0 or ERROR.

### Attributes

**Width**

32

**Component**

Debug

**Register offset**

0x838

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

When the E field is zero, all the other fields in the register are ignored.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Figure C-174: ext_dbgwcr3_el1 bit assignments




### Table C-312: DBGWCR3_EL1 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:29] | **RES0** | Reserved | **RES0** |
| [28:24] | MASK | Address mask. Only objects up to 2GB can be watched using a single mask.<br>**`0b00000`**<br>No mask.<br>**`0b00001`**<br>Reserved.<br>**`0b00010`**<br>Reserved.<br><br>If programmed with a reserved value, a watchpoint must behave as if either:<br>• MASK has been programmed with a defined value, which might be 0 (no mask), other than for a direct read of DBGWCRn_EL1.<br>• The watchpoint is disabled.<br><br>Software must not rely on this property because the behavior of reserved values might change in a future revision of the architecture.<br><br>Other values mask the corresponding number of address bits, from `0b00011` masking 3 address bits (`0x00000007` mask for address) to `0b11111` masking 31 address bits (`0x7FFFFFFF` mask for address). | `5{x}` |
| [23:21] | **RES0** | Reserved | **RES0** |
| [20] | WT | Watchpoint type. Possible values are:<br>**`0b0`**<br>Unlinked data address match.<br>**`0b1`**<br>Linked data address match. | `x` |
| [19:16] | LBN | Linked breakpoint number. For Linked data address watchpoints, this specifies the index of the Context-matching breakpoint linked to. | `xxxx` |
| [15:14] | SSC | Security state control. Determines the Security states under which a Watchpoint debug event for watchpoint n is generated. This field must be interpreted along with the HMC and PAC fields.<br><br>For more information on the operation of the SSC, HMC, and PAC fields, see *Execution conditions for which a watchpoint generates Watchpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*. | `xx` |
| [13] | HMC | Higher mode control. Determines the debug perspective for deciding when a Watchpoint debug event for watchpoint n is generated. This field must be interpreted along with the SSC and PAC fields.<br><br>For more information on the operation of the SSC, HMC, and PAC fields, see *Execution conditions for which a watchpoint generates Watchpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*. | `x` |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [12:5] | BAS | Byte address select. Each bit of this field selects whether a byte from within the word or double-word addressed by ext-DBGWVR<n>_EL1 is being watched. Table C-313: BAS description table 1 on page 1432<br><br>In cases where ext-DBGWVR<n>_EL1 addresses a double-word: Table C-314: BAS description table 2 on page 1432<br><br>If ext-DBGWVR<n>_EL1[2] == 1, only BAS[3:0] is used. Arm deprecates setting ext-DBGWVR<n>_EL1[2] == 1.<br><br>The valid values for BAS are non-zero binary number all of whose set bits are contiguous. All other values are reserved and must not be used by software. See *Reserved DBGWCR<n>.BAS values* in the *Arm® Architecture Reference Manual for A-profile architecture*. | `8{x}` |
| [4:3] | LSC | Load/store control. This field enables watchpoint matching on the type of access being made. Possible values of this field are:<br>**`0b01`**<br>Match instructions that load from a watchpointed address.<br>**`0b10`**<br>Match instructions that store to a watchpointed address.<br>**`0b11`**<br>Match instructions that load from or store to a watchpointed address.<br><br>All other values are reserved, but must behave as if the watchpoint is disabled. Software must not rely on this property as the behavior of reserved values might change in a future revision of the architecture. | `xx` |
| [2:1] | PAC | Privilege of access control. Determines the Exception level or levels at which a Watchpoint debug event for watchpoint n is generated. This field must be interpreted along with the SSC and HMC fields.<br><br>For more information on the operation of the SSC, HMC, and PAC fields, see *Execution conditions for which a watchpoint generates Watchpoint exceptions* in the *Arm® Architecture Reference Manual for A-profile architecture*. | `xx` |
| [0] | E | Enable watchpoint n. Possible values are:<br>**`0b0`**<br>Watchpoint disabled.<br>**`0b1`**<br>Watchpoint enabled. | `x` |

**Table C-313: BAS description table 1**

| BAS | Description |
|---|---|
| xxxxxxx1 | Match byte at AArch64-DBGWVR<n>_EL1 |
| xxxxxx1x | Match byte at AArch64-DBGWVR<n>_EL1 + 1 |
| xxxxx1xx | Match byte at AArch64-DBGWVR<n>_EL1 + 2 |
| xxxx1xxx | Match byte at AArch64-DBGWVR<n>_EL1 + 3 |

**Table C-314: BAS description table 2**

| BAS | Description, if AArch64-DBGWVR<n>_EL1[2] == 0 |
|---|---|
| xxx1xxxx | Match byte at AArch64-DBGWVR<n>_EL1 + 4 |
| xx1xxxxx | Match byte at AArch64-DBGWVR<n>_EL1 + 5 |
| x1xxxxxx | Match byte at AArch64-DBGWVR<n>_EL1 + 6 |
| 1xxxxxxx | Match byte at AArch64-DBGWVR<n>_EL1 + 7 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Access

SoftwareLockStatus() depends on the type of access attempted and AllowExternalDebugAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

### Accessibility

SoftwareLockStatus() depends on the type of access attempted and AllowExternalDebugAccess() has a new definition from Armv8.4. Refer to the Pseudocode definitions for more information.

| Component | Offset | Instance | Range |
|---|---|---|---|
| Debug | 0x838 | DBGWCR3_EL1 | None |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess() && SoftwareLockStatus()**

RO

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && AllowExternalDebugAccess() && !SoftwareLockStatus()**

RW

**Otherwise**

ERROR

## C.5.33 MIDR_EL1, Main ID Register

Provides identification information for the PE, including an implementer code for the device and a device ID number.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

Debug

**Register offset**

0xD00

**Access type**

See bit descriptions

**Reset value**

0100 0001 0000 1111 1101 0100 1001 0011

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure C-175: ext_midr_el1 bit assignments




**Table C-316: MIDR_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:24] | Implementer | Indicates the implementer code. This value is:<br>**0b01000001**<br>Arm Limited. | 0x41 |
| [23:20] | Variant | Variant number. Typically, this field is used to distinguish between different product variants, or major revisions of a product.<br>**0b0000**<br>r0p3 | 0b0000 |
| [19:16] | Architecture | Indicates the architecture code. This value is:<br>**0b1111**<br>Architecture is defined by ID registers | 0b1111 |
| [15:4] | PartNum | Primary Part Number for the device.<br><br>On processors implemented by Arm, if the top four bits of the primary part number are 0x0 or 0x7, the variant and architecture are encoded differently.<br>**0b110101001001**<br>Neoverse N2 | 0xD49 |
| [3:0] | Revision | Revision number for the device.<br>**0b0011**<br>r0p3 | 0b0011 |

## Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| Debug | 0xD00 | MIDR_EL1 | None |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus()**

RO

**Otherwise**

ImplementationDefined

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## C.5.34 EDPFR, External Debug Processor Feature Register

Provides information about implemented PE features.

For general information about the interpretation of the ID registers, see *Principles of the ID scheme for fields in ID registers* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Component**

Debug

**Register offsets (2)**

0xD20,0xD24

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx 0001 xxxx 0001 0001 xxxx xxxx 0001 0001 0001 0001 0001 0010

Note: Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-176: ext_edpfr bit assignments**




**Table C-318: EDPFR bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:56] | UNKNOWN | Reserved | UNKNOWN |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [55:52] | RES0 | Reserved | RES0 |
| [51:48] | UNKNOWN | Reserved | UNKNOWN |
| [47:44] | AMU | Activity Monitors Extension. This value is :<br>**0b0001**<br>FEAT_AMUv1 is implemented. | 0b0001 |
| [43:40] | UNKNOWN | Reserved | UNKNOWN |
| [39:36] | SEL2 | Secure EL2. This value is :<br>**0b0001**<br>Secure EL2 is implemented. | 0b0001 |
| [35:32] | SVE | Scalable Vector Extension. This value is :<br>**0b0001**<br>SVE is implemented. | 0b0001 |
| [31:28] | UNKNOWN | Reserved | UNKNOWN |
| [27:24] | GIC | System register GIC interface support. Defined values are:<br>**0b0000**<br>When Port GICCDISABLE is High, GIC CPU interface is disabled.<br>**0b0011**<br>When Port GICCDISABLE is Low, GIC (version 4.1) CPU interface is enabled. | The reset values can be the following: 0b0000, 0b0011, respective to the value. |
| [23:20] | AdvSIMD | Advanced SIMD. This value is:<br>**0b0001**<br>As for 0b0000, and also includes support for half-precision floating-point arithmetic. | 0b0001 |
| [19:16] | FP | Floating Point. This value is:<br>**0b0001**<br>As for 0b0000, and also includes support for half-precision floating-point arithmetic. | 0b0001 |
| [15:12] | EL3 | AArch64 EL3 Exception level handling<br>**0b0001**<br>EL3 can be executed in AArch64 state only. | 0b0001 |
| [11:8] | EL2 | AArch64 EL2 Exception level handling<br>**0b0001**<br>EL2 can be executed in AArch64 state only. | 0b0001 |
| [7:4] | EL1 | AArch64 EL1 Exception level handling<br>**0b0001**<br>EL1 can be executed in AArch64 state only. | 0b0001 |
| [3:0] | EL0 | AArch64 EL0 Exception level handling<br>**0b0010**<br>EL0 can be executed in both Execution states. | 0b0010 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| Debug | 0xD20 | EDPFR | 31:0 |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus()**

RO

**Otherwise**

ImplementationDefined

| Component | Offset | Instance | Range |
|---|---|---|---|
| Debug | 0xD24 | EDPFR | 63:32 |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus()**

RO

**Otherwise**

ImplementationDefined

## C.5.35 EDDFR, External Debug Feature Register

Provides top level information about the debug system.

Note

Debuggers must use ext-EDDEVARCH to determine the Debug architecture version.

For general information about the interpretation of the ID registers, see *Principles of the ID scheme for fields in ID registers* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Component**

Debug

**Register offsets (2)**

0xD28,0xD2C

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Access type

See bit descriptions

### Reset value

xxxx xxxx xxxx xxxx xxxx 0001 xxxx xxxx xxxx xxxx xxxx xxxx xxxx 0110 0001 xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure C-177: ext_eddfr bit assignments




**Table C-321: EDDFR bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:60] | UNKNOWN | Reserved | UNKNOWN |
| [59:56] | RES0 | Reserved | RES0 |
| [55:44] | UNKNOWN | Reserved | UNKNOWN |
| [43:40] | TraceFilt | Armv8.4 Self-hosted Trace Extension version. This value is :<br>**0b0001**<br>Armv8.4 Self-hosted Trace Extension is implemented. | 0b0001 |
| [39:32] | UNKNOWN | Reserved | UNKNOWN |
| [31:28] | CTX_CMPs | Number of breakpoints that are context-aware, minus 1. These are the highest numbered breakpoints.<br><br>In an Armv8-A implementation that supports AArch64, this field returns the value of AArch64-ID_AA64DFR0_EL1.CTX_CMPs. | xxxx |
| [27:24] | RES0 | Reserved | RES0 |
| [23:20] | WRPs | Number of watchpoints, minus 1. The value of 0b0000 is reserved.<br><br>In an Armv8-A implementation that supports AArch64, this field returns the value of AArch64-ID_AA64DFR0_EL1.WRPs. | xxxx |
| [19:16] | RES0 | Reserved | RES0 |
| [15:12] | BRPs | Number of breakpoints, minus 1. The value of 0b0000 is reserved.<br><br>In an Armv8-A implementation that supports AArch64, this field returns the value of AArch64-ID_AA64DFR0_EL1.BRPs. | xxxx |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [11:8] | PMUVer | Performance Monitors Extension version.<br>**0b0110**<br>PMUv3 for Armv8.5. As 0b0101, and adds support for:<br>• 64-bit event counters.<br>• If EL2 is implemented, the AArch64-MDCR_EL2.HCCD control.<br>• If EL3 is implemented, the AArch64-MDCR_EL3.SCCD control. | 0b0110 |
| [7:4] | TraceVer | Trace support. Indicates whether System register interface to a PE trace unit is implemented.<br>**0b0001**<br>Trace unit System registers implemented. | 0b0001 |
| [3:0] | UNKNOWN | Reserved | UNKNOWN |

### Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| Debug | 0xD28 | EDDFR | 31:0 |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus()**

RO

**Otherwise**

ImplementationDefined

| Component | Offset | Instance | Range |
|---|---|---|---|
| Debug | 0xD2C | EDDFR | 63:32 |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus()**

RO

**Otherwise**

ImplementationDefined

## C.5.36 EDAA32PFR, External Debug Auxiliary Processor Feature Register

Provides information about implemented PE features.

Note

The register mnemonic, EDAA32PFR, is derived from previous definitions of this register that defined this register only when AArch64 was not supported.

For general information about the interpretation of the ID registers, see *Principles of the ID scheme for fields in ID registers* in the *Arm® Architecture Reference Manual for A-profile architecture*.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Configurations

This register is available in all configurations.

## Attributes

### Width

64

### Component

Debug

### Register offset

0xD60

### Access type

See bit descriptions

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx 0000 0000 xxxx xxxx

---

Note

Where the reset reads xxxx, see individual bits

---

## Bit descriptions

**Figure C-178: ext_edaa32pfr bit assignments**




**Table C-324: EDAA32PFR bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:16] | **RES0** | Reserved | **RES0** |
| [15:8] | **RAZ** | Reserved | **RAZ** |
| [7:4] | PMSA | Indicates support for a 32-bit PMSA. Defined values are:<br>**0b0000**<br>PMSA-32 not supported.<br>All other values are reserved.<br>In Armv8-A, the only permitted value is 0b0000. | xxxx |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [3:0] | VMSA | Defined values are:<br>**0b0000**<br>VMSAv8-64 supported.<br>All other values are reserved.<br>In Armv8-A, the only permitted value is 0b0000. | xxxx |

### Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| Debug | 0xD60 | EDAA32PFR | None |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus()**

RO

**Otherwise**

ImplementationDefined

## C.5.37 EDITCTRL, External Debug Integration mode Control register

Enables the external debug to switch from its default mode into integration mode, where test software can control directly the inputs and outputs of the PE, for integration testing or topology detection.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

Debug

**Register offset**

0xF00

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-179: ext_editctrl bit assignments**




**Table C-326: EDITCTRL bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:1] | RES0 | Reserved | RES0 |
| [0] | IME | Integration mode enable. When IME == 1, the device reverts to an integration mode to enable integration testing or topology detection. The integration mode behavior is IMPLEMENTATION DEFINED.<br>`0b0`<br>Normal operation.<br>`0b1`<br>Integration mode enabled. | x [6] |

### Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| Debug | 0xF00 | EDITCTRL | None |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && SoftwareLockStatus()**

RO

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && !SoftwareLockStatus()**

RW

**Otherwise**

ImplementationDefined

## C.5.38 DBGCLAIMSET_EL1, Debug CLAIM Tag Set register

Used by software to set the CLAIM tag bits to 1.

The architecture does not define any functionality for the CLAIM tag bits.

[6] The following resets apply: - Whichever power domain the register is implemented in, this field resets to 0. - Otherwise, the value of this field is unchanged.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Note

CLAIM tags are typically used for communication between the debugger and target software.

Used in conjunction with the ext-DBGCLAIMCLR_EL1 register.

## Configurations

An implementation must include eight CLAIM tag bits.

## Attributes

**Width**

32

**Component**

Debug

**Register offset**

0xFA0

**Access type**

See bit descriptions

**Reset value**

0000 0000 0000 0000 0000 0000 xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-180: ext_dbgclaimset_el1 bit assignments**




**Table C-328: DBGCLAIMSET_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:8] | RAZ/WI | Reserved | RAZ/WI |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [7:0] | CLAIM | Set CLAIM tag bits.<br><br>This field is **RAO**.<br><br>Writing a 1 to one of these bits sets the corresponding CLAIM tag bit to 1. This is an indirect write to the CLAIM tag bits. A single write operation can set multiple CLAIM tag bits to 1.<br><br>Writing 0 to one of these bits has no effect. | 8{x} |

### Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| Debug | 0xFA0 | DBGCLAIMSET_EL1 | None |

This interface is accessible as follows:

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && SoftwareLockStatus()**

RO

**When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && !SoftwareLockStatus()**

RW

**Otherwise**

ERROR

## C.5.39 DBGCLAIMCLR_EL1, Debug CLAIM Tag Clear register

Used by software to read the values of the CLAIM tag bits, and to clear CLAIM tag bits to 0.

The architecture does not define any functionality for the CLAIM tag bits.

Note

CLAIM tags are typically used for communication between the debugger and target software.

Used in conjunction with the ext-DBGCLAIMSET_EL1 register.

### Configurations

An implementation must include eight CLAIM tag bits.

### Attributes

**Width**

32

**Component**

Debug

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

#### Register offset

0xFA4

#### Access type

See bit descriptions

#### Reset value

0000 0000 0000 0000 0000 0000 0000 0000

### Bit descriptions

**Figure C-181: ext_dbgclaimclr_el1 bit assignments**




**Table C-330: DBGCLAIMCLR_EL1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:8] | RAZ/WI | Reserved | RAZ/WI |
| [7:0] | CLAIM | Read or clear CLAIM tag bits. Reading this field returns the current value of the CLAIM tag bits.<br><br>Writing a 1 to one of these bits clears the corresponding CLAIM tag bit to 0. This is an indirect write to the CLAIM tag bits. A single write operation can clear multiple CLAIM tag bits to 0.<br><br>Writing 0 to one of these bits has no effect. | 0x00 |

### Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| Debug | 0xFA4 | DBGCLAIMCLR_EL1 | None |

This interface is accessible as follows:

#### When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && SoftwareLockStatus()

RO

#### When IsCorePowered() && !DoubleLockStatus() && !OSLockStatus() && !SoftwareLockStatus()

RW

#### Otherwise

ERROR

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## C.5.40 EDDEVAFF0, External Debug Device Affinity register 0

Copy of the low half of the PE AArch64-MPIDR_EL1 register that allows a debugger to determine which PE in a multiprocessor system the external debug component relates to.

### Configurations

If FEAT_DoPD is implemented, this register is in the Core power domain. If FEAT_DoPD is not implemented, this register is in the Debug power domain.

### Attributes

**Width**

32

**Component**

Debug

**Register offset**

0xFA8

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-182: ext_eddevaff0 bit assignments**




**Table C-332: EDDEVAFF0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:0] | MPIDR_EL1lo | AArch64-MPIDR_EL1 low half. Read-only copy of the low half of AArch64-MPIDR_EL1, as seen from the highest implemented Exception level. | 32{x} |

### Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| Debug | 0xFA8 | EDDEVAFF0 | None |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

This interface is accessible as follows:

**When IsCorePowered()**

RO

**Otherwise**

ERROR

## C.5.41 EDDEVAFF1, External Debug Device Affinity register 1

Copy of the high half of the PE AArch64-MPIDR_EL1 register that allows a debugger to determine which PE in a multiprocessor system the external debug component relates to.

### Configurations

If FEAT_DoPD is implemented, this register is in the Core power domain. If FEAT_DoPD is not implemented, this register is in the Debug power domain.

### Attributes

**Width**

32

**Component**

Debug

**Register offset**

0xFAC

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note: Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-183: ext_eddevaff1 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table C-334: EDDEVAFF1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:0] | MPIDR_EL1hi | AArch64-MPIDR_EL1 high half. Read-only copy of the high half of AArch64-MPIDR_EL1, as seen from the highest implemented Exception level. | 32{x} |

### Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| Debug | 0xFAC | EDDEVAFF1 | None |

This interface is accessible as follows:

**When IsCorePowered()**

RO

**Otherwise**

ERROR

## C.5.42 EDLAR, External Debug Lock Access Register

Allows or disallows access to the external debug registers through a memory-mapped interface.

The optional Software Lock provides a lock to prevent memory-mapped writes to the debug registers. Use of this lock mechanism reduces the risk of accidental damage to the contents of the debug registers. It does not, and cannot, prevent all accidental or malicious damage.

### Configurations

If FEAT_DoPD is implemented, Software Lock is not implemented by the architecturally-defined debug components of the PE in the Core power domain.

If FEAT_DoPD is not implemented, this register is in the Debug power domain.

Software uses EDLAR to set or clear the lock, and ext-EDLSR to check the current status of the lock.

### Attributes

**Width**

32

**Component**

Debug

**Register offset**

0xFB0

**Access type**

See bit descriptions

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-184: ext_edlar bit assignments**




**Table C-336: EDLAR bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:0] | KEY | Lock Access control. Writing the key value `0xC5ACCE55` to this field unlocks the lock, enabling write accesses to this component's registers through a memory-mapped interface.<br><br>Writing any other value to this register locks the lock, disabling write accesses to this component's registers through a memory mapped interface. | `32{x}` |

### Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| Debug | 0xFB0 | EDLAR | None |

This interface is accessible as follows:

**When IsCorePowered()**

WO

**Otherwise**

ERROR

## C.5.43 EDLSR, External Debug Lock Status Register

Indicates the current status of the software lock for external debug registers.

The optional Software Lock provides a lock to prevent memory-mapped writes to the debug registers. Use of this lock mechanism reduces the risk of accidental damage to the contents of the debug registers. It does not, and cannot, prevent all accidental or malicious damage.

### Configurations

If FEAT_DoPD is implemented, Software Lock is not implemented by the architecturally-defined debug components of the PE in the Core power domain.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

If FEAT_DoPD is not implemented, this register is in the Debug power domain.

Software uses ext-EDLAR to set or clear the lock, and EDLSR to check the current status of the lock.

## Attributes

### Width

32

### Component

Debug

### Register offset

0xFB4

### Access type

See bit descriptions

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xx1x

Note: Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure C-185: ext_edlsr bit assignments




**Table C-338: EDLSR bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:3] | RES0 | Reserved | RES0 |
| [2] | nTT | Not thirty-two bit access required. **RAZ**. | x |
| [1] | SLK | Software Lock status for this component. For an access to LSR that is not a memory-mapped access, or when Software Lock is not implemented, this field is **RES0**.<br><br>For memory-mapped accesses when Software Lock is implemented, possible values of this field are:<br>**0b0**<br>Lock clear. Writes are permitted to this component's registers.<br>**0b1**<br>Lock set. Writes to this component's registers are ignored, and reads have no side effects. | 0b1 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [0] | SLI | Software Lock implemented. For an access to LSR that is not a memory-mapped access, this field is RAZ. For memory-mapped accesses, the value of this field is **IMPLEMENTATION DEFINED**. Permitted values are:<br>**0b0**<br>Software Lock not implemented or not memory-mapped access.<br>**0b1**<br>Software Lock implemented and memory-mapped access. | x |

### Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| Debug | 0xFB4 | EDLSR | None |

This interface is accessible as follows:

**When IsCorePowered()**

RO

**Otherwise**

ERROR

## C.5.44 DBGAUTHSTATUS_EL1, Debug Authentication Status register

Provides information about the state of the **IMPLEMENTATION DEFINED** authentication interface for debug.

### Configurations

If FEAT_DoPD is implemented, this register is in the Core power domain. If FEAT_DoPD is not implemented, this register is in the Debug power domain.

### Attributes

**Width**

32

**Component**

Debug

**Register offset**

0xFB8

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure C-186: ext_dbgauthstatus_el1 bit assignments




### Table C-340: DBGAUTHSTATUS_EL1 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:8] | **RES0** | Reserved | **RES0** |
| [7:6] | SNID | Secure non-invasive debug.<br><br>This field has the same value as DBGAUTHSTATUS_EL1.SID. | `xx` |
| [5:4] | SID | Secure invasive debug.<br>**`0b00`**<br>Not implemented. EL3 is not implemented and the Effective value of AArch64-SCR_EL3.NS is 1.<br>**`0b10`**<br>Implemented and disabled. ExternalSecureInvasiveDebugEnabled() == FALSE.<br>**`0b11`**<br>Implemented and enabled. ExternalSecureInvasiveDebugEnabled() == TRUE.<br><br>All other values are reserved. | `xx` |
| [3:2] | NSNID | Non-secure non-invasive debug.<br>**`0b00`**<br>Not implemented. EL3 is not implemented and the Effective value of AArch64-SCR_EL3.NS is 0.<br>**`0b11`**<br>Implemented and enabled. ExternalNoninvasiveDebugEnabled() == TRUE.<br><br>All other values are reserved. | `xx` |
| [1:0] | NSID | Non-secure invasive debug.<br>**`0b00`**<br>Not implemented. EL3 is not implemented and the Effective value of AArch64-SCR_EL3.NS is 0.<br>**`0b10`**<br>Implemented and disabled. ExternalInvasiveDebugEnabled() == FALSE.<br>**`0b11`**<br>Implemented and enabled. ExternalInvasiveDebugEnabled() == TRUE.<br><br>All other values are reserved. | `xx` |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| Debug | 0xFB8 | DBGAUTHSTATUS_EL1 | None |

This interface is accessible as follows:

**When IsCorePowered()**

RO

**Otherwise**

ERROR

## C.5.45 EDDEVARCH, External Debug Device Architecture register

Identifies the programmers' model architecture of the external debug component.

### Configurations

If FEAT_DoPD is implemented, this register is in the Core power domain.

If FEAT_DoPD is not implemented, this register is in the Debug power domain.

### Attributes

**Width**

32

**Component**

Debug

**Register offset**

0xFBC

**Access type**

See bit descriptions

**Reset value**

0100 0111 0111 0000 1001 1010 0001 0101

### Bit descriptions

**Figure C-187: ext_eddevarch bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table C-342: EDDEVARCH bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:21] | ARCHITECT | Defines the architecture of the component. For debug, this is Arm Limited.<br>Bits [31:28] are the JEP106 continuation code, `0x4`.<br>Bits [27:21] are the JEP106 ID code, `0x3B`.<br>**`0b01000111011`** | `0b01000111011` |
| [20] | PRESENT | Indicates that the DEVARCH is present.<br>**`0b1`** | `0b1` |
| [19:16] | REVISION | Defines the architecture revision. For architectures defined by Arm this is the minor revision.<br>For debug, the revision defined by Armv8 is `0x0`.<br>All other values are reserved.<br>**`0b0000`** | `0b0000` |
| [15:12] | ARCHVER | Defines the architecture version of the component. This is the same value as AArch64-ID_AA64DFR0_EL1.DebugVer and AArch32-DBGDIDR.Version. This value is :<br>**`0b1001`**<br>Armv8.4 debug architecture, FEAT_Debugv8p4. | `0b1001` |
| [11:0] | ARCHPART | The fields ARCHVER and ARCHPART together form the field ARCHID, so that ARCHPART is ARCHID[11:0].<br>**`0b101000010101`**<br>Armv8-A debug architecture. | `0xA15` |

### Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| Debug | 0xFBC | EDDEVARCH | None |

This interface is accessible as follows:

**When IsCorePowered()**

RO

**Otherwise**

ERROR

## C.5.46 EDDEVID2, External Debug Device ID register 2

Reserved for future descriptions of features of the debug implementation.

### Configurations

If FEAT_DoPD is implemented, this register is in the Core power domain. If FEAT_DoPD is not implemented, this register is in the Debug power domain.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Attributes

**Width**

32

**Component**

Debug

**Register offset**

0xFC0

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-188: ext_eddevid2 bit assignments**




**Table C-344: EDDEVID2 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:0] | **RES0** | Reserved | **RES0** |

## Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| Debug | 0xFC0 | EDDEVID2 | None |

This interface is accessible as follows:

**When IsCorePowered()**

RO

**Otherwise**

ERROR

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## C.5.47 EDDEVID1, External Debug Device ID register 1

Provides extra information for external debuggers about features of the debug implementation.

### Configurations

If FEAT_DoPD is implemented, this register is in the Core power domain.

If FEAT_DoPD is not implemented, this register is in the Debug power domain.

### Attributes

**Width**

32

**Component**

Debug

**Register offset**

0xFC4

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx 0000

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-189: ext_eddevid1 bit assignments**




**Table C-346: EDDEVID1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:4] | RES0 | Reserved | RES0 |
| [3:0] | PCSROffset | This field indicates the offset applied to PC samples returned by reads of ext-EDPCSR.<br>`0b0000`<br>ext-EDPCSR not implemented. | `0b0000` |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| Debug | 0xFC4 | EDDEVID1 | None |

This interface is accessible as follows:

**When IsCorePowered()**

RO

**Otherwise**

ERROR

## C.5.48 EDDEVID, External Debug Device ID register 0

Provides extra information for external debuggers about features of the debug implementation.

### Configurations

If FEAT_DoPD is implemented, this register is in the Core power domain.

If FEAT_DoPD is not implemented, this register is in the Debug power domain.

### Attributes

**Width**

32

**Component**

Debug

**Register offset**

0xFC8

**Access type**

See bit descriptions

**Reset value**

xxxx 0000 xxxx xxxx xxxx xxxx 0001 0000

Note

Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

**Figure C-190: ext_eddevid bit assignments**




**Table C-348: EDDEVID bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:28] | RES0 | Reserved | RES0 |
| [27:24] | AuxRegs | Indicates support for Auxiliary registers.<br>**0b0000**<br>None supported. | 0b0000 |
| [23:8] | RES0 | Reserved | RES0 |
| [7:4] | DebugPower | Indicates support for the ARMv8.3-DoPD feature.<br>**0b0001**<br>FEAT_DoPD implemented. All registers in the external debug interface register map are implemented in the Core power domain. | 0b0001 |
| [3:0] | PCSample | Indicates the level of PC Sample-based Profiling support using external debug registers.<br>**0b0000**<br>PC Sample-based Profiling Extension is not implemented in the external debug registers space. | 0b0000 |

## Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| Debug | 0xFC8 | EDDEVID | None |

This interface is accessible as follows:

**When IsCorePowered()**

RO

**Otherwise**

ERROR

# C.5.49 EDDEVTYPE, External Debug Device Type register

Indicates to a debugger that this component is part of a PEs debug logic.

## Configurations

If FEAT_DoPD is implemented, this register is in the Core power domain. If FEAT_DoPD is not implemented, this register is in the Debug power domain.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Attributes

### Width

32

### Component

Debug

### Register offset

0xFCC

### Access type

See bit descriptions

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx 0001 0101

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-191: ext_eddevtype bit assignments**




**Table C-350: EDDEVTYPE bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:8] | RES0 | Reserved | RES0 |
| [7:4] | SUB | Subtype. Indicates this is a component within a PE.<br>`0b0001` | `0b0001` |
| [3:0] | MAJOR | Major type. Indicates this is a debug logic component.<br>`0b0101` | `0b0101` |

## Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| Debug | 0xFCC | EDDEVTYPE | None |

This interface is accessible as follows:

### When IsCorePowered()

RO

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Otherwise**

ERROR

## C.5.50 EDPIDR4, External Debug Peripheral Identification Register 4

Provides information to identify an external debug component.

For more information, see *About the Peripheral identification scheme* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

If FEAT_DoPD is implemented, this register is in the Core power domain. If FEAT_DoPD is not implemented, this register is in the Debug power domain.

