FILED
April 20, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: klw
DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**THROUGHPUTER, INC.,**
**Plaintiff,**

**-vs-**

**GOOGLE LLC,**
**Defendant.**

**CAUSE NO.: 1:25-CV-1625-DAE**

## SCHEDULING ORDER

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court issues the following scheduling order:

| **Event** | **Proposed Dates & Deadlines** |
|---|---|
| Magistrate Judge Notice | April 30, 2026 |
| Rule 26(a)(1) Initial Disclosures | April 30, 2026 |
| Exchange of Claim Terms for Construction | Aug. 6, 2026 |
| Exchange of Proposed Constructions | Aug. 27, 2026 |
| Extrinsic Evidence Disclosure | Sept. 3, 2026 |
| Deadline to Meet and Confer and Exchange Revised Lists of Terms and Proposed Constructions | Sept. 11, 2026 |
| Defendant’s Opening Claim Construction Brief | Sept. 24, 2026 |
| Deadline to Amend Pleadings and Join Parties | Oct. 1, 2026 |
| Plaintiff’s Responsive Claim Construction Brief | Oct. 15, 2026 |
| Defendant’s Reply Claim Construction Brief | Oct. 29, 2026 |

| | |
|---|---|
| Plaintiff's Sur-Reply Claim Construction Brief | Nov. 12, 2026 |
| Claim Construction Hearing | TBD |
| Deadline for the first of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue | March 18, 2027 |
| Close of Fact Discovery | May 6, 2027 |
| Opening Expert Reports | June 17, 2027 |
| Rebuttals Expert Reports | July 22, 2027 |
| Reply Expert Reports | Aug. 5, 2027 |
| Written Offers of Settlement | Aug. 19, 2027 |
| Written Responses to Offers of Settlement | Aug. 26, 2027 |
| Close of Expert Discovery | Sept. 2, 2027 |
| Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue | Sept. 2, 2027 |
| Mediation Deadline (Local Rule CV-88 ADR Report) | Sept. 9, 2027 |
| Dispositive and Daubert Motions | Sept. 9, 2027 |
| Pretrial Disclosures | Oct. 14, 2027 |
| Objections to Pretrial Disclosures and Rebuttal Disclosures | Nov. 4, 2027 |
| Objections to Rebuttal Disclosures | Nov. 18, 2027 |
| Deadline to File Pretrial Disclosures, Rebuttal Disclosures, and Objections | Dec. 2, 2027 |
| Deadline to File Motions in limine | Dec. 2, 2027 |
| Oppositions to Motions in limine | Dec. 16, 2027 |

| | |
|---|---|
| Final Pretrial Conference | To be set at a later date |
| Trial | To be set at a later date |

SIGNED this the 20th day of April 2026.

DAVID A. EZRA
SENIOR UNITED STATES DISTRICT JUDGE