**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS AUSTIN DIVISION**

THROUGHPUTER, INC., §
Plaintiff, §
§
§
v. § Civil Action No. 1:25-CV-01625
§
GOOGLE LLC, §
§
Defendant. §

**<u>ORDER DENYING DEFENDANT'S MOTION TO DISMISS</u>**

The Court has considered Defendant Google LLC's Motion to Dismiss (Dkt. # 19) along with Plaintiff Throughputer, Inc.'s responsive representations that it does not allege the claims Defendant seeks to dismiss. Accordingly, the Court **DENIES AS MOOT** Defendant's Motion to Dismiss (Dkt. # 19) because Plaintiff does not allege any claim against Defendant for pre-suit willful patent infringement, pre-suit induced patent infringement, or contributory patent infringement.

SIGNED this 3rd day of September 2026.

David Alan Ezra
Senior United States District Judge