This register is required for CoreSight compliance.

### Attributes

**Width**

32

**Component**

Debug

**Register offset**

0xFD0

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx 0000 0100

Note: Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-192: ext_edpidr4 bit assignments**



**Table C-352: EDPIDR4 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:8] | **RES0** | Reserved | **RES0** |
| [7:4] | SIZE | Size of the component. $Log_2$ of the number of 4KB pages from the start of the component to the end of the component ID registers.<br>**0b0000** | 0b0000 |
| [3:0] | DES_2 | Designer, JEP106 continuation code, least significant nibble. For Arm Limited, this field is 0b0100.<br>**0b0100**<br>Arm Limited. This is bits[3:0] of the JEP106 continuation code. | 0b0100 |

### Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| Debug | 0xFD0 | EDPIDR4 | None |

This interface is accessible as follows:

**When IsCorePowered()**

RO

**Otherwise**

ERROR

## C.5.51 EDPIDR0, External Debug Peripheral Identification Register 0

Provides information to identify an external debug component.

For more information, see *About the Peripheral identification scheme* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

If FEAT_DoPD is implemented, this register is in the Core power domain. If FEAT_DoPD is not implemented, this register is in the Debug power domain.

This register is required for CoreSight compliance.

### Attributes

**Width**

32

**Component**

Debug

**Register offset**

0xFE0

**Access type**

See bit descriptions

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx 0100 1001

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-193: ext_edpidr0 bit assignments**




**Table C-354: EDPIDR0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:8] | **RES0** | Reserved | **RES0** |
| [7:0] | PART_0 | Part number, least significant byte.<br>**0b01001001**<br>Least Significant byte of the debug part number | 0x49 |

## Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| Debug | 0xFE0 | EDPIDR0 | None |

This interface is accessible as follows:

**When IsCorePowered()**

RO

**Otherwise**

ERROR

# C.5.52 EDPIDR1, External Debug Peripheral Identification Register 1

Provides information to identify an external debug component.

For more information, see *About the Peripheral identification scheme* in the *Arm® Architecture Reference Manual for A-profile architecture*.

## Configurations

If FEAT_DoPD is implemented, this register is in the Core power domain. If FEAT_DoPD is not implemented, this register is in the Debug power domain.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

This register is required for CoreSight compliance.

## Attributes

**Width**

32

**Component**

Debug

**Register offset**

0xFE4

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx 1011 1101

---

Note

Where the reset reads xxxx, see individual bits

---

## Bit descriptions

**Figure C-194: ext_edpidr1 bit assignments**




**Table C-356: EDPIDR1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:8] | RES0 | Reserved | RES0 |
| [7:4] | DES_0 | Designer, least significant nibble of JEP106 ID code. For Arm Limited, this field is `0b1011`.<br>**`0b1011`**<br>Arm Limited. This is the least significant nibble of JEP106 ID code. | `0b1011` |
| [3:0] | PART_1 | Part number, most significant nibble.<br>**`0b1101`**<br>Part number, most significant nibble. | `0b1101` |

## Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| Debug | 0xFE4 | EDPIDR1 | None |

This interface is accessible as follows:

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**When IsCorePowered()**

RO

**Otherwise**

ERROR

## C.5.53 EDPIDR2, External Debug Peripheral Identification Register 2

Provides information to identify an external debug component.

For more information, see *About the Peripheral identification scheme* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

If FEAT_DoPD is implemented, this register is in the Core power domain. If FEAT_DoPD is not implemented, this register is in the Debug power domain.

This register is required for CoreSight compliance.

### Attributes

**Width**

32

**Component**

Debug

**Register offset**

0xFE8

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx 0000 1011

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-195: ext_edpidr2 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table C-358: EDPIDR2 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:8] | RES0 | Reserved | RES0 |
| [7:4] | REVISION | Part major revision. Parts can also use this field to extend Part number to 16-bits.<br>**0b0000**<br>r0p3 | 0b0000 |
| [3] | JEDEC | Indicates a JEP106 identity code is used.<br>**0b1** | 0b1 |
| [2:0] | DES_1 | Designer, most significant bits of JEP106 ID code. For Arm Limited, this field is 0b011.<br>**0b011**<br>Arm Limited. This is bits[6:4] of the JEP106 ID code. | 0b011 |

### Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| Debug | 0xFE8 | EDPIDR2 | None |

This interface is accessible as follows:

**When IsCorePowered()**

RO

**Otherwise**

ERROR

## C.5.54 EDPIDR3, External Debug Peripheral Identification Register 3

Provides information to identify an external debug component.

For more information, see *About the Peripheral identification scheme* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

If FEAT_DoPD is implemented, this register is in the Core power domain. If FEAT_DoPD is not implemented, this register is in the Debug power domain.

This register is required for CoreSight compliance.

### Attributes

**Width**

32

**Component**

Debug

**Register offset**

0xFEC

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Access type

See bit descriptions

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx 0011 0000

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure C-196: ext_edpidr3 bit assignments




### Table C-360: EDPIDR3 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:8] | **RES0** | Reserved | **RES0** |
| [7:4] | REVAND | Part minor revision. Parts using ext-EDPIDR2.REVISION as an extension to the Part number must use this field as a major revision number.<br>**0b0011** | 0b0011 |
| [3:0] | CMOD | Customer modified. Indicates someone other than the Designer has modified the component.<br>**0b0000**<br>The component is not modified from the original design. | 0b0000 |

## Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| Debug | 0xFEC | EDPIDR3 | None |

This interface is accessible as follows:

### When IsCorePowered()

RO

### Otherwise

ERROR

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## C.5.55 EDCIDR0, External Debug Component Identification Register 0

Provides information to identify an external debug component.

For more information, see *About the Component Identification scheme* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

If FEAT_DoPD is implemented, this register is in the Core power domain. If FEAT_DoPD is not implemented, this register is in the Debug power domain.

This register is required for CoreSight compliance.

### Attributes

**Width**

32

**Component**

Debug

**Register offset**

0xFF0

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx 0000 1101

Note: Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-197: ext_edcidr0 bit assignments**




**Table C-362: EDCIDR0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:8] | RES0 | Reserved | RES0 |
| [7:0] | PRMBL_0 | Preamble.<br>**0b00001101** | 0x0D |

### Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| Debug | 0xFF0 | EDCIDR0 | None |

This interface is accessible as follows:

**When IsCorePowered()**

RO

**Otherwise**

ERROR

## C.5.56 EDCIDR1, External Debug Component Identification Register 1

Provides information to identify an external debug component.

For more information, see *About the Component Identification scheme* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

If FEAT_DoPD is implemented, this register is in the Core power domain. If FEAT_DoPD is not implemented, this register is in the Debug power domain.

This register is required for CoreSight compliance.

### Attributes

**Width**

32

**Component**

Debug

**Register offset**

0xFF4

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx 0000

Note

Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

**Figure C-198: ext_edcidr1 bit assignments**




**Table C-364: EDCIDR1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:8] | **RES0** | Reserved | **RES0** |
| [7:4] | CLASS | Component class.<br>**0b1001**<br>CoreSight component.<br>Other values are defined by the CoreSight Architecture.<br>This field reads as 0x9. | xxxx |
| [3:0] | PRMBL_1 | Preamble.<br>**0b0000** | 0b0000 |

## Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| Debug | 0xFF4 | EDCIDR1 | None |

This interface is accessible as follows:

**When IsCorePowered()**

RO

**Otherwise**

ERROR

# C.5.57 EDCIDR2, External Debug Component Identification Register 2

Provides information to identify an external debug component.

For more information, see *About the Component Identification scheme* in the *Arm® Architecture Reference Manual for A-profile architecture*.

## Configurations

If FEAT_DoPD is implemented, this register is in the Core power domain. If FEAT_DoPD is not implemented, this register is in the Debug power domain.

This register is required for CoreSight compliance.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Attributes

**Width**

32

**Component**

Debug

**Register offset**

0xFF8

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx 0000 0101

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-199: ext_edcidr2 bit assignments**




**Table C-366: EDCIDR2 bit descriptions**

| Bits | Name | Description | Reset |
| --- | --- | --- | --- |
| [31:8] | **RES0** | Reserved | **RES0** |
| [7:0] | PRMBL_2 | Preamble.<br>**0b00000101** | 0x05 |

## Accessibility

| Component | Offset | Instance | Range |
| --- | --- | --- | --- |
| Debug | 0xFF8 | EDCIDR2 | None |

This interface is accessible as follows:

**When IsCorePowered()**

RO

**Otherwise**

ERROR

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## C.5.58 EDCIDR3, External Debug Component Identification Register 3

Provides information to identify an external debug component.

For more information, see *About the Component Identification scheme* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

If FEAT_DoPD is implemented, this register is in the Core power domain. If FEAT_DoPD is not implemented, this register is in the Debug power domain.

This register is required for CoreSight compliance.

### Attributes

**Width**

32

**Component**

Debug

**Register offset**

0xFFC

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx 1011 0001

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-200: ext_edcidr3 bit assignments**




**Table C-368: EDCIDR3 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:8] | RES0 | Reserved | RES0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [7:0] | PRMBL_3 | Preamble.<br>**0b10110001** | 0xB1 |

### Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| Debug | 0xFFC | EDCIDR3 | None |

This interface is accessible as follows:

**When IsCorePowered()**

RO

**Otherwise**

ERROR

# C.6 External Activity Monitors registers summary

The summary table provides an overview of **IMPLEMENTATION DEFINED** memory-mapped Activity Monitors registers in the core. For more information about a register, click the register name in the table.

For registers without a listed reset value refer to the individual field resets documented on the register description pages or in the Arm ARM.

**Table C-370: Activity Monitors registers summary**

| Offset | Name | Reset | Width | Description |
|---|---|---|---|---|
| 0x0 | AMEVCNTR00 [31:0] | See individual bit resets. | 32-bit | Activity Monitors Event Counter Registers 0 |
| 0x4 | AMEVCNTR00 [63:32] | See individual bit resets. | 32-bit | Activity Monitors Event Counter Registers 0 |
| 0x8 | AMEVCNTR01 [31:0] | See individual bit resets. | 32-bit | Activity Monitors Event Counter Registers 0 |
| 0xC | AMEVCNTR01 [63:32] | See individual bit resets. | 32-bit | Activity Monitors Event Counter Registers 0 |
| 0x10 | AMEVCNTR02 [31:0] | See individual bit resets. | 32-bit | Activity Monitors Event Counter Registers 0 |
| 0x14 | AMEVCNTR02 [63:32] | See individual bit resets. | 32-bit | Activity Monitors Event Counter Registers 0 |
| 0x18 | AMEVCNTR03 [31:0] | See individual bit resets. | 32-bit | Activity Monitors Event Counter Registers 0 |
| 0x1C | AMEVCNTR03 [63:32] | See individual bit resets. | 32-bit | Activity Monitors Event Counter Registers 0 |
| 0x100 | AMEVCNTR10 [31:0] | See individual bit resets. | 32-bit | Activity Monitors Event Counter Registers 1 |
| 0x104 | AMEVCNTR10 [63:32] | See individual bit resets. | 32-bit | Activity Monitors Event Counter Registers 1 |
| 0x108 | AMEVCNTR11 [31:0] | See individual bit resets. | 32-bit | Activity Monitors Event Counter Registers 1 |
| 0x10C | AMEVCNTR11 [63:32] | See individual bit resets. | 32-bit | Activity Monitors Event Counter Registers 1 |
| 0x110 | AMEVCNTR12 [31:0] | See individual bit resets. | 32-bit | Activity Monitors Event Counter Registers 1 |
| 0x114 | AMEVCNTR12 [63:32] | See individual bit resets. | 32-bit | Activity Monitors Event Counter Registers 1 |
| 0x400 | AMEVTYPER00 | See individual bit resets. | 32-bit | Activity Monitors Event Type Registers 0 |
| 0x404 | AMEVTYPER01 | See individual bit resets. | 32-bit | Activity Monitors Event Type Registers 0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Offset | Name | Reset | Width | Description |
|---|---|---|---|---|
| 0x408 | AMEVTYPER02 | See individual bit resets. | 32-bit | Activity Monitors Event Type Registers 0 |
| 0x40C | AMEVTYPER03 | See individual bit resets. | 32-bit | Activity Monitors Event Type Registers 0 |
| 0x480 | AMEVTYPER10 | See individual bit resets. | 32-bit | Activity Monitors Event Type Registers 1 |
| 0x484 | AMEVTYPER11 | See individual bit resets. | 32-bit | Activity Monitors Event Type Registers 1 |
| 0x488 | AMEVTYPER12 | See individual bit resets. | 32-bit | Activity Monitors Event Type Registers 1 |
| 0xC00 | AMCNTENSET0 | See individual bit resets. | 32-bit | Activity Monitors Count Enable Set Register 0 |
| 0xC04 | AMCNTENSET1 | See individual bit resets. | 32-bit | Activity Monitors Count Enable Set Register 1 |
| 0xC20 | AMCNTENCLR0 | See individual bit resets. | 32-bit | Activity Monitors Count Enable Clear Register 0 |
| 0xC24 | AMCNTENCLR1 | See individual bit resets. | 32-bit | Activity Monitors Count Enable Clear Register 1 |
| 0xCE0 | AMCGCR | See individual bit resets. | 32-bit | Activity Monitors Counter Group Configuration Register |
| 0xE00 | AMCFGR | See individual bit resets. | 32-bit | Activity Monitors Configuration Register |
| 0xE04 | AMCR | See individual bit resets. | 32-bit | Activity Monitors Control Register |
| 0xE08 | AMIIDR | See individual bit resets. | 32-bit | Activity Monitors Implementation Identification Register |
| 0xFA8 | AMDEVAFF0 | See individual bit resets. | 32-bit | Activity Monitors Device Affinity Register 0 |
| 0xFAC | AMDEVAFF1 | See individual bit resets. | 32-bit | Activity Monitors Device Affinity Register 1 |
| 0xFBC | AMDEVARCH | See individual bit resets. | 32-bit | Activity Monitors Device Architecture Register |
| 0xFCC | AMDEVTYPE | See individual bit resets. | 32-bit | Activity Monitors Device Type Register |
| 0xFD0 | AMPIDR4 | See individual bit resets. | 32-bit | Activity Monitors Peripheral Identification Register 4 |
| 0xFE0 | AMPIDR0 | See individual bit resets. | 32-bit | Activity Monitors Peripheral Identification Register 0 |
| 0xFE4 | AMPIDR1 | See individual bit resets. | 32-bit | Activity Monitors Peripheral Identification Register 1 |
| 0xFE8 | AMPIDR2 | See individual bit resets. | 32-bit | Activity Monitors Peripheral Identification Register 2 |
| 0xFEC | AMPIDR3 | See individual bit resets. | 32-bit | Activity Monitors Peripheral Identification Register 3 |
| 0xFF0 | AMCIDR0 | See individual bit resets. | 32-bit | Activity Monitors Component Identification Register 0 |
| 0xFF4 | AMCIDR1 | See individual bit resets. | 32-bit | Activity Monitors Component Identification Register 1 |
| 0xFF8 | AMCIDR2 | See individual bit resets. | 32-bit | Activity Monitors Component Identification Register 2 |
| 0xFFC | AMCIDR3 | See individual bit resets. | 32-bit | Activity Monitors Component Identification Register 3 |

## C.6.1 AMEVCNTR00, Activity Monitors Event Counter Registers 0

Provides access to the architected activity monitor event counters.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Component**

AMU

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Register offsets (2)

0x0,0x4

### Access type

#### Read

R

#### Write

RESERVED

### Reset value

0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000

## Bit descriptions

**Figure C-201: ext_amevcntr00 bit assignments**




**Table C-371: AMEVCNTR00 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | ACNT | Architected activity monitor event counter n.<br><br>Value of architected activity monitor event counter n, where n is the number of this register and is a number from 0 to 3. | 0x0000000000000000 |

## Access

If <n> is greater than or equal to the number of architected activity monitor event counters, reads of AMEVCNTR0<n> are RAZ. Software must treat reserved accesses as **RES0**. See *Access requirements for reserved and unallocated registers* in the *Arm® Architecture Reference Manual for A-profile architecture*.

Note

ext-AMCGCR.CG0NC identifies the number of architected activity monitor event counters.

## Accessibility

If <n> is greater than or equal to the number of architected activity monitor event counters, reads of AMEVCNTR0<n> are RAZ. Software must treat reserved accesses as RES0. See 'Access requirements for reserved and unallocated registers'.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Note

ext-AMCGCR.CG0NC identifies the number of architected activity monitor event counters.

| Component | Offset | Instance | Range |
|---|---|---|---|
| AMU | 0x0 | AMEVCNTR00 | 31:0 |

This interface is accessible as follows:

RO

| Component | Offset | Instance | Range |
|---|---|---|---|
| AMU | 0x4 | AMEVCNTR00 | 63:32 |

This interface is accessible as follows:

RO

## C.6.2 AMEVCNTR01, Activity Monitors Event Counter Registers 0

Provides access to the architected activity monitor event counters.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Component**

AMU

**Register offsets (2)**

0x8,0xC

**Access type**

**Read**

R

**Write**

RESERVED

**Reset value**

0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

**Figure C-202: ext_amevcntr01 bit assignments**




**Table C-374: AMEVCNTR01 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | ACNT | Architected activity monitor event counter n.<br><br>Value of architected activity monitor event counter n, where n is the number of this register and is a number from 0 to 3. | 0x0000000000000000 |

### Access

If <n> is greater than or equal to the number of architected activity monitor event counters, reads of AMEVCNTR0<n> are RAZ. Software must treat reserved accesses as **RES0**. See *Access requirements for reserved and unallocated registers* in the *Arm® Architecture Reference Manual for A-profile architecture*.

Note

ext-AMCGCR.CG0NC identifies the number of architected activity monitor event counters.

### Accessibility

If <n> is greater than or equal to the number of architected activity monitor event counters, reads of AMEVCNTR0<n> are RAZ. Software must treat reserved accesses as RES0. See 'Access requirements for reserved and unallocated registers'.

Note

ext-AMCGCR.CG0NC identifies the number of architected activity monitor event counters.

| Component | Offset | Instance | Range |
|---|---|---|---|
| AMU | 0x8 | AMEVCNTR01 | 31:0 |

This interface is accessible as follows:

RO

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Component | Offset | Instance | Range |
|---|---|---|---|
| AMU | 0xC | AMEVCNTR01 | 63:32 |

This interface is accessible as follows:

RO

## C.6.3 AMEVCNTR02, Activity Monitors Event Counter Registers 0

Provides access to the architected activity monitor event counters.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Component**

AMU

**Register offsets (2)**

0x10,0x14

**Access type**

**Read**

R

**Write**

RESERVED

**Reset value**

0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000

### Bit descriptions

**Figure C-203: ext_amevcntr02 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table C-377: AMEVCNTR02 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | ACNT | Architected activity monitor event counter n.<br><br>Value of architected activity monitor event counter n, where n is the number of this register and is a number from 0 to 3. | 0x0000000000000000 |

## Access

If <n> is greater than or equal to the number of architected activity monitor event counters, reads of AMEVCNTR0<n> are RAZ. Software must treat reserved accesses as **RES0**. See *Access requirements for reserved and unallocated registers* in the *Arm® Architecture Reference Manual for A-profile architecture*.

Note

ext-AMCGCR.CG0NC identifies the number of architected activity monitor event counters.

## Accessibility

If <n> is greater than or equal to the number of architected activity monitor event counters, reads of AMEVCNTR0<n> are RAZ. Software must treat reserved accesses as RES0. See 'Access requirements for reserved and unallocated registers'.

Note

ext-AMCGCR.CG0NC identifies the number of architected activity monitor event counters.

| Component | Offset | Instance | Range |
|---|---|---|---|
| AMU | 0x10 | AMEVCNTR02 | 31:0 |

This interface is accessible as follows:

RO

| Component | Offset | Instance | Range |
|---|---|---|---|
| AMU | 0x14 | AMEVCNTR02 | 63:32 |

This interface is accessible as follows:

RO

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## C.6.4 AMEVCNTR03, Activity Monitors Event Counter Registers 0

Provides access to the architected activity monitor event counters.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Component**

AMU

**Register offsets (2)**

0x18,0x1C

**Access type**

**Read**

R

**Write**

RESERVED

**Reset value**

0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000

### Bit descriptions

**Figure C-204: ext_amevcntr03 bit assignments**




**Table C-380: AMEVCNTR03 bit descriptions**

| Bits | Name | Description | Reset |
| --- | --- | --- | --- |
| [63:0] | ACNT | Architected activity monitor event counter n.<br><br>Value of architected activity monitor event counter n, where n is the number of this register and is a number from 0 to 3. | `0x0000000000000000` |

### Access

If <n> is greater than or equal to the number of architected activity monitor event counters, reads of AMEVCNTR0<n> are RAZ. Software must treat reserved accesses as **RES0**. See *Access*

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

*requirements for reserved and unallocated registers* in the *Arm® Architecture Reference Manual for A-profile architecture*.

---

**Note**

ext-AMCGCR.CG0NC identifies the number of architected activity monitor event counters.

---

### Accessibility

If <n> is greater than or equal to the number of architected activity monitor event counters, reads of AMEVCNTR0<n> are RAZ. Software must treat reserved accesses as RES0. See 'Access requirements for reserved and unallocated registers'.

---

**Note**

ext-AMCGCR.CG0NC identifies the number of architected activity monitor event counters.

---

| Component | Offset | Instance | Range |
|---|---|---|---|
| AMU | 0x18 | AMEVCNTR03 | 31:0 |

This interface is accessible as follows:

RO

| Component | Offset | Instance | Range |
|---|---|---|---|
| AMU | 0x1C | AMEVCNTR03 | 63:32 |

This interface is accessible as follows:

RO

## C.6.5 AMEVCNTR10, Activity Monitors Event Counter Registers 1

Provides access to the auxiliary activity monitor event counters.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Component**

AMU

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Register offsets (2)**

0x100,0x104

**Access type**

**Read**

R

**Write**

RESERVED

**Reset value**

0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000

## Bit descriptions

**Figure C-205: ext_amevcntr10 bit assignments**




**Table C-383: AMEVCNTR10 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | ACNT | Auxiliary activity monitor event counter n.<br><br>Value of auxiliary activity monitor event counter n, where n is the number of this register and is a number from 0 to 15. | 0x0000000000000000 |

## Access

If <n> is greater than or equal to the number of auxiliary activity monitor event counters, reads of AMEVCNTR1<n> are RAZ. Software must treat reserved accesses as **RES0**. See *Access requirements for reserved and unallocated registers* in the *Arm® Architecture Reference Manual for A-profile architecture*.

Note

ext-AMCGCR.CG1NC identifies the number of auxiliary activity monitor event counters.

## Accessibility

If <n> is greater than or equal to the number of auxiliary activity monitor event counters, reads of AMEVCNTR1<n> are RAZ. Software must treat reserved accesses as RES0. See 'Access requirements for reserved and unallocated registers'.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Note: ext-AMCGCR.CG1NC identifies the number of auxiliary activity monitor event counters.

| Component | Offset | Instance | Range |
|---|---|---|---|
| AMU | 0x100 | AMEVCNTR10 | 31:0 |

This interface is accessible as follows:

RO

| Component | Offset | Instance | Range |
|---|---|---|---|
| AMU | 0x104 | AMEVCNTR10 | 63:32 |

This interface is accessible as follows:

RO

## C.6.6 AMEVCNTR11, Activity Monitors Event Counter Registers 1

Provides access to the auxiliary activity monitor event counters.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Component**

AMU

**Register offsets (2)**

0x108,0x10C

**Access type**

**Read**

R

**Write**

RESERVED

**Reset value**

0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

**Figure C-206: ext_amevcntr11 bit assignments**




**Table C-386: AMEVCNTR11 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | ACNT | Auxiliary activity monitor event counter n.<br><br>Value of auxiliary activity monitor event counter n, where n is the number of this register and is a number from 0 to 15. | 0x0000000000000000 |

## Access

If <n> is greater than or equal to the number of auxiliary activity monitor event counters, reads of AMEVCNTR1<n> are RAZ. Software must treat reserved accesses as **RES0**. See *Access requirements for reserved and unallocated registers* in the *Arm® Architecture Reference Manual for A-profile architecture*.

Note

ext-AMCGCR.CG1NC identifies the number of auxiliary activity monitor event counters.

## Accessibility

If <n> is greater than or equal to the number of auxiliary activity monitor event counters, reads of AMEVCNTR1<n> are RAZ. Software must treat reserved accesses as RES0. See 'Access requirements for reserved and unallocated registers'.

Note

ext-AMCGCR.CG1NC identifies the number of auxiliary activity monitor event counters.

| Component | Offset | Instance | Range |
|---|---|---|---|
| AMU | 0x108 | AMEVCNTR11 | 31:0 |

This interface is accessible as follows:

RO

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Component | Offset | Instance | Range |
|---|---|---|---|
| AMU | 0x10C | AMEVCNTR11 | 63:32 |

This interface is accessible as follows:

RO

## C.6.7 AMEVCNTR12, Activity Monitors Event Counter Registers 1

Provides access to the auxiliary activity monitor event counters.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Component**

AMU

**Register offsets (2)**

0x110,0x114

**Access type**

**Read**

R

**Write**

RESERVED

**Reset value**

0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0000

### Bit descriptions

**Figure C-207: ext_amevcntr12 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table C-389: AMEVCNTR12 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | ACNT | Auxiliary activity monitor event counter n.<br><br>Value of auxiliary activity monitor event counter n, where n is the number of this register and is a number from 0 to 15. | 0x0000000000000000 |

## Access

If <n> is greater than or equal to the number of auxiliary activity monitor event counters, reads of AMEVCNTR1<n> are RAZ. Software must treat reserved accesses as **RES0**. See *Access requirements for reserved and unallocated registers* in the *Arm® Architecture Reference Manual for A-profile architecture*.

Note

ext-AMCGCR.CG1NC identifies the number of auxiliary activity monitor event counters.

## Accessibility

If <n> is greater than or equal to the number of auxiliary activity monitor event counters, reads of AMEVCNTR1<n> are RAZ. Software must treat reserved accesses as RES0. See 'Access requirements for reserved and unallocated registers'.

Note

ext-AMCGCR.CG1NC identifies the number of auxiliary activity monitor event counters.

| Component | Offset | Instance | Range |
|---|---|---|---|
| AMU | 0x110 | AMEVCNTR12 | 31:0 |

This interface is accessible as follows:

RO

| Component | Offset | Instance | Range |
|---|---|---|---|
| AMU | 0x114 | AMEVCNTR12 | 63:32 |

This interface is accessible as follows:

RO

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## C.6.8 AMEVTYPER00, Activity Monitors Event Type Registers 0

Provides information on the events that an architected activity monitor event counter AArch64-AMEVCNTR00_EL0 counts.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

AMU

**Register offset**

0x400

**Access type**

**Read**

R

**Write**

RESERVED

**Reset value**

xxxx xxxx xxxx xxxx 0000 0000 0001 0001

Note: Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-208: ext_amevtyper00 bit assignments**




**Table C-392: AMEVTYPER00 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:16] | RES0 | Reserved | RES0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [15:0] | evtCount | Event to count. The event number of the event that is counted by the architected activity monitor event counter ext-AMEVCNTR0<n>. The value of this field is architecturally mandated for each architected counter.<br><br>The following table shows the mapping between required event numbers and the corresponding counters:<br>**`0b0000000000010001`**<br>Processor frequency cycles | `0x0011` |

### Access

If <n> is greater than or equal to the number of architected activity monitor event counters, reads of AMEVTYPER0<n> are RAZ. Software must treat reserved accesses as **RES0**. See *Access requirements for reserved and unallocated registers* in the *Arm® Architecture Reference Manual for A-profile architecture*.

**Note**

ext-AMCGCR.CG0NC identifies the number of architected activity monitor event counters.

### Accessibility

If <n> is greater than or equal to the number of architected activity monitor event counters, reads of AMEVTYPER0<n> are RAZ. Software must treat reserved accesses as RES0. See 'Access requirements for reserved and unallocated registers'.

**Note**

ext-AMCGCR.CG0NC identifies the number of architected activity monitor event counters.

| Component | Offset | Instance | Range |
|---|---|---|---|
| AMU | 0x400 | AMEVTYPER00 | None |

This interface is accessible as follows:

RO

## C.6.9 AMEVTYPER01, Activity Monitors Event Type Registers 0

Provides information on the events that an architected activity monitor event counter AArch64-AMEVCNTR01_EL0 counts.

### Configurations

This register is available in all configurations.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Attributes

**Width**

32

**Component**

AMU

**Register offset**

0x404

**Access type**

**Read**

R

**Write**

RESERVED

**Reset value**

xxxx xxxx xxxx xxxx 0100 0000 0000 0100

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-209: ext_amevtyper01 bit assignments**




**Table C-394: AMEVTYPER01 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:16] | **RES0** | Reserved | **RES0** |
| [15:0] | evtCount | Event to count. The event number of the event that is counted by the architected activity monitor event counter ext-AMEVCNTR0<n>. The value of this field is architecturally mandated for each architected counter.<br><br>The following table shows the mapping between required event numbers and the corresponding counters:<br>**0b0100000000000100**<br>Constant frequency cycles | 0x4004 |

## Access

If <n> is greater than or equal to the number of architected activity monitor event counters, reads of AMEVTYPER0<n> are RAZ. Software must treat reserved accesses as **RES0**. See *Access*

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

*requirements for reserved and unallocated registers* in the *Arm® Architecture Reference Manual for A-profile architecture*.

Note

ext-AMCGCR.CG0NC identifies the number of architected activity monitor event counters.

### Accessibility

If <n> is greater than or equal to the number of architected activity monitor event counters, reads of AMEVTYPER0<n> are RAZ. Software must treat reserved accesses as RES0. See 'Access requirements for reserved and unallocated registers'.

Note

ext-AMCGCR.CG0NC identifies the number of architected activity monitor event counters.

| Component | Offset | Instance | Range |
|---|---|---|---|
| AMU | 0x404 | AMEVTYPER01 | None |

This interface is accessible as follows:

RO

## C.6.10 AMEVTYPER02, Activity Monitors Event Type Registers 0

Provides information on the events that an architected activity monitor event counter AArch64-AMEVCNTR02_EL0 counts.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

AMU

**Register offset**

0x408

**Access type**

**Read**

R

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Write**

RESERVED

**Reset value**

xxxx xxxx xxxx xxxx 0000 0000 0000 1000

---

Note

Where the reset reads xxxx, see individual bits

---

## Bit descriptions

**Figure C-210: ext_amevtyper02 bit assignments**




**Table C-396: AMEVTYPER02 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:16] | **RES0** | Reserved | **RES0** |
| [15:0] | evtCount | Event to count. The event number of the event that is counted by the architected activity monitor event counter ext-AMEVCNTR0<n>. The value of this field is architecturally mandated for each architected counter.<br><br>The following table shows the mapping between required event numbers and the corresponding counters:<br>`0b0000000000001000`<br>Instructions retired | `0x0008` |

## Access

If <n> is greater than or equal to the number of architected activity monitor event counters, reads of AMEVTYPER0<n> are RAZ. Software must treat reserved accesses as **RES0**. See *Access requirements for reserved and unallocated registers* in the *Arm® Architecture Reference Manual for A-profile architecture*.

---

Note

ext-AMCGCR.CG0NC identifies the number of architected activity monitor event counters.

---

## Accessibility

If <n> is greater than or equal to the number of architected activity monitor event counters, reads of AMEVTYPER0<n> are RAZ. Software must treat reserved accesses as RES0. See 'Access requirements for reserved and unallocated registers'.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Note

ext-AMCGCR.CG0NC identifies the number of architected activity monitor event counters.

| Component | Offset | Instance | Range |
|---|---|---|---|
| AMU | 0x408 | AMEVTYPER02 | None |

This interface is accessible as follows:

RO

## C.6.11 AMEVTYPER03, Activity Monitors Event Type Registers 0

Provides information on the events that an architected activity monitor event counter AArch64-AMEVCNTR03_EL0 counts.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

AMU

**Register offset**

0x40C

**Access type**

**Read**

R

**Write**

RESERVED

**Reset value**

xxxx xxxx xxxx xxxx 0100 0000 0000 0101

Note

Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

**Figure C-211: ext_amevtyper03 bit assignments**




**Table C-398: AMEVTYPER03 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:16] | **RES0** | Reserved | **RES0** |
| [15:0] | evtCount | Event to count. The event number of the event that is counted by the architected activity monitor event counter ext-AMEVCNTR0<n>. The value of this field is architecturally mandated for each architected counter.<br><br>The following table shows the mapping between required event numbers and the corresponding counters:<br>**0b0100000000000101**<br>Memory stall cycles | 0x4005 |

### Access

If <n> is greater than or equal to the number of architected activity monitor event counters, reads of AMEVTYPER0<n> are RAZ. Software must treat reserved accesses as **RES0**. See *Access requirements for reserved and unallocated registers* in the *Arm® Architecture Reference Manual for A-profile architecture*.

Note

ext-AMCGCR.CG0NC identifies the number of architected activity monitor event counters.

### Accessibility

If <n> is greater than or equal to the number of architected activity monitor event counters, reads of AMEVTYPER0<n> are RAZ. Software must treat reserved accesses as RES0. See 'Access requirements for reserved and unallocated registers'.

Note

ext-AMCGCR.CG0NC identifies the number of architected activity monitor event counters.

| Component | Offset | Instance | Range |
|---|---|---|---|
| AMU | 0x40C | AMEVTYPER03 | None |

This interface is accessible as follows:

RO

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## C.6.12 AMEVTYPER10, Activity Monitors Event Type Registers 1

Provides information on the events that an architected activity monitor event counter AArch64-AMEVCNTR10_EL0 counts.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

AMU

**Register offset**

0x480

**Access type**

**Read**

R

**Write**

RESERVED

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-212: ext_amevtyper10 bit assignments**




**Table C-400: AMEVTYPER10 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:16] | RES0 | Reserved | RES0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [15:0] | evtCount | Event to count. The event number of the event that is counted by the architected activity monitor event counter AArch64-AMEVCNTR1<n>_EL0<br>**0b0000001100000000**<br>Gear 0 (MPMM bank 0) period threshold exceeded | 16{x} |

### Access

If <n> is greater than or equal to the number of auxiliary activity monitor event counters, reads of AMEVTYPER1<n> are RAZ. Software must treat reserved accesses as **RES0**. See *Access requirements for reserved and unallocated registers* in the *Arm® Architecture Reference Manual for A-profile architecture*.

Note

ext-AMCGCR.CG1NC identifies the number of auxiliary activity monitor event counters.

### Accessibility

If <n> is greater than or equal to the number of auxiliary activity monitor event counters, reads of AMEVTYPER1<n> are RAZ. Software must treat reserved accesses as RES0. See 'Access requirements for reserved and unallocated registers'.

Note

ext-AMCGCR.CG1NC identifies the number of auxiliary activity monitor event counters.

| Component | Offset | Instance | Range |
|---|---|---|---|
| AMU | 0x480 | AMEVTYPER10 | None |

This interface is accessible as follows:

RO

## C.6.13 AMEVTYPER11, Activity Monitors Event Type Registers 1

Provides information on the events that an architected activity monitor event counter AArch64-AMEVCNTR11_EL0 counts.

### Configurations

This register is available in all configurations.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Attributes

**Width**

32

**Component**

AMU

**Register offset**

0x484

**Access type**

**Read**

R

**Write**

RESERVED

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note: Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-213: ext_amevtyper11 bit assignments**




**Table C-402: AMEVTYPER11 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:16] | **RES0** | Reserved | **RES0** |
| [15:0] | evtCount | Event to count. The event number of the event that is counted by the architected activity monitor event counter AArch64-AMEVCNTR1<n>_EL0<br>**`0b0000001100000001`**<br>Gear 1 (MPMM bank 1) period threshold exceeded | `16{x}` |

## Access

If <n> is greater than or equal to the number of auxiliary activity monitor event counters, reads of AMEVTYPER1<n> are RAZ. Software must treat reserved accesses as **RES0**. See *Access requirements for reserved and unallocated registers* in the *Arm® Architecture Reference Manual for A-profile architecture*.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Note

ext-AMCGCR.CG1NC identifies the number of auxiliary activity monitor event counters.

### Accessibility

If <n> is greater than or equal to the number of auxiliary activity monitor event counters, reads of AMEVTYPER1<n> are RAZ. Software must treat reserved accesses as RES0. See 'Access requirements for reserved and unallocated registers'.

Note

ext-AMCGCR.CG1NC identifies the number of auxiliary activity monitor event counters.

| Component | Offset | Instance | Range |
|---|---|---|---|
| AMU | 0x484 | AMEVTYPER11 | None |

This interface is accessible as follows:

RO

## C.6.14 AMEVTYPER12, Activity Monitors Event Type Registers 1

Provides information on the events that an architected activity monitor event counter AArch64-AMEVCNTR12_EL0 counts.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

AMU

**Register offset**

0x488

**Access type**

**Read**

R

**Write**

RESERVED

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

**Note**
Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure C-214: ext_amevtyper12 bit assignments




**Table C-404: AMEVTYPER12 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:16] | **RES0** | Reserved | **RES0** |
| [15:0] | evtCount | Event to count. The event number of the event that is counted by the architected activity monitor event counter AArch64-AMEVCNTR1<n>_EL0<br>**0b0000001100000010**<br>Gear 2 (MPMM bank 2) period threshold exceeded | 16{x} |

## Access

If <n> is greater than or equal to the number of auxiliary activity monitor event counters, reads of AMEVTYPER1<n> are RAZ. Software must treat reserved accesses as **RES0**. See *Access requirements for reserved and unallocated registers* in the *Arm® Architecture Reference Manual for A-profile architecture*.

**Note**
ext-AMCGCR.CG1NC identifies the number of auxiliary activity monitor event counters.

## Accessibility

If <n> is greater than or equal to the number of auxiliary activity monitor event counters, reads of AMEVTYPER1<n> are RAZ. Software must treat reserved accesses as RES0. See 'Access requirements for reserved and unallocated registers'.

**Note**
ext-AMCGCR.CG1NC identifies the number of auxiliary activity monitor event counters.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Component | Offset | Instance | Range |
|---|---|---|---|
| AMU | 0x488 | AMEVTYPER12 | None |

This interface is accessible as follows:

RO

## C.6.15 AMCNTENSET0, Activity Monitors Count Enable Set Register 0

Enable control bits for the architected activity monitors event counters, ext-AMEVCNTR0<n>.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

AMU

**Register offset**

0xC00

**Access type**

RO

**Reset value**

xxxx xxxx xxxx xxxx 0000 0000 0000 0000

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-215: ext_amcntenset0 bit assignments**




**Table C-406: AMCNTENSET0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:16] | RES0 | Reserved | RES0 |
| [15:4] | RAZ/WI | Reserved | RAZ/WI |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [3:0] | P<n>, bit[n], where n = 3 to 0 | Activity monitor event counter enable bit for ext-AMEVCNTR0<n>.<br><br>**Note:**<br>ext-AMCGCR.CG0NC identifies the number of architected activity monitor event counters. In an implementation that includes FEAT_AMUv1, the number of architected activity monitor event counters is 4.<br><br>Possible values of each bit are:<br>**0b0**<br>When read, means that ext-AMEVCNTR0<n> is disabled.<br>**0b1**<br>When read, means that ext-AMEVCNTR0<n> is enabled. | 0b0000 |

### Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| AMU | 0xC00 | AMCNTENSET0 | None |

This interface is accessible as follows:

RO

## C.6.16 AMCNTENSET1, Activity Monitors Count Enable Set Register 1

Enable control bits for the auxiliary activity monitors event counters, ext-AMEVCNTR1<n>.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

AMU

**Register offset**

0xC04

**Access type**

**Read**

R

**Write**

RESERVED

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Reset value

xxxx xxxx xxxx xxxx 0000 0000 0000 0000

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-216: ext_amcntenset1 bit assignments**




**Table C-408: AMCNTENSET1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:16] | **RES0** | Reserved | **RES0** |
| [15:0] | P<n>, bit[n], where n = 15 to 0 | Activity monitor event counter enable bit for ext-AMEVCNTR1<n>.<br><br>When N is less than 16, bits [15:N] are **RAZ**, where N is the value in ext-AMCGCR.CG1NC.<br><br>Possible values of each bit are:<br>**`0b0`**<br>When read, means that ext-AMEVCNTR1<n> is disabled.<br>**`0b1`**<br>When read, means that ext-AMEVCNTR1<n> is enabled. | `0x0000` |

## Access

If the number of auxiliary activity monitor event counters implemented is zero, reads of AMCNTENSET1 are RAZ. Software must treat reserved accesses as **RES0**. See *Access requirements for reserved and unallocated registers* in the *Arm® Architecture Reference Manual for A-profile architecture*.

Note

The number of auxiliary activity monitor counters implemented is zero exactly when ext-AMCFGR.NCG == `0b0000`.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Accessibility

If the number of auxiliary activity monitor event counters implemented is zero, reads of AMCNTENSET1 are RAZ. Software must treat reserved accesses as RES0. See 'Access requirements for reserved and unallocated registers'.

Note

The number of auxiliary activity monitor counters implemented is zero exactly when ext-AMCFGR.NCG == 0b0000.

| Component | Offset | Instance | Range |
|---|---|---|---|
| AMU | 0xC04 | AMCNTENSET1 | None |

This interface is accessible as follows:

RO

## C.6.17 AMCNTENCLR0, Activity Monitors Count Enable Clear Register 0

Disable control bits for the architected activity monitors event counters, ext-AMEVCNTR0<n>.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

AMU

**Register offset**

0xC20

**Access type**

RO

**Reset value**

xxxx xxxx xxxx xxxx 0000 0000 0000 0000

Note

Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

**Figure C-217: ext_amcntenclr0 bit assignments**




**Table C-410: AMCNTENCLR0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:16] | **RES0** | Reserved | **RES0** |
| [15:4] | **RAZ/WI** | Reserved | **RAZ/WI** |
| [3:0] | P<n>, bit[n], where n = 3 to 0 | Activity monitor event counter disable bit for ext-AMEVCNTR0<n>.<br>**Note:**<br>ext-AMCGCR.CG0NC identifies the number of architected activity monitor event counters. In an implementation that includes FEAT_AMUv1, the number of architected activity monitor event counters is 4.<br>Possible values of each bit are:<br>**0b0**<br>When read, means that ext-AMEVCNTR0<n> is disabled.<br>**0b1**<br>When read, means that ext-AMEVCNTR0<n> is enabled. | 0b0000 |

## Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| AMU | 0xC20 | AMCNTENCLR0 | None |

This interface is accessible as follows:

RO

# C.6.18 AMCNTENCLR1, Activity Monitors Count Enable Clear Register 1

Disable control bits for the auxiliary activity monitors event counters, ext-AMEVCNTR1<n>.

## Configurations

This register is available in all configurations.

## Attributes

**Width**

32

**Component**

AMU

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Register offset**

0xC24

**Access type**

**Read**

R

**Write**

RESERVED

**Reset value**

xxxx xxxx xxxx xxxx 0000 0000 0000 0000

Note: Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-218: ext_amcntenclr1 bit assignments**




**Table C-412: AMCNTENCLR1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:16] | **RES0** | Reserved | **RES0** |
| [15:0] | P<n>, bit[n], where n = 15 to 0 | Activity monitor event counter disable bit for ext-AMEVCNTR1<n>.<br><br>When N is less than 16, bits [15:N] are **RAZ**, where N is the value in ext-AMCGCR.CG1NC.<br><br>Possible values of each bit are:<br>`0b0`<br>When read, means that ext-AMEVCNTR1<n> is disabled.<br>`0b1`<br>When read, means that ext-AMEVCNTR1<n> is enabled. | `0x0000` |

## Access

If the number of auxiliary activity monitor event counters implemented is zero, reads of AMCNTENCLR1 are RAZ. Software must treat reserved accesses as **RES0**. See *Access requirements for reserved and unallocated registers* in the *Arm® Architecture Reference Manual for A-profile architecture*.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Note

The number of auxiliary activity monitor event counters implemented is zero exactly when ext-AMCFGR.NCG == `0b0000`.

### Accessibility

If the number of auxiliary activity monitor event counters implemented is zero, reads of AMCNTENCLR1 are RAZ. Software must treat reserved accesses as RES0. See 'Access requirements for reserved and unallocated registers'.

Note

The number of auxiliary activity monitor event counters implemented is zero exactly when ext-AMCFGR.NCG == 0b0000.

| Component | Offset | Instance | Range |
|---|---|---|---|
| AMU | 0xC24 | AMCNTENCLR1 | None |

This interface is accessible as follows:

RO

## C.6.19 AMCGCR, Activity Monitors Counter Group Configuration Register

Provides information on the number of activity monitor event counters implemented within each counter group.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

AMU

**Register offset**

0xCE0

**Access type**

RO

**Reset value**

xxxx xxxx xxxx xxxx 0000 0011 0000 0100

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-219: ext_amcgcr bit assignments**




**Table C-414: AMCGCR bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:16] | **RES0** | Reserved | **RES0** |
| [15:8] | CG1NC | Counter Group 1 Number of Counters. The number of counters in the auxiliary counter group.<br><br>In an implementation that includes FEAT_AMUv1, the permitted range of values is 0 to 16.<br>**`0b00000011`**<br>Three counters in the auxiliary counter group | `0x03` |
| [7:0] | CG0NC | Counter Group 0 Number of Counters. The number of counters in the architected counter group.<br>**`0b00000100`** | `0x04` |

## Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| AMU | 0xCE0 | AMCGCR | None |

This interface is accessible as follows:

RO

## C.6.20 AMCFGR, Activity Monitors Configuration Register

Global configuration register for the activity monitors.

Provides information on supported features, the number of counter groups implemented, the total number of activity monitor event counters implemented, and the size of the counters. AMCFGR is applicable to both the architected and the auxiliary counter groups.

### Configurations

This register is available in all configurations.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Attributes

**Width**

32

**Component**

AMU

**Register offset**

0xE00

**Access type**

RO

**Reset value**

0001 xxx1 0000 0000 0011 1111 0000 0110

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-220: ext_amcfgr bit assignments**




**Table C-416: AMCFGR bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:28] | NCG | Defines the number of counter groups. The following value is specified for this product.<br>**0b0001**<br>Two counter groups are implemented | 0b0001 |
| [27:25] | **RES0** | Reserved | **RES0** |
| [24] | HDBG | Halt-on-debug supported.<br>This feature must be supported, and so this bit is 0b1.<br>**0b1**<br>ext-AMCR.HDBG is read/write. | 0b1 |
| [23:14] | **RAZ** | Reserved | **RAZ** |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [13:8] | SIZE | Defines the size of activity monitor event counters.<br><br>The size of the activity monitor event counters implemented by the Activity Monitors Extension is [AMCFGR.SIZE + 1].<br><br>The counters are 64-bit.<br><br>**Note:**<br>Software also uses this field to determine the spacing of counters in the memory-map. The counters are at doubleword-aligned addresses.<br><br>**0b111111** | 0b111111 |
| [7:0] | N | Defines the number of activity monitor event counters.<br><br>The total number of counters implemented in all groups by the Activity Monitors Extension is [AMCFGR.N + 1].<br><br>**0b00000110**<br>Seven activity monitor event counters | 0x06 |

### Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| AMU | 0xE00 | AMCFGR | None |

This interface is accessible as follows:

RO

## C.6.21 AMCR, Activity Monitors Control Register

Global control register for the activity monitors implementation. AMCR is applicable to both the architected and the auxiliary counter groups.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

AMU

**Register offset**

0xE04

**Access type**

RO

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-221: ext_amcr bit assignments**




**Table C-418: AMCR bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:11] | RES0 | Reserved | RES0 |
| [10] | HDBG | This bit controls whether activity monitor counting is halted when the PE is halted in Debug state.<br>`0b0`<br>Activity monitors do not halt counting when the PE is halted in Debug state.<br>`0b1`<br>Activity monitors halt counting when the PE is halted in Debug state. | x |
| [9:0] | RES0 | Reserved | RES0 |

## Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| AMU | 0xE04 | AMCR | None |

This interface is accessible as follows:

RO

# C.6.22 AMIIDR, Activity Monitors Implementation Identification Register

Defines the implementer and revisions of the AMU.

## Configurations

This register is available in all configurations.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Attributes

**Width**

32

**Component**

AMU

**Register offset**

0xE08

**Access type**

RO

**Reset value**

1101 0100 1001 0000 0011 xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-222: ext_amiidr bit assignments**




**Table C-420: AMIIDR bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:20] | ProductID | This field is an AMU part identifier.<br>**`0b110101001001`**<br>Neoverse N2<br>If ext-AMPIDR0 is implemented, ext-AMPIDR0.PART_0 matches bits [27:20] of this field.<br>If ext-AMPIDR1 is implemented, ext-AMPIDR1.PART_1 matches bits [31:28] of this field. | `0xD49` |
| [19:16] | Variant | This field distinguishes product variants or major revisions of the product.<br>**`0b0000`**<br>r0p3<br>If ext-AMPIDR2 is implemented, ext-AMPIDR2.REVISION matches AMIIDR.Variant. | `0b0000` |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [15:12] | Revision | This field distinguishes minor revisions of the product.<br>**0b0011**<br>r0p3<br><br>If ext-AMPIDR3 is implemented, ext-AMPIDR3.REVAND matches AMIIDR.Revision. | 0b0011 |
| [11:0] | Implementer | Contains the JEP106 code of the company that implemented the AMU.<br><br>For an Arm implementation, this field reads as 0x43B.<br><br>Bits [11:8] contain the JEP106 continuation code of the implementer.<br><br>Bit 7 is RES0<br><br>Bits [6:0] contain the JEP106 identity code of the implementer.<br><br>If ext-AMPIDR4 is implemented, ext-AMPIDR4.DES_2 matches bits [11:8] of this field.<br><br>If ext-AMPIDR2 is implemented, ext-AMPIDR2.DES_1 matches bits [6:4] of this field.<br><br>If ext-AMPIDR1 is implemented, ext-AMPIDR1.DES_0 matches bits [3:0] of this field. | 12{x} |

### Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| AMU | 0xE08 | AMIIDR | None |

This interface is accessible as follows:

RO

## C.6.23 AMDEVAFF0, Activity Monitors Device Affinity Register 0

Copy of the low half of the PE AArch64-MPIDR_EL1 register that allows a debugger to determine which PE in a multiprocessor system the AMU component relates to.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

AMU

**Register offset**

0xFA8

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Access type**

RO

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note: Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-223: ext_amdevaff0 bit assignments**




**Table C-422: AMDEVAFF0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:0] | MPIDR_EL1lo | AArch64-MPIDR_EL1 low half. Read-only copy of the low half of AArch64-MPIDR_EL1, as seen from the highest implemented Exception level. | 32{x} |

## Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| AMU | 0xFA8 | AMDEVAFF0 | None |

This interface is accessible as follows:

RO

# C.6.24 AMDEVAFF1, Activity Monitors Device Affinity Register 1

Copy of the high half of the PE AArch64-MPIDR_EL1 register that allows a debugger to determine which PE in a multiprocessor system the AMU component relates to.

## Configurations

This register is available in all configurations.

## Attributes

**Width**

32

**Component**

AMU

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Register offset**

0xFAC

**Access type**

RO

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-224: ext_amdevaff1 bit assignments**




**Table C-424: AMDEVAFF1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:0] | MPIDR_EL1hi | AArch64-MPIDR_EL1 high half. Read-only copy of the high half of AArch64-MPIDR_EL1, as seen from the highest implemented Exception level. | 32{x} |

## Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| AMU | 0xFAC | AMDEVAFF1 | None |

This interface is accessible as follows:

RO

# C.6.25 AMDEVARCH, Activity Monitors Device Architecture Register

Identifies the programmers' model architecture of the AMU component.

## Configurations

This register is available in all configurations.

## Attributes

**Width**

32

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Component**

AMU

**Register offset**

0xFBC

**Access type**

RO

**Reset value**

0100 0111 0111 0000 0000 1010 0110 0110

## Bit descriptions

**Figure C-225: ext_amdevarch bit assignments**




**Table C-426: AMDEVARCH bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:21] | ARCHITECT | Defines the architecture of the component. For AMU, this is Arm Limited.<br>**`0b01000111011`** | `0b01000111011` |
| [20] | PRESENT | Indicates that the DEVARCH is present.<br>**`0b1`** | `0b1` |
| [19:16] | REVISION | Defines the architecture revision. For architectures defined by Arm this is the minor revision.<br>**`0b0000`**<br>Architecture revision is AMUv1.<br>All other values are reserved. | `0b0000` |
| [15:0] | ARCHID | Defines this part to be an AMU component. For architectures defined by Arm this is further subdivided.<br>For AMU:<br>• Bits [15:12] are the architecture version, `0x0`.<br>• Bits [11:0] are the architecture part number, `0xA66`.<br>This corresponds to AMU architecture version AMUv1.<br>**`0b0000101001100110`** | `0x0A66` |

## Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| AMU | 0xFBC | AMDEVARCH | None |

This interface is accessible as follows:

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

RO

## C.6.26 AMDEVTYPE, Activity Monitors Device Type Register

Indicates to a debugger that this component is part of a PE's performance monitor interface.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

AMU

**Register offset**

0xFCC

**Access type**

RO

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx 0001 0110

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-226: ext_amdevtype bit assignments**




**Table C-428: AMDEVTYPE bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:8] | RES0 | Reserved | RES0 |
| [7:4] | SUB | Subtype. Reads as `0x1`, to indicate this is a component within a PE.<br>**`0b0001`**<br>Component within a PE. | `0b0001` |

| Bits | Name | Description | Reset |
|---|---|---|---|
| [3:0] | MAJOR | Major type. Reads as `0x6`, to indicate this is a performance monitor component.<br>**`0b0110`**<br>Performance monitor component | `0b0110` |

### Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| AMU | 0xFCC | AMDEVTYPE | None |

This interface is accessible as follows:

RO

## C.6.27 AMPIDR4, Activity Monitors Peripheral Identification Register 4

Provides information to identify an activity monitors component.

For more information, see *About the Peripheral identification scheme* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

AMU

**Register offset**

0xFD0

**Access type**

RO

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx 0000 0100

Note

Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Bit descriptions

#### Figure C-227: ext_ampidr4 bit assignments




**Table C-430: AMPIDR4 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:8] | **RES0** | Reserved | **RES0** |
| [7:4] | SIZE | Size of the component. $Log_2$ of the number of 4KB pages from the start of the component to the end of the component ID registers.<br>**0b0000** | 0b0000 |
| [3:0] | DES_2 | Designer. JEP106 continuation code, least significant nibble.<br>For Arm Limited, this field is 0b0100.<br>**0b0100**<br>Arm Limited. This is bits[3:0] of the JEP106 continuation code. | 0b0100 |

### Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| AMU | 0xFD0 | AMPIDR4 | None |

This interface is accessible as follows:

RO

## C.6.28 AMPIDR0, Activity Monitors Peripheral Identification Register 0

Provides information to identify an activity monitors component.

For more information, see *About the Peripheral identification scheme* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

AMU

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Register offset**

0xFE0

**Access type**

RO

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx 0100 1001

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-228: ext_ampidr0 bit assignments**




**Table C-432: AMPIDR0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:8] | RES0 | Reserved | RES0 |
| [7:0] | PART_0 | Part number, least significant byte.<br>**0b01001001**<br>Part number, least significant byte. | 0x49 |

## Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| AMU | 0xFE0 | AMPIDR0 | None |

This interface is accessible as follows:

RO

## C.6.29 AMPIDR1, Activity Monitors Peripheral Identification Register 1

Provides information to identify an activity monitors component.

For more information, see *About the Peripheral identification scheme* in the *Arm® Architecture Reference Manual for A-profile architecture*.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Configurations

This register is available in all configurations.

## Attributes

**Width**

32

**Component**

AMU

**Register offset**

0xFE4

**Access type**

RO

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx 1011 1101

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-229: ext_ampidr1 bit assignments**




**Table C-434: AMPIDR1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:8] | RES0 | Reserved | RES0 |
| [7:4] | DES_0 | Designer, least significant nibble of JEP106 ID code.<br><br>For Arm Limited, this field is `0b1011`.<br><br>**`0b1011`**<br>Designer, least significant nibble of JEP106 ID code. | `0b1011` |
| [3:0] | PART_1 | Part number, most significant nibble.<br><br>**`0b1101`**<br>Part number, most significant nibble. | `0b1101` |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| AMU | 0xFE4 | AMPIDR1 | None |

This interface is accessible as follows:

RO

## C.6.30 AMPIDR2, Activity Monitors Peripheral Identification Register 2

Provides information to identify an activity monitors component.

For more information, see *About the Peripheral identification scheme* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

AMU

**Register offset**

0xFE8

**Access type**

RO

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx 0000 1011

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-230: ext_ampidr2 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table C-436: AMPIDR2 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:8] | **RES0** | Reserved | **RES0** |
| [7:4] | REVISION | Part major revision. Parts can also use this field to extend Part number to 16-bits.<br>**`0b0000`**<br>r0p3 | `0b0000` |
| [3] | JEDEC | Indicates a JEP106 identity code is used.<br>**`0b1`** | `0b1` |
| [2:0] | DES_1 | Designer, most significant bits of JEP106 ID code.<br>For Arm Limited, this field is `0b011`.<br>**`0b011`**<br>Arm Limited. This is bits[6:4] of the JEP106 ID code. | `0b011` |

### Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| AMU | 0xFE8 | AMPIDR2 | None |

This interface is accessible as follows:

RO

## C.6.31 AMPIDR3, Activity Monitors Peripheral Identification Register 3

Provides information to identify an activity monitors component.

For more information, see *About the Peripheral identification scheme* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

AMU

**Register offset**

0xFEC

**Access type**

RO

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

#### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx 0011 0000

Note: Where the reset reads xxxx, see individual bits

### Bit descriptions

#### Figure C-231: ext_ampidr3 bit assignments




#### Table C-438: AMPIDR3 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:8] | **RES0** | Reserved | **RES0** |
| [7:4] | REVAND | Part minor revision. Parts using ext-AMPIDR2.REVISION as an extension to the Part number must use this field as a major revision number.<br>**0b0011** | 0b0011 |
| [3:0] | CMOD | Customer modified. Indicates someone other than the Designer has modified the component.<br>**0b0000**<br>The component is not modified from the original design. | 0b0000 |

### Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| AMU | 0xFEC | AMPIDR3 | None |

This interface is accessible as follows:

RO

## C.6.32 AMCIDR0, Activity Monitors Component Identification Register 0

Provides information to identify an activity monitors component.

For more information, see *About the Component identification scheme* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

This register is available in all configurations.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Attributes

**Width**

32

**Component**

AMU

**Register offset**

0xFF0

**Access type**

RO

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx 0000 1101

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-232: ext_amcidr0 bit assignments**




**Table C-440: AMCIDR0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:8] | **RES0** | Reserved | **RES0** |
| [7:0] | PRMBL_0 | Preamble.<br>**0b00001101** | 0x0D |

## Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| AMU | 0xFF0 | AMCIDR0 | None |

This interface is accessible as follows:

RO

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## C.6.33 AMCIDR1, Activity Monitors Component Identification Register 1

Provides information to identify an activity monitors component.

For more information, see *About the Component identification scheme* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

AMU

**Register offset**

0xFF4

**Access type**

RO

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx 0000

Note: Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-233: ext_amcidr1 bit assignments**




**Table C-442: AMCIDR1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:8] | RES0 | Reserved | RES0 |
| [7:4] | CLASS | Component class.<br>**0b1001**<br>CoreSight component. | xxxx |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [3:0] | PRMBL_1 | Preamble.<br>**0b0000** | 0b0000 |

### Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| AMU | 0xFF4 | AMCIDR1 | None |

This interface is accessible as follows:

RO

## C.6.34 AMCIDR2, Activity Monitors Component Identification Register 2

Provides information to identify an activity monitors component.

For more information, see *About the Component identification scheme* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

AMU

**Register offset**

0xFF8

**Access type**

RO

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx 0000 0101

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-234: ext_amcidr2 bit assignments**




**Table C-444: AMCIDR2 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:8] | RES0 | Reserved | RES0 |
| [7:0] | PRMBL_2 | Preamble.<br>0b00000101 | 0x05 |

### Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| AMU | 0xFF8 | AMCIDR2 | None |

This interface is accessible as follows:

RO

## C.6.35 AMCIDR3, Activity Monitors Component Identification Register 3

Provides information to identify an activity monitors component.

For more information, see *About the Component identification scheme* in the *Arm® Architecture Reference Manual for A-profile architecture*.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

AMU

**Register offset**

0xFFC

**Access type**

RO

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx 1011 0001

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-235: ext_amcidr3 bit assignments**




**Table C-446: AMCIDR3 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:8] | **RES0** | Reserved | **RES0** |
| [7:0] | PRMBL_3 | Preamble.<br>**0b10110001** | 0xB1 |

## Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| AMU | 0xFFC | AMCIDR3 | None |

This interface is accessible as follows:

RO

# C.7 External Trace unit registers summary

The summary table provides an overview of **IMPLEMENTATION DEFINED** memory-mapped Trace unit registers in the core. For more information about a register, click the register name in the table.

For registers without a listed reset value refer to the individual field resets documented on the register description pages or in the Arm ARM.

**Table C-448: Trace unit registers summary**

| Offset | Name | Reset | Width | Description |
|---|---|---|---|---|
| 0x004 | TRCPRGCTLR | See individual bit resets. | 32-bit | Programming Control Register |
| 0x00C | TRCSTATR | See individual bit resets. | 32-bit | Trace Status Register |
| 0x010 | TRCCONFIGR | See individual bit resets. | 32-bit | Trace Configuration Register |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Offset | Name | Reset | Width | Description |
|---|---|---|---|---|
| 0x018 | TRCAUXCTLR | See individual bit resets. | 32-bit | Auxiliary Control Register |
| 0x020 | TRCEVENTCTL0R | See individual bit resets. | 32-bit | Event Control 0 Register |
| 0x024 | TRCEVENTCTL1R | See individual bit resets. | 32-bit | Event Control 1 Register |
| 0x028 | TRCRSR | See individual bit resets. | 32-bit | Resources Status Register |
| 0x030 | TRCTSCTLR | See individual bit resets. | 32-bit | Timestamp Control Register |
| 0x034 | TRCSYNCPR | See individual bit resets. | 32-bit | Synchronization Period Register |
| 0x038 | TRCCCCTLR | See individual bit resets. | 32-bit | Cycle Count Control Register |
| 0x03C | TRCBBCTLR | See individual bit resets. | 32-bit | Branch Broadcast Control Register |
| 0x040 | TRCTRACEIDR | See individual bit resets. | 32-bit | Trace ID Register |
| 0x080 | TRCVICTLR | See individual bit resets. | 32-bit | ViewInst Main Control Register |
| 0x084 | TRCVIIECTLR | See individual bit resets. | 32-bit | ViewInst Include/Exclude Control Register |
| 0x088 | TRCVISSCTLR | See individual bit resets. | 32-bit | ViewInst Start/Stop Control Register |
| 0x100 | TRCSEQEVR0 | See individual bit resets. | 32-bit | Sequencer State Transition Control Register <n> |
| 0x104 | TRCSEQEVR1 | See individual bit resets. | 32-bit | Sequencer State Transition Control Register <n> |
| 0x108 | TRCSEQEVR2 | See individual bit resets. | 32-bit | Sequencer State Transition Control Register <n> |
| 0x118 | TRCSEQRSTEVR | See individual bit resets. | 32-bit | Sequencer Reset Control Register |
| 0x11C | TRCSEQSTR | See individual bit resets. | 32-bit | Sequencer State Register |
| 0x120 | TRCEXTINSELR0 | See individual bit resets. | 32-bit | External Input Select Register <n> |
| 0x124 | TRCEXTINSELR1 | See individual bit resets. | 32-bit | External Input Select Register <n> |
| 0x128 | TRCEXTINSELR2 | See individual bit resets. | 32-bit | External Input Select Register <n> |
| 0x12C | TRCEXTINSELR3 | See individual bit resets. | 32-bit | External Input Select Register <n> |
| 0x140 | TRCCNTRLDVR0 | See individual bit resets. | 32-bit | Counter Reload Value Register <n> |
| 0x144 | TRCCNTRLDVR1 | See individual bit resets. | 32-bit | Counter Reload Value Register <n> |
| 0x150 | TRCCNTCTLR0 | See individual bit resets. | 32-bit | Counter Control Register <n> |
| 0x154 | TRCCNTCTLR1 | See individual bit resets. | 32-bit | Counter Control Register <n> |
| 0x160 | TRCCNTVR0 | See individual bit resets. | 32-bit | Counter Value Register <n> |
| 0x164 | TRCCNTVR1 | See individual bit resets. | 32-bit | Counter Value Register <n> |
| 0x180 | TRCIDR8 | See individual bit resets. | 32-bit | ID Register 8 |
| 0x184 | TRCIDR9 | See individual bit resets. | 32-bit | ID Register 9 |
| 0x188 | TRCIDR10 | See individual bit resets. | 32-bit | ID Register 10 |
| 0x18C | TRCIDR11 | See individual bit resets. | 32-bit | ID Register 11 |
| 0x190 | TRCIDR12 | See individual bit resets. | 32-bit | ID Register 12 |
| 0x194 | TRCIDR13 | See individual bit resets. | 32-bit | ID Register 13 |
| 0x1C0 | TRCIMSPEC0 | See individual bit resets. | 32-bit | IMP DEF Register 0 |
| 0x1E0 | TRCIDR0 | See individual bit resets. | 32-bit | ID Register 0 |
| 0x1E4 | TRCIDR1 | See individual bit resets. | 32-bit | ID Register 1 |
| 0x1E8 | TRCIDR2 | See individual bit resets. | 32-bit | ID Register 2 |
| 0x1EC | TRCIDR3 | See individual bit resets. | 32-bit | ID Register 3 |
| 0x1F0 | TRCIDR4 | See individual bit resets. | 32-bit | ID Register 4 |
| 0x1F4 | TRCIDR5 | See individual bit resets. | 32-bit | ID Register 5 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Offset | Name | Reset | Width | Description |
|---|---|---|---|---|
| 0x1F8 | TRCIDR6 | See individual bit resets. | 32-bit | ID Register 6 |
| 0x1FC | TRCIDR7 | See individual bit resets. | 32-bit | ID Register 7 |
| 0x2A0 + (4 * n) | TRCSSCSR_n_ | See individual bit resets. | 32-bit | Single-shot Comparator Control Status Register <n> |
| 0x304 | TRCOSLSR | See individual bit resets. | 32-bit | Trace OS Lock Status Register |
| 0x310 | TRCPDCR | See individual bit resets. | 32-bit | PowerDown Control Register |
| 0x314 | TRCPDSR | See individual bit resets. | 32-bit | PowerDown Status Register |
| 0x680 | TRCCIDCCTLR0 | See individual bit resets. | 32-bit | Context Identifier Comparator Control Register 0 |
| 0x688 | TRCVMIDCCTLR0 | See individual bit resets. | 32-bit | Virtual Context Identifier Comparator Control Register 0 |
| 0xF00 | TRCITCTRL | See individual bit resets. | 32-bit | Integration Mode Control Register |
| 0xFA0 | TRCCLAIMSET | See individual bit resets. | 32-bit | Claim Tag Set Register |
| 0xFA4 | TRCCLAIMCLR | See individual bit resets. | 32-bit | Claim Tag Clear Register |
| 0xFA8 | TRCDEVAFF | See individual bit resets. | 64-bit | Device Affinity Register |
| 0xFB0 | TRCLAR | See individual bit resets. | 32-bit | Lock Access Register |
| 0xFB4 | TRCLSR | See individual bit resets. | 32-bit | Lock Status Register |
| 0xFB8 | TRCAUTHSTATUS | See individual bit resets. | 32-bit | Authentication Status Register |
| 0xFBC | TRCDEVARCH | See individual bit resets. | 32-bit | Device Architecture Register |
| 0xFC0 | TRCDEVID2 | See individual bit resets. | 32-bit | Device Configuration Register 2 |
| 0xFC4 | TRCDEVID1 | See individual bit resets. | 32-bit | Device Configuration Register 1 |
| 0xFC8 | TRCDEVID | See individual bit resets. | 32-bit | Device Configuration Register |
| 0xFCC | TRCDEVTYPE | See individual bit resets. | 32-bit | Device Type Register |
| 0xFD0 | TRCPIDR4 | See individual bit resets. | 32-bit | Peripheral Identification Register 4 |
| 0xFD4 | TRCPIDR5 | See individual bit resets. | 32-bit | Peripheral Identification Register 5 |
| 0xFD8 | TRCPIDR6 | See individual bit resets. | 32-bit | Peripheral Identification Register 6 |
| 0xFDC | TRCPIDR7 | See individual bit resets. | 32-bit | Peripheral Identification Register 7 |
| 0xFE0 | TRCPIDR0 | See individual bit resets. | 32-bit | Peripheral Identification Register 0 |
| 0xFE4 | TRCPIDR1 | See individual bit resets. | 32-bit | Peripheral Identification Register 1 |
| 0xFE8 | TRCPIDR2 | See individual bit resets. | 32-bit | Peripheral Identification Register 2 |
| 0xFEC | TRCPIDR3 | See individual bit resets. | 32-bit | Peripheral Identification Register 3 |
| 0xFF0 | TRCCIDR0 | See individual bit resets. | 32-bit | Component Identification Register 0 |
| 0xFF4 | TRCCIDR1 | See individual bit resets. | 32-bit | Component Identification Register 1 |
| 0xFF8 | TRCCIDR2 | See individual bit resets. | 32-bit | Component Identification Register 2 |
| 0xFFC | TRCCIDR3 | See individual bit resets. | 32-bit | Component Identification Register 3 |

## C.7.1 TRCPRGCTLR, Programming Control Register

Enables the trace unit.

### Configurations

This register is available in all configurations.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Attributes

**Width**

32

**Component**

ETE

**Register offset**

0x004

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxx0

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-236: ext_trcprgctlr bit assignments**




**Table C-449: TRCPRGCTLR bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:1] | **RES0** | Reserved | **RES0** |
| [0] | EN | Trace unit enable.<br>**0b0**<br>The trace unit is disabled.<br>**0b1**<br>The trace unit is enabled. | 0b0 |

## Accessibility

Must be programmed.

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0x004 | TRCPRGCTLR | None |

This interface is accessible as follows:

**When OSLockStatus() || !AllowExternalTraceAccess() || !IsTraceCorePowered()**

ERROR

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Otherwise**

RW

## C.7.2 TRCSTATR, Trace Status Register

Returns the trace unit status.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

ETE

**Register offset**

0x00C

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note: Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-237: ext_trcstatr bit assignments**




**Table C-451: TRCSTATR bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:2] | RES0 | Reserved | RES0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [1] | PMSTABLE | Programmers' model stable.<br>**0b0**<br>The programmers' model is not stable.<br>**0b1**<br>The programmers' model is stable.<br>**When Text("the trace unit is enabled")**<br>Access to this field is: **UNKNOWN**/WI<br>**Otherwise**<br>Access to this field is: RO | x |
| [0] | IDLE | Idle status.<br>**0b0**<br>The trace unit is not idle.<br>**0b1**<br>The trace unit is idle. | x |

## Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0x00C | TRCSTATR | None |

This interface is accessible as follows:

**When OSLockStatus() || !AllowExternalTraceAccess() || !IsTraceCorePowered()**

ERROR

**Otherwise**

RO

# C.7.3 TRCCONFIGR, Trace Configuration Register

Controls the tracing options.

## Configurations

This register is available in all configurations.

## Attributes

**Width**

32

**Component**

ETE

**Register offset**

0x010

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-238: ext_trcconfigr bit assignments**




**Table C-453: TRCCONFIGR bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:16] | **RES0** | Reserved | **RES0** |
| [15] | **RES1** | Reserved | **RES1** |
| [14:13] | **RES0** | Reserved | **RES0** |
| [12] | RS | Return stack control.<br>**0b0**<br>Return stack is disabled.<br>**0b1**<br>Return stack is enabled. | x |
| [11] | TS | Global timestamp tracing control.<br>**0b0**<br>Global timestamp tracing is disabled.<br>**0b1**<br>Global timestamp tracing is enabled. | x |
| [10:8] | **RES0** | Reserved | **RES0** |
| [7] | VMID | Virtual context identifier tracing control.<br>**0b0**<br>Virtual context identifier tracing is disabled.<br>**0b1**<br>Virtual context identifier tracing is enabled. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [6] | CID | Context identifier tracing control.<br>**0b0**<br>Context identifier tracing is disabled.<br>**0b1**<br>Context identifier tracing is enabled. | x |
| [5] | **RES0** | Reserved | **RES0** |
| [4] | CCI | Cycle counting instruction tracing control.<br>**0b0**<br>Cycle counting instruction tracing is disabled.<br>**0b1**<br>Cycle counting instruction tracing is enabled. | x |
| [3] | BB | Branch broadcasting control.<br>**0b0**<br>Branch broadcasting is disabled.<br>**0b1**<br>Branch broadcasting is enabled. | x |
| [2:1] | **RES0** | Reserved | **RES0** |
| [0] | **RES1** | Reserved | **RES1** |

## Access

Must always be programmed.

TRCCONFIGR.QE must be set to `0b00` if TRCCONFIGR.BB is not 0.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

## Accessibility

Must always be programmed.

TRCCONFIGR.QE must be set to 0b00 if TRCCONFIGR.BB is not 0.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0x010 | TRCCONFIGR | None |

This interface is accessible as follows:

**When OSLockStatus() || !IsTraceCorePowered() || !AllowExternalTraceAccess()**

ERROR

**Otherwise**

RW

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## C.7.4 TRCAUXCTLR, Auxiliary Control Register

The function of this register is **IMPLEMENTATION DEFINED**.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

ETE

**Register offset**

0x018

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-239: ext_trcauxctlr bit assignments**




**Table C-455: TRCAUXCTLR bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:0] | **RES0** | Reserved | **RES0** |

### Accessibility

If this register is nonzero then it might cause the behavior of a trace unit to contradict this architecture specification. See the documentation of the specific implementation for information about the IMPLEMENTATION DEFINED support for this register.

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0x018 | TRCAUXCTLR | None |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

This interface is accessible as follows:

**When OSLockStatus() || !AllowExternalTraceAccess() || !IsTraceCorePowered()**

ERROR

**Otherwise**

RW

## C.7.5 TRCEVENTCTL0R, Event Control 0 Register

Controls the generation of ETEEvents.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

ETE

**Register offset**

0x020

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-240: ext_trceventctl0r bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table C-457: TRCEVENTCTL0R bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31] | EVENT3_TYPE | Choses the type of Resource Selector.<br>**0b0**<br>A single Resource Selector.<br>TRCEVENTCTL0R.EVENT3.SEL[4:0] selects the single Resource Selector, from 0-31, used to activate the resource event.<br>**0b1**<br>A Boolean-combined pair of Resource Selectors.<br>TRCEVENTCTL0R.EVENT3.SEL[3:0] selects the Resource Selector pair, from 0-15, that has a Boolean function that is applied to it whose output is used to activate the resource event. TRCEVENTCTL0R.EVENT3.SEL[4] is **RES0**. | x |
| [30:29] | **RES0** | Reserved | **RES0** |
| [28:24] | EVENT3_SEL | Defines the selected Resource Selector or pair of Resource Selectors. TRCEVENTCTL0R.EVENT3.TYPE controls whether TRCEVENTCTL0R.EVENT3.SEL is the index of a single Resource Selector, or the index of a pair of Resource Selectors.<br>If an unimplemented Resource Selector is selected using this field, the behavior of the resource event is **UNPREDICTABLE**, and the resource event might fire or might not fire when the resources are not in the Paused state.<br>Selecting Resource Selector pair 0 using this field is **UNPREDICTABLE**, and the resource event might fire or might not fire when the resources are not in the Paused state.<br>When any of the selected resource events occurs and ext-TRCEVENTCTL1R.INSTEN[3] == 1, then Event element 3 is generated in the instruction trace element stream. | 5{x} |
| [23] | EVENT2_TYPE | Chooses the type of Resource Selector.<br>**0b0**<br>A single Resource Selector.<br>TRCEVENTCTL0R.EVENT2.SEL[4:0] selects the single Resource Selector, from 0-31, used to activate the resource event.<br>**0b1**<br>A Boolean-combined pair of Resource Selectors.<br>TRCEVENTCTL0R.EVENT2.SEL[3:0] selects the Resource Selector pair, from 0-15, that has a Boolean function that is applied to it whose output is used to activate the resource event. TRCEVENTCTL0R.EVENT2.SEL[4] is **RES0**. | x |
| [22:21] | **RES0** | Reserved | **RES0** |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [20:16] | EVENT2_SEL | Defines the selected Resource Selector or pair of Resource Selectors. TRCEVENTCTL0R.EVENT2.TYPE controls whether TRCEVENTCTL0R.EVENT2.SEL is the index of a single Resource Selector, or the index of a pair of Resource Selectors.<br><br>If an unimplemented Resource Selector is selected using this field, the behavior of the resource event is **UNPREDICTABLE**, and the resource event might fire or might not fire when the resources are not in the Paused state.<br><br>Selecting Resource Selector pair 0 using this field is **UNPREDICTABLE**, and the resource event might fire or might not fire when the resources are not in the Paused state.<br><br>When any of the selected resource events occurs and ext-TRCEVENTCTL1R.INSTEN[2] == 1, then Event element 2 is generated in the instruction trace element stream. | `5{x}` |
| [15] | EVENT1_TYPE | Chooses the type of Resource Selector.<br>**`0b0`**<br>A single Resource Selector.<br><br>TRCEVENTCTL0R.EVENT1.SEL[4:0] selects the single Resource Selector, from 0-31, used to activate the resource event.<br>**`0b1`**<br>A Boolean-combined pair of Resource Selectors.<br><br>TRCEVENTCTL0R.EVENT1.SEL[3:0] selects the Resource Selector pair, from 0-15, that has a Boolean function that is applied to it whose output is used to activate the resource event. TRCEVENTCTL0R.EVENT1.SEL[4] is **RES0**. | `x` |
| [14:13] | **RES0** | Reserved | **RES0** |
| [12:8] | EVENT1_SEL | Defines the selected Resource Selector or pair of Resource Selectors. TRCEVENTCTL0R.EVENT1.TYPE controls whether TRCEVENTCTL0R.EVENT1.SEL is the index of a single Resource Selector, or the index of a pair of Resource Selectors.<br><br>If an unimplemented Resource Selector is selected using this field, the behavior of the resource event is **UNPREDICTABLE**, and the resource event might fire or might not fire when the resources are not in the Paused state.<br><br>Selecting Resource Selector pair 0 using this field is **UNPREDICTABLE**, and the resource event might fire or might not fire when the resources are not in the Paused state.<br><br>When any of the selected resource events occurs and ext-TRCEVENTCTL1R.INSTEN[1] == 1, then Event element 1 is generated in the instruction trace element stream. | `5{x}` |
| [7] | EVENT0_TYPE | Chooses the type of Resource Selector.<br>**`0b0`**<br>A single Resource Selector.<br><br>TRCEVENTCTL0R.EVENT0.SEL[4:0] selects the single Resource Selector, from 0-31, used to activate the resource event.<br>**`0b1`**<br>A Boolean-combined pair of Resource Selectors.<br><br>TRCEVENTCTL0R.EVENT0.SEL[3:0] selects the Resource Selector pair, from 0-15, that has a Boolean function that is applied to it whose output is used to activate the resource event. TRCEVENTCTL0R.EVENT0.SEL[4] is **RES0**. | `x` |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [6:5] | **RES0** | Reserved | **RES0** |
| [4:0] | EVENT0_SEL | Defines the selected Resource Selector or pair of Resource Selectors. TRCEVENTCTL0R.EVENT0.TYPE controls whether TRCEVENTCTL0R.EVENT0.SEL is the index of a single Resource Selector, or the index of a pair of Resource Selectors.<br><br>If an unimplemented Resource Selector is selected using this field, the behavior of the resource event is **UNPREDICTABLE**, and the resource event might fire or might not fire when the resources are not in the Paused state.<br><br>Selecting Resource Selector pair 0 using this field is **UNPREDICTABLE**, and the resource event might fire or might not fire when the resources are not in the Paused state.<br><br>When any of the selected resource events occurs and ext-TRCEVENTCTL1R.INSTEN[0] == 1, then Event element 0 is generated in the instruction trace element stream. | 5{x} |

### Access

Must be programmed if implemented.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

### Accessibility

Must be programmed if implemented.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0x020 | TRCEVENTCTL0R | None |

This interface is accessible as follows:

**When OSLockStatus() || !AllowExternalTraceAccess() || !IsTraceCorePowered()**

ERROR

**Otherwise**

RW

## C.7.6 TRCEVENTCTL1R, Event Control 1 Register

Controls the behavior of the ETEEvents that ext-TRCEVENTCTL0R selects.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Component**

ETE

**Register offset**

0x024

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-241: ext_trceventctl1r bit assignments**




**Table C-459: TRCEVENTCTL1R bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:12] | RES0 | Reserved | RES0 |

| Bits | Name | Description | Reset |
| --- | --- | --- | --- |
| [11] | ATB | AMBA Trace Bus (ATB) trigger enable.<br><br>If a CoreSight ATB interface is implemented then when ETEEvent 0 occurs the trace unit sets:<br>• ATID == `0x7D`.<br>• ATDATA to the value of ext-TRCTRACEIDR.<br><br>If the width of ATDATA is greater than the width of ext-TRCTRACEIDR.TRACEID then the trace unit zeros the upper ATDATA bits.<br><br>If ETEEvent 0 is programmed to occur based on program execution, such as an Address Comparator, the ATB trigger might not be inserted into the ATB stream at the same time as any trace generated by that program execution is output by the trace unit. Typically, the generated trace might be buffered in a trace unit which means that the ATB trigger would be output before the associated trace is output.<br><br>If ETEEvent 0 is asserted multiple times in close succession, the trace unit is required to generate an ATB trigger for the first assertion, but might ignore one or more of the subsequent assertions. Arm recommends that the window in which ETEEvent 0 is ignored is limited only by the time taken to output an ATB trigger.<br>**`0b0`**<br>ATB trigger is disabled.<br>**`0b1`**<br>ATB trigger is enabled. | `x` |
| [10:4] | **RES0** | Reserved | **RES0** |
| [3:0] | INSTEN[<m>], bit[m], where m = 3 to 0 | Event element control.<br>**`0b0`**<br>The trace unit does not generate an Event element <m>.<br>**`0b1`**<br>The trace unit generates an Event element <m>.<br><br>This bit is **RES0** if m >= the number indicated by ext-TRCIDR0.NUMEVENT. | `xxxx` |

## Access

Must be programmed.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

## Accessibility

Must be programmed.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.

| Component | Offset | Instance | Range |
| --- | --- | --- | --- |
| ETE | 0x024 | TRCEVENTCTL1R | None |

This interface is accessible as follows:

**When OSLockStatus() || !AllowExternalTraceAccess() || !IsTraceCorePowered()**
ERROR

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Otherwise**

RW

## C.7.7 TRCRSR, Resources Status Register

Use this to set, or read, the status of the resources.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

ETE

**Register offset**

0x028

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note: Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-242: ext_trcrsr bit assignments**




**Table C-461: TRCRSR bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:13] | RES0 | Reserved | RES0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [12] | TA | Tracing active.<br>**0b0**<br>Tracing is not active.<br>**0b1**<br>Tracing is active. | x |
| [11:8] | EVENT[<m>], bit[m], where m = 3 to 0 | Untraced status of ETEEvents.<br>**0b0**<br>An ETEEvent <m> has not occurred.<br>**0b1**<br>An ETEEvent <m> has occurred while the resources were in the Paused state.<br>This bit is **RES0** if ext-TRCIDR4.NUMRSPAIR == 0 \|\| m > ext-TRCIDR0.NUMEVENT. | xxxx |
| [7:4] | **RES0** | Reserved | **RES0** |
| [3:0] | EXTIN[<m>], bit[m], where m = 3 to 0 | The sticky status of the External Input Selectors.<br>**0b0**<br>An event selected by External Input Selector <m> has not occurred.<br>**0b1**<br>At least one event selected by External Input Selector <m> has occurred while the resources were in the Paused state.<br>This bit is **RES0** if m >= ext-TRCIDR5.NUMEXTINSEL. | xxxx |

## Access

Must always be programmed.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

Reads from this register might return an **UNKNOWN** value if the trace unit is not in either of the Idle or Stable states.

## Accessibility

Must always be programmed.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.

Reads from this register might return an UNKNOWN value if the trace unit is not in either of the Idle or Stable states.

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0x028 | TRCRSR | None |

This interface is accessible as follows:

**When OSLockStatus() || !AllowExternalTraceAccess() || !IsTraceCorePowered()**

ERROR

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Otherwise**

RW

## C.7.8 TRCTSCTLR, Timestamp Control Register

Controls the insertion of global timestamps in the trace stream.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

ETE

**Register offset**

0x030

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note: Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-243: ext_trctsctlr bit assignments**




**Table C-463: TRCTSCTLR bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:8] | RES0 | Reserved | RES0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [7] | EVENT_TYPE | Chooses the type of Resource Selector.<br>**0b0**<br>A single Resource Selector.<br>TRCTSCTLR.EVENT.SEL[4:0] selects the single Resource Selector, from 0-31, used to activate the resource event.<br>**0b1**<br>A Boolean-combined pair of Resource Selectors.<br>TRCTSCTLR.EVENT.SEL[3:0] selects the Resource Selector pair, from 0-15, that has a Boolean function that is applied to it whose output is used to activate the resource event. TRCTSCTLR.EVENT.SEL[4] is **RES0**. | x |
| [6:5] | **RES0** | Reserved | **RES0** |
| [4:0] | EVENT_SEL | Defines the selected Resource Selector or pair of Resource Selectors. TRCTSCTLR.EVENT.TYPE controls whether TRCTSCTLR.EVENT.SEL is the index of a single Resource Selector, or the index of a pair of Resource Selectors.<br>If an unimplemented Resource Selector is selected using this field, the behavior of the resource event is **UNPREDICTABLE**, and the resource event might fire or might not fire when the resources are not in the Paused state.<br>Selecting Resource Selector pair 0 using this field is **UNPREDICTABLE**, and the resource event might fire or might not fire when the resources are not in the Paused state. | 5{x} |

## Access

Must be programmed if ext-TRCCONFIGR.TS == 1.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

## Accessibility

Must be programmed if ext-TRCCONFIGR.TS == 1.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0x030 | TRCTSCTLR | None |

This interface is accessible as follows:

**When OSLockStatus() || !AllowExternalTraceAccess() || !IsTraceCorePowered()**

ERROR

**Otherwise**

RW

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## C.7.9 TRCSYNCPR, Synchronization Period Register

Controls how often trace protocol synchronization requests occur.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

ETE

**Register offset**

0x034

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-244: ext_trcsyncpr bit assignments**




**Table C-465: TRCSYNCPR bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:5] | RES0 | Reserved | RES0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [4:0] | PERIOD | Defines the number of bytes of trace between each periodic trace protocol synchronization request.<br>**0b00000**<br>Trace protocol synchronization is disabled.<br>**0b01000**<br>Trace protocol synchronization request occurs after $2^{8}$ bytes of trace.<br>**0b01001**<br>Trace protocol synchronization request occurs after $2^{9}$ bytes of trace.<br>**0b01010**<br>Trace protocol synchronization request occurs after $2^{10}$ bytes of trace.<br>**0b01011**<br>Trace protocol synchronization request occurs after $2^{11}$ bytes of trace.<br>**0b01100**<br>Trace protocol synchronization request occurs after $2^{12}$ bytes of trace.<br>**0b01101**<br>Trace protocol synchronization request occurs after $2^{13}$ bytes of trace.<br>**0b01110**<br>Trace protocol synchronization request occurs after $2^{14}$ bytes of trace.<br>**0b01111**<br>Trace protocol synchronization request occurs after $2^{15}$ bytes of trace.<br>**0b10000**<br>Trace protocol synchronization request occurs after $2^{16}$ bytes of trace.<br>**0b10001**<br>Trace protocol synchronization request occurs after $2^{17}$ bytes of trace.<br>**0b10010**<br>Trace protocol synchronization request occurs after $2^{18}$ bytes of trace.<br>**0b10011**<br>Trace protocol synchronization request occurs after $2^{19}$ bytes of trace.<br>**0b10100**<br>Trace protocol synchronization request occurs after $2^{20}$ bytes of trace.<br><br>Other values are reserved. If a reserved value is programmed into PERIOD, then the behavior of the synchronization period counter is CONSTRAINED UNPREDICTABLE and one of the following behaviors occurs:<br>• No trace protocol synchronization requests are generated by this counter.<br>• Trace protocol synchronization requests occur at the specified period.<br>• Trace protocol synchronization requests occur at some other **UNKNOWN** period which can vary. | 5{x} |

## Access

Must be programmed if ext-TRCIDR3.SYNCPR == 0.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

## Accessibility

Must be programmed if ext-TRCIDR3.SYNCPR == 0.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Case 1:25-cv-01625-DAE Document 1-28 Filed 10/07/25 Page 1548 of 1669



Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0x034 | TRCSYNCPR | None |

This interface is accessible as follows:

**When OSLockStatus() || !AllowExternalTraceAccess() || !IsTraceCorePowered()**

ERROR

**Otherwise**

RW

## C.7.10 TRCCCCTLR, Cycle Count Control Register

Set the threshold value for cycle counting.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

ETE

**Register offset**

0x038

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-245: ext_trcccctlr bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table C-467: TRCCCCTLR bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:12] | RES0 | Reserved | RES0 |
| [11:0] | THRESHOLD | Sets the threshold value for instruction trace cycle counting.<br><br>The minimum threshold value that can be programmed into THRESHOLD is given in ext-TRCIDR3.CCITMIN. If the THRESHOLD value is smaller than the value in ext-TRCIDR3.CCITMIN then the behavior is **CONSTRAINED UNPREDICTABLE**. That is, cycle counts might or might not be included in the trace and the cycle count threshold is not known.<br><br>Writing a value of zero when ext-TRCCONFIGR.CCI enables instruction trace cycle counting results in **CONSTRAINED UNPREDICTABLE** behavior. That is, cycle counts might or might not be included in the trace and the cycle count threshold is not known. | `12{x}` |

## Access

Must be programmed if ext-TRCCONFIGR.CCI == 1.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

## Accessibility

Must be programmed if ext-TRCCONFIGR.CCI == 1.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0x038 | TRCCCCTLR | None |

This interface is accessible as follows:

**When OSLockStatus() || !AllowExternalTraceAccess() || !IsTraceCorePowered()**

ERROR

**Otherwise**

RW

# C.7.11 TRCBBCTLR, Branch Broadcast Control Register

Controls the regions in the memory map where branch broadcasting is active.

## Configurations

This register is available in all configurations.

## Attributes

**Width**

32

**Component**

ETE

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Register offset

0x03C

## Access type

See bit descriptions

## Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note: Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure C-246: ext_trcbbctlr bit assignments




### Table C-469: TRCBBCTLR bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:9] | RES0 | Reserved | RES0 |
| [8] | MODE | Mode.<br>**0b0**<br>Exclude Mode.<br>Branch broadcasting is not active for instructions in the address ranges defined by TRCBBCTLR.RANGE.<br>If TRCBBCTLR.RANGE == 0x00 then branch broadcasting is active for all instructions.<br>**0b1**<br>Include Mode.<br>Branch broadcasting is active for instructions in the address ranges defined by TRCBBCTLR.RANGE.<br>If TRCBBCTLR.RANGE == 0x00 then the behavior of the trace unit is CONSTRAINED UNPREDICTABLE. That is, the trace unit might or might not consider any instructions to be in a branch broadcasting region. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [7:0] | RANGE[<m>], bit[m], where m = 7 to 0 | Address range field.<br><br>Selects whether Address Range Comparator <m> is used with branch broadcasting.<br>`0b0`<br>The address range that Address Range Comparator <m> defines, is not selected.<br>`0b1`<br>The address range that Address Range Comparator <m> defines, is selected.<br><br>This bit is **RES0** if m >= ext-TRCIDR4.NUMACPAIRS. | `8{x}` |

### Access

Must be programmed if ext-TRCCONFIGR.BB == 1.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

### Accessibility

Must be programmed if ext-TRCCONFIGR.BB == 1.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0x03C | TRCBBCTLR | None |

This interface is accessible as follows:

**When OSLockStatus() || !AllowExternalTraceAccess() || !IsTraceCorePowered()**

ERROR

**Otherwise**

RW

## C.7.12 TRCTRACEIDR, Trace ID Register

Sets the trace ID for instruction trace.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

ETE

**Register offset**

0x040

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Access type

See bit descriptions

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-247: ext_trctraceidr bit assignments**




**Table C-471: TRCTRACEIDR bit descriptions**

| Bits | Name | Description | Reset |
| --- | --- | --- | --- |
| [31:7] | **RES0** | Reserved | **RES0** |
| [6:0] | TRACEID | Trace ID field. Sets the trace ID value for instruction trace. The width of the field is indicated by the value of ext-TRCIDR5.TRACEIDSIZE. Unimplemented bits are **RES0**.<br><br>If an implementation supports AMBA ATB, then:<br>• The width of the field is 7 bits.<br>• Writing a reserved trace ID value does not affect behavior of the trace unit but it might cause **UNPREDICTABLE** behavior of the trace capture infrastructure.<br><br>See the AMBA ATB Protocol Specification for information about which ATID values are reserved. | 7{x} |

## Access

Must be programmed if implemented.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

## Accessibility

Must be programmed if implemented.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.

| Component | Offset | Instance | Range |
| --- | --- | --- | --- |
| ETE | 0x040 | TRCTRACEIDR | None |

This interface is accessible as follows:

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**When OSLockStatus() || !IsTraceCorePowered() || !AllowExternalTraceAccess()**

ERROR

**Otherwise**

RW

## C.7.13 TRCVICTLR, ViewInst Main Control Register

Controls instruction trace filtering.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

ETE

**Register offset**

0x080

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-248: ext_trcvictlr bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table C-473: TRCVICTLR bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:23] | RES0 | Reserved | RES0 |
| [22] | EXLEVEL_NS_EL2 | Filter instruction trace for EL2 in Non-secure state.<br>`0b0`<br>The trace unit generates instruction trace for EL2 in Non-secure state.<br>`0b1`<br>The trace unit does not generate instruction trace for EL2 in Non-secure state. | x |
| [21] | EXLEVEL_NS_EL1 | Filter instruction trace for EL1 in Non-secure state.<br>`0b0`<br>The trace unit generates instruction trace for EL1 in Non-secure state.<br>`0b1`<br>The trace unit does not generate instruction trace for EL1 in Non-secure state. | x |
| [20] | EXLEVEL_NS_EL0 | Filter instruction trace for EL0 in Non-secure state.<br>`0b0`<br>The trace unit generates instruction trace for EL0 in Non-secure state.<br>`0b1`<br>The trace unit does not generate instruction trace for EL0 in Non-secure state. | x |
| [19] | EXLEVEL_S_EL3 | Filter instruction trace for EL3.<br>`0b0`<br>The trace unit generates instruction trace for EL3.<br>`0b1`<br>The trace unit does not generate instruction trace for EL3. | x |
| [18] | EXLEVEL_S_EL2 | Filter instruction trace for EL2 in Secure state.<br>`0b0`<br>The trace unit generates instruction trace for EL2 in Secure state.<br>`0b1`<br>The trace unit does not generate instruction trace for EL2 in Secure state. | x |
| [17] | EXLEVEL_S_EL1 | Filter instruction trace for EL1 in Secure state.<br>`0b0`<br>The trace unit generates instruction trace for EL1 in Secure state.<br>`0b1`<br>The trace unit does not generate instruction trace for EL1 in Secure state. | x |
| [16] | EXLEVEL_S_EL0 | Filter instruction trace for EL0 in Secure state.<br>`0b0`<br>The trace unit generates instruction trace for EL0 in Secure state.<br>`0b1`<br>The trace unit does not generate instruction trace for EL0 in Secure state. | x |
| [15:12] | RES0 | Reserved | RES0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [11] | TRCERR | Controls the forced tracing of System Error exceptions.<br>**0b0**<br>Forced tracing of System Error exceptions is disabled.<br>**0b1**<br>Forced tracing of System Error exceptions is enabled. | x |
| [10] | TRCRESET | Controls the forced tracing of PE Resets.<br>**0b0**<br>Forced tracing of PE Resets is disabled.<br>**0b1**<br>Forced tracing of PE Resets is enabled. | x |
| [9] | SSSTATUS | ViewInst start/stop function status.<br>**0b0**<br>Stopped State.<br>The ViewInst start/stop function is in the stopped state.<br>**0b1**<br>Started State.<br>The ViewInst start/stop function is in the started state.<br>Before software enables the trace unit, it must write to this field to set the initial state of the ViewInst start/stop function. If the ViewInst start/stop function is not used then set this field to 1. Arm recommends that the value of this field is set before each trace session begins.<br>If the trace unit becomes disabled while a start point or stop point is still speculative, then the value of TRCVICTLR.SSSTATUS is **UNKNOWN** and might represent the result of a speculative start point or stop point.<br>If software which is running on the PE being traced disables the trace unit, either by clearing ext-TRCPRGCTLR.EN or locking the OS Lock, Arm recommends that a DSB and an ISB instruction are executed before disabling the trace unit to prevent any start points or stop points being speculative at the point of disabling the trace unit. This procedure assumes that all start points or stop points occur before the barrier instructions are executed. The procedure does not guarantee that there are no speculative start points or stop points when disabling, although it helps minimize the probability.<br>Access to this field is: RW | x |
| [8] | **RES0** | Reserved | **RES0** |
| [7] | EVENT_TYPE | Chooses the type of Resource Selector.<br>**0b0**<br>A single Resource Selector.<br>TRCVICTLR.EVENT.SEL[4:0] selects the single Resource Selector, from 0-31, used to activate the resource event.<br>**0b1**<br>A Boolean-combined pair of Resource Selectors.<br>TRCVICTLR.EVENT.SEL[3:0] selects the Resource Selector pair, from 0-15, that has a Boolean function that is applied to it whose output is used to activate the resource event. TRCVICTLR.EVENT.SEL[4] is **RES0**. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [6:5] | **RES0** | Reserved | **RES0** |
| [4:0] | EVENT_SEL | Defines the selected Resource Selector or pair of Resource Selectors. TRCVICTLR.EVENT.TYPE controls whether TRCVICTLR.EVENT.SEL is the index of a single Resource Selector, or the index of a pair of Resource Selectors.<br><br>If an unimplemented Resource Selector is selected using this field, the behavior of the resource event is **UNPREDICTABLE**, and the resource event might fire or might not fire when the resources are not in the Paused state.<br><br>Selecting Resource Selector pair 0 using this field is **UNPREDICTABLE**, and the resource event might fire or might not fire when the resources are not in the Paused state. | 5{x} |

### Access

Must be programmed.

Reads from this register might return an **UNKNOWN** value if the trace unit is not in either of the Idle or Stable states.

### Accessibility

Must be programmed.

Reads from this register might return an UNKNOWN value if the trace unit is not in either of the Idle or Stable states.

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0x080 | TRCVICTLR | None |

This interface is accessible as follows:

**When OSLockStatus() || !AllowExternalTraceAccess() || !IsTraceCorePowered()**

ERROR

**Otherwise**

RW

## C.7.14 TRCVIIECTLR, ViewInst Include/Exclude Control Register

Use this to select, or read, the Address Range Comparators for the ViewInst include/exclude function.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Component**

ETE

**Register offset**

0x084

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-249: ext_trcviiectlr bit assignments**




**Table C-475: TRCVIIECTLR bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:24] | **RES0** | Reserved | **RES0** |
| [23:16] | EXCLUDE[<m>], bit[m], where m = 7 to 0 | Exclude Address Range Comparator <m>. Selects whether Address Range Comparator <m> is in use with the ViewInst exclude function.<br>**0b0**<br>The address range that Address Range Comparator <m> defines, is not selected for the ViewInst exclude function.<br>**0b1**<br>The address range that Address Range Comparator <m> defines, is selected for the ViewInst exclude function.<br>This bit is **RES0** if m >= ext-TRCIDR4.NUMACPAIRS. | 8{x} |
| [15:8] | **RES0** | Reserved | **RES0** |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [7:0] | INCLUDE[<m>], bit[m], where m = 7 to 0 | Include Address Range Comparator <m>.<br><br>Selects whether Address Range Comparator <m> is in use with the ViewInst include function.<br><br>Selecting no comparators for the ViewInst include function indicates that all instructions are included by default.<br><br>The ViewInst exclude function then indicates which ranges are excluded.<br><br>`0b0`<br>The address range that Address Range Comparator <m> defines, is not selected for the ViewInst include function.<br><br>`0b1`<br>The address range that Address Range Comparator <m> defines, is selected for the ViewInst include function.<br><br>This bit is **RES0** if m >= ext-TRCIDR4.NUMACPAIRS. | `8{x}` |

## Access

Must be programmed if ext-TRCIDR4.NUMACPAIRS > `0b0000`.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

## Accessibility

Must be programmed if ext-TRCIDR4.NUMACPAIRS > 0b0000.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0x084 | TRCVIIECTLR | None |

This interface is accessible as follows:

**When OSLockStatus() || !AllowExternalTraceAccess() || !IsTraceCorePowered()**

ERROR

**Otherwise**

RW

# C.7.15 TRCVISSCTLR, ViewInst Start/Stop Control Register

Use this to select, or read, the Single Address Comparators for the ViewInst start/stop function.

## Configurations

This register is available in all configurations.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Attributes

**Width**

32

**Component**

ETE

**Register offset**

0x088

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-250: ext_trcvissctlr bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table C-477: TRCVISSCTLR bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:16] | STOP[<m>], bit[m], where m = 15 to 0 | Selects whether Single Address Comparator <m> is used with the ViewInst start/stop function, for the purpose of stopping trace.<br>**`0b0`**<br>The Single Address Comparator <m>, is not selected as a stop resource.<br>**`0b1`**<br>The Single Address Comparator <m>, is selected as a stop resource.<br>This bit is **RES0** if m >= 2 × ext-TRCIDR4.NUMACPAIRS. | `16{x}` |
| [15:0] | START[<m>], bit[m], where m = 15 to 0 | Selects whether Single Address Comparator <m> is used with the ViewInst start/stop function, for the purpose of starting trace.<br>**`0b0`**<br>The Single Address Comparator <m>, is not selected as a start resource.<br>**`0b1`**<br>The Single Address Comparator <m>, is selected as a start resource.<br>This bit is **RES0** if m >= 2 × ext-TRCIDR4.NUMACPAIRS. | `16{x}` |

## Access

Must be programmed if ext-TRCIDR4.NUMACPAIRS > `0b0000`.

For any 2 comparators selected for the ViewInst start/stop function, the comparator containing the lower address must be a lower numbered comparator.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

## Accessibility

Must be programmed if ext-TRCIDR4.NUMACPAIRS > 0b0000.

For any 2 comparators selected for the ViewInst start/stop function, the comparator containing the lower address must be a lower numbered comparator.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0x088 | TRCVISSCTLR | None |

This interface is accessible as follows:

**When OSLockStatus() || !AllowExternalTraceAccess() || !IsTraceCorePowered()**

ERROR

**Otherwise**

RW

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## C.7.16 TRCSEQEVR0, Sequencer State Transition Control Register <n>

Moves the Sequencer state:

- Backwards, from state n+1 to state n when a programmed resource event occurs.
- Forwards, from state n to state n+1 when a programmed resource event occurs.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

ETE

**Register offset**

0x100

**Access type**

See bit descriptions

**Reset value**

```
xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx
```

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-251: ext_trcseqevr0 bit assignments**




**Table C-479: TRCSEQEVR0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:16] | **RES0** | Reserved | **RES0** |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [15] | B_TYPE | Chooses the type of Resource Selector.<br><br>Backward field. Defines whether the backward resource event is a single Resource Selector or a Resource Selector pair. When the resource event occurs then the Sequencer state moves from state n+1 to state n. For example, if TRCSEQEVR2.B.SEL == `0x14` then when event `0x14` occurs, the Sequencer moves from state 3 to state 2.<br>**`0b0`**<br>A single Resource Selector.<br><br>TRCSEQEVR<n>.B.SEL[4:0] selects the single Resource Selector, from 0-31, used to activate the resource event.<br>**`0b1`**<br>A Boolean-combined pair of Resource Selectors.<br><br>TRCSEQEVR<n>.B.SEL[3:0] selects the Resource Selector pair, from 0-15, that has a Boolean function that is applied to it whose output is used to activate the resource event. TRCSEQEVR<n>.B.SEL[4] is **RES0**. | `x` |
| [14:13] | **RES0** | Reserved | **RES0** |
| [12:8] | B_SEL | Defines the selected Resource Selector or pair of Resource Selectors. TRCSEQEVR<n>.B.TYPE controls whether TRCSEQEVR<n>.B.SEL is the index of a single Resource Selector, or the index of a pair of Resource Selectors.<br><br>Backward field. Selects the single Resource Selector or Resource Selector pair.<br><br>If an unimplemented Resource Selector is selected using this field, the behavior of the resource event is **UNPREDICTABLE**, and the resource event might fire or might not fire when the resources are not in the Paused state.<br><br>Selecting Resource Selector pair 0 using this field is **UNPREDICTABLE**, and the resource event might fire or might not fire when the resources are not in the Paused state. | `5{x}` |
| [7] | F_TYPE | Chooses the type of Resource Selector.<br><br>Backward field. Defines whether the forward resource event is a single Resource Selector or a Resource Selector pair. When the resource event occurs then the Sequencer state moves from state n to state n+1. For example, if TRCSEQEVR1.F.SEL == `0x12` then when event `0x12` occurs, the Sequencer moves from state 1 to state 2.<br>**`0b0`**<br>A single Resource Selector.<br><br>TRCSEQEVR<n>.F.SEL[4:0] selects the single Resource Selector, from 0-31, used to activate the resource event.<br>**`0b1`**<br>A Boolean-combined pair of Resource Selectors.<br><br>TRCSEQEVR<n>.F.SEL[3:0] selects the Resource Selector pair, from 0-15, that has a Boolean function that is applied to it whose output is used to activate the resource event. TRCSEQEVR<n>.F.SEL[4] is **RES0**. | `x` |
| [6:5] | **RES0** | Reserved | **RES0** |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [4:0] | F_SEL | Defines the selected Resource Selector or pair of Resource Selectors. TRCSEQEVR<n>.F.TYPE controls whether TRCSEQEVR<n>.F.SEL is the index of a single Resource Selector, or the index of a pair of Resource Selectors.<br><br>Forward field. Selects the single Resource Selector or Resource Selector pair.<br><br>If an unimplemented Resource Selector is selected using this field, the behavior of the resource event is **UNPREDICTABLE**, and the resource event might fire or might not fire when the resources are not in the Paused state.<br><br>Selecting Resource Selector pair 0 using this field is **UNPREDICTABLE**, and the resource event might fire or might not fire when the resources are not in the Paused state. | 5{x} |

### Access

Must be programmed if TRCRSCTLR<a>.GROUP == 0b0010 and TRCRSCTLR<a>.SEQUENCER != 0b0000.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

### Accessibility

Must be programmed if TRCRSCTLR<a>.GROUP == 0b0010 and TRCRSCTLR<a>.SEQUENCER != 0b0000.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0x100 | TRCSEQEVR0 | None |

This interface is accessible as follows:

**When OSLockStatus() || !AllowExternalTraceAccess() || !IsTraceCorePowered()**

ERROR

**Otherwise**

RW

## C.7.17 TRCSEQEVR1, Sequencer State Transition Control Register <n>

Moves the Sequencer state:

- Backwards, from state n+1 to state n when a programmed resource event occurs.
- Forwards, from state n to state n+1 when a programmed resource event occurs.

### Configurations

This register is available in all configurations.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Attributes

### Width

32

### Component

ETE

### Register offset

0x104

### Access type

See bit descriptions

### Reset value

```
xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx
```

---

Note

Where the reset reads xxxx, see individual bits

---

## Bit descriptions

### Figure C-252: ext_trcseqevr1 bit assignments




**Table C-481: TRCSEQEVR1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:16] | RES0 | Reserved | RES0 |
| [15] | B_TYPE | Chooses the type of Resource Selector.<br><br>Backward field. Defines whether the backward resource event is a single Resource Selector or a Resource Selector pair. When the resource event occurs then the Sequencer state moves from state n+1 to state n. For example, if TRCSEQEVR2.B.SEL == `0x14` then when event `0x14` occurs, the Sequencer moves from state 3 to state 2.<br><br>**`0b0`**<br>A single Resource Selector.<br><br>TRCSEQEVR<n>.B.SEL[4:0] selects the single Resource Selector, from 0-31, used to activate the resource event.<br><br>**`0b1`**<br>A Boolean-combined pair of Resource Selectors.<br><br>TRCSEQEVR<n>.B.SEL[3:0] selects the Resource Selector pair, from 0-15, that has a Boolean function that is applied to it whose output is used to activate the resource event. TRCSEQEVR<n>.B.SEL[4] is RES0. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [14:13] | **RES0** | Reserved | **RES0** |
| [12:8] | B_SEL | Defines the selected Resource Selector or pair of Resource Selectors. TRCSEQEVR<n>.B.TYPE controls whether TRCSEQEVR<n>.B.SEL is the index of a single Resource Selector, or the index of a pair of Resource Selectors.<br><br>Backward field. Selects the single Resource Selector or Resource Selector pair.<br><br>If an unimplemented Resource Selector is selected using this field, the behavior of the resource event is **UNPREDICTABLE**, and the resource event might fire or might not fire when the resources are not in the Paused state.<br><br>Selecting Resource Selector pair 0 using this field is **UNPREDICTABLE**, and the resource event might fire or might not fire when the resources are not in the Paused state. | `5{x}` |
| [7] | F_TYPE | Chooses the type of Resource Selector.<br><br>Backward field. Defines whether the forward resource event is a single Resource Selector or a Resource Selector pair. When the resource event occurs then the Sequencer state moves from state n to state n+1. For example, if TRCSEQEVR1.F.SEL == `0x12` then when event `0x12` occurs, the Sequencer moves from state 1 to state 2.<br><br>**`0b0`**<br>A single Resource Selector.<br><br>TRCSEQEVR<n>.F.SEL[4:0] selects the single Resource Selector, from 0-31, used to activate the resource event.<br><br>**`0b1`**<br>A Boolean-combined pair of Resource Selectors.<br><br>TRCSEQEVR<n>.F.SEL[3:0] selects the Resource Selector pair, from 0-15, that has a Boolean function that is applied to it whose output is used to activate the resource event. TRCSEQEVR<n>.F.SEL[4] is **RES0**. | `x` |
| [6:5] | **RES0** | Reserved | **RES0** |
| [4:0] | F_SEL | Defines the selected Resource Selector or pair of Resource Selectors. TRCSEQEVR<n>.F.TYPE controls whether TRCSEQEVR<n>.F.SEL is the index of a single Resource Selector, or the index of a pair of Resource Selectors.<br><br>Forward field. Selects the single Resource Selector or Resource Selector pair.<br><br>If an unimplemented Resource Selector is selected using this field, the behavior of the resource event is **UNPREDICTABLE**, and the resource event might fire or might not fire when the resources are not in the Paused state.<br><br>Selecting Resource Selector pair 0 using this field is **UNPREDICTABLE**, and the resource event might fire or might not fire when the resources are not in the Paused state. | `5{x}` |

## Access

Must be programmed if TRCRSCTLR<a>.GROUP == `0b0010` and TRCRSCTLR<a>.SEQUENCER != `0b0000`.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

## Accessibility

Must be programmed if TRCRSCTLR<a>.GROUP == 0b0010 and TRCRSCTLR<a>.SEQUENCER != 0b0000.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0x104 | TRCSEQEVR1 | None |

This interface is accessible as follows:

**When OSLockStatus() || !AllowExternalTraceAccess() || !IsTraceCorePowered()**

ERROR

**Otherwise**

RW

## C.7.18 TRCSEQEVR2, Sequencer State Transition Control Register <n>

Moves the Sequencer state:

- Backwards, from state n+1 to state n when a programmed resource event occurs.
- Forwards, from state n to state n+1 when a programmed resource event occurs.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

ETE

**Register offset**

0x108

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note: Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure C-253: ext_trcseqevr2 bit assignments




### Table C-483: TRCSEQEVR2 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:16] | **RES0** | Reserved | **RES0** |
| [15] | B_TYPE | Chooses the type of Resource Selector.<br><br>Backward field. Defines whether the backward resource event is a single Resource Selector or a Resource Selector pair. When the resource event occurs then the Sequencer state moves from state n+1 to state n. For example, if TRCSEQEVR2.B.SEL == `0x14` then when event `0x14` occurs, the Sequencer moves from state 3 to state 2.<br>**`0b0`**<br>A single Resource Selector.<br><br>TRCSEQEVR<n>.B.SEL[4:0] selects the single Resource Selector, from 0-31, used to activate the resource event.<br>**`0b1`**<br>A Boolean-combined pair of Resource Selectors.<br><br>TRCSEQEVR<n>.B.SEL[3:0] selects the Resource Selector pair, from 0-15, that has a Boolean function that is applied to it whose output is used to activate the resource event. TRCSEQEVR<n>.B.SEL[4] is **RES0**. | `x` |
| [14:13] | **RES0** | Reserved | **RES0** |
| [12:8] | B_SEL | Defines the selected Resource Selector or pair of Resource Selectors. TRCSEQEVR<n>.B.TYPE controls whether TRCSEQEVR<n>.B.SEL is the index of a single Resource Selector, or the index of a pair of Resource Selectors.<br><br>Backward field. Selects the single Resource Selector or Resource Selector pair.<br><br>If an unimplemented Resource Selector is selected using this field, the behavior of the resource event is **UNPREDICTABLE**, and the resource event might fire or might not fire when the resources are not in the Paused state.<br><br>Selecting Resource Selector pair 0 using this field is **UNPREDICTABLE**, and the resource event might fire or might not fire when the resources are not in the Paused state. | `5{x}` |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [7] | F_TYPE | Chooses the type of Resource Selector.<br><br>Backward field. Defines whether the forward resource event is a single Resource Selector or a Resource Selector pair. When the resource event occurs then the Sequencer state moves from state n to state n+1. For example, if TRCSEQEVR1.F.SEL == `0x12` then when event `0x12` occurs, the Sequencer moves from state 1 to state 2.<br>**`0b0`**<br>A single Resource Selector.<br><br>TRCSEQEVR<n>.F.SEL[4:0] selects the single Resource Selector, from 0-31, used to activate the resource event.<br>**`0b1`**<br>A Boolean-combined pair of Resource Selectors.<br><br>TRCSEQEVR<n>.F.SEL[3:0] selects the Resource Selector pair, from 0-15, that has a Boolean function that is applied to it whose output is used to activate the resource event. TRCSEQEVR<n>.F.SEL[4] is **RES0**. | `x` |
| [6:5] | **RES0** | Reserved | **RES0** |
| [4:0] | F_SEL | Defines the selected Resource Selector or pair of Resource Selectors. TRCSEQEVR<n>.F.TYPE controls whether TRCSEQEVR<n>.F.SEL is the index of a single Resource Selector, or the index of a pair of Resource Selectors.<br><br>Forward field. Selects the single Resource Selector or Resource Selector pair.<br><br>If an unimplemented Resource Selector is selected using this field, the behavior of the resource event is **UNPREDICTABLE**, and the resource event might fire or might not fire when the resources are not in the Paused state.<br><br>Selecting Resource Selector pair 0 using this field is **UNPREDICTABLE**, and the resource event might fire or might not fire when the resources are not in the Paused state. | `5{x}` |

## Access

Must be programmed if TRCRSCTLR<a>.GROUP == `0b0010` and TRCRSCTLR<a>.SEQUENCER != `0b0000`.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

## Accessibility

Must be programmed if TRCRSCTLR<a>.GROUP == 0b0010 and TRCRSCTLR<a>.SEQUENCER != 0b0000.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0x108 | TRCSEQEVR2 | None |

This interface is accessible as follows:

**When OSLockStatus() || !AllowExternalTraceAccess() || !IsTraceCorePowered()**

ERROR

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Otherwise**

RW

## C.7.19 TRCSEQRSTEVR, Sequencer Reset Control Register

Moves the Sequencer to state 0 when a programmed resource event occurs.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

ETE

**Register offset**

0x118

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-254: ext_trcseqrstevr bit assignments**




**Table C-485: TRCSEQRSTEVR bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:8] | RES0 | Reserved | RES0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [7] | RST_TYPE | Chooses the type of Resource Selector.<br>**0b0**<br>A single Resource Selector.<br>TRCSEQRSTEVR.RST.SEL[4:0] selects the single Resource Selector, from 0-31, used to activate the resource event.<br>**0b1**<br>A Boolean-combined pair of Resource Selectors.<br>TRCSEQRSTEVR.RST.SEL[3:0] selects the Resource Selector pair, from 0-15, that has a Boolean function that is applied to it whose output is used to activate the resource event. TRCSEQRSTEVR.RST.SEL[4] is **RES0**. | x |
| [6:5] | **RES0** | Reserved | **RES0** |
| [4:0] | RST_SEL | Defines the selected Resource Selector or pair of Resource Selectors. TRCSEQRSTEVR.RST.TYPE controls whether TRCSEQRSTEVR.RST.SEL is the index of a single Resource Selector, or the index of a pair of Resource Selectors.<br>If an unimplemented Resource Selector is selected using this field, the behavior of the resource event is **UNPREDICTABLE**, and the resource event might fire or might not fire when the resources are not in the Paused state.<br>Selecting Resource Selector pair 0 using this field is **UNPREDICTABLE**, and the resource event might fire or might not fire when the resources are not in the Paused state. | 5{x} |

## Access

Must be programmed if TRCRSCTLR<a>.GROUP == 0b0010 and TRCRSCTLR<a>.SEQUENCER != 0b0000.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

## Accessibility

Must be programmed if TRCRSCTLR<a>.GROUP == 0b0010 and TRCRSCTLR<a>.SEQUENCER != 0b0000.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0x118 | TRCSEQRSTEVR | None |

This interface is accessible as follows:

**When OSLockStatus() || !AllowExternalTraceAccess() || !IsTraceCorePowered()**

ERROR

**Otherwise**

RW

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## C.7.20 TRCSEQSTR, Sequencer State Register

Use this to set, or read, the Sequencer state.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

ETE

**Register offset**

0x11C

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-255: ext_trcseqstr bit assignments**




**Table C-487: TRCSEQSTR bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:2] | RES0 | Reserved | RES0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [1:0] | STATE | Set or returns the state of the Sequencer.<br>**0b00**<br>State 0.<br>**0b01**<br>State 1.<br>**0b10**<br>State 2.<br>**0b11**<br>State 3. | xx |

### Access

Must be programmed if TRCRSCTLR<a>.GROUP == 0b0010 and TRCRSCTLR<a>.SEQUENCER != 0b0000.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

Reads from this register might return an **UNKNOWN** value if the trace unit is not in either of the Idle or Stable states.

### Accessibility

Must be programmed if TRCRSCTLR<a>.GROUP == 0b0010 and TRCRSCTLR<a>.SEQUENCER != 0b0000.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.

Reads from this register might return an UNKNOWN value if the trace unit is not in either of the Idle or Stable states.

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0x11C | TRCSEQSTR | None |

This interface is accessible as follows:

**When OSLockStatus() || !AllowExternalTraceAccess() || !IsTraceCorePowered()**

ERROR

**Otherwise**

RW

## C.7.21 TRCEXTINSELR0, External Input Select Register <n>

Use this to set, or read, which External Inputs are resources to the trace unit.

The name TRCEXTINSELR is an alias of TRCEXTINSELR0.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Configurations

This register is available in all configurations.

## Attributes

### Width

32

### Component

ETE

### Register offset

0x120

### Access type

See bit descriptions

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-256: ext_trcextinselr0 bit assignments**




**Table C-489: TRCEXTINSELR0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:16] | RES0 | Reserved | RES0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [15:0] | evtCount | PMU event to select.<br><br>The event number as defined by the Arm ARM.<br><br>Software must program this field with a PMU event that is supported by the PE being programmed.<br><br>There are three ranges of PMU event numbers:<br>• PMU event numbers in the range `0x0000` to `0x003F` are common architectural and microarchitectural events.<br>• PMU event numbers in the range `0x0040` to `0x00BF` are Arm recommended common architectural and microarchitectural PMU events.<br>• PMU event numbers in the range `0x00C0` to `0x03FF` are IMPLEMENTATION DEFINED PMU events.<br><br>If evtCount is programmed to a PMU event that is reserved or not supported by the PE, the behavior depends on the PMU event type:<br>• For the range `0x0000` to `0x003F`, then the PMU event is not active, and the value returned by a direct or external read of the evtCount field is the value written to the field.<br>• For IMPLEMENTATION DEFINED PMU events, it is UNPREDICTABLE what PMU event, if any, is counted, and the value returned by a direct or external read of the evtCount field is **UNKNOWN**.<br><br>UNPREDICTABLE means the PMU event must not expose privileged information.<br><br>Arm recommends that the behavior across a family of implementations is defined such that if a given implementation does not include a PMU event from a set of common **IMPLEMENTATION DEFINED** PMU events, then no PMU event is counted and the value read back on evtCount is the value written. | `16{x}` |

## Access

Must be programmed if any of the following is true: TRCRSCTLR<a>.GROUP == `0b0000` and TRCRSCTLR<a>.EXTIN[n] == 1.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

## Accessibility

Must be programmed if any of the following is true: TRCRSCTLR<a>.GROUP == 0b0000 and TRCRSCTLR<a>.EXTIN[n] == 1.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0x120 | TRCEXTINSELR0 | None |

This interface is accessible as follows:

**When OSLockStatus() || !AllowExternalTraceAccess() || !IsTraceCorePowered()**

ERROR

**Otherwise**

RW

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Case 1:25-cv-01625-DAE Document 1-28 Filed 10/07/25 Page 1575 of 1669



## C.7.22 TRCEXTINSELR1, External Input Select Register <n>

Use this to set, or read, which External Inputs are resources to the trace unit.

The name TRCEXTINSELR is an alias of TRCEXTINSELR0.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

ETE

**Register offset**

0x124

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-257: ext_trcextinselr1 bit assignments**




**Table C-491: TRCEXTINSELR1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:16] | RES0 | Reserved | RES0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [15:0] | evtCount | PMU event to select.<br><br>The event number as defined by the Arm ARM.<br><br>Software must program this field with a PMU event that is supported by the PE being programmed.<br><br>There are three ranges of PMU event numbers:<br>• PMU event numbers in the range `0x0000` to `0x003F` are common architectural and microarchitectural events.<br>• PMU event numbers in the range `0x0040` to `0x00BF` are Arm recommended common architectural and microarchitectural PMU events.<br>• PMU event numbers in the range `0x00C0` to `0x03FF` are IMPLEMENTATION DEFINED PMU events.<br><br>If evtCount is programmed to a PMU event that is reserved or not supported by the PE, the behavior depends on the PMU event type:<br>• For the range `0x0000` to `0x003F`, then the PMU event is not active, and the value returned by a direct or external read of the evtCount field is the value written to the field.<br>• For IMPLEMENTATION DEFINED PMU events, it is UNPREDICTABLE what PMU event, if any, is counted, and the value returned by a direct or external read of the evtCount field is **UNKNOWN**.<br><br>UNPREDICTABLE means the PMU event must not expose privileged information.<br><br>Arm recommends that the behavior across a family of implementations is defined such that if a given implementation does not include a PMU event from a set of common **IMPLEMENTATION DEFINED** PMU events, then no PMU event is counted and the value read back on evtCount is the value written. | `16{x}` |

## Access

Must be programmed if any of the following is true: TRCRSCTLR<a>.GROUP == `0b0000` and TRCRSCTLR<a>.EXTIN[n] == 1.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

## Accessibility

Must be programmed if any of the following is true: TRCRSCTLR<a>.GROUP == 0b0000 and TRCRSCTLR<a>.EXTIN[n] == 1.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0x124 | TRCEXTINSELR1 | None |

This interface is accessible as follows:

**When OSLockStatus() || !AllowExternalTraceAccess() || !IsTraceCorePowered()**

ERROR

**Otherwise**

RW

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## C.7.23 TRCEXTINSELR2, External Input Select Register <n>

Use this to set, or read, which External Inputs are resources to the trace unit.

The name TRCEXTINSELR is an alias of TRCEXTINSELR0.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

ETE

**Register offset**

0x128

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note: Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-258: ext_trcextinselr2 bit assignments**




**Table C-493: TRCEXTINSELR2 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:16] | RES0 | Reserved | RES0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [15:0] | evtCount | PMU event to select.<br><br>The event number as defined by the Arm ARM.<br><br>Software must program this field with a PMU event that is supported by the PE being programmed.<br><br>There are three ranges of PMU event numbers:<br>• PMU event numbers in the range `0x0000` to `0x003F` are common architectural and microarchitectural events.<br>• PMU event numbers in the range `0x0040` to `0x00BF` are Arm recommended common architectural and microarchitectural PMU events.<br>• PMU event numbers in the range `0x00C0` to `0x03FF` are IMPLEMENTATION DEFINED PMU events.<br><br>If evtCount is programmed to a PMU event that is reserved or not supported by the PE, the behavior depends on the PMU event type:<br>• For the range `0x0000` to `0x003F`, then the PMU event is not active, and the value returned by a direct or external read of the evtCount field is the value written to the field.<br>• For IMPLEMENTATION DEFINED PMU events, it is UNPREDICTABLE what PMU event, if any, is counted, and the value returned by a direct or external read of the evtCount field is **UNKNOWN**.<br><br>UNPREDICTABLE means the PMU event must not expose privileged information.<br><br>Arm recommends that the behavior across a family of implementations is defined such that if a given implementation does not include a PMU event from a set of common **IMPLEMENTATION DEFINED** PMU events, then no PMU event is counted and the value read back on evtCount is the value written. | `16{x}` |

## Access

Must be programmed if any of the following is true: TRCRSCTLR<a>.GROUP == `0b0000` and TRCRSCTLR<a>.EXTIN[n] == 1.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

## Accessibility

Must be programmed if any of the following is true: TRCRSCTLR<a>.GROUP == 0b0000 and TRCRSCTLR<a>.EXTIN[n] == 1.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0x128 | TRCEXTINSELR2 | None |

This interface is accessible as follows:

**When OSLockStatus() || !AllowExternalTraceAccess() || !IsTraceCorePowered()**

ERROR

**Otherwise**

RW

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## C.7.24 TRCEXTINSELR3, External Input Select Register <n>

Use this to set, or read, which External Inputs are resources to the trace unit.

The name TRCEXTINSELR is an alias of TRCEXTINSELR0.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

ETE

**Register offset**

0x12C

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-259: ext_trcextinselr3 bit assignments**




**Table C-495: TRCEXTINSELR3 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:16] | RES0 | Reserved | RES0 |

| Bits | Name | Description | Reset |
|---|---|---|---|
| [15:0] | evtCount | PMU event to select.<br><br>The event number as defined by the Arm ARM.<br><br>Software must program this field with a PMU event that is supported by the PE being programmed.<br><br>There are three ranges of PMU event numbers:<br>• PMU event numbers in the range `0x0000` to `0x003F` are common architectural and microarchitectural events.<br>• PMU event numbers in the range `0x0040` to `0x00BF` are Arm recommended common architectural and microarchitectural PMU events.<br>• PMU event numbers in the range `0x00C0` to `0x03FF` are IMPLEMENTATION DEFINED PMU events.<br><br>If evtCount is programmed to a PMU event that is reserved or not supported by the PE, the behavior depends on the PMU event type:<br>• For the range `0x0000` to `0x003F`, then the PMU event is not active, and the value returned by a direct or external read of the evtCount field is the value written to the field.<br>• For IMPLEMENTATION DEFINED PMU events, it is UNPREDICTABLE what PMU event, if any, is counted, and the value returned by a direct or external read of the evtCount field is **UNKNOWN**.<br><br>UNPREDICTABLE means the PMU event must not expose privileged information.<br><br>Arm recommends that the behavior across a family of implementations is defined such that if a given implementation does not include a PMU event from a set of common **IMPLEMENTATION DEFINED** PMU events, then no PMU event is counted and the value read back on evtCount is the value written. | `16{x}` |

## Access

Must be programmed if any of the following is true: TRCRSCTLR<a>.GROUP == `0b0000` and TRCRSCTLR<a>.EXTIN[n] == 1.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

## Accessibility

Must be programmed if any of the following is true: TRCRSCTLR<a>.GROUP == 0b0000 and TRCRSCTLR<a>.EXTIN[n] == 1.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0x12C | TRCEXTINSELR3 | None |

This interface is accessible as follows:

**When OSLockStatus() || !AllowExternalTraceAccess() || !IsTraceCorePowered()**

ERROR

**Otherwise**

RW

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## C.7.25 TRCCNTRLDVR0, Counter Reload Value Register <n>

This sets or returns the reload count value for Counter <n>.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

ETE

**Register offset**

0x140

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note: Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-260: ext_trccntrldvr0 bit assignments**




**Table C-497: TRCCNTRLDVR0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:16] | RES0 | Reserved | RES0 |
| [15:0] | VALUE | Contains the reload value for Counter <n>. When a reload event occurs for Counter <n> then the trace unit copies the VALUE<n> field into Counter <n>. | `16{x}` |

### Access

Must be programmed if TRCRSCTLR<a>.GROUP == `0b0010` and TRCRSCTLR<a>.COUNTERS[n] == 1.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Accessibility

Must be programmed if TRCRSCTLR<a>.GROUP == 0b0010 and TRCRSCTLR<a>.COUNTERS[n] == 1.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0x140 | TRCCNTRLDVR0 | None |

This interface is accessible as follows:

**When OSLockStatus() || !AllowExternalTraceAccess() || !IsTraceCorePowered()**

ERROR

**Otherwise**

RW

## C.7.26 TRCCNTRLDVR1, Counter Reload Value Register <n>

This sets or returns the reload count value for Counter <n>.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

ETE

**Register offset**

0x144

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Bit descriptions

**Figure C-261: ext_trccntrldvr1 bit assignments**




**Table C-499: TRCCNTRLDVR1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:16] | **RES0** | Reserved | **RES0** |
| [15:0] | VALUE | Contains the reload value for Counter <n>. When a reload event occurs for Counter <n> then the trace unit copies the VALUE<n> field into Counter <n>. | `16{x}` |

### Access

Must be programmed if TRCRSCTLR<a>.GROUP == `0b0010` and TRCRSCTLR<a>.COUNTERS[n] == 1.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

### Accessibility

Must be programmed if TRCRSCTLR<a>.GROUP == 0b0010 and TRCRSCTLR<a>.COUNTERS[n] == 1.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0x144 | TRCCNTRLDVR1 | None |

This interface is accessible as follows:

**When OSLockStatus() || !AllowExternalTraceAccess() || !IsTraceCorePowered()**

ERROR

**Otherwise**

RW

## C.7.27 TRCCNTCTLR0, Counter Control Register <n>

Controls the operation of Counter <n>.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

ETE

**Register offset**

0x150

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-262: ext_trccntctlr0 bit assignments**




**Table C-501: TRCCNTCTLR0 bit descriptions**

| Bits | Name | Description | Reset |
| --- | --- | --- | --- |
| [31:18] | RES0 | Reserved | RES0 |
| [17] | CNTCHAIN | For TRCCNTCTLR3 and TRCCNTCTLR1, this field controls whether the Counter decrements when a reload event occurs for Counter <n-1>.<br>**0b0**<br>The Counter does not decrement when a reload event for Counter <n-1> occurs.<br>**0b1**<br>Counter <n> decrements when a reload event for Counter <n-1> occurs. This concatenates Counter <n> and Counter <n-1>, to provide a larger count value.<br>CNTCHAIN is not implemented for TRCCNTCTLR0 and TRCCNTCTLR2. | x |
| [16] | RLDSELF | Controls whether a reload event occurs for the Counter, when the Counter reaches zero.<br>**0b0**<br>Normal mode.<br>The Counter is in Normal mode.<br>**0b1**<br>Self-reload mode.<br>The Counter is in Self-reload mode. | x |

| Bits | Name | Description | Reset |
|---|---|---|---|
| [15] | RLDEVENT_TYPE | Chooses the type of Resource Selector.<br><br>Selects an event, that when it occurs causes a reload event for Counter <n>.<br>**0b0**<br>A single Resource Selector.<br><br>TRCCNTCTLR<n>.RLDEVENT.SEL[4:0] selects the single Resource Selector, from 0-31, used to activate the resource event.<br>**0b1**<br>A Boolean-combined pair of Resource Selectors.<br><br>TRCCNTCTLR<n>.RLDEVENT.SEL[3:0] selects the Resource Selector pair, from 0-15, that has a Boolean function that is applied to it whose output is used to activate the resource event. TRCCNTCTLR<n>.RLDEVENT.SEL[4] is **RES0**. | x |
| [14:13] | **RES0** | Reserved | **RES0** |
| [12:8] | RLDEVENT_SEL | Defines the selected Resource Selector or pair of Resource Selectors. TRCCNTCTLR<n>.RLDEVENT.TYPE controls whether TRCCNTCTLR<n>.RLDEVENT.SEL is the index of a single Resource Selector, or the index of a pair of Resource Selectors.<br><br>Selects an event, that when it occurs causes a reload event for Counter <n>.<br><br>If an unimplemented Resource Selector is selected using this field, the behavior of the resource event is **UNPREDICTABLE**, and the resource event might fire or might not fire when the resources are not in the Paused state.<br><br>Selecting Resource Selector pair 0 using this field is **UNPREDICTABLE**, and the resource event might fire or might not fire when the resources are not in the Paused state. | 5{x} |
| [7] | CNTEVENT_TYPE | Chooses the type of Resource Selector.<br><br>Selects an event, that when it occurs causes Counter <n> to decrement.<br>**0b0**<br>A single Resource Selector.<br><br>TRCCNTCTLR<n>.CNTEVENT.SEL[4:0] selects the single Resource Selector, from 0-31, used to activate the resource event.<br>**0b1**<br>A Boolean-combined pair of Resource Selectors.<br><br>TRCCNTCTLR<n>.CNTEVENT.SEL[3:0] selects the Resource Selector pair, from 0-15, that has a Boolean function that is applied to it whose output is used to activate the resource event. TRCCNTCTLR<n>.CNTEVENT.SEL[4] is **RES0**. | x |
| [6:5] | **RES0** | Reserved | **RES0** |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [4:0] | CNTEVENT_SEL | Defines the selected Resource Selector or pair of Resource Selectors. TRCCNTCTLR<n>.CNTEVENT.TYPE controls whether TRCCNTCTLR<n>.CNTEVENT.SEL is the index of a single Resource Selector, or the index of a pair of Resource Selectors.<br><br>Selects an event, that when it occurs causes Counter <n> to decrement.<br><br>If an unimplemented Resource Selector is selected using this field, the behavior of the resource event is **UNPREDICTABLE**, and the resource event might fire or might not fire when the resources are not in the Paused state.<br><br>Selecting Resource Selector pair 0 using this field is **UNPREDICTABLE**, and the resource event might fire or might not fire when the resources are not in the Paused state. | `5{x}` |

### Access

Must be programmed if TRCRSCTLR<a>.GROUP == `0b0010` and TRCRSCTLR<a>.COUNTERS[n] == 1.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

### Accessibility

Must be programmed if TRCRSCTLR<a>.GROUP == 0b0010 and TRCRSCTLR<a>.COUNTERS[n] == 1.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0x150 | TRCCNTCTLR0 | None |

This interface is accessible as follows:

**When OSLockStatus() || !AllowExternalTraceAccess() || !IsTraceCorePowered()**

ERROR

**Otherwise**

RW

## C.7.28 TRCCNTCTLR1, Counter Control Register <n>

Controls the operation of Counter <n>.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Component**

ETE

**Register offset**

0x154

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

---

Note

Where the reset reads xxxx, see individual bits

---

## Bit descriptions

### Figure C-263: ext_trccntctlr1 bit assignments




**Table C-503: TRCCNTCTLR1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:18] | RES0 | Reserved | RES0 |
| [17] | CNTCHAIN | For TRCCNTCTLR3 and TRCCNTCTLR1, this field controls whether the Counter decrements when a reload event occurs for Counter <n-1>.<br>**0b0**<br>The Counter does not decrement when a reload event for Counter <n-1> occurs.<br>**0b1**<br>Counter <n> decrements when a reload event for Counter <n-1> occurs. This concatenates Counter <n> and Counter <n-1>, to provide a larger count value.<br>CNTCHAIN is not implemented for TRCCNTCTLR0 and TRCCNTCTLR2. | x |
| [16] | RLDSELF | Controls whether a reload event occurs for the Counter, when the Counter reaches zero.<br>**0b0**<br>Normal mode.<br>The Counter is in Normal mode.<br>**0b1**<br>Self-reload mode.<br>The Counter is in Self-reload mode. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [15] | RLDEVENT_TYPE | Chooses the type of Resource Selector.<br><br>Selects an event, that when it occurs causes a reload event for Counter <n>.<br>**0b0**<br>A single Resource Selector.<br><br>TRCCNTCTLR<n>.RLDEVENT.SEL[4:0] selects the single Resource Selector, from 0-31, used to activate the resource event.<br>**0b1**<br>A Boolean-combined pair of Resource Selectors.<br><br>TRCCNTCTLR<n>.RLDEVENT.SEL[3:0] selects the Resource Selector pair, from 0-15, that has a Boolean function that is applied to it whose output is used to activate the resource event. TRCCNTCTLR<n>.RLDEVENT.SEL[4] is **RES0**. | x |
| [14:13] | **RES0** | Reserved | **RES0** |
| [12:8] | RLDEVENT_SEL | Defines the selected Resource Selector or pair of Resource Selectors. TRCCNTCTLR<n>.RLDEVENT.TYPE controls whether TRCCNTCTLR<n>.RLDEVENT.SEL is the index of a single Resource Selector, or the index of a pair of Resource Selectors.<br><br>Selects an event, that when it occurs causes a reload event for Counter <n>.<br><br>If an unimplemented Resource Selector is selected using this field, the behavior of the resource event is **UNPREDICTABLE**, and the resource event might fire or might not fire when the resources are not in the Paused state.<br><br>Selecting Resource Selector pair 0 using this field is **UNPREDICTABLE**, and the resource event might fire or might not fire when the resources are not in the Paused state. | 5{x} |
| [7] | CNTEVENT_TYPE | Chooses the type of Resource Selector.<br><br>Selects an event, that when it occurs causes Counter <n> to decrement.<br>**0b0**<br>A single Resource Selector.<br><br>TRCCNTCTLR<n>.CNTEVENT.SEL[4:0] selects the single Resource Selector, from 0-31, used to activate the resource event.<br>**0b1**<br>A Boolean-combined pair of Resource Selectors.<br><br>TRCCNTCTLR<n>.CNTEVENT.SEL[3:0] selects the Resource Selector pair, from 0-15, that has a Boolean function that is applied to it whose output is used to activate the resource event. TRCCNTCTLR<n>.CNTEVENT.SEL[4] is **RES0**. | x |
| [6:5] | **RES0** | Reserved | **RES0** |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [4:0] | CNTEVENT_SEL | Defines the selected Resource Selector or pair of Resource Selectors. TRCCNTCTLR<n>.CNTEVENT.TYPE controls whether TRCCNTCTLR<n>.CNTEVENT.SEL is the index of a single Resource Selector, or the index of a pair of Resource Selectors.<br><br>Selects an event, that when it occurs causes Counter <n> to decrement.<br><br>If an unimplemented Resource Selector is selected using this field, the behavior of the resource event is **UNPREDICTABLE**, and the resource event might fire or might not fire when the resources are not in the Paused state.<br><br>Selecting Resource Selector pair 0 using this field is **UNPREDICTABLE**, and the resource event might fire or might not fire when the resources are not in the Paused state. | 5{x} |

### Access

Must be programmed if TRCRSCTLR<a>.GROUP == 0b0010 and TRCRSCTLR<a>.COUNTERS[n] == 1.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

### Accessibility

Must be programmed if TRCRSCTLR<a>.GROUP == 0b0010 and TRCRSCTLR<a>.COUNTERS[n] == 1.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0x154 | TRCCNTCTLR1 | None |

This interface is accessible as follows:

**When OSLockStatus() || !AllowExternalTraceAccess() || !IsTraceCorePowered()**

ERROR

**Otherwise**

RW

## C.7.29 TRCCNTVR0, Counter Value Register <n>

This sets or returns the value of Counter <n>.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Component**

ETE

**Register offset**

0x160

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-264: ext_trccntvr0 bit assignments**




**Table C-505: TRCCNTVR0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:16] | RES0 | Reserved | RES0 |
| [15:0] | VALUE | Contains the count value of Counter. | 16{x} |

## Access

Must be programmed if TRCRSCTLR<a>.GROUP == 0b0010 and TRCRSCTLR<a>.COUNTERS[n] == 1.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

Reads from this register might return an **UNKNOWN** value if the trace unit is not in either of the Idle or Stable states.

## Accessibility

Must be programmed if TRCRSCTLR<a>.GROUP == 0b0010 and TRCRSCTLR<a>.COUNTERS[n] == 1.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.

Reads from this register might return an UNKNOWN value if the trace unit is not in either of the Idle or Stable states.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Component | Offset | Instance | Range |
| --- | --- | --- | --- |
| ETE | 0x160 | TRCCNTVR0 | None |

This interface is accessible as follows:

**When OSLockStatus() || !AllowExternalTraceAccess() || !IsTraceCorePowered()**

ERROR

**Otherwise**

RW

## C.7.30 TRCCNTVR1, Counter Value Register <n>

This sets or returns the value of Counter <n>.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

ETE

**Register offset**

0x164

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-265: ext_trccntvr1 bit assignments**



**Table C-507: TRCCNTVR1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:16] | **RES0** | Reserved | **RES0** |
| [15:0] | VALUE | Contains the count value of Counter. | `16{x}` |

### Access

Must be programmed if TRCRSCTLR<a>.GROUP == `0b0010` and TRCRSCTLR<a>.COUNTERS[n] == 1.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

Reads from this register might return an **UNKNOWN** value if the trace unit is not in either of the Idle or Stable states.

### Accessibility

Must be programmed if TRCRSCTLR<a>.GROUP == 0b0010 and TRCRSCTLR<a>.COUNTERS[n] == 1.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.

Reads from this register might return an UNKNOWN value if the trace unit is not in either of the Idle or Stable states.

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0x164 | TRCCNTVR1 | None |

This interface is accessible as follows:

**When OSLockStatus() || !AllowExternalTraceAccess() || !IsTraceCorePowered()**

ERROR

**Otherwise**

RW

## C.7.31 TRCIDR8, ID Register 8

Returns the maximum speculation depth of the instruction trace element stream.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

ETE

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Register offset**

0x180

**Access type**

See bit descriptions

**Reset value**

```
xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx
```

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-266: ext_trcidr8 bit assignments**

| 31 … 0 |
| --- |
| MAXSPEC |

**Table C-509: TRCIDR8 bit descriptions**

| Bits | Name | Description | Reset |
| --- | --- | --- | --- |
| [31:0] | MAXSPEC | Indicates the maximum speculation depth of the instruction trace element stream. This is the maximum number of P0 elements in the trace element stream that can be speculative at any time. | 32{x} |

## Accessibility

| Component | Offset | Instance | Range |
| --- | --- | --- | --- |
| ETE | 0x180 | TRCIDR8 | None |

This interface is accessible as follows:

**When OSLockStatus() || !IsTraceCorePowered()**

ERROR

**Otherwise**

RO

# C.7.32 TRCIDR9, ID Register 9

Returns the tracing capabilities of the trace unit.

## Configurations

This register is available in all configurations.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Attributes

**Width**

32

**Component**

ETE

**Register offset**

0x184

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-267: ext_trcidr9 bit assignments**




**Table C-511: TRCIDR9 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:0] | **RES0** | Reserved | **RES0** |

## Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0x184 | TRCIDR9 | None |

This interface is accessible as follows:

**When OSLockStatus() || !IsTraceCorePowered()**

ERROR

**Otherwise**

RO

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## C.7.33 TRCIDR10, ID Register 10

Returns the tracing capabilities of the trace unit.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

ETE

**Register offset**

0x188

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-268: ext_trcidr10 bit assignments**




**Table C-513: TRCIDR10 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:0] | RES0 | Reserved | RES0 |

### Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0x188 | TRCIDR10 | None |

This interface is accessible as follows:

**When OSLockStatus() || !IsTraceCorePowered()**

ERROR

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Case 1:25-cv-01625-DAE Document 1-28 Filed 10/07/25 Page 1596 of 1669



**Otherwise**

RO

## C.7.34 TRCIDR11, ID Register 11

Returns the tracing capabilities of the trace unit.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

ETE

**Register offset**

0x18C

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-269: ext_trcidr11 bit assignments**




**Table C-515: TRCIDR11 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:0] | RES0 | Reserved | RES0 |

### Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0x18C | TRCIDR11 | None |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

This interface is accessible as follows:

**When OSLockStatus() || !IsTraceCorePowered()**

ERROR

**Otherwise**

RO

## C.7.35 TRCIDR12, ID Register 12

Returns the tracing capabilities of the trace unit.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

ETE

**Register offset**

0x190

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note: Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-270: ext_trcidr12 bit assignments**




**Table C-517: TRCIDR12 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:0] | RES0 | Reserved | RES0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0x190 | TRCIDR12 | None |

This interface is accessible as follows:

**When OSLockStatus() || !IsTraceCorePowered()**

ERROR

**Otherwise**

RO

## C.7.36 TRCIDR13, ID Register 13

Returns the tracing capabilities of the trace unit.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

ETE

**Register offset**

0x194

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-271: ext_trcidr13 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table C-519: TRCIDR13 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:0] | **RES0** | Reserved | **RES0** |

## Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0x194 | TRCIDR13 | None |

This interface is accessible as follows:

**When OSLockStatus() || !IsTraceCorePowered()**

ERROR

**Otherwise**

RO

# C.7.37 TRCIMSPEC0, IMP DEF Register 0

TRCIMSPEC0 shows the presence of any **IMPLEMENTATION DEFINED** features, and provides an interface to enable the features that are provided.

## Configurations

This register is available in all configurations.

## Attributes

**Width**

32

**Component**

ETE

**Register offset**

0x1C0

**Access type**

RO

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

**Figure C-272: ext_trcimspec0 bit assignments**




**Table C-521: TRCIMSPEC0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:4] | **RES0** | Reserved | **RES0** |
| [3:0] | SUPPORT | Indicates whether the implementation supports **IMPLEMENTATION DEFINED** features.<br>**0b0000**<br>No **IMPLEMENTATION DEFINED** features are supported. | xxxx |

## Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0x1C0 | TRCIMSPEC0 | None |

This interface is accessible as follows:

**When OSLockStatus() || !AllowExternalTraceAccess() || !IsTraceCorePowered()**

ERROR

**Otherwise**

RW

# C.7.38 TRCIDR0, ID Register 0

Returns the tracing capabilities of the trace unit.

## Configurations

This register is available in all configurations.

## Attributes

**Width**

32

**Component**

ETE

**Register offset**

0x1E0

**Access type**

See bit descriptions

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure C-273: ext_trcidr0 bit assignments




### Table C-523: TRCIDR0 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31] | **RES0** | Reserved | **RES0** |
| [30] | COMMTRANS | Transaction Start element behavior.<br>**`0b0`**<br>Transaction Start elements are P0 elements. | `x` |
| [29] | COMMOPT | Indicates the contents and encodings of Cycle count packets.<br>**`0b1`**<br>Commit mode 1.<br>**When UInt(ext-TRCIDR8.MAXSPEC) == 0x0**<br>Access to this field is: **RAO/WI**<br>**Otherwise**<br>Access to this field is: RO | `x` |
| [28:24] | TSSIZE | Indicates that the trace unit implements Global timestamping and the size of the timestamp value.<br>**`0b01000`**<br>Global timestamping implemented with a 64-bit timestamp value. | `5{x}` |
| [23:17] | **RES0** | Reserved | **RES0** |
| [16:15] | QSUPP | Indicates that the trace unit implements Q element support.<br>**`0b00`**<br>Q element support is not implemented. | `xx` |
| [14] | QFILT | Indicates if the trace unit implements Q element filtering.<br>**`0b0`**<br>Q element filtering is not implemented. | `x` |
| [13:12] | **RES0** | Reserved | **RES0** |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [11:10] | NUMEVENT | Indicates the number of ETEEvents implemented.<br>**0b11**<br>The trace unit supports 4 ETEEvents. | xx |
| [9] | RETSTACK | Indicates if the trace unit supports the return stack.<br>**0b1**<br>Return stack implemented. | x |
| [8] | **RES0** | Reserved | **RES0** |
| [7] | TRCCCI | Indicates if the trace unit implements cycle counting.<br>**0b1**<br>Cycle counting implemented. | x |
| [6] | TRCCOND | Indicates if the trace unit implements conditional instruction tracing. Conditional instruction tracing is not implemented in ETE and this field is reserved for other trace architectures.<br>**0b0**<br>Conditional instruction tracing not implemented. | x |
| [5] | TRCBB | Indicates if the trace unit implements branch broadcasting.<br>**0b1**<br>Branch broadcasting implemented. | x |
| [4:3] | TRCDATA | Indicates if the trace unit implements data tracing. Data tracing is not implemented in ETE and this field is reserved for other trace architectures.<br>**0b00**<br>Data tracing not implemented. | xx |
| [2:1] | INSTP0 | Indicates if load and store instructions are P0 instructions. Load and store instructions as P0 instructions is not implemented in ETE and this field is reserved for other trace architectures.<br>**0b00**<br>Load and store instructions are not P0 instructions. | xx |
| [0] | **RES1** | Reserved | **RES1** |

## Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0x1E0 | TRCIDR0 | None |

This interface is accessible as follows:

**When OSLockStatus() || !IsTraceCorePowered()**

ERROR

**Otherwise**

RO

## C.7.39 TRCIDR1, ID Register 1

Returns the tracing capabilities of the trace unit.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

ETE

**Register offset**

0x1E4

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-274: ext_trcidr1 bit assignments**




**Table C-525: TRCIDR1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:24] | DESIGNER | Indicates which company designed the trace unit. The permitted values of this field are the same as AArch64-MIDR_EL1.Implementer.<br>`0b01000001`<br>Arm Limited | 8{x} |
| [23:16] | **RES0** | Reserved | **RES0** |
| [15:12] | **RES1** | Reserved | **RES1** |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [11:8] | TRCARCHMAJ | Major architecture version.<br>**0b1111**<br>If both TRCARCHMAJ and TRCARCHMIN == 0xF then refer to ext-TRCDEVARCH. | xxxx |
| [7:4] | TRCARCHMIN | Minor architecture version.<br>**0b1111**<br>If both TRCARCHMAJ and TRCARCHMIN == 0xF then refer to ext-TRCDEVARCH. | xxxx |
| [3:0] | REVISION | Implementation revision that identifies the revision of the trace and OS Lock registers.<br>**0b0000**<br>Revision 0 | xxxx |

### Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0x1E4 | TRCIDR1 | None |

This interface is accessible as follows:

**When OSLockStatus() || !IsTraceCorePowered()**

ERROR

**Otherwise**

RO

## C.7.40 TRCIDR2, ID Register 2

Returns the tracing capabilities of the trace unit.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

ETE

**Register offset**

0x1E8

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure C-275: ext_trcidr2 bit assignments




**Table C-527: TRCIDR2 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31] | WFXMODE | Indicates whether `WFI`, `WFIT`, `WFE`, and `WFET` instructions are classified as P0 instructions:<br>**`0b1`**<br>`WFI`, `WFIT`, `WFE`, and `WFET` instructions are classified as P0 instructions. | `x` |
| [30:29] | VMIDOPT | Indicates the options for Virtual context identifier selection.<br>**`0b10`**<br>Virtual context identifier selection not supported. ext-TRCCONFIGR.VMIDOPT is **RES1**. | `xx` |
| [28:25] | CCSIZE | Indicates the size of the cycle counter.<br>**`0b0000`**<br>The cycle counter is 12 bits in length. | `xxxx` |
| [24:15] | **RES0** | Reserved | **RES0** |
| [14:10] | VMIDSIZE | Indicates the trace unit Virtual context identifier size.<br>**`0b00100`**<br>32-bit Virtual context identifier size. | `5{x}` |
| [9:5] | CIDSIZE | Indicates the Context identifier size.<br>**`0b00100`**<br>32-bit Context identifier size. | `5{x}` |
| [4:0] | IASIZE | Virtual instruction address size.<br>**`0b01000`**<br>Maximum of 64-bit instruction address size. | `5{x}` |

## Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0x1E8 | TRCIDR2 | None |

This interface is accessible as follows:

**When OSLockStatus() || !IsTraceCorePowered()**

ERROR

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Otherwise**

RO

## C.7.41 TRCIDR3, ID Register 3

Returns the base architecture of the trace unit.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

ETE

**Register offset**

0x1EC

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-276: ext_trcidr3 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table C-529: TRCIDR3 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31] | NOOVERFLOW | Indicates if overflow prevention is implemented.<br>**0b0**<br>Overflow prevention is not implemented. | x |
| [27] | SYSSTALL | Indicates if stalling of the PE is permitted.<br>**0b0**<br>Stalling of the PE is not permitted. | x |
| [26] | STALLCTL | Indicates if trace unit implements stalling of the PE.<br>**0b0**<br>Stalling of the PE is not implemented. | x |
| [25] | SYNCPR | Indicates if an implementation has a fixed synchronization period.<br>**0b0**<br>ext-TRCSYNCPR is read/write so software can change the synchronization period. | x |
| [24] | TRCERR | Indicates forced tracing of System Error exceptions is implemented.<br>**0b1**<br>Forced tracing of System Error exceptions is implemented. | x |
| [23] | **RES0** | Reserved | **RES0** |
| [22] | EXLEVEL_NS_EL2 | Indicates if Non-secure EL2 implemented.<br>**0b1**<br>Non-secure EL2 is implemented. | x |
| [21] | EXLEVEL_NS_EL1 | Indicates if Non-secure EL1 implemented.<br>**0b1**<br>Non-secure EL1 is implemented. | x |
| [20] | EXLEVEL_NS_EL0 | Indicates if Non-secure EL0 implemented.<br>**0b1**<br>Non-secure EL0 is implemented. | x |
| [19] | EXLEVEL_S_EL3 | Indicates if Secure EL3 implemented.<br>**0b1**<br>EL3 is implemented. | x |
| [18] | EXLEVEL_S_EL2 | Indicates if Secure EL2 implemented.<br>**0b1**<br>Secure EL2 is implemented. | x |
| [17] | EXLEVEL_S_EL1 | Indicates if Secure EL1 implemented.<br>**0b1**<br>Secure EL1 is implemented. | x |
| [16] | EXLEVEL_S_EL0 | Indicates if Secure EL0 implemented.<br>**0b1**<br>Secure EL0 is implemented. | x |
| [15:14] | **RES0** | Reserved | **RES0** |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [13:12, 30:28] | NUMPROC | Indicates the number of PEs available for tracing.<br>**0b00000**<br>The trace unit can trace one PE. | 5{x} |
| [11:0] | CCITMIN | Indicates the minimum value that can be programmed in ext-TRCCCCTLR.THRESHOLD.<br>If ext-TRCIDR0.TRCCCI == 1 then the minimum value of this field is 0x001.<br>If ext-TRCIDR0.TRCCCI == 0 then this field is zero. | 12{x} |

### Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0x1EC | TRCIDR3 | None |

This interface is accessible as follows:

**When OSLockStatus() || !IsTraceCorePowered()**

ERROR

**Otherwise**

RO

## C.7.42 TRCIDR4, ID Register 4

Returns the tracing capabilities of the trace unit.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

ETE

**Register offset**

0x1F0

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure C-277: ext_trcidr4 bit assignments




**Table C-531: TRCIDR4 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:28] | NUMVMIDC | Indicates the number of Virtual Context Identifier Comparators that are available for tracing.<br>`0b0001`<br>The implementation has one Virtual Context Identifier Comparator. | xxxx |
| [27:24] | NUMCIDC | Indicates the number of Context Identifier Comparators that are available for tracing.<br>`0b0001`<br>The implementation has one Context Identifier Comparator. | xxxx |
| [23:20] | NUMSSCC | Indicates the number of Single-shot Comparator Controls that are available for tracing.<br>`0b0001`<br>The implementation has one Single-shot Comparator Control. | xxxx |
| [19:16] | NUMRSPAIR | Indicates the number of resource selector pairs that are available for tracing.<br>`0b0111`<br>The implementation has eight resource selector pairs. | xxxx |
| [15:12] | NUMPC | Indicates the number of PE Comparator Inputs that are available for tracing.<br>`0b0000`<br>No PE Comparator Inputs are available. | xxxx |
| [11:9] | RES0 | Reserved | RES0 |
| [8] | SUPPDAC | Indicates whether data address comparisons are implemented. Data address comparisons are not implemented in ETE and are reserved for other trace architectures. Allocated in other trace architectures.<br>`0b0`<br>Data address comparisons not implemented. | x |
| [7:4] | NUMDVC | Indicates the number of data value comparators. Data value comparators are not implemented in ETE and are reserved for other trace architectures. Allocated in other trace architectures.<br>`0b0000`<br>No data value comparators implemented. | xxxx |
| [3:0] | NUMACPAIRS | Indicates the number of Address Comparator pairs that are available for tracing.<br>`0b0100`<br>The implementation has four Address Comparator pairs. | xxxx |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0x1F0 | TRCIDR4 | None |

This interface is accessible as follows:

**When OSLockStatus() || !IsTraceCorePowered()**

ERROR

**Otherwise**

RO

## C.7.43 TRCIDR5, ID Register 5

Returns the tracing capabilities of the trace unit.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

ETE

**Register offset**

0x1F4

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure C-278: ext_trcidr5 bit assignments




### Table C-533: TRCIDR5 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31] | **RES0** | Reserved | **RES0** |
| [30:28] | NUMCNTR | Indicates the number of Counters that are available for tracing.<br>**0b010**<br>Two Counters implemented. | xxx |
| [27:25] | NUMSEQSTATE | Indicates if the Sequencer is implemented and the number of Sequencer states that are implemented.<br>**0b100**<br>Four Sequencer states are implemented. | xxx |
| [24] | **RES0** | Reserved | **RES0** |
| [23] | LPOVERRIDE | Indicates support for Low-power Override Mode.<br>**0b0**<br>The trace unit does not support Low-power Override Mode. | x |
| [22] | ATBTRIG | Indicates if the implementation can support ATB triggers.<br>**0b1**<br>The implementation supports ATB triggers. | x |
| [21:16] | TRACEIDSIZE | Indicates the trace ID width.<br>**0b000111**<br>The implementation supports a 7-bit trace ID. | 6{x} |
| [15:12] | **RES0** | Reserved | **RES0** |
| [11:9] | NUMEXTINSEL | Indicates how many External Input Selector resources are implemented.<br>**0b100**<br>4 External Input Selector resources are available. | xxx |
| [8:0] | NUMEXTIN | Indicates how many External Inputs are implemented.<br>**0b111111111**<br>Unified PMU event selection.<br><br>All other values are reserved. | 9{x} |

## Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0x1F4 | TRCIDR5 | None |

This interface is accessible as follows:

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**When OSLockStatus() || !IsTraceCorePowered()**

ERROR

**Otherwise**

RO

## C.7.44 TRCIDR6, ID Register 6

Returns the tracing capabilities of the trace unit.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

ETE

**Register offset**

0x1F8

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-279: ext_trcidr6 bit assignments**




**Table C-535: TRCIDR6 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:0] | RES0 | Reserved | RES0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Case 1:25-cv-01625-DAE Document 1-28 Filed 10/07/25 Page 1613 of 1669



### Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0x1F8 | TRCIDR6 | None |

This interface is accessible as follows:

**When OSLockStatus() || !IsTraceCorePowered()**

ERROR

**Otherwise**

RO

## C.7.45 TRCIDR7, ID Register 7

Returns the tracing capabilities of the trace unit.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

ETE

**Register offset**

0x1FC

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-280: ext_trcidr7 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table C-537: TRCIDR7 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:0] | RES0 | Reserved | RES0 |

### Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0x1FC | TRCIDR7 | None |

This interface is accessible as follows:

**When OSLockStatus() || !IsTraceCorePowered()**

ERROR

**Otherwise**

RO

## C.7.46 TRCSSCSR<n>, Single-shot Comparator Control Status Register <n> , n = 0 - 7

Returns the status of the corresponding Single-shot Comparator Control.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

ETE

**Register offset**

0x2A0 + (4 * n)

**Access type**

RO

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure C-281: ext_trcsscsr_n_ bit assignments




### Table C-539: TRCSSCSR<n> bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31] | STATUS | Single-shot Comparator Control status. Indicates if any of the comparators selected by this Single-shot Comparator control have matched. The selected comparators are defined by ext-TRCSSCCR<n>.ARC, ext-TRCSSCCR<n>.SAC, and ext-TRCSSPCICR<n>.PC.<br>**0b0**<br>No match has occurred. When the first match occurs, this field takes a value of 1. It remains at 1 until explicitly modified by a write to this register.<br>**0b1**<br>One or more matches has occurred. If ext-TRCSSCCR<n>.RST == 0 then:<br>• There is only one match and no more matches are possible.<br>• Software must reset this field to 0 to re-enable the Single-shot Comparator Control. | x |
| [30] | PENDING | Single-shot pending status. The Single-shot Comparator Control fired while the resources were in the Paused state.<br>**0b0**<br>No match has occurred.<br>**0b1**<br>One or more matches has occurred. | x |
| [29:4] | RES0 | Reserved | RES0 |
| [3] | PC | PE Comparator Input support. Indicates if the Single-shot Comparator Control supports PE Comparator Inputs.<br>**0b0**<br>This Single-shot Comparator Control does not support PE Comparator Inputs. Selecting any PE Comparator Inputs using the associated ext-TRCSSPCICR<n> results in **CONSTRAINED UNPREDICTABLE** behavior of the Single-shot Comparator Control resource. The Single-shot Comparator Control might match unexpectedly or might not match.<br>**0b1**<br>This Single-shot Comparator Control supports PE Comparator Inputs. | x |
| [2] | DV | Data value comparator support. Data value comparisons are not implemented in ETE and are reserved for other trace architectures. Allocated in other trace architectures.<br>**0b0**<br>This Single-shot Comparator Control does not support data value comparisons.<br>**0b1**<br>This Single-shot Comparator Control supports data value comparisons.<br>This field reads as 0. | x |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [1] | DA | Data Address Comparator support. Data address comparisons are not implemented in ETE and are reserved for other trace architectures. Allocated in other trace architectures.<br>`0b0`<br>This Single-shot Comparator Control does not support data address comparisons.<br>`0b1`<br>This Single-shot Comparator Control supports data address comparisons.<br>This field reads as 0. | x |
| [0] | INST | Instruction Address Comparator support. Indicates if the Single-shot Comparator Control supports instruction address comparisons.<br>`0b0`<br>This Single-shot Comparator Control does not support instruction address comparisons.<br>`0b1`<br>This Single-shot Comparator Control supports instruction address comparisons.<br>This field reads as 1. | x |

## Access

Must be programmed if TRCRSCTLR<a>.GROUP == `0b0011` and TRCRSCTLR<a>.SINGLE_SHOT[n] == 1.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

Reads from this register might return an **UNKNOWN** value if the trace unit is not in either of the Idle or Stable states.

## Accessibility

Must be programmed if TRCRSCTLR<a>.GROUP == 0b0011 and TRCRSCTLR<a>.SINGLE_SHOT[n] == 1.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.

Reads from this register might return an UNKNOWN value if the trace unit is not in either of the Idle or Stable states.

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0x2A0 + (4 * n) | TRCSSCSR<n> | None |

This interface is accessible as follows:

**When OSLockStatus() || !AllowExternalTraceAccess() || !IsTraceCorePowered()**

ERROR

**Otherwise**

RW

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## C.7.47 TRCOSLSR, Trace OS Lock Status Register

Returns the status of the Trace OS Lock.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

ETE

**Register offset**

0x304

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-282: ext_trcoslsr bit assignments**




**Table C-541: TRCOSLSR bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:5] | RES0 | Reserved | RES0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [4:3, 0] | OSLM | OS Lock model.<br>**0b000**<br>Trace OS Lock is not implemented.<br>**0b010**<br>Trace OS Lock is implemented.<br>**0b100**<br>Trace OS Lock is not implemented, and the trace unit is controlled by the PE OS Lock.<br>All other values are reserved.<br>This field reads as `0b100`. | xxx |
| [2] | RES0 | Reserved | RES0 |
| [1] | OSLK | OS Lock status.<br>**0b0**<br>The OS Lock is unlocked.<br>**0b1**<br>The OS Lock is locked.<br>Note that this field indicates the state of the PE OS Lock. | x |

### Accessibility

External debugger accesses to this register are unaffected by the OS Lock.

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0x304 | TRCOSLSR | None |

This interface is accessible as follows:

**When !AllowExternalTraceAccess() || !IsTraceCorePowered()**

ERROR

**Otherwise**

RO

## C.7.48 TRCPDCR, PowerDown Control Register

Requests the system to provide power to the trace unit.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Component**

ETE

**Register offset**

0x310

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-283: ext_trcpdcr bit assignments**




**Table C-543: TRCPDCR bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:4] | RES0 | Reserved | RES0 |
| [3] | PU | Power Up Request.<br>**0b0**<br>The system can remove power from the trace unit core power domain, or requests for power to the trace unit core power domain are implemented outside of the trace unit.<br>**0b1**<br>The system must provide power to the trace unit core power domain.<br>This field is RES0. | x |
| [2:0] | RES0 | Reserved | RES0 |

## Accessibility

External debugger accesses to this register are unaffected by the OS Lock.

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0x310 | TRCPDCR | None |

This interface is accessible as follows:

**When !IsTraceCorePowered()**

ERROR

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Otherwise**

RW

## C.7.49 TRCPDSR, PowerDown Status Register

Indicates the power status of the trace unit.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

ETE

**Register offset**

0x314

**Access type**

RAOWI

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xx11

---

Note

Where the reset reads xxxx, see individual bits

---

### Bit descriptions

**Figure C-284: ext_trcpdsr bit assignments**




**Table C-545: TRCPDSR bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:6] | RES0 | Reserved | RES0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [5] | OSLK | OS Lock Status.<br>**0b0**<br>The OS Lock is unlocked.<br>**0b1**<br>The OS Lock is locked.<br><br>Note that this field indicates the state of the PE OS Lock. | x |
| [4:2] | **RES0** | Reserved | **RES0** |
| [1] | STICKYPD | Sticky powerdown status. Indicates whether the trace register state is valid.<br>**0b0**<br>The state of ext-TRCOSLSR and the trace registers are valid.<br>**0b1**<br>The state of ext-TRCOSLSR and the trace registers might not be valid.<br><br>This field is set to 1 if the power to the trace unit core power domain is removed and the trace unit register state is not valid.<br><br>The STICKYPD field is read-sensitive. On a read of the TRCPDSR, this field is cleared to 0 after the register has been read. | 0b1 |
| [0] | POWER | Power Status.<br>**0b0**<br>The trace unit core power domain is not powered. All trace unit registers are not accessible and they all return an error response.<br>**0b1**<br>The trace unit core power domain is powered. Trace unit registers are accessible. | 0b1 |

### Accessibility

External debugger accesses to this register are unaffected by the OS Lock.

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0x314 | TRCPDSR | None |

This interface is accessible as follows:

**When !IsTraceCorePowered()**

ERROR

**Otherwise**

RO

## C.7.50 TRCCIDCCTLR0, Context Identifier Comparator Control Register 0

Contains Context identifier mask values for the ext-TRCCIDCVR<n> registers, for n = 0 to 3.

### Configurations

This register is available in all configurations.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Attributes

**Width**

32

**Component**

ETE

**Register offset**

0x680

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-285: ext_trccidcctlr0 bit assignments**




**Table C-547: TRCCIDCCTLR0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:8] | **RES0** | Reserved | **RES0** |
| [7:0] | COMP0[<m>], bit[m], where m = 7 to 0 | TRCCIDCVR0 mask control. Specifies the mask value that the trace unit applies to TRCCIDCVR0. Each bit in this field corresponds to a byte in TRCCIDCVR0.<br>**0b0**<br>The trace unit includes TRCCIDCVR0[(m×8+7):(m×8)] when it performs the Context identifier comparison.<br>**0b1**<br>The trace unit ignores TRCCIDCVR0[(m×8+7):(m×8)] when it performs the Context identifier comparison.<br>This bit is **RES0** if m >= ext-TRCIDR2.CIDSIZE. | 8{x} |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Access

If software uses the ext-TRCCIDCVR<n> registers, for n = 0 to 3, then it must program this register.

If software sets a mask bit to 1 then it must program the relevant byte in ext-TRCCIDCVR<n> to `0x00`.

If any bit is 1 and the relevant byte in ext-TRCCIDCVR<n> is not `0x00`, the behavior of the Context Identifier Comparator is **CONSTRAINED UNPREDICTABLE**. In this scenario the comparator might match unexpectedly or might not match.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

### Accessibility

If software uses the ext-TRCCIDCVR<n> registers, for n = 0 to 3, then it must program this register.

If software sets a mask bit to 1 then it must program the relevant byte in ext-TRCCIDCVR<n> to 0x00.

If any bit is 1 and the relevant byte in ext-TRCCIDCVR<n> is not 0x00, the behavior of the Context Identifier Comparator is CONSTRAINED UNPREDICTABLE. In this scenario the comparator might match unexpectedly or might not match.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0x680 | TRCCIDCCTLR0 | None |

This interface is accessible as follows:

**When OSLockStatus() || !AllowExternalTraceAccess() || !IsTraceCorePowered()**

ERROR

**Otherwise**

RW

## C.7.51 TRCVMIDCCTLR0, Virtual Context Identifier Comparator Control Register 0

Virtual Context Identifier Comparator mask values for the ext-TRCVMIDCVR<n> registers, where n=0-3.

### Configurations

This register is available in all configurations.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Attributes

### Width

32

### Component

ETE

### Register offset

0x688

### Access type

See bit descriptions

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

### Figure C-286: ext_trcvmidcctlr0 bit assignments




### Table C-549: TRCVMIDCCTLR0 bit descriptions

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:8] | **RES0** | Reserved | **RES0** |
| [7:0] | COMP0[<m>], bit[m], where m = 7 to 0 | TRCVMIDCVR0 mask control. Specifies the mask value that the trace unit applies to TRCVMIDCVR0. Each bit in this field corresponds to a byte in TRCVMIDCVR0.<br>`0b0`<br>The trace unit includes TRCVMIDCVR0[(m×8+7):(m×8)] when it performs the Virtual context identifier comparison.<br>`0b1`<br>The trace unit ignores TRCVMIDCVR0[(m×8+7):(m×8)] when it performs the Virtual context identifier comparison.<br>This bit is **RES0** if m >= ext-TRCIDR2.VMIDSIZE. | `8{x}` |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Access

If software uses the ext-TRCVMIDCVR<n> registers, where n=0-3, then it must program this register.

If software sets a mask bit to 1 then it must program the relevant byte in ext-TRCVMIDCVR<n> to `0x00`.

If any bit is 1 and the relevant byte in ext-TRCVMIDCVR<n> is not `0x00`, the behavior of the Virtual Context Identifier Comparator is **CONSTRAINED UNPREDICTABLE**. In this scenario the comparator might match unexpectedly or might not match.

Writes are **CONSTRAINED UNPREDICTABLE** if the trace unit is not in the Idle state.

### Accessibility

If software uses the ext-TRCVMIDCVR<n> registers, where n=0-3, then it must program this register.

If software sets a mask bit to 1 then it must program the relevant byte in ext-TRCVMIDCVR<n> to 0x00.

If any bit is 1 and the relevant byte in ext-TRCVMIDCVR<n> is not 0x00, the behavior of the Virtual Context Identifier Comparator is CONSTRAINED UNPREDICTABLE. In this scenario the comparator might match unexpectedly or might not match.

Writes are CONSTRAINED UNPREDICTABLE if the trace unit is not in the Idle state.

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0x688 | TRCVMIDCCTLR0 | None |

This interface is accessible as follows:

**When OSLockStatus() || !AllowExternalTraceAccess() || !IsTraceCorePowered()**

ERROR

**Otherwise**

RW

## C.7.52 TRCITCTRL, Integration Mode Control Register

A component can use TRCITCTRL to dynamically switch between functional mode and integration mode. In integration mode, topology detection is enabled. After switching to integration mode and performing integration tests or topology detection, reset the system to ensure correct behavior of CoreSight and other connected system components.

For additional information, see the CoreSight Architecture Specification.

### Configurations

This register is available in all configurations.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Case 1:25-cv-01625-DAE Document 1-28 Filed 10/07/25 Page 1626 of 1669



## Attributes

**Width**

32

**Component**

ETE

**Register offset**

0xF00

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-287: ext_trcitctrl bit assignments**




**Table C-551: TRCITCTRL bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:1] | RES0 | Reserved | RES0 |
| [0] | IME | Integration Mode Enable.<br>**0b0**<br>Component functional mode.<br>**0b1**<br>Component integration mode. Support for topology detection and integration testing is enabled. | x |

## Accessibility

External debugger accesses to this register are IMPLEMENTATION DEFINED when the trace unit is not in the Idle state.

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0xF00 | TRCITCTRL | None |

This interface is accessible as follows:

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**When OSLockStatus() || !AllowExternalTraceAccess() || !IsTraceCorePowered()**

ERROR

**Otherwise**

RW

## C.7.53 TRCCLAIMSET, Claim Tag Set Register

In conjunction with ext-TRCCLAIMCLR, provides Claim Tag bits that can be separately set and cleared to indicate whether functionality is in use by a debug agent.

For additional information, see the CoreSight Architecture Specification.

### Configurations

The number of claim tag bits implemented is IMPLEMENTATION DEFINED. Arm recommends that implementations support a minimum of four claim tag bits, that is, SET[3:0] reads as 0b1111.

### Attributes

**Width**

32

**Component**

ETE

**Register offset**

0xFA0

**Access type**

RAOW1S

**Reset value**

1111 1111 1111 1111 1111 1111 1111 1111

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Bit descriptions

### Figure C-288: ext_trcclaimset bit assignments




**Table C-553: TRCCLAIMSET bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:0] | SET[<m>], bit[m], where m = 31 to 0 | Claim Tag Set. Indicates whether Claim Tag bit <m> is implemented, and is used to set Claim Tag bit <m> to 1.<br>**`0b0`**<br>On a read: Claim Tag bit <m> is not implemented.<br>On a write: Ignored.<br>**`0b1`**<br>On a read: Claim Tag bit <m> is implemented.<br>On a write: Set Claim Tag bit <m> to 1.<br>This bit reads-as-zero and ignores writes if m > the number of Claim Tag bits. | `0xFFFFFFFF` |

## Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0xFA0 | TRCCLAIMSET | None |

This interface is accessible as follows:

**When OSLockStatus() || !IsTraceCorePowered()**

ERROR

**Otherwise**

RW

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## C.7.54 TRCCLAIMCLR, Claim Tag Clear Register

In conjunction with ext-TRCCLAIMSET, provides Claim Tag bits that can be separately set and cleared to indicate whether functionality is in use by a debug agent.

For additional information, see the CoreSight Architecture Specification.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

ETE

**Register offset**

0xFA4

**Access type**

RW1C

**Reset value**

0000 0000 0000 0000 0000 0000 0000 0000

### Bit descriptions

**Figure C-289: ext_trcclaimclr bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table C-555: TRCCLAIMCLR bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:0] | CLR[<m>], bit[m], where m = 31 to 0 | Claim Tag Clear. Indicates the current status of Claim Tag bit <m>, and is used to clear Claim Tag bit <m> to 0.<br>**0b0**<br>On a read: Claim Tag bit <m> is not set.<br>On a write: Ignored.<br>**0b1**<br>On a read: Claim Tag bit <m> is set.<br>On a write: Clear Claim tag bit <m> to 0.<br>The number of Claim Tag bits implemented is indicated in ext-TRCCLAIMSET.<br>This bit reads-as-zero and ignores writes if m > the number of Claim Tag bits. | 0x00000000 |

## Accessibility

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0xFA4 | TRCCLAIMCLR | None |

This interface is accessible as follows:

**When OSLockStatus() || !IsTraceCorePowered()**

ERROR

**Otherwise**

RW

## C.7.55 TRCDEVAFF, Device Affinity Register

For additional information, see the CoreSight Architecture Specification.

Reads the same value as the AArch64-MPIDR_EL1 register for the PE that this trace unit has affinity with.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

64

**Component**

ETE

**Register offset**

0xFA8

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-290: ext_trcdevaff bit assignments**




**Table C-557: TRCDEVAFF bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [63:0] | MPIDR_EL1 | Read-only copy of AArch64-MPIDR_EL1, as seen from the highest implemented Exception level. | 64{x} |

## Accessibility

External debugger accesses to this register are unaffected by the OS Lock.

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0xFA8 | TRCDEVAFF | None |

This interface is accessible as follows:

**When !IsTraceCorePowered()**

ERROR

**Otherwise**

RO

# C.7.56 TRCLAR, Lock Access Register

Used to lock and unlock the Software Lock.

Note that ETE does not implement the Software Lock.

For additional information, see the CoreSight Architecture Specification.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Configurations

This register is available in all configurations.

## Attributes

**Width**

32

**Component**

ETE

**Register offset**

0xFB0

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-291: ext_trclar bit assignments**




**Table C-559: TRCLAR bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:0] | KEY | Software Lock Key.<br><br>A value of `0xC5ACCE55` unlocks the Software Lock.<br><br>Any other value locks the Software Lock. | `32{x}` |

## Accessibility

External debugger accesses to this register are unaffected by the OS Lock.

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0xFB0 | TRCLAR | None |

This interface is accessible as follows:

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**When !IsTraceCorePowered()**

ERROR

**Otherwise**

WO

## C.7.57 TRCLSR, Lock Status Register

Indicates whether the Software Lock is implemented, and the current status of the Software Lock.

For additional information, see the CoreSight Architecture Specification.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

ETE

**Register offset**

0xFB4

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx x0xx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-292: ext_trclsr bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table C-561: TRCLSR bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:3] | **RES0** | Reserved | **RES0** |
| [2] | nTT | Software lock size.<br>**0b0** | `0b0` |
| [1] | SLK | The current Software Lock status.<br>**0b0**<br>Software Lock is unlocked.<br>**0b1**<br>Software Lock is locked. Writes to the other registers in this component, except for the ext-TRCLAR, are ignored.<br>This field reads as 0. | `x` |
| [0] | SLI | Indicates whether the Software Lock is implemented.<br>**0b0**<br>Software Lock is not implemented. Writes to the ext-TRCLAR are ignored.<br>**0b1**<br>Software Lock is implemented.<br>This field reads as 0. | `x` |

### Accessibility

External debugger accesses to this register are unaffected by the OS Lock.

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0xFB4 | TRCLSR | None |

This interface is accessible as follows:

**When !IsTraceCorePowered()**

ERROR

**Otherwise**

RO

## C.7.58 TRCAUTHSTATUS, Authentication Status Register

Provides information about the state of the **IMPLEMENTATION DEFINED** authentication interface for debug.

For additional information, see the CoreSight Architecture Specification.

### Configurations

This register is available in all configurations.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Attributes

### Width

32

### Component

ETE

### Register offset

0xFB8

### Access type

See bit descriptions

### Reset value

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

---

Note

Where the reset reads xxxx, see individual bits

---

## Bit descriptions

### Figure C-293: ext_trcauthstatus bit assignments




**Table C-563: TRCAUTHSTATUS bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:12] | RES0 | Reserved | RES0 |
| [11:10] | HNID | Hyp Non-invasive Debug. Indicates whether a separate enable control for EL2 non-invasive debug features is implemented and enabled.<br>**0b00**<br>Separate Hyp non-invasive debug enable not implemented, or EL2 non-invasive debug features not implemented.<br>**0b10**<br>Implemented and disabled.<br>**0b11**<br>Implemented and enabled.<br>All other values are reserved.<br>This field reads as `0b00`. | xx |

| Bits | Name | Description | Reset |
|---|---|---|---|
| [9:8] | HID | Hyp Invasive Debug. Indicates whether a separate enable control for EL2 invasive debug features is implemented and enabled.<br>**0b00**<br>Separate Hyp invasive debug enable not implemented, or EL2 invasive debug features not implemented.<br>**0b10**<br>Implemented and disabled.<br>**0b11**<br>Implemented and enabled.<br>All other values are reserved.<br>This field reads as `0b00`. | `xx` |
| [7:6] | SNID | Secure Non-invasive Debug. Indicates whether Secure non-invasive debug features are implemented and enabled.<br>**0b00**<br>Secure non-invasive debug features not implemented.<br>**0b10**<br>Implemented and disabled.<br>**0b11**<br>Implemented and enabled.<br>All other values are reserved.<br>When EL3 is implemented, this field takes the value `0b10` or `0b11` depending whether Secure non-invasive debug is enabled. | `xx` |
| [5:4] | SID | Secure Invasive Debug. Indicates whether Secure invasive debug features are implemented and enabled.<br>**0b00**<br>Secure invasive debug features not implemented.<br>**0b10**<br>Implemented and disabled.<br>**0b11**<br>Implemented and enabled.<br>All other values are reserved.<br>This field reads as `0b00`. | `xx` |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [3:2] | NSNID | Non-secure Non-invasive Debug. Indicates whether Non-secure non-invasive debug features are implemented and enabled.<br>**0b00**<br>Non-secure non-invasive debug features not implemented.<br>**0b10**<br>Implemented and disabled.<br>**0b11**<br>Implemented and enabled.<br>All other values are reserved.<br>When EL3 is implemented, this field reads as `0b11`. | `xx` |
| [1:0] | NSID | Non-secure Invasive Debug. Indicates whether Non-secure invasive debug features are implemented and enabled.<br>**0b00**<br>Non-secure invasive debug features not implemented.<br>**0b10**<br>Implemented and disabled.<br>**0b11**<br>Implemented and enabled.<br>All other values are reserved.<br>This field reads as `0b00`. | `xx` |

## Access

For implementations that support multiple access mechanisms, different access mechanisms can return different values for reads of TRCAUTHSTATUS if the authentication signals have changed and that change has not yet been synchronized by a Context synchronization event. This scenario can happen if, for example, the external debugger view is implemented separately from the system instruction view to allow for separate power domains, and so observes changes on the signals differently.

External debugger accesses to this register are unaffected by the OS Lock.

## Accessibility

For implementations that support multiple access mechanisms, different access mechanisms can return different values for reads of TRCAUTHSTATUS if the authentication signals have changed and that change has not yet been synchronized by a Context synchronization event. This scenario can happen if, for example, the external debugger view is implemented separately from the system instruction view to allow for separate power domains, and so observes changes on the signals differently.

External debugger accesses to this register are unaffected by the OS Lock.

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0xFB8 | TRCAUTHSTATUS | None |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

This interface is accessible as follows:

**When !IsTraceCorePowered()**

ERROR

**Otherwise**

RO

## C.7.59 TRCDEVARCH, Device Architecture Register

Provides discovery information for the component.

For additional information, see the CoreSight Architecture Specification.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

ETE

**Register offset**

0xFBC

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note: Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-294: ext_trcdevarch bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table C-565: TRCDEVARCH bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:21] | ARCHITECT | Defines the architect of the component. Bits [31:28] are the JEP106 continuation code (JEP106 bank ID, minus 1) and bits [27:21] are the JEP106 ID code.<br>**0b01000111011**<br>JEP106 continuation code 0x4, ID code 0x3B. Arm Limited. | 11{x} |
| [20] | PRESENT | DEVARCH Present. Defines that the DEVARCH register is present.<br>**0b1**<br>Device Architecture information present. | x |
| [19:16] | REVISION | Revision. Defines the architecture revision of the component.<br>**0b0000**<br>ETEv1.0, FEAT_ETE. | xxxx |
| [15:12] | ARCHVER | Architecture Version. Defines the architecture version of the component.<br>**0b0101**<br>ETEv1.<br>ARCHVER and ARCHPART are also defined as a single field, ARCHID, so that ARCHVER is ARCHID[15:12].<br>This field reads as 0x5. | xxxx |
| [11:0] | ARCHPART | Architecture Part. Defines the architecture of the component.<br>**0b101000010011**<br>Arm PE trace architecture. | 12{x} |

### Accessibility

External debugger accesses to this register are unaffected by the OS Lock.

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0xFBC | TRCDEVARCH | None |

This interface is accessible as follows:

**When !IsTraceCorePowered()**

ERROR

**Otherwise**

RO

## C.7.60 TRCDEVID2, Device Configuration Register 2

Provides discovery information for the component.

For additional information, see the CoreSight Architecture Specification.

### Configurations

This register is available in all configurations.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Attributes

**Width**

32

**Component**

ETE

**Register offset**

0xFC0

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

---

**Note**

Where the reset reads xxxx, see individual bits

---

## Bit descriptions

**Figure C-295: ext_trcdevid2 bit assignments**




**Table C-567: TRCDEVID2 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:0] | RES0 | Reserved | RES0 |

## Accessibility

External debugger accesses to this register are unaffected by the OS Lock.

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0xFC0 | TRCDEVID2 | None |

This interface is accessible as follows:

**When !IsTraceCorePowered()**

ERROR

**Otherwise**

RO

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## C.7.61 TRCDEVID1, Device Configuration Register 1

Provides discovery information for the component.

For additional information, see the CoreSight Architecture Specification.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

ETE

**Register offset**

0xFC4

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-296: ext_trcdevid1 bit assignments**




**Table C-569: TRCDEVID1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:0] | **RES0** | Reserved | **RES0** |

### Accessibility

External debugger accesses to this register are unaffected by the OS Lock.

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0xFC4 | TRCDEVID1 | None |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

This interface is accessible as follows:

**When !IsTraceCorePowered()**

ERROR

**Otherwise**

RO

## C.7.62 TRCDEVID, Device Configuration Register

Provides discovery information for the component.

For additional information, see the CoreSight Architecture Specification.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

ETE

**Register offset**

0xFC8

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note: Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-297: ext_trcdevid bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table C-571: TRCDEVID bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:0] | **RES0** | Reserved | **RES0** |

### Accessibility

External debugger accesses to this register are unaffected by the OS Lock.

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0xFC8 | TRCDEVID | None |

This interface is accessible as follows:

**When !IsTraceCorePowered()**

ERROR

**Otherwise**

RO

## C.7.63 TRCDEVTYPE, Device Type Register

Provides discovery information for the component. If the part number field is not recognized, a debugger can report the information that is provided by TRCDEVTYPE about the component instead.

For additional information, see the CoreSight Architecture Specification.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

ETE

**Register offset**

0xFCC

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Note: Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-298: ext_trcdevtype bit assignments**




**Table C-573: TRCDEVTYPE bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:8] | **RES0** | Reserved | **RES0** |
| [7:4] | SUB | Component sub-type.<br>**0b0001**<br>When MAJOR == 0x3 (Trace source): Associated with a PE.<br>This field reads as 0x1. | xxxx |
| [3:0] | MAJOR | Component major type.<br>**0b0011**<br>Trace source.<br>Other values are defined by the CoreSight Architecture.<br>This field reads as 0x3. | xxxx |

## Accessibility

External debugger accesses to this register are unaffected by the OS Lock.

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0xFCC | TRCDEVTYPE | None |

This interface is accessible as follows:

**When !IsTraceCorePowered()**

ERROR

**Otherwise**

RO

# C.7.64 TRCPIDR4, Peripheral Identification Register 4

Provides discovery information about the component.

For additional information, see the CoreSight Architecture Specification.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Configurations

This register is available in all configurations.

## Attributes

**Width**

32

**Component**

ETE

**Register offset**

0xFD0

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx 0000 0100

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-299: ext_trcpidr4 bit assignments**




**Table C-575: TRCPIDR4 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:8] | RES0 | Reserved | RES0 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [7:4] | SIZE | Size of the component.<br><br>The distance from the start of the address space used by this component to the end of the component identification registers.<br><br>A value of `0b0000` means one of the following is true:<br>• The component uses a single 4KB block.<br>• The component uses an **IMPLEMENTATION DEFINED** number of 4KB blocks.<br><br>Any other value means the component occupies $2^{TRCPIDR4.SIZE}$ 4KB blocks.<br>**`0b0000`**<br><br>Using this field to indicate the size of the component is deprecated. This field might not correctly indicate the size of the component. Arm recommends that software determine the size of the component from the Unique Component Identifier fields, and other **IMPLEMENTATION DEFINED** registers in the component. | `0b0000` |
| [3:0] | DES_2 | Designer, JEP106 continuation code. This is the JEDEC-assigned JEP106 bank identifier for the designer of the component, minus 1. The code identifies the designer of the component, which might not be not the same as the implementer of the device containing the component. To obtain a number, or to see the assignment of these codes, contact JEDEC http://www.jedec.org.<br>**`0b0100`**<br>Arm Limited. This is bits[3:0] of the JEP106 continuation code.<br><br>**Note:**<br>For a component designed by Arm Limited, the JEP106 bank is 5, meaning this field has the value `0x4`. | `0b0100` |

### Accessibility

External debugger accesses to this register are unaffected by the OS Lock.

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0xFD0 | TRCPIDR4 | None |

This interface is accessible as follows:

**When !IsTraceCorePowered()**
ERROR

**Otherwise**
RO

## C.7.65 TRCPIDR5, Peripheral Identification Register 5

Provides discovery information about the component.

For additional information, see the CoreSight Architecture Specification.

### Configurations

This register is available in all configurations.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Case 1:25-cv-01625-DAE Document 1-28 Filed 10/07/25 Page 1647 of 1669



## Attributes

**Width**

32

**Component**

ETE

**Register offset**

0xFD4

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-300: ext_trcpidr5 bit assignments**




**Table C-577: TRCPIDR5 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:0] | **RES0** | Reserved | **RES0** |

## Accessibility

External debugger accesses to this register are unaffected by the OS Lock.

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0xFD4 | TRCPIDR5 | None |

This interface is accessible as follows:

**When !IsTraceCorePowered()**

ERROR

**Otherwise**

RO

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## C.7.66 TRCPIDR6, Peripheral Identification Register 6

Provides discovery information about the component.

For additional information, see the CoreSight Architecture Specification.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

ETE

**Register offset**

0xFD8

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-301: ext_trcpidr6 bit assignments**




**Table C-579: TRCPIDR6 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:0] | RES0 | Reserved | RES0 |

### Accessibility

External debugger accesses to this register are unaffected by the OS Lock.

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0xFD8 | TRCPIDR6 | None |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

This interface is accessible as follows:

**When !IsTraceCorePowered()**

ERROR

**Otherwise**

RO

## C.7.67 TRCPIDR7, Peripheral Identification Register 7

Provides discovery information about the component.

For additional information, see the CoreSight Architecture Specification.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

ETE

**Register offset**

0xFDC

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx xxxx

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-302: ext_trcpidr7 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table C-581: TRCPIDR7 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:0] | RES0 | Reserved | RES0 |

### Accessibility

External debugger accesses to this register are unaffected by the OS Lock.

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0xFDC | TRCPIDR7 | None |

This interface is accessible as follows:

**When !IsTraceCorePowered()**

ERROR

**Otherwise**

RO

## C.7.68 TRCPIDR0, Peripheral Identification Register 0

Provides discovery information about the component.

For additional information, see the CoreSight Architecture Specification.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

ETE

**Register offset**

0xFE0

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx 0100 1001

Note

Where the reset reads xxxx, see individual bits

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

### Bit descriptions

**Figure C-303: ext_trcpidr0 bit assignments**




**Table C-583: TRCPIDR0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:8] | **RES0** | Reserved | **RES0** |
| [7:0] | PART_0 | Part number, bits [7:0].<br><br>The part number is selected by the designer of the component, and is stored in ext-TRCPIDR1.PART_1 and TRCPIDR0.PART_0.<br>**`0b01001001`**<br>Least significant byte of the ETM trace unit part. | `0x49` |

### Accessibility

External debugger accesses to this register are unaffected by the OS Lock.

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0xFE0 | TRCPIDR0 | None |

This interface is accessible as follows:

**When !IsTraceCorePowered()**

ERROR

**Otherwise**

RO

## C.7.69 TRCPIDR1, Peripheral Identification Register 1

Provides discovery information about the component.

For additional information, see the CoreSight Architecture Specification.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

ETE

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Register offset**

0xFE4

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx 1011 1101

> **Note**
> Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-304: ext_trcpidr1 bit assignments**




**Table C-585: TRCPIDR1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:8] | RES0 | Reserved | RES0 |
| [7:4] | DES_0 | Designer, JEP106 identification code, bits [3:0]. TRCPIDR1.DES_0 and ext-TRCPIDR2.DES_1 together form the JEDEC-assigned JEP106 identification code for the designer of the component. The parity bit in the JEP106 identification code is not included. The code identifies the designer of the component, which might not be not the same as the implementer of the device containing the component. To obtain a number, or to see the assignment of these codes, contact JEDEC http://www.jedec.org.<br>**`0b1011`**<br>Arm Limited. This is the least significant nibble of JEP106 ID code.<br>**Note:**<br>For a component designed by Arm Limited, the JEP106 identification code is `0x3B`. | `0b1011` |
| [3:0] | PART_1 | Part number, bits [11:8].<br>The part number is selected by the designer of the component, and is stored in TRCPIDR1.PART_1 and ext-TRCPIDR0.PART_0.<br>**`0b1101`**<br>Part number, most significant nibble. | `0b1101` |

## Accessibility

External debugger accesses to this register are unaffected by the OS Lock.

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0xFE4 | TRCPIDR1 | None |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

This interface is accessible as follows:

**When !IsTraceCorePowered()**

ERROR

**Otherwise**

RO

## C.7.70 TRCPIDR2, Peripheral Identification Register 2

Provides discovery information about the component.

For additional information, see the CoreSight Architecture Specification.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

ETE

**Register offset**

0xFE8

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx 0000 1011

Note

Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-305: ext_trcpidr2 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table C-587: TRCPIDR2 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:8] | **RES0** | Reserved | **RES0** |
| [7:4] | REVISION | Component major revision. TRCPIDR2.REVISION and ext-TRCPIDR3.REVAND together form the revision number of the component, with TRCPIDR2.REVISION being the most significant part and ext-TRCPIDR3.REVAND the least significant part. When a component is changed, TRCPIDR2.REVISION or ext-TRCPIDR3.REVAND are increased to ensure that software can differentiate the different revisions of the component. ext-TRCPIDR3.REVAND should be set to `0b0000` when TRCPIDR2.REVISION is increased.<br>**`0b0000`**<br>r0p3 - Part major revision. | `0b0000` |
| [3] | JEDEC | JEDEC-assigned JEP106 implementer code is used.<br>**`0b1`** | `0b1` |
| [2:0] | DES_1 | Designer, JEP106 identification code, bits [6:4]. ext-TRCPIDR1.DES_0 and TRCPIDR2.DES_1 together form the JEDEC-assigned JEP106 identification code for the designer of the component. The parity bit in the JEP106 identification code is not included. The code identifies the designer of the component, which might not be not the same as the implementer of the device containing the component. To obtain a number, or to see the assignment of these codes, contact JEDEC http://www.jedec.org.<br>**`0b011`**<br>Arm Limited. Most significant nibble of JEP106 ID code.<br>**Note:**<br>For a component designed by Arm Limited, the JEP106 identification code is `0x3B`. | `0b011` |

### Accessibility

External debugger accesses to this register are unaffected by the OS Lock.

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0xFE8 | TRCPIDR2 | None |

This interface is accessible as follows:

**When !IsTraceCorePowered()**

ERROR

**Otherwise**

RO

## C.7.71 TRCPIDR3, Peripheral Identification Register 3

Provides discovery information about the component.

For additional information, see the CoreSight Architecture Specification.

### Configurations

This register is available in all configurations.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Attributes

**Width**

32

**Component**

ETE

**Register offset**

0xFEC

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx 0011 0000

Note: Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-306: ext_trcpidr3 bit assignments**




**Table C-589: TRCPIDR3 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:8] | RES0 | Reserved | RES0 |
| [7:4] | REVAND | Component minor revision. ext-TRCPIDR2.REVISION and TRCPIDR3.REVAND together form the revision number of the component, with ext-TRCPIDR2.REVISION being the most significant part and TRCPIDR3.REVAND the least significant part. When a component is changed, ext-TRCPIDR2.REVISION or TRCPIDR3.REVAND are increased to ensure that software can differentiate the different revisions of the component. TRCPIDR3.REVAND should be set to `0b0000` when ext-TRCPIDR2.REVISION is increased.<br>**0b0011**<br>Part minor revision. | `0b0011` |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Bits | Name | Description | Reset |
|---|---|---|---|
| [3:0] | CMOD | Customer Modified.<br><br>Indicates the component has been modified.<br><br>A value of `0b0000` means the component is not modified from the original design.<br><br>Any other value means the component has been modified in an **IMPLEMENTATION DEFINED** way.<br><br>**`0b0000`**<br>Not Customer modified.<br><br>For any two components with the same Unique Component Identifier:<br>• If the value of the CMOD fields of both components equals zero, the components are identical.<br>• If the CMOD fields of both components have the same non-zero value, it does not necessarily mean that they have the same modifications.<br>• If the value of the CMOD field of either of the two components is non-zero, they might not be identical, even though they have the same Unique Component Identifier. | `0b0000` |

### Accessibility

External debugger accesses to this register are unaffected by the OS Lock.

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0xFEC | TRCPIDR3 | None |

This interface is accessible as follows:

**When !IsTraceCorePowered()**

ERROR

**Otherwise**

RO

## C.7.72 TRCCIDR0, Component Identification Register 0

Provides discovery information about the component.

For additional information, see the CoreSight Architecture Specification.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

ETE

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Register offset**

0xFF0

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx 0000 1101

Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-307: ext_trccidr0 bit assignments**




**Table C-591: TRCCIDR0 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:8] | **RES0** | Reserved | **RES0** |
| [7:0] | PRMBL_0 | Component identification preamble, segment 0.<br>**0b00001101** | 0x0D |

## Accessibility

External debugger accesses to this register are unaffected by the OS Lock.

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0xFF0 | TRCCIDR0 | None |

This interface is accessible as follows:

**When !IsTraceCorePowered()**

ERROR

**Otherwise**

RO

## C.7.73 TRCCIDR1, Component Identification Register 1

Provides discovery information about the component.

For additional information, see the CoreSight Architecture Specification.

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

## Configurations

This register is available in all configurations.

## Attributes

**Width**

32

**Component**

ETE

**Register offset**

0xFF4

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx xxxx 0000

Note: Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-308: ext_trccidr1 bit assignments**




**Table C-593: TRCCIDR1 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:8] | **RES0** | Reserved | **RES0** |
| [7:4] | CLASS | Component class.<br>**0b1001**<br>CoreSight peripheral. | xxxx |
| [3:0] | PRMBL_1 | Component identification preamble, segment 1.<br>**0b0000** | 0b0000 |

## Accessibility

External debugger accesses to this register are unaffected by the OS Lock.

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0xFF4 | TRCCIDR1 | None |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

This interface is accessible as follows:

**When !IsTraceCorePowered()**

ERROR

**Otherwise**

RO

## C.7.74 TRCCIDR2, Component Identification Register 2

Provides discovery information about the component.

For additional information, see the CoreSight Architecture Specification.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

ETE

**Register offset**

0xFF8

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx 0000 0101

Note: Where the reset reads xxxx, see individual bits

### Bit descriptions

**Figure C-309: ext_trccidr2 bit assignments**




Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

**Table C-595: TRCCIDR2 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:8] | **RES0** | Reserved | **RES0** |
| [7:0] | PRMBL_2 | Component identification preamble, segment 2.<br>**0b00000101** | 0x05 |

### Accessibility

External debugger accesses to this register are unaffected by the OS Lock.

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0xFF8 | TRCCIDR2 | None |

This interface is accessible as follows:

**When !IsTraceCorePowered()**

ERROR

**Otherwise**

RO

## C.7.75 TRCCIDR3, Component Identification Register 3

Provides discovery information about the component.

For additional information, see the CoreSight Architecture Specification.

### Configurations

This register is available in all configurations.

### Attributes

**Width**

32

**Component**

ETE

**Register offset**

0xFFC

**Access type**

See bit descriptions

**Reset value**

xxxx xxxx xxxx xxxx xxxx xxxx 1011 0001

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

Case 1:25-cv-01625-DAE Document 1-28 Filed 10/07/25 Page 1661 of 1669



Note

Where the reset reads xxxx, see individual bits

## Bit descriptions

**Figure C-310: ext_trccidr3 bit assignments**




**Table C-597: TRCCIDR3 bit descriptions**

| Bits | Name | Description | Reset |
|---|---|---|---|
| [31:8] | **RES0** | Reserved | **RES0** |
| [7:0] | PRMBL_3 | Component identification preamble, segment 3.<br>**`0b10110001`** | `0xB1` |

## Accessibility

External debugger accesses to this register are unaffected by the OS Lock.

| Component | Offset | Instance | Range |
|---|---|---|---|
| ETE | 0xFFC | TRCCIDR3 | None |

This interface is accessible as follows:

**When !IsTraceCorePowered()**

ERROR

**Otherwise**

RO

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# Appendix D Neoverse™ N2 AArch32 UNPREDICTABLE behaviors

There are cases in which the Neoverse™ N2 core implementation diverges from the preferred behavior described in Armv8-A AArch32 **UNPREDICTABLE** behaviors.

## D.1 Use of R15 by Instruction

If the use of R15 as a base register for a load or store is **UNPREDICTABLE**, the value used by the load or store using R15 as a base register is the *Program Counter* (PC) with its usual offset and, in the case of T32 instructions, with the forced word alignment. In this case, if the instruction specifies WriteBack, then the load or store is performed without WriteBack.

The Neoverse™ N2 core does not implement a *Read 0* or *Ignore Write* policy on **UNPREDICTABLE** use of R15 by instruction. Instead, the Neoverse™ N2 core takes an **UNDEFINED** exception trap.

## D.2 Load/Store accesses crossing page boundaries

The Neoverse™ N2 core implements a set of behaviors for load or store accesses that cross page boundaries.

**Crossing a page boundary with different memory types or shareability attributes**

The *Arm® Architecture Reference Manual for A-profile architecture*, states that a memory access from a load or store instruction that crosses a page boundary to a memory location that has a different memory type or shareability attribute results in **CONSTRAINED UNPREDICTABLE** behavior.

**Crossing a 4KB boundary with a Device access**

The *Arm® Architecture Reference Manual for A-profile architecture*, states that a memory access from a load or store instruction to Device memory that crosses a 4KB boundary results in **CONSTRAINED UNPREDICTABLE** behavior.

**Implementation (for both page boundary specifications)**

For an access that crosses a page boundary, the Neoverse™ N2 core implements the following behaviors:

- Store crossing a page boundary:
  - No alignment fault.
  - The access is split into two stores.
  - Each store uses the memory type and shareability attributes associated with its own address.
- Load crossing a page boundary (Device to Device and Normal to Normal):

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

  - No alignment fault.
  - The access is split into two loads.
  - Each load uses the memory type and shareability attributes associated with its own address.
- Load crossing a page boundary (Device to Normal and Normal to Device):
  - The instruction generates an alignment fault.

## D.3 Armv8-A debug UNPREDICTABLE behaviors

The Neoverse™ N2 core might have Armv8-A debug **UNPREDICTABLE** behaviors either when a topic has multiple options or when the behavior differs from either or both of the Options and Preferences behaviors.

**Note**

This manual does not describe the behavior when a topic only has a single option and the core implements the preferred behavior.

**Table D-1: Armv8 Debug UNPREDICTABLE behaviors**

| Scenario | Behavior |
| --- | --- |
| A32 BKPT instruction with condition code not AL | The core implements the following preferred option:<br>• Executed unconditionally. |
| Address match breakpoint match only on second halfword of an instruction | The core generates a breakpoint on the instruction if CPSR.IL=0. In the case of CPSR.IL=1, the core does not generate a breakpoint exception. |
| Address matching breakpoint on A32 instruction with DBGBCRn.BAS=1100 | The core implements the following option:<br>• Does match if CPSR.IL=0. |
| Address match breakpoint match on T32 instruction at DBGBCRn+2 with DBGBCRn.BAS=1111 | The core implements the following option:<br>• Does match. |
| Link to non-existent breakpoint or breakpoint that is not context-aware | The core implements the following option:<br>• No Breakpoint or Watchpoint debug event is generated, and the LBN field of the *linker* reads **UNKNOWN**. |
| DBGWCRn_EL1.MASK!=00000 and DBGWCRn_EL1.BAS!=11111111 | The core behaves as indicated in the sole Preference:<br>• DBGWCRn_EL1.BAS is **IGNORED** and treated as if `0x11111111`. |
| Address match breakpoint with DBGBCRn_EL1.BAS=0000 | The core implements the following option:<br>• As if disabled. |
| DBGWCRn_EL1.BAS specifies a non-contiguous set of bytes within a double-word | The core implements the following option:<br>• A Watchpoint debug event is generated for each byte. |
| A32 HLT instruction with condition code not AL | The core implements the following option:<br>• Executed unconditionally. |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Scenario | Behavior |
|---|---|
| Execute instruction at a given EL when the corresponding EDECCR bit is 1 and Halting is allowed | The core behaves as follows:<br>• Generates debug event and Halt no later than the instruction following the next *Context Synchronization operation* (CSO) excluding ISB instruction. |
| H > N or H = 0 at Non-secure EL1 and EL0, including value read from PMCR_EL0.N | The core implements:<br>• A simple implementation where all of HPMN[4:0] are implemented, and In Non-secure EL1 and EL0:<br>◦ If H > N then M = N.<br>◦ If H = 0 then M = 0. |
| H > N or H = 0: value read back in MDCR_EL2.HPMN | The core implements:<br>• A simple implementation where all of HPMN[4:0] are implemented and for reads of MDCR_EL2.HPMN, return H. |
| P ≥ M and P ≠ 31: reads and writes of PM XEVTYPER_EL0 and PMXEVCNTR_EL0 | The core implements:<br>• A simple implementation where all of SEL[4:0] are implemented, and if P ≥ M and P ≠ 31 then the register is **RES0**. |
| P ≥ M and P ≠ 31: value read in PMSELR_EL0.SEL | The core implements:<br>• A simple implementation where all of SEL[4:0] are implemented, and if P ≥ M and P ≠ 31 then the register is **RES0**. |
| P = 31: reads and writes of PMXEVCNTR_EL0 | The core implements:<br>• **RES0**. |
| n ≥ M: Direct access to PMEVCNTRn_EL0 and PMEVTYPERn_EL0 | The core implements:<br>• If n ≥ N, then the instruction is **UNALLOCATED**.<br>• Otherwise if n ≥ M, then the register is **RES0**. |
| Exiting Debug state while instruction issued through EDITR is in flight | The core implements the following option:<br>• The instruction completes in Debug state before executing the restart. |
| Using memory-access mode with a non-word-aligned address | The core behaves as indicated in the sole Preference:<br>• Does unaligned accesses, faulting if these are not permitted for the memory type. |
| Access to memory-mapped registers mapped to Normal memory | The core behaves as indicated in the sole Preference:<br>• The access is generated, and accesses might be repeated, gathered, split or resized, in accordance with the rules for Normal memory, meaning the effect is **UNPREDICTABLE**. |
| Not word-sized accesses or (AArch64 only) doubleword-sized accesses | The core behaves as indicated in the sole Preference:<br>• Reads occur and return **UNKNOWN** data.<br>• Writes set the accessed register(s) to **UNKNOWN**. |
| External debug write to register that is being reset | The core behaves as indicated in the sole Preference:<br>• Takes reset value. |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Scenario | Behavior |
|---|---|
| Accessing reserved debug registers | The core deviates from preferred behavior because the hardware cost to decode some of these addresses in debug power domain is significantly high.<br><br>The actual behavior is:<br>1. For reserved debug registers in the address range `0x000-0xCFC` and Performance Monitors registers in the address range `0x000`, the response is either **CONSTRAINED UNPREDICTABLE** Error or **RES0** when any of the following errors occurs:<br>**Off**<br>The core power domain is either completely off or in a low-power state where the core power domain registers cannot be accessed.<br>**DLK**<br>`DoubleLockStatus()` is TRUE and OS double-lock is locked (EDPRSR.DLK is 1).<br>**OSLK**<br>OS lock is locked (OSLSR_EL1.OSLK is 1).<br>2. For reserved debug registers in the address ranges `0x400-0x4FC` and `0x800-0x8FC`, the response is **CONSTRAINED UNPREDICTABLE** Error or **RES0** when the conditions in 1 on page 1664 do not apply and the following error occurs:<br>**EDAD**<br>`AllowExternalDebugAccess()` is FALSE. External debug access is disabled.<br>3. For reserved Performance Monitor registers in the address ranges `0x000-0x0FC` and `0x400-0x47C`, the response is either **CONSTRAINED UNPREDICTABLE** Error, or **RES0** when the conditions in 1 on page 1664 and 2 on page 1664 do not apply, and the following error occurs:<br>**EPMAD**<br>`AllowExternalPMUAccess()` is FALSE. External Performance Monitors access is disabled. |
| Clearing the *clear-after-read* EDPRSR bits when Core power domain is on, and `DoubleLockStatus()` is TRUE | The core behaves as indicated in the sole Preference:<br>• Bits are not cleared to zero. |

# D.4 Other UNPREDICTABLE behaviors

The Neoverse™ N2 core implements a set of other **UNPREDICTABLE** behaviors.

**Table D-2: Other UNPREDICTABLE behaviors**

| Scenario | Description |
|---|---|
| CSSELR indicates a cache that is not implemented. | If CSSELR indicates a cache that is not implemented, then on a read of the CCSIDR the behavior is **CONSTRAINED UNPREDICTABLE**, and can be one of the following:<br>• The CCSIDR read is treated as `NOP`.<br>• The CCSIDR read is **UNDEFINED**.<br>• The CCSIDR read returns an **UNKNOWN** value (preferred). |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Scenario | Description |
|---|---|
| HDCR.HPMN is set to 0, or to a value larger than PMCR.N. | If HDCR.HPMN is set to 0, or to a value larger than PMCR.N, then the behavior in Non-secure EL0 and EL1 is **CONSTRAINED UNPREDICTABLE**, and one of the following must happen:<br>• The number of counters accessible is an **UNKNOWN** non-zero value less than PMCR.N.<br>• There is no access to any counters.<br><br>For reads of HDCR.HPMN by EL2 or higher, if this field is set to 0 or to a value larger than PMCR.N, the core must return a **CONSTRAINED UNPREDICTABLE** value that is one of:<br>• PMCR.N.<br>• The value that was written to HDCR.HPMN.<br>• (The value that was written to HDCR.HPMN) modulo 2h, where h is the smallest number of bits required for a value in the range 0 to PMCR.N. |
| CRC32 or CRC32C instruction with `size==64`. | On read of the instruction, the behavior is **CONSTRAINED UNPREDICTABLE**, and the instruction executes with the additional decode: `size==32`. |
| CRC32 or CRC32C instruction with `cond!=1110` in the A1 encoding. | The core implements the following option:<br>• Executed unconditionally. |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

# Appendix E Document revisions

This appendix records the changes between released issues of this document.

## E.1 Revisions

Changes between released issues of this book are summarized in tables.

The first table is for the first release. Then, each table compares the new issue of the book with the last released issue of the book. Release numbers match the revision history in Release Information on page 2.

**Table E-1: Issue 0000-02**

| Change | Location |
|---|---|
| First Non-Confidential early access release for r0p0 | - |
| Editorial revisions | Throughout document |
| Added information on Statistical Profiling Extension | 22. Statistical Profiling Extension support on page 156<br>3.1 Core components on page 39<br>2.1 Neoverse N2 core features on page 30 |
| Updated L2 cache encoding details | 10.2 L2 cache encodings on page 87 |
| Added details about PMU events | 18.1 Performance monitors events on page 122 |
| Documented registers | |

**Table E-2: Differences between Issue 0000-02 and Issue 0000-03**

| Change | Location |
|---|---|
| Second Confidential release for r0p0 | - |
| Editorial revisions | Throughout document |
| Added information on dependent features | 2.3 DSU-110 dependent features on page 32 |
| Updated register summary | |
| Added TRCIMSPEC0 register details | B.12.3 TRCIMSPEC0, IMP DEF Register 0 on page 826 |
| Added SPE register details | 22.4 AArch64 Statistical Profiling Extension registers summary on page 158 |
| PMSSRR register removed | |
| Added note to clarify power modes | 5.4 Core power modes on page 49 |
| Added topic on Write streaming mode | 8.5 Write streaming mode on page 72 |

**Table E-3: Differences between Issue 0000-03 and 0000-04**

| Change | Location |
|---|---|
| Second Non-Confidential release for r0p0 | - |
| Editorial revisions | Throughout document |
| Updated DSU product name | Throughout document |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Change | Location |
|---|---|
| Technical updates | 16. Random number generator support on page 109 |
| Updated transaction queue sizes | 9.3 Transaction capabilities on page 75 |
| Updated supported architecture version | 2. The Neoverse N2 core on page 30 |
| Added note to clarify text | 17.2.1 Core interfaces on page 113 |
| Updated supported bus ports | 2.3 DSU-110 dependent features on page 32 |
| Added note to clarify export of PMU events to trace unit | 18.1 Performance monitors events on page 122 |

**Table E-4: Differences between Issue 0000-04 and 0001-05**

| Change | Location |
|---|---|
| First release for r0p1 | - |
| Editorial revisions | Throughout document |
| Updated feature names | 2.4 Supported standards and specifications on page 33 |
| Updated design tasks | 2.6 Design tasks on page 36 |
| Added reference to v9 supplement | 2.4 Supported standards and specifications on page 33<br><br>3.3 Programmers model on page 43<br><br>14. Scalable Vector Extensions support on page 106 |
| Changed bit description | B.1.10 IMP_CPUECTLR_EL1, CPU Extended Control Register on page 266 |
| Updated description of full retention mode | 5.4.4 Full retention mode on page 52 |
| Updated bit description | 10.2.3 L2 TLB RAM returned data on page 92 |
| Updated signal descriptions | 2.3 DSU-110 dependent features on page 32 |
| Added information about *Activity Monitoring Unit* (AMU) registers | 21.1 Activity monitors access on page 151 |
| Clarified bit field description | B.5.44 CTR_EL0, Cache Type Register on page 552 |
| Added footnote | 10.2 L2 cache encodings on page 87 |
| Added paragraph | 6.6 Responses on page 61 |
| Added information to bit field | B.14.10 ERXMISC0_EL1, Selected Error Record Miscellaneous Register 0 on page 1101 |
| Updated bit field description | B.14.2 ERRSELR_EL1, Error Record Select Register on page 1072 |
| Updated terminology | C.1.3 COREROM_ROMENTRY2, Core ROM table Entry 2 on page 1134 |
| Updated bit description | B.7.2 PMCR_EL0, Performance Monitors Control Register on page 560 |
| Updated terminology | C.7.68 TRCPIDR0, Peripheral Identification Register 0 on page 1649 |
| Added information about L2 cache behaviour | 9.1 L2 cache on page 74 |

**Table E-5: Differences between Issue 0001-05 and 0003-06**

| Change | Location |
|---|---|
| First release for r0p3 | - |
| Added feature to table | 2.4 Supported standards and specifications on page 33 |
| Updated section | 6.6 Responses on page 61 |
| Clarified bit field positions | 10.1.8 L1 data tag RAM returned data on page 84 |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential

| Change | Location |
| --- | --- |
| Updated revision number | 17.6 CoreSight component identification on page 116 |
| Imported new set of autogenerated registers including architecturally defined registers | Throughout document |

Copyright © 2020–2022 Arm Limited (or its affiliates). All rights reserved.
Non-Confidential